# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: Dealer Management Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18 C 864; MDL 2817 <br> Judge Amy J. St. Eve |

## **ORDER**

Motion for leave to appear pro hac vice on behalf of Hartley Buick GMC Truck, Inc. by Victoria Romanenko [4] is granted.

Date: 2/8/2018

Amy J. St. Eve
United States District Judge