UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864<br><br>Hon. Amy J. St. Eve |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday, February 20, 2018, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Amy J. St. Eve or any judge sitting in her stead, in Room 1241 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, IL 60604, and then and there present the **MOTION FOR DIRECT ASSIGNMENT OF CASES PURSUANT TO LOCAL RULE 40.3**, a copy of which is hereby served upon you.

Dated: February 9, 2018

Respectfully submitted,

| | |
|---|---|
| Aundrea K. Gulley<br>Kathy D. Patrick<br>Brian T. Ross<br>Brice A. Wilkinson<br>Ross A. MacDonald<br>GIBBS & BRUNS LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX 77002<br>(713) 751-5258<br>agulley@gibbsbruns.com<br>kpatrick@gibbsbruns.com<br>bross@gibbsbruns.com<br>bwilkinson@gibbsbruns.com<br>rmacdonald@gibbsbruns.com<br><br>Michael P.A. Cohen<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>2099 Pennsylvania Ave., NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1900<br>mcohen@sheppardmullin.com<br><br>*Counsel for Defendant The Reynolds and Reynolds Company* | */s/ Britt M. Miller*<br>Britt M. Miller<br>Matthew D. Provance<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com<br><br>Mark W. Ryan<br>MAYER BROWN LLP<br>1999 K Street, NW<br>Washington, DC 20006<br>(202) 263-3000<br>mryan@mayerbrown.com<br><br>*Counsel for Defendant CDK Global, LLC* |

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on February 9, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　　__/s/ Britt M. Miller_____
　　　　　　　　　　　　　　　　　　　　　　Britt M. Miller
　　　　　　　　　　　　　　　　　　　　　　MAYER BROWN LLP
　　　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　Phone: (312) 782-0600
　　　　　　　　　　　　　　　　　　　　　　Fax: (312) 701-7711
　　　　　　　　　　　　　　　　　　　　　　E-mail: bmiller@mayerbrown.com

726710704