Judge Amy J. St.Eve
Magistrate Judge Jeffrey T. Gilbert
Filed 2/12/2018
Case# 1:18-cv-01054 ALM;
1:18-cv-01055 NJ; 1:18-cv-01056 OHS;
1:18-cv-01057 and 1:18-cv-01058 WIW
jjr

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: DEALER MANAGEMENT SYSTEMS
ANTITRUST LITIGATION                                        MDL No. 2817

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On February 1, 2018, the Panel transferred 4 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.3d__ (J.P.M.L. 2018). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Amy J. St. Eve.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge St. Eve.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of February 1, 2018, and, with the consent of that court, assigned to the Honorable Amy J. St. Eve.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 12, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DEALER MANAGEMENT SYSTEMS
ANTITRUST LITIGATION                                                     MDL No. 2817

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | ALABAMA MIDDLE | | | |
| 1:18-cv-01054 | ALM | 2 | 18−00042 | Massey Chrysler Center, Inc. et al v. CDK Global, LLC et al (JOINT ASSIGN) |
| | NEW JERSEY | | | |
| 1:18-cv-01055 | NJ | 2 | 17−11975 | JCF AUTOS LLC et al v. CDK GLOBAL, LLC |
| | OHIO SOUTHERN | | | |
| 1:18-cv-01056 | OHS | 3 | 18−00029 | Kenny Thomas Enterprises, Inc. d/b/a Olathe Toyota v. CDK Global, LLC et al |
| | WISCONSIN WESTERN | | | |
| 1:18-cv-01057 | WIW | 3 | 17−00864 | Hoover Automotive, LLC v. CDK Global, LLC et al |
| 1:18-cv-01058 | WIW | 3 | 17−00925 | Cox Automotive, Inc. et al v. CDK Global, LLC |