IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Dealer Management Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18 C 864/MDL 2817 <br> Judge Amy J. St. Eve |

### ORDER

Motions for Direct Assignment of Cases Pursuant to Local Rule 40.3 [2][6] are granted. The Clerk's Office is directed to reassign cases the following cases to Judge St. Eve as potential tag-along actions to MDL 2817: Northtown Automotive Companies, Inc. v. CDK Global, LLC and The Reynolds and Reynolds Company, Case No. 18-CV-833 (N.D. Ill.) (filed February 1, 2018 and assigned to Judge Coleman), Cox Motors N.C. Inc. d/b/a Cox Toyota v. CDK Global, LLC, Case No. 18-CV-845 (N.D. Ill.) (filed February 1, 2018 and assigned to Judge Blakey), Bob Baker Volkswagen v. CDK Global, LLC and The Reynolds and Reynolds Company, Case No. 18-CV-909 (N.D. Ill.) (filed February 2, 2018 and assigned to Judge Coleman), F.G. Downing Development, Inc. v. CDK Global, LLC and The Reynolds and Reynolds Company, Case No. 18-CV-987 (N.D. Ill.) (filed February 7, 2018 and assigned to Judge Gettleman) and Baystate Ford Inc. v. CDK Global, LLC and The Reynolds and Reynolds Company, Case No. 18-CV-996 (N.D. Ill.) (filed February 7, 2018 and assigned to Judge Aspen). No appearance is required on the 2/20/18 notice of motion date.

Date: 2/14/2018

_____
Amy J. St. Eve
United States District Judge