## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Dealer Management Systems Antitrust Litigation

Case Number: 1:18-cv-00864, MDL 2817

An appearance is hereby filed by the undersigned as attorney for:

The Reynolds and Reynolds Company, Defendant

Attorney name (type or print): Dylan I. Ballard

Firm: Sheppard Mullin Richter & Hampton LLP

Street address: 4 Embarcadero Center, 17th Floor

City/State/Zip: San Francisco, CA 94111

Bar ID Number: Cal. Bar. No. 253929
(See item 3 in instructions)

Telephone Number: 415-434-9100

Email Address: dballard@sheppardmullin.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/15/2018

Attorney signature: S/ Dylan I. Ballard
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015