# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: Dealer Management Systems Antitrust Litigation

Case Number: 1:18-cv-00864, MLD 2817

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Hoover Automotive, LLC d/b/a Hoover Dodge Jeep of Summerville

Attorney name (type or print): Michael L. Roberts

Firm: Roberts Law Firm, P.A.

Street address: 20 Rahling Circle

City/State/Zip: Little Rock, AR 72223

Bar ID Number: 90125
(See item 3 in instructions)

Telephone Number: 501-821-5575

Email Address: mikeroberts@robertslawfirm.us

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/26/2018

Attorney signature: S/ Michael L. Roberts
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015