# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** In Re: Dealer Management Systems Antitrust Litigation

**Case Number:** 1:18-cv-00864, MLD 2817

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Hoover Automotive, LLC d/b/a Hoover Dodge Jeep of Summerville

**Attorney name (type or print):** Karen Sharp Halbert

**Firm:** Roberts Law Firm, P.A.

**Street address:** 20 Rahling Circle

**City/State/Zip:** Little Rock, AR 72223

**Bar ID Number:** 2001019
(See item 3 in instructions)

**Telephone Number:** 501-821-5575

**Email Address:** karenhalbert@robertslawfirm.us

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

**Executed on** 02/26/2018

**Attorney signature:** S/ Karen Sharp Halbert
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015