| Attorney or Party without Attorney: <br> James E. Barz, Esq. <br> Robbins Geller Rudman & Dowd LLP <br> 200 S. Wacker Drive <br> Suite 3100 <br> Chicago, IL 60606 <br> Telephone No: 312-674-4674 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of Illinois | |
| Plaintiff: Baystate Ford Inc., et al. <br> Defendant: CDK Global, LLC, et al. | |

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 18CV00996 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Civil Cover Sheet; Affidavit Identifying MDL Pursuant to Local Rule 3.1; Attorney Appearance Form; Internal Operating Procedures; Local Rules for ADR; Consent to Exercise Of Jurisdiction by a U S Magistrate Judge; Final Pretrial Order Form LR16.1.4; Short Civil Trial Calendar; Submitting a Proposed Order Information; Motion Practice Information; Scheduling and Settlement Conference Information; Initial Status Conference Information

3. a. Party served: CDK Global, LLC
   b. Person served: Derrick Hackett, Person Authorized to Accept Service

4. Address where the party was served: C T Corporation System
   208 So LaSalle Street, Suite 814
   Chicago, IL 60604

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Feb. 14, 2018 (2) at: 1:05PM

7. Person Who Served Papers:
   a. Paul G. Gizel
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of ILLINOIS that the foregoing is true and correct.

2-16-18
(Date)

(Signature)

8. STATE OF ILLINOIS, COUNTY OF DuPage

Subscribed and sworn to (or affirmed) before me on this 16 day of February by Paul G. Gizel proved to me on the basis of satisfactory evidence to be the person who appeared before me.

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

AFFIDAVIT OF SERVICE
Summons & Complaint

Joan C Harenberg
(Notary Signature)

jabar.175124