| Attorney or Party without Attorney:<br>James E. Barz, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>200 S. Wacker Drive<br>Suite 3100<br>Chicago, IL 60606<br>Telephone No: 312-674-4674 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of Illinois | | | | | |
| Plaintiff: Baystate Ford Inc., et al. | | | | | |
| Defendant: CDK Global, LLC, et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>18CV00996 | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint; Civil Cover Sheet; Affidavit Identifying MDL Pursuant to Local Rule 3.1; Attorney Appearance Form; Internal Operating Procedures; Local Rules for ADR; Consent to Exercise Of Jurisdiction by a U S Magistrate Judge; Final Pretrial Order Form LR16.1.4; Short Civil Trial Calendar; Submitting a Proposed Order Information; Motion Practice Information; Scheduling and Settlement Conference Information; Initial Status Conference Information

3. a. Party served: The Reynolds and Reynolds Company
   b. Person served: Eva Odum, Person Authorized to Accept Service, Caucasian, Female, 32 Years Old, Brown Hair, Blue Eyes, 5 Feet 9 Inches, 155 Pounds

4. Address where the party was served: One Reynolds Way
   Dayton, OH 45430

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Feb. 14, 2018 (2) at: 11:55AM

7. Person Who Served Papers:
   a. Richard Stevens
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of OHIO that the foregoing is true and correct.

   2/15/18
   (Date)            (Signature)

TODD A MOBLEY, Notary Public
In and for the State of Ohio
My Commission Expires July 20, 2020

8. STATE OF OHIO, COUNTY OF Montgomery
   Subscribed and sworn to (or affirmed) before me on this 15th day of February by Richard Stevens
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.
   (Notary Signature)

AFFIDAVIT OF SERVICE
Summons & Complaint

jabar.175125