**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: Dealer Management Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br>    , <br><br> Defendant(s). | Case No.  18 C 864 <br> Judge Amy J. St. Eve |

## ORDER

Motion for leave to appear pro hac vice by Robert Kaplan on behalf of plaintiffs in related actions 17C7827 (Hartley Buick GMC Truck, Inc.), 18C833 (Northtown Automotive Companies Inc.) and 18C846 (Cox Motors N.C. Inc.) [16] is granted.

Date:  3/1/2018

Amy J. St. Eye
United States District Judge