## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re Dealer Management Systems Antitrust Litig.

Case Number: 18 C 864, MDL No. 2817

An appearance is hereby filed by the undersigned as attorney for:
Teterboro Automall, Inc.; and JCF Autos LLC, et al.

Attorney name (type or print): Peggy J. Wedgworth

Firm: Milberg Tadler Phillips Grossman LLP

Street address: One Pennsylvania Plaza, Suite 1920

City/State/Zip: New York, NY 10119-2001

Bar ID Number: NY-2126159
(See item 3 in instructions)

Telephone Number: (212) 594-5300

Email Address: pwedgworth@milberg.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 28, 2018

Attorney signature: S/ Peggy Wedgworth
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015