CERTIFICATE OF SERVICE

  I hereby certify that a copy of the forgoing has been served on all counsel of record by the Court's ECF filing system on March 6, 2018.

                   s/Charles Barrett