# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: Dealer Management Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18 C 864 <br> Judge Amy J. St. Eve |

## ORDER

Motions for leave to appear pro hac vice on behalf of plaintiff Baystate Ford Inc. (plaintiff in related case 18 C 996) by George Aguilar [27] and on behalf of John O'Neil Johnson Toyota, LLC by David McMullan, Jr. [28] are granted.

Date: 3/8/2018

Amy J. St. Eve
United States District Judge