## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: IN RE DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION    Case Number: 18 C 864

An appearance is hereby filed by the undersigned as attorney for:

Bob Baker Volkswagon

Attorney name (type or print): Richard J. Prendergast

Firm: Richard J. Prendergast, Ltd.

Street address: 111 W. Washington St., Suite 1100

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 2248913
(See item 3 in instructions)

Telephone Number: (312) 641-0881

Email Address: rprendergast@rjpltd.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 8, 2018

Attorney signature: S/ Richard J. Prendergast
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015