**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In re: Dealer Management Systems Antitrust Litigation

Case Number: 18 C 864, MDL No. 2817

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Baystate Ford Inc.

Attorney name (type or print): George C. Aguilar

Firm: Robbins Arroyo LLP

Street address: 600 B Street, Suite 1900

City/State/Zip: San Diego, CA 92101

Bar ID Number: 126535
(See item 3 in instructions)

Telephone Number: (619) 525-3990

Email Address: gaguilar@robbinsarroyo.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 8, 2018

Attorney signature: S/ George C. Aguilar
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*s/ George C. Aguilar*
George C. Aguilar
ROBBINS ARROYO
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com