# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864<br><br>This Document Relates to All Cases |

## MOTION FOR LEAVE TO FILE THE DECLARATION OF BRIAN MAAS IN CONNECTION WITH THE CASE MANAGEMENT SCHEDULE

Plaintiff Bob Baker Volkswagen, through its attorneys, hereby respectfully requests leave to file the Declaration of Brian Maas, President of the California New Car Dealers Association ("Declaration") attached hereto as Exhibit 1, in connection with the case management schedule presented in the Parties' Joint Status Report (Doc. No. 36). In support of its Motion, Plaintiff states the following:

1. Mr. Maas's declaration is relevant to the case management schedule. Mr. Maas represents many of the absent class members in a professional capacity, and his declaration explains automobile dealers' interests with respect to the case management schedule in this litigation.

2. During the meet-and-confer process on the Joint Status Report, all counsel of record in this litigation agreed that any party could seek to file additional documents by motion for leave of court.

3. Because Mr. Maas is currently in Europe on vacation, we were unable to obtain his signature on his declaration until today, March 10, 2018.

Dated: March 10, 2018          Respectfully submitted,

         /s/ Christopher J. McDonald
         Christopher J. McDonald
         Gregory Asciolla
         Karin E. Garvey
         LABATON SUCHAROW LLP
         140 Broadway
         New York, NY 10005
         (212) 907-0700
         cmcdonald@labaton.com
         gasciolla@labaton.com
         kgarvey@labaton.com
         *Counsel for Plaintiff Bob Baker Volkswagen*

         Michael N. Nemelka
         Derek T. Ho
         Aaron M. Panner
         Joanna T. Zhang
         Joshua Hafenbrak
         KELLOGG, HANSEN, TODD,
         FIGEL & FREDERICK, P.L.L.C.
         1615 M Street, NW, Suite 400
         Washington, D.C. 20036
         (202) 326-7932
         mnemelka@kellogghansen.com
         dho@kellogghansen.com
         apanner@kellogghansen.com
         jzhang@kellogghansen.com
         jhafenbrack@kellogghansen.com

         Jennifer L. Gregor
         Kendall W. Harrison
         GODFREY & KAHN S.C.
         One East Main Street, Suite 500
         Madison, Wisconsin 53703
         (608) 257-0609
         jgregor@gklaw.com
         kharrison@gklaw.com

         Richard J. Prendergast
         Michael T. Layden
         Collin M. Bruck
         RICHARD J. PRENDERGAST, LTD.
         111 W. Washington Street, Suite 1100

- 3 -

Chicago, Illinois 60602
Telephone: (312) 641-0881
rprendergast@rjpltd.com
mlayden@rjpltd.com
cbruck@rjpltd.com
*Counsel for Plaintiffs Authenticom, Inc., Motor Vehicle Software Corporation, Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Blue Book Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc., and Bob Baker Volkswagen*