# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864<br><br>This Document Relates to All Cases |

## [PROPOSED] ORDER

THIS MATTER being brought before the Court upon Plaintiff Bob Baker Volkswagen's Motion for Leave to File the Declaration of Brian Maas, President of the California New Car Dealers Association and the Court having considered the moving papers, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion is hereby GRANTED.

It is SO ORDERED.

Dated: _____

_____
Honorable Amy J. St. Eve
United States District Judge