# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864<br><br>This Document Relates to All Cases |

## NOTICE OF MOTION

TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 5.3(b) on Thursday, March 15, 2018, at 8:30 a.m., or as soon thereafter may be heard counsel for Plaintiff Bob Baker Volkswagen shall appear before the Honorable Judge Amy J. St. Eve in Courtroom 1241 of the United States Court for the Northern District of Illinois, Eastern Division 219 South Dearborn St., Chicago, Illinois and then and there present Plaintiffs' Motion for Leave to File the Declaration of Brian Maas in Connection with the Case Management Schedule.

Dated:  March 10, 2018

Respectfully submitted,

/s/ Christopher J. McDonald
Christopher J. McDonald
Gregory Asciolla
Karin E. Garvey
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
cmcdonald@labaton.com
gasciolla@labaton.com
kgarvey@labaton.com
*Counsel for Plaintiff Bob Baker Volkswagen*

Michael N. Nemelka
Derek T. Ho
Aaron M. Panner
Joanna T. Zhang
Joshua Hafenbrak
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7932
mnemelka@kellogghansen.com
dho@kellogghansen.com
apanner@kellogghansen.com
jzhang@kellogghansen.com
jhafenbrack@kellogghansen.com

Jennifer L. Gregor
Kendall W. Harrison
GODFREY & KAHN S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
(608) 257-0609
jgregor@gklaw.com
kharrison@gklaw.com

Richard J. Prendergast
Michael T. Layden
Collin M. Bruck
RICHARD J. PRENDERGAST, LTD.
111 W. Washington Street, Suite 1100
Chicago, Illinois 60602
Telephone: (312) 641-0881
rprendergast@rjpltd.com
mlayden@rjpltd.com
cbruck@rjpltd.com
*Counsel for Plaintiffs Authenticom, Inc., Motor Vehicle Software Corporation, Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Blue Book Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc., and Bob Baker Volkswagen*