IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864<br><br>This Document Relates to All Cases |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **MOTION FOR LEAVE TO FILE THE DECLARATION OF BRIAN MAAS IN CONNECTION WITH THE CASE MANAGEMENT SCHEDULE AND SUPPORTING DOCUMENTS** was filed and served electronically on March 10, 2018 through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

        Respectfully submitted,

        */s/ Christopher J. McDonald*
        Christopher J. McDonald
        LABATON SUCHAROW LLP
        140 Broadway
        New York, NY 10005
        (212) 907-0700
        cmcdonald@labaton.com
        *Counsel for Plaintiff Bob Baker Volkswagen*