# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864

Honorable Amy J. St. Eve

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 12, 2018:

MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff Bob Baker Volkswagen's motion for leave to file the declaration of Brian Maas [37] is granted. No appearance is required on the 3/15/18 notice of motion date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.