# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In re: Dealer Management Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br>      , <br><br> Defendant(s). | Case No.  18 C 864 <br> Judge Amy J. St. Eve |

## **ORDER**

Motions for leave to appear pro hac vice by Sterling Starns on behalf of John O'Neil Johnson Toyota, LLC [30] and by Jonathan Cuneo on behalf of Hartley Buick GMC Truck, Inc. [31] are granted.

Date:  3/12/2018

_____
Amy J. St. Eve
United States District Judge