UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864

Honorable Amy J. St. Eve

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 12, 2018:

MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 3/12/18 and continued to 4/6/18 at 10:00 a.m. By 3/16/18, all briefing on pending motions to dismiss and related transcripts shall be refiled in 18C864. Motions for appointment of lead counsel shall be filed by 5:00 p.m. CST on 3/26/18. A consolidated amended complaint shall be filed 60 days after appointment of lead counsel. Defendants shall answer or otherwise plead 45 days after the consolidated amended complaint is filed. Defendants shall file their answers 28 days after the Court rules on the motions to dismiss. By 5:00 p.m. CST on 3/19/18, plaintiffs shall provide their draft protective order and ESI order to defendants. By 5:00 p.m. CST on 3/30/18, parties shall submit an agreed protective order and ESI order. With regard to the Authenticom case, the court partially lifts the stay. Written discovery shall be issued by 3/23/18. Oral discovery is stayed until further order of the Court. With regard to the Cox Automotive case, defendant's motion to dismiss shall be filed by 3/16/18. Response by 4/16/18. Reply by 4/30/18. Parties shall deliver courtesy copies of all motions and related pleadings to the courtroom deputy, room 1238. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.