# EXHIBIT A

## Admissions

- Alabama (2003)
- U.S. District Court for the Northern District of Alabama (2003)
- U.S. District Court for the Middle District of Alabama (2003)
- U.S. District Court for the Southern District of Alabama (2015)
- Georgia (2004)
- U.S. District Court for the Northern District of Georgia (2011)
- U.S. District Court for the Middle District of Georgia (2007)
- U.S. District Court for the Southern District of Georgia (2015)
- Georgia Court of Appeals (2010)
- United States Court of Appeals for the Eleventh Circuit (2013)
- Georgia Supreme Court (2016)
- U.S. District Court, District of Colorado (2013)
- U.S. District Court, Western District of Tennessee (2010)
- United States Tax Court (2014)