# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: Dealer Management Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18 C 864 <br> Judge Amy J. St. Eve |

## ORDER

Motions for leave to appear pro hac vice by Archie I. Grubb, II on behalf of Massey Chrysler Center, Inc. and Massey Automotive, Inc. (18 C 42) [52] and by Peggy Wedgworth on behalf of Teterboro Automall, Inc., 440 Jericho Turnpike Sales LLC, JCF Autos LLC, and Patchogue 112 Motors LLC [58] are granted.

Date: 3/16/2018

_____
Amy J. St. Eve
United States District Judge