**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:*<br><br>ALL ACTIONS | Hon. Amy J. St. Eve |

**NOTICE OF MOTION**

To: All Counsel of Record

    PLEASE TAKE NOTICE that on Monday, March 26, 2018, at 8:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Amy J. St. Eve or any judge sitting in her stead, in Courtroom 1241 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S RULING RE: STAY OF DISCOVERY**, a copy of which is attached and served upon you.

Dated: March 16, 2018

/s/ *Aundrea K. Gulley*
Aundrea K. Gulley
Kathy D. Patrick
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 650-8805
agulley@gibbsbruns.com
kpatrick@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER
   & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

1

(202) 747-1900
mcohen@sheppardmullin.com

Leo Caseria
SHEPPARD MULLIN RICHTER
   & HAMPTON, LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
(213) 620-1780
lcaseria@sheppardmullin.com


*Counsel for Defendant The Reynolds and
Reynolds Company*

## **CERTIFICATE OF SERVICE**

I, Britt M. Miller, an attorney, hereby certify that on March 16, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Britt M. Miller*_____
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
E-mail: bmiller@mayerbrown.com