**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* | Hon. Amy J. St. Eve |
| *Cox Automotive, Inc, et al. v. CDK Global, LLC*, Case No. 1:18-CV-1058 (N.D. Ill.) | |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on Monday, March 26, 2018, at 8:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Amy J. St. Eve or any judge sitting in her stead, in Courtroom 1241 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **CDK GLOBAL, LLC'S MOTION TO SEAL**, a copy of which is attached and served upon you.

Dated: March 16, 2018

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on March 16, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            */s/ Britt M. Miller*_____
                                            Britt M. Miller
                                            MAYER BROWN LLP
                                            71 South Wacker Drive
                                            Chicago, IL  60606
                                            Phone:  (312) 782-0600
                                            Fax:  (312) 701-7711
                                            E-mail:  bmiller@mayerbrown.com