# Exhibit A

**From:** Rudofsky, Benjamin L.
**Sent:** Tuesday, December 19, 2017 9:22 PM
**To:** 'Provance, Matthew D.' <MProvance@mayerbrown.com>; Miller, Britt M. <BMiller@mayerbrown.com>; 'Brian Ross' <bross@gibbsbruns.com>
**Cc:** Ryan, Mark <MRyan@mayerbrown.com>; 'Aundrea Gulley' <agulley@gibbsbruns.com>; 'Michael P. A. Cohen' <MCohen@sheppardmullin.com>; 'Gregor, Jennifer' <JGregor@gklaw.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; 'Umberger, Michelle M. (Perkins Coie)' <MUmberger@perkinscoie.com>; Nemelka, Michael N. <mnemelka@kellogghansen.com>
**Subject:** RE: Authenticom v. CDK/Rey

Matt,

Thank you for your cooperation during this process. Based on your email below, I believe we have resolved our outstanding issues related to CDK's search terms.

Best,

Ben

---

**From:** Provance, Matthew D. [mailto:MProvance@mayerbrown.com]
**Sent:** Tuesday, December 19, 2017 8:25 PM
**To:** Rudofsky, Benjamin L. <brudofsky@kellogghansen.com>; Miller, Britt M. <BMiller@mayerbrown.com>; 'Brian Ross' <bross@gibbsbruns.com>
**Cc:** Ryan, Mark <MRyan@mayerbrown.com>; 'Aundrea Gulley' <agulley@gibbsbruns.com>; 'Michael P. A. Cohen' <MCohen@sheppardmullin.com>; 'Gregor, Jennifer' <JGregor@gklaw.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; 'Umberger, Michelle M. (Perkins Coie)' <MUmberger@perkinscoie.com>; Nemelka, Michael N. <mnemelka@kellogghansen.com>
**Subject:** RE: Authenticom v. CDK/Rey

Ben –

Thanks again for the call this afternoon, and for your additional proposed search "11c," which is copied below. Pending confirmation that the 11c term isn't adding an unacceptable volume of documents (which I don't expect), I think that we can agree to it. In sum, then, we can agree to run the edited terms reflected in your 12/18/2017 revision, except for your edits to searches 11a and 11b (*i.e.*, we will revert to our versions of those terms as reflected in our 12/15/2017 redline), but in exchange we'll agree to run your new proposed search 11c. Assuming that's clear enough, please let me know if we've now resolved our outstanding issues related to CDK's search terms. We appreciate your willingness to work with us to bring this issue to a close.

As we've noted in prior correspondence (and as Authenticom has noted as well), our terms remain subject to testing and validation with the full set of finally agreed custodians, and may require adjustment in order to address individual terms that return an unduly burdensome volume of irrelevant or non-responsive results against the final corpus of documents to be reviewed. We will notify you if further changes are made and explain why they are being made.

Thanks,
Matt

11c: (disabl* or block* or ((without or no or absent) w/3 access*) or shut or end or terminate) AND ((hostile or foreign or unauthorized or independent) w/5 access*)

_____

**Matt Provance**
Mayer Brown LLP
mprovance@mayerbrown.com
Tel: 312 701 8598
Fax: 312 706 9397

---

**From:** Rudofsky, Benjamin L. [mailto:brudofsky@kellogghansen.com]
**Sent:** Tuesday, December 19, 2017 2:43 PM
**To:** Provance, Matthew D.; Miller, Britt M.; 'Brian Ross'
**Cc:** Ryan, Mark; 'Aundrea Gulley'; 'Michael P. A. Cohen'; 'Gregor, Jennifer'; Hafenbrack, Joshua; 'Umberger, Michelle M. (Perkins Coie)'; Nemelka, Michael N.
**Subject:** RE: Authenticom v. CDK/Rey

4:00 PM is fine. Please circulate a dial-in or call my direct line 202 326 7933. We can finish the Custodians discussion as well.

---

**From:** Provance, Matthew D. [mailto:MProvance@mayerbrown.com]
**Sent:** Tuesday, December 19, 2017 3:31 PM
**To:** Rudofsky, Benjamin L. <brudofsky@kellogghansen.com>; Miller, Britt M. <BMiller@mayerbrown.com>; 'Brian Ross' <bross@gibbsbruns.com>
**Cc:** Ryan, Mark <MRyan@mayerbrown.com>; 'Aundrea Gulley' <agulley@gibbsbruns.com>; 'Michael P. A. Cohen' <MCohen@sheppardmullin.com>; 'Gregor, Jennifer' <JGregor@gklaw.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; 'Umberger, Michelle M. (Perkins Coie)' <MUmberger@perkinscoie.com>; Nemelka, Michael N. <mnemelka@kellogghansen.com>
**Subject:** RE: Authenticom v. CDK/Rey

Ben, can you talk at 4:00 p.m. Eastern (3:00 my time)? Or, any time between then and 5:00. Also, as a related issue and in the interest of efficiency, we'd like to resolve or complete meet and confer discussions on CDK custodians today. Our position on that issue is set forth in Britt's December 15 letter.

