# Exhibit C

| | |
|---|---|
| From: | Nemelka, Michael N. |
| To: | Dan Hedlund; Shawn Judge; Robert Kaplan; Wedgworth, Peggy; McKenna, Elizabeth; mdearman@rgrdlaw.com; SRudman@rgrdlaw.com; brobbins@robbinsarroyo.com; gaguilar@robbinsarroyo.com; mnicoud@robbinsarroyo.com; Asciolla, Gregory S.; Morrison, Brian; McDonald, Christopher; Matthew McCahill; Aaron Schwartz; bailey@ruppbaase.com; rupp@ruppbaase.com; cercone@ruppbaase.com; mmiller@millerlawllc.com; Jon Cuneo; Joel Davidow; Jennifer Kelly; Evelyn Li; sraiter@larsonking.com; Mike Roberts; pelbert@nealharwell.com; Barrett, Charles; baaron@nealharwell.com; jcecchi@carellabyrne.com; ltaylor@carellabyrne.com; Rado, Andrei; lbellavia@dealerlaw.com; smalone@dealerlaw.com; Gregory M. Travalio; ehg@classlawgroup.com; mls@classlawgroup.com; ab@classlawgroup.com; jeffwagoner@wagonergroup.com; dpeel@me.com; ppeel@farris-law.com; rac@cliffordlaw.com; smm@cliffordlaw.com; ksr@cliffordlaw.com; aszot@millerlawllc.com; lfanning@millerlawllc.com; mvantine@millerlawllc.com; kboychuck@millerlawllc.com; Robert J. Wozniak; Jim Barz; Xan Bernay; Frank Richter; Jana Law; Michael J. Freed; Douglas A. Millen; jgrabar@grabarlaw.com; Marc Edelson (medelson@edelson-law.com); Prendergast, Richard J.; Layden, Mike T.; jgregor@gklaw.com; cbruck@rjpltd.com; Elana Katcher; Mark H. Troutman; Kenneth Wexler; Bethany Turke; Michelle Looby; David Goodwin; Dan Nordin; Vicky Romanenko; Slidders, Charles |
| Cc: | Ho, Derek T.; Dorris, Daniel V.; Hafenbrack, Joshua |
| Subject: | RE: Authenticom Discovery |
| Date: | Tuesday, March 20, 2018 7:51:22 PM |

Dear All,

Please find attached the key discovery correspondence between us and counsel for CDK and Reynolds regarding their responses to Authenticom's document requests. I have already sent (1) Authenticom's document requests; (2) CDK's and Reynolds' formal responses; and (3) the set of search terms that CDK and Reynolds have agreed to run and for which document custodians. With the attached correspondence, this should complete what you need to understand the dscovery positions Defendants have taken, what they've agreed to produce, where we've struck compromises, and where there are still open disputes.

We would of course be willing to answer any questions you may have. Importantly, this should help whoever is appointed as interim dealer class counsel to formulate any necessary follow-up discovery requests.

Thanks and best regards,

Mike

---

**From:** Nemelka, Michael N.
**Sent:** Tuesday, March 20, 2018 2:09 PM
**To:** Dan Hedlund; Shawn Judge; Robert Kaplan; Wedgworth, Peggy; McKenna, Elizabeth; mdearman@rgrdlaw.com; SRudman@rgrdlaw.com; brobbins@robbinsarroyo.com; gaguilar@robbinsarroyo.com; mnicoud@robbinsarroyo.com; Asciolla, Gregory S.; Morrison, Brian; McDonald, Christopher; Matthew McCahill; Aaron Schwartz; bailey@ruppbaase.com; rupp@ruppbaase.com; cercone@ruppbaase.com; mmiller@millerlawllc.com; Jon Cuneo; Joel Davidow; Jennifer Kelly; Evelyn Li; sraiter@larsonking.com; Mike Roberts; pelbert@nealharwell.com; Barrett, Charles; baaron@nealharwell.com; jcecchi@carellabyrne.com; ltaylor@carellabyrne.com; Rado, Andrei; lbellavia@dealerlaw.com; smalone@dealerlaw.com; Gregory M. Travalio; ehg@classlawgroup.com; mls@classlawgroup.com; ab@classlawgroup.com; jeffwagoner@wagonergroup.com; dpeel@me.com; ppeel@farris-law.com; rac@cliffordlaw.com; smm@cliffordlaw.com; ksr@cliffordlaw.com; aszot@millerlawllc.com; lfanning@millerlawllc.com; mvantine@millerlawllc.com; kboychuck@millerlawllc.com; Robert J. Wozniak; Jim Barz; Xan Bernay; Frank Richter; Jana Law; Michael J. Freed; Douglas A. Millen; jgrabar@grabarlaw.com; Marc Edelson (medelson@edelson-law.com); Prendergast, Richard J.; Layden, Mike T.; jgregor@gklaw.com; cbruck@rjpltd.com; Elana Katcher; Mark H. Troutman; Kenneth Wexler; Bethany Turke; Michelle Looby; David Goodwin; Dan Nordin; Vicky Romanenko; Slidders, Charles
**Cc:** Ho, Derek T.; Dorris, Daniel V.; Hafenbrack, Joshua
**Subject:** Re: Authenticom Discovery

Dear All,

Today, the FTC voted to sue to block CDK from acquiring Auto/Mate. As a result, CDK is abandoning the acquisition. The press release is below. I wanted to make sure everyone had

the benefit of this good news.
https://www.ftc.gov/news-events/press-releases/2018/03/ftc-challenges-cdk-global-incs-proposed-acquisition-competitor?utm_source=govdelivery
Thanks,
Mike

On Mar 19, 2018, at 1:05 PM, Nemelka, Michael N. <mnemelka@kellogghansen.com> wrote:

