**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) | MDL No. 2817<br>Case No. 18 CV 864 |
| This Document Applies to:<br>All Actions | ) ) ) | Hon. Amy J. St. Eve |

# ORDER

    On March 16, 2018, Defendants CDK Global, LLC and The Reynolds and Reynolds Company moved for clarification of the Court's Order partially lifting the stay of discovery in *Authenticom, Inc. v. CDK Global, LLC, et al.*, Case No. 18-CV-868 (N.D. Ill.). (R. 67.) The motion is granted. When the Court partially lifted the stay, it ordered the parties to devise, or at least be prepared to discuss, by the April 6, 2018 status a discovery structure they believed could account for both Authenticom's desire to press forward and Defendants' concerns about (and the MDL goal of) preventing unduly burdensome duplication. In the meantime, the parties should exchange interrogatories and requests today, the date initially ordered, and Defendants should continue to make reproductions. Should the parties be unable to reach a compromise regarding an agreeable discovery plan by the April 6, 2018 status, the Court will provide additional guidance regarding outstanding disputes.


**Dated: March 23, 2018**            **ENTERED**

 

_____
**AMY J. ST. EVE**
**United States District Court Judge**