## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Dealer Management Systems Antitrust Litigation

Case Number: 18-cv-864, MDL No. 2817

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs- Teterboro Automall, Inc., JCF Autos LLC, 440 Jericho Turnpike Sales LLC, and Patchogue 112 Motors LLC, Kenny Thomas Enterprises, Inc. (d/b/a Olathe Toyota) and Waconia Dodge, Inc.

Attorney name (type or print): Kenneth A. Wexler

Firm: Wexler Wallace LLP

Street address: 55 W. Monroe Street, Suite 3300

City/State/Zip: Chicago, IL 60603

Bar ID Number: 3127810
(See item 3 in instructions)

Telephone Number: (312) 346-2222

Email Address: kaw@wexlerwallace.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 23, 2018

Attorney signature: S/ Kenneth A. Wexler
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record on this 23rd day of March 2018.

                                              /s/ Kenneth A. Wexler
                                              Kenneth A. Wexler