# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: Dealer Mgmt Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18 C 864 <br> Judge Amy J. St. Eve |

## ORDER

Motions for leave to appear pro hac vice by Leonard Bellavia on behalf of Teterboro Automall, Inc, JCF Autos LLC, Mericho Turnpike Sales LLC and Patchogue Motors 112 LLC [79] and by David Mitchell on behalf of Baystate Ford Inc. [82] are granted.

Date: 3/26/2018

_____
Amy J. St. Eve
United States District Judge