UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) | MDL No. 2817 Case No. 18 C 864 |
| This Document Relates To: ALL CASES. | ) ) ) ) ) ) ) | Assigned to: Hon. Amy J. St. Eve Magistrate Judge: Hon. Jeffrey T. Gilbert |

MAJORITY DEALER PLAINTIFFS' MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD CLASS COUNSEL

1397470_2

Pursuant to this Court's Order (ECF No. 43), the undersigned, with the support of the majority of Dealership Class Actions filed,[1] move this Court for an Order appointing Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), Cuneo Gilbert & LaDuca LLP ("Cuneo Gilbert"), and Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") as Interim Co-Lead Class Counsel on behalf of the proposed class of automobile dealerships that purchased dealer management systems ("DMS") software from defendants CDK Global, LLC ("CDK") or The Reynolds and Reynolds Company ("Reynolds") (collectively, "Defendants"). In addition to the three Co-Leads, this proposal includes a two-firm Executive Committee comprised of Miller Law LLC ("Miller Law") and Clifford Law Offices, P.C. ("Clifford Law"), with Clifford Law also serving as Liaison Counsel.

Plaintiffs move this Court, in accordance with Rule 23(g) of the Federal Rules of Civil Procedure, for appointment of Interim Co-Lead Class Counsel and the proposed Executive Committee and Liaison Counsel. In support of this Motion, Robbins Geller, Cuneo Gilbert and Kaplan Fox submit a memorandum of law and true and correct copies of the following exhibits:

Exhibit 1: Robbins Geller Rudman & Dowd LLP firm resume;

Exhibit 2: Relevant excerpts of the Transcript of Proceedings for hearing held on March 12, 2018, before The Honorable Amy J. St. Eve;

Exhibit 3: Letter from Brian Perdue to The Honorable Amy J. St. Eve, dated March 26, 2018;

Exhibit 4: Letter from Terrence J. McLoughlin to The Honorable Amy J. St. Eve, dated March 21, 2018;

---

[1] Dealership Plaintiffs ("Plaintiffs") include Baystate Ford Inc., Hartley Buick GMC Truck, Inc., Cox Motors N.C. Inc. d/b/a Cox Toyota, Northtown Automotive Companies Inc., F.G. Downing Development, Inc. and John O'Neil Johnson Toyota, LLC. Another plaintiff, *Pensacola Motor Sales, Inc. d/b/a Bob Tyler Toyota, Inc. v. CDK Global, LLC*, No. 1:18CV01402 (N.D. Ill.), also supports this application. Proposed Interim Co-Lead Class Counsel, Robbins Geller, Kaplan Fox and Cuneo Gilbert have not promised any role to any firm other than those proposed as part of the leadership group, however, to the extent it is in the best interests of the Class and can be done efficiently, if appointed, Proposed Interim Co-Lead Class Counsel may consider assigning work to the firms listed as counsel in those cases. If any such work is assigned, contemporaneous time reports will be gathered and reviewed to ensure against duplicative or excessive billing.

Exhibit 5: Letter from Vicki Mann to The Honorable Amy J. St. Eve, dated March 21, 2018;

Exhibit 6: Letter from William Hartley to The Honorable Amy J. St. Eve, dated March 26, 2018;

Exhibit 7: Cuneo Gilbert & LaDuca, LLP firm resume;

Exhibit 8: Relevant excerpts of the Transcript of Proceedings for hearing held on April 5, 2013, before The Honorable P. Kevin Castel in *In re Bank of America Corp. Sec. Derivative, and Emp. Ret. Income Security Act (ERISA) Litig.*, No. 09-md-2058 (PKC) (S.D.N.Y.); relevant excerpts of the Transcript of Proceedings for hearing held on August 29, 2006, before The Honorable Alvin K. Hellerstein in *Cohen v. Escala Group, Inc.*, No. 06 Civ. 3518 (AKH) (S.D.N.Y.); *The American Lawyer*, Article regarding the *In re High Fructose Corn Syrup Antitrust Litig.*, MDL No. 1087, No. 95-1477 (C.D. Ill.) and Attorneys Robert Kaplan and Gregory Arenson (Aug. 2004); relevant excerpts of the Transcript of Proceedings for hearing held on September 3, 2004, before The Honorable Michael M. Mihm in *In re High Fructose Corn Syrup Antitrust Litig.*, MDL No. 1087, No. 95-1477 (C.D. Ill.); and relevant excerpts of the Transcript of Proceedings for hearing held on October 4, 2004, before The Honorable Michael M. Mihm in *In re High Fructose Corn Syrup Antitrust Litig.*, MDL No. 1087, No. 95-1477 (C.D. Ill.);

