# EXHIBIT 3

March 26, 2018

Hon. Judge Amy St. Eve through Counsel

Dear Judge St. Eve,

I am an owner and general manager of Archer-Perdue Suzuki, a licensed dealership in the state of Nebraska.

Since 2012, I have been represented in the *Automotive Parts Antitrust Litigation* by Cuneo Gilbert & LaDuca ("CGL").

During its representation of Archer-Perdue, CGL has worked with us in producing multiple rounds of documents and data, prepared us for and defended our depositions and aided us in assembling proofs of claims to allow us to make claims to the settlement fund.

Throughout our relationship, CGL and its attorneys, including Victoria Romanenko, have been hard-working, loyal and knowledgeable. They learned the details of our business operations and our document and data storage practices. They competently answered all of our questions about the case and our work in it. And they have continuously fought to protect dealers' interests. CGL understands dealerships and knows how to represent them.

For instance, in making our productions, Vicky and her team carefully identified our and our customers' sensitive information and made certain that it was protected. During our depositions Vicky worked hard to keep opposing counsel on task and keep the questioning focused strictly on relevant material.

During the course of this entire litigation, CGL has never stopped advocating for automobile dealerships, including Archer-Perdue.

I understand that CGL has applied for a leadership position representing dealerships, in litigation before Your Honor. I believe that, if appointed, CGL will faithfully serve the interests of the dealership class and I support its appointment in this case.

Sincerely,

Brian Perdue