# EXHIBIT 4

# Shearer Acura

1325 SHELBURNE ROAD
SOUTH BURLINGTON, VERMONT 05403
802-658-1130

March 21, 2018

Hon. Judge Amy St. Eve through Counsel

Dear Judge St. Eve,

    I am the Chief Financial Officer at Apex Motor Company d/b/a Shearer Acura, a licensed dealership in the state of Vermont.

    Since 2014, Shearer Acura been represented in the *Automotive Parts Antitrust Litigation* by Cuneo Gilbert & LaDuca ("CGL").

    During its representation of Shearer Acura, CGL worked with us in producing multiple rounds of documents and data, prepared us for and defended our depositions and aided us in assembling proofs of claims to allow us to make claims to the settlement fund.

    Throughout our relationship, CGL and its attorneys, including Victoria Romanenko, have provided our dealership with thorough, careful and diligent representation. They learned all of the details of our business operations. They patiently answered all of our questions about the case and the various developments. And they continuously fought to protect dealers' interests. It is clear to me, based on my experience with them, that CGL understands dealerships and how to represent them.

    For instance, Vicky made sure that the dealership employees who were deposed were well prepared for their depositions and she worked hard, during the depositions, to keep the questioning focused strictly on relevant material. In making our productions, Vicky and her team carefully identified our and our customers' sensitive information and made certain that it was protected.

    During the course of this entire litigation, CGL has never stopped advocating for automobile dealerships, including Shearer Acura.

    I understand that CGL has applied for a leadership position representing dealerships, in a litigation before Your Honor. I believe that, if appointed, CGL will faithfully serve the interests of the dealership class and I support its appointment in this case.

Sincerely,

Terrence J. McLoughlin, CPA
CFO / Vice President