# EXHIBIT 5



LEE AUTO MALLS
Executive Offices
777 Center Street | PO Box 297
Auburn, ME 04212-0297
207-784-5441 | leeauto.com

March 21, 2018

Hon. Judge Amy St. Eve through Counsel

Dear Judge St. Eve,

    Since 2013, our dealerships, Lee Oldsmobile-Cadillac, Inc. d/b/a Lee Honda and Lee Auto Malls-Topsham, Inc. d/b/a Lee Toyota of Topsham, both of which are licensed dealerships in the state of Maine, have been represented in the *Automotive Parts Antitrust Litigation* by Cuneo Gilbert & LaDuca (CGL). I have personally worked on this matter with CGL counsel over the last + 5 years.

    During that representation, CGL has worked with us in producing multiple rounds of documents and data, prepared us for and defended our depositions, and aided us in assembling proofs of claims to allow us to make claims to the settlement fund.

    Throughout our relationship, CGL and its attorneys, including Victoria (Vicky) Romanenko, have been tireless in their quest to provide us and the class with the best representation possible. They have spent hours on the phone with us learning the details of our business and our dealer management system—including information even some employees do not know. They patiently answered all of our questions about the case and they continuously fought to protect our interests as well as those of all of the dealers they represented throughout this process. CGL understands dealerships and what is important to us.

    During our deposition process, Vicky constantly worked to insure that opposing counsel stayed within the confines of the protective order CGL obtained for the dealerships. In making our productions, Vicky and her team carefully identified our and our customers' sensitive information and made certain that it was protected.

    During the course of this entire litigation, CGL has never stopped advocating for all automobile dealerships, including Lee Honda and Lee Toyota.

    I understand that CGL has applied for a leadership position representing dealerships in another litigation. I believe that, if appointed, CGL will faithfully serve the interests of the dealership class once again, and I support its appointment.

Yours very truly,

*Vicki Mann* (signature)

Vicki Mann, Chief Financial Officer
Lee Auto Malls

LEE AUTO MALLS

DIVISIONS — Atlantic Acceptance Corporation | Credit Now | Lee Auto Care | LeeCars
Lee Credit Express | Lee Leasing | Maine Auto Color | Maine Auto Credit

BRANDS — Chrysler | Dodge | GMC | Honda | Jeep | Nissan | Scion | Toyota

LOCATIONS — Auburn | Augusta | Bangor | Brewer | Ellsworth | Lewiston | Newport | Norway
Oakland | Presque Isle | Saco | Topsham | Trenton | Westbrook | Windham