# EXHIBIT 6

*Hartley Buick GMC Truck, Inc.*
1505 Washington St.,
Jamestown, New York 14701
Tel: (716) 484-0131

March 26, 2018

Hon. Judge Amy St. Eve via our Counsel

Dear Judge St. Eve,

    I am the president of Hartley Buick GMC Truck, Inc., a family-owned auto dealership in Western New York.

    Since 2012, our dealership has been represented by Cuneo Gilbert & LaDuca ("CGL") as a claimant in the large and very complex class action known as the Automotive Parts Antitrust Litigation, which consists of more than 40 actions, over 40 separate price-fixed auto parts and many different defendants and class members.

    Throughout all the complexities of this case, we were represented by CGL, headed up by Vicky Romanenko, who was able to master the details of our dealer management system ("DMS") and all of the data points related to automobile sales. With all of that information at her fingertips, she was able to prepare me to complete my deposition by close to a dozen different defense lawyers. All of the other lawyers, on both sides of the case, kept referring to Vicky to answer questions about the DMS. We would never have been able to achieve the results we have without the intervention and exquisite organization of CGL, via Ms. Romanenko.

    During the course of this entire litigation, CGL has never stopped advocating for automobile dealerships, including Hartley Buick. CGL understands dealerships and how to represent them.

    I understand that CGL and Ms. Romanenko have applied to you for the co-lead position in a new class action involving dealer management systems. Given that the use of this product is involved in the Automotive Parts case, these lawyers have acquired the highest-level of knowledge (even more than many of the auto dealers) in the complex workings of these systems and are well-suited to lead this case.

     As one of the dealers in this new DMS litigation, I hope you will appoint these particular lawyers to the leadership position.

     Sincerely,

     *Bill Hartley*
     William Hartley, President
     Hartley Buick GMC Truck, Inc.