# EXHIBIT 9

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -  X

IN RE                        :    06-MD-1775(JG)

    AIR CARGO SHIPPING
    SERVICES ANTITRUST       :    United States Courthouse
    LITIGATION                    Brooklyn, New York
                             :

                             :    August 31, 2015
                                  10:30 o'clock a.m.

- - - - - - - - - - - - - -  X


               TRANSCRIPT OF ORAL ARGUMENT
             BEFORE THE HONORABLE JOHN GLEESON
                UNITED STATES DISTRICT JUDGE.


APPEARANCES:

For the Plaintiffs:       KAPLAN, FOX & KILSHEIMER LLP
                          805 Third Avenue, 22nd Floor
                          New York, NY 10022

                     BY:  ROBERT N. KAPLAN, ESQ.
                          GREGORY K. ARENSON, ESQ.


                          HAUSFELD LLP
                          1700 K Street, NW, Suite 650
                          Washington, DC 20006

                     BY:  MELINDA R. COOLIDGE, ESQ.

                              - and -

                          325 Chestnut Street, Suite 900
                          Philadelphia, PA 19106

                     BY:  BRENT W. LANDAU, ESQ.
```

CMH     OCR     RMR     CRR     FCRR

```
                                                                    2

 1   APPEARANCES:

 2   For the Plaintiffs:         ROBINS KAPLAN MILLER & CIRESI LLP
        (Continued)              601 Lexington Avenue, Suite 3400
 3                               New York, NY 100224

 4                               BY:  HOLLIS L. SALZMAN, ESQ.

 5
                                 LEVIN, FISHBEIN, SEDRAN & BERMAN
 6                               510 Walnut Street, Suite 500
                                 Philadelphia, PA 19106
 7
                                 BY:  HOWARD J. SEDRAN, ESQ.
 8

 9   For the Defendants:         ROPES & GRAY LLP
                                 800 Boylston Street
10                               Boston, MA 02199

11                               BY:  HARVEY WOLKOFF, ESQ.

12
                                 BARNES & THORNBURG LLP
13                               1717 Pennsylvania Avenue NW
                                 Suite 500
14                               Washington, DC 20006

15                               BY:  MEENA T. SINFELT, ESQ.

16
                                 WILSON ELSER MOSKOWITZ
17                                  EDELMAN & DICKER LLP
                                 150 East 42nd Street
18                               New York, NY 10017

19                               BY:  GEORGE N. TOMPKINS, III, ESQ.

20
                                 RUSKIN MOSCOU FALTISCHEK, P.C.
21                               East Tower, 15th floor
                                 1425 RXR Plaza
22                               Uniondale, NY 11556

23                               BY:  E. CHRISTOPHER MURRAY, ESQ.

24

25


           CMH       OCR      RMR     CRR      FCRR
```

1  originating in New Zealand showed that there was a fuel
2  surcharge at or, at or higher than the announced rate. That
3  means that 30 percent of the airway bills for shipments out of
4  New Zealand were less than the fuel surcharge amount.
5       So, in turn, what that means is out of New Zealand,
6  Air New Zealand might have cheated on the conspiracy and
7  charged less than the fuel surcharge amount. There, the
8  report of Mr. Young infers that, in fact, a commission was
9  paid on those airway bills, but the evidence is far from clear
10 on that so I made a mistake or spoke in error.
11      So, we do not concede that commissions were paid on
12 those shipments out of New Zealand and if there were any, and
13 it's a debatable question, it was for a small percentage, but
14 it's equally likely that the fuel surcharge was just reduced.
15      That's all I need to say in rebuttal, Your Honor.
16      THE COURT: All right. Anyone else?
17      MR. LANDAU: No, Your Honor.
18      THE COURT: All right.
19      Well, first of all, thank you for your advocacy,
20 both in writing and orally. You travel in different circles
21 than the ones I travel in so you probably don't appreciate how
22 unusual it is to have such excellent lawyering so I am
23 grateful for it.
24      Some of these motions are not all, strictly
25 speaking, related to legal questions, but let me address these