# EXHIBIT 10

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE CENTRAL DISTRICT OF ILLINOIS

2

3

4

     IN RE:    HIGH FRUCTOSE CORN SYRUP   )
5              ANTITRUST LITIGATION       )
                                          )   MDL No. 187
6                                         )   Master File No. 95-1477
               THIS DOCUMENT RELATES TO: )
7              ALL ACTIONS                )
                                          )

8

9
                HEARING ON MOTIONS TO BAR EXPERT TESTIMONY
10                 AND MOTIONS FOR SUMMARY JUDGMENT

11

12                      June 21, 2001
                        Peoria, Illinois
13

14

15                         BEFORE:

16              HONORABLE MICHAEL M. MIHM
                United States District Judge
17

18

19

20

21

22

23                  Karen S. Hanna, C.S.R.
                 U.S. District Court Reporter
24                Central District of Illinois
     Proceedings recorded by mechanical stenography; transcript
25   produced by computer

```
 1                        APPEARANCES:

 2
                ON BEHALF OF THE PLAINTIFFS:
 3

 4                  MICHAEL J. FREED, ESQ.
                    BARAT McCLAIN, ESQ.
 5   Much, Shelist, Freed, Denenberg, Ament, Bell & Rubenstein
                 200 N. LaSalle Street, Suite 2100
 6                 Chicago, Illinois  60601-1095

 7                  ROBERT N. KAPLAN, ESQ.
                    GREGORY ARENSON, ESQ.
 8                  Kaplan, Kilsheimer & Fox
                      805 Third Avenue
 9               New York, New York   10017

10               H. LADDIE MONTAGUE, JR., ESQ.
                    CHARLES GOODWIN, ESQ.
11                   Berger & Montague
                     1622 Locust Street
12            Philadelphia, Pennsylvania   19103

13
                 STEPHEN R. NEUWIRTH, ESQ.
14                   ADAM WALSH, ESQ.
                 Boies, Schiller & Flexner
15            570 Lexington Avenue, 16th Floor
                 New York, New York   10022
16

17

18

19

20

21

22

23

24

25
```

```
 1                      ON BEHALF OF THE DEFENDANTS:

 2

                            TERRENCE A. GRIMM, ESQ.
 3                          JOSEPH A. SPIEGLER, ESQ.
                               Winston & Strawn
 4                             35 W. Wacker Drive
                            Chicago, Illinois  60601
 5                                  -- and--
                            CHARLES ROTH, ESQ.
 6          Kavanagh, Scully, Sudow, White & Frederick
                       301 Southwest Adams, Suite 700
 7                       Peoria, Illinois   61602
           (Appeared on Behalf of A.E. Staley Manufacturing Co.)
 8

 9                          MARK W. RYAN, ESQ.
                            GARY WINTERS, ESQ.
10                          Mayer, Brown & Platt
                            1909 K Street N.W.
11                       Washington, D.C.   20006
                 (Appeared on Behalf of Cargill, Inc.)
12

13                          AUBREY DANIEL III, ESQ.
                            STEVEN KUNEY, ESQ.
14                          KENNETH SMURZYNSKI, ESQ.
                            JOHN SCHMIDTLEIN, ESQ.
15                            Williams & Connolly
                            725 Twelfth Street, N.W.
16                       Washington, D.C.   20005
                                 -- and --
17                          DAVID B. MUELLER, ESQ.
                               Cassidy & Mueller
18                       416 Main Street, Suite 323
                            Peoria, Illinois   61602
19          (Appeared on Behalf of Archer Daniels Midland Company)

20
                            EDWARD F. MALONE, ESQ.
21                          DONALD HARRIS, ESQ.
                               Jenner & Block
22                             One IBM Plaza
                               330 N. Wabash
23                          Chicago, Illinois   60611
           (Appeared on Behalf of American Maize Products Co.)
24

25
```

237

1    happen.  That's exactly what Mr. Doxsie said in response to

2    Ms. McClain at page 85 of his deposition.  That at least was

3    something that Coke was interested in and somewhat concerned

4    about.  So I don't think it makes a whole lot of difference.

5    It's follow the leader anyway if somebody offered it.

6            And my last point is, Your Honor, to the extent

7    counsel felt they made any headway for plaintiffs on the list

8    price argument, this is not a list price case.  No one sold

9    at list price to pay their bar bills.  I end on a point of

10   levity.  It's a negotiated transaction price case and the

11   prices are all over the lot and the Court should grant

12   summary judgment.  Thank you, Your Honor.

13           THE COURT:  Thank you.  All right.  Well, it's been

14   quite a day.  First of all, in regard to the arguments that I

15   heard this morning, I am prepared to rule right now as to

16   three of the four issues.  I'm going to deny the motions in

17   limine regarding Rausser, Leitzinger and Topel.  I am

18   reserving on James.  As soon as I make a decision on that, I

19   will let you know.

20           As I said, I have a lot of work yet to do before I

21   can make a decision on this.  I think it's clear from my

22   questions that I have some concerns to begin with about the

23   standard that I am to apply in conducting this analysis for

24   summary judgment, so my initial focus is going to have to be

25   on clarifying that issue in my mind.  Then, beyond that, of

238

1   course considering all of the arguments that you have made

2   here.

3           I want to thank you for the high quality of your

4   presentation today.  I told my interns earlier today that,

5   you know, everyone involved in a case like this has really

6   significant obligations and responsibilities.  As lawyers,

7   you to your clients.  From where I'm sitting, to everybody.

8   So it's very serious business.  At the same time, I woke up

9   early this morning because I couldn't wait to get here

10  because I knew this was going to be a really interesting day

11  listening to good lawyers and you didn't disappoint me.

12          So thank you very much.  When I am in a position to

13  indicate my ruling on summary judgment, I will do that.  I

14  can tell you now, to the extent to which I deny the motion, I

15  will probably not write the great American novel in

16  explaining that.  I will try to identify what I believe the

17  disputes of material fact are, whatever would make it

18  inappropriate.  Obviously if I were to determine that I am

19  going to grant summary judgment, then of course I will have

20  to write a very detailed written opinion, but I simply have

21  not made a decision on this issue yet.  So have a safe trip

22  home.

23

24                  *** HEARING CONCLUDED ***

25