# EXHIBIT 11

1     IN THE UNITED STATES DISTRICT COURT
      FOR THE CENTRAL DISTRICT OF ILLINOIS

2

3

4

  IN RE:  HIGH FRUCTOSE CORN SYRUP  )

5      ANTITRUST LITIGATION   )
                  ) MDL No. 187

6                  ) Master File 95-1477
      THIS DOCUMENT RELATES TO: )

7      ALL ACTIONS       )

8

9

10

11      HEARING ON PENDING MOTIONS
         VOLUME 2 OF 2

12

13

14       MAY 18, 2004
       Peoria, Illinois

15

16

17        BEFORE:

18     HONORABLE MICHAEL M. MIHM
     United States District Judge

19

20

21

22

23      Karen S. Hanna, C.S.R.
      U.S. District Court Reporter

24      Central District of Illinois
  Proceedings recorded by mechanical stenography; transcript

25  produced by computer

1          APPEARANCES:

2

3     ON BEHALF OF THE PLAINTIFFS:

4

5        MICHAEL J. FREED, ESQ.
   Much, Shelist, Freed, Denenberg, Ament & Rubenstein
6      200 N. LaSalle Street, Suite 2100
       Chicago, Illinois  60601-1095
7

8       ROBERT N. KAPLAN, ESQ.
       GREGORY ARENSON, ESQ.
9      Kaplan, Fox & Kilsheimer
       805 Third Avenue
10     New York, New York  10017

11

12     H. LADDIE MONTAGUE, JR., ESQ.
       Berger & Montague
13      1622 Locust Street
     Philadelphia, Pennsylvania  19103
14

15

16      * * * * * * * * * *

17

18      JAMES R. EISZNER, ESQ.
       Shook, Hardy & Bacon
19      2555 Grand Boulevard
     Kansas City, Missouri  64108
20  (Appeared on Behalf of the Coca-Cola Company)

21

22

23

24

25

ON BEHALF OF THE DEFENDANTS:


TERRENCE A. GRIMM, ESQ.
JOSEPH A. SPIEGLER, ESQ.
MICHAEL FLOMENHOFT, ESQ.
Winston & Strawn
35 W. Wacker Drive
Chicago, Illinois   60601
(Appeared on Behalf of A.E. Staley Manufacturing Co.)


STEVEN R. KUNEY, ESQ.
JOHN SCHMIDTLEIN, ESQ.
WILLIAM BACHMAN, ESQ.
MS. JESSAMYN BERNIKER
Williams & Connolly
725 Twelfth Street, NW
Washington, DC   20005
-- and --
DAVID B. MUELLER, ESQ.
Cassidy & Mueller
416 Main Street, Suite 323
Peoria, Illinois   61602
(Appeared on Behalf of Archer Daniels Midland Company)

1    jury, we know that we would not -- we know we would have

2    one decision concerning the issue of damages.

3         I don't know who that helps or hurts.  That's my

4    best effort right now.  I want you to think about it.  If

5    you have additional comments to make, which I'm sure you

6    may well have, I want you to have those to me within the

7    next 30 days or so so that I would have time to reflect on

8    it before we meet on June 25, okay?

9         And I really mean -- I'm not tied to this, but I

10   am tied to it to the extent of saying that liability and

11   damages are going to be bifurcated.  I'm pretty firm, very

12   firm on that.  But on the question of who is going to

13   determine the damages, assuming liability as to both

14   defendants, it would be a third jury.

15        Now it does raise another question that I just

16   thought about.  We would have to -- I think we would have

17   to -- I'm not sure exactly what we tell the jury about

18   this, but we would have to be prepared to hold the juries

19   until we had both verdicts because if liability was found

20   only against one, then there would be absolutely no reason

21   to go to a third jury.  That jury would hear the damages.

22        MR. SPIEGLER:  We agree with that, Your Honor.

23        THE COURT:  So factor that into your thoughtful

24   discussions about this.  Is there anything else that we

25   should talk about today that we haven't covered so far?

133

1    Well, I do want to say, I know that there have

2    been some rather contentious arguments here, but I do

3    appreciate the quality of the arguments and the briefs and

4    I do want to say I recognize that this could be a lot

5    worse than it is and it's as good as it is because I think

6    you've all worked quite hard.  Now you have to take those

7    efforts and multiply them by two, particularly with the

8    depositions and the exhibit issues.  But as I told you

9    before, it doesn't get any better.  It's a real pleasure

10   to deal with lawyers of your quality and professionalism,

11   so thank you for that.  We'll see you on June 25.

12              MR. MONTAGUE:  Your Honor, may I hand up a draft

13   of the final order for Cargill so you can take a look at

14   that?

15              THE COURT:  Thank you.  What time is that,

16   3:00 o'clock tomorrow?  Okay.  Very good.  I will give you

17   seven days from today to provide any supplemental thoughts

18   or cases that you have on this question about the use

19   of -- we call it roughly the 404(b) information by the

20   expert, proper use of that.  Seven days from today.  And

21   we will be asking these questions of Professor Wolak that

22   we talked about yesterday too.

23

24

25              * * * HEARING CONCLUDED * * *