# EXHIBIT 16

**Contact Information of Judges Presiding Over Cases Cited in Letter for Appointment of Robert A. Clifford**

*In re September 11 Litigation, 21 MC 101 (AKH) Alvin K. Hellerstein*
Honorable Judge Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 14 D
New York, NY 10007
212-805-0152

*Air Crash Disaster near Roselawn, Indiana on October 31, 1994*
Honorable Judge Ruben J. Castillo (Chief Judge)
United States Courthouse
219 S. Dearborn, Chambers 2548
Chicago, IL 60604
(312) 435-5600

*In Re: Air Crash At Lexington, Kentucky, August 27, 2006*
Honorable Judge Karl Forester (Now Deceased)
United States District Court
Eastern District of Kentucky Central Division
Lexington, KY

*In Re: Air Crash Near Clarence Center, New York On February 12, 2009*
Honorable Judge William M. Skretny (Chief Judge)
United States District Court
Western District of New York
2 Niagra Square
Buffalo, NY 14202
716-551-1820

*In Re: Air Crash Near Point Mugu, California On January 31, 2000*
Honorable Judge Charles R. Breyer
United States Courthouse
Courtroom 6 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

*Gregory Greene, et al.v. Mark Karpeles, et al*. (Mt. Gox Bitcoin Exchange Litigation)
Honorable Judge Gary Feinerman
United States Courthouse
219 S. Dearborn, Chambers 2156
Chicago, IL 60604
(312) 435-5627

*Eubanks v. Pella Windows Corporation* (Pella Proline Litigation)
Honorable Judge James B. Zagel and Honorable Judge Sharon Johnson Coleman
United States Courthouse
219 S. Dearborn
Chicago, IL 60604

*In Re Sears, Roebuck & Co. Front-loading Washer Products Liability Litigation*
Honorable Magistrate Judge Mary H. Rowland
 United States Courthouse
 219 S. Dearborn, Chambers 1334
 Chicago, IL 60604
 (312) 435-5358

*In Re: Herbal Supplements Marketing And Sales Practices Litigation*
Honorable Judge Amy J. St. Eve
United States Courthouse
219 S. Dearborn, Chambers 1260
Chicago, IL 60604