**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to All Cases | |

**LIST OF EXHIBITS TO THE
MOTION FOR APPOINTMENT OF DEREK T. HO OF KELLOGG HANSEN AS MDL LEAD COUNSEL, JENNIFER GREGOR OF GODFREY & KAHN AND/OR RICHARD PRENDERGAST AS MDL LIAISON COUNSEL, AND PROFESSOR SAMUEL ISSACHAROFF AS MDL COORDINATING COUNSEL**

| | |
|---|---|
| **Appendix A** | Firm Profile of Kellogg Hansen |
| **Appendix B** | Antitrust Experience of Kellogg Hansen |
| **Appendix C** | Profiles for Attorneys Derek Ho, Michael Nemelka, and Aaron Panner |
| **Appendix D** | Profiles for Godfrey & Kahn S.C. and Attorney Jennifer Gregor |
| **Appendix E** | Profiles for Richard J. Prendergast, Ltd. and Attorney Richard J. Prendergast |
| **Appendix F** | Academic Profile of Professor Samuel Issacharoff |
| **Exhibit A** | Declaration of Brian Maas, President of the California New Car Dealers Association (Mar. 12, 2018), Dkt. 41 |
| **Exhibit B** | Declaration of Brian Maas, President of the California New Car Dealers Association (Mar. 26, 2018) |

Dated: March 26, 2018                                   Respectfully submitted,

*[signature]*

Derek T. Ho
Aaron M. Panner
Michael N. Nemelka
**KELLOGG, HANSEN TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
apanner@kellogghansen.com
mnemelka@kellogghansen.com

Jennifer L. Gregor
**GODFREY & KAHN S.C.**
One East Main Street, Suite 500
Madison, Wisconsin 53703
(608) 257-0609
jgregor@gklaw.com

Richard J. Prendergast
**RICHARD J. PRENDERGAST, LTD.**
111 W. Washington Street,
Suite 1100
Chicago, Illinois 60602
Telephone: (312) 641-0881
rprendergast@rjpltd.com

Samuel Issacharoff
40 Washington Square South
New York, NY 10012
(212) 998-6580
si13@nyu.edu

*Attorneys for Plaintiffs Motor Software Vehicle Corporation, Authenticom, Inc., Cox Automotive, Inc., and Bob Baker Volkswagen*

**CERTIFICATE OF SERVICE**

       I, Derek T. Ho, an attorney, hereby certify that on March 26, 2018, I caused a true and correct copy of the foregoing **LIST OF EXHIBITS TO THE MOTION FOR APPOINTMENT OF DEREK T. HO OF KELLOGG HANSEN AS MDL LEAD COUNSEL, JENNIFER GREGOR OF GODFREY & KAHN AND/OR RICHARD PRENDERGAST AS MDL LIAISON COUNSEL, AND PROFESSOR SAMUEL ISSACHAROFF AS MDL COORDINATING COUNSEL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                               _____
                                                                               Derek T. Ho
                                                                               **KELLOGG, HANSEN, TODD,**
                                                                                **FIGEL & FREDERICK, P.L.L.C.**
                                                                              1615 M Street, NW, Suite 400
                                                                              Washington, D.C. 20036
                                                                              (202) 326-7900
                                                                              dho@kellogghansen.com