**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: DEALER MANAGEMENT | : | MDL No. 2817 |
| SYSTEMS ANTITRUST LITIGATION | : | |
| | : | Case No. 18 C 864 |
| | : | |
| | : | Hon. Amy J. St. Eve |
| | : | |
| | : | This Document Applies to:  All Actions |
| | : | |

**LIST OF EXHIBITS TO THE**
**APPLICATION TO APPOINT CHRISTOPHER J. MCDONALD & LABATON**
**SUCHAROW LLP AND MICHAEL L. ROBERTS & ROBERTS LAW FIRM, P.A.**
**AS INTERIM CO-LEAD COUNSEL FOR THE CLASS ACTION**

| Exhibit No. | Description |
|---|---|
| Exhibit 1 | Labaton Sucharow LLP firm resume |
| Exhibit 2 | Roberts Law Firm, P.A. firm resume |
| Exhibit 3 | Freed Kanner London & Millen LLC firm resume |

Dated: March 26, 2018

LABATON SUCHAROW LLP


 */s/ Gregory S. Asciolla*
Gregory S. Asciolla
Christopher J. McDonald
Karin E. Garvey
Brian Morrison
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
cmcdonald@labaton.com
kgarvey@labaton.com
bmorrison@labaton.com

*Counsel for Plaintiff Bob Baker Volkswagen*


 */s/Michael L. Roberts*
Michael L. Roberts
Karen Halbert
Jana K. Law
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, Arkansas 72223
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
janalaw@robertslawfirm.us

*Counsel for Plaintiff Hoover Automotive, LLC*