# Exhibit 2

# ROBERTS LAW FIRM
### ROBERTS GROUP

**MIKE ROBERTS †**
**J. MATTHEW MAULDIN**
**JEREMY SWEARINGEN**
**DEBRA G. JOSEPHSON †††** ∞
**KAREN SHARP HALBERT**
**EMILY A. NEAL ††**
**STEPHANIE EGNER SMITH** ∞
**JANA K. LAW**
_____

**SUSAN M. FOWLER**
**JING ZHAO**

**OF COUNSEL:**
**MIKE BEEBE ♦**
**AMBASSADOR DIMITRIOS TSIKOURIS, JD \***
**CHASE CARMICHAEL**

_____

**♦ FORMER GOVERNOR OF STATE OF ARKANSAS**
**† ADMITTED IN ARKANSAS, FLORIDA, NEW YORK, TENNESSEE & TEXAS**
**†† ADMITTED IN ARKANSAS & FLORIDA**
**∞ ADMITTED BEFORE THE U.S. PATENT AND TRADEMARK OFFICE**
**††† ADMITTED ONLY IN MASSACHUSETTS**
**\* (FORMER AMBASSADOR — FOREIGN AFFAIRS ADVISOR**
**NOT ADMITTED TO PRACTICE LAW IN THE U.S.)**

## ROBERTS LAW FIRM P.A.

### <u>Sample of Significant Involvement in Complex Commercial Litigation</u>

1. *First Impressions Salon, Inc., et al. v. National Milk Producers Federation*, United States District Court for the Southern District of Illinois Case No. 3:13-cv-00454-NJR-SCW (ongoing class action in which Michael Roberts serves as Co-Lead Counsel for Antitrust Direct Purchaser Plaintiffs). Judge Nancy J. Rosenstengel; Magistrate Judge Stephen C. Williams.

2. *In re Generic Pharmaceuticals Antitrust Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 2:16-md-02724-CMR, MDL No. 2724 (ongoing class action in which Michael Roberts serves on the Court-Appointed Direct Purchaser Plaintiffs' Steering Committee). Judge Cynthia M. Rufe.

3. *In re Parking Heaters Antitrust Litig*ation United States District Court for the Eastern District of New York, Case No. 15-mc-940-JG-JO (Michael Roberts was appointed Co-Lead Interim Counsel for Direct Purchaser Plaintiffs; case settled). Chief Judge Dora Lizette Irizarry; Magistrate Judge James Orenstein.

4. *Fond Du Lac Bumper Exchange v. Jui Li Enterprise Co. Ltd.* ("AM Sheet Metal Antitrust Litigation"), United States District Court for the Eastern District of Wisconsin, Case No. 2:11 CV 00162 - LA (Michael Roberts was appointed Co-Lead Counsel for Third Party Payor Plaintiffs; case has reached partial settlement). Judge Lynn Adelman.

5. *In re Effexor XR Antitrust Litigation,* United States District Court for the District of New Jersey, Case No. 3:11-cv-05479-PGS-LHG (Michael Roberts was appointed Co-Chair Discovery Committee for Direct Purchaser Plaintiffs). Judge Peter G. Sheridan; Magistrate Judge Lois H. Goodman.

Roberts Law Firm, P.A.

6.  *National Trucking Financial Reclamation Services, LLC vs. Pilot Corporation, Pilot Travel Centers d/b/a Pilot Flying J, et al,* United States District Court for the Eastern District of Arkansas, Case No. 4:13-cv-00250-JMM. (Michael Roberts was appointed Co-Lead Counsel; Michael Roberts, Stephanie Smith and Jana Law appointed settlement class counsel; case settled in eight months for $84 million plus injunctive relief). Judge James M. Moody.

7.  *In re Microsoft Antitrust Litigation: Paul Peek, D.D.S., et al. v. Microsoft Corporation,* Circuit Court of Lonoke County, Arkansas, First Division, No. CV2004-480 (Michael Roberts was appointed Co-Lead Settlement Class Counsel) (case settled for $37 million). Judge Alice Gray (Pulaski County Court).

