# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864<br><br>This Document Relates to All Cases |

## MOTION FOR APPOINTMENT OF THE MILBERG TADLER GROUP TO LEAD THE DEALERSHIP CLASS ACTION

Pursuant to Federal Rule of Civil Procedure 23(g), Plaintiffs Teterboro Automall, Inc., JCF Autos LLC, 440 Jericho Turnpike Sales LLC, Patchogue 112 Motors LLC, Kenny Thomas Enterprises, Inc. (d/b/a Olathe Toyota), and Waconia Dodge, Inc. ("Moving Plaintiffs") respectfully move this Court for the appointment of (1) Peggy J. Wedgworth of Milberg Tadler Phillips Grossman LLP ("Milberg Tadler") as Interim Lead Class Counsel; (2) Leonard A. Bellavia of Bellavia Blatt, PC; Daniel C. Hedlund and Michelle J. Looby of Gustafson Gluek PLLC; and Michael Schrag and Amy Zeman of Gibbs Law Group LLP as members of a Plaintiffs' Steering Committee; and (3) Kenneth A. Wexler of Wexler Wallace LLP as Liaison Counsel (collectively, the "Milberg Tadler Group"). In support of this Motion, Moving Plaintiffs submit herewith a Memorandum of Law

and the Declarations of Peggy J. Wedgworth, Esq., and Leonard A. Bellavia, Esq., (including exhibits).

Dated: March 26, 2018

Respectfully submitted,

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth*
Andrei Rado
Elizabeth A. McKenna
Charles Slidders
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com
*\*Admitted pro hac vice*

Leonard A. Bellavia*
**BELLAVIA BLATT, P.C.**
200 Old Country Road, Suite 400
Mineola, NY 11501
(516) 873-3000
lbellavia@dealerlaw.com
*\*Admitted pro hac vice*

*Counsel for Plaintiffs Teterboro Automall, Inc., JCF Autos LLC, 440 Jericho Turnpike Sales LLC, and Patchogue 112 Motors LLC*

Eric H. Gibbs**
Michael L. Schrag**
Amy M. Zeman**
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
(510) 350-9700
ehg@classlawgroup.com
mls@classlawgroup.com
amz@classlawgroup.com
*\*\*Pro hac vice application pending*
*Counsel for Plaintiff Kenny Thomas Enterprises, Inc. (d/b/a Olathe Toyota)*

2

Daniel E. Gustafson
Daniel C. Hedlund*
David A. Goodwin
Michelle J. Looby*
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com
*\*Admitted pro hac vice*

Kenneth A. Wexler
Bethany R. Turke
Thomas A. Doyle
Justin N. Boley
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222
kaw@wexlerwallace.com
brt@wexlerwallace.com
tad@wexlerwallace.com
jnb@wexlerwallace.com

*Counsel for Plaintiff Waconia Dodge, Inc.*