# EXHIBIT I

## **Wexler Wallace Cases and Supervising Judges**

- *City of Chicago v. Purdue Pharma L.P; et al.*, No. 1:14-cv-04361 (E.D. Ill.) (pending; part of opioids MDL in N.D. Ohio) (Honorable Jorge L. Alonso);

- *District 37 Health and Securities Fraud v. Medi-Span*, No. 07-10988 (D. Mass. 2007) (published inflated pharmaceutical prices) (settlement resulted in a major change in pricing for prescription drugs; Co-Lead Counsel) (Honorable Patti B. Saris, Chief Judge);

- *In re Augmentin Antitrust Litig.*, No. 02-cv-442 (E.D. Va. Norfolk Div.) (pharmaceutical generic suppression antitrust case) ($29 million settlement) (Honorable Henry C. Morgan, Jr.);

- 
- *In re BP Propane Indirect Purchaser Litig.*, No. 06-C-3541 (N.D. Ill.) (monopolization of propane market) (Honorable James B. Zagel)

- *In re Broiler Chicken Antitrust Litig.*, No. 1:16-cv-8637 (N.D. Ill.) (price-fixing in the broiler chicken market) (Honorable Thomas M. Durkin);

- *In re Comcast Corp. Set-Top Cable Television Box Antitrust Litig.*, No. 2:09-md-2034 (E.D. Pa.) (class settlement pending; proposed Co-Lead Counsel) (anticompetitive tying case) (Honorable Anita B. Brody);

- *In re Effexor XR Antitrust Litig.*, No. 11-cv-5590 (D.N.J.) (pharmaceutical generic suppression reverse payment and *Walker Process* antitrust case) (pending; Plaintiffs' Executive Committee) (Honorable Peter G. Sheridan);

- *In re Flonase Antitrust Litig.*, No. 08-cv-3301 (E.D. Pa.) (pharmaceutical generic suppression sham litigation antitrust case) ($46 million settlement; Plaintiffs' Executive Committee) (Honorable Anita B. Brody);

- *In re Hypodermic Products Antitrust Litig.*, MDL 1730 (D.N.J.) (class settlement; Co-Lead Counsel) (anticompetitive bundling of needle products) (Honorable Jose L. Linares);

- *In re Lipitor Antitrust Litig.*, No. 12-cv-02389 (D.N.J.) (pharmaceutical generic suppression reverse payment and *Walker Process* antitrust case) (pending; Interim Co-Lead Counsel) (Honorable Peter G. Sheridan);

- *In re Live Concert Antitrust Litig.*, MDL 2:06-MDL-1745 (C.D. Cal.) (monopolization resulting in higher concert ticket prices) (Honorable Stephen V. Wilson);

- *In re Nexium (Esomeprazole Antitrust Litig.*, No. 12-md-02409 (D. Mass.) ("*Nexium* litigation") (pharmaceutical generic suppression reverse payment antitrust case) (Co-Lead Counsel) (Honorable William G. Young);

- *In re Niaspan Antitrust Litig.*, No. 13-md-2460 (E.D. Pa.) (pharmaceutical generic suppression reverse payment antitrust case) (pending; Interim Co-Lead Counsel) (Honorable Jan E. Dubois);

- *In re Pet Food Products Liability Litig.,* No. 1:07-cv-2867 (D.N.J.) (class settlement; Co-Lead Counsel) (poisoned pet food litigation) (Honorable Noel L. Hillman)

- *In re Pharmaceutical Industry Average Wholesale Price Litig.*, MDL No. 1456, No. 01-cv-12257-PBS (D. Mass.) (pharmaceutical overpricing) (settlements with various defendants totaling approximately $350 million; Co-Lead Counsel) (Honorable Patti B. Saris, Chief Judge);

- *In re Prograf Antitrust Litig.*, No. 11-cv-11870 (D. Mass.) (pharmaceutical generic suppression sham citizen petition antitrust case) (class settlement; Plaintiffs' Executive Committee) (Honorable Rya W. Zobel);

- *In re Skelaxin (Metaxalone) Antitrust Litig.*, MDL No. 2343 (E.D. Tenn.) (generic suppression antitrust case) (class settlement, Plaintiffs' Executive Committee) (Honorable Curtis L. Collier, Senior Judge);

- *In re Suboxone (Buprenorphine Hydrochlorideand Naloxone) Antitrust Litig.*, No. 2:13-md-02445 (E.D. Pa.) (pharmaceutical product hop antitrust litigation ) (pending; Interim Co-Lead Counsel) (Honorable Mitchell S. Goldberg);

- *In re Syngenta AG MIR 162 Corn Litigation*, MDL 2591 (D. Kan.); (unlawful seed commercialization) (pending; proposed Grain Handler Subclass Counsel) (Honorable John W. Lungstrum);

- *In re Terazosin Hydrochloride Antitrust Litig.*, No. 99-MDL-1317 (S.D. Fla.) (pharmaceutical generic suppression antitrust case) (settlement in excess of $92 million) (Honorable Patricia A. Seitz, Senior Judge);

- *In re Wellbutrin XL Antitrust Litig.*, No. 08-cv-2433 (E.D. Pa.) (pharmaceutical generic suppression reverse payment antitrust case) (Co-Lead Counsel) (Honorable Mary A. McLaughlin, Senior Judge);

- *New England Carpenters Health Benefits Fund v. First Databank, Inc. and McKesson Corp.*, No. 05-cv-11148 (D. Mass.) (pharmaceutical overpricing) ($350 million settlement, exclusive of non-monetary relief valued at hundreds of millions of dollars; Co-Lead Counsel) (Honorable Patti B. Saris, Chief Judge);

- *Nichols v. Smithkline Beecham Corp. ("Paxil")*, No. 00-cv-6222 (E.D. Pa.) (pharmaceutical generic suppression sham litigation antitrust case) ($65 million settlement; Co-Lead Counsel) (Honorable John R. Padova);

- *State of California ex rel. Roger Hayes and C. Talbot Heppenstall, Jr. v. UBS Securities, LLC, et al.*, No. CGC-09-494352 (Superior Court of The State of CA County of San Francisco) (pending; Co-Lead Counsel) (municipal bond underpricing *qui tam* litigation) (Honorable Mary E. Wiss);

- *State of New Jersey ex rel. Roger Hayes and C. Talbot Heppenstall, Jr., v. Bank of America Corp., et al.*, No. MER-L-2087-09 (Superior Court of New Jersey Law Division: Mercer County) (pending; Co-Lead Counsel) (municipal bond underpricing *qui tam* litigation) (Honorable Douglas H. Hurd);

- *Steven A. Stender, et al. v. Archstone-Smith Operating Trust, et al.*, No. 1:07-cv-02503 (D. Colo.) (breach of contract; minority investor oppression) (pending; Co-Lead Counsel) (Honorable William J. Martinez);

- *Tipsword v. I.F.D.A. Services, Inc. et al.*, No. 09-cv-390 (S.D. Ill.) (class settlement; Co-Lead Counsel) (trust waste and mismanagement) (Honorable G. Patrick Murphy);

- *United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund, et al. v. Novartis Pharmaceuticals Corporation et al.*, No. 1:15-cv-12732 (D. Mass.) (pending; Plaintiffs' Executive Committee) (pharmaceutical antitrust monopolization concerning the drug Gleevec) (Honorable Allison D. Burroughs);

- *Vista Healthplan, Inc. v. Bristol-Myers Squibb Co.*, No. 01-cv-01295 (D.D.C.) (pharmaceutical generic suppression antitrust case) ($135 million settlement) (Honorable Emmet G. Sullivan).