# EXHIBIT J

| Law Firm | Judge | Case | Description |
|---|---|---|---|
| Milberg Tadler Phillips Grossman LLP | Honorable Charles O. Mitchell (ret.) | *Hiott v. R. J. Reynolds Tobacco Co.*, No. 1D12-5956 and 1D12-6008 (Fla. Cir. Ct., 4th Jud. Cir., Duval Cty. Ct.); verdict sustained at *R. J. Reynolds Tobacco Co. v. Hiott*, 129 So. 3d 473 (Fla. Dist. Ct. App. 2014) | Trial attorney in trial of a wrongful death suit brought by plaintiff against cigarette manufacturer; plaintiff was addicted to nicotine and died of lung cancer. Verdict upheld on appeal. |
| Milberg Tadler Phillips Grossman LLP | Honorable Shira A. Scheindlin | *In re Initial Public Offering Securities Litigation*, No. 21 MC 92 (S.D.N.Y) | One of the largest federal securities and antitrust litigations then in history involving involved the coordination of 309 separate class actions, with hundreds of defendants, including 55 investment banks, and tens of millions of pages of electronic records; case settled for $586 million. |
| Milberg Tadler Phillips Grossman LLP | Honorable James R. Klindt | *In Re: Disposable Contact Lens Antitrust Litigation*, Case No. 3:15md2626 (M.D. Fl.) | Ongoing antitrust class action alleging anticompetitive conduct defendants' pricing policies that allegedly prevented resale of the subject contact lenses below a minimum price. |
| Gustafson Gluek PLLC/ Wexler Wallace LLP | Honorable Thomas M. Durkin | *In re Broiler Chicken Antitrust Litigation,* No. 1:16-cv-8637 (N.D. Ill.) | Antitrust class action concerning price-fixing in the broiler chicken market. |

1

| Law Firm | Judge | Case | Description |
|---|---|---|---|
| Gustafson Gluek PLLC | Honorable Michael Davis | *In re: CenturyLink Residential Customer Billing Disputes Litigation*, MDL No. 17-2795 (D. Minn.) | Mr. Hedlund and Ms. Looby chair the Executive Committee in this putative class action alleging unfair and deceptive business practices against CenturyLink. |
| Gustafson Gluek PLLC | Honorable Donovan W. Frank | *Bhatia v. 3M Company* No. 16-cv-1304 (D. Minn.) | Mr. Hedlund serves as Co-Lead counsel in this putative class action alleging consumer fraud allegations against 3M related to the sales and marketing of Lava Ultimate dental crowns. |
| Bellavia Blatt, P.C. | Honorable Sandra J. Feuerstein | *FCA vs AJAX Holdings, LLC*, 17-cv- 7478 (E.D.N.Y) | Representation of dealer relating to dealer's claims against manufacturer for statutory price discrimination with respect to manufacturer's bonus and incentive programs. |
| Bellavia Blatt, P.C. | Honorable Deborah Batts | *De Lage Landen Financial Services, Inc. v. Ramp Transportation Co., Inc., Charles R. Rampone Jr., United*, Case No. 1:09-cv-3796 (S.D.N.Y.) | Representation of minority interest owner in dealership against floor plan and mortgage lender's attempted foreclosure, seizure of collateral and payment on guaranty. |

2

| Law Firm | Judge | Case | Description |
|---|---|---|---|
| Bellavia Blatt, P.C. | Honorable Timothy S. Driscoll | *All Points Capital Corp. v. B.C.A. Leasing Ltd.*, No. 13692-11 (NY Sup. Ct.) | Representation of dealer with respect to floor plan lender's attempted seizure of vehicle collateral and payment on floor plan lending documents. |
| Gibbs Law Group, LLP | Honorable Gonzalo P. Curiel | *Beaver, et al. v. Tarsadia Hotels*, Case No. 3:11-cv-01842 (S.D. Cal.) | Unfair competition class action against real estate developers; settled for $51.15 million. |
| Gibbs Law Group, LLP | Honorable Josephine L. Staton | *Ulti-Mate Connectors, Inc., et al. v. American General Life Insurance Company, et al.*, Case No. 8:14-cv-01051 (C.D. Cal.); *In re: Vizio, Inc. Consumer Privacy Litigation*, Case No. 8:16-ml-02693 (C.D. Cal.) | *Ulti-Mate* brought class claims on behalf of individuals who were marketed a specialized whole life policy that would supposedly provide tax benefits; AIG allegedly knew that those tax benefits no longer complied with the law; the case settled on an individual basis. Class Representatives in *Vizio* are pursuing video privacy and other cutting edge claims related to personal data collected from smart televisions. |
| Gibbs Law Group, LLP | Honorable Rebecca Westerfield (Ret.) | *Asokan, et al. v. American General Life Insurance Company*, Case No. 6:15-cv-02048 (MD. Fla.) | The *Asokan* matter concerned the marketing of a specialized whole life policy that would supposedly provide tax benefits, which AIG allegedly knew no |

3

| Law Firm | Judge | Case | Description |
|---|---|---|---|
| | | *Roloff v. Oracle Corporation*, Case No. 1100081665 (JAMS) | longer complied with the law; settled eight days before trial.<br><br>*Roloff* seeks commissions relating to the sales of software products. |
| Wexler Wallace LLP | Honorable Patti B. Saris, Chief Judge | *District 37 Health and Securities Fraud v. Medi-Span*, No. 07-10988 (D. Mass. 2007) | Defendant published inflated pharmaceutical prices, settlement resulted in a major change in pricing for prescription drugs; Co-Lead Counsel. |
| | | *New England Carpenters Health Benefits Fund v. First Databank, Inc. and McKesson Corp.*, No. 05-cv-11148 (D. Mass.) | Pharmaceutical overpricing; $350 million settlement, exclusive of non-monetary relief valued at hundreds of millions of dollars; Co-Lead Counsel. |
| Wexler Wallace LLP | Honorable William G. Young | *In re Nexium (Esomeprazole Antitrust Litig.*, No. 12-md-02409 (D. Mass.) | Pharmaceutical generic suppression reverse payment antitrust case; Co-Lead Counsel. |

4