# EXHIBIT 3

# DEALERLAW.COM

## BELLAVIA BLATT
ATTORNEYS AT LAW

## Lead Counsel In These Top Industry Matters

 Filed mass action lawsuits on behalf of hundreds of dealers against TRUECar alleging false advertising in violation of the Lanham Act, the primary federal "truth-in advertising" statute in the United States, seeking both money damages and injunctive relief

 Launched a mass action lawsuit on behalf of over 1000 dealers against CARFAX seeking substantial damages due to alleged anticompetitive behavior under the antitrust laws

 Representing almost all of the Saab dealers in the U.S. in the Saab Bankruptcy and recovered almost 80% of dealer receivables

 Co-Lead Counsel in the Chrysler bankruptcy proceedings and commenced a mass action lawsuit against the U.S. Treasury on behalf of approximately 200 former Chrysler dealers in a wrongful "Takings" action. We have defeated the federal government's four attempts to dismiss our litigation against them

Regarded as an industry pioneer in establishing the right of dealers to receive warranty parts reimbursement at a retail mark up

 Lead counsel for 75 dealers against the Tribune Company for anti-trust violations in selling print ads to dealers

*Protecting the rights of automobile dealerships for over 25 years.*

200 Old Country Road • Suite 400 • Mineola, New York 11501
Telephone 516-873-3000 • Fax 516-873-9032 • www.DealerLaw.com

NEW JERSEY      MANHATTAN      LONG ISLAND      WINDHAM      CONNECTICUT