**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: Dealer Mgmt Systems Antitrust
Litigation
,

Plaintiff(s),

v.

,

Defendant(s).

Case No.  18 C 864
Judge Amy J. St. Eve

**ORDER**

Motions for leave to appear pro hac vice by Marco Cercone on behalf of Hartley Buick GMC Truck, Inc. [84], by Eric Gibbs, Amy Zeman, Michael Schrag and Joshua Bloomfield on behalf of Kenny Thomas Enterprises, Inc. [85][86][87][88] are granted.

Date:  3/27/2018

Amy J. St. Eve
United States District Judge