# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In re: Dealer Mgmt Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18 C 864 <br> Judge Amy J. St. Eve |

## ORDER

Motions for leave to appear pro hac vice by Joshua Grabar and Marc Edelson on behalf of Pensacola Motor Sales, Inc. [100] [102] are granted.

Date: 3/29/2018

_____
Amy J. St. Eve
United States District Judge