# EXHIBIT B - METADATA FIELDS

| Field Name | Field Description | Field Type | Hard-Copy | Email | Other ESI | Calendar Items |
|---|---|---|---|---|---|---|
| CUSTODIAN | Custodian(s) / source(s) John Doe or ABC Department | Text | X | X | X | X |
| DUPLICATECUSTODIAN | Custodian(s) / source(s) of duplicate Documents | Text | X | X | X | X |
| TIMEZONE | Process data using GMT | Text | | X | X | X |
| HASHMD5 | Document MD5 hash value (used for deduplication or other processing) | Text | | X | X | X |
| BEGBATES | Start Bates (including prefix) -- No spaces | Text | X | X | X | X |
| ENDBATES | End Bates (including prefix) -- No spaces | Text | X | X | X | X |
| BEGATTACH | Start Bates of family range | Text | X | X | X | X |
| ENDATTACH | End Bates of family range | Text | X | X | X | X |
| CONFIDENTIALITY | Confidentiality designation for document | Text | X | X | X | X |
| SOURCEFILEPATH | Email folder path (sample: Inbox\Active); or paper Document folder/binder title/label | Text | | X | X | X |
| FROM | Author of the Email or Calendar item (as formatted on the original) | Text | | X | | X |
| TO | Recipients of the Email (as formatted on the original) | Multi-Entry | | X | | X |
| CC | Names of the individuals who were copied on the Email (as formatted on the original) | Multi-Entry | | X | | X |
| BCC | Names of the individuals who were blind-copied on the Email (as formatted on the original) | Multi-Entry | | X | | X |
| SUBJECT | Email or calendar subject | Text | | X | | X |
| DATECREATED | Date electronic file was created. Format: MM/DD/YYYY. | Date | | | X | |
| TIMECREATED | Time electronic file was created. Format: HH:MM:SS | Time | | | X | |
| DATELASTMOD | Date electronic file was last modified. Format: MM/DD/YYYY | Date | | | X | |
| TIMELASTMOD | Time electronic file was last modified. Format: HH:MM:SS | Time | | | X | |
| DATESENT | Date the Email was sent. Format: MM/DD/YYYY | Date | | X | | X |
| TIMESENT | Time Email was sent -- Format: HH:MM:SS | Time | | X | | X |
| DATERECEIVED | Date Email was received. Format: MM/DD/YYYY. | Date | | X | | X |
| TIMERECEIVED | Time Email was received. Format: HH:MM:SS | Time | | X | | X |
| INTERNETMSGID | Globally unique identifier for a message which typically includes messageid and a domain name. Example: <0E6648D558F338179524D555@m1p.innovy.net | Text | | X | | X |
| CONVERSATIONINDEX | Email Thread Identification | Text | | X | | X |
| IMPORTANCE | Email flag indicating priority level set for message | Text | | X | | X |
| SENSITIVITY | Sensitivity field from Email messages | Text | | X | | X |
| DATEPRINTED | Date native file was printed (metadata derived from Word documents, etc.) | Date | | | X | |
| FILEAUTHOR | Author field value extracted from the metadata of a native file | Text | | | X | |
| FILESUBJECT | Subject of the file extracted from the properties of the native file. | Text | | | X | |
| FILESIZE | File size | Integer | | X | X | X |
| SOURCEFILENAME | File name of native file (E-Docs or attachments to Email) | Text | | X | X | X |
| APPLICATION | Application used to create native file (e.g., Excel, Outlook, Word) | Text | | X | X | X |
| FILEEXTENSION | File extension of native file | Text | | X | X | X |
| NATIVELINK | File path location to the current native file location on the delivery medium | Text | | | X | |
| APPTSTART | Start date and time of calendar appointment. Format: MM/DD/YYYY HH:MM | Date | | | | X |
| APPTEND | End date and time of calendar appointment. Format: MM/DD/YYYY HH:MM | Time | | | | X |
| TEXTPATH | Path to the full extracted text or OCR text of the Document | Text | X | X | X | X |
| REDACT | Identifies if the document contains redactions. Value: Yes or No. | Text | X | X | X | X |
| EMBEDDED | Is embedded. Value Yes or No | Text | | X | X | X |
| RECORDTYPE | email, attachment, e-doc, etc. | Text | X | X | X | X |
| LAST MODIFIED BY: | | | | | | |
| SourceParty | Party producing the document. To be produced to the extent it is available. | Text | X | X | X | X |