# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                        Plaintiff,

v.

CDK Global, LLC, et al.

                        Defendant.

Case No.: 1:18−cv−00864

Honorable Amy J. St. Eve

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 6, 2018:

      MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 4/6/18 and continued to 4/25/18 at 11:00 a.m. Motion for appointment of Derek T. Ho of Kellogg Hansen as MDL lead counsel [91] is granted in part. Mr. Ho is appointed as co−MDL lead counsel. Defendants' supplement briefing with Seventh Circuit case law for the MVSC v. CDK motion to dismiss shall be filed by 4/13/18. Plaintiffs' supplemental briefing with Seventh Circuit case law shall be filed by 4/20/18. Authenticom and Defendants are directed to prioritize discovery regarding the financial condition of Authenticom. The parties are directed to continue meeting and conferring regarding a discovery schedule. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.