**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation,* MDL 2817 | No. 18 C 864<br><br>Honorable Amy J. St. Eve |
| *This filing relates to:*<br><br>*Loop, LLC, d/b/a AUTOLOOP v. CDK Global, LLC,* Case No. 1:18-CV-2521 (N.D. Ill.) | |

**PLAINTIFF'S CORPORATE DISCLOSURE
AND NOTIFICATION AS TO AFFILIATES**

Plaintiff Loop, LLC, d/b/a AutoLoop ("AutoLoop"), through its undersigned counsel, submits this disclosure pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2. AutoLoop is a privately-held corporation, in which no publicly-held entity owns more than a five-percent stake. As such, AutoLoop has no publicly-held parents or affiliates, as those terms are defined in Fed. R. Civ. P. 7.1 and Local Rule 3.2.

April 10, 2018                                Respectfully submitted,

                                              /s/ Richard J. Prendergast
Jennifer L. Gregor                            Richard J. Prendergast
Kendall W. Harrison                           Michael T. Layden
Allison W. Reimann                            Collin M. Bruck
GODFREY & KAHN S.C.                           RICHARD J. PRENDERGAST, LTD.
One East Main Street                          111 W. Washington Street, Suite 1100
Suite 500                                     Chicago, Illinois 60602
Madison, Wisconsin 53703                      Telephone: (312) 641-0881
Telephone: (608) 284-2629                     rprendergast@rjpltd.com
Fax: (608) 257-0609                           mlayden@rjpltd.com
jgregor@gklaw.com                             cbruck@rjpltd.com
kharrison@gklaw.com
areimann@gklaw.com                            Michael N. Nemelka (*pro hac vice pending*)
                                              Derek T. Ho (*pro hac vice pending*)
                                              Aaron M. Panner (*pro hac vice pending*)
                                              David L. Schwarz (*pro hac vice pending*)
                                              Kevin J. Miller (*pro hac vice pending*)
                                              Daniel V. Dorris (*pro hac vice pending*)
                                              Joanna T. Zhang (*pro hac vice pending*)
                                              Joshua Hafenbrack (*pro hac vice pending*)
                                              Daniel S. Guarnera (*pro hac vice pending*)
                                              KELLOGG, HANSEN, TODD,
                                                FIGEL & FREDERICK, P.L.L.C.
                                              1615 M Street, N.W., Suite 400
                                              Washington, D.C. 20036
                                              Telephone: (202) 326-7900
                                              Fax: (202) 326-7999
                                              mnemelka@kellogghansen.com
                                              dho@kellogghansen.com
                                              apanner@kellogghansen.com
                                              dschwarz@kellogghansen.com
                                              kmiller@kellogghansen.com
                                              ddorris@kellogghansen.com
                                              jzhang@kellogghansen.com
                                              jhafenbrack@kellogghansen.com
                                              dguarnera@kellogghansen.com

                                              *Counsel for Plaintiff Loop, LLC, d/b/a AutoLoop*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 9, 2018, a true and correct copy of the foregoing Plaintiff's Corporate Disclosure and Notification as to Affiliates has been served on all Counsel of Record via the Court's ECF system.

        /s/ Richard J. Prendergast
        Richard J. Prendergast
        RICHARD J. PRENDERGAST, LTD.
        111 W. Washington Street, Suite 1100
        Chicago, Illinois 60602
        (312) 641-0881
        rprendergast@rjpltd.com