**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation,* MDL 2817 | No. 18 C 864<br><br>Honorable Amy J. St. Eve |
| *This filing relates to:*<br><br>*Loop, LLC, d/b/a AUTOLOOP v. CDK Global, LLC,* Case No. 1:18-CV-2521 (N.D. Ill.) | |

**PLAINTIFF AUTOLOOP'S NOTICE OF MOTION TO SEAL COMPLAINT**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday, April 17, 2018, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Amy J. St. Eve or any judge sitting in her stead, in Courtroom 1241 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF AUTOLOOP'S MOTION TO SEAL COMPLAINT**, a copy of which is attached and served upon you.

April 10, 2018

Jennifer L. Gregor
Kendall W. Harrison
Allison W. Reimann
GODFREY & KAHN S.C.
One East Main Street
Suite 500
Madison, Wisconsin 53703
Telephone: (608) 284-2629
Fax: (608) 257-0609
jgregor@gklaw.com
kharrison@gklaw.com
areimann@gklaw.com

Respectfully submitted,

/s/ Richard J. Prendergast
Richard J. Prendergast
Michael T. Layden
Collin M. Bruck
RICHARD J. PRENDERGAST, LTD.
111 W. Washington Street, Suite 1100
Chicago, Illinois 60602
Telephone: (312) 641-0881
rprendergast@rjpltd.com
mlayden@rjpltd.com
cbruck@rjpltd.com

Michael N. Nemelka (*pro hac vice pending*)
Derek T. Ho (*pro hac vice pending*)
Aaron M. Panner (*pro hac vice pending*)
David L. Schwarz (*pro hac vice pending*)
Kevin J. Miller (*pro hac vice pending*)
Daniel V. Dorris (*pro hac vice pending*)
Joanna T. Zhang (*pro hac vice pending*)
Joshua Hafenbrack (*pro hac vice pending*)
Daniel S. Guarnera (*pro hac vice pending*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Fax: (202) 326-7999
mnemelka@kellogghansen.com
dho@kellogghansen.com
apanner@kellogghansen.com
dschwarz@kellogghansen.com
kmiller@kellogghansen.com
ddorris@kellogghansen.com
jzhang@kellogghansen.com
jhafenbrack@kellogghansen.com
dguarnera@kellogghansen.com

*Counsel for Plaintiff Loop, LLC, d/b/a AutoLoop*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 10, 2018, a true and correct copy of the foregoing Notice of Motion has been served on all Counsel of Record via Court's ECF system.

        /s/ Richard J. Prendergast
        Richard J. Prendergast
        RICHARD J. PRENDERGAST, LTD.
        111 W. Washington Street, Suite 1100
        Chicago, Illinois 60602
        (312) 641-0881
        rprendergast@rjpltd.com