IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to:<br>*Cox Automotive, Inc., et al. v. CDK Global, LLC*,<br>Case No. 1:18-cv-1058 (N.D. Ill) | |

**COX AUTOMOTIVE, INC.'S UNOPPOSED
MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES**

Pursuant to Local Rule 7.1, Plaintiffs ("Cox Automotive") hereby file this unopposed motion for leave to file a memorandum of law of up to 25 pages in support of its opposition to the motion to dismiss filed by Defendant CDK Global, LLC ("CDK"). In support of this motion, Cox Automotive states as follows:

1. CDK sought and received leave to file a 25-page memorandum of law to dismiss Cox Automotive's complaint.

2. In its motion seeking that relief CDK stated that it would not oppose a request by Cox Automotive to file a 25-page opposition, and counsel for CDK has stated that CDK does not oppose this motion.

3. On March 16, 2018, CDK filed a 25-page memorandum of law in support of its motion to dismiss.

4. Cox Automotive's opposition to CDK's motion to dismiss is due April 16, 2018.

5. In Cox Automotive's view, neither the parties nor the Court would be well served by requiring Cox Automotive to respond to CDK's motion to dismiss in 15 pages.

6. For the foregoing reasons, good cause exists for Cox Automotive to file an opposition to CDK's motion to dismiss of up to 25 pages.

Dated: April 11, 2018

Jennifer L. Gregor
Kendall W. Harrison
**GODFREY & KAHN S.C.**
One East Main Street, Suite 500
Madison, Wisconsin 53703
Telephone: (608) 284-2629
Fax: (608) 257-0609
jgregor@gklaw.com
kharrison@gklaw.com

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
David L. Schwarz
Kevin J. Miller
Daniel V. Dorris
Joshua Hafenbrack
Daniel S. Guarnera
**KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
dschwarz@kellogghansen.com
kmiller@kellogghansen.com
ddorris@kellogghansen.com
jhafenbrack@kellogghansen.com
dguarnera@kellogghansen.com

*Counsel for Plaintiffs Cox Automotive, Inc.,
Autotrader.com, Inc., Dealer Dot Com, Inc.,
Dealertrack, Inc., HomeNet, Inc.,
Kelley Blue Book Co., Inc., vAuto, Inc.,
VinSolutions, Inc., and Xtime, Inc.*

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on April 11, 2018, I caused a true and correct copy of the foregoing **COX AUTOMOTIVE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                     */s/ Derek T. Ho*
                                                     Derek T. Ho
                                                     **KELLOGG, HANSEN, TODD,**
                                                     **FIGEL & FREDERICK, P.L.L.C.**
                                                     1615 M Street, NW, Suite 400
                                                   Washington, D.C. 20036
                                                   (202) 326-7900
                                                   dho@kellogghansen.com