**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to:<br>*Cox Automotive, Inc., et al. v. CDK Global, LLC*,<br>Case No. 1:18-cv-1058 (N.D. Ill) | |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday, April 17, 2018, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Amy J. St. Eve or any judge sitting in her stead, in Courtroom 1241 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **COX AUTOMOTIVE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES**, a copy of which is attached and served upon you.

Dated: April 11, 2018

Jennifer L. Gregor
Kendall W. Harrison
**GODFREY & KAHN S.C.**
One East Main Street, Suite 500
Madison, WI 53703
(608) 257-0609
jgregor@gklaw.com
kharrison@gklaw.com

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
David L. Schwarz
Kevin J. Miller
Daniel V. Dorris
Joshua Hafenbrack
Daniel S. Guarnera
**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
dschwarz@kellogghansen.com
kmiller@kellogghansen.com
ddorris@kellogghansen.com
jhafenbrack@kellogghansen.com
dguarnera@kellogghansen.com

*Counsel for Plaintiffs Authenticom, Inc., Motor Vehicle Software Corporation, Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Blue Book Co., Inc., vAuto, Inc., VinSolutions, Inc., Xtime, Inc., and Bob Baker Volkswagen*

## **CERTIFICATE OF SERVICE**

   I, Derek T. Ho, an attorney, hereby certify that on April 11, 2018, I caused a true and correct copy of the foregoing **COX AUTOMOTIVE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                */s/ Derek T. Ho*
                Derek T. Ho
                **KELLOGG, HANSEN, TODD,**
                **FIGEL & FREDERICK, P.L.L.C.**
                1615 M Street, NW, Suite 400
                Washington, D.C. 20036
                (202) 326-7900
                dho@kellogghansen.com