# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Dealer Management Systems Antitrust Litigation

Case Number: MDL No. 2817; 18 C 864

An appearance is hereby filed by the undersigned as attorney for:
Apex Motor Co. d/b/a Sherer Acura

Attorney name (type or print): Victoria O. Romanenko

Firm: Cuneo Gilbert & LaDuca, LLP

Street address: 4725 Wisconsin Ave., Ste. 200

City/State/Zip: Washington D.C., 20016

Bar ID Number: 1006974
(See item 3 in instructions)

Telephone Number: 202-789-3960

Email Address: vicky@cuneolaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/13/2018

Attorney signature: S/ Victoria O. Romanenko
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015