# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

CDK Global, LLC, et al.

Defendant.

Case No.: 1:18−cv−00864

Honorable Amy J. St. Eve

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2018:

MINUTE entry before the Honorable Amy J. St. Eve: Motions for appointment of lead counsel [89][91][94] are granted in part an denied in part. Plaintiff's motion for interim co−lead counsel [92] is denied. The Court hereby appoints the following as co−lead counsel in this case: Authenticom Interim Lead Counsel: Derek T. Ho of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.; The Dealership Interim Lead Class Counsel: Peggy J. Wedgworth of Milberg Tadler Phillips Grossman LLP. The Court hereby appoints the following as liaison counsel: Robert A. Clifford of Clifford Law Offices, P.C. The Court hereby appoints a Plaintiffs Steering Committee which shall consist of the following attorneys and their respective firms:Leonard A. Bellavia of Bellavia Blatt, PC, Daniel Hedlund and Michelle Looby of Gustafson Glueck, PLLC and James Barz and Frank Richter of Robbins Geller Rudman & David LLP. The Court hereby appoints Coordinating Counsel: Professor Samuel Issacharoff of NYU Law School. [For further details, see separate Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.