**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to:<br>*Cox Automotive, Inc., et al. v. CDK Global, LLC*,<br>Case No. 1:18-cv-1058 (N.D. Ill.) | Hon. Amy J. St. Eve |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, April 19, 2018, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Amy J. St. Eve or any judge sitting in her stead, in Courtroom 1241 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **COX AUTOMOTIVE, INC., ET AL'S MOTION TO SEAL THEIR OPPOSITION AND ACCOMPANYING EXHIBITS TO CDK GLOBAL, LLC's MOTION TO DISMISS**, a copy of which is attached and served upon you.

Dated: April 16, 2018                          Respectfully submitted,

| | |
|---|---|
| Jennifer L. Gregor | Derek T. Ho |
| Kendall W. Harrison | Michael N. Nemelka |
| **GODFREY & KAHN S.C.** | Aaron M. Panner |
| One East Main Street, Suite 500 | David L. Schwarz |
| Madison, WI 53703 | Kevin J. Miller |
| (608) 257-0609 | Daniel V. Dorris |
| jgregor@gklaw.com | Joshua Hafenbrack |
| kharrison@gklaw.com | Daniel S. Guarnera |
| | **KELLOGG, HANSEN, TODD,** |
| | **FIGEL & FREDERICK, P.L.L.C.** |
| | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036 |
| | Telephone: (202) 326-7900 |
| | Fax: (202) 326-7999 |
| | dho@kellogghansen.com |
| | mnemelka@kellogghansen.com |
| | apanner@kellogghansen.com |
| | dschwarz@kellogghansen.com |
| | kmiller@kellogghansen.com |
| | ddorris@kellogghansen.com |
| | jhafenbrack@kellogghansen.com |
| | dguarnera@kellogghansen.com |

*Counsel for Plaintiffs Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Blue Book Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on April 16, 2018, I caused a true and correct copy of the foregoing **COX AUTOMOTIVE, INC., ET AL'S MOTION TO SEAL THEIR OPPOSITION AND ACCOMPANYING EXHIBITS TO CDK GLOBAL, LLC's MOTION TO DISMISS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            Derek T. Ho
                                            **KELLOGG, HANSEN, TODD,**
                                            **FIGEL & FREDERICK, P.L.L.C.**
                                            1615 M Street, NW, Suite 400
                                            Washington, D.C. 20036
                                            (202) 326-7900
                                            dho@kellogghansen.com