# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Dealer Management Systems Antitrust Litigation

Case Number: 1:18-cv-00864, MDL 2817

An appearance is hereby filed by the undersigned as attorney for:

Motor Vehicle Software Corporation

Attorney name (type or print): Derek Tam Ho

Firm: Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

Street address: 1615 M Street, NW, Suite 400

City/State/Zip: Washington, DC 20036

Bar ID Number: 488609
(See item 3 in instructions)

Telephone Number: (202) 326-7900

Email Address: dho@kellogghansen.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 20, 2018

Attorney signature: S/ Derek T. Ho
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015