IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 Case No. 18 C 864 |
| This Document Relates to: *Authenticom, Inc. v. CDK Global, LLC, et al.*, Case No. 18-CV-868 (N.D. Ill.) | Hon. Amy J. St. Eve |

**AUTHENTICOM'S MOTION FOR LEAVE TO FILE
NOTICE OF SUPPLEMENTAL AUTHORITY**

Authenticom, Inc. respectfully moves this Court for leave to file the attached notice of supplemental authority regarding Judge Dale S. Fischer's decision in *Motor Vehicle Software Corp. v. CDK Global, LLC, et al.* (C.D. Cal. Oct. 2, 2017), Dkt. 73 (Exhibit A), in support of Authenticom's opposition to Defendants' motions to dismiss in the *Authenticom* case.

Dated:  April 20, 2018

Respectfully submitted,

_____
Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Joanna T. Zhang
Joshua Hafenbrack
**Kellogg, Hansen, Todd,**
  **Figel & Frederick, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
jzhang@kellogghansen.com
jhafenbrack@kellogghansen.com

Jennifer L. Gregor
Kendall W. Harrison
**Godfrey & Kahn S.C.**
One East Main Street, Suite 500
Madison, WI 53703
(608) 257-0609
jgregor@gklaw.com
kharrison@gklaw.com

*Attorneys for Authenticom, Inc.*

2

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on April 20, 2018, I caused a true and correct copy of the foregoing **AUTHENTICOM'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Derek T. Ho
**KELLOGG, HANSEN, TODD,**
  **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com