**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to:<br>*Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | Hon. Amy J. St. Eve |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday, April 25, 2018, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Amy J. St. Eve or any judge sitting in her stead, in Courtroom 1241 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **MOTOR VEHICLE SOFTWARE CORPORATION'S MOTION TO SEAL ITS SUPPLEMENT TO ITS OPPOSITION AND ACCOMPANYING EXHIBITS TO DEFENDANTS' SECOND MOTIONS TO DISMISS**, a copy of which is attached and served upon you.

Dated:  April 20, 2018              Respectfully submitted,

                                    _____
                                    Derek T. Ho
                                    Michael N. Nemelka
                                    Aaron M. Panner
                                    Joshua Hafenbrack
                                    **KELLOGG, HANSEN, TODD,**
                                      **FIGEL & FREDERICK, P.L.L.C.**
                                    1615 M Street, NW, Suite 400
                                    Washington, D.C. 20036
                                    (202) 326-7900
                                    dho@kellogghansen.com
                                    mnemelka@kellogghansen.com
                                    apanner@kellogghansen.com
                                    jhafenbrack@kellogghansen.com

                                    Gary Salomons
                                    Daniel J. Friedman
                                    **GABRIELSALOMONS, LLP**
                                    16311 Ventura Blvd., Ste. 970
                                    Encino, CA  91436
                                    (818) 906-3700
                                    gary@gabrielsalomons.com
                                    daniel@gabrielsalomons.com

                                    *Attorneys for Plaintiff Motor Vehicle Software Corp.*

2

## **CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on April 20, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Derek T. Ho
**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com