**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-1058 |
| *This filing relates to:* | Hon. Amy J. St. Eve |
| *Cox Automotive, Inc, et al. v. CDK Global, LLC*, Case No. 1:18-CV-1058 (N.D. Ill.) | |

**DEFENDANT CDK GLOBAL, LLC'S UNOPPOSED MOTION**
**FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES**

Pursuant to Local Rule 7.1, Defendant CDK Global, LLC ("CDK") hereby files this unopposed motion for leave to file a reply memorandum of law of up to 20 pages in support of its motion to dismiss in the above-referenced matter (due April 30, 2018). In support of this motion, CDK states as follows:

1. On March 16, 2018, CDK filed its motion to dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and its memorandum in support, the latter of which, with leave of Court (and the consent of Cox), was 25 pages in length.

2. On April 16, 2018, Cox filed its response to CDK's motion. Again, with leave of Court (and the consent of CDK), Cox's response memorandum was 25 pages in length. In addition, Cox attached 17 exhibits to its brief that it asked the Court to consider in ruling on CDK's motion.

3. An enlargement of the Court's usual page limit for CDK's reply memoranda of law is warranted in order to allow CDK to address the issues raised in Cox's response memorandum and exhibits. In CDK's view, neither the parties nor the Court would be well served by requiring CDK to brief the issues presented by Cox's response in 15 pages.

4. Counsel for Plaintiffs has advised that Plaintiffs have no objection to CDK filing a 20-page brief.

5. For the foregoing reasons, good cause exists for CDK to file a reply brief in excess of 15 pages.

WHEREFORE, CDK respectfully requests that the Court grant this motion and allow CDK to file a reply brief containing up to 20 pages in support of its motion to dismiss.

Dated: April 23, 2018

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

**CERTIFICATE OF SERVICE**

   I, Britt M. Miller, an attorney, hereby certify that on April 23, 2018, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                  */s/ Britt M. Miller*
                  Britt M. Miller
                  MAYER BROWN LLP
                  71 South Wacker Drive
                  Chicago, IL 60606
                  Phone: (312) 782-0600
                  Fax: (312) 701-7711
                  E-mail: bmiller@mayerbrown.com