# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

CDK Global, LLC, et al.

Defendant.

Case No.: 1:18−cv−00864

Honorable Amy J. St. Eve

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 25, 2018:

MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 4/25/18 and continued to 6/13/18 at 1:00 p.m. Defendants' motion to strike [144] is entered and taken under advisement. No appearance is required on the 5/1/18 notice of motion date. The Court modifies its 2/15/18 Initial Status Order [10] as follows: All filings shall be made in Case Number 18 C 864 and not under the individual case number assigned to a particular case. Parties may include the individual case number in the caption of the document filed in 18 C 864. Any further submissions regarding scheduling issues shall be filed by 4/30/18. Supplemental filings regarding Authenticom's financial condition, if any, shal be filed by 5/7/18. Parties shall produce any productions their clients made to the FTC, identified by bates number, by 5/9/18. Plaintiffs' consolidated class action amended complaint shall be filed by 6/4/18. Defendants shall answer or otherwise plead by 7/11/18. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.