U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: In re: Dealer Management Systems Antitrust Litigation

Case Number: 18-cv-864, MDL No. 2817

An appearance is hereby filed by the undersigned as attorney for:
Waconia Dodge, Inc.

Attorney name (type or print): Anna M. Horning Nygren

Firm: Lockridge Grindal Nauen P.L.L.P.

Street address: 100 Washington Ave. S. #2200

City/State/Zip: Minneapolis, MN 55401

Bar ID Number: MN - 0386514
(See item 3 in instructions)

Telephone Number: 612-339-6900

Email Address: amhorningnygren@locklaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 26, 2018

Attorney signature: S/ Anna M. Horning Nygren
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015