**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to:<br>*All Cases* | Hon. Amy J. St. Eve |

**MDL PLAINTIFFS' MOTION TO SEAL THEIR
SUBMISSION REGARDING PRETRIAL SCHEDULE
AND ACCOMPANYING EXHIBITS**

MDL Plaintiffs respectfully request leave to file under seal their Submission Regarding Pretrial Schedule ("Submission") and Accompanying Exhibits. The Submission and Exhibits include information from documents that Authenticom, Inc. has designated as "Highly Confidential," and so MDL Plaintiffs seek leave to file them under seal. MDL Plaintiffs will also file a public, redacted version of the Submission.

Dated: April 30, 2018 Respectfully submitted,

| | |
|---|---|
| */s/ Peggy J. Wedgworth* | */s/ Derek T. Ho* |
| Peggy J. Wedgworth | Derek T. Ho |
| **MILBERG TADLER PHILLIPS GROSSMAN, LLP** | **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.** |
| One Pennsylvania Plaza | 1615 M Street, NW, Suite 400 |
| New York, NY 10119 | Washington, D.C. 20036 |
| (212) 594-5300 | (202) 326-7932 |
| pwedgworth@milberg.com | dho@kellogghansen.com |

*MDL Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on April 30, 2018, I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' MOTION TO SEAL THEIR SUBMISSION REGARDING PRETRIAL SCHEDULE AND ACCOMPANYING EXHIBITS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Derek T. Ho*
      Derek T. Ho
      **KELLOGG, HANSEN, TODD,**
       **FIGEL & FREDERICK, P.L.L.C.**
      1615 M Street, NW, Suite 400
      Washington, D.C. 20036
      (202) 326-7900
      dho@kellogghansen.com