**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE: DEALER MANAGEMENT
SYSTEMS ANTITRUST LITIGATION

This Document Relates to:
*All Cases*

MDL No. 2817
Case No. 18 C 864

Hon. Amy J. St. Eve

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Monday, May 7, 2018, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Amy J. St. Eve or any judge sitting in her stead, in Courtroom 1241 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **MDL PLAINTIFFS' MOTION TO SEAL THEIR SUBMISSION REGARDING PRETRIAL SCHEDULE AND ACCOMPANYING EXHIBITS**, a copy of which is attached and served upon you.

2

Dated:  April 30, 2018                                    Respectfully submitted,


*/s/ Peggy J. Wedgworth*                    */s/ Derek T. Ho*
Peggy J. Wedgworth                           Derek T. Ho
**MILBERG TADLER PHILLIPS**          **KELLOGG, HANSEN, TODD,**
**GROSSMAN, LLP**                             **FIGEL & FREDERICK, P.L.L.C.**
One Pennsylvania Plaza                        1615 M Street, NW, Suite 400
New York, NY 10119                            Washington, D.C. 20036
(212) 594-5300                                     (202) 326-7932
pwedgworth@milberg.com                   dho@kellogghansen.com


*MDL Co-Lead Counsel*

2

## CERTIFICATE OF SERVICE

I, Derek T. Ho, an attorney, hereby certify that on April 30, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com