# Exhibit 2

### DEFENDANTS' UPDATED PROPOSED SCHEDULE

Entries marked with an * indicate dates already set by the Court.
Entries marked with an ** indicate dates previously agreed to by the parties.

| EVENT | DATE |
|---|---|
| **A. DEALER CLASS CONSOLIDATED COMPLAINT** | |
| 1. Deadline to File Consolidated Amended Complaint | June 4, 2018* |
| 2. Deadline for Defendants to Answer or Otherwise Plead | July 11, 2018* (Defendants may file earlier than this date) |
| 3. Plaintiffs' Response to Defendants' Motions to Dismiss (if any) | 21 days after Defendants' file any motions to dismiss |
| 4. Defendants' Replies in Support of their Motions to Dismiss | 14 days after Plaintiffs file their response |
| 5. Defendants' Answers to Consolidated Complaint | 28 days of a final ruling on any motion to dismiss** |
| **B. DISCOVERY (ALL PLAINTIFFS)** | |
| 1. Deadline for all parties to exchange *Authenticom* productions as well as documents produced to the FTC in connection with its current investigation of Defendants (with documents produced to the FTC identified by bates number) | May 9, 2018* |
| 2. Deadline for *Authenticom* third parties represented by counsel for one of the MDL parties to re-produce their third party productions in the MDL | May 9, 2018 |
| 3. Deadline to notify *Authenticom* third parties not represented by counsel for one of the MDL parties of production of their documents in the MDL | May 4, 2018 |
| 4. Deadline to re-produce documents of *Authenticom* third parties not represented by counsel for one of the MDL parties (absent objection by third party) | May 18, 2018 |
| 5. Deadline for service of Rule 26(a)(1) disclosures (including any amendments to the *Authenticom* disclosures. ***Class Plaintiffs' disclosures will also include a statement as to the individual named plaintiffs that will prosecute this matter on behalf of*** | May 4, 2018 |

| **EVENT** | **DATE** |
|---|---|
| *the putative class, a statement as to the scope of the putative class, and the identification of the parties that will be named defendants in the Consolidated Class Complaint.* | |
| 6. Deadline to serve any additional, non-duplicative, coordinated discovery requests, search terms, and custodians | May 25, 2018 |
| a. Responses to discovery requests due | June 22, 2018 |
| b. Deadline to file Motions to Compel | August 6, 2018 |
| c. Responses to Motions to Compel | August 27, 2018 |
| d. Replies in Support of Motions to Compel | September 10, 2018 |
| 7. Substantial Completion Deadline for Production of Documents | October 12, 2018 |
| 8. Deadline for Non-Governmental Privilege Logs | November 2, 2018 |
| a. Deadline for any motions to compel challenging privilege entries | December 7, 2018 |
| b. Responses to any motion to compel regarding privilege logs | 14 days from date of motion |
| c. Replies in opposition to any motions to compel regarding privilege logs | 7 days from filing of response |
| 9. Oral Discovery to Commence *Custodial documents of each deponent shall be produced no later than 14 days prior to the respective deposition. All parties' counsel shall be expected to participate in all depositions.* | October 15, 2018 |
| 10. Deadline to Complete Fact Discovery | February 15, 2019 |
| 11. Opening Merits Expert Reports | March 15, 2019 |
| 12. Rebuttal Merits Expert Reports | April 12, 2019 |
| 13. Reply Merits Expert Reports | May 3, 2019 |
| 14. Deadline to Complete Expert and Fact Discovery | May 31, 2019 |
| **B. DISPOSITIVE MOTIONS (ALL PLAINTIFFS)** | |
| 15. Deadline for *Daubert* and Dispositive Motions | July 12, 2019 |

| **E**VENT | **D**ATE |
|---|---|
| 16. Deadline for Responses in Opposition to any *Daubert* or Dispositive Motions | August 23, 2019 |
| 17. Deadline for Replies in Support of any *Daubert* or Dispositive Motions | September 6, 2019 |
| **C.** **A**UTHENTICOM **T**RIAL | TBD after Court's rulings on *Daubert* and Dispositive Motions |
| **D.** **C**LASS **C**ERTIFICATION | |
| 18. Deadline for Motions, Plaintiffs' Designation of Experts and Accompanying Expert Reports | 21 days after conclusion of *Authenticom* trial |
| 19. Deadline for Oppositions, Defendants' Designation of Experts, and Accompanying Expert Reports | 6 weeks after service of Motion for Class Certification |
| 20. Deadline for Replies in Support of Class Certification | 6 weeks after service of Oppositions |
| 21. Deadline to Complete Class Certification Process | 4 weeks after service of replies |
| **E.** **C**LASS / **N**ON-**A**UTHENTICOM **P**LAINTIFFS' **T**RIALS **(**IF APPLICABLE**)** | TBD after Court's rulings on Class Certification |