# Exhibit 4

| | |
|---|---|
| **From:** | Nemelka, Michael N. [mnemelka@kellogghansen.com] |
| **Sent:** | Friday, April 27, 2018 12:23 PM |
| **To:** | Miller, Britt M. |
| **Cc:** | Aundrea K. Gulley; bross@gibbsbruns.com; Provance, Matthew D.; Ho, Derek T.; Ryan, Mark |
| **Subject:** | Re: Rogs and RFAs |

Thanks. Much appreciated.

Mike

On Apr 27, 2018, at 1:21 PM, Miller, Britt M. <BMiller@mayerbrown.com> wrote:

> Mike –
>
> I've spoken with Andi and Brian and we are collectively fine granting Authenticom an additional one week extension (through and including May 7) for its responses to Defendants' remaining Interrogatories and RFAs (we obviously have its verified responses to two of Reynolds's Interrogatories and one RFA). Defendants will serve their respective responses to Authenticom's outstanding Interrogatories on the same date.
>
> Regards - Britt
>
> **Britt M. Miller**
> **MAYER BROWN LLP**
> **71 South Wacker Drive**
> **Chicago, Illinois 60606-4637**
> **Direct Dial: (312) 701-8663**
> **Direct Fax: (312) 706-8763**
> **e-mail:** bmiller@mayerbrown.com
>
>
> -----Original Message-----
> From: Nemelka, Michael N. [mailto:mnemelka@kellogghansen.com]
> Sent: Friday, April 27, 2018 9:16 AM
> To: Miller, Britt M.; Aundrea K. Gulley; bross@gibbsbruns.com; Provance, Matthew D.
> Cc: Ho, Derek T.
> Subject: Rogs and RFAs
>
> Dear Britt and Andi –
>
> Could we have a one week extension for Authenticom's interrogatory and RFA responses, such that they would be due on May 7 instead of April 30? We would appreciate the courtesy and would of course extend the same to you.
>
> Thanks,
> Mike

1

_____

2

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

| | |
|---|---|
| **From:** | Hafenbrack, Joshua [jhafenbrack@kellogghansen.com] |
| **Sent:** | Thursday, April 12, 2018 10:16 AM |
| **To:** | Miller, Britt M.; 'Brian T. Ross' |
| **Cc:** | 'Aundrea K. Gulley'; Leo Caseria; Ryan, Mark; Provance, Matthew D.; Nemelka, Michael N. |
| **Subject:** | Discovery Responses Extension Proposal |

Dear Britt and Brian,

I write with a proposal regarding the parties' upcoming discovery responses and objections, which are due April 23. That date falls on what is likely to be a very busy period, in light of the two depositions Defendants have scheduled (or sought to schedule) and the April 25 hearing.

To avoid this logjam, we would propose a mutual one-week extension, to April 30, for all responses and objections to the discovery requests that were served on March 23.

Please let us know if you agree.

Kind regards, Josh.

**Joshua Hafenbrack**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7916

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.