IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| *This filing relates to:*<br><br>*Pensacola Motor Sales, Inc. d/b/a Bob Tyler Toyota, Inc. v. CDK Global, LLC and The Reynolds and Reynolds Company*, Case No. 1:18-cv-01402 | Hon. Amy St. Eve |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Pensacola Motor Sales, Inc. d/b/a Bob Tyler Toyota, Inc. hereby voluntarily dismisses the case captioned *Pensacola Motor Sales, Inc. d/b/a Bob Tyler Toyota, Inc. v. CDK Global, LLC and The Reynolds and Reynolds Company*, Case No. 1:18-cv-01402. Plaintiff files this notice to make clear that Docket No. 1:18-cv-01402 should be administratively closed. This dismissal is without prejudice and shall not affect the rights of Pensacola Motor Sales, Inc. d/b/a Bob Tyler Toyota, Inc. to participate as a member of any certified class in the ongoing consolidated action (MDL No. 2817, Case No. 18 C 864). Plaintiff has not previously dismissed an action in federal or state court that includes the same claim.

Dated: April 30, 2018

Respectfully submitted,

By: */s/ Michael J. Freed*
Michael J. Freed
Douglas A. Millen
Robert J. Wozniak
Brian M. Hogan
**Freed Kanner London & Millen LLC**
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
(224)-632-4500

mfreed@fklmlaw.com
dmillen@fklmlaw.com
rwozniak@fklmlaw.com
bhogan@fklmlaw.com

Joshua H. Grabar, Esq.
**Grabar Law Office**
1735 Market Street
Suite 3750
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

Marc H. Edelson, Esq.
**Edelson & Associates, LLC**
3 Terry Drive
Suite 205
Newtown, PA 18940
(215) 867-2399
medelson@edelson-law.com

*Counsel for Plaintiff Pensacola Motor Sales, Inc. d/b/a Bob Tyler Toyota, Inc.*