# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* | Hon. Amy J. St. Eve |
| *Cox Automotive, Inc, et al. v. CDK Global, LLC*, Case No. 1:18-CV-1058 (N.D. Ill.) | |

## DEFENDANT CDK GLOBAL, LLC'S MOTION TO SEAL

Defendant CDK Global, LLC ("CDK") respectfully requests leave to file its Reply Memorandum in Support of Its Motion to Dismiss under seal. The Reply Memorandum quotes certain portions of pleadings that reference confidential business information and contract language. CDK will file a public, redacted version of the Reply Memorandum.

Dated: April 30, 2018

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

1

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on April 30, 2018, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S MOTION TO SEAL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                       */s/ Britt M. Miller*_____
                                       Britt M. Miller
                                       MAYER BROWN LLP
                                       71 South Wacker Drive
                                       Chicago, IL 60606
                                       Phone: (312) 782-0600
                                       Fax: (312) 701-7711
                                       E-mail: bmiller@mayerbrown.com