# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864

Honorable Amy J. St. Eve

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 1, 2018:

MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to plaintiff's notice of voluntary dismissal [157], the case of Pensacola Motor Sales, Inc. v. CDK Global, LLC and The Reynolds and Reynolds Company, Case No. 18C1402 is dismissed without prejudice. This dismissal shall not affect the rights of Pensacola Motor Sales, Inc. to participate as a member of any certified class in the ongoing consolidated action (MDL No. 2817, Case No. 18 C 864). Plaintiff is directed to file this notice of voluntary dismissal in case no. 18C1402.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.