UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 <br><br> Hon. Amy J. St. Eve |

## CASE MANAGEMENT ORDER

The Court having considered the parties' submissions related to their respective proposed scheduling orders,

IT IS HEREBY ORDERED that the following schedule will apply to all actions that are part of this MDL:

| EVENT | DATE |
|---|---|
| **A. DEALER CLASS CONSOLIDATED COMPLAINT** | |
| 1. Deadline to File Consolidated Amended Complaint | June 4, 2018 |
| 2. Deadline for Defendants to Answer or Otherwise Plead | July 11, 2018 |
| 3. Plaintiffs' Response to Defendants' Motions to Dismiss (if any) | 21 days after Defendants file any motions to dismiss |
| 4. Defendants' Replies in Support of their Motions to Dismiss | 14 days after Plaintiffs file their response |
| 5. Defendants' Answers to Consolidated Complaint | 28 days of a final ruling on any motion to dismiss |
| **B. DISCOVERY (ALL PLAINTIFFS)** | |
| 1. Deadline for all parties to exchange *Authenticom* productions as well as documents produced to the FTC in connection with its current investigation of Defendants (with documents produced to the FTC identified by bates number) | May 9, 2018 |
| 2. Deadline for *Authenticom* third parties represented by counsel for one of the MDL parties to re-produce their third party productions in the MDL | May 9, 2018 |
| 3. Deadline to notify *Authenticom* third parties not represented by counsel for one of the MDL parties of produc- | May 7, 2018 |

| **EVENT** | **DATE** |
|---|---|
| tion of their documents in the MDL | |
| 4. Deadline to re-produce documents of *Authenticom* third parties not represented by counsel for one of the MDL parties (absent objection by third party) | May 18, 2018 |
| 5. Deadline for service of Rule 26(a)(1) disclosures (including any amendments to the *Authenticom* disclosures. ***Class Plaintiffs' disclosures will also include a statement as to the individual named plaintiffs who will prosecute this matter on behalf of the putative class, a statement as to the scope of the putative class, and the identification of the parties that will be named defendants in the Consolidated Class Complaint.*** | May 10, 2018 |
| 6. Deadline to serve any additional, non-duplicative, coordinated discovery requests, search terms, and custodians | May 25, 2018 |
| a. Responses to discovery requests due | June 22, 2018 |
| b. Deadline to file Motions to Compel, if any, after strict compliance with Local Rule 37.2 | August 6, 2018 |
| 7. Substantial Completion Deadline for Production of Documents | October 12, 2018 |
| 8. Deadline for Non-Governmental Privilege Logs | November 2, 2018 |
| a. Deadline for motions to compel, if any, challenging privilege entries after strict compliance with Local Rule 37.2 | December 7, 2018 |
| b. Responses to any motion to compel regarding privilege logs | 14 days from date of motion |
| c. Replies in opposition to any motions to compel regarding privilege logs | 7 days from filing of response |
| 9. Oral Discovery to Commence<br>*Custodial documents of each deponent shall be produced no later than 14 days prior to the respective deposition. All parties' counsel shall be expected to participate in all depositions.* | October 15, 2018 |
| 10. Deadline to Complete Fact Discovery | February 15, 2019 |
| 11. Opening Merits Expert Reports | March 15, 2019 |
| 12. Rebuttal Merits Expert Reports | April 12, 2019 |

| EVENT | DATE |
|---|---|
| 13. Reply Merits Expert Reports | May 3, 2019 |
| 14. Deadline to Complete Expert and Fact Discovery | May 31, 2019 |
| **B. DISPOSITIVE MOTIONS (ALL PLAINTIFFS)** | |
| 15. Deadline for *Daubert* and Dispositive Motions | July 12, 2019 |
| 16. Deadline for Responses in Opposition to any *Daubert* or Dispositive Motions | August 23, 2019 |
| 17. Deadline for Replies in Support of any *Daubert* or Dispositive Motions | September 6, 2019 |
| **C. AUTHENTICOM TRIAL** | TBD after Court's rulings on *Daubert* and Dispositive Motions |
| **D. CLASS CERTIFICATION** | |
| 18. Deadline for Motions, Plaintiffs' Designation of Experts and Accompanying Expert Reports | 21 days after conclusion of *Authenticom* trial |
| 19. Deadline for Oppositions, Defendants' Designation of Experts, and Accompanying Expert Reports | 6 weeks after service of Motion for Class Certification |
| 20. Deadline for Replies in Support of Class Certification | 6 weeks after service of Oppositions |
| 21. Deadline to Complete Class Certification Process | 4 weeks after service of replies |
| **E. CLASS / NON-AUTHENTICOM PLAINTIFFS' TRIALS (IF APPLICABLE)** | TBD after Court's rulings on Class Certification |

Dated: May 7, 2018

ENTERED:

_____
Hon. Amy J. St. Eve
United States District Judge