IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* <br><br> *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | Hon. Amy J. St. Eve |

## DEFENDANT CDK GLOBAL, LLC'S MOTION TO SEAL

Defendant CDK Global, LLC ("CDK") respectfully requests leave to file its Memorandum in Support of Its Motion to Dismiss and certain exhibits under seal. The Memorandum quotes, and certain exhibits contain, confidential business information and contract language. CDK will file a public, redacted version of the Memorandum.

Dated: May 9, 2018

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

  I, Britt M. Miller, an attorney, hereby certify that on May 9, 2018, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S MOTION TO SEAL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

              */s/ Britt M. Miller*_____
              Britt M. Miller
              MAYER BROWN LLP
              71 South Wacker Drive
              Chicago, IL 60606
              Phone: (312) 782-0600
              Fax: (312) 701-7711
              E-mail: bmiller@mayerbrown.com