IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* <br><br> *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | Hon. Amy J. St. Eve |

## DEFENDANT CDK GLOBAL, LLC'S MOTION TO DISMISS

Defendant CDK Global, LLC ("CDK") hereby moves under Fed. R. Civ. P. 12(b)(6) to dismiss the complaint for failure to state a claim upon which relief can be granted. In support of this motion, CDK incorporates by reference the memorandum of law filed concurrently herewith, any reply memorandum that CDK may file, and any oral argument the Court may allow at a hearing on this motion.

Dated: May 9, 2018

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on May 9, 2018, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S MOTION TO DISMISS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                  */s/ Britt M. Miller*
                                                  Britt M. Miller
                                                  MAYER BROWN LLP
                                                  71 South Wacker Drive
                                                  Chicago, IL  60606
                                                  Phone:  (312) 782-0600
                                                  Fax:  (312) 701-7711
                                                  E-mail:  bmiller@mayerbrown.com