# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: Dealer Mgmt Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18 C 864 <br> Judge Amy J. St. Eve |

### **ORDER**

Motion for leave to appear pro hac vice on behalf of the dealership class by Elizabeth McKenna [177] is granted.

Date: 5/16/2018

Amy J. St. Eve
United States District Judge