UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DEALER MANAGEMENT SYSTEMS
ANTITRUST LITIGATION                                            MDL No. 2817

ORDER REASSIGNING LITIGATION

    The Panel has been notified of the need to reassign the above litigation to another judge in the Northern District of Illinois.

    IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is re-assigned to the Honorable Robert M. Dow, Jr., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

*Sarah Vance*

Sarah S. Vance
Chair