Honorable Judge Robert M. Dow, Jr.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Amy J. St. Eve is presiding in MDL 2817 (18 C 864, *In Re*: *Dealer Management Systems Antitrust Litigation)*; therefore

It is hereby ordered that the Clerk is to reassign MDL 2817 (18 C 864, *In Re*: *Dealer Management Systems Antitrust Litigation)* that includes the cases listed below to the Hon. Robert M. Dow Jr. and the designated Magistrate Judge Jeffrey T. Gilbert.

| | |
|---|---|
| 17 C 7827 | *Hartley Buick GMC Truck, Inc. v. CDK Global, LLC et al* |
| 18 C 833 | *Northtown Automotive Companies Inc. v. CDK Global, LLC et al.* |
| 18 C 846 | *Cox Motors N.C., Inc. v. CDK Global, LLC* |
| 18 C 865 | *Motor Vehicle Software Corporation v. CDK Global Inc. et al* |
| 18 C 866 | *John O'Neil Johnson Toyota, LLC v. CDK Global, LLC* |
| 18 C 867 | *Teterboro Automall, Inc. v. CDK Global, LLC et al* |
| 18 C 868 | *Authenticom, Inc. v. CDK Global, LLC et al* |
| 18 C 909 | *Bob Baker Volkswagen v. CDK Global, LLC et al* |
| 18 C 987 | *F.G. Downing Development, Inc. v. CDK Global, LLC et al* |
| 18 C 996 | *Baystate Ford Inc. v. CDK Global, LLC et al.* |
| 18 C 1054 | *Massey Chrysler Center, Inc. et al v. CDK Global, LLC et al (JOINT ASSIGN)* |
| 18 C 1055 | *JCF Autos LLC et al v. CDK Global, LLC* |
| 18 C 1056 | *Kenny Thomas Enterprises, Inc. v. CDK Global, LLC et al* |
| 18 C 1057 | *Hoover Automotive, LLC v. CDK Global, LLC et al* |
| 18 C 1058 | *Cox Automotive, Inc. et al v. CDK Global, LLC* |
| 18 C 1402 | *Pensacola Motor Sales, Inc. v. CDK Global, LLC et al* |
| 18 C 1707 | *Waconia Dodge, Inc. v. CDK Global, LLC et al* |

18 C 2521    *Loop LLC v. CDK Global, LLC*

18 C 2666    *Apex Motor Company v. CDK Global, LLC et al*

                                   **ENTER:**

                                   **FOR THE EXECUTIVE COMMITTEE:**

                                   Chief Judge Rubén Castillo

Dated at Chicago, Illinois this 1st day of June, 2018