# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION, | **MDL No. 2817** |
| _____ | **Case No. 18 CV 864** |
| **This Document Applies to:** | **Honorable Robert M. Dow, Jr** |
| *Massey Chrysler Center, Inc. et al. vs. CDK GLOBAL, LLC - 2:18-cv-00042* | |

### PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

TO THE COURT AND ALL PARTIES OF RECORD:

Archie I. Grubb and Wilson Daniel "Dee" Miles, III, of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., move to withdraw as counsel for Plaintiffs Massey Chrysler Center and Massey Automotive, Inc. in the above-captioned litigation. Michael Stephen Dampier of THE DAMPIER LAW FIRM, P.C. and Ralph Edward Massey, Jr. of CLAY MASSEY & ASSOCIATES continue to serve as counsel for these plaintiffs, through attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Dated: June 1, 2018

                                                                                        Respectfully submitted,

                                                                                        */s/ Archie I. Grubb, II*
                                                                                        ARCHIE I. GRUBB, II
                                                                                        W. DANIEL "DEE" MILES, III
                                                                                        **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
                                                                                        218 Commerce Street
                                                                                        Post Office Box 4160 (36103)
                                                                                        Montgomery, AL 36104
                                                                                        Telephone: 334-269-2343

Facsimile: 334-954-7555
archie.grubb@beasleyallen.com
dee.miles@beasleyallen.com

Ralph Edward Massey, Jr.
**CLAY, MASSEY & ASSOCIATES**
509 Church Street
Mobile, AL 36602
(251)433-1000
em@claymassey.com

Michael Stephen Dampier
**THE DAMPIER LAW FIRM, P.C.**
55 North Section Street
Fairhope, Alabama, United States
(251) 929-0900
steve@dampierlaw.com


ATTORNEYS FOR INDIVIDUALS AND REPRESENTATIVE PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST was filed using the Court's CM/ECF system on June 1, 2018 . Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Archie I. Grubb, II*
ARCHIE I. GRUBB, II