**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION,** | **MDL No. 2817** |
| **This Document Applies to:** | **Case No. 18 CV 864** |
| *Massey Chrysler Center, Inc. et al. vs. CDK GLOBAL, LLC - 2:18-cv-00042* | **Honorable Robert M. Dow, Jr** |

### [PROPOSED] ORDER

Upon consideration of the Motion to Withdraw as Counsel, the Court hereby ORDERS for Archie I. Grubb, II, and Wilson Daniel "Dee" Miles, III, to be withdrawn as counsel of record on behalf of Plaintiffs Massey Chrysler Center, Inc., and Massey Automotive, Inc. FURTHERMORE, the Clerk of this Court is directed to remove Archie I. Grubb, II, and Wilson Daniel "Dee" Miles, III, from the records and from the Court's ECF System for the above-referenced matter.

IT IS SO ORDERED.

Date: _____

_____
Honorable Robert M. Dow, Jr
United States District Judge