IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>THE DEALERSHIP CLASS ACTION | Honorable Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert<br><br>Demand for Jury Trial |

### NOTICE OF MOTION

Please take notice that on June 7, 2018, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr., Room 2303, United States District Court for the Northern District of Illinois, 219 South Dearborn Avenue, Chicago, Illinois 60604, and shall then and there present **DEALERSHIP PLAINTIFFS' MOTION TO FILE UNDER SEAL.**

Dated:  June 4, 2018

Respectfully submitted,

*/s/ Shannon M. McNulty*
Shannon M. McNulty
Robert A. Clifford
*Liaison Counsel*
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
Tel:  (312) 899-9090
Fax: (312) 251-1160
RAC@liffordlaw.com
SMM@cliffordlaw.com

Peggy J. Wedgworth (pro hac vice)
*Dealership Interim Lead Class Counsel*
Elizabeth McKenna (pro hac vice)
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

Leonard A. Bellavia (pro hac vice)
*Plaintiffs' Steering Committee*
Steven Blatt
**BELLAVIA BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
Tel: (516) 873-3000
Fax: (516) 873-9032
lbellavia@dealerlaw.com
sblatt@dealerlaw.com

Daniel C. Hedlund (pro hac vice)
*Plaintiffs' Steering Committee*
Michelle J. Looby (pro hac vice)
*Plaintiffs' Steering Committee*
Daniel E. Gustafson
David A. Goodwin
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com

James E. Barz
*Plaintiffs' Steering Committee*
Frank Richter
*Plaintiffs' Steering Committee*
**ROBBINS GELLER RUDMAN & DOWD LLP**
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

David W. Mitchell (pro hac vice)
Alexandra S. Bernay
Carmen A. Medici
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax (619) 231-7423
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

## CERTIFICATE OF SERVICE

I, Shannon M. McNulty, an attorney, hereby certify that on June 4, 2018, I served the above and foregoing **Notice of Motion – Dealership Plaintiffs' Motion to File Under Seal** by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ *Shannon M. McNulty*
Shannon M. McNulty
Robert A. Clifford
***Liaison Counsel***
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
RAC4cliffordlaw.com
SN4M@cliffordlaw.com