# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Dealer Management Systems Antitrust Litigation

Case Number: 18-cv-864, MDL No. 2817

An appearance is hereby filed by the undersigned as attorney for:
Loop, LLC, d/b/a AutoLoop

Attorney name (type or print): Michael N. Nemelka

Firm: Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

Street address: 1615 M Street, NW, Suite 400

City/State/Zip: Washington, DC 20036

Bar ID Number: D.C. Bar No. 983800
(See item 3 in instructions)

Telephone Number: (202) 326-7900

Email Address: mnemelka@kellogghansen.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 5, 2018

Attorney signature: S/ Michael N. Nemelka
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015