**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| | Hon. Robert M. Dow, Jr. |
| This Document Relates to:<br>*Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC,* Case No. 18 C 2521 (N.D. Ill.) | Jury Trial Demanded |

**PLAINTIFF AUTOLOOP'S MOTION TO SEAL ITS
AMENDED COMPLAINT – CLASS ACTION**

Plaintiff Loop, LLC ("AutoLoop") respectfully requests leave to file under seal its Amended Complaint – Class Action, and Accompanying Exhibits. The Amended Complaint and Exhibits include information from documents that CDK Global, LLC ("CDK") has designated as "Highly Confidential," and so AutoLoop seeks leave to file them under seal. AutoLoop will also file a public, redacted version of the Amended Complaint – Class Action.

AutoLoop files this motion without prejudice to its ability to file a motion challenging CDK's designations. The documents at issue consist of direct communications between CDK and Reynolds reflecting the unlawful agreements alleged in AutoLoop's Amended Complaint, and internal CDK documents regarding the same. There is nothing Highly Confidential about such communications and documents, yet CDK has thus far refused to de-designate them. Should the parties be unable to resolve their disagreement, AutoLoop reserves the right to move for relief from this Court.

June 5, 2018

Richard J. Prendergast
Michael T. Layden
Collin M. Bruck
RICHARD J. PRENDERGAST, LTD.
111 W. Washington Street, Suite 1100
Chicago, Illinois 60602
Telephone: (312) 641-0881
rprendergast@rjpltd.com
mlayden@rjpltd.com
cbruck@rjpltd.com


Jennifer L. Gregor
Kendall W. Harrison
Allison W. Reimann
GODFREY & KAHN S.C.
One East Main Street
Suite 500
Madison, Wisconsin 53703
Telephone:  (608) 284-2629
Fax:  (608) 257-0609
jgregor@gklaw.com
kharrison@gklaw.com
areimann@gklaw.com

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
David L. Schwarz
Kevin J. Miller
Daniel V. Dorris
Joanna T. Zhang
Joshua Hafenbrack
Daniel S. Guarnera
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Fax:  (202) 326-7999
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
dschwarz@kellogghansen.com
kmiller@kellogghansen.com
ddorris@kellogghansen.com
jzhang@kellogghansen.com
jhafenbrack@kellogghansen.com
dguarnera@kellogghansen.com

*Counsel for Plaintiff Loop, LLC, d/b/a AutoLoop*

2

## **CERTIFICATE OF SERVICE**

   I, Derek T. Ho, an attorney, hereby certify that on June 5, 2018, I caused a true and correct copy of the foregoing **AUTOLOOP'S MOTION TO SEAL ITS AMENDED COMPLAINT – CLASS ACTION, AND ACCOMPANYING EXHIBITS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

              */s/ Derek T. Ho*
              Derek T. Ho
              **KELLOGG, HANSEN, TODD,**
               **FIGEL & FREDERICK, P.L.L.C.**
              1615 M Street, NW, Suite 400
              Washington, D.C. 20036
              (202) 326-7900
              dho@kellogghansen.com