# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| | Hon. Robert M. Dow, Jr. |
| This Document Relates to:<br>*Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC,* Case No. 18 C 2521 (N.D. Ill.) | Jury Trial Demanded |

## PLAINTIFF AUTOLOOP'S NOTICE OF MOTION
## TO SEAL ITS AMENDED COMPLAINT – CLASS ACTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, June 12, 2018, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr. or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF AUTOLOOP'S MOTION TO SEAL ITS AMENDED COMPLAINT – CLASS ACTION**, a copy of which is attached and served upon you.

June 5, 2018                          Respectfully submitted,

*/s/ Derek T. Ho*

| | |
|---|---|
| Richard J. Prendergast | Derek T. Ho |
| Michael T. Layden | Michael N. Nemelka |
| Collin M. Bruck | Aaron M. Panner |
| RICHARD J. PRENDERGAST, LTD. | David L. Schwarz |
| 111 W. Washington Street, Suite 1100 | Kevin J. Miller |
| Chicago, Illinois 60602 | Daniel V. Dorris |
| Telephone: (312) 641-0881 | Joanna T. Zhang |
| rprendergast@rjpltd.com | Joshua Hafenbrack |
| mlayden@rjpltd.com | Daniel S. Guarnera |
| cbruck@rjpltd.com | KELLOGG, HANSEN, TODD, |
| |   FIGEL & FREDERICK, P.L.L.C. |
| | 1615 M Street, N.W., Suite 400 |
| Jennifer L. Gregor | Washington, D.C. 20036 |
| Kendall W. Harrison | Telephone: (202) 326-7900 |
| Allison W. Reimann | Fax: (202) 326-7999 |
| GODFREY & KAHN S.C. | dho@kellogghansen.com |
| One East Main Street | mnemelka@kellogghansen.com |
| Suite 500 | apanner@kellogghansen.com |
| Madison, Wisconsin 53703 | dschwarz@kellogghansen.com |
| Telephone: (608) 284-2629 | kmiller@kellogghansen.com |
| Fax: (608) 257-0609 | ddorris@kellogghansen.com |
| jgregor@gklaw.com | jzhang@kellogghansen.com |
| kharrison@gklaw.com | jhafenbrack@kellogghansen.com |
| areimann@gklaw.com | dguarnera@kellogghansen.com |
| | |
| | *Counsel for Plaintiff Loop, LLC,* |
| | *d/b/a AutoLoop* |

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on June 5, 2018, I caused a true and correct copy of the foregoing **AUTOLOOP'S NOTICE OF MOTION TO SEAL ITS AMENDED COMPLAINT – CLASS ACTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Derek T. Ho*
      Derek T. Ho
      **KELLOGG, HANSEN, TODD,**
       **FIGEL & FREDERICK, P.L.L.C.**
      1615 M Street, NW, Suite 400
      Washington, D.C. 20036
      (202) 326-7900
      dho@kellogghansen.com