# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* <br> ALL CASES | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANT CDK GLOBAL, LLC'S MOTION FOR PROTECTIVE ORDER

Defendant CDK Global, LLC ("CDK") hereby moves under Fed. R. Civ. P. 26(c) for a protective order relieving CDK of any obligation to produce the entirety of its production to the FTC related to the agency's review of the AutoMate transaction and limiting any production obligations to those originally agreed to by the parties. In support of this motion, CDK incorporates by reference the memorandum of law filed concurrently herewith, any reply memorandum that CDK may file, and any oral argument the Court may allow at a hearing on this motion.

Dated: June 5, 2018                                    Respectfully submitted,

                                                       /s/ *Britt M. Miller*

Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

   I, Britt M. Miller, an attorney, hereby certify that on June 5, 2018, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S MOTION FOR PROTECTIVE ORDER** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

               */s/ Britt M. Miller*
               Britt M. Miller
               MAYER BROWN LLP
               71 South Wacker Drive
               Chicago, IL 60606
               Phone: (312) 782-0600
               Fax: (312) 701-7711
               E-mail: bmiller@mayerbrown.com