# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* | Hon. Robert M. Dow, Jr. |
| ALL CASES | Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANT CDK GLOBAL, LLC'S NOTICE OF MOTION FOR PROTECTIVE ORDER

PLEASE TAKE NOTICE that on Tuesday, June 12, 2018, at 9:15 a.m., I will appear before the Honorable Robert M. Dow Jr. in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present CDK Global, LLC's Motion for Protective Order, a copy of which is attached and served upon you through the CM/ECF filing system.

Dated: June 5, 2018                                          Respectfully submitted,

                                                             /s/ *Britt M. Miller*

Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on June 5, 2018, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S NOTICE OF MOTION FOR PROTECTIVE ORDER** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Britt M. Miller*_____
      Britt M. Miller
      MAYER BROWN LLP
      71 South Wacker Drive
      Chicago, IL  60606
      Phone:  (312) 782-0600
      Fax:  (312) 701-7711
      E-mail:  bmiller@mayerbrown.com