# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: Dealer Management Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> This Document Applies to: Massey Chrysler Center, Inc. et al. vs. CDK GLOBAL, LLC -2:18-cv-00042, <br><br> Defendant(s). | Case No. 18-cv-864; MDL No. 2817 <br> Judge Robert M. Dow |

## ORDER

Archie I. Grubb and Wilson Daniel "Dee" Miles, III, of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.'s motion to withdraw as counsel and request for removal from service list [183] is granted. Notice of motion date of 6/7/2018 is stricken and no appearances are necessary on that date.


Date: 6/5/2018                                          /s/ Judge Dow