**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| | Hon. Robert M. Dow, Jr. |
| This Document Relates to:<br>*Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC,*<br>Case No. 18 C 2521 (N.D. Ill.) | Jury Trial Demanded |

**PLAINTIFF LOOP, LLC'S MOTION FOR APPOINTMENT OF DEREK T. HO
OF KELLOGG HANSEN AS INTERIM LEAD CLASS COUNSEL
FOR THE VENDOR CLASS ACTION**

Pursuant to Federal Rule of Civil Procedure 23(g), Plaintiff Loop, LLC ("AutoLoop") respectfully moves for the appointment of Derek T. Ho of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. as Interim Lead Class Counsel for the putative class of automotive software solutions vendors as set forth in AutoLoop's Amended Complaint – Class Action, filed on June 5, 2018 (Dkt. 194) (sealed version). In support of this motion, AutoLoop incorporates by reference its Memorandum of Law filed concurrently herewith, any reply memorandum that AutoLoop may file, and any oral argument the Court may allow at a hearing on this motion.

June 6, 2018                                            Respectfully submitted,

                                                        */s/ Derek T. Ho*
Richard J. Prendergast                                  Derek T. Ho
Michael T. Layden                                       Michael N. Nemelka
Collin M. Bruck                                         Aaron M. Panner
RICHARD J. PRENDERGAST, LTD.                            David L. Schwarz
111 W. Washington Street, Suite 1100                    Kevin J. Miller
Chicago, Illinois 60602                                 Daniel V. Dorris
Telephone: (312) 641-0881                               Joanna T. Zhang
rprendergast@rjpltd.com                                 Joshua Hafenbrack
mlayden@rjpltd.com                                      Daniel S. Guarnera
cbruck@rjpltd.com                                       KELLOGG, HANSEN, TODD,
                                                          FIGEL & FREDERICK, P.L.L.C.
                                                        1615 M Street, N.W., Suite 400
Jennifer L. Gregor                                      Washington, D.C. 20036
Kendall W. Harrison                                     Telephone: (202) 326-7900
Allison W. Reimann                                      Fax: (202) 326-7999
GODFREY & KAHN S.C.                                     dho@kellogghansen.com
One East Main Street                                    mnemelka@kellogghansen.com
Suite 500                                               apanner@kellogghansen.com
Madison, Wisconsin 53703                                dschwarz@kellogghansen.com
Telephone: (608) 284-2629                               kmiller@kellogghansen.com
Fax: (608) 257-0609                                     ddorris@kellogghansen.com
jgregor@gklaw.com                                       jzhang@kellogghansen.com
kharrison@gklaw.com                                     jhafenbrack@kellogghansen.com
areimann@gklaw.com                                      dguarnera@kellogghansen.com

                                                        *Counsel for Plaintiff Loop, LLC,*
                                                        *d/b/a AutoLoop*

## **CERTIFICATE OF SERVICE**

  I, Derek T. Ho, an attorney, hereby certify that on June 6, 2018, I caused a true and correct copy of the foregoing **PLAINTIFF LOOP, LLC'S MOTION FOR APPOINTMENT OF DEREK T. HO OF KELLOGG HANSEN AS INTERIM LEAD CLASS COUNSEL FOR THE VENDOR CLASS ACTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

              */s/ Derek T. Ho*
              **KELLOGG, HANSEN, TODD,**
               **FIGEL & FREDERICK, P.L.L.C.**
              1615 M Street, NW, Suite 400
              Washington, D.C. 20036
              (202) 326-7900
              dho@kellogghansen.com