IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| | Hon. Robert M. Dow, Jr. |
| This Document Relates to:<br>*Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC,*<br>Case No. 18 C 2521 (N.D. Ill.) | Jury Trial Demanded |

**PLAINTIFF LOOP, LLC'S NOTICE OF MOTION
FOR APPOINTMENT OF DEREK T. HO OF KELLOGG HANSEN
AS INTERIM LEAD CLASS COUNSEL FOR THE VENDOR CLASS ACTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on Monday, June 18, 2018, at 1:30 p.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr., in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present **PLAINTIFF LOOP, LLC'S MOTION FOR APPOINTMENT OF DEREK T. HO OF KELLOGG HANSEN AS INTERIM LEAD CLASS COUNSEL FOR THE VENDOR CLASS ACTION**, a copy of which is attached and served upon you.

| | |
|---|---|
| June 6, 2018 | Respectfully submitted, |
| | */s/ Derek T. Ho* |
| Richard J. Prendergast | Derek T. Ho |
| Michael T. Layden | Michael N. Nemelka |
| Collin M. Bruck | Aaron M. Panner |
| RICHARD J. PRENDERGAST, LTD. | David L. Schwarz |
| 111 W. Washington Street, Suite 1100 | Kevin J. Miller |
| Chicago, Illinois 60602 | Daniel V. Dorris |
| Telephone: (312) 641-0881 | Joanna T. Zhang |
| rprendergast@rjpltd.com | Joshua Hafenbrack |
| mlayden@rjpltd.com | Daniel S. Guarnera |
| cbruck@rjpltd.com | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| | 1615 M Street, N.W., Suite 400 |
| Jennifer L. Gregor | Washington, D.C. 20036 |
| Kendall W. Harrison | Telephone: (202) 326-7900 |
| Allison W. Reimann | Fax: (202) 326-7999 |
| GODFREY & KAHN S.C. | dho@kellogghansen.com |
| One East Main Street | mnemelka@kellogghansen.com |
| Suite 500 | apanner@kellogghansen.com |
| Madison, Wisconsin 53703 | dschwarz@kellogghansen.com |
| Telephone: (608) 284-2629 | kmiller@kellogghansen.com |
| Fax: (608) 257-0609 | ddorris@kellogghansen.com |
| jgregor@gklaw.com | jzhang@kellogghansen.com |
| kharrison@gklaw.com | jhafenbrack@kellogghansen.com |
| areimann@gklaw.com | dguarnera@kellogghansen.com |
| | *Counsel for Plaintiff Loop, LLC, d/b/a AutoLoop* |

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on June 6, 2018, I caused a true and correct copy of the foregoing **LOOP, LLC'S NOTICE OF MOTION FOR APPOINTMENT OF DEREK T. HO OF KELLOGG HANSEN AS INTERIM LEAD CLASS COUNSEL FOR THE VENDOR CLASS ACTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                  */s/ Derek T. Ho*
                                                  Derek T. Ho
                                                  **KELLOGG, HANSEN, TODD,**
                                                     **FIGEL & FREDERICK, P.L.L.C.**
                                                  1615 M Street, NW, Suite 400
                                                  Washington, D.C. 20036
                                                  (202) 326-7900
                                                  dho@kellogghansen.com