# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                          Plaintiff,

v.                                                    Case No.: 1:18−cv−00864
                                                      Honorable Robert M. Dow
                                                      Jr.

CDK Global, LLC, et al.

                                          Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 15, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion of John David
Hughes for leave to appear pro hac vice on behalf of Teterboro Automall, JCF Autos, et
al. [204] is granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.