IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to All Cases | Hon. Robert M. Dow, Jr. |

**MDL PLAINTIFFS' MOTION TO SEAL THEIR OPPOSITION AND ACCOMPANYING EXHIBIT TO CDK GLOBAL, LLC'S MOTION FOR A PROTECTIVE ORDER**

MDL Plaintiffs respectfully requests leave to file under seal their Opposition and Accompanying Exhibit 1 to Defendant CDK Global, LLC's ("CDK") Motion For a Protective Order. The Opposition and Exhibit 1 include information from documents that CDK has designated as "Confidential" or "Highly Confidential," and the MDL Plaintiffs' therefore seek leave to file them under seal. MDL Plaintiffs will also file a public, redacted version of the Opposition.

MDL Plaintiffs file this motion without prejudice to their ability challenge CDK's improper use of the Confidential and Highly Confidential designations for documents that are not proprietary and do not contain trade secrets.

Dated: June 15, 2018                    Respectfully submitted,

*/s/ Peggy J. Wedgworth*                */s/ Derek T. Ho*
Peggy J. Wedgworth                      Derek T. Ho
**MILBERG TADLER PHILLIPS**             **KELLOGG, HANSEN, TODD,**
**GROSSMAN LLP**                          **FIGEL & FREDERICK, P.L.L.C.**
One Pennsylvania Plaza, 19th Floor      1615 M Street, NW, Suite 400
New York, NY 10119                      Washington, D.C. 20036
(212) 594-5300                          (202) 326-7932
pwedgworth@milberg.com                  dho@kellogghansen.com

                                  *MDL Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

  I, Derek T. Ho, an attorney, hereby certify that on June 15, 2018, I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' MOTION TO SEAL THEIR OPPOSITION AND ACCOMPANYING EXHIBIT TO CDK GLOBAL, LLC'S MOTION FOR A PROTECTIVE ORDER** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

              */s/ Derek T. Ho*
              Derek T. Ho
              **KELLOGG, HANSEN, TODD,**
               **FIGEL & FREDERICK, P.L.L.C.**
              1615 M Street, NW, Suite 400
              Washington, D.C. 20036
              (202) 326-7900
              dho@kellogghansen.com