**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to All Cases | Hon. Robert M. Dow, Jr. |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Monday, June 18, 2018, at 1:30 p.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr. or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **MDL PLAINTIFFS' MOTION TO SEAL THEIR OPPOSITION AND ACCOMPANYING EXHIBIT TO CDK GLOBAL, LLC'S MOTION FOR A PROTECTIVE ORDER**, a copy of which is attached and served upon you.

| | |
|---|---|
| Dated: June 15, 2018 | Respectfully submitted, |

| | |
|---|---|
| */s/ Peggy J. Wedgworth* | */s/ Derek T. Ho* |
| Peggy J. Wedgworth | Derek T. Ho |
| **MILBERG TADLER PHILLIPS** | **KELLOGG, HANSEN, TODD,** |
| **GROSSMAN LLP** |   **FIGEL & FREDERICK, P.L.L.C.** |
| One Pennsylvania Plaza, 19th Floor | 1615 M Street, NW, Suite 400 |
| New York, NY 10119 | Washington, D.C. 20036 |
| (212) 594-5300 | (202) 326-7932 |
| pwedgworth@milberg.com | dho@kellogghansen.com |

*MDL Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

       I, Derek T. Ho, an attorney, hereby certify that on June 15, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MDL PLAINTIFFS' MOTION TO SEAL THEIR OPPOSITION AND ACCOMPANYING EXHIBIT TO CDK GLOBAL, LLC'S MOTION FOR A PROTECTIVE ORDER** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                             */s/ Derek T. Ho*
                                             Derek T. Ho
                                             **KELLOGG, HANSEN, TODD,**
                                                 **FIGEL & FREDERICK, P.L.L.C.**
                                             1615 M Street, NW, Suite 400
                                             Washington, D.C. 20036
                                             (202) 326-7900
                                             dho@kellogghansen.com