## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:  Dealer Management Systems Antitrust
Litigation

,

Plaintiff(s),

v.

    ,

Defendant(s).

Case No.  18-cv-864
Judge  Robert M. Dow

### ORDER

Status hearing held.  Plaintiff Autoloop's motion to seal [192] its amended complaint and MDL
Plaintiffs' motion to seal [207] their opposition and accompanying exhibit to CDK Global, LLC's
motion for a protective order are granted without opposition.  Plaintiff Autoloop, LLC's motion
[200] for appointment of Derek T. Ho of Kellogg Hansen as interim lead class counsel for the
vendor class is taken under advisement; responses are due June 25, 2018; replies are due July 2,
2018.  Defendant CDK Global, LLC's motion [195] for protective order is fully briefed as of
June 18, 2018 and is taken under advisement.  Motions to dismiss the amended complaints filed
by the Dealer Class [184] and Autoloop [194] are due July 11, 2018; responses are due August 1,
2018; replies are due August 15, 2018.  Defendants' oral motion for an extension of time to
answer or otherwise plead to the Authenticom complaint is granted; the Court's prior deadline of
June 22, 2018 [175] is extended; Defendants have until June 29, 2018 to answer or otherwise
plead.  This case is set for further status hearing on August 16, 2018 at 10:30 a.m.

:20

Date:  6/19/2018                                         /s/ Judge Dow