UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>DEALER MANAGEMENT SYSTEMS<br>ANTITRUST LITIGATION<br><br>Plaintiff,<br><br>*This filing relates to:*<br><br>ALL CASES | Civil Action No. 1:18-CV0864<br><br>Hon. Robert M. Dow<br><br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION OF NON-PARTY SUBPOENA
RECIPIENTS XCELERATED, LLC, XCELERATED DATA LLC
AND PENSA LLC FOR PROTECTIVE ORDER AND FOR FEES AND COSTS**

     PLEASE TAKE NOTICE that on Tuesday, July 3, 2018, at 9:15 a.m. (Central), I will appear before the Honorable Robert M. Down in in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present the *Motion of Non-Party Subpoena Recipients Xcelerated LLC, Xcelerated Data LLC and Pensa LLC for Protective Order and for Fees and Costs*, a copy of which is attached and served upon you through the CM/ECF filing system.

Dated: June 25, 2018

                                                      Respectfully submitted,

                                                      */s/ James R. Irving*
                                                      James R. Irving
                                                      BINGHAM GREENEBAUM DOLL LLP
                                                      3500 PNC Tower
                                                      101 South Fifth Street
                                                      Louisville, KY 40202
                                                      Telephone: (502) 589-4200
                                                      E-mail: jirving@bgdlegal.com

                                                      *Counsel to Xcelerated LLC, Xcelerated Data
                                                      LLC and Pensa LLC*

1

19426404.1

## CERTIFICATE OF SERVICE

  I hereby certify that on June 25, 2018, caused a copy the foregoing to be served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

            */s/ James R. Irving*
            *Counsel to Xcelerated LLC, Xcelerated Data LLC and Pensa LLC*