# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE:<br><br>DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>Plaintiff,<br><br>*This filing relates to:*<br><br>ALL CASES | Civil Action No. 1:18-CV0864<br><br>Hon. Robert M. Dow<br><br>Magistrate Judge Jeffrey T. Gilbert |

## NON-PARTY SUBPOENA RECIPIENTS XCELERATED, LLC, XCELERATED DATA LLC AND PENSA LLC MOTION TO WAIVE LOCAL RULE 83.15.

Xcelerated LLC, Xcelerated Data LLC and Pensa LLC (collectively, the "Recipients"), by and through counsel, respectfully moves this Court for an Order waiving the requirements of the Court's Local Rule 83.15, and allowing undersigned counsel, James R. Irving, to litigate all aspects of this matter directly. Mr. Irving is a member in good standing of this Court's bar. Further, Mr. Irving is properly registered to receive any and all electronic notices, pleading, and other documents which would otherwise be the responsibility of local counsel, pursuant to Local Rule 83.15. As such, the Court's waiver would streamline this matter, and would not prejudice Plaintiff. Importantly, "the court has discretion to strictly enforce the Local Rules or relax them as required by the unique circumstances of each case." *Leventhal v. Schenberg*, 2013 LEXIS 60455 (N.D. Ill. April 29, 2013).

Dated: June 25, 2018

Respectfully submitted,

By: /s/ James R. Irving
James R. Irving
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 587-3606

19426637.1

                                                    E-mail:       jirving@bgdlegal.com
                                                    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2018, I electronically filed the foregoing *Motion to Waive Local Rule 83.15* using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

                                                       /s/ James R. Irving