UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------X
| | : | |
| IN RE: | : | |
| | : | |
| DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | : : : | Civil Action No. 1:18-CV0864 |
| | : | |
| Plaintiff, | : | Hon. Robert M. Dow |
| | : | |
| *This filing relates to:* | : : | Magistrate Judge Jeffrey T. Gilbert |
| | : | |
| ALL CASES | : | |
| | : | |
------------------------------------------------------------X

**NOTICE OF MOTION OF NON-PARTY SUBPOENA
RECIPIENTS XCELERATED, LLC, XCELERATED DATA LLC
AND PENSA LLC TO WAIVE LOCAL RULE 83.15**

PLEASE TAKE NOTICE that on Tuesday, July 3, 2018, at 9:15 a.m. (Central), I will appear before the Honorable Robert M. Down in in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present the *Non-Party Subpoena Recipients Xcelerated LLC, Xcelerated Data LLC and Pensa LLC Motion to Waive Local Rule 83.15*, a copy of which is attached and served upon you through the CM/ECF filing system.

Dated: June 25, 2018

Respectfully submitted,

/s/ James R. Irving
James R. Irving
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 589-4200
E-mail: jirving@bgdlegal.com

*Counsel to Xcelerated LLC, Xcelerated Data LLC and Pensa LLC*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2018, caused a copy the foregoing to be served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      */s/ James R. Irving*
      *Counsel to Xcelerated LLC, Xcelerated Data LLC and Pensa LLC*