# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 29, 2018:

MINUTE entry before the Honorable Robert M. Dow, Jr: Motion of non−party subpoena recipients Xcelerated LLC, Xcelerated Data LLC, and Pensa LLC for protective order and for fees and costs [215], motion of non−party subpoena recipients Xcelerated LLC, Xcelerated Data LLC, and Pensa LLC to waive Local Rules 83.15 [217], along with all further discovery motions and supervision and settlement conference if requested, to Magistrate Judge Gilbert. Notice of motion date of 7/3/2018 before Judge Dow is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.