

# United States District Court
# Northern District of Illinois

In the Matter of

In Re: Dealer Management Systems Antitrust Litigation

v.

CDK Global, LLC

Magistrate Judge Jeffrey T. Gilbert

Case No. 18-CV-864

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Jeffrey T. Gilbert, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge Robert M. Dow Jr.

Date: Friday, June 29, 2018

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Jeffrey T. Gilbert

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge Ruben Castillo

Dated: Friday, June 29, 2018

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Discovery Motion(s) specified below

- All Discovery Motions

- Discovery Supervision

- Settlement Conference

EXCEPTIONS OR ADDITIONS:
 Motion of non-party subpoena recipients Xcelerated LLC, Xcelerated Data LLC, and Pensa LLC for protective order and for fees and costs [215]  and  motion of non-party subpoena recipients Xcelerated LLC, Xcelerated Data LLC, and Pensa LLC to waive Local Rules 83.15 [217].

District Referral - To Designated Magistrate Judge