# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 <br> Case No. 18 C 864 <br><br> This filing relates to *Authenticom, Inc. v. CDK Global LLC, et al.* |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant The Reynolds & Reynolds Company's Answer and Counterclaims against Authenticom contain information that has been designated "confidential" and "highly confidential" under the Agreed Confidentiality Order (Dkt. 104). The information so designated by Reynolds is confidential business information and contract language. Therefore, Reynolds cannot file an unredacted copy of its Answer and Counterclaims in the public docket. Reynolds respectfully requests that this Court enter an order permitting Reynolds to file an unredacted copy of its Answer and Counterclaims under seal. Reynolds will file a redacted, public copy of its Answer and Counterclaims as well.

Dated: June 29, 2018                    Respectfully submitted,

                                        */s/ Aundrea K. Gulley*
                                        Aundrea K. Gulley
                                        agulley@gibbsbruns.com
                                        Kathy Patrick
                                        kpatrick@gibbsbruns.com
                                        Brian T. Ross
                                        bross@gibbsbruns.com
                                        Brice A. Wilkinson
                                        bwilkinson@gibbsbruns.com
                                        Ross M. MacDonald

rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas  77002
Telephone:  713-650-8805
Facsimile:   713-750-0903

Michael P.A. Cohen
MCohen@sheppardmullin.com
Amar S. Naik
ANaik@sheppardmullin.com
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  202-747-1900
Facsimile:  202-747-1901

Leo D. Caseria
**SHEPPARD MULLIN RICHTER
& HAMPTON, LLP**
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

Dylan I. Ballard
**SHEPPARD MULLIN RICHTER
& HAMPTON, LLP**
Four Embarcadero Center., 17th Floor
San Francisco, CA 94111
(415) 434-9100
dballard@sheppardmullin.com

*Attorneys for Defendant and Counterplaintiff The
Reynolds and Reynolds Company*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 29th day of June, 2018, I caused a true and correct copy of the foregoing Motion for Leave to File Under Seal to be served on all counsel of record via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley