# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864<br><br>This filing relates to *Authenticom, Inc. v. CDK Global LLC, et al.* |

## MOTION FOR LEAVE TO FILE UNDER SEAL

To: All Counsel of Record

PLEASE TAKE NOTICE that on July 5, 2018, at 9:15a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr., in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present **DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION FOR LEAVE TO FILE UNDER SEAL**, a copy of which is attached and served upon you.

Dated: June 29, 2018

Respectfully submitted,

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
agulley@gibbsbruns.com
Kathy Patrick
kpatrick@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson
bwilkinson@gibbsbruns.com
Ross M. MacDonald
rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com

**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903

Michael P.A. Cohen
MCohen@sheppardmullin.com
Amar S. Naik
ANaik@sheppardmullin.com
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202-747-1900
Facsimile: 202-747-1901

Leo D. Caseria
**SHEPPARD MULLIN RICHTER
& HAMPTON, LLP**
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

Dylan I. Ballard
**SHEPPARD MULLIN RICHTER
& HAMPTON, LLP**
Four Embarcadero Center., 17th Floor
San Francisco, CA 94111
(415) 434-9100
dballard@sheppardmullin.com

*Attorneys for Defendant and Counterplaintiff The Reynolds and Reynolds Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2018, I caused a true and correct copy of the foregoing Motion for Leave to File Under Seal to be served on all counsel of record via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated

on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                              */s/ Aundrea K. Gulley*
                                                              Aundrea K. Gulley