**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 <br> Case No. 18 C 864 |
| This Document Relates to: | Hon. Robert M. Dow, Jr. |
| *Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.), and | |
| *Cox Automotive, Inc., et al. v. CDK Global, LLC*, Case No. 1:18-cv-1058 (N.D. Ill.) | |

**PLAINTIFFS MOTOR VEHICLE SOFTWARE CORPORATION AND COX AUTOMOTIVE, INC.'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Motor Vehicle Software Corporation ("MVSC") and Cox Automotive, Inc. and its affiliates respectfully move this Court for leave to file the attached Notice of Supplemental Authority to set forth the impact of Judge St. Eve's Memorandum Opinion and Order in the *Authenticom* case, *see* Dkt. 176, on the pending motions to dismiss the complaints filed by MVSC and Cox Automotive.

Dated: July 2, 2018            Respectfully submitted,

                                                       _/s/ Derek T. Ho_

| | |
|---|---|
| Gary Salomons | Derek T. Ho |
| Daniel J. Friedman | Michael N. Nemelka |
| **GabrielSalomons, LLP** | Aaron M. Panner |
| 16311 Ventura Blvd., Ste. 970 | David L. Schwartz |
| Encino, CA 91436 | Kevin J. Miller |
| (818) 906-3700 | Daniel V. Dorris |
| gary@gabrielsalomons.com | Joshua Hafenbrack |
| daniel@gabrielsalomons.com | Daniel S. Guarnera |
| | **Kellogg, Hansen, Todd,** |
| |   **Figel & Frederick, P.L.L.C.** |
| *Attorneys for Plaintiff Motor Vehicle Software Corporation* | 1615 M Street, NW, Suite 400 |
| | Washington, D.C. 20036 |
| | (202) 326-7900 |
| | dho@kellogghansen.com |
| Jennifer L. Gregor | mnemelka@kellogghansen.com |
| Kendall W. Harrison | apanner@kellogghansen.com |
| **Godfrey & Kahn S.C.** | dschwarz@kellogghansen.com |
| One East Main Street, Suite 500 | kmiller@kellogghansen.com |
| Madison, WI 53703 | ddoris@kellogghansen.com |
| (608) 257-0609 | jhafenbrack@kellogghansen.com |
| jgregor@gklaw.com | dguarnera@kellogghansen.com |
| kharrison@gklaw.com | |
| | *Attorneys for Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Blue Book Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc. and Motor Vehicle Software Corporation* |
| *Attorneys for Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Blue Book Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc.* | |

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on July 2, 2018, I caused a true and correct copy of the foregoing **PLAINTIFFS MOTOR VEHICLE SOFTWARE CORPORATION AND COX AUTOMOTIVE, INC.'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                  */s/ Derek T. Ho*
                                                  Derek T. Ho
                                                  **KELLOGG, HANSEN, TODD,**
                                                    **FIGEL & FREDERICK, P.L.L.C.**
                                                 1615 M Street, NW, Suite 400
                                                 Washington, D.C. 20036
                                                 (202) 326-7900
                                                 dho@kellogghansen.com