# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to: | Hon. Robert M. Dow, Jr. |
| *Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.), and | |
| *Cox Automotive, Inc., et al. v. CDK Global, LLC*, Case No. 1:18-cv-1058 (N.D. Ill.) | |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday, July 11, 2018, at 9:15 a.m.**, or as soon as thereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr. or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFFS MOTOR VEHICLE SOFTWARE CORPORATION AND COX AUTOMOTIVE, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**, a copy of which is attached and served upon you.

Dated: July 2, 2018                                    Respectfully submitted,

                                                        /s/ Derek T. Ho
Gary Salomons                                          Derek T. Ho
Daniel J. Friedman                                     Michael N. Nemelka
**GabrielSalomons, LLP**                               Aaron M. Panner
16311 Ventura Blvd., Ste. 970                          David L. Schwartz
Encino, CA 91436                                       Kevin J. Miller
(818) 906-3700                                         Daniel V. Dorris
gary@gabrielsalomons.com                               Joshua Hafenbrack
daniel@gabrielsalomons.com                             Daniel S. Guarnera
                                                       **Kellogg, Hansen, Todd,**
*Attorneys for Plaintiff Motor Vehicle*                  **Figel & Frederick, P.L.L.C.**
*Software Corporation*                                 1615 M Street, NW, Suite 400
                                                       Washington, D.C. 20036
                                                       (202) 326-7900
Jennifer L. Gregor                                     dho@kellogghansen.com
Kendall W. Harrison                                    mnemelka@kellogghansen.com
**Godfrey & Kahn S.C.**                                apanner@kellogghansen.com
One East Main Street, Suite 500                        dschwarz@kellogghansen.com
Madison, WI 53703                                      kmiller@kellogghansen.com
(608) 257-0609                                         ddoris@kellogghansen.com
jgregor@gklaw.com                                      jhafenbrack@kellogghansen.com
kharrison@gklaw.com                                    dguarnera@kellogghansen.com

*Attorneys for Cox Automotive, Inc.,*                  *Attorneys for Cox Automotive, Inc.,*
*Autotrader.com, Inc., Dealer Dot Com,*                *Autotrader.com, Inc., Dealer Dot Com,*
*Inc., Dealertrack, Inc., HomeNet, Inc.,*              *Inc., Dealertrack, Inc., HomeNet, Inc.,*
*Kelley Blue Book Co., Inc., vAuto, Inc.,*             *Kelley Blue Book Co., Inc., vAuto, Inc.,*
*VinSolutions, Inc., and Xtime, Inc.*                  *VinSolutions, Inc., and Xtime, Inc. and*
                                                       *Motor Vehicle Software Corporation*

## **CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on July 2, 2018, I caused a true and correct copy of the foregoing **PLAINTIFFS MOTOR VEHICLE SOFTWARE CORPORATION AND COX AUTOMOTIVE, INC.'S NOTICE OF MOTION FOR ITS NOTICE OF SUPPLEMENTAL AUTHORITY** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com