# Exhibit A

## Miller, Britt M.

**From:** Wedgworth, Peggy [pwedgworth@milberg.com]
**Sent:** Monday, June 25, 2018 9:00 PM
**To:** Miller, Britt M.
**Subject:** RE: In re DMS Antitrust Litigation, MDL 2817

Britt
I have some edits and am checking regarding our position on the reply and will have something to you in the morning.

---

**From:** Miller, Britt M. [mailto:BMiller@mayerbrown.com]
**Sent:** Monday, June 25, 2018 5:01 PM
**To:** Wedgworth, Peggy
**Cc:** Aundrea K. Gulley (agulley@gibbsbruns.com)
**Subject:** RE: In re DMS Antitrust Litigation, MDL 2817

Peggy –

Just following up on the stipulation we discussed. For obvious reasons, we'd like to get it on file sooner rather than later.

Thanks – B

---

**Britt M. Miller**
**MAYER BROWN LLP**
**71 South Wacker Drive**
**Chicago, Illinois 60606-4637**
**Direct Dial: (312) 701-8663**
**Direct Fax: (312) 706-8763**
**e-mail:** bmiller@mayerbrown.com

---

**From:** Miller, Britt M.
**Sent:** Friday, June 22, 2018 12:34 PM
**To:** Wedgworth, Peggy
**Cc:** Aundrea K. Gulley (agulley@gibbsbruns.com)
**Subject:** RE: In re DMS Antitrust Litigation, MDL 2817
**Importance:** High

Peggy –

Further to our conversation this morning, attached is a stipulation re: page limits. I've spoken with Reynolds (and Andi is copied) and both CDK and Reynolds are willing to do 20 pages each on reply. Let us know if we have permission to file.

- Britt

---

**Britt M. Miller**
**MAYER BROWN LLP**
**71 South Wacker Drive**
**Chicago, Illinois 60606-4637**

**Direct Dial: (312) 701-8663**
**Direct Fax: (312) 706-8763**
**e-mail:** bmiller@mayerbrown.com

---

**From:** Miller, Britt M.
**Sent:** Thursday, June 21, 2018 3:51 PM
**To:** Wedgworth, Peggy
**Cc:** Aundrea K. Gulley (agulley@gibbsbruns.com)
**Subject:** RE: In re DMS Antitrust Litigation, MDL 2817

Peggy –

Thanks for the response.  Under the circumstances—namely, the complaint's 164 pages, 730+ paragraphs, 50 causes of action (invoking federal law and 36 different states' laws), and, particularly for CDK, 61 exhibits that need to be addressed—25 pages per defendant is not feasible.  CDK and Reynolds will, of course, do their best to coordinate and not unnecessarily duplicate arguments and, as I stated at the hearing on Monday, will try to respond in the least number of pages necessary (i.e., we aren't going to fill space just because we have it), but each believes that they need the requested pages to adequately respond.  Obviously, reasonable minds can disagree and you remain free to oppose our motions to the Court.

On the motion to compel arbitration, Andi has authorized me (as she is out of pocket today) to represent that Reynolds would accept a 25/25/10 page limit.  Please let us know if that works for plaintiffs.

Regards – Britt

**Britt M. Miller**
**MAYER BROWN LLP**
**71 South Wacker Drive**
**Chicago, Illinois 60606-4637**
**Direct Dial: (312) 701-8663**
**Direct Fax: (312) 706-8763**
**e-mail:** bmiller@mayerbrown.com

---

**From:** Wedgworth, Peggy [mailto:pwedgworth@milberg.com]
**Sent:** Thursday, June 21, 2018 9:41 AM
**To:** Miller, Britt M.
**Cc:** Aundrea K. Gulley (agulley@gibbsbruns.com)
**Subject:** Re: In re DMS Antitrust Litigation, MDL 2817

Britt and Andy,

When I spoke of 50 pages, I meant total briefing for the motion to dismiss, not per defendant. 100 pages for a motion to dismiss in this case is excessive. I propose 25 pages per defendant for a total of 50 pages.

Andy, as to the motion to compel, I am willing to agree to the 25 page limit on your motion to compel arbitration, if you agree that we have the same for our opposition, with an 8 page reply.

Sent from my iPhone

On Jun 20, 2018, at 10:56 AM, Miller, Britt M. <BMiller@mayerbrown.com> wrote:

Peggy –

Just wanted to try to close the loop on our discussion after Monday's hearing.  As discussed, both CDK and Reynolds (I've copied Andi) are fine with 50 pages for their respective motions to dismiss.  Are you all good with 25 pages for any motions to compel arbitration?  If so, we can prepare a stipulation for your consideration (and ultimate submission to the Court).

Let us know.  Thanks – B

_____

**Britt M. Miller**
**MAYER BROWN LLP**
**71 South Wacker Drive**
**Chicago, Illinois 60606-4637**
**Direct Dial: (312) 701-8663**
**Direct Fax: (312) 706-8763**
**e-mail:** bmiller@mayerbrown.com

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Information about how we handle personal information is available in our Privacy Notice.