# Exhibit B

## Miller, Britt M.

| | |
|---|---|
| **From:** | Wedgworth, Peggy [pwedgworth@milberg.com] |
| **Sent:** | Wednesday, June 27, 2018 9:08 AM |
| **To:** | Miller, Britt M.; 'agulley@gibbsbruns.com' (agulley@gibbsbruns.com) |
| **Cc:** | McKenna, Elizabeth; Hughes, John; Provance, Matthew D. |
| **Subject:** | RE: DMS - Document Stipulation re Page Limits |

Britt,

Thank you for your quick response. We agree to the date extension to August 29 for your reply if you agree to our Aug 8 extension. We cannot agree to unlimited appendices, declarations, exhibits and other miscellaneous attachments which could make this briefing unwieldy. If you can outline for us what you anticipate as possible attachments outside of the 40 page briefing, we can discuss that. Our concern is that additional argument will be made in any attachments making the 40 page agreement meaningless.

Regards,

Peggy J. Wedgworth
Partner

**MILBERG TADLER PHILLIPS GROSSMAN**LLP

One Pennsylvania Plaza
New York, NY 10119

T 212.631.8622
F 212.868.1229
pwedgworth@milberg.com



---

**From:** Miller, Britt M. [mailto:BMiller@mayerbrown.com]
**Sent:** Tuesday, June 26, 2018 7:18 PM
**To:** Wedgworth, Peggy; 'agulley@gibbsbruns.com' (agulley@gibbsbruns.com)
**Cc:** McKenna, Elizabeth; Hughes, John; Provance, Matthew D.
**Subject:** RE: DMS - Document Stipulation re Page Limits

Peggy –

Thanks for your response. Although we would have thought the background information would have been helpful for the judge, in the spirit of compromise, we're willing to remove it. We're also willing to agree to the extra week plaintiffs are apparently seeking to file their response, provided (as we discussed) plaintiffs extend the same courtesy by extending defendants' reply deadlines from August 22 to August 29. Paragraph 5, however, is a non-starter and not anything we discussed last week when we reached agreement on the 40 pages for each defendant's opening brief (or on the pages for the arbitration briefing). Given the massive amount of material in plaintiffs' complaint—including the 61 exhibits that were attached—including exhibits in the page count would effectively eviscerate the additional pages agreed upon. If plaintiffs are willing to remove that provision, I think we can move forward to finalize the stipulation. If not, we will promptly move the Court for the requisite additional pages.

As time is (obviously) of the essence, we would appreciate hearing from you by tomorrow one way or the other.

Best – Britt

1

**Britt M. Miller**
**MAYER BROWN LLP**
**71 South Wacker Drive**
**Chicago, Illinois 60606-4637**
**Direct Dial: (312) 701-8663**
**Direct Fax: (312) 706-8763**
**e-mail:** bmiller@mayerbrown.com

---

**From:** Wedgworth, Peggy [mailto:pwedgworth@milberg.com]
**Sent:** Tuesday, June 26, 2018 1:31 PM
**To:** Miller, Britt M.; 'agulley@gibbsbruns.com' (agulley@gibbsbruns.com)
**Cc:** McKenna, Elizabeth; Hughes, John
**Subject:** DMS - Document Stipulation re Page Limits


Peggy J. Wedgworth
Partner

## MILBERG TADLER PHILLIPS GROSSMAN LLP

One Pennsylvania Plaza
New York, NY 10119

T 212.631.8622
F 212.868.1229
pwedgworth@milberg.com

  

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information and is intended only for the use of the individual or entity it is addressed to. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please erase this message and its attachments and notify me immediately. Thank You.

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Information about how we handle personal information is available in our Privacy Notice.