# Exhibit D

# Miller, Britt M.

| | |
|---|---|
| **From:** | Guarnera, Daniel S. [dguarnera@kellogghansen.com] |
| **Sent:** | Thursday, June 21, 2018 8:50 PM |
| **To:** | Miller, Britt M.; Ryan, Mark; Provance, Matthew D.; Marovitz, Andrew S. |
| **Cc:** | Nemelka, Michael N.; Ho, Derek T.; Dorris, Daniel V. |
| **Subject:** | RE: AutoLoop |

Hi Britt.

We've discussed CDK's request for extra pages for its motion to dismiss AutoLoop's amended class action complaint. As you correctly inferred from Derek's comments at the status conference earlier this week, AutoLoop would oppose a request by CDK for an over-length motion to dismiss.

If CDK chooses to request the court's leave to file a 25-page motion to dismiss, we do not believe that an oral hearing on such a request would be necessary. We would be willing to file an opposition within two business days of CDK's motion to file an over-length brief, and we would waive any hearing. This procedure would presumably facilitate the quickest possible ruling from the court.

All the best,
Dan

**From:** Miller, Britt M. [mailto:BMiller@mayerbrown.com]
**Sent:** Thursday, June 21, 2018 2:02 PM
**To:** Guarnera, Daniel S. <dguarnera@kellogghansen.com>; Ryan, Mark <MRyan@mayerbrown.com>; Provance, Matthew D. <MProvance@mayerbrown.com>; Marovitz, Andrew S. <AMarovitz@mayerbrown.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>
**Subject:** RE: AutoLoop

Dan –

Although I think I may know the answer to this question based on Monday's hearing, we would like to request 25 pages for our motion to dismiss Autoloop's amended class action complaint.  We would, of course, agree to 25 pages for AutoLoop's response.  Please let us know as soon as possible so that if the parties cannot reach agreement, we can promptly raise the issue with the Court (as July 11 is fast approaching).

Thanks – Britt

---

**Britt M. Miller**
**MAYER BROWN LLP**
**71 South Wacker Drive**
**Chicago, Illinois 60606-4637**
**Direct Dial: (312) 701-8663**
**Direct Fax: (312) 706-8763**
**e-mail:** bmiller@mayerbrown.com

**From:** Guarnera, Daniel S. [mailto:dguarnera@kellogghansen.com]
**Sent:** Thursday, June 14, 2018 10:12 AM
**To:** Miller, Britt M.; Ryan, Mark; Provance, Matthew D.; Marovitz, Andrew S.