**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| ALL CLASS ACTION CASES | Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

To: All Counsel of Record

    YOU ARE HEREBY NOTIFIED THAT on Wednesday, July 11, at 9:15 a.m., in Room 2303, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF FIFTEEN PAGES**, a copy of which has been served upon you.

Dated: July 5, 2018                                              Respectfully submitted,

| | |
|---|---|
| */s/ Aundrea K. Gulley* | /s/ *Britt M. Miller* |
| Aundrea K. Gulley | Britt M. Miller |
| Kathy D. Patrick | Matthew D. Provance |
| Brian T. Ross | MAYER BROWN LLP |
| Brice A. Wilkinson | 71 South Wacker Drive |
| Ross A. MacDonald | Chicago, IL 60606 |
| Justin D. Patrick | (312) 782-0600 |
| GIBBS & BRUNS LLP | bmiller@mayerbrown.com |
| 1100 Louisiana Street, Suite 5300 | mprovance@mayerbrown.com |
| Houston, TX 77002 | |
| (713) 751-5258 | Mark W. Ryan |
| agulley@gibbsbruns.com | MAYER BROWN LLP |
| kpatrick@gibbsbruns.com | 1999 K Street NW |
| bross@gibbsbruns.com | Washington, DC 20006 |
| bwilkinson@gibbsbruns.com | (202) 263-3000 |
| rmacdonald@gibbsbruns.com | mryan@mayerbrown.com |
| jpatrick@gibbsbruns.com | |
| | *Counsel for Defendant CDK Global, LLC* |

Michael P.A. Cohen
Amar S. Naik
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
anaik@sheppardmullin.com

Leo D. Caseria
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

Dylan I. Ballard
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
Four Embarcadero Center., 17th Floor
San Francisco, CA 94111
(415) 434-9100
dballard@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on July 5, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Britt M. Miller*
      Britt M. Miller
      MAYER BROWN LLP
      71 South Wacker Drive
      Chicago, IL 60606
      Phone: (312) 782-0600
      Fax: (312) 701-7711
      E-mail: bmiller@mayerbrown.com