**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br><br>**THE DEALERSHIP CLASS ACTION** | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Honorable Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

To: All Counsel of Record

YOU ARE HEREBY NOTIFIED THAT on Wednesday, July 11, at 9:15 a.m., in Room 2303, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEALERSHIP CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF FIFTEEN PAGES**, a copy of which has been served upon you, and attached hereto as Exhibit 1.

| | |
|---|---|
| Dated: July 6, 2018 | Respectfully submitted<br><br>*/s/ Peggy J. Wedgworth*<br>Peggy J. Wedgworth<br>Elizabeth McKenna<br>**MILBERG TADLER PHILLIPS GROSSMAN LLP**<br>One Pennsylvania Plaza, 19th Floor<br>New York, NY 10119<br>(212) 594-5300<br>pwedgworth@milberg.com<br>emckenna@milberg.com<br><br>*Dealership Interim Lead Class Counsel* |

## **CERTIFICATE OF SERVICE**

  I, Peggy J. Wedgworth, an attorney, hereby certify that on July 6, 2018, caused a true and correct copy of the foregoing **NOTICE OF MOTION**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

               */s/ Peggy J. Wedgworth*
               Peggy J. Wedgworth
               **MILBERG TADLER PHILLIPS GROSSMAN LLP**
               One Pennsylvania Plaza, 19th Floor
               New York, NY 10119
               (212) 594-5300
               pwedgworth@milberg.com