**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr. |
| This Document Relates to:<br>*Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*,<br>Case No. 18 C 2521 (N.D. Ill.) | |

**PLAINTIFF AUTOLOOP'S MOTION TO SEAL APPENDIX A TO ITS
OPPOSITION TO CDK'S MOTION FOR LEAVE TO FILE
BRIEF IN EXCESS OF FIFTEEN PAGES**

Plaintiff Loop, LLC ("AutoLoop") respectfully requests leave to file under seal Appendix A to its Opposition to CDK Global, LLC's Motion for Leave to File Brief In Excess of Fifteen Pages ("Opposition"). Appendix A is a redline showing the differences between AutoLoop's initial complaint (*AutoLoop*, Dkt. 4) and the Amended Complaint (*MDL*, Dkt. 194, "Amended Complaint"). The Amended Complaint contains information from documents that CDK Global, LLC ("CDK") has designated as "Highly Confidential." Therefore, AutoLoop seeks leave to file Appendix A under seal. AutoLoop will also file a public, redacted version of Appendix A.

July 9, 2018

Richard J. Prendergast
Michael T. Layden
Collin M. Bruck
**RICHARD J. PRENDERGAST, LTD.**
111 W. Washington Street, Suite 1100
Chicago, Illinois 60602
Telephone: (312) 641-0881
rprendergast@rjpltd.com
mlayden@rjpltd.com
cbruck@rjpltd.com

Jennifer L. Gregor
Kendall W. Harrison
Allison W. Reimann
**GODFREY & KAHN S.C.**
One East Main Street, Suite 500
Madison, WI 53703
(608) 257-0609
jgregor@gklaw.com
kharrison@gklaw.com
areimann@gklaw.com

Respectfully submitted,

  */s/ Derek T. Ho*
Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
David L. Schwarz
Kevin J. Miller
Daniel V. Dorris
Joanna T. Zhang
Joshua Hafenbrack
Daniel S. Guarnera
**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
dschwarz@kellogghansen.com
kmiller@kellogghansen.com
ddoris@kellogghansen.com
jzhang@kellogghansen.com
jhafenbrack@kellogghansen.com
dguarnera@kellogghansen.com

*Counsel for Plaintiff Loop, LLC, d/b/a AutoLoop*

## **CERTIFICATE OF SERVICE**

I, Derek T. Ho, an attorney, hereby certify that on July 9, 2018, I caused a true and correct copy of the foregoing **MOTION TO SEAL APPENDIX A TO ITS OPPOSITION TO CDK'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      */s/ Derek T. Ho*
                                                      Derek T. Ho
                                                      **KELLOGG, HANSEN, TODD,**
                                                       **FIGEL & FREDERICK, P.L.L.C.**
                                                      1615 M Street, NW, Suite 400
                                                      Washington, D.C. 20036
                                                      (202) 326-7900
                                                      dho@kellogghansen.com