**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| | Hon. Robert M. Dow, Jr. |
| This Document Relates to:<br>*Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC,*<br>Case No. 18 C 2521 (N.D. Ill.) | |

**PLAINTIFF AUTOLOOP'S NOTICE OF MOTION TO SEAL APPENDIX A
TO ITS OPPOSITION TO CDK'S MOTION FOR LEAVE TO FILE
BRIEF IN EXCESS OF FIFTEEN PAGES**

To: All Counsel of Record

PLEASE TAKE NOTICE that on Wednesday, July 11, 2018, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr. or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF AUTOLOOP'S MOTION TO SEAL APPENDIX A TO ITS OPPOSITION TO CDK'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES**, a copy of which is attached and served upon you.

July 9, 2018                                              Respectfully submitted,

                                                                */s/ Derek T. Ho*

Richard J. Prendergast                          Derek T. Ho
Michael T. Layden                             Michael N. Nemelka
Collin M. Bruck                                 Aaron M. Panner
**RICHARD J. PRENDERGAST, LTD.**      David L. Schwarz
111 W. Washington Street, Suite 1100       Kevin J. Miller
Chicago, Illinois 60602                       Daniel V. Dorris
Telephone: (312) 641-0881               Joanna T. Zhang
rprendergast@rjpltd.com                   Joshua Hafenbrack
mlayden@rjpltd.com                        Daniel S. Guarnera
cbruck@rjpltd.com                         **KELLOGG, HANSEN, TODD,**
                                                   **FIGEL & FREDERICK, P.L.L.C.**
Jennifer L. Gregor                         1615 M Street, NW, Suite 400
Kendall W. Harrison                    Washington, D.C. 20036
Allison W. Reimann                    (202) 326-7900
**GODFREY & KAHN S.C.**             dho@kellogghansen.com
One East Main Street, Suite 500          mnemelka@kellogghansen.com
Madison, WI 53703                       apanner@kellogghansen.com
(608) 257-0609                            dschwarz@kellogghansen.com
jgregor@gklaw.com                       kmiller@kellogghansen.com
kharrison@gklaw.com                  ddoris@kellogghansen.com
areimann@gklaw.com                   jzhang@kellogghansen.com
                                                   jhafenbrack@kellogghansen.com
                                                   dguarnera@kellogghansen.com

*Counsel for Plaintiff Loop, LLC, d/b/a AutoLoop*

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on July 9, 2018, I caused a true and correct copy of the foregoing **AUTOLOOP'S NOTICE OF MOTION TO SEAL APPENDIX A TO ITS OPPOSITION TO CDK'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

3