IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: DEALER MANAGEMENT          MDL No. 2817
SYSTEMS ANTITRUST LITIGATION     Case No. 18 C 864

*This document relates to:*

ALL CASES

## MOTION TO WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFF HOOVER AUTOMOTIVE, LLC d/b/a HOOVER DODGE JEEP OF SUMMERVILLE

TO: THE COURT AND THE CLERK OF COURT:

PLEASE TAKE NOTICE THAT Jana K. Law, of Roberts Law Firm, P.A., 20 Rahling Circle, Little Rock, AR 72223, hereby withdraws her appearance as counsel for Plaintiff Hoover Automotive, LLC d/b/a Hoover Dodge Jeep of Summerville and requests the Clerk of the Court to remove the following email address from its ECF notifications in connection with this action: janalaw@robertslawfirm.us. Karen Sharp Halbert and Mike Roberts with the Roberts Law Firm, P.A. will continue to represent Plaintiff.

Dated: July 13, 2018                      By: */s/* Jana K. Law
                                                                 Jana K. Law
                                                                 ROBERTS LAW FIRM, P.A.
                                                                 20 Rahling Circle
                                                                 P.O. Box 241790
                                                                 Little Rock, AR 72223
                                                                 Telephone: (501) 821-5575
                                                                 Email: janalaw@robertslawfirm.us

## **CERTIFICATE OF SERVICE**

    I, Jana K. Law, certify that a true and correct copy of the foregoing Motion to Withdraw as Counsel was filed and served via the Court's ECF filing system on all counsel of record in this matter on this 13th day of July, 2018.

                                          */s/* Jana K. Law
                                          Jana K. Law