**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |

*This document relates to:*

ALL CASES

## [PROPOSED] ORDER

Upon consideration of the Motion to Withdraw as Counsel, the Court hereby ORDERS for Jana K. Law to be withdrawn as counsel of record on behalf of Plaintiff Hoover Automotive, LLC d/b/a Hoover Dodge Jeep of Summerville.

FURTHERMORE, the Clerk of the Court is directed to remove Jana K. Law from the records and from the Court's ECF System for the above-referenced matter.

IT IS SO ORDERED:

Date: _____

_____
Honorable Robert M. Dow, Jr.
United States District Judge