IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: Dealer Management Systems Antitrust Litigation,<br><br>Plaintiff(s),<br><br>v.<br><br>CDK Global, LLC,<br><br>Defendant(s). | Case No. 18-cv-864<br>MDL No. 2817<br>Judge Robert M. Dow |

## ORDER

Motion hearing held. The pending motion to seal filed by Defendant Reynolds and Reynolds Co. [223] and the motion to seal filed by Plaintiffs Autoloop and Loop LLC [243] are granted. The motion for leave to file notice of supplemental authority [233] filed by Plaintiffs Motor Vehicle Software Corp. and Cox Automotive, Inc. is granted. The Court also has reviewed and will consider the response to that supplemental authority filing [247] filed by Defendant CDK Global. The motion for leave to file brief in excess of 15 pages [237] filed by Defendants CDK Global, LLC and The Reynolds and Reynolds Co. is granted in part. With respect to the consolidated class action complaint [184], Defendants CDK Global, LLC and The Reynolds and Reynolds Co. together are given leave to file a total of 100 pages in support of any motions to dismiss and/or motions to compel arbitration; Plaintiffs are given leave to file a total of 100 pages in response; and Defendants are given leave to file a total of 50 pages in reply. Defendants are encouraged to coordinate over briefing where possible to avoid repetition. With respect to the amended vendor class complaint [194], Defendant CDK Global, LLC is given leave to file a brief in support of its motion to dismiss of no more than 20 pages; Plaintiffs are given leave to file a brief in opposition of no more than 20 pages; the reply will be limited to 15 pages. With respect to both the consolidated class action complaint [184] and the vendor class complaint [194], motions to dismiss shall be filed on or before July 18, 2018; responses shall be filed on or before August 20, 2018; and replies shall be filed on or before September 10, 2018.

:20


Date: 7/11/2018                      /s/ Judge Robert M. Dow, Jr.
                                                             United States District Judge