# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864<br><br>This filing relates to the Dealership Class Action |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant The Reynolds & Reynolds Company's Memorandum in Support of its (1) Motion to Dismiss the Reynolds Dealer Plaintiffs' Claims in Favor of Arbitration and Stay Remaining Claims and (2) Motion to Dismiss the Consolidated Class Action Complaint Pursuant to Rule 12(b)(6) and its accompanying exhibits contain information that has been designated "confidential" and "highly confidential" under the Agreed Confidentiality Order (Dkt. 104). The information so designated by Reynolds is confidential business information and contract language. Therefore, Reynolds cannot file the Memorandum and exhibits in the public docket. Reynolds respectfully requests that this Court enter an order permitting Reynolds to file the Memorandum and exhibits under seal.

Dated: July 18, 2018

Respectfully submitted,

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
agulley@gibbsbruns.com
Kathy Patrick
kpatrick@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson

bwilkinson@gibbsbruns.com
Ross M. MacDonald
rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903

Michael P.A. Cohen
MCohen@sheppardmullin.com
Amar S. Naik
ANaik@sheppardmullin.com
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202-747-1900
Facsimile: 202-747-1901

Leo D. Caseria
**SHEPPARD MULLIN RICHTER
& HAMPTON, LLP**
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

Dylan I. Ballard
**SHEPPARD MULLIN RICHTER
& HAMPTON, LLP**
Four Embarcadero Center., 17th Floor
San Francisco, CA 94111
(415) 434-9100
dballard@sheppardmullin.com

*Attorneys for Defendant and Counterplaintiff The Reynolds and Reynolds Company*

## **CERTIFICATE OF SERVICE**

I, Aundrea K. Gulley, an attorney, hereby certify that on this 18th day of July, 2018, I caused a true and correct copy of the foregoing Motion for Leave to File Under Seal to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
**GIBBS & BRUNS LLP**
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 650-8805
agulley@gibbsbruns.com