# **EXHIBIT 1**

```
Type of Work:      Computer File

Registration Number / Date:
                   TX0007586896 / 2012-10-13

Application Title: ERAccess.exe 26.265.

Title:             ERAccess.exe 26.265.

Description:       Electronic file (eService)

Copyright Claimant:
                   The Reynolds and Reynolds Company, Transfer: By written
                      agreement.

Date of Creation:  2010

Date of Publication:
                   2010-04-12

Nation of First Publication:
                   United States

Authorship on Application:
                   Dealer Computer Services, Inc. dba Universal Computer
                      Consulting, Ltd, employer for hire; Domicile: United
                      States; Citizenship: United States. Authorship: computer
                      program.

Copyright Note:    C.O. correspondence.

Names:             Dealer Computer Services, Inc.
                   Universal Computer Consulting, Ltd
                   Reynolds and Reynolds Company

================================================================================
```

```
Type of Work:       Computer File

Registration Number / Date:
                    TX0007586863 / 2012-10-13

Application Title: ERAccess.exe 28.006.

Title:              ERAccess.exe 28.006.

Description:        Electronic file (eService)

Copyright Claimant:
                    The Reynolds and Reynolds Company, Transfer: By written
                       agreement.

Date of Creation:   2012

Date of Publication:
                    2012-05-17

Nation of First Publication:
                    United States

Authorship on Application:
                    Dealer Computer Services, Inc. dba Universal Computer
                       Consulting, Ltd, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: computer
                       program.

Pre-existing Material:
                    computer program.

Basis of Claim:     editing, computer program.

Copyright Note:     C.O. correspondence.

Names:              Dealer Computer Services, Inc.
                    Universal Computer Consulting, Ltd
                    Reynolds and Reynolds Company
```

================================================================================

```
Type of Work:      Computer File

Registration Number / Date:
                   TX0008538825 / 2018-05-23

Application Title: ERAccess, version 30.501.

Title:             ERAccess, version 30.501.

Description:       Electronic Deposit.

Copyright Claimant:
                   The Reynolds and Reynolds Company, Transfer: By written
                      agreement.

Date of Creation:  2014

Date of Publication:
                   2014-02-27

Nation of First Publication:
                   United States

Authorship on Application:
                   The Reynolds and Reynolds Company, employer for hire;
                      Domicile: United States; Citizenship: United States.
                      Authorship: computer program.
                   Dealer Computer Services, Inc. dba Universal Computer
                      Consulting, Ltd, employer for hire; Domicile: United
                      States; Citizenship: United States. Authorship: computer
                      program.

Previous Registration:
                   2012, TX0007586863.
                   2010, TX0007586896.

Pre-existing Material:
                   computer program.

Basis of Claim:    computer program.

Rights and Permissions:
                   Tom Adolph, Adolph Locklar, 4615 Southwest Freeway, Suite
                      630, Houston, TX, 77027, United States, (832) 830-8489,
                      (281) 974-3458, adolph@al-ip.com

Names:             Reynolds and Reynolds Company, The
                   Universal Computer Consulting, Ltd
                   Dealer Computer Services, Inc.

================================================================================
```

```
Type of Work:        Computer File

Registration Number / Date:
                     TX0008538541 / 2018-05-23

Application Title: ERA Ignite, version 30.501.

Title:               ERA Ignite, version 30.501.

Description:         Electronic file (eService)

Copyright Claimant:
                     The Reynolds and Reynolds Company, Transfer: By written
                        agreement.

Date of Creation:    2014

Date of Publication:
                     2014-01-15

Nation of First Publication:
                     United States

Authorship on Application:
                     The Reynolds and Reynolds Company, employer for hire;
                        Domicile: United States; Citizenship: United States.
                        Authorship: computer program.
                     Dealer Computer Services, Inc. dba Universal Computer
                        Consulting, Ltd, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: computer
                        program.

Rights and Permissions:
                     Tom Adolph, Adolph Locklar, 4615 Southwest Freeway, Suite
                        630, Houston, TX, 77027, United States, (832) 830-8489,
                        (281) 974-3458, adolph@al-ip.com

Names:               Reynolds and Reynolds Company
                     Dealer Computer Services, Inc. dba Universal Computer
                        Consulting, Ltd
                     Universal Computer Consulting, Ltd

================================================================================
```