# EXHIBIT 4

# SWITCHING YOUR
## DEALER MANAGEMENT SYSTEM









## SWITCHING YOUR DMS IS A BIG DECISION.

A dealership's DMS touches every aspect of the business, it's the backbone that makes the dealership run. So changing providers takes careful planning and consideration. Dealers hesitate to take on the challenge because they're concerned it will distract from customer care and disrupt productivity.

# WE KNOW BECAUSE WE'VE DONE OUR RESEARCH.

In order to better understand the difficulties associated with switching Dealer Management Systems, Cox Automotive partnered with two independent research firms to conduct studies with hundreds of dealer respondents. This included surveys, focus groups, a national online panel, and one-on-one discussions.

**Approximately 2/3 of respondents held high-level management positions.**

| Job Responsibility | Count | % of Total |
|---|---|---|
| Overall Management | 130 | 65% |
| Fixed Operations | 34 | 17% |
| Accounting/Financial Management | 18 | 9% |
| Information Technology | 18 | 9% |

| Number of Locations | Count | % of Total |
|---|---|---|
| 1 Location | 94 | 47% |
| 2–4 Locations | 58 | 29% |
| 5–9 Locations | 29 | 14.5% |
| 10–15 Locations | 13 | 6.5% |
| 16+ Locations | 6 | 3% |

Respondents with a variety of current DMS providers, including CDK, Reynold & Reynolds, Dealertrack DMS, and others participated in the research.

Dealertrack DMS

Cox Automotive

# WHO MAKES THE DECISION TO SWITCH IN YOUR DEALERSHIP?







## 96.5%

of dealerships said that the Owners/Principles were a key decision maker.

## 79.5%

said the General Managers were also a part of the decision making process.

## 65.5%

said CFO Controllers are in on the decision as well.

Dealertrack DMS

# WHAT SIZE OF DEALERSHIPS SWITCHED AT THE END OF THEIR LAST CONTRACT?

**45%**

of small groups switched at their last contract renewal.

**31%**

of medium-sized groups switched at their last contract renewal.

**21%**

of large groups switched at their last contract renewal.

Dealertrack DMS 

COX AUTOMOTIVE

# HERE ARE THE TOP 4 THINGS DEALERS NEED FROM A NEW PROVIDER BEFORE CONSIDERING A SWITCH.









## Innovation

Staying current with the best technologies is the best way to keep up with changing consumer behaviors.

Learn More

## Customer Service & Training

Working with a provider that will give you a helping hand to cross the technology usage barrier, is essential.

Learn More

## Value

Dealers do not want to feel nickel and dimed. The provider must be transparent on how their solution will contribute to the success of the dealership

Learn More

## Integration

Given the importance of integration in today's world, dealerships must have the ability to connect with whichever third-party apps they choose.

Learn More

Dealertrack DMS

COX AUTOMOTIVE

# DEALERSHIPS ARE ALSO LOOKING FOR SPECIFIC CAPABILITIES FROM THEIR DMS SOFTWARE.

## Must Have

Reporting

Accounting

Service

Parts

Vehicle Inventory

Desking & Payroll

Integration

## Differentiators

Good Integration with Other Platforms

Mobile Capabilities

Efficiency

Simplicity

Warranties

COX AUTOMOTIVE

# IN GENERAL, DEALERS FEEL NEGATIVE ABOUT THEIR CURRENT DMS PROVIDER AND SOFTWARE.

## Expensive

Nearly half of respondents expressed concerns with cost, especially for the quality of antiquated software that is provided.

## Outdated but Reliable

Although they saw it as old and outdated, many respondents found their current DMS easy to use, perhaps due to familiarity among longtime users.

## Trapped

Many dealers viewed their DMS as a relationship that's been around forever. They don't like them anymore, but changing is so difficult that they stay with them.

## Slow

Respondents decribed their DMS as old, slow, and steady, delivering the good with the bad.

## Reporting Capabilities

Less than half of respondents said they felt good about their current DMS reporting capabilities.

Dealertrack DMS

COX AUTOMOTIVE

# SO WHY ARE DEALERS STAYING WITH THEIR CURRENT DMS?

"They gave us a good deal based on some issues we had with them during the previous period."

"We were under time pressure and did not do appropriate research."

"Because employees don't like change."

"Not my call, I believe the decision makers really hadn't taken the time to look into other options, which was a mistake."

"There were no long-term cost savings for conversion aggravation and lost revenue during conversions."

# HERE ARE THE TOP 4 REASONS DEALERS SAID THEY WOULD NOT SWITCH TO A NEW DMS.



## Hassle

1/3 of respondents just wanted to avoid the disruption of switching.



## Cost

Respondents said that it was too expensive to switch, especially those with many rooftops.



## Lack of Better Alternative

Dealers are not always aware of alternative options available.



## Locked into a Long-Term Contract

Average DMS contract length is 5 years.

Cox Automotive

# SO, WHO ACTUALLY SWITCHES?

- 1/3 of all respondents said they thought they were likely to switch.

- Of those respondents who ended up switching, 1/3 of them said that going into the decision, they thought their dealership was unlikely to switch.

