# EXHIBIT 5

## Auto/Mate®

DMS       PARTNERS       ABOUT       RESOURCES       CAREERS       CONTACT       USER SUMMIT



Why is Auto/Mate Different?

Ready to consider your DMS a part of your team?       **Contact Us**

                

Sales Suite       Fixed Ops Suite       Accounting Suite       Open/Mate       Reporting

## Large Enough to Serve. *Small Enough to Care*

Think Auto/Mate can't handle your business? Think again! *Auto/Mate converts over 82% of its customers from the industry's two largest DMS providers, and we retain 99.7% of them without contracts.* From single

point locations to multi-store dealer groups; we've perfected the DMS conversion process.

## FACT: *Increased Efficiency*

Improve profitability and processes in your dealership with intelligent software and streamlined workflow. Auto/Mate AMPS features easy-to-use, fully integrated modules to suit your dealership needs in accounting, sales, F&I, parts, service, and more. Employees can easily navigate through applications using fewer keystrokes to complete critical day-to-day functions.

## FACT: *Customer Centricity*

As the great Henry Ford once said, "It is not the employer who pays the wages… It is the customer who pays the wages." Our company is structured around that statement. Everyone at Auto/Mate works for our dealers. We do not lock you into long-term contracts because we are committed to winning our customers business back each and every month. We know that you want to work with someone who understands your needs, which is why our entire support staff is made up of former dealership personnel, including controllers, office managers, and department managers. They understand what it's like to be in your shoes. With us, you have access to these professionals with free 24/7 emergency support. We provide you with free upgrades and free training for life simply because we believe that if you succeed, we succeed.

## FACT: *Total Control*

You pay for your dealership's DMS system every single month, so it only seems logical that you would own your system and your data right? You may be surprised to know that leading competitors charge you to access your own data. With Auto/Mate, it truly is your data. You own it and you have full control over it at all times. Your data is 100% secure. You control your system users and set permissions to ensure that all of the information you have worked so hard to gather, stays in the right hands. Auto/Mate gives you the perfect balance of flexibility and control. Let us help you accelerate your dealership.