**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | Hon. Robert M. Dow, Jr. |

## DEFENDANT CDK GLOBAL, LLC'S MOTION TO SEAL

Defendant CDK Global, LLC ("CDK") respectfully requests leave to file its Memorandum in Support of Its Motion to Dismiss AutoLoop's Amended Complaint and certain exhibits under seal. The Memorandum quotes, and certain exhibits contain, confidential business information and contract language. CDK will file a public, redacted version of the Memorandum.

Dated: July 18, 2018

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on July 18, 2018, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S MOTION TO SEAL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                          */s/ Britt M. Miller*_____
                                                          Britt M. Miller
                                                          MAYER BROWN LLP
                                                          71 South Wacker Drive
                                                          Chicago, IL 60606
                                                          Phone: (312) 782-0600
                                                          Fax: (312) 701-7711
                                                          E-mail: bmiller@mayerbrown.com