**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT CDK GLOBAL, LLC'S MOTION TO COMPEL ARBITRATION AND STAY CLAIMS OR, IN THE ALTERNATIVE, TO DISMISS THE DEALERSHIP CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to the Federal Arbitration Act, Defendant CDK Global, LLC ("CDK") respectfully files this motion to compel arbitration of claims brought by the Dealership Plaintiffs that entered into contracts with The Reynolds and Reynolds Company and to stay the remaining claims. In the alternative, CDK moves to dismiss the claims in the Complaint for failure to state a claim under Federal Rule 12(b)(6).

In support of this motion, CDK incorporates by reference the memorandum of law filed concurrently herewith, any reply memorandum that CDK may file, and any oral argument the Court may allow at a hearing on this motion.

WHEREFORE, CDK respectfully requests that the Court grant this motion.

1

Dated: July 18, 2018

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant
CDK Global, LLC*

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on July 18, 2018, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S MOTION TO COMPEL ARBITRATION AND STAY CLAIMS OR, IN THE ALTERNATIVE, TO DISMISS THE DEALERSHIP CONSOLIDATED CLASS ACTION COMPLAINT**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        */s/ Britt M. Miller*
                                        Britt M. Miller
                                        MAYER BROWN LLP
                                        71 South Wacker Drive
                                        Chicago, IL 60606
                                        Phone: (312) 782-0600
                                        Fax: (312) 701-7711
                                        E-mail: bmiller@mayerbrown.com