# Exhibit A

| Count | State | Antitrust or Consumer Protection | Grounds for Dismissal | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | No In-State Plaintiff | No Substantive Claim | *Illinois Brick* | *AGC* or Similar Principles | Causation Principles | Other |
| VI | Alabama | A | ✓ | ✓ | | ✓ | | Intrastate conduct |
| VII | Arizona | A | ✓ | ✓ | | ✓ | | |
| VIII | California | A | ✓ | ✓ | | ✓ | | No damages under UCL |
| IX | District of Columbia | A | ✓ | ✓ | | ✓ | | |
| X | Hawaii | A | ✓ | ✓ | | ✓ | | Notice required |
| XI | Illinois | A | | ✓ | ✓ | ✓ | | |
| XII | Iowa | A | ✓ | ✓ | | ✓ | | |
| XIII | Kansas | A | | ✓ | | ✓ | | |
| XIV | Maine | A | ✓ | ✓ | | ✓ | | |
| XV | Michigan | A | ✓ | ✓ | | ✓ | | |
| XVI | Minnesota | A | | ✓ | | ✓ | | |
| XVII | Mississippi | A | | ✓ | | ✓ | | |
| XVIII | Nebraska | A | ✓ | ✓ | | ✓ | | |
| XIX | New Hampshire | A | ✓ | ✓ | | ✓ | | |
| XX | New Mexico | A | | ✓ | | ✓ | | |
| XXI | New York | A | | ✓ | | ✓ | | |
| XXII | North Carolina | A | ✓ | ✓ | | ✓ | | Territoriality |
| XXIII | Oregon | A | ✓ | ✓ | | ✓ | | |
| XXIV | Rhode Island | A | ✓ | ✓ | | ✓ | | |
| XXV | South Carolina | A | | ✓ | ✓ | ✓ | | |

1

| Count | State | Antitrust or Consumer Protection | Grounds for Dismissal | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | No In-State Plaintiff | No Substantive Claim | *Illinois Brick* | *AGC* or Similar Principles | Causation Principles | Other |
| XXVI | South Dakota | A | ✓ | ✓ | | ✓ | | |
| XXVII | Tennessee | A | ✓ | ✓ | | ✓ | | Services; Intrastate conduct |
| XXVIII | Utah | A | ✓ | ✓ | | ✓ | | |
| XXIX | Vermont | A | ✓ | ✓ | | ✓ | | |
| XXX | West Virginia | A | ✓ | ✓ | | ✓ | | |
| XXXI | Wisconsin | A | ✓ | ✓ | | ✓ | | Territoriality |
| XXXII | Alaska | CP | ✓ | ✓ | | | ✓ | No class actions; Notice required |
| XXXIII | Arkansas | CP | ✓ | | | | ✓ | Consumer tie; No "unfair" prong; No class actions; Antitrust not covered |
| XXXIV | California | CP | ✓ | ✓ | | | ✓ | No damages under UCL |
| XXXV | Colorado | CP | ✓ | | | | ✓ | No class damages |
| XXXVI | Delaware | CP | ✓ | | | | ✓ | Territoriality |
| XXXVII | Florida | CP | ✓ | ✓ | ✓ | | ✓ | |
| XXXVIII | Georgia | CP | ✓ | | | | ✓ | Consumer tie; No class actions; Notice required |
| XXXIX | Massachusetts | CP | | | ✓ | | ✓ | Territoriality |
| XL | Minnesota | CP | | | | | ✓ | |
| XLI | Nebraska | CP | ✓ | | | | ✓ | |
| XLII | Nevada | CP | | | | | ✓ | No specific violation identified |

2

| Count | State | Antitrust or Consumer Protection | Grounds for Dismissal | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | No In-State Plaintiff | No Substantive Claim | *Illinois Brick* | *AGC or Similar Principles* | Causation Principles | Other |
| **XLIII** | New Hampshire | CP | ✓ | | | | ✓ | Territoriality |
| **XLIV** | New Jersey | CP | | | ✓ | | ✓ | Notice required |
| **XLV** | New Mexico | CP | | | | | ✓ | No grossly unequal bargaining power alleged |
| **XLVI** | North Dakota | CP | ✓ | | | | ✓ | |
| **XLVII** | South Carolina | CP | | ✓ | ✓ | | ✓ | No class actions |
| **XLVIII** | South Dakota | CP | ✓ | | | | ✓ | |
| **XLIX** | West Virginia | CP | ✓ | | | | ✓ | Notice required; Antitrust not covered |
| **L** | Wisconsin | CP | ✓ | | | | ✓ | |