**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* <br> THE DEALERSHIP CLASS ACTION | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

**AMENDED NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, July 24, 2018, at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Robert M. Dow, Jr. in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **CDK GLOBAL, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL**, a copy of which is attached and served upon you.

Dated: July 19, 2018

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on July 19, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                              */s/ Britt M. Miller*_____
                                                                              Britt M. Miller
                                                                              MAYER BROWN LLP
                                                                              71 South Wacker Drive
                                                                              Chicago, IL 60606
                                                                              Phone: (312) 782-0600
                                                                              Fax: (312) 701-7711
                                                                              E-mail: bmiller@mayerbrown.com