**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*Authenticom, Inc. v. CDK Global, LLC, et al.*,<br>Case No. 18-CV-868 (N.D. Ill.) | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr. |

**AUTHENTICOM, INC.'S UNOPPOSED
MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES**

Pursuant to Local Rule 7.1, Authenticom, Inc. ("Authenticom") respectfully requests leave to file a memorandum of law in excess of 15 pages in support of its motion to dismiss CDK Global, LLC's ("CDK") counterclaims (Dkt. 229) ("Answer and Counterclaims"). Authenticom seeks to file a brief of no more than 25 pages. In support of this motion, Authenticom states as follows:

**1.** On June 29, 2018, CDK filed a 172-page Answer and Counterclaims. CDK's counterclaims allege 12 different causes of action.

**2.** Authenticom's motion to dismiss CDK's Answer and Counterclaims is due July 20, 2018.

**3.** In Authenticom's view, neither the parties nor the Court would be well served by requiring Authenticom to explain the legal basis for its motion to dismiss CDK's counterclaims in 15 pages.

**4.** Authenticom's counsel will continue to make every effort to keep the brief as concise as practicable. But based on the (still in progress) draft, counsel believes that a maximum of 25 pages is necessary to allow for an intelligent and helpful presentation of Authenticom's arguments.

**5.** CDK's counsel stated via email that it does not oppose Authenticom's request for additional pages. *See* Ex. A (email chain between J. Hafenbrack and B. Miller, et al. dated July 19, 2018). Authenticom, in turn, agreed not to oppose CDK's reciprocal request for 10 additional pages for CDK's response brief.

**6.** For the foregoing reasons, good cause exists for Authenticom to file a brief in support of its motion to dismiss of up to 25 pages.

WHEREFORE, Authenticom respectfully request that the Court grant this motion and allow Authenticom to file a brief of up to 25 pages in support of its motion to dismiss CDK's counterclaims.

Dated: July 19, 2018                                   Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Joanna T. Zhang
Joshua Hafenbrack
**Kellogg, Hansen, Todd,**
  **Figel & Frederick, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
jzhang@kellogghansen.com
jhafenbrack@kellogghansen.com

Jennifer L. Gregor
Kendall W. Harrison
**Godfrey & Kahn S.C.**
One East Main Street, Suite 500
Madison, WI 53703
(608) 257-0609
jgregor@gklaw.com
kharrison@gklaw.com

*Attorneys for Plaintiff Authenticom, Inc.*

3

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on July 19, 2018, I caused a true and correct copy of the foregoing **AUTHENTICOM, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com