# EXHIBIT A

# Hafenbrack, Joshua

| | |
|---|---|
| **From:** | Hafenbrack, Joshua |
| **Sent:** | Thursday, July 19, 2018 1:41 PM |
| **To:** | 'Miller, Britt M.'; CDK-MDL-Team (mayerbrown.com) |
| **Cc:** | Nemelka, Michael N. |
| **Subject:** | RE: Authenticom Motion to Dismiss Page Limit |

Britt,

Thank you for your email. We agree not to oppose your reciprocal request for 10 additional pages for your response.

--Josh.

---

**From:** Miller, Britt M. [mailto:BMiller@mayerbrown.com]
**Sent:** Thursday, July 19, 2018 1:13 PM
**To:** Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; CDK-MDL-Team (mayerbrown.com) <CDK-MDL-Team@mayerbrown.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>
**Subject:** RE: Authenticom Motion to Dismiss Page Limit

Josh –

Notwithstanding your firm's recent opposition to our request for additional pages in *AutoLoop*, we will not oppose a motion for an additional 10 pages provided that Authenticom will agree that CDK will have the same number of pages in response.

Please let us know. – B

**Britt M. Miller**
**MAYER BROWN LLP**
**71 South Wacker Drive**
**Chicago, Illinois 60606-4637**
**Direct Dial: (312) 701-8663**
**Direct Fax: (312) 706-8763**
**e-mail:** bmiller@mayerbrown.com

---

**From:** Hafenbrack, Joshua [mailto:jhafenbrack@kellogghansen.com]
**Sent:** Wednesday, July 18, 2018 12:05 PM
**To:** FW-CLIENT-CDK-MDL-Team
**Cc:** Nemelka, Michael N.
**Subject:** Authenticom Motion to Dismiss Page Limit

Britt and Matt,

We are planning to file a motion with the court seeking up to 10 additional pages – for a total of up to 25 pages – for Authenticom's motion to dismiss CDK's counterclaim complaint.

Will CDK consent to the 10 extra pages?

Kind regards, Josh.

**Joshua Hafenbrack**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7916

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Information about how we handle personal information is available in our Privacy Notice.