**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*Authenticom, Inc. v. CDK Global, LLC*, et al., Case No. 1:18-cv-00868 (N.D. Ill.) | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr. |

**AUTHENTICOM, INC.'S MOTION TO DISMISS
THE COUNTERCLAIMS OF CDK GLOBAL, LLC**

Plaintiff and Counterclaim-Defendant Authenticom, Inc. ("Authenticom") hereby moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss the counterclaims of Defendant CDK Global, LLC. In support of this Motion, Authenticom incorporates by reference the memorandum of law filed concurrently herewith, any reply memorandum that Authenticom may file, and any oral argument that the Court may allow at a hearing on this Motion.

2

Dated: July 20, 2018 

Respectfully submitted,

  */s/ Derek T. Ho*

| | |
|---|---|
| Jennifer L. Gregor | Derek T. Ho |
| Kendall W. Harrison | Michael N. Nemelka |
| **Godfrey & Kahn S.C.** | Aaron M. Panner |
| One East Main Street, Suite 500 | David L. Schwarz |
| Madison, WI 53703 | Kevin J. Miller |
| (608) 257-0609 | Daniel V. Dorris |
| jgregor@gklaw.com | Joanna T. Zhang |
| kharrison@gklaw.com | Joshua Hafenbrack |
| | **Kellogg, Hansen, Todd,** |
| *Attorneys for Authenticom, Inc.* |   **Figel & Frederick, P.L.L.C.** |
| | 1615 M Street, NW, Suite 400 |
| | Washington, D.C. 20036 |
| | (202) 326-7900 |
| | dho@kellogghansen.com |
| | mnemelka@kellogghansen.com |
| | apanner@kellogghansen.com |
| | dschwarz@kellogghansen.com |
| | kmiller@kellogghansen.com |
| | ddorris@kellogghansen.com |
| | jzhang@kellogghansen.com |
| | jhafenbrack@kellogghansen.com |
| | |
| | *Attorneys for Authenticom, Inc.* |

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on July 20, 2018, I caused a true and correct copy of the foregoing **AUTHENTICOM INC.'S MOTION TO DISMISS THE COUNTERCLAIMS OF CDK GLOBAL, LLC** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com