**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 Case No. 18 C 864 |
| This Document Relates to: *Authenticom, Inc. v. CDK Global, LLC*, et al., Case No. 1:18-cv-00868 (N.D. Ill.) | Hon. Robert M. Dow, Jr. |

**AUTHENTICOM, INC.'S MOTION TO SEAL ITS
MEMORANDUM AND ACCOMPANYING EXHIBITS IN SUPPORT OF
ITS MOTION TO DISMISS THE COUNTERCLAIMS OF CDK GLOBAL, LLC**

Plaintiff and Counterclaim-Defendant Authenticom, Inc. ("Authenticom") respectfully requests leave to file under seal its Memorandum in Support of its Motion to Dismiss Defendant CDK Global, LLC's Counterclaims ("Memorandum") and accompanying exhibits. The Memorandum and Exhibits A-D include information from documents that CDK has designated as "Confidential" or "Highly Confidential," and Authenticom therefore seeks leave to file them under seal. Authenticom will also file a public, redacted version of the Memorandum.

Authenticom files this motion without prejudice to its ability challenge CDK's improper use of the Confidential and Highly Confidential designations for documents that are not proprietary and do not contain trade secrets.

2

Dated: July 20, 2018	Respectfully submitted,

                                                                                                */s/ Derek T. Ho*

Jennifer L. Gregor	Derek T. Ho
Kendall W. Harrison	Michael N. Nemelka
**Godfrey & Kahn S.C.**	Aaron M. Panner
One East Main Street, Suite 500	David L. Schwarz
Madison, WI 53703	Kevin J. Miller
(608) 257-0609	Daniel V. Dorris
jgregor@gklaw.com	Joanna T. Zhang
kharrison@gklaw.com	Joshua Hafenbrack
                                                                                      **Kellogg, Hansen, Todd,**
                                                                                         **Figel & Frederick, P.L.L.C.**
*Attorneys for Authenticom, Inc.*	1615 M Street, NW, Suite 400
                                                                                      Washington, D.C. 20036
     (202) 326-7900
     dho@kellogghansen.com
     mnemelka@kellogghansen.com
     apanner@kellogghansen.com
     dschwarz@kellogghansen.com
     kmiller@kellogghansen.com
     ddorris@kellogghansen.com
     jzhang@kellogghansen.com
     jhafenbrack@kellogghansen.com

     *Attorneys for Authenticom, Inc.*

## CERTIFICATE OF SERVICE

       I, Derek T. Ho, an attorney, hereby certify that on July 20, 2018, I caused a true and correct copy of the foregoing **AUTHENTICOM INC.'S MOTION TO SEAL ITS MEMORANDUM AND ACCOMPANYING EXHIBITS IN SUPPORT OF ITS MOTION TO DISMISS THE COUNTERCLAIMS OF CDK GLOBAL, LLC** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                 */s/ Derek T. Ho*
                                                                 Derek T. Ho
                                                                 **KELLOGG, HANSEN, TODD,**
                                                                     **FIGEL & FREDERICK, P.L.L.C.**
                                                                1615 M Street, NW, Suite 400
                                                                Washington, D.C. 20036
                                                                (202) 326-7900
                                                                dho@kellogghansen.com