**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to:<br>*Authenticom, Inc. v. CDK Global, LLC, et al.*,<br>Case No. 18-CV-868 (N.D. Ill.) | Hon. Robert M. Dow, Jr. |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday, July 25, 2018, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr. or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **AUTHENTICOM INC.'S MOTION TO SEAL ITS MEMORANDUM AND ACCOMPANYING EXHIBITS IN SUPPORT OF ITS MOTION TO DISMISS THE COUNTERCLAIMS OF CDK GLOBAL, LLC**, a copy of which is attached and served upon you.

Dated: July 20, 2018 Respectfully submitted,

    */s/ Derek T. Ho*

| | |
|---|---|
| Jennifer L. Gregor | Derek T. Ho |
| Kendall W. Harrison | Michael N. Nemelka |
| **Godfrey & Kahn S.C.** | Aaron M. Panner |
| One East Main Street, Suite 500 | David L. Schwarz |
| Madison, WI 53703 | Kevin J. Miller |
| (608) 257-0609 | Daniel V. Dorris |
| jgregor@gklaw.com | Joanna T. Zhang |
| kharrison@gklaw.com | Joshua Hafenbrack |
| | **Kellogg, Hansen, Todd,** |
| *Attorneys for Authenticom, Inc.* |   **Figel & Frederick, P.L.L.C.** |
| | 1615 M Street, NW, Suite 400 |
| | Washington, D.C. 20036 |
| | (202) 326-7900 |
| | dho@kellogghansen.com |
| | mnemelka@kellogghansen.com |
| | apanner@kellogghansen.com |
| | dschwarz@kellogghansen.com |
| | kmiller@kellogghansen.com |
| | ddorris@kellogghansen.com |
| | jzhang@kellogghansen.com |
| | jhafenbrack@kellogghansen.com |
| | |
| | *Attorneys for Authenticom, Inc.* |

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on July 20, 2018, I caused a true and correct copy of the foregoing **AUTHENTICOM, INC.'S NOTICE OF MOTION TO SEAL ITS MEMORANDUM AND ACCOMPANYING EXHIBITS IN SUPPORT OF ITS MOTION TO DISMISS THE COUNTERCLAIMS OF CDK GLOBAL, LLC** be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com