# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | ) ) MDL No. 2817<br>) Case No. 1:18-CV-00864<br>)<br>)<br>) Hon. Robert M. Dow, Jr.<br>) Magistrate Judge Jeffrey T. Gilbert<br>) |

## NOTICE OF MOTION

To: All Counsel of Record and Counsel for Dominion:

YOU ARE HEREBY NOTIFIED THAT on Tuesday, July 31, 2018 at 9:15 a.m., in Room 1386, or as soon thereafter as counsel may be heard, counsel shall appear before Magistrate Judge Jeffrey T. Gilbert in the United States District Court for the Northern District of Illinois, Eastern Division, to present **THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA**, and the **MEMORANDUM OF LAW IN SUPPORT**, copies of which have been served pursuant to the attached certificate of service. This notice is made pursuant to Local Rules 5.3, 5.4, and 78.1.

Dated: July 23, 2018

Respectfully submitted,

*/s/ Michael P.A. Cohen*
Michael P.A. Cohen
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

Aundrea K. Gulley
Kathy D. Patrick
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
kpatrick@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Leo D. Caseria
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

Dylan I. Ballard
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
(415) 434-9100
dballard@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

## CERTIFICATE OF SERVICE

      I, Leo D. Caseria, an attorney, hereby certify that on July 23, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.  A copy of the foregoing will be served on non-party Dominion via hand delivery and a courtesy copy sent to Dominion's counsel via electronic mail.

      */s/ Leo D. Caseria*
LEO D. CASERIA
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com