# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

| | |
|---|---|
| Dealer Management Systems Antitrust Litigation, et al.<br><br>Plaintiff,<br><br>v.<br><br>CDK Global, LLC, et al.<br><br>Defendant. | Case No.: 1:18−cv−00864<br>Honorable Robert M. Dow Jr. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 23, 2018:

MINUTE entry before the Honorable Robert M. Dow, Jr: Motion for leave to file under seal [253] is granted. Defendant CDK Global, LLC's motion for leave to file under seal [263] is granted. Defendant CDK Global, LLC's motion to seal [257] is granted. Notice of motion date of 7/24/2018 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.