# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                        Plaintiff,

v.                                      Case No.: 1:18−cv−00864

                                      Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Dominion Enterprises, Inc. shall respond to Defendant The Reynolds and Reynolds Company's Motion to Compel Production of Documents Pursuant to Subpoena [280] on or before 8/6/18. Reynolds shall reply on or before 8/13/18. A hearing on Reynolds' Motion [280] is set for 8/22/18 at 10:00 a.m. The presentment hearing noticed [281] on the Motion [280] for 7/31/18 at 9:15 a.m. is stricken with no appearances necessary at that time. The Court strongly encourages Dominion to consider producing, pursuant to Reynolds' subpoena, the documents it produced to the Federal Trade Commission, subject to the Confidentiality Order previously entered in this case [104], and without the amorphous assurance from Defendants' counsel about future legal advice concerning business dealings that Dominion has requested. If Dominion stands on its objection, however, the Court will, of course, consider the parties' respective arguments and rule definitively once the Motion [280] is full briefed. This preliminary indication is based only on a high−level review of Reynolds' Motion [280], the practicalities of discovery in this multi−district litigation, and what appears on its face to be a broad, vague, and potentially unworkable and unnecessary additional assurance sought by Dominion beyond the protections already provided by the Confidentiality Order [104]. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.