UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

          Plaintiff,

v.          Case No.: 1:18−cv−00864

          Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

MINUTE entry before the Honorable Robert M. Dow, Jr: Authenticom's Unopposed Motion for Leave to File Brief in Excess of Fifteen Pages [268] is granted. CDK is also given leave to file the same number of pages for their response brief. Authenticom's Motion to Dismiss the Counterclaims of CDK Global, LLC [272] is taken under advisement. CDK Global, LLC shall file its opposition to Authenticom Inc.'s Motion to Dismiss by 8/20/2018. Authenticom, Inc. shall file its reply in support of its Motion to Dismiss by 9/7/2018. Authenticom's Motion to Seal its Memorandum and Accompanying Exhibits in Support of its Motion to Dismiss the Counterclaims of CDK Global, LLC. [274] is granted without objection. Authenticom's Partial Motion to Dismiss the Counterclaims of The Reynolds and Reynolds Company [277] is taken under advisement. Reynolds and Reynolds Company shall file its opposition to Authenticom's Partial Motion to Dismiss by 8/20/2018. Authenticom, Inc. shall file its reply in support of its Partial Motion to Dismiss by 9/7/2018. Notice of motion date of 7/25/2018 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.