Exhibit 1-A Redacted