Exhibit 1-B Redacted