**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DEALERSHIP CLASS ACTION | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Honorable Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

To: All Counsel of Record

    YOU ARE HEREBY NOTIFIED THAT on Tuesday, August 7, 2018 at 9:15 a.m., in Room 2303, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEALERSHIP CLASS PLAINTIFFS' MOTION TO CONVERT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO RULE 12(b)(6) TO A MOTION FOR SUMMARY JUDGMENT AND STAY FURTHER BRIEFING**, a copy of which has been served upon you.

Dated: July 25, 2018

                                                  Respectfully submitted,

                                                  */s/ Peggy J. Wedgworth*
                                                  Peggy J. Wedgworth (pro hac vice)
                                                  *Dealership Interim Lead Class Counsel*
                                                  Elizabeth McKenna (pro hac vice)
                                                  **MILBERG TADLER PHILLIPS GROSSMAN LLP**
                                                  One Pennsylvania Plaza, 19th Floor
                                                  New York, NY 10119
                                                  Tel: (212) 594-5300
                                                  Fax: (212) 868-1229
                                                  pwedgworth@milberg.com
                                                  emckenna@milberg.com

Leonard A. Bellavia (pro hac vice)
*Plaintiffs' Steering Committee*
Steven Blatt
**BELLAVIA BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
Tel: (516) 873-3000
Fax: (516) 873-9032
lbellavia@dealerlaw.com
sblatt@dealerlaw.com

Daniel C. Hedlund (pro hac vice)
*Plaintiffs' Steering Committee*
Michelle J. Looby (pro hac vice)
*Plaintiffs' Steering Committee*
Daniel E. Gustafson
David A. Goodwin
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com

James E. Barz
*Plaintiffs' Steering Committee*
Frank Richter
*Plaintiffs' Steering Committee*
**ROBBINS GELLER RUDMAN & DOWD LLP**
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

David W. Mitchell (pro hac vice)
Alexandra S. Bernay
Carmen A. Medici
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax (619) 231-7423
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

Robert A. Clifford
*Liaison Counsel*
Shannon M. McNulty
Kristofer S. Riddle
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31 Floor
Chicago, Illinois 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
RAC4cliffordlaw.com
SN4M@cliffordlaw.com
KSR@cliffordlaw.com

## **CERTIFICATE OF SERVICE**

      I, Peggy J. Wedgworth, an attorney, hereby certify that on July 25, 2018, I caused a true and correct copy of the foregoing NOTICE OF MOTION – DEALERSHIP CLASS PLAINTIFFS' MOTION TO CONVERT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO RULE 12(B)(6) TO A MOTION FOR SUMMARY JUDGMENT AND STAY FURTHER BRIEFING to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  */s/ Peggy J. Wedgworth*_____
                                  Peggy J. Wedgworth
                                  **MILBERG TADLER PHILLIPS GROSSMAN LLP**
                                  One Pennsylvania Plaza, 19th Floor
                                  New York, NY 10119
                                  (212) 594-5300
                                  pwedgworth@milberg.com

752912v1