EXHIBIT 4

MILBERG TADLER PHILLIPS GROSSMAN LLP

NEW YORK

Elizabeth McKenna
Direct Dial: (212) 631-8605
emckenna@milberg.com

July 13, 2018

**VIA EMAIL**

Matthew Provance, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
MProvance@mayerbrown.com

      Re:    *In re Dealer Management Systems Antitrust Litig*.,
                  MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)

Dear Matt:

        In our efforts to coordinate a response with Authenticom counsel to your June 21 letter regarding the 681 documents you allege were inadvertently produced in this matter, we inadvertently omitted the following documents, attached hereto as Exhibit B, as among those being contested regarding attorney-client privilege and/or work product protection.

        These are documents that were identified by Authenticom counsel. Our firm is at fault for the omission from our July 11 response. Please add these to the documents that we will need to discuss during our meet and confer next week. MDL Plaintiffs are available to meet and confer on Tuesday, July 17, at 2 p.m. EST.

                        Sincerely,

                        */s/ Liz McKenna*
                        Liz McKenna

cc: CDK-MDL-Team@mayerbrown.com
     Derek Ho, Michael Namelka
     Peggy Wedgworth, John Hughes, Michael Acciavatti

**Exhibit B**

| Bates<br>Beg_Authenticom | Bates<br>End_Authenticom |
|---|---|
| CDK-0872317* | CDK-0872319 |
| CDK-0878996 | CDK-0879000 |
| CDK-0881611 | CDK-0881611 |
| CDK-0881612 | CDK-0881613 |
| CDK-0881681 | CDK-0881681 |
| CDK-0881683 | CDK-0881685 |
| CDK-0881687* | CDK-0881687 |
| CDK-0881688 | CDK-0881688 |
| CDK-0881689 | CDK-0881689 |
| CDK-0881693 | CDK-0881696 |
| CDK-0881700 | CDK-0881702 |
| CDK-0882301* | CDK-0882301 |
| CDK-0882303 | CDK-0882318 |
| CDK-0882321 | CDK-0882321 |
| CDK-0882372* | CDK-0882377 |
| CDK-0887151 | CDK-0887156 |
| CDK-0887333 | CDK-0887338 |
| CDK-0882380 | CDK-0882381 |
| CDK-0887162 | CDK-0887162 |
| CDK-0887618 | CDK-0887624 |
| CDK-0887625 | CDK-0887625 |
| CDK-0887660 | CDK-0887660 |
| CDK-0887693 | CDK-0887695 |
| CDK-0889051 | CDK-0889053 |
| CDK-0889890 | CDK-0889891 |
| CDK-0890689 | CDK-0890697 |
| CDK-0902521 | CDK-0902524 |
| CDK-0938260 | CDK-0938261 |
| CDK-0938669 | CDK-0938672 |
| CDK-0938974 | CDK-0938976 |
| CDK-0939167 | CDK-0939170 |
| CDK-0940068 | CDK-0940070 |
| CDK-0940304 | CDK-0940306 |
| CDK-0940410 | CDK-0940413 |

MILBERG TADLER PHILLIPS GROSSMAN LLP

| Bates<br>**Beg Authenticom** | Bates<br>**End Authenticom** |
|---|---|
| CDK-0940658 | CDK-0940658 |
| CDK-0940783 | CDK-0940783 |
| CDK-0940877 | CDK-0940879 |
| CDK-0967115 | CDK-0967117 |
| CDK-0969487 | CDK-0969489 |
| CDK-0969682 | CDK-0969684 |
| CDK-1057884 | CDK-1057886 |
| CDK-1082360* | CDK-1082361 |
| CDK-1082908 | CDK-1082909 |
| CDK-1083362 | CDK-1083364 |
| CDK-1083380 | CDK-1083384 |
| CDK-1084260 | CDK-1084260 |
| CDK-1084368 | CDK-1084369 |
| CDK-1090651 | CDK-1090654 |
| CDK-1091304 | CDK-1091305 |
| CDK-1189545 | CDK-1189546 |
| CDK-1192919 | CDK-1192922 |
| CDK-1881941 | CDK-1881942 |

---

**\* =** Document was listed in text of our July 11, 2018 letter, but inadvertently not included in Exhibit A to the letter.

MILBERG TADLER PHILLIPS GROSSMAN LLP