# EXHIBIT 6

**MILBERG TADLER PHILLIPS GROSSMAN** LLP                                                                     NEW YORK

Elizabeth McKenna
Direct Dial: (212) 631-8605
emckenna@milberg.com

July 17, 2018

**VIA EMAIL**

Matthew Provance, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
MProvance@mayerbrown.com

      Re:    *In re Dealer Management Systems Antitrust Litig.*,
              MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)

Dear Matt:

    We write in response to some of the items in your July 16 letter in order to make our meet and confer this afternoon more productive.

    Thank you for agreeing to withdraw your request for MDL Plaintiffs to return or destroy the following documents: CDK-0817841; CDK-0872317; CDK-0772377; CDK-0773364; CDK-0774104; CDK-0895627; CDK-0899836; CDK0899845; CDK-0899896; CDK-0941168; CDK-1032800; CDK-1032802; CDK-1239941; CDK-1296654; CDK-1296657; CDK-1767126; CDK-1767128; CDK-1867175. Please let us know what you plan to redact in CDK-2046410. This also impacts CDK-2046413 and CDK-2418904 as they are part of the same email chain, so we request you review these as well. We agree to stipulate that CDK's production of these documents does not operate to waive privilege over any subject matter. Please clarify what you mean in regard to "approval of CDK's counsel of record in the FTC matter."

    **Dealership Class Plaintiffs July 12 Letter**

    We want to clarify the statement in our July 12 letter that "over 470 proposed clawback documents [were] not produced to Dealership Class Plaintiffs." Every single one of these documents produced by CDK to Dealership Class Plaintiffs in April 2018 bears a bates number and a placeholder, "Document Withdrawn for Privilege" – these documents were *not* produced in either their original state, or in redacted form, to Dealership Class Plaintiffs. *See* document list attached hereto as Exhibit C. Dealership Class Plaintiffs are clearly not able to contest CDK's clawback of documents they have never received. We again request an explanation as to why Dealership Class Plaintiffs did not receive the 474 documents listed in Exhibit C. Moreover, there are an additional 32 documents produced by CDK to Authenticom and Dealership Class Plaintiffs with the placeholder, "Document Withdrawn for Privilege." *See* Exhibit D attached to this letter. Please provide an explanation for this as well.

Matthew Provance, Esq.
July 17, 2018
Page 2

      Thank you for the information regarding clawback of the documents in your Schedule A from the FTC. We have some follow-up questions:

1. When were the documents in Schedule A to your June 21, 2018 letter produced to the FTC?

2. You state the FTC was notified about the documents CDK wanted to claw back on April 13, 2018 and May 25, 2018. Why did you wait until June 21, 2018 to notify MDL Plaintiffs about clawing back the same documents?

3. When was the FTC notified about the document, CDK-2027384/CDK_CID_00465472, you state was "inadvertently omitted"? What is the status of this document?

4. Please confirm that you have not clawed back documents from the FTC on dates other than April 13, 2018 and May 25, 2018, and have not attempted to clawback documents other than those listed on Schedule A to your June 21, 2018 letter.

5. Please clarify your statement that, "We understand that the FTC has acknowledged receipt of CDK's clawback letters and has confirmed that it has destroyed all documents in the April 13 letter." Do you have written confirmation? If so, please provide. Please let us know which documents, by bates-number, you listed for clawback in your April 13 letter.

6. Please clarify whether there have been any written or verbal responses from the FTC as to why they have not destroyed (or sent back) documents listed in your May 25, 2018 letter. Please let us know which documents, by bates-number, you listed for clawback in your May 25 letter.

7. We again request the communications (*e.g.*, letters/emails) between CDK counsel and the FTC regarding clawback of the documents in question.

8. Please provide a copy of any confidentiality agreement between CDK and FTC concerning CDK's document productions to the FTC.

