# EXHIBIT 10

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza 19th Floor ● New York, NY 10119 ● 212.594.5300 ● F 212.868.1229 ● www.milberg.com

July 25, 2018

**Via E-Mail**

Matthew D. Provance, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
MProvance@mayerbrown.com

Re: *In Re: Dealer Management Systems Antitrust Litigation*,
MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)

Dear Matt:

As you know, we have consistently communicated to you that we challenge and plan to file a motion regarding waiver of the clawback documents in their entirety. In addition, we disagree with many of the assertions in your July 20, 2018 letter, but in order to engage in productive dialogue, this letter addresses the specific documents CDK wants to claw back that are still in contention as to whether attorney-client privilege attaches.

MDL Plaintiffs accept CDK's offer to withdraw its request to claw back the documents listed on page 4 of its July 20 letter. MDL Plaintiffs also agree to stipulate that CDK's production of those documents alone does not operate to waive privilege over any subject matter. Finally, MDL Plaintiffs will not dispute the production of CDK-2046410, CDK-2046413, and CDK-2418904 with the redactions noted in footnote 3 of your July 20 letter.

To focus our discussion for Thursday's meet-and-confer, in addition to the waiver challenge, MDL Plaintiffs currently intend (subject to any compromises we can reach at our meet and confer) to challenge CDK's specific assertion of privilege for the following documents:

Matthew D. Provance
July 25, 2018
Page 2

1. CDK-0263645
2. CDK-0345727
3. CDK-0345736
4. CDK-0345738
5. CDK-0741384
6. CDK-0749489
7. CDK-0778474
8. CDK-0825389
9. CDK-0825391
10. CDK-0825392
11. CDK-0825393
12. CDK-0825394
13. CDK-0825395
14. CDK-0878996
15. CDK-0881611
16. CDK-0881612
17. CDK-0881681
18. CDK-0881683
19. CDK-0881687
20. CDK-0881688
21. CDK-0881689
22. CDK-0881693
23. CDK-0881700
24. CDK-0887162
25. CDK-0887618
26. CDK-0887625
27. CDK-0887693
28. CDK-0889051
29. CDK-0889890
30. CDK-0902521
31. CDK-0902525
32. CDK-0940877
33. CDK-1082360
34. CDK-1083380
35. CDK-1291734
36. CDK-1291789
37. CDK-2263761
38. CDK-2263763
39. CDK-2263766
40. CDK-2286595
41. CDK-2428957

Discussions of these documents on Thursday's meet and confer will be most efficient. With respect to the remaining documents we identified in our July 11 and July 13 letters, MDL

Matthew D. Provance
July 25, 2018
Page 3

Plaintiffs do not intend to challenge CDK's specific assertion of privilege, again subject to our overall waiver argument.


Very truly yours,


      */s/ Elizabeth McKenna*                                            */s/ Joshua Hafenbrack*
      Elizabeth McKenna                                                   Joshua Hafenbrack


cc: CDK-MDL-Team@mayerbrown.com
    Peggy Wedgworth, John Hughes, Michael Acciavatti
    Derek Ho, Michael Nemelka, Benjamin Rudofsky