# EXHIBIT 11-A REDACTED