EXHIBIT 11-B REDACTED