# EXHIBIT 14-A REDACTED