# EXHIBIT 14-B REDACTED