# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION

Case Number: 1:18-CV-00864

An appearance is hereby filed by the undersigned as attorney for:

Dominion Enterprises, Inc.

Attorney name (type or print): Jeffrey T. Norberg

Firm: Neal & McDevitt, LLC

Street address: 1776 Ash Street

City/State/Zip: Northfield, IL 60093

Bar ID Number: 6315012
(See item 3 in instructions)

Telephone Number: 847-881-2468

Email Address: jnorberg@nealmcdevitt.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 31, 2018

Attorney signature: S/ Jeffrey T. Norberg

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015