# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                              Plaintiff,

v.                                                   Case No.: 1:18−cv−00864

                                                                Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 6, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Dealership Class Plaintiffs' motion for leave to file under seal [288] is granted. Class Plaintiffs' (unopposed) motion for leave to file under seal [292] is granted. Class Plaintiffs' motion to convert the Reynolds and Reynolds Company's motion to dismiss to a motion for summary judgment and stay further briefing [290] is taken under advisement; The Reynolds and Reynolds Company shall file its opposition to the Class Plaintiffs' Motion by 8/9/2018; The Class Plaintiffs shall file their reply in support of their motion by 8/15/2018. This case remains set for status on 8/16/2018 at 10:30 a.m. Notice of motion date of 8/7/2018 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.