IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br> ALL ACTIONS | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS RELATED
TO PLAINTIFFS' AND DEFENDANTS' MOTIONS TO COMPEL**

Pursuant to Local Rule 7.1, The Dealership Class Plaintiffs ("Dealership Plaintiffs"), Vendor Class Plaintiff Loop, LLC, d/b/a AutoLoop ("AutoLoop"), Plaintiff Cox Automotive, Inc. ("Cox Automotive"), Plaintiff Authenticom, Inc. ("Authenticom"), Plaintiff Motor Vehicle Software Corp. ("MVSC"), Defendant CDK Global, LLC ("CDK"), and Defendant The Reynolds and Reynolds Company ("Reynolds") (collectively, the "Parties"), by and through their undersigned counsel, jointly submit this Stipulation and proposed Order regarding the page limits applicable to the Parties' briefs in support of their respective consolidated motions to compel discovery.

WHEREAS, on May 7, 2018, Judge Amy J. St. Eve entered a Case Management Order applicable to all cases pending in this Multidistrict Litigation ("MDL"). *See* Dkt. 166.

WHEREAS, pursuant to the Case Management Order, any motions to compel related to the parties' May 25, 2018 discovery requests are due to be filed on August 6, 2018.

WHEREAS, following various meet and confer sessions and related letter correspondence, the above-named Parties intend to move to compel discovery.

1

WHEREAS, with the goal of streamlining the motion to compel process and conserving the Court's judicial resources, the above-named Parties have reached the following stipulation with regard to the length of any memoranda submitted in support of their respective motions to compel.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Dealership Plaintiffs, Vendor Class Plaintiff Autoloop, Cox Automotive, Authenticom, MVSC, CDK, and Reynolds that:

1. The Plaintiffs collectively may file a brief of no more than 40 pages, exclusive of any exhibits, in support of their consolidated, omnibus motion to compel discovery from the Defendants.

2. The Defendants collectively may file a brief of no more than 40 pages, exclusive of any exhibits, in support of their consolidated, omnibus motion to compel discovery from the Plaintiffs.

3. To the extent Dealership Plaintiffs file an additional brief in support of Dealership Plaintiffs' motion to compel the production of documents previously produced by CDK to the FTC (*see* Dkt. 294), it will not be counted against the 40 pages agreed to for Plaintiffs' omnibus motion.

4. The Parties will address the page limits applicable to the response and reply briefs for these motions to compel at an appropriate time after the motions have been filed, or as the Court directs.

STIPULATED AND AGREED:

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Dealership Interim Lead Class Counsel*

*/s/ Derek T. Ho*
Derek T. Ho
Michael N. Nemelka
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, PLLC
1615 M Street, N.W., Suite 400
Washington, DC 60036
dho@kellogghansen.com
mnemelka@kellogghansen.com

*Counsel for Authenticom, Inc.; Cox Automotive, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
Kathy D. Patrick
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
kpatrick@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP

3

333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

SO ORDERED:

_____

Magistrate Judge Jeffrey T. Gilbert

4

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on August 6, 2018, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS RELATED TO DEFENDANTS' AND PLAINTIFFS' MOTIONS TO COMPEL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
E-mail: bmiller@mayerbrown.com