IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br><br> THE DEALERSHIP CLASS ACTION | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
RELATED TO DEALERSHIP PLAINTIFFS'
MOTION TO COMPEL DISCLOSURE OF CDK'S CLAWBACK DOCUMENTS**

Pursuant to Local Rule 78.3, The Dealership Class Plaintiffs ("Dealership Plaintiffs") and Defendant CDK Global, LLC ("CDK"), by and through their undersigned counsel, jointly submit this Stipulation and proposed Order regarding the briefing schedule applicable to the Dealership Plaintiffs' Motion to Compel Disclosure of CDK's Clawback Documents ("Motion").

WHEREAS, on July 30, 2018, the Dealership Plaintiffs filed their Motion and noticed it for presentment before the Court on September 11, 2018 at 9:15 a.m. *See* Dkts. 294, 295.

WHEREAS, the Dealership Plaintiffs and CDK have agreed on a briefing schedule related to the Motion, subject to approval by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Dealership Plaintiffs and CDK, that:

1. CDK's brief in opposition to the Dealership Plaintiffs' Motion is to be filed no later than August 20, 2018.

2. The Dealership Plaintiffs' reply brief related to the Motion is to be filed no later than September 4, 2018.

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Peggy J. Wedgworth* | /s/ *Britt M. Miller* |
| Peggy J. Wedgworth | Britt M. Miller |
| Elizabeth McKenna | Matthew D. Provance |
| MILBERG TADLER PHILLIPS GROSSMAN LLP | MAYER BROWN LLP |
| One Pennsylvania Plaza, 19th Floor | 71 South Wacker Drive |
| New York, NY 10119 | Chicago, IL 60606 |
| (212) 594-5300 | (312) 782-0600 |
| pwedgworth@milberg.com | bmiller@mayerbrown.com |
| emckenna@milberg.com | mprovance@mayerbrown.com |
| | |
| *Dealership Interim Lead Class Counsel* | Mark W. Ryan |
| | MAYER BROWN LLP |
| | 1999 K Street NW |
| | Washington, DC 20006 |
| | (202) 263-3000 |
| | mryan@mayerbrown.com |
| | |
| | *Counsel for Defendant* |
| | *CDK Global, LLC* |

SO ORDERED:

_____

Magistrate Judge Jeffrey T. Gilbert

**CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on August 6, 2018, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE RELATED TO DEALERSHIP PLAINTIFFS' MOTION TO COMPEL DISCLOSURE OF CDK'S CLAWBACK DOCUMENTS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                              */s/ Britt M. Miller*
                              Britt M. Miller
                              MAYER BROWN LLP
                              71 South Wacker Drive
                              Chicago, IL 60606
                              Phone: (312) 782-0600
                              Fax: (312) 701-7711
                              E-mail: bmiller@mayerbrown.com