# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) | MDL NO. 2817<br>Case No. 1:18-CV-00864 |
| This document relates to: | ) ) | |
| ALL CASES | ) ) | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF PRESENTMENT

PLEASE TAKE NOTICE that on Wednesday, August 22, 2018 at 10:00 a.m., in Room 1386, or as soon thereafter as counsel may be heard, counsel shall appear before Magistrate Judge Jeffrey T. Gilbert of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, to present **Non-Party Dominion Enterprises, Inc. Motion to Modify Confidentiality Order**, copies of which have been served pursuant to the attached certificate of service. This notice is made pursuant to Local Rules 5.3, 5.4, and 78.1.

Dated: August 6, 2018 	Respectfully submitted,

/s/ *Marc Schildkraut*
Marc Schildkraut
Deepti Bansal
Cooley LLP
1299 Pennsylvania Ave, NW,
Suite 700
Washington, DC 20004
(202) 728-7000
(202) 728-7027
mschildkraut@cooley.com
dbansal@cooley.com

Jeff Norberg, Ill. Bar No. 6315012
Neal & McDevitt, LLC
1776 Ash Street
Northfield, Il 60093
(847) 441-9100
jnorberg@nealmcdevitt.com

*Counsel for Non-Party Respondent
Dominion Enterprises, Inc.*

**CERTIFICATE OF SERVICE**

      I, Marc Schildkraut, an attorney, hereby certify that on August 6, 2018, I caused true and correct copies of the foregoing **Notice of Presentment** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      By: /s/ *Marc Schildkraut*
           Marc Schildkraut
           Cooley LLP
           1299 Pennsylvania Ave, NW, Suite 700
           Washington, DC 20004
           (202) 728-7000
           mschildkraut@cooley.com

           *Counsel for Non-Party Respondent Dominion Enterprises, Inc.*