# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) | MDL NO. 2817 Case No. 1:18-CV-00864 |
| This document relates to: | ) ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| ALL CASES | ) | Magistrate Judge Jeffrey T. Gilbert |

## LIST OF EXHIBITS TO NON-PARTY DOMINION ENTERPRISES, INC. MOTION TO MODIFY <u>CONFIDENTIALITY ORDER</u>

| Exhibit | Document |
|---|---|
| 1 | Declaration of Alan Andreu, dated August 3, 2018 |
| 2 | May 4, 2015 Letter from Aundrea K. Gulley to Guy R. Friddell III re Unauthorized Access to Reynolds-brand DMS |
| 3 | Notice of Subpoena from Authenticom, Inc. to CDK Global, LLC and Reynolds and Reynolds Company, dated June 12, 2017 |
| 4 | June 15, 2017 Letter from Autobase, Inc. to Reynolds & Reynolds Company re Notice of Subpoena |
| 5 | June 15, 2017 Letter from Dominion Dealer Soultions, LLC to CDK Global, LLC re Notice of Subpoena |
| 6 | January 10, 2018 Email from Marc Schildkraut to Michelle Umberger re Meet and Confer |
| 7 | August 2, 2018 Email from Joshua Hafenbrack to Marc Schildkraut re Dominion's Proposed Modification of the Agreed Confidentiality Order |
| 8 | August 6, 2018 Email from Peggy Wedgworth to Marc Schildkraut re Dominion's Proposed Modification of the Agreed Confidentiality Order |