# EXHIBIT 4



June 15, 2017

**Via FedEx**

The Reynolds and Reynolds Company
One Reynolds Way
Kettering, Ohio 45430
Attention: Data Services Director

    Re:    Reynolds Interface Agreement dated as of May 6, 2010, as amended, between The Reynolds and Reynolds Company and Autobase, Inc. (the "RIA")

Dear Sir/Madam:

    Please recall that we are an affiliate of Dominion Enterprises ("Dominion"). Dominion has been served with the enclosed subpoena to appear and testify at a hearing or trial in a civil action in connection with Authenticom, Inc. v. CDK Global, LLC and The Reynolds and Reynolds Company, Civil Action No. 3:17-CV-318-JDP, in the U.S. District Court for the Western District of Wisconsin (the "Authenticom Subpoena").

    In accordance with Section 2.7 of the RIA, we hereby notify you that pursuant to the Authenticom Subpoena we may be required to disclose Confidential Information (as defined in the RIA). This letter is to allow you to seek a protective order or other judicial relief if you so desire.

    If the Authenticom Subpoena is not quashed, we will take such action as may be required to comply with it, subject to any applicable protective order. We have identified Alan Andreu as our most knowledgeable person for purposes of appearing at the hearing. If you believe that our appearance and/or the production of documents pursuant to the Authenticom Subpoena may lead to the disclosure of Confidential Information, you may wish to see if the judge will exclude the public from any hearing or proceeding at which that disclosure may occur.

    Please let us know if you have any questions.

                          Sincerely yours,

                          AUTOBASE, INC.

                          By: _____
                               Guy R. Friddell, III
                               Vice President

cc:    The Reynolds and Reynolds Company
        One Reynolds Way
        Kettering, Ohio 45430
        Attention: Legal Department

        Mr. Tim Boughan