# EXHIBIT 5



June 15, 2017

**Via FedEx**

CDK Data Services, Inc.
1950 Hassell Road
Hoffman Estates, Illinois 60169
Attention: Chief Executive Officer

    Re:    Third Party Access Agreement dated October 31, 2016 between CDK Data Services, Inc. and Dominion Dealer Solutions, LLC (the "3PA")

Dear Sir/Madam:

Please recall that we are an affiliate of Dominion Enterprises ("Dominion"). Dominion has been served with the enclosed subpoena to appear and testify at a hearing or trial in a civil action in connection with Authenticom, Inc. v. CDK Global, LLC and The Reynolds and Reynolds Company, Civil Action No. 3:17-CV-318-JDP, in the U.S. District Court for the Western District of Wisconsin (the "Authenticom Subpoena").

In accordance with Section 10 of the 3PA and the Non-Disclosure Agreement referenced therein (the "NDA"), we hereby notify you that pursuant to the Authenticom Subpoena we may be required to disclose Confidential Information (as defined in the NDA). This letter is to allow you an opportunity to attempt to preclude or limit such disclosure if you so desire.

If the Authenticom Subpoena is not quashed, we will, upon advice of counsel, take such action as may be required to comply with it, subject to any applicable protective order. We have identified Alan Andreu as our most knowledgeable person for purposes of appearing at the hearing. If you believe that our appearance and/or the production of documents pursuant to the Authenticom Subpoena may lead to the disclosure of Confidential Information, you may wish to see if the judge will exclude the public from any hearing or proceeding at which that disclosure may occur.

Please let us know if you have any questions.

Sincerely yours,

DOMINION DEALER SOLUTIONS, LLC

By: _____
Guy R. Friddell, III
Vice President

cc:    CDK Data Services, Inc., Attention: General Counsel
       Mr. Kevin Distelhorst

150 Granby Street
Norfolk, VA 23510
888.783.8013

www.DriveDominion.com