# EXHIBIT 7

**From:** Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>
**Sent:** Thursday, August 2, 2018 2:18 PM
**To:** Schildkraut, Marc <mschildkraut@cooley.com>
**Subject:** RE: Dominion's Proposed Modification of the Agreed Confidentiality Order

Marc,

I can confirm our clients have no objection to this provision.

Regards, Josh.

---

**From:** Schildkraut, Marc [mailto:mschildkraut@cooley.com]
**Sent:** Thursday, August 2, 2018 8:38 AM
**To:** Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>
**Subject:** Dominion's Proposed Modification of the Agreed Confidentiality Order

As we discussed you have tentatively agreed on behalf of your clients that they have no objection to Dominion's proposed change to the Confidentiality Order. I committed to sending you the proposed language so that you could provide me with your definite response regarding Dominion's proposal. Here is the proposed language:

> No Receiving Party with access to Confidential Information or Items of Dominion Enterprises, Inc., its affiliates and subsidiaries ("Dominion") shall provide advice, legal or otherwise, regarding business relationships with or business conduct affecting Dominion until one year after the conclusion of this Action. This prohibition does not extend to general advice, legal or otherwise, that the Receiving Party has concluded affects Dominion no differently than its competitors after undertaking reasonable due diligence to investigate the potential effect.

**Marc G. Schildkraut**
Partner
Cooley LLP
1299 Pennsylvania Avenue, NW• Suite 700
Washington, DC  20004
Direct: (202) 728-7000 • Fax: (202) 842-7899 • Cell (202) 957-5522
Email: mschildkraut@cooley.com • www.cooley.com
Bio: http://www.cooley.com/mschildkraut  •  Practice: www.cooley.com/antitrust

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.