# EXHIBIT 8

**From:** Wedgworth, Peggy <pwedgworth@milberg.com>
**Sent:** Monday, August 6, 2018 11:09 AM
**To:** Schildkraut, Marc <mschildkraut@cooley.com>
**Subject:** RE: Dominion's Proposed Modification of the Agreed Confidentiality Order

I have no objection to this additional provision to the agreed confidentiality order.

Peggy Wedgworth
Partner
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
Main:   212-594-5300
Direct: 646-515-1269
pwedgworth@milberg.com

vCard   Bio   Website

**From:** Schildkraut, Marc [mailto:mschildkraut@cooley.com]
**Sent:** Thursday, August 02, 2018 2:44 PM
**To:** Wedgworth, Peggy
**Subject:** Dominion's Proposed Modification of the Agreed Confidentiality Order

Thank you for talking with me today.  As we discussed, Reynolds has subpoenaed Dominion, a non-party in IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION, and has now filed a motion to compel Dominion to produce documents response to the subpoena.  In our opposition to the Reynolds motion, we will be proposing the following addition to the Confidentiality Order:

> No Receiving Party with access to Confidential Information or Items of Dominion Enterprises, Inc., its affiliates and subsidiaries ("Dominion") shall provide advice, legal or otherwise, regarding business relationships with or business conduct affecting Dominion until one year after the conclusion of this Action. This prohibition does not extend to general advice, legal or otherwise, that the Receiving Party has concluded affects Dominion no differently than its competitors after undertaking reasonable due diligence to investigate the potential effect.

We are hoping you would confirm that you have no objection to the additional provision.

**Marc G. Schildkraut**
Partner
Cooley LLP
1299 Pennsylvania Avenue, NW• Suite 700
Washington, DC  20004
Direct: (202) 728-7000 • Fax: (202) 842-7899 • Cell (202) 957-5522
Email: mschildkraut@cooley.com • www.cooley.com

1

Bio: http://www.cooley.com/mschildkraut • Practice: www.cooley.com/antitrust

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.