# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS | ) | MDL NO. 2817 |
| ANTITRUST LITIGATION | ) | Case No. 1:18-CV-00864 |
| | ) | |
| This document relates to: | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| ALL CASES | ) | Magistrate Judge Jeffrey T. Gilbert |

## INDEX OF AUTHORITY ONLY PUBLISHED IN ELECTRONIC DATABASE

| Authority Only Published in Electronic Database |
|---|
| *Trading Techs. Int'l, Inc. v. GL Consultants, Inc.*, 2011 WL 148252 (N.D. Ill. 2011) |
| *ST Sales Tech Holdings, LLC v. Daimler Chrysler Co., LLC*, 2008 WL 5634214 (E.D. Tex. 2008) |
| *Steuben Foods, Inc. v. Shibuya Hoppmann Corp.*, 2017 WL 1483548 (W.D.N.Y. 2017) |
| *Pinterest, Inc. v. Pintrips, Inc.*, 2014 WL 5364263 (N.D. Cal. 2014) |
| *PhishMe, Inc. v. Wombat Sec. Techs. Inc.*, 2017 WL 4138961 (D. Del. 2017) |
| *United States v. Aetna Inc.*, 2016 WL 8738422 (D.D.C. 2016) |
| *Jardin v. DATAllegro, Inc.*, 2011 WL 3299395 (S.D. Cal. 2011) |