## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION** | MDL No. 2817 |
| | Case No. 18-cv-00864 |
| **This Document Relates To:** | Hon. Robert M. Dow, Jr. |
| **THE DEALERSHIP CLASS ACTION** | Magistrate Judge Jeffrey T. Gilbert |

## DEALERSHIP CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Dealership Class Plaintiffs respectfully request leave to file Dealership Class Plaintiffs' Motion to Compel Disclosure of 1,807 Documents Defendant CDK Global, Inc. Previously Disclosed to the Federal Trade Commission, Declaration of Peggy J. Wedgworth, and exhibits, under seal. The Motion to Compel, the Declaration of Peggy J. Wedgworth, and/or the exhibits thereto contain information that has been designated as "CONFIDENTIAL" under the Agreed Protective Order (ECF No. 104). Dealership Class Plaintiffs will file a public, redacted version of the Motion to Compel, Declaration of Peggy J. Wedgworth, and the exhibits thereto.

Dated: August 6, 2018

Respectfully Submitted,

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com

## CERTIFICATE OF SERVICE

I, Peggy J. Wedgworth, an attorney, hereby certify that on August 6, 2018, I caused a true and correct copy of the foregoing **DEALERSHIP CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com