EXHIBIT 1

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-0034734 |
| CDK-0034735 |
| CDK-0034736 |
| CDK-0034737 |
| CDK-0059185 |
| CDK-0215038 |
| CDK-0215039 |
| CDK-0243732 |
| CDK-0243749 |
| CDK-0243760 |
| CDK-0245488 |
| CDK-0252595 |
| CDK-0252891 |
| CDK-0252892 |
| CDK-0253675 |
| CDK-0255563 |
| CDK-0264227 |
| CDK-0344678 |
| CDK-0344680 |
| CDK-0344681 |
| CDK-0344682 |
| CDK-0344684 |
| CDK-0344687 |
| CDK-0344694 |
| CDK-0344695 |
| CDK-0344697 |
| CDK-0344699 |
| CDK-0344704 |
| CDK-0344705 |
| CDK-0344708 |
| CDK-0344712 |
| CDK-0344714 |
| CDK-0344717 |
| CDK-0344722 |
| CDK-0344728 |
| CDK-0344729 |
| CDK-0344730 |
| CDK-0344732 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-0344734 |
| CDK-0359929 |
| CDK-0359930 |
| CDK-0359932 |
| CDK-0359963 |
| CDK-0359965 |
| CDK-0359966 |
| CDK-0359967 |
| CDK-0359968 |
| CDK-0359969 |
| CDK-0359970 |
| CDK-0359971 |
| CDK-0359973 |
| CDK-0359975 |
| CDK-0359977 |
| CDK-0359979 |
| CDK-0359981 |
| CDK-0359983 |
| CDK-0359984 |
| CDK-0359985 |
| CDK-0359986 |
| CDK-0359987 |
| CDK-0359988 |
| CDK-0359990 |
| CDK-0584895 |
| CDK-0584921 |
| CDK-0584931 |
| CDK-0584942 |
| CDK-0586089 |
| CDK-0586126 |
| CDK-0586280 |
| CDK-0596375 |
| CDK-0596378 |
| CDK-0596381 |
| CDK-0596384 |
| CDK-0596386 |
| CDK-0596391 |
| CDK-0596392 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-0596398 |
| CDK-0596401 |
| CDK-0596404 |
| CDK-0596406 |
| CDK-0596411 |
| CDK-0597877 |
| CDK-0597908 |
| CDK-0597919 |
| CDK-0597922 |
| CDK-0611303 |
| CDK-0611310 |
| CDK-0611315 |
| CDK-0611345 |
| CDK-0611348 |
| CDK-0611351 |
| CDK-0611354 |
| CDK-0611356 |
| CDK-0611361 |
| CDK-0611362 |
| CDK-0701258 |
| CDK-0701259 |
| CDK-0725023 |
| CDK-0725024 |
| CDK-0725028 |
| CDK-0725031 |
| CDK-0725035 |
| CDK-0725037 |
| CDK-0725038 |
| CDK-0726158 |
| CDK-0726159 |
| CDK-0726160 |
| CDK-0726166 |
| CDK-0728689 |
| CDK-0740039 |
| CDK-0750455 |
| CDK-0750456 |
| CDK-0750457 |
| CDK-0750458 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-0750459 |
| CDK-0750460 |
| CDK-0750469 |
| CDK-0750470 |
| CDK-0750476 |
| CDK-0750491 |
| CDK-0750496 |
| CDK-0750497 |
| CDK-0750498 |
| CDK-0750500 |
| CDK-0750510 |
| CDK-0750511 |
| CDK-0750512 |
| CDK-0750513 |
| CDK-0750536 |
| CDK-0750575 |
| CDK-0750614 |
| CDK-0750620 |
| CDK-0750629 |
| CDK-0750636 |
| CDK-0750641 |
| CDK-0750650 |
| CDK-0750675 |
| CDK-0750701 |
| CDK-0750703 |
| CDK-0751269 |
| CDK-0874337 |
| CDK-0874366 |
| CDK-0874392 |
| CDK-0879456 |
| CDK-0882871 |
| CDK-0940891 |
| CDK-0966861 |
| CDK-0967548 |
| CDK-0967550 |
| CDK-0969566 |
| CDK-0969757 |
| CDK-0969885 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-1018667 |
| CDK-1019054 |
| CDK-1019055 |
| CDK-1019785 |
| CDK-1019897 |
| CDK-1019951 |
| CDK-1020490 |
| CDK-1022663 |
| CDK-1054329 |
| CDK-1054331 |
| CDK-1055799 |
| CDK-1055801 |
| CDK-1111845 |
| CDK-1111846 |
| CDK-2046576 |
| CDK-2046578 |
| CDK-2046579 |
| CDK-2046598 |
| CDK-2046601 |
| CDK-2046603 |
| CDK-2046605 |
| CDK-2046607 |
| CDK-2046618 |
| CDK-2046626 |
| CDK-2046628 |
| CDK-2046636 |
| CDK-2046639 |
| CDK-2046641 |
| CDK-2046643 |
| CDK-2046644 |
| CDK-2046646 |
| CDK-2046648 |
| CDK-2046650 |
| CDK-2046652 |
| CDK-2046654 |
| CDK-2046656 |
| CDK-2046779 |
| CDK-2046781 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2046782 |
| CDK-2046783 |
| CDK-2046784 |
| CDK-2046786 |
| CDK-2046788 |
| CDK-2046801 |
| CDK-2046803 |
| CDK-2046807 |
| CDK-2046808 |
| CDK-2046811 |
| CDK-2046812 |
| CDK-2046815 |
| CDK-2046818 |
| CDK-2046824 |
| CDK-2046832 |
| CDK-2049443 |
| CDK-2053049 |
| CDK-2053050 |
| CDK-2053081 |
| CDK-2053082 |
| CDK-2053091 |
| CDK-2085868 |
| CDK-2098500 |
| CDK-2098567 |
| CDK-2099376 |
| CDK-2099378 |
| CDK-2099382 |
| CDK-2099961 |
| CDK-2099975 |
| CDK-2099976 |
| CDK-2100397 |
| CDK-2100547 |
| CDK-2100862 |
| CDK-2100867 |
| CDK-2100941 |
| CDK-2100998 |
