IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION** | MDL No. 2817<br>Case No. 18-cv-00864 |
| **This Document Relates To:** | Hon. Robert M. Dow, Jr. |
| **THE DEALERSHIP CLASS ACTION** | Magistrate Judge Jeffrey T. Gilbert |

### NOTICE OF MOTION

To: All Counsel of Record

YOU ARE HEREBY NOTIFIED THAT on Tuesday, September 11, 2018 at 9:15 a.m., in Room 2303, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEALERSHIP CLASS PLAINTIFFS' MOTION TO COMPEL DISCLOSURE OF 1,807 DOCUMENTS DEFENDANT CDK GLOBAL, INC. PREVIOUSLY DISCLOSED TO THE FEDERAL TRADE COMMISSION,** a copy of which has been served upon you.

Dated: August 6, 2018

Respectfully Submitted,

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com

## CERTIFICATE OF SERVICE

I, Peggy J. Wedgworth, an attorney, hereby certify that on August 6, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Peggy J. Wedgworth*
                                          Peggy J. Wedgworth
                                          **MILBERG TADLER PHILLIPS GROSSMAN LLP**
                                          One Pennsylvania Plaza, 19th Floor
                                          New York, NY 10119
                                          (212) 594-5300
                                          pwedgworth@milberg.com