**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |
| *Cox Automotive, Inc, et al. v. CDK Global, LLC*, Case No. 1:18-CV-1058 (N.D. Ill.) | |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | |
| *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | |
| *Motor Vehicle Software Corp. v. CDK Global, Inc., et al.*, Case No. 1:18-cv-865 (N.D. Ill.) | |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, August 14, 2018, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**, a copy of which is attached and served upon you.

| | |
|---|---|
| Dated: August 6, 2018 | Respectfully submitted, |
| */s/ Aundrea K. Gulley* | /s/ *Britt M. Miller* |
| Aundrea K. Gulley | Britt M. Miller |
| Kathy D. Patrick | Michael A. Scodro |
| Brian T. Ross | Matthew D. Provance |
| Brice A. Wilkinson | MAYER BROWN LLP |
| Ross A. MacDonald | 71 South Wacker Drive |
| GIBBS & BRUNS LLP | Chicago, IL 60606 |
| 1100 Louisiana Street, Suite 5300 | (312) 782-0600 |
| Houston, TX 77002 | bmiller@mayerbrown.com |
| (713) 751-5258 | mprovance@mayerbrown.com |
| agulley@gibbsbruns.com | |
| kpatrick@gibbsbruns.com | Mark W. Ryan |
| bross@gibbsbruns.com | MAYER BROWN LLP |
| bwilkinson@gibbsbruns.com | 1999 K Street NW |
| rmacdonald@gibbsbruns.com | Washington, DC 20006 |
| | (202) 263-3000 |
| Michael P.A. Cohen | mryan@mayerbrown.com |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | |
| 2099 Pennsylvania Ave., NW, Suite 100 | *Counsel for Defendant* |
| Washington, DC 20006 | *CDK Global, LLC* |
| (202) 747-1900 | |
| mcohen@sheppardmullin.com | |
| | |
| Leo D. Caseria | |
| SHEPPARD MULLIN RICHTER & HAMPTON, LLP | |
| 333 S. Hope St., 43rd Floor | |
| Los Angeles, CA 90071 | |
| (213) 617-4206 | |
| lcaseria@sheppardmullin.com | |
| | |
| *Counsel for Defendant The Reynolds and Reynolds Company* | |

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on August 6, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                    */s/ Britt M. Miller*_____
                                                    Britt M. Miller
                                                    MAYER BROWN LLP
                                                    71 South Wacker Drive
                                                    Chicago, IL  60606
                                                    Phone:  (312) 782-0600
                                                    Fax:  (312) 701-7711
                                                    E-mail:  bmiller@mayerbrown.com