**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to All Cases | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffery T. Gilbert |

**MDL PLAINTIFFS' MOTION TO SEAL THEIR OMNIBUS MOTION TO COMPEL**

MDL Plaintiffs respectfully request leave to file under seal certain documents accompanying their Omnibus Motion to Compel ("Motion"). MDL Plaintiffs' brief in support of the Motion and certain exhibits attached thereto include information from documents that Defendants have designated as "Confidential" or "Highly Confidential," and the MDL Plaintiffs therefore seek leave to file them under seal. MDL Plaintiffs will also file a public, redacted version of the Motion.

MDL Plaintiffs file this motion without prejudice to their ability challenge Defendants' improper use of the Confidential and Highly Confidential designations for documents that are not proprietary and do not contain trade secrets.

| | |
|---|---|
| Dated: August 6, 2018 | Respectfully submitted, |
| | |
| */s/ Peggy J. Wedgworth* | */s/ Derek T. Ho* |
| Peggy J. Wedgworth | Derek T. Ho |
| **MILBERG TADLER PHILLIPS** | **KELLOGG, HANSEN, TODD,** |
| **GROSSMAN LLP** | **FIGEL & FREDERICK, P.L.L.C.** |
| One Pennsylvania Plaza, 19th Floor | 1615 M Street, NW, Suite 400 |
| New York, NY 10119 | Washington, D.C. 20036 |
| (212) 594-5300 | (202) 326-7932 |
| pwedgworth@milberg.com | dho@kellogghansen.com |

*MDL Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

  I, Derek T. Ho, an attorney, hereby certify that on August 6, 2018, I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' MOTION TO SEAL THEIR OMNIBUS MOTION TO COMPEL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

            */s/ Derek T. Ho*
            Derek T. Ho
            **KELLOGG, HANSEN, TODD,**
             **FIGEL & FREDERICK, P.L.L.C.**
            1615 M Street, NW, Suite 400
            Washington, D.C. 20036
            (202) 326-7900
            dho@kellogghansen.com