# Exhibit F

**MILBERG TADLER PHILLIPS GROSSMAN** LLP

John Hughes
Direct Dial: (248)990-2588
jhughes@milberg.com

August 5, 2018

**VIA EMAIL**

Leo Caseria, Esq.
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422

Brian Ross, Esq.
Gibbs & Bruns LLP
1100 Louisiana Street, Suite 5300
Houston, TX 770022

Re: *In re Dealer Management Systems Antitrust Litig.*,
MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)

Dear Leo and Brian:

I write in response to your August 3, 2018 letter regarding certain Requests for Production still at issue.

**Pre-2013 Timeframe:** Thank you for agreeing to produce documents prior to 2013 for the two specified categories of documents below. This issue is now resolved between the parties.

- All documents reflecting communications between Reynolds and CDK about blocking Third Party Integrators' access to Dealer DMS data (Request No. 2); and

- All documents regarding changes to CDK's data access policies (Request No. 5)

**Request Nos. 9 and 12:** The parties have resolved our dispute on these RFPs pursuant to our correspondence yesterday.

**Request Nos. 10 and 18:** We are at an impasse.

**Request Nos. 33 and 34:** Given the timing of the motion to compel and multiple meet and confers, we are at an impasse.

One Pennsylvania Plaza 19th Floor ● New York, NY 10119 ● 212.594.5300 ● F 212.868.1229 ● www.milberg.com

Page 2

**Request 36 and 44:** We are at an impasse.

                                                Sincerely,

                                                */s/ John Hughes*

CC:    Derek T. Ho                              John Hughes
        Michael Nemelka

MILBERG TADLER PHILLIPS GROSSMAN LLP