## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                                 Plaintiff,

v.                                                    Case No.: 1:18−cv−00864

                                                                       Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 8, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties have filed multiple discovery motions in this case; some motions have been noticed before Judge Dow and some before Magistrate Judge Gilbert. In the future, all discovery motions should be noticed before Judge Gilbert. The parties also have submitted two proposed stipulations to Judge Gilbert−one related to an agreed briefing schedule on Dealership Plaintiffs' Motion to Compel Disclosure of CDK's Clawback Documents [294] and the other related to a stipulation on the page limits for the parties' motions to compel [312] and [316]. The Court will sign and enter those stipulations. The parties shall meet and confer and agree to briefing schedules for their motions to compel [308], [312] and [316] and submit their proposed briefing schedule(s) to Judge Gilbert. The Court will then enter an order setting those briefing schedules. The motion hearing noticed for 8/16/18 at 9:15 a.m. on Defendants CDK and Reynolds and Reynolds Company's Motion to Compel Certain Plaintiffs' Compliance with Discovery Obligations [312] is stricken with no appearance required. Respondent Dominion Enterprises Inc. filed a single memorandum of law [305] in opposition to Defendant Reynolds and Reynolds Company's Motion to Compel Production of Documents Pursuant to Subpoena [280] and in support of its Motion to Modify Confidentiality Order [303]. Defendant Reynolds and Reynolds shall file its response to Dominion's Motion to Modify Confidentiality Order [303] on 8/23/18 in conjunction with its reply in support of its Motion to Compel [280]. The Court will not set a date for a reply at this time. If Dominion believes a reply brief in support of its Motion to Modify Confidentiality Order [303] is necessary, it should seek leave to file a reply. The motion hearing set for 8/22/18 at 10:00 a.m. on Defendant Reynolds and Reynolds Company's Motion to Compel Production of Documents Pursuant to Subpoena [280] is stricken. The Court either will rule on the Motion [280] via CM/ECF or set a date for an in−court hearing. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.