# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |

### STIPULATION AND ORDER RE BRIEFING SCHEDULE RELATED TO DEALERSHIP PLAINTIFFS' MOTION TO COMPEL DISCLOSURE OF CDK'S CLAWBACK DOCUMENTS

Pursuant to Local Rule 78.3, The Dealership Class Plaintiffs ("Dealership Plaintiffs") and Defendant CDK Global, LLC ("CDK"), by and through their undersigned counsel, jointly submit this Stipulation and proposed Order regarding the briefing schedule applicable to the Dealership Plaintiffs' Motion to Compel Disclosure of CDK's Clawback Documents ("Motion").

WHEREAS, on July 30, 2018, the Dealership Plaintiffs filed their Motion and noticed it for presentment before the Court on September 11, 2018 at 9:15 a.m. *See* Dkts. 294, 295.

WHEREAS, the Dealership Plaintiffs and CDK have agreed on a briefing schedule related to the Motion, subject to approval by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Dealership Plaintiffs and CDK, that:

1. CDK's brief in opposition to the Dealership Plaintiffs' Motion is to be filed no later than August 20, 2018.

2. The Dealership Plaintiffs' reply brief related to the Motion is to be filed no later than September 4, 2018.

STIPULATED AND AGREED:

/s/ Peggy J. Wedgworth
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Dealership Interim Lead Class Counsel*

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant
CDK Global, LLC*

Date: 8/8/2018

SO ORDERED:

_____
Magistrate Judge Jeffrey T. Gilbert

2

## CERTIFICATE OF SERVICE

    I, Britt M. Miller, an attorney, hereby certify that on August 6, 2018, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE RELATED TO DEALERSHIP PLAINTIFFS' MOTION TO COMPEL DISCLOSURE OF CDK'S CLAWBACK DOCUMENTS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
E-mail: bmiller@mayerbrown.com