**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) | MDL No. 2817 Case No. 1:18-CV-00864 |
| *This Document Relates To:* | ) ) ) | Hon. Robert M. Dow, Jr. |
| The Dealership Class Action | ) ) ) | |


**DECLARATION OF SHERI ROBINSON**


I, Sheri Robinson, declare as follows:

1.      I am Vice President, Accounting for Defendant Reynolds & Reynolds Company ("Reynolds"), where I have been employed for the past 29 years.  I have personal knowledge of the facts set forth herein, and they are true and correct.

2.      I am required as part of my job responsibilities to be familiar with the contracts Reynolds uses when licensing its Dealer Management System ("DMS") solutions to its dealership customers.

3.      When one of Reynolds's dealership customers decides to license Reynolds's DMS, the dealership customer expressly agrees to be bound by the then-current version of Reynolds's Master Agreement.  The current version of Reynolds's Master Agreement, Version 3, has been effective since January 1, 2009, and applies to all DMS licenses entered into on or after that date.  Corrected Exhibit 2 to Reynolds's pending motions to dismiss (ECF No. 270) is an authentic, true and correct copy of Version 3 of the Master Agreement.

-2-

Executed this 6 day of August, 2018.

By: _____
Sheri Robinson