# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                            Plaintiff,

v.                                                  Case No.: 1:18−cv−00864

                                                 Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 16, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In re Dealer Management Systems Antitrust Litigation (MDL 2817) Status hearing held. Plaintiff Loop LLC's motion for appointment of Derek T. Ho as Interim Lead Counsel for the vendor class action [200] is granted for the reasons stated on the record and at the prior status hearings. Motion of Attorney Jana Law to withdraw as counsel for Hoover Automotive LLC [249] is granted. Briefing schedule entered on July 11, 2018 [250] on motions to dismiss is suspended pending the ruling on Dealership Class Plaintiffs' motion to convert Reynolds' 12(b)(6) motion to dismiss to a motion for summary judgment and stay further briefing [290]. As discussed on the record, response briefs will be due 10 days after the Court issues its ruling and reply briefs will be due 21 days thereafter. This case will be set for further status hearingand in all likelihood a motion hearing as wellafter the Court reviews the avalanche of paper that will be filed on the motions to dismiss. In addition, as discussed on the record, in view of the frequent motions to seal documents and the number of out−of−town counsel in this case, the Court will permit the provisional filing of documents under seal without filing a notice of motion for presentment on a date certain. In lieu of presentment of these routine motions, the Court will consider lifting the seal upon motion supported by a persuasive argument that the document(s) at issue should not be sealed under the controlling standard in this circuit. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.