PUBLIC VERSION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

*In re Dealer Management Systems Antitrust Litigation*, MDL 2817

*This document relates to:*

THE DEALERSHIP CLASS ACTION

No. 1:18-CV-864

Hon. Robert M. Dow, Jr.

Magistrate Judge Jeffrey T. Gilbert

## DECLARATION OF CHRIS MORRIS

I, Chris Morris, declare as follows:

1.  I am a Director of Sales at CDK Global, LLC ("CDK"). In connection with my role at CDK, I sent an email dated December 21, 2016, that is included in the email thread produced in the above-captioned matter at Bates number CDK-2286595-96. In that December 21 email, I forwarded a communication that I had received relating ████████████████████ ██████████████████ to Tom D'Ambrosio, Vice President and Associate General Counsel at CDK, among other CDK employees.

2.  In my December 21, 2016, email, I relayed information to Mr. D'Ambrosio ████████████████████████████████████████████████ ██████████████ with the expectation that Mr. D'Ambrosio would provide legal advice, as he deemed appropriate, ██████████████████████████ ████████████████████████████████

3.  On December 23, 2016, I sent a follow-up email on the same email thread ██████████████████████████████████ again to enable Mr. D'Ambrosio to provide legal advice as he deemed appropriate.

PUBLIC VERSION

4.     On multiple occasions prior my December 21 and December 23 emails, Mr.

D'Ambrosio provided legal advice related to ███████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████


I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief. Executed on August _22_, 2018 in Hoffman Estates, Illinois.

_____
                            Chris Morris