# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This document relates to:* | ) ) ) |
| THE DEALERSHIP CLASS ACTION | ) ) ) Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

To All Counsel of Record:

YOU ARE HEREBY NOTIFIED THAT on Thursday, August 29, 2018 at 9:15 a.m., in Room 2303, or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Robert M. Dow, Jr. in the United States District Court for the Northern District of Illinois, Eastern Division, to present **THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO CLARIFY ITS DISCOVERY RIGHTS AND OBLIGATIONS IN LIGHT OF ITS ARBITRATION RIGHTS AND THE CASE MANAGEMENT ORDER**, and the **MEMORANDUM OF LAW IN SUPPORT**, copies of which have been served pursuant to the attached certificate of service.

| | |
|---|---|
| Dated: August 24, 2018 | Respectfully submitted,<br><br>*/s/ Aundrea K. Gulley*<br>Aundrea K. Gulley<br>Kathy D. Patrick<br>Brian T. Ross<br>Brice A. Wilkinson<br>Ross A. MacDonald<br>Justin D. Patrick<br>GIBBS & BRUNS LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX 77002<br>(713) 751-5258<br>agulley@gibbsbruns.com<br>kpatrick@gibbsbruns.com<br>bross@gibbsbruns.com<br>bwilkinson@gibbsbruns.com<br>rmacdonald@gibbsbruns.com<br>jpatrick@gibbsbruns.com<br><br>Michael P.A. Cohen<br>SHEPPARD MULLIN RICHTER<br>& HAMPTON, LLP<br>2099 Pennsylvania Ave., NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1900<br>mcohen@sheppardmullin.com<br><br>Leo D. Caseria<br>SHEPPARD MULLIN RICHTER<br>& HAMPTON, LLP<br>333 S. Hope St., 43rd Floor<br>Los Angeles, CA 90071<br>(213) 617-4206<br>lcaseria@sheppardmullin.com<br><br>Dylan I. Ballard<br>SHEPPARD MULLIN RICHTER<br>& HAMPTON, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>(415) 434-9100<br>dballard@sheppardmullin.com<br><br>*Counsel for Defendant The Reynolds and Reynolds Company* |

## CERTIFICATE OF SERVICE

      I, Leo D. Caseria, an attorney, hereby certify that on August 24, 2018, I caused a true and correct copy of the foregoing **NOTICE OF MOTION**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Leo D. Caseria*
LEO D. CASERIA
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com