# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) | MDL NO. 2817 Case No. 1:18-CV-00864 |
| This document relates to: | ) ) ) | Hon. Robert M. Dow, Jr. |
| ALL CASES | ) | Magistrate Judge Jeffrey T. Gilbert |

### LIST OF EXHIBITS TO NON-PARTY DOMINION ENTERPRISES, INC.'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO MODIFY THE CONFIDENTIALITY ORDER AND REQUEST FOR ORAL ARGUMENT

| Exhibit | Document |
|---|---|
| 1 | August 24, 2018 Email from Marc Schildkraut to James McGinnis re Dominion's Motion to File a Reply in Support of its Motion to Modify the Protective Order |
| 2 | August 27, 2018 Email from James McGinnis to Marc Schildkraut re Reynolds' Objection to Dominion's Motion to File a Reply in Support of its Motion to Modify the Protective Order |
| 3 | August 20, 2018 Email Chain Between Derek T. Ho and Marc Schildkraut re Dominion's Proposed Modification of the Agreed Confidentiality Order |