# EXHIBIT 1

**From:** Schildkraut, Marc
**Sent:** Friday, August 24, 2018 3:24 PM
**To:** James McGinnis <JMcGinnis@sheppardmullin.com>
**Cc:** Bansal, Dee <dbansal@cooley.com>; Jeffrey T. Norberg (jnorberg@nealmcdevitt.com) <jnorberg@nealmcdevitt.com>
**Subject:** RE: Dominion/Reynolds

As noted in the court's order of August 9, Dominion must ask for permission to respond to your reply in support of your motion to compel and opposition to Dominion's motion to modify the protective order.

We plan to ask the court on Monday for the opportunity to reply, with our reply being due 10 business days after the court grants our request and not exceeding ten pages.

Do you object to Dominion replying to your brief or asking for oral arguments?

One reason, among several, that we are asking for a reply, is that your brief appears to misinterpret Dominion's proposed modification. In your brief, you state: "the modification Dominion now seeks would preclude outside law firm trial counsel for defendants from advising their clients on any and all aspects of the lawsuit relating to Dominion."

We did not intend our proposed modification to preclude trial counsel from advising its client regarding this litigation. To make that sufficiently clear, in our reply, we would propose adding another sentence to the proposed modification: "This prohibition does not extend to the Receiving Party's advice to its client regarding litigating this Action." We hope this modification satisfies this *particular concern*, but would like to hear from you if it doesn't.

**Marc G. Schildkraut**
Partner
Cooley LLP
1299 Pennsylvania Avenue, NW• Suite 700
Washington, DC  20004
Direct: (202) 728-7000 • Fax: (202) 842-7899 • Cell (202) 957-5522
Email: mschildkraut@cooley.com • www.cooley.com
Bio: http://www.cooley.com/mschildkraut • Practice: www.cooley.com/antitrust

---

**From:** James McGinnis <JMcGinnis@sheppardmullin.com>
**Sent:** Wednesday, August 1, 2018 1:04 PM
**To:** Schildkraut, Marc <mschildkraut@cooley.com>
**Subject:** Re: Dominion/Reynolds

Our view is that it is time to produce the documents and move on to the merits, but so be it.

Sent via the Samsung Galaxy S8+, an AT&T 4G LTE smartphone

-------- Original message --------
From: "Schildkraut, Marc" <mschildkraut@cooley.com>
Date: 7/31/18 4:34 PM (GMT-08:00)
To: James McGinnis <JMcGinnis@sheppardmullin.com>
Subject: RE: Dominion/Reynolds

We are intending to file our opposition next Monday.

**From:** James McGinnis <JMcGinnis@sheppardmullin.com>
**Sent:** Tuesday, July 31, 2018 6:10 PM
**To:** Schildkraut, Marc <mschildkraut@cooley.com>
**Subject:** Dominion/Reynolds

Marc, is there a good time tomorrow to discuss where we are in light of the magistrate's minute order? My schedule is fairly flexible.

Sent via the Samsung Galaxy S8+, an AT&T 4G LTE smartphone

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.