# EXHIBIT 3

**From:** Ho, Derek T. <dho@kellogghansen.com>
**Sent:** Monday, August 20, 2018 12:47 PM
**To:** Schildkraut, Marc <mschildkraut@cooley.com>
**Cc:** Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>
**Subject:** RE: Dominion Discovery

Marc,
Sorry that I've been slow in getting back with you. I'm trying to get a brief out the door. I've discussed this with Josh and I can confirm I have no objection on behalf of the vendor class.
Thanks, Derek

**From:** Schildkraut, Marc [mailto:mschildkraut@cooley.com]
**Sent:** Saturday, August 18, 2018 8:16 AM
**To:** Ho, Derek T. <dho@kellogghansen.com>
**Subject:** Dominion Discovery

I just noticed that you have been appointed interim lead counsel for the vendor class. As you may be aware, Dominion has been in a dispute with Reynolds over discovery. Dominion is concerned about the misuse of its confidential documents by Defendants. I asked Kellogg (Joshua Hafenbrack) and counsel for the dealer class if they had any objection to a modification of the confidentiality order that Dominion was proposing and they both indicated that they had no objection. I thought I was covering the waterfront on the plaintiff side by getting both Kellogg and the dealer class counsel to indicate they had no objection, but now maybe I need to get your position as well? I will send you a second e-mail asking you whether you object. I will follow up with a call on Monday.

**Marc G. Schildkraut**
Partner
Cooley LLP
1299 Pennsylvania Avenue, NW• Suite 700
Washington, DC  20004
Direct: (202) 728-7000 • Fax: (202) 842-7899 • Cell (202) 957-5522
Email: mschildkraut@cooley.com • www.cooley.com
Bio: http://www.cooley.com/mschildkraut  •  Practice: www.cooley.com/antitrust

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.