# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS | ) | MDL NO. 2817 |
| ANTITRUST LITIGATION | ) | Case No. 1:18-CV-00864 |
| | ) | |
| This document relates to: | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| ALL CASES | ) | Magistrate Judge Jeffrey T. Gilbert |

## PROPOSED ORDER

Pursuant to the Local Rules of this Court and after consideration of the motions, briefs, and arguments presented,

IT IS HEREBY ORDERED that Dominion Enterprises, Inc.'s Motion for Leave to File a Reply in Support of Its Motion to Modify the Confidentiality Order and Request for Oral Argument is GRANTED. Dominion Enterprises, Inc. will file its reply in two weeks from the issuance of this order, September __, 2018, and an oral argument will be scheduled for _____, 2018 at ____.

Dated: _____          ENTERED:

                                         _____

                                         Hon. Judge Jeffrey T. Gilbert

                                         United States Magistrate Judge

1