# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) | MDL NO. 2817 |
| | ) | Case No. 1:18-CV-00864 |
| | ) | |
| This document relates to: | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| ALL CASES | ) | Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF PRESENTMENT

PLEASE TAKE NOTICE that on Tuesday, September 4, 2018 at 9:15 a.m., in Room 1386, or as soon thereafter as counsel may be heard, counsel shall appear before Magistrate Judge Jeffrey T. Gilbert of the United States District Court for the Northern District of Illinois, Eastern Division, to present **Non-Party Dominion Enterprises, Inc. Motion for Leave to File a Reply in Support of Its Motion to Modify the Confidentiality Order and Request for Oral Argument**, copies of which have been served pursuant to the attached certificate of service. This notice is made pursuant to Local Rules 5.3, 5.4, and 78.1.

1

Dated: August 28, 2018                      Respectfully submitted,

                                                       /s/ *Jeff Norberg*
                                                       Jeff Norberg, Ill. Bar No. 6315012
                                                       Neal & McDevitt, LLC
                                                       1776 Ash Street
                                                       Northfield, Il 60093
                                                       (847) 441-9100
                                                       jnorberg@nealmcdevitt.com

                                                       Marc Schildkraut
                                                       Deepti Bansal
                                                       Cooley LLP
                                                       1299 Pennsylvania Ave, NW,
                                                       Suite 700
                                                       Washington, DC 20004
                                                       (202) 728-7000
                                                       (202) 728-7027
                                                       mschildkraut@cooley.com
                                                       dbansal@cooley.com

                                                       *Counsel for Non-Party Respondent*
                                                       *Dominion Enterprises, Inc.*

**CERTIFICATE OF SERVICE**

    I, Jeff Norberg, an attorney, hereby certify that on August 28, 2018, I caused true and correct copies of the foregoing **Notice of Presentment** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                 By: /s/ *Jeff Norberg*
                                                        Jeff Norberg, Ill. Bar No. 631
                                                        Neal & McDevitt, LLC
                                                        1776 Ash Street
                                                        Northfield, IL 60093
                                                        (847) 441-9100
                                                        jnorberg@nealmcdevitt.com

                                                        *Counsel for Non-Party Respondent*
                                                       *Dominion Enterprises, Inc.*

184594746