# Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Viamedia, Inc.

                    Plaintiff,

v.                                          Case No.: 1:16−cv−05486
                                                Honorable Amy J. St. Eve

Comcast Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 24, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Viamedia is directed to provide the allegedly privileged documents in question to chambers for in camera review. This includes the 51 documents provided to prospective litigation funders and the 432 documents at issue that Viamedia gave to the DOJ. Viamedia should provide these documents by 5/30/17 and may produce them in any usable, convenient format.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.