# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                    Plaintiff,

v.                                       Case No.: 1:18−cv−00864

                                              Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 29, 2018:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Non−party Respondent Dominion Enterprises, Inc.'s Motion for Leave to File a Reply in Support of its Motion to Modify the Confidentiality Order [348] is granted. Dominion should devote its reply to responding to Reynolds & Reynolds' arguments in response to Dominion's Motion to Modify [305] as is customary with a reply brief. The Court understands Dominion requests oral argument on the pending motions. If the Court agrees that oral argument is necessary, it will schedule an in−court hearing for that purpose. The motion hearing noticed for 9/4/18 is stricken with no appearance required. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.