EXHIBIT 2

# Re: DMS. CDK Search terms to Dealership Plaintiffs Proposal

## Hughes, John

Tue 8/28/2018 11:51 PM

To: Michaels, Jessica A. <JMichaels@mayerbrown.com>; Hastert, Ethan A. <EHastert@mayerbrown.com>; FW-CLIENT-CDK-MDL-Team <CDK-MDL-Team@mayerbrown.com>;

Cc: DMSTeam <DMSTeam@milberg.com>; Ho, Derek T. <dho@kellogghansen.com>; Nemelka, Michael N. <mnemelka@kellogghansen.com>; Rudofsky, Benjamin L. <brudofsky@kellogghansen.com>; Bronson, Kent <kbronson@milberg.com>; Provance, Matthew D. <MProvance@mayerbrown.com>;

🖉 3 attachments (1 MB)

CDK Search Terms to Dealer Plaintiffs_(Dealer Plaintiffs' Counter proposal 8.28.18).pdf; CDK Search Terms to Dealer Plaintiffs_(Dealer Plaintiffs' Counter proposal 8.28.18).docx; 2018-8-28 J. Hughes Ltr to J. Michaels Re Dlr Search Terms .pdf;

Jessica,

Please find the attached correspondence and counter-proposals.

John

John Hughes
Attorney at Law*
**Milberg Tadler Phillips Grossman LLP**
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
T:  212.594.5300
F:  212.868.1229
Jhughes@milberg.com

*Licensed in Michigan only

---

**From:** Michaels, Jessica A. <JMichaels@mayerbrown.com>
**Sent:** Monday, August 27, 2018 11:57:51 PM
**To:** Hughes, John; Hastert, Ethan A.; FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.; Bronson, Kent; Provance, Matthew D.
**Subject:** RE: DMS. CDK Search terms to Dealership Plaintiffs Proposal

John –

Please see the attached correspondence.

Jessica

_____
**Jessica A. Michaels**
Associate, Litigation
Mayer Brown LLP

Tel:+1-312-701-7121
Cell:+1-509-499-8596
jmichaels@mayerbrown.com
www.mayerbrown.com

---

**From:** Hughes, John [mailto:jhughes@milberg.com]
**Sent:** Monday, August 27, 2018 11:14 AM
**To:** Hastert, Ethan A.; Michaels, Jessica A.; FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.; Bronson, Kent; Provance, Matthew D.
**Subject:** Re: DMS. CDK Search terms to Dealership Plaintiffs Proposal

Ethan,

We are available at 1:30 pm EST to discuss. If that time isn't a possibility, 4:30 pm is also an option.

We can use this call-in

1(888) 337-0215
Passcode: 7772426

Thanks much,
John


John Hughes
Attorney at Law*
**Milberg Tadler Phillips Grossman LLP**
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
T:  212.594.5300
F:  212.868.1229
Jhughes@milberg.com

*Licensed in Michigan only

---

**From:** Hastert, Ethan A. <EHastert@mayerbrown.com>
**Sent:** Monday, August 27, 2018 11:27:02 AM
**To:** Hughes, John; Michaels, Jessica A.; FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.; Bronson, Kent; Provance, Matthew D.
**Subject:** RE: DMS. CDK Search terms to Dealership Plaintiffs Proposal

John,

Are you available this afternoon to meet and confer on CDK's proposed search terms to Dealership Plaintiffs?  If so, please suggest a time.  Thank you.

Best,


Ethan

_____
**Ethan A. Hastert**

Mayer Brown LLP
Tel: +1-312-701-7656
Fax: +1-312-706-8368
ehastert@mayerbrown.com
71 South Wacker Drive
Chicago, Illinois 60606-4637

---

**From:** Hughes, John [mailto:jhughes@milberg.com]
**Sent:** Friday, August 24, 2018 2:52 PM
**To:** Michaels, Jessica A.; FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.; Bronson, Kent
**Subject:** Re: DMS. CDK Search terms to Dealership Plaintiffs Proposal

Jessica and Ethan,

Please find the attached correspondence and search term modifications in pdf and word.

Best,
John

John Hughes
Attorney at Law*
**Milberg Tadler Phillips Grossman LLP**
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
T:  212.594.5300
F:  212.868.1229
Jhughes@milberg.com

*Licensed in Michigan only

---

**From:** Michaels, Jessica A. <JMichaels@mayerbrown.com>
**Sent:** Wednesday, August 22, 2018 4:01:48 PM
**To:** Hughes, John; FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.; Bronson, Kent
**Subject:** RE: DMS. CDK Search terms to Dealership Plaintiffs Proposal

John –

As discussed during our meet-and-confer this afternoon, please find CDK's response to Dealership Plaintiffs' proposed search term revisions.

Best,
Jessica

---

**From:** Hughes, John [mailto:jhughes@milberg.com]
**Sent:** Tuesday, August 21, 2018 3:49 PM
**To:** Michaels, Jessica A.; FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.; Bronson, Kent
**Subject:** RE: DMS. CDK Search terms to Dealership Plaintiffs Proposal

Jessica –

We are available at 2pm Central/3pm Eastern and can use the call in below.

Phone: 1.888.337.0215
Passcode: 7772426

Thanks,
John

**From:** Michaels, Jessica A. [mailto:JMichaels@mayerbrown.com]
**Sent:** Tuesday, August 21, 2018 4:31 PM
**To:** Hughes, John; FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.
**Subject:** RE: DMS. CDK Search terms to Dealership Plaintiffs Proposal

John –

I think our emails may have just crossed. Let me know if either of the proposed times work for your team.  We are available tomorrow between 2 PM and 4 PM Central or Thursday at 1:30 PM Central.

Jessica

**From:** Hughes, John [mailto:jhughes@milberg.com]
**Sent:** Tuesday, August 21, 2018 3:29 PM
**To:** Michaels, Jessica A.; FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.
**Subject:** RE: DMS. CDK Search terms to Dealership Plaintiffs Proposal

Jessica,

We have not heard a response from our August 17 email below. We remain open to discuss the search term proposals and are generally available tomorrow for a meet and confer.

Thank you,


John Hughes
Attorney at Law*
**Milberg Tadler Phillips Grossman LLP**
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
T:  212.594.5300
F:  212.868.1229
Jhughes@milberg.com


*Licensed in Michigan

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this

communication in error, please erase all copies of the message and its attachments and notify sender immediately. Thank You.

---

**From:** Hughes, John
**Sent:** Friday, August 17, 2018 1:28 PM
**To:** Michaels, Jessica A.; FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.
**Subject:** Re: DMS. CDK Search terms to Dealership Plaintiffs Proposal

Jessica,

We agree that whatever search terms the parties agree to now will be run across the entire eventual collections for all Dealership Plaintiff Custodians.

After running the search terms proposed in our August 11 letter against 4 additional custodians, our search term proposal remains the same. The lone exception is an alteration to #46 which applies a more generous proximity modifier in order to correct a technical issue. A hit report reflecting the additional collections is attached to this email.

We hope these representations will allow CDK to engage in negotiations. If you are willing to engage in a meet and confer on the proposed modifications, we suggest a call at 2:00 PM Eastern on Monday, August 20.

 Thank you,


John Hughes
Attorney at Law*
**Milberg Tadler Phillips Grossman LLP**
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
T:  212.594.5300
F:  212.868.1229
Jhughes@milberg.com


*Licensed in Michigan only

---

**From:** Michaels, Jessica A. <JMichaels@mayerbrown.com>
**Sent:** Wednesday, August 15, 2018 11:38 AM
**To:** Hughes, John; FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.
**Subject:** RE: DMS. CDK Search terms to Dealership Plaintiffs Proposal

John –
We received your letter and proposed modifications over the weekend. We appreciate the hit counts and proposed modifications from your side—which is, as we have previously expressed, a step in the right direction.
As you can imagine, our concern is that the Dealers have only collected and tested the search terms on ESI from two out of 28 agreed-upon custodians.  Terms that could appear "burdensome" or "overbroad" for just two custodians may return

reasonable results when applied to all 28 custodians. But more importantly, we are hesitant to negotiate and, assuming we can do so, agree upon search terms at this juncture only to potentially be told we need to renegotiate some or all of those terms once the ESI from remaining custodians is collected and tested. Thus, we need to understand whether plaintiffs are proposing to agree that whatever terms we might agree to now will be run across all the custodians' ESI, as is—*i.e.*, regardless of the number of hits that a given term might generate when run against the entire population. If that is not your proposal, then we are not sure it would be productive to respond with a counter-proposal to your proposed modifications (a number of which we disagree with) until more data has been collected and tested—and your letter gives no indication of when that might be.

As previously stated, we remain open to engaging in productive meet-and-confer efforts while the filed motions to compel are pending in a good-faith effort to find some common ground on this issue. Our offer to do so, of course, is without prejudice to the issues and arguments we raised in our motion to compel, which we do not believe are addressed by the Dealers' August 11 letter.

Regards,

Jessica

---

**From:** Hughes, John [mailto:jhughes@milberg.com]
**Sent:** Saturday, August 11, 2018 11:20 AM
**To:** FW-CLIENT-CDK-MDL-Team
**Cc:** DMSTeam; Ho, Derek T.; Nemelka, Michael N.; Rudofsky, Benjamin L.
**Subject:** DMS. CDK Search terms to Dealership Plaintiffs Proposal

Counsel,

please see the attached correspondence and search terms proposals.

Thank you,

John Hughes
Attorney at Law*
**Milberg Tadler Phillips Grossman LLP**
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
T:  212.594.5300
F:  212.868.1229
Jhughes@milberg.com

*Licensed in Michigan only

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Information about how we handle personal information is available in our Privacy Notice.

MILBERG TADLER PHILLIPS GROSSMAN LLP

John D. Hughes
(212)594-5300
jhughes@milberg.com

August 28, 2018

**VIA EMAIL**

Jessica A. Michaels, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
JMichaels@mayerbrown.com

Re:     *In re Dealer Management Systems Antitrust Litig.*,
         MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)

Dear Jessica:

I write in response to CDK's letter of August 27, 2018 regarding CDK's proposed search terms to Dealership Class Plaintiffs.

We have included a table containing an additional counter-proposal on behalf of Dealership Class Plaintiffs. This counter-proposal offers our own modifications where hit counts are still burdensome, and/or are not reasonably connected to the subject matter of this litigation but also accepts many of your proposed modifications in compromise. Several proposals from your August 27, 2018 list were found to have either syntax errors or to exceed the 450-character limitation of our system. We have proposed modifications for these as well.

You are correct to note that Dealership Plaintiffs have been actively collecting documents from custodians during the course of negotiations, as we made clear would be the case in correspondence prior to the filing of your Motion to Compel. Our collection and the associated hit counts from proposed modifications dated August 24, 2018 forward are based on the documents of 13 document custodians (Dale Batson, Mark Johnson, Robert Degregoris, Ronnie Eames, Heather Pauliks, Frank Lupachino, Andy Strong, Eric Strong, Tom Hessert, Michelle Condo, Tom Stever, Chris Schanrock, and Kevin Winningham). As requested, the "all-in" number of total documents plus family members responsive to those custodians ESI in total for our counter-proposal of August 24, 2018 is approximately 20,000 and 33,000 respectively. It is not currently feasible to offer a precise figure as the calculation of documents responsive to

Jessica A. Michaels
August 11, 2018
Page 2

CDK's proposed term 135a-k could not be combined into any single hit report as it requires the exclusion of each set of custodians pertaining to each of the dealership plaintiffs from the total collection. CDK's August 27, 2018 proposals total approximately 49,000 unique document hits and 75,000 documents with family, include several syntax errors and are subject to the same limitation with respect to precision based on term 135a-k. Finally, the total documents from Dealership Class Plaintiffs' August 28, 2018 proposal is approximately 27,000 unique document hits and 44,000 documents with family.

