# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |
| *Cox Automotive, Inc, et al. v. CDK Global, LLC*, Case No. 1:18-CV-1058 (N.D. Ill.) | |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | |
| *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | |
| *Motor Vehicle Software Corp. v. CDK Global, Inc., et al.*, Case No. 1:18-cv-865 (N.D. Ill.) | |

## DECLARATION OF DEAN CRUTCHFIELD

I, Dean Crutchfield, declare as follows:

1. I am the Executive Vice President and Chief Information Officer for CDK Global, LLC ("CDK"). I have held that position since June 13, 2016.

2. Before joining CDK, I was the Chief Information Officer at Zebra Technologies from February 2013 to May 2016. Prior to that, I spent 13 years at Dell where I had global IT responsibility for Dell's Supply Chain Network, Product Development and was a Services P&L Leader. Prior to Dell, I held various positions in global and regional IT at British Petroleum. All told I have been an IT professional for three decades.

3. As Chief Information Office ("CIO"), I am generally responsible for the technological direction of CDK and have P&L responsibility for CDK's IT infrastructure, including all IT-related projects. I directly oversee our Global Security Office ("GSO"), Global

Hosting, and Global Information Technology operations which, in turn, have responsibility for CDK's cybersecurity, data security, all of CDK's global data centers and infrastructure, and all of the internal and commercial software and services.

4. As CIO, I am familiar with and knowledgeable about the technical design documentation and specifications related to the infrastructure and security of CDK's DMS and data integration systems ("System Design Documents"). System Design Documents are prepared, and generally only used and accessed, by CDK's engineers and programmers.

5. CDK's System Design Documents include but are not limited to the underlying source code related to its DMS and data integration systems, as well as four types of documents categorized as follows: (1) Logical Architecture; (2) Physical Architecture; (3) Integration Points Architecture; and (4) Database Schema.

**Logical Architecture**

6. [REDACTED]

**Physical Architecture**

7. [REDACTED]

**Integration Points Architecture**

8.

**Database Schema**

9.



10. The aforementioned documents contain highly sensitive and proprietary information related to the technical infrastructure, design, and functionality of CDK's DMS. The information is integral to the security of CDK's DMS and data residing therein, and its dissemination could allow third-parties to circumvent security measures implemented by CDK, including those designed to prevent unauthorized access to CDK's DMS.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 29, 2018 in Hoffman Estates, Illinois.

Dean Crutchfield