IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |
| *Cox Automotive, Inc, et al. v. CDK Global, LLC*, Case No. 1:18-CV-1058 (N.D. Ill.) | |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | |
| *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | |
| *Motor Vehicle Software Corp. v. CDK Global, Inc., et al.*, Case No. 1:18-cv-865 (N.D. Ill.) | |

## DECLARATION OF KATHERINE COLEMAN

I, Katherine Coleman, declare as follows:

1. I am the Senior Director of Investor Relations at CDK Global, LLC ("CDK"). I have held that position since March 2017. Prior to my current position, I was a Senior Director of Finance at CDK. Before that, I held various other positions in finance at CDK dating back to when I joined the company in 2005.

2. As the Senior Director of Investor Relations and in my prior roles at CDK, I am and generally have been involved in various aspects of CDK's financial reporting and analysis, business partnering, budgeting and forecasting, strategic initiatives and project management.

3. Certain of CDK's public filings include statements, or reference other documents (such as investor presentations) that reference statements, to the effect that CDK's customers have

a "20 year average tenure." I am knowledgeable about the basis for these statements. ▮

▮

4. ▮

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 29, 2018 in Hoffman Estates, IL.

_Katie Coleman_
Katherine Coleman