Privileged Draft                                           PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 1:18-CV-00864 |
| This Document Relates To:<br><br>The Dealership Class Action | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF ROBERT R GIBBS II**

I, Robert R. Gibbs II, declare as follows:

1. I am the Vice President, Information Technology for Defendant Reynolds & Reynolds Company ("Reynolds"), where I have been employed for the past 11 years. I have personal knowledge of the facts set forth herein, and they are true and correct.

2. ████████████████████████████████████

3. ████████████████████████████████████

4. ████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 29, 2018, in Dayton, Ohio.

By: *[signature]*

████████████████████████████████████

-1-