IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| This filing relates to: | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |
| *Cox Automotive, Inc, et al. v. CDK Global, LLC*, Case No. 1:18-CV-1058 (N.D. Ill.) | |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | |
| *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | |
| *Motor Vehicle Software Corp. v. CDK Global, Inc., et al.*, Case No. 1:18-cv-865 (N.D. Ill.) | |

## DECLARATION OF ETHAN A. HASTERT

I, Ethan A. Hastert, declare as follows:

1. I am a partner with the law firm of Mayer Brown LLP, counsel for Defendant CDK Global LLC ("CDK") in the above-captioned case. The following facts stated in this declaration are based on my personal knowledge or on information provided to me. If called as a witness, I could and would competently testify to them.

2. In December 2017, before the above-captioned cases were consolidated in this MDL, CDK and Plaintiff Authenticom Inc. ("Authenticom") reached agreement on a set of 133 search terms ("Original Search Terms") to be run on ESI collected from 17 agreed-upon CDK custodians in the *Authenticom* case ("Original Custodians").

3. In August 2018, CDK reached agreement with all Plaintiffs in this MDL to apply a set of at least 149 additional search terms proposed by Plaintiffs in May 2018 ("Additional Search Terms") to ESI from the 17 Original Custodians and 14 additional CDK custodians identified for the MDL ("Additional Custodians").

4. Applying the Original Search Terms to the 17 Original Custodians results in approximately 1.048 million documents for CDK to review (the "1.048 Million Documents").

5. Approximately 678,000 of the 1.048 Million Documents are "unique," meaning they are not among the documents returned in a search of all 31 of the Original and Additional Custodians' ESI using the Additional Search Terms.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 29, 2018 in Chicago, Illinois.

_____
Ethan A. Hastert