**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) | MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This Document Relates To:*<br><br>The Dealership Class Action | ) | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF SHERI ROBINSON**

I, Sheri Robinson, declare as follows:

1. I am Vice President, Accounting for Defendant Reynolds & Reynolds Company ("Reynolds"), where I have been employed for the past 29 years. I have personal knowledge of the facts set forth herein, and they are true and correct.

**Dealership Tenure**

2. [redacted]

3. [redacted]

4. [redacted]

**DMS and RCI Invoices**

5. [redacted]

6. [redacted]

7. [redacted]

**Transactional Data**

8. [redacted]

9. [redacted]

10. [redacted]

**OEM Transactional Data**

11. [redacted]

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 29, 2018, in Dayton, Ohio.

By: [signature]