# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2817<br>Case No. 1:18-CV-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| This document relates to: | | |
| ALL CASES | | |

## LIST OF EXHIBITS TO NON-PARTY DOMINION ENTERPRISES, INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY THE CONFIDENTIALITYORDER

| Exhibit | Document |
|---|---|
| 1 | Supplemental Declaration of Alan Andreu, dated September 11, 2018 |
| 2 | Federal Trade Commission's ("FTC's") Civil Investigative Demand ("CID") issued to Dominion Enterprises, dated August 31, 2017 |
| 3 | FTC CID issued to Dominion Enterprises, dated August 28, 2017 |
| 4 | FTC Subpoena Duces Tecum issued to Dominion Enterprises, dated August 3, 2017 |