**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) MDL No. 2817<br>Case No. 1:18-CV-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *This document relates to:*<br><br>ALL CASES | |

**DEFENDANTS' MOTION FOR ENTRY OF
<u>A DEPOSITION PROTCOL TO GOVERN MDL DEPOSITIONS</u>**

Defendants CDK Global, LLC, Computerized Vehicle Registration, and The Reynolds and Reynolds Company ("Defendants") hereby move, pursuant to the authorities cited in the accompanying memorandum of law, for the entrance of the accompanying Deposition Protocol Order. In support of this Motion, Defendants incorporate by reference the memorandum of law filed concurrently herewith and any further argument that the Court may allow.

Pursuant to Local Rule 37.2, Defendants certify that they met and conferred, via telephone, with counsel for both the Individual Plaintiffs and the Dealership Class Plaintiffs in a good faith attempt to resolve the dispute presented by this Motion. These telephonic conferences took place on Thursday, August 30, Friday, September 7, and Friday, September 14 and included participation, among others, of Aundrea Gulley for The Reynolds & Reynolds Company, Matthew Provance for CDK Global, LLC and Computerized Vehicle Registration, Michael Nemelka for the Individual Plaintiffs, and Peggy Wedgworth for the Dealership Class Plaintiffs. In addition, the parties engaged in various email correspondence between August 27 and September 18 in an attempt to resolve as many of their differences as possible, but have been unable to reach complete agreement.

Dated: September 18, 2018

Respectfully submitted,

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendants CDK Global, LLC and Computerized Vehicle Registration*

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Kathy D. Patrick
Brian T. Ross
Brice A. Wilkinson
Ross M. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 650-8805
agulley@gibbsbruns.com
kpatrick@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

## CERTIFICATE OF SERVICE

    I, Aundrea Gulley, an attorney, hereby certify that on September 18, 2018, I caused a true and correct copy of the foregoing Motion to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Aundrea Gulley
Aundrea K. Gulley
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com