# EXHIBIT 4

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
___
(202) 326-7900

FACSIMILE:
(202) 326-7999

November 21, 2017

*Via Electronic Mail*

Aundrea K. Gulley, Esq.  
Gibbs & Bruns LLP  
1100 Louisiana  
Suite 5300  
Houston, TX 77002  

Britt M. Miller, Esq.  
Mayer Brown  
71 South Wacker Drive  
Chicago, IL 60606  

Re: *Authenticom, Inc. v. CDK Global, LLC and The Reynolds and Reynolds Company*, Case No. 17-cv-318 (W.D. Wis.)

Dear Andi and Britt:

Accompanying this correspondence are deposition notices for the following witnesses:

**Reynolds**

1. Bob Brockman
2. Robert Schaefer
3. Kelly Hall
4. Ronald Lamb
5. Chris Hellyer
6. Thomas Schwartz
7. Jon Martin
8. Ed Thornhill
9. Michael Hahn

**CDK**

1. Brian MacDonald
2. Steven Anenen
3. Robert Karp
4. Malcolm Thorne
5. Ron Workman
6. Howard Gardner
7. Daniel McCray
8. Steven French
9. Dean Crutchfield
10. L.A. Conver
11. Ron Frey
12. Michael Noser
13. Kevin Distelhorst
14. Beth Ayotte

Please note that the date, time, and locations are placeholders only, although all of the depositions are noticed to take place before expert reports are due given their likely relevance to those reports. We will of course work with you to find mutually agreeable times and locations, but we believe it is important to start calendaring these now given the many moving parts. We also note that the ESI protocol requires the completion of document productions for custodians before their depositions, and so that will be a consideration in scheduling these depositions.

Please do not hesitate to let me know if you would like to discuss. I look forward to working with you to make this process as efficient as possible for all parties.

                        Very truly yours,

                        *s/ Michael N. Nemelka*

                        Michael N. Nemelka

Enclosure