**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**MDL PLAINTIFFS' MOTION FOR ENTRY OF DEPOSITION PROTOCOL ORDER**

MDL Plaintiffs respectfully move this Court for entry of the attached Deposition Protocol Order. In support of this motion, MDL Plaintiffs incorporate by reference the memorandum of law and exhibits filed concurrently herewith and any oral argument that the Court may allow at a hearing on this Motion.

Pursuant to Local Rule 37.2, MDL Plaintiffs certify that they have met and conferred with counsel for Defendants CDK Global, LLC, The Reynolds and Reynolds Company, and Computerized Vehicle Registration via telephonic conferences as well as via written communications in a good faith attempt to resolve the disputes presented by this Motion.

Dated:  September 18, 2018  Respectfully submitted,

*/s/ Peggy J. Wedgworth*  */s/ Derek T. Ho*
Peggy J. Wedgworth  Derek T. Ho
**MILBERG TADLER PHILLIPS**  **KELLOGG, HANSEN, TODD,**
**GROSSMAN LLP**   **FIGEL & FREDERICK, P.L.L.C.**
One Pennsylvania Plaza, 19th Floor  1615 M Street, NW, Suite 400
New York, NY 10119  Washington, D.C. 20036
(212) 594-5300  (202) 326-7932
pwedgworth@milberg.com  dho@kellogghansen.com

*MDL Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on September 18, 2018, I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' MOTION FOR ENTRY OF DEPOSITION PROTOCOL ORDER** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com