# Exhibit A

*DMS MDL Deposition Calendar*

# October / November 2018

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 **DEPOSITIONS START** | 16 | 17 **B. Ayotte (CDK)** | 18 | 19 |
| 22 | 23 | 24 | 25 **D. Wrobel (½ day)** | 26 |
| 29 | 30 **T. Schwartz (½ day)** | 31 | NOV 1 **J. Lilly (½ day)** | NOV 2 |

**CDK**  **CVR**  **REYNOLDS**

*DMS MDL Deposition Calendar*

# November 2018

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 5 | 6 | 7 | 8<br>M. Roman (½ day)<br>J. Foote (½ day) | 9 |
| 12 | 13<br>M. Noser (½ day)<br>M. Joza (½ day) | 14 | 15<br>R. Brockman | 16 |
| 19 | 20 | 21 | 22<br><br>THANKSGIVING | 23 |
| 26 | 27<br>S. French<br><br>R. Burnett | 28 | 29<br>B. MacDonald | 30 |

CDK   CVR   REYNOLDS



*DMS MDL Deposition Calendar*

# December 2018 / January 2019

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 3 | 4<br>R. Lamb | 5 | 6<br>L. Conver<br><br>M. Hahn | 7 |
| 10 | 11<br>R. Karp<br><br>K. Hill | 12 | 13<br>S. Anenen<br><br>K. Edwards | 14 |
| 17 | 18<br>C. Morris<br><br>C. Rulon | 19 | 20<br>R. Frey<br><br>W. Farley | 21 |
| 24 | 25<br><br>**CHRISTMAS DAY** | 26 | 27 | 28 |
| 31 | JAN 1<br><br>**NEW YEAR'S DAY** | JAN 2 | JAN 3 | JAN 4 |

CDK     CVR     REYNOLDS

*DMS MDL Deposition Calendar*

# January / February 2019

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 7 | 8<br>M. Thorne<br><br>B. Wenclewicz | 9 | 10<br>R. Workman | 11 |
| 14 | 15<br>K. Distelhorst | 16<br>C. Hellyer | 17<br>J. Douglas | 18<br>K. Hall |
| 21 | 22<br>H. Gardner (Day 1) | 23<br>H. Gardner (Day 2) | 24<br>J. Strawsburg | 25 |
| 28 | 29<br>R. Schaefer (Day 1) | 30<br>R. Schaefer (Day 2) | 31 | FEB 1 |

CDK     CVR     REYNOLDS

*DMS MDL Deposition Calendar*

# February 2019

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 4 | 5<br>D. McCray<br><br>J. Martin | 6<br>J. Michaels | 7<br>T. Gerlich<br><br>E. Thornhill | 8<br>J. Quinlan |
| 11 | 12<br>S. Herbers | 13 | 14<br>A. Neitzel | 15<br>J. Wonderly<br><br>**DEPOSITIONS END** |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | |

CDK    CVR    REYNOLDS