**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 Case No. 18 C 864 |
| This Document Relates to All Cases | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday, October 2, 2018, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Magistrate Judge Jeffrey T. Gilbert or any judge sitting in his stead, in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **MDL PLAINTIFFS' MOTION FOR ENTRY OF DEPOSITION PROTOCOL ORDER**, a copy of which is attached and served upon you.

Dated: September 18, 2018                    Respectfully submitted,

*/s/ Peggy J. Wedgworth*                       */s/ Derek T. Ho*
Peggy J. Wedgworth                             Derek T. Ho
**MILBERG TADLER PHILLIPS**                    **KELLOGG, HANSEN, TODD,**
**GROSSMAN LLP**                               **  FIGEL & FREDERICK, P.L.L.C.**
One Pennsylvania Plaza, 19th Floor             1615 M Street, NW, Suite 400
New York, NY 10119                             Washington, D.C. 20036
(212) 594-5300                                 (202) 326-7932
pwedgworth@milberg.com                         dho@kellogghansen.com

*MDL Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I, Derek T. Ho, an attorney, hereby certify that on September 18, 2018, I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF DEPOSITION PROTOCOL ORDER** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Derek T. Ho*

Derek T. Ho
**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com