IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This Document Relates To:*<br><br>The Dealership Class Action | ) ) ) Hon. Robert M. Dow, Jr. ) ) ) |

## DECLARATION OF JEFFREY SCOTT CHERRY

I, Jeffrey Scott Cherry, declare as follows:

1. I am the Vice President – General Counsel for Defendant The Reynolds & Reynolds Company ("Reynolds"). I have been counsel for Reynolds and/or its affiliates for the past 24 years. I have personal knowledge of the facts set forth herein, and they are true and correct.

2. I am required as part of my job responsibilities to be familiar with the documents described in this declaration.

3. **Exhibit 1** to this Declaration consists of authentic, true, and correct copies of the current operative Exhibits to the Reynolds DMS license agreement for named plaintiff John O'Neill Johnson Motor Co. (d/b/a John O'Neil Johnson Toyota), as maintained by Reynolds in the ordinary course of business.

4. **Exhibit 2** to this Declaration consists of authentic, true, and correct copies of the current operative Exhibits to the Reynolds DMS license agreement for named plaintiff Teterboro Automall, Inc. (d/b/a Teterboro Chrysler Dodge Jeep Ram), as maintained by Reynolds in the ordinary course of business.

5. **Exhibit 3** to this Declaration consists of authentic, true, and correct copies of the current operative Exhibits to the Reynolds DMS license agreement for named plaintiff Jim Marsh American Corporation (d/b/a Jim Marsh Mitsubishi Suzuki Kia Mahindra), as maintained by Reynolds in the ordinary course of business.

6. **Exhibit 4** to this Declaration consists of authentic, true, and correct copies of the current operative Exhibits to the Reynolds DMS license agreement for named plaintiff Gregoris Motors, Inc., as maintained by Reynolds in the ordinary course of business.

7. **Exhibit 5** to this Declaration consists of authentic, true, and correct copies of the current

operative Exhibits to the Reynolds DMS license agreement for named plaintiff Hoover Automotive, LLC (d/b/a Hoover Dodge Jeep of Summerville), as maintained by Reynolds in the ordinary course of business.

8. **Exhibit 6** to this Declaration consists of authentic, true, and correct copies of the last set of operative Exhibits to the Reynolds DMS license agreement for named plaintiff Pitre Inc. (d/b/a Pitre Buick GMC), as maintained by Reynolds in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 21, 2018, at Houston, Texas.

BY: *[signature]*

Jeffrey Scott Cherry