# Exhibit 4

## HIGHLY CONFIDENTIAL
–
## FILED UNDER SEAL