# Exhibit 5

**HIGHLY CONFIDENTIAL**

**–**

**FILED UNDER SEAL**