# Exhibit 6

## HIGHLY CONFIDENTIAL
## –
## FILED UNDER SEAL