UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                Plaintiff,

v.                               Case No.: 1:18−cv−00864
                                Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 24, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs are given leave to file under seal unredacted versions of Dealership Class Plaintiffs' Motion to Compel Disclosure of CDK's Clawback Documents [294] and Dealership Class Plaintiffs' Reply In Further Support of Motion to Compel Disclosure of CDK's Clawback Documents and 1,807 Documents Previously Disclosed to the FTC and Request for Oral Argument [351] and shall do so as soon as possible. By 9/27/18, Defendant CDK shall submit to Magistrate Judge Gilbert for in camera review in unredacted form the document Bates stamped as CDK−2286595−96/CDK_CID_01937962−63 and approximately 100 of the documents clawed back from the FTC by selecting approximately every 24th document from the universe of approximately 2,400 documents that were "clawed back" from CDK's production to the FTC. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.