**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to:<br>*Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFF MOTOR VEHICLE SOFTWARE CORPORATION'S
MOTION TO COMPEL DEFENDANT COMPUTERIZED VEHICLE REGISTRATION
TO RESPOND TO DISCOVERY**

Plaintiff Motor Vehicle Software Corporation ("MVSC") respectfully moves this Court to compel Defendant Computerized Vehicle Registration ("CVR") to respond to discovery. In support of this motion, MVSC incorporates by reference the memorandum of law and exhibits filed concurrently herewith, any reply brief, and any oral argument that the Court may allow at a hearing on this Motion.

Pursuant to Local Rule 37.2, counsel for MVSC certifies that they have met and conferred with counsel for Defendant CVR via a telephonic conference as well as via written communications in a good faith attempt to resolve the disputes presented by this Motion.

Dated: September 24, 2018 Respectfully submitted,

    */s/ Derek T. Ho*
    Derek T. Ho
    Michael N. Nemelka
    Aaron M. Panner
    Joshua Hafenbrack
    **KELLOGG, HANSEN, TODD,**
     **FIGEL & FREDERICK, P.L.L.C.**
    1615 M Street, NW, Suite 400
    Washington, D.C. 20036
    (202) 326-7900
    dho@kellogghansen.com
    mnemelka@kellogghansen.com
    apanner@kellogghansen.com
    jhafenbrack@kellogghansen.com

    Gary Salomons
    Daniel J. Friedman
    **GABRIELSALOMONS, LLP**
    16311 Ventura Blvd., Ste. 970
    Encino, CA 91436
    (818) 906-3700
    gary@gabrielsalomons.com
    daniel@gabrielsalomons.com

    *Attorneys for Plaintiff Motor Vehicle Software Corporation*

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on September 24, 2018, I caused a true and correct copy of the foregoing **PLAINTIFF MOTOR VEHICLE SOFTWARE CORPORATION'S MOTION TO COMPEL DEFENDANT COMPUTERIZED VEHICLE REGISTRATION TO RESPOND TO DISCOVERY** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Derek T. Ho*
      Derek T. Ho
      **KELLOGG, HANSEN, TODD,**
      **FIGEL & FREDERICK, P.L.L.C.**
      1615 M Street, NW, Suite 400
      Washington, D.C. 20036
      (202) 326-7900
      dho@kellogghansen.com