# Exhibit D

| | |
|---|---|
| **From:** | Nemelka, Michael N. |
| **To:** | "Provance, Matthew D."; Oak, Anna M.; SERVICE-EXTERNAL-DMS-MDL |
| **Subject:** | RE: In re DMS MDL -- Letter re CVR Custodians |
| **Date:** | Tuesday, September 18, 2018 1:18:36 PM |
| **Attachments:** | 2018 09 18 Letter re CVR.pdf |
| | Plfs Proposed CVR Search Terms 9.17.18.pdf |

Dear Matt,

Please see the attached letter and proposed search terms for CVR custodians.

Best regards,
Mike


**From:** Provance, Matthew D. [mailto:MProvance@mayerbrown.com]
**Sent:** Friday, September 14, 2018 10:30 AM
**To:** Oak, Anna M. <aoak@kellogghansen.com>; SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>
**Subject:** RE: In re DMS MDL -- Letter re CVR Custodians

Mike, please see the attached letter.

Thanks,
Matt

---

**Matt Provance**
Mayer Brown LLP
mprovance@mayerbrown.com
Tel: 312 701 8598
Fax: 312 706 9397


**From:** Oak, Anna M. <aoak@kellogghansen.com>
**Sent:** Monday, September 10, 2018 4:15 PM
**To:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>
**Subject:** In re DMS MDL -- Letter re CVR Custodians

Counsel,

On behalf of Mike Nemelka, please see the attached correspondence.

Best,

Anna M. Oak

Legal Administrative Assistant
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street, NW, Suite 400 | Washington, DC 20036
Tel: (202) 367-7731 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.