**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to:<br>*Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday, October 5, 2018, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Magistrate Judge Jeffrey T. Gilbert or any judge sitting in his stead, in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF MOTOR VEHICLE SOFTWARE CORPORATION'S MOTION TO COMPEL DEFENDANT COMPUTERIZED VEHICLE REGISTRATION TO RESPOND TO DISCOVERY**, a copy of which is attached and served upon you.

Dated:  September 24, 2018                          Respectfully submitted,

                                                     */s/ Derek T. Ho*
                                                    Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Joshua Hafenbrack
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
jhafenbrack@kellogghansen.com

Gary Salomons
Daniel J. Friedman
**GABRIELSALOMONS, LLP**
16311 Ventura Blvd., Ste. 970
Encino, CA  91436
(818) 906-3700
gary@gabrielsalomons.com
daniel@gabrielsalomons.com

*Attorneys for Plaintiff Motor Vehicle Software Corporation*

**CERTIFICATE OF SERVICE**

  I, Derek T. Ho, an attorney, hereby certify that on September 24, 2018, I caused a true and correct copy of the foregoing **PLAINTIFF MOTOR VEHICLE SOFTWARE CORPORATION'S NOTICE OF MOTION TO COMPEL DEFENDANT COMPUTERIZED VEHICLE REGISTRATION TO RESPOND TO DISCOVERY** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

              */s/ Derek T. Ho*
              Derek T. Ho
              **KELLOGG, HANSEN, TODD,**
               **FIGEL & FREDERICK, P.L.L.C.**
              1615 M Street, NW, Suite 400
              Washington, D.C. 20036
              (202) 326-7900
              dho@kellogghansen.com