## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 25, 2018:

MINUTE entry before the Honorable Jeffrey T. Gilbert:The orders entered yesterday [384, 385] are withdrawn except to the extent that the Dealership Class Plaintiffs were given leave to file under seal un−redacted versions of certain briefs previously filed only in redacted form. The Court recognizes that it will need a privilege log to identify the participants in the communications being withheld from production on privilege grounds and the reason the privilege is being invoked, and that logs for all of the documents being withheld may not yet have been prepared or produced. While Defendant CDK references a privilege log for some of the documents being withheld in its July 20, 2018 letter [ECF No. 294−8], no such log appears to be attached to that letter. Regardless, the Court would like to discuss with counsel for the Dealership Class Plaintiffs and Defendant CDK the most efficient way to effectuate an in camera review of a subset of the so−called "clawback" documents and suggests a brief telephone conference for that purpose at one of the following dates/times (all times Central Time): 9/26/18 at 11:00 a.m.; 9/27/18 at 11:30 a.m.; 9/28/18 at 2:00 p.m.; 10/1/18 at 3:30 p.m. Counsel for these parties shall confer among themselves, pick one of these dates/times, and communicate their choice to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov, by 10:00 a.m. on 9/26/18. If none of the Court's suggestions work for counsel, then the Court can address this issue during the hearing set for 10/5/18 on the parties' proposed deposition protocols. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.