# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION** | MDL No. 2817<br>Case No. 18-cv-00864 |
| **This Document Relates To:** | Honorable Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| **THE DEALERSHIP CLASS ACTION** | |

## DEALERSHIP CLASS PLAINTIFFS AND DEFENDANT
## THE REYNOLDS AND REYNOLDS COMPANY'S JOINT
## MOTION REQUESTING STATUS CONFERENCE

Dealership Class Plaintiffs and Defendant The Reynolds and Reynolds Company (collectively, the "Movants") respectfully submit this motion to request a joint status conference in the above-referenced action. Movants request the conference (i) to advise the Court of an agreement in principle between the Movants to settle the Dealership Class Action, and (ii) to request a stay of motion practice between the Movants pending further developments.

For the avoidance of doubt, nothing in this Motion is meant to relate to or affect the Dealership Class Plaintiffs' claims against Defendant CDK Global, LLC.

Counsel for the Movants are available for a status conference at the Court's earliest convenience.

Dated: September 28, 2018                 Respectfully submitted,

        /s/ Peggy J. Wedgworth
        Peggy J. Wedgworth (pro hac vice)
        *Dealership Interim Lead Class Counsel*
        Elizabeth McKenna (pro hac vice)
        **MILBERG TADLER PHILLIPS GROSSMAN LLP**
        One Pennsylvania Plaza, 19th Floor
        New York, NY 10119
        Tel: (212) 594-5300
        Fax: (212) 868-1229
        pwedgworth@milberg.com
        emckenna@milberg.com

| | |
|---|---|
| Leonard A. Bellavia (pro hac vice) | Daniel C. Hedlund (pro hac vice) |
| *Plaintiffs' Steering Committee* | *Plaintiffs' Steering Committee* |
| Steven Blatt | Michelle J. Looby (pro hac vice) |
| **BELLAVIA BLATT, PC** | *Plaintiffs' Steering Committee* |
| 200 Old Country Road, Suite 400 | Daniel E. Gustafson |
| Mineola, New York 11501 | David A. Goodwin |
| Tel: (516) 873-3000 | Daniel J. Nordin |
| Fax: (516) 873-9032 | **GUSTAFSON GLUEK PLLC** |
| lbellavia@dealerlaw.com | Canadian Pacific Plaza |
| sblatt@dealerlaw.com | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |
| | Tel: (612) 333-8844 |
| | Fax: (612) 339-6622 |
| | dgustafson@gustafsongluek.com |
| | dhedlund@gustafsongluek.com |
| | dgoodwin@gustafsongluek.com |
| | mlooby@gustafsongluek.com |
| | dnordin@gustafsongluek.com |
| | |
| James E. Barz | David W. Mitchell (pro hac vice) |
| *Plaintiffs' Steering Committee* | Alexandra S. Bernay |
| Frank Richter | Carmen A. Medici |
| *Plaintiffs' Steering Committee* | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| **ROBBINS GELLER RUDMAN & DOWD LLP** | 655 West Broadway, Suite 1900 |
| 200 South Wacker Drive, 31st Floor | San Diego, CA 92101 |
| Chicago, IL 60606 | Tel: (619) 231-1058 |
| Tel: (312) 674-4674 | Fax (619) 231-7423 |
| Fax: (312) 674-4676 | davidm@rgrdlaw.com |
| jbarz@rgrdlaw.com | xanb@rgrdlaw.com |
| frichter@rgrdlaw.com | cmedici@rgrdlaw.com |

Robert A. Clifford
*Liaison Counsel*
Shannon M. McNulty
Kristofer S. Riddle
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31 Floor
Chicago, Illinois 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
RAC4cliffordlaw.com
SN4M@cliffordlaw.com
KSR@cliffordlaw.com


*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
Brian T. Ross
**GIBBS & BRUNS LLP**
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 650-8805
agulley@gibbsbruns.com
bross@gibbsbruns.com
*Counsel for The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

      I, Peggy J. Wedgworth, an attorney, hereby certify that on September 28, 2018, I caused a true and correct copy of the foregoing **DEALERSHIP CLASS PLAINTIFFS AND DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S JOINT MOTION REQUESTING STATUS CONFERENCE** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Peggy J. Wedgworth*
      Peggy J. Wedgworth
      **MILBERG TADLER PHILLIPS GROSSMAN LLP**
      One Pennsylvania Plaza, 19th Floor
      New York, NY 10119
      (212) 594-5300
      pwedgworth@milberg.com