# Exhibit C
# Public-Redacted

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

July 16, 2018

*Via Electronic Mail*

Brian Ross, Esq.
Gibbs & Bruns LLP
1100 Louisiana, Suite 3500
Houston, TX 77002

  Re: *In re Dealer Management Systems Antitrust Litigation,* MDL No. 2817

Dear Brian:

  We write to inquire about certain redactions in Reynolds' production. Based on our review to date, it appears that Reynolds is redacting portions of documents on grounds other than privilege. █████████████████████████████████████████████████████████████████████ We do not believe there would be any plausible grounds to assert privilege over Mr. Brockman's response. Moreover, Mr. Brockman's response may be highly relevant in light of other evidence that, during that period, CDK and Reynolds had conspired to eliminate Authenticom and other data integrators. Why is Mr. Brockman's response redacted?

  The Appendix to this letter contains the 105 documents in Reynolds' production that we are concerned have improper redactions based on our current review (which is ongoing). Several examples are identified below.

| Bates | Description |
|---|---|
| REYMDL00131989 | ████████████████████████████████ |
| REYMDL00132319 | ████████████████████████████████ |
| REYMDL00132458; REYMDL00132459 | ████████████████████████████████ |

| | |
|---|---|
| REYMDL00133513; REYMDL00133517 |  |
| REYMDL00133552 | |
| REYMDL00137755; REYMDL00137756; REYMDL00137757 | |
| REYMDL00139208 | |
| REYMDL00139211 | |
| REYMDL00139260 | |
| REYMDL00139800 | |
| REYMDL00139840 | |
| REYMDL00140611 | |

      Neither the protective order nor ESI protocol allow for redaction of information on grounds other than privilege, and of course any redactions must actually be justified by a bona fide basis of privilege.  Rather, the protective order allows the parties to designate documents as confidential or highly confidential to the extent they contain certain types of sensitive information.  *See* Agreed Confidentiality Order (ECF No. 104) §§ 2(c), (g), 3(a).

      Please confirm that Reynolds will cease redacting information on grounds other than privilege and provide replacement copies without redactions for all documents containing redactions based on grounds other than privilege.  To the extent Reynolds does not provide replacement copies for any of the identified documents, please provide the basis for why the identified documents are in fact properly redacted.

Best regards,

*s/ Michael N. Nemelka*

Mike Nemelka

Enclosure

CC:    MDL Counsel Email List

**Appendix**

| | | |
|---|---|---|
| REYMDL00131905 | REYMDL00133305 | REYMDL00139260 |
| REYMDL00131926 | REYMDL00133433 | REYMDL00139261 |
| REYMDL00131976 | REYMDL00133480 | REYMDL00139477 |
| REYMDL00131982 | REYMDL00133513 | REYMDL00139689 |
| REYMDL00131989 | REYMDL00133517 | REYMDL00139694 |
| REYMDL00132230 | REYMDL00133521 | REYMDL00139716 |
| REYMDL00132289 | REYMDL00133536 | REYMDL00139723 |
| REYMDL00132297 | REYMDL00133552 | REYMDL00139769 |
| REYMDL00132305 | REYMDL00133578 | REYMDL00139800 |
| REYMDL00132313 | REYMDL00133586 | REYMDL00139808 |
| REYMDL00132319 | REYMDL00133654 | REYMDL00139818 |
| REYMDL00132449 | REYMDL00133665 | REYMDL00139830 |
| REYMDL00132452 | REYMDL00133677 | REYMDL00139840 |
| REYMDL00132458 | REYMDL00133689 | REYMDL00139841 |
| REYMDL00132459 | REYMDL00133707 | REYMDL00139984 |
| REYMDL00132460 | REYMDL00133727 | REYMDL00139987 |
| REYMDL00132467 | REYMDL00133747 | REYMDL00140026 |
| REYMDL00132469 | REYMDL00133768 | REYMDL00140028 |
| REYMDL00132473 | REYMDL00133792 | REYMDL00140065 |
| REYMDL00132480 | REYMDL00133818 | REYMDL00140562 |
| REYMDL00132501 | REYMDL00133844 | REYMDL00140611 |
| REYMDL00132548 | REYMDL00133871 | |
| REYMDL00132555 | REYMDL00133898 | |
| REYMDL00132566 | REYMDL00137058 | |
| REYMDL00132683 | REYMDL00137671 | |
| REYMDL00132685 | REYMDL00137714 | |
| REYMDL00133077 | REYMDL00137721 | |
| REYMDL00133095 | REYMDL00137755 | |
| REYMDL00133099 | REYMDL00137756 | |
| REYMDL00133100 | REYMDL00137757 | |
| REYMDL00133103 | REYMDL00137950 | |
| REYMDL00133105 | REYMDL00138129 | |
| REYMDL00133107 | REYMDL00138131 | |
| REYMDL00133111 | REYMDL00138133 | |
| REYMDL00133115 | REYMDL00138136 | |
| REYMDL00133157 | REYMDL00138480 | |
| REYMDL00133171 | REYMDL00138951 | |
| REYMDL00133218 | REYMDL00138956 | |
| REYMDL00133248 | REYMDL00138957 | |
| REYMDL00133293 | REYMDL00139011 | |
| REYMDL00133296 | REYMDL00139209 | |
| REYMDL00133300 | REYMDL00139211 | |