## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                               Plaintiff,

v.                                     Case No.: 1:18−cv−00864

                                     Honorable Robert M. Dow
                                     Jr.

CDK Global, LLC, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 1, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Dealership Class Plaintiffs and Defendant Reynolds and Reynolds and Reynolds Company's joint motion requesting status conference [395] is granted. Date and time to be determined shortly. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.