# EXHIBIT A



**From:** **Brian T. Ross** bross@gibbsbruns.com
**Subject:** Re: DMS MDL -- Under Seal Motion to Compel Reynolds
**Date:** September 29, 2018 at 10:28 AM
**To:** Mike Nemelka mnemelka@kellogghansen.com
**Cc:** Andi Gulley agulley@gibbsbruns.com, Ho, Derek T. dho@kellogghansen.com, Dorris, Daniel V. ddorris@kellogghansen.com, Oak, Anna M. aoak@kellogghansen.com, reynolds-smrh-pldg@sheppardmullin.com, ReynoldsTeam (gibbsbruns.com) ReynoldsTeam@gibbsbruns.com

Hi Mike,

We were surprised to see your motion last night, because it was the first we had heard of the issue since our exchange of letters in July.

In short, we don't appear to have received your September 6, 2018 letter that is attached to your declaration. I'm not disputing that you sent it or believe you sent it, but I don't recall it, cannot find it, and no one else on our team can find it. Nor can Britt at Mayer Brown, for that matter.

Frankly, I'm not sure if your meet-and-confer obligations would have been satisfied even if we had received the September 6 letter since we never had so much as a phone call or other conversation about this motion (I note that you were with Andi, our lead counsel, in person in Court two days ago), but we don't really have to debate that question given that we did not receive the letter.

In light of the above, I trust that you will withdraw this motion so that we can engage in a proper meet and confer. Assuming you do so, we will be glad to respond to the "September 6" letter, and talk about any remaining open issues therein, next week. Obviously Reynolds reserves all its rights here.

Thanks,

Brian

> On Sep 28, 2018, at 7:39 PM, Nemelka, Michael N. <mnemelka@kellogghansen.com> wrote:
>
> Brian,
>
> As you probably saw, we have noticed this motion for October 5, when the parties will be before Judge Gilbert. Accordingly, we propose that Reynolds file its response brief by Wednesday (which is reasonable given the narrow scope of the motion), and we will agree to forgo any reply. If you agree, we can draft a stipulation to this effect for submission to Judge Gilbert. Please let us know.
>
> Thanks,
> Mike
>
> **From:** Nemelka, Michael N.
> **Sent:** Friday, September 28, 2018 8:00 PM
> **To:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
> **Subject:** DMS MDL -- Under Seal Motion to Compel Reynolds
>
> Dear Counsel,
>
> Please see attached the under seal filings from tonight.
>
> Thanks,
> Mike
>
> Michael N. Nemelka
> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> 1615 M. St. N.W., Suite 400
> Washington, DC 20036

Direct: (202) 326-7932
mnemelka@kellogghansen.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

<2018 09 28 [400] UNDER SEAL Plfs Memo ISO [397] Mtn to Compel.pdf><2018 09 28 [400-1] UNDER SEAL Exhibit A.PDF>
<2018 09 28 [400-2] UNDER SEAL Exhibit B.PDF><2018 09 28 [400-3] UNDER SEAL Exhibit C.PDF>