# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                                  Plaintiff,

v.

                                                 Case No.: 1:18−cv−00864

                                                 Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 1, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the email from counsel set on 10/1/2018, Dealership Class Plaintiffs' motion to strike [392] is stricken without prejudice as moot in view of the agreement in principle to settle all claims between the Dealership Class Plaintiffs and Defendant Reynolds. Notice of motion date of 10/2/2018 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.