IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br> ALL ACTIONS | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

### NOTICE OF PARTIAL RESOLUTION OF
### PLAINTIFFS' OMNIBUS MOTION TO COMPEL

MDL Plaintiffs and Defendant CDK Global, LLC hereby notify the Court that they have reached an agreement to resolve the following discovery issue raised in Plaintiffs' Omnibus Motion to Compel (Dkt. 316, 318):

Issue No. 16: "Search Terms for All Custodians" (briefed by Plaintiffs at Dkt. 318 at 34-38 and by CDK at Dkt. 356 at 37-40).

Accordingly, this issue is no longer before the Court for resolution.

Dated: October 2, 2018

Respectfully submitted,

/s/ *Peggy J. Wedgworth*
Peggy J. Wedgworth
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com

*MDL Co-Lead Counsel*

/s/ *Derek T. Ho*
Derek T. Ho
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, PLLC

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006

1615 M Street, N.W., Suite 400  (202) 263-3000
Washington, DC 60036  mryan@mayerbrown.com
dho@kellogghansen.com

*MDL Co-Lead Counsel*

*Counsel for Defendant
CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on October 2, 2018, I caused a true and correct copy of the foregoing **NOTICE OF PARTIAL RESOLUTION OF PLAINTIFFS' OMNIBUS MOTION TO COMPEL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          */s/ Britt M. Miller*
                                          Britt M. Miller
                                          MAYER BROWN LLP
                                          71 South Wacker Drive
                                          Chicago, IL 60606
                                          Phone: (312) 782-0600
                                          Fax: (312) 701-7711
                                          E-mail: bmiller@mayerbrown.com