# Exhibit G

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

September 18, 2018

*Via Electronic Mail*

Matthew D. Provance
Mayer Brown
71 South Wacker Drive
Chicago, IL 60606

    Re:    CVR Custodians and Search Terms

Dear Matt:

    I write in response to your September 14 letter regarding proposed document custodians for Computerized Vehicle Registration ("CVR"), as well as regarding search terms for CVR's document custodians.

    For the reasons we have previously explained during our past discussions, as well as for the explanations provided in our May 25 letter, we do not believe that our initial proposal of 11 document custodians for CVR is unreasonable. But in the spirit of compromise, we are willing to limit the proposed CVR document custodians to the following individuals:

1. Jim Quinlan
2. Janet Michaels
3. Jason Bonifay
4. Scott Dudley
5. Jim Negrette
6. Rick Francis
7. John Roeder
8. Mark Kithcart

    With respect to Scott Herbers, he already is a document custodian for CDK search terms; we assumed, given his position at CVR, that CVR search terms would also be run for him. Please confirm that is the case. Finally, with respect to Mark Kithcart, his role and importance at CVR more recently came to our attention, and so we respectfully ask that he be included as a custodian as well.

    Please find attached proposed search terms for CVR's custodians.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Matthew D. Provance
September 18, 2018
Page 2

      We look forward to meeting and conferring with you and discussing these proposed custodians and search terms. You had proposed talking today or tomorrow at 4:00 p.m. CT. Given our substantive response to your letter contained herein, you may need more time to consider our proposal than today or tomorrow provides. Nevertheless, we are available at both times, or on Thursday at 9:30 a.m. CT. Please let us know what works best for you.

                                            Very truly yours,

                                            *s/ Michael N. Nemelka*

                                            Michael N. Nemelka

cc:   MDL External Service List