# Exhibit H

| Term # | Plaintiffs' Proposed Search Term(s) |
|---|---|
| 1. | *@cdk.com OR *@adp.com |
| 2. | *@reyrey.com |
| 3. | (*@cdk.com OR *@adp.com OR *@reyrey.com) AND (MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) |
| 4. | (*@cdk.com OR *@adp.com OR *@reyrey.com) AND (MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) AND (access* OR poll* OR extract* OR integrat* OR data) |
| 5. | (*@cdk.com OR *@adp.com OR *@reyrey.com) AND (MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) AND (pric* OR fee OR rate OR cost) |
| 6. | 3PA OR "Third Party Access" OR RCI OR "Reynolds Certified Interface" OR access OR poll* OR extract* OR integrat* OR data |
| 7. | 3PA OR "Third Party Access" OR RCI OR "Reynolds Certified Interface" OR access OR poll* OR extract* OR integrat* OR data OR Authenticom OR DealerVault OR SIS OR SelectQu OR SelectQ OR "Superior Integrated Solutions" OR StoneEagle OR ProQuotes OR DMI OR IntegraLink |
| 8. | (hostile OR scrap* OR emulat* OR poll* OR pull* OR integrat* OR extract* OR Authenticom OR DealerVault OR SIS OR SelectQu OR SelectQ OR "Superior Integrated Solutions" OR StoneEagle OR ProQuotes OR DMI OR IntegraLink OR 3PA OR "Third Party Access" OR RCI OR "Reynolds Certified Interface") AND (pric* OR fee OR rate OR cost) |
| 9. | (3PA OR "Third Party Access" OR RCI OR "Reynolds Certified Interface") AND (pric* OR fee OR rate OR cost) |
| 10. | 3PA OR "Third Party Access" |
| 11. | RCI OR "Reynolds Certified Interface" |
| 12. | (Tilt* AND field) OR "natural advantage" OR "tilt the table" or (tilt w/3 table) ((DMS OR data) W/5 (block* OR restrict* OR disable* OR "cut off")) <br> (access* OR scrap* OR emulat* OR poll* OR pull* OR integrat* OR extract*) W/5 (block* OR restrict* OR disable* OR stop* OR "cut off") AND (third party OR compet* OR non-Reynolds OR non-CDK) |
| 13. | "general ledger" AND access* |
| 14. | "category restriction*" |
| 15. | "CVR Category" |
| 16. | (open* w/5 categ*) OR (close* w/5 categ*) |
| 17. | (3PA OR "Third Party Access" OR RCI OR "Reynolds Certified Interface" OR access OR poll* OR extract* OR integrat* OR data) AND (MVSC OR Vitu OR RTS OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) |
| 18. | (3PA OR "Third Party Access" OR RCI OR "Reynolds Certified Interface" OR access OR poll* OR extract* OR integrat* OR data) AND (MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) AND (pric* OR fee OR rate OR cost) |

| 19. | (RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) AND (3PA or "Third Party Access" or RCI OR "Reynolds Certified Interface") |
|---|---|
| 20. | MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv |
| 21. | (hostile OR scrap* OR emulat* OR ((poll* OR pull*) w/10 DMS) OR integrat* OR extract* OR Authenticom OR DealerVault OR SIS OR SelectQu OR SelectQ OR "Superior Integrated Solutions" OR StoneEagle OR ProQuotes OR DMI OR IntegraLink OR 3PA OR "Third Party Access" OR RCI OR "Reynolds Certified Interface") |
| 22. | "data access fee*" OR ((3PA OR "Third Party Access" or RCI or "Reynolds Certified Interface" OR hostile OR scrap* OR emulat* OR poll* OR pull* OR integrat*) w/10 (pric* OR fee OR rate OR cost)) |
