Exhibit E

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

September 10, 2018

*Via Electronic Mail*
Britt M. Miller, Esq.
Mayer Brown
71 South Wacker Drive
Chicago, IL 60606

    Re:  CVR Custodians

Dear Britt:

    I write to follow up on the document requests issued to Computerized Vehicle Registration. Consistent with our prior discussions and correspondence on this issue, we would like to discuss our previously requested CVR document custodians.

    On May 25, 2018, we requested the following document custodians for CVR (including custodians associated with AVRS, which CVR acquired):

1. Jim Quinlan
2. Janet Michaels
3. Scott Dudley
4. Scott Bahr
5. Jim Negrette
6. Bob Reiger
7. Rick Francis
8. John Roeder
9. Tony Limtiaco
10. Jose Ramirez
11. Nikki Nazaroff

    For descriptions of each requested custodian, and an explanation for why they should be included as custodians in this case, please see our May 25, 2018 letter. Please let us know by this Wednesday which of these CVR custodians you will agree to so that we know whether we have a dispute with respect to any.

    Very truly yours,

    *s/ Michael N. Nemelka*

    Michael N. Nemelka