# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                        Plaintiff,

v.                                                        Case No.: 1:18−cv−00864

                                                          Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 5, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 10/5/18 on the parties' respective proposals for a deposition protocol. For the reasons discussed on the record, Defendants' Motion for Entry of a Deposition Protocol to Govern MDL Depositions [367] is granted in part and denied in part, and MDL Plaintiff's Motion for Entry of Depositions Protocol Order [370] is granted in part and in denied in part. The parties shall submit a revised deposition protocol order as discussed in court. Among other provisions, the protocol shall provide for a total of 90 depositions allocated as follows: 30 party depositions for each side and 15 third party depositions for each side. Plaintiffs' Motion to Compel Reynolds to Produce Unredacted Documents for In Camera Review [397] is granted with no objection from Defendant Reynolds. Defendant Reynolds tendered the unredacted documents in open Court. The Court sua sponte extends the discovery deadline for completion of discovery to 4/15/2019 for the reasons discussed on the record. Defendant CVR's oral motion for an additional one week extension of time to respond to Plaintiffs' requests for production is granted. The parties should raise the timing issue before the District Judge at the hearing scheduled for next Tuesday. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.