UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

          Plaintiff,

v.           Case No.: 1:18−cv−00864
          Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 9, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: For the reasons discussed on the record this morning during the joint status hearing with Judge Dow, Defendant CVR shall respond to Plaintiffs' requests for production of documents within 3 business days of a ruling on Defendant CVR's pending motion to dismiss. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.