# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
## Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 9, 2018:

MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. Defendant CVR's motion to stay discovery pending ruling on its motion to dismiss [380] is denied, subject to the deadline for production set by Magistrate Judge Gilbert. [See 411.] The discovery in this case is complex and CVR will be participating either as a party or as an important non−party. The Court is actively working on an opinion that will resolve CVR's motion to dismiss, as well as the other motions to dismiss in Case No. 18−cv−865, and anticipates issuing that opinion in the next week or two. Once that ruling is issued, the parties can take into account whether CVR is a party or a non−party in assessing the scope of its discovery obligations going forward. For the reasons discussed on the record, Defendant Reynolds and Reynolds Company's motion to dismiss [252] and motion to clarify its discovery rights and obligations [344] are stricken as moot. Hearing for preliminary approval is set for 11/6/2018 at 9:15 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.