# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to All Cases | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## MDL PLAINTIFFS' MOTION TO COMPEL DEFENDANT CDK GLOBAL, LLC TO RE-DESIGNATE DOCUMENTS FROM "HIGHLY CONFIDENTIAL" TO "CONFIDENTIAL"

MDL Plaintiffs respectfully move this Court to compel CDK Global, LLC ("CDK") to Re-Designate Documents from Highly Confidential to Confidential.  In support of this motion, MDL Plaintiffs incorporate by reference the memorandum of law and exhibits filed concurrently herewith and any oral argument that the Court may allow at a hearing on this Motion.

Pursuant to Local Rule 37.2, MDL Plaintiffs certify that they have met and conferred with counsel for Defendant CDK in a good faith attempt to resolve the disputes presented by this Motion.

Dated:  October 15, 2018                                  Respectfully submitted,

*/s/ Peggy J. Wedgworth*                                  */s/ Derek T. Ho*
Peggy J. Wedgworth                                        Derek T. Ho
**MILBERG TADLER PHILLIPS**                               **KELLOGG, HANSEN, TODD,**
**GROSSMAN LLP**                                          **FIGEL & FREDERICK, P.L.L.C.**
One Pennsylvania Plaza, 19th Floor                        1615 M Street, NW, Suite 400
New York, NY 10119                                        Washington, D.C. 20036
(212) 594-5300                                            (202) 326-7900
pwedgworth@milberg.com                                    dho@kellogghansen.com

*MDL Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on October 15, 2018, I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' MOTION TO COMPEL DEFENDANT CDK GLOBAL, LLC TO RE-DESIGNATE DOCUMENTS FROM "HIGHLY CONFIDENTIAL" TO "CONFIDENTIAL"** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com