# Exhibit D

# MAYER · BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

October 12, 2018

**BY E-MAIL**

**Matthew D. Provance**
Direct Tel +1 312 701 8598
Direct Fax +1 312 706 9397
mprovance@mayerbrown.com

Joshua Hafenbrack
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 60036

Elizabeth J. McKenna
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza
New York, NY 10119

Re: *In re Dealer Management Systems Antitrust Litig.*,
 MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)

Dear Josh and Liz:

I write in response to your October 11, 2018 letter regarding MDL Plaintiffs' challenge to the designation of certain documents by CDK Global, LLC ("CDK") as "Highly Confidential" under Paragraph 2(g) of the Agreed Confidentiality Order (Dkt. 104, "Confidentiality Order") and our meet-and-confer regarding these issues on the same day.

In response to the question you posed yesterday, CDK's offer to re-designate thirteen of the challenged documents as "Confidential" stands in the event that Plaintiffs elect to file a motion. Therefore, we are no longer at issue with respect to the following documents:

| # | Beginning Bates | | # | Beginning Bates | | # | Beginning Bates |
|---|---|---|---|---|---|---|---|
| 1 | CDK-0222945 | | 24 | CDK-0022018 | | 59 | CDK-0977351 |
| 2 | CDK-1424529 | | 29 | CDK-0018738 | | 63 | CDK-0688619 |
| 3 | CDK-1974207 | | 31 | CDK-0855506 | | 69 | CDK-2182963 |
| 4 | CDK-0048430 | | 43 | CDK-0728579 | | | |
| 16 | CDK-0602338 | | 55 | CDK-1802134 | | | |

In addition, thank you for your offer to withdraw your challenge to CDK-1203686 (No. 83 in Plaintiffs' September 24 letter) and CDK-0035959 (No. 36). We also appreciate Plaintiffs bringing to our attention that five of the documents subject their challenge (No. 11, 14, 23, 32, and 45) were inadvertently designated "Confidential" by CDK in the first instance. Pursuant to Paragraph 6 of the Confidentiality Order, CDK designates these documents Highly Confidential.

Mayer Brown LLP operates in combination with other Mayer Brown entities, which have offices in North America, Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.

730274158

Mayer Brown LLP

Joshua Hafenbrack
Elizabeth J. McKenna
October 12, 2018
Page 2

Given that their designation is disputed, we propose that CDK produce replacement images for these documents once any disputes over their designation is resolved.

To be sure, we take issue with your baseless assertion that CDK's designations "appear to be nothing more than a thinly-veiled attempt to limit the use of documents that are damaging to CDK's claims and defenses in this litigation." The designation of discovery material as Highly Confidential does not limit its "use" in this litigation; in fact it facilitates the appropriate use of such discovery material by limiting access to outside counsel, who have a need-to-know.

Finally, your October 11 letter refers to "CDK-0689619," which you describe as "a template of a letter sent to application vendors in March 2015." Based on that description, we think you are referring to CDK-0688619, which CDK has already agreed to re-designate Confidential. If there is more to be discussed here, please let us know.

Sincerely,

*/s/ Matthew D. Provance*
Matthew D. Provance

cc:     Lead MDL Plaintiff Counsel of Record
        Reynolds Counsel of Record
        Mark Ryan
        Britt Miller
        Andrew Marovitz

730274158