# Exhibit E

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

**MILBERG TADLER PHILLIPS GROSSMAN LLP**

One Pennsylvania Plaza 19th Floor ● New York, NY 10119 ● 212.594.5300 ● F 212.868.1229 ● www.milberg.com

October 13, 2018

*Via E-Mail*

Matthew Provance, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Re:  *In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

Dear Matt:

Thank you for your letter of October 12, 2018.

To confirm, you have agreed to re-designate thirteen documents as Confidential (downgraded from Highly Confidential), regardless of whether we elect to file a motion as to other documents. This includes the template letter bates-numbered CDK-0688619, which we inadvertently identified as CDK-0689619 in our October 11, 2018 letter (we are not challenging CDK-0689619). Additionally, our challenges regarding CDK-1203686 and CDK-0035959 are withdrawn.

It appears we are at impasse as to all other documents listed in our September 24, 2018 letter. This includes the five documents that you initially designated as Highly Confidential, then produced to MDL Plaintiffs as Confidential, and are now re-designating as Highly Confidential again (per your October 12, 2018 letter).[1]

Based on our meet-and-confer with you on October 11, 2018, and the latest correspondence, we do not believe that further discussion will be productive.

---

[1] These documents are: CDK-2053730, CDK-1861079, CDK-0189798, CDK-0230616, CDK-0235305.

Page 2

Sincerely,

*/s/ Elizabeth McKenna*  */s/ Joshua Hafenbrack*
Elizabeth McKenna Joshua Hafenbrack