# Exhibit F

| EXHIBIT # | BEGBATES | ENDBATES | DATE | RECIPIENT | AUTHOR | SUBJECT |
|---|---|---|---|---|---|---|
| 1 | CDK-0222931 | CDK-0222932 | 7/17/2014 | Workman, Ron | Robert Schaefer | RE: Update |
| 2 | CDK-0774207 | CDK-0774208 | 1/14/2015 | Schaefer, Robert | Gardner, Howard (DS) | RE: Question |
| 3 | CDK-0903802 | CDK-0903804 | 11/25/2013 | Gardner, Howard | Robert Schaefer | FW: R&R/ADP Agreement |
| 4 | CDK-0919318 | CDK-0919319 | 3/22/2015 | Schaefer, Robert | Gardner, Howard (DS) | FW: HomeNet RCI Certification |
| 5 | CDK-1796970 | CDK-1796972 | 2/17/2015 | Schaefer, Robert | Workman, Ron (DS) | RE: Pricing |
| 6 | CDK-1802135 | CDK-1802137 | 2/20/2015 | | thornhew | CDK - Reynolds Kick-Off Meeting Minutes |
| 7 | CDK-1860966 | CDK-1860967 | 7/3/2014 | Schaefer, Robert | Workman, Ron (DS) | RE: Steve & Bob |
| 8 | CDK-1861079 | CDK-1861080 | 7/5/2014 | Gardner, Howard | Workman, Ron (DS) | FW: Steve & Bob |
| 9 | CDK-2053730 | CDK-2053731 | 7/2/2014 | Gardner, Howard | | FW: Follow-Up |
| 10 | CDK-2284462 | CDK-2284464 | 5/1/2014 | Distelhorst, Kevin | | FW: Agreement |
| 11 | CDK-0000786 | CDK-0000905 | 12/3/2014 | | | Third Party Access Strategy |
| 12 | CDK-0001039 | CDK-0001069 | 10/31/2014 | | | Third Party Access Strategy |
| 13 | CDK-0053346 | CDK-0053347 | 9/16/2015 | Gardner, Howard | Gardner, Howard (DS) | FW: Approach to SF |
| 14 | CDK-0061059 | CDK-0061059 | 3/2/2015 | | Kathleen Snyder | DMI All Hands |
| 15 | CDK-0061228 | CDK-0061228 | undated | | Dan McCray | Wind Down Strategy |
| 16 | CDK-0109347 | CDK-0109347 | 12/10/2014 | Thorne, Malcolm | Gardner, Howard (DS) | R&R Agreement - Market Message |
| 17 | CDK-0124034 | CDK-0124034 | 9/15/2014 | | ADP | CDK - DMS Vendor Data Access Strategy |
| 18 | CDK-0189652 | CDK-0189654 | 2/9/2015 | Gardner, Howard | Douglas, Josh (DS) | RE: R&R Agreement - Marketing Initiatives |
| 19 | CDK-0189798 | CDK-0189798 | 2/9/2015 | McCray, Dan | Nosek, Jeffrey (DS) | RE: RR Sales Positioning |
| 20 | CDK-0223000 | CDK-0223003 | 4/30/2014 | Workman, Ron | Gardner, Howard (DS) | RE: menu integration |
| 21 | CDK-0224081 | CDK-0224081 | 3/19/2015 | | sluyckx | Open Dealer Exchange Founder Meeting |
| 22 | CDK-0473275 | CDK-0473276 | 3/4/2015 | Ayotte, Beth | Guentzel, Michael (DS) | FW: *HIGHLY CONFIDENTIAL* |
| 23 | CDK-0473277 | CDK-0473277 | 2/25/2015 | | Kathleen Snyder | CDK/R&R Operationalizing – AD Kickoff |
| 24 | CDK-0686257 | CDK-0686259 | undated | | Swearingen, Kristen | Amendment No. 1 to 3PA Agreement |
| 25 | CDK-0802599 | CDK-0802600 | 10/4/2013 | Distelhorst, Kevin | Gardner, Howard (DS) | FW: R&R Meeting - September 27th |
| 26 | CDK-0817721 | CDK-0817722 | 5/4/2015 | Nagy, Paul | McCray, Dan (DS) | Security First Presentation |
| 27 | CDK-0843493 | CDK-0843499 | 4/13/2016 | | Byron McDuffee | ZBB Decision Package |
| 28 | CDK-0863519 | CDK-0863519 | undated | | Maguire, James (DS) | Market |
