# Exhibit 1
# Filed Under Seal

# Exhibit 2
# Filed Under Seal

# Exhibit 3
# Filed Under Seal

# Exhibit 4
# Filed Under Seal

# Exhibit 5
# Filed Under Seal

# Exhibit 6
# Filed Under Seal

# Exhibit 7
# Filed Under Seal

# Exhibit 8
# Filed Under Seal

# Exhibit 9
# Filed Under Seal

# Exhibit 10
# Filed Under Seal

# Exhibit 11
# Filed Under Seal

# Exhibit 12
# Filed Under Seal

# Exhibit 13
# Filed Under Seal

# Exhibit 14
# Filed Under Seal

# Exhibit 15
# Filed Under Seal

# Exhibit 16
# Filed Under Seal

# Exhibit 17
# Filed Under Seal

# Exhibit 18
# Filed Under Seal

# Exhibit 19
# Filed Under Seal

# Exhibit 20
# Filed Under Seal

# Exhibit 21
# Filed Under Seal

# Exhibit 22
# Filed Under Seal

# Exhibit 23
# Filed Under Seal

# Exhibit 24
# Filed Under Seal

# Exhibit 25
# Filed Under Seal

# Exhibit 26
# Filed Under Seal

# Exhibit 27
# Filed Under Seal

# Exhibit 28
# Filed Under Seal

# Exhibit 29
# Filed Under Seal

# Exhibit 30
# Filed Under Seal

# Exhibit 31
# Filed Under Seal

# Exhibit 32
# Filed Under Seal

# Exhibit 33
# Filed Under Seal

# Exhibit 34
# Filed Under Seal

# Exhibit 35
# Filed Under Seal

# Exhibit 36
# Filed Under Seal

# Exhibit 37
# Filed Under Seal

# Exhibit 38
# Filed Under Seal

# Exhibit 39
# Filed Under Seal

# Exhibit 40
# Filed Under Seal

# Exhibit 41
# Filed Under Seal

# Exhibit 42
# Filed Under Seal

# Exhibit 43
# Filed Under Seal

# Exhibit 44
# Filed Under Seal

# Exhibit 45
# Filed Under Seal

# Exhibit 46
# Filed Under Seal

# Exhibit 47
# Filed Under Seal

# Exhibit 48
# Filed Under Seal

# Exhibit 49
# Filed Under Seal

# Exhibit 50
# Filed Under Seal

# Exhibit 51
# Filed Under Seal

# Exhibit 52
# Filed Under Seal

# Exhibit 53
# Filed Under Seal

# Exhibit 54
# Filed Under Seal

# Exhibit 55
# Filed Under Seal

# Exhibit 56
# Filed Under Seal

# Exhibit 57
# Filed Under Seal

# Exhibit 58
# Filed Under Seal

# Exhibit 59
# Filed Under Seal

# Exhibit 60
# Filed Under Seal

# Exhibit 61
# Filed Under Seal

# Exhibit 62
# Filed Under Seal

# Exhibit 63
# Filed Under Seal

# Exhibit 64
# Filed Under Seal

# Exhibit 65
# Filed Under Seal

# Exhibit 66
# Filed Under Seal

# Exhibit 67
# Filed Under Seal

# Exhibit 68
# Filed Under Seal

# Exhibit 69
# Filed Under Seal

# Exhibit 70
# Filed Under Seal

# Exhibit 71
# Filed Under Seal

# Exhibit 72
# Filed Under Seal

# Exhibit 73
# Filed Under Seal

# Exhibit 74
# Filed Under Seal

# Exhibit 75
# Filed Under Seal

# Exhibit 76
# Filed Under Seal

# Exhibit 77
# Filed Under Seal

# Exhibit 78
# Filed Under Seal

# Exhibit 79
# Filed Under Seal