IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>**This Document Relates To:**<br><br>**THE DEALERSHIP CLASS ACTION** | MDL No. 2817<br><br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DEALERSHIP CLASS PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT CDK GLOBAL, LLC'S MOTION TO <u>DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT</u>**

Dealership Class Plaintiffs respectfully submit this motion ("Motion") for leave to submit supplemental authority in support of their opposition to Defendant CDK Global, LLC's ("CDK") motion to dismiss the Consolidated Class Action Complaint. *See* Dealership Class Plaintiffs' Omnibus Memorandum of Law in Opposition to (1) Defendants' Motions to Compel Arbitration and Stay Claims; and (2) Motions to Dismiss the Consolidated Class Action Complaint (Dkt. 358).[1] The grounds for the Motion are as follows:

1. On October 15, 2018, the First Circuit Court of Appeals issued a decision in *In re Asacol Antitrust Litigation*, No. 18-1065, 2018 WL 4958856. In that case, the plaintiffs, indirect purchasers of certain pharmaceutical products, filed an antitrust class action on behalf of purchasers in 25 states and the District of Columbia, which had enacted *Illinois Brick*[2] repealer laws. At issue was whether the named plaintiffs had Article III standing to sue on behalf of purchasers in twenty-two states in which no named plaintiff resided or purchased the products. 2018 WL 4958856, at *3.

2. The First Circuit ruled that the named plaintiffs could sue on behalf of purchasers in other states, explaining: "Importantly, the claims of the named plaintiffs parallel those of the putative class members in the sense that, assuming a proper class is certified, success on the claim under one state's law will more or less dictate success under another state's law." *Id*. at *4.[3]

---

[1] Defendant The Reynolds and Reynolds Company's ("Reynolds") motion to dismiss (Dkt. 252) has been stricken as moot in light of the proposed settlement between the Dealership Class Plaintiffs and Reynolds. *See* Dkt. 412.

[2] *Illinois Brick Co. v. Illinois*, 431 U.S. 720 (1977).

[3] The court found that the plaintiffs had waived opposition to the defendant's motion with respect to claims under New York Gen. Bus. Law § 349(a). 2018 WL 4958856, at *5. The court also reversed the district court's class certification decision on other grounds not relevant here, and remanded the action for further proceedings. *Id*. at *11-12.

3. Dealership Class Plaintiffs respectfully submit that *Asacol* is pertinent to standing issues raised in CDK's motion to dismiss the Consolidated Class Action Complaint. *See* Dkt. 265 at 27 (arguing that named plaintiffs could not state claims based on laws of states in which they did not have a principal place of business or sustain injury).

Dated: October 17, 2018

Respectfully submitted,

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth (pro hac vice)
***Dealership Interim Lead Class Counsel***
Elizabeth McKenna (pro hac vice)
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

Leonard A. Bellavia (pro hac vice)
***Plaintiffs' Steering Committee***
Steven Blatt
**BELLAVIA BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
Tel: (516) 873-3000
Fax: (516) 873-9032
lbellavia@dealerlaw.com
sblatt@dealerlaw.com

Daniel C. Hedlund (pro hac vice)
***Plaintiffs' Steering Committee***
Michelle J. Looby (pro hac vice)
***Plaintiffs' Steering Committee***
Daniel E. Gustafson
David A. Goodwin
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com

James E. Barz
*Plaintiffs' Steering Committee*
Frank Richter
*Plaintiffs' Steering Committee*
**ROBBINS GELLER RUDMAN & DOWD LLP**
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

David W. Mitchell (pro hac vice)
Alexandra S. Bernay
Carmen A. Medici
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax (619) 231-7423
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

Robert A. Clifford
*Liaison Counsel*
Shannon M. McNulty
Kristofer S. Riddle
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31 Floor
Chicago, Illinois 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
RAC4cliffordlaw.com
SN4M@cliffordlaw.com
KSR@cliffordlaw.com

## CERTIFICATE OF SERVICE

      I, Peggy J. Wedgworth, an attorney, hereby certify that on October 17, 2018, I caused a true and correct copy of the foregoing **DEALERSHIP CLASS PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT CDK GLOBAL, LLC'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com

757085v1

4