UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                 Plaintiff,

v.                                                              Case No.: 1:18−cv−00864
                                                                 Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 18, 2018:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed Defendants' Submission of Revised Deposition Protocol Order [414]. The Court will enter Defendants' proposed order as submitted [414−1] for the reasons set forth in Defendants' Submission [414] except that the Court has added one sentence to Section I.A. of the proposed order to make clear that the parties can agree among themselves to expand or contract the number of depositions to be taken within the time allowed for discovery and the Court, either upon motion or otherwise, reserves the right to do so upon a showing of good cause. This additional sentence is consistent with the Court's comments from the bench during the motion hearing held on 10/5/18 [410] and during the joint status hearing held on 10/9/18. The sentence the Court added reads as follows: "These limits shall apply absent agreement of the affected parties or a Court order entered upon a showing of good cause.&quo;t; Enter Order. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.