# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

           Plaintiff,

v.

CDK Global, LLC, et al.

           Defendant.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 6, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing and motion hearing held. As discussed on the record, Dealership Class Plaintiffs' motion for preliminary approval of settlement between Dealership Class Plaintiffs and Defendants the Reynolds Company and for conditional certification of the proposed settlement class [427] is taken under advisement. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.