UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                Plaintiff,

v.                                 Case No.: 1:18−cv−00864
                                 Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the documents submitted for in camera review by Defendant Reynolds pursuant to the Court's order entered on 10/5/18 [410] in response to Plaintiffs' Motion to Compel Reynolds to Produce Unredacted Documents for In Camera Review [397]. The documents are protected by the attorney−client privilege and properly were produced by Reynolds in redacted form. The redacted material reflects inquiry about and communication of attorney confidential legal advice and strategy relevant to this case. The communication of attorney client privileged information from one employee to another when both employees are directly concerned with or need to know the information in the course of their employment does not waive the privilege. Muro v. Target Corp., 243 F.R.D. 301, 305−06 (N.D. Ill. 2007), rev'd in part on other grounds, 250 F.R.D. 350 (N.D. Ill. 2007); Sterling Merch., Inc. v. Nestle, S.A., No. 06−1015(SEC), 2008 WL 3200702, at *1−2 (D.P.R. Aug. 5, 2008). Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.