## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Dealer Management Systems      Case Number: 1:18-CV-864
Antitrust Litigation

An appearance is hereby filed by the undersigned as attorney for:
Defendant CDK Global, LLC

Attorney name (type or print):  Andrew S. Marovitz

Firm:    Mayer Brown LLP

Street address:    71 S. Wacker Dr.

City/State/Zip:    Chicago, IL  60606

Bar ID Number: 6201574      Telephone Number:   312.701.7116
(See item 3 in instructions)

Email Address: amarovitz@mayerbrown.com

Are you acting as lead counsel in this case?      ☐ Yes    ☒ No

Are you acting as local counsel in this case?      ☐ Yes    ☒ No

Are you a member of the court's trial bar?      ☒ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?      ☒ Yes    ☐ No

If this is a criminal case, check your status.    ☐    Retained Counsel

☐    Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 15, 2018

Attorney signature:    S/ Andrew S. Marovitz
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015