# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

          Plaintiff,

v.

CDK Global, LLC, et al.

          Defendant.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 21, 2018:

    MINUTE entry before the Honorable Jeffrey T. Gilbert:MOTION by Defendant CDK Global, LLC for protective order [443] shall be briefed as follows: Plaintiff's response shall be filed by 12/4/2018l; Defendant CDK's reply shall be filed by 12/11/2018. Noticed motion date of 11/29/2018 is stricken.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.