**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' NOTICE OF MOTION TO COMPEL NON-PARTIES PURPORTEDLY REPRESENTED BY KELLOGG HANSEN TO RESPOND AND PRODUCE DOCUMENTS PURSUANT TO SUBPOENA**

PLEASE TAKE NOTICE that on Thursday, December 6, 2018, at 9:15 a.m., I will appear before the Honorable Jeffrey T. Gilbert in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Motion to Compel Non-Parties Purportedly Represented by Kellogg Hansen to Respond and Produce Documents Pursuant to Subpoena, a copy of which is attached and served upon you through the CM/ECF filing system.

Dated: November 30, 2018            Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on November 30, 2018, I caused a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF MOTION TO COMPEL NON-PARTIES PURPORTEDLY REPRESENTED BY KELLOGG HANSEN TO RESPOND AND PRODUCE DOCUMENTS PURSUANT TO SUBPOENA** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                      */s/ Britt M. Miller*
                                      Britt M. Miller
                                      MAYER BROWN LLP
                                      71 South Wacker Drive
                                      Chicago, IL 60606
                                      Phone: (312) 782-0600
                                      Fax: (312) 701-7711
                                      E-mail: bmiller@mayerbrown.com