**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | ) | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS | ) | MDL No. 2817 |
| ANTITRUST LITIGATION | ) | Case No. 1:18-CV-00864 |
| | ) | |
| *This Document Relates To:* | ) | |
| | ) | |
| All Actions | ) | Hon. Jeffrey T. Gilbert, Magistrate |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, December 13, 2018, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Jeffrey T. Gilbert., or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION OF [DKT. 441] ORDER ON MDL PLAINTIFFS' OMNIBUS MOTION TO COMPEL**, a copy of which is attached and served upon you.

| | |
|---|---|
| Dated: December 3, 2018 | Respectfully submitted,<br><br>*/s/ Aundrea K. Gulley*<br>Aundrea K. Gulley<br>Kathy D. Patrick<br>Brian T. Ross<br>Brice A. Wilkinson<br>Ross M. MacDonald<br>GIBBS & BRUNS LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX 77002<br>(713) 650-8805<br>agulley@gibbsbruns.com<br>kpatrick@gibbsbruns.com<br>bross@gibbsbruns.com<br>bwilkinson@gibbsbruns.com<br>rmacdonald@gibbsbruns.com<br><br>Michael P.A. Cohen<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>2099 Pennsylvania Ave., NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1900<br>mcohen@sheppardmullin.com<br><br>Leo D. Caseria<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>333 S. Hope St., 43rd Floor<br>Los Angeles, CA 90071<br>(213) 617-4206<br>lcaseria@sheppardmullin.com<br><br>*Counsel for Defendant The Reynolds and Reynolds Company* |

**CERTIFICATE OF SERVICE**

      I, Brian T. Ross, an attorney, hereby certify that on December 3, 2018, I caused a true and correct copy of the foregoing instrument to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

          /s/ Brian T. Ross
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Phone: (713) 650-8805
E-mail: bross@gibbsbruns.com