# Exhibit A

| | |
|---|---|
| **From:** | Nemelka, Michael N. |
| **To:** | Provance, Matthew D. |
| **Cc:** | SERVICE-EXTERNAL-DMS-MDL; Guarnera, Daniel S. |
| **Subject:** | Re: Second Set of RFPs to CDK from the Individual and Vendor Class Plaintiffs |
| **Date:** | Tuesday, November 20, 2018 2:02:52 PM |

Matt,

Thanks for letting us know.  As I stated on the call yesterday, we wished CDK would have met and conferred with us as to the substance of the requests instead of refusing to do so.  As I made clear, we were willing to consider narrowing the requests to find a compromise position if CDK would have been willing to engage.   But CDK has refused to do anything but serve their blanket objections.

Thanks,
Mike

On Nov 20, 2018, at 1:50 PM, Provance, Matthew D. <MProvance@mayerbrown.com> wrote:

> Mike –
>
> Thank you for the meet-and-confer yesterday. We understand that Plaintiffs are not withdrawing their requests. Therefore, the parties are at impasse and CDK will be moving for a protective order.
>
> Thanks,
> Matt
>
> _____
>
> **Matt Provance**
> Mayer Brown LLP
> mprovance@mayerbrown.com
> Tel: 312 701 8598
> Fax: 312 706 9397
>
> _____
>
> **From:** Nemelka, Michael N. <mnemelka@kellogghansen.com>
> **Sent:** Wednesday, November 14, 2018 8:23 AM
> **To:** Provance, Matthew D. <MProvance@mayerbrown.com>; SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
> **Cc:** Guarnera, Daniel S. <dguarnera@kellogghansen.com>
> **Subject:** RE: Second Set of RFPs to CDK from the Individual and Vendor Class Plaintiffs
>
> **\*\*EXTERNAL SENDER\*\***
>
> Matt,
>
> It appears that CDK is refusing to produce documents in response to each of these

RFPs.  Can we please have a meet and confer regarding CDK's refusal?  I am available tomorrow after 2:00 p.m. ET, or Friday between 10:00 a.m. and 3:00 p.m. ET.

Thanks,
Mike

---

**From:** Provance, Matthew D. [mailto:MProvance@mayerbrown.com]
**Sent:** Tuesday, November 13, 2018 11:37 PM
**To:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Cc:** Guarnera, Daniel S. <dguarnera@kellogghansen.com>
**Subject:** RE: Second Set of RFPs to CDK from the Individual and Vendor Class Plaintiffs

Counsel, please see the attached responses.

Thanks,
Matt Provance

---

**Matt Provance**
Mayer Brown LLP
mprovance@mayerbrown.com
Tel: 312 701 8598
Fax: 312 706 9397

---

**From:** Guarnera, Daniel S. <dguarnera@kellogghansen.com>
**Sent:** Friday, October 12, 2018 8:18 PM
**To:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** Second Set of RFPs to CDK from the Individual and Vendor Class Plaintiffs

Britt and Matt,

Please find attached the Individual and Vendor Class Plaintiffs' Second Set of Requests for the Production of Documents to CDK.

All the best,
Dan

**Daniel S. Guarnera**
**Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036
Tel: 202-326-7923 | Fax: 202-326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If

you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.