# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2018:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 12/6/18 on Defendants' Motion to Compel Non−Parties Purportedly Represented by Kellogg Hansen to Respond and Produce Documents Pursuant to Subpoena [452]. Defendants' Motion [452] is granted for the reasons stated on the record. The law firm Kellogg Hansen acknowledged that it represents the recipients of the subpoenas described in the Motion. The Court overrules without prejudice the objections made to the two subpoenas as being boiler plate, vague, and non−specific. Responsive documents shall be produced by 12/21/18. If the parties agree to an extension of time for the document production, counsel shall file a stipulation stating the agreed upon date. If the parties do not agree, then an appropriate motion should be filed seeking an extension of that date. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.