**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE
RELATED TO REYNOLDS' MOTION FOR PARTIAL RECONSIDERATION OF
[DKT. 441] ORDER ON MDL PLAINTIFFS' OMNIBUS MOTION TO COMPEL**

Pursuant to Local Rule 78.3, The Dealership Class Plaintiffs ("Dealership Plaintiffs"), Vendor Class Plaintiff Loop, LLC, d/b/a AutoLoop ("AutoLoop"), Plaintiff Cox Automotive, Inc. ("Cox Automotive"), Plaintiff Authenticom, Inc. ("Authenticom"), Plaintiff Motor Vehicle Software Corp. ("MVSC"), and Defendant The Reynolds and Reynolds Company ("Reynolds") (collectively, the "Parties"), by and through their undersigned counsel, jointly submit this Stipulation and proposed Order regarding the briefing schedule applicable to Reynolds' Motion for Partial Reconsideration of (Dkt. 441) Order on MDL Plaintiffs' Omnibus Motion to Compel ("Motion for Reconsideration").

WHEREAS, on November 19, 2018, the Court entered an Order (Dkt. 441) regarding MDL Plaintiffs' Omnibus Motion to Compel (Dkt. 316).

WHEREAS, on December 3, 2018, Reynolds filed its Motion for Reconsideration and noticed it for presentment before the Court on December 13, 2018 at 9:15 a.m. *See* Dkts. 456, 457.

WHEREAS, the above-named parties have met and conferred and have reached the following Stipulation with regard to a briefing schedule related to the Motion for Reconsideration, subject to approval by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the above-named Parties that:

1. MDL Plaintiffs' Response to Reynolds' Motion for Reconsideration is to be filed no later than December 12, 2018.

2. Reynolds' Reply in Support of the Motion for Reconsideration is to be filed no later than December 19, 2018.

STIPULATED AND AGREED:                    Dated: December 11, 2018

*/s/ Peggy J. Wedgworth*                  */s/ Derek T. Ho*
Peggy J. Wedgworth                        Derek T. Ho
Elizabeth McKenna                         Michael N. Nemelka
MILBERG TADLER PHILLIPS                   KELLOGG, HANSEN, TODD,
GROSSMAN LLP                                 FIGEL & FREDERICK, PLLC
One Pennsylvania Plaza, 19th Floor        1615 M Street, N.W., Suite 400
New York, NY 10119                        Washington, D.C. 20036
(212) 594-5300                            dho@kellogghansen.com
pwedgworth@milberg.com                    mnemelka@kellogghansen.com
emckenna@milberg.com

*Dealership Interim Lead Class*           *Counsel for Plaintiffs Authenticom, Inc.; Cox*
*Counsel*                                 *Automotive, Inc.; Loop, LLC, d/b/a AutoLoop*
                                          *on behalf of itself and all others similarly*
                                          *situated; and Motor Vehicle Software Corp.*

                                          */s/ Brian T. Ross*
                                          Brian T. Ross
                                          Gibbs & Bruns LLP
                                          1100 Louisiana, Suite 5300
                                          Houston, TX 77002
                                          bross@gibbsbruns.com

                                          *Counsel for Defendant The Reynolds and*
                                          *Reynolds Company*



                                          SO ORDERED:


                                          _____
                                          Magistrate Judge Jeffrey T. Gilbert

3

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on December 11, 2018, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE RELATED TO REYNOLDS' MOTION FOR PARTIAL RECONSIDERATION OF [DKT. 441] ORDER ON MDL PLAINTIFFS' OMNIBUS MOTION TO COMPEL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

4