**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF MICHAEL N. NEMELKA IN SUPPORT OF
INDIVIDUAL AND VENDOR CLASS PLAINTIFFS'
NOTICE FOR DECEMBER 13 STATUS CONFERENCE**

I, Michael N. Nemelka, pursuant to 28 U.S.C. § 1746, declare as follows:

**1.** I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C., which is MDL Co-Lead Counsel and Interim Class Counsel for the Vendor Class in the above captioned case. I respectfully submit this declaration in support of Individual and Vendor Class Plaintiffs' Notice For December 13 Status Conference.

2. Attached as **Exhibit A** is a true and correct copy of CDK Global, LLC's Responses and Objections to Authenticom's First Set of Interrogatories, dated May 7, 2018.

3. Attached as **Exhibit B** is a true and correct copy of the DMS MDL Deposition Calendar.

4. Attached as **Exhibit C** is a true and correct copy of the Letter from M. Nemelka to R. MacDonald, dated December 7, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 12, 2018

/s/ *Michael N. Nemelka*
Michael N. Nemelka