# Exhibit B

*DMS MDL Deposition Calendar*

# October / November 2018

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 **DEPOSITIONS START** | 16 | 17 | 18 **B. Ayotte (CDK)** *(completed - Chicago)* | 19 |
| 22 | 23 | 24 **B. Clements (Auth)** *(completed – D.C.)* | 25 | 26 |
| 29 | 30 | 31 | NOV 1 | NOV 2 |

**CDK**     **CVR**     **REYNOLDS**     **VENDOR / AUTHENTICOM PLAINTIFFS**     **DEALER CLASS**     **THIRD-PARTIES**

*DMS MDL Deposition Calendar*

# November 2018

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 5 | 6 | 7 | 8 **S. French (CDK)** (*completed – Chicago*) | 9 **C. Hellyer (Rey)** (*completed – Houston*) |
| 12 **B. Anderson (Auth)** (*completed – Indianap.*) | 13 | 14 **J. Martin (Rey)** (*completed – Houston*) **J. Nemelka (MVSC)** (*completed – L.A.*) | 15 **K. Distelhorst (CDK)** (*completed – Chicago*) | 16 |
| 19 | 20 | 21 | 22 **THANKSGIVING** | 23 |
| 26 | 27 | 28 **T. Petruzzelli (A.Loop)** (*completed – D.C.*) **T. Gerlich (CDK)** (*completed– Chicago*) | 29 | 30 **K. Jezek (Cox)** (*completed – Atlanta*) |

**CDK**   **CVR**   **REYNOLDS**   **VENDOR / AUTHENTICOM PLAINTIFFS**   **DEALER CLASS**   **THIRD-PARTIES**

*DMS MDL Deposition Calendar*

# December 2018 / January 2019

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 3 | 4 | 5 <br> **K. Hill (Rey)** <br> (*completed – Houston*) | 6 | 7 <br> **R. Workman (CDK)** <br> (*completed– Chicago*) <br> **R. Burnett (Rey)** <br> (*completed – Houston*) |
| 10 | 11 <br> **M. Rodeghero (ALoop)** <br> (*completed – D.C.*) | 12 | 13 <br> **J. Strawsburg (Rey)** <br> (*confirmed – Houston*) | 14 |
| 17 | 18 | 19 | 20 <br> **Auto/Mate** <br> (*confirmed – Albany*) | 21 <br> **W. Munns (Auth)** <br> (*confirmed – D.C.*) <br> **R. Karp (CDK)** <br> (*confirmed – Chicago*) |
| 24 | 25 <br><br> **CHRISTMAS DAY** | 26 | 27 | 28 |
| 31 | JAN 1 <br><br> **NEW YEAR'S DAY** | JAN 2 | JAN 3 | JAN 4 |

**CDK**   **CVR**   **REYNOLDS**   **VENDOR / AUTHENTICOM PLAINTIFFS**   **DEALER CLASS**   **THIRD-PARTIES**

*DMS MDL Deposition Calendar*

# January 2019

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| **7**<br>**Identified by Ds for January:**<br>**S. Dolezel (Auth)**<br>**R. Gentry (Auth)**<br>**T. Robinson (Auth)** | **8**<br>**J. Douglas (CDK)**<br>(*proposed – Chicago*) | **9** | **10** | **11** |
| **14**<br>**Identified by Ds for January:**<br>**Continental (Dealer)** | **15** | **16**<br>**L. Conver (CDK)**<br>(*confirmed – DC*)<br>**R. Brockman (Rey)**<br>**3.5 Hours**<br>(*confirmed – Houston*) | **17**<br>**R. Brockman (Rey)**<br>**3.5 Hours**<br>(*confirmed – Houston*) | **18**<br>**P. Whitworth (Cox)**<br>(*confirmed – Atlanta*)<br>**TotalLoop**<br>(*confirmed – Cleveland*) |
| **21** | **22** | **23**<br>**R. Lamb (Rey)**<br>(*proposed – Houston*)<br>**A. Eckelberry (ALoop)**<br>(*proposed – Florida*) | **24** | **25**<br>**N. Bulusu (MVSC)**<br>(*proposed – L.A.*) |
| **28** | **29** | **30**<br>**M. Thorne (CDK)**<br>(*confirmed – Chicago*)<br>**C. Kirby (Auth)**<br>(*confirmed – Detroit*) | **31** | **FEB 1** |

**CDK**   **CVR**   **REYNOLDS**   **VENDOR / AUTHENTICOM PLAINTIFFS**   **DEALER CLASS**   **THIRD-PARTIES**

*DMS MDL Deposition Calendar*

# February 2019

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | **MARCH 1** |

**CDK**  **CVR**  **REYNOLDS**  **VENDOR / AUTHENTICOM PLAINTIFFS**  **DEALER CLASS**  **THIRD-PARTIES**

*DMS MDL Deposition Calendar*

# March 2019

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | 29 |

**CDK**  **CVR**  **REYNOLDS**  **VENDOR / AUTHENTICOM PLAINTIFFS**  **DEALER CLASS**  **THIRD-PARTIES**

*DMS MDL Deposition Calendar*

# April 2019

|  Monday  |  Tuesday  |  Wednesday  |  Thursday  |  Friday  |
|---|---|---|---|---|
| **APRIL 1** | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 **DEPOSITIONS END** | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | | | |

 CDK    CVR   REYNOLDS   VENDOR / AUTHENTICOM PLAINTIFFS   DEALER CLASS   THIRD-PARTIES