UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                    Plaintiff,

v.                                            Case No.: 1:18−cv−00864

                                            Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 14, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status and motion hearing held on 12/13/18. The Court addressed preliminarily Reynolds's Motion for Partial Reconsideration [456] and MDL Plaintiffs' Opposition to that Motion [470] filed on 12/12/18. At the parties' agreement [465], Reynolds reply in support of the Motion for Reconsideration [456] shall be filed by December 19, 2018, if Reynolds will be filing a reply. If Reynolds will not be filing a reply brief, counsel shall notify the Court's courtroom deputy. In light of the previous extension of the fact discovery deadline [410], the Court strikes the expert discovery schedule set in the Case Management Order [166] entered on 5/7/18 because that schedule no longer makes sense given the 4/15/19 close of fact discovery. The expert discovery dates are extended as follows: Opening Merits Expert Disclosures and Reports due by 5/15/19. Rebuttal Merits Expert Disclosures and Reports due by 6/12/19. Reply Merits Expert Disclosures and Reports due by 7/3/19. Deadline to complete expert discovery is 7/31/19. The Court has adopted the same intervals as in the Case Management Order [166] for now. The dates for expert disclosures and discovery are subject to change, as necessary, after ruling on the motions to dismiss when the parties will have better sense of the claims and defenses in the case. The Court recognizes it is likely it will need to change the expert discovery dates set in this order and said as much on the record for the avoidance of doubt. Defendants will file a short motion for protective order regarding Plaintiffs' recently served discovery requests as discussed on the record. The motion should be filed before the discovery responses are due. The Court does not yet know whether it will need briefs on that motion given that the parties addressed the issues likely to be referenced in Defendants' upcoming motion in the notices they filed before today's status hearing [466, 471] and in briefing Defendant CDK's Motion for Protective Order [443] which now is fully briefed. If Plaintiffs believe they need to file a response to Defendants' upcoming motion for protective order, then the parties should agree on a briefing schedule and notify the Court's courtroom deputy. The Court will email counsel with suggested dates for an in−court hearing on Plaintiffs' Motion to Compel Disclosure of CDK's Clawback Documents [294]. When and if the parties are in a position to revisit the data security, data integrity, and system performance issue kept under advisement in the Court's order of 11/19/18 [442], they will contact the Court's deputy to set dates for

any filings on that issue and to schedule an in−court hearing. By 12/14/18, counsel will email the Court's courtroom deputy at Brenda_Rinozzi@ilnd.uscourts.gov stating what documents on the docket and which court hearings before Judge St. Eve are relevant to the setting of the dates incorporated in the Case Management Order [166]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.