# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This Document Relates To:*<br><br>The Dealership Class Action | ) ) ) ) ) ) Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S NOTICE OF FILING OF DECLARATION REGARDING COMPLIANCE WITH 28 U.S.C. § 1715

Pursuant to the Court's Preliminary Approval Order for Settlement Between the Dealership Class and Reynolds, *see* Dkt. 432 at ¶ 11(f), Defendant The Reynolds and Reynolds Company ("Reynolds") respectfully submits the attached Declaration of Stephanie J. Fiereck, Esq. confirming that Reynolds has complied with the Class Action Fairness Act's notice requirement under 28 U.S.C. § 1715.

Dated: December 19, 2018

Respectfully submitted,

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

-1-

-2-

        Dylan I. Ballard
        SHEPPARD MULLIN RICHTER
        & HAMPTON, LLP
        Four Embarcadero Center., 17th Floor
        San Francisco, CA 94111
        (415) 434-9100
        dballard@sheppardmullin.com

        *Counsel for Defendant The Reynolds and Reynolds Company*

-3-

## CERTIFICATE OF SERVICE

      I, Dylan I. Ballard, an attorney, hereby certify that on December 19, 2018, I caused true and correct copies of the foregoing **DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S NOTICE OF FILING OF DECLARATION REGARDING COMPLIANCE WITH 28 U.S.C. § 1715** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Dylan I. Ballard*
DYLAN I. BALLARD
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
Four Embarcadero Center., 17th Floor
San Francisco, CA 94111
(415) 434-9100
dballard@sheppardmullin.com