**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION** | MDL No. 2817 <br> Case No. 18-cv-00864 |
| **This Document Relates To:** <br><br> **THE DEALERSHIP CLASS ACTION** | Honorable Robert M. Dow, Jr. <br> Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF STEPHANIE J. FIERECK, ESQ.**
**ON IMPLEMENTATION OF CAFA NOTICE**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1.      My name is Stephanie J. Fiereck, Esq.  I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am the Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.

3.      Epiq is a firm with more than 20 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

**DECLARATION OF STEPHANIE J. FIERECK, ESQ.**
**ON IMPLEMENTATION OF CAFA NOTICE**

## CAFA NOTICE IMPLEMENTATION

5.     At the direction of counsel for the Defendant The Reynolds and Reynolds Company, 57 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories were identified to receive the CAFA notice.

6.     Epiq maintains a list of these state and federal officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified.

7.     On October 24, 2018, Epiq sent 57 CAFA Notice Packages ("Notice").  The Notice was sent via United Parcel Service ("UPS") Overnight service to the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and the United States Territories.  The CAFA Notice Service List is attached hereto as **Attachment 1**.

8.     The materials sent to the Attorneys General included a cover letter which provided notice of the proposed settlement of the above-captioned case.  The cover letter is attached hereto as **Attachment 2**.

9.     The cover letter was accompanied by a CD, which included the following:

a.     Dealership Plaintiffs' Consolidated Class Action Complaint, No. 1:18-cv-00864, ECF No. 184 (filed June 4, 2018) (the "Complaint").

b.     The Dealership Class Plaintiffs' Motion for Preliminary Approval of Settlement Between Dealership Class Plaintiffs and Defendant the Reynolds and Reynolds Company and for Conditional Certification of the Proposed Settlement Class. Notice of Motion, No. 1:18-cv-00864, ECF No. 428 (filed Oct. 23, 2018).

       c.      A copy of the proposed notifications to class members as attached in the Declaration of Peggy J. Wedgworth in Support of Dealership Class Plaintiffs' Motion for Preliminary Approval of Settlement between Dealership Class Plaintiffs and Defendant The Reynolds and Reynolds Company and for Conditional Certification of the Proposed Settlement Class, No. 1:18-cv-00864, ECF No. 427-1 (filed Oct. 23, 2018) ("Wedgworth Declaration"). Exhibit A to the Wedgworth Declaration is the [Proposed] Preliminary Approval Order for Settlement between the Dealership Class and Reynolds, No. 1:18-cv-00864, ECF No. 427-2 (filed Oct. 23, 2018), which in turn attached:

                     (a) Exhibit 1, [Proposed] Mail Notice
                     (b) Exhibit 2, [Proposed] Long-Form Posted Notice
                     (c) Exhibit 3, [Proposed] Publication Notice

       d.      A copy of the proposed class action settlement as attached as Exhibit 1 to the Wedgworth Declaration. No. 1:18-cv-00864, ECF No. 427-2 (filed Oct. 23, 2018).

       e.      A copy of statistics reported by the National Automobile Dealers Association ("NADA") - *NADA Data: Annual Profile of America's Franchised New-Car Dealerships*, National Automobile Dealers Association (June 2018), (accessed online at https://www.nada.org/WorkArea/DownloadAsset.aspx?id=2l 474855962).

       I declare under penalty of perjury that the foregoing is true and correct. Executed on December 18, 2018.

                                          Stephanie J. Fiereck, Esq.

