IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION** <br><br> **This Document Relates To:** <br><br> **THE DEALERSHIP CLASS ACTION** | MDL No. 2817 <br> Case No. 18-cv-00864 <br><br> Honorable Robert M. Dow, Jr. <br> Magistrate Judge Jeffrey T. Gilbert |

**DEALERSHIP CLASS PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE, INSTANTER, A BRIEF IN EXCESS OF FIFTEEN PAGES**

Pursuant to Local Rule 7.1, Dealership Class Plaintiffs ("Dealership Plaintiffs") respectfully request leave to file, instanter, its Motion for Final Approval of Settlement with Defendant The Reynolds and Reynolds Company ("Reynolds") in excess of 15 pages and not more than 25 pages.

1. The additional pages requested by Dealership Plaintiffs are necessary in order to provide the Court with the facts and legal precedent necessary to show that the Settlement meets the standards for final approval.

2. Dealership Plaintiffs informed counsel for Reynolds of the extension and the basis of this motion and Reynolds' counsel does not oppose the page extension requested herein.

WHEREFORE, Dealership Plaintiffs respectfully request that this Court grant this motion and allow Dealership Plaintiffs to file their Motion for Final Approval of Settlement with Defendant The Reynolds and Reynolds Company in excess of 15 pages and not more than 25 pages.

DATED: December 19, 2018

/s/ Peggy J. Wedgworth_____
Peggy J. Wedgworth (pro hac vice)
Elizabeth McKenna (pro hac vice)
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Class*

Leonard A. Bellavia (pro hac vice)
Steven Blatt
**BELLAVIA BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
Tel: (516) 873-3000
Fax: (516) 873-9032
lbellavia@dealerlaw.com
sblatt@dealerlaw.com

*Dealership Class Plaintiffs' Steering Committee*

Daniel C. Hedlund (pro hac vice)
Michelle J. Looby (pro hac vice)
Daniel E. Gustafson
David A. Goodwin
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com

*Dealership Class Plaintiffs' Steering Committee*

James E. Barz
Frank Richter
**ROBBINS GELLER RUDMAN & DOWD LLP**
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

David W. Mitchell (pro hac vice)
Alexandra S. Bernay
Carmen A. Medici
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

*Dealership Class Plaintiffs' Steering Committee*

Robert A. Clifford
Shannon M. McNulty
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31 Floor
Chicago, Illinois 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
RAC@cliffordlaw.com
SNM@cliffordlaw.com

*MDL Liaison Counsel*

**CERTIFICATE OF SERVICE**

       I, Peggy J. Wedgworth, an attorney, hereby certify that on December 19, 2018, I caused a true and correct copy of the foregoing Motion to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                       */s/ Peggy J. Wedgworth*