# EXHIBIT 2



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KLEEN PRODUCTS LLC, et al. individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY, *et al.*,<br><br>Defendants. | Civil Case No. 1:10-cv-05711<br><br>Hon. Harry D. Leinenweber |

**ORDER GRANTING PLAINTIFFS' MOTION FOR SECOND ADVANCEMENT OF EXPENSES AND <u>AUTHORIZATION TO COMBINE SETTLEMENT FUNDS</u>**

WHEREAS, Plaintiffs' filed a sealed Motion for Second Advancement of Expenses and Authorization to Combine Settlement Funds ("Motion") on October 2, 2015; and

WHEREAS, Plaintiffs' Motion sets forth an accounting of expenses incurred since their first request for advancement of expenses was approved by the Court on September 24, 2014; and

WHEREAS, Plaintiffs' Motion further sets forth an estimate of additional anticipated expenses over the next 10-12 months, primarily in connection with expert discovery, opposing Defendants' pending appeal of the Court's class certification ruling, briefing on summary judgment, and preparing for trial; and

WHEREAS, convenience and efficiency weigh in favor of combining the existing PCA and Norampac Settlement Funds into a single escrow account;

NOW, therefore, it is ORDERED that Plaintiffs are authorized to receive from the

existing PCA and Norampac Settlement funds an advance against payment of expenses in the amount requested in the Motion. Plaintiffs are further authorized to instruct Huntington Bank to combine the PCA and Norampac Settlement funds into a single escrow account.

SO ORDERED, this 15th day of October, 2015.

UNITED STATES DISTRICT JUDGE