# EXHIBIT 3

Case: 1:18-cv-00864 Document #: 481-5 Filed: 12/19/18 Page 2 of 4 PageID #:18586
Case3:07-md-01827-SI Document2474 Filed02/18/11 Page1 of 3

CHAMBERS

| | |
|---|---|
| 1 | Richard M. Heimann (Bar No. 63607) |
| | rheimann@lchb.com |
| 2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 956-1000 |
| 4 | Facsimile: (415) 956-1008 |
| 5 | Bruce L. Simon (Bar No. 96241) |
| | bsimon@pswplaw.com |
| 6 | PEARSON, SIMON, WARSHAW & PENNY, LLP |
| | 44 Montgomery Street, Suite 2450 |
| 7 | San Francisco, CA 94104 |
| | Telephone: (415) 433-9000 |
| 8 | Facsimile: (415) 433-9008 |
| 9 | *Co-Lead Counsel for the Direct Purchaser Plaintiffs* |

*(handwritten: 2250)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M 07-1827 SI |
| | MDL No. 1827 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR THE ADVANCEMENT OF LITIGATION EXPENSES FROM SETTLEMENT FUNDS** |
| ALL DIRECT PURCHASER ACTIONS | |
| | Date: February 17, 2011 |
| | Time: 4:00 p.m. |
| | Ctrm: 10, 19th Floor |
| | The Honorable Susan Illston |

On December 27, 2010, the Class Counsel for Direct Purchaser Plaintiffs ("Class Counsel") filed a Motion for the Advancement of Litigation Expenses from Settlement Funds. Upon consideration of the Motion, all related filings, and the statements of counsel and the parties, the Court finds that the motion should be GRANTED. The Court finds that:

    1.    All parties and class members were given adequate notice of the timing and amount of this request for advanced litigation expenses, and have had opportunity to comment on

or to oppose the Motion.

2. The advanced litigation funds will benefit direct purchaser class members by assisting Class Counsel to prosecute this case effectively.

3. The Court has granted final approval to the direct purchaser class plaintiffs' settlements with Chunghwa Picture Tubes, Ltd., Epson Imaging Devices Corporation, and Epson Electronics America, Inc.

4. A settlement fund of $17,000,000 has been established from these settlements and is held in an interest-bearing escrow account.

5. Under Federal Rules of Civil Procedure 23(h) and 54(d), costs reasonably and necessarily incurred by class counsel for the effective prosecution of a case may be reimbursed from settlement funds. For the same reason, a Court may order that money for future litigation expenses, reasonably and necessarily incurred on behalf of a class, be advanced from settlement funds negotiated on behalf of the class. *See Boeing Co. v. Van Gemert*, 444 U.S. 472, 478 (1980) (endorsing the common-fund doctrine).

NOW, THEREFORE, IT IS ORDERED THAT:

A. Class counsel shall be advanced $3,000,000.00 to be used exclusively for future litigation expenses incurred by Class Counsel on behalf of direct purchaser class plaintiffs ("plaintiffs") in this case.

B. This advancement of funds shall be set aside from the $17,000,000 Settlement Fund. Class Counsel may withdraw money in small amounts, from time to time, in their discretion, to pay expenses incurred as they prepare for and try this case. Any excess funds advanced to Class Counsel and not used will remain in the Settlement Fund.

C. Upon final resolution of this case or upon Class Counsel's request for reimbursement of expenses (whichever occurs first), any excess funds advanced to Class Counsel but not expended on litigation expenses on behalf of direct purchaser class plaintiffs shall remain in the Settlement Fund.

D. Upon request of the Court, Class Counsel shall fully account to the Court *in camera* for all litigation expenses incurred and paid, as frequently and with as much detail as the Court shall require.

For Good Cause Showing, IT IS SO ORDERED.

Dated: 2/17/11

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

905494.1 - 3 - MASTER FILE NO. M 07-1827 SI

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADVANCEMENT OF LITIGATION EXPENSES