# EXHIBIT 4

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH (JCS) <br><br> MDL No. 1486 <br><br> **[PROPOSED] ORDER AUTHORIZING CLASS COUNSEL TO WITHDRAW SETTLEMENT FUNDS FOR LITIGATION EXPENSES** |
|---|---|
| This Document Relates to: <br><br> ALL DIRECT PURCHASER ACTIONS | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER AUTHORIZING CLASS COUNSEL TO WITHDRAW SETTLEMENT FUNDS FOR LITIGATION EXPENSES – Master File No. M-02-1486 PJH (JCS)

1  Pursuant to the Petition of Class Counsel For The Advancement of Litigation Expenses
2  From Settlement Funds submitted to the Court, and the Courts having reviewed Class Counsel's
3  submission,
4  IT IS HEREBY ORDERED that Union Bank of California, as escrow agent, is hereby
5  authorized to disburse the sum of $1,000,000.00 from the Samsung Settlement Fund and
6  $1,000,000.00 from the Hynix Settlement Fund for advancement of litigation expenses of Class
7  Counsel, said sum to be disbursed at the direction of Co-lead Counsel, Guido Saveri, Anthony D.
8  Shapiro and Fred T. Isquith. Said Counsel shall report to the Court, in such manner as the Court
9  shall direct, with respect to monies withdrawn from the fund and expended.

**IT IS SO ORDERED.**

Dated: February __14__, 2007



Hon.
United

Ram.675

[PROPOSED] ORDER AUTHORIZING CLASS COUNSEL TO WITHDRAW SETTLEMENT FUNDS FOR LITIGATION EXPENSES – Master File No. M-02-1486 PJH (JCS)

- 1 -