EXHIBIT 6

184

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED

JAN 15 1997

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:   HIGH FRUCTOSE CORN          )
         SYRUP ANTITRUST LITIGATION  )   MDL No. 1087
---------------------------------------)
                                     )   Master File No.
         THIS MATTER RELATES TO:     )   95-1477
         ALL MATTERS                 )

ORDER

Upon consideration of the Petition of Class Counsel for
Payment of Common Litigation Expenses from the CPC
International Settlement Fund, it is hereby ordered:

1.   The Petition is granted.

2.   Class plaintiffs' counsel are authorized to
withdraw from the CPC International Settlement Fund the
amount of $500,000.00 for payment of common litigation
expenses.

3.   The funds withdrawn pursuant to paragraph 2 above
shall be placed in a class litigation bank account to be
used for the sole purpose of paying future common litigation
expenses on behalf of the class.

DONE AND ORDERED this _15th_ day of _January_, _1997_.

_Michael M. Mihm_
United States District Judge

#21637x013N 12/16/96 12:09 PM

No. 8248   P. 2/3

315 621 1484   MDCH SHELIST FDABER   Jan. 20. 1997  3:30PM

184