# EXHIBIT 7

FEB 19 '98 11:22    312 621 1484    PAGE.6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE BRAND NAME PRESCRIPTION DRUGS ANTITRUST LITIGATION ) ) ) ) This Documents Relates To: ) ALL ACTIONS ) ) | No. 94 C 897 (and consolidated cases)<br><br>MDL 997<br>Hon. Charles P. Kocoras |

ORDER

This cause coming on to be heard on the Petition of Class Counsel for the Advancement of Trial Preparation Expenses from Settlement Funds; the Court having reviewed Class Counsel's submission,

IT IS HEREBY ORDERED that LaSalle National Bank, as escrow agent, is hereby authorized to disburse the sum of $6,000,000.00 for advancement of trial preparation expenses of Class Counsel, said sum to be disbursed at the direction of Co-lead Counsel, Michael J. Freed and Perry Goldberg. Said Counsel shall report to the Court, in such manner as the Court shall direct, with respect to monies withdrawn from the fund and expended.

Date: February 1V, 1998

Charles P. Kocoras
United States District Judge