# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>THE DEALERSHIP CLASS ACTION | Honorable Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

To: All Counsel of Record

YOU ARE HEREBY NOTIFIED THAT on Tuesday, January 22, 2019 at 10:00 a.m., in Room 2303, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEALERSHIP CLASS PLAINTIFFS' MOTION FOR THE ADVANCEMENT OF LITIGATION EXPENSES FROM THE SETTLEMENT WITH DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY**, a copy of which has been served upon you.

This motion is brought pursuant to Federal Rules of Civil Procedure 23(h) and 54(d), and is made on grounds that advancing litigation funds to cover expenses reasonably and necessarily incurred to prosecute this action is fair and will promote the Dealership Class's interest in the continued effective prosecution of their action against CDK Global, LLC. This motion is based upon the supporting Dealership Class Plaintiffs' Motion for the Advancement of Litigation Expenses from the Settlement with Defendant The Reynolds and Reynolds Company, the supporting Declaration of Peggy J. Wedgworth (both filed contemporaneously herewith); the records, pleadings, and papers filed in this action, including the Court's Order preliminarily

approving the Settlement with Reynolds (ECF No. 432), and upon such argument as may be presented to the Court at the hearing on this motion.

DATED: December 19, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Peggy J. Wedgworth*_____
　　　　　　　　　　　　　　　　　　　Peggy J. Wedgworth (pro hac vice)
　　　　　　　　　　　　　　　　　　　Elizabeth McKenna (pro hac vice)
　　　　　　　　　　　　　　　　　　　**MILBERG TADLER PHILLIPS GROSSMAN LLP**
　　　　　　　　　　　　　　　　　　　One Pennsylvania Plaza, 19th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10119
　　　　　　　　　　　　　　　　　　　Tel: (212) 594-5300
　　　　　　　　　　　　　　　　　　　Fax: (212) 868-1229
　　　　　　　　　　　　　　　　　　　pwedgworth@milberg.com
　　　　　　　　　　　　　　　　　　　emckenna@milberg.com

　　　　　　　　　　　　　　　　　　　*Interim Lead Counsel for the Dealership Class*

　　　　　　　　　　　　　　　　　　　Leonard A. Bellavia (pro hac vice)
　　　　　　　　　　　　　　　　　　　Steven Blatt
　　　　　　　　　　　　　　　　　　　**BELLAVIA BLATT, PC**
　　　　　　　　　　　　　　　　　　　200 Old Country Road, Suite 400
　　　　　　　　　　　　　　　　　　　Mineola, New York 11501
　　　　　　　　　　　　　　　　　　　Tel: (516) 873-3000
　　　　　　　　　　　　　　　　　　　Fax: (516) 873-9032
　　　　　　　　　　　　　　　　　　　lbellavia@dealerlaw.com
　　　　　　　　　　　　　　　　　　　sblatt@dealerlaw.com

　　　　　　　　　　　　　　　　　　　*Dealership Class Plaintiffs' Steering Committee*

Daniel C. Hedlund (pro hac vice)
Michelle J. Looby (pro hac vice)
Daniel E. Gustafson
David A. Goodwin
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com

*Dealership Class Plaintiffs' Steering Committee*

James E. Barz
Frank Richter
**ROBBINS GELLER RUDMAN & DOWD LLP**
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

David W. Mitchell (pro hac vice)
Alexandra S. Bernay
Carmen A. Medici
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

*Dealership Class Plaintiffs' Steering Committee*

Robert A. Clifford
Shannon M. McNulty
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31 Floor
Chicago, Illinois 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
RAC@cliffordlaw.com
SNM@cliffordlaw.com

*MDL Liaison Counsel*

**CERTIFICATE OF SERVICE**

      I, Peggy J. Wedgworth, an attorney, hereby certify that on December 19, 2018, I caused a true and correct copy of the foregoing NOTICE OF MOTION to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                             */s/ Peggy J. Wedgworth*
                                                             Peggy J. Wedgworth