# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS | ) | MDL NO. 2817 |
| ANTITRUST LITIGATION | ) | Case No. 1:18-CV-00864 |
| | ) | |
| This document relates to: | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| ALL CASES | ) | Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF PRESENTMENT

Please take notice that on Tuesday, January 8, 2019 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any judge who may be sitting in his stead, in room 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **NON-PARTY DOMINION ENTERPRISES, INC.'S RULE 72(A) OBJECTION AND MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO MAGISTRATE'S ORDER REQUIRING PRODUCTION OF DOCUMENTS AND DENYING MODIFICATION OF CONFIDENTIALITY ORDER** [Dkt. No. 483] copies of which are hereby served upon you.

Dated: December 20, 2018                Respectfully submitted,

*/s/ Jeff Norberg*

Jeff Norberg, Ill. Bar No. 6315012
Neal & McDevitt, LLC
1776 Ash Street
Northfield, Il 60093

(847) 441-9100
jnorberg@nealmcdevitt.com

Marc Schildkraut
Deepti Bansal
Cooley LLP
1299 Pennsylvania Ave, NW,
Suite 700
Washington, DC 20004

(202) 728-7000
(202) 728-7027

mschildkraut@cooley.com
dbansal@cooley.com

*Counsel for Non-Party Respondent*
*Dominion Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I, Jeff Norberg, an attorney, hereby certify that on December 20, 2018, I caused true and correct copies of the foregoing Notice of Presentment to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /s/ *Jeff Norberg*
      Jeff Norberg, Ill. Bar No. 6315012
      Neal & McDevitt, LLC
      1776 Ash Street
      Northfield, Il 60093
      (847) 441-9100
      jnorberg@nealmcdevitt.com
      *Counsel for Non-Party Respondent*
      *Dominion Enterprises, Inc.*