IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION AND [PROPOSED] ORDER REGARDING
NON-PARTIES' EXTENSION OF TIME TO PRODUCE DOCUMENTS**

On December 6, 2018, the Court ordered non-parties Ghaben Auto Group, LLC ("Ghaben Auto Group") and Generating Dealer Traffic, LLC d/b/a Open Recalls ("Open Recalls") to produce documents responsive to the Rule 45 subpoena that Defendant CDK Global, LLC ("CDK") served on Open Recalls and the Rule 45 subpoena that The Reynolds & Reynolds Company ("Reynolds") served on Ghaben Auto Group by December 21, 2018. *See* Dkt. 462. The Court further instructed the parties to submit a stipulation stating any agreed upon extension of the December 21, 2018 deadline. *Id.*

Pursuant to the Court's order, the parties hereby stipulate and agree that:

1. Ghaben Auto Group and Open Recalls have informed Defendants that they have made substantial progress in responding to the subpoenas, and have produced 66 pages of documents and 493 pages of documents, respectively, in response to Defendants' document requests.

2. Ghaben Auto Group and Open Recalls will produce any additional responsive documents on or before January 11, 2019.

SO ORDERED:

_____
Magistrate Judge Jeffrey T. Gilbert

STIPULATED AND AGREED:                                    Dated:  December 21, 2018

*/s/ Derek T. Ho*
Derek T. Ho
Michael N. Nemelka
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com

*Counsel for Non-Parties
Ghaben Auto Group, LLC and
Generating Dealer Traffic, LLC
d/b/a Open Recalls*


/s/ *Matthew D. Provance*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
Kathy D. Patrick
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
kpatrick@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on December 21, 2018, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING NON-PARTIES' EXTENSION OF TIME TO PRODUCE DOCUMENTS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                                                             */s/ Derek T. Ho*
                                                                             Derek T. Ho
                                                                             **KELLOGG, HANSEN, TODD,**
                                                                               **FIGEL & FREDERICK, P.L.L.C.**
                                                                             1615 M Street, NW, Suite 400
                                                                             Washington, D.C. 20036
                                                                             (202) 326-7900
                                                                             dho@kellogghansen.com