**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 Case No. 18 C 864 |
| This Document Relates to All Cases | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION AND ORDER REGARDING
NON-PARTY OPEN RECALLS' FURTHER EXTENSION OF TIME
TO PRODUCE DOCUMENTS**

On December 6, 2018, the Court ordered non-party Generating Dealer Traffic, LLC d/b/a Open Recalls ("Open Recalls") to produce documents responsive to the Rule 45 subpoena that Defendant CDK Global, LLC ("CDK") served on Open Recalls. *See* Dkt. 462. The Court further instructed the parties to submit a stipulation stating any agreed upon extension of the December 21, 2018 deadline. *Id.*

On December 21, 2018, the parties stipulated to an extension of the deadline for Open Recalls to complete its production by January 11, 2019. *See* Dkt. 485, 486.

Pursuant to the Court's orders, the parties hereby stipulate and agree that:

1.      Open Recalls has requested a further two-week extension to January 25, 2019, in light of an absence for bereavement by the individual primarily responsible for preparing its additional productions.

2.      In particular, Open Recalls represents that it is a small automotive software vendor that is largely solely run by its founder, Michael Korp. Mr. Korp's father was in hospice care for much of December 2018 and passed away on January 1, 2019. The funeral is scheduled for this Saturday, January 12, 2019. Mr. Korp – who also started a new job very recently – has been

responsible for arranging and planning his father's funeral and other logistical matters. Although Mr. Korp has been working diligently to respond to Defendants' third-party subpoena – and has already identified and produced responsive documents – he has been unable to devote substantial time to that effort in recent weeks in light of the foregoing circumstances.

3. Defendants CDK and The Reynolds and Reynolds Company consent to Open Recalls' requested two-week extension. The parties do not anticipate any further extensions.

4. Open Recalls will produce any additional responsive documents on or before January 25, 2019.

SO ORDERED:

_____
Magistrate Judge Jeffrey T. Gilbert

Dated: January 15, 2019

STIPULATED AND AGREED:

/s/ Derek T. Ho
Derek T. Ho
Michael N. Nemelka
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com

*Counsel for Non-Party*
*Generating Dealer Traffic, LLC*
*d/b/a Open Recalls*

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Kathy D. Patrick
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
kpatrick@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com