# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>**THE DEALERSHIP CLASS ACTION** | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

I, CAMERON R. AZARI, ESQ., hereby declare and state as follows:

1. My name is Cameron R. Azari, Esq. I am over the age of twenty-one and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct. If called on to do so, I could and would testify competently thereto.

2. I am the Director of Legal Notice for Hilsoft Notifications, which is a business unit of Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The Court approved the appointment of Epiq as the Settlement Administrator.[1] I previously submitted a declaration executed on December 19, 2018 (the Declaration of Cameron Azari, Esq. Regarding Notice Administration (ECF No. 479-2) ("Initial Declaration"). I submit this Supplemental Declaration to provide updated information since that filing.

### *Updated Report on Settlement Website*

3. As more fully stated in my Initial Declaration, Epiq maintains the Settlement Website (www.DealershipClassDMSSettlement.com) to provide information about the Settlement to Dealership Class Members and to answer Frequently Asked Questions.

---

[1] Preliminary Approval Order For Settlement Between the Dealership Class and Reynolds (ECF No. 432 ¶ 8).

SUPPLEMENTAL DECLARATION OF CAMERON AZARI, ESQ. REGARDING NOTICE ADMINISTRATION

4. Since the filing of my Initial Declaration, Epiq posted to the Settlement Website copies of the papers that were filed by Dealership Class Counsel with the Court on December 19, 2018 in support of the motion for final approval of the Settlement and the motion for the advancement of litigation expenses from the Settlement (ECF Nos. 479-482). At the request of counsel, Epiq also posted two additional "Frequently Asked Questions" with answers, and a "12/24 [National Automobile Dealers Association] NADA Response" in response to Class Members' questions.

5. As of the date of my Initial Declaration, there were 1,385 unique visitors and 4,436 website pages presented for visitors to view. Since my Initial Declaration, there have been an additional 877 unique visitors and 2,073 website pages presented for visitors to view. As of January 14, 2019, there have been a total of 2,262 unique visitors and 6,509 website pages presented for visitors to view.

6. Epiq will continue operating, maintaining, and as appropriate, updating the Settlement Website as needed until the end of this administration as determined by counsel or the Court.

### Updated Report on Toll-Free Telephone Number and Postal Mailing Address

7. As more fully stated in my Initial Declaration, Epiq maintains a toll-free Voice Response Unit (1-888-842-3161) to provide information to Dealership Class Members about the Settlement. The automated toll-free telephone system is available 24 hours a day, 7 days a week and a live call center representative is available Monday through Friday from 6:00 a.m. to 6:00 p.m. Pacific Time (excluding official holidays). The toll-free number is still operational.

8. As of the date of my Initial Declaration, the toll-free number received 51 calls representing 271 minutes of use, and call center representatives had handled 15 inbound calls representing 158 minutes of use and 2 outbound calls representing 12 minutes of use.

9. Since my Initial Declaration, the toll-free number has received 10 additional calls representing 70 minutes of use, and call center representatives have handled 7 additional inbound calls representing 55 minutes of use and 4 additional outbound calls representing 3 minutes of use.

10. As of January 14, 2019, the toll-free number has received a total of 61 calls representing 341 minutes of use, and call center representatives have handled a total of 22 inbound calls representing 213 minutes of use and a total of 6 outbound calls representing 15 minutes of use.

11. As more fully stated in my Initial Declaration, Epiq maintains a post office box to allow Dealership Class Members to contact the Settlement Administrator by mail with any specific requests or questions. As of the date of my Initial Declaration, Epiq had not received any correspondence. Since my Initial Declaration, Epiq has not received any correspondence other than requests for exclusion.

12. Epiq will continue operating, maintaining, and as appropriate, updating the automated toll-free telephone number and continue maintaining and monitoring the post office box until the end of this administration as determined by counsel or the Court.

### *Updated Report on Exclusion Requests and Objections*

13. Pursuant to the Court's Preliminary Approval Order, Dealership Class Members who wished to be excluded from the Dealership Class were required to do so in writing, postmarked on or before January 2, 2019.

14. Written requests for exclusion were to be addressed to Dealership Class Settlement—DMS Antitrust Litigation, Exclusions, c/o Epiq, Settlement Administrator, P.O. Box 6727, Portland, OR 97228-6727. Epiq has monitored all mail delivered to that Post Office Box.

15. The January 2, 2019 postmark deadline for requesting exclusion has now passed. As of the date of my Initial Declaration, Epiq had not received any requests for exclusion. As of January 15, 2019, Epiq has received 57 letter requests for exclusion (three are duplicates). Epiq does not represent that each of these 57 requests is timely and valid.

16. The 54 letters requesting exclusion provided dealership information matching 158 of the over 15,600 potential Dealership Class Members that were sent individual direct mail notice by Epiq. The 54 letters provided information for another 146 dealerships that did not match information from the direct mailing list. A summary report of all exclusion requests received by Epiq is attached hereto as **Attachment 1**.

17. Dealership Class Members who wish to object to the Settlement and/or the request for litigation expenses were not instructed to send objections to Epiq (objections were to be filed with the Clerk of the Court and served on counsel). As of January 15, 2019, Epiq has not received any objections, in the event objectors did not follow the instructions and instead mailed objections to Epiq. Also, as of January 15, 2019, I am not aware of any objections filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2019.

