IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL ACTIONS | Hon. Robert M. Dow, Jr. |
| | Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION RE: DEADLINES FOR MOTIONS TO
COMPEL CHALLENGING PRIVILEGE LOG ENTRIES**

The Dealership Class Plaintiffs ("Dealership Plaintiffs"), Vendor Class Plaintiff Loop, LLC, d/b/a AutoLoop ("AutoLoop"), Plaintiff Cox Automotive, Inc. and its subsidiaries, Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Blue Book Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc. (collectively, "Cox Automotive"), Plaintiff Authenticom, Inc. ("Authenticom"), Plaintiff Motor Vehicle Software Corp. ("MVSC"), Defendant CDK Global, LLC ("CDK"), and Defendant The Reynolds and Reynolds Company ("Reynolds") (collectively, the "Parties"), by and through their undersigned counsel, jointly submit this Stipulation and proposed Order regarding the deadlines for motions to compel relating to privilege logs.

WHEREAS, on May 7, 2018, Judge Amy J. St. Eve entered a Case Management Order applicable to all cases pending in this Multidistrict Litigation ("MDL"). *See* Dkt. 166;

WHEREAS, the Case Management Order established deadlines for the production of non-governmental privilege logs and motions to compel, if any, challenging those logs;

WHEREAS, pursuant to the Case Management Order, the Parties initially exchanged privilege logs on November 2, 2018;

WHEREAS, following the exchange of privilege logs the Parties met and conferred and agreed that revised versions of certain privilege logs would be exchanged on December 5, 2018, and exchanged such logs;

WHEREAS, to allow sufficient time for review of the revised privilege logs, on December 7, 2018, the Parties stipulated to a deadline for motions to compel, if any, challenging privilege logs of January 14, 2019;

WHEREAS, Dealership Plaintiffs issued challenges to specific entries in Defendants' privilege logs on December 26, 2018;

WHEREAS, CDK and Reynolds issued challenges to specific entries in Authenticom's privilege log on November 7, 2018 and January 7, 2019;

WHEREAS, CDK and Reynolds issued challenges to specific entries in MVSC's privilege log on December 3, 2018, December 17, 2018 and January 9, 2019;

WHEREAS, CDK issued challenges to specific entries in AutoLoop, Cox Automotive, and Dealership Plaintiffs' privilege logs on January 9, 2019;

WHEREAS, the Parties seek to allow sufficient time for the meet and confer process, exchange of privilege logs updated in response to specific entry challenges, and, if necessary, the briefing of motions relating to any potential issues relating to the revised logs; and

WHEREAS, the above-named Parties have reached the following stipulation with regard to the deadlines for privilege log challenges and related motions to compel, if any:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that the deadlines relating to privilege log challenges shall be as follows:

| | |
|---|---|
| Deadline for all parties to exchange any additional privilege log challenges they have to any party's privilege log. | January 11, 2019 |
| Deadline for any party to serve a revised privilege log and produce any documents removed from that party's privilege log. | February 8, 2019 |
| Deadline to complete meet and confers regarding privilege log challenges. | February 20, 2019 |
| Deadline for motions to compel, if any, challenging privilege entries after strict compliance with Local Rule 37.2 | March 1, 2019 |
| Responses to any motion to compel regarding privilege logs | 14 days from date of motion |
| Replies in opposition to any motions to compel regarding privilege logs | 7 days from filing of response |

STIPULATED AND AGREED:

/s/ Peggy J. Wedgworth
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
71 South Wacker Drive
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Counsel for Dealership Class*

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

/s/ Derek T. Ho.
Derek T. Ho
Michael N. Nemelka
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, PLLC
1615 M Street, N.W., Suite 400
dho@kellogghansen.com
mnemelka@kellogghansen.com

*Counsel for Authenticom, Inc.; Cox Automotive, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Kathy D. Patrick
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
kpatrick@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER &
HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

Leo D. Caseria
SHEPPARD MULLIN RICHTER &
HAMPTON, LLP
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

DATED: 1/15/2019

SO ORDERED:

_____
Hon. Jeffrey T. Gilbert
UNITED STATES MAGISTRATE JUDGE

4