# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

| | |
|---|---|
| Dealer Management Systems Antitrust Litigation, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:18−cv−00864 |
| | Honorable Robert M. Dow Jr. |
| CDK Global, LLC, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2019:

MINUTE entry before the Honorable Robert M. Dow, Jr: In Court hearing for settlement approval is set for 1/22/2019 at 10:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.