# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
## Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

Plaintiff,

v.  Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 25, 2019:

MINUTE entry before the Honorable Robert M. Dow, Jr: As a housekeeping matter, Defendant CDK's motion to dismiss [169] in Loop, LLC, d/b/a Autoloop v. CDK Global, LLC (Case No. 18−cv−2521) is stricken as moot in light of the amended complaint [194] and the subsequent motion to dismiss. Defendant Reynoldss motions to dismiss [255; 256] are stricken as moot in light of the pending settlement between Reynolds and the Dealership Plaintiffs. Dealership Plaintiffs' motions [426; 478] for leave to file briefs in excess pages are granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.