# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In. Re: Dealer Management Systems Antitrust Litigation , <br><br>Plaintiff(s), <br><br>v. <br><br>          , <br><br>Defendant(s). | Case No. 18-cv-864 <br> Judge Robert M. Dow |

## ORDER

Motion hearing held on 1/22/2019. Dealership Class Plaintiffs' unopposed motion for leave to file, instanter, a brief in excess of fifteen pages [478] is granted. Dealership Class Plaintiffs' motion for final approval of settlement with Defendant The Reynolds and Reynolds Company [479] is granted. Dealership Class Plaintiffs' motion for the advancement of litigation expenses from the settlement with Defendant The Reynolds and Reynolds Company [481] is granted. Signed order to follow. The Clerk is directed to remove the gavel associated with [493] as a pending motion, as this document is not a motion, but a memorandum of law.

:5


Date: 1/22/2019                                             /s/ Judge Dow