# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
## Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                       Plaintiff,

v.                                      Case No.: 1:18−cv−00864

                                      Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The parties' email request for a one−week extension of time is granted as follows: CDK's responsive pleading to the AutoLoop complaint (MDL Dkt. 194) will be due February 15, 2019; CDK's responsive pleading to the Cox complaint (Case No. 18−CV−1058, Dkt. 1) will be due February 15, 2019; Authenticom's responsive pleadings to the Reynolds counterclaims (MDL Dkt. 225) and the CDK counterclaims (MDL Dkt. 230) will be due February 15, 2019. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.