IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| *In re: Dealer Management Systems Antitrust Litig. v. CDK Global, LLC, et al.*, 1:19-cv-00419 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |

**CDK GLOBAL, LLC'S NOTICE OF MOTION FOR LEAVE TO FILE *INSTANTER* A SUPPLEMENTAL SUBMISSION OF DISCOVERY MATERIAL IN OPPOSITION TO NON-PARTY INDESIGN DATA, LLC'S MOTION TO QUASH DEPOSITION SUBPOENA OR, ALTERNATIVELY, MOTION FOR PROTECTIVE ORDER**

PLEASE TAKE NOTICE that on Thursday, February 21, 2019, at 9:15 a.m., I will appear before the Honorable Jeffrey T. Gilbert in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Motion For Leave To File *Instanter* A Supplemental Submission Of Discovery Material In Opposition To Non-Party InDesign Data, LLC's Motion to Quash Deposition Subpoena Or, Alternatively, Motion For Protective Order, a copy of which is attached and served upon you through the CM/ECF filing system.

Dated: February 14, 2019                          Respectfully submitted,

                                                               /s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## CERTIFICATE OF SERVICE

  I, Britt M. Miller, an attorney, hereby certify that on February 14, 2019, I caused a true and correct copy of the foregoing **CDK GLOBAL, LLC'S NOTICE OF MOTION FOR LEAVE TO FILE *INSTANTER* A SUPPLEMENTAL SUBMISSION OF DISCOVERY MATERIAL IN OPPOSITION TO NON-PARTY INDESIGN DATA, LLC'S MOTION TO QUASH DEPOSITION SUBPOENA OR, ALTERNATIVELY, MOTION FOR PROTECTIVE ORDER** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

              */s/ Britt M. Miller*
              Britt M. Miller
              MAYER BROWN LLP
              71 South Wacker Drive
              Chicago, IL 60606
              Phone: (312) 782-0600
              Fax: (312) 701-7711
              E-mail: bmiller@mayerbrown.com