# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                Plaintiff,

v.

CDK Global, LLC, et al.

                Defendant.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2019:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: The hearing on Defendant CDK Global, LLC's Motion for Leave to File Instanter a Supplemental Submission of Discovery Material in Opposition to Non−Party InDesign Data, LLC's Motion to Quash Deposition Subpoena, or, Alternatively, Motion for Protective Order [511] noticed for 2/21/19 at 9:00 a.m. [512] is reset to 2/27/19 at 1:00 p.m. to coincide with a previously scheduled hearing [513]. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.