UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                Plaintiff,

v.                                          Case No.: 1:18−cv−00864

                                          Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 1, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Cox Automotive, Inc., et al.'s Motion for Protective Order to Prevent the Deposition of Sandy Schwartz [527]: Defendant CDK Global, LLC shall respond by 3/8/19. Plaintiff Cox Automotive, Inc. and its affiliates shall reply by 3/15/19. The motion hearing noticed for 3/7/19 at 9:15 a.m. is stricken with no appearance required. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.