## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                        Plaintiff,

v.                                                   Case No.: 1:18−cv−00864

                                                  Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2019:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Status and motion hearing held on 2/27/19. Defendant CDK Global, LLC's Motion for Leave to File Instanter a Supplemental Submission of Discovery Material in Opposition to Non−Party InDesign Data, LLC's Motion to Quash Deposition Subpoena, or, Alternatively, Motion for Protective Order [511] is granted for the reasons stated on the record. InDesign shall respond to the Supplemental Submission by 3/11/19 and shall deliver to Judge Gilbert's chambers a courtesy copy of its response in accordance with the procedures on Judge Gilbert's website. Dealership Class Plaintiffs' Motion to Compel Disclosure of CDK's Clawback Documents [294][389] and Motion to Compel Disclosure of 1,807 Documents Defendant CDK Global, Inc. Previously Disclosed to the Federal Trade Commission [308][390] are denied for the reasons stated on the record. In the event Dealership Class Plaintiffs appeal this ruling, they should order a transcript of the Courts ruling on the record. Status hearing set for 5/1/19 at 10:00 a.m. By 4/24/19, the parties shall file a joint report that identifies agenda items for the status hearing. Although the Court described on the record a different kind of submission in advance of the status hearing, one that would have the parties summarize their respective positions on matters including discovery disputes to be addressed at the status hearing, the Court, upon further reflection, retracts that suggestion in favor of a shorter list of agenda items with only a one or two sentence description of the items the parties propose be addressed at the status hearing. If the Court needs more information before the status hearing, it will ask for it. Counsel read into the record agreed modifications to the fact and expert discovery schedules and the briefing schedule for summary judgment motions that now is in place per the Case Management Order entered by Judge St. Eve [166] and subsequent modifications to that schedule. As discussed on the record, the parties will file an agreed stipulation concerning these dates and the Court will memorialize the new dates in an order. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.