# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re Dealer Management Systems Antitrust Litigation

Case Number: 18-cv-864

An appearance is hereby filed by the undersigned as attorney for:

Dealership Class Plaintiffs (see attached Exhibit A)

Attorney name (type or print): Michael J. Gallagher, Jr.

Firm: Milberg Tadler Phillips Grossman

Street address: One Pennsylvania Plaza, 19th Floor

City/State/Zip: New York, NY 10119

Bar ID Number: PA 315190
(See item 3 in instructions)

Telephone Number: 212-594-5300

Email Address: mgallagher@milberg.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/1/2019

Attorney signature: S/ Michael J. Gallagher Jr.
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

**Exhibit A**

| |
|---|
| 5800 Countryside |
| ACA Motors |
| Baystate Ford |
| Cherry Hill Jaguar |
| Cliff Harris Ford LLC |
| Continental Autos |
| Continental Classic Motors |
| Gregoris Motors |
| H&H Continental Motors |
| HDA Motors |
| Hoover Automotive |
| JCF Autos |
| Jericho Turnpike Sales |
| Jim Marsh American Corporation |
| John O'Neil Johnson Toyota |
| Kenny Thomas Enterprises |
| Marshall Chrysler Jeep Dodge |
| Naperville Zoom Cars |
| NV Autos Inc. |
| Patchogue 112 Motors |
| Pitre Imports LLC |
| Pitre Inc. |
| Teterboro Automall |
| Waconia Dodge |
| Warrensburg Chrysler Dodge Jeep |