# ATTACHMENT B

ATTACHMENT B - CHALLENGED REDACTIONS - GREEN: CONSULTANT COMMUNICATIONS

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| AUTH_00463430 | AUTH_00463432 | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F27CA71FA85349D6A398A76CB8767ADA-ALICIA BOWL <Alicia.Bowlin@authenticom.com> | Bob Monroe <Bob.Monroe@authenticom.com>; Brian Clements <Brian.Clements@authenticom.com>; Krishna Kelsey <Krishna.Kelsey@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemish <Jared.Nemish@authenticom.com>; Kyle Murphy <kyle.murphy@authenticom.com>; Garrett Sorteberg <garrett.sorteberg@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Placek <tim.placek@authenticom.com>; Reagan Lee <Reagan.Lee@authenticom.com>; Dee Dee Browning <deedee.browning@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <LoriZ@zimmercoach.com>; Kari Haun <Kari.Haun@authenticom.com>; Janice Bauercamper <janice.Bauercamper@authenticom.com>; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eee5bb702f6e8-Brian Cleme <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eee5bb702f6e8-Brian Cleme">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07f53cab6c9542d0a5c9875f4e9552a8-Krishna Kel <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07f53cab6c9542d0a5c9875f4e9552a8-Krishna Kel">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=262a879e87d54959bdf1e33930cc13c8-Kyle Murphy <"/o=ExchangeLabs/ou=Exchange Administrative Group | | 1/31/2017 | Browning, Dee Dee | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications on CDK and Reynolds data access issues. |

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| AUTH_00463433 | AUTH_00463436 | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2D0CBFA131FF4C44B04EEE5BB702F6E8-BRIAN CLEME <Brian.Clements@authenticom.com> | Alicia Bowlin <Alicia.Bowlin@authenticom.com>; Bob Monroe <Bob.Monroe@authenticom.com>; Krishna Kelsey <Krishna.Kelsey@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemish <Jared.Nemish@authenticom.com>; Kyle Murphy <kyle.murphy@authenticom.com>; Garrett Sorteberg <garrett.sorteberg@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Placek <tim.placek@authenticom.com>; Reagan Lee <Reagan.Lee@authenticom.com>; Dee Dee Browning <deedee.browning@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <LoriZ@zimmercoach.com>; Kari Haun <Kari.Haun@authenticom.com>; Janice Bauercamper <janice.Bauercamper@authenticom.com>; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f27ca71fa85349d6a398a76cb8767ada-Alicia Bowl <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f27ca71fa85349d6a398a76cb8767ada-Alicia Bowl">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07f53cab6c9542d0a5c9875f4e9552a8-Krishna Kel <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07f53cab6c9542d0a5c9875f4e9552a8-Krishna Kel">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=262a879e87d54959bdf1e33930cc13c8-Kyle Murphy <"/o=ExchangeLabs/ou=Exchange Administrative Group | | 2/1/2017 | Browning, Dee Dee | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications. |

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| AUTH_00463437 | AUTH_00463440 | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=07F53CAB6C9542D0A5C9875F4E9552A8-KRISHNA KEL <Krishna.Kelsey@authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Alicia Bowlin <Alicia.Bowlin@authenticom.com>; Bob Monroe <Bob.Monroe@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemish <Jared.Nemish@authenticom.com>; Kyle Murphy <kyle.murphy@authenticom.com>; Garrett Sorteberg <garrett.sorteberg@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Placek <tim.placek@authenticom.com>; Reagan Lee <Reagan.Lee@authenticom.com>; Dee Dee Browning <deedee.browning@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <LoriZ@zimmercoach.com>; Kari Haun <Kari.Haun@authenticom.com>; Janice Bauercamper <janice.Bauercamper@authenticom.com>; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eee5bb702f6e8-Brian Cleme <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eee5bb702f6e8-Brian Cleme">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f27ca71fa85349d6a398a76cb8767ada-Alicia Bowl <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f27ca71fa85349d6a398a76cb8767ada-Alicia Bowl">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=262a879e87d54959bdf1e33930cc13c8-Kyle Murphy <"/o=ExchangeLabs/ou=Exchange Administrative Group | | 2/3/2017 | Browning, Dee Dee | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications on CDK and Reynolds data access issues. |

