# Exhibit 2

| | |
|---|---|
| **From:** | Bonomo, Christine A. |
| **To:** | Ross MacDonald; "Coleman, James T."; Rudofsky, Benjamin L. |
| **Cc:** | SERVICE-EXTERNAL-DMS-MDL; Hastert, Ethan A.; Michaels, Jessica A.; Reynolds Team |
| **Subject:** | RE: In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - Authenticom Revised Logs & Production |
| **Date:** | Wednesday, February 27, 2019 8:39:28 PM |

Ross,

Under the parties' agreed schedule, meet-and-confers were to be completed by February 20, 2019, which plaintiffs agreed to extend a day to accommodate Defendants, who had not even requested a meet-and-confer until February 20.  Accordingly, we believe your requests for additional information are untimely.  In any case, we have already provided sufficient information to establish privilege over these documents.

Kind regards,

Christine

---

**From:** Ross MacDonald [mailto:RMacDonald@gibbsbruns.com]
**Sent:** Monday, February 25, 2019 8:37 PM
**To:** Bonomo, Christine A. <cbonomo@kellogghansen.com>; 'Coleman, James T.' <JColeman@mayerbrown.com>; Rudofsky, Benjamin L. <brudofsky@kellogghansen.com>
**Cc:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>; Hastert, Ethan A. <EHastert@mayerbrown.com>; Michaels, Jessica A. <JMichaels@mayerbrown.com>; ReynoldsTeam (gibbsbruns.com) <reynoldsteam@gibbsbruns.com>
**Subject:** RE: In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - Authenticom Revised Logs & Production

Christine,

As discussed on the call the other day, Reynolds has a few additional questions regarding the "common interest" privilege that Authenticom is claiming with a variety of other entities and individuals.  We have raised a number of these issues on prior meet and confers, but like on the call last week, we still have not received clear or certain answers on them.  The questions are outlined below.  We would appreciate answers to these questions in a timely manner.  If, however, we do not receive answers to these questions by end of the day on Wednesday, February 27, please assume that the Defendants are going to challenge the appropriateness of the asserted privilege for all of the purported "common interest" communications (among other challenges).

**I.    Asserted Common Interests**

- Please define the common interest Authenticom is asserting (for the time period of January 1, 2013 through May 1, 2017) with the following entities (*E.g.,* PRIV_0539; 0416) (together, the "CI Entities"):
    - Autoloop
    - Dominion
    - Advent Resources
    - ELeads
    - MOC Products
    - DARCARS

- To the extent you are asserting a common interest among multiple of the CI entities please define that common interest and tell us which CI entities share which common interest being asserted.  Also, please identify when that common interest first arose.

- If different from the above, please define the common interest Authenticom is asserting, as of May 2015, with

Dominion Enterprises. (*See, e.g.,* PRIV_0463).

- Does Authenticom allege that it has a continuing common interest with any or all of the CI Entities? If so, which ones? If not, when did it end?

II.   **Attorney Representation**

- A number of the withheld, common interest documents purport to contain the legal advice of Marc Schildkraut of Cooley LLP (*E.g.,* PRIV_0539).

    - From previous meet and confers, it is our understanding that Cooley LLP represented Authenticom and Dominion for at least part of the period covered by this privilege log, but none of the other CI Entities. Is that accurate? To the best of Authenticom's knowledge, during the period of time covered by the privilege log, did Cooley LLP ever represent any of the other CI Entities?

    - When did Cooley represent Authenticom? When did it end? Does it still represent Authenticom today?

    - Was Cooley's representation of Authenticom and Dominion a *joint* representation, or did Cooley represent each client individually?

- A number of the 'common interest' communications also purport to contain or reflect the legal advice of Davis Polk. (*E.g.,* PRIV_0032, 416). It is our understanding (from previous meet and confers) that Davis Polk represented Dominion during this time period, but none of the other CI Entities or Authenticom. Is that accurate? Did Davis Polk ever represent Authenticom, or to Authenticom's knowledge, any of the other CI Entities, during the period of time covered by the privilege log? If so, which ones?

- A couple of the 'common interest' communications purport to contain or reflect the legal advice of Gary Stegmaier (then of Goodwin Proctor). (*E.g.,* PRIV_1958). To the best of Authenticom's knowledge, during the period of time covered by the privilege log ,did Gary Stegmaier or Goodwin Proctor ever represent Dominion or any  the other CI Entities?

