# Exhibit 4



09/14/2018

## CDK Global Completes Acquisition of ELEAD1ONE

HOFFMAN ESTATES, Ill. - September 14, 2018 - CDK Global, Inc. (Nasdaq: CDK), a leading enabler of end-to-end automotive commerce, announced that it has received all customary regulatory approvals and has completed the acquisition of ELEAD1ONE, a leading provider of fully integrated Customer Relationship Management (CRM) software solutions for automotive dealers.

"This combination of two industry leaders provides our dealer customers with a best-in-class customer acquisition and retention platform," said Brian MacDonald, president and CEO, CDK Global. "ELEAD1ONE's innovative CRM, service and call center solutions delivered through a integrated service platform complement the focus CDK places on delivering business-essential solutions with an outstanding experience for dealers."

The acquisition is expected to be modestly dilutive to earnings in fiscal 2019 and accretive to earnings by fiscal 2020. CDK will provide additional information about the acquisition along with updated guidance when it reports FY2019 Q1 results.

About CDK Global

With more than $2 billion in revenues, CDK Global (Nasdaq: CDK) is a leading global provider of integrated information technology and digital marketing solutions to the automotive retail and adjacent industries. Focused on enabling end-to-end automotive commerce, CDK Global provides solutions to dealers in more than 100 countries around the world, serving approximately 28,000 retail locations and most automotive manufacturers. CDK solutions automate and integrate all parts of the dealership and buying process from targeted digital advertising and marketing campaigns to the sale, financing, insuring, parts supply, repair and maintenance of vehicles. Visit cdkglobal.com.

We use cookies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

Accept

CDK Global Media Contact: Roxanne Pipitone

847.485.4423

Roxanne.pipitone@cdk.com

## About CDK Global

Media Center | Careers | CDK Website Privacy Statement | CDK Digital Marketing Services Privacy Statement

CDK Policies | User Agreement | Partner Program | Investor Relations | Contact Us

US: © 2019 CDK Global LLC / CDK Global is a trademark of CDK Global LLC.

 AdChoices



We use cookies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

Accept