# Exhibit 11

# ZIMMER
Coaching and Consulting

HOME   BIO   REFERENCES   SERVICES   BLOG   CONTACT

## Welcome to
## Zimmer Coaching & Consulting

Improving organizational and human behaviors that limit success isn't just our business, it is our passion.

Working in the competitive, fast-paced and uncompromising business world for 25 years, **Lori Zimmer** has seen first-hand how challenging behaviors can disrupt the flow of business practices and have a negative effect on your employee engagement, your retention rates and your bottom line. Zimmer Coaching and Consulting makes it their business to help companies like yours identify disruptive organizational and individual behaviors and then strategize, plan, and implement positive, measurable and sustainable improvement.

We look forward to getting to know your organization and helping you achieve your best performance.

> "Go confidently in the direction of your dreams. Live the life you've imagined."
>
> — Thoreau





## A Note from Lori

Hello! I am Lori Zimmer and I have been coaching Executives, teams and leaders of organizations for over 20 years. My passion lies in helping team members, leaders and companies like yours find the path to success, uncovering roadblocks that may have disrupted your progress for years and finding your momentum and drive to achieve greater goals beyond your current ability. I believe in having a strong relationship with my clients, one where I truly understand and care about your dreams and goals as much as you do. I get to know my clients well, learning about how they achieved their current success, learning what keeps them up at night, and uncovering those big dreams that lie ahead. I promise to engage with you directly to understand who you are and what makes you tick. I promise to bring to you the best coaching and consulting I can possibly offer. I promise to be authentic, direct, straight-forward, genuine, kind and honest with

Case: 1:18-cv-00864 Document #: 540-13 Filed: 03/01/19 Page 3 of 5 PageID #:20969



## A Note from Lori

Hello! I am Lori Zimmer and I have been coaching Executives, teams and leaders of organizations for over 20 years. My passion lies in helping team members, leaders and companies like yours find the path to success, uncovering roadblocks that may have disrupted your progress for years and finding your momentum and drive to achieve greater goals beyond your current ability. I believe in having a strong relationship with my clients, one where I truly understand and care about your dreams and goals as much as you do. I get to know my clients well, learning about how they achieved their current success, learning what keeps them up at night, and uncovering those big dreams that lie ahead. I promise to engage with you directly to understand who you are and what makes you tick. I promise to bring to you the best coaching and consulting I can possibly offer. I promise to be authentic, direct, straight-forward, genuine, kind and honest with you. I also promise to hold you accountable to the success you dream about.

I look forward to working and achieving with you.

All the best,

*Lori*



**Recent News & Updates**

**What is in your way?**
June 14, 2016
I often hear people in organizations talking about frustrations, irritations, and the red tape that gets in their way; These things that keep you from making progress on what you really want to be working on. I also hear about the time blockers, the…

**Contact Info**

Menomonee Falls, WI 53052

262.442.0317

loriz@zimmercoach.com

Copyright © Zimmer Coaching & Consulting







### Coaching

Our coaching services include one on one programs designed to identify and address individual development needs as they relate to supporting the overall strategy of the organization. Emphasis is placed on self-awareness, skill development, behavioral change and personal accountability.

More Info



### Consulting

We will use our assessment process to determine your organizational blocks, issues and challenges to effective performance. We strategize with our clients to develop plans of action, make recommendations for improvement and we will help to drive your new process to completion.

More Info



### Training & Facilitation

We provide facilitation for executive sessions, mission/vision/strategic meetings, goal sessions, as well as interpersonal and team conflict scenarios.

Our training classes include coaching, employee empowerment, employee engagement, communication and listening, ownership and accountability, and more.

More Info



### Help you Grow –

Our passion lies in helping you uncover a pathway to achieve your goals. We hold you accountable to that path. We succeed when you succeed.







