## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

*In re Dealer Management Systems Antitrust Litigation*, MDL 2817

*This document relates to:*

*Authenticom, Inc. v. CDK Global, LLC et al.,* Case No. 1:18-cv-00868 (N.D. Ill.)

No. 1:18-CV-864

Hon. Robert M. Dow, Jr.

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF MOTION TO COMPEL PLAINTIFF AUTHENTICOM TO PRODUCE THIRD-PARTY COMMUNICATIONS OR, IN THE ALTERNATIVE, SUBMIT SUCH COMMUNICATIONS FOR IN CAMERA REVIEW

To: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, March 26, 2019 at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Magistrate Judge Jeffrey T. Gilbert or any judge sitting in his stead, in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present DEFENDANT'S MOTION TO COMPEL PLAINTIFF AUTHENTICOM TO PRODUCE THIRD-PARTY COMMUNICATIONS OR, IN THE ALTERNATIVE, SUBMIT SUCH COMMUNICATIONS FOR IN CAMERA REVIEW, a copy of which is attached and served upon you.

Dated: March 1, 2019                          Respectfully submitted,

/s/ Britt M. Miller                           /s/ Aundrea K. Gulley
Britt M. Miller                               Aundrea K. Gulley
Matthew D. Provance                           Brian T. Ross
MAYER BROWN LLP                               GIBBS & BRUNS LLP
71 South Wacker Drive                         1100 Louisiana Street, Suite 5300
Chicago, IL 60606                             Houston, TX 77002

(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

       I, Aundrea Gulley, an attorney, hereby certify that on March 1, 2019, I caused a true and correct copy of the foregoing DEFENDANTS' NOTICE OF MOTION TO COMPEL PLAINTIFF AUTHENTICOM TO PRODUCE THIRD-PARTY COMMUNICATIONS OR, IN THE ALTERNATIVE, SUBMIT SUCH COMMUNICATIONS FOR IN CAMERA REVIEW, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                        */s/ Aundrea Gulley*
                        Aundrea K. Gulley
                        GIBBS & BRUNS LLP
                        1100 Louisiana Street, Suite 5300
                        Houston, TX 77002
                        (713) 751-5258
                        agulley@gibbsbruns.com