# Exhibit 4

# Coleman, James T.

| | |
|---|---|
| **From:** | Coleman, James T. |
| **Sent:** | Wednesday, February 20, 2019 10:40 AM |
| **To:** | dguarnera@kellogghansen.com |
| **Cc:** | SERVICE-EXTERNAL-DMS-MDL; Hastert, Ethan A.; Michaels, Jessica A. |
| **Subject:** | RE: In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - AutoLoop Revised Logs & Production |
| **Attachments:** | 2019 02 08 AutoLoop Revised Privilege Log - Challenges (02.20.19) (731411337_1).xlsx; 2019 02 08 Autoloop Revised Redaction Log - Challenges (02.20.19) (731411346_1).xlsx |

**\*\*EXTERNAL SENDER\*\***

Daniel,

Thank you for providing AutoLoop's revised privilege and redaction logs. We understand that the Stipulation entered by the Court on January 15, 2019 requires that meet and confers on various privilege log issues occur by February 20, 2019. However, due to scheduling conflicts on our end, we are unable to convene today. Defendants propose a global meet and confer on all outstanding privilege log issues tomorrow. We are available between 11 am and 3 pm Central. Please let us know if that works for Plaintiffs and, if so, what time you'd like to start.

We would like to discuss on a meet and confer our continuing concerns with the logs, including the following issues:

1. The revised privilege and redaction logs contain third-party senders and recipients. We would like to discuss the reasons for AutoLoop's view that those third parties do not break privilege.
2. The revised privilege and redaction logs contain assertions of common interest. Where asserted in the log, we would like AutoLoop to explain the basis for common interest.
3. The revised privilege and redaction logs contain entries described as communications that, in contravention of the ESI stipulation, do not identify the author or recipient of the communication.

We look forward to discussing these and other issues during a meet and confer.

Regards,

James

---

**James T. Coleman**
Associate, Litigation
Mayer Brown LLP
T. +1 312-701-8276
E. jcoleman@mayerbrown.com

---

**From:** Briggs, Kimberly A. <kbriggs@kellogghansen.com>
**Sent:** Saturday, February 09, 2019 6:09 AM
**To:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - AutoLoop Revised Logs & Production

**\*\*EXTERNAL SENDER\*\***

1

Counsel -

Please see attached correspondence on behalf of Daniel Guarnera. Below is a link to download these materials via FTP. An encryption password will follow separately.

Kind regards,

**Kimberly A. Briggs**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036
phone: 202-367-7822, fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**Secure File Downloads:**
Available until: **23 February 2019**

Click links to download:

**AL_MDL_007.zip**
43.73 MB, Fingerprint: 18c063939755cc2918a59501f232b149 (What is this?)

**AL_MDL_Replacements 20190208.zip**
12.03 MB, Fingerprint: a1ee284ad96ac5ce416e4411b9cb10fd (What is this?)

You have received secure links within this email sent via Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. Secure File Sharing. To retrieve the files, please click on the links above. To learn how your company can benefit from Accellion Secure File Sharing, please visit http://www.accellion.com

Secured by Accellion

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.