**PUBLIC VERSION**

# Exhibit 5
# Filed Under Seal