**PUBLIC VERSION**

# Exhibit 8

## Coleman, James T.

| | |
|---|---|
| **From:** | Coleman, James T. |
| **Sent:** | Wednesday, February 20, 2019 10:42 AM |
| **To:** | ddorris@kellogghansen.com |
| **Cc:** | SERVICE-EXTERNAL-DMS-MDL; Hastert, Ethan A.; Michaels, Jessica A. |
| **Subject:** | RE: In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - Cox Automotive Revised Privilege Log and Production |
| **Attachments:** | CDK - Cox Privilege Log Revised Challenges 2.20.2019.xlsx |

**\*\*EXTERNAL SENDER\*\***

Daniel,

Thank you for your revised privilege log. We understand that the Stipulation entered by the Court on January 15, 2019 requires that meet and confers on various privilege log issues occur by February 20, 2019. However, due to scheduling conflicts on our end, we are unable to convene today. Defendants propose a global meet and confer on all outstanding privilege log issues tomorrow. We are available between 11 am and 3 pm Central. Please let us know if that works for Plaintiffs and, if so, what time you'd like to start.

We would like to discuss on a meet and confer our continuing concerns with the log, with a focus on the following issues:

1. The revised privilege log identifies "Cox Legal Department" as the relevant legal personnel for many entries. We would like Cox to confirm that "Cox Legal Department" refers to either (1) an attorney or (2) a paralegal acting on behalf of an attorney.
2. The revised privilege log does not identify document custodians. We would like Cox to provide custodian information for each entry.
3. The revised privilege log contains entries referring to the "impressions" of counsel. A reference to the "impressions" of counsel does not assert that the communication involves the provision of legal advice.
4. The revised privilege log contains third-party senders and recipients. We would like to discuss the reasons for Cox's view that those third parties do not break privilege.
5. The revised privilege log contains distribution lists. We would like Cox to comply with the parties' global agreement to identify the current purpose of each list and the current number of people on each list.
6. The revised privilege log contains many entries with descriptions beginning "See Log ID" with a reference to a prior entry. We would like Cox to address whether the "See" is intended to duplicate the entire prior entry or just the document description.
7. The revised privilege log contains references to CDK and Reynolds' purported "misrepresentations." We find these references gratuitous and objectionable.
8. The revised privilege log contains assertions of common interest. Where asserted in the log, we would like Cox to explain the basis for common interest.

We look forward to discussing these and other issues during a meet and confer.

Regards,

James

---

**James T. Coleman**
Associate, Litigation
Mayer Brown LLP

T. +1 312-701-8276
E. jcoleman@mayerbrown.com

---

**From:** Briggs, Kimberly A. <kbriggs@kellogghansen.com>
**Sent:** Friday, February 08, 2019 11:27 PM
**To:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - Cox Automotive Revised Privilege Log and Production

**\*\*EXTERNAL SENDER\*\***

Counsel -

Please see attached correspondence on behalf of Daniel Dorris.  Below is a link to download these materials via FTP.  Encryption passwords will follow separately.

Kind regards,

**Kimberly A. Briggs**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036
phone: 202-367-7822, fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**Secure File Downloads:**
Available until: **22 February 2019**

Click links to download:

**COX-009.zip**
703.22 MB, Fingerprint: 1e3df459b00538cccca0dbe3f6ea3f42 (What is this?)

**COX-010.zip**
3.90 MB, Fingerprint: 65b0a933635ad5e5cbbf2d8181a56640 (What is this?)

You have received secure links within this email sent via Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. Secure File Sharing. To retrieve the files, please click on the links above. To learn how your company can benefit from Accellion Secure File Sharing, please visit http://www.accellion.com

Secured by Accellion

---

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

**PUBLIC VERSION**

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our [Privacy Notice](#).