PUBLIC VERSION

# Exhibit 12
# Filed Under Seal