# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                      Plaintiff,

v.

                      Case No.: 1:18−cv−00864
                      Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Dealership Class Plaintiffs have filed a Motion to Compel Production of Inadequately Logged Documents from Defendants' Privilege Logs and To Compel Discovery of Drafting Agreements [535]. Pursuant to the parties' Stipulation [496], the Motion [535] is briefed as follows: Defendants' response is due 3/15/19, and Class Plaintiffs' reply is due 3/22/19. The Motion [535] is noticed for presentment on 3/7/19 at 9:15 a.m., and that date is stricken with no appearance required. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.