# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
## Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                Plaintiff,

v.

CDK Global, LLC, et al.

                Defendant.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2019:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant CDK Global, LLC filed a Motion to Compel Production of Documents Withheld or Redacted by Plaintiffs Loop, LLC d/b/a/ Autoloop and Cox Automotive, Inc. or, In the Alternative, for an In Camera Inspection of the Challenged Documents [543]. Pursuant to the parties' Stipulation [496], the Motion [543] is briefed as follows: Plaintiffs Loop, LLC d/b/a/ Autoloop and Cox Automotive, Inc.'s response is due 3/15/19, and Defendant CDK's reply is due 3/22/19. The Motion [543] is noticed for presentment on 3/26/19 at 9:15 a.m., and that date is stricken with no appearance required. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.