# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
## Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                Plaintiff,

v.                                Case No.: 1:18−cv−00864

                                     Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held and discussion held on the record concerning possible resolution to objections to Magistrate Judge ruling [483]. Parties are to advise the Court, either in a joint status report or an e−mail to the Courtroom Deputy copied to all counsel of record, whether they accept the Court's proposal and will withdraw the objections. If not, the Court will issue a ruling by mail and may hold a further hearing with questions provided to counsel in advance. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.