IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation.* MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| The Dealership Class Action | Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION REGARDING DEADLINE FOR
MOTION TO DISMISS CDK'S COUNTERCLAIMS
AND PAGE LIMITS**

The Dealership Class Plaintiffs ("Dealership Plaintiffs") and Defendant CDK Global, LLC ("CDK"), (collectively, the "Parties"), by and through their undersigned counsel jointly submit this Stipulation and proposed Order regarding the deadlines for briefing on the Dealership Plaintiffs' forthcoming motion to dismiss CDK's counterclaims and leave to file additional pages.

WHEREAS, on January 25, 2019, Judge Robert M. Dow issued his ruling on CDK's motion to dismiss the Dealership Plaintiffs' Consolidated Complaint;

WHEREAS, CDK filed its timely Answer to Dealership Plaintiffs' Consolidated Complaint and three Counterclaims on February 22, 2019;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Dealership Plaintiffs' response to CDK's counterclaims is currently due on March 15, 2019;

WHEREAS, this Court's Local Rule 7.1 requires parties to seek leave of the court to file additional briefing beyond 15 pages;

WHEREAS, to allow sufficient time for review and response and to adequately address the three counterclaims, the above-named Parties have reached the following stipulation with regard to an extension of time of the motion to dismiss CDK's counterclaims and seek this Court's leave to file excess pages as detailed below.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the deadlines regarding briefing on Dealership Plaintiffs' motion to dismiss CDK's counterclaims, and the page limits for such briefing shall be:

| | |
|---|---|
| Dealership Plaintiffs' Motion to Dismiss CDK's Counterclaims - no more than 25 pages (inclusive of any conclusion, but exclusive of signature blocks) | March 29, 2019 |
| CDK's Opposition to Plaintiffs' Motion to Dismiss CDK's Counterclaims - no more than 25 pages (inclusive of any conclusion, but exclusive of signature blocks) | April 19, 2019 |
| Dealership Plaintiffs' Reply in Support of CDK's Counterclaims - no more than 15 pages (inclusive of any conclusion, but exclusive of signature blocks) | May 3, 2019 |

STIPULATED AND AGREED:

/s/ *Peggy J. Wedgworth*
Peggy J. Wedgworth
Elizabeth McKenna
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Plaintiffs*

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

DATED: March 15, 2019

SO ORDERED:

_____
Hon. Robert M. Dow, Jr
UNITED STATES DISTRICT COURT JUDGE

3