**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Motor Vehicle Software Corp. v. CDK Global, Inc., et al.*, Case No. 1:18-cv-865 (N.D. Ill.)<br><br>*Authenticom, Inc. v. CDK Global, LLC, et al.,* Case No. 1:18-cv-00868 (N.D. Ill.)<br><br>*Cox Automotive, Inc, et al. v. CDK Global, LLC*, Case No. 1:18-cv-1058 (N.D. Ill.)<br><br>*Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**INDIVIDUAL AND VENDOR CLASS PLAINTIFFS' MOTION TO WITHDRAW
BENJAMIN L. RUDOFSKY AND JASON W. ETHRIDGE AS COUNSEL
AND REQUEST REMOVAL FROM SERVICE LIST**

TO THE COURT AND ALL PARTIES OF RECORD:

Benjamin L. Rudofsky and Jason W. Ethridge, of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., hereby move to withdraw as counsel for Plaintiffs Authenticom, Inc., Autoloop, Autotrader.com, Inc., Cox Automotive, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Blue Book Co. Inc., Loop LLC, Motor Vehicle Software Corporation, VinSolutions, Inc., Xtime, Inc., vAuto, Inc. (collectively, "Individual and Vendor Class Plaintiffs") in the above-captioned matters. Derek T. Ho of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and all other counsel of record, will continue to serve as counsel for the

1

Individual and Vendor Class Plaintiffs and all future correspondence and papers in this action should continue to be directed to them.

Dated: March 15, 2019

                                                     Respectfully submitted,

                                                     */s/ Jason W. Ethridge*
                                                     Jason W. Ethridge
                                                     Benjamin L. Rudofsky
                                                     Derek T. Ho
                                                     **KELLOGG, HANSEN, TODD,**
                                                        **FIGEL & FREDERICK, P.L.L.C.**
                                                     1615 M Street, N.W., Suite 400
                                                     Washington, D.C. 20036
                                                     (202) 326-7900
                                                     brudofsky@kellogghansen.com
                                                     jethridge@kellogghansen.com
                                                     dho@kellogghansen.com

                                                     *Counsel for Individual and Vendor Class Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Jason W. Ethridge, an attorney, hereby certify that on March 15, 2019, I caused a true and correct copy of the foregoing **INDIVIDUAL AND VENDOR CLASS PLAINTIFFS' MOTION TO WITHDRAW BENJAMIN L. RUDOFSKY AND JASON W. ETHRIDGE AS COUNSEL AND REQUEST REMOVAL FROM SERVICE LIST** to be filed electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all counsel of record by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      */s/ Jason W. Ethridge*
Jason W. Ethridge
**KELLOGG, HANSEN, TODD,**
  **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jethridge@kellogghansen.com