# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Dealer Management Systems Antitrust Litigation

Case Number: MDL No. 2817; 18-cv-864

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs i3 Brands, Inc. and PartProtection, LLC

Attorney name (type or print): Lauren C. Tortorella

Firm: BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

Street address: 333 W. Wacker Dr., Suite 1900

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6324761
(See item 3 in instructions)

Telephone Number: (312) 212-4949

Email Address: ltortorella@beneschlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 15, 2019

Attorney signature: S/ Lauren C. Tortorella
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015