IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-00864 |
| *This document relates to:* <br> THE DEALERSHIP CLASS ACTION | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF JAMES KINZER**

I, James Kinzer, have knowledge of the information contained herein and declare as follows:

1. I am an attorney, and I have been licensed and authorized to practice law in the State of Illinois since 2010. I am employed by CDK Global, LLC ("CDK") as an attorney for the company, and my current title is Legal Counsel. I have held that position since October 2014, when CDK spun off from its former parent corporation, Automatic Data Processing, Inc. ("ADP"). Prior to the spinoff, I had held the title of Legal Counsel at ADP since February 2013.

2. As Legal Counsel for CDK, I am knowledgeable regarding ongoing and past projects undertaken to provide legal support for CDK, including, but not limited to, litigation, corporate governance, mergers and acquisitions, corporate transactions, corporate strategy, data security, data privacy, internal controls, and compliance. While I have been directly involved in certain of these projects, I have personal knowledge of the others through my work at CDK and based upon my interactions with colleagues in CDK's legal department.

3. CDK's in-house and outside counsel frequently work with consultants and vendors, including, but not limited to, investment bankers, economic consultants, strategic communications

1

consultancy firms, and cyber security consultants, each of whom assist CDK's counsel in providing legal advice and, in some cases, representing CDK in ongoing legal matters. Certain of CDK's engagements are described below.

### Aberdeen Strategies

4. ███████████████████████████████████████
███████████████████████████████████████
██████████████████████████

5. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

6. ███████████████████████████████████████
███████████████████████████████████████
██████████████████████████

### Joele Frank Wilkinson Brimmer Katcher

7. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████

8. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████

**Morgan Stanley**

9. ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

10. ███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

**NERA Economic Consulting**

11. ███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████

12. ███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████

**Sard Verbinnen & Co.**

13. ████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

14. ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

15. ████████████████████████████████████

███████████████████████████████████████████████

████████████████████████

**Secureworks Inc.**

16. ████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████

17. ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████

████████████████

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on March 15, 2019 in Hoffman Estates, Illinois.

_____
James Kinzer