# Exhibit 3

PUBLIC VERSION

**Archived:** Friday, March 15, 2019 10:58:18 AM
**From:** Leo Caseria
**Sent:** Fri, 8 Feb 2019 17:28:35
**To:** Mallary Maryland; FW-CLIENT-CDK-MDL-Team; dmsteam@milberg.com; EXTERNAL-DMS-MDL@lists.kellogghansen.com; SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com
**Cc:** rac@cliffordlaw.com; Reynolds-SMRH-Pldgs; Reynolds Team; kstetsko@perkinscoie.com; cteichner@perkinscoie.com; Ross MacDonald; Brian T. Ross; smm@cliffordlaw.com; Dan Nordin
**Subject:** RE: In re Dealer Management System Antitrust Litig.,MDL 2817, Case No. 18-CV-8645 (N.D. Ill.)
**Sensitivity:** Normal
**Attachments:**
2019-02-08 - Reynolds Privilege Log.XLSX; Reynolds Email Distribution Lists Appearing On Privilege Log.pdf;

---

**\*\*EXTERNAL SENDER\*\***

Dear Counsel,

Pursuant to the parties' recent meet and confers regarding privilege logs, please see the attached revised privilege log for Reynolds, and a corresponding chart of certain Reynolds email distribution lists. The previously provided Reynolds privilege log key still applies and has not been further revised.

Certain documents have been removed from Reynolds's privilege log as a result of the meet and confer process (or downgraded from withhold to redact) and were produced earlier today in the email below. Brian Ross's cover letter accompanying that production refers to this email at the end of the first paragraph.

Leo

**Leo D. Caseria** | Partner
+1 213-617-4206 | direct
LCaseria@sheppardmullin.com | Bio

## SheppardMullin

333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Mallary Maryland <MMaryland@gibbsbruns.com>
**Sent:** Friday, February 8, 2019 3:02 PM
**To:** CDK-MDL-Team@mayerbrown.com; dmsteam@milberg.com; EXTERNAL-DMS-MDL@lists.kellogghansen.com; SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com
**Cc:** rac@cliffordlaw.com; Reynolds-SMRH-Pldgs <reynolds-smrh-pldg@sheppardmullin.com>; Reynolds Team <ReynoldsTeam@gibbsbruns.com>; kstetsko@perkinscoie.com; cteichner@perkinscoie.com; Ross MacDonald <RMacDonald@gibbsbruns.com>; Brian T. Ross <bross@gibbsbruns.com>; smm@cliffordlaw.com
**Subject:** In re Dealer Management System Antitrust Litig.,MDL 2817, Case No. 18-CV-8645 (N.D. Ill.)

Dear Counsel:

Please see attached correspondence regarding Reynolds Production Volume REYMDL_031. Below is a link to download this production.

https://gibbsbruns.sharefile.com/d-s82a8210121e45039

Thank you!



**Mallary Maryland** | Paralegal
**Gibbs & Bruns LLP** | 1100 Louisiana Suite 5300 | Houston, Texas 77002
o 713.751.5285 direct|  www.gibbsbruns.com  |  mmaryland@gibbsbruns.com

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**Reynolds Email Distribution Lists Appearing On Privilege Log**

| Email Address | Number of members | General purpose |
|---|---|---|
| ARS 01 AVPs <ARS1AVPs@reyrey.com> | 12 | Communication to some DMS sales Area Vice Presidents and Vice Presidents |
| BuySellContracts <BuySellContracts@reyrey.com> | 28 | Communication relating to ordering services and creating contracts for ERA |
| CDF-Dayton <CDF-Dayton@reyrey.com> | 4 | Communication relating to ERA customer files |
| DataSecurity </O=REYNOLDS & REYNOLDS/OU=DAYTON CAMPUS/CN=RECIPIENTS/CN=DATASECURITY> | 4 | Communication relating to product level data security questions and issues |
| DLC Quotes <DLCQuotes@reyrey.com> (renamed RSIQuotes@reyrey.com) | 8 | Communication relating to the technical services needed for various customer projects on the ERA DMS |
| DSV_Communication <DSV_Communication@reyrey.com> | 0 | Not currently used |
| RCI_Deployment </O=REYNOLDS & REYNOLDS/OU=Dayton Campus/cn=Recipients/cn=RCI_Deployment> | 11 | Communication relating to orders/terminations of RCI interface packages |
| Reynolds Information Security <InfoSecurity@reyrey.com> | 5 | Communication relating to information security |
| Sales Administration </O=REYNOLDS & REYNOLDS/OU=Dayton Campus/cn=Recipients/cn=SalesAdministration> | 0 | Not currently used |
| SoftwareAudit <SoftwareAudit@reyrey.com> | 53 | Communication relating to software billing audits of ERA customers |
| TAC Bates_DRs <TACBates_DRs@reyrey.com> | 4 | Communication to direct reports of Dave Bates |
| TAC Software Managers <TAC_Software_Managers@reyrey.com> | 8 | Communication to Technical Assistance Center (TAC) software managers |
| TAC Software Supvs <TACSoftwareSupvs@reyrey.com> | 14 | Communication to Technical Assistance Center (TAC) supervisors |

**PUBLIC VERSION**

-2-

| Terminations <Terminations@reyrey.com> | 22 | Communication relating to termination requests from dealerships |

Notes:
1. Information listed above is as of December 2018.