**PUBLIC VERSION**

# Exhibit 8

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

**MILBERG TADLER PHILLIPS GROSSMAN** LLP

One Pennsylvania Plaza 19th Floor ● New York, NY 10119 ● 212.594.5300 ● F 212.868.1229 ● www.milberg.com

January 29, 2019

<u>VIA EMAIL</u>

Britt M. Miller, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Aundrea K. Gulley, Esq.
Gibbs & Bruns LLP
1100 Louisiana Street
Houston, TX 77002

       Re:    *In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

Dear Britt and Andi:

      It is apparent that defendants have withheld numerous documents relating to the February 2015 agreements between CDK and Reynolds, including the Data Exchange Agreement ("DEA"), the 3PA Agreement, and the Reynolds Interface Agreement (collectively, "Agreements"), on grounds of privilege.[1] There appears to be no basis for the assertion of privilege.

      Mr. Brockman's January 16, 2019 deposition indicates that CDK and Reynolds's attorneys were involved in drafting the DEA, including Section 4.5's self-serving statement that "this Section 4.5 is not intended as a 'covenant not to compete.'" *See* ███████████

███████████████████████████████████████████

███████████")███████████(

███████████████████████).

---

[1] *See, e.g.,* (i) CDK Privilege Log, Entries CDK_Priv_0000562-563, 0000735-741, 0004447; and (ii) Reynolds Privilege Log, Entries 872-79, 1095-1115, 3049, 3874.

**PUBLIC VERSION**

Britt M. Miller, Esq.
Aundrea K. Gulley
Page 2


CDK has affirmatively relied on Section 4.5's "covenant not to compete" language to dispute Dealership Plaintiffs' allegations. *See* Dkt. 265, at 21 n.12. For that reason alone, we believe that we are entitled to production of all responsive discovery concerning the Agreements, even if such discovery could otherwise be deemed privileged. *See Patrick v. City of Chicago*, 154 F. Supp. 3d 705, 711-12 (N.D. Ill. 2015). Accordingly, Plaintiffs request production of all withheld documents concerning the Agreements. We also reserve our rights to seek additional discovery concerning these matters, as appropriate.

Very truly yours,

*/s/ Robert A. Wallner*          */s/ Michael Nemelka*
Robert A. Wallner          Michael N. Nemelka


cc: SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com


MILBERG TADLER PHILLIPS GROSSMAN LLP