# Exhibit 9

MAYER•BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

February 12, 2019

Matthew D. Provance
Direct Tel +1 312 701 8598
Direct Fax +1 312 706 9397
mprovance@mayerbrown.com

BY E-MAIL

Robert A. Wallner
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza
New York, NY 10119

Re: *In re Dealer Management Systems Antitrust Litig.*,
MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)

Dear Rob:

I write in response to your January 29, 2019 letter to Britt Miller and Andi Gulley, which we understand to be a request that Defendants withdraw all of their respective claims of privilege with respect to the February 2015 agreements. Defendants are aware of no basis for such a request and will not be producing their privileged documents.

First, the Reynolds witness deposition testimony cited in your letter simply reflects unremarkable references to the fact that attorneys provided advice with respect to the agreements. That fact, of course, has always been obvious from Defendants' respective privilege logs.

Second, while your letter does not expressly identify any purported basis for privilege waiver, we note for the record that neither Defendant has asserted an "advice of counsel" defense.

Third, the sole case cited in your letter is entirely inapposite, as the party claiming privilege there affirmatively conceded that the privilege had been waived in another proceeding. Here, no waiver has occurred in this or any other proceeding.

Lastly, we note that the privileged documents subject to your letter were identified in Defendants' respective privilege logs, which were first produced on November 2, 2018. Pursuant to the stipulation negotiated by the parties and entered by the Court, the deadline to challenge entries on the parties' privilege logs passed over a month ago. *See* Dkt. 496 at 3 ("January 11, 2019: Deadline for all parties to exchange any additional privilege log challenges they have to any party's privilege log."). To the extent your request now purports to encompass entries not timely challenged under the Court's deadline, it fails for that additional reason.[1]

---

[1] To the extent your request relates to any privilege log entries that were timely challenged under the agreed upon schedule, separate meet-and-confers as to those entries remain ongoing between the parties.

Mayer Brown LLP operates in combination with other Mayer Brown entities, which have offices in North America, Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.

731354254

Robert A. Wallner
February 12, 2019
Page 2

Sincerely,

*/s/ Matthew D. Provance*
Matthew D. Provance

cc: Lead MDL Plaintiff Counsel of Record
    CDK Counsel of Record
    Reynolds Counsel of Record

731354254