# Exhibit 11

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

February 22, 2019

*Via Electronic Mail*

Jessica A. Michaels
Mayer Brown
71 South Wacker Drive
Chicago, IL 60606

    Re:    *In re Dealer Management Systems Antitrust Litig.*, MDL No. 2817

Dear Jessica:

    I write regarding the distribution lists on Authenticom's privilege logs.

    Executives@authenticom.com is the distribution list for Authenticom executives. Currently, there are nine Authenticom employees on this list. Leadership@authenticom is the email distribution list for a smaller subset of Authenticom executives. Currently, there are five Authenticom employees on this list.

    During our meet and confer, I was asked if Lori Zimmer has ever been a member of either distribution list. At the outset, we note that providing information about the identities of distribution list members is outside the scope of the parties' agreement. In the spirit of compromise, however, we note that: (1) Ms. Zimmer is not a current member of either list; and (2) her membership in the past cannot be conclusively determined. In any event, her potential prior membership would not break privilege, as we have explained in previous correspondence.

                                     Kind regards,

                                     *s/ Christine A. Bonomo*

                                   Christine A. Bonomo