# Exhibit 2.1:

# Exhibit 1 to Zimmer Declaration Filed Under Seal