# Exhibit 2.2:

# Exhibit 2 to Zimmer Declaration Filed Under Seal