# Exhibit 3

| | |
|---|---|
| **From:** | Coleman, James T. |
| **To:** | Rudofsky, Benjamin L. |
| **Cc:** | SERVICE-EXTERNAL-DMS-MDL; Hastert, Ethan A.; Michaels, Jessica A. |
| **Subject:** | RE: In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - Authenticom Revised Logs & Production |
| **Date:** | Wednesday, February 20, 2019 11:41:47 AM |
| **Attachments:** | 2018 02 08 Authenticom Inc. Revised Privilege Log - Challenges (02.20.19) (731411370_1).xlsx |
| | 2019 02 08 Authenticom Revised Redaction Log - Challenges (02.20.19) (731411384_1).xlsx |

Benjamin,

Thank you for providing Authenticom's revised privilege and redaction logs. We understand that the Stipulation entered by the Court on January 15, 2019 requires that meet and confers on various privilege log issues occur by February 20, 2019. However, due to scheduling conflicts on our end, we are unable to convene today. Defendants propose a global meet and confer on all outstanding privilege log issues tomorrow. We are available between 11 am and 3 pm Central. Please let us know if that works for Plaintiffs and, if so, what time you'd like to start.

We would like to discuss on a meet and confer our continuing concerns with the logs, including following issues:

1. The revised privilege and redaction logs contain third-party senders and recipients. We would like to discuss the reasons for Authenticom's view that those third parties do not break privilege.
2. The revised privilege and redaction logs contain distribution lists. We would like Authenticom to comply with the parties' global agreement to identify the current purpose of each list and the current number of people on each list.
3. The revised privilege and redaction logs contain assertions of common interest. Where asserted in the log, we would like Authenticom to explain the basis for common interest.
4. The revised privilege and redaction logs contain entries described as communications that, in contravention of the ESI stipulation, do not identify the author or recipient of the communication.

We look forward to discussing these and other issues during a meet and confer.

Regards,

James

_____

**James T. Coleman**
Associate, Litigation
Mayer Brown LLP
T. +1 312-701-8276
E. jcoleman@mayerbrown.com

---

**From:** Briggs, Kimberly A. <kbriggs@kellogghansen.com>
**Sent:** Saturday, February 09, 2019 12:26 AM
**To:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) - Authenticom Revised Logs & Production

**\*\*EXTERNAL SENDER\*\***

Counsel -

Please see attached correspondence on behalf of Benjamin Rudofsky. Below is a link to download this production via

FTP. An encryption password will follow separately.

Kind regards,

Kimberly A. Briggs

Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.

1615 M Street, N.W. | Suite 400 | Washington, DC 20036

phone: 202-367-7822, fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**Secure File Downloads:**

Available until: **23 February 2019**

Click links to download:

**AUTH_018.zip**

38.61 MB, Fingerprint: 78dd5ca2359bef6395aabe2baa3e87af (What is this?)

**AUTH_Replacements 20190208.zip**

240.22 KB, Fingerprint: c42ae232a349ebb2ad1e9e52c65ff711 (What is this?)

You have received secure links within this email sent via Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. Secure File Sharing. To retrieve the files, please click on the links above. To learn how your company can benefit from Accellion Secure File Sharing, please visit http://www.accellion.com

Secured by Accellion

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.

# Authenticom Revised Redaction Log
# - Challenges (02.20.19)

Authentichism, Inc. Redaction Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

CONFIDENTIAL

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Original Priv Log Entry | Challenge | Notes | Revised Priv Log Entry | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_00463430 | AUTH_00463432 | /O=EXCHANGE LABS/O U=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/ CN=RECIPIENTS/CN=0 371CA71FD53499DA3 98A76C8B797ADA- eRitis BowRid@authe nticom.com> | Bob Monroe <Bob.Monroe@authenticom.com>; Brian Clemens <Brian.Clemens@authenticom.com>; Krishna Arkney <Krishna.arkney@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemsch <Jared Nemsch@authenticom.com>; Kyle Murphy <Kyle.murphy@authenticom.com>; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e46024328f9ca3347fa6424173-Rob Monroe</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Bugan <bugan.sterample@authenticom.com>; Tim Plasek <tim.plasek@authenticom.com>; Tim Dee Dee Brewing <deedee.brewing@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <Lori@zimmeroach.com>; Kari Haun <Kari@brennecoach.com>; Janice Bauerkamper <janice.bauerkamper@authenticom.com>; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e46024328f9ca3347fa6424173-Rob Monroe</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07f51cabd05642d6c9c98759e9552a8-Krishna Kel</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07f51cabd05642d6c9c98759e9552a8-Krishna Kel</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ff61df154980d93989855c39e1656e6c-Lucas Hembd</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6d6dd8755d03446ca1f729cb953acd0-Matt Valley</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=16911a1cddo646dob5efea2a97f6d2a-Jared Nemis | | 3/31/2017 | Browning, Dee Dee | Attorney/Client Communications | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications and CDK and Reynolds data access issues. | Yes | The document is not privileged. A third party breaks privilege. |
| AUTH_00463437 | AUTH_00463440 | /O=EXCHANGE LABS/O U=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/ CN=RECIPIENTS/CN=0 7F51CABD05642D6A5 C9B375481955248- KRISHNA KEL <Krishna.Arkney@auth enticom.com> | Brian Clemens <Brian.Clemens@authenticom.com>; Alicia Bowln <Alicia.Bowln@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemsch <Jared Nemsch@authenticom.com>; Kyle Murphy <Kyle.murphy@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Plasek <tim.plasek@authenticom.com>; Reagan us <reagan.lee@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <Lori@zimmeroach.com>; Janice Mellas <janice.Mellas@authenticom.com>; Janice Bauerkamper <janice.Bauerkamper@authenticom.com>; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e46024328f9ca3347fa6424173-Rob Monroe</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Alicia Bowl</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=271af15b851d986ba308a76c887d7d2eda-Alicia Bowl</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8117809e46024328f9ca3347fa6424173-Rob Monroe</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ff61df154980d93989855c39e1656e6c-Lucas Hembd</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6d6dd8755d03446ca1f729cb953acd0-Matt Valley</; /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=16911a1cddo646dob5efea2a97f6d2a-Jared Nemis | | 2/3/2017 | Browning, Dee Dee | Attorney/Client Communications | Confidential communication reflecting the request for and the provision of legal advice regarding dealer communications. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications and CDK and Reynolds data access issues. | Yes | The document is not privileged. A third party breaks privilege. |

* denotes attorney(s)

