# Exhibit 5 Submitted for *In Camera* Review