# Exhibit 6 Submitted for *In Camera* Review