# Exhibit 7



🖨 View printer-friendly version   << Back

# CDK Global to Acquire ELEAD1ONE

*ELEAD1ONE's automotive retail front office applications and integrated customer service platform to complement the diversified product and service portfolio of CDK*

HOFFMAN ESTATES, Ill. & ATLANTA--(BUSINESS WIRE)--Jul. 16, 2018-- CDK Global, Inc. (Nasdaq: CDK), a leading enabler of automotive commerce, today announced that it has entered into a definitive agreement to acquire ELEAD1ONE. The transaction has been unanimously approved by the CDK Board of Directors.

ELEAD1ONE's automotive customer relationship management (CRM) software and call center solutions enable seamless interaction between sales, service and marketing operations to provide dealers with a best-in-class customer acquisition and retention platform. As a trusted software and business consultant to approximately 4,000 auto dealerships across North America, ELEAD1ONE stands ahead of the curve to service today's changing and competitive automotive retail environment.

"As we looked at how best to rapidly address the needs of dealers in today's evolving marketplace, we determined that ELEAD1ONE's centerpiece CRM offering and fully integrated suite of layered applications fit well with our diversified product offerings," said Brian MacDonald, president and CEO, CDK Global. "In addition, ELEAD1ONE's well-regarded customer service capabilities will complement our focus on delivering an outstanding experience to its dealer customers. We look forward to helping dealers deliver a great customer experience with our combined products and services."

"ELEAD1ONE dealers demand superior performance from the most advanced and integrated CRM software solution in the automotive industry," said Hugh Hathcock, founder

and CEO, ELEAD1ONE. "Recognized as a clear industry leader, ELEAD1ONE has consistently developed and delivered powerful cutting-edge dealer solutions, combining CRM with our successful ELEAD1ONE Contact Center, and Fixed Ops platform." Judy Hathcock, founder and president of ELEAD1ONE added, "Together with CDK, the integrated companies will leverage vast resources to continue to invest in state-of-the-art information technology, innovative software application development, and highly effective communication platforms that emphasize superior user experiences with significant measurable ROI and reporting. Together we remain dedicated to focusing on innovation, support, and delivering the highest quality technology, products and services."

The proposed transaction is subject to customary closing conditions. The value of the transaction was not disclosed and is expected to be modestly dilutive to adjusted earnings per share in Fiscal 2019 and accretive to adjusted earnings per share in Fiscal 2020. More details will be provided after closing. Portico Capital Securities LLC is acting as exclusive financial advisor and Cadwalader, Wickersham & Taft LLP is serving as legal counsel to ELEAD1ONE in the transaction. Paul, Weiss, Rifkind, Wharton & Garrison LLP is serving as legal counsel to CDK in the transaction.

**About CDK Global**

With more than $2 billion in revenues, CDK Global (Nasdaq:CDK) is a leading global provider of integrated information technology and digital marketing solutions to the automotive retail and adjacent industries. Focused on enabling end-to-end automotive commerce, CDK Global provides solutions to dealers in more than 100 countries around the world, serving approximately 28,000 retail locations and most automotive manufacturers. CDK solutions automate and integrate all parts of the dealership and buying process from targeted digital advertising and marketing campaigns to the sale, financing, insuring, parts supply, repair and maintenance of vehicles. Visit cdkglobal.com.

**About ELEAD1ONE**

ELEAD1ONE is the leading provider of fully integrated CRM software solutions to automotive dealers, serving approximately 4,000 dealerships across North America. The ELEAD1ONE platform delivers a comprehensively featured customer experience through its solution suite by combining Sales, Marketing, Contact Center, and Service1One capabilities into a single dashboard. Serving the automotive industry since inception,

Case: 1:18-cv-00864 Document #: 571-11 Filed: 03/15/19 Page 4 of 5 PageID #:22322

ELEAD1ONE has earned a reputation for delivering superior software that is easy to use and effective. The ELEAD1ONE suite incorporates the full breadth of layered applications (such as Desking, Mobile Retail, Inventory Management, ILM, Equity Data Mining, Omnichannel Marketing, AI, Online Scheduling, Lane, and Multi-point Inspection) required to maximize ROI at the dealership. With offices in Georgia and Florida, ELEAD1ONE has over 1,500 employees and serves leading dealers, including 6 of the top 10 dealer groups, nationally. Visit elead-crm.com.

**SAFE HARBOR FOR FORWARD-LOOKING STATEMENTS**

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. All statements, other than statements of historical facts, including statements in this document regarding the proposed transaction between CDK and ELEAD1ONE, the expected timetable for completing the proposed transaction, product integration, future financial and operating results, benefits and synergies of the proposed transaction and other opportunities for the combined company, and any other statements about CDK or ELEAD1ONE managements' future expectations, beliefs, goals, plans or prospects may be forward looking statements. Words such as "might," "will," "may," "could," "should," "estimates," "expects," "continues," "contemplates," "anticipates," "projects," "plans," "potential," "predicts," "intends," "believes," "forecasts," "future," "assumes," and variations of such words or similar expressions are intended to identify forward-looking statements. These statements are based on management's expectations and assumptions and are subject to risks and uncertainties that may cause actual results to differ materially from those expressed, or implied by, these forward-looking statements. Factors that could cause actual results to differ materially from those contemplated by the forward-looking statements include: the ability to consummate the proposed transaction; the ability to obtain the requisite regulatory approvals; the ability of CDK to successfully integrate ELEAD1ONE's operations and employees; the ability to realize anticipated synergies and cost savings; the potential impact of the announcement of the transaction or consummation of the transaction on relationships, including with employees, suppliers, customers and competitors; the ability to achieve revenue growth; national, international, regional and local economic, competitive and regulatory conditions and developments; technological developments; capital and credit markets conditions; inflation rates; interest

rates; the political and economic stability of the auto industry; business and regulatory or legal decisions; the timing and success of business development efforts; the ability of CDK's significant stockholders and their affiliates to significantly influence CDK's decisions; and the risks described in CDK's reports filed with the Securities and Exchange Commission ("SEC"), including those discussed under "Part I, Item 1A. Risk Factors" in CDK's most recent Annual Report on Form 10-K and its most recent Quarterly Report on Form 10-Q. These filings can be found on CDK's website at www.cdkglobal.com and the SEC's website at www.sec.gov. All forward-looking statements speak only as of the date of this press release even if subsequently made available by CDK or ELEAD1ONE on their website or otherwise. CDK and ELEAD1ONE disclaim any obligation to update or revise any forward-looking statements that may be made to reflect new information or future events or circumstances that arise after the date made or to reflect the occurrence of unanticipated events, other than as required by law.

View source version on businesswire.com:

https://www.businesswire.com/news/home/20180716005129/en/

Source: CDK Global, Inc.

CDK Global Investor Relations Contact:

Katie Coleman, 847-485-4650

katherine.coleman@cdk.com

or

CDK Global Media Contacts:

CDK Global

Roxanne Pipitone, 1 847-485-4423

Roxanne.pipitone@cdk.com