# Exhibit 8
# Submitted for
# *In Camera* Review