# Exhibit 9 Submitted for *In Camera* Review