# Exhibit 10 Submitted for *In Camera* Review