# Exhibit 11 Submitted for *In Camera* Review