# Exhibit C Submitted for *In Camera* Review