IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: Dealer Management Systems Antitrust Litigation,<br><br>Plaintiff(s),<br><br>v.<br><br>,<br><br>Defendant(s). | Case No. 18-cv-00864<br>Judge Robert M. Dow |

### ORDER

Individual and Vendor Class Plaintiffs' motion to withdraw Benjamin L. Rudofsky and Jason W. Ethridge as counsel and request removal from service list [564] is granted. d

Date: 3/15/2019                                          /s/ Judge Dow