# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Dealer Management Systems Antitrust Litig.

Case Number: 1:18-cv-864

An appearance is hereby filed by the undersigned as attorney for:
Third Party Subpoena Respondent Accel-KKR Capital Partners, IV, LLP

Attorney name (type or print): Sara Siegall

Firm: Chapman Spingola, LLP

Street address: 190 S. LaSalle Street, Suite 4850

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6297622
(See item 3 in instructions)

Telephone Number: 312-606-8665

Email Address: ssiegall@chapmanspingola.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | |

If this is a criminal case, check your status.
✔ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 19, 2019

Attorney signature: S/ Sara Siegall
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015