# Sara Siegall

| | |
|---|---|
| **From:** | Sara Siegall |
| **Sent:** | Sunday, March 17, 2019 9:19 PM |
| **To:** | 'LCaseria@sheppardmullin.com' |
| **Cc:** | Peter Spingola; Patrick Manion |
| **Subject:** | RE: In re: Dealer Management Systems Antitrust Litigation, Case No. 1:18-cv-864/MDL No. 2817 |

Leo:

After conferring with AKKR, we were not able to identify any means of isolating the categories of documents you specified during our March 11, 2019 teleconference without reviewing the same 40,000+ emails and additional non-email ESI responsive to basic search terms drawn from the subpoenas (*i.e.*,MVSC, CDK, EVR, CVR, Vitu, DMVDesk, "Motor Vehicle Software Corporation", and "electronic vehicle registration" ).

Even if AKKR, notwithstanding its relevance objection, were willing to produce the categories of information you articulated (which is not the case), the proposed means of narrowing the subpoenas would not materially lessen the burden on AKKR in any event,

I appreciate your efforts to work out a compromise. However, we are at impasse.

Best wishes,

Sara

Sara Siegall
Partner

190 South LaSalle Street, Suite 3850
Chicago, IL 60603
Direct | 312 606-8665
Cell | 312 636-1282
Fax | 312 630-9233
www.chapmanspingola.com


On Tue, Mar 12, 2019 at 12:46 PM Leo Caseria <LCaseria@sheppardmullin.com> wrote:

> Thanks Sara, sounds good.
>
> **Leo D. Caseria** | Partner
> +1 213-617-4206 | direct
> LCaseria@sheppardmullin.com | Bio
>
> **Sheppard**Mullin
> 333 South Hope Street, 43rd Floor
> Los Angeles, CA 90071-1422

EXHIBIT 7

1

+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Sara Siegall <ssiegall@chapmanspingola.com>
**Sent:** Tuesday, March 12, 2019 10:45 AM
**To:** Leo Caseria <LCaseria@sheppardmullin.com>
**Cc:** Peter Spingola <pspingola@chapmanspingola.com>; Patrick Manion <pmanion@chapmanspingola.com>
**Subject:** RE: In re: Dealer Management Systems Antitrust Litigation, Case No. 1:18-cv-864/MDL No. 2817

Leo:

Thanks for your time on the phone yesterday. Just confirming our extension, to March 22, 2019, to respond to the document subpoena.

In the meantime, I will discuss with AKKR the issues raised during our call yesterday and will get back to you as soon as possible.

Best wishes,

Sara


Sara Siegall
Partner
190 South LaSalle Street, Suite 3850
Chicago, IL 60603
Phone | 312 606-8665
Fax | 312 630-9233

chapman|spingola

Bio | vCard | Website | LinkedIn

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message or any copy of it from your computer system. Thank you.

**From:** Leo Caseria <LCaseria@sheppardmullin.com>
**Sent:** Friday, March 8, 2019 2:21 PM
**To:** Sara Siegall <ssiegall@chapmanspingola.com>
**Cc:** Peter Spingola <pspingola@chapmanspingola.com>; Patrick Manion <pmanion@chapmanspingola.com>
**Subject:** RE: In re: Dealer Management Systems Antitrust Litigation, Case No. 1:18-cv-864/MDL No. 2817

Ok, that time works for me.

**Leo D. Caseria** | Partner
+1 213-617-4206 | direct
LCaseria@sheppardmullin.com | Bio

**SheppardMullin**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Sara Siegall <ssiegall@chapmanspingola.com>
**Sent:** Friday, March 8, 2019 12:20 PM
**To:** Leo Caseria <LCaseria@sheppardmullin.com>
**Cc:** Peter Spingola <pspingola@chapmanspingola.com>; Patrick Manion <pmanion@chapmanspingola.com>
**Subject:** RE: In re: Dealer Management Systems Antitrust Litigation, Case No. 1:18-cv-864/MDL No. 2817

Leo:

Does 2:00 pacific/4:00 central work on Monday? During our call, we can also discuss the deposition subpoena to AKKR, which AKKR objects to on the same grounds as the document subpoena.

