UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Dealer Management Systems Antitrust Litig. | )<br>)<br>)<br>) Case No. 1:18-cv-864<br>)<br>) MDL No. 2817<br>)<br>) Judge Robert M. Dow Jr.<br>)<br>) Magistrate Judge Jeffrey T. Gilbert<br>) |

## NOTICE OF AGREED MOTION

**PLEASE TAKE NOTICE** that on Thursday, March 28, 2019 at 9:15 a.m., counsel for Third Party Subpoena Respondent Accel-KKR Capital Partners, IV, LP shall appear before the Honorable Jeffrey T. Gilbert in the United States District Court for the Northern District of Illinois in Room 1386, or before any other judge sitting in his stead, and present the attached **Motion to Quash Subpoenas for Documents and Deposition Testimony**, a copy of which is hereby served on you.

        Respectfully submitted,

        */s/ Sara Siegall*
        Attorney for Accel-KKR Capital Partners, IV, LP

Peter M. Spingola (6243942)
Sara Siegall (6297622)
**CHAPMAN SPINGOLA, LLP**
190 South LaSalle Street, Suite 3850
Chicago, Illinois 60603
(312) 630-9202
pspingola@chapmanspingola.com
ssiegall@chapmanspingola.com
tlockhart@chapmanspingola.com

## **CERTIFICATE OF SERVICE**

I, Sara Siegall, counsel for Accel-KKR Capital Partners IV, LP hereby certify that on March 19, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to counsel of record.

*/s/ Sara Siegall*