# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to All Cases<br><br>THE DEALERSHIP CLASS ACTION | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

I, James R. Page, Esq., hereby declare and state as follows:

1. My name is James R. Page, Esq. I am over the age of twenty-one and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a Project Manager at Epiq Class Action & Claims Solutions, Inc. ("Epiq") and a licensed attorney in Washington. The Court approved the appointment of Epiq as the Settlement Administrator.[1] I submit this Declaration to provide updated information related to a request for exclusion mailed to Epiq.

3. The Supplemental Declaration of Cameron Azari, Esq. Regarding Notice Administration, filed with the Court on January 15, 2019 ("Azari Supplemental Declaration") (ECF No. 494) reported that, as of January 15, 2019, Epiq had received 57 letter requests for exclusion (three (3) of which were deemed to be a duplicate). Azari Supplemental Declaration (ECF No. 494, ¶¶ 15-16).

4. On March 8, 2019, as a newly-assigned project manager to this case, I oversaw a review of the settlement documentation. We discovered Epiq had received one additional letter

---

[1] Preliminary Approval Order for Settlement Between the Dealership Class and Reynolds (ECF No. 432, ¶ 8).

DECLARATION OF JAMES R. PAGE, ESQ. UPDATING REPORT ON EXCLUSION REQUESTS

request for exclusion (from Leith, Inc., postmarked December 31, 2018; received January 8, 2019) ("Leith Letter Request") that was mistakenly never provided to Class Counsel or counsel for The Reynolds and Reynolds Company. Accordingly, the Leith Letter Request was not previously identified in the Azari Supplemental Declaration. Various Epiq employees and I immediately investigated the matter to determine what had caused the oversight. The findings of this investigation are outlined below.

### *Investigation of Processing of Exclusion Requests*

5. As stated in the Azari Supplemental Declaration, Epiq monitored all mail delivered to the Post Office Box that it established to receive written requests for exclusion in this matter. Azari Supplemental Declaration (ECF No. 494, ¶ 14).

6. When mail was delivered to that Post Office Box, Epiq's document processing team immediately scanned it into a PDF format, which was then transmitted to the project management team overseeing this matter. The project management team aggregated all exclusion letters in a single location and provided copies of them to counsel for the parties via email.

7. Our investigation determined that the document processing team properly scanned the Leith Letter Request on January 8, 2019 and transmitted it to the project management team. However, the project management team failed to transfer the Leith Letter Request to the folder where they were aggregating exclusion requests. Because it was not transferred to the aggregate location, the project management team also did not transmit the Leith Letter Request to counsel for the parties.[2]

---

[2] As a part of the project management review on March 8, 2019, Epiq also discovered that on January 3, 2019 and January 8, 2019, the document processing team mistakenly provided two versions of the same letter to the project management team to provide to counsel for the parties.

8. Prior to the filing of the Azari Supplemental Declaration, Class Counsel provided a spreadsheet to Epiq with all the entities listed in the exclusion letters transmitted from Epiq to counsel for the parties. Epiq reviewed and compared this list against the exclusion letters in the project management team's aggregate location. Because the aggregate location did not include the Leith Letter Request, we did not identify it as missing from the list.

9. The Leith Letter Request purports to represent 21 entities that were sent individual direct mail notice by Epiq and 8 entities that did not match information from the direct mailing list.

### *Updated Report on Exclusion Requests*

10. Based on the receipt of the Leith Letter Request, and the removal of the non-duplicate exclusion letter, the exclusion reporting previously provided in the Supplemental Azari Declaration is hereby amended as described below.

11. As of March 21, 2019, Epiq has received 57 letter requests for exclusion of which two (2) are duplicates.

12. These 55 non-duplicate letters requesting exclusion provided dealership information matching 179 of the over 15,600 potential Dealership Class Members that were sent individual direct mail notice by Epiq. The 55 non-duplicate letters also provided information for another 154 purported dealerships that did not match information from the direct mailing list. An updated summary report of all exclusion requests received by Epiq is attached hereto as **Attachment 1.**

---

As a result, a single exclusion letter was incorrectly reported to counsel for the parties as two duplicative letters.

13. Based on the March 8 discovery, Epiq has undertaken a thorough review and confirms Attachment 1 contains all exclusion requests received by Epiq.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of March, 2019 in Seattle, Washington.

