# EXHIBIT 14

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

March 20, 2019

*Via Electronic Mail and FTP*

| | |
|---|---|
| Aundrea K. Gulley, Esq. | Britt M. Miller, Esq. |
| Gibbs & Bruns LLP | Mayer Brown |
| 1100 Louisiana | 71 South Wacker Drive |
| Suite 5300 | Chicago, IL 60606 |
| Houston, TX 77002 | |

Re: *In re: Dealer Management System Antitrust Litigation,*
MDL No. 2817 (N.D. Ill.)

Dear Andi and Britt:

In accordance with Plaintiffs' oppositions filed on March 15, 2019, please find enclosed revised logs of materials redacted or withheld in full for privilege. Also enclosed are AL_MDL_0083071 (previously withheld as AL_MDL_PRIV_0240) and AUTH_00472681 - AUTH_00472682 (previously withheld as AUTH_MDL_PRIV_0409).

Plaintiffs hereby provide notification under the Agreed Confidentiality Order of inadvertently Disclosed Protected Information. These materials were produced pursuant to a subpoena to Superior Integrated Solutions, Inc. The Bates numbers are as follows: SIS_DMS_0004506 - SIS_DMS_0004514, SIS_DMS_0006449 - SIS_DMS_0006452, SIS_DMS_0006668 - SIS_DMS_0006669, SIS_DMS_0006946 - SIS_DMS_0006947, SIS_DMS_0017658 - SIS_DMS_0017661, and SIS_DMS_0018107 - SIS_DMS_0018109. Accompanying this letter is a replacement redacted version of SIS_DMS_0004506 - SIS_DMS_0004514.

Please be reminded that Section 5(a) of the Agreed Confidentiality Order prohibits all of the documents that Plaintiffs produces in this litigation from being "used or disclosed by the Receiving Parties, Counsel for the Receiving Parties or any other persons identified in subparagraphs 5(b)-(c) for any purpose whatsoever other than in the above captioned case." Moreover, certain documents have been designated as Confidential or Highly Confidential and are thus prohibited from being disclosed to certain persons. In particular, Section 5(c) generally prohibits counsel in this action from disclosing Highly Confidential documents to the parties in this action.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

March 20, 2019
Page 2

                          Kind regards,

                          /s/ *Daniel S. Guarnera*

                          Daniel S. Guarnera

cc:   MDL Counsel Email List