PUBLIC VERSION

# EXHIBIT 18

# SUBMITTED IN CAMERA