# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                              Plaintiff,

v.                                                        Case No.: 1:18–cv–00864
                                                          Honorable Robert M. Dow
                                                          Jr.

CDK Global, LLC, et al.

                                              Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 27, 2019:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court solicited input from the interested parties concerning an appropriate briefing schedule for Movant Accel–KKR Capital Partners, IV's Motion to Quash Subpoena and Deposition [578] given the Easter, Passover, and spring break season. Respondent Reynolds & Reynolds filed its response to the motion on 3/26/19 [590]. Having reviewed the response, the Court would like a reply. The interested parties report they disagree about when Movant should file its reply. Movant would like until 4/12/19 to file its reply because of competing deadlines in other cases and pre–planned family travel. Respondent RR insists Movant file its reply by 4/5/19. Movant shall file its reply by 4/12/19 by noon Central Time. The Motion [578] is set for hearing on 4/17/19 at 10:15 a.m. unless the Court rules on it before then via CM/ECF. Out of town counsel may appear by telephone at that hearing with advance notice to the Court's courtroom deputy and provided counsel uses a land line telephone. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.