# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br><br>**THE DEALERSHIP CLASS ACTION** | MDL No. 2817<br><br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## DEALERSHIP COUNTER-DEFENDANTS' MOTION TO DISMISS
## THE COUNTERCLAIMS OF CDK GLOBAL, LLC

Counter-Defendants ACA Motors, Inc.; Continental Classic Motors, Inc.; 5800 Countryside, LLC; HDA Motors, Inc.; H & H Continental Motors, Inc.; Continental Autos, Inc.; Naperville Zoom Cars, Inc.; NV Autos, Inc.; Baystate Ford Inc.; Cliff Harris Ford, LLC; Marshall Chrysler Jeep Dodge, L.L.C.; Warrensburg Chrysler Dodge Jeep, L.L.C.; Cherry Hill Jaguar; JCF Autos LLC; Jericho Turnpike Sales LLC; Patchogue 112 Motors LLC; and Waconia Dodge, Inc. (collectively, "Dealership Counter-Defendants"), by and through their undersigned counsel, move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Counterclaims of Defendant CDK Global, LLC. In support of this motion, Dealership Counter-Defendants incorporate by reference the memorandum filed concurrently herewith, any reply memorandum Dealership Counter-Defendants may file, and any oral argument the Court may allow at a hearing on this motion.

DATED:  March 29, 2019		Respectfully submitted,

		*/s/ Peggy J. Wedgworth*
		Peggy J. Wedgworth (*pro hac vice*)
		Elizabeth McKenna (*pro hac vice*)
		**MILBERG TADLER PHILLIPS GROSSMAN LLP**
		One Pennsylvania Plaza, 19th Floor
		New York, NY 10119
		Tel: (212) 594-5300
		Fax: (212) 868-1229
		pwedgworth@milberg.com
		emckenna@milberg.com

		*Interim Lead Counsel for the Dealership Class*

		Leonard A. Bellavia (*pro hac vice*)
		Steven Blatt
		**BELLAVIA BLATT, PC**
		200 Old Country Road, Suite 400
		Mineola, New York 11501
		Tel: (516) 873-3000
		Fax: (516) 873-9032
		lbellavia@dealerlaw.com
		sblatt@dealerlaw.com

		*Dealership Class Plaintiffs' Steering Committee*
		Daniel C. Hedlund (*pro hac vice*)
		Michelle J. Looby (*pro hac vice*)
		Daniel E. Gustafson
		David A. Goodwin
		Daniel J. Nordin
		**GUSTAFSON GLUEK PLLC**
		Canadian Pacific Plaza
		120 South Sixth Street, Suite 2600
		Minneapolis, MN 55402
		Tel: (612) 333-8844
		Fax: (612) 339-6622
		dhedlund@gustafsongluek.com
		mlooby@gustafsongluek.com
		dgustafson@gustafsongluek.com
		dgoodwin@gustafsongluek.com
		dnordin@gustafsongluek.com

		*Dealership Class Plaintiffs' Steering Committee*

James E. Barz
Frank Richter
**ROBBINS GELLER RUDMAN & DOWD LLP**
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

David W. Mitchell (*pro hac vice*)
Alexandra S. Bernay
Carmen A. Medici
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7 423
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

*Dealership Class Plaintiffs' Steering Committee*

Robert A. Clifford
Shannon M. McNulty
**CLIFFORD LAW OFFICES, P.C .**
120 N. LaSalle Street, 31 Floor
Chicago, Illinois 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
RAC@cliffordlaw.com
SNM@cliffordlaw.com

*MDL Liaison Counsel*

## CERTIFICATE OF SERVICE

I, Peggy J. Wedgworth, an attorney, hereby certify that on March 29, 2019, I caused a true and correct copy of the foregoing **DEALERSHIP COUNTER-DEFENDANTS' MOTION TO DISMISS THE COUNTERCLAIMS OF CDK GLOBAL, LLC** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Peggy J. Wedgworth*_____
Peggy J. Wedgworth