IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br><br> THE DEALERSHIP CLASS ACTION | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT CDK GLOBAL, LLC'S MOTION FOR PROTECTIVE ORDER**

Defendant CDK Global, Inc. ("CDK") respectfully moves this Court for an Order under Fed. R. Civ. P. 26(c) directing that CDK need not respond to the Dealership Class Plaintiffs' First Set of Interrogatories Concerning CDK's Counterclaims. In support of this motion, Defendant submits the accompanying memorandum of law.

Dated: April 1, 2019

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant*
*CDK Global, LLC*

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on April 1, 2019, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S MOTION FOR PROTECTIVE ORDER** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

          */s/ Britt M. Miller*
          Britt M. Miller
          MAYER BROWN LLP
          71 South Wacker Drive
          Chicago, IL  60606
          Phone:  (312) 782-0600
          Fax:  (312) 701-7711
          E-mail:  bmiller@mayerbrown.com