# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This Document Relates To:* | Hon. Robert M. Dow, Jr. |
| i3 Brands, Inc., et al. v. CDK Global, LLC, et al., et al., No. 1:19-CV-01412 | |

## THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO DISMISS IN FAVOR OF ARBITRATION, OR, IN THE ALTERNATIVE, TO DISMISS UNDER RULE 12(B)(6)

Defendant the Reynolds and Reynolds Company hereby moves to dismiss the claims against it by Plaintiffs i3 Brands, Inc., and PartProtection, LLC, in favor of arbitration as required under the parties' contracts. In the alternative, and only to the extent the Court concludes that certain claims are not arbitrable, Reynolds moves the Court to dismiss those claims under Rule 12(b)(6) for failure to state a claim on which relief can be granted. In support of this Motion, Reynolds incorporates by reference the memorandum of law filed concurrently herewith, any reply memorandum Reynolds may file, and any oral argument that the Court may allow at a hearing on this Motion.

DATED: April 1, 2019

Respectfully submitted,

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
agulley@gibbsbruns.com
Kathy Patrick
kpatrick@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson
bwilkinson@gibbsbruns.com

Ross M. MacDonald
rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903

Michael P.A. Cohen
MCohen@sheppardmullin.com
Amar S. Naik
ANaik@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202-747-1900
Facsimile: 202-747-1901

Leo D. Caseria
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

Dylan I. Ballard
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
Four Embarcadero Center., 17th Floor
San Francisco, CA 94111
(415) 434-9100
dballard@sheppardmullin.com

*Attorneys for Defendant The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

I, Aundrea K. Gulley, an attorney, hereby certify that on this 1st day of April, 2019, I caused a true and correct copy of the foregoing **THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO DISMISS IN FAVOR OF ARBITRATION, OR, IN THE ALTERNATIVE, TO DISMISS UNDER RULE 12(B)(6)** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

    */s/ Aundrea K. Gulley*
    Aundrea K. Gulley
    **GIBBS & BRUNS LLP**
    1100 Louisiana Street, Suite 5300
    Houston, TX 77002
    (713) 650-8805
    agulley@gibbsbruns.com