# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This Document Relates To:* | Hon. Robert M. Dow, Jr. |
| i3 Brands, Inc., et al. v. CDK Global, LLC, et al., et al., No. 1:19-CV-01412 | |

## DECLARATION OF JEFFREY SCOTT CHERRY

I, Jeffrey Scott Cherry, declare as follows:

1. I am the Vice President – General Counsel for Defendant The Reynolds and Reynolds Company. I have been counsel for Reynolds and/or its affiliates for the past 24 years. I have personal knowledge of the facts set forth herein, and they are true and correct.

2. I am required as part of my job responsibilities to be familiar with the documents described in this declaration. As General Counsel, I oversee the Reynolds Legal Department, which is responsible for maintaining the documents identified below.

3. **Exhibit A** to Reynolds's Motion to Dismiss in Favor of Arbitration, or in the Alternative, to Dismiss Under Rule 12(b)(6), is a true and correct copy of PartProtection's operative Reynolds Interface Agreement, as amended. This document was created and kept in the ordinary course of Reynolds's business.

4. **Exhibit B** to Reynolds's Motion to Dismiss in Favor of Arbitration, or in the Alternative, to Dismiss Under Rule 12(b)(6), is a true and correct copy of the Asset Purchase Agreement by which Reynolds purchased TradeMotion, Parts.com, and the "PartShield" trade name from i3 Brands, Inc. This document was created and kept in the ordinary course of Reynolds's business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 1, 2019.

By: /s/ Jeffrey Scott Cherry

Jeffrey Scott Cherry