**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This Document Relates To:* | ) ) ) Hon. Robert M. Dow, Jr. |
| i3 Brands, Inc., et al. v. CDK Global, LLC, et al., et al., No. 1:19-CV-01412 | ) ) ) |

**NOTICE OF MOTION**

To: All Counsel of Record

    YOU ARE HEREBY NOTIFIED THAT on Wednesday, April 10, 2019, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Robert M. Dow, Jr. in Courtroom 2203 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present **DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO DISMISS IN FAVOR OF ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS UNDER RULE 12(B)(6)**, a copy of which is attached and served upon you.

DATED: April 1, 2019

                                                              Respectfully submitted,

                                                              */s/ Aundrea K. Gulley*
                                                              Aundrea K. Gulley
                                                              agulley@gibbsbruns.com
                                                              Kathy Patrick
                                                               kpatrick@gibbsbruns.com
                                                               Brian T. Ross
                                                               bross@gibbsbruns.com
                                                               Brice A. Wilkinson
                                                               bwilkinson@gibbsbruns.com
                                                               Ross M. MacDonald
                                                               rmacdonald@gibbsbruns.com
                                                               Justin D. Patrick
                                                               jpatrick@gibbsbruns.com
                                                               **GIBBS & BRUNS, LLP**
                                                               1100 Louisiana, Suite 5300
                                                               Houston, Texas 77002
                                                               Telephone: 713-650-8805
                                                               Facsimile: 713-750-0903

Michael P.A. Cohen
MCohen@sheppardmullin.com
Amar S. Naik
ANaik@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202-747-1900
Facsimile: 202-747-1901

Leo D. Caseria
lcaseria@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206

Dylan I. Ballard
dballard@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
Four Embarcadero Center., 17th Floor
San Francisco, CA 94111
(415) 434-9100

*Attorneys for Defendant The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

I, Aundrea K. Gulley, an attorney, hereby certify that on this 1st day of April, 2019, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ *Aundrea K. Gulley*
Aundrea K. Gulley
**GIBBS & BRUNS LLP**
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 650-8805
agulley@gibbsbruns.com