# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* *i3 Brands, Inc. et al. v. CDK Global LLC et al.*, Case No. 19-cv-1412 (N.D. Ill.) | Hon. Robert M. Dow, Jr. |

## DEFENDANT CDK GLOBAL, LLC'S MOTION TO STAY OR, IN THE ALTERNATIVE, TO DISMISS

Defendant CDK Global, Inc. ("CDK") respectfully moves this Court for an Order staying the proceedings in this case pending the outcome of an arbitration between Plaintiffs and Defendant The Reynolds and Reynolds Company. In the alternative, CDK moves to dismiss Count XI of the complaint, along with Count II to the extent that it pertains to CDK's dealer contracts, for failure to state a claim under Fed. R. Civ. P. 12(b)(6). In support of this motion, CDK submits the accompanying memorandum of law.

Dated: April 1, 2019

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
mprovance@mayerbrown.com

        Mark W. Ryan
        MAYER BROWN LLP
        1999 K Street NW
        Washington, DC 20006
        (202) 263-3000
        mryan@mayerbrown.com
        *Counsel for Defendant*
        *CDK Global, LLC*

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on April 1, 2019, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S MOTION TO STAY OR, IN THE ALTERNATIVE, TO DISMISS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

>*/s/ Britt M. Miller*
>Britt M. Miller
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, IL 60606
>Phone: (312) 782-0600
>Fax: (312) 701-7711
>E-mail: bmiller@mayerbrown.com