**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| *i3 Brands, Inc. et al. v. CDK Global LLC et al.*, Case No. 19-cv-1412 (N.D. Ill.) | |

**DEFENDANT CDK GLOBAL, LLC'S NOTICE OF MOTION TO STAY OR, IN THE ALTERNATIVE, TO DISMISS**

PLEASE TAKE NOTICE that on Wednesday, April 10, 2019, at 9:15 a.m., I will appear before the Honorable Robert M. Dow, Jr., in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present Defendant CDK Global, LLC's Motion to Stay or, in the Alternative, to Dismiss, a copy of which is attached and served upon you through the CM/ECF filing system.

Dated: April 1, 2019

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on April 1, 2019, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S NOTICE OF MOTION TO STAY OR, IN THE ALTERNATIVE, TO DISMISS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          */s/ Britt M. Miller*_____
                                          Britt M. Miller
                                          MAYER BROWN LLP
                                          71 South Wacker Drive
                                          Chicago, IL  60606
                                          Phone:  (312) 782-0600
                                          Fax:  (312) 701-7711
                                          E-mail:  bmiller@mayerbrown.com