# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Dealer Management Systems Antitrust Litig.

Case Number: 1:18-cv-864

An appearance is hereby filed by the undersigned as attorney for: Defendant/Counterclaim Plaintiff CDK Global, LLC

Attorney name (type or print): Robert E. Entwisle

Firm: Mayer Brown LLP

Street address: 71 S. Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6294985
(See item 3 in instructions)

Telephone Number: 312-782-0600

Email Address: rentwisle@mayerbrown.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 2, 2019

Attorney signature: S/ Robert E. Entwisle
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015