# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                            Plaintiff,

v.                                                 Case No.: 1:18−cv−00864

                                                                 Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant CDK Global, LLC's Emergency Motion to Take Cox Rule 30(B)(6) "Data" Deposition off Calendar Due to Late Production of Data and Unresolved Objections [610] is set for a telephone hearing today, 4/2/19, at 4:30 p.m. CST. Any counsel wishing to participate by telephone should call 1−877−336−1829, access code 1022195. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.