# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL ACTIONS | Hon. Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

## STIPULATED AMENDED CASE MANAGEMENT ORDER

As discussed with the Court during the parties' February 27, 2019 motion and status hearing before Magistrate Judge Gilbert and subject to the statements made by the Court and the parties during that hearing, the parties have stipulated to the following proposed amended schedule for the completion of fact and expert discovery, *Daubert* motions, and dispositive motions.

IT IS HEREBY ORDERED that the Case Management Order (Dkt. 166) applicable to all actions consolidated in this MDL is amended in part with regard to the following deadlines:

| EVENT | DATE |
|---|---|
| **A. DISCOVERY (ALL PARTIES)** | |
| 1. Deadline to Complete Fact Discovery | April 30, 2019 |
| 2. Opening Merits Expert Reports | July 1, 2019 |
| 3. Rebuttal Merits Expert Reports | September 3, 2019 |
| 4. Reply Merits Expert Reports | October 3, 2019 |
| 5. Deadline to Complete Expert Depositions | November 4, 2019 |
| **B. *DAUBERT* MOTIONS (ALL PARTIES)** | |
| 6. Deadline for *Daubert* Motions | November 4, 2019 |
| 7. Deadline for Responses in Opposition to any *Daubert* Motions | December 16, 2019 |
| 8. Deadline for Replies in Support of any *Daubert* Motions | January 21, 2020 |

| EVENT | DATE |
|---|---|
| **C. DISPOSITIVE MOTIONS (ALL PARTIES)** | |
| 9. Deadline for Dispositive Motions | November 18, 2019 |
| 10. Deadline for Responses in Opposition to any Dispositive Motions | January 13, 2020 |
| 11. Deadline for Replies in Support of any Dispositive Motions | February 3, 2020 |

STIPULATED AND AGREED:

*/s/ Derek T. Ho*
Derek T. Ho
Michael N. Nemelka
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com

*Counsel for Authenticom, Inc.; Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., Homenet, Inc., Kelley Blue Book Co., Inc., vAuto, Inc., Vinsolutions, Inc., and XTime, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
Elizabeth McKenna
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Plaintiffs*

/s/ *Britt M. Miller*  
Britt M. Miller  
Matthew D. Provance  
MAYER BROWN LLP  
71 South Wacker Drive  
Chicago, IL 60606  
(312) 782-0600  
bmiller@mayerbrown.com  
mprovance@mayerbrown.com  

Mark W. Ryan  
MAYER BROWN LLP  
1999 K Street NW  
Washington, DC 20006  
(202) 263-3000  
mryan@mayerbrown.com  

*Counsel for Defendants CDK Global, LLC and Computerized Vehicle Registration*

/s/ *Aundrea K. Gulley*  
Aundrea K. Gulley  
Brian T. Ross  
GIBBS & BRUNS LLP  
1100 Louisiana Street, Suite 5300  
Houston, TX 77002  
(713) 751-5258  
agulley@gibbsbruns.com  
bross@gibbsbruns.com  

Michael P.A. Cohen  
SHEPPARD MULLIN RICHTER & HAMPTON, LLP  
2099 Pennsylvania Ave., NW, Suite 100  
Washington, DC 20006  
(202) 747-1900  
mcohen@sheppardmullin.com  

*Counsel for Defendant The Reynolds and Reynolds Company*

SO ORDERED:

DATED: April 3, 2019

_____  
Hon. Robert M. Dow, Jr  
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on March 5, 2019, I caused a true and correct copy of the foregoing **STIPULATED AMENDED CASE MANAGEMENT ORDER**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                */s/ Britt M. Miller*
                                                Britt M. Miller
                                                MAYER BROWN LLP
                                                71 South Wacker Drive
                                                Chicago, IL 60606
                                                Phone: (312) 782-0600
                                                Fax: (312) 701-7711
                                                E-mail: bmiller@mayerbrown.com