**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This Document Relates To:* | ) ) ) Hon. Robert M. Dow, Jr. |
| i3 Brands, Inc. et al. v. CDK Global, LLC, et al., No. 1:19-CV-01412 | ) ) ) |

**JOINT MOTION FOR ENTRY OF STIPULATED BRIEFING SCHEDULE**

Counsel for Plaintiffs i3 Brands, Inc. and PartProtection, LLC, and Defendants CDK Global, LLC, and The Reynolds and Reynolds Company, having met and conferred regarding the briefing schedule for Defendants' pending Motions to Dismiss, Dkts. 601, 605, have reached agreement on a proposed briefing schedule. The parties' agreed schedule is reflected in the attached Stipulation as to Briefing Schedule. The parties hereby jointly move the Court to approve the Stipulation and order that briefing occur on the schedule set out therein.

DATED: April 4, 2019                                                         Respectfully submitted,

*/s/ Michael E. Bloom*
J. Erik Connolly
Lauren C. Tortorella
Michael E. Bloom
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
333 W. Wacker Dr. Suite 1900
Chicago, IL 60606
Telephone: (312) 212-4949
econnolly@beneschlaw.com
ltortorella@beneschlaw.com
mbloom@beneschlaw.com

*Counsel for Plaintiffs i3 Brands,
Inc. and PartProtection, LLC*

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
Kathy D. Patrick
Brian T. Ross
Brice A. Wilkinson
Ross M. MacDonald
Justin D. Patrick
GIBBS & BRUNS, LLP
1100 Louisiana St. Ste. 5300
Houston, TX 77002
(713) 650-8805
agulley@gibbsbruns.com
kpatrick@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com

1

rmacdonald@gibbsbruns.com
jpatrick@gibbsbruns.com

Michael P.A. Cohen
Amar S. Naik
SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
2099 Pennsylvania Ave., NW,
Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
anaik@sheppardmullin.com

*Counsel for Defendant The Reynolds & Reynolds Company*

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Matthew D. Provance
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

  I, Aundrea K. Gulley, an attorney, hereby certify that on this 4th day of April, 2019, I caused a true and correct copy of the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED BRIEFING SCHEDULE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

             */s/ Aundrea K. Gulley*
             Aundrea K. Gulley
             **GIBBS & BRUNS LLP**
             1100 Louisiana Street, Suite 5300
             Houston, TX 77002
             (713) 650-8805
             agulley@gibbsbruns.com