# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This Document Relates To:* | Hon. Robert M. Dow, Jr. |
| i3 Brands, Inc. et al. v. CDK Global, LLC, et al., No. 1:19-CV-01412 | |

## STIPULATION AS TO BRIEFING SCHEDULE

Plaintiffs i3 Brands, Inc. and PartProtection, LLC and Defendants CDK Global, LLC, and The Reynolds and Reynolds Company, by and through their undersigned counsel, jointly submit this Stipulation and Proposed Order with regard to the briefing schedule for Defendants' recently filed motions to compel arbitration, stay, and dismiss.

WHEREAS, Defendants' motions were filed April 1, 2019.

WHEREAS, the parties have met and conferred regarding a mutually agreeable briefing schedule for Plaintiffs' responses and Defendants' replies in support of their motions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs i3 Brands, Inc. and PartProtection, and Defendants CDK Global, LLC and The Reynolds and Reynolds Company, that:

1. Plaintiffs' response briefs shall be filed on or before May 3, 2019.
2. Defendants' reply briefs shall be filed on or before May 24, 2019.

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Michael E. Bloom* <br> J. Erik Connolly <br> Lauren C. Tortorella <br> Michael E. Bloom <br> BENESCH, FRIEDLANDER, <br> COPLAN & ARONOFF LLP <br> 333 W. Wacker Dr. Suite 1900 <br> Chicago, IL 60606 <br> Telephone: (312) 212-4949 <br> econnolly@beneschlaw.com <br> ltortorella@beneschlaw.com <br> mbloom@beneschlaw.com <br><br> *Counsel for Plaintiffs i3 Brands, Inc. and PartProtection, LLC* | */s/ Aundrea K. Gulley* <br> Aundrea K. Gulley <br> Kathy D. Patrick <br> Brian T. Ross <br> Brice A. Wilkinson <br> Ross M. MacDonald <br> Justin D. Patrick <br> GIBBS & BRUNS, LLP <br> 1100 Louisiana St. Ste. 5300 <br> Houston, TX 77002 <br> (713) 650-8805 <br> agulley@gibbsbruns.com <br> kpatrick@gibbsbruns.com <br> bross@gibbsbruns.com <br> bwilkinson@gibbsbruns.com <br> rmacdonald@gibbsbruns.com <br> jpatrick@gibbsbruns.com <br><br> Michael P.A. Cohen <br> Amar S. Naik <br> SHEPPARD MULLIN RICHTER <br> & HAMPTON, LLP <br> 2099 Pennsylvania Ave., NW, Suite 100 <br> Washington, DC 20006 <br> (202) 747-1900 <br> mcohen@sheppardmullin.com <br> anaik@sheppardmullin.com <br><br> *Counsel for Defendant The Reynolds & Reynolds Company* <br><br> /s/ *Britt M. Miller* <br> Britt M. Miller <br> Michael A. Scodro <br> Matthew D. Provance <br> Mayer Brown LLP <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 782-0600 <br> bmiller@mayerbrown.com <br> mscodro@mayerbrown.com <br> mprovance@mayerbrown.com |

Mark W. Ryan
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

**DATED:** _____

**SO ORDERED:**

_____
**Hon. Robert M. Dow**