# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) | MDL No. 2817 Case No. 1:18-CV-00864 |
| *This Document Relates To:* | ) ) ) | Hon. Robert M. Dow, Jr. |
| i3 Brands, Inc., et al. v. CDK Global, LLC, et al., et al., No. 1:19-CV-01412 | ) ) | |

## NOTICE OF MOTION

To:     All Counsel of Record

YOU ARE HEREBY NOTIFIED THAT on Wednesday, April 10, 2019, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Robert M. Dow, Jr. in Courtroom 2203 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the **JOINT MOTION FOR ENTRY OF STIPULATED BRIEFING SCHEDULE**, a copy of which is attached and served upon you.

DATED: April 4, 2019                                    Respectfully submitted,


*/s/ Michael E. Bloom*                                  */s/ Aundrea K. Gulley*
J. Erik Connolly                                        Aundrea K. Gulley
Lauren C. Tortorella                                    Kathy D. Patrick
Michael E. Bloom                                        Brian T. Ross
BENESCH, FRIEDLANDER,                                   Brice A. Wilkinson
COPLAN & ARONOFF LLP                                    Ross M. MacDonald
333 W. Wacker Dr. Suite 1900                            Justin D. Patrick
Chicago, IL 60606                                       GIBBS & BRUNS, LLP
Telephone: (312) 212-4949                               1100 Louisiana St. Ste. 5300
econnolly@beneschlaw.com                                Houston, TX 77002
ltortorella@beneschlaw.com                              (713) 650-8805
mbloom@beneschlaw.com                                   agulley@gibbsbruns.com
                                                        kpatrick@gibbsbruns.com
                                                        bross@gibbsbruns.com
*Counsel for Plaintiffs i3 Brands,*                     bwilkinson@gibbsbruns.com
*Inc. and PartProtection, LLC*                          rmacdonald@gibbsbruns.com
                                                        jpatrick@gibbsbruns.com

                                                        Michael P.A. Cohen
                                                        Amar S. Naik

SHEPPARD MULLIN RICHTER
& HAMPTON, LLP
2099 Pennsylvania Ave., NW,
Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
anaik@sheppardmullin.com

*Counsel for Defendant The Reynolds
& Reynolds Company*

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Matthew D. Provance
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global,
LLC*

## CERTIFICATE OF SERVICE

I, Aundrea K. Gulley, an attorney, hereby certify that on this 4th day of April, 2019, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
**GIBBS & BRUNS LLP**
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 650-8805
agulley@gibbsbruns.com