UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                Plaintiff,

v.                                                    Case No.: 1:18−cv−00864
                                                   Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephonic hearing held on 4/2/19. Defendant CDK Global, LLC's Emergency Motion to Take Cox Rule 30(B)(6) "Data" Deposition off Calendar Due to Late Production of Data and Unresolved Objections [610] is granted in part. The Rule 30(b)(6) Cox Automotive deposition data noticed for 4/4/19 will proceed as scheduled. If it turns out that Cox has not produced reasonably before the deposition documents requested by CDK that CDK needs to examine the witness on the noticed Rule 30(b)(6) topics, or the parties have not resolved their dispute about appropriate Rule 30(b)(6) topics before the deposition begins, then CDK can resume the Rule 30(b)(6) deposition on a mutually agreed date unless the parties agree that any additional inquiry CDK wants to make can be done on written questions. If the parties can not reach agreement, they can come back to the Court at that time with any dispute(s). The resumed Rule 30(b)(6) deposition can occur either before or after the close of discovery. The Court reserves ability to allocate the costs of any resumed deposition based on a more complete record and argument. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.