**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**MOTION OF DEREK T. HO AND SAMUEL ISSACHAROFF FOR RENEWAL OF
MDL LEADERSHIP APPOINTMENT**

The following counsel hereby move this Court for an order renewing their leadership appointments in the above-captioned multidistrict litigation.[1] Reynolds and CDK do not intend to file an opposition to the motion at this time.

**MDL Co-Lead Counsel:**

Derek T. Ho
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036

**MDL Coordinating Counsel:**

Samuel Issacharoff
40 Washington Square South
New York, NY 10012

---

[1] Judge St. Eve, who formerly presided over this case, made the above appointments in an Order dated April 16, 2018 (Dkt. 123) for a period of one year, expiring on April 16, 2019. The Order stated in pertinent part, "Appointees may apply for reappointment when their term expires. A re-application process will be established at an appropriate time in advance of the expiration date." *Id.* at 5.

1

## CONCLUSION

The Court should renew the leadership appointments of the aforementioned counsel, in the above-captioned matter.

Dated: April 12, 2019   Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

*MDL Co-Lead Counsel*

Samuel Issacharoff
40 Washington Square South
New York, NY 10012

*MDL Coordinating Counsel*

## **CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on April 12, 2019, I caused a true and correct copy of the foregoing **MOTION OF DEREK T. HO AND SAMUEL ISSACHAROFF FOR RENEWAL OF MDL LEADERSHIP APPOINTMENT** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com