IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates To:<br><br>ALL ACTIONS | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

### DECLARATION OF R. GLENN PHILLIPS, ESQ.

I, R. Glenn Phillips, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a named equity partner with the law firm of Milberg Tadler Phillips Grossman LLP ("MTPG").

2. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, I respectfully submit this Declaration in support of Dealership Class Counsel's and Liaison Counsel's Unopposed Motion for Renewal of Leadership Appointment.

3. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

4. Peggy J. Wedgworth of my firm was appointed Dealership Interim Lead Class Counsel and MDL Co-Lead Counsel for a one-year term pursuant to the Court's Order (ECF No. 123) dated April 16, 2019. Ms. Wedgworth is currently applying for reappointment.

5. MTPG will be restructuring in the near future as one of the named partners will be leaving the firm. The future name of the firm is to be determined ("New Firm").

6. I confirm the New Firm will continue to have the appropriate resources to adequately represent the Dealership Class in all issues going forward.

7. I confirm the same attorneys at MTPG who have been working on this litigation, will continue to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 12 day of April 2019 at Seattle, Washington.

R. Glenn Phillips