qIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION <br><br> **This Document Relates To:** <br><br> **ALL ACTIONS** | MDL No. 2817 <br> Case No. 18-cv-00864 <br><br> Honorable Robert M. Dow, Jr. <br> Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

To: All Counsel of Record

YOU ARE HEREBY NOTIFIED THAT on Thursday, April 25, 2019 at 9:15 a.m., in Room 2303, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEALERSHIP CLASS COUNSEL'S AND LIASON COUNSEL'S MOTION FOR RENEWAL OF LEADERSHIP APPOINTMENT**, a copy of which has been served upon you.

DATED: April 15, 2019          Respectfully submitted,

> */s/ Peggy J. Wedgworth*
> Peggy J. Wedgworth (*pro hac vice*)
> Elizabeth McKenna (*pro hac vice*)
> **MILBERG TADLER PHILLIPS GROSSMAN LLP**
> One Pennsylvania Plaza, 19th Floor
> New York, NY 10119
> Tel: (212) 594-5300
> Fax: (212) 868-1229
> pwedgworth@milberg.com
> emckenna@milberg.com
>
> *Interim Lead Counsel for the Dealership Class*

Leonard A. Bellavia (*pro hac vice*)
Steven Blatt
**BELLAVIA BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
Tel: (516) 873-3000
Fax: (516) 873-9032
lbellavia@dealerlaw.com
sblatt@dealerlaw.com

*Dealership Class Plaintiffs' Steering Committee*
Daniel C. Hedlund (*pro hac vice*)
Michelle J. Looby (*pro hac vice*)
Daniel E. Gustafson
David A. Goodwin
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
dnordin@gustafsongluek.com

*Dealership Class Plaintiffs' Steering Committee*

James E. Barz
Frank Richter
**ROBBINS GELLER RUDMAN & DOWD LLP**
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

David W. Mitchell (*pro hac vice*)
Alexandra S. Bernay
Carmen A. Medici
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7 423
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

*Dealership Class Plaintiffs' Steering Committee*

Robert A. Clifford
Shannon M. McNulty
**CLIFFORD LAW OFFICES, P.C .**
120 N. LaSalle Street, 31 Floor
Chicago, Illinois 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
RAC@cliffordlaw.com
SNM@cliffordlaw.com

*MDL Liaison Counsel*

**CERTIFICATE OF SERVICE**

      I, Peggy J. Wedgworth, an attorney, hereby certify that on April 15, 2019, I caused a true and correct copy of the foregoing **NOTICE OF MOTION DEALERSHIP CLASS COUNSEL'S AND LIASON COUNSEL'S MOTION FOR RENEWAL OF LEADERSHIP APPOINTMENT** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              */s/ Peggy J. Wedgworth*
                              Peggy J. Wedgworth