# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| *ALL ACTIONS* | Magistrate Judge Jeffrey T. Gilbert |

### DEFENDANTS' NOTICE OF MOTION TO COMPEL DEPOSITION DATES PURSUANT TO SECTION IV.B OF THE DEPOSITION PROTOCOL, AND TO CLARIFY DEFENDANTS' RIGHT TO TAKE THIRD-PARTY DEPOSITIONS AFTER THE DISCOVERY CUT-OFF THAT REMAIN SUBJECT TO PENDING MOTIONS

PLEASE TAKE NOTICE that on Tuesday, April 23, 2019, at 9:15 a.m., we will appear before the Honorable Jeffrey T. Gilbert in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Motion to Compel Deposition Dates Pursuant to Section IV.B of the Deposition Protocol, and to Clarify Defendants' Right to Take Third-Party Depositions After the Discovery Cut-Off that Remain Subject to Pending Motions, a copy of which is attached and served upon you through the CM/ECF filing system.

Dated: April 17, 2019

/s/ *Aundrea K. Gulley*
Aundrea K. Gulley
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant*
*CDK Global, LLC*

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on April 17, 2019, I caused a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF MOTION TO COMPEL DEPOSITION DATES PURSUANT TO SECTION IV.B OF THE DEPOSITION PROTOCOL, AND TO CLARIFY DEFENDANTS' RIGHT TO TAKE THIRD-PARTY DEPOSITIONS AFTER THE DISCOVERY CUT-OFF THAT REMAIN SUBJECT TO PENDING MOTIONS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Britt M. Miller*_____
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
E-mail: bmiller@mayerbrown.com