# EXHIBIT A

# Stein, Micah D.

| | |
|---|---|
| **From:** | Nemelka, Michael N. <mnemelka@kellogghansen.com> |
| **Sent:** | Thursday, March 07, 2019 12:58 AM |
| **To:** | SERVICE-EXTERNAL-DMS-MDL |
| **Subject:** | In re DMS -- MDL Plaintiffs Witness Correspondence |
| **Attachments:** | CDK 30b6 Deposition Notice.pdf; Reynolds 30b6 Deposition Notice.pdf; CVR 30b6 Deposition Notice.pdf |

**\*\*EXTERNAL SENDER\*\***

Dear Counsel,

Per our agreement regarding disclosing third parties, MDL Plaintiffs intend to depose the third parties identified below.  To the extent not provided below, we are working on proposed dates and will forward them for consideration as soon as possible.

1. AutoAlert, LLC
2. Dealer-FX Inc.
3. TimeHighway.com Inc.
4. IFM Americas Inc.
5. DealerSocket, Inc.
6. Group1 Automotive, Inc.
7. Sunroad Auto LLC
8. Allan Stejskal
    a. March 28 in Fontana, Wisconsin
9. Priority 1 Automotive Group
10. Boch Automotive
11. StoneEagle.com, Inc.

Please also find attached the Rule 30(b)(6) deposition notices for CDK, Reynolds, and CVR.

Thanks,
Mike


Michael N. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M. St. N.W., Suite 400
Washington, DC  20036
Direct:  (202) 326-7932
mnemelka@kellogghansen.com

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.