# EXHIBIT 1

**Hogan, Kelly**

| | |
|---|---|
| **From:** | Provance, Matthew D. <MProvance@mayerbrown.com> |
| **Sent:** | Monday, April 1, 2019 2:29 PM |
| **To:** | Kupillas, Matthew; SERVICE-EXTERNAL-DMS-MDL@lists. kellogghansen. com |
| **Subject:** | RE: In re Dealer Management Systems Antitrust Litigation, MDL No. 2817, No. 1:18-cv-00864 (N.D. Ill.) |

Matt –

CDK intends to seek a protective order. We have reviewed your March 21 letter and do not believe that it addresses the core objections that we have raised concerning the Dealership Class Plaintiffs' interrogatories. We also disagree with your interpretation of the Court's rulings and comments made in open court regarding written discovery, including interrogatories, served after the May 25, 2018 deadline. It appears to us that this is a "go/no-go" type of discovery issue (to use the Court's terminology) such that additional meet-and-confers would not be productive.

Regards,
Matt

_____

**Matthew Provance**
*Partner, Litigation*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Illinois 60606
T +1 312 701-8598
LinkedIn | Twitter
mayerbrown.com

---

**From:** Kupillas, Matthew <MKupillas@milberg.com>
**Sent:** Thursday, March 28, 2019 11:16 AM
**To:** Provance, Matthew D. <MProvance@mayerbrown.com>; SERVICE-EXTERNAL-DMS-MDL@lists. kellogghansen. com <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** RE: In re Dealer Management Systems Antitrust Litigation, MDL No. 2817, No. 1:18-cv-00864 (N.D. Ill.)

**\*\*EXTERNAL SENDER\*\***

Matt,

I have not heard from you on this issue since I sent my response letter last Thursday. Please inform us, as soon as possible, whether CDK intends to respond to Dealership Plaintiffs' counterclaim-related interrogatories, whether CDK seeks a further meet-and-confer call on this issue, or whether CDK intends to file a motion on this issue.

Regards,
Matt K.

---

**From:** Kupillas, Matthew
**Sent:** Thursday, March 21, 2019 4:22 PM
**To:** 'Provance, Matthew D.' <MProvonce@mayerbrown.com>; SERVICE-EXTERNAL-DMS-MDL@lists. kellogghansen. com <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** RE: In re Dealer Management Systems Antitrust Litigation, MDL No. 2817, No. 1:18-cv-00864 (N.D. Ill.)

1

Matt,

Please see the attached response letter.

Regards,
Matt K.

---

**From:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Sent:** Friday, March 15, 2019 10:00 PM
**To:** Kupillas, Matthew <MKupillas@milberg.com>; SERVICE-EXTERNAL-DMS-MDL@lists. kellogghansen. com <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** RE: In re Dealer Management Systems Antitrust Litigation, MDL No. 2817, No. 1:18-cv-00864 (N.D. Ill.)

Matt, please see the attached letter.

Thanks,
Matt

_____

**Matthew Provance**
*Partner, Litigation*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Illinois 60606
T +1 312 701-8598
LinkedIn | Twitter
mayerbrown.com

---

**From:** Kupillas, Matthew <MKupillas@milberg.com>
**Sent:** Monday, March 11, 2019 12:49 PM
**To:** SERVICE-EXTERNAL-DMS-MDL@lists. kellogghansen. com <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Cc:** Kupillas, Matthew <MKupillas@milberg.com>
**Subject:** In re Dealer Management Systems Antitrust Litigation, MDL No. 2817, No. 1:18-cv-00864 (N.D. Ill.)

**\*\*EXTERNAL SENDER\*\***

Dear Counsel,

Attached are Dealership Class Plaintiffs' First Set of Interrogatories to CDK Global, LLC Concerning CDK's Counterclaims.

Best regards,
Matt Kupillas


Matthew A. Kupillas
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza, Suite 1920
New York, NY  10119
Direct Tel.:  212-613-5697
Email:  mkupillas@milberg.com

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.