# EXHIBIT 2

```
                                                                    1

1                 IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
2                           EASTERN DIVISION

3    IN RE DEALER MANAGEMENT SYSTEMS )  No.  18 C 864
     ANTITRUST LITIGATION, MDL 2817  )
4                                    )  Chicago, Illinois
                                     )  February 27, 2019
5                                    )  1:00 p.m.

6                    TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JEFFREY T. GILBERT, MAGISTRATE JUDGE
7
     APPEARANCES:
8
     For the Plaintiffs          KELLOGG, HANSEN, TODD, FIGEL &
9    Authenticom, et al.:        FREDERICK, P.L.L.C.
                                 BY:  MR. MICHAEL N. NEMELKA
10                               1615 M Street, NW
                                 Suite 400
11                               Washington, D.C.  20036
                                 (202) 326-7932
12
     For the Dealer              MILBERG LLP
13   Plaintiffs:                 BY:  MS. PEGGY J. WEDGWORTH
                                 1 Penn Plaza
14                               Suite 4800
                                 New York, New York  10119
15                               (212) 631-8622

16                               ROBBINS GELLER RUDMAN & DOWD
                                 BY:  MR. FRANK ANTHONY RICHTER
17                               200 South Wacker Drive
                                 31st Floor
18                               Chicago, Illinois  60606
                                 (312) 674-4674
19
     For Defendant               MAYER BROWN LLP
20   CDK Global:                 BY:  MS. BRITT MARIE MILLER
                                      MR. MATTHEW DAVID PROVANCE
21                               71 South Wacker Drive
                                 Chicago, Illinois  60606
22                               (312) 782-0600

23

24

25

                    Nancy C. LaBella, CSR, RDR, CRR
                         Official Court Reporter
                 219 South Dearborn Street, Room 1222
                       Chicago, Illinois  60604
                            (312) 435-6890
                        NLaBella.ilnd@gmail.com
```

1          MR. NEMELKA:  No.  Actually I wanted to echo
2  Ms. Gulley's statement that the parties have been working very
3  hard.  And we appreciate all the efforts of all the parties,
4  and we are very close.  April 15th -- and that obviously would
5  be our preference, but there are some, just for practical
6  reasons -- we do agree with Ms. Gulley about letting it go to
7  April 30th.  And I just want to echo her comments that the
8  parties have been working very hard in good faith together.
9          THE COURT:  Okay.  That's great.  Gold stars all
10 around on that.
11         MS. WEDGWORTH:  Your Honor, I hate -- I hate to bring
12 some -- some question into there.  We did have some caveats,
13 and I think others have some caveats too.  But I certainly
14 have a caveat, in that, CDK filed counterclaims against my
15 individual clients, who are CDK auto dealerships, this past
16 Friday.  So that is new to us.  I haven't even reached all of
17 the individual clients yet to discuss the counterclaims with
18 them.  We anticipate some discovery, at a minimum.  And
19 Ms. Miller and I have begun the conversation of how quickly
20 can we do it and what exactly it would entail.  We are
21 attempting to reach some agreement, with the understanding we
22 still have to speak to clients.  And hopefully we can make it
23 work where the schedule will hopefully stay in place.  If not,
24 perhaps maybe it's a one-off, along those lines.
25         THE COURT:  Okay.  Thank you for the caveat.