# EXHIBIT 3

HIGHLY CONFIDENTIAL

Page 304

1      IN THE UNITED STATES DISTRICT COURT
2      FOR THE NORTHERN DISTRICT OF ILLINOIS
3                EASTERN DIVISION
4
5   IN RE:                          )
6   DEALER MANAGEMENT SYSTEMS       ) MDL No. 2817
7   ANTITRUST LITIGATION            ) Case No. 18 CV 864
8
9
10              HOWARD GARDNER
11                VOLUME II
12              March 7, 2019
13
14  The video recorded deposition of HOWARD GARDNER,
15  taken before Maria S. Winn, CSR, RPR and CRR,
16  pursuant to the Federal Rules of Civil Procedure
17  for the United States District Courts pertaining
18  to the taking of depositions, at Mayer Brown,
19  71 South Wacker Drive, Suite 3200, Chicago,
20  Illinois, commencing at 8:59 a.m. on March 7,
21  2019.
22              Veritext Legal Solutions
                 Mid-Atlantic Region
                1250 Eye Street NW - Suite 350
23               Washington, D.C.  20005
24

HIGHLY CONFIDENTIAL

Page 523



19  BY MR. WALLNER:
20      Q    Okay.  You have before you Plaintiffs'
21  Exhibit 977.
22           Do you see that?
23      A    I do.
24      Q    And this list -- there's a list of names

1   from 1 through 31.
2           Do you know whether any of the entities
3   listed on this exhibit in any way harmed CDK?
4           MS. MILLER: Objection, form.
5       A   I have no idea what this list represents.
6   BY MR. WALLNER:
7       Q   Do you recognize any of the names on this
8   list?
9       A   They appear to be car dealers. Other
10  than that, no.
11      Q   Do you know whether any of them engaged
12  in wrongful activities?
13      A   No.
14      Q   Do you know whether any of them caused
15  financial damage to CDK?
16          MS. MILLER: Objection, form.
17      A   No.
18  
19  
20  
21  
22  
23  
24