# EXHIBIT 4

ROUGH DRAFT ONLY

    HIGHLY CONFIDENTIAL

   OUTSIDE COUNSEL EYES ONLY

07:51:06 1  Reporter's Name:  SANDRA L. ROCCA, CRR, CSR, RMR

   -----------------------------------------------

  2  REALTIME/INTERACTIVE ROUGH DRAFT TRANSCRIPT AND/OR

    UNCERTIFIED REALTIME ASCII DISCLAIMER

  3  -----------------------------------------------

     IMPORTANT NOTICE:

  4   - AGREEMENT OF PARTIES -

  5  PROCEEDING BEYOND THIS PAGE CONSTITUTES ACCEPTANCE

    OF AND AGREEMENT WITH THE FOLLOWING

  6   TERMS AND CONDITIONS

   -----------------------------------------------

  7

   We, the party working with realtime and rough

  8 draft transcripts and/or ASCII files, understand

   that if we choose to use the realtime rough draft

  9 screen, the rough printout, or the unedited ASCII

   file, that we are doing so with the understanding

  10 that all rough drafts are uncertified copies and...

  11  WE AGREE THEY WILL BE BILLED TO

    AND PAID FOR BY US

  12

   We further agree not to comment in the record on,

  13 share, give, copy, scan, fax or in any way

   distribute this realtime rough draft or ASCII in any

14   form (written or computerized) to any party. However, our own experts, co-counsel, and staff may
15   have limited internal use of same with the understanding that we agree to destroy our realtime
16   rough drafts and/or any computerized form, if any, and replace it with the final transcript/ASCII file
17   upon its completion.

18             REPORTER'S NOTE:

19   Since this deposition has been recorded by me in realtime and is in rough draft form, please be aware
20   that there may be discrepancies regarding page and line number when comparing the realtime screen, the
21   rough draft/uncertified transcript, rough draft/uncertified ASCII file, and the final
22   transcript/ASCII file.

23   Also, please be aware that the realtime screen and the uncertified rough draft transcript/ASCII
24   disk may contain untranslated steno, reporter's notes as parentheticals, misspelled proper names,
25   incorrect or missing Q/A symbols or punctuation, and/or nonsensical English word combinations.  All

305

ROUGH DRAFT ONLY

HIGHLY CONFIDENTIAL

OUTSIDE COUNSEL EYES ONLY

17:56:22 1
17:56:23 2
17:56:24 3
17:56:25 4
17:56:26 5
17:56:30 6
17:56:31 7
17:56:32 8    Q  Let me show you a document previously marked
17:56:41 9    as Plaintiffs' Exhibit 977.
17:56:46 10      (Document marked previously as
17:56:46 11      Exhibit 977 was presented.)
17:56:46 12    Q  You'll see this has a list of names.  Do you
17:57:01 13    see this?
17:57:01 14    A  Yes, sir.
17:57:03 15    Q  To your knowledge did any of the entities
17:57:07 16    listed on Plaintiffs' Exhibit 977 cause any harm or
17:57:10 17    injury to CDK?
17:57:13 18      MS. MILLER:  Objection, form.
17:57:15 19      THE WITNESS:  I don't even know what this
17:57:19 20    list is other than a list of clients potential or
17:57:24 21    prospects or just retailers in general.  So I can't
17:57:28 22    comment if they caused harm or not.  I don't know
17:57:31 23    any kind of relationship with them.
17:57:33 24    Q  Well, are you aware of any DMS clients of
17:57:39 25    CDK that caused any financial harm or damage to the

306

ROUGH DRAFT ONLY

HIGHLY CONFIDENTIAL

OUTSIDE COUNSEL EYES ONLY

17:57:41  1    company?

17:57:41  2       MS. MILLER:  Objection, form.

17:57:42  3    Q  You may answer.

17:57:43  4    A  Not to my knowledge.

17:57:45  5

17:57:47  6

17:57:50  7

17:57:53  8

18:02:31  9

18:03:21 10

18:03:25 11

18:03:26 12

18:03:29 13

18:03:34 14

18:03:36 15

18:03:39 16

18:03:41 17

18:03:42 18

18:03:45 19

18:03:48 20

18:03:52 21

18:03:55 22

18:03:59 23

18:04:01 24

18:04:04 25