# EXHIBIT 5

1. 5800 Countryside, LLC
2. ACA Motors, Inc.
3. Baystate Ford Inc.
4. Cherry Hill Jaguar
5. Cliff Harris Ford, LLC
6. Continental Acura
7. Continental Audi
8. Continental Autos, Inc.
9. Continental Autosports
10. Continental Classic Motors, Inc.
11. Continental Honda
12. Continental Mazda
13. Continental Mitsubishi
14. Continental Nissan
15. Continental Toyota
16. Ford & Lincoln of Smithtown
17. H & H Continental Motors, Inc.
18. HDA Motors, Inc.
19. JCF Autos LLC
20. Jericho Turnpike Sales LLC
21. Marshall Chrysler Jeep Dodge, L.L.C.
22. Marshall Chrysler Jeep Dodge Ram
23. Naperville Zoom Cars, Inc.


EXHIBIT 977
PLAINTIFFS'

1

24. NV Autos, Inc.

25. Patchogue 112 Motors LLC

26. Stevens Ford

27. Stevens Jersey City Ford

28. Waconia Dodge, Inc.

29. Warrensburg Chrysler Dodge Jeep, L.L.C.

30. Warrensburg Chrysler Dodge Jeep Ram Fiat

31. Warrensburg Ford