# Exhibit G

# FILED UNDER SEAL

# SUBMITTED AS NATIVE FILE