# Exhibit H

# FILED UNDER SEAL

# SUBMITTED AS NATIVE FILE