# Exhibit I.1 - I.25

# SUBMITTED FOR
# *IN CAMERA* REVIEW