# Exhibit M

# SUBMITTED FOR
# *IN CAMERA* REVIEW