# Exhibit P

# SUBMITTED FOR
# *IN CAMERA* REVIEW