# Exhibit Q (part 1)

# FILED UNDER SEAL