Exhibit Q (part 2)

FILED UNDER SEAL