# Exhibit S

| | |
|---|---|
| **From:** | Wallner, Robert |
| **To:** | Provance, Matthew D.; Miller, Britt M. |
| **Cc:** | SERVICE-EXTERNAL-DMS-MDL |
| **Subject:** | RE: DMS-McCray deposition |
| **Date:** | Tuesday, February 19, 2019 3:04:29 PM |
| **Attachments:** | image001.png |
| | image002.png |

Matt,

Thank you for your email.  Although Plaintiffs believe that your objections are without merit, we are agreeable to your proposal that CDK's production of the email to Mr. McCray with the unredacted attachment will not waive any privilege that CDK may otherwise have.

On a personal note, because of my travel schedule, I request that you make six copies of the McCray email with the unredacted attachment available at Friday's deposition of Mr. McCray.  If this presents a problem, please let me know.

Regards,
Rob

**From:** Provance, Matthew D. <MProvance@mayerbrown.com>
**Sent:** Tuesday, February 19, 2019 11:29 AM
**To:** Wallner, Robert <RWallner@milberg.com>; Miller, Britt M. <BMiller@mayerbrown.com>
**Cc:** 'SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com' (SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com) <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** RE: DMS-McCray deposition

Rob –

Reserving all rights and objections, and notwithstanding that we believe your challenge to the privileged nature of the document is untimely, CDK will produce an unredacted copy of CDK-2165914 in advance of Mr. McCray's deposition provided that MDL Plaintiffs stipulate that CDK's agreement to produce the document does not waive privilege over any subject matter. Please let us know if we have an agreement.

Regards,
Matt

_____

**Matt Provance**
Mayer Brown LLP
mprovance@mayerbrown.com
Tel: 312 701 8598
Fax: 312 706 9397

**From:** Wallner, Robert <RWallner@milberg.com>

**Sent:** Tuesday, February 19, 2019 7:13 AM
**To:** Wallner, Robert <RWallner@milberg.com>; Miller, Britt M. <BMiller@mayerbrown.com>
**Cc:** 'SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com' (SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com) <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** RE: DMS-McCray deposition

**EXTERNAL SENDER**

Britt,

Given that the McCray deposition is just 3 days away, please advise if you'll produce the document.

Regards,
Rob

---

**From:** Wallner, Robert <RWallner@milberg.com>
**Sent:** Thursday, February 14, 2019 3:25 PM
**To:** Miller, Britt M. (BMiller@mayerbrown.com) <BMiller@mayerbrown.com>
**Cc:** 'SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com' (SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com) <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** DMS-McCray deposition

Britt,

I write concerning CDK 2165914 (an email to Conver and McCray), and the attachment thereto ("Attachment"). A number of the Attachment's pages are redacted (including CDK 2165921, which apparently quotes statements about the subject incident), even though those pages were produced in unredacted form, and marked yesterday at the Noser deposition. See, e.g., PX 865, at CDK 759286. There seems to be no basis for the redactions. Given next week's deposition of Mr. McCray, please produce an unredacted version of the Attachment as soon as possible. Thanks for your cooperation.

Regards,
Rob

Milberg LLP

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.