# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

| | |
|---|---|
| Dealer Management Systems Antitrust Litigation, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:18−cv−00864 |
| | Honorable Robert M. Dow Jr. |
| CDK Global, LLC, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 18, 2019:

MINUTE entry before the Honorable Robert M. Dow, Jr: In anticipation of ruling on non−party Dominion Enterprises, Inc.'s Rule 72(a) objections to Magistrate Judge Gilbert's December 6, 2018 order, the Court asks that Defendants send to the Court's proposed order box (with cc to Dominion's counsel) a proposed amended protective order for the Court's consideration. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.