UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 18, 2019:

MINUTE entry before the Honorable Jeffrey T. Gilbert:The Court has reviewed, briefly, Defendants' Motion to Compel Deposition Dates Pursuant to Section IV.B of the Deposition Protocol, and to Clarify Defendants' Right to Take Third−Party Depositions [629] noticed for 4/23/19 [630]. The Court would like a written response from Plaintiffs and, if necessary, a reply from Defendants. The Court is reluctant to set a briefing schedule sua sponte, however, in light of the demanding deposition schedule facing all counsel during the remainder of this month. Therefore, Plaintiffs' counsel should confer with Defendants' counsel, agree on a date for the filing of a response brief and, if deemed necessary, a reply brief by Defendants, and inform the Court's courtroom deputy of those dates by the end of the day on 4/22/19. The Court will enter the proposed briefing schedule and either rule via the CM/ECF system or set a date for an in−court hearing and ruling. Because Defendants seek to take Mr. Lamm's deposition and the depositions of InDesign and Dominion after the close of discovery if they cannot be completed before the discovery close date, the Court does not view Defendant's Motion [629] as an emergency which is why it is not proposing to hear the Motion [629] on 4/23/19 as noticed [630]. If the Court's impression as to the nature of Defendants' Motion [629] is erroneous and all parties believe they need to be heard on the Motion [629] as noticed on 4/23/19 [630] they should so inform the Court's courtroom deputy by noon on Monday, 4/22/19. Otherwise, the Court would prefer to hear from Plaintiffs in writing as set forth above. If the parties agree to a briefing schedule on the Motion [629] in the manner set forth in this order, then the noticed hearing on Defendants' Motion [629] for 4/23/19 [630] will be stricken with no appearances necessary on that date. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.