# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                      Plaintiff,

v.                                  Case No.: 1:18−cv−00864

                                    Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: On 4/18/19, the Court entered an order directing the parties to contact the Court's courtroom deputy by noon if they wanted to be heard on 4/23/19 [638]. No party contacted the Court's courtroom deputy. Accordingly, the noticed hearing on Defendants' Motion to Compel Deposition Dates Pursuant to Section IV.B of the Deposition Protocol, and to Clarify Defendants' Right to Take Third−Party Depositions [629] for 4/23/19 [630] is stricken with no appearance required. In addition, the Court sets the following briefing schedule on Defendants' Motion [629]: Plaintiffs shall respond by 5/6/19. Defendants shall reply by 5/13/19. If the parties agree to a different briefing schedule, they shall so inform the Court's courtroom deputy and a new briefing schedule will be entered. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.