# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                Plaintiff,

v.

CDK Global, LLC, et al.

                Defendant.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The briefing schedule set by the Court's order entered on 4/22/19 [641] on Defendants' Motion to Compel Deposition Dates Pursuant to Section IV.B of the Deposition Protocol, and to Clarify Defendants' Right to Take Third−Party Depositions [629] is vacated in light of Plaintiffs' subsequent letter to the Court [642]. Defendants' Motion to Compel [629] is, therefore, denied without prejudice as moot. The parties are reminded of their obligation to comply with Local Rule 37.2 before filing motions relating to discovery and to include a certification of such compliance with any discovery motion that is subject to the Local Rule. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.