

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**　　　　　　　　　　　　　　　　　　　　　　　　312-435-5670
**Clerk**

Date:　　　　　　　　　　　　　　　　　　　　Case Number:

Case Title:　　　　　　　　　　　　　　　　　　Judge:

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

❑　　Document entered in error.

❑　　Document withdrawn or removed per court order of   04/26/2019 docket entry #656

❑　　Incorrect document linked.

❑　　Other:

❑　　Removed per IOP30(b).

　　　　　　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Rev. 11/29/2016