**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br> THE DEALERSHIP CLASS ACTION | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

**SECOND STIPULATION REGARDING DEADLINE FOR MOTION TO DISMISS
CDK'S COUNTERCLAIMS AND PAGE LIMITS**

The Dealership Class Plaintiffs ("Dealership Plaintiffs") and Defendant CDK Global, LLC ("CDK") (collectively, the "Parties"), by and through their undersigned counsel, jointly submit this Stipulation and proposed Order regarding the deadlines for briefing on the Dealership Plaintiffs' motion to dismiss CDK's counterclaims and leave to file additional pages and a surreply.

WHEREAS, this Court's Local Rule 7.1 requires parties to seek leave of the court to file additional briefing beyond 15 pages;

WHEREAS, this Court has discretion to permit a party leave to file a surreply;

WHEREAS, on March 15, 2019, the Parties stipulated to the entry of a briefing schedule and page limits with regard to an anticipated motion to dismiss CDK's counterclaims, which the Court adopted (Dkt. 563);

WHEREAS, on March 29, 2019, the Dealership Plaintiffs timely filed their Motion to Dismiss CDK's Counterclaims ("Motion") (Dkt. 593) and opening brief (Dkt. 595);

WHEREAS, on April 19, 2019, CDK timely filed its Opposition to the Motion (Dkt. 639); and

WHEREAS, the Parties have conferred and agreed that the Dealership Plaintiffs may have an extra five (5) pages to reply to CDK's Opposition to the Motion in their forthcoming reply brief,

due May 3, 2019, and that CDK in turn may file at its discretion a surreply of up to five (5) pages within one week of the Dealership Plaintiffs' reply;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the deadlines regarding briefing on Dealership Plaintiff's motion to dismiss CDK's counterclaims, and the page limits for such briefing, shall be:

| | |
|---|---|
| Dealership Plaintiffs' Motion to Dismiss CDK's Counterclaims - no more than 25 pages (inclusive of any conclusion, but exclusive of signature blocks) | March 29, 2019 |
| CDK's Opposition to Dealership Plaintiffs' Motion to Dismiss CDK's Counterclaims - no more than 25 pages (inclusive of any conclusion, but exclusive of signature blocks) | April 19, 2019 |
| Dealership Plaintiffs' Reply in Support of CDK's Counterclaims - no more than 20 pages (inclusive of any conclusion, but exclusive of signature blocks) | May 3, 2019 |
| CDK's Surreply to Dealership Plaintiffs' Motion to Dismiss CDK's Counterclaims - no more than 5 pages (inclusive of any conclusion, but exclusive of signature blocks) | May 10, 2019 |

STIPULATED AND AGREED:

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
71 South Wacker Drive
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Dealership Interim Lead Class Counsel*

*/s/ Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

SO ORDERED:

DATED: _____

Hon. Robert M. Dow, Jr
UNITED STATES DISTRICT COURT JUDGE