Exhibit A

Friday, April 26, 2019 at 11:50:02 AM Central Daylight Time

**From:** "Hughes, John" <jhughes@milberg.com>
**Date:** Monday, April 22, 2019 at 4:23 PM
**To:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Cc:** DMSTeam <DMSTeam@milberg.com>
**Subject:** NADA 30(b)(6) - Use of documents

Dear Britt and Andi,


On behalf of Peggy Wedgworth, I submit the following.


Pursuant to section 5(c)(6) of the Stipulation and First Amended Agreed Protective Order, dealership class plaintiffs notify you that they plan to use the following documents at the NADA 30(b)(6) deposition, to be shown to NADA's designated corporate representative:

Plaintiffs exhibits 865, 980, 934, 1247, and 1249.

The information to be disclosed is the content of the listed exhibits, which includes but is not limited to the data security policies and practices of CDK.

Thank you,



John Hughes
Attorney at Law*
**Milberg Tadler Phillips Grossman LLP**
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
T:  212.594.5300
F:  212.868.1229
Jhughes@milberg.com

*Licensed in Michigan only