# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

            Plaintiff,

v.

CDK Global, LLC, et al.

            Defendant.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The Court adopts the parties' stipulated deadlines and page limits [648] for briefing on the Dealership Plaintiffs' motion to dismiss CDK's counterclaims [593]. The motion to dismiss [593] is taken under advisement. If the Court decides that a hearing on the motion would be helpful, the Court will send the parties questions in advance. Otherwise, the Court will issue a ruling by mail. Motion hearing set for May 8, 2019 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.