**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**MDL PLAINTIFFS' MOTION TO COMPEL DEFENDANTS'
OEM FINANCIAL DATA**

MDL Plaintiffs respectfully request that the Court order Defendants CDK Global, LLC and The Reynolds & Reynolds Company to produce financial data showing Defendants' sales of data integration services to automotive Original Equipment Manufacturers (or "OEMs") from 2011 to present. In support of this motion, MDL Plaintiffs incorporate by reference the memorandum of law and exhibits filed concurrently herewith and any oral argument that the Court may allow at a hearing on this Motion.

Pursuant to Local Rule 37.2, MDL Plaintiffs certify that they have met and conferred with counsel for Defendants in a good faith attempt to resolve the disputes presented by this Motion.

Dated: April 30, 2019                                   Respectfully submitted,

*/s/ Peggy J. Wedgworth*                                */s/ Derek T. Ho*
Peggy J. Wedgworth                                      Derek T. Ho
**MILBERG TADLER PHILLIPS**                             **KELLOGG, HANSEN, TODD,**
**GROSSMAN LLP**                                        **FIGEL & FREDERICK, P.L.L.C.**
One Pennsylvania Plaza, 19th Floor                      1615 M Street, NW, Suite 400
New York, NY 10119                                      Washington, D.C. 20036
(212) 594-5300                                          (202) 326-7900
pwedgworth@milberg.com                                  dho@kellogghansen.com

*MDL Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on April 30, 2019 I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' OEM FINANCIAL DATA** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

      */s/ Derek T. Ho*
      Derek T. Ho
      **KELLOGG, HANSEN, TODD,**
      **FIGEL &FREDERICK, P.L.L.C.**
      1615 M Street, NW, Suite 400
      Washington, D.C. 20036
      (202) 326-7900
      dho@kellogghansen.com