IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-00864 |
| *This document relates to:* ALL ACTIONS | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF ARIANE ROCKOFF-KIRK**

I, Ariane Rockoff-Kirk, have knowledge of the information contained herein and declare as follows:

1. I am an attorney, and I have been licensed and authorized to practice law in the State of New York since 2017. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"). I serve as counsel to CDK Global, LLC ("CDK") in its response to the Civil Investigative Demand that the Federal Trade Commission ("FTC") issued to CDK on June 26, 2017 (the "CID"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently as to the matters set forth below.

2. CDK's FTC counsel created and iteratively produced eleven subsections of the privilege log to the FTC in responding to the CID (collectively, "FTC Log"). The FTC Log was prepared in the format requested by the FTC and reproduced to MDL Plaintiffs in the same format. Each subsection of the FTC Log was produced on a rolling basis to the FTC, with the last subsection submitted on March 8, 2019. The subsections remained subject to revision after their initial production to the FTC; for example, FTC Log entries were modified in order to harmonize

1

the FTC Log with CDK's privilege log submitted in the civil litigation and to reflect modifications to productions made to the MDL Plaintiffs.

3. MDL Plaintiffs received a copy of the FTC Log on March 8, 2019, the day CDK completed the logging of documents requested by the FTC and produced the last subsection of the privilege and redaction logs to the FTC.

4. The FTC Log contains a separate entry for each responsive document that was redacted or withheld for privilege. As a result, the number of entries on the FTC Log is greater than it would be had CDK, for example, only logged the top/most recent email from each email subject to a privilege or if CDK had logged emails and attachments in a single entry.

5. While the FTC Log contains over 40,000 entries, it is approximately 29,000 families (including standalone documents), with 16,366 inclusive emails.

6. MDL Plaintiffs challenged 9,513 entries for lack of author, sender, or recipient information. The majority of these entries are attachments to emails, including presentations and contracts, which do not have sender/recipient information. CDK used document metadata to populate the author, sender and recipient information in the FTC Log, and this information was not available for these documents.

7. Of the documents that MDL Plaintiffs challenged on the FTC Log for lack of author, sender, or recipient information, 20 are standalone documents that are being withheld solely based on an independent privilege. Based on a manual re-review of these 20 documents, CDK has identified the authors of these documents.

8. The remaining documents challenged for lack of author, sender, or recipient information are being withheld because they are an integral part of an attorney-client

communication (*i.e.*, part-and-parcel of the privileged communication). These documents were logged consistent with the FTC's requirements.

9.  Some of the entries on the FTC Log refer to "in-house counsel." Paul, Weiss confirms that all references to "in-house counsel" on the Log are references to in-house CDK attorneys or staff members acting on behalf of attorneys.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 1, 2019 in New York.

_____
Ariane Rockoff-Kirk