# EXHIBIT 5

# SUBMITTED IN CAMERA