# EXHIBIT 6

# SUBMITTED IN CAMERA