# EXHIBIT 7

# SUBMITTED IN CAMERA