PUBLIC VERSION

# EXHIBIT 10

Challenged Third-Party Communications that have
Non-Privileged Previously Produced Versions

| | | |
|---|---|---|
| CTRL-E0000034240.0001 | CTRL-E0004876649.0003 | CTRL-E0007676689.0089 |
| CTRL-E0000055522.0001.0004.0001 | CTRL-E0004876649.0005 | CTRL-E0007676689.0090 |
| CTRL-E0000055522.0001.0004.0002 | CTRL-E0004876649.0006 | CTRL-E0007676689.0091 |
| CTRL-E0000055522.0001.0004.0003 | CTRL-E0004876649.0007 | CTRL-E0007676689.0092 |
| CTRL-E0000145915.0001 | CTRL-E0004876649.0016 | CTRL-E0007676689.0093 |
| CTRL-E0000693651.0003 | CTRL-E0004876649.0017 | CTRL-E0007676689.0094 |
| CTRL-E0000712359.0001 | CTRL-E0004876649.0018 | CTRL-E0007676689.0096 |
| CTRL-E0000760147.0001 | CTRL-E0004876649.0020 | CTRL-E0007676689.0097 |
| CTRL-E0000760184.0001 | CTRL-E0004876649.0021 | CTRL-E0007676689.0108 |
| CTRL-E0000760184.0002 | CTRL-E0004876649.0022 | CTRL-E0007676689.0111 |
| CTRL-E0000760273.0002 | CTRL-E0004876649.0023 | CTRL-E0007676689.0112 |
| CTRL-E0000788786.0001 | CTRL-E0004876649.0024 | CTRL-E0007676689.0113 |
| CTRL-E0003444552.0001 | CTRL-E0004876649.0025 | CTRL-E0007676689.0114 |
| CTRL-E0003588011.0001 | CTRL-E0004876649.0026 | CTRL-E0007676689.0117 |
| CTRL-E0003588011.0002 | CTRL-E0004876649.0028 | CTRL-E0007676689.0118 |
| CTRL-E0003588011.0002.0001 | CTRL-E0004876649.0029 | CTRL-E0007676689.0119 |
| CTRL-E0003588011.0003 | CTRL-E0004876674.0001 | CTRL-E0007676689.0120 |
| CTRL-E0003588011.0004 | CTRL-E0004876687.0004.0001 | CTRL-E0007676689.0122 |
| CTRL-E0003588790.0004.0001 | CTRL-E0004876687.0004.0002 | CTRL-E0007676689.0125 |
| CTRL-E0003588790.0004.0002 | CTRL-E0004876687.0004.0003 | CTRL-E0007676689.0127 |
| CTRL-E0003588790.0004.0003 | CTRL-E0004876826.0001 | CTRL-E0007676689.0128 |
| CTRL-E0003605531.0004 | CTRL-E0004876826.0002 | CTRL-E0007676689.0129 |
| CTRL-E0003605531.0012.0003 | CTRL-E0004876826.0002.0001 | CTRL-E0007676689.0130 |
| CTRL-E0003619644.0003.0001 | CTRL-E0004876826.0003 | CTRL-E0007676689.0131 |
| CTRL-E0004790636.0034 | CTRL-E0004876826.0004 | CTRL-E0007676689.0132 |
| CTRL-E0004836362.0001 | CTRL-E0004876826.0004.0001 | CTRL-E0007676689.0133 |
| CTRL-E0004836362.0002 | CTRL-E0007561702.0002 | CTRL-E0007676689.0134 |
| CTRL-E0004836362.0003 | CTRL-E0007676689.0010 | CTRL-E0007676689.0135 |
| CTRL-E0004836362.0004 | CTRL-E0007676689.0014 | CTRL-E0007676689.0136 |
| CTRL-E0004836362.0004.0001 | CTRL-E0007676689.0017 | CTRL-E0007676689.0137 |
| CTRL-E0004836362.0005 | CTRL-E0007676689.0039 | CTRL-E0007676689.0138 |
| CTRL-E0004836363.0001 | CTRL-E0007676689.0041 | CTRL-E0007676689.0141 |
| CTRL-E0004836363.0002 | CTRL-E0007676689.0059 | CTRL-E0007676689.0142 |
| CTRL-E0004836363.0003 | CTRL-E0007676689.0060 | CTRL-E0007676689.0143 |
| CTRL-E0004836363.0004 | CTRL-E0007676689.0070 | CTRL-E0007676689.0144 |
| CTRL-E0004836363.0004.0001 | CTRL-E0007676689.0071 | CTRL-E0007676689.0145 |
| CTRL-E0004838675.0001.0004.0001 | CTRL-E0007676689.0072 | CTRL-E0007676689.0146 |
| CTRL-E0004838675.0001.0004.0002 | CTRL-E0007676689.0077 | CTRL-E0007676689.0147 |
| CTRL-E0004838675.0001.0004.0003 | CTRL-E0007676689.0080 | CTRL-E0007677257.0001 |
| CTRL-E0004838970.0002 | CTRL-E0007676689.0085 | CTRL-E0007677257.0002 |
| CTRL-E0004838970.0003 | CTRL-E0007676689.0086 | CTRL-E0007677257.0003 |
| CTRL-E0004876649.0001 | CTRL-E0007676689.0087 | CTRL-E0007677257.0004 |

