# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANTS' NOTICE OF MOTION TO QUASH OR MODIFY SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

PLEASE TAKE NOTICE that on Thursday, May 9, 2019, at 9:15 a.m., I will appear before the Honorable Jeffrey T. Gilbert in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Motion to Quash or Modify Subpoena or, in the Alternative, for a Protective Order, a copy of which is attached and served upon you through the CM/ECF filing system.

Dated: May 2, 2019						Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant*
*CDK Global, LLC*

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on May 2, 2019, I caused a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF MOTION TO QUASH OR MODIFY SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            */s/ Britt M. Miller*_____
                                            Britt M. Miller
                                            MAYER BROWN LLP
                                            71 South Wacker Drive
                                            Chicago, IL 60606
                                            Phone: (312) 782-0600
                                            Fax: (312) 701-7711
                                            E-mail: bmiller@mayerbrown.com