# EXHIBIT A



**Global Legal Demand Center**

11760 US HIGHWAY 1
SUITE 600
NORTH PALM BEACH, FL 33408-3029
(800) 635-6840
(888) 938-4715 (Fax)

April 26, 2019

CDK GLOBAL
7135 S DECATUR BLVD
LAS VEGAS, NV 89118

Re: Notice of Subpoena for Records
Account Number:
File:

Dear Valued AT&T Customer:

The AT&T Global Legal Demand Center responds to subpoenas addressed to AT&T companies ("AT&T"). We have received the enclosed civil subpoena directing AT&T to disclose information about you, your account, or one or more phone numbers associated with you. As a courtesy, we are sending this notice to the billing address for your account to enable you to contest the subpoena if you wish to do so.

You may contest the subpoena in accordance with the rules of the court or agency issuing it. You may also request the attorney or other person responsible for issuing the subpoena to withdraw or modify the subpoena voluntarily. AT&T does not give legal advice to its customers or make filings on their behalf. If you need assistance or have further questions, we recommend that you consult an attorney of your choice. If you are not represented by an attorney and do not wish to retain counsel at this time, you may discuss the subpoena directly with the attorney or other designated contact(s) specified in the subpoena.

AT&T plans to respond to this subpoena on 5/2/2019. If before such response date we receive a copy of your filing contesting the subpoena, AT&T will respond to the subpoena in accordance with the subsequent ruling of the court. Required documentation should be faxed to the AT&T Global Legal Demand Center (fax number 888-938-4715) with the above-referenced AT&T File No. on the transmittal.

We hope you will find this courtesy notice helpful.

Thank you for choosing AT&T.

Sincerely,

Global Legal Demand Center

KEL

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| In Re Dealer Management Systems Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:18-cv-00864, MDL No. 2817 |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: AT&T Wireless Subpoena Compliance Center, 11760 US Highway 1, Ste. 600, North Palm Beach, FL 22408
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Schedule A.

| Place: Robbins Geller Rudman & Dowd LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432 | Date and Time:<br>4/26/2019 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/5/2019

CLERK OF COURT

_____    OR    *Frank Richter* (signature)
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Dealer Class Plaintiffs , who issues or requests this subpoena, are:
Frank Richter, Robbins Geller Rudman & Dowd LLP, 200 S. Wacker Dr., #3100, Chicago, IL 60606, (312) 674-4674, FRichter@rgrdlaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

SCHEDULE A
(AT&T Wireless)

REQUEST FOR PRODUCTION NO. 1:

Records, time and duration of incoming and outgoing calls placed or received by the telephone number ▮▮▮▮ owned or associated with Vincenzo Rubino and/or TotalLoop, Inc., for the Time Period of August 1, 2016 through January 31, 2017.

REQUEST FOR PRODUCTION NO. 2:

All incoming and outgoing messages placed or received by the telephone number ▮▮▮▮ owned or associated with Vincenzo Rubino and/or TotalLoop, Inc., for the Time Period of August 1, 2016 through January 31, 2017.

REQUEST FOR PRODUCTION NO. 3:

Records, time and duration of incoming and outgoing calls placed or received by the telephone number ▮▮▮▮ owned or associated with Howard Gardner and/or CDK Global, Inc., from and to each of the numbers set forth below, for the time period of January 1, 2013 to the present.

