UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                                            Plaintiff,

v.                                                                      Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 3, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs shall file a written response to Defendant CDK Global, LLC's Motion to Quash or Modify Subpoena or, in the Alternative, for a Protective Order [670] by noon on 5/10/19. Plaintiffs need not address CDK's arguments with respect to timeliness and its standing to move to quash the subpoenas. The motion hearing noticed for 5/9/19 [671] is stricken with no appearances necessary. The Court will hear the Motion [670] at the status hearing previously scheduled in this case for 5/15/19 [645]. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.