**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) | MDL No. 2817 Case No. 1:18-CV-00864 |
| _____ | ) ) | Hon. Robert M. Dow, Jr. |
| *This Document Relates To:* | ) ) | |
| i3 Brands, Inc. et al. v. CDK Global, LLC, et al., No. 1:19-CV-01412 | ) ) | |

**<u>MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

Plaintiffs i3 Brands, Inc. and PartProtection, LLC, by their undersigned attorneys, hereby request leave to file their Opposition to The Reynolds and Reynolds Company's Motion to Dismiss In Favor of Arbitration, or in the Alternative, To Dismiss Under Rule 12(b)(6) (the "Opposition Brief"), under seal. Plaintiffs' Opposition Brief contains confidential business information and contract language. Plaintiffs therefore request leave to file the Opposition Brief under seal in accordance with the Second Amended Agreed Confidentiality Order. Plaintiffs will also file a public, redacted version of the Opposition Brief.

Dated: May 3, 2019

Respectfully submitted,

<u>/s/ Michael E. Bloom</u>
J. Erik Connolly
Michael E. Bloom
Lauren C. Tortorella
Benesch, Friedlander, Coplan & Aronoff LLP
333 Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone: (312) 212-4949

econnolly@beneschlaw.com
mbloom@beneschlaw.com
ltortorella@beneschlaw.com

*Attorneys for Plaintiffs i3 Brands, Inc. and
PartProtection, LLC*

## CERTIFICATE OF SERVICE

Michael E. Bloom, an attorney, hereby certifies that on May 3, 2019, he caused a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE UNDER SEAL** to be filed and served electronically via the court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

*/s/ Michael E. Bloom*