# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION ) ) ) ) ) ) *This Document Relates To:* ) ) i3 Brands, Inc. et al. v. CDK Global, LLC, et al., ) No. 1:19-CV-01412 ) | MDL No. 2817 Case No. 1:18-CV-00864 Hon. Robert M. Dow, Jr. |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, May 14, 2019, at 9:15 a.m., or as soon hereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present i3 Brands, Inc. and PartProtection, LLC's **MOTION FOR LEAVE TO FILE UNDER SEAL**, a copy of which is attached and served upon you.

Dated: May 3, 2019

    Respectfully submitted,

    /s/ Michael E. Bloom
    J. Erik Connolly
    Michael E. Bloom
    Lauren C. Tortorella
    Benesch, Friedlander, Coplan & Aronoff LLP
    333 Wacker Drive, Suite 1900
    Chicago, IL 60606
    Telephone: (312) 212-4949
    econnolly@beneschlaw.com
    mbloom@beneschlaw.com
    ltortorella@beneschlaw.com

    *Attorneys for Plaintiffs i3 Brands, Inc. and PartProtection, LLC*

## CERTIFICATE OF SERVICE

Michael E. Bloom, an attorney, hereby certifies that on May 3, 2019, he caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

*/s/ Michael E. Bloom*