**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

2019 MAY -7 AM 8:34



neopost
04/15/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL
ZIP 60604
041M11270962

Return to sender

18-cv-864
#626

John F Mariani
Kornfeld & Del Russo, PA
Levy, Kneen, Mariana, Curtin, Wiener,
1400 Centrepark Boulevard
Su...
West Palm...

Not at this Address

NIXIE  331  DE 1  2005/01/29
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 60604180099   *0761-02570-15-41

9350810658929835