## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                Plaintiff,

v.                                       Case No.: 1:18−cv−00864
                                       Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion of Michael Gallagher for leave to appear pro hac vice on behalf of Dealership Class Plaintiffs [531] is granted. Motions of Christine A. Bonomo, Collin R. White, and Jeffrey G. Long for leave to appear pro hac vice on behalf of Individual Plaintiffs and Vendor Class Plaintiffs (see Exhibit A) [451], [458], [554] are granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.