

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

May 14, 2019

Matthew D. Provance
Direct Tel +1 312 701 8598
Direct Fax +1 312 706 9397
mprovance@mayerbrown.com

**BY ECF DELIVERY**

Hon. Jeffrey T. Gilbert
United States District Court (N.D. Illinois)
Everett McKinley Dirksen United States Courthouse
Room 1366
219 South Dearborn Street
Chicago, IL 60604

    Re:    *In re Dealer Management Systems Antitrust Litig.*,
             MDL No. 2817, Case No. 18-CV-864 (N.D. Ill.)

Dear Judge Gilbert:

MDL Plaintiffs and Defendant CDK Global, LLC ("CDK") jointly write to inform the Court that Plaintiffs' Motion to Compel Defendants' OEM Financial Data (Dkt. 663) should be withdrawn as to CDK. The parties agree that CDK made productions of invoice-level OEM sales data before the motion to compel was filed, but disagree as to whether CDK identified its production of that data in meet-and-confer correspondence. Nonetheless, the transactional data subject to Plaintiffs' motion has been produced by CDK, and therefore, Plaintiffs' motion should be withdrawn and terminated as to CDK.

If the Court would like to discuss this matter further, the parties would be happy to address any questions at the upcoming May 15, 2019 status hearing.

Sincerely,

*/s/ Matthew D. Provance*
Matthew D. Provance

Counsel for Defendant CDK Global, LLC

*/s/ Derek T. Ho*
Derek T. Ho

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth

MDL Co-Lead Counsel

cc: 18-CV-864 ECF Service List

Mayer Brown LLP operates in combination with other Mayer Brown entities, which have offices in North America,
Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.