UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

          Plaintiff,

v.                                      Case No.: 1:18−cv−00864
                                      Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 15, 2019:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 5/15/19 and continued to 6/10/19 at 9:30 a.m. This order memorializes certain rulings made on the record during the status hearing. The parties are directed to the transcript of the full hearing for a complete record of those proceedings. Plaintiffs' oral motion to withdraw Plaintiffs' Motion to Compel Defendants OEM Financial Data [663] is granted. Plaintiffs' Motion to Compel [663] is withdrawn. For the reasons stated on the record, and over the objection of the Individual and Vendor Class Plaintiffs, the Court grants Defendants CDK's and Reynolds' request to extend the expert discovery dates [616] by eight weeks. The Dealership Class Plaintiffs did not oppose Defendants' request. The expert discovery dates are extended as follows: Opening merits expert reports shall be disclosed by 8/26/19. Rebuttal merits expert reports shall be disclosed by 10/25/19. Reply merits expert reports shall be disclosed by 11/25/19. Expert depositions shall be completed by 12/30/19. The Individual and Vendor Class Plaintiffs will refresh their respective data by 5/24/19. The other parties shall meet and confer by 5/22/19 about the dates by which the Dealership Class Plaintiffs and Defendants will refresh their data. If the parties are unable to reach an agreement, they shall file concurrent submissions by 6/3/19. Per the discussion held on the record, Defendant CDK is allowed an additional two hours for the resumed deposition of the Cox Rule 30(b)(6) representative. By 5/24/19, the parties shall file a joint report limited to 10 pages that addresses the additional subpoenas certain Plaintiffs propose to serve on AT&T,; Verizon, and Sprint as referenced in the Parties' Joint Proposed Agenda [684] at p. 2. The procedure for preparing that report is as follows: By 5/17/19, the parties shall speak generally about their positions. By 5/20/19, Plaintiffs shall provide to Defendants a draft of their section of the joint filing. By 5/23/19, Defendants shall provide a full document to Plaintiffs that includes Plaintiffs' proposed section and Defendants' proposed section. The Court either will enter an order on the CM/ECF system that addresses the dispute about subpoenas to the telephone carriers or set the matter for an in−court hearing and ruling. The Court declined to address the matters listed in the Parties' Joint Proposed Agenda [684] as "Defendants' Additional Issues" because they were not ripe for decision. If the parties reach impasse in their discussions concerning dates for the depositions of William Lamm or the Dominion

Enterprises representative, they should contact the Court#039;s courtroom deputy to schedule a telephone conference. If the parties reach impasse in their discussions about the Authenticom and Cox discovery issues, they should contact the Court's courtroom deputy via email with a bullet point list of the issues that remain in dispute (identifying the issues without argument) and a proposed briefing schedule to address those issues. The Court either will set a briefing schedule or schedule a hearing to address the listed issues. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.