# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |

### DEFENDANTS AND DEALERSHIP CLASS PLAINTIFFS' NOTICE OF JOINT MOTION FOR LIMITED EXTENSION OF FACT DISCOVERY DEADLINES REGARDING CERTAIN NON-PARTY SUBPOENAS

PLEASE TAKE NOTICE that on Tuesday, June 4, 2019, at 9:15 a.m., counsel for the Dealership Class Plaintiffs and Defendants CDK Global, LLC, Computerized Vehicle Registration, and The Reynolds and Reynolds Company (the "Moving Parties") will appear before the Honorable Jeffrey T. Gilbert in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present the Moving Parties' Joint Motion for Limited Extension of Fact Discovery Deadlines Regarding Certain Non-Party Subpoenas, a copy of which is attached and served upon you through the CM/ECF filing system.

Dated: May 24, 2019

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Kathy D. Patrick
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
kpatrick@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

Respectfully submitted,

/s/ Matthew D. Provance
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant
CDK Global, LLC and Defendant Computerized Vehicle Registration*

/s/ Peggy J. Wedgworth
Peggy J. Wedgworth
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com

*MDL Co-Lead Counsel for the Dealership Class Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Matthew D. Provance, an attorney, hereby certify that on May 24, 2019, I caused a true and correct copy of the foregoing **DEFENDANTS AND DEALERSHIP CLASS PLAINTIFFS' NOTICE OF JOINT MOTION FOR LIMITED EXTENSION OF FACT DISCOVERY DEADLINES REGARDING CERTAIN NON-PARTY SUBPOENAS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                */s/ Matthew D. Provance*
                                                                Matthew D. Provance
                                                                MAYER BROWN LLP
                                                                71 South Wacker Drive
                                                                Chicago, IL 60606
                                                                Phone: (312) 782-0600
                                                                Fax: (312) 701-7711
                                                                E-mail: mprovance@mayerbrown.com