# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br> ALL ACTIONS | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

## SUPPLEMENTAL NOTICE REGARDING JOINT MOTION FOR LIMITED EXTENSION OF FACT DISCOVERY DEADLINES REGARDING CERTAIN NON-PARTY SUBPOENAS

Earlier today, Defendants CDK Global, LLC, Computerized Vehicle Registration, and The Reynolds and Reynolds Company and the Dealership Class Plaintiffs (together, the "Moving Parties") submitted a Joint Motion (Dkt. 699) for Limited Extension of Fact Discovery Deadlines Regarding Certain Non-Party Subpoenas. Among those subpoenas subject to the Moving Parties' Joint Motion is a subpoena served by The Reynolds and Reynolds Company upon non-party Infutor Data Solutions, Inc. ("Infutor"). *See* Dkt. 699-1.

The Joint Motion states that "with the exception of [another subpoena recipient], the third parties to whom the subpoenas are directed have yet to respond and may assert substantive objections to the subpoenas." Dkt. 699 at 2. However, shortly before the Joint Motion was filed, Infutor also served objections to its subpoena, including but not limited to a contention that the subpoena is untimely. The Moving Parties do not believe that this development is material to their Joint Motion, but file this Supplemental Notice out of an abundance of caution in order to correct the record.

Dated: May 24, 2019

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Kathy D. Patrick
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
kpatrick@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
333 S. Hope St., 43rd Floor
Los Angeles, CA 90071
(213) 617-4206
lcaseria@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

Respectfully submitted,

/s/ Matthew D. Provance
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant
CDK Global, LLC and Defendant Computerized Vehicle Registration*

/s/ Peggy J. Wedgworth
Peggy J. Wedgworth
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com

*MDL Co-Lead Counsel for the Dealership Class Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Matthew D. Provance, an attorney, hereby certify that on May 24, 2019, I caused a true and correct copy of the foregoing **SUPPLEMENTAL NOTICE REGARDING JOINT MOTION FOR LIMITED EXTENSION OF FACT DISCOVERY DEADLINES REGARDING CERTAIN NON-PARTY SUBPOENAS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                */s/ Matthew D. Provance*
                                                Matthew D. Provance
                                                MAYER BROWN LLP
                                                71 South Wacker Drive
                                                Chicago, IL 60606
                                                Phone: (312) 782-0600
                                                Fax: (312) 701-7711
                                                E-mail: mprovance@mayerbrown.com