# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                          Plaintiff,

v.                                         Case No.: 1:18−cv−00864

                                        Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The hearing on the Joint Motion for Limited Extension of Fact Discovery Deadlines Regarding Certain Non−Party Subpoenas [699] noticed for 6/4/19 at 9:15 a.m is stricken and reset to 6/5/19 at 9:15 a.m. Individual Plaintiffs apparently oppose Defendants' request to pursue their subpoenas but do not oppose Dealership Class Plaintiffs' request to serve their subpoenas. The Court has reviewed the email from Individual Plaintiffs' counsel objecting to the other parties' proposed compromise that is attached as an exhibit to the Motion [699−6] but it says nothing substantive other than to express an objection. The Court is aware Individual Plaintiffs have in the past opposed anything they believe could further extend the case schedule for the reasons their counsel previously has argued both in writing and orally in other proceedings. The Court does not see how the relief sought by Defendants will unduly delay this case in its current posture but it is willing to hear what Individual Plaintiffs have to say in support of what appears to be a partial objection to the Joint Motion. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.