# Exhibit 15

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
213.620.1780 main
213.620.1398 fax
www.sheppardmullin.com

213.617.4206 direct
lcaseria@sheppardmullin.com

August 3, 2018

File Number: 48KZ-266044

**VIA EMAIL**

Michael N. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street, N.W., Ste. 400
Washington, D.C. 20036-3215
mnemelka@kellogghansen.com

Re: *In re: Dealer Management System Antitrust Litigation*, C.A. No. 18-C-864; MDL No. 2817 (N.D. Ill.)

Dear Mike:

I write in response to your August 2, 2018 letter and to follow up on our telephonic meet and confer the same day regarding Reynolds's discovery requests to Authenticom.

Thank you for the additional information you provided.

With respect to the DMS access log that we've been discussing, which you offered to create and produce, please do so. You stated that you would also work on providing a key or dictionary so that the actual entries in the log could be deciphered (for instance, Reynolds currently does not have a way of knowing what dealers correspond with the numbers in the log under the ACDealerID data field; presumably, Authenticom has or can create a key). We need this key in order to understand the log.

Thank you for confirming that you will produce Authenticom's DMS connections data, amend RFA Nos. 1-3, and that you will search for documents requested in our subpoenas to 621 Holdings, Inc.; Data Services LLC; Data Specialty Group LLC; DMS Update LLC; 2320 Cunningham Street LLC; and Central States Arms LLC.

Reynolds looks forward to receiving the items above from Authenticom, and, as discussed, reserves the right to have further meet and confers or file additional motions to compel after August 6 depending on what is produced.

Michael N. Nemelka
August 3, 2018
Page 2

Sincerely,

Leo D. Caseria
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:227876036.1