Exhibit 28

| | |
|---|---|
| **From:** | Nemelka, Michael N. |
| **To:** | Brice Wilkinson; SERVICE-EXTERNAL-DMS-MDL |
| **Subject:** | RE: April 5 Authenticom 30(b)(6) |
| **Date:** | Wednesday, April 3, 2019 6:52:04 PM |

Thanks Brice. Dane Brown will be the only witness on Friday.

Mike

**From:** Brice Wilkinson [mailto:bwilkinson@gibbsbruns.com]
**Sent:** Wednesday, April 3, 2019 11:37 AM
**To:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** April 5 Authenticom 30(b)(6)

Counsel,

Attached is an amended notice for Friday's 30(b)(6) deposition of Authenticom reflected the updated start time. Mike, if anyone besides Dane Brown is going to be testifying, please let us know who and on what topics. Additionally, I'd like to let you know that we intend to have one of our consulting experts, Michael Lack of TwoSix Labs, attend the deposition. (Mr. Lack previously attended Mr. Munns' deposition.)

[I believe I sent this email a few minutes ago to an erroneous service address; apologies to anyone who receives a duplicate.]

Thank you,

**Brice Wilkinson**  |  Gibbs & Bruns LLP
1100 Louisiana | Suite 5300 | Houston, TX 77002
713.650.8805 main | 713.751.5218 direct | 713.750.0903 fax
bwilkinson@gibbsbruns.com | www.gibbsbruns.com