UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2817<br>Case No. 18 C 864<br><br>Assigned to: Hon. Robert M. Dow, Jr.<br>Magistrate Judge: Hon. Jeffrey T. Gilbert |
| This Document Relates To:<br><br>THE DEALERSHIP CLASS ACTION | | |

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Plaintiff Baystate Ford, Inc. ("Baystate"), by its attorneys, respectfully requests that the appearance of Dominic C. LoVerde in this matter be withdrawn, and in support thereof, states as follows:

1. Mr. LoVerde, while an associate at the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), filed an appearance in this matter on behalf of Baystate on March 19, 2019. (ECF No. 576).

2. Mr. LoVerde has resigned from Robbins Geller and no longer represents Baystate in this matter. Baystate will continue to be represented by James E. Barz, Frank A. Richter, Xan Bernay, Carmen Medici, and Lonnie Browne of Robbins Geller.

3. No parties will be prejudiced by Mr. LoVerde's withdrawal.

4. The undersigned has conferred with Defendants' counsel, who advised that they do not oppose this motion.

5. WHEREFORE, Baystate respectfully requests that the appearance of Dominic C. LoVerde in this matter be withdrawn.

DATED: June 7, 2019

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)

s/ Frank A. Richter
FRANK A. RICHTER

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
LONNIE A. BROWNE
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff Baystate Ford Inc.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 7, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        s/ Frank A. Richter
        FRANK A. RICHTER

        ROBBINS GELLER RUDMAN
            & DOWD LLP
        200 South Wacker Drive, 31st Floor
        Chicago, IL  60606
        Telephone:  312/674-4674
        312/674-4676 (fax)

        E-mail:  frichter@rgrdlaw.com

# Mailing Information for a Case 1:18-cv-00864 In Re: Dealer Management Systems Antitrust Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsarroyo.com,notice@robbinsarroyo.com

- **Gregory Asciolla**
  gasciolla@labaton.com,8428016420@filings.docketbird.com,kgutierrez@labaton.com,sredman@labaton.com,electroniccasefiling@labaton.com

- **TYLER BAKER**
  tbaker@sheppardmullin.com

- **JOHN W BARRETT**
  dbarrett@barrettlawgroup.com

- **Jesse Jonas Bair**
  jbair@perkinscoie.com

- **Dylan I. Ballard**
  dballard@sheppardmullin.com,jcampos@sheppardmullin.com,rbreese@sheppardmullin.com

- **Deepti Bansal**
  dbansal@cooley.com,eFilingNotice@cooley.com,azi-sakizadeh-4507@ecf.pacerpro.com,hector-gonzalez-3380@ecf.pacerpro.com

- **Charles F. Barrett**
  cbarrett@nealharwell.com,dgarrison@nealharwell.com

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Leonard A Bellavia**
  lbellavia@dealerlaw.com

- **Alexandra S. Bernay**
  xanb@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,scaesar@rgrdlaw.com,ckopko@rgrdlaw.com

- **Michael Elliot Bloom**
  mbloom@beneschlaw.com,jturner@beneschlaw.con,docket@beneschlaw.com,tjohnson@beneschlaw.com

- **Justin Nicholas Boley**
  jnb@wexlerwallace.com,ecf@wexlerwallace.com

- **Christine Ann Bonomo**
  cbonomo@kellogghansen.com

- **Kathleen Ellen Boychuck**
  kboychuck@millerlawllc.com

- **Joshua D. Branson**
  jbranson@kellogghansen.com,aoak@kellogghansen.com

- **Lonnie A. Browne**
  LBrowne@rgrdlaw.com

- **Collin Matthew Bruck**
  cbruck@rjpltd.com

- **Leo Caseria**
  lcaseria@sheppardmullin.com,rjauregui@sheppardmullin.com

- **James E. Cecchi**
  jcecchi@carellabyrne.com

- **Marco Cercone**
  cercone@ruppbaase.com

- **Eric Chris Christu**
  echristu@shutts.com,hkoroglu@shutts.com,aarce@shutts.com

