IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE DEALERSHIP CLASS ACTION | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Honorable Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF CHANGE OF FIRM NAME

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that, as of June 12, 2019, the firm's name for this matter has changed from Milberg Tadler Phillips Grossman LLP to Milberg Phillips Grossman LLP. The firm's phone number and address remain the same:

Milberg Phillips Grossman LLP
One Pennsylvania Plaza
Suite 1920
New York, NY 10119

Dated: June 28, 2019

Respectfully submitted,

**MILBERG PHILLIPS GROSSMAN LLP**

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth (*pro hac vice*)
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com

*Dealership Interim Lead Class Counsel*

## CERTIFICATE OF SERVICE

I, Peggy Wedgworth, hereby certify that on the 28th day of June 2019, I caused to be filed the foregoing NOTICE OF CHANGE OF FIRM NAME with the Clerk of the Court by using the Court's CM/ECF System, which automatically generated and sent notice of electronic filing to the e-mail addresses of all counsel of record.

                                                                          */s/ Peggy Wedgworth*