IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* | Hon. Robert M. Dow, Jr. |
| *Cox Automotive, Inc., et al. v. CDK Global, LLC*, Case No. 1:18-CV-1058 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE COX PLAINTIFFS'
COMPLAINT AND CDK'S COUNTERCLAIMS AGAINST THE COX PLAINTIFFS**

WHEREAS, Plaintiffs/Counter-Defendants Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Bluebook, Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc. (collectively referred to as "Cox"), and Defendant/Counter-Plaintiff CDK Global, LLC ("CDK") have settled the claims and counterclaims against each other in the above-referenced litigation.

IT IS HEREBY STIPULATED, by and between Cox and CDK, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Cox's Complaint, originally filed on December 11, 2017 in Case No. 17-cv-00925 (W.D. Wis.) (Dkt. 1), which was subject to Conditional Transfer Order No. 1 issued by the Judicial Panel on Multidistrict Litigation, MDL No. 2817 (Dkt. 68), and transferred to this Court on February 12, 2018 to Case No. 18-cv-1058 (N.D. Ill.) (Dkt. 1), and CDK's Counterclaims against certain of the Cox plaintiffs, filed February 15, 2019 (Dkt. 514 (Case No. 18-cv-1058 (N.D. Ill.)), are hereby voluntarily dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs, including but not limited to those provided for by Fed. R. Civ. P. 54.

This stipulation has no bearing upon, and shall not affect, any other claims or parties in this MDL. All parties reserve their rights with respect thereto.

Dated: July 11, 2019

Respectfully submitted,

___/s/ Derek T. Ho_____
Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Daniel V. Dorris
Joshua Hafenbrack
Daniel S. Guarnera
Christine A. Bonomo
KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
ddorris@kellogghansen.com
jhafenbrack@kellogghansen.com
dguarnera@kellogghansen.com
cbonomo@kellogghansen.com

*Counsel for Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Bluebook, Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc.*

___/s/ Britt M. Miller_____
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Phone: (202) 263-3000
mryan@mayerbrown.com

*Counsel for CDK Global, LLC*

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on July 11, 2019, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ *Derek T. Ho*
      Derek T. Ho