**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS CDK GLOBAL, LLC AND THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO CLARIFY JUNE 12, 2019 ORDER (DKT. 719)**

Defendants CDK Global, LLC and The Reynolds and Reynolds Company respectfully move this Court to clarify its June 12, 2019 Order (Dkt. 719). Defendants request that the Court clarify its ruling and/or order Authenticom to produce the "more limited information from its system" referenced in the Order—specifically, example polling client manager logs covering a single day of polling for 10 CDK and 10 Reynolds dealers—which Authenticom previously suggested both to Defendants and the Court that it was willing and able to produce but now refuses to produce. Dkt. 719 at 2. In support of this Motion, Defendants incorporate by reference the memorandum in support of and exhibits filed concurrently herewith and any oral argument that the Court may allow at a hearing on this Motion.

Pursuant to Local Rule 37.2, Defendants certify that they have met and conferred with counsel for Plaintiff Authenticom in a good faith attempt to resolve the disputes presented by this Motion. These meetings included, but were not limited to, teleconferences regarding the initial production of PCM information, held on December 21, 2018, January 18, 2019, March 12, 2019, March 20, 2019, and May 3, 2019, as well as correspondence indicating an impasse on the issue after the issuance of June 12, 2019 Order.

Dated: July 25, 2019　　　　　　　　　　　　Respectfully submitted,

/s/ *Aundrea K. Gulley*　　　　　　　　　　　　/s/ *Britt M. Miller*
Aundrea K. Gulley　　　　　　　　　　　　　Britt M. Miller
Brian T. Ross　　　　　　　　　　　　　　　Daniel T. Fenske
GIBBS & BRUNS LLP　　　　　　　　　　　　Matthew D. Provance
1100 Louisiana Street　　　　　　　　　　　　MAYER BROWN LLP
Suite 5300　　　　　　　　　　　　　　　　71 South Wacker Drive
Houston, TX 77002　　　　　　　　　　　　Chicago, IL 60606
(713) 751-5258　　　　　　　　　　　　　　(312)782-0600
agulley@gibbsbruns.com　　　　　　　　　　bmiller@mayerbrown.com
bross@gibbsbruns.com　　　　　　　　　　　dfenske@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　　mprovance@mayerbrown.com

Michael P.A. Cohen　　　　　　　　　　　　Mark W. Ryan
SHEPPARD MULLIN RICHTER & HAMPTON, LLP　　MAYER BROWN LLP
2099 Pennsylvania Avenue NW, Suite 100　　　1999 K Street NW
Washington, DC 20006　　　　　　　　　　　Washington, DC 20006
(202) 747-1900　　　　　　　　　　　　　　(202) 263-3000
mcohen@sheppardmullin.com　　　　　　　　mryan@mayerbrown.com

*Counsel for Defendant*　　　　　　　　　　*Counsel for Defendant*
*The Reynolds and Reynolds Company*　　　　*CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

I, Aundrea Gulley, an attorney, hereby certify that on July 25, 2019, I caused a true and correct copy of the foregoing **DEFENDANTS CDK GLOBAL, LLC AND THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO CLARIFY JUNE 12, 2019 ORDER (DKT. 719)**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Aundrea Gulley*
Aundrea K. Gulley
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com