# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF DEFENDANTS CDK GLOBAL, LLC AND THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO CLARIFY JUNE 12, 2019 ORDER (DKT. 719)

To: All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, August 1, 2019 at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Magistrate Judge Jeffrey T. Gilbert or any judge sitting in his stead, in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present DEFENDANTS CDK GLOBAL, LLC AND THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO CLARIFY JUNE 12, 2019 ORDER (DKT. 719), a copy of which is attached and served upon you.

Dated: July 25, 2019                                   Respectfully submitted,

/s/ *Aundrea K. Gulley*                                /s/ *Britt M. Miller*
Aundrea K. Gulley                                      Britt M. Miller
Brian T. Ross                                          Daniel T. Fenske
GIBBS & BRUNS LLP                                      Matthew D. Provance
1100 Louisiana Street                                  MAYER BROWN LLP
Suite 5300                                             71 South Wacker Drive
Houston, TX 77002                                      Chicago, IL 60606
(713) 751-5258                                         (312)782-0600
agulley@gibbsbruns.com                                 bmiller@mayerbrown.com
bross@gibbsbruns.com                                   dfenske@mayerbrown.com
                                                       mprovance@mayerbrown.com

Michael P.A. Cohen  
SHEPPARD MULLIN RICHTER & HAMPTON, LLP  
2099 Pennsylvania Avenue NW, Suite 100  
Washington, DC 20006  
(202) 747-1900  
mcohen@sheppardmullin.com  

*Counsel for Defendant*  
*The Reynolds and Reynolds Company*

Mark W. Ryan  
MAYER BROWN LLP  
1999 K Street NW  
Washington, DC 20006  
(202) 263-3000  
mryan@mayerbrown.com  

*Counsel for Defendant*  
*CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Aundrea Gulley, an attorney, hereby certify that on July 25, 2019, I caused a true and correct copy of the foregoing **NOTICE OF DEFENDANTS CDK GLOBAL, LLC AND THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO CLARIFY JUNE 12, 2019 ORDER (DKT. 719)**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                      */s/ Aundrea Gulley*
                                      Aundrea K. Gulley
                                      GIBBS & BRUNS LLP
                                      1100 Louisiana Street, Suite 5300
                                      Houston, TX 77002
                                      (713) 751-5258
                                      agulley@gibbsbruns.com