# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
## Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                    Plaintiff,

v.                                      Case No.: 1:18−cv−00864

                                    Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' request and agreement, the Court sets the following briefing schedule on Defendants' Motion to Clarify June 12, 2019 Order [Dkt. 724]: Plaintiff Authenticom will file its opposition to the Motion by 8/2/19 and Defendants will file their reply, if any, by 8/6/19. The Court will rule on Defendants' Motion to Clarify June 12, 2019 Order [Dkt. 724] via the CM/ECF system or set the Motion for in−court hearing. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.