

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Michael E. Bloom

Firm   BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

Street Address   71 South Wacker Drive, Suite 1600

City/State/Zip Code   Chicago, Illinois  60606-4637

Phone Number   (312) 212-4946

Email address   mbloom@beneschlaw.com

ARDC (Illinois State Bar members, only)   6302422

If you have previously filed an appearance with this court using a different name, enter that name.
N/A

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-00864 | Dealer Management Systems | Hon. Robert M. Dow |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Michael E. Bloom                                    August 1, 2019
Signature of Attorney                                    Date

Rev. 01272016