# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL ACTIONS | Hon. Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

## SECOND STIPULATED AMENDED CASE MANAGEMENT ORDER

Reserving all rights, the parties have stipulated to the following proposed amended schedule for the completion of expert discovery, *Daubert* motions, and dispositive motions.

IT IS HEREBY ORDERED that the Stipulated Amended Case Management Order (Dkt. 616) (as amended by the May 15, 2019 order of Magistrate Judge Jeffrey T. Gilbert (Dkt. 695)), applicable to all actions consolidated in this MDL, is amended in part to reflect following deadlines. All other deadlines not listed below shall remain unaffected.

| EVENT | DATE |
|---|---|
| **A. DISCOVERY (ALL PARTIES)** | |
| 1. Opening Merits Expert Reports | August 26, 2019 |
| 2. Rebuttal Merits Expert Reports | October 25, 2019 |
| 3. Reply Merits Expert Reports | November 25, 2019 |
| 4. Deadline to Complete Expert Depositions | January 10, 2020 |
| **B. *DAUBERT* MOTIONS (ALL PARTIES)** | |
| 5. Deadline for *Daubert* Motions | February 7, 2020 |
| 6. Deadline for Responses in Opposition to any *Daubert* Motions | March 11, 2020 |
| 7. Deadline for Replies in Support of any *Daubert* Motions | April 3, 2020 |
| **C. DISPOSITIVE MOTIONS (ALL PARTIES)** | |
| 8. Deadline for Dispositive Motions | February 21, 2020 |

| EVENT | DATE |
|---|---|
| 9. Deadline for Responses in Opposition to any Dispositive Motions | April 8, 2020 |
| 10. Deadline for Replies in Support of any Dispositive Motions | May 1, 2020 |

STIPULATED AND AGREED:

/s/ Derek T. Ho
Derek T. Ho
Michael N. Nemelka
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com

*Counsel for Authenticom, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

/s/ Peggy J. Wedgworth
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Plaintiffs*

| | |
|---|---|
| /s/ *Britt M. Miller* | /s/ *Aundrea K. Gulley* |
| Britt M. Miller | Aundrea K. Gulley |
| Matthew D. Provance | Brian T. Ross |
| MAYER BROWN LLP | GIBBS & BRUNS LLP |
| 71 South Wacker Drive | 1100 Louisiana Street, Suite 5300 |
| Chicago, IL 60606 | Houston, TX 77002 |
| (312) 782-0600 | (713) 751-5258 |
| bmiller@mayerbrown.com | agulley@gibbsbruns.com |
| mprovance@mayerbrown.com | bross@gibbsbruns.com |
| | |
| Mark W. Ryan | Michael P.A. Cohen |
| MAYER BROWN LLP | SHEPPARD MULLIN RICHTER & HAMPTON, LLP |
| 1999 K Street NW | 2099 Pennsylvania Ave., NW, Suite 100 |
| Washington, DC 20006 | Washington, DC 20006 |
| (202) 263-3000 | (202) 747-1900 |
| mryan@mayerbrown.com | mcohen@sheppardmullin.com |
| | |
| *Counsel for Defendants CDK Global, LLC and Computerized Vehicle Registration* | *Counsel for Defendant The Reynolds and Reynolds Company* |

SO ORDERED:

DATED: _____, 2019

_____
Hon. Robert M. Dow, Jr
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I, Aundrea Gulley, an attorney, hereby certify that on August 12, 2019, I caused a true and correct copy of the foregoing **SECOND STIPULATED AMENDED CASE MANAGEMENT ORDER**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    */s/ Aundrea Gulley*
Aundrea K. Gulley
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com