UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2019:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 8/15/19. The Court sets the following briefing schedule on Dealership Counter−Defendants' Motion to Compel Responses to Interrogatories [740]: CDK shall respond by 9/3/19. Dealership Counter−Defendants shall reply by 9/17/19. Oral argument held on 8/15/19 on Dealership Class Plaintiffs' Motion to Compel Production of CDK/COX Settlement Agreement and to Stay Wittman Deposition Pending Ruling on Motion [736]. That Motion is taken under advisement for the reasons stated on the record. At Dealership Class Plaintiffs' request, the Court stays the deposition of CDK's Ms. Wittman until it rules on the pending Motion. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.