IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This filing relates to:* THE DEALERSHIP CLASS ACTION | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

### DECLARATION OF STEVEN FRENCH

I, Steven French, declare as follows:

1. I am currently the Senior Director of Client & Data Services for CDK Global, LLC ("CDK"). Previously, I worked at a company called IntegraLink, which was acquired by ADP Dealer Services (which is now known as CDK) as part of an acquisition of IntegraLink's parent company, Cobalt, in approximately 2010. I have personal knowledge of the general business practices and types of records maintained by IntegraLink following its acquisition by CDK as well as those of Digital Motorworks, Inc. ("DMI"), which was acquired by ADP Dealer Services prior to the acquisition of IntegraLink. DMI and IntegraLink's business operations have been fully integrated into CDK Data Services, a division of CDK, and neither DMI nor IntegraLink continues to exist today.

2. For a period of time, both DMI and IntegraLink relied on dealer-created login credentials to access the Reynolds DMS and other DMSs. However, in 2015, DMI and IntegraLink began to wind down their use of dealer-created login credentials to access the Reynolds DMS. The number of dealer-created login credentials used by DMI and IntegraLink to access the Reynolds DMS decreased steadily until approximately December 2017, when DMI and IntegraLink stopped using them to access the Reynolds DMS completely.

PUBLIC REDACTED VERSION

3. At various times, Reynolds deployed security measures that often prevented DMI and IntegraLink from using dealer-created login credentials to access the Reynolds DMS, including measures that disabled dealer-created login credentials. This continued until approximately 2015, when DMI and IntegraLink began the process of winding down their use dealer-created login credentials to access the Reynolds DMS.

4. I understand that CDK has received certain requests in discovery that ask CDK to identify, from January 1, 2011 to the present, each instance in which DMI or IntegraLink (i) used dealer-provided DMS login credentials to access a DMS, (ii) the DMS provider, (iii) whether the DMS provider had given its permission, (iii) the data fields accessed, and (iv) certain information about the contents of any data extracted. I understand that CDK has also been asked to identify each instance from January 1, 2011 to the present in which DMI or IntegraLink "solicited" a dealer to provide DMS login credentials after Reynolds had disabled a set of login credentials that DMI or IntegraLink had been using, and (i) the date(s) of the "solicitation," (ii) whether the dealer in fact provided new credentials, (iii) the manner in which the dealer provided credentials, if it did, and (iv) the names of the people involved in the interaction. As I explain below, this information is not maintained by CDK in the ordinary course of business.

5. Some records are available that identify the total number of DMI dealer-vendor "connections" for data polling services across all DMS platforms on a monthly basis. Prior to May 2017, CDK maintained similar records for IntegraLink polling "connections" as well. These "connections" are reflected in a document produced by CDK at CDK-3112792. In addition, certain records were maintained during the "wind down" period that identify the user IDs that DMI and IntegraLink used to access the Reynolds DMS, along with the associated dealership

name and address. One example is the record produced by CDK at CDK-2388722, which ███████████████████████████████████

6. If further detail about individual IntegraLink or DMI polling "connections" is available at all, it is maintained in two legacy software platforms: ICAP (which pertains to IntegraLink) and IA (which pertains to DMI). ████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████

7. When Reynolds disabled a set of DMS login credentials that DMI or IntegraLink had been using, as described above, in many cases a customer service representative would attempt to contact the affected Reynolds dealer, often by telephone, and determine whether the dealer was willing to create new login credentials for DMI or IntegraLink to use. In some cases, account notes may have been entered in ICAP or IA that provide some information about the exchange, but this was not done, to the best of my knowledge, comprehensively or in any organized or structured manner for either DMI or IntegraLink.

8. Therefore, based on my familiarity with the records maintained by CDK and to the best of my knowledge, I believe that all of the requested categories of requested information identified in paragraph 4 of my declaration are unlikely to be available for any dealers, and for many dealers, none of the requested categories of information is available.

9. Moreover, it would be an extremely laborious and time-consuming process to provide even a partial or incomplete response. CDK would attempt to do so by manually reviewing the

account information and notes (if any) available in ICAP and IA about each individual dealer connection, determining whether any responsive information exists, and tabulating the information, to the extent it exists, in a response. After reviewing several examples of records in ICAP and IA pertaining to Reynolds dealers, I estimate that it would take up to one hour for someone who is already knowledgeable about the records, like myself, to complete this process for each dealer—if responsive information even exists. I know of no way to query the contents of ICAP or IA using keyword search terms or other criteria besides dealership name, nor is there any other way, to the best of my knowledge, to automate the process.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on __8/30__, 2019 in Norwood, Ohio.

_Steven French_
Steven French