**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>*Cox Automotive, Inc., et al. v. CDK Global, LLC*, Case No. 1:18-CV-1058 (N.D. Ill.) | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**COX AUTOMOTIVE'S UNOPPOSED MOTION FOR LEAVE TO FILE
NOTICE OF SUPPLEMENTAL AUTHORITY
REGARDING CDK GLOBAL, LLC'S MOTION TO COMPEL**

Former Plaintiff Cox Automotive, Inc. and its affiliates (collectively, "Cox Automotive") respectfully move this Court for leave to file the attached Notice of Supplemental Authority with respect to Defendant CDK Global, LLC's ("CDK") motion to compel filed on March 1, 2019 against Cox Automotive (Dkts. 543, 544). That motion has been fully briefed and is pending before this Court. Cox Automotive and CDK have agreed, subject to approval of the Court, that CDK shall file any response to Cox Automotive's supplemental authority on or before September 11, 2019. Cox Automotive and CDK further agree that this motion may be submitted on the papers and that no hearing is necessary.

| | |
|---|---|
| Dated: September 4, 2019 | Respectfully submitted, |
| | */s/ Derek T. Ho*<br>Derek T. Ho<br>**KELLOGG, HANSEN, TODD,**<br>**FIGEL & FREDERICK, P.L.L.C.**<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>dho@kellogghansen.com |
| | *Counsel for Plaintiffs Cox Automotive, Inc.,*<br>*Autotrader.com, Inc., Dealer Dot Com, Inc.,*<br>*Dealertrack, Inc., HomeNet, Inc.,*<br>*Kelley Blue Book Co., Inc., vAuto, Inc.,*<br>*VinSolutions, Inc., and Xtime, Inc.* |

- 3 -

## CERTIFICATE OF SERVICE

       I, Derek T. Ho, an attorney, hereby certify that on September 4, 2019, I caused a true and correct copy of the foregoing **COX AUTOMOTIVE'S UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING CDK GLOBAL, LLC'S MOTION TO COMPEL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

       */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com