# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates to:<br><br>*Cox Automotive, Inc, et al. v. CDK Global, LLC*,<br>Case No. 1:18-CV-1058 (N.D. Ill.) | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, September 19, 2019, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Magistrate Judge Jeffrey T. Gilbert or any judge sitting in his stead, in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **COX AUTOMOTIVE'S UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING CDK GLOBAL, LLC'S MOTION TO COMPEL**, a copy of which is attached and served upon you.

Dated: September 4, 2019

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
**FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

*Counsel for Plaintiffs Cox Automotive, Inc.,*
*Autotrader.com, Inc., Dealer Dot Com, Inc.,*
*Dealertrack, Inc., HomeNet, Inc.,*
*Kelley Blue Book Co., Inc., vAuto, Inc.,*
*VinSolutions, Inc., and Xtime, Inc.*

## **CERTIFICATE OF SERVICE**

I, Derek T. Ho, an attorney, hereby certify that on September 4, 2019 I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

    */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com