# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                              Plaintiff,

v.                                                  Case No.: 1:18−cv−00864

                                                         Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 5, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Unopposed MOTION by Plaintiffs for Leave to File Notice of Supplemental Authority Regarding CDK Global, LLC's Motion to Compel [752] is granted. Appearance on the motion is not required.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.