### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | |
|---|---|
| *IN RE DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION* | MDL No. 2817 |
| | 18-cv-864 |
| This Document Relates To: The Dealership Class Action | Honorable Robert M. Dow Jr. |

## MOTION TO WITHDRAW APPEARANCE
## UNDER LOCAL RULE 83.17

Pursuant to Local Rule 83.17, I, Thomas A. Doyle, move to withdraw my appearance for Plaintiff Waconia Dodge in this case. I am withdrawing from this case because I am leaving my firm. Other lawyers from Wexler Wallace have appearances on file in this case, and will continue to serve as counsel for plaintiffs.

Dated: September 5, 2019              /s/Thomas A. Doyle

Thomas A. Doyle
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222

**Counsel for Plaintiff Waconia Dodge**

## **CERTIFICATE OF SERVICE**

I certify that, on September 5, 2019, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

/s/Thomas A. Doyle