UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION* | MDL No. 2817 |
| | 18-cv-864 |
| This Document Relates To: The Dealership Class Action | Honorable Robert M. Dow Jr. |

## NOTICE OF MOTION

To: Counsel of Record

    PLEASE TAKE NOTICE that on Thursday, September 12, 2019, at 9:15 a.m., or at such other time as the Court shall direct, I shall appear before the Honorable Robert Dow, in the Courtroom usually occupied by him on the 23rd Floor of the Dirksen Federal Building (219 South Dearborn Street) in Chicago, and we shall then and there present **MOTION TO WITHDRAW APPEARANCE UNDER LOCAL RULE 83.17**. A copy of the Motion was served on you.

Dated: September 5, 2019                    /s/Thomas A. Doyle

                                                   Kenneth A. Wexler
                                                   Justin Boley
                                                   Thomas A. Doyle
                                                   **WEXLER WALLACE LLP**
                                                   55 W. Monroe Street, Suite 3300
                                                   Chicago, IL 60603
                                                   Telephone: (312) 346-2222

                                                   **Counsel for Plaintiff Waconia Dodge**

## **CERTIFICATE OF SERVICE**

I certify that, on September 5, 2019, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

/s/Thomas A. Doyle