# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                    Plaintiff,

v.

                    Case No.: 1:18−cv−00864
                    Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion to withdraw as attorney [756] is granted. Attorney Thomas Arthur Doyle terminated. Notice of motion date of 9/12/2019 is stricken and no appearances are necessary on that date.Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.