**OFFICE OF**
**CLERK OF THE U.S. DISTRICT COURT**
**UNITED STATES COURTHOUSE**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

IL 604
06 SEP 19
PM 7 L



neopost
09/06/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 60604
041M11270962

2019 SEP 30 AM 8: 35

Operations
Sup

18cv864
[755]

John F Mariani
Kornfeld & Del Russo, PA
Levy, Kneen, Mariana, Curtin, Wiener,
1400 Centrepark Boulevard
Suite 1000
West Palm Beach FL 33401

NIXIE    331    7E 1    2209/23/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 60604180099    *0761-01464-06-44