# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

Plaintiff,

v.                                                    Case No.: 1:18–cv–00864

Honorable Robert M. Dow
Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Upon routine docket maintenance, it came to the Court's attention that the Court never entered the second stipulated case management order filed by the parties. [See 739.] The Court adopts the dates sets forth by the parties and will enter the amended case management order. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.