# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL PENDING CASES | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANTS' MOTION FOR LEAVE
## TO FILE *INSTANTER* A BRIEF IN EXCESS OF FIFTEEN PAGES

Pursuant to Local Rule 7.1, Defendants The Reynolds and Reynolds Company and CDK Global, LLC hereby file this motion for leave to file the attached 20-page Memorandum of Law in Support of Defendants' Motion to Bar Plaintiffs' New "Initial Conspiracy" Theory ("Memorandum"). In support of this Motion, Defendants respectfully state as follows:

1. On August 26, 2019, Plaintiffs disclosed their opening expert reports. Those reports set out for the first time a new Initial Conspiracy starting in 2013, separate from the alleged 2015 conspiracy that Plaintiffs have maintained since the outset of the litigation. The new Initial Conspiracy is not alleged in any of Plaintiffs' Complaints, was not disclosed to Defendants in the course of fact discovery, and purports to add many tens or hundreds millions of dollars in additional alleged antitrust damages.

2. Defendants have filed a Motion to Bar Plaintiffs' New "Initial Conspiracy" Theory ("Motion to Bar"). The Motion to Bar rests on the new Initial Conspiracy theory disclosed in three expert reports as well as an analysis of the allegations in Plaintiffs' hundred-plus page Complaints. Given the length and complexity of these documents and the fundamental

impact Plaintiffs' "Initial Conspiracy" theory would have on the liability and damages analyses in this MDL, a modest enlargement of the usual 15-page limit for motions briefing is warranted.

3. Defendants' proposed 20-page Memorandum and the exhibits thereto are being filed concurrently with this Motion. The proposed Memorandum is being filed under seal and Defendants will serve Plaintiffs with an unredacted copy by email. Should the Court grant this Motion, Defendants will promptly file a public redacted version of the Memorandum with the Court.

4. For the foregoing reasons, Defendants respectfully request that the Court grant them leave to file *instanter* the proposed Memorandum.

Dated: October 14, 2019

Respectfully submitted,

/s/ *Aundrea K. Gulley*
Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

/s/ *Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant*
*CDK Global, LLC*

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on October 14, 2019, I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR LEAVE TO FILE *INSTANTER* A BRIEF IN EXCESS OF FIFTEEN PAGES** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                /s/ Britt M. Miller
                                                Britt M. Miller
                                                MAYER BROWN LLP
                                                71 South Wacker Drive
                                                Chicago, IL 60606
                                                Phone: (312) 782-0600
                                                Fax: (312) 701-7711
                                                E-mail: bmiller@mayerbrown.com