IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION, MDL 2817 | Case No. 1:18-CV-00864 |
| | Hon. Robert M. Dow, Jr. |
| *This filing relates to:* | Magistrate Judge Jeffrey T. Gilbert |
| *Motor Vehicle Software Corporation v. CDK Global, LLC et al.*, Case No. 1:18-CV-00865 (N.D. Ill.) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF PLAINTIFF MVSC'S CLAIMS AGAINST DEFENDANTS CDK AND CVR**

WHEREAS, Plaintiff Motor Vehicle Software Corporation ("MVSC"), and Defendant CDK Global, LLC ("CDK") have settled the claims brought by MVSC against CDK in the above-referenced litigation; and

WHEREAS, MVSC wishes to voluntarily dismiss, with prejudice, its claims against Defendant Computerized Vehicle Registration ("CVR") (identified as "Computerized Vehicle Registration, Inc. a/k/a CDK Vehicle Registration, Inc." in MVSC's Second Amended Complaint for Damages and Injunctive Relief) in the above-referenced litigation.

IT IS HEREBY STIPULATED, by and between MVSC, CDK, and CVR, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, MVSC's Second Amended Complaint as to and against CDK and CVR, filed on November 2, 2017 in Case No. 2:17-CV-00896 (C.D. Cal.), which was subject to the Transfer Order issued by the Judicial Panel on Multidistrict Litigation, MDL No. 2817 (Dkt. 63), and transferred to this Court on February 1, 2018 to Case No. 1:18-CV-00685 (N.D. Ill.), and all of MVSC's claims against CDK and CVR in these MDL proceedings, are hereby voluntarily dismissed WITH PREJUDICE. Each party shall

bear its own attorneys' fees and costs, including but not limited to those provided for by Federal Rules of Civil Procedure 54.

This Stipulation has no bearing upon, and shall not affect, any other claims or parties in this MDL. All parties reserve their rights with respect thereto.

Dated: October 15, 2019

Respectfully submitted,

/s/ *Michael N. Nemelka*
Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Daniel V. Dorris
Joshua Hafenbrack
Daniel S. Guarnera
Christine A. Bonomo
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
ddorris@kellogghansen.com
jhafenbrack@kellogghansen.com
dguarnera@kellogghansen.com
cbonomo@kellogghansen.com

*Counsel for Motor Vehicle Software Corporation*

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Phone: (202) 263-3000
mryan@mayerbrown.com

*Counsel for CDK Global, LLC and Computerized Vehicle Registration*

## CERTIFICATE OF SERVICE

    I, Michael N. Nemelka, an attorney, hereby certify that on October 15, 2019, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                               /s/ *Michael N. Nemelka*
                                                                 Michael N. Nemelka