# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                          Plaintiff,

v.                                                 Case No.: 1:18−cv−00864

                                                         Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant CDK Global LLC's Motion for an Extension of Certain Expert Deadlines [771] is granted. The remaining deadlines in the Second Stipulated Case Management Order [769] for expert discovery are stricken and will be reset in accordance with this order. The Court agrees with CDK that the Deposition Protocol applies to the scheduling of expert depositions. The Court also agrees that certain of Plaintiffs' objections and requested stipulations are premature and need not be addressed at this time. The deadline to serve rebuttal merits expert reports for all experts will be seven days after the deposition of Dr. Williams is completed. Once the date for the deposition of Dr. Williams is confirmed, the parties immediately shall inform the Court via email to the Court's courtroom deputy, and within seven days thereafter shall submit a proposed Third Amended Case Management Order that addresses the remaining expert discovery deadlines and dates for Daubert and dispositive motions for the Court's consideration and entry. The noticed motion set for October 22, 2019 at 9:15 AM is stricken with no appearance required. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.