**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | |
| *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | Hon. Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

**REYNOLDS'S MOTION FOR LEAVE
TO FILE *INSTANTER* A BRIEF IN EXCESS OF FIFTEEN PAGES**

Pursuant to Local Rule 7.1, Defendant/Counterclaimant The Reynolds and Reynolds Company ("Reynolds") hereby files this motion for leave to file the attached 26-page Memorandum in Support of Reynolds's Motion for Partial Summary Judgment ("Memorandum"). In support of this Motion, Reynolds respectfully states as follows:

1.      Reynolds has filed a Motion for Partial Summary Judgment ("MPSJ") in favor of a finding of liability on certain of its counterclaims against Counterclaim-Defendant Authenticom, Inc.  Specifically, Reynolds submits that undisputed facts adduced in discovery demonstrate that Authenticom is liable as a matter of law for violations of the Digital Millennium Copyright Act and the Wisconsin Computer Crimes Act.  The facts supporting the MPSJ are set forth in the accompanying Statement of Undisputed Material Facts (the "Statement of Facts"), pursuant to Local Rule 56.1.  The MPSJ seeks to aid in resolving this litigation efficiently and expeditiously by asking the Court to hold that Authenticom's actions with regard to Reynolds's proprietary dealer management systems violate the statutes at issue and establish liability thereunder as a matter of law.

2.      Given the complexity of the legal issues and multiple claims at issue, a modest enlargement of the usual 15-page limit for motions briefing is warranted.  Reynolds seeks an enlargement of the page limit to 26 pages.  Reynolds's Statement of Facts contains 56 separate statements of fact, and thus does not require any extensions under the local rule.

3.      Reynolds's proposed 26-page Memorandum is attached to this Motion. The Memorandum is being filed under seal and Reynolds will serve all parties to this MDL with an unredacted copy by email.  Should the Court grant this Motion, Reynolds will promptly file a public redacted version of the Memorandum with the Court.

4.      For the foregoing reasons, Reynolds respectfully requests that the Court grant it leave to file *instanter* the proposed Memorandum.

Dated:  October 15, 2019                               Respectfully submitted,

                                                                    /s/ *Aundrea K. Gulley*
                                                                    Aundrea K. Gulley
                                                                    Brian T. Ross
                                                                    Brice A. Wilkinson
                                                                    Ross A. MacDonald
                                                                    GIBBS & BRUNS LLP
                                                                    1100 Louisiana Street
                                                                    Suite 5300
                                                                    Houston, TX 77002
                                                                    (713) 751-5258
                                                                    agulley@gibbsbruns.com
                                                                    bross@gibbsbruns.com
                                                                    bwilkinson@gibbsbruns.com
                                                                    rmacdonald@gibbsbruns.com

                                                                    Michael P.A. Cohen
                                                                    Leo D. Caseria
                                                                    SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                                                                    2099 Pennsylvania Avenue NW, Suite 100
                                                                    Washington, DC 20006
                                                                    (202) 747-1900
                                                                    mcohen@sheppardmullin.com
                                                                    lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

## CERTIFICATE OF SERVICE

I, Brice A. Wilkinson, an attorney, hereby certify that on October 15, 2019, I caused a true and correct copy of the foregoing **REYNOLDS'S MOTION FOR LEAVE TO FILE *INSTANTER* A BRIEF IN EXCESS OF FIFTEEN PAGES** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Brice A. Wilkinson*
Brice A. Wilkinson
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5218
bwilkinson@gibbsbruns.com