**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL ACTIONS | Hon. Robert M. Dow, Jr. |
| | Magistrate Judge Jeffrey T. Gilbert |

## STIPULATED ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANTS' MOTION TO BAR NEW "INITIAL CONSPIRACY" THEORY

Reserving all rights, the parties have stipulated to the following proposed briefing schedule and page limits regarding Defendants' Motion to Bar Plaintiffs' New "Initial Conspiracy" Theory (Dkt. 773) ("the Motion").

IT IS HEREBY ORDERED that:

- Plaintiffs shall be allowed to file two briefs of up to 15 pages each (for a total of 30 pages), in response to the Motion which shall be filed on November 12, 2019.

- Defendants shall file their reply briefs in support of the Motion on November 26, 2019.

- Defendants' Motion for Leave to File *Instanter* a Brief in Excess of Fifteen Pages (Dkt. 774), is hereby granted.

All other deadlines not listed above shall remain unaffected.

STIPULATED AND AGREED:

/s/ Derek T. Ho
Derek T. Ho
Michael N. Nemelka
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com

Counsel for Authenticom, Inc.; Loop, LLC,
d/b/a AutoLoop on behalf of itself and all oth-
ers similarly situated; and Motor Vehicle
Software Corp.

/s/ Peggy J. Wedgworth
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

Interim Lead Counsel for the Dealership
Plaintiffs

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

Counsel for Defendant CDK Global, LLC

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

Counsel for Defendant The Reynolds and Reyn-
olds Company

2

SO ORDERED:

DATED: October 22, 2019

Hon. Robert M. Dow, Jr
UNITED STATES DISTRICT COURT JUDGE