IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL ACTIONS | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

### THIRD STIPULATED AMENDED CASE MANAGEMENT ORDER

Reserving all rights, the parties have stipulated[1] to the following proposed amended schedule for the completion of expert discovery, *Daubert* motions, and dispositive motions.

IT IS HEREBY ORDERED that the Second Stipulated Amended Case Management Order (Dkt. 769), applicable to all actions consolidated in this MDL, is amended in part to reflect following deadlines. All other deadlines not listed below shall remain unaffected.

| EVENT | DATE |
|---|---|
| **A. DISCOVERY (ALL PARTIES)** | |
| 1. Opening Merits Expert Reports | August 26, 2019 |
| 2. Rebuttal Merits Expert Reports | November 15, 2019 |
| 3. Reply Merits Expert Reports | December 16, 2019 |
| 4. Deadline to Complete Expert Depositions | January 31, 2020 |
| **B. *DAUBERT* MOTIONS (ALL PARTIES)** | |
| 5. Deadline for *Daubert* Motions | February 28, 2020 |
| 6. Deadline for Responses in Opposition to any *Daubert* Motions | April 1, 2020 |
| 7. Deadline for Replies in Support of any *Daubert* Motions | April 24, 2020 |

---

[1] The Individual and Vendor Class Plaintiffs opposed CDK Global LLC's motion for extension of time (Dkt. 771), and agree to this stipulation without waiving that objection.

| EVENT | DATE |
|---|---|
| C. DISPOSITIVE MOTIONS (ALL PARTIES) | |
| 8. Deadline for Dispositive Motions | March 13, 2020 |
| 9. Deadline for Responses in Opposition to any Dispositive Motions | April 29, 2020 |
| 10. Deadline for Replies in Support of any Dispositive Motions | May 22, 2020 |

STIPULATED AND AGREED:

*/s/ Derek T. Ho*
Derek T. Ho
Michael N. Nemelka
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com

*Counsel for Authenticom, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Plaintiffs*

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendants CDK Global, LLC and Computerized Vehicle Registration*

/s/ *Aundrea K. Gulley*
Aundrea K. Gulley
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

DATED: October 23, 2019

SO ORDERED:

_____
Hon. Robert M. Dow, Jr
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on October 22, 2019, I caused a true and correct copy of the foregoing **THIRD STIPULATED AMENDED CASE MANAGEMENT ORDER**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com

4