## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:18−cv−00864
                                                        Honorable Robert M. Dow
                                                        Jr.

CDK Global, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 25, 2019:

        MINUTE entry before the Honorable Robert M. Dow, Jr: The Court adopts
Reynolds and Reynolds Company and Authenticom (parties to the PMSJ, Doc. [777]
briefing schedule: Authenticom submission Wednesday, October 30, 2019 and Reynolds
submission Wednesday, November 6, 2019. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.