IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br><br>**THE DEALERSHIP CLASS ACTION** | MDL No. 2817<br><br>Case No. 18-cv-00864<br><br>Honorable Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

**ORDER GRANTING DEALERSHIP CLASS PLAINTIFFS' MOTION TO SUPPLEMENT THEIR MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY**

This matter coming before the Court, without opposition, on the Dealership Plaintiffs' Motion to Supplement Their Motion for Final Approval of Settlement with Defendant The Reynolds and Reynolds Company [ECF No. 581],

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED AS FOLLOWS:**

1. Plaintiffs' Motion is granted;

2. The clerk is directed to file Exhibit A [ECF No. 581-1], *instanter*.

**IT IS SO ORDERED.**

Dated: October 25, 2019

_____
ROBERT M. DOW
United States District Judge