**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* *Authenticom, Inc. v. CDK Global, LLC et al.,* Case No. 1:18-cv-00868 (N.D. Ill.) | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF JONATHAN EMMANUAL**

My name is Jonathan Emmanual. I am the assistant general counsel for The Reynolds and Reynolds Company ("Reynolds"). I am over 18 years of age, of sound mind, and capable of making this declaration. I declare under penalty of perjury that the facts stated in this declaration are within my personal knowledge and are true and correct.

1. I am familiar with the recordkeeping practices of Reynolds by virtue of my duties and responsibilities. Included as Exhibits to Reynolds's Motion for Partial Summary Judgment are the following records from Reynolds:

- Exhibit 4 is a true and correct copy of the Reynolds Master Agreement, REYMDL00677044.

- Exhibit 5 is a true and correct copy of the Reynolds Customer Guide, REYMDL00012246.

- Exhibit 6 is a true and correct copy of the Reynolds Defined Terms List, REYMDL00675678.

- Exhibit 7 is a true and correct copy of the Reynolds-SIS Complaint, REYMDL00015586.

- Exhibit 8 is a true and correct copy of the Reynolds-SIS Settlement Agreement, REYMDL00022780.

- Exhibit 13 is a true and correct copy of the Login screen for ERAccess, release 27.250 version 27.290.

- Exhibit 14 is a true and correct copy of Reynolds's System Announcement, REYMDL00022920.

- Exhibit 15 is a true and correct copy of Reynolds's System Announcement, REYMDL00022918.

- Exhibit 18 is a true and correct copy of Reynolds's Fuel Article, REYMDL00022899.

- Exhibit 20 is a true and correct copy of Reynolds's 2016 ERA Data Management Milestones, REYMDL00015519.

- Exhibit 21 is a true and correct copy of Reynolds's 2011 ERA Data Management Milestones, REYMDL00015521.

- Exhibit 27 is a true and correct copy of Reynolds's presentation "Securing the Customer Experience," REYMDL00101073.

- Exhibit 30 is a true and correct copy of Reynold's Release Notes for ERA, May 2013 version, REYMDL00001971.

- Exhibit 31 is a true and correct copy of Reynolds's System Announcement, REYMDL00022904.

- Exhibit 91 is a true and correct copy of Reynolds's cease and desist letter to Authenticom, REYMDL00012553.

- Exhibit 92 is a true and correct copy of Reynolds's 2018 agreement with Penske, REYMDL01075468.

- Exhibit 94 is a true and correct copy of Reynolds's Authorization Letter, REYMDL00676893.

2.      These records are kept by Reynolds in the regular course of business, and it was the regular course of business of Reynolds for an employee or representative of Reynolds, with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make the records or to transmit information to be included in such records.  The records were made at or near the time or reasonably soon after the recorded act, event, condition, opinion, or diagnosis.  It is the regular practice of Reynolds to rely on these types of records in the course of regularly conducted

business. The records attached to Reynolds's Motion for Partial Summary Judgment are the originals or exact duplicates of the originals.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of October, 2019.

                               Jonathan Emmanual