# Exhibit 9

```
Type of Work:        Computer File

Registration Number / Date:
                     TX0007586896 / 2012-10-13

Application Title:   ERAccess.exe 26.265.

Title:               ERAccess.exe 26.265.

Description:         Electronic file (eService)

Copyright Claimant:
                     The Reynolds and Reynolds Company, Transfer: By written
                        agreement.

Date of Creation:    2010

Date of Publication:
                     2010-04-12

Nation of First Publication:
                     United States

Authorship on Application:
                     Dealer Computer Services, Inc. dba Universal Computer
                        Consulting, Ltd, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: computer
                        program.

Copyright Note:      C.O. correspondence.

Names:               Dealer Computer Services, Inc.
                     Universal Computer Consulting, Ltd
                     Reynolds and Reynolds Company

================================================================================
```