# Exhibit 10

```
Type of Work:         Computer File

Registration Number / Date:
                      TX0007586863 / 2012-10-13

Application Title: ERAccess.exe 28.006.

Title:                ERAccess.exe 28.006.

Description:          Electronic file (eService)

Copyright Claimant:
                      The Reynolds and Reynolds Company, Transfer: By written
                         agreement.

Date of Creation:  2012

Date of Publication:
                      2012-05-17

Nation of First Publication:
                      United States

Authorship on Application:
                      Dealer Computer Services, Inc. dba Universal Computer
                         Consulting, Ltd, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: computer
                         program.

Pre-existing Material:
                      computer program.

Basis of Claim:    editing, computer program.

Copyright Note:    C.O. correspondence.

Names:                Dealer Computer Services, Inc.
                      Universal Computer Consulting, Ltd
                      Reynolds and Reynolds Company

================================================================================
```