# Exhibit 11

```
Type of Work:          Computer File

Registration Number / Date:
                       TX0008538825 / 2018-05-23

Application Title: ERAccess, version 30.501.

Title:                 ERAccess, version 30.501.

Description:           Electronic Deposit.

Copyright Claimant:
                       The Reynolds and Reynolds Company, Transfer: By written
                          agreement.

Date of Creation:      2014

Date of Publication:
                       2014-02-27

Nation of First Publication:
                       United States

Authorship on Application:
                       The Reynolds and Reynolds Company, employer for hire;
                          Domicile: United States; Citizenship: United States.
                          Authorship: computer program.
                       Dealer Computer Services, Inc. dba Universal Computer
                          Consulting, Ltd, employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship: computer
                          program.

Previous Registration:
                       2012, TX0007586863.
                       2010, TX0007586896.

Pre-existing Material:
                       computer program.

Basis of Claim:        computer program.

Rights and Permissions:
                       Tom Adolph, Adolph Locklar, 4615 Southwest Freeway, Suite
                          630, Houston, TX, 77027, United States, (832) 830-8489,
                          (281) 974-3458, adolph@al-ip.com

Names:                 Reynolds and Reynolds Company, The
                       Universal Computer Consulting, Ltd
                       Dealer Computer Services, Inc.

================================================================================
```