# Exhibit 12

```
Type of Work:          Computer File

Registration Number / Date:
                       TX0008538541 / 2018-05-23

Application Title: ERA Ignite, version 30.501.

Title:                 ERA Ignite, version 30.501.

Description:           Electronic file (eService)

Copyright Claimant:
                       The Reynolds and Reynolds Company, Transfer: By written
                          agreement.

Date of Creation:  2014

Date of Publication:
                       2014-01-15

Nation of First Publication:
                       United States

Authorship on Application:
                       The Reynolds and Reynolds Company, employer for hire;
                          Domicile: United States; Citizenship: United States.
                          Authorship: computer program.
                       Dealer Computer Services, Inc. dba Universal Computer
                          Consulting, Ltd, employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship: computer
                          program.

Rights and Permissions:
                       Tom Adolph, Adolph Locklar, 4615 Southwest Freeway, Suite
                          630, Houston, TX, 77027, United States, (832) 830-8489,
                          (281) 974-3458, adolph@al-ip.com

Names:                 Reynolds and Reynolds Company
                       Dealer Computer Services, Inc. dba Universal Computer
                          Consulting, Ltd
                       Universal Computer Consulting, Ltd

================================================================================
```