# Exhibit 13



ERAccess - RD1PYG @ 172.29.174.98 (972)

File  Edit  Setup  Run  Help

# THE ERA AUTOMOTIVE SYSTEM
## RELEASE 27.250, VERSION 27.290

USER ID

PASSWORD

NOTICE: YOU ARE ABOUT TO ACCESS CONFIDENTIAL AND PROPRIETARY INFORMATION

This  software  is the  proprietary  property of The Reynolds and Reynolds
Company  and  its  affiliates ("Reynolds"), and its  Licensors, copyright
1986-Present, all rights reserved.

This software is licensed  not  sold and is  governed  by the terms of the
applicable agreement(s) with Reynolds.  This  software  may not be copied,
disclosed,  decompiled,  disassembled, shared  with or accessed by a third
party  electronically or manually. It cannot be transferred or used except
in accordance with the terms of the applicable agreement(s) with Reynolds.

| Top | Exit | Previous | End | Enter | Crosslog |

Ln 6, Col 34          NUM