Case: 1:18-cv-00864 Document #: 803-37 Filed: 10/25/19 Page 1 of 1 PageID #:30914

# Exhibit 35
# (Filed Under Seal)