Case: 1:18-cv-00864 Document #: 803-102 Filed: 10/25/19 Page 1 of 1 PageID #:30989

Exhibit 100
(Filed Under Seal)