Exhibit 108



# Your Data, Your Way

You own your data. Reynolds recognizes that you need to share that data outside your dealership. As in the past, you can choose to transfer data with business partners and stay in control of who is accessing it, and what data they actually receive. How?

**Dealership Manual Control:** Use Query Builder and Report Generator within the ERA system to download data and forward to your preferred vendors.

**Coming Soon! Automated Downloads:** A new product offering that provides specific "vehicle" data downloads to a secure server that approved vendors can access regularly, based on your permissions.

**Certified Vendor Automated Control:** Partner with third parties that offer secure interfaces to the ERA system through our RCI program. Reynolds certifies over 100 vendors, making third-party integration with our systems more robust than any other DMS provider's. It remains our policy to not allow "hostile interfaces" or unauthorized code on your systems to protect both Reynolds and your dealership from security breaches and potential data corruption issues.

Find out more information about the RCI program.

### All Articles

Bill Harris Auto Center Makes Digital Marketing Work

Communicate to Fuel Results

Your Data, Your Way

Winning the Share War

New Year = New Attitude

If you would like to receive ERA data security updates via e-mail, please **register for RCI eNews**.

### What's New



Find out how the industry's leading Retail Management System will ignite your future to win the market share war. **Visit Reynolds at NADA, booth #2543.**



### Recognizing and Reducing Risk in the Year Ahead

Compliance in F&I is an absolute necessity for protecting your dealership and your bottom line. **Find out which regulations you should focus on now, practical steps to reduce risk, and some of the legislation on the horizon.** Terry O'Loughlin, director of compliance at Reynolds, has authored an issue paper to help guide you through the year ahead.

View the issue paper.

### Reynolds University Session of the Month



February's interactive Session of the Month, "Creating and Managing Schedules," will show you how to create prospecting and sold customer follow-up schedules as well as other related service and client care schedules in Contact Management.

To learn more, log on to RU Online and click on Session of the Month along the right side.

Copyright © 2017 The Reynolds and Reynolds Company. All rights reserved.   Privacy Policy   Safe Harbor Policy   Legal Notices   Contact Us