**PUBLIC VERSION**

# Exhibit A

(Exhibit Filed Under Seal)