Exhibits A-W

Filed Under Seal