**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br><br>**THE DEALERSHIP CLASS ACTION** | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Honorable Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert<br><br>Demand for Jury Trial |

### PLAINTIFFS' MOTION TO STRIKE FROM THE DOCKET AND/OR PERMANENTLY SEAL ECF NO. 814

Plaintiffs, through undersigned Counsel, move this Court for entry of an Order that causes ECF No. 814 to be stricken from the docket and/or permanently sealed, and in support thereof, state as follows:

1. In the late afternoon of November 12, 2019, Plaintiffs' Counsel filed a Memorandum in Opposition to Defendants' Motion to Bar Plaintiffs' New "Initial Conspiracy" Theory Response (ECF No. 814).

2. Due to technical and clerical inadvertence (which, if necessary, can be explained more fully), an unredacted version of the Plaintiff's brief was filed. The error was immediately observed, and the clerk's office was immediately phoned. The clerk immediately sealed ECF No. 814, so as prevent any public disclosure.

3. Subsequently, Plaintiffs filed the redacted Response, ECF No. 815. Nonetheless, Plaintiffs do not want ECF No. 814 to become part of the public record.

4. No party is prejudice by ordering that ECF No. 814 be stricken from the docket, or otherwise permanently sealed, and the class are well-served by correcting the technical and clerical inadvertence presently reflected in the docket.

WHEREFORE, Class Counsel seeks entry of an Order that causes ECF No. 814 to be stricken from the docket and/or permanently sealed.

Dated: November 12, 2019 Respectfully submitted,

By: /s/ Shannon M. McNulty

Robert A. Clifford
  *Liaison Counsel*
Shannon M. McNulty
Kristofer S. Riddle
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31 Floor
Chicago, Illinois 60602
(312) 899-9090
Fax: (312) 251-1160
rac@cliffordlaw.com
smm@cliffordlaw.com
ksr@cliffordlaw.com

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth (pro hac vice)
  *Dealership Interim Lead Class*
  *Counsel*
Elizabeth McKenna (pro hac vice)
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

## **CERTIFICATE OF SERVICE**

I, Shannon M. McNulty, an attorney, hereby certify that on November 12, 2019, I served the above and foregoing **Plaintiffs' Motion to Strike and/or Seal ECF No. 814** by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                                            */s/ Shannon M. McNulty*
                                            Robert A. Clifford
                                            rac@cliffordlaw.com
                                            Shannon M. McNulty
                                            smm@cliffordlaw.com
                                            CLIFFORD LAW OFFICES
                                            120 N. LaSalle Street, Suite 3100
                                            Chicago, IL 60602
                                              312.899.9090