**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>**This Document Relates To:**<br><br>**THE DEALERSHIP CLASS ACTION** | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Honorable Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert<br><br>Demand for Jury Trial |

## NOTICE OF MOTION

Please take notice that on Tuesday, November 19, 2019, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr., Room 2303, United States District Court for the Northern District of Illinois, 219 South Dearborn Avenue, Chicago, Illinois 60604, and shall then and there present PLAINTIFFS' MOTION TO STRIKE FROM THE DOCKET AND/OR PERMANENTLY SEAL ECF No. 814.

Dated:   November 12, 2019,

/s/ *Shannon M. McNulty*
Robert A. Clifford
*Liaison Counsel*
Shannon M. McNulty
Kristofer S. Riddle
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31 Floor
Chicago, Illinois 60602
Tel:   (312) 899-9090
Fax: (312) 251-1160
RAC@liffordlaw.com
SMM@cliffordlaw.com
KSR@cliffordlaw.com

## **CERTIFICATE OF SERVICE**

I, Shannon M. McNulty, an attorney, hereby certify that on November 19, 2019, I served the above and foregoing **Notice of Motion - Plaintiffs' Motion to Strike From the Docket and/or Permanently Seal ECF No. 814** by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Shannon M. McNulty

ROBERT A. CLIFFORD
(Lead Trial Attorney)
RAC@cliffordlaw.com
SHANNON M. MCNULTY
SMM@cliffordlaw.com
**CLIFFORD LAW OFFICES**
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 899-9090
Facsimile: (312) 251-1160