# Appendix

**FILED UNDER SEAL**