**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) | MDL No. 2817 Case No. 1:18-CV-00864 |
| _____ | ) ) | |
| *This Document Relates To:* | ) ) ) | Hon. Robert M. Dow, Jr. |
| i3 Brands, Inc. et al. v. CDK Global, LLC, et al., No. 1:19-CV-01412 | ) ) | |

## ORDER

Pursuant to the parties' Stipulation Pursuant To Rule 15(a)(2) Regarding Plaintiffs' First Amended Complaint And Defendants' Pending Motions To Compel Arbitration And/Or To Dismiss,

IT IS HEREBY ORDERED that Plaintiffs i3 Brands, Inc. and PartProtection, LLC, having obtained the consent of all Defendants pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, may file their First Amended Complaint. Defendants' pending Motions to Dismiss (Dkts. 605 and 601) will be deemed filed and ripe for adjudication as to the claims that Plaintiffs assert in their First Amended Complaint.

Dated: 11/22/2019

ENTERED:

_____
Hon. Robert M. Dow, Jr.
United States District Judge