## **CERTIFICATE OF SERVICE**

Michael E. Bloom, an attorney, hereby certifies that on November 25, 2019, he caused a true and correct copy of the foregoing **FIRST AMENDED COMPLAINT** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

*/s/ Michael E. Bloom*