# **EXHIBIT 5**

| | |
|---|---|
| **From:** | Provance, Matthew D. <MProvance@mayerbrown.com> |
| **Sent:** | Monday, November 19, 2018 8:51 AM |
| **To:** | Nemelka, Michael N.; Ross MacDonald |
| **Cc:** | SERVICE-EXTERNAL-DMS-MDL |
| **Subject:** | RE: In re DMS MDL -- Discovery Letter |

Mike –

Working to accommodate plaintiffs' schedule, defendants can meet today at 3:00 p.m. (Eastern) but please note that we have a hard stop at 4:00. We appreciate that you would like to discuss CVR custodians/discovery as well as plaintiffs' proposed search terms/custodians for certain pre-2013 discovery from CDK. However, there are multiple discovery issues that defendants have been diligently raising with plaintiffs for some time (in some cases, several weeks), and we expect to discuss those issues first. Further, with respect to both CVR custodians/search terms and pre-2013 search terms/custodians for CDK, those defendants (CDK and CVR) anticipate sending additional correspondence addressing those issues either later today or tomorrow (and in any event before the holiday). That is largely what we would tell you were we to meet-and-confer about those matters this afternoon.

We can use the following dial-in today at 3:00 (Eastern):

(888)299-9913
4898080

Thanks,
Matt

_____
**Matt Provance**
Mayer Brown LLP
mprovance@mayerbrown.com
Tel: 312 701 8598
Fax: 312 706 9397

**From:** Nemelka, Michael N. <mnemelka@kellogghansen.com>
**Sent:** Monday, November 19, 2018 7:47 AM
**To:** Ross MacDonald <RMacDonald@gibbsbruns.com>
**Cc:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** Re: In re DMS MDL -- Discovery Letter

**\*\*EXTERNAL SENDER\*\***

Dear Counsel,

We are available today at 3:00 pm ET to talk about the issue described below.  As also previously requested, we'd like to talk about (1) CVR custodians and discovery from last week's correspondence,  and (2) the status of a response on pre-2011 discovery on CDK's data access policies.

Thanks.
Mike

On Nov 17, 2018, at 1:38 PM, Ross MacDonald <RMacDonald@gibbsbruns.com> wrote:

 Mike,

In your letter on Friday you offered to meet and confer about the issues we had raised about Authenticom's privilege log on Monday at 2pm EST. A little less than an hour later, you told us that this time no longer worked but that you would propose an alternative time. Can you let us know whether there is another time on Monday when we could meet and confer with you or someone at your firm about this issue? I would guess this call would not take more than 30 minutes. This issue is both discrete and time sensitive given that Mr. Petruzzelli's deposition is scheduled for Nov. 28. We don't believe it should be tethered (or delayed) to fit in with any broader meet and confer about all of the other various discovery issues the parties in this MDL have outstanding.

Thanks,

Ross

---

**From:** Nemelka, Michael N. <mnemelka@kellogghansen.com>
**Sent:** Friday, November 16, 2018 3:46 PM
**To:** Ross MacDonald <RMacDonald@gibbsbruns.com>; SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** In re DMS MDL -- Discovery Letter

Ross,

Please see the attached letter.

Thanks,
Mike

Michael N. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M. St. N.W., Suite 400
Washington, DC 20036
Direct: (202) 326-7932
mnemelka@kellogghansen.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.