### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION ) ) ) ) ) ) *This Document Relates To:* ) ) i3 Brands, Inc. et al. v. CDK Global, LLC, et al., ) No. 1:19-CV-01412 ) | MDL No. 2817 Case No. 1:18-CV-00864 Hon. Robert M. Dow, Jr. |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on December 5, 2019, at 9:15 a.m., or as soon hereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present Benesch, Friedlander, Coplan & Aronoff LLP's **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**, a copy of which is attached and served upon you.

Dated: November 26, 2019

                                                Respectfully submitted,

                                                /s/ Michael E. Bloom
                                                J. Erik Connolly
                                                Michael E. Bloom
                                                Lauren C. Tortorella
                                                Benesch, Friedlander, Coplan & Aronoff LLP
                                                71 S. Wacker Drive, Suite 1600
                                                Chicago, IL 60606
                                                Telephone: (312) 212-4949
                                                econnolly@beneschlaw.com

mbloom@beneschlaw.com
ltortorella@beneschlaw.com

Jennifer A. Miller
Benesch, Friedlander, Coplan & Aronoff LLP
One Montgomery Tower, Suite 2700
San Francisco, CA 94104
Telephone: (628) 600-2250

*Attorneys for Plaintiffs i3 Brands, Inc. and PartProtection, LLC*

## **CERTIFICATE OF SERVICE**

Michael E. Bloom, an attorney, hereby certifies that on November 26, 2019, he caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

I also certify that I have served this filing to Plaintiffs i3 Brands, Inc. and PartProtection, LLC on November 26, 2019, via mail, with courtesy copies by email as follows:

> i3 Brands, Inc.
> 2196 Carmel Valley Road
> Del Mar, CA 92014
> jdhjunior@gmail.com
> michael.lucas@i3brands.com
>
> PartProtection, LLC
> 2196 Carmel Valley Road
> Del Mar, CA 92014
> jdhjunior@gmail.com
> michael@partprotection.com

*/s/ Michael E. Bloom*