IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: Dealer Management Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18-cv-864 and 19-cv-1412 <br> Judge Robert M. Dow |

## **ORDER**

Motion for leave to withdraw as counsel [835] is granted. Attorneys Michael E. Bloom, J. Erik Connolly, Lauren C. Tortorella are withdrawn as counsel of record for Plaintiffs i3 Brands, Inc. and PartProtection, LLC, shall be removed from all service lists. Notice of motion date of 12/5/2019 is stricken and no appearances are necessary on that date.

Date: 12/4/2019  /s/ Judge Dow