# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In Re: Dealer Management Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18-cv-864 and 19-cv-1412 <br> Judge Robert M. Dow |

## ORDER

Motion for leave to withdraw as counsel [835] was granted on 12/4/2019. Attorneys Michael E. Bloom, J. Erik Connolly, Lauren C. Tortorella, and Jennifer Miller are to be withdrawn as counsel of record for Plaintiffs i3 Brands, Inc. and PartProtection, LLC, the Clerk's Office is directed to terminate the named counsel and remove them from all service lists.


Date:  12/12/2019                                       /s/ Judge Dow