Case: 1:18-cv-00864 Document #: 846 Filed: 01/06/20 Page 1 of 1 PageID #:34049

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



neopost
12/19/2019
US POSTAGE $000.50

FIRST-CLASS MAIL

ZIP 60604
041M11270962

18cv864
#844

05
2020 JAN -6 AM 7:51
Docketed
Supervisor

Collen Lynn Smeryage
525 Okeechobee Boulevard
West Palm Beach, FL 33401
18cv864: In Re: Dealer Management
Systems Antitrust Litigation

NIXIE      331    DE 1         0012/28/19
           RETURN TO SENDER
           INSUFFICIENT ADDRESS
           UNABLE TO FORWARD