**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

sxb



FIRST-CLASS MAIL

neopost
12/06/2019
US POSTAGE $000.50⁰

ZIP 60604
041M11270962

2020 JAN -6 AM 7: 51

DX

Docketing
Supervisor

18cv864
[842]

John F Mariani
Levy, Kneen, Mariana, Curtin, Wiener,
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, FL 33401

NIXIE       331   FE 1      0012/28/19

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD