**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: In Re Dealer Management Systems Antitrust Litigation          Case Number: 1:18-cv-00864

An appearance is hereby filed by the undersigned as attorney for:

PartProtection, LLC and i3Brands, Inc.

Attorney name (type or print): Jennifer E. Lacroix

Firm: SmithAmundsen LLC

Street address: 150 N. Michigan Ave., Suite 3300

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6272578
(See item 3 in instructions)          Telephone Number: (312) 894-3200

Email Address: jlacroix@salawus.com

Are you acting as lead counsel in this case?          ☐ Yes   ☑ No

Are you acting as local counsel in this case?          ☑ Yes   ☐ No

Are you a member of the court's trial bar?          ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?          ☐ Yes   ☑ No

If this is a criminal case, check your status.          ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 14, 2020

Attorney signature:   S/ Jennifer E. Lacroix
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015