**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18 C 864 |
| This Document Relates to: | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *Motor Vehicle Software Corp. v. CDK Global, Inc., et al.*, Case No. 1:18-cv-865 (N.D. Ill.) | |
| *Authenticom, Inc. v. CDK Global, LLC, et al.,* Case No. 1:18-cv-00868 (N.D. Ill.) | |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | |

**INDIVIDUAL AND VENDOR CLASS PLAINTIFFS' MOTION TO WITHDRAW
MICHAEL N. NEMELKA AS COUNSEL
AND REQUEST REMOVAL FROM SERVICE LIST**

I, Michael N. Nemelka of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., hereby move to withdraw as counsel for Plaintiffs Authenticom, Inc., Loop, LLC d/b/a AutoLoop on behalf of the putative Vendor Class, and Motor Vehicle Software Corporation (collectively, "Individual and Vendor Class Plaintiffs") in the above-captioned matters because I am leaving the private practice of law to join the federal government pursuant to political appointment. Derek T. Ho of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and all other counsel of record, will continue to serve as counsel for the Individual and Vendor Class Plaintiffs and all future correspondence and papers in this action should continue to be directed to them.

Respectfully submitted,

Dated: January 20, 2020

*/s/ Michael N. Nemelka*
Michael N Nemelka
**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
mnemelka@kellogghansen.com

*Counsel for Individual and
Vendor Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Michael N. Nemelka, an attorney, hereby certify that on January 20, 2020 I caused a true and correct copy of the foregoing **INDIVIDUAL AND VENDOR CLASS PLAINTIFFS' MOTION TO WITHDRAW MICHAEL N. NEMELKA AS COUNSEL AND REQUEST REMOVAL FROM SERVICE LIST** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/Michael N. Nemelka*
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
mnemelka@kellogghansen.com