# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL ACTIONS EXCEPT *i3 Brands, Inc., et al. v. CDK Global, LLC, et al.*, No. 19-cv-1412 | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

## FOURTH STIPULATED AMENDED CASE MANAGEMENT ORDER

Reserving all rights, the parties have stipulated to the following proposed amended schedule for the parties' forthcoming *Daubert* and dispositive motions.

IT IS HEREBY ORDERED that the Third Stipulated Amended Case Management Order (Dkt. 800) applicable to all actions consolidated in this MDL except *i3 Brands, Inc., et al. v. CDK Global, LLC, et al.*, Case No. 19-CV-1412, is amended with regard to the following deadlines:

| EVENT | DATE |
|---|---|
| **_DAUBERT_ MOTIONS (ALL PARTIES)** | |
| 1. Deadline for *Daubert* Motions | February 28, 2020 |
| 2. Deadline for Responses in Opposition to any *Daubert* Motions | April 10, 2020 |
| 3. Deadline for Replies in Support of any *Daubert* Motions | May 1, 2020 |
| **DISPOSITIVE MOTIONS (ALL PARTIES)** | |
| 4. Deadline for Dispositive Motions | April 1, 2020 |
| 5. Deadline for Responses in Opposition to any Dispositive Motions | May 22, 2020 |
| 6. Deadline for Replies in Support of any Dispositive Motions | June 12, 2020 |

STIPULATED AND AGREED:

/s/ Derek T. Ho
Derek T. Ho
Daniel V. Dorris
Joshua Hafenbrack
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
ddorris@kellogghansen.com
jhafenbrack@kellogghansen.com

*Counsel for Authenticom, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

/s/ Peggy J. Wedgworth
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Plaintiffs*

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendants CDK Global, LLC*

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

2

SO ORDERED:

DATED: February 19, 2020

_____
Hon. Robert M. Dow, Jr.
UNITED STATES DISTRICT COURT JUDGE

3

**CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on February 14, 2020, I caused a true and correct copy of the foregoing **FOURTH STIPULATED AMENDED CASE MANAGEMENT ORDER**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Britt M. Miller*
      Britt M. Miller
      MAYER BROWN LLP
      71 South Wacker Drive
      Chicago, IL 60606
      Phone: (312) 782-0600
      Fax: (312) 701-7711
      E-mail: bmiller@mayerbrown.com