**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br> ALL CASES | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION REGARDING PAGE LIMITS FOR *DAUBERT* BRIEFING**

Pursuant to Local Rule 7.1, The Dealership Class Plaintiffs ("Dealership Plaintiffs"), Vendor Class Plaintiff Loop, LLC, d/b/a AutoLoop ("AutoLoop"), Plaintiff Authenticom, Inc. ("Authenticom"), Plaintiff Motor Vehicle Software Corp. ("MVSC"), Defendant CDK Global, LLC ("CDK"), and Defendant The Reynolds and Reynolds Company ("Reynolds") (collectively, the Parties"), by and through their undersigned counsel, jointly submit this Stipulation and proposed Order regarding the page limits applicable to the Parties' briefs in support of their respective *Daubert* motions and any responses or replies thereto.

WHEREAS, pursuant to the Fourth Stipulated Amended Case Management Order, any *Daubert* motions are due to be filed on February 28, 2020, any Responses are due to be filed on April 10, 2020, and any Replies in support of are due to be filed on May 1, 2020.

WHEREAS, the Parties have conferred and agreed to the following stipulation with regard to the length of any briefs in support of their respective *Daubert* motions, any Reponses thereto, and any Replies.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the page limits for such briefing, shall be:

| Event | Page Limit |
| --- | --- |
| Opening Briefs in support of *Daubert* Motions | 20 pages per expert per side (*i.e..,* Plaintiffs or Defendants), with the exception that each side shall have two experts of their choosing for whom the Opening Briefs may be up to 25 pages. |
| Responses in Opposition to any *Daubert* Motions | Equal to the number of pages per expert, per side, as used in the Opening Brief, but not less than the default 15 pages. |
| Replies in Support of any *Daubert* Motions | 10 pages per expert per side. |

STIPULATED AND AGREED:

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Dealership Interim Lead Class Counsel*

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant*
*CDK Global, LLC*

<table>
<tr><td>

*/s/ Derek T. Ho*
Derek T. Ho
Dan Dorris
KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, PLLC
1615 M Street, N.W., Suite 400
Washington, DC 60036
dho@kellogghansen.com
ddorris@kellogghansen.com

*Counsel for Authenticom, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

</td><td>

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com

Michael P.A. Cohen
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
*Counsel for Defendant The Reynolds and Reynolds Company*

</td></tr>
<tr><td>DATED:</td><td>SO ORDERED:

_____
Hon. Robert M. Dow, Jr
UNITED STATES DISTRICT COURT JUDGE</td></tr>
</table>

3