# Exhibits A-Q

## (Public - Redacted)