**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, March 12, 2020 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we will appear before Judge Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD M. STROZ**.

Dated: February 28, 2020,

| | |
|---|---|
| */s/ Peggy J. Wedgworth*<br>Peggy J. Wedgworth<br>**MILBERG PHILLIPS GROSSMAN LLP**<br>One Pennsylvania Plaza, 19th Floor<br>New York, NY 10119<br>(212) 594-5300<br>pwedgworth@milberg.com | */s/ Derek T. Ho*<br>Derek T. Ho<br>**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>dho@kellogghansen.com |

*MDL Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

       I, Peggy J. Wedgworth, an attorney, hereby certify that on February 28, 2020 I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

       */s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
**MILBERG PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com