# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-00864 |
| This document relates to: *Motor Vehicle Software Corp. v. CDK Global, LLC, et al., Case No. 1:18-cv-00865 (N.D. Ill.)* | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

### DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO EXCLUDE THE OPINIONS AND PROFFERED TESTIMONY OF PLAINTIFF MVSC'S EXPERT GORDON KLEIN

Defendant The Reynolds and Reynolds Company ("Reynolds") respectfully moves this Court for an order to exclude the opinions and proffered testimony of Plaintiff Motor Vehicle Software Corp.'s ("MVSC") expert, Gordon Klein, in their entirety; or, in the alternative, exclude his opinions as to California, Wisconsin and all estimated damages after October 2019, pursuant to Federal Rules of Evidence 402 and 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

In support of this motion, Reynolds incorporates by reference the memorandum of law and the Declaration of Leo D. Caseria with supporting exhibits, any reply memorandum that Reynolds may file, and any oral argument the Court may allow at a hearing on this motion.

[Signature block on following page]

-1-

-2-

Dated: February 28, 2020          Respectfully submitted,

/s/ *Leo D. Caseria*

Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

-3-

## CERTIFICATE OF SERVICE

    I, Leo D. Caseria, an attorney, hereby certify that on February 28, 2020, I caused a true and correct copy of the foregoing **DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO EXCLUDE THE OPINIONS AND PROFFERED TESTIMONY OF PLAINTIFF MVSC'S EXPERT GORDON KLEIN** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                   */s/ Leo D. Caseria*
                   Leo D. Caseria
                   SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                   2099 Pennsylvania Avenue NW, Suite 100
                   Washington, DC 20006
                   (202) 747-1900
                   lcaseria@sheppardmullin.com