# **EXHIBIT C**



# Add Value with the Right Partner

**Our Partner Program gives you access to a broad selection of third-party applications that can increase productivity and streamline operations across a many of your departments.**

Explore our list of approved partners to find the one that best fits your business needs.

Interested in joining the CDK Partner Program? Apply here.

Sign Up to Become an Approved Partner

View Our Published Pricing for Partners



We use technologies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more or manage your personal preferences in our Tool. By using our site, you agree to our use of these technologies.

I Understand

- Any - ▼

---

## Application Area

Vehicle Registration ▼

---

**SEARCH**

**RESET**

| VENDOR | APPLICATION NAME | BUSINESS AREA | APPLICATION AREA | STATUS |
|---|---|---|---|---|
| **AIB, INC.** | TitleDirect | Vehicle Management | Vehicle Registration | Deployed |
| **AUTO DATA DIRECT, INC.** | ADDTag | Vehicle Management | Vehicle Registration | Deployed |
| **AUTO TITLE SERVICE** | Auto Title Service | Service Management | Vehicle Registration | In Development |
| **AVRS** | AVRS | Vehicle Management | Vehicle Registration | Deployed |
| **CLICKDOCS** | ClickDocs - Vehicle Registration | Service Management | Vehicle Registration | In Development |
| **COMPUTER** | EZ-Etitle | Vehicle | Vehicle | Deployed |

We use technologies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more or manage your personal preferences in our Tool. By using our site, you agree to our use of these technologies.

I Understand

| VENDOR | APPLICATION NAME | BUSINESS AREA | APPLICATION AREA | STATUS |
|---|---|---|---|---|
| **COX AUTOMOTIVE** | Registration and Titling Solutions (RTS) Extract Only | Vehicle Management | Vehicle Registration | Deployed |
| **COX AUTOMOTIVE** | Registration and Titling Solutions (RTS) Writeback | Vehicle Management | Vehicle Registration | Deployed |
| **CVR** | CVR | Vehicle Management | Vehicle Registration | Deployed |
| **DECISION DYNAMICS (DBA DDI TECHNOLOGY)** | Premier EVR | Vehicle Management | Vehicle Registration | Deployed |
| **DLRDMV, LLC** | DLRdmv - Extract Only | Vehicle Management | Vehicle Registration | Deployed |
| **DLRDMV, LLC** | Dlrdmv - Writeback | Vehicle Management | Vehicle Registration | In Development |
| **DLRDMV, LLC** | DLRdmv - DSDA Insert | Vehicle Management | Vehicle Registration | In Development |
| **EXPRESS OMV** | EXPRESS OMV | Service Management | Vehicle Registration | In Development |
| **GAYTOS CONSULTING** | RTS Pro | Vehicle Management | Vehicle Registration | In Development |

We use technologies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more or manage your personal preferences in our Tool. By using our site, you agree to our use of these technologies.

I Understand

| VENDOR | APPLICATION NAME | BUSINESS AREA | APPLICATION AREA | STATUS |
|---|---|---|---|---|
| **METRO TITLE SERVICES (ACERTUS)** | ACERTUS | Vehicle Management | Vehicle Registration | In Development |
| **QUICKVIEW TECHNOLOGIES** | QuickTITLE | Vehicle Management | Vehicle Registration | Deployed |
| **TITLE TECHNOLOGIES (DBA TITLETEC)** | Integrated Titling and Registration | Vehicle Management | Vehicle Registration | Deployed |
| **VITU/MVSC — MOTOR VEHICLE SOFTWARE CORPORATION** | DMVDesk - Vitu | Service Management | Vehicle Registration | Deployed |
| **VITU/MVSC — MOTOR VEHICLE SOFTWARE CORPORATION** | DMVDesk - Vitu | Service Management | Vehicle Registration | In Development |

## Getting Started With CDK

We use technologies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more or manage your personal preferences in our Tool. By using our site, you agree to our use of these technologies.

I Understand

About CDK Global

Media Center | Careers | CDK Website Privacy Statement | CDK Digital Marketing Services Privacy Statement

CDK Policies | CDK Website Cookie Policy | User Agreement | Partner Program | Investor Relations | Contact Us

US: © 2020 CDK Global LLC / CDK Global is a trademark of CDK Global LLC.

Do Not Sell My Information



We use technologies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more or manage your personal preferences in our Tool. By using our site, you agree to our use of these technologies.

I Understand