# EXHIBIT E

| | |
|---|---|
| **From:** | Bonomo, Christine A. <cbonomo@kellogghansen.com> |
| **Sent:** | Friday, February 7, 2020 8:01 AM |
| **To:** | Leo Caseria; Ho, Derek T. |
| **Cc:** | SERVICE-EXTERNAL-DMS-MDL |
| **Subject:** | RE: In re DMS (MVSC) |

Dear Leo,

Thank you for your letter of last Friday. The timeframe you imposed for responding to your request is not feasible, especially in light of the fact that Reynolds has had notice of the settlement since October. MVSC requires more time to consider its response.

Best,
Christine

**From:** Leo Caseria [mailto:LCaseria@sheppardmullin.com]
**Sent:** Friday, January 31, 2020 8:29 AM
**To:** Ho, Derek T. <dho@kellogghansen.com>
**Cc:** SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Subject:** [EXTERNAL] In re DMS (MVSC)

Dear Derek,

Please see the attached letter.

**Leo D. Caseria** | Partner
+1 202-747-1925 | Direct (Washington, DC)
+1 213-617-4206 | Direct (Los Angeles)
+1 310-405-1787 | Mobile
LCaseria@sheppardmullin.com | Bio

**SheppardMullin**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main

333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.