**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To: ALL CASES | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**MDL PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
<u>DANIEL L. RUBINFELD</u>**

MDL Plaintiffs respectfully move this Court to enter an order excluding the opinions and proffered testimony of Professor Daniel L. Rubinfeld, pursuant to Federal Rules of Evidence 402 and 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). In support of this motion, MDL Plaintiffs incorporate by reference the memorandum of law and exhibits filed concurrently herewith and any oral argument that the Court may allow at a hearing on this Motion.

Dated: February 28, 2020                                  Respectfully submitted,

*/s/ Peggy J. Wedgworth*                                  */s/ Derek T. Ho*
Peggy J. Wedgworth                                            Derek T. Ho
**MILBERG PHILLIPS GROSSMAN LLP**      **KELLOGG, HANSEN, TODD,**
One Pennsylvania Plaza, 19th Floor                    **FIGEL & FREDERICK, P.L.L.C.**
New York, NY 10119                                            1615 M Street, NW, Suite 400
(212) 594-5300                                                      Washington, D.C. 20036
pwedgworth@milberg.com                                (202) 326-7900
                                                                            dho@kellogghansen.com

*MDL Co-Lead Counsel*

1

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on February 28, 2020 I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DANIEL L. RUBINFELD** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
  **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com