# Exhibit H.1

**FILED UNDER SEAL**