# Exhibit H.2

## FILED UNDER SEAL