**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: ALL CASES | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
<u>DANIEL L. RUBINFELD</u>**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, March 12, 2020, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Robert M. Dow, Jr. or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DANIEL L. RUBINFELD**, a copy of which is attached and served upon you.

| | |
|---|---|
| Dated: February 28, 2020 | Respectfully submitted, |
| */s/ Peggy J. Wedgworth*<br>Peggy J. Wedgworth<br>**MILBERG PHILLIPS GROSSMAN LLP**<br>One Pennsylvania Plaza, 19th Floor<br>New York, NY 10119<br>(212) 594-5300<br>pwedgworth@milberg.com | */s/ Derek T. Ho*<br>Derek T. Ho<br>**KELLOGG, HANSEN, TODD,<br> FIGEL & FREDERICK, P.L.L.C.**<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>dho@kellogghansen.com |

*MDL Co-Lead Counsel*

1

## **CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on February 28, 2020 I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
  **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com