Case: 1:18-cv-00864 Document #: 874-24 Filed: 02/28/20 Page 1 of 1 PageID #:36048

# Exhibit X

**FILED UNDER SEAL**