IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* *Authenticom, Inc. v. CDK Global, LLC*, No. 1:18-cv-868 (N.D. Ill.) | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND PROFFERED TESTIMONY OF MS. CATHARINE LAWTON**

Defendants The Reynolds and Reynolds Company and CDK Global, LLC respectfully move the Court to enter an order excluding certain opinions and proffered testimony of Authenticom, Inc.'s damages expert, Catharine Lawton, pursuant to Federal Rules of Evidence 402 and 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). In support of this motion, Defendants submit the accompanying Memorandum of Law and the Declaration of Daniel T. Fenske with supporting exhibits.

2

Dated: February 28, 2020          Respectfully submitted,

/s/ *Aundrea K. Gulley*          /s/ *Britt M. Miller*
Aundrea K. Gulley          Britt M. Miller
Brian T. Ross          Michael A. Scodro
Brice A. Wilkinson          Daniel T. Fenske
Ross A. MacDonald          Matthew D. Provance
GIBBS & BRUNS LLP          MAYER BROWN LLP
1100 Louisiana Street          71 South Wacker Drive
Suite 5300          Chicago, IL 60606
Houston, TX 77002          (312) 782-0600
(713) 751-5258          bmiller@mayerbrown.com
agulley@gibbsbruns.com          dfenske@mayerbrown.com
bross@gibbsbruns.com          mprovance@mayerbrown.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com          Mark W. Ryan
         MAYER BROWN LLP
Michael P.A. Cohen          1999 K Street NW
Leo D. Caseria          Washington, DC 20006
SHEPPARD MULLIN RICHTER & HAMPTON, LLP          (202) 263-3000
2099 Pennsylvania Avenue NW, Suite 100          mryan@mayerbrown.com
Washington, DC 20006
(202) 747-1900          *Counsel for Defendant*
mcohen@sheppardmullin.com          *CDK Global, LLC*
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on February 28, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND PROFFERED TESTIMONY OF MS. CATHARINE LAWTON** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            */s/ Britt M. Miller*
                                            Britt M. Miller
                                            MAYER BROWN LLP
                                            71 South Wacker Drive
                                            Chicago, IL  60606
                                            Phone:  (312) 782-0600
                                            Fax:  (312) 701-7711
                                            E-mail: bmiller@mayerbrown.com