# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP PUTATIVE CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANT CDK GLOBAL, LLC'S MOTION TO EXCLUDE THE OPINIONS AND PROFFERED TESTIMONY OF DR. MICHAEL A. WILLIAMS

Defendant CDK Global, LLC ("CDK") respectfully moves the Court to enter an order excluding certain opinions and proffered testimony of the dealers' economic and damages expert, Dr. Michael A. Williams, pursuant to Federal Rules of Evidence 402 and 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). In support of this motion, CDK submits the accompanying Memorandum of Law and the Declaration of Daniel T. Fenske with supporting exhibits.

Dated: February 28, 2020                                Respectfully submitted,

                                                    /s/ *Britt M. Miller*
                                                  Britt M. Miller
                                                  Michael A. Scodro
                                                  Daniel T. Fenske
                                                  Matthew D. Provance
                                                  Mayer Brown LLP
                                                  71 South Wacker Drive
                                                  Chicago, IL 60606
                                                  (312) 782-0600
                                                  bmiller@mayerbrown.com
                                                  dfenske@mayerbrown.com
                                                  mprovance@mayerbrown.com

                                                  Mark W. Ryan
                                                  Mayer Brown LLP
                                                  1999 K Street NW
                                                  Washington, DC 20006
                                                  (202) 263-3000
                                                  mryan@mayerbrown.com

                                                  *Counsel for Defendant*
                                                  *CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on February 28, 2020, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S MOTION TO EXCLUDE THE OPINIONS AND PROFFERED TESTIMONY OF DR. MICHAEL A. WILLIAMS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                      */s/ Britt M. Miller*
                                      Britt M. Miller
                                      MAYER BROWN LLP
                                      71 South Wacker Drive
                                      Chicago, IL  60606
                                      Phone:  (312) 782-0600
                                      Fax:  (312) 701-7711
                                      E-mail: bmiller@mayerbrown.com