**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:*<br><br>ALL CASES except *i3 Brands, Inc. et al. v. CDK Global LLC, et al.,* No. 1:19-cv-1412 | Hon. Robert M . Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS
AND PROFFERED TESTIMONY OF MR. ALLAN STEJSKAL**

Defendants The Reynolds and Reynolds Company ("Reynolds") and CDK Global, LLC ("CDK") respectfully move the Court to enter an order excluding certain opinions and proffered testimony of Plaintiffs' industry expert, Mr. Allan Stejskal, pursuant to Federal Rules of Evidence 402 and 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). In support of this motion, Defendants submit the accompanying Memorandum of Law and the Declaration of Daniel T. Fenske with supporting exhibits.[1]

---

[1] Reynolds joins this motion only as to the *Authenticom* and *MVSC* cases; CDK joins this motion only as to the *Authenticom*, *AutoLoop*, and the dealership cases.

Dated:  February 28, 2020

Respectfully submitted,

/s/ *Aundrea K. Gulley*
Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Daniel T. Fenske
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant*
*CDK Global, LLC*

2

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on February 28, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS AND PROFFERED TESTIMONY OF MR. ALLAN STEJSKAL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
E-mail: bmiller@mayerbrown.com