# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br><br> *Authenticom, Inc. v. CDK Global, LLC*, No. 1:18-cv-868 (N.D. Ill.); *Loop, LLC d/b/a AutoLoop v. CDK Global, LLC*, No. 1:18-cv-2521 (N.D. Ill.); *MVSC v. CDK Global, LLC*, No. 1:18-cv-865 (N.D. Ill.) | Hon. Robert M . Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND PROFFERED TESTIMONY OF MR. BRIAN HALPIN

Defendants The Reynolds and Reynolds Company ("Reynolds") and CDK Global, LLC ("CDK") respectfully move the Court to enter an order excluding certain opinions and proffered testimony of Individual Plaintiffs' "computer forensics" expert, Mr. Brian Halpin, pursuant to Federal Rules of Evidence 402 and 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). In support of this motion, Defendants submit the accompanying Memorandum of Law and the Declaration of Daniel T. Fenske with supporting exhibits.[1]

---

[1] Reynolds joins this motion only as to the *Authenticom* and *MVSC* cases; CDK joins this motion only as to the *Authenticom* and *AutoLoop* cases.

Dated: February 28, 2020                                   Respectfully submitted,

/s/ *Aundrea K. Gulley*                                    /s/ *Britt M. Miller*
Aundrea K. Gulley                                          Britt M. Miller
Brian T. Ross                                              Michael A. Scodro
Brice A. Wilkinson                                         Daniel T. Fenske
Ross A. MacDonald                                          Matthew D. Provance
GIBBS & BRUNS LLP                                          MAYER BROWN LLP
1100 Louisiana Street                                      71 South Wacker Drive
Suite 5300                                                 Chicago, IL 60606
Houston, TX 77002                                          (312) 782-0600
(713) 751-5258                                             bmiller@mayerbrown.com
agulley@gibbsbruns.com                                     dfenske@mayerbrown.com
bross@gibbsbruns.com                                       mprovance@mayerbrown.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com                                  Mark W. Ryan
                                                           MAYER BROWN LLP
Michael P.A. Cohen                                         1999 K Street NW
Leo D. Caseria                                             Washington, DC 20006
SHEPPARD MULLIN RICHTER & HAMPTON, LLP                     (202) 263-3000
2099 Pennsylvania Avenue NW, Suite 100                     mryan@mayerbrown.com
Washington, DC 20006
(202) 747-1900                                             *Counsel for Defendant*
mcohen@sheppardmullin.com                                  *CDK Global, LLC*
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

## CERTIFICATE OF SERVICE

      I, Britt M. Miller, an attorney, hereby certify that on February 28, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND PROFFERED TESTIMONY OF MR. BRIAN HALPIN** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                     */s/ Britt M. Miller*
                                                     Britt M. Miller
                                                     MAYER BROWN LLP
                                                     71 South Wacker Drive
                                                     Chicago, IL 60606
                                                     Phone: (312) 782-0600
                                                     Fax: (312) 701-7711
                                                     E-mail: bmiller@mayerbrown.com