# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| ALL PENDING CASES except *i3 Brands, Inc. et al. v. CDK Global LLC, et al.*, No. 1:19-cv-1412 | Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTIONS

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, March 5, 2020, at 9:15 a.m.** or as soon thereafter as counsel may be heard, we will appear before Judge Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present (1) Defendants' Motion to Exclude Certain Opinions and Proffered Testimony of Dr. Mark Israel; (2) Defendants' Motion to Exclude Certain Opinions and Proffered Testimony of Ms. Catharine Lawton; (3) CDK's Motion to Exclude Certain Opinions and Proffered Testimony of Dr. Michael A. Williams; (4) Defendants' Motion to Exclude Certain Opinions and Proffered Testimony of Mr. Allan Stejskal; (5) Defendants' Motion to Exclude Certain Opinions and Proffered Testimony of Mr. Brian Halpin; and; (6) Defendants' Motion to Exclude Certain Opinions and Proffered Testimony of Ms. Nancy Miracle, copies of which are attached and served upon you.

Pursuant to the Fourth Stipulated Amended Case Management Order, Dkt. 856, responses in opposition to the foregoing motions are due April 10, 2020, and replies in support of the foregoing motions are due May 1, 2020.

1

Dated: February 28, 2020

/s/ *Aundrea K. Gulley*
Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Daniel T. Fenske
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant*
*CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on February 28, 2020, I caused a true and correct copy of the foregoing **NOTICE OF MOTIONS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Britt M. Miller*
      Britt M. Miller
      MAYER BROWN LLP
      71 South Wacker Drive
      Chicago, IL  60606
      Phone:  (312) 782-0600
      Fax:  (312) 701-7711
      E-mail: bmiller@mayerbrown.com