# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL CASES except *i3 Brands, Inc. et al. v. CDK Global LLC, et al.*, No. 1:19-cv-1412 | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF DANIEL T. FENSKE

I, Daniel T. Fenske, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at Mayer Brown LLP and represent CDK Global, LLC ("CDK") in the above-captioned matter. I submit this declaration in support of the following motions, which are being filed concurrently with this Declaration:

    a. Defendants' Motion to Exclude Certain Opinions and Proffered Testimony of Dr. Mark Israel;

    b. Defendants' Motion to Exclude The Opinions and Proffered Testimony of Ms. Catharine Lawton

    c. CDK's Motion to Exclude The Opinions and Proffered Testimony of Dr. Michael A. Williams;

    d. Defendants' Motion to Exclude Certain Opinions and Proffered Testimony of Mr. Allan Stejskal;

    e. Defendants' Motion to Exclude The Opinions and Proffered Testimony of Mr. Brian Halpin; and

    f. Defendants' Motion to Exclude Certain Opinions and Proffered Testimony of Ms. Nancy Miracle.

2. Attached as Exhibits 1-97 are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Expert Report of Mark A. Israel, Ph.D., Aug. 26, 2019 |
| 2 | Reply Expert Report of Mark A. Israel, Ph.D., Dec. 19, 2019 |
| 3 | Deposition Transcript of Mark A. Israel, Ph.D., Jan. 16-17, 2020 |
| 4 | Expert Report of Catharine M. Lawton, Aug. 26, 2019 |
| 5 | Reply Expert Report of Catherine M. Lawton, Dec. 19, 2019 |
| 6 | Deposition Transcript of Catherine Lawton, Jan. 8, 2020 |
| 7 | Expert Report of Michael A. Williams, Ph.D., Aug. 26, 2019 |
| 8 | Expert Reply Report of Michael A. Williams, Ph.D., Dec. 19, 2019 |
| 9 | Deposition Transcript of Dr. Michael Williams, Nov. 8, 2019 |
| 10 | Expert Rebuttal Report of Nancy Miracle, Nov. 15, 2019 |
| 11 | Deposition Transcript of Nancy Miracle, Jan. 15, 2020 |
| 12 | Expert Report of Allan Stejskal, Aug. 26, 2019 |
| 13 | Deposition Transcript of Allan Stejskal, Mar. 26, 2019 (Fact Witness) |
| 14 | Deposition Transcript of Allan Stejskal, Nov. 7, 2019 (Expert Witness) |
| 15 | Expert Report of Brian Halpin, Aug. 26, 2019 |
| 16 | Deposition Transcript of Brian Halpin, Jan. 16, 2020 |
| 17 | Expert Report of Professor Timothy F. Bresnahan, Nov. 15, 2019 |
| 18 | Expert Reply Report of Professor Timothy F. Bresnahan, Dec. 19, 2019 |

| 19 | Corrected Expert Report of Dr. Kevin Murphy, Nov. 15, 2019 |
|---|---|
| 20 | Expert Damages Report of Daniel L. Rubinfeld In Response To Plaintiff Authenticom's Damages Claims, Nov. 15, 2019 |
| 21 | Expert Report of Edward M. Stroz, Aug. 26, 2019 |
| 22 | Expert Report of Michael D. Whinston, Ph.D., Nov. 15, 2019 |
| 23 | Data Exchange Agreement (CDK-0000001) |
| 24 | 3PA Agreement (CDK-0000014) |
| 25 | RCI Agreement (CDK-0000040) |
| 26 | ADP Master Services Agreement (CDK-0000146) |
| 27 | [REDACTED] |
| 28 | [REDACTED] |
| 29 | [REDACTED] |
| 30 | [REDACTED] |
| 31 | Letter From D. Fenske to M. Nemelka, Oct. 17, 2019 |
| 32 | Letter From M. Nemelka to D. Fenske, Oct. 29, 2019 |
| 33 | Declaration of Steve Cottrell, May 18, 2017 (DX 1201) |
| 34 | DMS and Vendor Lookup (DX 1202) |
| 35 | Techopedia, "Completely Automated Public Turing Test to Tell Computers And Humans Apart (CAPTCHA)" (DX 1227) |
| 36 | SearchSecurity, "CAPTCHA (Completely Automated Public Turing Test to Tell Computers And Humans Apart)" (DX 1228) |

