PUBLIC REDACTED VERSION

# EXHIBIT 31

**PUBLIC REDACTED VERSION**



Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
United States of America

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

**Daniel T. Fenske**
T: +1 312 701 8926
DFenske@mayerbrown.com

October 17, 2019

BY EMAIL

Michael E. Nemelka
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK P.L.L.C.
1615 M. Street, N.W., Suite 400
Washington, D.C. 20036-3215

Re: In re Dealer Management System Antitrust Litig., MDL 2817, Case No. 18-cv-864 (N.D. Ill.)

Dear Counsel:

I write regarding the Forensic Report of Brian Halpin dated August 26, 2019 (the "Report"), issued on behalf of plaintiffs Authenticom, Inc., Motor Vehicle Software Corporation, and AutoLoop (collectively, "Individual Plaintiffs"). In his Report, Mr. Halpin opines as to the authenticity of a document with the file name "Meeting with Dan McCray Senior VP Data Strategies CDK Global.docx" (the "Subject Document").

Defendants do not dispute the authenticity of the Subject Document. For purposes of summary judgment or trial in the *Authenticom*, *MVSC*, or *AutoLoop* litigations, the Defendants will stipulate (in those cases in which they remain named) that the Subject Document was ████████████ ████████ As such, the Report is moot, and we respectfully request that Individual Plaintiffs withdraw the Report. If Individual Plaintiffs do not withdraw the Report, Defendants intend to move at the appropriate time to strike the Report and otherwise bar any use of the Report on the grounds, among other things, that the Report is cumulative and unfairly prejudicial.

In light of the foregoing, please let us know if Individual Plaintiffs will agree to withdraw the Report.

Sincerely,

*/s/ Daniel T. Fenske*

Daniel T. Fenske

cc: Counsel of Record

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).