# EXHIBIT 35

12/19/2019      What is a CAPTCHA Test? - Definition from Techopedia

ALERT [Free Report] The State of Automation, Artificial Intelligence and Machine Learning in Network Management, 2019 | DOWNLOAD NOW (https://techopedia.tradepub.com/c/pubRD.mpl?secure=1&sr=oc&_t=oc:&qf=w_kenb89&ch=hellobar)

# Completely Automated Public Turing Test To Tell Computers And Humans Apart (CAPTCHA)

**Definition - What does *Completely Automated Public Turing Test To Tell Computers And Humans Apart (CAPTCHA)* mean?**

Completely automated public Turing test to tell computers and humans apart, better known as CAPTCHA, is a test to ensure responses through a human versus a computer program .

CAPTCHA was developed at Carnegie Mellon University by Nicholas J. Hopper, John Langford, Luis von Ahn and Manuel Blum. CAPTCHA automatically generates response challenges by providing a problem which can only be solved by humans, automatically preventing access to system software and requesting a typed character series.

A computer administers CAPTCHA to a human, whereas a human administers the Turing test to a machine.



EXHIBIT
DFT 1227
1.15.20
PENGAD 800-631-6989

[Free Kit] WinX HD Video Converter Deluxe ($59.95 Value) FREE for a Limited Time | Expires December 23, 2019. Claim Offer Now (https://techopedia.tradepub.com/c/pubRD.mpl?secure=1&sr=oc&_t=oc:&qf=w_diga12&ch=termad)

**Techopedia explains *Completely Automated Public Turing Test To Tell Computers And Humans Apart (CAPTCHA)***

Websites utilize CAPTCHA to prevent quality of service (QoS) degradation by bots or other automated programs by using a test only understood by humans. CAPTCHA enhances security by using background noise, which appears as character letters or links to actual letters. All online systems are constantly vulnerable to hacking. Including a CAPTCHA element on a registration form can help avoid brute-force hacking attempts. This is simply one element of security, as getting around a CAPTCHA element on a page is extremely simple for a human.

To the average user, the CAPTCHA element is "that annoying box at the bottom of a registration form." While it is simple to implement from a Web development perspective, a web designer needs to decide whether user annoyance is worth the added security.

12/19/2019        What is a CAPTCHA Test? - Definition from Techopedia

## Tech moves fast! Stay ahead of the curve with Techopedia!

Join nearly 200,000 subscribers who receive actionable tech insights from Techopedia.

✉ Enter your email address...      Subscribe

---

## Recommended Resources

(https://techopedia.tradepub.com/c/pubRD.mpl/?sr=ps&_t=ps:p_cn06hc4::ace&ch=2x3t&pc=w_flef05&_m=01.00ev.1.0.0)
ESSENTIAL STRATEGIES FOR MANAGING CLOUD COSTS

(https://techopedia.tradepub.com/c/pubRD.mpl/?sr=ps&_t=ps:p_cn06hc4::ace&ch=2x3t&pc=w_sele184&_m=01.00ev.1.0.0)
Top Cloud ERP System Comparison for 2019

(https://techopedia.tradepub.com/c/pubRD.mpl/?sr=ps&_t=ps:p_cn06hc4::ace&ch=2x3t&pc=w_rtin36&_m=01.00ev.1.0.0)
Real-Time Payment Processing and Fraud Detection for the Mobile Age

(https://techopedia.tradepub.com/c/pubRD.mpl/?sr=ps&_t=ps:p_cn06hc4::ace&ch=2x3t&pc=w_sele214&_m=01.00ev.1.0.0)
Manufacturing ERP Requirements Gathering Template

(https://techopedia.tradepub.com/c/pubRD.mpl/?sr=ps&_t=ps:p_cn06hc4::ace&ch=2x3t&pc=w_coaj04&_m=01.00ev.1.0.0)
2019 Gartner Cool Vendors in AI for Marketing

(https://techopedia.tradepub.com/c/pubRD.mpl/?sr=ps&_t=ps:p_cn06hc4::ace&ch=2x3t&pc=w_thoc86&_m=01.00ev.1.0.0)
Five Ways Transitional Products Can Enhance Your Enterprise Software

---

## Featured Q&A

More of your questions answered by our Experts (/experts)

ezoic (https://www.ezoic.com/what-is-ezoic/)      report this a