# EXHIBIT 39

# DICTIONARY OF IBM & COMPUTING TERMINOLOGY

8307D01A



2

# A

**AA** (*ay-ay*) *n.* Administrative Assistant. An up-and-coming employee serving in a broadening assignment who supports a senior executive by arranging meetings and schedules, drafting and coordinating correspondence, assigning tasks, developing presentations and handling a variety of other administrative responsibilities. The AA's position is to be distinguished from that of the executive secretary, although the boundary line between the two roles is frequently blurred.

**access control** *n.* In computer security, the process of ensuring that the resources of a computer system can be accessed only by authorized users in authorized ways.

**acknowledgment** 1. *n.* The transmission, by a receiver, of acknowledge characters as an affirmative response to a sender. 2. *n.* An indication that an item sent was received.

**action plan** *n.* A plan. Project management is never satisfied by just a plan. The only acceptable plans are action plans. Also used to mean an *ad hoc* short-term scheme for resolving a specific and well defined problem.

**active program** *n.* Any program that is loaded and ready to be executed.

**active window** *n.* The window that can receive input from the keyboard. It is distinguishable by the unique color of its title bar and window border.

**added value** 1. *n.* The features or *bells and whistles* (see) that distinguish one product from another. 2. *n.* The additional peripherals, software, support, installation, etc., provided by a dealer or other third party.

**administrivia** *n.* Any kind of bureaucratic red tape or paperwork, IBM or not, that hinders the accomplishment of one's objectives or goals. Often, anything with a routing or *buck slip* (see) attached.

**Advanced Peer-to-Peer Networking (APPN)** *n.* An extension to SNA featuring (a) greater distributed network control that avoids critical hierarchical dependencies, thereby isolating the effects of single points of failure; (b) dynamic exchange of network topology information to foster ease of connection, reconfiguration, and adaptive route selection; (c) dynamic definition of network resources; and (d) automated resource registration and directory lookup. APPN extends the LU 6.2 peer orientation for end-user services to network control and supports multiple LU types, including LU 2, LU 3, and LU 6.2.

**agent** 1. *n.* In systems management, a user that, for a particular interaction, has assumed an agent role. 2. *n.* An entity that represents one or more managed objects by (a) emitting notifications regarding the objects and (b) handling requests from managers for management

8307D01A