# EXHIBIT 41



800-53/800-53A REV4

# NIST Special Publication 800-53 (Rev. 4)

Security and Privacy Controls for Federal Information Systems and Organizations

## AC-11 SESSION LOCK

**Family:** AC - ACCESS CONTROL

**Class:**

**Priority:** P3 - Implement P3 security controls after implementation of P1 and P2 controls.

**Baseline Allocation:**

| Low | Moderate | High |
|---|---|---|
| N/A | AC-11 (1) | AC-11 (1) |

## Jump To:

Revision 4 Statements
Control Description
Supplemental Guidance
References

All Controls > AC > **AC-11**

# Control Description

**The information system:**

a. Prevents further access to the system by initiating a session lock after [Assignment: organization-defined time period] of inactivity or upon receiving a request from a user; and

b. Retains the session lock until the user reestablishes access using established identification and authentication procedures.

# Supplemental Guidance

Session locks are temporary actions taken when users stop work and move away from the immediate vicinity of information systems but do not want to log out because of the temporary nature of their absences. Session locks are implemented where session activities can be determined. This is typically at the operating system level, but can also be at the application level. Session locks are not an acceptable substitute for logging out of information systems, for example, if organizations require users to log out at the end of workdays.

Related to: AC-7

# Control Enhancements

**AC-11(1)** SESSION LOCK | PATTERN-HIDING DISPLAYS

**The information system conceals, via the session lock, information previously visible on the display with a publicly viewable image.**

Supplemental Guidance: Publicly viewable images can include static or dynamic images, for example, patterns used with screen savers, photographic images, solid colors, clock, battery life indicator, or a blank screen, with the additional caveat that none of the images convey sensitive information.

# References

| | |
|---|---|
| **OMB Memorandum 06-16** | https://www.whitehouse.gov/sites/whitehouse.gov/files/omb/memoranda/2006/m06-16.pdf |

NVD - Control - AC-11 - SESSION LOCK

## 800-53 (Rev. 4)

**Security Controls**

Low-Impact

Moderate-Impact

High-Impact

**Other Links**

Families

Search

National Institute of Standards and Technology
U.S. Department of Commerce
HEADQUARTERS
100 Bureau Drive
Gaithersburg, MD 20899
Webmaster | Contact Us | Our Other Offices
GENERAL
NVD Dashboard
News
Email List
FAQ
Visualizations
VULNERABILITIES
Search & Statistics
Full Listing
Categories
Data Feeds
Vendor Comments
VULNERABILITY METRICS
CVSS V3 Calculator
CVSS V2 Calculator
PRODUCTS
CPE Dictionary
Information Technology Laboratory (ITL)
National Vulnerability Database (NVD)
Announcement and Discussion Lists
General Questions & Webmaster Contact
Email: nvd@nist.gov
Incident Response Assistance and Non-NVD Related Technical Cyber Security Questions:
US-CERT Security Operations Center
Email: soc@us-cert.gov
Phone: 1-888-282-0870
Sponsored by
DHS/NCCIC/US-CERT

https://nvd.nist.gov/800-53/Rev4/control/AC-11[1/13/2020 6:52:59 PM]

CPE Search
CPE Statistics
SWID

CONFIGURATIONS (CCE)

CONTACT NVD

OTHER SITES

Checklist (NCP) Repository
800-53 Controls
SCAP Validated Tools
SCAP
USGCB

SEARCH

Vulnerability Search
CPE Search

Privacy Statement | Privacy Policy | Security Notice | Accessibility Statement | NIST Privacy Program | No Fear Act Policy

Disclaimer | FOIA | Environmental Policy Statement | Cookie Disclaimer | Scientific Integrity Summary | NIST Information Quality Standards

Business USA | Healthcare.gov | Science.gov | USA.gov