# EXHIBIT 42

NVD - Control - AC-12 - SESSION TERMINATION



# NATIONAL VULNERABILITY DATABASE

Information Technology Laboratory

NVD MENU

800-53/800-53A | REV4

## NIST Special Publication 800-53 (Rev. 4)

Security and Privacy Controls for Federal Information Systems and Organizations

### AC-12 SESSION TERMINATION

Family: AC - ACCESS CONTROL
Class:
Priority: P2 - Implement P2 security controls after implementation of P1 controls.

| Baseline Allocation: | Low | Moderate | High |
|---|---|---|---|
| | N/A | AC-12 | AC-12 |

**800-53 (Rev. 4)**

Security Controls
Low-Impact
Moderate-Impact
High-Impact
Other Links
Families
Search

**Jump To:**

Revision 4 Statements
Control Description
Supplemental Guidance
References

All Controls > AC > AC-12

### Control Description

The information system automatically terminates a user session after [Assignment: organization-defined conditions or trigger events requiring session disconnect].

### Supplemental Guidance

This control addresses the termination of user-initiated logical sessions in contrast to SC-10 which addresses the termination of network connections that are associated with communications sessions (i.e., network disconnect). A logical session (for local, network, and remote access) is initiated whenever a user (or process acting on behalf of a user) accesses an organizational information system. Such user sessions can be terminated (and thus terminate user access) without terminating network sessions. Session termination terminates all processes associated with a user's logical session except those processes that are specifically created by the user (i.e., session owner) to

NVD - Control - AC-12 - SESSION TERMINATION

continue after the session is terminated. Conditions or trigger events requiring automatic session termination can include, for example, organization-defined periods of user inactivity, targeted responses to certain types of incidents, time-of-day restrictions on information system use.

Related to: SC-10, SC-23

## Control Enhancements

**AC-12(1)** SESSION TERMINATION | USER-INITIATED LOGOUTS / MESSAGE DISPLAYS
The information system:

AC-12 (1)(a) Provides a logout capability for user-initiated communications sessions whenever authentication is used to gain access to [Assignment: organization-defined information resources]; and

AC-12 (1)(b) Displays an explicit logout message to users indicating the reliable termination of authenticated communications sessions.

*Supplemental Guidance:* Information resources to which users gain access via authentication include, for example, local workstations, databases, and password-protected websites/web-based services. Logout messages for web page access, for example, can be displayed after authenticated sessions have been terminated. However, for some types of interactive sessions including, for example, file transfer protocol (FTP) sessions, information systems typically send logout messages as final messages prior to terminating sessions.

## References

None.

---

**NIST**
National Institute of Standards and Technology
U.S. Department of Commerce

**HEADQUARTERS**
100 Bureau Drive
Gaithersburg, MD 20899

Webmaster | Contact Us | Our Other Offices

| GENERAL | VULNERABILITY METRICS | CONTACT NVD | |
|---|---|---|---|
| NVD Dashboard | CVSS V3 Calculator | OTHER SITES | Information Technology Laboratory (ITL) |
| News | CVSS V2 Calculator | Checklist (NCP) Repository | National Vulnerability Database (NVD) |
| Email List | PRODUCTS | 800-53 Controls | Announcement and Discussion Lists |
| FAQ | CPE Dictionary | SCAP Validated Tools | General Questions & Webmaster Contact |
| Visualizations | CPE Search | SCAP | Email: nvd@nist.gov |
| VULNERABILITIES | CPE Statistics | USGCB | Incident Response Assistance and Non-NVD |
| Search & Statistics | SWID | SEARCH | Related Technical Cyber Security Questions: |
| Full Listing | CONFIGURATIONS (CCE) | Vulnerability Search | US-CERT Security Operations Center |
| Categories | | CPE Search | |

Data Feeds
Vendor Comments

Email: soc@us-cert.gov
Phone: 1-888-282-0870

Sponsored by
DHS/NCCIC/US-CERT

Privacy Statement | Privacy Policy | Security Notice | Accessibility Statement | NIST Privacy Program | No Fear Act Policy
Disclaimer | FOIA | Environmental Policy Statement | Cookie Disclaimer | Scientific Integrity Summary | NIST Information Quality Standards
Business USA | Healthcare.gov | Science.gov | USA.gov