# EXHIBITS 1-22
# Filed Under Seal