# EXHIBITS 24-30
# Filed Under Seal