# EXHIBITS 46-97
# Filed Under Seal