IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| This document relates to:<br><br>ALL PENDING CASES except *i3* | Hon. Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

**SUPPLEMENT TO DEFENDANTS' MOTION
TO BAR PLAINTIFFS' NEW "INITIAL CONSPIRACY" THEORY**

On October 14, 2019, Defendants moved to bar Plaintiffs from expanding their theory of the case in their expert reports. As Defendants explained, for years the cases in this MDL proceeded on Plaintiffs' claims of a February 2015 conspiracy to block hostile integrators on Defendants' respective DMSs. This theory is set out in each of Plaintiffs' Complaints. In August 2019, however, Plaintiffs' economic and damages experts—Dr. Mark Israel and Catharine Lawton for the Individual/Vendor Plaintiffs, and Dr. Michael Williams for the dealers—asserted a very different theory.

When Defendants filed their reply brief in November 2019, they had taken the deposition of only one of the experts, Dr. Williams,

**PUBLIC REDACTED VERSION**

█████████████████████████████████████████████

Since then, Dr. Israel and Ms. Lawton have also sat for depositions.

Like Dr. Williams, Dr. Israel and Ms. Lawton █████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

Ms. Lawton similarly testified that ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████ For that reason, and the reasons set out in Defendants'

earlier briefing, the Court should bar Plaintiffs' new conspiracy theory.

2

Dated: February 28, 2020

/s/ *Aundrea K. Gulley*
Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant*
*CDK Global, LLC*

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on February 28, 2020, I caused a true and correct copy of the foregoing **SUPPLEMENT TO DEFENDANTS' MOTION TO BAR PLAINTIFFS' NEW "INITIAL CONSPIRACY" THEORY** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties at the following email address:

SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com

>    */s/ Britt M. Miller*
>    Britt M. Miller
>    MAYER BROWN LLP
>    71 South Wacker Drive
>    Chicago, IL 60606
>    (312) 782-0600
>    bmiller@mayerbrown.com