# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                              Plaintiff,

v.                                       Case No.: 1:18−cv−00864

                                           Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The following motions ([863], [877], [879], [881], [883], [885], and [887]) noticed up before Judge Dow for 3/5/2020 are stricken and reset to Monday, 3/9/2020 at 10:00 a.m. For further details see Judge Dow's web page. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.