# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                        Plaintiff,

v.                                      Case No.: 1:18−cv−00864

                                      Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2020:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: On 11/19/18, the Court issued an Order [442] on Defendants' Omnibus Motion to Compel Certain Plaintiffs' Compliance with their Discovery Obligations in Response to Defendants' Written Discovery Requests [312]. The Motion was granted in part, denied in part and taken under advisement in part. See generally [442]. The Court took under advisement issues related to discovery on data security, data integrity and system performance. The Court agreed with CDK that it was entitled to some discovery on these issues, but the question was how much discovery and whether the documents Plaintiffs had agreed to produce in response to Defendants' requests for production would be sufficient for Defendants' legitimate purposes. On the record at the time, the Court did not have enough information on what types of documents had been produced and whether Defendants' requests could be narrowed to obtain the information they were seeking so that the burden would not be too great on Plaintiffs to produce such information. The Court ordered the parties to meet and confer based on the Court's initial ruling to see if they could narrow this issues and even potentially resolve their disputes based on the Court's preliminary comments. To date, the Court has not heard from the parties on the status these issues. Given the passage of time, and for docket control purposes, the Court denies without prejudice the portion of Defendants' Omnibus Motion to Compel Certain Plaintiffs' Compliance with their Discovery Obligations in Response to Defendants' Written Discovery Requests [312] that was taken under advisement. If these issues have not been resolved and the parties need a court ruling, the parties should file a joint submission regarding the progress made during the meet and confer process required by the Court and set forth the remaining disputed issue(s) and the parties' respective position(s) on any such dispute(s). If the parties would rather address any issues on the record without further written submission, then they should contact the Court's courtroom deputy to schedule a date and time to do so. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.