**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:*<br>ALL ACTIONS EXCEPT *i3 Brands, Inc., et al. v. CDK Global, LLC, et al.*, No. 19-cv-1412 | Hon. Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

## JOINT MOTION FOR STATUS CONFERENCE

Plaintiffs Authenticom, Inc., Loop, LLC, Motor Vehicle Software Corporation, and the Dealership Plaintiffs (collectively "Plaintiffs") and Defendants CDK Global, LLC and The Reynolds & Reynolds Company (collectively "Defendants") jointly move this Court for a status hearing on Tuesday, March 10, 2020 to discuss page limits for their memoranda of law and the number of statements of undisputed material facts to be submitted in connection with their respective forthcoming dispositive motions. In support of their joint motion, the parties state as follows:

1. The parties' dispositive motions currently are due on April 1, 2020. *See* Dkt. 856.

2. In connection with those motions, the parties anticipate needing more pages for their memoranda of law and more statements of undisputed material facts than provided for by Local Rules 7.1 (Briefs) and 56.1 (Motions for Summary Judgment).

3. The parties have met-and-conferred on several occasions in an effort to reach agreement, but despite their best efforts have been unable to do so. They therefore seek guidance from the Court.

4. Unless otherwise ordered by the Court, the parties intend to simultaneously file short position papers of no more than five pages per side on both issues by this Friday, March 5 at 5:00 pm Central.

5.      The parties further request that out-of-state counsel be allowed to participate by telephone at any status conference scheduled by the Court on this matter.

Dated:  March 4, 2020

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
Daniel V. Dorris
Joshua Hafenbrack
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
ddorris@kellogghansen.com
jhafenbrack@kellogghansen.com

*Counsel for Authenticom, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
Elizabeth McKenna
Milberg Phillips Grossman LLP
One Pennsylvania Plaza, 19th Floor
New York, NY  10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Plaintiffs*

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendants CDK Global, LLC*

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

2

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on March 4, 2020, I caused a true and correct copy of the foregoing **JOINT MOTION FOR STATUS CONFERENCE**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
E-mail: bmiller@mayerbrown.com