IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This Document Relates To:* | ) ) ) Hon. Robert M. Dow, Jr. |
| i3 Brands, Inc., et al. v. CDK Global, LLC, et al., et al., No. 1:19-CV-01412 | ) ) |

**JOINT STATUS REPORT ON ARBITRATION**

Pursuant to the Court's February 20, 2020 Memorandum Opinion and Order, Dkt. 857, Plaintiffs i3 Brands, Inc. and PartProtection, LLC, and Defendants CDK Global, LLC, and The Reynolds and Reynolds Company file this Joint Status Report. Plaintiffs and Reynolds have met and conferred regarding the location of arbitration and have been unable to reach agreement. Plaintiffs and Reynolds are at an impasse and will submit the issue of the location of the arbitration to the American Arbitration Association in accordance with the terms of the arbitration agreements.

DATED: March 4, 2020

Respectfully submitted,

*/s/ Aundrea K. Gulley*
Aundrea K. Gulley
agulley@gibbsbruns.com
Kathy Patrick
kpatrick@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson
bwilkinson@gibbsbruns.com
Ross M. MacDonald
rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300

Houston, Texas 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903

*Attorneys for Defendant The Reynolds and Reynolds Company*

/s/ Britt M. Miller
Britt M. Miller
Michael A. Scodro
Daniel T. Fenske
Matthew D. Provance
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
**MAYER BROWN LLP**
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Attorneys for Defendant CDK Global, LLC*

/s/ Anton Handal
Anton Handal
**MURCHISON CUMMING LLP**
750 B. Street, Suite 2550
San Diego, CA 92101
thandal@murchisonlaw.com
Pamela Chalk
pchalk@murchisonlaw.com
Jennifer Lacroix
jlacroix@salawus.com

*Attorneys for Plaintiffs i3 Brands, Inc, and PartProtection, LLC*

2