# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| ALL ACTIONS EXCEPT *i3 Brands, Inc. et al. v. CDK Global LLC, et al.*, No. 1:19-cv-1412 | Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday, March 10, 2020, at 9:15 a.m.** or as soon thereafter as counsel may be heard, we will appear before Judge Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties' Joint Motion for Status Conference, a copy of which is attached and served upon you.

Dated:  March 4, 2020                                     Respectfully submitted,

| | |
|---|---|
| */s/ Derek T. Ho* | */s/ Peggy J. Wedgworth* |
| Derek T. Ho | Peggy J. Wedgworth |
| Daniel V. Dorris | Elizabeth McKenna |
| Joshua Hafenbrack | Milberg Phillips Grossman LLP |
| KELLOGG, HANSEN, TODD, | One Pennsylvania Plaza, 19th Floor |
| FIGEL & FREDERICK, PLLC | New York, NY  10119 |
| 1615 M Street, N.W., Suite 400 | (212) 594-5300 |
| (202) 326-7900 | pwedgworth@milberg.com |
| Washington, D.C. 20036 | emckenna@milberg.com |
| dho@kellogghansen.com | |
| ddorris@kellogghansen.com | *Interim Lead Counsel for the Dealership Plaintiffs* |
| jhafenbrack@kellogghansen.com | |
| | |
| *Counsel for Authenticom, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.* | |
| | |
| /s/ *Britt M. Miller* | */s/ Aundrea K. Gulley* |
| Britt M. Miller | Aundrea K. Gulley |
| Matthew D. Provance | Brian T. Ross |
| MAYER BROWN LLP | GIBBS & BRUNS LLP |
| 71 South Wacker Drive | 1100 Louisiana Street, Suite 5300 |
| Chicago, IL 60606 | Houston, TX 77002 |
| (312) 782-0600 | (713) 751-5258 |
| bmiller@mayerbrown.com | agulley@gibbsbruns.com |
| mprovance@mayerbrown.com | bross@gibbsbruns.com |
| | |
| Mark W. Ryan | Michael P.A. Cohen |
| MAYER BROWN LLP | SHEPPARD MULLIN RICHTER & HAMPTON, LLP |
| 1999 K Street NW | 2099 Pennsylvania Ave., NW, Suite 100 |
| Washington, DC 20006 | Washington, DC 20006 |
| (202) 263-3000 | (202) 747-1900 |
| mryan@mayerbrown.com | mcohen@sheppardmullin.com |
| | |
| *Counsel for Defendants CDK Global, LLC* | *Counsel for Defendant The Reynolds and Reynolds Company* |

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on March 4, 2020, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                      */s/ Britt M. Miller*
                      Britt M. Miller
                      MAYER BROWN LLP
                      71 South Wacker Drive
                      Chicago, IL 60606
                      Phone: (312) 782-0600
                      Fax: (312) 701-7711
                      E-mail: bmiller@mayerbrown.com