# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

| | |
|---|---|
| Dealer Management Systems Antitrust Litigation, et al.<br><br>Plaintiff,<br><br>v.<br><br>CDK Global, LLC, et al.<br><br>Defendant. | Case No.: 1:18−cv−00864<br>Honorable Robert M. Dow Jr. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2020:

MINUTE entry before the Honorable Robert M. Dow, Jr: Joint motion by Defendants CDK Global, LLC, Reynolds and Reynolds Company for status conference is granted. The status hearing set for 3/9/2020 is stricken and is reset to 3/10/2020 at 10:30 a.m. Motion to allow out−of−state counsel to participate by telephone for the status hearing set for 3/10/2020 at 10:30 a.m. is granted. The Court's toll−free call−in number 877−336−1829, conference access code is 6963747. Also, the following motions [859], [863], [867], [873], [877], [879], [881], [883], [885], and [887] set for 3/9/2020 are reset to 3/10/2020 at 10:30 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.