**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 1:18-cv-00864 |
| This Document Relates to:<br><br>*Authenticom, Inc. v. CDK Global, LLC*, *et al.,*<br>Case No. 1:18-cv-00868 (N.D. Ill.) | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**MOTION FOR WITHDRAWAL OF COUNSEL AND REQUEST
REMOVAL FROM SERVICE LIST**

I, Michelle M. Umberger, of Perkins Coie LLP hereby move to withdraw Jesse J. Bair as counsel for Defendant The Reynolds and Reynolds Company in the above-captioned matter. Mr. Bair will no longer be employed by the firm of Perkins Coie LLP as of February 29, 2020. The Reynolds and Reynolds Company continue to be represented by John S. Skilton, Michelle M. Umberger, Charles G. Curtis, Jr., Brandon M. Lewis and Kathleen A. Stetsko of Perkins Coie LLP, Kathy D. Patrick, Aundrea K. Gulley, Brice A. Wilkinson, Brian T. Ross, Ross M MacDonald and Justin D. Patrick of Gibbs & Bruns, LLP and Michael P.A. Cohen, Amar Shrinivas Naik and James Landon McGinnis of Sheppard of Mullin Richter & Hampton LLP. and all future correspondence and papers in this action should continue to be directed to them.

## CERTIFICATE OF SERVICE

I, Michelle M. Umberger, an attorney, hereby certify that on March 6th, 2020 I caused a true and correct copy of the foregoing **NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL AND REQUEST REMOVAL FROM SERVICE LIST** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

- 3 -

|  |  |
|---|---|
| Dated: March 6th, 2020. | Respectfully Submitted: |
|  | s/ *Michelle M. Umberger* |
|  | John S. Skilton<br>JSkilton@perkinscoie.com<br>Charles G. Curtis, Jr.<br>CCurtis@perkinscoie.com<br>Michelle M. Umberger<br>MUmberger@perkinscoie.com<br>Brandon M. Lewis<br>BLews@perkinscoie.com<br>**PERKINS COIE LLP**<br>33 East Main Street, Suite 201<br>Madison, WI 53703<br>Telephone: 608-663-7460 |
|  | Kathleen Ann Stetsko<br>kstetsko@perkinscoie.com<br>**Perkins Coie LLP**<br>131 South Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>Telephone: 312-324-8400 |

Kathy Patrick
kpatrick@gibbsbruns.com
Aundrea K. Gulley
agulley@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson
bwilkinson@gibbsbruns.com
Ross M. MacDonald
rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805

Michael P.A. Cohen
MCohen@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Telephone: 202-747-1900

Amar S. Naik
ANaik@sheppardmullin.com
John L. McGinnis
jmcginnis@sheppardmullin.com
**Sheppard Mullin Richter & Hampton LLP**
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
Telephone: 415-434-9100

147300380.1