**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Authenticom, Inc. v. CDK Global, LLC, et al.,*<br>Case No. 1:18-cv-00868 (N.D. Ill.) | MDL No. 2817<br>Case No. 1:18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL AND REQUEST REMOVAL FROM SERVICE LIST**

To: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, March 17, 2020 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead in Room No. 2303, in the Dirksen Federal Building at 219 S. Dearborn St., Chicago, Illinois 60604 and there and then present, the Motion for Withdrawal of Counsel and Request Removal from Service List, at which time and place you may appear if you see fit.

## **CERTIFICATE OF SERVICE**

I, Michelle M. Umberger, an attorney, hereby certify that on March 6, 2020 I caused a true and correct copy of the foregoing **NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL AND REQUEST REMOVAL FROM SERVICE LIST** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

- 3 -

Dated:  March 6, 2020.                    Respectfully Submitted:

                                          s/ *Michelle M. Umberger*

                                          John S. Skilton
                                          JSkilton@perkinscoie.com
                                          Charles G. Curtis, Jr.
                                          CCurtis@perkinscoie.com
                                          Michelle M. Umberger
                                          MUmberger@perkinscoie.com
                                          Brandon M. Lewis
                                          BLews@perkinscoie.com
                                          **PERKINS COIE LLP**
                                          33 East Main Street, Suite 201
                                          Madison, WI 53703
                                          Telephone:  608-663-7460

                                          Kathleen Ann Stetsko
                                          kstetsko@perkinscoie.com
                                          **Perkins Coie LLP**
                                          131 South Dearborn Street, Suite 1700
                                          Chicago, IL 60603-5559
                                          Telephone:  312-324-8400

Kathy Patrick
kpatrick@gibbsbruns.com
Aundrea K. Gulley
agulley@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson
bwilkinson@gibbsbruns.com
Ross M. MacDonald
rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805

Michael P.A. Cohen
MCohen@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Telephone: 202-747-1900

Amar S. Naik
ANaik@sheppardmullin.com
John L. McGinnis
jmcginnis@sheppardmullin.com
**Sheppard Mullin Richter & Hampton LLP**
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
Telephone: 415-434-9100