# EXHIBIT B

| | |
|---|---|
| **From:** | Wedgworth, Peggy <pwedgworth@milberg.com> |
| **Sent:** | Wednesday, March 04, 2020 9:50 AM |
| **To:** | Aundrea K Gulley; Dorris, Daniel V.; SERVICE-EXTERNAL-DMS-MDL |
| **Cc:** | Miller, Britt M.; Reynolds Team |
| **Subject:** | [EXTERNAL] RE: In Re DMS: Follow up to M&C and Joint Request for Conference |
| **Attachments:** | MDL 2817 - Joint Motion for Status Hearing Plaintiff edits.docx |

Andi and Britt,

Thank you for the meet and confer. The below summarizes what we understand to be our respective positions.

Plaintiffs' proposal is outlined in Peggy's email of March 2, 2020. To be clear, this is our counterproposal to the proposal in Andi's February 25 email. That proposal is:

- On the briefing page limits, we have proposed a 100 / 100 / 50 split per side (i.e., Plaintiff and Defendant), all-inclusive of claims and counterclaims.

- For the 56.1 statements, we have offered a 240-paragraph / 120-paragraph split per side (i.e., Plaintiff and Defendant), all-inclusive of claims and counterclaims.

Defendants' proposal is outlined in Andi's email of February 25, 2020. That proposal is:

- On the briefing page limits:

  o With respect to Defendants' affirmative summary judgment motions on Plaintiffs' antitrust claims, Defendants propose a 240 / 240 / 120 page split.

  o With respect to the counterclaims, Reynolds's affirmative brief (already on file) is the only one on Defendants' side. Under Defendants' proposal, Authenticom would have up to 30 pages for its opposition and Reynolds would have 15 pages for its reply. As to Plaintiffs affirmative summary judgment motions on Defendants' counterclaims, Defendants propose a 120 / 120 / 60 page split.

- On the statement of facts, Defendants propose a 240/120 split on the "common issues" and then separate statements of facts for each individual case, as laid out in Andi's email.

On our call, the parties reached a tentative agreement to make simultaneous submissions to the Court of no more than five pages, by 5 PM CST this Friday (March 6). The parties will attempt to get a hearing before Judge Dow on Tuesday, March 10. Britt also represented she would respond to Dealers' letter today regarding whether CDK is pursuing breach of contract counterclaims against dealers.

We intend to present our proposal to the court unless CDK and Reynolds have another proposal for us to consider. We agree to the proposed submission process to the Court today with our edits in the attached document.

Thanks,
Peggy and Dan

Peggy Wedgworth, Esq.
Partner



One Pennsylvania Plaza, Suite 1920
New York, New York 10119
**Main**: (212) 594-5300
**Direct**: (646) 515-1269
**Email**: pwedgworth@milberg.com
WWW.MILBERG.COM

Link to Bio

Confidentiality Notice: This E-mail or Fax (including attachments) is covered by the Electronic Communications Act, 18 U.S.C.2210-2521, is confidential and may be legally privileged. This communication is intended solely for the use of the individual(s) named above.  If you are not one of the intended addressees or you believe you may have received this communication in error, the reader is hereby notified that any consideration, dissemination or duplication of this communication is strictly prohibited.  In addition, you shall not print, copy, retransmit, disseminate or otherwise use this information in any form without first receiving specific written permission from the author of this communication. If you have received this communication in error, please reply to the sender indicating that fact and destroy the message.

**From:** Aundrea K Gulley <agulley@gibbsbruns.com>
**Sent:** Tuesday, March 3, 2020 9:29 PM
**To:** Wedgworth, Peggy <pwedgworth@milberg.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; SERVICE-EXTERNAL-DMS-MDL <SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com>
**Cc:** Miller, Britt M. <BMiller@mayerbrown.com>; Reynolds Team <ReynoldsTeam@gibbsbruns.com>
**Subject:** In Re DMS: Follow up to M&C and Joint Request for Conference


Dan and Peggy,

As a follow up to our call today, and in light of the Court's available near term hearing dates, Defendants propose filing a short joint request for a status conference tomorrow that would allow us to set the hearing for Tuesday, March 10.  (Tomorrow is the last day we could file a motion and have it set for March 10).  Specifically, we propose filing the attached draft "Joint Motion for Status Conference." Please let us know if this is acceptable.

Thank you,
Andi

**Aundrea K. Gulley** | **Gibbs & Bruns LLP** | 1100 Louisiana Suite 5300 | Houston, TX 77002 | 713.650.8805 firm | 713.751.5258 direct | 713.750.0903 fax | agulley@gibbsbruns.com | www.gibbsbruns.com