**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION, MDL 2817 | Case No. 1:18-CV-00864 |
| | Hon. Robert M. Dow, Jr. |
| *This filing relates to:* | Magistrate Judge Jeffrey T. Gilbert |
| *i3 Brands, Inc., et al. v. CDK Global, LLC, et al., et al.*, No. 1:19-CV-01412 (N.D. Ill.) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF PLAINTIFF i3'S CLAIMS AGAINST DEFENDANT CDK**

WHEREAS, Plaintiffs i3 Brands, Inc. and PartProtection, LLC (collectively "i3"), and Defendant CDK Global, LLC ("CDK") have resolved the claims brought by i3 against CDK in the above-referenced litigation;

IT IS HEREBY STIPULATED, by and between i3 and CDK, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, i3's Complaint as to and against CDK, originally filed on February 4, 2019 in Case No. 3:19-CV-00252 (S.D. Cal.), which was subject to Conditional Transfer Order No. 3 issued by the Judicial Panel on Multidistrict Litigation, MDL No. 2817 (Dkt. 90), and transferred to this Court on February 22, 2019 to Case No. 1:19-CV-01412 (N.D. Ill.), and all of i3's claims against CDK in these MDL proceedings including but not limited to those in i3's First Amended Complaint, filed November 25, 2019, are hereby voluntarily dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs, including but not limited to those provided for by Federal Rules of Civil Procedure 54.

This Stipulation has no bearing upon, and shall not affect, any other claims or parties in this MDL. All parties reserve their rights with respect thereto.

Dated: March 9, 2020

/s/ *Anton Handal*
Anton Handal
MURCHISON & CUMMING LLP.
Symphony Towers
750 B. Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 890-6400
Thandal@murchisonlaw.com

*Counsel for i3 Brands, Inc. and PartProtection, LLC*

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Phone: (202) 263-3000
mryan@mayerbrown.com

*Counsel for CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on March 9, 2020, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF i3'S CLAIMS AGAINST DEFENDANT CDK** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ *Britt M. Miller*
      Britt M. Miller