**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Choose an item.

| | |
|---|---|
| In Re: Dealer Management Systems Antitrust Litigation , | |
| Plaintiff(s), | Case No. 18-cv-864, MDL 2817 |
| v. | Judge Robert M. Dow |
| , | |
| Defendant(s). | |

## ORDER

Motion by Attorney Michael N. Nemelka to withdraw as attorney for Authenticom, Inc., Autoloop, Loop LLC, and Motor Vehicle Software Corporation [854] is granted. Motion by Attorney Jesse J. Blair to withdraw as attorney for Reynolds and Reynolds Company, and Reynolds and Reynolds Company [909] is granted.

Date: 3/10/2020                    /s/ Judge Dow