**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re DMS Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br>       , <br><br> Defendant(s). | Case No.  18-cv-864, (MDL 2817) <br> Judge |

## **ORDER**

Pursuant to the stipulation of dismissal [913] filed on 3/9/2020 and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, i3's Complaint as to and against CDK, originally filed on February 4, 2019 in Case No. 3:19-CV-00252 (S.D. Cal.), which was subject to Conditional Transfer Order No. 3 issued by the Judicial Panel on Multidistrict Litigation, MDL No. 2817 (Dkt. 90), and transferred to this Court on February 22, 2019 to Case No. 1:19-CV-01412 (N.D. Ill.), and all of i3's claims against CDK in these MDL proceedings including but not limited to those in i3's First Amended Complaint, filed November 25, 2019, are hereby voluntarily dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs, including but not limited to those provided for by Federal Rules of Civil Procedure 54.

Date:  3/10/2020                                                                /s/ Judge Dow