UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

          Plaintiff,

v.

CDK Global, LLC, et al.

          Defendant.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. In regard to the dispute over page limits for summary judgment briefing [see 911, 912], counsel are directed to file by 3/11/2020 short supplemental memoranda setting out the claims on which each side will seek summary judgment so that the Court may better evaluate the parties' respective positions on setting limits on oversized briefing. Other motions noticed for 3/10/2020, including MDL Plaintiffs' motion to exclude the expert testimony of Edward M. Stroz [859], Defendant The Reynolds and Reynolds Company's motion to exclude the opinions and proffered testimony of Plaintiff MVSC's expert Gordon Klein [863], MDL Plaintiffs' motion to exclude the expert testimony of Daniel L. Rubinfeld [867], MDL Plaintiffs' motion to exclude the expert testimony of Dr. Kevin Murphy [873], Defendants' motion to exclude certain opinions and proffered testimony of Dr. Mark Israel [877], Defendants' motion to exclude the opinions and proffered testimony of Ms. Catharine Lawton [879], Defendant CDK Global, LLC's motion to exclude the opinions and proffered testimony of Dr. Michael A. Williams [881], Defendants' motion to exclude certain opinions and proffered testimony of Mr. Allen Stejskal [883], Defendants' motion to exclude the opinions and proffered testimony of Ms. Nancy Miracle [885], Defendants' motion to exclude the opinions and proffered testimony of Mr. Brian Halpin [887] are taken under advisement and will be briefed according to the previously established, agreed briefing schedule. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.