# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION ) ) ) ) | MDL No. 2817 <br> Case No. 1:18-CV-00864 |
| _____ ) ) | |
| *This Document Relates To:* ) ) | Hon. Robert M. Dow, Jr. |
| ALL ACTIONS ) ) ) | Hon. Jeffrey Gilbert |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, March, 19 2020, at 9:15 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Magistrate Judge Jeffrey T. Gilbert or any judge sitting in his stead, in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant CDK Global, LLC's Motion to Clarify and Reconsider March 4, 2020 Order (Dkt. 903), a copy of which is attached and served upon you through the CM/ECF filing system.

Dated:  March 13, 2020

Respectfully submitted,

/s/ *Matthew D. Provance*
Matthew D. Provance
Britt M. Miller
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant*
*CDK Global, LLC*

**CERTIFICATE OF SERVICE**

      I, Matthew D. Provance, an attorney, hereby certify that on March 13, 2020, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        */s/ Matthew D. Provance*
                                        Matthew D. Provance
                                        MAYER BROWN LLP
                                        71 South Wacker Drive
                                        Chicago, IL 60606
                                        (312) 782-0600
                                        mprovance@mayerbrown.com