IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-00864 |
| This document relates to: *Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | Hon. Robert M. Dow, Jr.  Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S
MOTION FOR LEAVE TO FILE ITS PROPOSED AMENDED ANSWER AND
AFFIRMATIVE DEFENSES**

Defendant The Reynolds and Reynolds Company ("Reynolds"), pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, respectfully moves this Court for leave to file its proposed Amended Answer and Affirmative Defenses to Plaintiff Motor Vehicle Software Corp.'s Second Amended Complaint.

In support of this motion, Reynolds incorporates by reference the memorandum of law filed concurrently herewith, any reply memorandum that Reynolds may file, and any oral argument the Court may allow at a hearing on this motion.

[Signature block on following page]

-2-

Dated: March 18, 2020                    Respectfully submitted,

/s/ *Leo D. Caseria*

Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

-3-

## CERTIFICATE OF SERVICE

I, Leo D. Caseria, an attorney, hereby certify that on March 18, 2020, I caused a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE ITS PROPOSED AMENDED ANSWER AND AFFIRMATIVE DEFENSES** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Leo D. Caseria*
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
lcaseria@sheppardmullin.com