**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| This document relates to: | Hon. Robert M. Dow, Jr. |
| *Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

To: All Counsel of Record

In light of the COVID-19 public emergency and the March 16, 2020 Amended General Order 20-0012 issued by the United States District Court for the Northern District of Illinois, Defendant The Reynolds and Reynolds Company ("Reynolds") hereby notices Defendant The Reynolds and Reynolds Company's Motion for Leave to File Its Proposed Amended Answer and Affirmative Defenses, a non-emergency motion, for presentment at a reasonable date and time to be determined by the Court. Reynolds will appear at such time before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 2388 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant The Reynolds and Reynolds Company's Motion for Leave to File Its Proposed Amended Answer and Affirmative Defenses, copies of which are attached and served upon you.

[Signature block on following page]

Dated: March 18, 2020  Respectfully submitted,

/s/ *Leo D. Caseria*

Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

## **CERTIFICATE OF SERVICE**

      I, Leo D. Caseria, an attorney, hereby certify that on March 18, 2020, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                             */s/      Leo D. Caseria*
                                             Leo D. Caseria
                                             SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                                             2099 Pennsylvania Avenue NW, Suite 100
                                             Washington, DC 20006
                                             (202) 747-1900
                                             lcaseria@sheppardmullin.com