# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                            Plaintiff,

v.

                                            Case No.: 1:18−cv−00864

                                            Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 20, 2020:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed Defendant Reynolds and Reynolds Company's Motion to Compel [929]. Reynolds already filed its supporting memorandum of law [931] under seal although without leave of court. Reynolds is hereby given leave to do so nunc pro tunc to 3/18/20. Reynolds and Plaintiff Motor Vehicle Software Corp. should confer about a briefing schedule for Reynolds Motion [929] and send an email to the Court's courtroom deputy with their agreed schedule. If the parties cannot agree to a briefing schedule, the Court's default schedule would be for MVSC to file its response to the Motion [929] by 4/7/20 and for Reynolds to file its reply in support of its Motion [929] by 4/21/20. The parties should promptly email the Court's courtroom deputy if they want to adopt the Court's default schedule or propose a different agreed schedule. If the parties propose a different schedule, then the Court will enter that schedule. (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.