**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Dealer Management Systems Antitrust
Litigation, et al.

                                          Plaintiff,

v.                                                        Case No.: 1:18−cv−00864

                                                          Honorable Robert M. Dow
                                                          Jr.

CDK Global, LLC, et al.

                                          Defendant.

_____

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 24, 2020:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Per the parties' agreement, the briefing schedule on Defendant Reynolds and Reynolds Company's Motion to Compel [929] is modified as follows: Plaintiff MVSC to file its response to the Motion [929] by 4/17/20 and Reynolds to file its reply in support of its Motion [929] by 5/8/20.Mailed notice. (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.