**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION </br></br>This document relates to:</br></br>ALL CASES | ) MDL NO. 2817</br>) CASE NO. 1:18-CV-00864</br>)</br>)</br>) Hon. Robert M. Dow, Jr.</br>) Magistrate Judge Jeffrey T. Gilbert</br>)</br>)</br>)</br>) |

**MOTION TO WITHDRAW DEEPTI BANSAL AS COUNSEL FOR
RESPONDENT DOMINION ENTERPRISES, INC. AND
<u>REQUEST FOR REMOVAL FROM SERVICE LIST</u>**

Deepti Bansal, Esq. of Cooley LLP hereby moves to withdraw as counsel for Respondent Dominion Enterprises, Inc. ("Dominion") in the above-captioned litigation and requests the Clerk of the Court remove her email address from its ECF notifications in connection with this action. To the best of my knowledge, Jeffrey T. Norberg, Esq. of Neal & McDevitt, LLC and Marc G. Schildkraut, Esq. of Baker Hostetler LLP will continue to serve as counsel for Dominion and all future correspondence and papers in this litigation should continue to be directed to them.

Dated: April 7, 2020                    Respectfully submitted,

<u>/s/ Deepti Bansal</u>
Deepti Bansal (*pro hac vice*)
Cooley LLP
1299 Pennsylvania Ave, NW,
Suite 700
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
dbansal@cooley.com

Of Counsel:

Jeffrey T. Norberg, Ill. Bar No. 6315012
Neal & McDevitt, LLC
1776 Ash Street
Northfield, IL 60093
Tel:  (847) 881-2468
Fax:  (847) 441-0911
jnorberg@nealmcdevitt.com

Marc G. Schildkraut (*pro hac vice*)
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-5304
Tel:  (202) 861-1500
Fax:  (202) 861-1783
mschildkraut@bakerlaw.com

*Counsel for Respondent Dominion Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I, Deepti Bansal, hereby certify that on April 7, 2020, I caused true and correct copies of the foregoing to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system. All parties may access this filing through the Court's CM/ECF System.

/s/ Deepti Bansal
Deepti Bansal (*pro hac vice*)
Cooley LLP
1299 Pennsylvania Ave, NW,
Suite 700
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
dbansal@cooley.com

*Counsel for Respondent
Dominion Enterprises, Inc.*