**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION </br></br> This document relates to: </br></br> ALL CASES | ) MDL NO. 2817 </br> ) CASE NO. 1:18-CV-00864 </br> ) </br> ) </br> ) Hon. Robert M. Dow, Jr. </br> ) Magistrate Judge Jeffrey T. Gilbert </br> ) </br> ) </br> ) </br> ) |

**[PROPOSED] ORDER**

Upon consideration of the motion to withdraw Deepti Bansal, Esq. as counsel in the above-captioned action, the Court hereby ORDERS that Deepti Bansal be withdrawn as counsel for Respondent Dominion Enterprises, Inc.

FURTHERMORE, the Clerk of the Court is directed to remove Deepti Bansal from all service lists related to this above-captioned action.

IT IS SO ORDERED:


Date: _____                    _____
                                          Honorable Robert M. Dow, Jr.
                                          United States District Judge