**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18-cv-864 <br> Judge Robert M. Dow |

**ORDER**

Motion to withdraw Deepti Bansal as counsel for Respondent Dominion Enterprises, Ind. and request for removal from service list [939] is granted.


Date: 4/7/2020                                         /s/ Judge Dow