**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL ACTIONS EXCEPT *i3 Brands, Inc., et al. v. CDK Global, LLC, et al.*, No. 19-cv-1412 | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

**JOINT MOTION TO MODIFY THE CASE MANAGEMENT ORDER
IN LIGHT OF THE THIRD AMENDED GENERAL ORDER**

Dealership Class Plaintiffs, Vendor Class Plaintiff Loop, LLC, d/b/a AutoLoop, Plaintiff Authenticom, Inc., Plaintiff Motor Vehicle Software Corp. ("MVSC"), Defendant CDK Global, LLC ("CDK"), and Defendant The Reynolds and Reynolds Company ("Reynolds") (collectively, the "Parties"), by and through their undersigned counsel, submit this Joint Motion to Modify the Fourth Stipulated Amended Case Management Order (Dkt. 856) as to the briefing schedules applicable to Reynolds's Motion for Leave to File Its Proposed Amended Answer and Affirmative Defenses ("Motion to Amend"), Reynolds's Motion to Compel MVSC to Produce Its Settlement Agreement and 3PA Agreement with CDK ("Motion to Compel"), and the Parties' Summary Judgment and *Daubert* briefings.

On February 19, 2020, the Court entered the Fourth Stipulated Amended Case Management Order setting a *Daubert* briefing schedule with opening briefs to be filed by February 28, 2020, opposition briefs to be filed by April 10, 2020, and reply briefs to be filed by May 1, 2020, and a summary judgment briefing schedule with opening briefs to be filed by April 1, 2020, opposition briefs to be filed by May 22, 2020, and reply briefs to be filed by June 12, 2020. *See*

Dkt. 856. Pursuant to that schedule, on February 28, 2020, the Parties filed their opening *Daubert* motions (Dkts. 859 – 867, 870 – 897).

On March 16, 2020, the Court issued the Amended General Order (Dkt. 924) due to the Coronavirus pandemic, extending all deadlines in civil cases by 21 days from their current deadline set, which extended all briefing deadlines applicable to the *Daubert* and summary judgment briefs.

On March 18, 2020, Reynolds filed a Motion to Amend (Dkts. 925 – 928) and a Motion to Compel (Dkts. 929 – 932). The Parties met-and-conferred and agreed to a briefing schedule, which the Court entered on March 24, 2020. *See* Dkts. 935 & 936. That briefing schedule required oppositions to Reynolds's Motion to Amend and Motion to Compel to be filed by April 17, 2020, and replies to be filed by May 8, 2020.

On March 30, 2020, this Court issued the Second Amended General Order (Dkt. 938) due to the Coronavirus pandemic, extending all deadlines in civil cases by an additional 28 days, which extended the briefing schedule for the *Daubert* motions, the summary judgment motions, Reynolds's Motion to Compel, and Reynolds's Motion to Amend by another 28 days. On April 24, 2020, the Court issued the Third Amended General Order, extending all deadlines in civil cases by an "additional 28 days," but provided that this extension, "[f]or good cause," could be "extend[ed], shorten[ed], or revoke[d]."

The general orders issued by this Court regarding the Coronavirus pandemic have had the following effect on the briefing schedules for the pending motions:

**Table 1**

| Brief | Original Deadline | Deadline Under The Third Amended General Order |
|---|---|---|
| Summary Judgment Opening | April 1, 2020 | June 17, 2020 |
| Summary Judgment Opposition | May 22, 2020 | August 7, 2020 |
| Summary Judgment Reply | June 12, 2020 | August 28, 2020 |
| *Daubert* Opposition | April 10, 2020 | June 26, 2020 |

2

| | | |
|---|---|---|
| *Daubert* Reply | May 1, 2020 | July 17, 2020 |
| Motion to Amend & Motion to Compel Oppositions | April 17, 2020 | July 6, 2020 |
| Motion to Amend & Motion to Compel Replies | May 8, 2020 | July 24, 2020 |

The Parties have met-and-conferred regarding the current briefing schedule deadlines under the Third Amended General Order and agree that good cause exists to modify those deadlines. The Parties submit that the Third Amended General Order should not affect the immediate upcoming deadlines for the summary judgment opening briefs, the *Daubert* opposition briefs, and the oppositions to Reynolds's Motion to Compel and Motion to Amend in light of the amount of time the Parties have had to prepare those briefs. The Parties have also considered the effect of the Coronavirus pandemic on working conditions and have agreed to a modest extension of the deadlines for the remaining briefs. *See* Table 2.

**Table 2**

| Brief | Deadline Under The Third Amended General Order | Proposed New Deadline |
|---|---|---|
| Summary Judgment Opening | June 17, 2020 | May 20, 2020 |
| Summary Judgment Opposition | August 7, 2020 | July 28, 2020 |
| Summary Judgment Reply | August 28, 2020 | August 28, 2020 |
| *Daubert* Opposition | June 26, 2020 | May 29, 2020 |
| *Daubert* Reply | July 17, 2020 | July 8, 2020 |
| Motion to Amend & Motion to Compel Oppositions | July 6, 2020 | May 15, 2020 |
| Motion to Amend & Motion to Compel Replies | July 24, 2020 | June 12, 2020 |

The Parties respectfully request that the Court enter an order modifying the Third Amended General Order as applied to this case by entering the Parties' Fifth Stipulated Amended Case Management Order (submitted separately) reflecting the schedule in Table 2.

3

Dated: May 5, 2020     Respectfully submitted,

/s/ Derek T. Ho
Derek T. Ho
Daniel V. Dorris
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
dho@kellogghansen.com
ddorris@kellogghansen.com

*Counsel for Authenticom, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

/s/ Peggy J. Wedgworth
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Plaintiffs*

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com

Michael P.A. Cohen
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on May 5, 2020 I caused a true and correct copy of the foregoing **JOINT MOTION TO MODIFY THE CASE MANAGEMENT ORDER IN LIGHT OF THE THIRD AMENDED GENERAL ORDER** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Derek T. Ho
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

5