# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL ACTIONS EXCEPT *i3 Brands, Inc., et al. v. CDK Global, LLC, et al.*, No. 19-cv-1412 | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

## FIFTH STIPULATED AMENDED CASE MANAGEMENT ORDER

Reserving all rights, the parties have stipulated to the following proposed amended schedule for the parties' forthcoming *Daubert* and dispositive motions and other pending motions.

IT IS HEREBY ORDERED that the Fourth Stipulated Amended Case Management Order (Dkt. 856) applicable to all actions consolidated in this MDL except *i3 Brands, Inc., et al. v. CDK Global, LLC, et al.*, Case No. 19-CV-1412, is amended with regard to the following deadlines:

| EVENT | DATE |
|---|---|
| ***DAUBERT* MOTIONS (ALL PARTIES)** | |
| 1. Deadline for Responses in Opposition to any *Daubert* Motions | May 29, 2020 |
| 2. Deadline for Replies in Support of any *Daubert* Motions | July 8, 2010 |
| **DISPOSITIVE MOTIONS (ALL PARTIES)** | |
| 3. Deadline for Dispositive Motions | May 20, 2020 |
| 4. Deadline for Responses in Opposition to any Dispositive Motions | July 28, 2020 |
| 5. Deadline for Replies in Support of any Dispositive Motions | August 28, 2020 |
| **REYNOLDS'S MOTION TO AMEND & MOTION TO COMPEL** | |
| 6. Motion to Amend & Motion to Compel Oppositions | May 15, 2020 |
| 7. Motion to Amend & Motion to Compel Replies | June 12, 2020 |

STIPULATED AND AGREED:

<u>/s/ Derek T. Ho</u>
Derek T. Ho
Daniel V. Dorris
Joshua Hafenbrack
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
ddorris@kellogghansen.com
jhafenbrack@kellogghansen.com

*Counsel for Authenticom, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

<u>/s/ Britt M. Miller</u>
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendants CDK Global, LLC*

<u>/s/ Peggy J. Wedgworth</u>
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Plaintiffs*

<u>/s/ Aundrea K. Gulley</u>
Aundrea K. Gulley
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

SO ORDERED:

DATED: _____, 2020

_____
Hon. Robert M. Dow, Jr
UNITED STATES DISTRICT COURT JUDGE