# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:18−cv−00864

                                                        Honorable Robert M. Dow
                                                        Jr.

CDK Global, LLC, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, May 10, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On the basis of the Court's determination that the leadership structure in this MDL continues to function well and that all Plaintiffs are well represented at this time, the Court grants the motions for renewal of MDL Leadership [941, 942] for a period of one−year expiring on April 16, 2021. The Court does not see any need for a more formal re−application process at this time. In addition, the joint motion to modify the case management order in light of the Third Amended General Order [943] is granted. The Court will enter the parties' Fifth Stipulated Amended Case Management Order with all of the agreed deadlines reflected in it. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.