# Exhibit H

**PUBLIC - REDACTED**