**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *Loop, LLC d/b/a AutoLoop v. CDK Global, LLC*, Case No. 1:18-cv-002521 (N.D. Ill.) | |

**PLAINTIFF AUTOLOOP'S MOTION FOR SUMMARY JUDGMENT
ON CDK GLOBAL, LLC'S COUNTERCLAIM**

Plaintiff Loop, LLC d/b/a AutoLoop ("AutoLoop") moves under Federal Rule of Civil Procedure 56 for summary judgment in favor of AutoLoop on Defendant CDK Global, LLC's lone counterclaim. In support of this motion, AutoLoop incorporates by reference the concurrently filed memorandum of law, statement of undisputed material facts and accompanying exhibits, declaration, any reply memorandum that AutoLoop may file, and any oral argument that the Court allows.

Dated: May 20, 2020

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

*Interim Vendor Class Counsel*

1

**CERTIFICATE OF SERVICE**

       I, Derek T. Ho, an attorney, hereby certify that on May 20, 2020, I caused a true and correct copy of the foregoing **PLAINTIFF AUTOLOOP'S MOTION FOR SUMMARY JUDGMENT ON CDK GLOBAL, LLC'S COUNTERCLAIM** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by email to all counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

       */s/ Derek T. Ho*
       Derek T. Ho
       **KELLOGG, HANSEN, TODD,**
        **FIGEL & FREDERICK, P.L.L.C.**
       1615 M Street, NW, Suite 400
       Washington, D.C. 20036
       (202) 326-7900
       dho@kellogghansen.com