# Exhibit 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

AUTHENTICOM, INC.,

       Plaintiff,

 -vs-                                         Case No.  17-CV-318-JDP

CDK GLOBAL, LLC and                      Madison, Wisconsin
THE REYNOLDS AND REYNOLDS COMPANY,      June 27, 2017
                                                        8:04 a.m.

       Defendants.
_____

  STENOGRAPHIC TRANSCRIPT OF SECOND DAY OF EVIDENTIARY HEARING
                          **(MORNING SESSION)**
   HELD BEFORE CHIEF U.S. DISTRICT JUDGE JAMES D. PETERSON

APPEARANCES:

For the Plaintiff:

        Godfrey & Kahn S.C.
        BY: JENNIFER L. GREGOR
        One East Main Street, Suite 500
        Madison, Wisconsin  53701

        Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
        BY:  MICHAEL N. NEMELKA
             AARON M. PANNER
             DAVID L. SCHWARZ
             DEREK T. HO
             JOANNA T. ZHANG
             JOSHUA HAFENBRACK
             KEVIN J. MILLER
        1615 M Street, N.W.
        Suite 400
        Washington, D.C.  20036


       Jennifer L. Dobbratz, RMR, CRR, CRC
      U.S. District Court Federal Reporter
        United States District Court
     120 North Henry Street, Rm. 410
        Madison, Wisconsin  53703
           (608) 261-5709

Case: 1:18-cv-00864 Document #: 952-2 Filed: 05/20/20 Page 3 of 11 PageID #:43800
Case: 3:17-cv-00318-jdp Document #: 169 Filed: 07/05/17 Page 2 of 164

2-A-2

APPEARANCES CONTINUED:

Also appearing:     STEPHEN COTTRELL, Authenticom
                    STEVE ROBB, IT Support

For the Defendant CDK Global, LLC:

                    Foley & Lardner
                    BY:  JEFFREY A. SIMMONS
                    150 East Gilman Street
                    Madison, Wisconsin  53701

                    Mayer Brown LLP
                    BY:  BRITT M. MILLER
                         MATTHEW D. PROVANCE
                    71 South Wacker Drive
                    Chicago, Illinois  60606

                    Mayer Brown LLP
                    BY:  MARK W. RYAN
                    1999 K Street, N.W.
                    Washington, D.C.  20006

Also appearing:     LEE BRUNZ, General Counsel, CDK Global, LLC
                    NICK HEY, IT Support

For the Defendant The Reynolds and Reynolds Company:

                    Perkins Coie LLP
                    BY:  CHARLES G. CURTIS, JR.
                    1 East Main Street, Suite 201
                    Madison, Wisconsin  53703

                    Sheppard Mullin Richter & Hampton, LLP
                    BY:  MICHAEL P. A. COHEN
                    2099 Pennsylvania Avenue, N.W.
                    Suite 100
                    Washington, D.C.  20006

                    Gibbs & Bruns LLP
                    BY:  AUNDREA K. GULLEY
                         BRIAN T. ROSS
                         BRICE A. WILKINSON
                    1100 Louisiana Street, Suite 5300
                    Houston, Texas  77002

Also appearing:     ROBERT SCHAEFER and KELLY HALL,
                    The Reynolds and Reynolds Company

Case: 1:18-cv-00864 Document #: 952-2 Filed: 05/20/20 Page 4 of 11 PageID #:43801
Case: 3:17-cv-00318-jdp Document #: 165 Filed: 07/05/17 Page 56 of 184

