# Exhibit 5

**PUBLIC - REDACTED**