# Exhibit 7

**PUBLIC - REDACTED**