# Exhibit 8

**PUBLIC - REDACTED**