# Exhibit 10

**PUBLIC - REDACTED**