# Exhibit 11

**PUBLIC - REDACTED**