# Exhibit 12

**PUBLIC - REDACTED**