# Exhibit 14

**PUBLIC - REDACTED**