# Exhibit 15

**PUBLIC - REDACTED**