# Exhibit 16

**PUBLIC - REDACTED**