# Exhibit 17

**PUBLIC - REDACTED**