# EXHIBIT 44

Domke, Michael L - DOT

| | |
|---|---|
| From: | Fandrich, John P - DOT |
| Sent: | Monday, February 10, 2014 5:07 PM |
| To: | Parish, Dianne - DOT;Benton, Allison - DOT;Tung, Shin Lin - DOT |
| Cc: | Bryant, Kathy - DOT |
| Subject: | RE: Motor Vehicle Software Corporation |

Thanks Dianne. No problem regarding the in person meeting. Whatever works best for your schedule and Kelly's.

Let me know if you have any concerns with DMV desk. I am not that familiar with them.

Regards................John F.

**From:** Parish, Dianne - DOT
**Sent:** Friday, February 07, 2014 1:58 PM
**To:** Fandrich, John P - DOT; Benton, Allison - DOT; Tung, Shin Lin - DOT
**Cc:** Bryant, Kathy - DOT; Parish, Dianne - DOT
**Subject:** FW: Motor Vehicle Software Corporation

FYI – We will be getting a business plan shortly from a new company that would like to be a new APPS vendor: Motor Vehicle Software Corp aka "DMVdesk" (their software product). They plan to request an in-person meeting in March.

They have a new Midwest Regional Manager........ *Kelly Medick*. She worked for CVR for 21 years, until last month. She knows the APPS program very, very well.

FYI, we have received vendor applications from NFC (to add titles) and Systech (to be a registration vendor unrelated to IM program) already.

Just wanted to give you all a heads up.

Thanks,
Dianne

**From:** Joseph Nemelka [mailto:jnemelka@dmvdesk.com]
**Sent:** Wednesday, July 17, 2013 3:47 PM
**To:** Parish, Dianne - DOT
**Cc:** Benton, Allison - DOT
**Subject:** RE: Motor Vehicle Software Corporation

Hello Ms. Parish,

Thank you very much for your reply and the information and certainly no problem in the delay. Also, my apologies for misspelling your name in my email to Allison.

I appreciate your direct response and we certainly understand and respect the start-up costs associated with the endeavor for the State. I also appreciate your willingness to find that balance within the marketplace and allow innovative and competent companies the opportunity in Wisconsin. Our approach in Wisconsin will be similar to what we did in California in that we will do market research/analysis before we commit a lot of time and money to the opportunity. Also, we will want to make sure our solution provides the dealers/users a meaningful improvement over the current providers in the market. At the moment, we are still gathering information on the opportunity in Wisconsin and will be doing some dealership interviews in the near future in Wisconsin. After we gather information on the opportunity, we will then make a decision on whether we want to enter the Wisconsin market and that is when we will get back in touch with you and submit a business plan. I hope that makes sense and meets your approval.

57

EXHIBIT 1211
WITNESS: Klein
DATE 1-10-20 Pgs 1/H
D'Anne Moungey, CSR 7872

Just to give you an understanding, and I did mention some of this to Allison, but we are the fastest growing EVR provider in California and we feel very strongly that is because of the quality of our solution as well as our relationship with the California DMV. In fact, they recently let us know that the transaction paperwork (bundles) we submit to the State from our dealer clients will no longer be fully audited by the State Auditors as MVSC's internal auditors have consistently demonstrated they are doing a very high standard of auditing and so they will only spot audit paperwork from MVSC. We are the only EVR provider in California to receive this recognition and we are very proud of that. We are truly totally committed to making the State and our dealers customers happy to have MVSC as a "partner" in the EVR/ERT process.

Anyway, thank you again and we will be in touch. If you have some time, when we do visit Madison I would certainly welcome the opportunity to come in and say hello.

Kind regards,

Joe Nemelka
Executive Vice-President
Motor Vehicle Software Corporation
29219 Canwood Street, Suite 205
Agoura Hills, CA 91301
Mobile: (801)358-5094
www.mvscusa.com


From: Parish, Dianne - DOT [mailto:Dianne.Parish@dot.wi.gov]
Sent: Tuesday, July 16, 2013 11:52 AM
To: 'jnemelka@dmvdesk.com'
Cc: Benton, Allison - DOT
Subject: FW: Motor Vehicle Software Corporation

Good afternoon Mr. Nemelka,

Thank you for your inquiry. I apologize for my delay in following up.

We do not have an application packet or anything other than the guidelines in Wisc. Adm. Code ("Trans. Rule") 156.03. Please submit a business plan that addresses those items.

I should let you know that we rarely add new vendors due to the massive start-up resources we need to dedicate from our side. That being said, we also strive to build our program to offer more convenience to customers and a fair and competitive marketplace for agents. It's a balance.

We would be happy to review your plan. If you have any questions, feel free to contact me.

Best regards,
Dianne Parish

Dianne Parish
Dealer and Agent Section
Wisconsin Division of Motor Vehicles
608-267-5253 phone
608-266-9552 fax
dianne.parish@dot.wi.gov

**From:** Joseph Nemelka [mailto:jnemelka@dmvdesk.com]
**Sent:** Monday, July 15, 2013 5:21 PM
**To:** Benton, Allison - DOT
**Subject:** RE: Motor Vehicle Software Corporation

Hello Allison,

I hope you are doing well. I just wanted to follow-up on this email and see if I could get more information on participating in the APPS and have a call with Ann Perry and/or Diane Parrish as you mentioned to discuss the program.

Thanks in advance Allison.

Kind regards,

Joe Nemelka
Executive Vice-President
Motor Vehicle Software Corporation
29219 Canwood Street, Suite 205
Agoura Hills, CA 91301
Mobile: (801)358-5094
www.mvscusa.com


**From:** Joseph Nemelka [mailto:jnemelka@dmvdesk.com]
**Sent:** Wednesday, June 5, 2013 2:26 PM
**To:** 'allison.benton@dot.wi.gov'
**Subject:** Motor Vehicle Software Corporation

Hello Allison,

Thank you again for your time today and the information you provided. That was very helpful as we evaluate the opportunity in Wisconsin. For a little background on our company, Motor Vehicle Software Corporation is a provider of an Electronic Vehicle Registration (EVR) solution for dealerships. We are principally operating in California right now where we process over 1,000,000 registrations annually through our DMVdesk application and we have grown from 0% of the market to having over 30% of the market in a few short years and anticipate being the largest EVR provider in California in a short time period. We are currently looking to expand our business to other states and are very interested in participating in the "Automated Processing Partnership System" and becoming approved to operate in Wisconsin. We do recognize that with the 2007 electronic mandate several of our competitors have a significant presence in the State and there will be the expected challenges of trying to compete in a saturated market. We actually encountered a similar environment when we decided to do business in California, but we have been successful in California and believe we can also be successful in Wisconsin in providing a superior solution and customer service to dealerships. And I think it would be fair to say we will not seek to come into the State and simply be the low cost provider for the dealers (agents) – our goal is to provide the highest value solution. Well, enough of my sales pitch on our company – we will either be successful or we won't in Wisconsin based upon our ability to compete.

As discussed, I would like to get information or talk to the appropriate individuals on how we can participate in the APPS. I do have the Program Standards for the APPS published in June 2011 and I do see the application requirements to become a Vendor under Trans. 156.03, but I was wondering if there is an application packet or something else that would assist us in understanding the procedure to become an approved Vendor in Wisconsin.

Thank you again for your time and I will look forward to talking again.

Kind regards,

Joe Nemelka

Executive Vice-President
Motor Vehicle Software Corporation
29219 Canwood Street, Suite 205
Agoura Hills, CA 91301
Mobile: (801)358-5094
www.mvscusa.com