# EXHIBIT 46

<29>
<30>
<31>
<32>

<33>

<34>
Case: 1:18-cv-00864 Document #: 962-4 Filed: 05/20/20 Page 2 of 2 PageID #:46259
</34>



**Division of Motor Vehicles**
Dealer and Agent Section
PO Box 7909
Madison, WI 53707-7909

Scott Walker, Governor
Dave Ross, Secretary
Internet: www.wisconsindmv.gov
Telephone: 608-266-1425
Facsimile (FAX): 608-267-0323

February 23, 2017

Joe Nemelka
Executive Vice-President of Sales & Business Development
Motor Vehicle Software Corporation
29219 Canwood Street, Suite 205
Agoura Hills, CA 91301

Dear Mr. Nemelka,

In recent years you have requested to partner with the Wisconsin Department of Transportation and become a recognized vendor for title and registration transactions. At the time of your request the department was not accepting new vendors into the Agent Partnership Processing System program. I'm pleased to announce the department will be embarking on a new path that will allow additional vendors to participate in this program.

The department will be partnering with Wisconsin Interactive Network to upgrade our eMV systems and the third-party interface used to transfer data between vendors and the department. This is an exciting opportunity to enhance the level of service the department and our APPS program vendors provide to customers. It also allows us to add additional vendors to the program increasing opportunities for our dealer and agent partners.

We are still developing a definitive timetable, but our goal to implement new vendors into the program is early 2019. The department will provide timetable updates as they become available.

If you have questions or would like to discuss this initiative further, please contact me at 608-264-7000 or MichaelL.Domke@dot.wi.gov.

Thank you,

Michael Domke
Chief
Dealer and Agent Section

<35>
EXHIBIT 1213
WITNESS: Klein
DATE 1·10·20 Pgs 1/1
D'Anne Moungey, CSR 7872
</35>