# EXHIBIT 47



Contact:
David Thalberg
media@vitu.com
917.952.2580

## VITU Ushers in a New Era of Tax, Title and Registration Processing in Illinois

*Vehicle-to-Government (V2G) technology innovator is transforming the interactions between dealerships and the Illinois Secretary of State and Department of Revenue*

**CHICAGO, IL – February 20, 2018 –** On December 29, 2017, VITU was approved by the State of Illinois Secretary of State (SOS) and Department of Revenue (DOR) to electronically process tax, title and registration transactions for automotive dealerships. Vitu is the leading innovator and fastest growing provider of electronic registration and titling (ERT) technologies nationally, with services currently available in California, Virginia, and Oregon.

"We are very excited to expand the services and types of transactions we can offer in Illinois and are confident our innovation and local expertise will be appreciated. Our ERT solution provides significant efficiencies for dealerships, streamlining the entire process and allowing for the most accurate tax calculation," states Jamison Kingfield, General Manager of Vitu Illinois.

The Vitu tax, title and registration solution now available in Illinois comes as the company celebrates more than two years of successfully processing vehicle renewal transactions. In early 2018, Vitu will process its one millionth renewal transaction in the state.

"The ability to process these additional transaction types is a great milestone for Vitu," noted Vitu President, Joseph Nemelka. "With our previous success and this current approval, we are relocating our Oak Brook office to a larger space in Chicago's growing technology hub this Spring. This move allows us to increase our presence in the area and hire more local software engineers, ERT processors, and customer support staff."

Vitu's Chicago-based operation includes:

- 24/7 phone support for SOS/DOR customer service

EXHIBIT 1-102
WIT: J. Nemelka
DATE: 11·14·18
NADIA NEWHART, CSR. 8714

- Knowledgeable staff with dozens of years of Illinois-based experience
- In-person dealership visits from Vitu facilitating easier on-boarding, training and regular consultations
- Electronic scanning of submitted documents
- Powerful and transparent inventory management abilities

As regulatory conditions and requirements continue to evolve across the U.S., Vitu develops new technologies to support the ever-changing needs of state departments of motor vehicles, dealerships and fleet operators.

**About Vitu**
Vitu provides cutting-edge services to the motor vehicle industry. Leading these is our first-of-its-kind namesake solution for managing Vehicle-to-Government (V2Gov) transactions in multiple states and across multiple locations — all on one platform. With the mission of expanding and automating V2Gov transactions such as electronic registration and titling (ERT), vehicle renewals, credit union lien and fleet registration maintenance, the Vitu platform is reimagining how drivers, businesses and governments interact with vehicles. In addition to the revolutionary Vitu solution, our products include DMVdesk, California's No. 1 ERT provider in terms of the number of new car dealers and the number of vehicles registered; V2Gov.com with its informative, thought-provoking articles; and the Registration Management Professional (RMP) training program for new and experienced dealership personnel. Vitu currently operates in California, Oregon, Illinois and Virginia.

###