# EXHIBITS 48-148

[filed under seal]