# EXHIBIT 150

## Domke, Michael L - DOT

| | |
|---|---|
| **From:** | Alley, Rhonda - DOT |
| **Sent:** | Tuesday, April 09, 2019 7:55 AM |
| **To:** | Domke, Michael L - DOT |
| **Subject:** | FW: DMV Desk Update |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Michael, please set up a conference call with DMV Desk. We can discuss during our meeting today. Thank you.

---

**From:** Boardman, Kristina - DOT
**Sent:** Monday, April 08, 2019 3:06 PM
**To:** Alley, Rhonda - DOT <Rhonda.Alley@dot.wi.gov>; Domke, Michael L - DOT <MichaelL.Domke@dot.wi.gov>
**Subject:** FW: DMV Desk Update

I do not have much flexibility for the near future for a check-in with DMV Desk….but you two are probably in a better position to talk through timing for new vendor onboarding. The last note I sent to Tony is included below.

Would you two find a time to discuss the PARTNER project with Tony and John Brueggeman from DMV Desk (Vitu)?

Thanks,

Kristina

---

**From:** Tony Langenohl [mailto:tony@capitolconsultants.net]
**Sent:** Monday, April 08, 2019 2:08 PM
**To:** Boardman, Kristina - DOT <Kristina.Boardman@dot.wi.gov>
**Subject:** Re: DMV Desk Update

Kristina;
I apologize for the delay on this, John had a rough bit of travel. He is largely available the next two weeks now; do you have availability Tuesday the 9th, Friday the 12th or Tuesday the 16th?
Thanks much and sorry for the delay.
Tony



--
Tony Langenohl
Senior Vice President
Capitol Consultants, Inc.
22 N. Carroll Street, Suite 200
Madison, WI 53703
P: 608-258-8411
C: 608-444-5076
E: tony@capitolconsultants.net
Twitter: @capconsultants

1



**From:** Kristina Boardman <Kristina.Boardman@dot.wi.gov>
**Date:** Friday, March 15, 2019 at 4:44 PM
**To:** Tony Langenohl <tony@capitolconsultants.net>
**Subject:** RE: DMV Desk Update

Tony:

I am happy to participate in a call with DMV Desk/Vitu. Do you want to share a few times that work for you and your client?

Based upon additional project meetings this week, it looks like we will begin onboarding existing vendors in July 2019. I am hoping we will be in a position to share new vendor onboarding materials and technical specs shortly thereafter, and schedule new vendor integration meetings in the fall.

Onboarding new vendors remains a priority, and I am happy to talk this through with your client.

Thanks,

Kristina

**From:** Tony Langenohl [mailto:tony@capitolconsultants.net]
**Sent:** Friday, March 15, 2019 4:36 PM
**To:** Boardman, Kristina - DOT <Kristina.Boardman@dot.wi.gov>
**Subject:** Re: DMV Desk Update

Kristina;

Thank you very much for the update, we really appreciate. Could we schedule a touch base call with John Brueggeman from DMV Desk (Vitu), https://about.vitu.com/who-we-are , and you, just to connect you both personally, to discuss the timeline and share what they as a company have been up to. They have been attempting to come into Wisconsin for over 5 years, and are still very committed to coming into the state, and would just appreciate the opportunity to communicate that to you directly and reinforce their willingness to work with the state.

Thank you again for the update.

Have a good weekend.

Tony

--

Tony Langenohl
Senior Vice President
Capitol Consultants, Inc.
22 N. Carroll Street, Suite 200
Madison, WI 53703
P: 608-258-8411
C: 608-444-5076
E: tony@capitolconsultants.net
Twitter: @capconsultants



**From:** Kristina Boardman <Kristina.Boardman@dot.wi.gov>
**Date:** Thursday, March 14, 2019 at 11:31 AM
**To:** Tony Langenohl <tony@capitolconsultants.net>
**Subject:** RE: DMV Desk Update

Tony:

I had the meeting yesterday afternoon on the project, and wanted to get back to you with what I know.

While the original pilot implementation date was to be the last week in April/first week in May, a few issues have recently been raised which will be delaying the phase 1 implementation (existing vendors). The project team is meeting today to discuss scope and timelines for completion. Once that new date is available, I will let you know.

Phase 2 is the onboarding of new vendors. We need to get the contractual/procedural documents together for new vendors, pre-requisites for participation, and technical specifications for integration. This work will begin once the current vendors are cut-over. The technical requirements should remain relatively consistent. Once the documentation is available to share, new vendors can begin the paperwork process and then be cleared for technical work.

