# EXHIBIT 151


**Domke, Michael L - DOT**

| | |
|---|---|
| **From:** | Fandrich, John P - DOT |
| **Sent:** | Friday, March 21, 2014 5:09 PM |
| **To:** | Parish, Dianne - DOT;'Joseph Nemelka' |
| **Cc:** | 'Kathryn Trimmer';'Kelly Medick';jrobinson@dmvdesk.com |
| **Subject:** | RE: DMVdesk - Thank You |

Thanks Joe and I agree with everything Dianne said below. We look forward to the business plan submittal and next time I promise no Sports talk ☺

Warm regards……………

*John P. Fandrich*
*DOT Program Chief - Dealer & Agent Section*
*Division of Motor Vehicles*
*608-266-9551*
john.fandrich@dot.wi.gov
www.wisconsindmv.gov

"Wisconsin is Open for Business"

---

**From:** Parish, Dianne - DOT
**Sent:** Wednesday, March 19, 2014 4:46 PM
**To:** 'Joseph Nemelka'; Fandrich, John P - DOT
**Cc:** 'Kathryn Trimmer'; 'Kelly Medick'; jrobinson@dmvdesk.com; Parish, Dianne - DOT
**Subject:** RE: DMVdesk - Thank You

Hello Joe,

You are very welcome! It was a pleasure to meet with you and learn about your impressive program. We especially enjoyed seeing our old friends again – you definitely hired the very best! We look forward to reviewing your business proposal.

I hope the rest of your trip goes as well as our meeting yesterday.

(I am a closet New Mexico Lobos fan, by the way … I guess I just "outed" myself!)

Best regards,
Dianne

Dianne Parish
Dealer and Agent Section
Wisconsin Division of Motor Vehicles
608-267-5253 phone
608-266-9552 fax
dianne.parish@dot.wi.gov

---

**From:** Joseph Nemelka [mailto:jnemelka@dmvdesk.com]
**Sent:** Tuesday, March 18, 2014 5:21 PM
**To:** Fandrich, John P - DOT; Parish, Dianne - DOT
**Cc:** 'Kathryn Trimmer'; 'Kelly Medick'; jrobinson@dmvdesk.com
**Subject:** DMVdesk - Thank You

Hello John and Dianne,

I just wanted to send a quick note and say thank you for your time today. We thought the discussion was very productive and helpful and provided us some good insight into the opportunity for DMVdesk in Wisconsin. Although Kelly and I are going to be battling Spring Break vacations over the next few weeks we should have the business plan completed and submitted to you shortly.

Thank you again and Go Badgers!

Kind regards,

Joe Nemelka
Executive Vice-President of
Sales & Business Development
Motor Vehicle Software Corporation
29219 Canwood Street, Suite 205
Agoura Hills, CA 91301
Mobile: (801)358-5094
www.mvscusa.com

