# EXHIBIT 152

[FILED UNDER SEAL]

# NADADATA 2014

ANNUAL FINANCIAL PROFILE OF AMERICA'S FRANCHISED NEW-CAR DEALERSHIPS



**NADA**

www.nada.org/nadadata

# NADA DATA

# Overview

Numbers don't lie, and the numbers for 2014 were very good. This was the fifth year of growth for automotive sales, with the average growth rate up over 9 percent since 2010.

Dealerships have also grown during this time, and employment is now over 1.1 million for new-car and commercial-truck dealers. Dealership wages also increased an average of 3.3 percent since 2011.

Compare that with auto manufacturing—which increased only 0.8 percent in the same period—and dealer employment is higher than any other auto-related industry and continues to lead nearly all other retailing businesses.

Of course, new-car dealers continue to pay one of the highest wages for any retail trade, with workers earning over $55,000 a year, on average.

Competition among dealers also remains strong. Despite rising wages, downloading costs from the OEMs to retailers and increased regulation, this business continues to attract new entrants. The total number of dealers increased by over 200 from 2013 levels. Net profit margins have remained flat for the third year in a row at 2.2 percent.

The outlook for 2015 is just as robust. Expect total light- and heavy-duty sales to top 17.3 million. NADA does see some challenges ahead, including rising interest rates and continued lackluster wage growth. But these factors shouldn't derail the growing automobile market.

### TWO IMPORTANT NOTES

Yes, this year's *NADA Data 2014* has the same name as last year's *NADA Data 2014*. Problem is, last year's *NADA Data 2014* was using stats from 2013. We've always named NADA Data based on the year the stats are published, since it takes time to compile year-end results. But this has been confusing. So, going forward, we've made things simpler, which is why this year's *NADA Data 2014* is using…2014 data.

There are a few other changes to *NADA Data*. First, our methodology changed for several statistics, which means previous issues or old copies of *NADA Data* may not be completely comparable with the data here. And NADA is expanding its data offerings through the year, with monthly updates and more commercial-truck coverage.



**Steven Szakaly**
**Chief Economist, NADA**

## Contents

Average Dealership Profile ............................. 3
New-Vehicle Dealerships .............................. 4
Total Dealership Sales Dollars ....................... 5
Dealership Financial Trends ......................... 6
The New-Vehicle Department ...................... 7
F&I, Service Contracts ................................. 9
The Used-Vehicle Department ..................... 10
Service, Parts and Body Shop ...................... 11
Employment and Payroll .............................. 13
Vehicles in Operation and Scrappage ........... 15
Advertising and the Dealership .................... 17
New-Truck Dealerships ................................ 18

# NADADATA

# Average Dealership Profile

Sales for franchised new-car dealerships reached 16.43 million units in 2014. Total dealership revenue—which includes sales of new and used vehicles, as well as service and parts—reached $806 billion, an 8.6 percent increase from the previous year. For the average dealership, sales in the new-car department were up 8.1 percent and exceeded sales in the used-car department, which was up 6 percent. Net pretax profit was an average of just over $1 million.

## TOTAL GROSS AND EXPENSE

Total dealership gross margins fell for a fifth year in a row to 13.1 percent of total dealership sales from 13.4 percent the previous year. While total expenses were up 4.7 percent, productivity gains and increased throughput helped to ensure that expenses declined as a percentage of sales to 10.9 percent from 11.2 percent. In addition, increased per-dealership sales caused advertising expenses on a per-vehicle basis to fall to $608 from $616. Finally low interest rates helped to keep floor-plan expenses in check for another year.

## TOTAL DEALERSHIP PROFITS

For the third year in a row total dealership net profit before tax as a percent of sales was 2.2 percent. Fierce pricing competition and the plethora of available models continued to keep a lid on dealer margins.

## Average dealership profile

|  | 2010 | 2011 | 2012 | 2013 | 2014 | % change 2013-2014 |
|---|---|---|---|---|---|---|
| Total dealership sales | $33,842,655 | $38,387,875 | $41,549,519 | $45,901,608 | $49,165,223 | 7.1% |
| Total dealership gross | $4,920,734 | $5,515,624 | $5,704,443 | $6,151,839 | $6,459,256 | 5.0% |
| As % of total sales | 14.5% | 14.4% | 13.7% | 13.4% | 13.1% |  |
| Total dealership expense | $4,225,189 | $4,647,373 | $4,790,592 | $5,126,568 | $5,365,451 | 4.7% |
| As % of total sales | 12.5% | 12.1% | 11.5% | 11.2% | 10.9% |  |
| Net profit before taxes | $695,545 | $868,251 | $913,850 | $1,025,272 | $1,093,805 | 6.7% |
| As % of total sales | 2.1% | 2.3% | 2.2% | 2.2% | 2.2% |  |
| Net pre-tax profit (in constant '82 dollars) | $317,341 | $384,740 | $398,017 | $439,938 | $465,822 | 5.9% |
| New-vehicle department sales | $17,885,259 | $20,887,855 | $23,360,626 | $26,207,080 | $28,338,621 | 8.1% |
| As % of total sales | 52.8% | 54.4% | 56.2% | 57.1% | 57.6% |  |
| Used-vehicle department sales | $11,205,420 | $12,424,447 | $13,192,066 | $14,376,071 | $15,232,215 | 6.0% |
| As % of total sales | 33.1% | 32.4% | 31.8% | 31.3% | 31.0% |  |
| Service and parts sales | $4,751,976 | $5,075,572 | $4,996,828 | $5,318,457 | $5,594,388 | 5.2% |
| As % of total sales | 14.0% | 13.2% | 12.0% | 11.6% | 11.4% |  |
| New-vehicle average selling price | $29,793 | $30,659 | $30,910 | $31,762 | $32,618 | 2.7% |
| Used-vehicle average selling price | $16,474 | $17,267 | $17,547 | $18,111 | $18,846 | 4.1% |
| Average net worth (as of 12/31) | $2,803,527 | $3,102,017 | $3,287,005 | $3,532,738 | $3,749,838 | 6.1% |
| Net profit as % of net worth | 24.8% | 28.0% | 27.8% | 29.0% | 29.2% |  |

