# EXHIBIT 154

 

## CALIFORNIA NEW CAR DEALERS ASSOCIATION (CNCDA) AND DMVdesk FORGE POWERFUL NEW PARTNERSHIP

– *DMVdesk Chosen as Exclusive Licensed Electronic Vehicle Registration Provider for California's New Car Dealers* –

**AGOURA HILLS, Calif.**, **(Nov. 5, 2014)** – DMVdesk, Motor Vehicle Software Corporation's (MVSC's) award-winning eFiling system, has been exclusively licensed by the California New Car Dealers Association (CNCDA) as the preferred registration solution for new car dealers in California. Committed to a strategic partnership with CNCDA, the largest state association of franchised dealers, MVSC will also work with CNCDA and it's members on issues including registration training, new technologies, and continued industry modernization.

"Selecting MVSC's DMVdesk as CNCDA's eFiling solution partner wasn't difficult. In a short period of time they have become the number one registration solution provider for good reason. Following a comprehensive evaluation of all providers in the market, it became clear why an increasing number of our dealers are choosing DMVdesk's innovative technologies and comprehensive support system," says Brian Maas, President of CNCDA. "MVSC's commitment to serving dealers' interests will take our partnership to a new level. They also have the expertise and presence in Sacramento to be a powerful ally in our legislative advocacy work."

DMVdesk pioneered an advanced vehicle registration solution, focused on streamlining operations between the California Department of Motor Vehicles (DMV) and dealerships. Accomplishing this kind of industry-wide change required an in-depth understanding of the needs of each stakeholder, as well as a thorough knowledge of registration and licensing regulations. Rapid gains in market share prove that DMVdesk's inclusive approach is right on target.

"By becoming true partners with our dealers and the DMV, we've been able to help them work more effectively with each other," says John Brueggeman, Executive Vice President of MVSC. "In partnership with CNCDA, we look forward to leveraging our skills to strengthen the public/private partnership model and using our extensive legislative contacts and experience to support dealers on initiatives that will create efficiencies throughout the dealership."

 

Additionally, DMVdesk will be collaborating with CNCDA to provide its Registration Management Professional (RMP) courses. As California's preeminent registration training program, in 2015 RMP will deliver more than 160 registration management courses to dealership registration professionals, offering them the most comprehensive and up-to-date information on DMV processes, news and regulations.

"This is a groundbreaking partnership," explains Don Armstrong, President and CEO of MVSC. "Our alliance with CNCDA is a great honor, and it wouldn't be possible without our dealer partners. We are very grateful for their vote of confidence and long-term commitment to DMVdesk."

**About California New Car Dealers Association**
The California New Car Dealers Association is the country's largest state association of franchised new car and truck dealers representing nearly 1,200 dealer members. CNCDA members are primarily engaged in the retail sale and lease of new vehicles, and also engage in automotive service, repair and part sales. CNCDA promotes fair and ethical business practices through a wide range of educational programs, services and industry publications.

**About DMVdesk**
DMVdesk is a comprehensive, end-to-end automotive registration solution that provides eFiling software, training and support to ensure full compliance with title and registration regulations. Motor Vehicle Software Corporation (MVSC) developed DMVdesk as an innovative solution designed to work in partnership with the DMV. Engineered to provide speed, power and complete reliability, DMVdesk enables automotive, powersports and motorcycle dealerships to achieve higher deal compliance rates and streamline workflow processes. For more information on DMVdesk, visit www.dmvdesk.com. For media information please contact, media@mvscusa.com.

**About Motor Vehicle Software Corporation**
The Motor Vehicle Software Corporation (MVSC) is a leader in the development and support of innovative, cost-effective solutions between government agencies and the private sector. By combining eGovernment consulting skills, compliance analysis capabilities and specific industry expertise, MVSC pioneers innovative workflow efficiencies to help government and industry partners save time, money and resources. MVSC is currently expanding its services and solutions, including DMVdesk, across the nation. For more information on MVSC, visit www.mvscusa.com. For media information please contact, media@mvscusa.com.

###