# EXHIBIT 155


Dealertrack
(https://us.dealertrack.com)

**LOGIN (HTTPS://LOGIN.DEALERTRACK.COM/LOGIN)**

# Registration and Title Solutions

## Expertise from Trade-in to Vehicle Sold

Only Dealertrack has the solution to help your back-office process vehicle titles whether they are taken on trade or are being sold and delivered to in-state or out-of-state customers. Explore new ways to create process efficiencies, maximize profits, and deliver the exceptional experience today's customers demand.

Ready to get started?


(https://us.dealertrack.com)

**LOGIN (HTTPS://LOGIN.DEALERTRACK.COM/LOGIN)**



(/content/dealertrack/en/registration-and-titling-solutions/accelerated-title.html)

# Accelerated Title for Vehicles Taken on Trade

With each used vehicle you take in on trade – you know you can't sell what you don't own. Speed the payoff and title release process from 12-18+ days to as little as 4-6 days – so you can remarket that vehicle faster and reduce inventory holding costs.

**Learn More ›  (/content/dealertrack/en/registration-and-titling-solutions/accelerated-title.html)**

Ready to get started?


(https://us.dealertrack.com)

**LOGIN (HTTPS://LOGIN.DEALERTRACK.COM/LOGIN)**



# In-State Reg & Title

Speed and compliance are givens for the volume of processing done in your state. Our user-inspired, best-in-class, technology includes hands-on implementation and a dedicated support team to making switching simple and straightforward.

**Choose a State to Learn More** ›

CA › (//content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/california.html)

CT › (//content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/connecticut.html)

GA › (//content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/georgia.html)

IL › (//content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/illinois.html)

Ready to get started?



Dealertrack (https://us.dealertrack.com)

LOGIN (https://login.dealertrack.com/login)

(/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/illinois.html)

IN (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/indiana.html)

LA › (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/louisiana.html)

MD › (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/maryland.html)

MA › (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/massachusetts.html)

NJ › (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/new-jersey.html)

NY › (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/new-york.html)

NC › (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/north-carolina.html)

OH › (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/ohio.html)

PA › (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/pennsylvania.html)

VA › (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/virginia.html)

WI › (/content/dealertrack/en/registration-and-titling-solutions/in-state-registration-and-titling/wisconsin.html)

Ready to get started?

Dealertrack (https://us.dealertrack.com)

LOGIN (HTTPS://LOGIN.DEALERTRACK.COM/LOGIN)



(/content/dealertrack/en/registration-and-titling-solutions/out-of-state-registration-and-titling.html)

# RegUSA® for Vehicles Delivered Cross-Border

As online car shopping continues to grow and encompass out-of-state deals for your dealership, take the cumbersome and manual registration and title processing out of the hands of your busy back office and provide a hassle-free experience for customers.

**Learn More › (/content/dealertrack/en/registration-and-titling-solutions/out-of-state-registration-and-titling.html)**

# Get the Info Sheet

Ready to get started?

Dealertrack (https://us.dealertrack.com)

LOGIN (HTTPS://LOGIN.DEALERTRACK.COM/LOGIN)



(/content/dam/dealertrack/solution/rts/2016-in-state-pdf-thumb/Total%20Title%20One%20Sheet.pdf)

Minimize paperwork and maximize results with Dealertrack's complete, fast and easy-to-use registration and titling solution.

Download Now > (/content/dam/dealertrack/solution/rts/2016-in-state-pdf-thumb/Total%20Title%20One%20Sheet.pdf)

## Contact Us

Sales
888.346.3087

RegUSA Sales
800.211.3638

Customer Support
800.374.4771

M-F: 8:00am - 9:00pm ET
Sat: 8:00am - 6:00pm ET
Sun: 9:00am - 6:00pm ET

Ready to get started?

Dealertrack (https://us.dealertrack.com)

**LOGIN (HTTPS://LOGIN.DEALERTRACK.COM/LOGIN)**

# Ready to get started?

Fill out the form and let us today.

First Name *

[ ]

Last Name *

[ ]

Title *

[ ▼ ]

Dealership *

[ ]

Phone *

[ ]

Email *

[ ]

State *

[ ▼ ]

I'm interested in *

[ ▼ ]

How can we help you?

Ready to get started?


(https://us.dealertrack.com)

**LOGIN (HTTPS://LOGIN.DEALERTRACK.COM/LOGIN)**

Submit

(http://blog.dealertrack.com/)

(https://www.facebook.com/Dealertrack)

(http://www.linkedin.com/company/technologies/careers?trk=top_nav_careers)

(https://www.dealertrack.ca) (https://twitter.com/Dealertrack)

©2020 Dealertrack, Inc. All rights reserved Terms and Conditions (/content/dealertrack/en/terms-and-conditions.html) | Privacy Policy (/content/dealertrack/en/privacy-policy.html) | Site Requirements (/content/dealertrack/en/site-requirements.html)

This product is covered by one or more US and foreign patents and pending patent applications including the following US patents: 6,208,979 and 6,587,841.

