# EXHIBIT 156

# DLRdmv Becomes Florida's Number One Provider of Electronic Titling Solutions



NEWS PROVIDED BY
**DLRdmv →**
Nov 30, 2018, 10:00 ET

TALLAHASSEE, Fla., Nov. 30, 2018 /PRNewswire/ -- DLRdmv, the most trusted name in electronic titling (eTitling) technology solutions, is now officially the number one provider of eTitling transactions in the state of Florida. According to a recently released report from the Florida Department of Highway Safety and Motor Vehicles, DLRdmv surpassed all other eTitling service providers in October to become Florida's market share leader.

"We're very excited to become Florida's leading eTitling provider as it is one of the country's largest and most competitive markets," said **Johnson Berry, DLRdmv CEO**. "We're proud, but obviously, we wouldn't be here without our dealer clients because it's their passion to streamline the car-buying experience for their own customers that has elevated our product to the top."

DLRdmv's eTitling Platform provides a number of proprietary solutions and value-unique benefits including:

/

- DealersFirst™ Customer Support

- Proprietary AccuFee™ Technology

- DLRscan Document Processing

- eTitle Management System (eTMS™)

Berry says he is grateful for the support DLRdmv has enjoyed from the Florida Automobile Dealers Association (FADA), which in May endorsed the company as the association's preferred provider of electronic titling and registration in the state of Florida.

"The Association prides itself on recommending the best products and solutions available to our dealers, and from the moment DLRdmv came on the scene, it became very evident that their services were a full order of magnitude better than anything else in the market today," said **Ted Smith, president of FADA**. "Obviously DLRdmv's technology is a game-changer, but their dedication to innovation and commitment to customer service is really why we wanted to partner with DLRdmv moving forward."

**About DLRdmv**

Headquartered in Dallas, Texas, DLRdmv is a technology company focused on developing innovative and intuitive applications that create efficiencies for automotive dealerships and state government agencies. DLRdmv is a certified EFS and ETR provider in the state of Florida and a certified ETR Program provider in the state of Georgia. DLRdmv has leveraged its industry-leading DealersFirst™ Customer Support and Proprietary Technology solutions to become Florida and Georgia's fastest-growing eTitling provider. For more information, please contact DLRdmv at ContactUs@DLRdmv.com or visit DLRdmv.com.

**Related Links**

DLRdmv Website

/

SOURCE DLRdmv

Related Links

http://DLRdmv.com