# EXHIBIT 157

# RCI Third Party List



Third Party

▼ AIB, Inc.

TitleDirect

| | |
|---|---|
| DMS: | ERA |
| Area: | Electronic Vehicle Registration |
| Certification: | Certified |

TitleDirect

| | |
|---|---|
| DMS: | POWER |
| Area: | Electronic Vehicle Registration |
| Certification: | Certified |

▼ Auto Data Direct, Inc.

Third Party

### ADDTag

| | |
|---|---|
| DMS: | ERA |
| Area: | Electronic Vehicle Registration |
| Certification: | Certified |

### ADDTag

| | |
|---|---|
| DMS: | POWER |
| Area: | Electronic Vehicle Registration |
| Certification: | Pre-Certified |

## ▼ CVR

### CVR

| | |
|---|---|
| DMS: | ERA |
| Area: | Electronic Vehicle Registration |
| Certification: | Certified |

### CVR

| | |
|---|---|
| DMS: | POWER |

| Third Party | | |
|---|---|---|
| **CVR** | | |
| | Area: | Electronic Vehicle Registration |
| | Certification: | Certified |
| **AVRS** | | |
| | DMS: | ERA |
| | Area: | Electronic Vehicle Registration |
| | Certification: | Certified |
| **AVRS** | | |
| | DMS: | POWER |
| | Area: | Electronic Vehicle Registration |
| | Certification: | Certified |

▼ **DDI Technology**

| Third Party | | |
|---|---|---|
| Premier EVR™ | | |
| | DMS: | ERA |
| | Area: | Electronic Vehicle Registration |
| | Certification: | Certified |
| Premier EVR™ | | |
| | DMS: | POWER |
| | Area: | Electronic Vehicle Registration |
| | Certification: | Pre-Certified |

▼ **DLRdmv**

| Third Party | | |
|---|---|---|
| DLRdmv | | |
| | DMS: | ERA |
| | Area: | Electronic Vehicle Registration |
| | Certification: | Certified |
| DLRdmv | | |
| | DMS: | POWER |
| | Area: | Electronic Vehicle Registration |
| | Certification: | Certified |
| ▼ TitleTec™ | | |

| Third Party | |
|---|---|
| **t21** | |
| DMS: | ERA |
| Area: | Electronic Vehicle Registration |
| Certification: | Certified |
| **t21** | |
| DMS: | POWER |
| Area: | Electronic Vehicle Registration |
| Certification: | Certified |

*RCI certification classification*

## "Certified" third party

Have completed the Reynolds certification process with a specific application and a specific set of data components. You can recognize certified third-party vendors by their use of the RCI logos with the appropriate ERA and/or POWER designations. These third parties are provided the technical support of Reynolds and Reynolds for their approved interface.

## "Pre-certified" third party

Have been accepted into the Reynolds Certified Interface Program, but have not yet completed the Reynolds certification process with a specific application and a specific set of data components. These third-party vendors are not yet permitted to distribute, market, or otherwise claim a Certified Interface with their product, but a Certified Interface is pending.

## Stay informed

Dealers
Call:
Email:

Interested third parties
Call:
Email: