# EXHIBIT 158

**LOGIN**

Simplify your vehicle registration process.

Process Vehicle Registration for new & used vehicles
Apply for title & registration
Access real-time current title, vehicle & owner data
Print temporary tags

**ENROLL ONLINE**        **SCHEDULE A DEMO (/PREMIER-EVR-SCHEDULE-A-DEMO/)**

# Endorsed By





## Faster Processing and DMS Integration

▼

## Customized Reporting

Receive Daily reconciliation reports tailored to meet your accounting department's needs as well as view state holds before they become an issue. In addition, Fee Receipts are available for each transaction to provide verification of registration details.

## Out-of-State Registration

Eliminate time spent researching registration processes with our 50 state Title & Registration Service. Instant T/T/T quotes as well as all titling paperwork is available for much less than other vendors charge. Avoid rejections with document checklists and ensure your deal packet is complete.

## Vehicle Research

Our solution connects to real time state DMV data. Ensure accuracy by verifying addresses and registered owners before your customer leaves the dealership. Receive title and lien information to help maximize trade-in appraisals. All reports are stored in your history to avoid duplication.

## Complete Training Options

Depending upon size and complexity, DDI Technology can customize your training plan. Get to know Premier EVR™ with hands-on learning and full support. We offer FREE webinars, a 24/7 Help Center with training videos and our LIVE chat feature gives you answers and assistance when needed.

## Which states offer EVR?

DDI Technology supports electronic vehicle registration in the states highlighted. Our Premier TRS™ can assist you in all 50 states.

SELECT A STATE

## What about states that do not offer an EVR program?

Premier EVR™ works directly with Premier TRS for processing registration and vehicle transfers in all 50 states. Premier EVR™ also includes advice and required forms for filing title and registration applications for all states.

We offer a number of other services as well through Premier TRS, including handling title applications, registrations, fee estimates, and other customized title management services.

**ABOUT PREMIER TRS (/PREMIER-SOLUTIONS/PREMIER-TRS/)**

"DDI goes above and beyond the normal for their clients to make sure they get everything they need for their business to operate. I feel confident in saying they are the best in this industry and will continue to be so."

**CNG INVESTMENTS, INC.**

**FULL CUSTOMER STORY (HTTPS://WWW.DDITECHNOLOGY.COM/CUSTOMER-STORIES/CNG-INVESTMENTS-INC/)**

"On eve
change
and the

## Getting **Started**

There are no costs to enroll, no software to install, and DDI will never lock you into a contract.

**To begin the enrollment process, select your state.**

SELECT A STATE

**DDI Technology** provides premier software and service solutions that increase process efficiency and simplify information management.

### SUPPORT (HTTPS://WWW.DDITECHNOLOGY.COM/SUPPORT/)
### CAREERS (HTTPS://WWW.DDITECHNOLOGY.COM/ABOUT/CAREERS/)
### CONTACT (HTTPS://WWW.DDITECHNOLOGY.COM/CONTACT/)

© 2020 DECISION DYNAMICS, INC.
WEB DESIGN BY BEAM & HINGE (HTTPS://WWW.BEAMANDHINGE.COM)