# EXHIBIT 159



State of Wisconsin
# Department of Transportation

## Title and registration processing

- Title and registration processing
- Business licenses
- Dealer forms
- Dealer license fees
- eMV PARTNER
- eMV Fleet registration
- Motor vehicle salesperson manual
- Special motor vehicle industry plates
- Tips and tools for dealers


Car dealership

There are numerous benefits to processing title and registration electronically. These include accurate fee calculation, real time record update, no need to write checks, and immediate listing of liens.

## Processing options

- **Computerized Vehicle Registration (CVR)**
    - Jeannie Stoglin, (248) 606-5367 JStoglin@cvrreg.com
    - Vendor website

- **Dealertrack**
    - Jerrod Wertz (262) 239-9078  Jerrod.Wertz@coxautoinc.com
    - Vendor website

- **National Financial Corporation (NFC)**
    - Jorge Franco (414) 469-3024 GeoFranco@iNFC.net
    - Miriam Real (414) 289-9140 MReal@iNFC.net

## eMV PARTNER -  see more information

- **eMV Fleet for fleet owners**

Training resources for dealers and agents

Dealer forms

For more information:
- Field investigation offices
- Plain Dealing - newsletter
- What's new for dealers

If you have questions:

**Email** Wisconsin DMV email service