# EXHIBIT 160



# Electronic Registration and Title (ERT) Services Providers

## Vehicle Services

Financial institutions and currency exchanges authorized to sell registration renewal stickers using sticker books are now using the Electronic Registration and Title system. The system will allow the Secretary of State's office to check vehicle emission test compliance during the renewal process before a sticker is issued. The system will expedite the registration process by automatically updating a customer's registration record with the Secretary of State's office and providing a new registration card for the customer at the time of purchase.

The administrative rules authorize agents to increase the fee for this service from $4.75 to $7.50. The Secretary of State does not collect any of this fee and has no authority on how the fee is handled.

To utilize the Electronic Registration and Title system, you must apply with an approved service provider. Financial institutions and currency exchanges will no longer be required to return sticker books to the Secretary of State on a monthly basis, and the Secretary of State will no longer issue sticker books. Agents also will be able to sell stickers for any month. All transactions will be recorded using the software provided through one of the following approved vendors. The following are service providers currently approved by the Secretary of State's office:

- **CVR** – Ron Zimmerman, Office: 317-522-6256, Fax: 800-464-9342, http://cvrweb.com/, rzimmerman@cvrreg.com
  Transactions available: Duplicate and/or Corrected Title, Junking Certificate, License Plate Renewals, Salvage Title, Title and Plates, Title and Transfer of Plates, Title Only

- **Dealertrack** – Dustin Eklund, Mobile: 815-351-9166, www.dealertrack.com/rts, Dustin.Eklund@coxautoinc.com
  Transactions available: Duplicate and/or Corrected Title, Junking Certificate, License Plate Renewals, Salvage Title, Tax Only, Title and Plates, Title and Transfer of Plates, Title Only

- **Electronic License Service, LLC** – John Iberl, 200 E. Howard Ave., Ste. 216, , Des Plaines, IL 60016, Office: 312-281-5600, Fax: 224-217-5002, www.elsillinois.com, jiberl@elsillinois.com
  Transactions available: Duplicate and/or Corrected Title, License Plate Renewals, Title and Plates, Title and Transfer of Plates, Title Only and transactions involving a pre-paid MyTaxIllinois ST-556 tax payment.

- **Vitu (Motor Vehicle Software Corporation)** – Jamison Kingfield, 1640 W. Carroll Ave. Ste. 100, Chicago, IL 60612, Office: 312-883-2332, Mobile: 312-965-3146, www.vitu.com, illinoisinfo@vitu.com Transactions available: Title and Plates, Title and Transfer of Plates, Title Only, Tax Only, Duplicate and/or Corrected Title, License Plate Renewals

- **S & S License and Title Service, Inc.** – Michael A. Sandlin, 519 N. Perry St., Peoria, IL 61603, Office: 309-674-9532, Fax: 309-674-9583, www.sandslicenseterminal.com, sandslicenseterminal@gmail.com Transactions available: License Plate Renewals

Information on Secretary of State approved service providers is updated regularly. For more information, please call 217-524-5119.

Questions regarding specific service providers or support for specific service networks should be directed to the individual provider.

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.      Tue Apr 21 2020