# EXHIBIT 161

 ()

## About Us

# Automating The Vehicle Registration Experience

CVR was founded in 1992 to automate the link between states' Departments of Motor Vehicles (DMVs) and key members of the vehicle life cycle (e.g. dealerships, insurance companies, financial institutions, auctions and tag agencies). Today, we are committed to creating a better customer vehicle purchasing experience through seamless, secure digital titling and registration solutions.



**TRUSTED**

With support from 15 dealer associations, we process nearly 15 million vehicle transactions and 4+ million DMV inquiries annually across 17 states.



## INTEGRATED

Our solutions incorporate both customer and state needs, and we are backed by the leading DMS providers in the industry – CDK Global (http://www.cdkglobal.com) and Reynolds & Reynolds (http://www.reyrey.com).



## INVESTED

Our history of success allows us to devote our resources to future technology and compliance, providing dealers, customers and states with the solutions they need.

## The History Of CVR



## More Information About CVR

(/about-us/how-cvr-works)

> How CVR Works Video

(/about-us/strategic-
partners)

> Strategic Partners

(/about-us/press)

❯ Press Releases

(/about-us/testimonials)

❯ Client Testimonials

## Need Support?

Our expert staff is ready to help! Click here (/support)

## GET STARTED

Fill out the form for more information

**First Name** *

**Last Name** *

**Email** *

**Phone** *

**Job Title** *

▼

**Dealership Name** *

**State/Province** *

▼

**Message** *

Submit

# Creating a better customer vehicle registration experience

About CVR - Electronic Vehicle Registration

CVR, backed by CDK Global (http://www.cdkglobal.com) and Reynolds & Reynolds (http://www.reyrey.com), provides automotive dealers with fast, secure, certified electronic titling and registration. We process millions of vehicle transfers and DMV inquiries annually across 17 states to help dealerships provide a seamless customer experience.

© Copyright 2020 by CVR. All rights reserved.  www.cvrconnect.com (http://www.cvrconnect.com/)

 AdChoices

3.7763725,-117.8636224,17z/data=!3m1!4b1!4m2!3m1!1s0x80dcd9c67f1c463f:0x59bb00ce61635e91)