# EXHIBIT 162



()

Solutions

# Choose Your State

CVR processes 830,000+ vehicle transfers and DMV inquiries monthly across the U.S. We offer state-certified programs providing Electronic Registration, Vehicle Record Inquiry, and Electronic Lien and Title services. Choose from the drop-down menu below to see the solutions available in your state.

Select State ▼



## MULTI-STATE DEALERSHIPS

We provide registration services to interstate clients with fleets spread across multiple states.

### Can`t Find CVR In Your State?

Let us know that you are interested in using CVR solutions in your state.

### Need Support?

Our expert staff is ready to help! Click here (/support)

# GET STARTED

Fill out the form for more information

First Name *

Last Name *

Email *

Phone *

Job Title *

Dealership Name *

State/Province *

Message *

Submit

## Creating a better customer vehicle registration experience

4/21/2020 Case: 1:18-cv-00864 Document #: 962-20 Filed: 05/20/20 Page 5 of 5 PageID #:46357 Solutions - CVR | Computerized Vehicle Registration

CVR, backed by CDK Global (http://www.cdkglobal.com) and Reynolds & Reynolds (http://www.reyrey.com), provides automotive dealers with fast, secure, certified electronic titling and registration. We process millions of vehicle transfers and DMV inquiries annually across 17 states to help dealerships provide a seamless customer experience.

© Copyright 2020 by CVR. All rights reserved.  www.cvrconnect.com (http://www.cvrconnect.com/)

 AdChoices

3.7763725,-117.8636224,17z/data=!3m1!4b1!4m2!3m1!1s0x80dcd9c67f1c463f:0x59bb00ce61635e91)

www.cvrconnect.com/solutions 4/4