**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP PUTATIVE CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT CDK GLOBAL, LLC'S MOTION FOR SUMMARY JUDGMENT**

Defendant CDK Global, LLC ("CDK") hereby moves pursuant to Fed. R. Civ. P. 56(a) and Local Rule 56.1 for summary judgment on all of Plaintiffs' claims in the above-captioned matter as set forth in their Consolidated Class Action Complaint (Dkt. 198). In support of its Motion, CDK submits the following:

1. Memorandum in Support of CDK Global, LLC's Motion for Summary Judgment (filed under seal);

2. Defendants CDK Global, LLC and The Reynolds and Reynolds Company's Joint Statement of Common Undisputed Material Facts in Support of Their Motions for Summary Judgment (filed under seal) ("Joint Statement");

3. The Reynolds and Reynolds Company's Statement of Undisputed Material Facts in Support of its Motion for Partial Summary Judgment and Exhibits 1-108 thereto (previously filed at Dkt. 779, 780, 782, 783) (filed under seal), which Defendants have incorporated by reference into the Joint Statement; and

4. Declaration of Daniel T. Fenske with accompanying Exhibits (filed under seal).

As demonstrated in the foregoing, there is no genuine dispute as to any material fact and CDK is entitled to judgment as a matter of law.

WHEREFORE, CDK respectfully requests that the Court enter an Order granting summary judgment in CDK's favor on all of Plaintiffs' claims in this matter.

Dated: May 20, 2020

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Daniel T. Fenske
Matthew D. Provance
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com
jglickstein@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendant*
*CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on May 20, 2020, I caused a true and correct copy of the foregoing **DEFENDANT CDK GLOBAL, LLC'S MOTION FOR SUMMARY JUDGMENT** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                              */s/ Britt M. Miller*
                              Britt M. Miller
                              MAYER BROWN LLP
                              71 South Wacker Drive
                              Chicago, IL 60606
                              (312) 782-0600
                              bmiller@mayerbrown.com