**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>*Authenticom, Inc. v. CDK Global, LLC, et al.*,<br>Case No. 1:18-cv-00868 (N.D. Ill.) | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFF AUTHENTICOM, INC.'S MOTION FOR SUMMARY JUDGMENT
ON DEFENDANTS' COUNTERCLAIMS**

Plaintiff Authenticom, Inc. ("Authenticom") moves under Federal Rule of Civil Procedure 56 for summary judgment in favor of Authenticom on Defendant CDK, Global LLC's and The Reynolds and Reynolds Company's counterclaims. In support of this motion, Authenticom incorporates by reference the concurrently filed memorandum of law, statement of undisputed material facts, declaration and accompanying exhibits, any reply memorandum that Authenticom may file, and any oral argument that the Court allows.

| | |
|---|---|
| Dated: May 20, 2020 | Respectfully submitted,<br><br>*/s/ Derek T. Ho*<br>Derek T. Ho<br>**KELLOGG, HANSEN, TODD,<br> FIGEL & FREDERICK, P.L.L.C.**<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>dho@kellogghansen.com<br><br>*Counsel for Plaintiff Authenticom, Inc.* |

- 1 -

## **CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on May 20, 2020 I caused a true and correct copy of the foregoing **PLAINTIFF AUTHENTICOM, INC.'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' COUNTERCLAIMS** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      */s/ Derek T. Ho*
      Derek T. Ho
      **KELLOGG, HANSEN, TODD,**
       **FIGEL & FREDERICK, P.L.L.C.**
      1615 M Street, NW, Suite 400
      Washington, D.C. 20036
      (202) 326-7900
      dho@kellogghansen.com