Thank you,
Matt

---

**Matt Provance**
Mayer Brown LLP
mprovance@mayerbrown.com
Tel: 312 701 8598
Fax: 312 706 9397

---

**From:** Rudofsky, Benjamin L. [mailto:brudofsky@kellogghansen.com]
**Sent:** Tuesday, December 19, 2017 1:00 PM
**To:** Provance, Matthew D.; Miller, Britt M.; 'Brian Ross'
**Cc:** Ryan, Mark; 'Aundrea Gulley'; 'Michael P. A. Cohen'; 'Gregor, Jennifer'; Hafenbrack, Joshua; 'Umberger, Michelle M. (Perkins Coie)'; Nemelka, Michael N.
**Subject:** RE: Authenticom v. CDK/Rey

Matt,

Thank you for the quick reply. We are available any time between 3pm and 5pm EST, if a window in that time works for you.

Best,

Ben

---

**From:** Provance, Matthew D. [mailto:MProvance@mayerbrown.com]
**Sent:** Tuesday, December 19, 2017 1:53 PM
**To:** Rudofsky, Benjamin L. <brudofsky@kellogghansen.com>; Miller, Britt M. <BMiller@mayerbrown.com>; 'Brian Ross' <bross@gibbsbruns.com>
**Cc:** Ryan, Mark <MRyan@mayerbrown.com>; 'Aundrea Gulley' <agulley@gibbsbruns.com>; 'Michael P. A. Cohen' <MCohen@sheppardmullin.com>; 'Gregor, Jennifer' <JGregor@gklaw.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; 'Umberger, Michelle M. (Perkins Coie)' <MUmberger@perkinscoie.com>; Nemelka, Michael N. <mnemelka@kellogghansen.com>
**Subject:** RE: Authenticom v. CDK/Rey

Ben –

Thanks for your correspondence and redline concerning Authenticom's proposed terms. We're still testing those additional changes, but the key problem from our point of view appears to be your removal of connectors from searches 11a and 11b. We'd like to meet and confer about that this afternoon, in the hope of trying to resolve outstanding issues over CDK's search terms in the short term. Absent the connectors that we proposed, the search will return any document that contains the words "disable," "block," "shut," "end," or "terminate" used in any context … which as you can imagine is going to pull in a massive number of documents with no connection to this case or the claims and defenses that are at issue. We proposed to solve this problem with connectors, and are potentially open to other solutions, but leaving the search term as-is will not work.

Matt

**Matt Provance**
Mayer Brown LLP
mprovance@mayerbrown.com
Tel: 312 701 8598
Fax: 312 706 9397

---

**From:** Rudofsky, Benjamin L. [mailto:brudofsky@kellogghansen.com]
**Sent:** Monday, December 18, 2017 4:25 PM
**To:** Miller, Britt M.; 'Brian Ross'
**Cc:** Ryan, Mark; 'Aundrea Gulley'; Provance, Matthew D.; 'Michael P. A. Cohen'; 'Gregor, Jennifer'; Hafenbrack, Joshua; 'Umberger, Michelle M. (Perkins Coie)'; Nemelka, Michael N.
**Subject:** RE: Authenticom v. CDK/Rey

Britt and Brian –

Please see the attached correspondence and related attachment.

Regards,

Ben Rudofsky


**Benjamin L. Rudofsky**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036
ph: 202-326-7933, fax: 202-326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

---

**From:** Miller, Britt M. [mailto:BMiller@mayerbrown.com]
**Sent:** Friday, December 15, 2017 5:40 PM
**To:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; 'Brian Ross' <bross@gibbsbruns.com>
**Cc:** Ryan, Mark <MRyan@mayerbrown.com>; 'Aundrea Gulley' <agulley@gibbsbruns.com>; Provance, Matthew D. <MProvance@mayerbrown.com>; 'Michael P. A. Cohen' <MCohen@sheppardmullin.com>; 'Gregor, Jennifer' <JGregor@gklaw.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; Rudofsky, Benjamin L. <brudofsky@kellogghansen.com>; 'Umberger, Michelle M. (Perkins Coie)' <MUmberger@perkinscoie.com>
**Subject:** RE: Authenticom v. CDK/Rey

Mike –

Please see the attached correspondence and related attachment.