> Dear Counsel – Please find attached the search terms that CDK and Reynolds have, respectively, agreed to use for their review of custodial documents. I'm also attaching the correspondence from December 2017 confirming these terms.
> Thank you,
> Mike
>
> **Reynolds**
>
> **CDK**
>
> _____
> **From:** Nemelka, Michael N.
> **Sent:** Monday, March 19, 2018 12:48 PM
> **To:** 'Dan Hedlund'; 'Shawn Judge'; 'Robert Kaplan'; Wedgworth, Peggy; McKenna, Elizabeth; 'mdearman@rgrdlaw.com'; 'SRudman@rgrdlaw.com'; 'brobbins@robbinsarroyo.com'; 'gaguilar@robbinsarroyo.com'; 'mnicoud@robbinsarroyo.com'; 'Asciolla, Gregory S.'; 'Morrison, Brian'; 'McDonald, Christopher'; 'Matthew McCahill'; 'Aaron Schwartz'; 'bailey@ruppbaase.com'; 'rupp@ruppbaase.com'; 'cercone@ruppbaase.com'; 'mmiller@millerlawllc.com'; Jon Cuneo; Joel Davidow; Jennifer Kelly; Evelyn Li; 'sraiter@larsonking.com'; 'Mike Roberts'; 'pelbert@nealharwell.com'; Barrett, Charles; 'baaron@nealharwell.com'; 'jcecchi@carellabyrne.com'; 'ltaylor@carellabyrne.com'; Rado, Andrei; 'lbellavia@dealerlaw.com'; 'smalone@dealerlaw.com'; 'Gregory M. Travalio'; 'ehg@classlawgroup.com'; 'mls@classlawgroup.com'; 'ab@classlawgroup.com'; 'jeffwagoner@wagonergroup.com'; 'dpeel@me.com'; 'ppeel@farris-law.com'; 'rac@cliffordlaw.com'; 'smm@cliffordlaw.com'; 'ksr@cliffordlaw.com'; 'aszot@millerlawllc.com'; 'lfanning@millerlawllc.com'; 'mvantine@millerlawllc.com'; 'kboychuck@millerlawllc.com'; 'Robert J. Wozniak'; 'Jim Barz'; 'Xan Bernay'; 'Frank Richter'; 'Jana Law'; 'Michael J. Freed'; 'Douglas A. Millen'; 'jgrabar@grabarlaw.com'; 'Marc Edelson (medelson@edelson-law.com)'; Prendergast, Richard J.; Layden, Mike T.; 'jgregor@gklaw.com'; 'cbruck@rjpltd.com'; 'Elana Katcher'; 'Mark H. Troutman'; 'Kenneth Wexler'; 'Bethany Turke'; 'Michelle Looby'; 'David Goodwin'; 'Dan Nordin'; 'Vicky Romanenko'; Slidders, Charles
> **Cc:** Ho, Derek T.; Dorris, Daniel V.; Hafenbrack, Joshua; 'JGregor@gklaw.com'; Prendergast, Richard J.
> **Subject:** Authenticom Discovery
> Dear All,
> As I mentioned to some of you, I am preparing for you the discovery requests, responses, and correspondence in Authenticom so that you can see the comprehensive RFPs that Authenticom has served, what Defendants have agreed to produce, where we have struck compromises, and the areas where we have dispute. This will hopefully help dealer counsel evaluate and formulate any additional discovery requests on behalf of the putative dealer class, as well as aid our coordination on document discovery issues.
> To help start your review, please find attached here (1) the parties' initial disclosures; (2) our document requests to CDK and Reynolds; (3) Defendants' responses to those document requests; and (4) our 30(b)(6) deposition notices to CDK and Reynolds.
> We are compiling the relevant discovery correspondence so that you can see

specifically what CDK/Rey have agreed to produce, and where we have struck compromises. We will also send you the search terms they have agreed to use so that you can review those. The custodians they have agreed to are listed in my latest letter that was attached to Defendants' motion for clarification.

I'd be happy to answer any questions you may have.

Thanks,

Mike

**Initial Disclosures**

<< File: 1900156_1 2017 08 31 CDK Initial Disclosures.PDF >> << File: 1900155_1 2017 08 31 Reynolds Initial Disclosures.PDF >> << File: 1900153_1 2017 08 31 Authenticom Initial Disclosures.PDF >>

**RFPs**

<< File: 1916825_1 2017 10 02 Authenticom First Set of RFP to Reynolds.pdf >> << File: 1916826_1 2017 10 02 Authenticom First Set of RFP to CDK.PDF >>

**CDK and Reynolds Responses to RFPs**

<< File: 1932603_1 2017 11 01 Reynolds Responses to Authenticom First Set of RFP.PDF >> << File: 1932602_1 2017 11 01 CDK Responses to Authenticom First Set of RFP.PDF >>

**30b6 Notices to CDK and Reynolds**

<< File: 1972908_1 2018 01 10 Authenticom 30b6 Notice of Deposition to CDK.PDF >> << File: 1972909_1 2018 01 10 Authenticom 30b6 Notice of Deposition to Reynolds.pdf >>

Michael N. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M. St. N.W., Suite 400
Washington, DC 20036
Direct: (202) 326-7932
mnemelka@kellogghansen.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

<2008692_2 2017 12 24 Final Reynolds ESI Search Terms.docx>

<1971027_1 2018 01 04 Email from M Provance to BLR re CDK Search Term Mod....pdf>

<1964261_1 2017 12 19 Emails btwn BLR and M Provance re Additional Propos....pdf>

<2008691_2 2018 01 04 Final CDK ESI Search Terms.docx>

<1968016_1 2017 12 22 - 12 24 Emails btwn BLR and B Ross re Outstanding I....pdf>