Exhibit 9: Relevant excerpts of the Transcript of Proceedings for hearing held on August 31, 2015, before The Honorable John Gleeson in *In re Air Cargo Shipping Servs. Antitrust Litig.*, No. 06-md-1775 (JG) (E.D.N.Y.);

Exhibit 10: Relevant excerpts of the Transcript of Proceedings for hearing held on June 21, 2001, before The Honorable Michael M. Mihm in *In re High Fructose Corn Syrup Antitrust Litig.*, MDL No. 1087, No. 95-1477 (C.D. Ill.);

Exhibit 11: Relevant excerpts of the Transcript of Proceedings for hearing held on May 18, 2004, before The Honorable Michael M. Mihm in *In re High Fructose Corn Syrup Antitrust Litig.*, MDL No. 187, No. 95-1477 (C.D. Ill.);

Exhibit 12: Kaplan Fox & Kilsheimer LLP firm resume;

Exhibit 13: Miller Law LLC firm resume;

Exhibit 14: *In re Polyurethane Foam Antitrust Litig.*, MDL No. 2196, No. 10-MD-2196 (JZ), Order Certifying Class Action and Appointing Class Counsel (N.D. Ohio Apr. 16, 2014);

Exhibit 15: Clifford Law Offices, P.C. firm resume;

Exhibit 16: Contact Information of Judges Presiding Over Cases Cited in Letter for Appointment of Robert A. Clifford; and

Exhibit 17: *The National Law Journal*, Litigation Boutique Hot List (Feb 11, 2013).

Wherefore, the undersigned request that this Court appoint the proposed Interim Co-Lead Class Counsel, Executive Committee and Liaison Counsel.

DATED: March 26, 2018

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK RICHTER (IL Bar # 6310011)

s/ James E. Barz
JAMES E. BARZ

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

CUNEO GILBERT & LaDUCA, LLP
JONATHAN W. CUNEO
VICTORIA ROMANENKO
JENNIFER KELLY
YIFEI LI

      s/ Victoria Romanenko      
VICTORIA ROMANENKO

4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
Telephone: 202/789-3960
jonc@cuneolaw.com
vicky@cuneolaw.com
jkelly@cuneolaw.com
evelyn@cuneolaw.com

Proposed Interim Co-Lead Class Counsel

KAPLAN FOX & KILSHEIMER LLP
ROBERT N. KAPLAN
GREGORY K. ARENSON
JEFFREY P. CAMPISI
ELANA KATCHER
AARON SCHWARTZ

      s/ Robert N. Kaplan      
ROBERT N. KAPLAN

850 Third Avenue; 14th Floor
New York, NY 10022
Telephone: 212/687-1980
212/687-7714 (fax)
rkaplan@kaplanfox.com
garenson@kaplanfox.com
jcampisi@kaplanfox.com
ekatcher@kaplanfox.com
aschwartz@kaplanfox.com

- 4 -

|  |  |
|---|---|
|  | KAPLAN FOX & KILSHEIMER LLP<br>GARY L. SPECKS<br>423 Sumac Road<br>Highland Park, Illinois 60035<br>Telephone: 847/831-1585<br>847/831-1580 (fax)<br>gspecks@kaplanfox.com<br><br>Proposed Interim Co-Lead Class Counsel |
| DATED: March 26, 2018 | MILLER LAW LLC<br>MARVIN A. MILLER<br>ANDREW SZOT<br>MATTHEW E. VAN TINE<br><br>       s/ Marvin A. Miller<br>       MARVIN A. MILLER<br><br>115 S LaSalle Street, Suite 2910<br>Chicago, Illinois 60603<br>Telephone: 312/332-3400<br>312/676-2676 (fax)<br>mmiller@millerlawllc.com<br>aszot@millerlawllc.com<br>mvantine@millerlawllc.com<br><br>Proposed Executive Committee |
| DATED: March 26, 2018 | CLIFFORD LAW OFFICES, P.C.<br>ROBERT A. CLIFFORD<br>SHANNON M. MCNULTY<br><br>       s/ Robert A. Clifford<br>       ROBERT A. CLIFFORD<br><br>120 N. LaSalle Street, Suite 3100<br>Chicago, IL 60602<br>Telephone: 312/899-9090<br>312/251-1160 (fax)<br>rac@cliffordlaw.com<br>smm@cliffordlaw.com<br><br>Proposed Executive Committee and Liaison Counsel |

In accordance with the United States District Court for the Northern District of Illinois, General Order 16-0020 §IX(C)(2), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

s/ James E. Barz<br>
JAMES E. BARZ

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 26, 2018.