8.  *Midwest Am. Fed. Credit Union v. Arby's Rest. Grp., Inc.*, United States District Court for the Northern District of Georgia, Case No. 17-cv-00514-AT (Karen Halbert serves on court appointed executive committee for financial institutions). Judge Amy Totenberg.

9.  *Bellwether Community Credit Union v. Chipotle Mexican Grill*, United States District Court for the District of Colorado, Case No. 1:17-cv-01102. (Karen Halbert serves on court appointed executive committee for financial institutions). Judge William J. Martinez; Magistrate Judge Scott T. Varholak.

10. *In re Equifax, Inc., Customer Data Security Breach Litigation,* United States District Court for the Northern District of Georgia, MDL No. 2800 (Karen Halbert appointed to financial institution plaintiffs' steering committee). Judge Thomas W. Thrash, Jr.

11. *In re Heartland Payment Systems Inc. Customer Data Security Breach Litigation*, United States District Court for the Southern District of Texas, Case No. H-09-MD-2046 (Michael Roberts was appointed as a member of the Steering Committee; case settled). Judge Lee H. Rosenthal.

12. *In re Ori vs. Fifth Third Bank and Fiserv, Inc.,* United States District Court for the Eastern District of Wisconsin, Case No. 08-CV-00432-LA. (Michael Roberts was appointed Co-Lead Settlement Class Counsel; case settled). Judge Lynn Adelman; Magistrate Judge Patricia J. Gorence.

13. *In re Wellbutrin SR Antitrust Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 04-CV-5525 (Trial Team, Case settled - $49 million). Judge Lawrence F. Stengel; Magistrate Judge Jacob P. Hart.

2

Roberts Law Firm, P.A.

14.   *In re Lipitor Antitrust Litigation*, United States District Court for the District of New Jersey, MDL No. 2332, Case No. 3:12-cv-2389 (PGS).  Judge Peter G. Sheridan; Magistrate Judge Douglas E. Arpert.

15.   *In re Skelaxin Antitrust Litigation*, United States District Court for the Eastern District of Tennessee, Case No. 1:12-md-02343-CLC (Case settled - $73 million). Judge Curtis L. Collier; Magistrate Judge Christopher H. Steger.

16.   *In re U.S. DRAM Antitrust Litigation,* United States District Court for the Northern District of California*,* Case No. 4:02-md-01486-PJH (settled for approximately $300 million). Judge Phyllis J. Hamilton; Magistrate Judge Joseph C. Spero.

17.   *In re Augmentin Antitrust Litigation*, United States District Court for the Eastern District of Virginia, Case No. 2:02cv-442 (settled for $61 million). Judge Henry C. Morgan, Jr.; Magistrate Judge William T. Prince.

18.   *In re Nifedipine Litigation*, United States District Court for the District of Columbia, Case No. 04-CIV-00799 (RJL). *SAJ Distributors, Inc. v. Biovail Corporation*, United States District Court for the District of Columbia, Case No. 04-CIV-00799 (RJL) (settled for $40 million). Judge James Robertson.

19.   *In re Imodium Advanced Antitrust Litigation*, United States District Court Eastern District of Pennsylvania, Case No. 02-cv-4093; *SAJ Distributors, Inc. vs. McNeil-PPC, Inc.*, United States District Court for the Eastern District of Pennsylvania, Case No. 02-6993. Judge Marvin Katz.

20.   *In re U.S. SRAM Antitrust Litigation:* United States District Court for the Northern District of California, Case No. 4:07-md-1819 CW (settled for $25.4 million). Judge Claudia Wilken; Magistrate Judge Wayne D. Brazil.

21.   *Hypodermic Products Antitrust Litigation*, United States District Court for the District of New Jersey, Case No. 05-1602 (JLL/RJH), MDL No. 1730. Judge Jose L. Linares.

22.   *In re Oxycontin Antitrust Litigation*, United States District Court for the Southern District of New York, MDL No. 1603; *SAJ Distributors, Inc. et al. v. The Purdue Pharma Co. et al*., United States District Court for the Southern District of New York, MDL Docket No. 1603 (settled for $25 million). Judge Sidney H. Stein.

23.   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, United States District Court Eastern District of New York, Case No. 05-MD- 1 720(JG)(JO). Margo K. Brodie; Magistrate Judge James Orenstein.

3