- Of those respondents who said they were likely to switch, only 1/2 of them actually made the switch.

| Likelihood to Switch DMS | All Respondents | Actually Switched | Did Not Switch |
|---|---|---|---|
| Very Unlikely | 30% | **21.4%** | 34.6% |
| Somewhat Unlikely | 17% | **11.4%** | 20% |
| Neutral | 19% | 17.1% | 20% |
| Somewhat Likely | **19%** | **34.3%** | 10.8% |
| Very Likely | **14%** | **12.9%** | 14.6% |
| Don't Know / Not Sure | 1% | 2.9% | 0% |

Dealertrack DMS

Cox Automotive

# DEALERS WHO SWITCHED DID SO FOR A VARIETY OF REASONS.

Some dealers said they would be open to the idea of switching to a
new DMS if they could see a good opportunity to grow their business.

"We loved the user friendliness of the new system, and the team that came into the
store was excellent."

"The new system is easy to use. It integrates with our CRM."

"[The legacy brand] was too expensive and had a 'take it or leave it' attitude. Their
software was antiquated and has not kept up with the time."

"We liked dealing with straight-forward people, a simple product, and a reduction in
expense without a long term contract."

"[The new system] was great at installation and initial training."

Dealertrack DMS

COX AUTOMOTIVE

# HERE ARE THE TOP 4 REASONS WHY DEALERS MADE THE SWITCH.



Better Price



Easy to Use & Quick Familiarity



High Quality Product, Capabilities & Technology



Better Customer Service & Support

Dealertrack DMS

COX AUTOMOTIVE

# DEALERS ARE EXPECTING MORE FROM THEIR DMS PROVIDERS.

The following considerations also weighed heavily on dealers decisions to switch.

- Transition costs and contract variables.

- Ongoing support and training.

- Help during the transition process including employee training, system set up, and data integration.

- Data control and security features.

- Shorter, more flexible contracts.

Cox Automotive

# KEY FINDINGS FROM THIS REPORT

**1** Dealers are looking for innovation, strong customer service and training, value and integration in a new DMS.

**2** In general, dealers feel negative about their current DMS, saying that it is expensive and outdated but reliable.

 **3** About 1/2 of the dealers who switched at their last contract end date said that they initially did not think they would actually switch.

 **4** The top four reasons that dealerships stay with their current DMS are the hassle of changing, the cost of switching, lack of a better alternative, and their current contract length.

 **5** Those who made the switch did so because they found a good price, better technology and capabilities, an easier to use system and better customer service in their new DMS.

Dealertrack DMS

Cox Automotive

# READY TO MAKE THE SWITCH?

Look for these features in your next DMS.







## Open integration,

gives you the freedom to connect with the third-party applications you choose and lowers data integration fees.

## Cloud-based technology,

which allows for data security and anytime anywhere access to your data with no additional fees.

## A Performance Management

team of experts to help you with installation and on-going support.

COX AUTOMOTIVE



# SMART TECHNOLOGY AND PERSONAL SUPPORT LEAD TO A HIGHLY PROFITABLE DEALERSHIP

The Sisbarro Dealerships opened in 1981 and now has six rooftops serving customers in Southern New Mexico. As a Dealertrack eContracting customer for years, the dealership knew the right technology could improve performance. This knowledge led them to take a closer look at their DMS and its shortcomings, including outdated technology, support that was impossible to get on the phone, very little visibility into performance metrics, and limited control over outside vendors. The dealership realized it was hurting their business to stick with a sub-par system when better technology was out there. It was time to seek a more forward-thinking DMS partner.

"It's not a cookie cutter deal. Every dealership runs differently, and what Dealertrack has over the rest is that they make it work around what you do, not the way they think it should be done."

Go to **DMSDealertrack.com/Sisbarro** to watch the customer testimonial and download the full case study.

# MAKING
# THE SWITCH

Thousands of dealerships successfully transition
from their existing DMS to Dealertrack DMS.

Our support and change management tools
ensure your success.

# IMPLEMENTATION APPROACH

## Pre-install     ## Go live     ## Post-install

- Capture unique dealership requirements to tailor implementation & training

- Change management program

- Communication strategy to engage employees

- Dedicated project team to ensure cross-dealership preparedness

- Examination & validation of conversion data with no business interruption

- Onsite live support to ensure a seamless transition

- Daily status review with detailed reporting

- Introduction of Performance Manager

- Dedicated support to complete the first month-end

- Proactive support with milestone criteria that need to be met before moving to support

Cox Automotive

# EXPECT MORE FROM YOUR DMS:
## DEALERTRACK DMS

Dealertrack DMS is an industry-leading dealer management system that provides dealers with the latest technology needed to run a more profitable business. As part of the Cox Automotive family, the Dealertrack platform offers a full suite of unique features, including real-time business reporting, anytime/anywhere access, open vendor integration, and an easy-to-learn interface. That commitment to improving the relationship between dealerships and their DMS providers has made Dealertrack the preferred platform for thousands of dealerships across the country.

Learn more and request a demo at **Dealertrack.com/DMS.**

Dealertrack DMS

COX AUTOMOTIVE