      Sincerely,

      */s/ Elizabeth McKenna*
      Elizabeth McKenna

cc:  CDK-MDL-Team@mayerbrown.com
     Derek Ho, Michael Nemelka,
     Joshua Hafenbrack, Benjamin Rudofsky
     Peggy Wedgworth, John Hughes,
     Michael Acciavatti

MILBERG TADLER PHILLIPS GROSSMAN LLP

**Exhibit C**

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0059104 | CDK-0059105 |
| CDK-0059106 | CDK-0059106 |
| CDK-0059107 | CDK-0059107 |
| CDK-0059108 | CDK-0059108 |
| CDK-0059109 | CDK-0059110 |
| CDK-0059111 | CDK-0059112 |
| CDK-0059113 | CDK-0059113 |
| CDK-0059114 | CDK-0059117 |
| CDK-0059118 | CDK-0059118 |
| CDK-0059119 | CDK-0059120 |
| CDK-0059121 | CDK-0059121 |
| CDK-0059122 | CDK-0059124 |
| CDK-0059125 | CDK-0059125 |
| CDK-0059126 | CDK-0059128 |
| CDK-0059129 | CDK-0059129 |
| CDK-0059132 | CDK-0059134 |
| CDK-0059135 | CDK-0059135 |
| CDK-0059136 | CDK-0059142 |
| CDK-0059143 | CDK-0059143 |
| CDK-0059144 | CDK-0059149 |
| CDK-0127966 | CDK-0127966 |
| CDK-0228255 | CDK-0228256 |
| CDK-0242646 | CDK-0242647 |
| CDK-0247499 | CDK-0247500 |
| CDK-0255624 | CDK-0255624 |
| CDK-0457185 | CDK-0457191 |
| CDK-0612395 | CDK-0612408 |
| CDK-0612422 | CDK-0612432 |
| CDK-0612433 | CDK-0612433 |
| CDK-0701258 | CDK-0701258 |
| CDK-0701259 | CDK-0701264 |
| CDK-0706768 | CDK-0706770 |
| CDK-0715009 | CDK-0715021 |