| CDK-2106393 |
| CDK-2106581 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2106628 |
| CDK-2106630 |
| CDK-2106726 |
| CDK-2106727 |
| CDK-2106787 |
| CDK-2106788 |
| CDK-2107349 |
| CDK-2107503 |
| CDK-2107516 |
| CDK-2107539 |
| CDK-2107675 |
| CDK-2108360 |
| CDK-2110849 |
| CDK-2110858 |
| CDK-2110869 |
| CDK-2120490 |
| CDK-2120584 |
| CDK-2151430 |
| CDK-2151431 |
| CDK-2160322 |
| CDK-2162695 |
| CDK-2170258 |
| CDK-2171388 |
| CDK-2177494 |
| CDK-2179568 |
| CDK-2179569 |
| CDK-2182111 |
| CDK-2182113 |
| CDK-2184832 |
| CDK-2185599 |
| CDK-2185601 |
| CDK-2196713 |
| CDK-2196717 |
| CDK-2196721 |
| CDK-2196766 |
| CDK-2207937 |
| CDK-2209884 |
| CDK-2212195 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2214483 |
| CDK-2241802 |
| CDK-2241803 |
| CDK-2242117 |
| CDK-2242210 |
| CDK-2242355 |
| CDK-2242873 |
| CDK-2243234 |
| CDK-2243450 |
| CDK-2413209 |
| CDK-2413212 |
| CDK-2413220 |
| CDK-2413221 |
| CDK-2413222 |
| CDK-2413287 |
| CDK-2413289 |
| CDK-2413291 |
| CDK-2413293 |
| CDK-2413295 |
| CDK-2413296 |
| CDK-2413349 |
| CDK-2413351 |
| CDK-2413627 |
| CDK-2413628 |
| CDK-2413762 |
| CDK-2413767 |
| CDK-2413768 |
| CDK-2413769 |
| CDK-2413770 |
| CDK-2413771 |
| CDK-2414310 |
| CDK-2414312 |
| CDK-2414340 |
| CDK-2414344 |
| CDK-2414345 |
| CDK-2414358 |
| CDK-2414368 |
| CDK-2414377 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2414378 |
| CDK-2414380 |
| CDK-2414381 |
| CDK-2414382 |
| CDK-2414555 |
| CDK-2414563 |
| CDK-2414581 |
| CDK-2414936 |
| CDK-2414938 |
| CDK-2414939 |
| CDK-2414956 |
| CDK-2414974 |
| CDK-2414975 |
| CDK-2414976 |
| CDK-2414977 |
| CDK-2414978 |
| CDK-2414980 |
| CDK-2415004 |
| CDK-2415018 |
| CDK-2415026 |
| CDK-2415031 |
| CDK-2415038 |
| CDK-2415048 |
| CDK-2415061 |
| CDK-2415073 |
| CDK-2415198 |
| CDK-2415204 |
| CDK-2415268 |
| CDK-2415269 |
| CDK-2415443 |
| CDK-2415497 |
| CDK-2415498 |
| CDK-2415530 |
| CDK-2415542 |
| CDK-2415599 |
| CDK-2415696 |
| CDK-2415697 |
| CDK-2415700 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2415715 |
| CDK-2415720 |
| CDK-2415723 |
| CDK-2415774 |
| CDK-2415777 |
| CDK-2415778 |
| CDK-2415779 |
| CDK-2415780 |
| CDK-2415781 |
| CDK-2415782 |
| CDK-2415783 |
| CDK-2415784 |
| CDK-2415785 |
| CDK-2415786 |
| CDK-2415787 |
| CDK-2415788 |
| CDK-2415789 |
| CDK-2415791 |
| CDK-2415794 |
| CDK-2415810 |
| CDK-2415868 |
| CDK-2415869 |
| CDK-2415881 |
| CDK-2415887 |
| CDK-2415977 |
| CDK-2415978 |
| CDK-2416012 |
| CDK-2416326 |
| CDK-2416461 |
| CDK-2416484 |
| CDK-2416533 |
| CDK-2416536 |
| CDK-2416583 |
| CDK-2416584 |
| CDK-2416587 |
| CDK-2416588 |
| CDK-2416593 |
| CDK-2416599 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2416601 |
| CDK-2416611 |
| CDK-2416613 |
| CDK-2416692 |
| CDK-2416695 |
| CDK-2416733 |
| CDK-2416737 |
| CDK-2416740 |
| CDK-2416763 |
| CDK-2416813 |
| CDK-2416853 |
| CDK-2416856 |
| CDK-2416860 |
| CDK-2416883 |
| CDK-2416885 |
| CDK-2416888 |
| CDK-2416891 |
| CDK-2416894 |
| CDK-2416998 |
| CDK-2417002 |
| CDK-2417182 |
| CDK-2417209 |
| CDK-2417213 |
| CDK-2417370 |
| CDK-2417372 |
| CDK-2417387 |
| CDK-2417389 |
| CDK-2417390 |
| CDK-2417413 |
| CDK-2417427 |
| CDK-2417440 |
| CDK-2417441 |
| CDK-2417442 |
| CDK-2417443 |
| CDK-2417445 |
| CDK-2417475 |
| CDK-2417477 |
| CDK-2417479 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2417576 |
| CDK-2417643 |
| CDK-2417714 |
| CDK-2417784 |
| CDK-2417786 |
| CDK-2417805 |
| CDK-2417875 |
| CDK-2417884 |
| CDK-2417899 |
| CDK-2417968 |
| CDK-2417972 |
| CDK-2417973 |
| CDK-2417974 |
| CDK-2417978 |
| CDK-2417989 |
| CDK-2417990 |
| CDK-2417998 |
| CDK-2417999 |
| CDK-2418001 |
| CDK-2418004 |
| CDK-2418006 |
| CDK-2418009 |
| CDK-2418350 |
| CDK-2418354 |
| CDK-2418355 |
| CDK-2418356 |
| CDK-2418357 |
| CDK-2418358 |
| CDK-2418359 |
| CDK-2418360 |
| CDK-2418361 |
| CDK-2418362 |
| CDK-2418363 |
| CDK-2418364 |
| CDK-2418365 |