In the interest of transparency, and as you are also already aware, these totals do not reflect all of Dealership Plaintiffs' agreed custodians. Hit counts however, have been offered in good faith to establish the relative burden of search terms proposed by CDK, despite reflecting numbers that are expected to rise in the course of collection.

CC:  Derek T. Ho                              Sincerely,
     Michael Nemelka
     Benjamin Rudofsky                        */s/ John D. Hughes*
                                              John D. Hughes

MILBERG TADLER PHILLIPS GROSSMAN LLP

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. 001 | ((social security) OR SSN OR (driver* w/3 license*)) AND (DMS OR platform OR system) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No. 002 | (CDK OR Reynolds OR DMS OR or system) AND (script* OR program OR executable OR bypass OR avoid OR (work w/5 around) OR (break w/5 (through OR down)) OR evade) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.003 | InDesign or IDD | 103 | 384 | Term is accepted | 103 | 384 | We are in agreement on this term. | | | | | | | | | | | |
| No.004 | "17-cv-07827" or "17-cv-00864" or "2:17-cv-11975" or "3:18-cv-00029" or "2:18-cv-00042-GMB" or "2:17-cv-00896-DSF-AFM" or "18-cv-00833" or "3:17-cv-00888-HSO-JCG" or "1:18-cv-01402" or "2:17-cv-08714" or "1:18-cv-01707" or "1:18-cv-02666" or "3:17-cv-00318-wmc" or "1:18-cv-02521" or "1:18-cv-00996" or "1:18-cv-00909" or "1:18-cv-00846" or "3:17-cv-00925" or "1:18-cv-00987" | 21 | 41 | Term is accepted | 21 | 41 | We are in agreement on this term. | | | | | | | | | | | |
| No.005 | "Data Authorization" | 67 | 147 | Term is accepted | 67 | 147 | We are in agreement on this term. | | | | | | | | | | | |
| No.006 | "Dealer Management System" w/5 market | 24 | 50 | Term is accepted | 24 | 50 | We are in agreement on this term. | | | | | | | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.007 | "Digital Motorworks" or Integralink or DMI or "Digit Motor Works" | 360 | 620 | ("Digital Motorworks" or Integralink or DMI or "Digit Motor Works") w/10 Integration | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | Term is accepted as originally proposed | | | We are in agreement on this term. | | | | | |
| No.008 | (Dms function*) w/20 (CDK or Reynolds or Dealertrack or Cox) | 3 | 14 | Term is accepted | 3 | 14 | We are in agreement on this term. | | | | | | | | | | | |
| No.009 | (Dms menu*) w/20 (CDK or Reynolds or Dealertrack or Cox) | 3 | 7 | Term is accepted | 3 | 7 | We are in agreement on this term. | | | | | | | | | | | |
| No.010 | "ERA link" or ERALink or "ERA Ignite" or "ERA-Ignite" or "Era Access" or ERAccess or ERAaccess | 717 | 901 | Term is accepted | 717 | 901 | We are in agreement on this term. | | | | | | | | | | | |
| No.011 | "Integrated Document Solutions" | 5 | 9 | Term is accepted | 5 | 9 | We are in agreement on this term. | | | | | | | | | | | |
| No.012 | "MDL 2817" or "In re Dealer Management Systems Antitrust Litigation" | 76 | 143 | Term is accepted | 76 | 143 | We are in agreement on this term. | | | | | | | | | | | |
| No.013 | "Motor Vehicle Software Corporation" or MVSC | 22 | 41 | Term is accepted | 22 | 41 | We are in agreement on this term. | | | | | | | | | | | |
| No.014 | "New Freedom" | 30 | 93 | Term is accepted | 30 | 93 | We are in agreement on this term. | | | | | | | | | | | |
| No.015 | "nonpublic personal information" OR NPI | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.016 | "personally identifiable information" OR PII | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.017 | "Proprietary Data" | | | | | | CDK did not move to compel on this term. We agree to delete this term. | | | | | | | | | | | |
| No.018 | "Query Builder" or (QB AND Reynolds) | 9 | 23 | Term is accepted | 9 | 23 | We are in agreement on this term. | | | | | | | | | | | |
| No.019 | "Reynolds Certified Interface" or RCI or 3PA or "third party access" or "security first" or securityfirst or "third-party access" | 1,621 | 2,384 | "Reynolds Certified Interface" or RCI or 3PA or ("security first" w/10 CDK) or securityfirst | 1,377 | 2,025 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | In the spirit of compromise, dealership plaintiffs will accept this term as originally drafted | | |
| No.020 | "secure web form" | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.021 | "sensitive personal information" | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.022 | "User Emulation" | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.023 | ("Report Generator" or "report scheduler") AND (schedule or automat*) | 114 | 244 | Term is accepted | 114 | 244 | We are in agreement on this term. | | | | | | | | | | | |

3

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.024 | ((CDK OR Reynolds) w/20 DMS) AND data AND available AND (poll* OR pulled* OR scrape* OR extract* OR integrat*) AND (field* OR element*) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.025 | ((code w/4 box) OR "code-on-the-box" or push or writeback or (write w/3 back)) w/20 (CDK OR Reynolds OR RR* OR R&R OR Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or Automate OR DMS OR "dealer management system" OR Dealeartra* OR "Dealer track" OR "dealer trak" OR Opentrack OR "Open Track") | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.026 | ((data w/5 transfer) OR push OR pull OR writeback OR (write w/2 back) or "write back") AND (protocol* or polic) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

4

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.027 | (hostile or foreign or unauthorized or independent or "third party" or thirdparty or "3rd party" or Authenticom or DealerVault or SIS or SelectQu or SelectQ or "Superior Integrated Solutions" or SIS or Dominion or StoneEagle or ProQuotes) w/10 (access* or integra* or *extract) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.028 | (los* or win* or gain* or churn* or defect* or cancel* or (turn* w/3 over) or turnover or switch or chang* or mov*) w/15 (sale or business or contract or customer or vendor or integrator or DMS or "dealer management system") | 22,878 | 42,399 | (los* or win* or gain* or churn* or defect* or cancel* or (turn* w/3 over) or turnover or switch) w/5 (vendor or integrator or DMS or "dealer management system") AND (Contract or agreement) | | | CDK 8/22 Proposal: (los* or win* or gain* or churn* or defect* or cancel* or (turn* w/3 over) or turnover or switch or chang* or mov*) w/15 (vendor or integrator or DMS or "dealer management system") | 2,113 | 4,111 | (lose or win or gain or churn* or defect* or cancel* or "Turn over" or turnover or switch or change or move) w/5 (vendor or integrator or DMS or "dealer management system") | 420 | 899 | CDK requests that Plaintiffs used term modified by CDK on 8/22/18. | | | Dealer Plaintiffs Accept this term as modified by CDK on 8/22/18 | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.029 | (pull* OR poll OR push OR writeback OR (write /3 back) OR extract* OR scrap* OR quer* OR obtain) AND data AND (CDK OR Reynolds OR RR* OR R&R OR Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or Automate OR DMS OR "dealer management system" OR Dealeartra* OR "Dealer track" OR "dealer trak" OR Opentrack OR "Open Track") | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.030 | ((recei* OR stor* OR compil* OR encrypt* OR transmi* OR request OR shar* OR obtain OR gather OR acquir* OR protect* OR utilize* OR use OR maintain* OR email OR send OR access OR secur* OR priva*) w/20 (data)) AND (polic* or practic*) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

6

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.031 | ((Rey* or "R&R" or RR or CDK or ADP) w/20 (compar* or better or worse or "no* good" or more or less or close* or open)) AND (DMS or system) | 4,327 | 6,952 | ((Rey* or "R&R" or RR or CDK or ADP) w/5 ((compar* or better or worse or "no* good" or more or less or close* or open)) AND (DMS or system)) | 2,545 | 3,320 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not believe that approximately 7,000 hits with families is overbroad. In the spirit of compromise, however, CDK proposes the following modification:\n\n((Rey* or "R&R" or RR or CDK or ADP) w/15 (compar* or better or worse or "no* good" or more or less or close* or open)) AND (DMS or system) | 3,963 | 6,386 | Dealer Plaintiffs stand by their 8/11 proposal as CDK's proposed 8/27 term hit on nearly as many documents as its original proposed term. | | |
| No.032 | ((security OR Data) AND (standard* OR rule* OR guid* OR memo* OR report)) AND (NADA OR AIADA OR "National Automobile Dealers Association" OR "American International Automobile Dealers Association") | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.033 | ((Third w/3 Party) or thirdparty or "3rd party" or "3rd party" or OEM or CDK or Reynolds or RR or R&R) w/5 Proprietary | 146 | 477 | ((Third w/3 Party) or thirdparty or "3rd party" or "3rd party" or OEM or CDK or Reynolds or RR or "R&R") w/5 Proprietary | 146 | 477 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK accepts term as proposed by Plaintiffs on 8/11. | | | We are in agreement | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.034 | ((Third w/3 Party) or thirdparty or "3rd party") AND (access* OR poll* OR pull* OR scrap* OR extract*) AND (CDK or Reynolds or RR or R&R or Dealertrack or Cox or DMS or data or "Dealer Management System") | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.035 | ((unauthorized w/5 access) or (not /5 authoriz*) or ((express or written) w/5 permi*)) AND ((CDK w/5 system) OR (Reynolds w/5 system) OR ((Dealertrack OR Cox) w/5 system) OR DMS OR "Dealer Management System") | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