| 23. | (MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) |
| 24. | (pric* OR fee OR rate OR cost) w/10 (EVR or "electronic vehicle registration" or service*) |
| 25. | (government OR govt OR "gov" OR state) w/25 fee* |
| 26. | (government OR govt OR "gov" OR state) w/25 (cap OR max*) |
| 27. | To/from: *.gov |
| 28. | (market w/5 share) OR (new w/3 state) OR (new w/3 territory) OR (enter w/3 market) OR (enter w/3 state) OR (expand w/5 territory) OR (expand w/5 state) |
| 29. | MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv OR "competitive intelligence" |
| 30. | ((California OR CA) w/5 (EVR or "electronic vehicle registration")) OR ((Illinois OR IL) w/5 (EVR or "electronic vehicle registration")) OR ((Virginia or VA) w/5 (EVR or "electronic vehicle registration")) |
| 31. | (new w/3 state) OR (new w/3 territory) OR (enter w/3 market) OR (enter w/3 state) OR (expand w/5 state) OR (exit w/3 market) OR (exit w/3 state) OR (exit w/3 territory) OR (leave w/3 market) OR (leave w/3 state) OR (leave w/3 territory) |
| 32. | (threat* OR compet* OR presence OR grow* OR pressur*) w/20 (market* OR share OR enter* OR penetrat* OR danger*) |
| 33. | (market w/3 anal*) OR (comp* /3 anal*) |
| 34. | Armstrong OR Kimball OR Nemelka OR Brueggeman OR Bulusu |
| 35. | (MVSC OR "motor vehicle software" OR Vitu OR DMVDesk OR "DMV Desk" OR *@vitu.com OR *@dmvdesk.com OR *@mvscusa.com) AND (exec* OR officer OR CEO OR president OR chairman OR COO OR chief) |
| 36. | (Don OR Kelly OR Joseph OR Joe OR John OR Napa) AND (MVSC OR "motor vehicle software" OR Vitu OR DMVDesk OR "DMV Desk" OR *@vitu.com OR *@dmvdesk.com OR *@mvscusa.com) |
| 37. | (acqui* OR purchas* OR invest* OR buy* OR bought OR obtain* OR merg* OR consolidat*) AND (RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) |

| 38. | (Armstrong OR Kimball OR Nemelka OR Brueggeman OR Bulusu OR MVSC OR "motor vehicle software" OR Vitu OR DMVDesk OR "DMV Desk" OR *@vitu.com OR *@dmvdesk.com OR @mvscusa.com) AND (acquir* OR purchas* OR invest* OR buy* OR bough* OR merg* OR consolidat*) |
|---|---|
| 39. | (block* OR disable* OR remove* OR exclude OR clos* OR lock OR disrupt* OR restrict OR shut OR suspend OR "cut" OR stop* OR secur* OR interrupt* OR hostile OR *authoriz*) AND (Authenticom OR Dealervault OR "Dealer Vault" OR SIS OR "Superior Integrat* Solutions" OR ProQuotes OR StoneEagle OR SelectQ* OR integrat* OR poll* OR extract* OR access* OR pull* OR emulate* OR scrape OR retrieve OR gather* OR produc* OR report* OR enter) AND (MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) |
| 40. | (MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) AND (Authenticom OR Dealervault OR "Dealer Vault" OR SIS OR "Superior Integrat* Solutions" OR ProQuotes OR StoneEagle OR SelectQ* OR integrat* OR poll* OR extract* OR access* OR pull* OR emulate* OR scrape OR retrieve OR gather* OR produc* OR report* OR enter) |
| 41. | Authenticom OR Dealervault OR "Dealer Vault" OR SIS OR "Superior Integrat* Solutions" OR ProQuotes OR StoneEagle OR SelectQ* OR DMI OR IntegraLink OR integrat* OR poll* OR extract* OR access* OR pull* OR emulate* OR scrape OR retrieve OR gather* OR produc* OR report* OR enter |