| 29 | CDK-1221834 | CDK-1221835 | 12/5/2014 | Woerner, Chris | | FW: SIS and Reynolds |
| 30 | CDK-1421310 | CDK-1421310 | undated | | Dan McCray | Wind Down Strategy |
| 31 | CDK-1714946 | CDK-1714950 | undated | | Build | R&R Agreement Overview |
| 32 | CDK-1716917 | CDK-1716921 | undated | | Build | R&R Agreement Overview |
| 33 | CDK-2182930 | CDK-2182931 | 6/26/2014 | Workman, Ron | | RE: Follow-up to the Brockman conversation |
| 34 | CDK-2219474 | CDK-2219477 | 1/19/2015 | Thorne, Malcolm | | FW: Updated R&R Balance of Trade |
| 35 | CDK-2239477 | CDK-2239478 | 6/27/2014 | Gardner, Howard | | RE: Follow-up to the Brockman conversation |

| EXHIBIT # | BEGBATES | ENDBATES | DATE | RECIPIENT | AUTHOR | SUBJECT |
|---|---|---|---|---|---|---|
| 36 | CDK-2426621 | CDK-2426622 | 6/26/2014 | Distelhorst, Kevin | | FW: Follow-up to the Brockman conversation |
| 37 | CDK-0019201 | CDK-0019201 | 3/4/2016 | Karp, Bob | Gardner, Howard | SIS at VW |
| 38 | CDK-0019518 | CDK-0019519 | 2/18/2016 | Thorne, Malcolm | Gardner, Howard | FW: SIS - Text2Drive |
| 39 | CDK-0021983 | CDK-0021986 | 8/5/2015 | Gardner, Howard | McCray, Dan (DS) | RE: Audi Of America Data Request - Carousel Motor Group |
| 40 | CDK-0053764 | CDK-0053765 | 9/7/2015 | Joza, Mike | Gardner, Howard (DS) | Re: Authenticom Acquisition |
| 41 | CDK-0215041 | CDK-0215045 | 3/27/2014 | Lilly, John | Nosek, Jeffrey (DS) | RE: DealerVault |
| 42 | CDK-0235305 | CDK-0235305 | 12/2/2015 | Gardner, Howard | Workman, Ron | Authenticom |
| 43 | CDK-0236597 | CDK-0236598 | 3/26/2014 | Workman, Ron | Gardner, Howard (DS) | FW: DealerVault - Dealer Request |
| 44 | CDK-0913658 | CDK-0913662 | undated | | McCray, Dan | Project Name - Security Events - DealerVault |
| 45 | CDK-0987733 | CDK-0987736 | 4/27/2016 | McCray, Dan | Karp, Bob | RE: CDK Profile problem |
| 46 | CDK-1393076 | CDK-1393080 | 2/28/2013 | Gardner, Howard | Nosek, Jeffrey (DS) | RE: ADP & Authenticom integrations (DO NOT FORWARD) |
| 47 | CDK-0039309 | CDK-0039309 | 1/13/2015 | | ADP | FY16 Margin Improvement Strategies-DMI |
| 48 | CDK-0066958 | CDK-0066960 | 1/8/2013 | | karpb | Interoffice Memo - DECEMBER FY 14 MONTHLY REPORT |
| 49 | CDK-0105062 | CDK-0105062 | 12/3/2014 | | lamcdaniel | Third Party Access Strategy |
| 50 | CDK-0230616 | CDK-0230617 | 3/19/2015 | Battista, Phillip | Workman, Ron (DS) | RE: RE: |
| 51 | CDK-0325566 | CDK-0325567 | 2/16/2015 | Gardner, Howard | | Why we should not open a data integrator category |
| 52 | CDK-0458493 | CDK-0458493 | undated | | ADP DS User | Third Party Access Program |
| 53 | CDK-0569059 | CDK-0569061 | 9/22/2016 | Ayotte, Beth | Stivers, Arretta | RE: CDK 3PA data access fees for 3rd party vendors |
| 54 | CDK-0693118 | CDK-0693120 | 2/1/2016 | | | DMS Integration Surcharge Notice |
| 55 | CDK-0797233 | CDK-0797236 | 2/3/2016 | Steele, Rob | Gardner, Howard | RE: Gengras |