# Attachment 1

| COMPANYORNAME | Attention | ADDRESS1 | Address2 | Address3 | CITY | STATE | POSTAL |
|---|---|---|---|---|---|---|---|
| US Department of Justice | Jeff Sessions | 950 Pennsylvania Ave NW | | | Washington | DC | 20530 |
| Office of the Attorney General | Jahna Lindemuth | 123 4th St | Suite 364 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | | Montgomery | AL | 36104 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | | San Francisco | CA | 94102 |
| Office of the Attorney General | Cynthia Coffman | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | | Denver | CO | 80203 |
| Office of the Attorney General | George Jepsen | 55 Elm St | | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 441 4th St NW | | | Washington | DC | 20001 |
| Office of the Attorney General | Matt Denn | Carvel State Office Bldg | 820 N French St | | Wilmington | DE | 19801 |
| Office of the Attorney General | Pam Bondi | State of Florida | The Capitol PL-01 | | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | | Atlanta | GA | 30334 |
| Department of the Attorney General | Russell Suzuki | 425 Queen St | | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St | Suite 210 | | Boise | ID | 83720 |
| Office of the Attorney General | Lisa Madigan | 100 W Randolph St | | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Curtis T Hill Jr | Indiana Government Center South | 302 W Washington St 5th Fl | | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | | Topeka | KS | 66612 |
| Office of the Attorney General | Andy Beshear | Capitol Ste 118 | 700 Capitol Ave | | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | 1885 N Third St | | | Baton Rouge | LA | 70802 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | | Baltimore | MD | 21202 |
| Office of the Attorney General | Janet T Mills | 6 State House Sta | | | Augusta | ME | 04333 |
| Department of Attorney General | Bill Schuette | G. Mennen Williams Building 7th Floor | 525 W Ottawa St | | Lansing | MI | 48909 |
| Office of the Attorney General | Lori Swanson | 445 Minnesota St | Suite 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Josh Hawley | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Jim Hood | Walter Sillers Bldg | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| Office of the Attorney General | Tim Fox | Justice Building Third Floor | 215 North Sanders | | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | | | Lincoln | NE | 68509 |
| Office of the Attorney General | Gordon MacDonald | NH Department of Justice | 33 Capitol St | | Concord | NH | 03301 |
| Office of the Attorney General | Gurbir S Grewal | 8th Fl West Wing | 25 Market St | | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | | Santa Fe | NM | 87501 |
| Office of the Attorney General | Adam Paul Laxalt | 100 N Carson St | | | Carson City | NV | 89701 |
| Office of the Attorney General | Barbara Underwood | The Capitol | | | Albany | NY | 12224 |
| Office of the Attorney General | Mike DeWine | 30 E Broad St 14th Fl | | | Columbus | OH | 43215 |
| Office of the Attorney General | Mike Hunter | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter Kilmartin | 150 S Main St | | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | Rembert Dennis Office Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 |
| Office of the Attorney General | Marty J Jackley | 1302 E Hwy 14 Ste 1 | | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | 425 5th Avenue North | | | Nashville | TN | 37243 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Brad D. Schimel | State Capitol | Room 114 East | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | | Charleston | WV | 25305 |
| Office of the Attorney General | Peter K Michael | 2320 Capitol Avenue | | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Talauega Eleasalo V. Ale | Executive Office Building | 3rd Floor | | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Elizabeth Barrett-Anderson | ITC Building | 590 S Marine Corps Dr Ste 901 | | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | | | Saipan | MP | 96950 |
| PR Department of Justice | Wanda Vazquez Garced | Calle Olimpo Esq. Axtmayer | Pda. 11 Miramar | | San Juan | PR | 00907 |
| Department of Justice | Claude Walker | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | | St Thomas | VI | 00802 |

Attachment 2

# **Sheppard**Mullin

Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
202.747.1900 main
202.747.1901 fax
www.sheppardmullin.com

415.774.2914 direct
dballard@sheppardmullin.com

October 24, 2018

File Number: 48KZ-266044

*VIA UPS*

Attorneys General on the Enclosed Service List

Re: <u>Notice of Proposed Class Action Settlement</u>
<u>*In re: Dealer Management Systems Antitrust Litigation* MDL No. 2817, Case No. 18-cv-</u>
<u>00864 (N.D. Ill.)</u>

Dear Attorneys General:

I write on behalf of The Reynolds and Reynolds Company ("Reynolds") in the matter of *In re: Dealer Management Systems Antitrust Litigation*, MDL No. 2817, No. 18-cv-00864 (N.D. Ill.), pending in the United States District Court for the Northern District of Illinois before the Honorable Robert M. Dow Jr.