_____
Cameron R. Azari, Esq.

# Attachment 1

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| 1 | O'Brien Auto Group | VW of Kirkland | WA | 12/21/2018 | 12/21/2018 | 5710 |
| | " " " | Toyota of Kirkland | " | " | " | 1653 |
| | " " " | Honda of Marysville | " | " | " | 5943 |
| | " " " | Lexus of Bellevue | " | " | " | 2577 |
| | " " " | Toyota of Renton | " | " | " | 5585 |
| | " " " | Acura of Seattle | " | " | " | 37 |
| | " " " | Lexus of Tacoma | " | " | " | 2371 |
| | " " " | Jaguar/Land Rover of Tacoma | " | " | " | 14336 |
| | " " " | Volvo Cars Tacoma | " | " | " | 3174 |
| 2 | O'Brien Auto Group | Toyota of Portland | OR | 12/26/2018 | 12/21/2018 | 10306 |
| | " " " | Kia of Portland | " | " | " | 11439 |
| | " " " | Audi Wilsonville | " | " | " | 9585 |
| 3 | Euromotors Inc | Mercedes Benz of San Francisco | CA | 12/27/2018 | 12/26/2018 | 3585 |
| | Euromotors Oakland Inc. | Mercedez Benz of Oakland | " | " | " | 561 |
| | Euromotors Concord Inc. | Audi Concord | " | " | " | 5228 |
| | Euromotors Rocklin Inc. | Audi Rocklin | " | " | " | 4883 |
| | Euromotors Monterey Inc. | Euromotors Monterey | " | " | " | 6363 |
| | Euromotors Inc Service Department | - | " | " | " | - |
| | Mercedes Benz of Oakland Service Department | - | " | " | " | - |
| | Cachet Investment Group Inc. | smart center San Francisco | " | " | " | 4922 |
| 4 | T C Motor Car Company | Lexus of Lehigh Valley | PA | 12/27/2018 | 12/26/2018 | 994 |
| 5 | Triangle Motor Sales Inc. | Mark Jacobson Toyota | NC | 12/28/2018 | 12/31/2018 | 1666 |
| | " " " | Toyota of Durham | " | " | " | - |
| | " " " | Mark Jacobson Pre-Owned Store | " | " | " | - |
| | " " " | Mark Jacobson Toyota Truck Center | " | " | " | - |
| | " " " | Mark Jacobson Body Shop | " | " | " | - |
| 6 | SouthWest Ford Inc. | SouthWest Ford | " | 12/28/2018 | no date | 12205 |
| | SouthWest Nissan LLC | SouthWest Nissan | TX | " | " | 13049 |
| | SouthWest Autoplex II LLC | Volkswagen of Weatherford; SouthWest Volkswagen | " | " | " | 11198 |
| 7 | Dempewolf Inc. | Dempewolf Ford | KY | 12/28/2018 | 12/28/2018 | 6555 |
| | " " " | Dempewolf Lincoln-Mercury | " | " | " | 6555 |
| 8 | Dossett GMC Cadillac Inc. | Dossett Pontiac Cadillac GMC | MS | 12/28/2018 | 12/28/2018 | 504 |
| 9 | Bill Jacobs Naperville LLC | Bill Jacobs BMW/Bill Jacobs MINI | IL | 12/29/2018 | 12/28/2018 | 7042 |
| | Bill Jacobs Aurora Inc | Bill Jacobs Volkswagen | " | " | " | 10115 |
| | Land Rover Hinsdale LLC | Land Rover Hinsdale/Jaguar Hinsdale | " | " | " | 10736 |
| 10 | Beaman Motor Company | Beaman Toyota | TN | 12/31/2018 | 12/31/2018 | 6070 |
| | " " " | Beaman Buick-GMC | " | " | " | 6070 |
| | " " " | Beaman Ford | " | " | " | 6070 |
| | " " " | Beaman Dodge | " | " | " | 6070 |
| | " " " | - | " | " | " | 6070 |
| | " " " | Beaman Motor Company - Body Shop | " | " | " | - |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | " " " | Beaman Motor Company - Parts Warehouse | " | " | " | - |
| 11 | Key Toy LLC | Keyes Toyota/Scion | CA | 12/31/2018 | no date | 2507 |
| | Keyaud LLC | Keyes Audi | " | " | " | - |
| | 5905 AHK LLC | Keyes Chevrolet | " | " | " | 5204 |
| | Keyes European LLC | Keyes European | " | " | " | - |
| | Keylex, Inc. | Keyes Lexus | " | " | " | - |
| | Keylex, Inc. | Lexus of Valencia | " | " | " | - |
| | WHN, Inc. | Woodland Hills Nissan/Porsche Woodland Hills | " | " | " | - |
| | Marimart, Inc. | Woodland Hills Honda | " | " | " | - |
| | WHGM, Inc. | Woodland Hills Buick GMC Cadillac | " | " | " | - |