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| AUTH_00463454 | AUTH_00463456 | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F27CA71FA85349D6A398A76CB8767ADA-ALICIA BOWL <Alicia.Bowlin@authenticom.com> | Bob Monroe <Bob.Monroe@authenticom.com>; Brian Clements <Brian.Clements@authenticom.com>; Krishna Kelsey <Krishna.Kelsey@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemish <Jared.Nemish@authenticom.com>; Kyle Murphy <kyle.murphy@authenticom.com>; Garrett Sorteberg <garrett.sorteberg@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Placek <tim.placek@authenticom.com>; Reagan Lee <Reagan.Lee@authenticom.com>; Dee Dee Browning <deedee.browning@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <LoriZ@zimmercoach.com>; Kari Haun <Kari.Haun@authenticom.com>; Janice Bauercamper <janice.Bauercamper@authenticom.com>; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eee5bb702f6e8-Brian Cleme <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eee5bb702f6e8-Brian Cleme">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07f53cab6c9542d0a5c9875f4e9552a8-Krishna Kel <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07f53cab6c9542d0a5c9875f4e9552a8-Krishna Kel">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=262a879e87d54959bdf1e33930cc13c8-Kyle Murphy <"/o=ExchangeLabs/ou=Exchange Administrative Group | | 1/31/2017 | Clements, Brian | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications on CDK and Reynolds data access issues. |

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| AUTH_00463461 | AUTH_00463464 | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=07F53CAB6C9542D0A5C9875F4E9552A8-KRISHNA KEL <Krishna.Kelsey@authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Alicia Bowlin <Alicia.Bowlin@authenticom.com>; Bob Monroe <Bob.Monroe@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemish <Jared.Nemish@authenticom.com>; Kyle Murphy <kyle.murphy@authenticom.com>; Garrett Sorteberg <garrett.sorteberg@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Placek <tim.placek@authenticom.com>; Reagan Lee <Reagan.Lee@authenticom.com>; Dee Dee Browning <deedee.browning@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <LoriZ@zimmercoach.com>; Kari Haun <Kari.Haun@authenticom.com>; Janice Bauercamper <janice.Bauercamper@authenticom.com>; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eee5bb702f6e8-Brian Cleme <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eee5bb702f6e8-Brian Cleme">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f27ca71fa85349d6a398a76cb8767ada-Alicia Bowl <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f27ca71fa85349d6a398a76cb8767ada-Alicia Bowl">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis">; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=262a879e87d54959bdf1e33930cc13c8-Kyle Murphy <"/o=ExchangeLabs/ou=Exchange Administrative Group | | 2/3/2017 | Clements, Brian | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications on CDK and Reynolds data access issues. |
| AUTH_00464592 | AUTH_00464592 | Steve Cottrell <Steve@Authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Joe Noth <Joe.Noth@authenticom.com>; Lori Zimmer <LoriZ@zimmercoach.com> | | 1/5/2017 | Clements, Brian | Attorney Work Product | Confidential communication reflecting the request for and the provision of legal advice of counsel regarding operational stability for this litigation. |
| AUTH_00464595 | AUTH_00464596 | Steve Cottrell <Steve@Authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Joe Noth <Joe.Noth@authenticom.com>; Lori Zimmer <LoriZ@zimmercoach.com> | | 1/5/2017 | Clements, Brian | Attorney Work Product | Confidential communication reflecting the request for and the provision of legal advice of counsel regarding operational stability for this litigation. |

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| AUTH_00464702 | AUTH_00464704 | Alicia Bowlin <Alicia.Bowlin@authenticom.com> | Bob Monroe <Bob.Monroe@authenticom.com>; Brian Clements <Brian.Clements@authenticom.com>; Krishna Kelsey <Krishna.Kelsey@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemish <Jared.Nemish@authenticom.com>; Kyle Murphy <kyle.murphy@authenticom.com>; Garrett Sorteberg <garrett.sorteberg@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Placek <tim.placek@authenticom.com>; Reagan Lee <Reagan.Lee@authenticom.com>; Dee Dee Browning <deedee.browning@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <LoriZ@zimmercoach.com>; Kari Haun <Kari.Haun@authenticom.com>; Janice Bauercamper <janice.Bauercamper@authenticom.com>; Bob Monroe <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe">; Brian Clements <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eee5bb702f6e8-Brian Cleme">; Krishna Kelsey <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07f53cab6c9542d0a5c9875f4e9552a8-Krishna Kel">; Lucas Hembd <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd">; Matt Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley">; Jared Nemish <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis">; Kyle Murphy <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=262a879e87d54959bdf1e33930cc13c8-Kyle Murphy">; Garrett Sorteberg <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d4bf0a7bb3e045cd843f61865a3d6c66-Garrett Sor">; Ben Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e0a216c2c0634d47bd50473a79a2b130-Ben Valley">; Tim Placek <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dd495c528f2b4f77b0a2a6b4de079ad3-Tim Placek">; Reagan Lee <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a67eedb040b7409d9c91b4a0c50b26a4-Reagan Lee">; Dee Dee Browning <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=31360b2126ec42e683618a4605a92bbd-Dee Dee Bro">; Darrin Mellas <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a048358911484a7f9a9096e04e9e6997-Darrin Mell">; Lori Zimmer <"/o=ExchangeLabs/ou=Exchange Administrative Group | | 1/31/2017 | Clements, Brian | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications on CDK and Reynolds data access issues. |