- A couple of the "common interest" communications are shared with a Peter Levitas of Arnold & Porter (e.g., PRIV_1306). During the time period covered by the privilege log, did Arnold & Porter ever represent Authenticom? To the best of Authenticom's knowledge, did Arnold & Porter ever represent any of the other CI Entities during this period? If so, who?

III.   **BMO Harris**

- Please define the common interest that Authenticom shares or shared with BMO Harris Bank. (*e.g.,* PRIV_0296). Also, please identify when that common interest first arose, and whether it still exists today.

IV.   **Motormindz**

- Please define the common interest that Authenticom shares or shared with Motormindz (e.g., PRIV_ 1409).  Also, please identify when that common interest first arose, and whether it still exists today.

Thanks.  Let me know if you have any questions.

**Ross MacDonald**
**Gibbs & Bruns LLP**
1100 Louisiana Suite 5300 Houston, TX 77002
713.751.5231 direct | 713.650.8805 main | 713.750.0903 fax

**From:** Bonomo, Christine A. <cbonomo@kellogghansen.com>
**Sent:** Friday, February 22, 2019 5:56 PM
**To:** 'Coleman, James T.' <JColeman@mayerbrown.com>; Rudofsky, Benjamin L. <brudofsky@kellogghansen.com>
**Cc:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>; Hastert, Ethan A. <EHastert@mayerbrown.com>; Michaels, Jessica A. <JMichaels@mayerbrown.com>
**Subject:** RE: In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - Authenticom Revised Logs & Production

Jessica,

Please see the attached correspondence.

Kind regards,

Christine

---

**From:** Coleman, James T. [mailto:JColeman@mayerbrown.com]
**Sent:** Wednesday, February 20, 2019 11:41 AM
**To:** Rudofsky, Benjamin L. <brudofsky@kellogghansen.com>
**Cc:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>; Hastert, Ethan A. <EHastert@mayerbrown.com>; Michaels, Jessica A. <JMichaels@mayerbrown.com>
**Subject:** RE: In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - Authenticom Revised Logs & Production

Benjamin,

Thank you for providing Authenticom's revised privilege and redaction logs. We understand that the Stipulation entered by the Court on January 15, 2019 requires that meet and confers on various privilege log issues occur by February 20, 2019. However, due to scheduling conflicts on our end, we are unable to convene today. Defendants propose a global meet and confer on all outstanding privilege log issues tomorrow. We are available between 11 am and 3 pm Central. Please let us know if that works for Plaintiffs and, if so, what time you'd like to start.

We would like to discuss on a meet and confer our continuing concerns with the logs, including following issues:

1. The revised privilege and redaction logs contain third-party senders and recipients. We would like to discuss the reasons for Authenticom's view that those third parties do not break privilege.
2. The revised privilege and redaction logs contain distribution lists. We would like Authenticom to comply with the parties' global agreement to identify the current purpose of each list and the current number of people on each list.
3. The revised privilege and redaction logs contain assertions of common interest. Where asserted in the log, we would like Authenticom to explain the basis for common interest.
4. The revised privilege and redaction logs contain entries described as communications that, in contravention of the ESI stipulation, do not identify the author or recipient of the communication.

We look forward to discussing these and other issues during a meet and confer.

Regards,

James

---

**James T. Coleman**
Associate, Litigation
Mayer Brown LLP
T. +1 312-701-8276
E. jcoleman@mayerbrown.com

---

**From:** Briggs, Kimberly A. <kbriggs@kellogghansen.com>
**Sent:** Saturday, February 09, 2019 12:26 AM
**To:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - Authenticom Revised Logs & Production

**\*\*EXTERNAL SENDER\*\***

Counsel -

Please see attached correspondence on behalf of Benjamin Rudofsky. Below is a link to download this production via FTP. An encryption password will follow separately.

Kind regards,

**Kimberly A. Briggs**
**Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036
phone: 202-367-7822, fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**Secure File Downloads:**
Available until: **23 February 2019**

Click links to download:

**AUTH_018.zip**
38.61 MB, Fingerprint: 78dd5ca2359bef6395aabe2baa3e87af (What is this?)

**AUTH_Replacements 20190208.zip**
240.22 KB, Fingerprint: c42ae232a349ebb2ad1e9e52c65ff711 (What is this?)

You have received secure links within this email sent via Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. Secure File Sharing. To retrieve the files, please click on the links above. To learn how your company can benefit from Accellion Secure File Sharing, please visit http://www.accellion.com

Secured by Accellion

---

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our [Privacy Notice](#).