Authenticom, Inc. Redaction Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

CONFIDENTIAL

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Original Priv Log Entry | Challenge | Notes | Revised Priv Log Entry | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_00463456 | AUTH_00463464 | /O=EXCHANGELABS/O U=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/ CN=RECIPIENTS/CN=0 375C31FAE5349D6A3 98A76C8B70740A <Alicia.Bowl@authenticom.com> | Bob Monroe <Bob.Monroe@authenticom.com>; Brian Clements <Brian.Clements@authenticom.com>; Krishna Kelsey <Krishna.kelsey@authenticom.com>; Lucas Hemild <Lucas.Hemild@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemzek <Jared.Nemzek@authenticom.com>; Kyle Murphy <kyle.murphy@authenticom.com>; Current <onteberg@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Ptacek <tim.ptacek@authenticom.com>; Reid <dann.reid@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <Lori.Zimmer@authenticom.com>; Kari Haun <kari.haun@authenticom.com>; Janice Bauersmanger <Janice.Bauersmanger@authenticom.com>; [FD08DHF23SPDLT)/cn=Recipients/cn=811780be4602432d9fea3347b6424173 Rob Monroe]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=0b04ba33f6a04d04eed0b703f6e8 Brian Clems*]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=0f0536a060a9bc087594e9552a8 Krishna Kel]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=0735a6bd054a080b4c08871594e9552a8 Krishna Kel*]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=0fd1df15498040d398985cd9e1656ebc Lucas Hemild*]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=6d6d875503446ca1f72963d53acd0 Matt Valley*]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=b4914a1c6b646bdo5efea2a97f6d2a Jared Nemis] | | 1/31/2017 | Clements, Brian | Attorney/Client Communications | Confidential communication reflecting the request for and the provision of legal advice regarding dealer communications. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications on CDK and Reynolds data access issues. | Yes | The document is not privileged. A third party breaks privilege. |
| AUTH_00463461 | AUTH_00463464 | /O=EXCHANGELABS/O U=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/ CN=RECIPIENTS/CN=0 7F51CA6CD46420A3 D3875F4E95552A8 KRISHNA KEL <Krishna.Kelsey@auth enticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Alicia Bowl <Alicia.Bowl@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Lucas Hemild <Lucas.Hemild@authenticom.com>; Kyle Murphy <Jared.Nemzek@authenticom.com>; Current <onteberg@authenticom.com>; Kyle Murphy <kyle.murphy@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Ptacek <tim.ptacek@authenticom.com>; Reagan <reagan.dann@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Lori Zimmer <Lori.Zimmer@authenticom.com>; Janice Bauersmanger <Janice.Bauersmanger@authenticom.com>; Kari Haun <kari.haun@authenticom.com>; [FD08DHF23SPDLT)/cn=Recipients/cn=2b04ba33f6a04d04eed0b703f6e8 Brian Clems*]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=0f2a71b853d9b6a39b7f6c687670a Alicia Bowl*]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=811780be4602432d9fea3347b6424173 Rob Monroe]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=0fd1df15498040d398985cd9e1656ebc Lucas Hemild*]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=6d6d875503446ca1f72963d53acd0 Matt Valley*]; [/cn=ExchangeLabs)/ou=Exchange Administrative Group (FD08DHF23SPDLT)/cn=Recipients/cn=b4914a1c6b646bdo5efea2a97f6d2a Jared Nemis] | | 2/2/2017 | Clements, Brian | Attorney/Client Communications | Confidential communication reflecting the request for and the provision of legal advice regarding dealer communications. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications on CDK and Reynolds data access issues. | Yes | The document is not privileged. A third party breaks privilege. |

* denotes attorney(s)

Authenticom, Inc. Redaction Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

CONFIDENTIAL

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Original Priv Log Entry | Challenge | Notes | Revised Priv Log Entry | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_00664592 | AUTH_00664592 | Steve Cottrell <Steve@authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Joe Noth <Joe.Noth@authenticom.com>; Luci Zimmer <Luci@zimmercoach.com> | | 1/5/2017 | Clements, Brian | Attorney Work Product | Confidential communication at the direction of counsel in anticipation of litigation regarding operational stability during pendency of lawsuit. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of counsel regarding operational stability for this litigation. | Yes | The document is not privileged. A third party breaks privilege. |
| AUTH_00664595 | AUTH_00664596 | Steve Cottrell <Steve@authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Joe Noth <Joe.Noth@authenticom.com>; Luci Zimmer <Luci@zimmercoach.com> | | 1/5/2017 | Clements, Brian | Attorney Work Product | Confidential communication at the direction of counsel in anticipation of litigation regarding operational stability during pendency of lawsuit. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of counsel regarding operational stability for this litigation. | Yes | The document is not privileged. A third party breaks privilege. |
| AUTH_00664702 | AUTH_00664704 | Alicia Bowlin <Alicia.Bowlin@authenticom.com> | Bob Moore <Bob.Moore@authenticom.com>; Brian Clements <Brian.Clements@authenticom.com>; Krishna Kelsey <Krishna.Kelsey@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Murphy <Kyle.murphy@authenticom.com>; Garrett Sorteberg <garrett.sorteberg@authenticom.com>; Ben Valley <ben.valley@authenticom.com>; Tim Placek <tim.placek@authenticom.com>; Dee Dee Browning <deedee.browning@authenticom.com>; Darrin Mellas <darrin.mellas@authenticom.com>; Luci Zimmer <Luci@zimmercoach.com>; Karl Haun <karl.haun@authenticom.com>; Jarrod Baurerjuemper <jarrod.baurerjuemper@authenticom.com>; Bob Moonoe </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn41170b9 e604243fd9fa331f96424173 Bob Moonoe"/>; Brian Clements </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn2d0bfa31f f64d4d6eee8ab702f6e8 Brian Cleme"/>; Krishna Kelsey </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn0753ca86d4542d0a5d9785fa4955 2a6 Krishna Kel"/>; Lucas Hembd </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn6568d875034dd46ca472983d0f3 3ad0 Matt Valley"/>; Matt Valley </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn014a1dd04dd65c5efea2a7f82a Jarrod Nemo"/>; Kyle Murphy </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn0b2a6f7fdef053d01933901c13c8 Kyle Murphy"/>; Garrett Sorteberg </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn0ddf0a7bb3ed0cda5361866cb5 Garrett Sor"/>; Ben Valley </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn60a216c2d0384d47b00547 3a7fa2b100 Ben Valley"/>; Tim Placek </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn0d4f03287bd67fbb2a6b6de079ad3 Tim Placek"/>; Reagan Lee </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn80a2b0d20240c05a0a4 Reagan Lee"/> | | 1/31/2017 | Clements, Brian | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice regarding dealer communications. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of Brown* Dane regarding dealer communications on CDK and Reynolds data access issues. | Yes | The document is not privileged. A third party breaks privilege. |

* denotes attorney(s)

Authentichem, Inc. Redaction Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

CONFIDENTIAL

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Original Priv Log Entry | Challenge | Notes | Revised Priv Log Entry | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_00464722 | AUTH_00464724 | Krishna Velury <krishna.velury@authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Alicia Bowld <Alicia.Bowld@authenticom.com>; Bob Monroe <Bob.Monroe@authenticom.com>; Lucas Hembd <Lucas.Hembd@authenticom.com>; Matt Valley <Matt.Valley@authenticom.com>; Jared Nemoir <Jared.Nemoir@authenticom.com>; Kyle Murphy <Kyle.Murphy@authenticom.com>; Garrett Somberg <Garrett.Somberg@authenticom.com>; Ben Valley <Ben.Valley@authenticom.com>; Tim Ptacek <Tim.Ptacek@authenticom.com>; Reagan Lee <Reagan.Lee@authenticom.com> [plus Exchange Administrative Group recipients] | | 2/1/2017 | Clements, Brian | Attorney/Client Communication | Confidential communication reflecting the request for and the provision of legal advice regarding dealer communications. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding dealer communications on CDK and Reynolds data access issues. | Yes | The document is not privileged. A third party breaks privilege. |
| AUTH_00464723 | AUTH_00464724 | Bob Monroe <Bob.Monroe@authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Lori Zimmer <Lori2@immercoach.com> [plus Exchange Administrative Group recipients] | | 2/7/2017 | Clements, Brian | Attorney/Client Communication | Confidential communication reflecting the provision of legal advice of Brown*, Dane regarding draft agreements and letters. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding draft agreements and letters. | Yes | The document is not privileged. A third party breaks privilege. |
| AUTH_00468812 | AUTH_00468812 | Joe Noth <Joe.Noth@authenticom.com> | Lori Zimmer <Lori2@immercoach.com> | | 8/15/2016 | Noth, Joe | Attorney Work Product | Confidential communication requesting and gathering information necessary for counsel to advise in anticipation of litigation regarding CDK and Reynolds legal and compliance issues. | Yes | The document is not privileged. A third party breaks privilege. Entry does not meet the requirements of the work product doctrine. | Confidential communication compiling information and reflecting the request for legal advice of counsel regarding legal and compliance issues for this litigation. | Yes | The document is not privileged. A third party breaks privilege. |