Thanks,

Sara

Sara Siegall
**Partner**
190 South LaSalle Street, Suite 3850
Chicago, IL 60603
Phone | 312 606-8665
Fax | 312 630-9233

# chapman|spingola

Bio | vCard | Website | LinkedIn

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message or any copy of it from your computer system. Thank you.

**From:** Leo Caseria <LCaseria@sheppardmullin.com>
**Sent:** Thursday, March 7, 2019 9:11 PM
**To:** Sara Siegall <ssiegall@chapmanspingola.com>
**Cc:** Peter Spingola <pspingola@chapmanspingola.com>; Patrick Manion <pmanion@chapmanspingola.com>
**Subject:** RE: In re: Dealer Management Systems Antitrust Litigation, Case No. 1:18-cv-864/MDL No. 2817

Sara,

Please see the attached letter. I am available for a telephonic meet and confer on Monday, 9 a.m. pacific or later. Let me know what works for you.

Leo

**Leo D. Caseria** | Partner
+1 213-617-4206 | direct
LCaseria@sheppardmullin.com | Bio

**Sheppard**Mullin

333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Sara Siegall <ssiegall@chapmanspingola.com>
**Sent:** Wednesday, March 6, 2019 7:52 AM
**To:** Leo Caseria <LCaseria@sheppardmullin.com>
**Cc:** Peter Spingola <pspingola@chapmanspingola.com>; Patrick Manion <pmanion@chapmanspingola.com>
**Subject:** RE: In re: Dealer Management Systems Antitrust Litigation, Case No. 1:18-cv-864/MDL No. 2817

Leo:

Please see the attached letter concerning the subpoena to Accel-KKR Capital Partners IV, LP in the above-referenced case.

Are you available to discuss tomorrow afternoon? If not, please provide some alternative times within the next few days.

Thanks,

Sara


Sara Siegall

Partner
190 South LaSalle Street, Suite 3850
Chicago, IL 60603
Phone | 312 606-8665
Fax | 312 630-9233

chapman|spingola

Bio | vCard | Website | LinkedIn

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message or any copy of it from your computer system. Thank you.

**From:** Leo Caseria <LCaseria@sheppardmullin.com>
**Sent:** Wednesday, February 20, 2019 10:20 AM
**To:** Sara Siegall <ssiegall@chapmanspingola.com>
**Cc:** Peter Spingola <pspingola@chapmanspingola.com>
**Subject:** RE: In re: Dealer Management Systems Antitrust Litigation, Case No. 1:18-cv-864/MDL No. 2817

Hi Sara, defendants are fine with extending Accel-KKR's response deadline to March 15, 2019.  Thanks.

Leo

**Leo D. Caseria** | Partner
+1 213-617-4206 | direct
LCaseria@sheppardmullin.com | Bio

**Sheppard**Mullin
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Sara Siegall <ssiegall@chapmanspingola.com>
**Sent:** Monday, February 18, 2019 2:47 PM
**To:** Leo Caseria <LCaseria@sheppardmullin.com>
**Cc:** Peter Spingola <pspingola@chapmanspingola.com>
**Subject:** In re: Dealer Management Systems Antitrust Litigation, Case No. 1:18-cv-864/MDL No. 2817

Leo:

Good afternoon. This email follows my voice message to you a moment ago. Our firm is representing Accel-KKR with respect to the subpoena it received in the above captioned matter. I see that the stated response deadline is this week, February 22.

We ask that you kindly agree to a 21-day extension of time, to March 15, 2019, for Accel-KKR to respond. Please confirm that this is acceptable.

Thank you,

Sara

Sara Siegall
Partner
190 South LaSalle Street, Suite 3850
Chicago, IL 60603
Phone | 312 606-8665
Fax | 312 630-9233

chapman|spingola

Bio | vCard | Website | LinkedIn

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message or any copy of it from your computer system. Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.