_____
James R Page, Esq.

# ATTACHMENT 1

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| 1 | O'Brien Auto Group | VW of Kirkland | WA | 12/21/2018 | 12/21/2018 | 5710 |
|  | " " " | Toyota of Kirkland | " | " | " | 1653 |
|  | " " " | Honda of Marysville | " | " | " | 5943 |
|  | " " " | Lexus of Bellevue | " | " | " | 2577 |
|  | " " " | Toyota of Renton | " | " | " | 5585 |
|  | " " " | Acura of Seattle | " | " | " | 37 |
|  | " " " | Lexus of Tacoma | " | " | " | 2371 |
|  | " " " | Jaguar/Land Rover of Tacoma | " | " | " | 14336 |
|  | " " " | Volvo Cars Tacoma | " | " | " | 3174 |
| 2 | O'Brien Auto Group | Toyota of Portland | OR | 12/26/2018 | 12/21/2018 | 10306 |
|  | " " " | Kia of Portland | " | " | " | 11439 |
|  | " " " | Audi Wilsonville | " | " | " | 9585 |
| 3 | Euromotors Inc | Mercedes Benz of San Francisco | CA | 12/27/2018 | 12/26/2018 | 3585 |
|  | Euromotors Oakland Inc. | Mercedez Benz of Oakland | " | " | " | 561 |
|  | Euromotors Concord Inc. | Audi Concord | " | " | " | 5228 |
|  | Euromotors Rocklin Inc. | Audi Rocklin | " | " | " | 4883 |
|  | Euromotors Monterey Inc. | Euromotors Monterey | " | " | " | 6363 |
|  | Euromotors Inc Service Department | - | " | " | " | - |
|  | Mercedes Benz of Oakland Service Department | - | " | " | " | - |
|  | Cachet Investment Group Inc. | smart center San Francisco | " | " | " | 4922 |
| 4 | T C Motor Car Company | Lexus of Lehigh Valley | PA | 12/27/2018 | 12/26/2018 | 994 |
| 5 | Triangle Motor Sales Inc. | Mark Jacobson Toyota | NC | 12/28/2018 | 12/31/2018 | 1666 |
|  | " " " | Toyota of Durham | " | " | " | - |
|  | " " " | Mark Jacobson Pre-Owned Store | " | " | " | - |
|  | " " " | Mark Jacobson Toyota Truck Center | " | " | " | - |
|  | " " " | Mark Jacobson Body Shop | " | " | " | - |
| 6 | SouthWest Ford Inc. | SouthWest Ford | " | 12/28/2018 | no date | 12205 |
|  | SouthWest Nissan LLC | SouthWest Nissan | TX | " | " | 13049 |
|  | SouthWest Autoplex II LLC | Volkswagen of Weatherford; SouthWest Volkswagen | " | " | " | 11198 |
| 7 | Dempewolf Inc. | Dempewolf Ford | KY | 12/28/2018 | 12/28/2018 | 6555 |
|  | " " " | Dempewolf Lincoln-Mercury | " | " | " | 6555 |
| 8 | Dossett GMC Cadillac Inc. | Dossett Pontiac Cadillac GMC | MS | 12/28/2018 | 12/28/2018 | 504 |
| 9 | Bill Jacobs Naperville LLC | Bill Jacobs BMW/Bill Jacobs MINI | IL | 12/29/2018 | 12/28/2018 | 7042 |
|  | Bill Jacobs Aurora Inc | Bill Jacobs Volkswagen | " | " | " | 10115 |
|  | Land Rover Hinsdale LLC | Land Rover Hinsdale/Jaguar Hinsdale | " | " | " | 10736 |
| 10 | Beaman Motor Company | Beaman Toyota | TN | 12/31/2018 | 12/31/2018 | 6070 |
|  | " " " | Beaman Buick-GMC | " | " | " | 6070 |
|  | " " " | Beaman Ford | " | " | " | 6070 |
|  | " " " | Beaman Dodge | " | " | " | 6070 |
|  | " " " | - | " | " | " | 6070 |
|  | " " " | Beaman Motor Company - Body Shop | " | " | " | - |
|  | " " " | Beaman Motor Company - Parts Warehouse | " | " | " | - |
| 11 | Key Toy LLC | Keyes Toyota/Scion | CA | 12/31/2018 | no date | 2507 |
|  | Keyaud LLC | Keyes Audi | " | " | " | - |
|  | 5905 AHK LLC | Keyes Chevrolet | " | " | " | 5204 |
|  | Keyes European LLC | Keyes European | " | " | " | - |
|  | Keylex, Inc. | Keyes Lexus | " | " | " | - |
|  | Keylex, Inc. | Lexus of Valencia | " | " | " | - |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | WHN, Inc. | Woodland Hills Nissan/Porsche Woodland Hills | " | " | " | - |
| | Marimart, Inc. | Woodland Hills Honda | " | " | " | - |
| | WHGM, Inc. | Woodland Hills Buick GMC Cadillac | " | " | " | - |
| | KEYH, Inc. | Keyes Hyundai | " | " | " | - |
| | KHMH, Inc. | Mission Hills Hyundai | " | " | " | - |
| | Keval, Inc. | Kia of Valencia/Keyes Honda | " | " | " | 14208 |
| | Audval, Inc. | Audi Valencia | " | " | " | - |
| | GK Nevada, LLC | Centennial Toyota/Scion | NV | " | " | - |
| | Belltoy Investments, LLC | Bell Road Toyota/Scion | AZ | " | " | - |
| 12 | Paramount Company 2 LLC | 171 Nissan | LA | 12/31/2018 | 12/31/2018 | 5295 |
| | Benoit Ford LLC fka Paramount Company 3 | Benoit Ford/Highway Ford | " | " | " | 5294 |
| | Paramount Company 4 LLC | 171 Chrysler Dodge Jeep Ram | " | " | " | 4603 |
| | Paramount Nissan LLC | Nissan of Lake Charles | " | " | " | 3400 |
| | Paramount Company of Mississippi LLC | Toyota of Natchez | MS | " | " | 4945 |
| 13 | Bryan Pontiac-Cadillac Co. | Bryan Honda | NC | 12/31/2018 | 12/31/2018 | 266 |
| 14 | McRee | McRee Ford | TX | 12/31/2018 | 12/31/2018 | 8759 |
| | " " " | McRee QuickLane | " | " | " | - |
| | " " " | McRee Collission Center | " | " | " | - |
| | " " " | McRee Body Shop | " | " | " | - |
| | " " " | Bay Area Auto & Truck Rental | " | " | " | - |
| | " " " | Bay Area Auto & Truck | " | " | " | - |
| 15 | Miller Motor Car Corp | Miller Honda | NY | 12/31/2018 | 12/29/2018 | 8471 |
| | " " " | Miller Hyundai | " | " | " | - |
| 16 | Cloninger | Cloninger Ford Toyota Scion | NC | 12/31/2018 | 12/31/2018 | 363 |
| | " " " | Cloninger Ford of Hickory | " | " | " | 5582 |
| | " " " | Cloninger Ford of Morganton | " | " | " | - |
| | " " " | Florence Toyota | SC | " | " | 587 |
| 17 | Sam Pack Auto Group | Five Star Ford of Texas Ltd | TX | 12/31/2018 | 12/31/2018 | - |
| | " " " | Sam Packs Five Star Ford Ltd | " | " | " | - |
| | " " " | Sam Pack's Ford Country of Lewisville Ltd | " | " | " | 11866 |
| | " " " | Five Star Ford of Plano LLC | " | " | " | 9882 |
| | " " " | Five Star Chevrolet LLC | " | " | " | 9408 |
| | " " " | Five Star Subaru of Grapevine LLC | " | " | " | 14205 |
| 18 | LOC Inc. | Eskridge Lexus of Oklahoma City | OK | 12/31/2018 | 12/29/2018 | 3287 |
| | Eskridge Imports Inc. | Eskridge Honda | " | " | " | 2194 |
| | Eskridge Chevrolet LLC | Eskridge Chevrolet | " | " | " | 4395 |
| 19 | DRK Investment Company | Mungenast St. Louis Acura | MO | 12/31/2018 | 12/31/2018 | 3011 |
| | CAPCO Sales Incorporated | Dave Mungenast Lexus | " | " | " | 444 |
| | D.F.M. Investment Company | Dave Mungenast St. Louis Honda | " | " | " | 3012 |
| | Mungenast Investments LLC | Mungenast St. Louis Mitsubishi | " | " | " | 5139 |
| | RKD Automotive Inc. | Mungenast Alton Toyota | IL | " | " | 4198 |
| | Mungenast Motorsports Commerical Division | Dave Mungenast Motorsports | MO | " | " | 11 |
| | Manco Management Services Inc. | - | " | " | " | 1040 |
| | KRD Investments Inc. | formerly dba Mungenast Hyundai | " | " | " | 4070 |
| 20 | Massey Motor Company Inc. | Massey Toyota | NC | 12/31/2018 | 12/28/2018 | 1060 |