PUBLIC VERSION

Challenged Third-Party Communications that have
Non-Privileged Previously Produced Versions

| | | |
|---|---|---|
| CTRL-E0007677257.0005 | CTRL-E0007677257.0069 | CTRL-E0007678081.0016 |
| CTRL-E0007677257.0006 | CTRL-E0007677257.0075 | CTRL-E0007678081.0033 |
| CTRL-E0007677257.0007 | CTRL-E0007677257.0076 | CTRL-E0008689583.0001 |
| CTRL-E0007677257.0008 | CTRL-E0007677257.0081 | CTRL-E0008689583.0002 |
| CTRL-E0007677257.0009 | CTRL-E0007677257.0082 | CTRL-E0008689583.0003 |
| CTRL-E0007677257.0010 | CTRL-E0007677257.0083 | CTRL-E0008689583.0004 |
| CTRL-E0007677257.0011 | CTRL-E0007677257.0084 | CTRL-E0008689583.0005 |
| CTRL-E0007677257.0012 | CTRL-E0007677257.0088 | CTRL-E0008712883.0001 |
| CTRL-E0007677257.0013 | CTRL-E0007677398.0031 | CTRL-E0008712883.0003 |
| CTRL-E0007677257.0014 | CTRL-E0007677398.0034 | CTRL-E0008712883.0005 |
| CTRL-E0007677257.0015 | CTRL-E0007677398.0035 | CTRL-E0008712883.0006 |
| CTRL-E0007677257.0016 | CTRL-E0007677398.0059 | CTRL-E0008712883.0007 |
| CTRL-E0007677257.0017 | CTRL-E0007677398.0060 | CTRL-E0008712883.0015 |
| CTRL-E0007677257.0018 | CTRL-E0007677398.0061 | CTRL-E0008712883.0016 |
| CTRL-E0007677257.0020 | CTRL-E0007677398.0062 | CTRL-E0008712883.0017 |
| CTRL-E0007677257.0023 | CTRL-E0007677398.0063 | CTRL-E0008712883.0018 |
| CTRL-E0007677257.0024 | CTRL-E0007677398.0064 | CTRL-E0008712883.0019 |
| CTRL-E0007677257.0025 | CTRL-E0007677398.0065 | CTRL-E0008712883.0020 |
| CTRL-E0007677257.0026 | CTRL-E0007677398.0066 | CTRL-E0008712883.0021 |
| CTRL-E0007677257.0027 | CTRL-E0007677398.0067 | CTRL-E0008712883.0022 |
| CTRL-E0007677257.0028 | CTRL-E0007677398.0068 | CTRL-E0008712883.0023 |
| CTRL-E0007677257.0029 | CTRL-E0007677398.0069 | CTRL-E0008712883.0024 |
| CTRL-E0007677257.0030 | CTRL-E0007677398.0070 | CTRL-E0008712883.0025 |
| CTRL-E0007677257.0034 | CTRL-E0007677398.0071 | CTRL-E0008712883.0026 |
| CTRL-E0007677257.0035 | CTRL-E0007677398.0072 | CTRL-E0008712883.0027 |
| CTRL-E0007677257.0038 | CTRL-E0007677398.0075 | CTRL-E0008712883.0028 |
| CTRL-E0007677257.0041 | CTRL-E0007677398.0076 | CTRL-E0008712883.0029 |
| CTRL-E0007677257.0043 | CTRL-E0007677398.0077 | |
| CTRL-E0007677257.0044 | CTRL-E0007677398.0079 | |
| CTRL-E0007677257.0046 | CTRL-E0007677398.0080 | |
| CTRL-E0007677257.0047 | CTRL-E0007677398.0081 | |
| CTRL-E0007677257.0048 | CTRL-E0007677398.0082 | |
| CTRL-E0007677257.0050 | CTRL-E0007677398.0083 | |
| CTRL-E0007677257.0053 | CTRL-E0007677398.0084 | |
| CTRL-E0007677257.0054 | CTRL-E0007677604.0003 | |
| CTRL-E0007677257.0057 | CTRL-E0007677604.0013 | |
| CTRL-E0007677257.0061 | CTRL-E0007677604.0015 | |
| CTRL-E0007677257.0062 | CTRL-E0007677604.0016 | |
| CTRL-E0007677257.0063 | CTRL-E0007677604.0017 | |
| CTRL-E0007677257.0064 | CTRL-E0007677604.0019 | |
| CTRL-E0007677257.0065 | CTRL-E0007677604.0020 | |
| CTRL-E0007677257.0068 | CTRL-E0007678081.0014 | |