- **Robert A. Clifford**
  rac@cliffordlaw.com,jmreasor@cliffordlaw.com,jg@cliffordlaw.com,sp@cliffordlaw.com,docket@cliffordlaw.com

- **Michael P. A. Cohen**
  mcohen@sheppardmullin.com

- **Joel Erik Connolly**
  econnolly@beneschlaw.com,rfelix@beneschlaw.com,docket@beneschlaw.com,jwalshjr@beneschlaw.com,jbedell@beneschlaw.com,jturner@beneschlaw.com,nwertha

- **Jonathan W. Cuneo**
  jonc@cuneolaw.com

- **Charles Grant Curtis , Jr**
  ccurtis@perkinscoie.com

- **Michael Stephen Dampier**
  stevedampier@dampierlaw.com

- **Daniel V. Dorris**
  ddorris@kellogghansen.com

- **Thomas Arthur Doyle**
  tad@wexlerwallace.com,tadoyle@thomasadoyle.com

- **Marc H. Edelson**
  medelson@edelson-law.com

- **Philip N Elbert**
  pelbert@nealharwell.com

- **Robert Edward Entwisle**
  rentwisle@mayerbrown.com,courtnotification@mayerbrown.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,ajewell@millerlawllc.com,drobinson@millerlawllc.com,JRamirez@millerlawllc.com

- **Daniel Thomas Fenske**
  dfenske@mayerbrown.com,7249438420@filings.docketbird.com,courtnotification@mayerbrown.com,rentwisle@mayerbrown.com,nwayne@mayerbrown.com

- **Michael Jerry Freed**
  mfreed@fklmlaw.com,mkhamoo@fklmlaw.com

- **Daniel Jeffrey Friedman**
  daniel@gabrielsalomons.com

- **Michael J. Gallagher , Jr**
  mgallagher@milberg.com

- **Karin E. Garvey**
  kgarvey@labaton.com,kgutierrez@labaton.com,3710423420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Eric H. Gibbs**
  ehg@classlawgroup.com,ds@classlawgroup.com,1031352420@filings.docketbird.com,amm@classlawgroup.com,sal@classlawgroup.com,ccc@classlawgroup.com

- **Jed Wolf Glickstein**
  jglickstein@mayerbrown.com,jmichaels@mayerbrown.com,courtnotification@mayerbrown.com

- **Joshua H. Grabar**
  jgrabar@bolognese-law.com

- **Jennifer L. Gregor**
  jgregor@gklaw.com,kpoast@gklaw.com,apeterson@gklaw.com,jschlumpf@gklaw.com

- **Daniel Guarnera**
  dguarnera@kellogghansen.com

- **Aundrea Kristine Gulley**
  agulley@gibbsbruns.com,kstehling@gibbsbruns.com

- **Joshua Hafenbrack**
  jhafenbrack@kellogghansen.com

- **Karen Halbert**
  karenhalbert@robertslawfirm.us,aprilburton@robertslawfirm.us,angeliciaisclaw@robertslawfirm.us

- **Mark W. Hancock**
  mhancock@gklaw.com,jlysne@gklaw.com,ntalbott@gklaw.com,lviola@gklaw.com

- **Joseph S Harper**
  JHarper@foley.com

- **Kendall W Harrison**
  kharrison@gklaw.com

- **Daniel C Hedlund**
  dhedlund@gustafsongluek.com,dgoodwin@gustafsongluek.com,djakubauskiene@gustafsongluek.com

- **Derek Tam Ho**
  dho@kellogghansen.com,caitlan--cook-1415@ecf.pacerpro.com

- **Brian M. Hogan**
  bhogan@fklmlaw.com

- **Anna M. Horning Nygren**
  amhorningnygren@locklaw.com,ctevans@locklaw.com,sljuell@locklaw.com

- **John David Hughes**
  Jhughes@Milberg.com

- **James Robert Irving**
  jirving@bgdlegal.com,jhenso@bgdlegal.com,smays@bgdlegal.com