| | |
|---|---|
| 37 | George, et al., "A generative vision model that trains with high data efficiency and breaks text-based CAPTCHAs," *Science*, Dec. 8, 2017 (DX 1229) |
| 38 | InfoSecurity, "CAPTCHA + reCAPTCHA: Are they the Best Fraud Prevention Solution for your Business?" (DX 1230) |
| 39 | Dictionary of IBM & Computing Terminology (DX 1232) |
| 40 | Deposition Transcript of AutoMate 30(b)(6) (George L. Colson, Jr.), Dec. 20, 2018 (Excerpts) |
| 41 | "NIST Special Publication 800-53" (AC-11) (DX 1234) |
| 42 | "NIST Special Publication 800-53" (AC-12) (DX 1235) |
| 43 | "NIST Special Publication 800-53" (AC-2) (DX 1236) |
| 44 | Declaration of Steve Cottrell, Dec. 18, 2019 (DX 1240) |
| 45 | Reply Declaration of Steve Cottrell, June 22, 2017 (DX 1241) |
| 46 | Ralph Kisiel, "Dealer security stirs insecurity," Automotive News, Dec. 4, 2006 (DX 1244) |
| 47 | [REDACTED] |
| 48 | Authenticom Press Release, "Authenticom expands offerings with acquisition of Ryantech's automotive technology," Aug. 27, 2013 (DX 315) |
| 49 | [REDACTED] |
| 50 | [REDACTED] |
| 51 | [REDACTED] |
| 52 | [REDACTED] |

| | |
|---|---|
| 53 | ████████████████████████ |
| 54 | ████████████████████████ |
| 55 | ████████████████████████ |
| 56 | Deposition Transcript of Dominion 30(b)(6) (Alan Andreu), June 19, 2019 (Excerpts) |
| 57 | Preliminary Injunction Hearing Transcript, *Authenticom* Dkt. 164 (W.D. Wis., Case No. 3:17-cv-00318), June 26, 2017, Morning Session (Excerpts) |
| 58 | Deposition Transcript of Authenticom 30(b)(6) (Stephen M. Cottrell), Apr. 23, 2018 (Excerpts) |
| 59 | Deposition Transcript of Authenticom 30(b)(6) (Joseph Noth) Apr. 12, 2019 (Excerpts) |
| 60 | Deposition Transcript of Steven M. Cottrell, Apr. 2, 2019 (Excerpts) |
| 61 | Deposition Transcript of Cox Automotive, Inc. 30(b)(6) (Brian Green) Apr. 25, 2019 (Excerpts) |
| 62 | Deposition Transcript of DealerSocket 30(b)(6) (Brad Perry) Apr. 11, 2019 (Excerpts) |
| 63 | Deposition Transcript of Alex Eckelberry, Feb. 7, 2019 (Excerpts) |
| 64 | Deposition Transcript of StoneEagle F&I, Inc., 30(b)(6) (Thomas Elliott) Apr. 19, 2019 (Excerpts) |
| 65 | Deposition Transcript of Lucas Hembd, Mar. 22, 2019 (Excerpts) |
| 66 | Deposition Transcript of Christopher Kirby, Jan. 30, 2019 (Excerpts) |
| 67 | Deposition Transcript of Joseph M. Noth, Feb. 14, 2019 (Excerpts) |

| | |
|---|---|
| 68 | Deposition Transcript of Daniel L. Rubinfeld, Feb. 6-7, 2020 (Excerpts) |
| 69 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |
| 74 | |
| 75 | |
| 76 | |
| 77 | DealerCenter Website Printout |
| 78 | |
| 79 | |
| 80 | |
| 81 | |

| | |
|---|---|
| 82 | ■■■ |
| 83 | AutoManager Website Printout |
| 84 | ■■■ |
| 85 | ■■■ |
| 86 | ■■■ |
| 87 | ■■■ |
| 88 | ■■■ |
| 89 | CarFiles Website Printout |
| 90 | DealerSocket Website Printout |
| 91 | ■■■ |
| 92 | ■■■ |
| 93 | ■■■ |
| 94 | ■■■ |
| 95 | ■■■ |
| 96 | CarPod Website Printout |
| 97 | Guidelines on Firewalls and Firewall Policy, NIST Special Publication 800-41 (Sept. 2009) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**PUBLIC REDACTED VERSION**

Dated:  February 28, 2020          Respectfully submitted,

*/s/ Daniel T. Fenske*_____
Daniel T. Fenske

## CERTIFICATE OF SERVICE

I, Daniel T. Fenske, an attorney, hereby certify that on February 28, 2020, I caused a true and correct copy of the foregoing **DECLARATION OF DANIEL T. FENSKE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

<p style="margin-left: 3em;"><u>/s/ Daniel T. Fenske</u><br>
Daniel T. Fenske<br>
MAYER BROWN LLP<br>
71 South Wacker Drive<br>
Chicago, IL 60606<br>
(312) 782-0600<br>
dfenske@mayerbrown.com</p>