2-A-56

| | | |
|---|---|---|
| 1 | Q | Where do you work? |
| 2 | A | I work at AutoLoop. |
| 3 | Q | How long have you been an employee of AutoLoop? |
| 4 | A | Nine years. |
| 5 | Q | What is your position? |
| 6 | A | I'm the chief product officer of AutoLoop. |
| 7 | Q | Can you briefly describe AutoLoop's business and products? |
| 8 | A | Absolutely. We are one of the leading customer attention |
| 9 | | marketing service and sales retention products in the |
| 10 | | marketplace. We also provide a CRM, scheduling tools, service |
| 11 | | drive check-in process, work flow management for dealerships. |
| 12 | Q | What kind of dealer data does the full suite of AutoLoop |
| 13 | | applications need to function? |
| 14 | A | We use quite a bit of data. We have some very high data |
| 15 | | demands. We use -- we pull all the ROs, open and closed. We |
| 16 | | pull deals, appointments, parts inventory -- well, that's a |
| 17 | | request that we have outstanding -- parts orders, special order |
| 18 | | parts, also customer information. |
| 19 | Q | And can you remind the Court what ROs stands for? |
| 20 | A | Yes. Repair orders. It's a service ticket. |
| 21 | Q | How does AutoLoop typically get the data -- dealer data it |
| 22 | | needs? |
| 23 | A | We use a third-party integrator where we can. Where we |
| 24 | | can't, we use RCI and CDK's interfaces. |
| 25 | Q | Why do you use third-party integrators? |

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 952-2 Filed: 05/20/20 Page 5 of 11 PageID #:43802
Case: 3:17-cv-00318-jdp Document #: 165 Filed: 07/05/17 Page 5 of 84

2-A-57

1    A    We use third-party integrator -- we actually use SIS
2    currently.  They still do have some business through non-RCI and
3    non-CDK dealerships.  We use them because they provide a
4    one-stop where we can come in and extract data for all of the
5    different DMS types.
6    Q    Historically when you purchase data integration services
7    from SIS, how much did you pay for the full suite of AutoLoop's
8    products?
9    A    $39.
10   Q    Were you satisfied with SIS's service?
11   A    Yeah, absolutely.
12   Q    Did you consider SIS's services to be secure?
13   A    Yeah, we did.
14            THE COURT:  How would you know?
15            THE WITNESS:  We didn't get into the details with them.
16   We asked them what they do.  They said they had some standard
17   practices they do, and they carried insurance policies for it,
18   and so we took them at face value on that.
19            THE COURT:  Okay.  Good.  Thank you.
20   BY MR. MILLER:
21   Q    I want to move quickly through this.  So was there a time
22   when you stopped using SIS for integration with Reynolds
23   dealers?
24   A    With Reynolds dealers, yes.  We stopped in 2015.
25   Q    Why?

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 952-2 Filed: 05/20/20 Page 6 of 11 PageID #:43803
Case: 3:17-cv-00318-jdp Document #: 165 Filed: 07/05/17 Page 58 of 184

2-A-58

```
1    A    Because we got notice from SIS that they would no longer be
2         continuing to support integration for RCI.  Leading up to that
3         point, we had been undergoing some stress with their ability to
4         support the integration.  They were being blocked by Reynolds
5         and Reynolds, and they were not being allowed to extract the
6         data on a day-to-day basis.
7    Q    Could you briefly describe how Reynolds' blocking impacted
8         AutoLoop's business?
9    A    Absolutely.  It was kind of a day-to-day struggle for us.
10        We would routinely come in in the morning and have anywhere
11        between a hundred to 500 stores that would be shut off and not
12        able to run our software tools, so we would have support tickets
13        from every one of our dealerships with very colorful language
14        telling us why they're upset with us and that they needed to get
15        the system back up and running.  Our engineering team was
16        incredibly taxed during that time trying to come up with
17        solutions and work with SIS to get the data feeds back up in
18        place.  It took all of our development resources away from
19        developing products and focused them on trying to sustain
20        running our dealerships' integration.
21   Q    Did AutoLoop eventually become RCI certified?
22   A    Yes, we did.
23   Q    Approximately when?
24   A    That was 2015 we signed the contract with them, and then it
25        took a bit of time to finish the integration and certify and
```