During yesterday's meeting, I let the project team know that interested vendors are asking questions, and that we need to provide a timeline for planning purposes. I hope to have more specifics on that timeline within the next 1-2 weeks.

Sorry this response does not provide all the details you were likely interested in, but I will be getting back to you soon once the new date has been established.

Kristina

**Kristina H. Boardman** | Wisconsin Department of Transportation
**Division of Motor Vehicles Administrator**
kristina.boardman@dot.wi.gov | 608.261.8605



**From:** Tony Langenohl [mailto:tony@capitolconsultants.net]
**Sent:** Monday, March 11, 2019 10:28 AM
**To:** Boardman, Kristina - DOT <Kristina.Boardman@dot.wi.gov>
**Subject:** Re: DMV Desk Update

Thanks Kristina, really appreciate it. Look forward to hearing from you following the Wednesday meeting.
Best,
Tony



--
Tony Langenohl
Senior Vice President
Capitol Consultants, Inc.
22 N. Carroll Street, Suite 200
Madison, WI 53703
P: 608-258-8411
C: 608-444-5076
E: tony@capitolconsultants.net
Twitter: @capconsultants



**From:** Kristina Boardman <Kristina.Boardman@dot.wi.gov>
**Date:** Monday, March 11, 2019 at 9:32 AM
**To:** Tony Langenohl <tony@capitolconsultants.net>
**Subject:** RE: DMV Desk Update


Tony:

Thanks for the note – happy to set up a call with DMVDesk. I should be getting an update on the overall project this Wednesday. I will follow-up with you afterwards with what I know, and we can decide if/when a call should be scheduled. Thanks!

Kristina

4

**From:** Tony Langenohl [mailto:tony@capitolconsultants.net]
**Sent:** Friday, March 08, 2019 12:54 PM
**To:** Boardman, Kristina - DOT <Kristina.Boardman@dot.wi.gov>
**Subject:** Re: DMV Desk Update

Kristina;

Hope all is well. Wondering if it would be possible to set up a call with DMV Desk, for a quick status update on DMV's IT project to update the 3rd Party Title and Registration system?

They are very eager to do business in Wisconsin, and understand we would be a few months out still under your timeline from last February, but are eager to keep their internal planning on track and just would like to do a quick call on the status and next steps.

Thanks much,

Tony


--
Tony Langenohl
Senior Vice President
Capitol Consultants, Inc.
22 N. Carroll Street, Suite 200
Madison, WI 53703
P: 608-258-8411
C: 608-444-5076
E: tony@capitolconsultants.net
Twitter: @capconsultants



---

**From:** Kristina Boardman <Kristina.Boardman@dot.wi.gov>
**Date:** Thursday, February 15, 2018 at 8:00 AM
**To:** Tony Langenohl <tony@capitolconsultants.net>
**Subject:** DMV Desk Update


Tony:

Thanks for the call checking in on the status of DMV's IT project to update the 3rd Party Title and Registration system. I have had a chance to check in with the project team, and have more detailed information to share regarding the status of the project, and general technical specifications.

DMV is working with Wisconsin Interactive Network (WIN) on development and testing of this new system. WIN is utilizing an agile development approach, and the project will include seven separate releases for current vendors in

5

2018. Additionally, a website is being developed for vendors to complete administrative tasks – including signing updated contracts, managing user roles, receiving training certifications, and establishing payment processes via US Bank.

The current production release date is scheduled for February 2019. We expect to monitor current vendors in the new production environment for at least 6 months before opening the process for new vendor participation.

Once the onboarding process for new vendors/new functionality is available, detailed technical release notes will be available. In the meantime, the following general guidance can be shared for reference:

Technical Overview:

- SOAP Web Service, written in C#/WCF
- Annotated WSDL available from the live system
- Basic Authentication
- Testable with SOAPUI or other SOAP testing tools
- Web service calls will include many validations and business rule enforcements for improved quality (title search, customer search, customer validation, transfer plate validation, and others)
- Users will be logged for auditing and confirmation of certification

I hope this information helps to share some additional insight on the scope and details associated with this project. If you have any additional questions, please do not hesitate to contact me.

Thanks.

Kristina


**Kristina H. Boardman** | Wisconsin Department of Transportation
**Division of Motor Vehicles Administrator**
kristina.boardman@dot.wi.gov | 608.261.8605