Source: NADA

# NADA DATA
# New-Car Dealerships

## New-car dealerships, by state[1] in 2014

| State | Count | State | Count |
|---|---|---|---|
| Alabama | 268 | Montana | 103 |
| Alaska | 29 | Nebraska | 162 |
| Arizona | 236 | Nevada | 94 |
| Arkansas | 194 | New Hampshire | 136 |
| California | 1296 | New Jersey | 441 |
| Colorado | 241 | New Mexico | 112 |
| Connecticut | 255 | New York | 828 |
| Delaware | 52 | North Carolina | 575 |
| D.C. | 1 | North Dakota | 79 |
| Florida | 820 | Ohio | 709 |
| Georgia | 480 | Oklahoma | 259 |
| Hawaii | 68 | Oregon | 217 |
| Idaho | 93 | Pennsylvania | 857 |
| Illinois | 705 | Rhode Island | 44 |
| Indiana | 384 | South Carolina | 247 |
| Iowa | 291 | South Dakota | 89 |
| Kansas | 210 | Tennessee | 324 |
| Kentucky | 237 | Texas | 1121 |
| Louisiana | 270 | Utah | 137 |
| Maine | 110 | Vermont | 83 |
| Maryland | 287 | Virginia | 455 |
| Massachusetts | 384 | Washington | 305 |
| Michigan | 596 | West Virginia | 133 |
| Minnesota | 328 | Wisconsin | 453 |
| Mississippi | 173 | Wyoming | 52 |
| Missouri | 373 | **Total U.S.** | **16,396** |

Source: NADA

[1] Including District of Columbia (D.C.).

In 2014, the number of franchised new-car dealerships continued to grow, leading to a net increase of more than 200 retail outlets, commonly referred to as rooftops. Rising sales, improving economic conditions, and continued demographic shifts are leading factors in the rising number of new-car dealerships.

## Number of dealerships, by volume of new-unit sales, 2014



Annual new-unit sales: 0-149, 150-399, 400-749, 750+

Source: NADA

# NADADATA

# Total Dealership Sales Dollars

The new-vehicle department had the largest share of total dealership sales dollars (57.6 percent), followed by the used-vehicle department (31.0 percent) and service and parts (11.4 percent).

Yet again, Arizona had the highest dollar sales per dealership of all states, while California had the highest dollar sales for all dealerships.

## Total sales of new-vehicle dealerships



Source: NADA and U.S. Department of Commerce

## Share of total dealership sales dollars, 2014

By department



- Service and parts 11.4%
- Used vehicles 31.0%
- New vehicles 57.6%

Source: NADA

## Total sales by state, 2014

| State | All dealerships (millions) | Average per dealership (thousands) | State | All dealerships (millions) | Average per dealership (thousands) |
|---|---|---|---|---|---|
| Alabama | $10,994 | $41,023 | Montana | $3,228 | $31,336 |
| Alaska | $1,377 | $47,482 | Nebraska | $5,523 | $34,092 |
| Arizona | $18,818 | $79,736 | Nevada | $6,147 | $65,394 |
| Arkansas | $6,967 | $35,915 | New Hampshire | $5,456 | $40,120 |
| California | $97,686 | $75,375 | New Jersey | $25,875 | $58,674 |
| Colorado | $15,121 | $62,742 | New Mexico | $4,251 | $37,958 |
| Connecticut | $10,214 | $40,057 | New York | $45,466 | $54,911 |
| Delaware | $2,799 | $53,824 | North Carolina | $23,356 | $40,620 |
| Florida | $59,628 | $72,717 | North Dakota | $3,455 | $43,730 |
| Georgia | $24,572 | $51,191 | Ohio | $29,629 | $41,790 |
| Hawaii | $2,288 | $33,646 | Oklahoma | $20,564 | $79,399 |
| Idaho | $3,763 | $40,457 | Oregon | $8,648 | $39,852 |
| Illinois | $31,964 | $45,339 | Pennsylvania | $31,068 | $36,252 |
| Indiana | $14,402 | $37,506 | Rhode Island | $2,256 | $51,279 |
| Iowa | $8,421 | $28,936 | South Carolina | $10,302 | $41,710 |
| Kansas | $6,486 | $30,885 | South Dakota | $2,960 | $33,257 |
| Kentucky | $7,924 | $33,433 | Tennessee | $13,355 | $41,218 |
| Louisiana | $10,718 | $39,694 | Texas | $81,442 | $72,652 |
| Maine | $3,865 | $35,132 | Utah | $7,144 | $52,142 |
| Maryland | $14,737 | $51,347 | Vermont | $2,051 | $24,712 |
| Massachusetts | $18,684 | $48,656 | Virginia | $18,984 | $41,723 |
| Michigan | $17,430 | $29,246 | Washington | $14,559 | $47,735 |
| Minnesota | $11,068 | $33,742 | West Virginia | $4,142 | $31,140 |
| Mississippi | $5,516 | $31,887 | Wisconsin | $14,067 | $31,052 |
| Missouri | $15,217 | $40,797 | Wyoming | $1,528 | $29,382 |
| | | | **Total U.S.** | **$806,113** | **$49,165** |