(https://www.coxautoinc.com)

Ready to get started?



**LOGIN (HTTPS://SSO.DEALERTRACK.COM/AFFWEBSERVICES/PUBLIC/OAUTHTOKENCONSUMER/DEALERTRACK-OAUTHCLIENT?AUTHSERVER=HTTPS://IDP.DEALERTRACK.COM/DEALERTRACK-OAUTHZSERVER)**

# 80%

of dealers say that implementing technology in their dealership has driven efficiency.

*2019 Cox Automotive Tech Impact Survey of 219 dealers.

(http://www.paa.org/)

## PAA (PENNSYLVANIA AUTOMOTIVE ASSOCIATION)

Dealertrack is proud to be the exclusively-endorsed Reg & Title partner of the Pennsylvania Automotive Association (PAA).

Learn More >

"Training for new employees is straightforward and easy for them to understand, which is what we count on since time is of the essence."

– Lisa Chamberlain, Corporate Finance Director, Blaise Alexander Family Dealerships in Williamsport, PA

## WHAT ARE YOUR TITLING CHALLENGES?

Streamline your dealership's end-to-end registration and titling productivity.

Find Out How >

(/content/dealertrack/en/gameplan/rts-gameplan.html)



LOGIN (HTTPS://SSO.DEALERTRACK.COM/AFFWEBSERVICES/PUBLIC/OAUTHTOKENCONSUMER/DEALERTRACK-OAUTHCLIENT?
AUTHSERVER=HTTPS://DEALERTRACK-OAUTHZSERVER)

Dealertrack (http://dealertrack.com)

## 86%

**of dealers say that implementing technology in their dealership has driven efficiency.**

*2019 Cox Automotive Tech Impact Survey of 219 dealers.



(/content/dam/dealertrack/service-pages/news-releases/2018/WATDA-Dealertrack-RTS-Endorsement-Release.pdf)

### WISCONSIN AUTOMOBILE & TRUCK DEALERS ASSOCIATION (WATDA)

Dealertrack is proud to be the preferred Reg & Title Partner of the Wisconsin Automobile & Truck Dealers Association (WATDA).

Learn More >

"The Dealertrack product is right now the superior product, certainly within Wisconsin, and we believe in the industry."

– Bill Sepic, President, WATDA

### WHAT ARE YOUR TITLING CHALLENGES?

Streamline your dealership's end-to-end registration and titling productivity.

Find Out How > (/content/dealertrack/en/gameplan/rts-gameplan.html)



**Dealertrack** (https://us.dealertrack.com/)

**LOGIN (HTTPS://SSO.DEALERTRACK.COM/AFFWEBSERVICES/PUBLIC/OAUTHTOKENCONSUMER/DEALERTRACK-OAUTHZSERVER?AUTHZSERVERID=DEALERTRACK-OAUTHZSERVER)**

# 70%

**of dealers say that integrating technologies has impacted their sales department the most, helping drive profitability for the dealership.**

*2019 Cox Automotive Tech Impact Survey of 219 dealers

# 58%

**of dealers say that implementing technology in their dealership has driven efficiency.**

*2019 Cox Automotive Tech Impact Survey of 219 dealers.

 (https://vada.com/)

## VIRGINIA AUTOMOBILE DEALERS ASSOCIATION (VADA)
## VIRGINIA INDEPENDENT AUTOMOBILE DEALERS ASSOCIATION (VIADA)

Dealertrack is proud to be the exclusively-endorsed Reg & Title partner of both the Virginia Automobile Dealers Association (VADA) and the Virginia Independent Automobile Dealers Association (VIADA).

Learn More ›

"Since using Dealertrack's in-state solution, we can get the titles with the liens on them perfected as soon as the banks get them funded, so it's helped streamline the process and made it more efficient and quicker."

– Susie Thompson, Title Clerk, Hubler Automotive Group

## WHAT ARE YOUR TITLING CHALLENGES?

# 80%

**of dealers say that implementing technology in their dealership has driven efficiency.**

*2019 Cox Automotive Tech Impact Survey of 219 dealers.

 (http://www.gnyada.com/)

## RADA, GNYADA, NYSADA, NFADA

Dealertrack is proud to be the exclusively-endorsed Reg & Title partner of the Rochester Automobile Dealers Association (RADA), and the approved Reg & Title partner of the Greater New York Automobile Dealers Association (GNYADA).