Regards – Britt

_____

**Britt M. Miller**
**MAYER BROWN LLP**
**71 South Wacker Drive**
**Chicago, Illinois 60606-4637**
**Direct Dial: (312) 701-8663**
**Direct Fax: (312) 706-8763**
**e-mail:** bmiller@mayerbrown.com

---

**From:** Nemelka, Michael N. [mailto:mnemelka@kellogghansen.com]
**Sent:** Friday, December 08, 2017 4:42 PM
**To:** 'Brian Ross'
**Cc:** Miller, Britt M.; Ryan, Mark; 'Aundrea Gulley'; Provance, Matthew D.; 'Michael P. A. Cohen'; 'Gregor, Jennifer'; Hafenbrack, Joshua; Rudofsky, Benjamin L.; 'Umberger, Michelle M. (Perkins Coie)'
**Subject:** RE: Authenticom v. CDK/Rey

Dear Britt and Brian,

Please find the attached letter and word document regarding custodians and search terms.

Thanks and have a good weekend.

Mike

---

**From:** Nemelka, Michael N.
**Sent:** Friday, December 08, 2017 4:55 PM
**To:** 'Brian Ross'
**Cc:** 'Britt Miller'; 'Ryan, Mark'; 'Aundrea Gulley'; 'Provance, Matthew D.'; 'Michael P. A. Cohen'; 'Gregor, Jennifer'; Hafenbrack, Joshua; Rudofsky, Benjamin L.; 'Umberger, Michelle M. (Perkins Coie)'
**Subject:** RE: Authenticom v. CDK/Rey

Dear Britt and Brian,

Please see the attached letter.

Thanks,
Mike

---

**From:** Nemelka, Michael N.
**Sent:** Thursday, December 07, 2017 4:09 AM
**To:** 'Brian Ross'
**Cc:** Britt Miller; Ryan, Mark; Aundrea Gulley; Provance, Matthew D.; Michael P. A. Cohen; Gregor, Jennifer; Hafenbrack, Joshua; Rudofsky, Benjamin L.; Umberger, Michelle M. (Perkins Coie)
**Subject:** RE: Authenticom v. CDK/Rey

Dear Britt and Brian,

Please see the attached correspondence.  We will also respond today regarding search terms, custodians, and the meet and confers we had on our responses to your requests.  But we felt it important to provide the attached letter expeditiously.

Thanks,
Mike

**From:** Brian Ross [mailto:bross@gibbsbruns.com]
**Sent:** Friday, December 01, 2017 9:21 PM
**To:** Nemelka, Michael N.
**Cc:** Britt Miller; Ryan, Mark; Aundrea Gulley; Provance, Matthew D.; Michael P. A. Cohen; Gregor, Jennifer; Hafenbrack, Joshua; Rudofsky, Benjamin L.; Umberger, Michelle M. (Perkins Coie)
**Subject:** Re: Authenticom v. CDK/Rey

Mike—

Likewise please see the attached letter, also responding to your November 24 letter.

Thanks and best regards,

Brian


On Dec 1, 2017, at 6:18 PM, Miller, Britt M. <BMiller@mayerbrown.com> wrote:

Mike –
Please see the attached letter responding to your November 24 Letter.
Regards – Britt

---

**Britt M. Miller**
**MAYER BROWN LLP**
**71 South Wacker Drive**
**Chicago, Illinois 60606-4637**
**Direct Dial: (312) 701-8663**
**Direct Fax: (312) 706-8763**
**e-mail:** bmiller@mayerbrown.com

**From:** Nemelka, Michael N. [mailto:mnemelka@kellogghansen.com]
**Sent:** Friday, November 24, 2017 3:10 PM
**To:** Miller, Britt M.; Ryan, Mark; 'Aundrea Gulley'; Brian Ross; Provance, Matthew D.; Michael P. A. Cohen
**Cc:** Gregor, Jennifer; Hafenbrack, Joshua; Rudofsky, Benjamin L.
**Subject:** Authenticom v. CDK/Rey

Dear Britt and Brian,

Please see the attached letter on various discovery issues regarding Defendants' responses to Authenticom's document requests.

Thanks,
Mike
Michael N. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

1615 M. St. N.W., Suite 400
Washington, DC 20036
Direct: (202) 326-7932
mnemelka@kellogghansen.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.