s/ James E. Barz
JAMES E. BARZ

ROBBINS GELLER RUDMAN
   & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
E-mail: jbarz@rgrdlaw.com

1397470_2

# Mailing Information for a Case 1:18-cv-00864 In Re: Dealer Management Systems Antitrust Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsarroyo.com,rsalazar@robbinsarroyo.com,notice@robbinsarroyo.com

- **Gregory Asciolla**
  gasciolla@labaton.com,8428016420@filings.docketbird.com,kgutierrez@labaton.com,electroniccasefiling@labaton.com

- **TYLER BAKER**
  tbaker@sheppardmullin.com

- **JOHN W BARRETT**
  dbarrett@barrettlawgroup.com

- **Jesse Jonas Bair**
  jbair@perkinscoie.com

- **Dylan I. Ballard**
  dballard@sheppardmullin.com,jcampos@sheppardmullin.com,rbreese@sheppardmullin.com

- **Charles F. Barrett**
  cbarrett@nealharwell.com,dgarrison@nealharwell.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Leonard A Bellavia**
  lbellavia@dealerlaw.com

- **Alexandra S. Bernay**
  xanb@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Justin Nicholas Boley**
  jnb@wexlerwallace.com,ecf@wexlerwallace.com

- **Kathleen Ellen Boychuck**
  kboychuck@millerlawllc.com

- **Joshua D. Branson**
  jbranson@kellogghansen.com,aoak@kellogghansen.com

- **Leo Caseria**
  lcaseria@sheppardmullin.com,rjauregui@sheppardmullin.com

- **James E. Cecchi**
  jcecchi@carellabyrne.com

- **Robert A. Clifford**
  rac@cliffordlaw.com,jmreasor@cliffordlaw.com,jg@cliffordlaw.com,sp@cliffordlaw.com,docket@cliffordlaw.com

- **Michael P. A. Cohen**
  mcohen@sheppardmullin.com

- **Jonathan W. Cuneo**
  jonc@cuneolaw.com

- **Charles Grant Curtis , Jr**
  ccurtis@perkinscoie.com

- **Michael Stephen Dampier**
  stevedampier@dampierlaw.com

- **Daniel V. Dorris**
  ddorris@kellogghansen.com

- **Thomas Arthur Doyle**
  tad@wexlerwallace.com,tadoyle@thomasadoyle.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,ajewell@millerlawllc.com,drobinson@millerlawllc.com,JRamirez@millerlawllc.com

- **Michael Jerry Freed**
  mfreed@fklmlaw.com,mkhamoo@fklmlaw.com

- **Daniel Jeffrey Friedman**
  daniel@gabrielsalomons.com

- **Karin E. Garvey**
  kgarvey@labaton.com,kgutierrez@labaton.com,3710423420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Jennifer L. Gregor**
  jgregor@gklaw.com,apeterson@gklaw.com,jschlumpf@gklaw.com

- **Archibald (Archie) Irwin Grubb , II**
  archie.grubb@beasleyallen.com

- **Daniel Guarnera**
  dguarnera@kellogghansen.com

- **Aundrea Kristine Gulley**
  agulley@gibbsbruns.com,kstehling@gibbsbruns.com

- **Joshua Hafenbrack**
  jhafenbrack@kellogghansen.com

- **Mark W. Hancock**
  mhancock@gklaw.com,mfuller@gklaw.com,ntalbott@gklaw.com,lviola@gklaw.com

- **Joseph S Harper**
  JHarper@foley.com

- **Kendall W Harrison**
  kharrison@gklaw.com

- **Daniel C Hedlund**
  dhedlund@gustafsongluek.com,dgoodwin@gustafsongluek.com

- **Derek Tam Ho**
  dho@kellogghansen.com,caitlan--cook-1415@ecf.pacerpro.com

- **Brian M. Hogan**
  bhogan@fklmlaw.com

- **Samuel Issacharoff**
  issacharoff@exchange.law.nyu.edu

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Michael Thomas Layden**
  mlayden@rjpltd.com,cbohar@rjpltd.com,tfitch@rjpltd.com,lstrzempek@rjpltd.com,jsargent@rjpltd.com,jsutton@rjpltd.com

- **Brandon M. Lewis**
  BLewis@perkinscoie.com,LBendt@perkinscoie.com,docketmadison@perkinscoie.com

- **Michelle J. Looby**
  mlooby@gustafsongluek.com

- **MICHAEL MARTINEZ**
  michael.martinez@mayerbrown.com

- **Ross M. MacDonald**
  rmacdonald@gibbsbruns.com

- **Ralph Edward Massey , Jr**
  em@claymassey.com

- **Christopher J McDonald**
  cmcdonald@labaton.com,kgutierrez@labaton.com,4082127420@filings.docketbird.com,electroniccasefiling@labaton.com