MILBERG TADLER PHILLIPS GROSSMAN LLP

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0724697 | CDK-0724698 |
| CDK-0724699 | CDK-0724700 |
| CDK-0725021 | CDK-0725022 |
| CDK-0725053 | CDK-0725054 |
| CDK-0726167 | CDK-0726169 |
| CDK-0726170 | CDK-0726170 |
| CDK-0726171 | CDK-0726171 |
| CDK-0750764 | CDK-0750764 |
| CDK-0753096 | CDK-0753097 |
| CDK-0753098 | CDK-0753125 |
| CDK-0757363 | CDK-0757363 |
| CDK-0757364 | CDK-0757370 |
| CDK-0757371 | CDK-0757382 |
| CDK-0757383 | CDK-0757385 |
| CDK-0757386 | CDK-0757392 |
| CDK-0757393 | CDK-0757399 |
| CDK-0757550 | CDK-0757550 |
| CDK-0757551 | CDK-0757553 |
| CDK-0757641 | CDK-0757641 |
| CDK-0757864 | CDK-0757864 |
| CDK-0757881 | CDK-0757882 |
| CDK-0757883 | CDK-0757883 |
| CDK-0757898 | CDK-0757899 |
| CDK-0757900 | CDK-0757900 |
| CDK-0757901 | CDK-0757901 |
| CDK-0757902 | CDK-0757902 |
| CDK-0757903 | CDK-0757903 |
| CDK-0757904 | CDK-0757904 |
| CDK-0757905 | CDK-0757910 |
| CDK-0757911 | CDK-0757911 |
| CDK-0757912 | CDK-0757912 |
| CDK-0775187 | CDK-0775187 |
| CDK-0783702 | CDK-0783703 |
| CDK-0783704 | CDK-0783704 |
| CDK-0797204 | CDK-0797205 |
| CDK-0819318 | CDK-0819319 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0819946 | CDK-0819946 |
| CDK-0820246 | CDK-0820246 |
| CDK-0825871 | CDK-0825873 |
| CDK-0825923 | CDK-0825923 |
| CDK-0825937 | CDK-0825937 |
| CDK-0826734 | CDK-0826734 |
| CDK-0829361 | CDK-0829362 |
| CDK-0829363 | CDK-0829390 |
| CDK-0863183 | CDK-0863184 |
| CDK-0863185 | CDK-0863185 |
| CDK-0863186 | CDK-0863186 |
| CDK-0863187 | CDK-0863187 |
| CDK-0867650 | CDK-0867650 |
| CDK-0874983 | CDK-0874984 |
| CDK-0874985 | CDK-0874985 |
| CDK-0876120 | CDK-0876122 |
| CDK-0876123 | CDK-0876137 |
| CDK-0876138 | CDK-0876142 |
| CDK-0876599 | CDK-0876600 |
| CDK-0876601 | CDK-0876601 |
| CDK-0877820 | CDK-0877821 |
| CDK-0878978 | CDK-0878980 |
| CDK-0878981 | CDK-0878995 |
| CDK-0878996 | CDK-0879000 |
| CDK-0881610 | CDK-0881610 |
| CDK-0881611 | CDK-0881611 |
| CDK-0881612 | CDK-0881613 |
| CDK-0881616 | CDK-0881616 |
| CDK-0881617 | CDK-0881633 |
| CDK-0881634 | CDK-0881652 |
| CDK-0881653 | CDK-0881663 |
| CDK-0881664 | CDK-0881669 |
| CDK-0881670 | CDK-0881676 |
| CDK-0881677 | CDK-0881679 |
| CDK-0881680 | CDK-0881680 |
| CDK-0881681 | CDK-0881681 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0881682 | CDK-0881682 |
| CDK-0881683 | CDK-0881685 |
| CDK-0881686 | CDK-0881686 |
| CDK-0881687 | CDK-0881687 |
| CDK-0881688 | CDK-0881688 |
| CDK-0881689 | CDK-0881689 |
| CDK-0881690 | CDK-0881692 |
| CDK-0881693 | CDK-0881696 |
| CDK-0881697 | CDK-0881699 |
| CDK-0881700 | CDK-0881702 |
| CDK-0881703 | CDK-0881704 |
| CDK-0881705 | CDK-0881714 |
| CDK-0881715 | CDK-0881718 |
| CDK-0881719 | CDK-0881729 |
| CDK-0881730 | CDK-0881749 |
| CDK-0881750 | CDK-0881750 |
| CDK-0881751 | CDK-0881788 |
| CDK-0881789 | CDK-0881797 |
| CDK-0881798 | CDK-0881799 |
| CDK-0881800 | CDK-0881808 |
| CDK-0881809 | CDK-0881809 |
| CDK-0881810 | CDK-0881815 |
| CDK-0881816 | CDK-0881842 |
| CDK-0881843 | CDK-0881879 |
| CDK-0881880 | CDK-0881889 |
| CDK-0881890 | CDK-0881896 |
| CDK-0881897 | CDK-0881905 |
| CDK-0881906 | CDK-0881913 |
| CDK-0881914 | CDK-0881946 |
| CDK-0881947 | CDK-0881954 |
| CDK-0881955 | CDK-0881958 |
| CDK-0881959 | CDK-0881968 |
| CDK-0881969 | CDK-0881991 |
| CDK-0881992 | CDK-0881999 |
| CDK-0882000 | CDK-0882019 |