| CDK-2418366 |
| CDK-2418367 |
| CDK-2418368 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2418427 |
| CDK-2418428 |
| CDK-2418443 |
| CDK-2418444 |
| CDK-2418445 |
| CDK-2418446 |
| CDK-2418447 |
| CDK-2418455 |
| CDK-2418456 |
| CDK-2418457 |
| CDK-2418458 |
| CDK-2418459 |
| CDK-2418460 |
| CDK-2418461 |
| CDK-2418462 |
| CDK-2418463 |
| CDK-2418464 |
| CDK-2418465 |
| CDK-2418508 |
| CDK-2418570 |
| CDK-2418574 |
| CDK-2418576 |
| CDK-2418587 |
| CDK-2418588 |
| CDK-2418601 |
| CDK-2418715 |
| CDK-2418860 |
| CDK-2418861 |
| CDK-2418873 |
| CDK-2418874 |
| CDK-2418878 |
| CDK-2418945 |
| CDK-2418947 |
| CDK-2418949 |
| CDK-2418950 |
| CDK-2418956 |
| CDK-2418958 |
| CDK-2418960 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2418961 |
| CDK-2419004 |
| CDK-2419006 |
| CDK-2419007 |
| CDK-2419008 |
| CDK-2419026 |
| CDK-2419027 |
| CDK-2419028 |
| CDK-2419029 |
| CDK-2419030 |
| CDK-2419038 |
| CDK-2419042 |
| CDK-2419052 |
| CDK-2419053 |
| CDK-2419069 |
| CDK-2419070 |
| CDK-2419071 |
| CDK-2419073 |
| CDK-2419077 |
| CDK-2419094 |
| CDK-2419208 |
| CDK-2419209 |
| CDK-2419341 |
| CDK-2419419 |
| CDK-2419459 |
| CDK-2419460 |
| CDK-2419549 |
| CDK-2419557 |
| CDK-2419558 |
| CDK-2419637 |
| CDK-2419638 |
| CDK-2419681 |
| CDK-2419684 |
| CDK-2419989 |
| CDK-2419995 |
| CDK-2420005 |
| CDK-2420030 |
| CDK-2420035 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2420042 |
| CDK-2420044 |
| CDK-2420045 |
| CDK-2420046 |
| CDK-2420047 |
| CDK-2420048 |
| CDK-2420049 |
| CDK-2420054 |
| CDK-2420056 |
| CDK-2420057 |
| CDK-2420064 |
| CDK-2420072 |
| CDK-2420075 |
| CDK-2420076 |
| CDK-2420081 |
| CDK-2420088 |
| CDK-2420099 |
| CDK-2420100 |
| CDK-2420104 |
| CDK-2420107 |
| CDK-2420108 |
| CDK-2420128 |
| CDK-2420129 |
| CDK-2420130 |
| CDK-2420158 |
| CDK-2420159 |
| CDK-2420161 |
| CDK-2420162 |
| CDK-2420254 |
| CDK-2420255 |
| CDK-2420259 |
| CDK-2420263 |
| CDK-2420269 |
| CDK-2420271 |
| CDK-2420340 |
| CDK-2420348 |
| CDK-2420356 |
| CDK-2420357 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2420367 |
| CDK-2420369 |
| CDK-2420370 |
| CDK-2420371 |
| CDK-2420372 |
| CDK-2420375 |
| CDK-2420380 |
| CDK-2420423 |
| CDK-2420424 |
| CDK-2420426 |
| CDK-2420428 |
| CDK-2420432 |
| CDK-2420441 |
| CDK-2420519 |
| CDK-2420525 |
| CDK-2420528 |
| CDK-2420530 |
| CDK-2420532 |
| CDK-2420537 |
| CDK-2420539 |
| CDK-2420544 |
| CDK-2420568 |
| CDK-2420573 |
| CDK-2420592 |
| CDK-2420593 |
| CDK-2420594 |
| CDK-2420599 |
| CDK-2420602 |
| CDK-2420604 |
| CDK-2420613 |
| CDK-2420632 |
| CDK-2420845 |
| CDK-2420846 |
| CDK-2420851 |
| CDK-2420856 |
| CDK-2420858 |
| CDK-2420859 |
| CDK-2421039 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2421042 |
| CDK-2421043 |
| CDK-2421048 |
| CDK-2421049 |
| CDK-2421074 |
| CDK-2421077 |
| CDK-2421079 |
| CDK-2421082 |
| CDK-2421084 |
| CDK-2421085 |
| CDK-2421086 |
| CDK-2421088 |
| CDK-2421091 |
| CDK-2421092 |
| CDK-2421098 |
| CDK-2421099 |
| CDK-2421100 |
| CDK-2421101 |
| CDK-2421140 |
| CDK-2421142 |
| CDK-2421143 |
| CDK-2421145 |
| CDK-2421146 |
| CDK-2421219 |
| CDK-2421266 |
| CDK-2421270 |
| CDK-2421271 |
| CDK-2421274 |
| CDK-2421401 |
| CDK-2421420 |
| CDK-2421440 |
| CDK-2421469 |
| CDK-2421471 |
| CDK-2421525 |
| CDK-2421640 |
| CDK-2421683 |
| CDK-2421869 |
| CDK-2421870 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2421871 |
| CDK-2421872 |
| CDK-2421873 |
| CDK-2421874 |
| CDK-2421875 |
| CDK-2421877 |
| CDK-2421878 |
| CDK-2421879 |
| CDK-2421883 |
| CDK-2421885 |
| CDK-2421899 |
| CDK-2421903 |
| CDK-2421904 |
| CDK-2421905 |
| CDK-2421908 |
| CDK-2421910 |
| CDK-2421912 |
| CDK-2422012 |
| CDK-2422121 |
| CDK-2422155 |
| CDK-2422210 |
| CDK-2423267 |
| CDK-2423520 |
| CDK-2423523 |
| CDK-2423532 |
| CDK-2423553 |
| CDK-2423555 |
| CDK-2423573 |
| CDK-2423628 |
| CDK-2423802 |
| CDK-2423806 |
| CDK-2423812 |
| CDK-2423813 |
| CDK-2423844 |