8

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/28/18 | Pls. 8/24/18 Proposal Hits + Family 8/28/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/18 | CDK 8/27/2018 proposal hits + Family 8/28/18 | Dealership Pls. Counter Proposal 8/28/18 | Dealership Pls. Counter Proposal hits 8/28/18 | Dealership Pls. Counter Proposal hits + family 8/28/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.036a | ((up w/3 front) or "up-front" or instal* or initial or month* or recur* or annual or (set w/3 up) or setup) w/20 (fee* or pric* or charge or rate* or bill or cost* or pay*) | 46,173 | 81,912 | ((up w/3 front) or "up-front" or instal* or initial or month* or recur* or annual or (set w/3 up) or setup) w/20 (fee* or pric* or charge or rate* or bill or cost* or pay*)) w/10 (DMS or "Dealer Management System") | | | CDK 8/22 Proposal: (((up w/3 front) or "up-front" or instal* or initial or month* or recur* or annual or (set w/3 up) or setup) w/20 (fee* or pric* or charge or rate* or bill or cost* or pay*)) AND (DMS or "dealer management system" or data or access or 3PA or RCI or vendor or integrat* or CDK or "R&R" or Rey* or SIS OR SelectQu OR "Superior Integrated Solutions" OR StoneEagle OR ProQuotes OR *@proquotes.net OR *@4-superior.com OR *@stoneeagle.com OR *@selectqu.com or Authenticom) | SPLIT 8/22 Proposed Term: (((up w/3 front) or "up-front" or instal* or initial or month* or recur* or annual or (set w/3 up) or setup) w/20 (fee* or pric* or charge or rate* or bill or cost* or pay*)) AND (SIS OR SelectQu OR "Superior Integrated Solutions" OR StoneEagle OR ProQuotes OR *@proquotes.net OR *@4-superior.com OR *@stoneeagle.com OR *@selectqu.com or Authenticom) 282 | 767 | This term is accepted as split from the original term. | | | We are in agreement on this term. | | | We are in agreement regarding Term 36a | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.036b | | | | | | | (((up w/3 front) or "up-front" or instal* or initial or month* or recur* or annual or (set w/3 up) or setup) w/20 (fee* or pric* or charge or rate* or bill or cost* or pay*)) AND (DMS or "dealer management system" or data or access or 3PA or RCI or vendor or integrat* or CDK or "R&R" or Rey*)  20,770 | 41,057 | | (((up w/3 front) or "up-front" or instal* or initial or month* or recur* or annual or (set w/3 up) or setup) w/5 (fee* or pric* or charge or rate* or bill or cost* or pay*)) w/5 (DMS or "dealer management system" or 3PA or RCI or vendor or integrator or integration or CDK or "R&R" or Rey*) | 551 | 1,340 | CDK 8/27 Proposal:  (((up w/3 front) or "up-front" or instal* or initial or month* or recur* or annual or (set w/3 up) or setup) w/10 (fee* or pric* or charge or rate* or bill or cost* or pay*)) w/20 (DMS or "dealer management system" or data or access or 3PA or RCI or vendor or integrat* or CDK or "R&R" or Rey*) | 3,438 | 7,084 | CDK's 8/27 proposal returns burdensome hit counts, Dealer Plaintiffs propose:  (((up w/3 front) or "up-front" or instal* or initial or month* or recur* or annual or (set w/3 up) or setup) w/10 (fee* or pric* or charge or rate* or bill or cost* or pay*)) w/10 (DMS or "dealer management system" or access or 3PA or RCI or vendor or integrat* or CDK or "R&R" or Rey*) | 1,486 | 3,139 |
| No.037 | (*.gov) AND (CDK or Reynolds or DMS or Dealertrack or Cox) AND (complain* or investigat* or CID or violat*) | 97 | 297 | Term is accepted | 97 | 297 | We are in agreement on this term. | | | | | | | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL: | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.038 | ((*authoriz* or agree* or permi* or allow*) w/10 (integrat* or poll* or scrap* or pull* or extract* or access*)) AND (CDK or Reynolds or Dealertrack or Cox or DMS or "Dealer Management System") | 1,635 | 3,634 | ((*authoriz* or agree* or permi* or allow*) w/10 (integrat* or poll* or pull* or extract* or access*)) w/10 (CDK or Reynolds or Dealertrack or Cox) AND (DMS or "Dealer Management System") | 372 | 954 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | CDK's original proposal returns burdensome hit counts, Dealer Plaintiffs propose: ((*authoriz* or agree* or permi* or allow*) w/5 (integrat* or poll* or scrap* or pull* or extract* or access*)) w/25 (CDK or Reynolds or Dealertrack or Cox or DMS or "Dealer Management System") | 767 | 1,587 |
| No.039 | (*settle* or assign*) AND (Lawsuit or litigat* or complaint or claim* or (legal w/3 (action or proceeding)) or MDL or "multi district") | 8,198 | 19,674 | (*settle* or assign*) AND (Lawsuit or litigat* or complaint or claim* or (legal w/3 (action or proceeding)) or MDL or "multi district") AND Antitrust w/10 (DMS or "Dealer Management System") | | | CDK 8/22 Proposal: (*settle* or assign*) AND (Lawsuit or litigat* or complaint or alleg* or claim* or (legal w/3 (action or proceeding)) or MDL or "multi district") AND (antitrust or DMS or "dealer management system" or CDK or Rey*) | 1,214 | 4,469 | (*settle* or assign*) w/20 (Lawsuit or litigat* or complaint or alleg* or claim* or (legal w/3 (action or proceeding)) or MDL or "multi district") w/20 (antitrust or DMS or "dealer management system" or CDK or Rey*) | 104 | 195 | CDK requests that Plaintiffs used term modified by CDK on 8/22/18. | | | The 8/22/18 is overbroad as drafted due to its use of AND connectors. (*settle* or assign*) w/25 (Lawsuit or litigat* or complaint or alleg* or claim* or (legal w/3 (action or proceeding)) or MDL or "multi district") w/25 (antitrust or DMS or "dealer management system" or CDK or Rey*) | 125 | 222 |
| No.040 | ("Civil Investigative Demand" or CID) AND (CDK or Reynolds) | 897 | 1,313 | Term is accepted | 897 | 1,313 | We are in agreement on this term. | | | | | | | | | | | |
| No.041 | ("Data element*" or "data field*") w/20 ((CDK or Reynolds) w/10 DMS) | 19 | 124 | Term is accepted | 19 | 124 | We are in agreement on this term. | | | | | | | | | | | |

11

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/18 | CDK 8/27/2018 proposal hits + Family 8/28/18 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.042 | ("tilt the table" or (tilt w/3 table)) AND (CDK or DMI or "Digital Motorworks" or "Digital Motor works" or Integralink or RR or "R&R" or "Reynolds" or "security first" or "securityfirst" or "3PA Refresh" or "Partner Program") | 2 | 5 | Term is accepted | 2 | 5 | We are in agreement on this term. | | | | | | | | | | | |
| No.043 | (audit OR report OR assessment OR analysis) AND data AND (privacy OR security) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.044 | (Authoriz* or access or stor* or Secur*) AND (DMS or "Dealer Management System" or Password or login or credential* or username or pwd or (user w/5 ID) or data) AND (Polic* or practice) | 11,881 | 21,884 | ((Authoriz* or access or stor* or Secur*) AND (DMS or "Dealer Management System") AND (Password or login or credential* or username or pwd or (user w/5 ID) or data) w/35 (Polic* or practice) | | | CDK 8/22 Proposal: (Authoriz* or access or stor* or Secur*) w/25 (DMS or "Dealer Management System") AND (Password or login or credential* or username or pwd or (user w/5 ID) or data) w/35 (Polic* or practice) | 4,681 | 9,129 | (Authoriz* or access or stor* or Secur*) AND (DMS or "Dealer Management System" or Password or login or credential* or username or pwd or (user w/5 ID) or data) w/35 (Polic* or practice) | 551 | 953 | CDK 8/27 Proposal: (Authoriz* or access or stor* or Secur*) w/20 (DMS or "Dealer Management System" or Password or login or credential* or username or pwd or (user w/5 ID) or data) AND (Polic* or practice) | 4,333 | 8,365 | CDK's 8/27 Proposal produces burdensome hit counts. Dealer Plaintiffs stand by their 8/24/2018 proposal. | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.045 | (Autosoft or "PB Financial Systems" or "Applied Computer Systems" or ACS or "Supreme Software" or Dealeartra* or "Dealer track" or "dealer trak" or Opentrack or "Open Track") AND (certif* or agree* or integrat* or contract) | 690 | 2,796 | (Autosoft or "PB Financial Systems" or "Applied Computer Systems" or ACS or "Supreme Software" or Dealeartra* or "Dealer track" or "dealer trak" or Opentrack or "Open Track") w/20 (certif* or agree* or integrat* or contract) | 206 | 1,651 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | In the interest of compromise, Dealer Plaintiffs will agree to CDK's original term as drafted. | | |
| No.046 | (BOD or "Board of Directors" or shareholder or investor) AND (minutes or notes or present*) | 3,243 | 7,142 | (BOD or "Board of Directors" or shareholder or investor) AND (minutes or notes or present*) w/10 (DMS or "Dealer Management System") | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | (BOD or "Board of Directors" or shareholder or investor) AND (minutes or notes or present*) w/35 (DMS or "Dealer Management System") | 5 | 10 | CDK 8/27 Proposal: (BOD or "Board of Directors" or shareholder or investor) AND (minutes or notes or present*) AND (CDK or Rey* or DMS or "dealer management system" or Authenticom or Cox or AutoLoop or MVSC or "motor vehicle software" or integrat* or (app* w/5 provid*)) | 804 | 3,479 | Dealer plaintiffs will agree to CDK's 8/27/2018 proposal | | |
| No.047 | (breach or hack or attack or data) AND (target or "north korea" or Sony or "Community Health" or Facebook or Equifax or DealerBuilt or "New Hampshire")) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/18 | CDK 8/27/2018 proposal hits + Family 8/28/18 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.048 | (CDK AND (rey* or "R&R" or RR or Reynolds)) AND ("data exchange agreement" or DEA) | 38 | 152 | Term is accepted | 38 | 152 | We are in agreement on this term. | | | | | | | | | | | |
| No.049 | (CDK and (Reynolds or "R&R" or RR) AND (coordinat or conspir or anticompet* or antitrust or tying or tie or tort*) | 240 | 498 | Term is accepted | 240 | 498 | We are in agreement on this term. | | | | | | | | | | | |
| No.050 | (CDK or DMI or "Digital Motorworks" or "Digital Motor Works" or Integralink or 3PA or "Partner Program" or "Access Program") w/10 (agree* or contract) | 1,398 | 2,380 | (DMI or "Digital Motorworks" or "Digital Motor Works" or Integralink or 3PA or "Access Program") w/10 (agree* or contract) | 165 | 368 | CDK does not think this term is overly broad as originally drafted by CDK. | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | In the interest of compromise, Dealer Plaintiffs will agree to CDK's original term as drafted. | | |
| No.051 | (CDK or Drive) AND ((manual report*) or (operational report*) or ERPG or (Enhanced Report Generator)) | 65 | 139 | Term is accepted | 65 | 139 | We are in agreement on this term. | | | | | | | | | | | |
| No.052 | (CDK OR Reynolds OR "R&R" OR "RR" OR DMS OR "Dealer Management System") AND ((UUP OR admin*) /20 (user OR account OR password or pwd OR access or credential*)) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.053 | (CDK or Reynolds or R&R or RR or DMS or "Dealer Management System" or Cox or DealerTrack) AND (Block* or detect* or disabl* or restrict* or intercept* or (cut w/3 off) or prevent* or undermin* or damage* or disarm or impair or cripple or defus* or hamper or imped* or restrain* or circumscribe or (shut w/5 off) or (turn w/5 off)) | 5,660 | 13,091 | (CDK or Reynolds or "R&R" or RR or DMS or "Dealer Management System" or Cox or DealerTrack) w/10 (Block* or detect* or disabl* or restrict* or intercept* or (cut w/3 off) or prevent* or undermin* or damage* or disarm or impair or cripple or defus* or hamper or imped* or restrain* or circumscribe) | 971 | 2,339 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK 8/27/2018 Proposal: (CDK or Reynolds or R&R or RR or DMS or "Dealer Management System" or Cox or DealerTrack) w/20 (Block* or detect* or disabl* or restrict* or intercept* or (cut w/3 off) or prevent* or undermin* or damage* or disarm or impair or cripple or defus* or hamper or imped* or restrain* or circumscribe or (shut w/5 off) or (turn w/5 off)) | 1,336 | 4,083 | Dealer Plaintiffs would compromise on a W/10 modifier: (CDK or Reynolds or R&R or RR or DMS or "Dealer Management System" or Cox or DealerTrack) w/10 (Block* or detect* or disabl* or restrict* or intercept* or (cut w/3 off) or prevent* or undermin* or damage* or disarm or impair or cripple or defus* or hamper or imped* or restrain* or circumscribe or (shut w/5 off) or (turn w/5 off)) | 977 | 2,345 |
| No.054 | (CDK or Reynolds or RR or R&R or ADP) w/20 (injur* or damage* or harm* or hurt*) | 296 | 1,316 | (CDK or Reynolds or RR or "R&R" or ADP) w/10 (injur* or damage* or harm* or hurt*) | 211 | 1,126 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | In the interest of compromise, Dealer Plaintiffs will agree to CDK's original term as drafted. | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.055a (Term 55 was initially greater than 450 characters) | (CDK OR Reynolds OR RR* OR R&R OR Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or Automate OR DMS OR "dealer management system" OR Dealeartra* OR "Dealer track" OR "dealer trak" OR Opentrack OR "Open Track") AND (SIS OR SelectQu OR "Superior Integrated Solutions" OR StoneEagle OR ProQuotes OR *@proquotes.net OR *@4-superior.com OR *@stoneeagle.com OR *@selectqu.com) | 338 | 904 | (CDK or Reynolds or RR* or "R&R" or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or Automate or DMS or "dealer management system" or Dealeartra* or "Dealer track" or "dealer trak" or Opentrack or "Open Track") AND (SIS or SelectQu or "Superior Integrated Solutions" or StoneEagle or ProQuotes or *@proquotes.net or *@4-superior.com or *@stoneeagle.com or *@selectqu.com) | 338 | 904 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. Based on conversation during 8/27 meet-and-confer, we believe we are in agreement on this term. | | | We are in agreement as to Term 55a | | |