| 42. | Authenticom OR DealerVault OR DV OR Acom OR Cottrell OR SIS OR Batiste |
| 43. | ("realtime" OR "real time" OR "bi-directional" OR bidirectional OR "two-way" OR twoway OR instant OR push) w/5 (integrat* OR DMS) |
| 44. | "Assembly Bill No. 516" OR ("assembly bill w/3 516) OR (bill w/3 516) OR ("AB 516") |
| 45. | CVR w/10 (inferior OR compar* OR deficient OR quality OR perform* OR worse OR delay* OR prefer*) |
| 46. | (MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) AND (quality OR perform* OR review OR prefer* OR satisf*) |
| 47. | ((backlog* OR delay* OR (too w/5 time) OR (too w/5 long) OR unacceptable OR unsustain* OR sustain*)) AND (((vehicle OR car) w/10 regist*) OR ((vehicle OR car) w/10 titl*)) |
| 48. | CVR AND (3PA or "Third Party Access" or RCI or "Reynolds Certified Interface" or certif* or (data w/3 access) or (DMS w/3 access)) AND (MVSC OR Vitu OR RTS OR triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv) |
| 49. | (cost* OR expense*) AND ((new w/5 market) OR (new w/5 state)) |
| 50. | ("Reynolds and Reynolds" OR "Reynolds & Reynolds" OR Reynolds OR R&R OR ReyRey) w/20 (interest OR own* OR share OR alloc* OR acqui*) |
| 51. | ((dividend OR shareholder) w/5 payout) OR (profit w/5 (alloc* OR payout)) |

| | |
|---|---|
| 52. | (manag* OR budget* OR capital* OR invest* OR hir* OR fir* OR personnel OR salary OR bonus OR strategy* OR priorit* OR sales OR market* OR operat* OR headcount OR staff* OR employ*) AND (ADP OR CDK OR *@cdk.com OR *@adp.com OR Herbers or Karp OR "Reynolds and Reynolds" OR "Reynolds & Reynolds" OR Reynolds OR R&R OR ReyRey OR *@reyrey.com OR Schaefer) |
| 53. | (manag* OR budget* OR capital* OR invest* OR hir* OR fir* OR personnel OR salary OR bonus OR strategy* OR priorit* OR sales OR market* OR operat* OR headcount OR staff* OR employ*) AND (*@cdk.com or *@adp.com) |
| 54. | (*@adp.com OR *@cdk.com) AND *@reyrey.com |
| 55. | "Project Ledson" OR Ledson or (AVRS AND (acqui* OR purchas* OR invest* OR buy* OR bought OR obtain* OR merg* OR consolidat*)) |
| 56. | AVRS AND (complain* OR inferior OR deficien* OR declin* OR service OR comparison* OR "go* down" OR poor OR disappoint*) |
| 57. | "board of directors" OR (CVR w/5 board) |
| 58. | (merge* OR acqui* OR buyer OR buyout OR "buy out" OR purchase* OR PE OR "private equity") w/20 (CVR or us) |
| 59. | (pric* or fee* or charg*) w/10 (CVR OR EVR OR "electronic vehicle registration" OR service*) |
| 60. | (forecast* OR projection OR revenue* OR profit* OR cost* OR income OR sale* OR turnover OR "bottom line" OR "top line" OR EBITA OR "P and L" OR "P&L" OR liabilit* OR debt OR credit OR budget OR overhead OR COGs OR "cost of services" or COS "cost of sales" OR margin* OR balance OR "cash flow*") |
| 61. | (capital w/3 cost) OR (equity w/3 cost) OR (debt w/3 cost) OR ((average or avg) w/3 capital) |
| 62. | ((Data w/5 valu*) w/20 (DMS or access)) OR ((Access AND restrict) w/15 valu*) |
| 63. | (P&L OR Budget OR Margin OR Revenue OR Marketing) w/5 (projection OR Analy* OR plan OR "financial statement") |
| 64. | valuation |
| 65. | (antitrust OR competition) AND (training OR class OR education OR seminar) |