| 56 | CDK-1138147 | CDK-1138148 | 12/8/2016 | Karp, Bob | John Darmento | Re: Follow Up |
| 57 | CDK-0032559 | CDK-0032563 | 4/11/2017 | Noser, Mike | Dillman, David | RE: GM Dealer Direct and DealerVault Partnership |
| 58 | CDK-0040165 | CDK-0040166 | 7/14/2015 | Gardner, Howard | Noser, Mike (DS) | AutoLoop trying to obtain access |
| 59 | CDK-0177588 | CDK-0177589 | 6/22/2016 | Bartman, Linda | Wrobel, David | Pricing Note to Sales on 3PA (with 3PA recontracting report added) |
| 60 | CDK-0584712 | CDK-0584714 | 3/18/2016 | Conver, Leigh Ann | McCray, Dan | FW: Advent and Non Authorized Access - Meeting With Scott |
| 61 | CDK-0016195 | CDK-0016196 | 3/18/2016 | Noser, Mike | Finnamore, Dwight | RE: 2016-03-17 DMS Lock Down Rapid Action Team |
| 62 | CDK-0049380 | CDK-0049381 | 3/9/2016 | McCray, Dan | Herbers, Scott | Re: Advanced Notice |
| 63 | CDK-0049413 | CDK-0049415 | 3/10/2016 | Gardner, Howard | Herbers, Scott | Re: Advanced Notice |
| 64 | CDK-0177998 | CDK-0177999 | 3/3/2014 | Gardner, Howard | Nichol, Richard (DS) | RE: MVSC - DMV Desk |

| EXHIBIT # | BEGBATES | ENDBATES | DATE | RECIPIENT | AUTHOR | SUBJECT |
|---|---|---|---|---|---|---|
| 65 | CDK-0235764 | CDK-0235764 | 8/20/2015 | Strawsburg, Jon | Herbers, Scott (DS) | FW: Reynolds CA losses in July |
| 66 | CDK-2397246 | CDK-2397246 | 2/16/2016 | | | DMVDesk |
| 67 | CDK-0018738 | CDK-0018739 | 1/27/2016 | Gardner, Howard | McCray, Dan | RE: Digital Dealer: DealerVault prez |
| 68 | CDK-0022018 | CDK-0022018 | 9/12/2015 | Gardner, Howard | Lilly, John (DS) | Re: Press Release - DealerVault is now free to all dealers |
| 69 | CDK-0048430 | CDK-0048430 | 2/10/2016 | Douglas, Josh | Martin, Jon C | Anniversary |
| 70 | CDK-0222945 | CDK-0222946 | 7/3/2014 | Schaefer, Robert | Workman, Ron (DS) | RE: Steve & Bob |
| 71 | CDK-0602338 | CDK-0602339 | 11/6/2014 | Smith, Leesa | French, Steve (DS) | R&R Milestone |
| 72 | CDK-0688619 | CDK-0688619 | 3/2/2015 | | Build | New Agreement Between CDK Global, Reynolds and Reynolds Will Benefit You and Your Reynolds Dealers |
| 73 | CDK-0728579 | CDK-0728582 | 4/26/2017 | Imowitz, Marc | Herbers, Scott | Fwd: FYI |
| 74 | CDK-0855506 | CDK-0855506 | 9/3/2015 | Gardner, Howard | Gerlich, Trey (DS) | FW: Steve Cottrell discusses the importance of managing data at your dealership |
| 75 | CDK-0977351 | CDK-0977352 | 2/13/2013 | Bihner, Joe | Gardner, Howard (DS) | RE: I talked to Ron and have officially decided that you are on my list |
| 76 | CDK-1424529 | CDK-1424529 | 2/25/2015 | Gardner, Howard | Thornhill, Edward W | CDK - Reynolds Kick-Off Meeting Minutes |
| 77 | CDK-1802134 | CDK-1802134 | 2/23/2015 | Gardner, Howard | Douglas, Josh (DS) | RE: R&R Strategy/Communication |
| 78 | CDK-1974207 | CDK-1974207 | 4/28/2015 | Thornhill, Edward | Douglas, Josh (DS) | RE: Performance progress |
| 79 | CDK-2182963 | CDK-2182963 | undated | | tomlinel | Non-Disclosure Agreement |