In compliance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), Reynolds hereby serves upon you notice that a proposed class action settlement between Reynolds and the Dealership Plaintiffs has been filed with the Court. Pursuant to CAFA, please find on the enclosed CD copies of the materials referenced below relating to this proposed settlement:

    1.     **Copy of the complaint, all materials filed with the complaint, and any amended complaints.**

        Dealership Plaintiffs' Consolidated Class Action Complaint, No. 1:18-cv-00864, ECF No. 184 (filed June 4, 2018) (the "Complaint"). Redacted portions of the Complaint were filed under seal pursuant to the Court's Confidentiality Order. ECF Nos. 187, 104.

    2.     **Notice of any scheduled judicial hearing.**

        The Dealership Class Plaintiffs' Motion for Preliminary Approval of Settlement Between Dealership Class Plaintiffs and Defendant the Reynolds and Reynolds Company and for Conditional Certification of the Proposed Settlement Class is currently set for hearing on November 6, 2018 at 9:15 a.m. *See* Notice of Motion, No. 1:18-cv-00864, ECF No. 428 (filed Oct. 23, 2018).

**Sheppard**Mullin

Attorneys General on the Enclosed Service List
October 24, 2018
Page 2

3.      **Any proposed or final notification to class members.**

A copy of the proposed notifications to class members can be found attached the Declaration of Peggy J. Wedgworth in Support of Dealership Class Plaintiffs' Motion for Preliminary Approval of Settlement between Dealership Class Plaintiffs and Defendant The Reynolds and Reynolds Company and for Conditional Certification of the Proposed Settlement Class, No. 1:18-cv-00864, ECF No. 427-1 (filed Oct. 23, 2018) ("Wedgeworth Declaration").  Exhibit A to the Wedgworth Declaration is the [Proposed] Preliminary Approval Order for Settlement between the Dealership Class and Reynolds, No. 1:18-cv-00864, ECF No. 427-2 (filed Oct. 23, 2018), which in turn attaches:

(a)      Exhibit 1, [Proposed] Mail Notice

(b)      Exhibit 2, [Proposed] Long-Form Posted Notice

(c)      Exhibit 3, [Proposed] Publication Notice

4.      **Any proposed or final class action settlement.**

A copy of the proposed class action settlement is attached as Exhibit 1 to the Wedgworth Declaration.  No. 1:18-cv-00864, ECF No. 427-2 (filed Oct. 23, 2018).

5.      **Any settlement or other agreement contemporaneously made between class counsel and counsel for Reynolds.**

Dealership Plaintiffs and Reynolds have executed a proposed Supplemental Agreement setting forth certain conditions under which the proposed Settlement may be terminated by Reynolds if a certain number of potential class members exclude themselves from the settlement class.  *See New York State Teachers' Ret. Sys. v. Gen. Motors Co.*, 315 F.R.D. 226, 240 (E.D. Mich. 2016) ("The opt-out threshold is typically not disclosed and is kept confidential to encourage settlement and discourage third parties from soliciting class members to opt out.").

6.      **Any final judgment or notice of dismissal.**

Final judgment has not yet been entered as to the proposed class action settlement.

7.      **Class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

CAFA requires Reynolds to provide, "if feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of

**SheppardMullin**

Attorneys General on the Enclosed Service List
October 24, 2018
Page 3

such members to the entire settlement to that State's appropriate State official."
28 U.S.C. §1715(b)(7)(A).  If it is not feasible to provide such information, then
CAFA requires Reynolds to provide a "reasonable estimate of the number of
class members residing in each State" with the estimated proportionate share of
such claims.  *Id.* § 1715(b)(7)(B).

The proposed settlement is with a nationwide class of car dealerships that
purchased a Dealer Management System from either Reynolds or its co-
defendant CDK.  Because the class potentially includes thousands of dealerships
with which Reynolds did not deal directly, it is not feasible for Reynolds to
determine with certainty the identity of all class members in each State.  Nor is it
feasible for Reynolds to reasonably estimate such class members' proportionate
share of the claims.