| | KEYH, Inc. | Keyes Hyundai | " | " | " | - |
| | KHMH, Inc. | Mission Hills Hyundai | " | " | " | - |
| | Keval, Inc. | Kia of Valencia/Keyes Honda | " | " | " | 14208 |
| | Audval, Inc. | Audi Valencia | " | " | " | - |
| | GK Nevada, LLC | Centennial Toyota/Scion | NV | " | " | - |
| | Belltoy Investments, LLC | Bell Road Toyota/Scion | AZ | " | " | - |
| 12 | Paramount Company 2 LLC | 171 Nissan | LA | 12/31/2018 | 12/31/2018 | 5295 |
| | Benoit Ford LLC fka Paramount Company 3 | Benoit Ford/Highway Ford | " | " | " | 5294 |
| | Paramount Company 4 LLC | 171 Chrysler Dodge Jeep Ram | " | " | " | 4603 |
| | Paramount Nissan LLC | Nissan of Lake Charles | " | " | " | 3400 |
| | Paramount Company of Mississippi LLC | Toyota of Natchez | MS | " | " | 4945 |
| 13 | Bryan Pontiac-Cadillac Co. | Bryan Honda | NC | 12/31/2018 | 12/31/2018 | 266 |
| 14 | McRee | McRee Ford | TX | 12/31/2018 | 12/31/2018 | 8759 |
| | " " " | McRee QuickLane | " | " | " | - |
| | " " " | McRee Collission Center | " | " | " | - |
| | " " " | McRee Body Shop | " | " | " | - |
| | " " " | Bay Area Auto & Truck Rental | " | " | " | - |
| | " " " | Bay Area Auto & Truck | " | " | " | - |
| 15 | Miller Motor Car Corp | Miller Honda | NY | 12/31/2018 | 12/29/2018 | 8471 |
| | " " " | Miller Hyundai | " | " | " | - |
| 16 | Cloninger | Cloninger Ford Toyota Scion | NC | 12/31/2018 | 12/31/2018 | 363 |
| | " " " | Cloninger Ford of Hickory | " | " | " | 5582 |
| | " " " | Cloninger Ford of Morganton | " | " | " | - |
| | " " " | Florence Toyota | SC | " | " | 587 |
| 17 | Sam Pack Auto Group | Five Star Ford of Texas Ltd | TX | 12/31/2018 | 12/31/2018 | - |
| | " " " | Sam Packs Five Star Ford Ltd | " | " | " | - |
| | " " " | Sam Pack's Ford Country of Lewisville Ltd | " | " | " | 11866 |
| | " " " | Five Star Ford of Plano LLC | " | " | " | 9882 |
| | " " " | Five Star Chevrolet LLC | " | " | " | 9408 |
| | " " " | Five Star Subaru of Grapevine LLC | " | " | " | 14205 |
| 18 | LOC Inc. | Eskridge Lexus of Oklahoma City | OK | 12/31/2018 | 12/29/2018 | 3287 |
| | Eskridge Imports Inc. | Eskridge Honda | " | " | " | 2194 |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
|  | Eskridge Chevrolet LLC | Eskridge Chevrolet | " | " | " | 4395 |
| 19 | DRK Investment Company | Mungenast St. Louis Acura | MO | 12/31/2018 | 12/31/2018 | 3011 |
|  | CAPCO Sales Incorporated | Dave Mungenast Lexus | " | " | " | 444 |
|  | D.F.M. Investment Company | Dave Mungenast St. Louis Honda | " | " | " | 3012 |
|  | Mungenast Investments LLC | Mungenast St. Louis Mitsubishi | " | " | " | 5139 |
|  | RKD Automotive Inc. | Mungenast Alton Toyota | IL | " | " | 4198 |
|  | Mungenast Motorsports Commerical Division | Dave Mungenast Motorsports | MO | " | " | 11 |
|  | Manco Management Services Inc. | - | " | " | " | 1040 |
|  | KRD Investments Inc. | formerly dba Mungenast Hyundai | " | " | " | 4070 |
| 20 | Massey Motor Company Inc. | Massey Toyota | NC | 12/31/2018 | 12/28/2018 | 1060 |
| 21 | Team Chevrolet Cadillac Inc. | - | NC | 12/31/2018 | 12/27/2018 | 1603 |
| 22 | Don Wessel Oldsmobile, Inc. | Don Wessel Honda | MO | 12/31/2018 | 12/28/2018 | 8609 |
| 23 | SE Columbus Automotive, LLC | Headquarter Nissan | GA | 12/31/2018 | 12/26/2018 | 11149 |
|  | Daphne Automotive, LLC | Eastern Shore Toyota | AL | " | " | 7260 |
|  | Certified Used Car Center, LLC | - | " | " | " | - |
|  | Eastern Shore Hyundai, LLC | Eastern Shore Hyundai | " | " | " | 10268 |
|  | Headquarter Auto Brokers, LLC (FL) | Pensacola Used Car Superstore | FL | " | " | 15071 |
|  | SE Pensacola Automotive, LLC (FL) | Fiat of Pensacola | " | " | " | - |
|  | SE Roswell Automotive, LLC (GA) | Roswell Kia | GA | " | " | - |
| 24 | Joe Pecheles VW, Inc. | Joe Pecheles Volkswagen | NC | 1/2/2019 | 12/28/2018 | 879 |
|  | " " " | Joe Pecheles Hyundai | " | " | " | - |
|  | " " " | Joe Pecheles Mitsubishi | " | " | " | - |
|  | " " " | Audi Greenville | " | " | " | - |
|  | PB&J Automotive LLC | Pecheles Ford Toyota | " | " | " | 2798 |
|  | BLP Automotive LLC | Pecheles Honda | " | " | " | 5206 |
| 25 | Wentworth/Wilsonville | Wentworth Chevrolet Co. | OR | 1/2/2019 | 1/2/2019 | 1751 |
|  | " " " | Wentworth Subaru | " | " | " | - |
|  | " " " | Wilsonville Chevrolet | " | " | " | 3205 |
|  | " " " | Wentworth Chevytown | " | " | " | 6462 |
|  | " " " | Wentworth Chevrolet Subaru | " | " | " | 1751 |
|  | " " " | Wilsonville Chevrolet Inc. | " | " | " | 3205 |
| 26 | New Country Motor Cars of Palm Beach, LLC | Mercedes Benz of Palm Beach | FL | 1/2/2019 | 1/2/2019 | 7761 |
|  | " " " | Maserati of Palm Beach | " | " | " | 12405 |
|  | " " " | Ferrari of Palm Beach | " | " | " | 12405 |
|  | " " " | Mercedes Benz of North Palm Beach | " | " | " | 7835 |
|  | New Country Sports Cars LLC | Porsche Clifton Park/Porsche of Clifton Park/New Country Porsche of Clifton Park/New Country Porsche | NY | " | " | 10726 |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | Clifton Park Imports Inc. | New Country Toyota of Clifton Park/Toyota of Clifton Park/Scion of Clifton Park/Toyota and Scion of Clifton Park/New Country Scion of Clifton Park/New Country Toyota and Scion of Clifton Park | " | " | " | 10350 |
| | New Loudon Motor Cars Inc. | New Country Lexus of Latham | " | " | " | 10397 |
| | New Country Ford Inc. | New Country Subaru | " | " | " | - |
| | New Country Motor Cars Inc. | New Country MINI | " | " | " | - |
| | " " " | New Country BMW | " | " | " | - |
| | New Country Motor Cars of Greenwich, Inc. | Audi Greenwich/New Country Audi of Greenwich | CT | " | " | 8935 |
| | " " " | Porsche Greenwich/New Country Porsche of Greenwich | " | " | " | 8634 |
| | Saratoga Imports Inc. | New Country Toyota/New Country Toyota of Saratoga Springs/New Country Scion/New Country Toyota and Scion/Park Auto Body | NY | " | " | 8550 |
| | Wide World of Cars LLC | Wide World BMW | " | " | " | 9257 |
| | " " " | Wide World Ferrari-Maserati/Wide World Maserati/Wide World Ferrari | " | " | " | 8862 |
| | New Country Motor Cars of Westport LLC | New Country Lexus of Westport/Lexus of Westport | CT | " | " | - |
| | New Country Imports of Westport LLC | New Country Toyota of Westport/Toyota of Westport/New Country Scion of Westport/Scion of Westport | " | " | " | - |
| | New Country Motor Cars of Westchester LLC | Audi Hawthorne | NY | " | " | 14836 |
| | New Country Motor Cars of Great Neck LLC | New Country Lexus of Great Neck | " | " | " | - |
| | Euro Motorcars, Inc. | - | MD | " | " | - |
| | Euro Motorcars Germantown, Inc. | - | " | " | " | 10573 |
| | Euro Motorcars Devon, Inc. | - | PA | " | " | 10663 |
| | Euro Motorcars Main Line, Inc. | BMW of the Main Line | " | " | " | 12556 |
| | " " " | MINI of the Main Line | " | " | " | 14169 |
| | New Country Bethesda LLC | Audi Bethesda | MD | " | " | 9307 |
| | New Country Competizione, Inc. | - | NY | " | " | - |
| 27 | Ontario Nissan Inc. | Nissan of Montclair | CA | 1/2/2019 | 1/2/2019 | 1098 |
| | Redlands Automotive Services Inc. | Metro Nissan of Redlands | " | " | " | 3721 |
| | Puente Hills Automotive Services Inc. | Puente Hills Mazda | " | " | " | 10650 |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
|  | Montclair Automotive Services Inc. | Infiniti of Ontario, previously Infiniti of Montclair | " | " | " | 6431 |
| 28 | GL ALN, LLC | Alhambra Nissan | CA | 1/2/2019 | 1/2/2019 | - |
|  | GL CCC, LLC | Chevrolet Cadillac of La Quinta | " | " | " | - |
|  | GL CCH, LLC | Culver City Honda | " | " | " | - |
|  | GL CCT, LLC | Culver City Toyota | " | " | " | - |
|  | GL HMH, LLC | Hamer Toyota | " | " | " | 5523 |
|  | GL HHR, LLC | Hamer Honda | " | " | " | 5004 |
|  | GL HOD, LLC | Honda of the Desert | " | " | " | - |
|  | GL Orange, LLC | Stadium Nissan | " | " | " | - |
|  | GL Huntington Beach, LLC | Surf City Nissan | " | " | " | - |
|  | GL TOD, LLC | Toyota of the Desert | " | " | " | - |
|  | GL LBH, LLC | Long Beach Honda | " | " | " | 13652 |
|  | GL LBT, LLC | West Coast Toyota of Long Beach | " | " | " | - |
|  | GL Ankeny, LLC | Dewey Dodge | IA | " | " | - |
|  | GL Ankeny Ford, LLC | Dewey Ford | " | " | " | - |
|  | GL Southtown, LLC | Southtown Chrysler Jeep Dodge | " | " | " | - |
|  | GL Dodge City, LLC | Stew Hansen Dodge City Chrysler Jeep Ram | " | " | " | 1548 |
|  | GL SHH, LLC | Stew Hansen Hyundai | " | " | " | - |
|  | GL Novi, LLC | Cadillac of Novi | MI | " | " | 3755 |
|  | GL Southfield, LLC | Fresh Start Auto | " | " | " | - |
|  | " " " | Southfield Chrysler Jeep Dodge Ram | " | " | " | 1498 |
|  | " " " | Southfield Twelve Mile Road | " | " | " | - |
|  | GL Telegraph, LLC | Telegraph Chrysler Jeep Dodge Ram | " | " | " | 4579 |
|  | GL Casa, LLC | Baytown GMC Buick | TX | " | " | 3509 |
|  | GL Pearland, LLC | Big Star Ford | " | " | " | - |
|  | GL BSH, LLC | Big Star Honda | " | " | " | 14720 |
|  | GL Clear Lake, LLC | Clear Lake Dodge Chrysler Jeep Ram | " | " | " | - |
|  | GL Clear Lake II, LLC | Alfa Romeo Fiat of Clear Lake | " | " | " | - |
|  | GL Northwest, LLC | Northwest Dodge Chrysler Jeep Ram | " | " | " | - |
|  | GL Texan, LLC | Texan GMC Buick | " | " | " | - |
|  | GL Humble, LLC | Texan Dodge Chrysler Jeep Ram | " | " | " | - |
|  | Garff-UC, L.L.C. | Audi Lehi | UT | " | " | - |
|  | Ken Garff Ogden, LLC | Ken Garff Buick GMC Riverdale | " | " | " | - |
|  | Garff-AF, LLC | Ken Garff Chevrolet | " | " | " | - |
|  | Garff Imports, LLC | Ferrari of Salt Lake City | " | " | " | - |
|  | Garff Salt Lake, LLC | Maserati and Alfa Romeo of Salt Lake | " | " | " | - |
|  | Garff Tri-City, LLC | Ken Garff Ford | " | " | " | - |
|  | Garff Enterprises, Inc. | Ken Garff Honda Downtown | " | " | " | - |
|  | Ken Garff Ogden, LLC | Ken Garff Honda Riverdale | " | " | " | - |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | G-W Automotive, LLC | Ken Garff Honda of Orem | " | " | " | - |
| | Garff Enterprises, Inc. | Ken Garff Hyundai Downtown | " | " | " | - |
| | Garff-HS, LLC | Ken Garff Hyundai Southtowne | " | " | " | - |
| | Garff Enterprises, Inc. | Mercedes-Benz of Salt Lake City | " | " | " | - |
| | Ken Garff Ogden, LLC | Ken Garff Nissan Riverdale | " | " | " | - |
| | Garff-Warner Nissan of SLC, LLC | Ken Garff Nissan of Salt Lake | " | " | " | - |
| | Garff-Warner Nissan of Orem, LLC | Ken Garff Nissan of Orem | " | " | " | - |
| | Garff-UC, L.L.C. | Porsche Lehi | " | " | " | - |
| | " " " | Ken Garff Volkswagen | " | " | " | - |
| | Garff Enterprises, Inc. | Ken Garff Volvo | " | " | " | - |
| | Garff-Warner Dodge, LLC | Ken Garff West Valley Chrysler Jeep Dodge Ram FIAT (2 lots) | " | " | " | 3196 |
| | Garff Salt Lake, LLC | Ken Garff Truck Center | " | " | " | - |
| 29 | Carlton Enterprises, Inc. | Don Carlton Honda | OK | 1/2/2019 | 1/2/2019 | 2006 |
| | TBC Automotive, Inc. | Don Carlton Acura of Tulsa | " | " | " | 1814 |
| | Carlton Enterprises III, Inc. | Don Carlton Hyundai | " | " | " | - |
| 30 | Competition Imports, Inc. | Mercedes Benz of Smithtown | NY | 1/2/2019 | 1/2/2019 | 379 |
| | " " " | Competition BMW of Smithtown | " | " | " | 2079 |
| | Smithtown Infiniti, Inc. | Competition Infiniti | " | " | " | - |
| | Competition Imports of Huntington, Inc. | Mercedes Benz of Huntington | " | " | " | 12 |
| | Competition MicroCars, LLC | Competition Subaru of Smithtown | " | " | " | 5202 |
| 31 | Fitzgerald Auto Malls | Fitzgerald Toyota of Chambersburg, PA | PA | 1/2/2019 | 1/2/2019 | - |
| | " " " | Fitzgerald Nissan of Chambersburg, PA | " | " | " | - |
| | " " " | Fitzgerald Chey, Cadillac of Frederick, MD | MD | " | " | - |
| | " " " | Fitzgerald Toyota, Hyundai, Subaru of Gaithersburg, MD | " | " | " | - |
| | " " " | Fitzgerald Hyundai, Subaru of Rockville, MD | " | " | " | 2069 |
| | " " " | Fitzgeral GMC, Buick of Rockville, MD | " | " | " | - |
| | " " " | Fitzgerald Wheaton Motor City | " | " | " | - |
| | " " " | Fitzgerald VW, Cadillac of Annapolis, MD | " | " | " | 14779 |
| | " " " | Fitzgerald Mazda, Mitsubishi of Annapolis, MD | " | " | " | - |
| | " " " | Fitzgerald Chrysler, Jeep, Dodge, Ram of Lexington Park, MD | " | " | " | - |
| | " " " | Fitzgerald Hyundai, Subaru of Clearwater, FL | FL | " | " | - |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
|  | " " " | Fitzgerald Chrysler Jeep of Clearwater, FL | " | " | " | 2219 |
| 32 | Beuckman Ford, Inc. | Bo Beuckman Ford, Inc. | MO | 1/2/2019 | 1/2/2019 | 8872 |
| 33 | TT of Lake Norman | Lake Norman Chrysler Jeep Dodge Ram | NC | 1/2/2019 | 12/31/2018 | 4309 |
| 34 | Seven Six Automotive, Inc. | Gastonia Chrysler Jeep Dodge Ram | NC | 1/2/2019 | 12/31/2018 | 5845 |
| 35 | Reineke Nissan LLC | Reineke Nissan | OH | 1/2/2019 | 1/2/2019 | 10333 |
| 36 | Reineke Ford, Inc. | Reineke Ford | OH | 1/2/2019 | 1/2/2019 | 11143 |
| 37 | RDBT Inc. | Reineke Honda | OH | 1/2/2019 | 1/2/2019 | 10303 |
| 38 | Reinenke Ford Lincoln of Lima LLC | Reineke Ford Lincoln of Lima | OH | 1/2/2019 | 1/2/2019 | 11880 |
| 39 | Reineke Ford Lincoln Inc. | Reineke Ford Lincoln of Findlay | OH | 1/2/2019 | 1/2/2019 | 7725 |
| 40 | Reineke Motors Inc. | Reineke Chrysler Dodge Jeep Ram | OH | 1/2/2019 | 1/2/2019 | 13317 |
| 41 | Tiffin Ford Lincoln Inc. | Tiffin Ford Lincoln | OH | 1/2/2019 | 1/2/2019 | 12131 |
| 42 | Reineke Lincoln Inc. | Reineke Ford Lincoln of Lima/Reineke Ford of Lima/Reineke Lincoln of Lima | OH | 1/2/2019 | 1/2/2019 | 11880 |
|  | " " " | Reineke 10 & Under | " | " | " | - |
| 43 | Reineke Family Dealerships Inc. | - | OH | 1/2/2019 | 1/2/2019 | - |
| 44 | Reineke RV LLC | Reineke RV of Tiffin/Eclipse Auto Care/Eclipse Auto Detailing | OH | 1/2/2019 | 1/2/2019 | - |
|  | " " " | Reineke RV of Toledo | " | " | " | - |
|  | " " " | Fort Ball RV & Auto Sales | " | " | " | - |
| 45 | Marine Chevrolet Cadillac | Marine Chevrolet Cadillac/Marine Chevrolet Co Inc./Marine Chevrolet/Marine Cadillac/Marine Chevrolet Company | " | 1/2/2019 | 1/2/2019 | 1050 |
| 46 | Capital Automotive of Greensboro | Capital Hyundai of Greensboro/Capital Subaru of Greensboro | NC | 1/2/2019 | 1/2/2019 | 12704 |
|  | Capital Chevrolet Inc. | - | " | " | " | 7863 |
|  | Hillsborough Automotive Group Inc. | Hillsborough Chrylser Dodge Jeep Ram | " | " | " | - |
|  | Capital Automotive Indian Trail Inc. | Capital Chrysler Dodge Jeep Ram of Indian Trail | " | " | " | 5984 |
| 47 | Mack Truck Sales of Charlotte, Inc. | McMahon Truck Centers of Charlotte | NC | 1/2/2019 | 1/2/2019 | - |
|  | Mack of Nashville, LLC | McMahon Truck Centers of Nashville | TN | " | " | - |
|  | Columbus Truck & Equipment Center, LLC | McMahon Truck Centers of Columbus | OH | " | " | - |
| 48 | Courtesy Cars of Lexington | Courtesy Pontiac Acura | KY | 1/2/2019 | 1/2/2019 | - |
|  | TW Toy Inc | Tom Wood Toyota | IN | " | " | - |
|  | TIW, Inc. | Richfield Bloomington Honda | MN | " | " | 2873 |
|  | Tom Wood Ford, Inc. | Tom Wood Ford | IN | " | " | - |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | TWH, Inc. | Tom Wood Honda | " | " | " | - |
| | TW Luxury Imports, Inc. | Audi Indianapolis | " | " | " | - |
| | TJW, Inc. | Tom Wood Lexus | " | " | " | - |
| | Tom Wood Volkswagen, Inc. | Tom Wood Volkswagen | " | " | " | - |
| | Tom Wood Subaru, Inc. | Tom Wood Subaru | " | " | " | 3111 |
| | Tom Wood Jaguar, Inc. | Tom Wood Jaguar-Land Rover-Volvo | " | " | " | 14333 |
| | Tom Wood Nissan, Inc. | Tom Wood Nissan | " | " | " | - |
| | TW Euro Imports, Inc. | Tom Wood Porsche | " | " | " | 4638 |
| | JIW, Inc. | Richfield Bloomington Mitsubishi | MN | " | " | 2873 |
| | JIW Imports, Inc. | Fort Collins Mitsubishi | CO | " | " | - |
| | TW Noblesville Imports, Inc. | Tom Wood Volkswagen of Noblesville | IN | " | " | - |
| | Tom Wood, Inc. | Tom Wood Management | " | " | " | - |
| | Tom Wood, Inc. | Tom Wood Automotive | " | " | " | - |
| 49 | Anoka Motors, LLC | North County Ford Lincoln | MN | 1/2/2019 | 1/2/2019 | - |
| | BB Motor Sales, LLC | Luther Brookdale Chevrolet | " | " | " | - |
| | " " " | Brookdale Buick GMC | " | " | " | - |
| | BC Motors, LLC | Alfa Romeo and Fiat of Minneapolis | " | " | " | - |
| | BCV Motors, LLC | Brookdale Volkswagen | " | " | " | - |
| | BFT Motors, LLC | Fiat of Bloomington | " | " | " | - |
| | BLH Motors, LLC | Luther Bloomington Hyundai | " | " | " | - |
| | Brooklyn Center Motors, LLC | Luther Brookdale Chrysler Jeep Dodge | " | " | " | - |
| | Brooklyn Park Motors, Inc | Luther Brookdale Toyota | " | " | " | - |
| | Burnsville Volkswagen, Inc | Luther Burnsville Volkswagen | " | " | " | - |
| | BV Motors, LLC | Luther Burnsville Hyundai | " | " | " | - |
| | CC Motor Sales, LLC | Luther Family Buick GMC | " | " | " | - |
| | CC Motors, LLC | Luther Family Ford | ND | " | " | - |
| | Golden Valley Motors, Inc | Rudy Luther Toyota | " | " | " | - |
| | Hansford Pontia Company | Juguar Land Rover Minneapolis | MN | " | " | 14021 |
| | Hudson Chrysler, LLC | Hudson Chrysler | " | " | " | - |
| | Hudson Motors, LLC | Luther Hudson Chevrolet GMC | WI | " | " | - |
| | Infiniti of Bloomington, Inc | Infiniti of Bloomington | " | " | " | - |
| | John Hirsch's Cambridge Motors, LLC | Cambridge Motors | MN | " | " | - |
| | LL Ark Northwest LLC | Steve Landers Toyota/Steve Landers Scion | " | " | " | - |
| | LL Cadillac North LLC | Luther Cadillac | " | " | " | - |
| | LL Crossroads LLC | Landers Chevrolet Cadillac of Joplin | MO | " | " | - |
| | LL Glenn Placa Loop LLC | Steve Landers Chrysler Dodge Jeep | AR | " | " | 4479 |
| | LL Glenn Road LLC | Steve Landers Toyota | " | " | " | 4485 |
| | LL Oak One LLC | Landers Chevrolet of Norman | OK | " | " | 14406 |
| | LL Oak Two LLC | Landers Chrysler Dodge Jeep Ram of Norman | " | " | " | - |
| | LL University LLC | Steve Landers Kia | AR | " | " | 14000 |

8

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | Mankato Motors LLC | Luther Mankato Honda | MN | " | " | - |
| | Metro Brookdale LLC | Luther Brookdale Mazda Mitshubishi | " | " | " | 253 |
| | Metro Motors LLC | Luther Nissan Kia | " | " | " | 2662 |
| | RL Brookdale Motors, Inc | Luther Brookdale Honda | " | " | " | - |
| | RL Imports, Inc | Bloomington Acura Subaru | " | " | " | - |
| | Rochester Motors, LLC | Park Place Motor Cars | " | " | " | 14297 |
| | Rudy Luther's Hopkins Motors Inc | Luther Hopkins Honda | " | " | " | 2912 |
| | Rudy Luther's White Bear Motors | White Bear Acura Subaru | " | " | " | 1025 |
| | Second Richfield Motors, LLC | Luther Kia of Bloomington | " | " | " | - |
| | SLP Motors, LLC | West Side Volkswagen | " | " | " | - |
| | STC Motors, LLC | Luther St. Cloud Honda | " | " | " | - |
| 50 | Garden City Auto Holdings LLC | Garden City Mazda | NY | 1/2/2019 | 1/2/2019 | - |
| | Huntington Auto Group, LLC | Huntington Mazda | " | " | " | 3539 |
| | New Rochelle Hyundai, LLC | New Rochelle Hyundai | " | " | " | 5032 |
| 51 | Parks Chevrolet Inc. | Parks Chevrolet Kernersville | NC | 1/3/2019 | 1/2/2019 | 213 |
| | P and G Chevrolet | Parks Chevrolet Charlotte | " | " | " | 1238 |
| | Parks at the Lake, Inc. | Parks Chevrolet Huntersville | " | " | " | 1239 |
| | Parks Automotive, Inc. | Parks Select | " | " | " | 1237 |
| | Parks Buick GMC LLC | - | SC | " | " | 2784 |
| 52 | Bob King Buick GMC | - | NC | 1/3/2019 | no date | - |
| 53 | Zaheri Auto Group | Stevens Creek Chrysler Jeep Dodge | CA | 1/4/2019 | 1/2/2019 | 12073 |
| | " " " | Stoneridge Chrysler Jeep Dodge | " | " | " | 12636 |
| | " " " | Fremont Mazda | " | " | " | 13002 |
| | " " " | Serramonte Volkswagen | " | " | " | 9616 |
| | " " " | Stevens Creek Kia | " | " | " | 12855 |
| | " " " | Team Volkswagen of Hayward | " | " | " | 9768 |
| | " " " | Hayward Nissan | " | " | " | 11599 |
| 54 | COW Inc. | Hubert Vester Chevrolet | NC | 1/4/2019 | no date | 7392 |
| | VTOW Inc. | Hubert Vester Toyota | " | " | " | 11906 |
| | HMMC Inc. | Hubert Vester Honda | " | " | " | 8867 |
| | HVH Inc. | Honda of Roanoke Rapids | " | " | " | 9813 |
| | NRR Inc. | Nissan of Roanoke Rapids | " | " | " | 10895 |
| | DUPLICATES | | | | | |
| 55 (5 above) | Triangle Motor Sales Inc. | Mark Jacobson Toyota | NC | 12/31/2018 | 12/31/2018 | 1666 |
| | " " " | Toyota of Durham | " | " | " | - |
| | " " " | Mark Jacobson Pre-Owned Store | " | " | " | - |
| | " " " | Mark Jacobson Toyota Truck Center | " | " | " | - |
| | " " " | Mark Jacobson Body Shop | " | " | " | - |
| 56 (12 above) | Paramount Company 2 LLC | 171 Nissan | LA | 12/31/2018 | 12/31/2018 | 5295 |
| | Benoit Ford LLC fka Paramount Company 3 | Benoit Ford/Highway Ford | " | " | " | 5294 |
| | Paramount Company 4 LLC | 171 Chrysler Dodge Jeep Ram | " | " | " | 4603 |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | Paramount Nissan LLC | Nissan of Lake Charles | " | " | " | 3400 |
| | Paramount Company of Mississippi LLC | Toyota of Natchez | MS | " | " | 4945 |
| 57 (26 above) | New Country Motor Cars of Palm Beach, LLC | Mercedes Benz of Palm Beach | FL | 1/2/2019 | 1/2/2019 | 7761 |
| | " " " | Maserati of Palm Beach | " | " | " | 12405 |
| | " " " | Ferrari of Palm Beach | " | " | " | 12405 |
| | " " " | Mercedes Benz of North Palm Beach | " | " | " | 7835 |
| | New Country Sports Cars LLC | Porsche Clifton Park/Porsche of Clifton Park/New Country Porsche of Clifton Park/New Country Porsche | NY | " | " | 10726 |
| | Clifton Park Imports Inc. | New Country Toyota of Clifton Park/Toyota of Clifton Park/Scion of Clifton Park/Toyota and Scion of Clifton Park/New Country Scion of Clifton Park/New Country Toyota and Scion of Clifton Park | " | " | " | 10350 |
| | New Loudon Motor Cars Inc. | New Country Lexus of Latham | " | " | " | 10397 |
| | New Country Ford Inc. | New Country Subaru | " | " | " | - |
| | New Country Motor Cars Inc. | New Country MINI | " | " | " | - |
| | " " " | New Country BMW | " | " | " | - |
| | New Country Motor Cars of Greenwich, Inc. | Audi Greenwich/New Country Audi of Greenwich | CT | " | " | 8935 |
| | New Country Motor Cars of Greenwich, Inc. | Porsche Greenwich/New Country Porsche of Greenwich | " | " | " | 8634 |
| | Saratoga Imports Inc. | New Country Toyota/New Country Toyota of Saratoga Springs/New Country Scion/New Country Toyota and Scion/Park Auto Body | NY | " | " | 8550 |
| | Wide World of Cars LLC | Wide World BMW | " | " | " | 9257 |
| | Wide World of Cars LLC | Wide World Ferrari-Maserati/Wide World Maserati/Wide World Ferrari | " | " | " | 8862 |
| | New Country Motor Cars of Westport LLC | New Country Lexus of Westport/Lexus of Westport | CT | " | " | - |
| | New Country Imports of Westport LLC | New Country Toyota of Westport/Toyota of Westport/New Country Scion of Westport/Scion of Westport | " | " | " | - |
| | New Country Motor Cars of Westchester LLC | Audi Hawthorne | NY | " | " | 14836 |
| | New Country Motor Cars of Great Neck LLC | New Country Lexus of Great Neck | " | " | " | - |
| | Euro Motorcars, Inc. | - | MD | " | " | - |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
|  | Euro Motorcars Germantown, Inc. | - | " | " | " | 10573 |
|  | Euro Motorcars Devon, Inc. | - | PA | " | " | 10663 |
|  | Euro Motorcars Main Line, Inc. | BMW of the Main Line | " | " | " | 12556 |
|  | " " " | MINI of the Main Line | " | " | " | 14169 |
|  | New Country Bethesda LLC | Audi Bethesda | MD | " | " | 9307 |
|  | New Country Competizione, Inc. | - | NY | " | " | - |

11