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| AUTH_00464705 | AUTH_00464707 | Brian Clements </O=EXCHANGELABS/ OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/C N=RECIPIENTS/CN=2D 0CBFA131FF4C44B04E EE5BB702F6E8-BRIAN CLEME> | Alicia Bowlin <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f27ca71fa85349d6a398a76cb8767ada-Alicia Bowl">; Bob Monroe <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe">; Krishna Kelsey <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07f53cab6c9542d0a5c9875f4e9552a8-Krishna Kel">; Lucas Hembd <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd">; Matt Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley">; Jared Nemish <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis">; Kyle Murphy <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=262a879e87d54959bdf1e33930cc13c8-Kyle Murphy">; Garrett Sorteberg <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d4bf0a7bb3e045cd843f61865a3d6c66-Garrett Sor">; Ben Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e0a216c2c0634d47bd50473a79a2b130-Ben Valley">; Tim Placek <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dd495c528f2b4f77b0a2a6b4de079ad3-Tim Placek">; Reagan Lee <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a67eedb040b7409d9c91b4a0c50b26a4-Reagan Lee">; Dee Dee Browning <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=31360b2126ec42e683618a4605a92bbd-Dee Dee Bro">; Darrin Mellas <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a048358911484a7f9a9096e04e9e6997-Darrin Mell">; Lori Zimmer <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=734f68572b3e4b84b9b9c8c626529f7f-Lori_Zimmer">; Kari Haun <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=667d05b3602946c0bd65ac839f696ef3-Kari Haun">; Janice Bauercamper <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3059a68a112b4a73acddbb5dedd8de87-Janice Baue"> | | 2/1/2017 | Clements, Brian | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice regarding dealer communications. |

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| AUTH_00464720 | AUTH_00464722 | Krishna Kelsey <Krishna.Kelsey@authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Alicia Bowlin <Alicia.Bowlin@authenticom.com>; Bob Monroe <Bob.Monroe@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemish <Jared.Nemish@authenticom.com>; Kyle Murphy <kyle.murphy@authenticom.com>; Garrett Sorteberg <garrett.sorteberg@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Placek <tim.placek@authenticom.com>; Reagan Lee <Reagan.Lee@authenticom.com>; Dee Dee Browning <deedee.browning@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <LoriZ@zimmercoach.com>; Kari Haun <Kari.Haun@authenticom.com>; Janice Bauercamper <janice.Bauercamper@authenticom.com>; Brian Clements <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eeee5bb702f6e8-Brian Cleme">; Alicia Bowlin <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f27ca71fa85349d6a398a76cb8767ada-Alicia Bowl">; Bob Monroe <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e4602432d9fea3347b6424173-Bob Monroe">; Lucas Hembd <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f61df15498049d398985e39e3d56ebc-Lucas Hembd">; Matt Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9dd6d8755603446ca1f729d3df53ac80-Matt Valley">; Jared Nemish <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56f114a1c69d466b9c5efea2a97f662a-Jared Nemis">; Kyle Murphy <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=262a879e87d54959bdf1e33930cc13c8-Kyle Murphy">; Garrett Sorteberg <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d4bf0a7bb3e045cd843f61865a3d6cc66-Garrett Sor">; Ben Valley <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e0a216c2c0634d47bd50473a79a2b130-Ben Valley">; Tim Placek <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dd495c528f2b4f77b0a2a6b4de079ad3-Tim Placek">; Reagan Lee <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a67eedb040b7409d9c91b4a0c50b26a4-Reagan Lee">; Dee Dee Browning <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=31360b2126ec42e683618a4605a92bbd-Dee Dee Bro">; Darrin Mellas <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a048358911484a7f9a9096e04e9e6997-Darrin Mell">; Kari Haun <"/o=ExchangeLabs/ou=Exchange Administrative Group | | 2/3/2017 | Clements, Brian | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications on CDK and Reynolds data access issues. |
| AUTH_00464723 | AUTH_00464724 | Bob Monroe <Bob.Monroe@authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Lori Zimmer <LoriZ@zimmercoach.com>; Brian Clements <"/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0cbfa131ff4c44b04eeee5bb702f6e8-Brian Cleme"> | | 2/7/2017 | Clements, Brian | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding draft agreements and letters. |
| AUTH_00469810 | AUTH_00469812 | Joe Noth <Joe.Noth@authenticom.com> | Lori Zimmer <LoriZ@zimmercoach.com> | | 8/15/2016 | Noth, Joe | Attorney Work Product | Confidential communication compiling information and reflecting the request for legal advice of counsel regarding legal and compliance issues for this litigation. |
| AUTH_00469820 | AUTH_00469822 | Joe Noth <Joe.Noth@authenticom.com> | Lori Zimmer <LoriZ@zimmercoach.com> | | 8/15/2016 | Noth, Joe | Attorney Work Product | Confidential communication compiling information and reflecting the request for legal advice of counsel regarding legal and compliance issues for this litigation. |