* denotes attorney(s)

CONFIDENTIAL

Authentcom, Inc. Redaction Log
*In re Dealer Management Systems Antitrust Litigation, MDL No. 2817*

| Beginning Bates Number | Ending Bates Number | From/Author | To | CC | Document Date | Custodian | Privilege Basis | Original Priv Log Entry | Challenge | Notes | Revised Priv Log Entry | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_00669820 | AUTH_00669822 | Joe Noth <Joe.Noth@authenticom.com> | Lori Zimmer <Lori2@rimmercoach.com> | | 8/15/2016 | Noth, Joe | Attorney Work Product | Confidential communication requesting and gathering information necessary for counsel to advise in anticipation of litigation regarding CDK and Reynolds legal and compliance issues. | Yes | The document is not privileged. A third party breaks privilege. Entry does not meet the requirement s of the work product doctrine. | Confidential communication compiling information and reflecting the request for legal advice of counsel regarding legal and compliance issues for this litigation. | Yes | The document is not privileged. A third party breaks privilege. |

\* denotes attorney(s)

# Authenticom Inc. Revised Privilege Log - Challenges (02.20.19)

CONFIDENTIAL

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | To | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_0012 | Lori Zimmer <Lori2@zimmercoach.com> | Steve Cottrell <Steve@authenticom.com >; Steve Cottrell </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0d0bfca131f6ca66a6eee5bb3b02f6 capents_cn=5d3b71c2dff3a48-Brian Clemns">; Brian Clemns"> | Brian Clements <Brian.Clements@authenticom.com> Brian Clements </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0d0bfca131f6ca66a6eee5bb3b02f6capents_cn=5d3b71c2dff3a48- Brian Clemns"> | | 11/23/2016 | Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft contract with vendor. | Yes | A third party breaks privilege. | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft contract with vendor. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_0028 | Katie Wierenga <Katie.Wierenga84@authenticom.com> | Brian Clements <Brian.Clements@authenticom.com>; Dane Brown <Dane.Brown@authenticom.com>*; Steve Cottrell <Steve@authenticom.com >; Chris Kirby <chris.kirby@authenticom.com>; Brian Clements <0d0bfca131f6ca66a6eee5bb702f6@ob brian clements@exchangelabs.com >; Dane Brown <c66d44e5f93a46a2afae65 acd4fd930-dane brown@exchangelabs.com >*; Steve Cottrell <5d3b71c2dff3a4288a473f 82f4f43e8c-steve cottrell@exchangelabs.com>; Chris Kirby <565083ecafddd9a69a6f29 d1c187f3c3-chris kirby@exchangelabs.com> | External - Lori Zimmer <Lori@zimmercoach.com>; External - Lori Zimmer <Lori@zimmercoach.com>; External - Dane Brown <58432becd4f9df896c9bed781916-external_...@exchangelabs.com> | | 4/13/2017 | Kirby, Christopher; Cottrell, Steven | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*, Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |

*denotes attorney(s)

1 of 26
February 8, 2019

Authentcom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_0067 | Dane Brown <Dane.Brown@authenticom.com>* | Chris Kirby <chris.kirby@authenticom.com>; Lori Zimmer <Lori2@zimmercook.com <mailto:Lori2@zimmercook.com>>; Katie Wenigalla <Katie.Wenigalla@authenticom.com>; Brian Clements <Brian.Clements@authenticom.com>; Joe Neth <Joe.Neth@authenticom.com>; Bob Monroe <Bob.Monroe@authenticom.com>; Chris Kirby </O=Exchange Labs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5650b54cc6b64f0d846f29cc1877cc3-Chris Kirby>; Lori Zimmer </O=Exchange Labs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=73f6b872b3e4b466996b62b529f7f-Lori_Zimmer">; Katie Wenigalla </O=Exchange Labs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=074478baea15 | | | 10/4/2016 | Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice regarding draft dealer contract. | Yes | A third party breaks privilege. | Confidential communication reflecting the provision of legal advice regarding draft dealer contract. | Yes | A third party breaks privilege. |

*denotes attorney(s)

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

CONFIDENTIAL

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_0136 | Michelle Phelps <Michele.Phelps@authenticom.com> | Steve Cottrell <Steve@authenticom.com>; Lori Zimmer <LoriZ@immersocash.com>; Brian Clements <Brian.Clements@authenticom.com>; Katie Wiengalla <Katie.Wiengalla@authenticom.com>; Dave Brown <Dave.Brown@authenticom.com>; Steve Cottrell </o=exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9d3b71a2dff34bdb4473824a40a8dc-Steve Cottr">; Lori Zimmer </o=exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=71fd6d577b3e4bb469b9c6dc62b529f7-Lori_Zimmer">; Brian Clements </o=exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2dfc05431911f4a4aadbeee0de70f6e6-Brian Cleme">; Katie Brown/Clemet/ |  |  | 11/2/2016 | Wiengalla, Katie | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice of Brown", Dave regarding draft customer communication. | Yes | A third party breaks privilege. | Confidential communication reflecting the provision of legal advice of Brown", Dave regarding draft customer communication on CDK data access issues. | Yes | A third party breaks privilege. |

*denotes attorney(s)

CONFIDENTIAL

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv. Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_0196 | Kate Wizorgala </DY=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=047447808 cdaa2fdce465cdf09330ae4-Dane Brown*>*J: Brian Clements</o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d0c0fa319f4c04dddbee5cdc7027fae8-2d88a47359244f6a8c-Brian Clements*> Steve Cottrell </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9d3b71c2df584b98dd47392a44a5a6c-Steve Cott*> Chris Kirby </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=565280564c6e6aa8a8a8ee1da8f77cc3-Chris Kirby*> | Dane Brown </DY=EXCHANGELABS/OU=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=047447808 cdaa2fdce465cdf09330-Dane Brown*> Brian Clements </o=ExchangeLabs/ou=Exchange Administrative Group | External – Lori Zimmer </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5663176ceffd85ddfb5b8bee47b19f-Lori-external_ _*> | | 4/13/2017 | Wierzgala, Kate | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*. Does regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |

*denotes attorney(s)

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

CONFIDENTIAL

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_0355 | Steve Cottrell <Steve@Authenticom.com> | Katie Wieragalla <Katie.Wieragalla@authenticom.com>; Brian Clements <brian.clements@authenticom.com>; Chris Kirby <chris.kirby@authenticom.com>; Dane Brown <Dane.Brown@authenticom.com>; Brian Clements </O=exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f665374cd6f4f6bd856d6ea97919824Brian Clement>; Chris Kirby </O=exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0704708dc6d8Dane Brown>; Dane Brown </O=exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c5d0854b93Dane Brown>; </O=exchangelabs/ou=Exchange | External - Lori Zimmer <lori@zimmercoach.com>; Nemelka, Michael N. <mnemelka@kellogghansen.com>*; External - Lori Zimmer </O=exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=External ...">; | | 4/13/2017 | Clements, Brian; Kirby, Christopher; Wieragalla, Kate | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice regarding draft customer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*. Done regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_0369 | Lori Zimmer <LoriZ@zimmercoach.com> | Michelle Phelps <Michelle.Phelps@authenticom.com>; Executives <executives@authenticom.com>; Michelle Phelps <b9af16471a7ab2bb9a099a5009514c05a1daefmbo@thephelpslabs.com>; Executives <138556a680a5b081a580a4341556cf3b executives@thechangelabs.com> | | | 10/11/2016 | Noth, Joe | Attorney/Client Communication | | Confidential communication reflecting the request for and the provision of legal advice of Brown*. Done regarding CDK and Reynolds data access issues. | Yes | The communication involves a distribution list without identifying the individual senders and/or recipients. | Confidential communication reflecting the request for and the provision of legal advice of Brown*. Done regarding CDK and Reynolds data access issues. | Yes | This communication involves a distribution list, yet Authenticom has not complied with the global agreement to identify the current purpose of each distribution list and the current number of people on each distribution list. |

*denotes attorney(s)

Authenticom, Inc. Privilege Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

CONFIDENTIAL

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_0472 | Lori Zimmer <LoriZ@zimmercoach.com> | Joe Noth <joe.Noth@authenticom.com>; Chris Kirby <chris.kirby@authenticom.com>; "Brian Clements (Brian.Clements@authenticom.com)"; Dane Brown <dane.Brown@authenticom.com>; "Stephen Cottrell (Steve@authenticom.com)"; "Roxane Herricks" <roxane.herricks@authenticom.com>; Michelle Phelps <Michele.Phelps@authenticom.com>; Bob Monroe <Bob.Monroe@authenticom.com>; Joe Noth <b44905b2ba2c84b84b2a6f8a3f18816>; Joseph Noth <exchangelabs.com>; Chris Kirby <555905c4c6b69a6b94f2f9e11877cc3>; chris.kirby@exchangelabs.com; Brian Clements <c580d4a319f4c44b04eee5bb7027de8 brian.clements@exchangelabs.com>; Dane Brown <c6b6f4e5f974a6a2afae65 aca6f9330 dane brown@exchangelabs.com>; Steve Cottrell et al | Lori Zimmer <LoriZ@zimmercoach.com> | | 8/16/2016 | Noth, Joe | Attorney/Client Communication | | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding issues list for executive meeting. | Yes | | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding Authenticom's executive meeting strategy plan. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_0517 | Lori Zimmer <LoriZ@zimmercoach.com> | Michele Phelps <Michele.Phelps@authenticom.com>; Executives <executives@authenticom.com>; Michele Phelps <cb9af34f71a74b2b6a0609 599f6554f14 michele.phelps@exchangelabs.com>; Executives <c385f4ee58fa0c082c0b5a 43415d5e7b executives@exchangelabs.com> | | | 10/21/2016 | Wangalla, Katie; Kirby, Christopher | Attorney/Client Communication | | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding CDK and Reynolds data access issues. | Yes | A third party breaks privilege. / The communication involves a distribution list without identifying the individual senders and/or recipients. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane regarding CDK and Reynolds data access issues. | Yes | This communication involves a distribution list, yet Authenticom has not complied with the global agreement to identify the current purpose of each distribution list and the current number of people on each distribution list. |

*denotes attorney(s)

CONFIDENTIAL

Authenticom, Inc. Privilege Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_0046 | Lori Zimmer <Lori2@zimmercoach.com> | Michelle Phelps <Michelle.Phelps@authenticom.com>;<Executives@authenticom.com>;<Michelle.Phelps</O=EXCHANGELABS/OU=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bfe454471a742bb6b699590500a1fd3-Michelle.Ph>;<Executives</O=EXCHANGELABS/OU=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f65f4e68084-5c882d65a43415d567b-Executives"> | | | 10/31/2016 | Clements, Brian; Kirby, Christopher; Wieroga, Katie | Attorney/Client Communication and Attorney Work Product | | Confidential communication reflecting the request for and the provision of legal advice of Brown*, Dane in anticipation of litigation regarding data access issues. | Yes | The communication involves a distribution list without identifying the individual senders and/or recipients. A third party breaks privilege. | Confidential communication compiling information and reflecting the request for legal advice of Brown*, Dane regarding CDK and Reynolds data access issues for this litigation. | Yes | This communication involves a distribution list, yet Authenticom has not complied with the global agreement to identify the current purpose of each distribution list and the current number of people on each distribution list. |
| AUTH_MDL_PRIV_0574 | Brian Clements <Brian.Clements@authenticom.com> | Katie Wieroga <Katie.Wieroga@authenticom.com>;<Steve Brown <Steve.Brown@authenticom.com>;<Steve@authenticom.com>; Chris Kirby <chris.kirby@authenticom.com>; Katie Wieroga</O=EXCHANGELABS/OU=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=569b71c5f94430669a337d06a45a2faee/off9330-Dane Brown*>; Steve Cottrell <Steve.Cottrell>;Chris Kirby</O=EXCHANGELABS/OU=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=...> | External - Lori Zimmer <lori@zimmercoach.com>; External - Lori Zimmer</O=EXCHANGELABS/OU=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b863f4cce6f46fab916d8bee47919f6-External_...> | | 4/13/2017 | Kirby, Christopher; Wieroga, Katie | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*, Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |

*denotes attorney(s)

CONFIDENTIAL

**Authenticom, Inc. Privilege Log**
*In re Dealer Management Systems Antitrust Litigation, MDL No. 2817*

| Priv ID | From/Author | To | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_0663 | Michelle Phelps <Michelle.Phelps@authenticom.com> | Steve Cottrell <Steve@authenticom.com>; Bob Monroe <>; Bob.Monroe@authenticom.com>; Joe Nath <Joe.Nath@authenticom.com>; Roxane Herricks <roxane.herricks@authenticom.com>; Lori Zimmer-Centure (LoriZ@zimmercoach.com); Lucas Hembd <Lucas.Hembd@authenticom.com>; Kurt Haun <Kurt.Haun@authenticom.com>; Matt Valley <Matt.Valley@dealervault.com>; Brian Clements <brian.clements@authenticom.com>; Krishna Kelsey <krishna.kelsey@authenticom.com>; Dave Brown <Dave.Brown@authenticom.com>; Steve Cottrell </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f63b71c2df9424f8b44739824a043a0c-Steve Cottr">; Bob Monroe </o=ExchangeLabs/ou=Exchange Administrative Group | | | 8/5/2016 | Clements, Brian | Attorney/Client Communication | | Confidential communication reflecting the request for legal advice regarding CDK data access issues. | Yes | A third party breaks privilege. | Confidential communication reflecting the request for legal advice of counsel regarding draft dealer communications. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_0655 | Katie Wioncgala <Katie.Wioncgala@authenticom.com> | Steve Cottrell <Steve@authenticom.com>; External - Lori Zimmer (LoriZ@zimmercoach.com) <Executives </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f8504e4d8fba5c882b5da434154c6fd78-Executive">; External - Lori Zimmer </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3d61b9cfea7f619fb-b86f5bd8be47919fb> | | | 4/29/2017 | Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice of Brown*, Dave; Nemeha*, Michael regarding draft customer letter. | Yes | The communication involves a distribution list without identifying the individual senders and/or recipients. The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of Nemeha*, Michael; Brown*, regarding draft dealer letter on CDK data access issues. | Yes | This communication involves a distribution list, yet Authenticom has not complied with the global agreement to identify the current purpose of each distribution list and the current number of people on each distribution list. |

*denotes attorney(s)

Authenticom, Inc. Privilege Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

CONFIDENTIAL

| Priv ID | From/Author | TO | BCC | CC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_0692 | Dane Brown <dane.Brown@authenticom.com>* | Lori Zimmer <Lori2@rimmerccoach.com >; Bob Monroe <Bob.Monroe@authentico m.com>; Brian Clements <Brian.Clements@authenti com.com>; Steve Cottrell <Steve@authenticom.com >; Lori Zimmer <73468372b2b44d4d9b9c 8c62b20f7f>; lori_zimmer@rexchangelabs .com>; Bob Monroe <8117809ea620432df8ea3 347bb424171-bob; monroe@rexchangelabs.co m>; Brian Clements <2d00d0a131f4c440d4eee 5bb702f0e8-brian clients@rexchangelabs.com >; Steve Cottrell <9d5b71c2fff342d8b4473f 8264f43e8c-steve cottrell@rexchangelabs.com> | | | 10/6/2016 | Cottrell, Steven; Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice regarding draft contract. | Yes | A third party breaks privilege. | Confidential communication reflecting the provision of legal of counsel regarding draft Authenticom SLA. | Yes | A third-party breaks privilege. |
| AUTH_MDL_PRIV_0817 | Brian Clements <2d00d0a131f4c440d4eee e5bb702f0e8-brian clients@rexchangelabs.co m> | Steve Cottrell <9d5b71c2fff342d8b4473f 8264f43e8c-steve cottrell@rexchangelabs.co m> | | Michelle Phelps <d4ef34471a7f4d3c9d099369955e1f (3-michelle an@rexchangelabs.com>; Dane Brown <cd66f4e6f97a4da2dbe65acaf6f933 dane brown@rexchangelabs.com>*; <73468372b2b44d4d9b9c8c62b20f 7f-lori_zimmer@rexchangelabs.com> | 11/23/2016 | Clements, Brian | Attorney/Client Communication | X | Confidential communication requesting the request for and the provision of legal advice regarding contract with vendor. | Yes | A third party breaks privilege. | Confidential communication requesting and containing legal advice of Brown*, Dane regarding draft vendor agreement. | Yes | A third-party breaks privilege. |
| AUTH_MDL_PRIV_0863 | Katie Wieregala <katie.Wieregala@authentic om.com> | Executives <Executives@authenticom.c om>; Lori - External - Lori Zimmer <lori@rimmerccoach.com> ; Executives <*7:prExchange labs/o/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=1f634a4d8fb4 5c882b60a41415a6b29e Executives*; <*7:prExchange labs/o/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=58d32feadf4d bb8f56d6ba4791f6- | | | 4/29/2017 | Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice of Brown*, Dane regarding CDK and Reynolds data access issues. | Yes | The communication involves a distribution list, without identifying the individual senders and/or recipients. A third-party breaks privilege. | Confidential communication reflecting the provision of legal advice of Brown*, Dane regarding CDK and Reynolds data access issues. | Yes | This communication involves a distribution list, yet Authenticom has not complied with the global agreement to identify the current purpose of each distribution list and the current number of people on each distribution list. |

*denotes attorney(s)

CONFIDENTIAL

Authenticom, Inc. Privilege Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_0961 | Katie Wieregalia <074478baeca542b60ba3370fb589b91d0d0-katie_wieri@exchangelabs.com> | Katie Wieregalia <DvnExchangeLabs/ou=Exchange_Administrative_Group_(FYDIBOHF23SPDLT)/cn=Recipients/cn=d74478baeca542b60ba3370fb589b91d04-04-Katie_Wieri> <074478baeca542b60a337...> katie_wieri@exchangelabs.com> Brian Clements <DvnExchangeLabs/ou=Exchange_Administrative_Grouscn=...>; Bob Monroe <DvnExchangeLabs/ou=Exchange_Administrative_Group_(FYDIBOHF23SPDLT)/cn=Recipients/cn=b08500a13f4c6406deee0b701f6e8fb... bob_monroe@exchangelabs.com>; Dane Brown <DvnExchangeLabs/ou=Exchange_Administrative_Gro... | | | 10/10/2016 | Clements, Brian; Kirby, Christopher; Noth, Joe | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice regarding vendor and dealer communications. | Yes | A third party breaks privilege. | Confidential communication reflecting the request for legal advice regarding vendor and dealer communications. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_1078 | Katie Wieregalia <074478baeca542b60ba3370fb589b91d04-04-Katie_Wieri> | Steve Cottrell <5c6917a2d8f3428b4473f61af2d...>; Dave Brown <c66f04e097a46e2a7aee55acaf493535-04-Dane-brown@exchangelabs.com> *; Brian Clements <c0b00a13f4c6406deee0b701f6e8-brian clements@exchangelabs.com> | Zimmer <cerl2f@primecoach.com> <Lorl2@primecoach.com> | | 2/2/2017 | Wieregalia, Katie | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft letter. | Yes | A third party breaks privilege. | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft letter. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_1108 | Katie Wieregalia <Katie.Wieregalia@authenticom.com> | Executives <Executives@authenticom.com> External - Lori <lori@primecoach.com> *; Dane <dane@primecoach.com>; Executives <183b4add15c682db0a4341565d79-executives@exchangelabs.com> External - Lori Zimmer <c5bf576cca94aba5fd6a969ee47919f6-external-_@exchangelabs.com> | | | 4/29/2017 | Kirby, Christopher; Cottrell, Steven; Noth, Joe; Wieregalia, Katie | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice of Nemela*, Michael regarding draft communications. | Yes | The communication involves a distribution list without identifying the individual senders and/or recipients. The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of Nemela*, Michael; Brown*, Dane regarding draft dealer letter on CDK data access issues. | Yes | This communication involves a distribution list, yet Authenticom has not complied with the global agreement to identify the current purpose of each distribution list and the current number of people on each distribution list. |

*denotes attorney(s)

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

CONFIDENTIAL

11 of 26
February 8, 2019

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv. Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1166 | Kate Wieingała <DIV/EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0744788 A4C4543069433709038 9D104D-KATIE WIERS> | Brian Clements </o=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0840744788 RECIPIENTS/CN=0744788 c44b04eee0db3b70f6e8-Brian Clemen7>; Dane Brown </o=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9fa2dbf5c0364ec9f91eA du2a6e65caf6f9330-Dane Brown7>*; Steve Cottrell </o=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=943b71c2df94 2d8b44f39b24a4b1e6c-Steve Cott7>; Chris Kirby </o=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=565b864cb64 ba86a8f9e1c8f7fcc3-Chris Kirby7> | External – Lori Zimmer </o=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/c n=5865376ceefd6fbba895bd8bee47919f 8-External_z_7> | | 4/13/2017 | Wierzgała, Kate | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*. Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

*denotes attorney(s)

CONFIDENTIAL

Authenticom, Inc. Privilege Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

| Priv ID | From/Author | To | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1187 | Steve Cottrell <Steve@Authenticom.com> | Dane Brown <Dane.Brown@authentico m.com>,* Katie Wiersgalla <Katie.Wiersgalla@authent icom.com>; Brian Clements <Brian.Clements@authentic om.com>; Dane Brown </prof:xchange/ab/s5w/bxc hange Administrative Group [FY0B0HF2I3FO5LT]/cn=Re cipients/cn=0f44788aeea5 43606a3156fa08b81bb6-Katie Wiersgall</pr/xchange/ab/sfw/bxc hange Administrative Group [FY0B0HF2I3FO5LT]/cn=Re cipients/cn=20b30fa131ff4 c4460b4eeb5b702f0ed8 Brian Cleme"> | Lori Zimmer <Lori2@zimmercoach.com> | | 2/2/2017 | Wiersgalla, Katie | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft dealer letter. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_1243 | Katie Wiersgalla <Katie.Wiersgalla@authen ticom.com> | Dane Brown <Dane.Brown@authentico m.com>,* Brian Clements <Brian.Clements@authentic om.com>; Steve Cottrell <Steve@Authenticom.com >; Chris Kirby <chris.kirby@authenticom. com>; Dane Brown <cb64fea5f91a4a2af-aaed5 acd4f89330-dane brown@exchangelabs.com >* Brian Clements <20b30fa131ff4c4460b4ee 5b6702f0ed8-brian clems@exchangelabs.com> ; Chris Kirby <565065dec6b6fda69d4f29 e1c1877cc3-chris kirby@exchangelabs.com> | External - Lori Zimmer <lori@zimmercoach.com>; External Lori Zimmer <b9d12fece6f5fdaaf05b3faes791bf6 external._.@exchangelabs.com> | | 4/13/2017 | Cottrell, Steven | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice of Brown*, Dane regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*, Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |

*denotes attorney(s)

12 of 26
February 8, 2019

CONFIDENTIAL

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv. Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1250 | Brian Clements <Brian.Clements@authenticom.com> | Katie Wieregala <Katie.Wieregala@authenticom.com> Steve Brown <Steve.Brown@authenticom.com> Chris Kirby <chris.kirby@authenticom.com> Katie Wieregala </O=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f9f330-Dane Brown</O=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9d3b71c2df93f7982-Steve Cottr... | External – Lori Zimmer <lori@zimmercoach.com> External – Lori Zimmer </O=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0d6823fce66f46fdad956d6ee47919f-External_...> | | 4/13/2017 | Kirby, Christopher; Wieregala, Katie | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of counsel regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_1302 | Katie Wieregala <07447f8bacce545069a3370b5389b504d-katie.wieregala@exchangelabs.com> External – Lori Zimmer, glexchangelabs.com> | Katie Wieregala <1846488fe5c882d85a4341545679-executive@exchangelabs.com> External – Lori Zimmer, glexchangelabs.com> | | | 4/29/2017 | Wieregala, Katie | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice of Hemslix*, Michael; Brown*, Dane regarding draft customer letter. | Yes | The communication involves a distribution list without identifying the individual senders and/or recipients. The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the provision of legal advice of Hemslix*, Michael; Brown*, Dane customer letter on CDK and Reynolds data access issues. | Yes | This communication involves a distribution list, yet Authenticom has not complied with the global agreement to identify the current purpose of each distribution list and the current number of people on each distribution list. |

*denotes attorney(s)

13 of 26
February 8, 2019

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

CONFIDENTIAL

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1330 | Dane Brown <Dane.Brown@authenticom.com>* | Katie Wieingalla <Katie.Wieingalla@authenticom.com>; Brian Clements <Brian.Clements@authenticom.com>; Bob Monroe <Bob.Monroe@authenticom.com>; Lori Zimmer <Lori@zimmercoach.com>; Steve Cottrell <Steve@authenticom.com>; Katie Wieingalla <07447bbawcd4260da337 d9658910040 kate wie@techangelabs.com>; Brian Clements <200c6fa131f4c4460dee 50a70f06d brian clem@techangelabs.com>; Bob Monroe <181f5ad23b1f4de4669c 8cb26100f7f bob monroe@techangelabs.co mo Lori Zimmer <734f68572bb4e68a069c ... >; lori_zimmer@techangelabs.com>; Steve Cottrell <9d3971c2dff3A3d8ba473f 824d4 b68c steve cott@techangelabs.com> | | | 10/7/2016 | Cottrell, Steven; Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice regarding draft Authenticom SLA. | Yes | A third party breaks privilege. | Confidential communication reflecting the provision of legal advice regarding draft Authenticom SLA. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_1342 | Katie Wieingalla <Executives@authenticom.com>* | Executives <Executives@authenticom.com>; External - Lori Zimmer <Executives <13f95beddd5d8165dc5 43415d51fb executives@techangelabs.com>; External - Lori Zimmer <5bb529e0e8fe8a895dd8 ee479199e-external_ ... @techangelabs.com> | | | 4/29/2017 | Kirby, Christopher; Cottrell, Steven; Noth, Joe; Wieingalla, Katie | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice of Brown*, Dane regarding CDK and Reynolds data access issues. | Yes | The communication involves a distribution list without identifying the individual senders and/or recipients. The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the provision of legal advice of Brown*, Dane regarding CDK and Reynolds data access issues. | Yes | This communication involves a distribution list, yet Authenticom has not complied with the global agreement to identify the current purpose of each distribution list and the current number of people on each distribution list. |

*denotes attorney(s)

14 of 26
February 8, 2019

CONFIDENTIAL

Authentisign, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | To | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_ PRIV_1344 | Dane Brown <Dane.Brown@authentic om.com>* | Brian Clements <Brian.Clements@authenti com.com> Steve Cottrell <Steve@Authenticom.com >; Bob Monroe <Bob.Monroe@authentico m.com>; Katie Wiengala <Katie.Wiengala@authenti com.com>; Lori Zimmer <LoriZ@zimmercoach.com >; Brian Clements <20005fa311fd4ca6b5eee 5bb702f6e8.brian clements@exchangelabs.com >; Steve Cottrell <9d3b71c2df83428b4473f 834af43afc.steve cottr@exchangelabs.com>; Bob Monroe <81170f6e4d01432df6e3 3476d424173.bob monroe@exchangelabs.co m>; Katie Wiengala <0744788aecd430d0a337 d5638b610d4.katie wien@exchangelabs.com> ; Lori Zimmer <71df6857213e46846990c 8d1b5c9f77r lori_zimmer@exchangelabs .com> | | | 9/26/2016 | Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice regarding DealerVault agreements. | Yes | A third party breaks privilege. | Confidential communication reflecting the provision of legal advice regarding draft DealerVault agreements. | Yes | A third party breaks privilege. |
| AUTH_MDL_ PRIV_1353 | Bob Monroe <Bob.Monroe@authenti com.com> | Dane Brown@authentico m.com>,* Brian Clements <Brian.Clements@authenti com.com>; Dane Brown <?/o=Exchangelabs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=0b2fae65ca0fd da2fae65ca0fd9330-Dane Brown">,* Brian Clements <?/o=Exchangelabs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=2d82da1319f6 d460bee5bb702f6e8-Brian Clement>; | Lori Zimmer <LoriZ@zimmercoach.com>; Lori Zimmer <?/o=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/c n=71df6857213e46846990c8d1b52 9f77-Lori_Zimmer">; | | 11/17/2016 | Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice regarding Authenticom service offerings. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for legal advice regarding Authenticom service offerings. | Yes | A third party breaks privilege. |

*denotes attorney(s)

CONFIDENTIAL

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1384 | Katie Wiengalla <katie.Wieregalla@authenticom.com> | Brian Clements <brian.Clements@authenticom.com>; Dave Brown <Dave.Brown@authenticom.com>*; Steve Cottrell <Steve@authenticom.com>; Chris Kirby <chris.kirby@authenticom.com>; Brian Clements </o=Exchangelab/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=048d27d923e4f36add0/Steve Cottrell</o=Exchangelab/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=04e0b54e669794c64/Dave Brown*</o=Exchangelab/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f6bd3210a3/Steve Cottrell; Chris Kirby </o=Exchangelab/ou=Exchange Administrative Group | External – Lori Zimmer <lori@zimmercoach.com>; External <lori@zimmercoach.com>; Dave Brown </o=Exchangelab/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=048d27d923e4f36add0/68d6eed7b19f &-External_,...*> |  | 4/13/2017 | Clements, Brian; Kirby, Christopher | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*. Dave regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_1395 | Steve Cottrell <Steve@authenticom.com> | Dave Brown <Dave.Brown@authenticom.com>*; Katie Wieregalla <katie.Wieregalla@authenticom.com>; Dave Brown <Dave.Brown@authenticom.com>; Brian Clements <brian.Clements@authenticom.com>; Dave Brown <cbbd6ac597a4da2a4ae6/acd6f0530-Dave.brown@exchangelab.com>*; Katie Wieregalla <0744788aecd543009a337/d9d389d10dcb.katie.wiore@exchangelab.com>; Brian Clements <2d63d6a11f6a4060eee/59b702f6e8.brian.clems@exchangelab.com> | Lori Zimmer <Lori@zimmercoach.com> |  | 2/2/2017 | Clements, Brian; Wieregalla, Katie | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice regarding CDK data access issues. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for legal advice regarding CDK data access issues. | Yes | A third party breaks privilege. |

*denotes attorney(s)

16 of 26
February 8, 2019

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1404 | Michele Phelps <Michele.Phelps@authenticom.com> | Steve Cottrell <Steve@authenticom.com>; Bob Monroe <Bob.Monroe@authenticom.com>; Joe Noth <Joe.Noth@authenticom.com>; Roxane Herricks <roxane.herricks@authenticom.com>; Lori Zimmer-Centare (Lori2@crmenroach.com); Lucas Herold (Lucas.Herold@authenticom.com); Matt Haun (Matt.Haun@authenticom.com); Matt Valley <Matt.Valley@vik.com>; Brian Clements <brian.Clements@authenticom.com>; Krishna Kelley (Krishna.Kelley@authenticom.com); Dave Brown <Dave.Brown@authenticom.com>; Steve Cottrell <945b71c2df9342d8b4473f826443d4c>; Bob Monroe cott@exchangelabs.com>; Bob Monroe <811789e46023329fea314766424173; bob monroe@exchangelabs.com>; Joe Noth <b4d0b50a2ec84b48404ddf | | | 9/5/2016 | Noth, Joe | Attorney/Client Communication | | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding script for CDX cols. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding script for CDX cols. | Yes | A third party breaks privilege. |

*denotes attorney(s)

CONFIDENTIAL

Authenticom, Inc. Privilege Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1435 | Michelle Phelps <Michele.Phelps@authenticom.com> | Steve Cottrell <Steve@authenticom.com>; Lori Zimmer <LoriZ@zimmercock.com>; Brian Clements <Brian.Clements@authenticom.com>; Katie Wiengalla <Katie.Wiengalla@authenticom.com>; Dane Brown <Dane.Brown@authenticom.com>; Steve Cottrell <9d2b71cdff14288a4373f826df43e6c>steve cottrell@exchangelabs.com>; LoriZimmer <7148b5372b3e4b840b9c8663c63f975f>; lori_zimmer@exchangelabs.com>; Brian Clements <2d6b6a31316a14b66eee5b702f6e6;brian clement@exchangelabs.com>; Katie Wiengalla <07447f8bacc643b90a337d563f8b610eb4;katie wien@exchangelabs.com>; Dane Brown <cb66f4e09f2a4da2afae65acf4ff9330;dane brown@exchangelabs.com>* | | | 11/2/2016 | Wiengalla, Katie; Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice regarding CDK data access issues. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for legal advice regarding CDK data access issues. | Yes | A third-party breaks privilege. |

*denotes attorney(s)

CONFIDENTIAL

Authenticom, Inc. Privilege Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1488 | Kate Wisniguita <dl>EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0740788 4d564a306f433709038 9010d0-KATIE WISRIS> | Brian Clements </O=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0740788 4d564a306f433709038 9010d0-KATIE WISRIS> Brian.Cleme?>; Dane Brown </O=Exchangelabs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=dd4fac9f933a da2a4e66ica6df9330-Dane Brown*;*;Steve Cottrell </O=Exchangelabs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=9d3b71c2df94 2d8b44f3f824a4ka6c-Steve Cott*>; Chris Kirby </O=Exchangelabs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=56580f4a56bd4 ba86d4f9e1c877cc3-Chris Kirby*> | External - Lori Zimmer </O=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/c n=56637kce6f4fbba95b8bae47919f 6_external_;;_*> | | 4/13/2017 | Wisnigaita, Kate | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*. Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

*denotes attorney(s)

CONFIDENTIAL

Authentcom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Attachment(s) Has | Original Priv. Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1555 | Katie Wisniqaila <katie.Wisnigaila@authentcom.com> | Brian Clements <brian.Clements@authenticom.com>; Dane Brown <Dane.Brown@authentco m.com>"; Steve Cottrell <steve@authenticom.com >; Chris Kirby <chris.kirby@authenticom. com>; Brian Clements </o=Exchange Labs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=0b6f4a06f9e44 4282a2b0da21a3ff4 c44d50eee04a707dfe8- Brian Clem"; Dane Brown </o=Exchange Labs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=cb6f4a06f91a4 da2aff4e6ca0f9f0310 Dane Brown"*; Steve Cottrell </o=Exchange Labs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=7e83f71c2df7a4 2d8b447f3f82a4f4a8dc- Steve Cottr">; Chris Kirby </o=Exchange Labs/ou=Exc hange Administrative | External – Lori Zimmer <lori@zimmercoach.com>; External – Lori Zimmer </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/c n=0b637eced9fd6a6f6a86ee47b19f 6-External_...">; | | 4/13/2017 | Clements, Brian; Kirby, Christopher | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for and the provision of legal advice of counsel regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |

*denotes attorney(s)

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1612 | Katie Wieregalla <katie.Wieregalla@authenticom.com> | Dane Brown <dane.brown@authenticom.com>* Brian Clements <Brian.Clements@authenticom.com> Steve Cottrell <Steve@authenticom.com> Chris Kirby <chris.kirby@authenticom.com> Dane Brown </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/c n=b6d327ebf6f6a8476b8ea47919f cd404beeb5b202fbe8-Brian Clemen*> Steve Cottrell </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Re cipients/cn=2d65d4a139f4c4404beeb5b202fbe8-Steve Cottrell </o=ExchangeLabs/ou=Exchange Administrative Group | External - Lori Zimmer <lori@timmercoach.com> External - Lori Zimmer </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/c n=b6d327ebf6f6a8476b8ea47919f cd-External_..."> | | 4/13/2017 | Clements, Brian; Kirby, Christopher | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*, Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_1658 | Katie Wieregalla <katie.Wieregalla@authenticom.com> | Brian Clements <brian.clements@authenticom.com> Dane Brown <dane.Brown@authenticom.com>* Steve Cottrell <Steve@authenticom.com> Chris Kirby <chris.kirby@authenticom.com> Brian Clements <b8d327ebf6f6a8476bee 30b702fbe8-brian clemen@exchangelabs.com> Dane Brown <c6b6f4e5f97a4da2afae65 acafd9930-dane brown@exchangelabs.com> Steve Cottrell <9d2b71a2dff542d84e473f 82d4d3d4c-steve cottrell@exchangelabs.com> Chris Kirby <565069cec6b6f6a494d729 e1c18f7fcc3-chris kirby@exchangelabs.com> | External - Lori Zimmer <lori@timmercoach.com> External - Lori Zimmer <58d23feced9340ad950c8bee4785c996 external_.._@exchangelabs.com> | | 4/13/2017 | Kirby, Christopher; Cottrell, Steven | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*, Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |

*denotes attorney(s)

CONFIDENTIAL

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv. Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1669 | Unspecified Sender | Brian Clements </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=66d04eee3bb702f6e8-Brian Clemen"/>; Dane Brown </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9084ce0809530-Dane Brown"/>*; Steve Cottrell </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=943b71c2df5b4288b44739b24af4a6bc-Steve Cott"/>; Chris Kirby </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=565d954cc0e6da1abba0f9e1c187f1c3-Chris Kirby"/> | External - Lori Zimmer </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=66637eceed94bba856a08ea47915832_External__"/> | | 4/13/2017 | Wiengala, Kate | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*.. Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |

*denotes attorney(s)

Authenticom, Inc. Privilege Log
In re Dealer Management Systems Antitrust Litigation, MDL No. 2817

CONFIDENTIAL

23 of 26
February 8, 2019

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1888 | Brian Clements <div EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0090F... A131F4C4483441E15987 D2F6E8 B/BRIAN CLEMENTS> | Kate Wisnigiala </cn=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c6d64f4e597a4 dea2afae65acaf0f0330>Dane Brown">; Steve Cotri </cn=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d8b44738824a4b6c-Steve Cotri">; Chris Kirby </cn=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=565065ecd5b6 9a694df29e5118771c2-Chris Kirby"> | External - Lori Zimmer </cn=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d683cef9f4bfdd95d6bee47919f $-External__"> | | 4/13/2017 | Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*, Dane regarding draft dealer letter on CDK data access issues. | Yes | A third-party breaks privilege. |
| AUTH_MDL_PRIV_1806 | Michelle Phelps <Michelle.Phelps@authenticom.com> | Dane Brown <dane.brown@authenticom.c om>*; Joe Nath <joe.nath@authenticom.c om>; Chris Kirby <chris.kirby@authenticom. com>; Lori Zimmer <Lori@zimmercoach.com >; Dane Brown <c6b6f4e597a4ba2afae65 acaf0f0330>dane brown@exchangelabs.com >*; Joe Nath <d440050a2c6848f4b0a8f 8e3f31816>joseph nath@exchangelabs.com>; Chris Kirby <565065ecd5b69a694df29 e5118771c2>chris kirby@exchangelabs.com>; Lori Zimmer <734f6b372b9444b00c 8c6262b07f> lori_zimmer@exchangelabs. com> | | | 10/5/2016 | Kirby, Christopher | Attorney/Client Communication | | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding CDK data access issues. | Yes | A third party breaks privilege. | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding CDK data access issues. | Yes | A third-party breaks privilege. |

*denotes attorney(s)

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1841 | Steve Cottrell <9d5b71c2dff342d8ad47395b4a6bafdc-steve cottrell@exchangelabs.com> | Dane Brown <c6b64fe5f93f4da2afae65 acaf0ff310-dane wein@exchangelabs.com> Brian Clements <2b5b04a131f46a4460eee 5b07029e8-brian clem@exchangelabs.com> | Lori Zimmer <Lori2@zimmercoach.com> | | 2/2/2017 | Cottrell, Steven | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft letter. | Yes | The document is not privileged. A third party breaks privilege. | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_1887 | Michelle Phelps <Michelle.Phelps@authentic om.com> | Dane Brown <authentico m.com>; Joe Noth <Joe.Noth@authenticom.c om>; Chris Kirby <chris.kirby@authenticom. com>; Lori Zimmer <Lori2@zimmercoach.com >; Dane Brown <c6b64fe5f93f4da2afae65 acaf0ff310-dane brown@exchangelabs.com >*; Joe Noth <a4d065b2ba6e84491bca9f 8e3f31861b-joseph noth@exchangelabs.com>; Chris Kirby <55000b54cf66f6e65fa6f70 e5c187f0c3-chris kirby@exchangelabs.com>; Lori Zimmer <73498637b5b44b84b96b5c 8d2b526df7r lori_zimmer@exchangelabs .com> | | | 10/5/2016 | Noth, Joe | Attorney/Client Communication | | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding CDK lockouts. | Yes | A third party breaks privilege. | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding CDK lockouts. | Yes | A third party breaks privilege. |

*Denotes attorney(s)

CONFIDENTIAL

Authenticom, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_1894 | Katie Wisingalla <Katie.Wisingalla@authenticom.com> | Steve Cottrell <Steve@authenticom.com>; Dane Brown <Dane.Brown@authenticom.com>*; Brian Clements <Brian.Clements@authenticom.com>; Steve Cottrell </o=FxchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f4d291c2dff5d26b8447382a44fabdc-Steve Cottrell*>; Dane Brown </o=FxchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c6bb6f4e9f94da2fae6cad9330-Dane Brown*>; Brian Clements </o=FxchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b0d4d101194-c44b04eeecbb702f6e8-Brian Clem*> | Lori Zimmer <LoriZ@zimmercoach.com> | | 2/2/2017 | Cottrell, Steve | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft dealer letter. | Yes | A third party breaks privilege. |
| AUTH_MDL_PRIV_1894 | Katie Wisingalla <Katie.Wisingalla@authenticom.com> | Steve Cottrell <Steve@authenticom.com>; Dane Brown <Dane.Brown@authenticom.com>*; Brian Clements <Brian.Clements@authenticom.com>; Steve Cottrell </o=FxchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f4d291c2dff5d26b8447382a44fabdc-Steve Cottrell*>; Dane Brown <Dane.Brown@authenticom.com>*; Brian Clements </o=FxchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c6bb6f4e9f94da6a2fae65acd9330-Dane Brown>; brian.clements@authenticom.com | Lori Zimmer <LoriZ@zimmercoach.com> | | 2/2/2017 | Cottrell, Steven | Attorney/Client Communication | X | Confidential communication reflecting the request for legal advice of Brown*, Dane regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*, Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |

*denotes attorney(s)

25 of 26
February 8, 2019

...

CONFIDENTIAL

Authentication, Inc. Privilege Log
*In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817

| Priv ID | From/Author | TO | CC | BCC | Document Date | Custodian | Privilege Basis | Has Attachment(s) | Original Priv Log Entry | Challenge | Comments | Revised Privilege Description | Challenge to Revised Entry | Basis for Challenge to Revised Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTH_MDL_PRIV_2018 | Executives <1f834add8fbe5c682d6ba 17d95f0501040-kate wein@exchangelabs.co mo executives@exchangelabs. com>;External - Lori Zimmer< <56633fecefd4f6b8f056bf8 eed791919-external_.. ;@exchangelabs.com> | | | | 4/29/2017 | Wiersgalla, Katie | Attorney/Client Communication | X | Confidential communication reflecting the provision of legal advice of Brown*, Dane regarding CDK and Reynolds data access issues. | Yes | The communication involves a distribution list without identifying the individual senders and/or recipients. A third party breaks privilege. | Confidential communication reflecting the request for and provision of legal advice of Brown*, Dane regarding CDK and Reynolds data access issues. | Yes | This communication involves a distribution list, yet Authentican has not complied with the global agreement to identify the current purpose of each distribution list and the current number of people on each distribution list. |
| AUTH_MDL_PRIV_2023 | Brian Clements <CN=FCHsNGEUA$CVOU +EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/cn=Recipients/cN=DOOBf A13FFAC44894E5E9B8 02FEE8-BRIAN CLEME> | Katie Wiersgalla </O=Exchangelabs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn= Recipients/cn=0744708aeea3- 42669cb3135f0585b040- kate Wein">; Dane Brown </O=Exchangelabs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=e cipients/cn=9d3b71c2dff34 da2dfae65ea4f89130-Dane Brown">;*</,Next Cotrell </O=Exchangelabs/ou=Exc hange Administrative Group (FYDIBOHF23SPDLT)/cn=e cipients/cn=9d3b71c2dff34- 1d8b647392a4fh3eb- Steve Cott">;Chris Kirby </O=Exchangelabs/ou=e change Administrative Group (FYDIBOHF23SPDLT)/cn=re cipients/cn=56305b4ccd66a- 9a8b4ef29e1c1877cc3- Chris Kirby"> | External - Lori Zimmer </O=Exchangelabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/c N=56633fecefd4f6b8f056bbeed791918-External_...-"> | | 4/13/2017 | Clements, Brian | Attorney/Client Communication | X | Confidential communication reflecting the request for and the provision of legal advice regarding draft dealer letter. | Yes | A third party breaks privilege. | Confidential communication containing and discussing legal advice of Brown*, Dane regarding draft dealer letter on CDK data access issues. | Yes | A third party breaks privilege. |

*Denotes attorney(s)