2

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| 21 | Team Chevrolet Cadillac Inc. | - | NC | 12/31/2018 | 12/27/2018 | 1603 |
| 22 | Don Wessel Oldsmobile, Inc. | Don Wessel Honda | MO | 12/31/2018 | 12/28/2018 | 8609 |
| 23 | SE Columbus Automotive, LLC | Headquarter Nissan | GA | 12/31/2018 | 12/26/2018 | 11149 |
|  | Daphne Automotive, LLC | Eastern Shore Toyota | AL | " | " | 7260 |
|  | Certified Used Car Center, LLC | - | " | " | " | - |
|  | Eastern Shore Hyundai, LLC | Eastern Shore Hyundai | " | " | " | 10268 |
|  | Headquarter Auto Brokers, LLC (FL) | Pensacola Used Car Superstore | FL | " | " | 15071 |
|  | SE Pensacola Automotive, LLC (FL) | Fiat of Pensacola | " | " | " | - |
|  | SE Roswell Automotive, LLC (GA) | Roswell Kia | GA | " | " | - |
| 24 | Joe Pecheles VW, Inc. | Joe Pecheles Volkswagen | NC | 1/2/2019 | 12/28/2018 | 879 |
|  | " " " | Joe Pecheles Hyundai | " | " | " | - |
|  | " " " | Joe Pecheles Mitsubishi | " | " | " | - |
|  | " " " | Audi Greenville | " | " | " | - |
|  | PB&J Automotive LLC | Pecheles Ford Toyota | " | " | " | 2798 |
|  | BLP Automotive LLC | Pecheles Honda | " | " | " | 5206 |
| 25 | Wentworth/Wilsonville | Wentworth Chevrolet Co. | OR | 1/2/2019 | 1/2/2019 | 1751 |
|  | " " " | Wentworth Subaru | " | " | " | - |
|  | " " " | Wilsonville Chevrolet | " | " | " | 3205 |
|  | " " " | Wentworth Chevytown | " | " | " | 6462 |
|  | " " " | Wentworth Chevrolet Subaru | " | " | " | 1751 |
|  | " " " | Wilsonville Chevrolet Inc. | " | " | " | 3205 |
| 26 | New Country Motor Cars of Palm Beach, LLC | Mercedes Benz of Palm Beach | FL | 1/2/2019 | 1/2/2019 | 7761 |
|  | " " " | Maserati of Palm Beach | " | " | " | 12405 |
|  | " " " | Ferrari of Palm Beach | " | " | " | 12405 |
|  | " " " | Mercedes Benz of North Palm Beach | " | " | " | 7835 |
|  | New Country Sports Cars LLC | Porsche Clifton Park/Porsche of Clifton Park/New Country Porsche of Clifton Park/New Country Porsche | NY | " | " | 10726 |
|  | Clifton Park Imports Inc. | New Country Toyota of Clifton Park/Toyota of Clifton Park/Scion of Clifton Park/Toyota and Scion of Clifton Park/New Country Scion of Clifton Park/New Country Toyota and Scion of Clifton Park | " | " | " | 10350 |
|  | New Loudon Motor Cars Inc. | New Country Lexus of Latham | " | " | " | 10397 |
|  | New Country Ford Inc. | New Country Subaru | " | " | " | - |
|  | New Country Motor Cars Inc. | New Country MINI | " | " | " | - |
|  | " " " | New Country BMW | " | " | " | - |
|  | New Country Motor Cars of Greenwich, Inc. | Audi Greenwich/New Country Audi of Greenwich | CT | " | " | 8935 |
|  | " " " | Porsche Greenwich/New Country Porsche of Greenwich | " | " | " | 8634 |
|  | Saratoga Imports Inc. | New Country Toyota/New Country Toyota of Saratoga Springs/New Country Scion/New Country Toyota and Scion/Park Auto Body | NY | " | " | 8550 |
|  | Wide World of Cars LLC | Wide World BMW | " | " | " | 9257 |

3

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | " " " | Wide World Ferrari-Maserati/Wide World Maserati/Wide World Ferrari | " | " | " | 8862 |
| | New Country Motor Cars of Westport LLC | New Country Lexus of Westport/Lexus of Westport | CT | " | " | - |
| | New Country Imports of Westport LLC | New Country Toyota of Westport/Toyota of Westport/New Country Scion of Westport/Scion of Westport | " | " | " | - |
| | New Country Motor Cars of Westchester LLC | Audi Hawthorne | NY | " | " | 14836 |
| | New Country Motor Cars of Great Neck LLC | New Country Lexus of Great Neck | " | " | " | - |
| | Euro Motorcars, Inc. | - | MD | " | " | - |
| | Euro Motorcars Germantown, Inc. | - | " | " | " | 10573 |
| | Euro Motorcars Devon, Inc. | - | PA | " | " | 10663 |
| | Euro Motorcars Main Line, Inc. | BMW of the Main Line | " | " | " | 12556 |
| | " " " | MINI of the Main Line | " | " | " | 14169 |
| | New Country Bethesda LLC | Audi Bethesda | MD | " | " | 9307 |
| | New Country Competizione, Inc. | - | NY | " | " | - |
| 27 | Ontario Nissan Inc. | Nissan of Montclair | CA | 1/2/2019 | 1/2/2019 | 1098 |
| | Redlands Automotive Services Inc. | Metro Nissan of Redlands | " | " | " | 3721 |
| | Puente Hills Automotive Services Inc. | Puente Hills Mazda | " | " | " | 10650 |
| | Montclair Automotive Services Inc. | Infiniti of Ontario, previously Infiniti of Montclair | " | " | " | 6431 |
| 28 | GL ALN, LLC | Alhambra Nissan | CA | 1/2/2019 | 1/2/2019 | - |
| | GL CCC, LLC | Chevrolet Cadillac of La Quinta | " | " | " | - |
| | GL CCH, LLC | Culver City Honda | " | " | " | - |
| | GL CCT, LLC | Culver City Toyota | " | " | " | - |
| | GL HMH, LLC | Hamer Toyota | " | " | " | 5523 |
| | GL HHR, LLC | Hamer Honda | " | " | " | 5004 |
| | GL HOD, LLC | Honda of the Desert | " | " | " | - |
| | GL Orange, LLC | Stadium Nissan | " | " | " | - |
| | GL Huntington Beach, LLC | Surf City Nissan | " | " | " | - |
| | GL TOD, LLC | Toyota of the Desert | " | " | " | - |
| | GL LBH, LLC | Long Beach Honda | " | " | " | 13652 |
| | GL LBT, LLC | West Coast Toyota of Long Beach | " | " | " | - |
| | GL Ankeny, LLC | Dewey Dodge | IA | " | " | - |
| | GL Ankeny Ford, LLC | Dewey Ford | " | " | " | - |
| | GL Southtown, LLC | Southtown Chrysler Jeep Dodge | " | " | " | - |
| | GL Dodge City, LLC | Stew Hansen Dodge City Chrysler Jeep Ram | " | " | " | 1548 |
| | GL SHH, LLC | Stew Hansen Hyundai | " | " | " | - |
| | GL Novi, LLC | Cadillac of Novi | MI | " | " | 3755 |
| | GL Southfield, LLC | Fresh Start Auto | " | " | " | - |
| | " " " | Southfield Chrysler Jeep Dodge Ram | " | " | " | 1498 |
| | " " " | Southfield Twelve Mile Road | " | " | " | - |

4

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | GL Telegraph, LLC | Telegraph Chrysler Jeep Dodge Ram | " | " | " | 4579 |
| | GL Casa, LLC | Baytown GMC Buick | TX | " | " | 3509 |
| | GL Pearland, LLC | Big Star Ford | " | " | " | - |
| | GL BSH, LLC | Big Star Honda | " | " | " | 14720 |
| | GL Clear Lake, LLC | Clear Lake Dodge Chrysler Jeep Ram | " | " | " | - |
| | GL Clear Lake II, LLC | Alfa Romeo Fiat of Clear Lake | " | " | " | - |
| | GL Northwest, LLC | Northwest Dodge Chrysler Jeep Ram | " | " | " | - |
| | GL Texan, LLC | Texan GMC Buick | " | " | " | - |
| | GL Humble, LLC | Texan Dodge Chrysler Jeep Ram | " | " | " | - |
| | Garff-UC, L.L.C. | Audi Lehi | UT | " | " | - |
| | Ken Garff Ogden, LLC | Ken Garff Buick GMC Riverdale | " | " | " | - |
| | Garff-AF, LLC | Ken Garff Chevrolet | " | " | " | - |
| | Garff Imports, LLC | Ferrari of Salt Lake City | " | " | " | - |
| | Garff Salt Lake, LLC | Maserati and Alfa Romeo of Salt Lake | " | " | " | - |
| | Garff Tri-City, LLC | Ken Garff Ford | " | " | " | - |
| | Garff Enterprises, Inc. | Ken Garff Honda Downtown | " | " | " | - |
| | Ken Garff Ogden, LLC | Ken Garff Honda Riverdale | " | " | " | - |
| | G-W Automotive, LLC | Ken Garff Honda of Orem | " | " | " | - |
| | " " " | Volvo Cars Tacoma | " | " | " | 3174 |
| 2 | O'Brien Auto Group | Toyota of Portland | OR | 12/26/2018 | 12/21/2018 | 10306 |
| | " " " | Kia of Portland | " | " | " | 11439 |
| | " " " | Audi Wilsonville | " | " | " | 9585 |
| 3 | Euromotors Inc | Mercedes Benz of San Francisco | CA | 12/27/2018 | 12/26/2018 | 3585 |
| | Euromotors Oakland Inc. | Mercedez Benz of Oakland | " | " | " | 561 |
| | Euromotors Concord Inc. | Audi Concord | " | " | " | 5228 |
| | Euromotors Rocklin Inc. | Audi Rocklin | " | " | " | 4883 |
| | Euromotors Monterey Inc. | Euromotors Monterey | " | " | " | 6363 |
| | Euromotors Inc Service Department | - | " | " | " | - |
| | Mercedes Benz of Oakland Service Department | - | " | " | " | - |
| | Cachet Investment Group Inc. | smart center San Francisco | " | " | " | 4922 |
| 4 | T C Motor Car Company | Lexus of Lehigh Valley | PA | 12/27/2018 | 12/26/2018 | 994 |
| 5 | Triangle Motor Sales Inc. | Mark Jacobson Toyota | NC | 12/28/2018 | 12/31/2018 | 1666 |
| | " " " | Toyota of Durham | " | " | " | - |
| | " " " | ~~Mark Jacobson Pre-Owned Store~~ | " | " | " | - |
| | " " " | Mark Jacobson Toyota Truck Center | " | " | " | - |
| | " " " | Mark Jacobson Body Shop | " | " | " | - |
| 6 | SouthWest Ford Inc. | SouthWest Ford | " | 12/28/2018 | no date | 12205 |
| | SouthWest Nissan LLC | SouthWest Nissan | TX | " | " | 13049 |
| | SouthWest Autoplex II LLC | ~~Volkswagen of Weatherford;~~ SouthWest Volkswagen | " | " | " | 11198 |
| 7 | Dempewolf Inc. | Dempewolf Ford | KY | 12/28/2018 | 12/28/2018 | 6555 |
| | " " " | Dempewolf Lincoln-Mercury | " | " | " | 6555 |
| 8 | Dossett GMC Cadillac Inc. | Dossett Pontiac Cadillac GMC | MS | 12/28/2018 | 12/28/2018 | 504 |
| 9 | Bill Jacobs Naperville LLC | Bill Jacobs BMW/Bill Jacobs MINI | IL | 12/29/2018 | 12/28/2018 | 7042 |
| | Bill Jacobs Aurora Inc | Bill Jacobs Volkswagen | " | " | " | 10115 |
| | Land Rover Hinsdale LLC | Land Rover Hinsdale/Jaguar | " | " | " | 10736 |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | " " " | Fitzgerald Toyota, Hyundai, Subaru of Gaithersburg, MD | " | " | " | - |
| | " " " | Fitzgerald Hyundai, Subaru of Rockville, MD | " | " | " | 2069 |
| | " " " | Fitzgeral GMC, Buick of Rockville, MD | " | " | " | - |
| | " " " | Fitzgerald Wheaton Motor City | " | " | " | - |
| | " " " | Fitzgerald VW, Cadillac of Annapolis, MD | " | " | " | 14779 |
| | " " " | Fitzgerald Mazda, Mitsubishi of Annapolis, MD | " | " | " | - |
| | " " " | Fitzgerald Chrysler, Jeep, Dodge, Ram of Lexington Park, MD | " | " | " | - |
| | " " " | Fitzgerald Hyundai, Subaru of Clearwater, FL | FL | " | " | - |
| | " " " | Fitzgerald Chrysler Jeep of Clearwater, FL | " | " | " | 2219 |
| 32 | Beuckman Ford, Inc. | Bo Beuckman Ford, Inc. | MO | 1/2/2019 | 1/2/2019 | 8872 |
| 33 | TT of Lake Norman | Lake Norman Chrysler Jeep Dodge Ram | NC | 1/2/2019 | 12/31/2018 | 4309 |
| 34 | Seven Six Automotive, Inc. | Gastonia Chrysler Jeep Dodge Ram | NC | 1/2/2019 | 12/31/2018 | 5845 |
| 35 | Reineke Nissan LLC | Reineke Nissan | OH | 1/2/2019 | 1/2/2019 | 10333 |
| 36 | Reineke Ford, Inc. | Reineke Ford | OH | 1/2/2019 | 1/2/2019 | 11143 |
| 37 | RDBT Inc. | Reineke Honda | OH | 1/2/2019 | 1/2/2019 | 10303 |
| 38 | Reinenke Ford Lincoln of Lima LLC | Reineke Ford Lincoln of Lima | OH | 1/2/2019 | 1/2/2019 | 11880 |
| 39 | Reineke Ford Lincoln Inc. | Reineke Ford Lincoln of Findlay | OH | 1/2/2019 | 1/2/2019 | 7725 |
| 40 | Reineke Motors Inc. | Reineke Chrysler Dodge Jeep Ram | OH | 1/2/2019 | 1/2/2019 | 13317 |
| 41 | Tiffin Ford Lincoln Inc. | Tiffin Ford Lincoln | OH | 1/2/2019 | 1/2/2019 | 12131 |
| 42 | Reineke Lincoln Inc. | Reineke Ford Lincoln of Lima/Reineke Ford of Lima/Reineke Lincoln of Lima | OH | 1/2/2019 | 1/2/2019 | 11880 |
| | " " " | Reineke 10 & Under | " | " | " | - |
| 43 | Reineke Family Dealerships Inc. | - | OH | 1/2/2019 | 1/2/2019 | - |
| 44 | Reineke RV LLC | Reineke RV of Tiffin/Eclipse Auto Care/Eclipse Auto Detailing | OH | 1/2/2019 | 1/2/2019 | - |
| | " " " | Reineke RV of Toledo | " | " | " | - |
| | " " " | Fort Ball RV & Auto Sales | " | " | " | - |
| 45 | Marine Chevrolet Cadillac | Marine Chevrolet Cadillac/Marine Chevrolet Co Inc./Marine Chevrolet/Marine Cadillac/Marine Chevrolet Company | " | 1/2/2019 | 1/2/2019 | 1050 |
| 46 | Capital Automotive of Greensboro | Capital Hyundai of Greensboro/Capital Subaru of Greensboro | NC | 1/2/2019 | 1/2/2019 | 12704 |
| | Capital Chevrolet Inc. | - | " | " | " | 7863 |
| | Hillsborough Automotive Group Inc. | Hillsborough Chrylser Dodge Jeep Ram | " | " | " | - |
| | Capital Automotive Indian Trail Inc. | Capital Chrysler Dodge Jeep Ram of Indian Trail | " | " | " | 5984 |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| 47 | Mack Truck Sales of Charlotte, Inc. | McMahon Truck Centers of Charlotte | NC | 1/2/2019 | 1/2/2019 | - |
| | Mack of Nashville, LLC | McMahon Truck Centers of Nashville | TN | " | " | - |
| | Columbus Truck & Equipment Center, LLC | McMahon Truck Centers of Columbus | OH | " | " | - |
| 48 | Courtesy Cars of Lexington | Courtesy Pontiac Acura | KY | 1/2/2019 | 1/2/2019 | - |
| | TW Toy Inc | Tom Wood Toyota | IN | " | " | - |
| | TIW, Inc. | Richfield Bloomington Honda | MN | " | " | 2873 |
| | Tom Wood Ford, Inc. | Tom Wood Ford | IN | " | " | - |
| | TWH, Inc. | Tom Wood Honda | " | " | " | - |
| | TW Luxury Imports, Inc. | Audi Indianapolis | " | " | " | - |
| | TJW, Inc. | Tom Wood Lexus | " | " | " | - |
| | Tom Wood Volkswagen, Inc. | Tom Wood Volkswagen | " | " | " | - |
| | Tom Wood Subaru, Inc. | Tom Wood Subaru | " | " | " | 3111 |
| | Tom Wood Jaguar, Inc. | Tom Wood Jaguar-Land Rover-Volvo | " | " | " | 14333 |
| | Tom Wood Nissan, Inc. | Tom Wood Nissan | " | " | " | - |
| | TW Euro Imports, Inc. | Tom Wood Porsche | " | " | " | 4638 |
| | JIW, Inc. | Richfield Bloomington Mitsubishi | MN | " | " | 2873 |
| | JIW Imports, Inc. | Fort Collins Mitsubishi | CO | " | " | - |
| | TW Noblesville Imports, Inc. | Tom Wood Volkswagen of Noblesville | IN | " | " | - |
| | Tom Wood, Inc. | Tom Wood Management | " | " | " | - |
| | Tom Wood, Inc. | Tom Wood Automotive | " | " | " | - |
| 49 | Anoka Motors, LLC | North County Ford Lincoln | MN | 1/2/2019 | 1/2/2019 | - |
| | BB Motor Sales, LLC | Luther Brookdale Chevrolet | " | " | " | - |
| | " " " | Brookdale Buick GMC | " | " | " | - |
| | BC Motors, LLC | Alfa Romeo and Fiat of Minneapolis | " | " | " | - |
| | BCV Motors, LLC | Brookdale Volkswagen | " | " | " | - |
| | BFT Motors, LLC | Fiat of Bloomington | " | " | " | - |
| | BLH Motors, LLC | Luther Bloomington Hyundai | " | " | " | - |
| | Brooklyn Center Motors, LLC | Luther Brookdale Chrysler Jeep Dodge | " | " | " | - |
| | Brooklyn Park Motors, Inc | Luther Brookdale Toyota | " | " | " | - |
| | Burnsville Volkswagen, Inc | Luther Burnsville Volkswagen | " | " | " | - |
| | BV Motors, LLC | Luther Burnsville Hyundai | " | " | " | - |
| | CC Motor Sales, LLC | Luther Family Buick GMC | " | " | " | - |
| | CC Motors, LLC | Luther Family Ford | ND | " | " | - |
| | Golden Valley Motors, Inc | Rudy Luther Toyota | " | " | " | - |
| | Hansford Pontia Company | Juguar Land Rover Minneapolis | MN | " | " | 14021 |
| | Hudson Chrysler, LLC | Hudson Chrysler | " | " | " | - |
| | Hudson Motors, LLC | Luther Hudson Chevrolet GMC | WI | " | " | - |
| | Infiniti of Bloomington, Inc | Infiniti of Bloomington | " | " | " | - |
| | John Hirsch's Cambridge Motors, LLC | Cambridge Motors | MN | " | " | - |
| | LL Ark Northwest LLC | Steve Landers Toyota/Steve Landers Scion | " | " | " | - |
| | LL Cadillac North LLC | Luther Cadillac | " | " | " | - |
| | LL Crossroads LLC | Landers Chevrolet Cadillac of Joplin | MO | " | " | - |
| | LL Glenn Placa Loop LLC | Steve Landers Chrysler Dodge Jeep | AR | " | " | 4479 |
| | LL Glenn Road LLC | Steve Landers Toyota | " | " | " | 4485 |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | LL Oak One LLC | Landers Chevrolet of Norman | OK | " | " | 14406 |
| | LL Oak Two LLC | Landers Chrysler Dodge Jeep Ram of Norman | " | " | " | - |
| | LL University LLC | Steve Landers Kia | AR | " | " | 14000 |
| | Mankato Motors LLC | Luther Mankato Honda | MN | " | " | - |
| | Metro Brookdale LLC | Luther Brookdale Mazda Mitshubishi | " | " | " | 253 |
| | Metro Motors LLC | Luther Nissan Kia | " | " | " | 2662 |
| | RL Brookdale Motors, Inc | Luther Brookdale Honda | " | " | " | - |
| | RL Imports, Inc | Bloomington Acura Subaru | " | " | " | - |
| | Rochester Motors, LLC | Park Place Motor Cars | " | " | " | 14297 |
| | Rudy Luther's Hopkins Motors Inc | Luther Hopkins Honda | " | " | " | 2912 |
| | Rudy Luther's White Bear Motors | White Bear Acura Subaru | " | " | " | 1025 |
| | Second Richfield Motors, LLC | Luther Kia of Bloomington | " | " | " | - |
| | SLP Motors, LLC | West Side Volkswagen | " | " | " | - |
| | STC Motors, LLC | Luther St. Cloud Honda | " | " | " | - |
| 50 | Garden City Auto Holdings LLC | Garden City Mazda | NY | 1/2/2019 | 1/2/2019 | - |
| | Huntington Auto Group, LLC | Huntington Mazda | " | " | " | 3539 |
| | New Rochelle Hyundai, LLC | New Rochelle Hyundai | " | " | " | 5032 |
| 51 | Parks Chevrolet Inc. | Parks Chevrolet Kernersville | NC | 1/3/2019 | 1/2/2019 | 213 |
| | P and G Chevrolet | Parks Chevrolet Charlotte | " | " | " | 1238 |
| | Parks at the Lake, Inc. | Parks Chevrolet Huntersville | " | " | " | 1239 |
| | Parks Automotive, Inc. | Parks Select | " | " | " | 1237 |
| | Parks Buick GMC LLC | - | SC | " | " | 2784 |
| 52 | Bob King Buick GMC | - | NC | 1/3/2019 | no date | - |
| 53 | Zaheri Auto Group | Stevens Creek Chrysler Jeep Dodge | CA | 1/4/2019 | 1/2/2019 | 12073 |
| | " " " | Stoneridge Chrysler Jeep Dodge | " | " | " | 12636 |
| | " " " | Fremont Mazda | " | " | " | 13002 |
| | " " " | Serramonte Volkswagen | " | " | " | 9616 |
| | " " " | Stevens Creek Kia | " | " | " | 12855 |
| | " " " | Team Volkswagen of Hayward | " | " | " | 9768 |
| | " " " | Hayward Nissan | " | " | " | 11599 |
| 54 | COW Inc. | Hubert Vester Chevrolet | NC | 1/4/2019 | no date | 7392 |
| | VTOW Inc. | Hubert Vester Toyota | " | " | " | 11906 |
| | HMMC Inc. | Hubert Vester Honda | " | " | " | 8867 |
| | HVH Inc. | Honda of Roanoke Rapids | " | " | " | 9813 |
| | NRR Inc. | Nissan of Roanoke Rapids | " | " | " | 10895 |
| 55 | Leith, Inc. | Leith Management Company | NC | 12/31/2018 | 12/28/2018 | - |
| | " " " | AutoPark Chrysler Jeep | " | " | " | 13054 |
| | " " " | Leith Chrysler Jeep | " | " | " | 10645 |
| | " " " | Leith Lincoln | " | " | " | - |
| | " " " | Leith Honda | " | " | " | 10521 |
| | " " " | Leith Volkswagen of Raleigh | " | " | " | 11036 |
| | " " " | Mercedes-Benz of Raleigh/Sprinter of Raleigh | " | " | " | 12505 |
| | " " " | Mercedes-Benz of Cary | " | " | " | 13185 |
| | " " " | Audi Raleigh | " | " | " | 11981 |
| | " " " | Audi Cary | " | " | " | 11356 |
| | " " " | Jaguar Cary/Land Rover Cary | " | " | " | - |
| | " " " | Jaguar Raleigh/Land Rover Raleigh | " | " | " | - |
| | " " " | Leith BMW | " | " | " | 8692 |
| | " " " | Leith Porsche | " | " | " | 8607 |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | " " " | Maserati of Raleigh/Alfa Romeo of Raleigh | " | " | " | - |
| | " " " | Leith Toyota | " | " | " | 9344 |
| | " " " | Auto Park Honda | " | " | " | 9928 |
| | " " " | Leith Nissan | " | " | " | 12781 |
| | " " " | Leith Volkswagen of Cary | " | " | " | 11770 |
| | " " " | Leith Acura | " | " | " | 10693 |
| | " " " | Leith Ford | " | " | " | 12289 |
| | " " " | Leith Chrysler Dodge Jeep Ram | " | " | " | 11579 |
| | " " " | Leith Auto Park Kia | " | " | " | 13574 |
| | " " " | Leith Buick GMC | " | " | " | 11786 |
| | " " " | Leith Honda Aberdeen | " | " | " | 11986 |
| | " " " | Leith Chrysler Dodge Jeep Ram | " | " | " | 11387 |
| | " " " | Capital Auto Auction | " | " | " | - |
| | " " " | Carolina Classic Cars | " | " | " | - |
| | " " " | Auctions America | " | " | " | - |
| | **DUPLICATES** | | | | | |
| 56 (5 above) | Triangle Motor Sales Inc. | Mark Jacobson Toyota | NC | 12/31/2018 | 12/31/2018 | 1666 |
| | " " " | Toyota of Durham | " | " | " | - |
| | " " " | Mark Jacobson Pre-Owned Store | " | " | " | - |
| | " " " | Mark Jacobson Toyota Truck Center | " | " | " | - |
| | " " " | Mark Jacobson Body Shop | " | " | " | - |
| 57 (26 above) | New Country Motor Cars of Palm Beach, LLC | Mercedes Benz of Palm Beach | FL | 1/2/2019 | 1/2/2019 | 7761 |
| | " " " | Maserati of Palm Beach | " | " | " | 12405 |
| | " " " | Ferrari of Palm Beach | " | " | " | 12405 |
| | " " " | Mercedes Benz of North Palm Beach | " | " | " | 7835 |
| | New Country Sports Cars LLC | Porsche Clifton Park/Porsche of Clifton Park/New Country Porsche of Clifton Park/New Country Porsche | NY | " | " | 10726 |
| | Clifton Park Imports Inc. | New Country Toyota of Clifton Park/Toyota of Clifton Park/Scion of Clifton Park/Toyota and Scion of Clifton Park/New Country Scion of Clifton Park/New Country Toyota and Scion of Clifton Park | " | " | " | 10350 |
| | New Loudon Motor Cars Inc. | New Country Lexus of Latham | " | " | " | 10397 |
| | New Country Ford Inc. | New Country Subaru | " | " | " | - |
| | New Country Motor Cars Inc. | New Country MINI | " | " | " | - |
| | " " " | New Country BMW | " | " | " | - |
| | New Country Motor Cars of Greenwich, Inc. | Audi Greenwich/New Country Audi of Greenwich | CT | " | " | 8935 |
| | New Country Motor Cars of Greenwich, Inc. | Porsche Greenwich/New Country Porsche of Greenwich | " | " | " | 8634 |
| | Saratoga Imports Inc. | New Country Toyota/New Country Toyota of Saratoga Springs/New Country Scion/New Country Toyota and Scion/Park Auto Body | NY | " | " | 8550 |

Exclusion List – Dealership Class Settlement with Reynolds
In Re Dealer Management Systems Antitrust Litigation
MDL No. 2817 (N.D. Ill.)

| Letter No. | Dealership | AKA/DBA Rooftops | State | Postmarked | Letter Dated | Epiq Tracking Number |
|---|---|---|---|---|---|---|
| | Wide World of Cars LLC | Wide World BMW | " | " | " | 9257 |
| | Wide World of Cars LLC | Wide World Ferrari-Maserati/Wide World Maserati/Wide World Ferrari | " | " | " | 8862 |
| | New Country Motor Cars of Westport LLC | New Country Lexus of Westport/Lexus of Westport | CT | " | " | - |
| | New Country Imports of Westport LLC | New Country Toyota of Westport/Toyota of Westport/New Country Scion of Westport/Scion of Westport | " | " | " | - |
| | New Country Motor Cars of Westchester LLC | Audi Hawthorne | NY | " | " | 14836 |
| | New Country Motor Cars of Great Neck LLC | New Country Lexus of Great Neck | " | " | " | - |
| | Euro Motorcars, Inc. | - | MD | " | " | - |
| | Euro Motorcars Germantown, Inc. | - | " | " | " | 10573 |
| | Euro Motorcars Devon, Inc. | - | PA | " | " | 10663 |
| | Euro Motorcars Main Line, Inc. | BMW of the Main Line | " | " | " | 12556 |
| | " " " | MINI of the Main Line | " | " | " | 14169 |
| | New Country Bethesda LLC | Audi Bethesda | MD | " | " | 9307 |
| | New Country Competizione, Inc. | - | NY | " | " | - |