- **Samuel Issacharoff**
  issacharoff@exchange.law.nyu.edu

- **Christopher William Kammerer**
  ckammerer@kammerermariani.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Michael Thomas Layden**
  mlayden@rjpltd.com,cbohar@rjpltd.com,tfitch@rjpltd.com,lstrzempek@rjpltd.com,jsargent@rjpltd.com,jsutton@rjpltd.com

- **Brandon M. Lewis**
  BLewis@perkinscoie.com,LBendt@perkinscoie.com,docketmadison@perkinscoie.com

- **Dominic C. LoVerde**
  dloverde@rgrdlaw.com

- **Jeffery G Long**
  jglong@kellogghansen.com

- **Michelle J. Looby**
  mlooby@gustafsongluek.com

- **MICHAEL MARTINEZ**
  michael.martinez@mayerbrown.com

- **Ross M. MacDonald**
  rmacdonald@gibbsbruns.com

- **Andrew Stanley Marovitz**
  amarovitz@mayerbrown.com,courtnotification@mayerbrown.com

- **Ralph Edward Massey , Jr**
  em@claymassey.com

- **Christopher J McDonald**
  cmcdonald@labaton.com,kgutierrez@labaton.com,4082127420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Elizabeth Anne McKenna**
  emckenna@milberg.com,MAOffice@milberg.com

- **David Malcolm McMullan , Jr**
  dmcmullan@barrettlawgroup.com

- **Shannon Marie McNulty**
  smm@cliffordlaw.com,jmreasor@cliffordlaw.com,smarquez@cliffordlaw.com,docket@cliffordlaw.com

- **James Landon Mcginnis**
  jmcginnis@sheppardmullin.com

- **Carmen A. Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com

- **Douglas A Millen**
  doug@fklmlaw.com

- **Britt Marie Miller**
  bmiller@mayerbrown.com,mstride@mayerbrown.com,courtnotification@mayerbrown.com,mstein@mayerbrown.com

- **Jennifer Ann Miller**
  jamiller@beneschlaw.com,rfelix@beneschlaw.com,Docket@beneschlaw.com

- **Kevin J. Miller**
  kmiller@kellogghansen.com,dmcgowan@kellogghansen.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawllc.com,JRamirez@millerlawllc.com

- **David W. Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,lbrowne@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Brian Morrison**
  bmorrison@labaton.com,kgutierrez@labaton.com,3626807420@filings.docketbird.com,electroniccasefiling@labaton.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com

- **Amar Shrinivas Naik**
  anaik@sheppardmullin.com

- **Michael N. Nemelka**
  mnemelka@kellogghansen.com,ecarbone@kellogghansen.com,akizzie@kellogghansen.com,aoak@kellogghansen.com

- **Jeffrey Thomas Norberg**
  jnorberg@nealmcdevitt.com,docketing@nealmcdevitt.com,apierce@nealmcdevitt.com,aburdick@nealmcdevitt.com

- **Aaron Martin Panner**
  apanner@kellogghansen.com,hwallace@kellogghansen.com

- **Justin David Patrick**
  jpatrick@gibbsbruns.com

- **Kathy D. Patrick**
  kpatrick@gibbsbruns.com

- **Richard J. Prendergast**
  rprendergast@rjpltd.com,cbohar@rjpltd.com,tfitch@rjpltd.com,lstrzempek@rjpltd.com,jsargent@rjpltd.com,jsutton@rjpltd.com

- **Matthew David Provance**
  mprovance@mayerbrown.com,courtnotification@mayerbrown.com

- **William N. Reed**
  wreed@bakerdonelson.com

- **Allison W Reimann**
  areimann@gklaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Mike L. Roberts**
  mikeroberts@robertslawfirm.us,aprilburton@robertslawfirm.us,angeliciaisclaw@robertslawfirm.us

- **Victoria Romanenko**
  vicky@cuneolaw.com

- **Brian T. Ross**
  bross@gibbsbruns.com

- **Mark W. Ryan**
  mryan@mayerbrown.com,wdc.docket@mayerbrown.com

- **Gary K Salomons**
  gary@salomonslaw.com

- **Marc G Schildkraut**
  mschildkraut@cooley.com,eFilingNotice@cooley.com,azi-sakizadeh-4507@ecf.pacerpro.com,hector-gonzalez-3380@ecf.pacerpro.com

- **Michael Lawrence Schrag**
  mls@classlawgroup.com,5294218420@filings.docketbird.com

- **David L. Schwarz**
  dschwarz@kellogghansen.com

- **Michael Anthony Scodro**
  mscodro@mayerbrown.com,courtnotification@mayerbrown.com

- **Sara Lillian Siegall**
  ssiegall@chapmanspingola.com,kryan@chapmanspingola.com,tlockhart@chapmanspingola.com

- **Heidi M. Silton**
  hmsilton@locklaw.com,arpederson@locklaw.com

- **Jeffrey Allan Simmons**
  jsimmons@foley.com

- **John S. Skilton**
  jskilton@perkinscoie.com,tanders@perkinscoie.com

- **Colleen Lynn Smeryage**
  csmeryage@shutts.com

- **Gary L. Specks**
  gspecks@kaplanfox.com

- **Sterling Starns**
  sstarns@barrettlawgroup.com,ntmaddux@barrettlawgroup.com

- **Kathleen A. Stetsko**
  kstetsko@perkinscoie.com,docketchi@perkinscoie.com,jgreenfield@perkinscoie.com

- **Andrew Szot**
  aszot@millerlawllc.com,ajewell@millerlawllc.com,jramirez@millerlawllc.com,drobinson@millerlawllc.com

- **Caroline Ayres Teichner**
  cteichner@perkinscoie.com,docketchi@perkinscoie.com,srobertson@perkinscoie.com

- **Lauren Christine Tortorella**
  ltortorella@beneschlaw.com,Docket@beneschlaw.com,emanzo@beneschlaw.com

- **Mark H Troutman**
  mtroutman@isaacwiles.com,llabair@isaacwiles.com,ab@classlawgroup.com,mls@classlawgroup.com,ehg@classlawgroup.com,dsh@classlawgroup.com

- **Bethany R. Turke**
  brt@wexlerwallace.com

- **Michelle M. Umberger**
  mumberger@perkinscoie.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

- **Daniel John Walker**
  dwalker@bm.net

- **Natalie Francesca Wayne**
  nwayne@mayerbrown.com,courtnotification@mayerbrown.com

- **Peggy J Wedgworth**
  pwedgworth@milberg.com,staylor@milberg.com,sschindler@milberg.com,emckenna@milberg.com,MAOffice@milberg.com,thartman@milberg.com,cbomzer@milt

- **Kenneth A. Wexler**
  kaw@wexlerwallace.com,ecf@wexlerwallace.com

- **Collin R. White**
  cwhite@kellogghansen.com

- **Brice A. Wilkinson**
  bwilkinson@gibbsbruns.com

- **Robert J. Wozniak**
  rwozniak@fklmlaw.com,mkhamoo@fklmlaw.com

- **Amy Marie Zeman**
  amz@classlawgroup.com,2104882420@filings.docketbird.com

- **Joanna Tianyang Zhang**
  jzhang@kellogghansen.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Arthur              N. Bailey
Arthur N. Bailey & Associates
111 West 2nd Street
Suite 4500
Jamestown, NY 14701

Bloomfield          Joshua
Gibbs Law Group LLP
505 14th Street
Suite 1110
Oakland, CA 94612

John                F Mariani
Levy, Kneen, Mariana, Curtin, Wiener,
Kornfeld & Del Russo, PA
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, FL 33401

Shawn               M Raiter
Larson & King, LLP
30 East 7th Street
Suite 2800
St. Paul, MN 55101

Collins             White
,
```