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 952-2 Filed: 05/20/20 Page 7 of 11 PageID #:43804
Case: 3:17-cv-00318-jdp Document #: 165 Filed: 07/05/17 Page 59 of 184

2-A-59

1    officially transition all of our dealerships over.
2    Q    In 2015 how much did Reynolds charge AutoLoop for RCI
3    integration for a dealer using, say, the full suite of
4    AutoLoop's products?
5    A    We were somewhere in the $700 range, in the mid-700s.
6    Q    And today how much does Reynolds charge AutoLoop for
7    integration for that suite of products?
8    A    Our most recent price increase took us to $835 for that
9    full package.
10   Q    In addition to the package cost, are there any additional
11   fees that Reynolds charges?
12   A    Yes, there are.  As of recently, Reynolds has added an
13   additional cost to the RCI package which relates to anytime we
14   push a transaction back to the DMS, there's an additional 5 cent
15   charge that is added to it.  For an example, when we need to
16   write an appointment to the DMS, if we have to update the
17   customer information, that's a transaction, and then if we have
18   to push the appointment into the DMS, that's a transaction as
19   well.  So for a customer to go online to schedule an appointment
20   for a dealership, that costs an extra 10 cents.  On average that
21   costs us about $70 a dealership extra on top of the normal
22   integration costs.  That's an average.  I have dealerships that
23   run over $1,000 a month in transactional charges just -- that's
24   just the transactions, so that would be in addition to the $835
25   cost for the flat integration fee.

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 952-2 Filed: 05/20/20 Page 8 of 11 PageID #:43805
Case: 3:17-cv-00318-jdp Document #: 165 Filed: 07/05/17 Page 61 of 84

2-A-61

|   |   |
|---|---|
| 1 | they wanted us to be certified through CDK, a certified program, |
| 2 | so we opted to not go through the pain again, and we went with |
| 3 | the direct integration. |
| 4 | Q   Have you fully transitioned to 3PA yet? |
| 5 | A   We have not.  We're still in the middle of finishing the |
| 6 | certification.  We're about 40% through the transition right |
| 7 | now. |
| 8 | Q   Under your current contract with CDK, will you be able to |
| 9 | keep using SIS on all your dealerships? |
| 10 | A   We can only use SIS for non-CDK and Reynolds business.  We |
| 11 | have to transition all of our accounts for all products over to |
| 12 | CDK interface. |
| 13 | Q   How much did CDK charge AutoLoop for 3PA integration when |
| 14 | you first joined? |
| 15 | A   We were around $690, $694, something like that. |
| 16 | Q   Did you have any prior agreements with CDK that permitted |
| 17 | any of your products to access the CDK DMS? |
| 18 | A   Yeah, we did.  We actually -- we acquired a company in 2014 |
| 19 | called CAR-Research or CAR-Interactive.  They're a CRM company. |
| 20 | They were previously certified under the ADP certification |
| 21 | program, and they were paying about $160 a month for that |
| 22 | integration. |
| 23 | Q   And so for -- the price for your access to the CDK database |
| 24 | went from approximately $160 in 2014 to $694 in 2016; is that |
| 25 | correct? |

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 952-2 Filed: 05/20/20 Page 9 of 11 PageID #:43806
Case: 3:17-cv-00318-jdp Document #: 165 Filed: 07/05/17 Page 66 of 84

2-A-63

| | |
|---|---|
| 1 | A    No.  We've not been in the business of trying to get money |
| 2 | off of the transactions.  We're just trying to sell software. |
| 3 | Q    In your experience are 3PA and RCI significantly better |
| 4 | integration services than SIS? |
| 5 | A    No, not particularly.  I haven't found anything about them |
| 6 | that's any better or improved on the transactions that I would |
| 7 | get from SIS. |
| 8 | Q    Are there any ways in which RCI and 3PA are more limited |
| 9 | than SIS? |
| 10 | A    Yeah.  I did lose some functionality when I made the |
| 11 | transition to both of the different systems in different ways. |
| 12 | With the RCI system I lost the ability to make some of the |
| 13 | notifications that I do around parts, special order parts |
| 14 | orders.  I can no longer get the information indicating when I |
| 15 | can make those notifications through the RCI program.  I also |
| 16 | lost the ability to do some pushback information, and with CDK |
| 17 | there was some things I lost the ability to do as well. |
| 18 | Q    So why does AutoLoop pay these higher integration fees from |
| 19 | Reynolds and CDK? |
| 20 | A    It was a decision where we had to look at the things that |
| 21 | we were dealing with on the support basis and the constant loss |
| 22 | of business and upset dealerships saying, "Hey, you guys, you |
| 23 | got to keep your system up.  We can't keep running our business |
| 24 | with your software if your software doesn't work." |
| 25 | So at that point it was a decision.  We're like, "Okay.  We |

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 952-2 Filed: 05/20/20 Page 10 of 11 PageID #:43807
Case: 3:17-cv-00318-jdp Document #: 169 Filed: 07/05/17 Page 66 of 164

2-A-66

1    sticky situation for me because I charge them a DMS -- I charge
2    them an integration fee, and if that -- and then CDK has
3    published fees that don't align with the fees that they charge
4    me, so dealerships go onto their website and look up fees for
5    what they think that I should be getting, and it doesn't align
6    with what I'm charging even though I'm passing the fees straight
7    through, and I'm not allowed to show them my contract or the
8    terms or the costs in my contract so they don't -- my
9    dealerships get upset with me, and they feel like I'm misleading
10   them in what I charge them.
11            THE COURT:  So what is CDK publishing?
12            THE WITNESS:  They're publishing -- I have been told
13   it's their standard rack rates for integration -- they call them
14   pips.  They're integration points, but our package, because of
15   the data that we need, is combinations of those, and so it
16   doesn't align with what they've published as their pricing, but
17   I'm not allowed to show anything to support my cost.
18            THE COURT:  All right.  Thank you.  Go ahead.
19   BY MR. MILLER:
20   Q    Last topic, Mr. Rodeghero.  How has AutoLoop's switch from
21   SIS to 3PA and RCI for integration affected its business?
22   A    A couple big things.  I mean, as you heard from Dominion,
23   they have products that the product itself costs less than the
24   integration, and I have that as well.  I have scheduling
25   products and other products that cost well under the integration

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 952-2 Filed: 05/20/20 Page 11 of 11 PageID #:43808
Case: 3:17-cv-00318-jdp Document #: 169 Filed: 07/05/17 Page 69 of 164

2-A-67

1     fees, and so from the standpoint of trying to sell a product to
2     a dealership and you have to tell them, "I have a $500 product,
3     and the integration is $600 or $700," they look at you and
4     they're like, "Well, why am I going to buy that product from
5     you?  That's crazy."
6         So I lose business from that standpoint.  I'm not able to
7     sell new business from that standpoint.  I'm hurt in the aspect
8     of the ability to constantly innovate because my attention is
9     kind of spread on -- to supporting that integration, and I'm
10    hindered in the fact that I can't go back and ask for new
11    information easily.
12        There's also restrictions in the contract that if I am to
13    use their data for anything specifically not named as a product,
14    I have to come back to them to launch a new product.  So if I
15    want to do any new functionality, I'm not allowed to do that new
16    functionality using their integration information unless I come
17    back to them and recertify that product or add a product to my
18    certification, at which point then I have to recontract.
19   Q    Has AutoLoop considered using an integration provider other
20    than 3PA --
21   A    Yes.
22   Q    -- or RCI?  What other integration providers have you
23    considered using?
24   A    We've considered Authenticom.  We actually do have some
25    dealers using the DealerVault application.  We considered going

MATTHEW RODEGHERO - DIRECT