Source: NADA

# NADA DATA

# Dealership Financial Trends

### New-vehicle department net profit



### Used-vehicle department net profit



### Service and parts department net profit



# NADA DATA

# The New-Vehicle Department

## New-vehicle inventories and days' supply



Source: WardsAuto and NADA

## Gross margin as percentage of selling price



Source: NADA

## New-vehicle sales, by month

| | 2014 Actual | 2014 SAAR* (in millions) | 2013 Actual | 2013 SAAR* (in millions) | % change 2013 to 2014 |
|---|---|---|---|---|---|
| January | 1,008,527 | 15.2 | 1,039,201 | 15.2 | -3.0% |
| February | 1,188,839 | 15.3 | 1,188,262 | 15.3 | 0.0% |
| March | 1,530,823 | 16.3 | 1,448,014 | 15.2 | 5.7% |
| April | 1,381,580 | 16.0 | 1,279,690 | 14.9 | 8.0% |
| May | 1,601,276 | 16.7 | 1,436,771 | 15.2 | 11.4% |
| June | 1,414,906 | 16.9 | 1,398,721 | 15.9 | 1.2% |
| July | 1,428,592 | 16.4 | 1,309,997 | 15.6 | 9.1% |
| August | 1,578,925 | 17.5 | 1,498,540 | 16.0 | 5.4% |
| September | 1,238,010 | 16.3 | 1,133,580 | 15.2 | 9.2% |
| October | 1,272,974 | 16.4 | 1,201,341 | 15.2 | 6.0% |
| November | 1,294,390 | 17.1 | 1,238,377 | 16.3 | 4.5% |
| December | 1,498,149 | 16.8 | 1,352,330 | 15.3 | 10.8% |
| **Full Year** | **16,436,991** | **16.4** | **15,524,824** | **15.5** | **5.9%** |

Source: WardsAuto

[1]Seasonally adjusted annual rate

## Number of new vehicles sold and selling price

| Year | New vehicles sold per dealership | Average retail selling price |
|---|---|---|
| 2005 | 852 | $28,400 |
| 2006 | 840 | 28,450 |
| 2007 | 837 | 28,800 |
| 2008 | 713 | 28,350 |
| 2009 | 615 | 28,966 |
| 2010 | 714 | 29,793 |
| 2011 | 793 | 30,659 |
| 2012 | 896 | 30,910 |
| 2013 | 960 | 31,762 |
| 2014 | 1003 | 32,618 |

Source: NADA

# The New-Vehicle Department – continued

## New-vehicle sales and market share, by manufacturer

| Year | Fiat Chrysler | Ford | General Motors | Toyota | Honda | Nissan | Volkswagen | Other imports | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2005 | 2,304,900 | 3,106,900 | 4,456,800 | 2,260,300 | 1,462,500 | 1,076,900 | 307,250 | 1,969,450 | 16,945,000 |
|  | 13.60% | 18.34% | 26.30% | 13.34% | 8.63% | 6.36% | 1.81% | 11.62% |  |
| 2006 | 2,142,500 | 2,848,100 | 4,067,600 | 2,542,500 | 1,509,400 | 1,019,500 | 325,300 | 2,047,900 | 16,502,700 |
|  | 12.98% | 17.26% | 24.65% | 15.41% | 9.15% | 6.18% | 1.97% | 12.41% |  |
| 2007 | 2,076,100 | 2,502,000 | 3,824,550 | 2,620,800 | 1,551,550 | 1,068,500 | 324,050 | 2,121,750 | 16,089,300 |
|  | 12.90% | 15.55% | 23.77% | 16.29% | 9.64% | 6.64% | 2.01% | 13.19% |  |
| 2008 | 1,447,750 | 1,942,050 | 2,955,900 | 2,217,700 | 1,428,800 | 951,450 | 310,900 | 1,940,050 | 13,194,600 |
|  | 10.97% | 14.72% | 22.40% | 16.81% | 10.83% | 7.21% | 2.36% | 14.70% |  |
| 2009 | 927,200 | 1,656,100 | 2,072,200 | 1,770,200 | 1,150,800 | 770,100 | 296,200 | 1,758,900 | 10,401,700 |
|  | 8.91% | 15.92% | 19.92% | 17.02% | 11.06% | 7.40% | 2.85% | 16.91% |  |
| 2010 | 1,079,700 | 1,905,400 | 2,211,300 | 1,763,600 | 1,230,500 | 908,600 | 358,500 | 2,096,500 | 11,554,100 |
|  | 9.34% | 16.49% | 19.14% | 15.26% | 10.65% | 7.86% | 3.10% | 18.15% |  |
| 2011 | 1,361,600 | 2,110,800 | 2,503,800 | 1,644,700 | 1,147,300 | 1,042,500 | 442,000 | 2,481,500 | 12,734,200 |
|  | 10.69% | 16.58% | 19.66% | 12.92% | 9.01% | 8.19% | 3.47% | 19.49% |  |
| 2012 | 1,641,500 | 2,205,500 | 2,595,700 | 2,082,500 | 1,422,800 | 1,141,700 | 438,100 | 2,912,260 | 14,440,060 |
|  | 11.37% | 15.27% | 17.98% | 14.42% | 9.85% | 7.91% | 3.03% | 20.17% |  |
| 2013 | 1,789,500 | 2,435,300 | 2,786,100 | 2,236,000 | 1,525,300 | 1,248,400 | 407,700 | 3,096,500 | 15,524,800 |
|  | 11.53% | 15.69% | 17.95% | 14.40% | 9.82% | 8.04% | 2.63% | 19.95% |  |
| 2014 | 2,076,200 | 2,418,300 | 2,935,000 | 2,373,800 | 1,540,900 | 1,386,900 | 367,000 | 3,338,900 | 16,437,000 |
|  | 12.63% | 14.71% | 17.86% | 14.44% | 9.37% | 8.44% | 2.23% | 20.31% |  |
| 10-Year Average | 1,732,086 | 2,400,141 | 3,187,850 | 2,142,923 | 1,396,750 | 1,042,686 | 355,550 | 2,350,201 | 14,608,178 |
|  | 11.86% | 16.43% | 21.82% | 14.67% | 9.56% | 7.14% | 2.43% | 16.09% |  |

Source: WardsAuto

## New light-duty vehicle sales, by year

| Year | New cars | Light-duty trucks | Total light-duty vehicles | Light-duty trucks as % of total |
|---|---|---|---|---|
| 2005 | 7,666,700 | 9,278,300 | 16,945,000 | 54.8% |
| 2006 | 7,780,800 | 8,721,000 | 16,502,700 | 52.8% |
| 2007 | 7,618,400 | 8,470,900 | 16,089,300 | 52.6% |
| 2008 | 6,813,550 | 6,381,050 | 13,194,600 | 48.4% |
| 2009 | 5,456,300 | 4,945,400 | 10,401,700 | 47.5% |
| 2010 | 5,635,400 | 5,919,100 | 11,554,500 | 51.2% |
| 2011 | 6,089,300 | 6,644,900 | 12,734,200 | 52.2% |
| 2012 | 7,242,800 | 7,199,000 | 14,441,800 | 49.8% |
| 2013 | 7,582,500 | 7,942,300 | 15,524,800 | 51.2% |
| 2014 | 7,688,900 | 8,748,100 | 16,437,000 | 53.2% |

Source: WardsAuto

Case: 1:18-cv-00864 Document #: 962-10 Filed: 05/20/20 Page 10 of 19 PageID #:46286



# F&I, Service Contracts

## Aftermarket income



As % of new- and used-vehicle department gross profit

Total
Service contract and other
Finance and insurance

Source: NADA

## Service contract penetration rates



As % of new vehicles retailed

Source: NADA

Case: 1:18-cv-00864 Document #: 962-10 Filed: 05/20/20 Page 11 of 19 PageID #:46287

NADA**DATA**

# The Used-Vehicle Department

## Used-vehicle sales by new-vehicle dealerships



10-Year Average
Retail . . . . . . . . . . 10.19
Wholesale . . . . . . . 7.13
Total . . . . . . . . . . . 17.31

Source: NADA

## Sources of used vehicles retailed by dealerships, 2014



- Trade-in on new vehicle 42%
- Trade-in on used vehicle 24%
- Auction purchase 26%
- Street purchase 4%
- Other 4%

Source: NADA

## Average retail selling price of used vehicles retailed by new-light dealerships, 2014



Source: NADA

# Service, Parts and Body Shop

## Dealerships' total service and parts sales, 2014



Source: NADA

## Dealerships' service and parts sales, 2014

| In billions of dollars | |
|---|---|
| **Service labor sales** | |
| Customer Mechanical | $16.17 |
| Customer Body | 4.19 |
| Warranty | 8.45 |
| Sublet | 3.23 |
| Internal | 7.40 |
| Other | 1.60 |
| **Total service labor** | **$41.03** |
| **Parts sales** | |
| Customer Mechanical | $13.79 |
| Customer Body | 3.34 |
| Wholesale | 13.35 |
| Counter | 2.69 |
| Warranty | 8.69 |
| Internal | 4.92 |
| Other | 3.90 |
| **Total parts** | **$50.69** |
| **Total Service & Parts** | **$91.73** |

Source: NADA

## Profile of dealerships' service and parts operations, 2014

| | Average dealership | All dealers |
|---|---|---|
| Total service and parts sales | $5,594,388 | $91.73 billion |
| Total gross profit as percent of service and parts sales | 46.14% | |
| Total net profit as percent of service and parts sales | 6.39% | |
| Total number of repair orders written | 17,070 | 280 million |
| Total service and parts sales per customer repair order | $255 | |
| Total service and parts sales per warranty repair order | $230 | |
| Number of technicians (including body) | 17 | 274,984 |
| Total parts inventory | $328,114 | $5.38 billion |
| Average customer mechanical labor rate | $135 | |

Source: NADA

## Dealerships operating on-site body shops



Source: NADA

![NADADATA]

## Service, Parts and Body Shop – continued

**Dealerships' total service and parts sales**



In billions of dollars
Source: NADA

**Total dealership body shop sales**



In billions of dollars
Source: NADA

# NADA DATA

# Employment and Payroll

## Dealership employment by position in 2014



Percent of total

- Managers & supervisors 23.7%
- New & used salespeople 20.4%
- Technicians 26.0%
- S&P employees 29.9%

Source: NADA and U.S. Bureau of Labor Statistics

## Estimated number of employees in new-car dealerships



In thousands

- Total of all dealerships (left scale)
- Average number per dealership (right scale)

Source: NADA and U.S. Bureau of Labor Statistics

## Annual payroll of new-car dealerships



$ billions / $ millions

- Total of all dealerships (left scale)
- Average per dealership (right scale)

Source: NADA and U.S. Bureau of Labor Statistics

## Estimated number of new-car dealership employees in 2014, by state

| State | Total number (all dealers) | Average number (per dealership) | State | Total number (all dealers) | Average number (per dealership) |
|---|---|---|---|---|---|
| Alabama | 14,271 | 53 | Montana | 4,000 | 39 |
| Alaska | 2,192 | 76 | Nebraska | 6,996 | 43 |
| Arizona | 22,608 | 96 | Nevada | 8,593 | 91 |
| Arkansas | 8,783 | 45 | New Hampshire | 7,019 | 52 |
| California | 113,596 | 88 | New Jersey | 30,555 | 69 |
| Colorado | 17,741 | 74 | New Mexico | 7,016 | 63 |
| Connecticut | 13,588 | 53 | New York | 48,437 | 58 |
| Delaware | 4,132 | 79 | North Carolina | 32,092 | 56 |
| Florida | 73,997 | 90 | North Dakota | 3,816 | 48 |
| Georgia | 31,922 | 67 | Ohio | 41,049 | 58 |
| Hawaii | 4,215 | 62 | Oklahoma | 16,194 | 63 |
| Idaho | 5,427 | 58 | Oregon | 12,232 | 56 |
| Illinois | 43,587 | 62 | Pennsylvania | 47,178 | 55 |
| Indiana | 21,154 | 55 | Rhode Island | 3,002 | 68 |
| Iowa | 11,922 | 41 | South Carolina | 14,633 | 59 |
| Kansas | 9,922 | 47 | South Dakota | 3,857 | 43 |
| Kentucky | 12,402 | 52 | Tennessee | 17,433 | 54 |
| Louisiana | 15,688 | 58 | Texas | 97,650 | 87 |
| Maine | 5,691 | 52 | Utah | 8,749 | 64 |
| Maryland | 22,060 | 77 | Vermont | 3,080 | 37 |
| Massachusetts | 22,846 | 59 | Virginia | 28,999 | 64 |
| Michigan | 35,835 | 60 | Washington | 21,064 | 69 |
| Minnesota | 18,919 | 58 | West Virginia | 6,145 | 46 |
| Mississippi | 7,083 | 41 | Wisconsin | 22,917 | 51 |
| Missouri | 21,488 | 58 | Wyoming | 2,226 | 43 |
| | | | **Total U.S.** | **1,056,000** | **64** |

Source: NADA and U.S. Bureau of Labor Statistics

# NADADATA

## Employment and Payroll – continued

### Average weekly earnings of new-car dealership employees in 2014, by state

| State | Earnings | State | Earnings |
|---|---|---|---|
| Alabama | $1,002 | Montana | $914 |
| Alaska | $1,069 | Nebraska | $973 |
| Arizona | $1,079 | Nevada | $1,167 |
| Arkansas | $986 | New Hampshire | $1,102 |
| California | $1,148 | New Jersey | $1,244 |
| Colorado | $1,096 | New Mexico | $964 |
| Connecticut | $1,168 | New York | $1,169 |
| Delaware | $1,042 | North Carolina | $982 |
| Florida | $1,063 | North Dakota | $998 |
| Georgia | $1,059 | Ohio | $953 |
| Hawaii | $1,116 | Oklahoma | $1,034 |
| Idaho | $924 | Oregon | $967 |
| Illinois | $1,025 | Pennsylvania | $976 |
| Indiana | $929 | Rhode Island | $1,077 |
| Iowa | $935 | South Carolina | $970 |
| Kansas | $966 | South Dakota | $1,001 |
| Kentucky | $957 | Tennessee | $1,057 |
| Louisiana | $1,023 | Texas | $1,182 |
| Maine | $928 | Utah | $970 |
| Maryland | $1,067 | Vermont | $975 |
| Massachusetts | $1,200 | Virginia | $1,041 |
| Michigan | $1,075 | Washington | $1,043 |
| Minnesota | $955 | West Virginia | $890 |
| Mississippi | $960 | Wisconsin | $833 |
| Missouri | $995 | Wyoming | $999 |
| | | **Total U.S.** | **$1,058** |

Source: NADA and U.S. Bureau of Labor Statistics

### 2014 annual payroll of new-car dealerships, by state

| State | Total all dealerships ($ billions) | Average per dealership ($ millions) |
|---|---|---|
| Alabama | $0.74 | $2.77 |
| Alaska | $0.12 | $4.19 |
| Arizona | $1.27 | $5.36 |
| Arkansas | $0.45 | $2.32 |
| California | $6.76 | $5.22 |
| Colorado | $1.01 | $4.19 |
| Connecticut | $0.82 | $3.23 |
| Delaware | $0.22 | $4.30 |
| Florida | $4.08 | $4.98 |
| Georgia | $1.75 | $3.65 |
| Hawaii | $0.24 | $3.59 |
| Idaho | $0.26 | $2.80 |
| Illinois | $2.32 | $3.29 |
| Indiana | $1.02 | $2.65 |
| Iowa | $0.58 | $1.99 |
| Kansas | $0.50 | $2.37 |
| Kentucky | $0.62 | $2.60 |
| Louisiana | $0.83 | $3.08 |
| Maine | $0.27 | $2.49 |
| Maryland | $1.22 | $4.26 |
| Massachusetts | $1.42 | $3.70 |
| Michigan | $2.00 | $3.35 |
| Minnesota | $0.94 | $2.86 |
| Mississippi | $0.35 | $2.04 |
| Missouri | $1.11 | $2.97 |
| Montana | $0.19 | $1.84 |
| Nebraska | $0.35 | $2.18 |
| Nevada | $0.52 | $5.53 |
| New Hampshire | $0.40 | $2.95 |
| New Jersey | $1.97 | $4.47 |
| New Mexico | $0.35 | $3.13 |
| New York | $2.94 | $3.55 |
| North Carolina | $1.63 | $2.84 |
| North Dakota | $0.20 | $2.50 |
| Ohio | $2.03 | $2.86 |
| Oklahoma | $0.87 | $3.35 |
| Oregon | $0.61 | $2.83 |
| Pennsylvania | $2.39 | $2.79 |
| Rhode Island | $0.17 | $3.81 |
| South Carolina | $0.74 | $2.98 |
| South Dakota | $0.20 | $2.25 |
| Tennessee | $0.96 | $2.95 |
| Texas | $5.99 | $5.34 |
| Utah | $0.44 | $3.21 |
| Vermont | $0.16 | $1.88 |
| Virginia | $1.57 | $3.44 |
| Washington | $1.14 | $3.74 |
| West Virginia | $0.28 | $2.13 |
| Wisconsin | $0.99 | $2.19 |
| Wyoming | $0.12 | $2.22 |
| **Total U.S.** | **$58.11** | **$3.54** |

Source: NADA and U.S. Bureau of Labor Statistics

# NADADATA

# Vehicles in Operation and Scrappage

## Vehicles in operation—scrappage, by year

|      | Total vehicles in use | New-vehicle registrations | Scrappage | Scrappage as % of registrations |
|------|----------------------|---------------------------|-----------|-------------------------------|
| 2005 | 243,037,561 | 16,761,113 | 13,464,030 | 80.3% |
| 2006 | 246,334,644 | 16,574,314 | 13,596,815 | 82.0% |
| 2007 | 249,312,143 | 16,023,380 | 13,441,309 | 83.9% |
| 2008 | 251,894,214 | 13,217,544 | 12,953,514 | 98.0% |
| 2009 | 252,158,244 | 10,350,687 | 13,077,026 | 126.3% |
| 2010 | 249,431,905 | 11,480,471 | 11,438,229 | 99.6% |
| 2011 | 249,474,147 | 12,658,592 | 13,411,806 | 106.0% |
| 2012 | 248,720,933 | 14,315,338 | 14,186,825 | 99.1% |
| 2013 | 248,849,446 | 15,383,651 | 11,632,150 | 75.6% |
| 2014 | 252,600,947 | 16,356,054 | 11,046,823 | 67.5% |

Source: IHS Automotive

## Total light vehicles in operation in 2014, by state[1]

| State | Passenger cars | Light trucks GVW 1–3 | Total vehicles | State | Passenger cars | Light trucks GVW 1–3 | Total vehicles |
|-------|---------------|----------------------|----------------|-------|---------------|----------------------|----------------|
| Alabama | 2,114,269 | 2,569,285 | 4,683,554 | Montana | 408,159 | 819,582 | 1,227,741 |
| Alaska | 177,050 | 479,582 | 656,632 | Nebraska | 783,627 | 1,094,596 | 1,878,223 |
| Arizona | 2,503,894 | 2,992,579 | 5,496,473 | Nevada | 987,025 | 1,120,774 | 2,107,799 |
| Arkansas | 953,986 | 1,579,382 | 2,533,368 | New Hampshire | 573,082 | 655,490 | 1,228,572 |
| California | 14,994,375 | 13,497,108 | 28,491,483 | New Jersey | 3,716,235 | 3,241,173 | 6,957,408 |
| Colorado | 1,915,196 | 2,844,004 | 4,759,200 | New Mexico | 733,629 | 1,093,104 | 1,826,733 |
| Connecticut | 1,529,291 | 1,353,058 | 2,882,349 | New York | 5,692,751 | 5,596,495 | 11,289,246 |
| Delaware | 390,464 | 400,546 | 791,010 | North Carolina | 3,683,366 | 4,210,933 | 7,894,299 |
| District of Columbia | 221,197 | 106,881 | 328,078 | North Dakota | 252,876 | 504,917 | 757,793 |
| Florida | 7,983,096 | 7,418,736 | 15,401,832 | Ohio | 5,077,149 | 5,151,772 | 10,228,921 |
| Georgia | 3,853,283 | 4,444,620 | 8,297,903 | Oklahoma | 1,781,785 | 2,391,445 | 4,173,230 |
| Hawaii | 477,951 | 595,192 | 1,073,143 | Oregon | 1,484,135 | 1,920,342 | 3,404,477 |
| Idaho | 585,526 | 973,034 | 1,558,560 | Pennsylvania | 5,300,803 | 5,645,688 | 10,946,491 |
| Illinois | 5,092,053 | 5,168,189 | 10,260,242 | Rhode Island | 459,767 | 361,598 | 821,365 |
| Indiana | 2,498,412 | 3,094,389 | 5,592,801 | South Carolina | 2,026,168 | 2,377,726 | 4,403,894 |
| Iowa | 1,252,706 | 1,729,218 | 2,981,924 | South Dakota | 339,398 | 572,819 | 912,217 |
| Kansas | 1,125,858 | 1,572,473 | 2,698,331 | Tennessee | 2,441,793 | 3,063,592 | 5,505,385 |
| Kentucky | 1,704,796 | 2,101,450 | 3,806,246 | Texas | 8,778,619 | 12,416,878 | 21,195,497 |
| Louisiana | 1,488,795 | 2,234,908 | 3,723,703 | Utah | 1,049,111 | 1,293,106 | 2,342,217 |
| Maine | 497,379 | 662,480 | 1,159,859 | Vermont | 244,002 | 315,794 | 559,796 |
| Maryland | 2,373,295 | 2,175,413 | 4,548,708 | Virginia | 3,490,818 | 3,685,894 | 7,176,712 |
| Massachusetts | 2,567,354 | 2,439,402 | 5,006,756 | Washington | 2,864,688 | 3,346,835 | 6,211,523 |
| Michigan | 3,686,226 | 4,484,807 | 8,171,033 | West Virginia | 602,462 | 949,586 | 1,552,048 |
| Minnesota | 2,215,122 | 2,670,114 | 4,885,236 | Wisconsin | 2,309,097 | 2,749,300 | 5,058,397 |
| Mississippi | 1,152,461 | 1,503,842 | 2,656,303 | Wyoming | 180,925 | 443,518 | 624,443 |
| Missouri | 2,368,306 | 2,929,469 | 5,297,775 | **Total** | **120,983,811** | **137,043,118** | **258,026,929** |

Source: IHS Automotive

[1] Including District of Columbia (D.C.)

# NADA DATA

## Vehicles in Operation and Scrappage – continued

### Total new-vehicle registrations, by state[1]

| State | 2013 | 2014 |
|---|---|---|
| Alabama | 199,834 | 207,817 |
| Alaska | 30,674 | 31,557 |
| Arizona | 349,453 | 358,785 |
| Arkansas | 131,080 | 136,559 |
| California | 1,711,762 | 1,848,389 |
| Colorado | 247,544 | 265,102 |
| Connecticut | 169,999 | 176,295 |
| Delaware | 47,840 | 50,203 |
| District of Columbia | 19,743 | 35,297 |
| Florida | 1,100,893 | 1,224,720 |
| Georgia | 435,464 | 464,553 |
| Hawaii | 67,482 | 73,180 |
| Idaho | 49,076 | 54,940 |
| Illinois | 611,432 | 662,705 |
| Indiana | 229,966 | 242,916 |
| Iowa | 133,825 | 135,246 |
| Kansas | 109,562 | 111,818 |
| Kentucky | 139,681 | 145,676 |
| Louisiana | 220,987 | 227,269 |
| Maine | 56,143 | 63,161 |
| Maryland | 317,924 | 322,165 |
| Massachusetts | 332,786 | 357,584 |
| Michigan | 540,295 | 599,595 |
| Minnesota | 245,719 | 255,816 |
| Mississippi | 109,305 | 106,888 |
| Missouri | 273,755 | 288,911 |
| Montana | 58,129 | 61,897 |
| Nebraska | 84,516 | 85,268 |
| Nevada | 120,277 | 135,358 |
| New Hampshire | 84,016 | 93,387 |
| New Jersey | 545,613 | 561,409 |
| New Mexico | 86,060 | 91,838 |
| New York | 928,475 | 967,751 |
| North Carolina | 402,078 | 420,303 |
| North Dakota | 43,724 | 45,369 |
| Ohio | 571,047 | 604,958 |
| Oklahoma | 699,406 | 740,579 |
| Oregon | 146,603 | 156,406 |
| Pennsylvania | 622,088 | 653,502 |
| Rhode Island | 47,289 | 50,156 |
| South Carolina | 197,635 | 209,458 |
| South Dakota | 38,759 | 39,567 |
| Tennessee | 273,138 | 247,414 |
| Texas | 1,423,625 | 1,573,912 |
| Utah | 116,124 | 123,170 |
| Vermont | 39,043 | 42,745 |
| Virginia | 375,262 | 379,853 |
| Washington | 251,044 | 264,896 |
| West Virginia | 84,117 | 85,546 |
| Wisconsin | 233,680 | 245,536 |
| Wyoming | 26,606 | 28,629 |
| **Total U.S.** | **15,380,578** | **16,356,054** |

Source: IHS Automotive

[1] Including District of Columbia (D.C.)

### Total light vehicles in operation, by year



Source: IHS Automotive

### Estimated vehicle scrappage, by year



Source: IHS Automotive

### Average age of passenger cars and light trucks, by year



Source: IHS Automotive

Case: 1:18-cv-00864 Document #: 962-10 Filed: 05/20/20 Page 18 of 19 PageID #:46294

![NADA DATA]

# Advertising and the Dealership

## Total dealership advertising expenditures



In billions of dollars

Source: NADA

## Advertising expenditures by medium, 2014



Percent of total

- Other 9.2%
- Newspaper 14.9%
- Radio 15.8%
- Television 23.1%
- Direct mail 10.7%
- Internet 26.3%

Source: NADA

## Total dealership advertising



Per new unit sold

Source: NADA

## Estimated advertising expenses per dealership in 2014

By number of new units sold

| By media used | Average of all dealerships |
|---|---|
| Newspapers | $73,771 |
| Radio | $78,125 |
| TV | $114,145 |
| Direct Mail | $53,040 |
| Internet | $130,324 |
| Other | $45,371 |
| **Total** | **$494,776** |
| Total advertising as a % of total sales | 1.04% |

Source: NADA

# NADA DATA

# New-Truck Dealerships

Sales of medium- and heavy-duty trucks (classes 4-8) increased to 406,707 units in 2014—a 15.6 percent gain from 351,737 units the previous year. For all truck classes, Freightliner sold the most commercial trucks, with 30.9 percent of the market.

Rounding out the top three, medium-duty manufacturer Ford had 15.3 percent of the market, while International had 14.1 percent of the market.

## Number of medium- and heavy-duty truck dealerships



Source: NADA

## Truck categories

| Trucks are classified by gross vehicle weight | |
|---|---|
| Class 1 | 0 – 6,000 lb. |
| Class 2 | 6,001 – 10,000 lb. |
| Class 3 | 10,001 – 14,000 lb. |
| Class 4 | 14,001 – 16,000 lb. |
| Class 5 | 16,001 – 19,500 lb. |
| Class 6 | 19,501 – 26,000 lb. |
| Class 7 | 26,001 – 33,000 lb. |
| Class 8 | 33,001 and over lb. |

Source: WardsAuto

## U.S. retail sales and market share—calendar year 2014

Truck classes 4–8

| Class | 4 | 5 | 6 | 7 | 8 | Total | Percent of market |
|---|---|---|---|---|---|---|---|
| Freightliner | 0 | 3,861 | 18,507 | 24,979 | 78,467 | 125,814 | 30.9% |
| Ford | 3,035 | 39,836 | 16,033 | 3,472 | 0 | 62,376 | 15.3% |
| International | 25 | 2,076 | 9,467 | 14,513 | 31,131 | 57,212 | 14.1% |
| Kenworth | 0 | 30 | 1,579 | 4,282 | 31,162 | 37,053 | 9.1% |
| Peterbilt | 0 | 14 | 264 | 4,929 | 29,726 | 34,933 | 8.6% |
| Volvo Truck | 0 | 0 | 0 | 0 | 26,555 | 26,555 | 6.5% |
| Mack | 0 | 0 | 0 | 0 | 19,652 | 19,652 | 4.8% |
| Dodge/Ram | 0 | 14,401 | 0 | 0 | 0 | 14,401 | 3.5% |
| Isuzu | 9,246 | 5,081 | 0 | 0 | 0 | 14,327 | 3.5% |
| Hino | 0 | 1,272 | 5,855 | 2,003 | 0 | 9,130 | 2.2% |
| Western Star | 0 | 0 | 0 | 0 | 3,645 | 3,645 | 0.9% |
| Mitsubishi Fuso | 1,068 | 514 | 0 | 0 | 0 | 1,582 | 0.4% |
| Other | 0 | 0 | 0 | 0 | 67 | 67 | 0.0% |
| **Total** | **13,374** | **67,085** | **51,705** | **54,178** | **220,405** | **406,747** | **100.0%** |

Source: WardsAuto