Learn More ›

"If the system goes down, I can't register vehicles, therefore I am not selling vehicles. So it's important to have the trust that things are always working so we can keep working, but also that my team is confident and has the ability to use the system fully without pause or confusion. It's very user-friendly and we trust the information the system is providing us."

– Edward Herrera, Controller, BMW of Manhattan & Mini of Manhattan, NY

## WHAT ARE YOUR TITLING CHALLENGES?

Streamline your dealership's end-to-end registration and titling productivity.

Find Out How ›  (/content/dealertrack/en/gameplan/rts-gameplan.html)



LOGIN (HTTPS://SSO.DEALERTRACK.COM/AFFWEBSERVICES/PUBLIC/OAUTHTOKENCONSUMER/DEALERTRACK-OAUTHCLIENT?AUTHSERVERID=DEALERTRACK-OAUTHZSERVER)

(http://dealertrack.com)

# 50%

**of dealers say that implementing technology in their dealership has driven efficiency.**

*2019 Cox Automotive Tech Impact Survey of 219 dealers.

 (http://www.njcar.org/)

## NEW JERSEY COALITION OF AUTOMOTIVE RETAILERS (NJ CAR)

Dealertrack is proud to be the preferred Reg & Title Partner of the New Jersey Coalition of Automotive Retailers (NJ CAR).

Learn More >

"Using Dealertrack, we get titles with liens back as soon as the banks get them funded, so it helps us streamline the entire process."

– **Susie Thompson, Title Clerk, Hubler Automotive Group**

## WHAT ARE YOUR TITLING CHALLENGES?

Streamline your dealership's end-to-end registration and titling productivity.

Find Out How > (/content/dealertrack/en/gameplan/rts-gameplan.html)



**LOGIN** **(HTTPS://SSO.DEALERTRACK.COM/AFFWEBSERVICES/PUBLIC/OAUTHTOKENCONSUMER/DEALERTRACK-OAUTHZSERVER?SERVERID=DEALERTRACK-OAUTHZSERVER)**

Dealertrack (https://us.dealertrack.com)

# 70%

**of dealers say that integrating technologies has impacted their sales department the most, helping drive profitability for the dealership.**

*2019 Cox Automotive Tech Impact Survey of 219 dealers

# 58%

**of dealers say that implementing technology in their dealership has driven efficiency.**

*2019 Cox Automotive Tech Impact Survey of 219 dealers.



(https://www.lada.org/)

## LOUISIANA AUTOMOBILE DEALERS ASSOCIATION (LADA)LOUISIANA INDEPENDENT AUTOMOBILE DEALERS ASSOCIATION (LIADA)

Dealertrack is proud to be the exclusively-endorsed Reg & Title partner of the Louisiana Automobile Dealers Association (LADA).

Dealertrack is proud to be a preferred vendor of the Louisiana Independent Automobile Dealers Association (LIADA).

Learn More ›

"The Dealertrack system is very user-friendly and gives us a quick and easy way to complete tag and title work for our customers in a timely manner."

– Sally Horn, Title Clerk & Accounts Payable, Audi

**LOGIN (HTTPS://SSO.DEALERTRACK.COM/AFFWEBSERVICES/PUBLIC/OAUTHTOKENCONSUMER/DEALERTRACK-OAUTHCLIENT?AUTHENTICATION=DEALERTRACK-OAUTHZSERVER)**

(https://dealertrack.com)

**86%**

of dealers say that implementing technology in their dealership has driven efficiency.

*2019 Cox Automotive Tech Impact Survey of 219 dealers.



"The information stream is important in our partnership because dealers benefit most when we are able to give them up-to-date information that Dealertrack shares with us. That value helps keep dues low because we share resources from Dealertrack's recommendations and that allows us to provide educational programs that benefit dealer employees."

- Marty Murphy, President, Automobile Dealers Association of Indiana (ADAI)

(/content/dam/dealertrack/service-pages/news-releases/2019/DealertrackRTS_ADAI%20endorsement.pdf)



### AUTOMOBILE DEALERS ASSOCIATION OF INDIANA (ADAI)

Dealertrack is proudly endorsed by the Automobile Dealers Association of Indiana (ADAI).

Learn More ›

"Using Dealertrack, we get titles with liens back as soon as the banks get them funded, so it helps us streamline the entire process."

– Susie Thompson, Title Clerk, Hubler Automotive Group in Indianapolis, IN

### WHAT ARE YOUR TITLING CHALLENGES?

Streamline your dealership's end-to-end registration and titling productivity.

Find Out How ›