- **David Malcolm McMullan , Jr**
  dmcmullan@barrettlawgroup.com

- **Shannon Marie McNulty**
  smm@cliffordlaw.com,jmreasor@cliffordlaw.com,smarquez@cliffordlaw.com

- **James Landon Mcginnis**
  jmcginnis@sheppardmullin.com

- **Wilson Daniel Miles , III**
  dee.miles@beasleyallen.com

- **Douglas A Millen**
  doug@fklmlaw.com

- **Britt Marie Miller**
  courtnotification@mayerbrown.com,bmiller@mayerbrown.com

- **Kevin J. Miller**
  kmiller@kellogghansen.com,dmcgowan@kellogghansen.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawllc.com,JRamirez@millerlawllc.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian Morrison**
  bmorrison@labaton.com,kgutierrez@labaton.com,3626807420@filings.docketbird.com,electroniccasefiling@labaton.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com

- **Amar Shrinivas Naik**
  anaik@sheppardmullin.com

- **Michael N. Nemelka**
  mnemelka@kellogghansen.com,ecarbone@kellogghansen.com,aoak@kellogghansen.com

- **Aaron Martin Panner**
  apanner@kellogghansen.com,hwallace@kellogghansen.com

- **Justin David Patrick**
  jpatrick@gibbsbruns.com

- **Kathy D. Patrick**
  kpatrick@gibbsbruns.com

- **Richard J. Prendergast**
  rprendergast@rjpltd.com,cbohar@rjpltd.com,tfitch@rjpltd.com,lstrzempek@rjpltd.com,jsargent@rjpltd.com,jsutton@rjpltd.com

- **Matthew David Provance**
  mprovance@mayerbrown.com,courtnotification@mayerbrown.com

- **William N. Reed**
  wreed@bakerdonelson.com

- **Allison W Reimann**
  areimann@gklaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Mike L. Roberts**
  mikeroberts@robertslawfirm.us,aprilburton@robertslawfirm.us,angeliciaisclaw@robertslawfirm.us

- **Victoria Romanenko**
  vicky@cuneolaw.com

- **Brian T. Ross**
  bross@gibbsbruns.com

- **Mark W. Ryan**
  mryan@mayerbrown.com,wdc.docket@mayerbrown.com

- **Gary K Salomons**
  gary@gabrielsalomons.com

- **David L. Schwarz**
  dschwarz@kellogghansen.com

- **Jeffrey Allan Simmons**
  jsimmons@foley.com

- **John S. Skilton**
  jskilton@perkinscoie.com,tanders@perkinscoie.com

- **Gary L. Specks**
  gspecks@kaplanfox.com

- **Sterling Starns**
  sstarns@barrettlawgroup.com,ntmaddux@barrettlawgroup.com

- **Kathleen A. Stetsko**
  kstetsko@perkinscoie.com,docketchi@perkinscoie.com,jgreenfield@perkinscoie.com

- **Andrew Szot**
  aszot@millerlawllc.com,ajewell@millerlawllc.com,jramirez@millerlawllc.com,drobinson@millerlawllc.com

- **Mark H Troutman**
  mtroutman@isaacwiles.com,llabair@isaacwiles.com,ab@classlawgroup.com,mls@classlawgroup.com,ehg@classlawgroup.com,dsh@classlawgroup.com

- **Bethany R. Turke**
  brt@wexlerwallace.com

- **Michelle M. Umberger**
  mumberger@perkinscoie.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

- **Daniel John Walker**
  dwalker@bm.net

- **Peggy J Wedgworth**
  pwedgworth@milberg.com,cbomzer@milberg.com,arado@milberg.com,jjoseph@milberg.com,cslidders@milberg.com,emckenna@milberg.com,MAOffice@milberg.

- **Kenneth A. Wexler**
  kaw@wexlerwallace.com,ecf@wexlerwallace.com

- **Brice A. Wilkinson**
  bwilkinson@gibbsbruns.com

- **Robert J. Wozniak**
  rwozniak@fklmlaw.com,mkhamoo@fklmlaw.com

- **Joanna Tianyang Zhang**
  jzhang@kellogghansen.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Authenticom Inc.
,

Arthur            N. Bailey
Arthur N. Bailey & Associates
111 West 2nd Street
Suite 4500
Jamestown, NY 14701

Motor Vehicle Software Corporation
,

Shawn             M Raiter
Larson & King, LLP
30 East 7th Street
Suite 2800
St. Paul, MN 55101
```