| CDK-0882020 | CDK-0882040 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0882041 | CDK-0882044 |
| CDK-0882045 | CDK-0882057 |
| CDK-0882058 | CDK-0882067 |
| CDK-0882068 | CDK-0882076 |
| CDK-0882077 | CDK-0882081 |
| CDK-0882082 | CDK-0882087 |
| CDK-0882088 | CDK-0882093 |
| CDK-0882094 | CDK-0882099 |
| CDK-0882100 | CDK-0882114 |
| CDK-0882115 | CDK-0882152 |
| CDK-0882153 | CDK-0882160 |
| CDK-0882161 | CDK-0882212 |
| CDK-0882213 | CDK-0882220 |
| CDK-0882221 | CDK-0882230 |
| CDK-0882231 | CDK-0882239 |
| CDK-0882240 | CDK-0882252 |
| CDK-0882253 | CDK-0882271 |
| CDK-0882272 | CDK-0882272 |
| CDK-0882273 | CDK-0882273 |
| CDK-0882274 | CDK-0882291 |
| CDK-0882292 | CDK-0882293 |
| CDK-0882297 | CDK-0882298 |
| CDK-0882299 | CDK-0882300 |
| CDK-0882301 | CDK-0882301 |
| CDK-0882302 | CDK-0882302 |
| CDK-0882303 | CDK-0882318 |
| CDK-0882319 | CDK-0882319 |
| CDK-0882320 | CDK-0882320 |
| CDK-0882321 | CDK-0882321 |
| CDK-0882322 | CDK-0882323 |
| CDK-0882324 | CDK-0882324 |
| CDK-0882325 | CDK-0882340 |
| CDK-0882341 | CDK-0882341 |
| CDK-0882342 | CDK-0882358 |
| CDK-0882359 | CDK-0882369 |
| CDK-0882370 | CDK-0882371 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0882372 | CDK-0882377 |
| CDK-0882378 | CDK-0882379 |
| CDK-0882380 | CDK-0882381 |
| CDK-0882382 | CDK-0882397 |
| CDK-0882398 | CDK-0882399 |
| CDK-0882400 | CDK-0882412 |
| CDK-0882413 | CDK-0882413 |
| CDK-0882420 | CDK-0882420 |
| CDK-0882421 | CDK-0882423 |
| CDK-0882424 | CDK-0882424 |
| CDK-0882425 | CDK-0882425 |
| CDK-0882426 | CDK-0882427 |
| CDK-0882428 | CDK-0882465 |
| CDK-0882466 | CDK-0882466 |
| CDK-0882467 | CDK-0882467 |
| CDK-0882468 | CDK-0882468 |
| CDK-0882505 | CDK-0882507 |
| CDK-0882508 | CDK-0882508 |
| CDK-0882509 | CDK-0882510 |
| CDK-0882511 | CDK-0882513 |
| CDK-0882514 | CDK-0882518 |
| CDK-0882519 | CDK-0882534 |
| CDK-0882535 | CDK-0882548 |
| CDK-0882549 | CDK-0882563 |
| CDK-0882564 | CDK-0882568 |
| CDK-0882569 | CDK-0882578 |
| CDK-0882579 | CDK-0882581 |
| CDK-0882582 | CDK-0882584 |
| CDK-0882585 | CDK-0882592 |
| CDK-0882593 | CDK-0882605 |
| CDK-0882606 | CDK-0882611 |
| CDK-0882612 | CDK-0882615 |
| CDK-0882637 | CDK-0882639 |
| CDK-0882640 | CDK-0882641 |
| CDK-0882642 | CDK-0882644 |
| CDK-0882670 | CDK-0882670 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0882671 | CDK-0882672 |
| CDK-0882673 | CDK-0882674 |
| CDK-0882675 | CDK-0882675 |
| CDK-0882676 | CDK-0882677 |
| CDK-0882678 | CDK-0882679 |
| CDK-0882680 | CDK-0882681 |
| CDK-0882682 | CDK-0882685 |
| CDK-0882689 | CDK-0882691 |
| CDK-0882692 | CDK-0882698 |
| CDK-0882699 | CDK-0882699 |
| CDK-0882700 | CDK-0882701 |
| CDK-0882702 | CDK-0882705 |
| CDK-0882706 | CDK-0882709 |
| CDK-0882710 | CDK-0882711 |
| CDK-0882712 | CDK-0882716 |
| CDK-0882860 | CDK-0882860 |
| CDK-0882861 | CDK-0882861 |
| CDK-0882903 | CDK-0882904 |
| CDK-0882905 | CDK-0882907 |
| CDK-0884086 | CDK-0884086 |
| CDK-0884087 | CDK-0884088 |
| CDK-0884716 | CDK-0884717 |
| CDK-0886747 | CDK-0886748 |
| CDK-0886854 | CDK-0886855 |
| CDK-0886856 | CDK-0886857 |
| CDK-0887067 | CDK-0887067 |
| CDK-0887068 | CDK-0887084 |
| CDK-0887085 | CDK-0887103 |
| CDK-0887104 | CDK-0887114 |
| CDK-0887115 | CDK-0887120 |
| CDK-0887121 | CDK-0887127 |
| CDK-0887128 | CDK-0887130 |
| CDK-0887150 | CDK-0887150 |
| CDK-0887151 | CDK-0887156 |
| CDK-0887157 | CDK-0887161 |
| CDK-0887162 | CDK-0887162 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0887163 | CDK-0887164 |
| CDK-0887165 | CDK-0887167 |
| CDK-0887243 | CDK-0887243 |
| CDK-0887244 | CDK-0887246 |
| CDK-0887247 | CDK-0887252 |
| CDK-0887258 | CDK-0887259 |
| CDK-0887260 | CDK-0887261 |
| CDK-0887262 | CDK-0887262 |
| CDK-0887263 | CDK-0887263 |
| CDK-0887264 | CDK-0887279 |
| CDK-0887280 | CDK-0887280 |
| CDK-0887281 | CDK-0887281 |
| CDK-0887282 | CDK-0887282 |
| CDK-0887283 | CDK-0887284 |
| CDK-0887285 | CDK-0887285 |
| CDK-0887286 | CDK-0887301 |
| CDK-0887302 | CDK-0887302 |
| CDK-0887303 | CDK-0887319 |
| CDK-0887320 | CDK-0887330 |
| CDK-0887331 | CDK-0887332 |
| CDK-0887333 | CDK-0887338 |
| CDK-0887339 | CDK-0887340 |
| CDK-0887341 | CDK-0887342 |
| CDK-0887343 | CDK-0887358 |
| CDK-0887359 | CDK-0887360 |
| CDK-0887361 | CDK-0887373 |
| CDK-0887374 | CDK-0887374 |
| CDK-0887375 | CDK-0887375 |
| CDK-0887376 | CDK-0887377 |
| CDK-0887378 | CDK-0887379 |
| CDK-0887380 | CDK-0887381 |
| CDK-0887382 | CDK-0887382 |
| CDK-0887383 | CDK-0887384 |
| CDK-0887385 | CDK-0887385 |
| CDK-0887386 | CDK-0887387 |
| CDK-0887388 | CDK-0887403 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0887407 | CDK-0887409 |
| CDK-0887481 | CDK-0887481 |
| CDK-0887482 | CDK-0887483 |
| CDK-0887484 | CDK-0887484 |
| CDK-0887485 | CDK-0887503 |
| CDK-0887504 | CDK-0887529 |
| CDK-0887534 | CDK-0887535 |
| CDK-0887536 | CDK-0887539 |
| CDK-0887617 | CDK-0887617 |
| CDK-0887618 | CDK-0887624 |
| CDK-0887625 | CDK-0887625 |
| CDK-0887626 | CDK-0887626 |
| CDK-0887627 | CDK-0887627 |
| CDK-0887628 | CDK-0887628 |
| CDK-0887629 | CDK-0887629 |
| CDK-0887630 | CDK-0887630 |
| CDK-0887631 | CDK-0887631 |
| CDK-0887632 | CDK-0887632 |
| CDK-0887633 | CDK-0887633 |
| CDK-0887634 | CDK-0887634 |
| CDK-0887635 | CDK-0887635 |
| CDK-0887636 | CDK-0887636 |
| CDK-0887637 | CDK-0887637 |
| CDK-0887638 | CDK-0887638 |
| CDK-0887639 | CDK-0887639 |
| CDK-0887640 | CDK-0887640 |
| CDK-0887641 | CDK-0887641 |
| CDK-0887642 | CDK-0887642 |
| CDK-0887643 | CDK-0887643 |
| CDK-0887644 | CDK-0887644 |
| CDK-0887645 | CDK-0887645 |
| CDK-0887646 | CDK-0887646 |
| CDK-0887647 | CDK-0887647 |
| CDK-0887648 | CDK-0887648 |
| CDK-0887649 | CDK-0887649 |
| CDK-0887650 | CDK-0887650 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0887651 | CDK-0887651 |
| CDK-0887652 | CDK-0887652 |
| CDK-0887653 | CDK-0887653 |
| CDK-0887654 | CDK-0887654 |
| CDK-0887655 | CDK-0887655 |
| CDK-0887656 | CDK-0887656 |
| CDK-0887660 | CDK-0887660 |
| CDK-0887661 | CDK-0887661 |
| CDK-0887662 | CDK-0887662 |
| CDK-0887663 | CDK-0887665 |
| CDK-0887666 | CDK-0887666 |
| CDK-0887667 | CDK-0887667 |
| CDK-0887668 | CDK-0887668 |
| CDK-0887669 | CDK-0887669 |
| CDK-0887670 | CDK-0887673 |
| CDK-0887674 | CDK-0887677 |
| CDK-0887678 | CDK-0887680 |
| CDK-0887681 | CDK-0887683 |
| CDK-0887693 | CDK-0887695 |
| CDK-0889051 | CDK-0889053 |
| CDK-0889054 | CDK-0889067 |
| CDK-0889068 | CDK-0889072 |
| CDK-0889890 | CDK-0889891 |
| CDK-0889892 | CDK-0889892 |
| CDK-0889942 | CDK-0889943 |
| CDK-0889944 | CDK-0889945 |
| CDK-0889952 | CDK-0889955 |
| CDK-0889956 | CDK-0889957 |
| CDK-0890689 | CDK-0890697 |
| CDK-0890698 | CDK-0890704 |
| CDK-0890712 | CDK-0890720 |
| CDK-0890721 | CDK-0890727 |
| CDK-0906432 | CDK-0906432 |
| CDK-0906433 | CDK-0906437 |
| CDK-0910182 | CDK-0910190 |
| CDK-0917809 | CDK-0917810 |

MILBERG TADLER PHILLIPS GROSSMAN LLP

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0917811 | CDK-0917813 |
| CDK-0938260 | CDK-0938261 |
| CDK-0938352 | CDK-0938353 |
| CDK-0938354 | CDK-0938354 |
| CDK-0938355 | CDK-0938355 |
| CDK-0938356 | CDK-0938356 |
| CDK-0938357 | CDK-0938357 |
| CDK-0938358 | CDK-0938358 |
| CDK-0938359 | CDK-0938364 |
| CDK-0938365 | CDK-0938365 |
| CDK-0938669 | CDK-0938672 |
| CDK-0938673 | CDK-0938673 |
| CDK-0938974 | CDK-0938976 |
| CDK-0938977 | CDK-0938977 |
| CDK-0938978 | CDK-0938984 |
| CDK-0939167 | CDK-0939170 |
| CDK-0939171 | CDK-0939171 |
| CDK-0940068 | CDK-0940070 |
| CDK-0940304 | CDK-0940306 |
| CDK-0940307 | CDK-0940307 |
| CDK-0940410 | CDK-0940413 |
| CDK-0940414 | CDK-0940414 |
| CDK-0940446 | CDK-0940448 |
| CDK-0940605 | CDK-0940607 |
| CDK-0940618 | CDK-0940620 |
| CDK-0940621 | CDK-0940621 |
| CDK-0940658 | CDK-0940658 |
| CDK-0940659 | CDK-0940664 |
| CDK-0940773 | CDK-0940774 |
| CDK-0940775 | CDK-0940775 |
| CDK-0940783 | CDK-0940783 |
| CDK-0940784 | CDK-0940788 |
| CDK-0940877 | CDK-0940879 |
| CDK-0940880 | CDK-0940880 |
| CDK-0954937 | CDK-0954938 |
| CDK-0954939 | CDK-0954941 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-0979780 | CDK-0979781 |
| CDK-0985405 | CDK-0985407 |
| CDK-0985419 | CDK-0985420 |
| CDK-0985422 | CDK-0985423 |
| CDK-0985424 | CDK-0985426 |
| CDK-0985434 | CDK-0985436 |
| CDK-0985446 | CDK-0985448 |
| CDK-0985454 | CDK-0985455 |
| CDK-0985458 | CDK-0985459 |
| CDK-0985463 | CDK-0985465 |
| CDK-0985479 | CDK-0985480 |
| CDK-0987483 | CDK-0987484 |
| CDK-1038861 | CDK-1038861 |
| CDK-1042475 | CDK-1042475 |
| CDK-1042476 | CDK-1042478 |
| CDK-1042479 | CDK-1042491 |
| CDK-1042492 | CDK-1042579 |
| CDK-1049286 | CDK-1049286 |
| CDK-1049287 | CDK-1049302 |
| CDK-1075074 | CDK-1075075 |
| CDK-1075076 | CDK-1075076 |
| CDK-1077055 | CDK-1077056 |
| CDK-1083362 | CDK-1083364 |
| CDK-1083365 | CDK-1083379 |
| CDK-1083380 | CDK-1083384 |
| CDK-1084260 | CDK-1084260 |
| CDK-1088393 | CDK-1088393 |
| CDK-1088394 | CDK-1088396 |
| CDK-1088397 | CDK-1088409 |
| CDK-1088410 | CDK-1088497 |
| CDK-1090651 | CDK-1090654 |
| CDK-1091392 | CDK-1091393 |
| CDK-1091432 | CDK-1091432 |
| CDK-1091433 | CDK-1091434 |
| CDK-1092177 | CDK-1092178 |
| CDK-1092179 | CDK-1092180 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-1092428 | CDK-1092428 |
| CDK-1092429 | CDK-1092430 |
| CDK-1093363 | CDK-1093363 |
| CDK-1093364 | CDK-1093365 |
| CDK-1108221 | CDK-1108223 |
| CDK-1130060 | CDK-1130060 |
| CDK-1131830 | CDK-1131830 |
| CDK-1131831 | CDK-1131836 |
| CDK-1156361 | CDK-1156363 |
| CDK-1156364 | CDK-1156365 |
| CDK-1157114 | CDK-1157117 |
| CDK-1157118 | CDK-1157141 |
| CDK-1157276 | CDK-1157279 |
| CDK-1157995 | CDK-1157997 |
| CDK-1164144 | CDK-1164145 |
| CDK-1164146 | CDK-1164147 |
| CDK-1164148 | CDK-1164170 |
| CDK-1164171 | CDK-1164173 |
| CDK-1164443 | CDK-1164443 |
| CDK-1164444 | CDK-1164445 |
| CDK-1164480 | CDK-1164480 |
| CDK-1164605 | CDK-1164607 |
| CDK-1164734 | CDK-1164736 |
| CDK-1164739 | CDK-1164741 |
| CDK-1165359 | CDK-1165361 |
| CDK-1171725 | CDK-1171725 |
| CDK-1183676 | CDK-1183677 |
| CDK-1186844 | CDK-1186845 |
| CDK-1186846 | CDK-1186849 |
| CDK-1186850 | CDK-1186851 |
| CDK-1186852 | CDK-1186854 |
| CDK-1189545 | CDK-1189546 |
| CDK-1192846 | CDK-1192846 |
| CDK-1195565 | CDK-1195565 |
| CDK-1199501 | CDK-1199502 |
| CDK-1207113 | CDK-1207114 |

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-1207115 | CDK-1207116 |
| CDK-1207487 | CDK-1207487 |
| CDK-1788992 | CDK-1788993 |
| CDK-1789011 | CDK-1789014 |
| CDK-1880098 | CDK-1880099 |
| CDK-1880167 | CDK-1880169 |
| CDK-1880469 | CDK-1880470 |
| CDK-1881916 | CDK-1881916 |
| CDK-1881941 | CDK-1881942 |

**Exhibit D**

| Bates Beg_Authenticom | Bates End_Authenticom |
|---|---|
| CDK-2053049 | CDK-2053049 |
| CDK-2053050 | CDK-2053054 |
| CDK-2053081 | CDK-2053081 |
| CDK-2053082 | CDK-2053082 |
| CDK-2053091 | CDK-2053092 |
| CDK-2085868 | CDK-2085869 |
| CDK-2099382 | CDK-2099383 |
| CDK-2110849 | CDK-2110850 |
| CDK-2110858 | CDK-2110859 |
| CDK-2110869 | CDK-2110870 |
| CDK-2120490 | CDK-2120492 |
| CDK-2162695 | CDK-2162695 |
| CDK-2177494 | CDK-2177494 |
| CDK-2179568 | CDK-2179568 |
| CDK-2179569 | CDK-2179569 |
| CDK-2182111 | CDK-2182112 |
| CDK-2182113 | CDK-2182115 |
| CDK-2184832 | CDK-2184833 |
| CDK-2185599 | CDK-2185600 |
| CDK-2185601 | CDK-2185602 |
| CDK-2196713 | CDK-2196716 |
| CDK-2196717 | CDK-2196720 |
| CDK-2196721 | CDK-2196746 |
| CDK-2196766 | CDK-2196766 |
| CDK-2241802 | CDK-2241802 |
| CDK-2241803 | CDK-2241803 |
| CDK-2242117 | CDK-2242119 |
| CDK-2242210 | CDK-2242210 |
| CDK-2242355 | CDK-2242357 |
| CDK-2242873 | CDK-2242875 |
| CDK-2243234 | CDK-2243235 |
| CDK-2243450 | CDK-2243452 |

MILBERG TADLER PHILLIPS GROSSMAN LLP