| CDK-2423847 |
| CDK-2423864 |
| CDK-2423868 |
| CDK-2423883 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2423896 |
| CDK-2423909 |
| CDK-2423914 |
| CDK-2423915 |
| CDK-2423916 |
| CDK-2423924 |
| CDK-2423925 |
| CDK-2423933 |
| CDK-2423934 |
| CDK-2423935 |
| CDK-2423936 |
| CDK-2423937 |
| CDK-2423938 |
| CDK-2423939 |
| CDK-2423940 |
| CDK-2423941 |
| CDK-2423942 |
| CDK-2423943 |
| CDK-2423944 |
| CDK-2423946 |
| CDK-2423951 |
| CDK-2423952 |
| CDK-2423953 |
| CDK-2423966 |
| CDK-2423972 |
| CDK-2423992 |
| CDK-2423995 |
| CDK-2423996 |
| CDK-2423997 |
| CDK-2424013 |
| CDK-2424014 |
| CDK-2424077 |
| CDK-2424080 |
| CDK-2424081 |
| CDK-2424082 |
| CDK-2424083 |
| CDK-2424084 |
| CDK-2424085 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2424086 |
| CDK-2424516 |
| CDK-2425635 |
| CDK-2425636 |
| CDK-2425680 |
| CDK-2425684 |
| CDK-2425872 |
| CDK-2425873 |
| CDK-2425915 |
| CDK-2425916 |
| CDK-2425917 |
| CDK-2425918 |
| CDK-2425919 |
| CDK-2425920 |
| CDK-2425957 |
| CDK-2425970 |
| CDK-2425974 |
| CDK-2425976 |
| CDK-2425978 |
| CDK-2425982 |
| CDK-2425987 |
| CDK-2425989 |
| CDK-2425990 |
| CDK-2425991 |
| CDK-2425996 |
| CDK-2426014 |
| CDK-2426021 |
| CDK-2426032 |
| CDK-2426034 |
| CDK-2426035 |
| CDK-2426036 |
| CDK-2426038 |
| CDK-2426039 |
| CDK-2426068 |
| CDK-2426076 |
| CDK-2426080 |
| CDK-2426088 |
| CDK-2426091 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2426094 |
| CDK-2426095 |
| CDK-2426096 |
| CDK-2426102 |
| CDK-2426103 |
| CDK-2426104 |
| CDK-2426105 |
| CDK-2426106 |
| CDK-2426109 |
| CDK-2426114 |
| CDK-2426115 |
| CDK-2426116 |
| CDK-2426117 |
| CDK-2426118 |
| CDK-2426119 |
| CDK-2426120 |
| CDK-2426122 |
| CDK-2426123 |
| CDK-2426124 |
| CDK-2426130 |
| CDK-2426131 |
| CDK-2426212 |
| CDK-2426213 |
| CDK-2426320 |
| CDK-2426544 |
| CDK-2426546 |
| CDK-2426554 |
| CDK-2426570 |
| CDK-2426584 |
| CDK-2426592 |
| CDK-2426598 |
| CDK-2426603 |
| CDK-2426617 |
| CDK-2426775 |
| CDK-2426781 |
| CDK-2426797 |
| CDK-2426799 |
| CDK-2426818 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2426887 |
| CDK-2426889 |
| CDK-2426943 |
| CDK-2426946 |
| CDK-2426947 |
| CDK-2426948 |
| CDK-2426949 |
| CDK-2426950 |
| CDK-2426951 |
| CDK-2426952 |
| CDK-2426954 |
| CDK-2427030 |
| CDK-2427031 |
| CDK-2427032 |
| CDK-2427033 |
| CDK-2427034 |
| CDK-2427035 |
| CDK-2427036 |
| CDK-2427037 |
| CDK-2427038 |
| CDK-2427188 |
| CDK-2427189 |
| CDK-2427191 |
| CDK-2427196 |
| CDK-2427203 |
| CDK-2427215 |
| CDK-2427218 |
| CDK-2427219 |
| CDK-2427220 |
| CDK-2427221 |
| CDK-2427222 |
| CDK-2427224 |
| CDK-2427226 |
| CDK-2427241 |
| CDK-2427244 |
| CDK-2427245 |
| CDK-2427247 |
| CDK-2427249 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2427279 |
| CDK-2427280 |
| CDK-2427301 |
| CDK-2427461 |
| CDK-2427463 |
| CDK-2427478 |
| CDK-2427480 |
| CDK-2427531 |
| CDK-2427532 |
| CDK-2427533 |
| CDK-2427534 |
| CDK-2427535 |
| CDK-2427536 |
| CDK-2427537 |
| CDK-2427539 |
| CDK-2427541 |
| CDK-2427545 |
| CDK-2427547 |
| CDK-2427598 |
| CDK-2427599 |
| CDK-2427600 |
| CDK-2427601 |
| CDK-2427602 |
| CDK-2427603 |
| CDK-2427604 |
| CDK-2427606 |
| CDK-2427608 |
| CDK-2427609 |
| CDK-2427685 |
| CDK-2427686 |
| CDK-2427687 |
| CDK-2427688 |
| CDK-2427689 |
| CDK-2427690 |
| CDK-2427691 |
| CDK-2427692 |
| CDK-2427693 |
| CDK-2427724 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2427726 |
| CDK-2427761 |
| CDK-2427764 |
| CDK-2427765 |
| CDK-2427766 |
| CDK-2427767 |
| CDK-2427768 |
| CDK-2427771 |
| CDK-2427778 |
| CDK-2427781 |
| CDK-2427782 |
| CDK-2427785 |
| CDK-2427789 |
| CDK-2427790 |
| CDK-2427874 |
| CDK-2427875 |
| CDK-2427906 |
| CDK-2427909 |
| CDK-2427911 |
| CDK-2427930 |
| CDK-2427931 |
| CDK-2427957 |
| CDK-2427959 |
| CDK-2427961 |
| CDK-2427964 |
| CDK-2428001 |
| CDK-2428007 |
| CDK-2428016 |
| CDK-2428019 |
| CDK-2428020 |
| CDK-2428021 |
| CDK-2428039 |
| CDK-2428040 |
| CDK-2428041 |
| CDK-2428042 |
| CDK-2428076 |
| CDK-2428079 |
| CDK-2428080 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2428083 |
| CDK-2428084 |
| CDK-2428092 |
| CDK-2428145 |
| CDK-2428149 |
| CDK-2428152 |
| CDK-2428153 |
| CDK-2428154 |
| CDK-2428157 |
| CDK-2428160 |
| CDK-2428161 |
| CDK-2428162 |
| CDK-2428181 |
| CDK-2428184 |
| CDK-2428185 |
| CDK-2428213 |
| CDK-2428219 |
| CDK-2428225 |
| CDK-2428230 |
| CDK-2428235 |
| CDK-2428240 |
| CDK-2428241 |
| CDK-2428246 |
| CDK-2428250 |
| CDK-2428251 |
| CDK-2428261 |
| CDK-2428268 |
| CDK-2428274 |
| CDK-2428278 |
| CDK-2428279 |
| CDK-2428281 |
| CDK-2428283 |
| CDK-2428284 |
| CDK-2428285 |
| CDK-2428287 |
| CDK-2428289 |
| CDK-2428291 |
| CDK-2428292 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2428293 |
| CDK-2428297 |
| CDK-2428299 |
| CDK-2428300 |
| CDK-2428301 |
| CDK-2428302 |
| CDK-2428480 |
| CDK-2428482 |
| CDK-2428499 |
| CDK-2428510 |
| CDK-2428534 |
| CDK-2428577 |
| CDK-2428578 |
| CDK-2428664 |
| CDK-2428666 |
| CDK-2428744 |
| CDK-2428746 |
| CDK-2428755 |
| CDK-2428806 |
| CDK-2428840 |
| CDK-2428841 |
| CDK-2428951 |
| CDK-2428954 |
| CDK-2429004 |
| CDK-2429006 |
| CDK-2429044 |
| CDK-2429048 |
| CDK-2429051 |
| CDK-2429086 |
| CDK-2429449 |
| CDK-2429451 |
| CDK-2429454 |
| CDK-2429455 |
| CDK-2429456 |
| CDK-2429470 |
| CDK-2429492 |
| CDK-2429512 |
| CDK-2429629 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2429632 |
| CDK-2429633 |
| CDK-2429634 |
| CDK-2429635 |
| CDK-2429638 |
| CDK-2429639 |
| CDK-2429705 |
| CDK-2429706 |
| CDK-2429709 |
| CDK-2429710 |
| CDK-2429711 |
| CDK-2429712 |
| CDK-2429713 |
| CDK-2429717 |
| CDK-2429721 |
| CDK-2429724 |
| CDK-2429734 |
| CDK-2429736 |
| CDK-2429737 |
| CDK-2429738 |
| CDK-2429739 |
| CDK-2429741 |
| CDK-2429743 |
| CDK-2429745 |
| CDK-2429746 |
| CDK-2429748 |
| CDK-2429750 |
| CDK-2429751 |
| CDK-2429752 |
| CDK-2429753 |
| CDK-2429754 |
| CDK-2429756 |
| CDK-2429757 |
| CDK-2429758 |
| CDK-2429759 |
| CDK-2429761 |
| CDK-2429763 |
| CDK-2429783 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2429880 |
| CDK-2429882 |
| CDK-2429958 |
| CDK-2429960 |
| CDK-2430043 |
| CDK-2430147 |
| CDK-2430150 |
| CDK-2430152 |
| CDK-2430153 |
| CDK-2430442 |
| CDK-2430443 |
| CDK-2430444 |
| CDK-2430445 |
| CDK-2430446 |
| CDK-2430447 |
| CDK-2430458 |
| CDK-2430472 |
| CDK-2430473 |
| CDK-2430478 |
| CDK-2430479 |
| CDK-2430480 |
| CDK-2430481 |
| CDK-2430482 |
| CDK-2430483 |
| CDK-2430484 |
| CDK-2430485 |
| CDK-2430486 |
| CDK-2430487 |
| CDK-2430488 |
| CDK-2430489 |
| CDK-2430523 |
| CDK-2430526 |
| CDK-2430528 |
| CDK-2430532 |
| CDK-2430539 |
| CDK-2430542 |
| CDK-2430554 |
| CDK-2430570 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2430571 |
| CDK-2430582 |
| CDK-2430584 |
| CDK-2430585 |
| CDK-2430586 |
| CDK-2430587 |
| CDK-2430656 |
| CDK-2430657 |
| CDK-2430659 |
| CDK-2430674 |
| CDK-2430676 |
| CDK-2430694 |
| CDK-2430697 |
| CDK-2430699 |
| CDK-2430700 |
| CDK-2430736 |
| CDK-2430738 |
| CDK-2430739 |
| CDK-2430744 |
| CDK-2430747 |
| CDK-2430759 |
| CDK-2430761 |
| CDK-2430762 |
| CDK-2430768 |
| CDK-2430771 |
| CDK-2430772 |
| CDK-2430773 |
| CDK-2430774 |
| CDK-2430788 |
| CDK-2430789 |
| CDK-2430801 |
| CDK-2430805 |
| CDK-2430813 |
| CDK-2430815 |
| CDK-2430875 |
| CDK-2430911 |
| CDK-2430932 |
| CDK-2430933 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2430962 |
| CDK-2430963 |
| CDK-2430964 |
| CDK-2431037 |
| CDK-2431040 |
| CDK-2431042 |
| CDK-2431043 |
| CDK-2431044 |
| CDK-2431045 |
| CDK-2431067 |
| CDK-2431071 |
| CDK-2431110 |
| CDK-2431124 |
| CDK-2431126 |
| CDK-2431127 |
| CDK-2431142 |
| CDK-2431144 |
| CDK-2431145 |
| CDK-2431208 |
| CDK-2431210 |
| CDK-2431233 |
| CDK-2431238 |
| CDK-2431239 |
| CDK-2431246 |
| CDK-2431248 |
| CDK-2431249 |
| CDK-2431250 |
| CDK-2431251 |
| CDK-2431252 |
| CDK-2431255 |
| CDK-2431256 |
| CDK-2431257 |
| CDK-2431258 |
| CDK-2431261 |
| CDK-2431262 |
| CDK-2431263 |
| CDK-2431264 |
| CDK-2431266 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2431267 |
| CDK-2431268 |
| CDK-2431269 |
| CDK-2431270 |
| CDK-2431273 |
| CDK-2431275 |
| CDK-2431276 |
| CDK-2431278 |
| CDK-2431281 |
| CDK-2431283 |
| CDK-2431285 |
| CDK-2431287 |
| CDK-2431289 |
| CDK-2431291 |
| CDK-2431292 |
| CDK-2431293 |
| CDK-2431294 |
| CDK-2431297 |
| CDK-2431299 |
| CDK-2431300 |
| CDK-2431301 |
| CDK-2431304 |
| CDK-2431305 |
| CDK-2431306 |
| CDK-2431307 |
| CDK-2431308 |
| CDK-2431311 |
| CDK-2431312 |
| CDK-2431313 |
| CDK-2431314 |
| CDK-2431315 |
| CDK-2431319 |
| CDK-2431323 |
| CDK-2431326 |
| CDK-2431334 |
| CDK-2431335 |
| CDK-2431337 |
| CDK-2431338 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2431339 |
| CDK-2431340 |
| CDK-2431341 |
| CDK-2431408 |
| CDK-2431410 |
| CDK-2431411 |
| CDK-2431414 |
| CDK-2431417 |
| CDK-2431421 |
| CDK-2431423 |
| CDK-2431425 |
| CDK-2431428 |
| CDK-2431434 |
| CDK-2431437 |
| CDK-2431442 |
| CDK-2431444 |
| CDK-2431449 |
| CDK-2431452 |
| CDK-2431455 |
| CDK-2431459 |
| CDK-2431462 |
| CDK-2431469 |
| CDK-2431495 |
| CDK-2431511 |
| CDK-2431515 |
| CDK-2431519 |
| CDK-2431521 |
| CDK-2431527 |
| CDK-2431530 |
| CDK-2431533 |
| CDK-2431534 |
| CDK-2431573 |
| CDK-2431577 |
| CDK-2431580 |
| CDK-2431581 |
| CDK-2431582 |
| CDK-2431585 |
| CDK-2431586 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2431633 |
| CDK-2431634 |
| CDK-2431643 |
| CDK-2431646 |
| CDK-2431647 |
| CDK-2431648 |
| CDK-2431649 |
| CDK-2431650 |
| CDK-2431654 |
| CDK-2431664 |
| CDK-2431666 |
| CDK-2431670 |
| CDK-2431671 |
| CDK-2431675 |
| CDK-2431678 |
| CDK-2431679 |
| CDK-2431680 |
| CDK-2431681 |
| CDK-2431695 |
| CDK-2431698 |
| CDK-2431702 |
| CDK-2431704 |
| CDK-2431706 |
| CDK-2431710 |
| CDK-2431714 |
| CDK-2431724 |
| CDK-2431727 |
| CDK-2431731 |
| CDK-2431735 |
| CDK-2431738 |
| CDK-2431770 |
| CDK-2431773 |
| CDK-2431774 |
| CDK-2431792 |
| CDK-2431794 |
| CDK-2431845 |
| CDK-2431846 |
| CDK-2431847 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2431848 |
| CDK-2431849 |
| CDK-2431850 |
| CDK-2431851 |
| CDK-2431853 |
| CDK-2431855 |
| CDK-2431856 |
| CDK-2431858 |
| CDK-2431890 |
| CDK-2431894 |
| CDK-2431909 |
| CDK-2431911 |
| CDK-2431915 |
| CDK-2431918 |
| CDK-2431928 |
| CDK-2431930 |
| CDK-2431964 |
| CDK-2431966 |
| CDK-2431967 |
| CDK-2431968 |
| CDK-2431969 |
| CDK-2431970 |
| CDK-2431971 |
| CDK-2431972 |
| CDK-2431973 |
| CDK-2431974 |
| CDK-2431976 |
| CDK-2431977 |
| CDK-2432053 |
| CDK-2432054 |
| CDK-2432055 |
| CDK-2432056 |
| CDK-2432057 |
| CDK-2432058 |
| CDK-2432059 |
| CDK-2432060 |
| CDK-2432061 |
| CDK-2432063 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2432068 |
| CDK-2432075 |
| CDK-2432079 |
| CDK-2432110 |
| CDK-2432115 |
| CDK-2432116 |
| CDK-2432117 |
| CDK-2432118 |
| CDK-2432119 |
| CDK-2432122 |
| CDK-2432123 |
| CDK-2432124 |
| CDK-2432125 |
| CDK-2432126 |
| CDK-2432127 |
| CDK-2432128 |
| CDK-2432129 |
| CDK-2432130 |
| CDK-2432131 |
| CDK-2432132 |
| CDK-2432133 |
| CDK-2432134 |
| CDK-2432135 |
| CDK-2432136 |
| CDK-2432137 |
| CDK-2432138 |
| CDK-2432139 |
| CDK-2432140 |
| CDK-2432141 |
| CDK-2432142 |
| CDK-2432143 |
| CDK-2432171 |
| CDK-2432172 |
| CDK-2432177 |
| CDK-2432180 |
| CDK-2432231 |
| CDK-2432234 |
| CDK-2432270 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2432273 |
| CDK-2432274 |
| CDK-2432278 |
| CDK-2432290 |
| CDK-2432291 |
| CDK-2432292 |
| CDK-2432293 |
| CDK-2432294 |
| CDK-2432312 |
| CDK-2432320 |
| CDK-2432322 |
| CDK-2432343 |
| CDK-2432404 |
| CDK-2432406 |
| CDK-2432476 |
| CDK-2432477 |
| CDK-2432520 |
| CDK-2432768 |
| CDK-2432769 |
| CDK-2432829 |
| CDK-2432831 |
| CDK-2432885 |
| CDK-2432888 |
| CDK-2432889 |
| CDK-2432890 |
| CDK-2432891 |
| CDK-2432892 |
| CDK-2432893 |
| CDK-2432894 |
| CDK-2432896 |
| CDK-2432972 |
| CDK-2432973 |
| CDK-2432974 |
| CDK-2432975 |
| CDK-2432976 |
| CDK-2432977 |
| CDK-2432978 |
| CDK-2432979 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2432980 |
| CDK-2433143 |
| CDK-2433151 |
| CDK-2433152 |
| CDK-2433154 |
| CDK-2433156 |
| CDK-2433158 |
| CDK-2433160 |
| CDK-2433179 |
| CDK-2433181 |
| CDK-2433182 |
| CDK-2433183 |
| CDK-2433184 |
| CDK-2433775 |
| CDK-2433777 |
| CDK-2433782 |
| CDK-2433789 |
| CDK-2434237 |
| CDK-2434249 |
| CDK-2434250 |
| CDK-2434313 |
| CDK-2434316 |
| CDK-2434317 |
| CDK-2434318 |
| CDK-2434319 |
| CDK-2434320 |
| CDK-2434321 |
| CDK-2434322 |
| CDK-2434534 |
| CDK-2434646 |
| CDK-2434647 |
| CDK-2434648 |
| CDK-2434649 |
| CDK-2434650 |
| CDK-2434651 |
| CDK-2434719 |
| CDK-2434780 |
| CDK-2434783 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2434784 |
| CDK-2434785 |
| CDK-2434786 |
| CDK-2434787 |
| CDK-2434788 |
| CDK-2434789 |
| CDK-2434972 |
| CDK-2434975 |
| CDK-2434976 |
| CDK-2435017 |
| CDK-2435137 |
| CDK-2435373 |
| CDK-2435379 |
| CDK-2435396 |
| CDK-2435423 |
| CDK-2435425 |
| CDK-2435426 |
| CDK-2435460 |
| CDK-2435462 |
| CDK-2435488 |
| CDK-2435489 |
| CDK-2435494 |
| CDK-2435495 |
| CDK-2435496 |
| CDK-2435497 |
| CDK-2435498 |
| CDK-2435499 |
| CDK-2435500 |
| CDK-2435501 |
| CDK-2435502 |
| CDK-2435503 |
| CDK-2435504 |
| CDK-2435505 |
| CDK-2435509 |
| CDK-2435515 |
| CDK-2435516 |
| CDK-2435517 |
| CDK-2435521 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2435523 |
| CDK-2435605 |
| CDK-2435692 |
| CDK-2435693 |
| CDK-2435701 |
| CDK-2435746 |
| CDK-2435797 |
| CDK-2435799 |
| CDK-2435800 |
| CDK-2435815 |
| CDK-2435816 |
| CDK-2435818 |
| CDK-2435844 |
| CDK-2435846 |
| CDK-2435871 |
| CDK-2435872 |
| CDK-2436008 |
| CDK-2436010 |
| CDK-2436026 |
| CDK-2436030 |
| CDK-2436046 |
| CDK-2436050 |
| CDK-2436083 |
| CDK-2436086 |
| CDK-2436139 |
| CDK-2436181 |
| CDK-2436190 |
| CDK-2436235 |
| CDK-2436244 |
| CDK-2436295 |
| CDK-2436296 |
| CDK-2436303 |
| CDK-2436305 |
| CDK-2436307 |
| CDK-2436309 |
| CDK-2436310 |
| CDK-2436312 |
| CDK-2436314 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2436315 |
| CDK-2436316 |
| CDK-2436317 |
| CDK-2436320 |
| CDK-2436321 |
| CDK-2436322 |
| CDK-2436323 |
| CDK-2436324 |
| CDK-2436327 |
| CDK-2436328 |
| CDK-2436329 |
| CDK-2436330 |
| CDK-2436333 |
| CDK-2436334 |
| CDK-2436335 |
| CDK-2436336 |
| CDK-2436338 |
| CDK-2436339 |
| CDK-2436340 |
| CDK-2436341 |
| CDK-2436342 |
| CDK-2436345 |
| CDK-2436347 |
| CDK-2436348 |
| CDK-2436350 |
| CDK-2436353 |
| CDK-2436355 |
| CDK-2436357 |
| CDK-2436359 |
| CDK-2436361 |
| CDK-2436363 |
| CDK-2436364 |
| CDK-2436365 |
| CDK-2436366 |
| CDK-2436369 |
| CDK-2436371 |
| CDK-2436372 |
| CDK-2436373 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2436375 |
| CDK-2436395 |
| CDK-2436396 |
| CDK-2436444 |
| CDK-2436465 |
| CDK-2436466 |
| CDK-2436486 |
| CDK-2436497 |
| CDK-2436498 |
| CDK-2436511 |
| CDK-2436512 |
| CDK-2436539 |
| CDK-2436739 |
| CDK-2436742 |
| CDK-2436771 |
| CDK-2436773 |
| CDK-2436775 |
| CDK-2437182 |
| CDK-2437185 |
| CDK-2437375 |
| CDK-2437418 |
| CDK-2437419 |
| CDK-2437420 |
| CDK-2437421 |
| CDK-2437551 |
| CDK-2437561 |
| CDK-2437630 |
| CDK-2437633 |
| CDK-2437636 |
| CDK-2437643 |
| CDK-2437695 |
| CDK-2437697 |
| CDK-2437906 |
| CDK-2437908 |
| CDK-2437939 |
| CDK-2438143 |
| CDK-2438184 |
| CDK-2438189 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2438318 |
| CDK-2438319 |
| CDK-2438321 |
| CDK-2438410 |
| CDK-2438542 |
| CDK-2438551 |
| CDK-2438554 |
| CDK-2438557 |
| CDK-2438559 |
| CDK-2438560 |
| CDK-2438561 |
| CDK-2438562 |
| CDK-2438563 |
| CDK-2438564 |
| CDK-2438585 |
| CDK-2438651 |
| CDK-2438664 |
| CDK-2438934 |
| CDK-2438946 |
| CDK-2438948 |
| CDK-2438949 |
| CDK-2438950 |
| CDK-2438951 |
| CDK-2438952 |
| CDK-2438953 |
| CDK-2438954 |
| CDK-2438955 |
| CDK-2438956 |
| CDK-2438957 |
| CDK-2438958 |
| CDK-2438979 |
| CDK-2439280 |
| CDK-2439281 |
| CDK-2439282 |
| CDK-2439283 |
| CDK-2439719 |
| CDK-2439720 |
| CDK-2439722 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2439723 |
| CDK-2439730 |
| CDK-2439731 |
| CDK-2439732 |
| CDK-2439736 |
| CDK-2439807 |
| CDK-2439809 |
| CDK-2439810 |
| CDK-2439813 |
| CDK-2439814 |
| CDK-2439819 |
| CDK-2439820 |
| CDK-2439822 |
| CDK-2439841 |
| CDK-2439842 |
| CDK-2439844 |
| CDK-2439846 |
| CDK-2439857 |
| CDK-2439859 |
| CDK-2439861 |
| CDK-2439880 |
| CDK-2439884 |
| CDK-2439886 |
| CDK-2439893 |
| CDK-2440247 |
| CDK-2440248 |
| CDK-2440249 |
| CDK-2440250 |
| CDK-2440275 |
| CDK-2440277 |
| CDK-2440278 |
| CDK-2440279 |
| CDK-2440282 |
| CDK-2440284 |
| CDK-2440361 |
| CDK-2440364 |
| CDK-2440371 |
| CDK-2440412 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2440417 |
| CDK-2440420 |
| CDK-2440445 |
| CDK-2440447 |
| CDK-2440465 |
| CDK-2440467 |
| CDK-2440480 |
| CDK-2440484 |
| CDK-2440487 |
| CDK-2440488 |
| CDK-2440517 |
| CDK-2440520 |
| CDK-2440526 |
| CDK-2440529 |
| CDK-2440534 |
| CDK-2440536 |
| CDK-2440537 |
| CDK-2440540 |
| CDK-2440543 |
| CDK-2440546 |
| CDK-2440550 |
| CDK-2440554 |
| CDK-2440555 |
| CDK-2440557 |
| CDK-2440560 |
| CDK-2440561 |
| CDK-2440562 |
| CDK-2440641 |
| CDK-2440644 |
| CDK-2440646 |
| CDK-2440648 |
| CDK-2440649 |
| CDK-2440650 |
| CDK-2440651 |
| CDK-2440652 |
| CDK-2440653 |
| CDK-2440654 |
| CDK-2440655 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2440658 |
| CDK-2440660 |
| CDK-2440662 |
| CDK-2440664 |
| CDK-2440665 |
| CDK-2440666 |
| CDK-2440667 |
| CDK-2440668 |
| CDK-2440670 |
| CDK-2440671 |
| CDK-2440672 |
| CDK-2440674 |
| CDK-2440676 |
| CDK-2440677 |
| CDK-2440679 |
| CDK-2440681 |
| CDK-2440682 |
| CDK-2440684 |
| CDK-2440685 |
| CDK-2440686 |
| CDK-2440689 |
| CDK-2440691 |
| CDK-2440692 |
| CDK-2440694 |
| CDK-2440696 |
| CDK-2440697 |
| CDK-2440699 |
| CDK-2440703 |
| CDK-2440721 |
| CDK-2440724 |
| CDK-2440753 |
| CDK-2440809 |
| CDK-2440812 |
| CDK-2440813 |
| CDK-2440817 |
| CDK-2440820 |
| CDK-2440821 |
| CDK-2440823 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2440825 |
| CDK-2440827 |
| CDK-2440829 |
| CDK-2440831 |
| CDK-2440834 |
| CDK-2440835 |
| CDK-2440838 |
| CDK-2440840 |
| CDK-2440843 |
| CDK-2440844 |
| CDK-2440847 |
| CDK-2440850 |
| CDK-2440851 |
| CDK-2440853 |
| CDK-2440856 |
| CDK-2440857 |
| CDK-2440858 |
| CDK-2440859 |
| CDK-2440860 |
| CDK-2440861 |
| CDK-2440870 |
| CDK-2440873 |
| CDK-2440875 |
| CDK-2440876 |
| CDK-2440878 |
| CDK-2440905 |
| CDK-2440906 |
| CDK-2440994 |
| CDK-2441079 |
| CDK-2441080 |
| CDK-2441081 |
| CDK-2441085 |
| CDK-2441088 |
| CDK-2441091 |
| CDK-2441094 |
| CDK-2441097 |
| CDK-2441099 |
| CDK-2441102 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
|---|
| CDK-2441106 |
| CDK-2441108 |
| CDK-2441111 |
| CDK-2441114 |
| CDK-2441116 |
| CDK-2441120 |
| CDK-2441121 |
| CDK-2441124 |
| CDK-2441126 |
| CDK-2441134 |
| CDK-2441142 |
| CDK-2441145 |
| CDK-2441146 |
| CDK-2441149 |
| CDK-2441253 |
| CDK-2441334 |
| CDK-2441428 |
| CDK-2441429 |
| CDK-2441439 |
| CDK-2441484 |
| CDK-2441485 |
| CDK-2441486 |
| CDK-2441487 |
| CDK-2441488 |
| CDK-2441489 |
| CDK-2441491 |
| CDK-2441492 |
| CDK-2441493 |
| CDK-2441880 |
| CDK-2441911 |
| CDK-2441941 |
| CDK-2441942 |
| CDK-2441957 |
| CDK-2441958 |
| CDK-2441984 |
| CDK-2441987 |
| CDK-2441988 |
| CDK-2441994 |

*In re Dealer Management Systems Antitrust Litigation*
*MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)*

| Beg. Bates Numbers |
| --- |
| CDK-2441997 |
| CDK-2441998 |
| CDK-2442030 |
| CDK-2442239 |
| CDK-2442240 |
| CDK-2442252 |
| CDK-2442254 |
| CDK-2442255 |
| CDK-2442256 |
| CDK-2442257 |
| CDK-2442258 |
| CDK-2442259 |
| CDK-2442260 |
| CDK-2442261 |
| CDK-2442262 |
| CDK-2442263 |
| CDK-2442264 |
| CDK-2442265 |
| CDK-2442266 |
| CDK-2442267 |
| CDK-2442268 |