16

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. 055b | (CDK OR Reynolds OR RR* OR R&R OR Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or Automate OR DMS OR "dealer management system" OR Dealeartra* OR "Dealer track" OR "dealer trak" OR Opentrack OR "Open Track") AND (((Independent w/20 (data w/3 integrator*)) OR (Independent integrator)) | 0 | 0 | (CDK or Reynolds or RR* or "R&R" or Autosoft or Dealerbuilt or PBS or Dominion or "Adam Systems" or Quorum or Advent or DPC or Automate or DMS or "dealer management system" or Dealeartra* or "Dealer track" or "dealer trak" or Opentrack or "Open Track") AND (Independent w/5 (integrat* or data)) | | | CDK does not think this term is overly broad as originally drafted by CDK. However, it appears there was a syntax error. Please provide hit counts for the following term: (CDK OR Reynolds OR RR* OR R&R OR Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or Automate OR DMS OR "dealer management system" OR Dealeartra* OR "Dealer track" OR "dealer trak" OR Opentrack OR "Open Track") AND (((Independent w/20 (data w/3 integrator*)) OR (Independent integrator)) | 19 | 45 | This term is accepted as proposed | | | We are in agreement on this term. | | | We are in agreement as to 55b | | |

17

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.056 | (CDK OR Reynolds OR RR* OR R&R OR Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or Automate OR DMS OR system OR Dealeartra* OR "Dealer track" OR "dealer trak" OR Opentrack OR "Open Track") w/20 (perform* or threat* or break or slow* or breach or destroy OR degrad* OR (data w/10 (corrupt* OR integrity)) OR (data w/10 security) OR complain* or investigat*) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.057 | (cede or (give w/3 up) or ((hand or sign or turn) w/3 over) or relinquish or renounce) AND (control or power or authority) AND (data or system) | 7,999 | 18,225 | (cede or (give w/3 up) or ((hand or sign or turn) w/3 over) or relinquish or renounce) w/10 (control or power or authority) AND (data or system) AND DMS | | | CDK 8/22 Proposal: (cede or (give w/3 up) or ((hand or sign or turn) w/3 over) or relinquish or renounce) w/20 (control or power or authority) AND (data or system or DMS) | 1,331 | 4,702 | (cede or (give w/3 up) or ((hand or sign or turn) w/3 over) or relinquish or renounce) w/10 (control or power or authority) AND (data or system) AND DMS | 173 | 428 | CDK requests that Plaintiffs used term modified by CDK on 8/22/18. | | | Dealer plaintiffs offer to compromise by adding a W/20 limiter to our 8/24 proposal (cede or (give w/3 up) or ((hand or sign or turn) w/3 over) or relinquish or renounce) w/20 (control or power or authority) AND (data or system) AND DMS | 197 | 478 |

18

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/18 | CDK 8/27/2018 proposal hits + Family 8/28/18 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/18 | Dealership Pls. Counter Proposal hits + family 8/28/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.058 | (compet* or threat* or challeng* or loss or lose or losing or superior* or compar*) w/15 (DMS or Drive or Dash or ODE or integrat* or app* or solution* or product or service) | 14,195 | 27,793 | (compet* or threat* or challeng* or loss or lose or losing or superior* or compar*) w/15 (DMS or (CDK w/2 Drive) or (CDK w/2 Dash) or ODE or integrat*) | | | CDK 8/22 Proposal: (compet* or threat* or challeng* or loss or lose or losing or superior* or compar*) w/15 (DMS or (CDK w/5 Drive) or (CDK w/5 Dash) or ODE or integrat* or app* or solution*) | 10,069 | 19,899 | (compet* or threat* or challeng* or loss or lose or losing or superior* or compar*) w/15 (DMS or (CDK w/2 Drive) or (CDK w/2 Dash) or ODE or integrat*) | 695 | 1,460 | CDK 8/27 Proposal: (compet* or threat* or challeng* or loss or lose or losing or superior* or compar*) w/15 (DMS or (CDK w/5 Drive) or (CDK w/5 Dash) or ODE or integrat* or (app* w/5 provid*)) | 823 | 1,846 | Dealer Plaintiffs will agree to CDK's 8/27 proposal | | |
| No.059 | (Compet* w/20 harm*) | | | | | | CDK did not move to compel. We agree to delete this term. | | | | | | | | | | | |
| No.060 | (contract* or agree*) AND (term or year* or length or period) | 31,049 | 56,498 | (contract* or agree*) w/10 (term or year* or length or period) AND (CDK or Reynolds) | | | CDK 8/22 Proposal: (contract* or agree*) AND (term or year* or length or period) AND (CDK or Rey*) | 3,893 | 8,641 | (contract* or agree*) w/10 (term or year* or length or period) AND (CDK or Reynolds) | 855 | 3,309 | CDK 8/27 Proposal: (contract* or agree*) w/20 (term or year* or length or period) AND (CDK or Rey*) | 1,141 | 4,597 | Dealer Plaintiffs will agree to CDK's 8/27 proposal | | |
| No.061 | (data or system OR DMS) w/20 (breach or attack or steal or stolen or hack* or corrupt* OR cybersec* OR (cyber w/5 secur*)) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.062 | (data w/3 integrat*) or (data w/3 extract*) | 3,245 | 4,536 | (data w/3 integrat*) or (data w/3 extract*)) w/10 (CDK or Reynolds) | 418 | 776 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | Dealer Plaintiffs would compromise on (data w/3 integrat*) or (data w/3 extract*) AND (CDK or REYNOLDS) | 2,489 | 3,267 |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.063 | (data AND integration) w/20 market | 52 | 127 | (data AND integration) w/20 market | 52 | 127 | CDK does not think this term is overly broad as originally drafted by CDK. | | | This term is accepted. | | | We are in agreement on this term. | | | | | |
| No.064 | (data or access or "third party" or thirdparty or "3rd party" or integrat* or extract*) AND (policy* or guideline* or rule* or requir*) | 36,187 | 59,601 | (data or access or "third party" or thirdparty or "3rd party") w/10 (integrat* or extract*) w/10 (policy* or guideline* or rule* or requir*) | | | CDK 8/22 Proposal:\n\n(data or access or "third party" or thirdparty or "3rd party" or integrat* or extract*) w/20 (policy* or guideline* or rule* or requir*) | 9,609 | 19,342 | (data or access or "third party" or thirdparty or "3rd party") w/15 (integrat* or extract*) w/15 (policy* or guideline* or rule* or requir*) | 216 | 472 | CDK 8/27 Proposal:\n\n(data or access or "third party" or thirdparty or "3rd party" or integrat* or extract*) w/10 (policy* or guideline* or rule* or requir*) | 6,682 | 13,919 | Dealer Plaintiffs would compromise on\n\n(data or access or "third party" or thirdparty or "3rd party") w/20 (integrat* or extract*) w/20 (policy* or guideline* or rule* or requir*) | 271 | 641 |
| No.065 | (dealer w/10 data) AND (retriev* or obtain or access* or collect* or transmit* or poll* or scrap* or pull* or extract*) AND (manual or push or FTP) | 271 | 912 | Term is accepted | 271 | 912 | We are in agreement on this term. | | | | | | | | | | | |
| No.066 | ((declin* or refus* or ((will or would) /3 not) or won't) w/10 (authoriz* or grant or give or allow or share)) AND (login or credential or password or pwd or access) AND (Cox OR DealerTrack or DMS OR Reynolds OR R&R OR RR OR CDK or integrat* or Authenticom or DealerVault or vendor*) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/18 | CDK 8/27/2018 proposal hits + Family 8/28/18 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/18 | Dealership Pls. Counter Proposal hits + family 8/28/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.067 | (DMS or "dealer management system" or integrat* or app* or vendor or CDK or Reynolds or Dealertrack or Cox) AND (analy* or forecast or project* or survey* or evaluat* or stud* or (market w/3 share) or (market w/3 condition) or profit* or compet* or market or pric*) | 72,287 | 109,539 | (DMS or "dealer management system" W/5 (analy* or forecast or project* or survey* or evaluat* or stud* or (market w/3 share) or (market w/3 condition*) or profit* or compet* or market or pric*) | | | CDK 8/22 Proposal:  (DMS or "dealer management system" or integrat* or app* or vendor or CDK or Reynolds or Dealertrack or Cox) w/15 (survey* or evaluat* or stud* or (market w/3 share) or (market w/3 condition*) or compet* or market or pric*) | 20,639 | 36,815 | (DMS or "dealer management system" or integrator or CDK or Reynolds or Dealertrack or Cox) w/5 (survey* or evaluat* or stud* or (market w/3 share) or (market w/3 condition*) or compet* ) | 878 | 1,304 | CDK 8/27 Proposal:  (DMS or "dealer management system" or integrat* or (app* w/5 provid*) or vendor or CDK or Reynolds or Dealertrack or Cox) w/10 (survey* or evaluat* or stud* or (market w/3 share) or (market w/3 condition*) or compet* or market) | Syntax Error | Syntax Error | Dealer Plaintiffs stand by their 8/24 proposal | | |
| No.068 | (DMS or "dealer management system") w/5 market* | 353 | 593 | Term is accepted | 353 | 593 | We are in agreement on this term. | | | | | | | | | | | |
| No.069 | (DMS or "Dealer Management System") AND (promot* or rebate* or discount* or sale*) | 4,462 | 7,640 | (DMS or "Dealer Management System") w/10 (promot* or rebate* or discount* or sale*) | 753 | 1,815 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK 8/27 Proposal:  (DMS or "Dealer Management System") w/20 (promot* or rebate* or discount* or sale*) | 1,098 | 2,436 | Dealer Plaintiffs will agree to CDK's 8/27 proposal | | |
| No.070 | (DMS or "Dealer Management System" ) w/10 (agree* or contract) | 454 | 1,136 | Term is accepted | 454 | 1,136 | We are in agreement on this term. | | | | | | | | | | | |
| No.071 | (DMS or integrat* or vendor*) w/10 cancel | 79 | 218 | Term is accepted | 79 | 218 | We are in agreement on this term. | | | | | | | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.072 | (draft or modify or edit or write or chang* or negotiat* or enforc* or interpret* or adjust* or tweak or delete or amend*) AND (contract* or agree* or provision* or section* or paragraph) | 40,197 | 66,778 | ((draft or modify or edit or write or chang* or negotiat* or enforc* or interpret* or adjust* or tweak or delete or amend*) AND (contract* or agree* or provision* or section* or paragraph)) w/10 (DMS or "Dealer Management System") | | | CDK 8/22 Proposal: (draft or modify or edit or write or chang* or negotiat* or enforc* or interpret* or adjust* or tweak or delete or amend*) AND (DMS or "dealer management system" or CDK or Rey*) | 6,482 | 12,481 | (draft or modify or edit or write or chang* or negotiat* or enforc* or interpret* or adjust* or tweak or delete or amend*) w/10 (contract* or agree* or provision* or section* or paragraph) w/10 (DMS or "dealer management system" or CDK or Rey*) | 301 | 703 | CDK requests that Plaintiffs use term modified by CDK on 8/22/18. | | | The hit counts for CDK's 8/22 appear to be in error, they are corrected here and are overburdensome. Dealer Plaintiffs propose (draft or modify or edit or write or chang* or negotiat* or enforc* or interpret* or adjust* or tweak or delete or amend*) w/20 (contract* or agree* or provision* or section* or paragraph) w/10 (DMS or "dealer management system" or CDK or Rey*) | 529 | 1,169 |
| No.073 | (employee or agent*) AND (agree* or contract) AND ((permit or allow or access or authoriz*) w/25 DMS) | 344 | 953 | Term is accepted | 344 | 953 | We are in agreement on this term. | | | | | | | | | | | |

22

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.074 | (exclusiv* or sole or only) w/20 (DMS or CDK or Reynolds or R&R or RR or provider or service* or "dealer management system") | 2,547 | 5,914 | (exclusiv* or sole or only) w/10 (DMS or CDK or Reynolds or "R&R" or RR or "dealer management system") | 225 | 582 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK 8/27 Proposal: (exclusiv* or sole or only) w/15 (DMS or CDK or Reynolds or R&R or RR or provider or service* or "dealer management system") | 2,082 | 4,836 | CDK's 8/27 proposal produces burdensome hit counts, Dealer Plaintiffs propose (exclusiv* or sole or only) w/5 (DMS or CDK or Reynolds or R&R or RR or provider or service* or "dealer management system") | 936 | 2,063 |
| No.075 | (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice or quot*) w/15 (data w/5 (gather* or extract* or (write w/3 back) or pull* or scrap* or integrat*)) | 711 | 1,281 | (fee or pric* or charge or rate* or bill or cost* or pay* or invoice or quot*) w/10 (data w/5 (gather* or extract* or (write w/3 back) or pull* or poll* or integrat*)) | 428 | 875 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | |
| No.076 | (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice or quot*) w/15 (DealerVault or Authenticom or Integrat* or vendor* or (data w/5 (gather* or extract* or (write w/3 back) or pull* or scrap*))) | 6,345 | 14,421 | (fee or pric* or charge or rate* or bill or cost* or pay* or invoice or quot*) w/10 (DealerVault or Authenticom or (data w/5 (gather* or extract* or poll*))) | | | CDK 8/22 Proposal: (fee* or pric* or charge or rate* or bill or pay* or invoice or quot*) w/15 (DealerVault or Authenticom or Integrat* or app* or (data w/5 (gather* or extract* or "write back" or writeback or pull* or poll*))) | 40,284 | 68,517 | (fee or fees or pric* or charge or rate* or bill or pay* or invoice or quot*) w/5 (DealerVault or Authenticom or Integrat* or (data w/5 ( extract* or "write back" or writeback or poll* or scrap*))) | 1,151 | 2,379 | CDK 8/27 Proposal: (fee* or pric* or charge or rate* or bill or pay* or invoice or quot*) w/15 (DealerVault or Authenticom or Integrat* or (app* w/5 provid*) or (data w/5 (gather* or extract* or "write back" or writeback or pull* or poll* or scrap*))) | 3,582 | 6,694 | CDK's 8/27 proposal produces burdensome hit counts, Dealer Plaintiffs stand by their 8/24 proposal | | |

23

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/18 | CDK 8/27/2018 proposal hits + Family 8/28/18 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.077 | (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice) AND (Digital Motorworks or Integralink or DMI or "Digit Motor Works") | 279 | 506 | Term is accepted | 279 | 506 | We are in agreement on this term. | | | | | | | | | | | |
| No.078 | (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice) w/15 (Rey* or "R&R" or RR or Cox or DealerTrack or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/5 (system or DMS)) or Quorum or Advent or DPC or RCI or "certified interface" or DealerVault or Authenticom or "Auto/mate" or Automate or "auto mate" or SelectQu or "SelectQ" or "Superior Integrated Solutions" or SIS or StoneEagle or ProQuotes or AutoLoop) | 6,729 | 11,701 | (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice) w/5 (Rey* or "R&R" or RR or Cox or DealerTrack or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/5 (system or DMS)) or Quorum or Advent or DPC or RCI or "certified interface" or DealerVault or Authenticom or "Auto/mate" or Automate or "auto mate" or SelectQu or "SelectQ" or "Superior Integrated Solutions" or SIS or StoneEagle or ProQuotes or AutoLoop) | 5,026 | 8,665 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK accepts Pls. 8/11 proposal. | | | | | |
| No.079a | (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice) w/20 (data or access* or integrat* or 3PA or "third party access" or "partner program" or "Access Program") | 24,100 | 42,848 | | | | CDK 8/22 Proposal: (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice) w/5 (3PA or "third party access" or "Access Program") | 8,383 | 16,881 | (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice) w/10 (3PA or "third party access" or "partner program" or "Access Program") | 561 | 765 | CDK 8/27 Proposal: (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice) w/10 (or 3PA or "third party access" or "partner program" or "Access Program") | | | Dealership Plaintiffs accept 79a 79a. (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice) w/10 (3PA or "third party access" or "partner program" or "Access Program") | 580 | 793 |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79b. | | | | | | | | | | | | | (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice) w/5 (data) | 5,231 | 11,161 | CDK's 8/27 proposal produces burdensome hit counts, Dealer Plaintiffs propose 79b. (fee* or pric* or charge or rate* or bill or cost* or pay* or invoice) w/5 (data) AND (CDK or DMS) | 988 | 2,217 |
| No.080 | (fee* or pric* or charge or rate* or bill or cost* or pay* or paid or invoice*) AND ((pass w/5 through) or passthrough or shared or sent or "passed to" or "passed on" or "pass on") | 187,201 | 238,327 | (fee* or pric* or charge or rate* or bill or cost* or pay* or paid or invoice*) AND ((pass w/5 through) or passthrough or shared or "passed to" or "passed on" or "pass on") w/35 (DMS or 3PA) | | | CDK 8/22 Proposal: (fee* or pric* or charge or rate* or bill or cost* or pay* or paid or invoice*) w/20 ((pass w/5 through) or passthrough or shared or "passed to" or "passed on" or "pass on") | 5,047 | 10,220 | (fee* or pric* or charge or rate* or bill or cost* or pay* or paid or invoice*) AND ((pass w/5 through) or passthrough or shared or "passed to" or "passed on" or "pass on") w/35 (DMS or 3PA) | 323 | 513 | CDK 8/27 Proposal: ((fee* or pric* or charge or rate* or bill or cost* or pay* or paid or invoice*) w/20 ((pass w/5 through) or passthrough or shared or "passed to" or "passed on" or "pass on")) AND (CDK or Rey* or 3PA or "third party" or "access program" or RCI or integrat* or application or data or DMS or "dealer management system" or extract or poll or pull or push or "write back" or writeback) | 2,335 | 5,188 | CDK's 8/27 proposal produces burdensome hit counts, Dealer Plaintiffs propose ((fee* or pric* or charge or rate* or bill or cost* or pay* or paid or invoice*) w/20 ("pass through" or passthrough or shared or "passed to" or "passed on" or "pass on")) w/25 (CDK or Rey* or 3PA or "third party" or "access program" or RCI or integrat* or application or data or DMS or "dealer management system" or extract or poll or pull or push or "write back" or writeback) | 418 | 1,065 |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.081 | (fee* or pric* or charge* or rate* or bill or cost* or pay* or paid or invoice*) w/20 (vend* or integrat* or appl* or Authenticom or SIS or "Superior Integrated Solutions" or InDesign or 1DMS or SelectQu or "New Freedom" or "Stone Eagle" or "ProQuotes") | 29,669 | 54,575 | (fee or pric* or charge or rate* or bill or cost* or pay* or paid or invoice*) w/5 (integrator or Integration or Authenticom or SIS or "Superior Integrated Solutions" or InDesign or 1DMS or SelectQu or "Stone Eagle" or "ProQuotes") | | | CDK 8/22 Proposal:<br><br>(fee* or pric* or charge* or rate* or bill or cost* or pay* or paid or invoice*) w/10 (vend* or integration* or integrator* or appl* or Authenticom or SIS or "Superior Integrated Solutions" or InDesign or 1DMS or SelectQu or "New Freedom" or "Stone Eagle" or "ProQuotes") | 22,275 | 42,691 | (fee or fees or pric* or charge* or rate* or bill or cost* or pay* or paid or invoice*) w/5 (vendor or integration* or integrator* or appl* or Authenticom or SIS or "Superior Integrated Solutions" or InDesign or 1DMS or SelectQu or "New Freedom" or "Stone Eagle" or "ProQuotes") | 2,093 | 4,505 | CDK 8/27 Proposal:<br><br>(fee* or pric* or charge* or rate* or bill or cost* or pay* or paid or invoice*) w/10 (vend* or integration* or integrator* or (app* w/5 provid*) or Authenticom or SIS or "Superior Integrated Solutions" or InDesign or 1DMS or SelectQu or "New Freedom" or "Stone Eagle" or "ProQuotes") | 4,883 | 11,888 | CDK's 8/27 proposal produces burdensome hit counts, Dealer Plaintiffs stand by their 8/24 proposal | | |
| No.082 | (FTP OR "File transfer protocol") AND (push or writeback or (write w/5 back)) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.083 | (Gramm-Leach-Bliley) OR (Gramm Leach Bliley) OR GLB OR GLBA | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.084 | (hack or steal or misuse or misapprop*) w/20 (data or server or information or password or pwd or login or credentials or access OR DMS) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.085 | (harm OR injur* OR disrupt* OR los* OR interrupt* OR cancel* OR end* OR stop*) w/15 (Reynolds OR R&R OR RR OR CDK) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.086 | (Integrat* or vendor or application or app* or customer* or DMS or "dealer management system") w/10 (win or loss or switch) | 4,865 | 9,994 | (Integrat* or vendor or application or DMS or "dealer management system") w/5 (win or loss or switch) | | | CDK 8/22 Proposal: (Integrat* or vendor or application or app* DMS or "dealer management system") w/10 (win or loss or switch) | 3,984 | 8,084 | (Integrat* or vendor or application or DMS or "dealer management system") w/5 (win or loss or switch) | 293 | 713 | CDK 8/27 Proposal: (Integrat* or vendor or application or (app* w/5 provid*) or DMS or "dealer management system") w/10 (win or loss or switch) | | | Dealer Plaintiffs will accept CDK's 8/27 proposal | | |
| No.087 | Lawsuit or litigat* or complaint or alleg* or claim* or (legal w/3 (action or proceeding)) or MDL or subpoena or "class plaintiff" or "lead plaintiff" or "class representative" | 35,762 | 60,290 | (Lawsuit or litigat* or complaint or alleg* or claim* or (legal w/3 (action or proceeding)) or MDL or subpoena or "class plaintiff" or "lead plaintiff" or "class representative") w/10 (DMS or "Dealer Management system") | | | CDK 8/22 Proposal: (Lawsuit or litigat* or complaint or alleg* or claim* or (legal w/3 (action or proceeding)) or MDL or subpoena or "class plaintiff" or "lead plaintiff" or "class representative") AND (CDK or Rey* or DMS or "Dealer Management System" or Cox or AutoLoop or MVSC or Authenticom) | 4,600 | 10,174 | (Lawsuit or litigat* or alleg* or (legal w/3 (action or proceeding)) or MDL or subpoena or "class plaintiff" or "lead plaintiff" or "class representative") w/5 (CDK or Rey* or DMS or "Dealer Management System" or Cox or AutoLoop or MVSC or Authenticom) | 1,021 | 2,384 | CDK 8/27 Proposal: (Lawsuit or litigat* or complaint or alleg* or claim* or (legal w/3 (action or proceeding)) or MDL or subpoena or "class plaintiff" or "lead plaintiff" or "class representative") w/20 (CDK or Rey* or DMS or "Dealer Management System" or Cox or AutoLoop or MVSC or Authenticom) | 1,454 | 3,335 | CDK's 8/27 proposal produces burdensome hit counts, Dealer Plaintiffs stand by their 8/24 proposal | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.088 | (Login OR username OR "user name" OR password OR credential* or pwd or (user w/5 ID)) AND (recei* OR stor* OR compil* OR encrypt* OR transmi* OR request OR shar* OR obtain OR gather OR acquir* OR protect OR utilize* OR use OR maintain* OR email OR send OR stor* or access) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.089 | (login OR username OR "user name" OR password OR credential* OR pwd OR (user w/5 ID)) w/15 ("Reynolds OR R&R OR RR OR CDK OR DMS) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.090 | (PII or (non w/3 dealer) OR (proprietary data) OR SSN or "social security" or "nonpublic personal" OR "personally identifiable") AND (DMS OR "Dealer Management System") AND (access* OR poll* OR pull* OR scrap* OR extract*) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.091 | (purchase or buy or sale or aquire or acquisition) AND (DMS or "dealer management system") | 2,403 | 5,076 | (purchase or buy or sale or aquire or acquisition) (DMS or "dealer management system") | 164 | 589 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | This term produces burdensome hit counts as originally drafted, Dealer Plaintiffs would compromise on: (purchase or buy or sale or aquire or acquisition) w/20 (DMS or "dealer management system") | 405 | 1,231 |
| No.092 | (R&R) or RR or Rey* or *reyrey.com or Reynolds | 13,111 | 26,590 | (*reyrey.com or Reynolds) w/5 (DMS or "Dealer Management System") | | | CDK 8/22 Proposal: ((R&R) or RR or Rey* or *reyrey.com or Reynolds) AND (DMS or "Dealer Management System" or data or access* or integrat* or CDK) | 7,210 | 15,261 | ((R&R) or RR or Rey* or *reyrey.com or Reynolds) w/10 (DMS or "Dealer Management System" or integrat* or CDK) | 865 | 1,458 | CDK 8/27 Proposal: ((R&R) or RR or Rey* or *reyrey.com or Reynolds) w/20 (DMS or "Dealer Management System" or data or access* or integrat* or CDK) | 1,614 | 4,942 | CDK's 8/27 proposal produces burdensome hit counts, Dealer Plaintiffs stand by their 8/24 proposal | 865 | 1,458 |
| No.093 | (restrict* or *authoriz* or allow*) AND (Reynolds or CDK) AND (DMS or system) AND (contract or agree*) | 2,154 | 5,322 | (restrict* or *authoriz* or allow*) w/5 (Reynolds or CDK) w/5 (DMS or system) AND (contract or agree*) | 41 | 93 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | This term produces burdensome hit counts as originally drafted, Dealer Plaintiffs would compromise on: (restrict* or *authoriz* or allow*) w/20 (Reynolds or CDK) w/20 (DMS or system) AND (contract or agree*) | 257 | 740 |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.094 | (Reynolds or RR or R&R or DMS or CDK or Dealertrack or Cox or system) AND ("processing loads" or burden or effects) | 1,184 | 2,820 | (Reynolds or RR or "R&R" or DMS or CDK or Dealertrack or Cox ) w/5 ("processing loads" or burden) | 10 | 30 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | This term produces burdensome hit counts as originally drafted, Dealer Plaintiffs would compromise on: (Reynolds or RR or "R&R" or DMS or CDK or Dealertrack or Cox ) w/25 ("processing loads" or burden) | 19 | 57 |
| No.095 | (secur* or priva*) AND data AND (concern* or worr* or anxi* OR distress* or nervous* or uneas* or trouble*) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.096 | (Secur* w/10 ( data or information)) AND (polic* OR plan OR system) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.097 | (Stone Eagle Group) or StoneEagle or *@stoneeagle.com | 166 | 389 | Term is accepted | 166 | 389 | We are in agreement on this term. | | | | | | | | | | | |
| No.098 | (Superior Integrated Solutions) or SIS or *@4-superior.com | 411 | 1,243 | Term is accepted | 411 | 1,243 | We are in agreement on this term. | | | | | | | | | | | |
| No.099 | (Unauthorized OR (without authoriz*) OR (no* w/5 authoriz*)) AND (DMS OR "Dealer Management System" OR CDK OR Reynolds) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.100 | (unauthorized w/5 access) w/20 (data OR server OR information) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.101 | (Username OR Password OR userID OR (user w/5 ID)) AND DMS | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.102a (Term 102 was initially greater than 450 characters) | (win or los*) w/20 (DMS or "dealer management system" OR CDK OR Rey* or "R&R" or RR or Cox or Dealertrack or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or RCI or "certified interface" or DealerVault or Authenticom or "Auto/mate" or Automate or "Auto Mate" or SelectQu or SelectQ or "Superior Integrated Solutions" or SIS or StoneEagle or ProQuotes or AutoLoop or vendor or integrat*) | 1,106 | 3,772 | (win or los*) w/5 (DMS or "dealer management system" or CDK or Rey* or "R&R" or RR or Cox or Dealertrack or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or RCI or "certified interface" or DealerVault or Authenticom or "Auto/mate" or Automate or "Auto Mate" or SelectQu or SelectQ or "Superior Integrated Solutions" or SIS or StoneEagle or ProQuotes or AutoLoop or vendor or integrat*) | 282 | 607 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | CDK's original proposed term 102 produces burdensome hit counts of at least 12k with family for 102a-e, Dealer Plaintiffs stand by their 8/24 proposals for each | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.102b | (cancel* or switch) w/20 (DMS or "dealer management system" OR CDK OR Rey* or "R&R" or RR or Cox or Dealertrack or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or RCI or "certified interface" or DealerVault or Authenticom or "Auto/mate" or Automate or "Auto Mate" or SelectQu or SelectQ or "Superior Integrated Solutions" or SIS or StoneEagle or ProQuotes or AutoLoop or vendor or integrat*) | 2,847 | 3,745 | (cancel* or switch) w/5 (DMS or "dealer management system" or CDK or Rey* or "R&R" or RR or Cox or Dealertrack or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or RCI or "certified interface" or DealerVault or Authenticom or "Auto/mate" or Automate or "Auto Mate" or SelectQu or SelectQ or "Superior Integrated Solutions" or SIS or StoneEagle or ProQuotes or AutoLoop or vendor or integrat*) | 1,948 | 2,538 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | CDK's original proposed term 102 produces burdensome hit counts of at least 12k with family for 102a-e, Dealer Plaintiffs stand by their 8/24 proposals for each | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/18 | CDK 8/27/2018 proposal hits + Family 8/28/18 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.102c | (defect* or mov*) w/20 (DMS or "dealer management system" OR CDK OR Rey* or "R&R" or RR or Cox or Dealertrack or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or RCI or "certified interface" or DealerVault or Authenticom or "Auto/mate" or Automate or "Auto Mate" or SelectQu or SelectQ or "Superior Integrated Solutions" or SIS or StoneEagle or ProQuotes or AutoLoop or vendor or integrat*) | 1,437 | 2,645 | (defect* or mov*) w/5 (DMS or "dealer management system" or CDK or Rey* or "R&R" or RR or Cox or Dealertrack or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or RCI or "certified interface" or DealerVault or Authenticom or "Auto/mate" or Automate or "Auto Mate" or SelectQu or SelectQ or "Superior Integrated Solutions" or SIS or StoneEagle or ProQuotes or AutoLoop or vendor or integrat*) | 413 | 848 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | CDK's original proposed term 102 produces burdensome hit counts of at least 12k with family for 102a-e, Dealer Plaintiffs stand by their 8/24 proposals for each | | |
| No.102d | (chang* or transfer*) w/20 (DealerVault or Authenticom or "Auto/mate" or Automate or "Auto Mate" or SelectQu or SelectQ or "Superior Integrated Solutions" or SIS or StoneEagle or ProQuotes or AutoLoop or vendor or integrat*) | 1,194 | 2,450 | (chang* or transfer*) w/5 (DealerVault or Authenticom or "Auto/mate" or Automate or "Auto Mate" or SelectQu or SelectQ or "Superior Integrated Solutions" or SIS or StoneEagle or ProQuotes or AutoLoop or vendor or integrat*) | 247 | 574 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | CDK's original proposed term 102 produces burdensome hit counts of at least 12k with family for 102a-e, Dealer Plaintiffs stand by their 8/24 proposals for each | | |

33

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.102e | (chang* or transfer*) w/20 (DMS or "dealer management system" OR CDK OR Rey* or "R&R" or RR or Cox or Dealertrack or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or RCI or "certified interface") | 3,710 | 6,637 | (chang* or transfer*) w/5 (DMS or "dealer management system" or CDK or Rey* or "R&R" or RR or Cox or Dealertrack or Autosoft or Dealerbuilt or PBS or Dominion or (Adam w/15 (system or DMS)) or Quorum or Advent or DPC or RCI or "certified interface") | 1,346 | 3,077 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK accepts Pls. 8/11 proposed modification. | | | CDK's original proposed term 102 produces burdensome hit counts of at least 12k with family for 102a-e, Dealer Plaintiffs stand by their 8/24 proposals for each | | |
| No.103 | "secure web form" | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.104 | "SOC" OR SSAE OR cybersec* OR hack* OR (breach* AND (data or system)) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.105 | agen* | | | | | | CDK did not move to compel. We agree to delete this term. | | | | | | | | | | | |

34

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.106 | Agreement w/20 (CDK or Reynolds or R&R or illegal or anticompet* or alleg*) | 1,996 | 4,991 | Agreement w/5 ((CDK or Reynolds or "R&R") AND (illegal or anticompet* or alleg*)) | 34 | 100 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK 8/27 Proposal: Agreement w/15 (CDK or Reynolds or R&R or illegal or anticompet* or alleg*) | 1,406 | 3,721 | CDK's 8/27 proposal produces burdensome hit counts. So that the concepts remain connected, Dealer Plaintiffs propose: Agreement w/20 ((CDK or Reynolds or "R&R") AND (illegal or anticompet* or alleg*)) | 71 | 242 |
| No.107 | anticompet* | 86 | 185 | anticompet* | 86 | 185 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK accepts Pls. 8/11 proposed modification. | | | We are in agreement | | |
| No.108 | antitrust | 1,227 | 1,618 | Antitrust AND (DMS or "Dealer Management System") | 913 | 1,077 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | CDK's 8/27 proposal produces burdensome hit counts. So that the concepts remain connected, Dealer Plaintiffs stand by their 8/11 proposal | | |
| No.109 | Authenticom or DealerVault or Cottrell or Dvault or ACOM or DVLT or DVT or Cotrel or Cotrell or AuthentiLink or 17-cv-318 | 1,374 | 2,036 | (Authenticom or DealerVault or Cottrell or Dvault or ACOM or DVLT or DVT or Cotrel or Cotrell or AuthentiLink) w/10 (17-cv-318 or antitrust) | 42 | 50 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | In the spirit of compromise, Dealer Plaintiffs will accept the term as originally drafted, despite the fact that it is 12 distinct searches as drafted | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/18 | CDK 8/27/2018 proposal hits + Family 8/28/18 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.110 | Authoriz* AND ((Reynolds OR CDK) w/20 DMS) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.111 | AutoLoop or (loop w/3 llc) or *Autoloop.net or 18-cv-02521 | 156 | 244 | (AutoLoop or (loop w/3 llc) or *Autoloop.net) w/10 (18-cv-02521 or antitrust) | 9 | 23 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | Dealer Plaintiffs will accept this term as originally drafted. | | |
| No.112 | Autotrader or "Dealer Dot Com" or DealerTrack or "Dealer Track" or HomeNet or "Kelley Blue Book" or vAuto or VinSolutions or Xtime or 17-cv-925 | 9,243 | 14,631 | (Autotrader or "Dealer Dot Com" or DealerTrack or "Dealer Track" or HomeNet or "Kelley Blue Book" or vAuto or VinSolutions or Xtime) w/10 (17-cv-925 or antitrust) | 2 | 5 | CDK agrees to delete this term, as it is duplicative of No. 117. | | | | | | | | | | | |
| No.113 | CDK or ADP or *cdk.com or *adp.com | 24,138 | 30,638 | (*cdk.com or *adp.com) w/10 (DMS or "Dealer management system") | | | CDK 8/22 Proposal: (CDK or ADP or *cdk.com or *adp.com) AND (DMS or "Dealer Management System" or data or access* or integrat* or Rey* or RR or "R&R") | 10,668 | 16,142 | (ADP or *cdk.com or *adp.com) w/20 (DMS or "Dealer Management System" or integrat* or Rey* or RR or "R&R") | 944 | 3,118 | CDK 8/27 Proposal: (CDK or ADP or *cdk.com or *adp.com) w/20 (DMS or "Dealer Management System" or data or access* or integrat* or Rey* or RR or "R&R") | 6,437 | 10,514 | CDK's 8/27 proposal produces burdensome hit counts, Dealer Plaintiffs will compromise on: (CDK or ADP or *cdk.com or *adp.com) w/10 (DMS or "Dealer Management System" or access* or integrat* or Rey* or RR or "R&R") | 4,317 | 7,567 |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/18 | CDK 8/27/2018 proposal hits + Family 8/28/18 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.114 | CDK* AND (nondisclosure* or share* or provide*) AND (fee* or charge*) | 2,124 | 3,804 | As a result of larger than expected hit counts, Dealer Plaintiffs propose:  CDK w/35 ((nondisclosure* or share* or provide*) w/10 (fee or charge*)) | 133 | 378 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | CDK's original proposal does produce burdensome hit counts, Dealer Plaintiffs will compromise on:  CDK w/35 ((nondisclosure* or share* or provide*) AND (fee* or charge*)) | 479 | 1,026 |
| No.115 | Circumvent AND (security OR dms OR block*) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.116a | Conspir* or monop* or (market w/2 alloc*) or (market w/2 division) or "exclusive dealing" or "tying arrangement" or boycott* or anticompetitive or "single brand aftermarket" or antitrust or "refusal to deal" or duopoly or dominat* or "market power" or "lock in" or "locked in" or "barriers to entry" or "barrier to entry" or tort* | 9,569 | 20,224 | (Conspir* or monop* or (market w/2 alloc*) or (market w/2 division) or "exclusive dealing" or "tying arrangement" or boycott* or anticompetitive or "single brand aftermarket" or antitrust or "refusal to deal" or duopoly or dominat* or "market power" or "lock in" or "locked in" or "barriers to entry" or "barrier to entry" or tort*) w/35 (DMS or "Dealer Management System") | | | CDK 8/22 Proposal: (Conspir* or monop* or (market w/2 alloc*) or (market w/2 division) or "exclusive dealing" or "tying arrangement" or boycott* or anticompetitive or "single brand aftermarket" or antitrust or "refusal to deal" or duopoly or dominat* or "market power" or "lock in" or "locked in" or "barriers to entry" or "barrier to entry" or tort*) AND (CDK or Rey* or RR or "R&R" or data or DMS or "dealer management system" or integrat* or app* or vend*) | 7,631 | 17,267 | (Conspir* or monop* or (market w/2 alloc*) or (market w/2 division) or "exclusive dealing" or "tying arrangement" or boycott* or anticompetitive or "single brand aftermarket" or antitrust or "refusal to deal" or duopoly or dominat* or "market power" or "lock in" or "locked in" or "barriers to entry" or "barrier to entry" or tort*) w/20 (CDK or Rey* or RR or "R&R" or data or DMS or "dealer management system" or integrat*) | 977 | 1,189 | CDK 8/27 Proposal: (Conspir* or monop* or (market w/2 alloc*) or (market w/2 division) or "exclusive dealing" or "tying arrangement" or boycott* or anticompetitive or "single brand aftermarket" or antitrust or "refusal to deal" or duopoly or dominat* or "market power" or "lock in" or "locked in" or "barriers to entry" or "barrier to entry" or tort*) w/20 (CDK or Rey* or RR or "R&R" or data or DMS or "dealer management system" or integrat* or (app* w/ provid) or vend*) | | | CDK's 8/27 proposal was longer than 450 characters and must be split apart - and would accept 116a with a w/10 modifier below (Conspir* or monop* or (market w/2 alloc*) or (market w/2 division) or "exclusive dealing" or "tying arrangement" or boycott* or "single brand aftermarket" or antitrust or "refusal to deal" or duopoly or dominat* or "market power" or "lock in" or "locked in" or "barriers to entry" or "barrier to entry" or tort*) w/10 (CDK or Rey* or RR or "R&R" or data or DMS or "dealer management system" or integrat* or (app* w/ provid) or vend*) | 1,190 | 2,110 |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116b. | | | | | | | | | | | | | | | | Dealer Plaintiffs would accept 116b: anticompetitive w/20 (CDK or Rey* or RR or "R&R" or data or DMS or "dealer management system" or integrat* or (app* w/ provid) or vend*) | 77 | 160 |
| No.117 | Cox or Autotrader or "Dealer Dot Com" or DealerTrack or "Dealer Track" or HomeNet or "Kelley Blue Book" or vAuto or VinSolutions or Xtime or 17-cv-925 | 11,465 | 18,609 | (Cox or Autotrader or "Dealer Dot Com" or DealerTrack or "Dealer Track" or HomeNet or "Kelley Blue Book" or vAuto or VinSolutions or Xtime) w/10 (17-cv-925 or antitrust) | | | CDK 8/22 Proposal: (Cox or Autotrader or "Dealer Dot Com" or DealerTrack or "Dealer Track" or HomeNet or "Kelley Blue Book" or vAuto or VinSolutions or Xtime)AND (17-cv-925 or litigat* or antitrust or law* or MDL) | 2,515 | 5,832 | (Cox or Autotrader or "Dealer Dot Com" or DealerTrack or "Dealer Track" or HomeNet or "Kelley Blue Book" or vAuto or VinSolutions or Xtime)w/20 (17-cv-925 or litigat* or antitrust or law* or MDL) | 147 | 236 | CDK requests that Plaintiffs use term modified by CDK on 8/22/18. | | | CDK's 8/22 term produces burdensome hit counts, Dealership plaintiffs propose: (Cox or Autotrader or "Dealer Dot Com" or DealerTrack or "Dealer Track" or HomeNet or "Kelley Blue Book" or vAuto or VinSolutions or Xtime) w/25 (17-cv-925 or litigat* or antitrust or law* or MDL) | 264 | 547 |
| No.118 | cyber w/5 insurance | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.119 | Disable | | | | | | CDK did not move to compel on this term. We agree to delete this term. | | | | | | | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.120 | FTC or DOJ or "federal trade commission" or "department of justice" or *ftc.gov or *doj.gov | 2,203 | 3,956 | (FTC or DOJ or "federal trade commission" or "department of justice" or *ftc.gov or *doj.gov) AND DMS | 167 | 338 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | The term as originally drafted is not connected to the subject matter of this litigation – Dealer Plaintiffs propose:<br><br>(FTC or DOJ or "federal trade commission" or "department of justice" or *ftc.gov or *doj.gov) AND (CDK or Rey* or RR or "R&R" or data or DMS or "dealer management system" or integrat* or (app* w/ provid) or vend*) | 1,002 | 1,973 |
| No.121 | FTP w/3 push | | | | | | CDK did not move to compel on this term. We agree to delete this term. | | | | | | | | | | | |

40

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.122 | hide or conceal or (cover w/3 up) or veil or bury | 11,805 | 23,219 | (hide or conceal or (cover w/3 up) or veil or bury) w/35 (DMS or "Dealer Management System") | | | CDK 8/22 Proposal: (hide or conceal or (cover w/3 up) or veil or bury) AND (data or integrat* or app* or vend* or litigat* or law* or *legal* or antitrust or CDK or RR or "R&R" or Rey* or DMS or "dealer management system" or hostil* or poll or pull or extract or "write back" or writeback | 9,061 | 19,308 | (hide or conceal or (cover w/3 up) or veil or bury) w/5 (integrat* or vendor* or litigat* or law* or *legal* or antitrust or CDK or RR or "R&R" or Rey* or DMS or "dealer management system" or hostil* or poll or pull or extract or "write back" or writeback | 238 | 529 | CDK 8/27 Proposal: (hide or conceal or (cover w/3 up) or veil or bury) w/20 (data or app* or vend* or litigat* or law* or *legal* or antitrust or CDK or RR or "R&R" or Rey* or DMS or "dealer management system" or hostil* or poll or pull or extract or "write back" or writeback) | Syntax error | Syntax error | Dealership Plaintiffs propose the following correcting CDK's syntax error and also adding a w/10 modifier: (hide or conceal or (cover w/3 up) or veil or bury) w/10 (data or integrat* or "app* provid*" or vend* or litigat* or law* or *legal* or antitrust or CDK or RR or "R&R" or Rey* or DMS or "dealer management system" or hostil* or poll or pull or extract or "write back" or writeback) | 713 | 1,805 |
| No.123 | Illegal OR unlawful OR CFAA OR (not w/3 (law* or legal)) OR (against w/3 (law OR contract* OR agree* OR regulat*)) OR (prohibit* w/5 (law OR contract* OR agree* OR regulat*)) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |
| No.124 | Interfer* w/20 ((CDK or Reynolds) w/20 (DMS or "Dealer Management System")) | 13 | 27 | Interfer* w/20 ((CDK or Reynolds) w/20 (DMS or "Dealer Management System")) | 13 | 27 | CDK does not think this term as overly broad as originally drafted by CDK. | | | Term is accepted. | | | We are in agreement on this term. | | | | | |
| No.125 | Lock w/10 account | 62 | 105 | Term is accepted | 62 | 105 | We are in agreement on this term. | | | | | | | | | | | |

41

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/24/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.126 | manual w/10 (report* or tool* or extract*) | 386 | 1,134 | manual w/10 (report* or tool* or extract*) AND (cdk or adp or reynolds or "R&R" or RR or cox) | 386 | 1,134 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK does not think this term is overly broad as originally drafted by CDK. | | | In the spirit of compromise, Dealer Plaintiffs will accept this term as originally drafted | | |
| No.127 | Nakedlime or (naked lime) | 349 | 427 | Nakedlime or (naked lime) | 349 | 427 | CDK does not think this term is overly broad as originally drafted by CDK. | | | Term is accepted. | | | We are in agreement on this term. | | | | | |
| No.128 | "Non-DMS" or (DMS w/5 alternative) | 56 | 150 | "Non-DMS" or (DMS w/5 alternative) | 56 | 150 | CDK does not think this term is overly broad as originally drafted by CDK. | | | Term is accepted. | | | We are in agreement on this term. | | | | | |
| No.129 | OEM AND data | 1,413 | 3,373 | OEM w/5 data | 174 | 447 | CDK does not think this term is overly broad as originally drafted by CDK. | | | | | | CDK will accept Pls. 8/11 proposed modification. | | | | | |
| No.130 | operational report* or ERPG or "Enhanced Report Generator" or "dynamic report*" | 99 | 153 | "operational report*" or ERPG or "Enhanced Report Generator" or "dynamic report*" | 99 | 153 | CDK does not think this term is overly broad as originally drafted by CDK. | | | Term is accepted. | | | We are in agreement on this term. | | | | | |
| No.131 | ProQuotes or (Pro Quotes) or *@proquotes.net | 29 | 87 | Term is accepted | 29 | 87 | We are in agreement on this term. | | | | | | | | | | | |
| No.132 | Pwd OR "Preshared Key" OR PSK OR "Private Key" | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No.133 | Schaefer or Strawsburg or (kelly w/2 hall) or Brockman or Gardner or Hellyer or Mccray or reyrey* or Workman or Lamb or Karp or Frey or Crutchfield or Bonifay or Conver or (Steve* w/2 French) or Noser or Thorne or Herbers or Quinlan* or Roeder* or Cottrell | 6,645 | 13,273 | "Bob Schaefer" or "Jon Strawsburg" or "Bob Brockman" or "Howard Gardner" or Hellyer or "Dan Mccray" or "Ron Workman" or "Ronald Lamb" or "Robert Karp" or "Ron Frey" or "Dean Crutchfield" or Bonifay or "Leigh Conver" or "Steve French" or "Michael Noser" or "Malcolm Thorne" or "Scott Herbers" or Quinlan* or Roeder* or "Steve Cottrell" | | | CDK 8/22 Proposal: (Schaefer or Strawsburg or (kelly w/2 hall) or Brockman or Gardner or Hellyer or Mccray or reyrey* or Workman or Lamb or Karp or Frey or Crutchfield or Bonifay or Conver or (Steve* w/2 French) or Noser or Thorne or Herbers or Quinlan* or Roeder* or Cottrell) AND (data or DMS or "dealer management system" or 3PA or RCI or access or app* or integrat* or vend* or litig* or law* or antitrust or compet* or *reyrey* or *adp.com or *cdk.com) | 4,390 | 8,262 | (Schaefer or Strawsburg or (kelly w/2 hall) or Brockman or Gardner or Hellyer or Mccray or reyrey* or Workman or Lamb or Karp or Frey or Crutchfield or Bonifay or Conver or (Steve* w/2 French) or Noser or Thorne or Herbers or Quinlan* or Roeder* or Cottrell) w/35 (DMS or "dealer management system" or 3PA or RCI or integrat* or vend* or litig* or law* or antitrust or compet* or *adp.com) | 382 | 817 | CDK 8/27 Proposal: (Schaefer or Strawsburg or (kelly w/2 hall) or Brockman or Gardner or Hellyer or Mccray or reyrey* or Workman or Lamb or Karp or Frey or Crutchfield or Bonifay or Conver or (Steve* w/2 French) or Noser or Thorne or Herbers or Quinlan* or Roeder* or Cottrell) AND (data or DMS or "dealer management system" or 3PA or RCI or access or (app* w/5 provid*) or integrat* or vend* or litig* or law* or antitrust or compet* or *reyrey* or *adp.com or *cdk.com) | | | CDK's proposal is over 450 characters and must be split 133a is proposed with a w/35 modifier and removal of w/5 for the "App* provid*" phrase as it returned ~5k documents: 133a (Schaefer or Strawsburg or (kelly w/2 hall) or Brockman or Gardner or Mccray or Workman or Lamb or Karp or Frey or Crutchfield or Bonifay or Conver or (Steve* w/2 French) or Noser or Thorne or Herbers or Quinlan* or Roeder* or Cottrell) w/35 (data or DMS or "dealer management system" or 3PA or RCI or access or "app* provid*" or integrat* or vend* or litig* or law* or antitrust or compet* or *reyrey* or *adp.com or *cdk.com) | 598 | 1,085 |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | 133b Hellyer AND (data or DMS or "dealer management system" or 3PA or RCI or access or (app* w/5 provid*) or integrat* or vend* or litig* or law* or antitrust or compet* or *reyrey* or *adp.com or *cdk.com) | 15 | 59 |
| No.134 | Secur* w/20 (Audit* OR Standard OR proced*) | | | | | | CDK requests that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | | CDK reiterates its request that Dealership Plaintiffs provide hit counts for this term as originally drafted. | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. 135 | Waconia OR "Andy Strong" OR "Eric Strong" OR Teterboro OR "Alan Graf" OR Pitre OR "Tom Stever" OR "Kenny Thomas" OR "kelly Thomas" OR "Olathe Toyota" OR "John O'Neil" OR "Johnson Toyota" OR "Kevin Winningham" OR "Jim Marsh" OR "Allen Yarborough" OR "Mark Grim" OR "David Benstock" OR "Dave Benstock" OR "JCF Auto" OR "JCFAutos" OR Patchogue OR "Stevens Ford" OR "Stevens Jersey City Ford" OR "Jericho Turnpike Sales" OR "Hoover Automotive" OR "Hoover Auto" OR "Cliff Harris" OR "Keith Robers" OR "Warrensburg Ford" OR "Marshall Chrysler" OR "Warrenburg Chrysler" OR "Pensacola Motor" OR "Baystate Ford" OR "Frank Lupacchino" OR "Heather Paulikis" OR "Ronnie Eames" OR Towne OR "FG Downing" OR "Bob Baker" OR "Northtown" OR "Cox Motors" OR "Cox Toyota" OR "Baystate Ford" OR "Bob Tyler" OR "Apex Motor" OR "Shearer Acura" OR "Massey Automotive" OR "Massey Chrysler" OR Hartley | | | | | | CDK did not move to compel each Dealer whose ESI is being searched to run the term in Search No. 135 that refers to their own name (*i.e.*, CDK did not move to compel Waconia Dodge to run the term "Waconia")<br><br>CDK requests that Dealership Plaintiffs provide hit counts for the term as modified by CDK (*i.e.*, without running "Waconia" over the Waconia Dodge documents). | | 45 | Dealer Plaintiffs strongly object to this search as it is unlikely to result in documents relevant to this case. It appears to be a backdoor attempt to create an additional 10 search terms from one single search. Nonetheless, We will run the terms as split apart below except as noted. | | | | | | | | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135a | | | | | | | | | | With Exclusion of Waconia Dodge documents:<br><br>Waconia OR "Andy Strong" OR "Eric Strong"<br><br>This term is accepted as proposed by Dealer Plaintiffs. | 54 | 188 | We are in agreement on this term. | | | | We are in agreement | |
| 135b | | | | | | | | | | With exclusion of Teterboro documents:<br><br>Teterboro OR "Alan Graf"<br><br>This term is accepted as proposed by Dealer Plaintiffs. | 202 | 493 | We are in agreement on this term. | | | | We are in agreement | |
| 135c | | | | | | | | | | With exclusion of Pitre documents:<br><br>Pitre OR "Tom Stever"<br><br>This search is accepted as proposed by Dealer Plaintiffs | 97 | 443 | We are in agreement on this term. | | | | We are in agreement | |
| 135d | | | | | | | | | | With exclusion of Olathe Toyota documents:<br><br>"Kenny Thomas" OR "kelly Thomas" OR "Olathe Toyota"<br><br>This search is accepted as proposed by Dealer Plaintiffs | 78 | 261 | We are in agreement on this term. | | | | We are in agreement | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/18 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135e | | | | | | | | | | With exclusion of John O'Neil Johnson Toyota documents:<br><br>"John O'Neil" OR "Johnson Toyota" OR "Kevin Winningham"<br><br>This term is accepted as proposed by Dealer Plaintiffs | 36 | 95 | We are in agreement on this term. | | | | We are in agreement | |
| 135f | | | | | | | | | | With Exclusion of Jim Marsh Documents<br><br>"Jim Marsh" OR "Allen Yarborough" OR "Mark Grim"<br><br>This search is accepted as proposed by Dealer Plaintiffs | 47 | 162 | We are in agreement on this term. | | | | We are in agreement | |

47

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135g | | | | | | | | | | With exclusion of JCF Auto, Stevens Ford, and Jericho Turnpike Sales documents:<br><br>"David Benstock" OR "Dave Benstock" OR "JCF Auto" OR "JCFAutos" OR Patchogue OR "Stevens Ford" OR "Stevens Jersey City Ford" OR "Jericho Turnpike Sales"<br><br>Returns over 2200 hits with family. Dealer Plaintiffs propose the following without Patchogue, which is a village in Long Island, NY:<br><br>"David Benstock" OR "Dave Benstock" OR "JCF Auto" OR "JCFAutos" OR "Stevens Ford" OR "Stevens Jersey City Ford" OR "Jericho Turnpike Sales" | 282 | 1,578 | CDK accepts Pls. proposed modification from 8/24. | | | | We are in agreement | |
| 135h | | | | | | | | | | With exclusion of Hoover Automotive documents:<br><br>"Hoover Automotive" OR "Hoover Auto" OR "Keith Roberts"<br><br>This term is accepted as proposed by Dealer Plaintiffs | 56 | 200 | We are in agreement on this term. | | | | We are in agreement | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/2018 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135i | | | | | | | | | | With exclusion of Warrensburg Ford Marshall Chrysler OR Warrenburg Chrysler documents: "Cliff Harris" OR "Warrensburg Ford" OR "Marshall Chrysler" OR "Warrenburg Chrysler" This term is accepted as proposed by Dealer Plaintiffs | 267 | 670 | We are in agreement on this term. | | | | We are in agreement | |
| 135j | | | | | | | | | | With exclusion of Baystate Ford documents "Baystate Ford" OR "Frank Lupacchino" OR "Heather Paulikis" OR "Ronnie Eames" This term is accepted as proposed by Dealer plaintiffs | 27 | 119 | We are in agreement on this term | | | | We are in agreement | |

CDK Proposed Search Terms to Dealership Class Plaintiffs. Dealership Class Plaintiffs' 8.28.2018 Proposal

| No | CDK's Proposed Terms | CDK Original Proposal Hits 8/24/18 | CDK Original Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/11/18 | Pls. 8/11/18 Proposal Hits 8/24/18 | Pls. 8/11/18 Proposal Hits + Fam 8/24/18 | CDK 8/22/18 PROPOSAL | CDK 8/22/18 Proposal Hits 8/24/18 | CDK 8/22/18 Proposal Hits + Fam 8/24/18 | Dealer Plaintiffs Proposed Modifications 8/24/18 | Pls. 8/24/18 Proposal Hits 8/24/18 | Pls. 8/24/18 Proposal Hits + Family 8/24/18 | CDK 8/27/2018 Response | CDK 8/27/2018 proposal hits 8/28/2018 | CDK 8/27/2018 proposal hits + Family 8/28/2018 | Dealership Pls. Counter Proposal 8/28/2018 | Dealership Pls. Counter Proposal hits 8/28/2018 | Dealership Pls. Counter Proposal hits + family 8/28/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135k | | | | | | | | | | All Dealerships without exclusion. "Pensacola Motor" OR Towne OR "FG Downing" OR "Bob Baker" OR "Northtown" OR "Cox Motors" OR "Cox Toyota" OR "Bob Tyler" OR "Apex Motor" OR "Shearer Acura" OR "Massey Automotive" OR "Massey Chrysler" OR Hartley Returns over 2600 hits with family while no terms that directly link this search to either a named plaintiff of any defendant. Dealer Plaintiffs propose the following: "Pensacola Motor" OR "FG Downing" OR "Bob Baker" OR "Cox Motors" OR "Cox Toyota" OR "Bob Tyler" OR "Apex Motor" OR "Shearer Acura" OR "Massey Automotive" OR "Massey Chrysler" OR Hartley | 348 | 1,246 | CDK accepts Pls. proposed modification from 8/24. | | | | We are in agreement | |