| 66. | (DealerVault or Authenticom or SelectQu or SelectQ or "Superior Integrated Solutions" or SIS or StoneEagle or "Stone Eagle" or ProQuotes) w/25 (login or "log in" or credential* or password* or pwd or psk or username or user) |
| 67. | (EVR or "Electronic Vehicle Registration") AND (automotive news OR banks report OR autotrader OR (industry W/3 news) OR WardsAuto OR "Driving Sales" OR DealerRefresh OR "Digital Dealer" OR "Dealers Association" OR "Automotive Digest" OR "Woods and Seaton") |
| 68. | ((dealer* OR Dealership* OR dlr* OR "auto group" OR "automotive group") w/10 (CVR OR MVSC OR Vitu OR RTS or triVIN OR TitleTech OR ADD123 OR AIB OR DDI OR "Decision Dynamics" OR DLRdmv)) AND (switch OR chang* OR trap* OR "down time" OR downtime OR transition* OR stuck) |
| 69. | (dealer* OR Dealership* OR dlr* OR "auto group" OR "automotive group" OR "auto sales" OR "Motor sales" OR customer OR vendor*) w/5 (lost or loss or lose or win* or gain* or churn* or defect* or turnover or "turn over" or switch or chang* or mov*) |
| 70. | "win loss report" OR "W/L report" |

| | |
|---|---|
| 71. | (complain* OR inferior OR deficien* OR declin* OR service OR comparison* OR "go* down" OR poor OR disappoint*) AND (EVR OR ((vehicle OR title* OR electronic) w/10 (titling* OR regist*))) |
| 72. | *@dmvdesk.com OR *@vitu.com OR *@avrs.com OR *@dditechnology.com OR *@aibtexas.com OR *@add123.com OR *@autopoint.com OR *@titletec.com OR *@dealertrack.com OR *@trivin.com OR *@dlrdmv.com |
| 73. | 3PA OR "Third Party Access" OR RCI or "Reynolds Certified Interface" |
| 74. | (3PA OR "Third Party Access" OR RCI or "Reynolds Certified Interface") AND appli* |
| 75. | (ADP OR CDK OR "Reynolds and Reynolds" OR "Reynolds & Reynolds" OR R&R OR ReyRey OR 3PA OR "Third Party Access" OR RCI OR "Reynolds Certified Interface" OR CVR) AND (complain* OR inferior OR deficien* OR declin* OR service OR comparison* OR "go* down" OR poor OR disappoint*) |
| 76. | (acqui* OR flip) AND (MVSC or Vitu) |
| 77. | ((DMS OR "dealer management system") w/8 (block* OR restrict* OR disable*OR stop* OR "cut off")) OR AND ((third party OR 3d party OR non-Reynolds or competit*) OR ((Lever* OR edge OR favor* OR advantage*) w/5 (DMS OR "dealer management system"))) AND app* |
| | ((access* OR scrap* OR emulat* OR poll* OR pull* OR integrat* OR extract*) w/5 (block* OR restrict* OR disable* OR stop* OR "cutoff")) AND ((third party OR 3d party OR non-Reynolds or competit*) OR ((Lever* OR edge OR favor* OR advantage*) w/5 (DMS OR "dealer management system"))) AND app* |
| 78. | ((secur* or cyber* or infosec) w/3 (protocol* or manual* or polic* or strateg*)) OR "Open Secure Access" or OSA or "Automotive Retail Data Security Guidelines or "STAR" or "Standards for Technology in Automotive Retail" |
| 79. | secur* AND audit |
| 80. | (data OR secur* OR cyber* OR system OR network OR comput*) w/3 breach* |
| 81. | (train OR seminar OR class OR education) AND (secur* or cyber* or infosec) |
| 82. | (3PA OR "Third Party Access" OR RCI or "Reynolds Certified Interface" OR Authenticom OR Dealervault OR "Dealer Vault" OR SIS OR "Superior Integrat* Solutions" OR ProQuotes OR StoneEagle OR SelectQ* OR DMI OR IntegraLink OR integrat* OR poll* OR extract* OR access* OR pull* OR emulate* OR scrape OR retrieve OR gather* OR produc* OR report* OR enter) AND DMS |
| 83. | CID |
| 84. | CFAA or "computer fraud and abuse" |
| 85. | (*@cdk.com OR *@adp.com) AND (*@avrs.com OR AVRS OR "CDK Vehicle Registration" OR "Reynolds Vehicle Registration" OR Ledson OR EVR OR (vehicle OR title* OR electronic) w/10 (titling* OR regist*)) |
| 86. | compet* w/10 (Dealer or franchis* or DMS or Drive or Dash or ODE or "Open Dealer Exchange" or CVR or "computerized vehicle registration" or AVRS or DMI or "Digital Motorworks" or "Digital Motor Works" or Integralink or RCI or "certified interface" or 3PA or "Partner Program" or "access program" or integrat* or app* or solution*) |
| 87. | (SelectQu OR "Superior Integrated Solutions" OR SIS OR "Stone Eagle" OR ProQuotes OR AutoLoop OR "Phil B" OR "Phillip B" OR Battista) w/8 (compet* OR stand* OR pause* OR target* or "hands off") |

| 88. | (Armstrong OR Kimball OR Nemelka OR Brueggeman OR Bulusu OR MVSC OR "motor vehicle software" OR Vitu OR DMVDesk OR "DMV Desk" OR *@vitu.com OR *@dmvdesk.com OR *@mvscusa.com) |
|---|---|
| 89. | (Armstrong OR Kimball OR Nemelka OR Brueggeman OR Bulusu OR MVSC OR "motor vehicle software" OR Vitu OR DMVDesk OR "DMV Desk" OR *@vitu.com OR *@dmvdesk.com OR *@mvscusa.com) AND (California OR Calif. OR CA OR IL OR Ill. OR Virginia OR VA OR Va OR Oregon OR Ore OR expan* OR threat* OR compet* OR presence OR grow* OR pressur*) |
| 90. | (Armstrong OR Kimball OR Nemelka OR Brueggeman OR Bulusu OR MVSC OR "motor vehicle software" OR Vitu OR DMVDesk OR "DMV Desk" OR *@vitu.com OR *@dmvdesk.com OR *@mvscusa.com) AND (*@cdk.com OR *@adp.com OR *@digitalmotorworks.com OR *@integralink.com OR *@reyrey.com) |
| 91. | (Armstrong OR Kimball OR Nemelka OR Brueggeman OR Bulusu OR MVSC OR "motor vehicle software" OR Vitu OR DMVDesk OR "DMV Desk" OR *@vitu.com OR *@dmvdesk.com OR *@mvscusa.com) w/25 (3PA OR RCI OR "third party" OR "3rd party" OR "third-party" OR (Reynolds w/10 (hub OR interface OR agreement)) OR integrat* OR access) |
| 92. | (Armstrong OR Kimball OR Nemelka OR Brueggeman OR Bulusu OR MVSC OR "motorvehicle software" OR Vitu OR DMVDesk OR "DMV Desk" OR *@vitu.com OR *@dmvdesk.com OR @mvscusa.com) w/25 ((DMS w/10 (data OR access)) OR "managed interface" OR appl* OR certif* OR approv* OR pric* OR term* OR top-line OR "top line" OR danger* OR compet* OR participat* OR permit* OR integrat*) |
| 93. | (Armstrong OR Kimball OR Nemelka OR Brueggeman OR Bulusu OR MVSC OR "motor vehicle software" OR Vitu OR DMVDesk OR "DMV Desk" OR *@vitu.com OR *@dmvdesk.com OR *@mvscusa.com) AND (block* OR disable* OR remove* OR exclude OR clos* OR lock OR disrupt* OR restrict OR shut OR suspend OR "cut" OR stop* OR secur* OR interrupt* OR hostile OR *authoriz*) |
| 94. | ("CDK Vehicle Registration" OR"Reynolds Vehicle Registration") AND (California OR Illinois OR CA OR IL OR Calif. OR Ill.) AND (expan* OR new OR threat* OR compet* OR presence OR grow* OR pressur* OR (number* w/10 dealer*) OR market* OR *share OR analy* OR assess* OR consult* OR examin* OR customer* OR forecast* OR project* OR revenue*) |