Nevertheless, Reynolds has made a good faith effort to provide data for a
reasonable preliminary estimate of each State's potential class members'
proportionate share of the proposed settlement using statistics reported by the
National Automobile Dealers Association ("NADA").[1]  *See NADA Data: Annual
Profile of America's Franchised New-Car Dealerships*, National Automobile
Dealers Association (June 2018), (accessed online at
https://www.nada.org/WorkArea/DownloadAsset.aspx?id=21474855962).  Page
18 of the NADA report lists the number of new (as opposed to used) light-vehicle
dealerships by State, counted by dealership "rooftop," as of June 2018.[2]  Also
included on the enclosed CD is a standalone chart converting these NADA
rooftop figures into percentages by State.  These figures are provided as
reasonable, preliminary estimates only and are not, and do not purport to be, a
final determination of the validity of the identities and claims of the class
members or of the amounts that may ultimately be paid to them from the
settlement fund.

8.     **Any written judicial opinion relating to the materials described in item
       numbers 3-6.**

       None.

       Reynolds submits this notice in a good faith effort to comply with any obligations it may
have pursuant to 28 U.S.C. § 1715.  In accordance with 28 U.S.C. § 1715(d), the Court will not
finally approve the proposed class action settlement until at least 90 days after service of this
notice.  If you have any questions or believe that additional information is required regarding this

---

[1] *See generally About Us*, National Automobile Dealers Association, (accessed online at
https://www.nada.org/whatwedo/).

[2] The NADA figures do not reflect new light-vehicle dealerships in the U.S. territories.  Reynolds estimates
that dealerships in the U.S. territories collectively make up less than 1% of the potential class.

# Sheppard**Mullin**

Attorneys General on the Enclosed Service List
October 24, 2018
Page 4

proposed class action settlement, please contact the undersigned counsel with your specific
questions or requests.

Sincerely,

Dylan I. Ballard
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Counsel for Defendant The Reynolds and Reynolds Company

SMRH:228115496.4

Enclosures

**Service List**

| Name | Attention | Address 1 | Address 2 | City | State | Postal |
|------|-----------|-----------|-----------|------|-------|--------|
| US Department of Justice | Jeff Sessions | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Office of the Attorney General | Jahna Lindemuth | 123 4th St | Suite 364 | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Cynthia Coffman | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | George Jepsen | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 441 4th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Matt Denn | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Pam Bondi | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Russell Suzuki | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St | Suite 210 | Boise | ID | 83720 |
| Office of the Attorney General | Lisa Madigan | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Curtis T Hill Jr | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Andy Beshear | Capitol Ste 118 | 700 Capitol Ave | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | 1885 N Third St | | Baton Rouge | LA | 70802 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Janet T Mills | 6 State House Sta | | Augusta | ME | 04333 |
| Department of Attorney General | Bill Schuette | G. Mennen Williams Building 7th Floor | 525 W Ottawa St | Lansing | MI | 48909 |
| Office of the Attorney General | Lori Swanson | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Josh Hawley | Supreme Court Building | 207 W High St | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Jim Hood | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Tim Fox | Justice Building Third Floor | 215 North Sanders | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | | Lincoln | NE | 68509 |
| Office of the Attorney General | Gordon MacDonald | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Gurbir S Grewal | 8th Fl West Wing | 25 Market St | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Adam Paul Laxalt | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Barbara Underwood | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Mike DeWine | 30 E Broad St 14th Fl | | Columbus | OH | 43215 |
| Office of the Attorney General | Mike Hunter | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter Kilmartin | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | Rembert Dennis Office Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 |
| Office of the Attorney General | Marty J Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | 425 5th Avenue North | | Nashville | TN | 37243 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Brad D. Schimel | State Capitol | Room 114 East | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Peter K Michael | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Talauega Eleasalo V. Ale | Executive Office Building | 3rd Floor | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Elizabeth Barrett-Anderson | ITC Building | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | | Saipan | MP | 96950 |
| PR Department of Justice | Wanda Vazquez Garced | Calle Olimpo Esq. Axtmayer | Pda. 11 Miramar | San Juan | PR | 00907 |
| Department of Justice | Claude Walker | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |