**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |
| *Authenticom, Inc. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | |

**DECLARATION OF DANIEL V. DORRIS IN SUPPORT OF
PLAINTIFF AUTHENTICOM, INC.'S MOTION FOR SUMMARY JUDGMENT
ON DEFENDANTS' COUNTERCLAIMS**

I, Daniel V. Dorris, pursuant to 28 U.S.C. § 1746, declare as follows. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C. I respectfully submit this declaration in support of Authenticom, Inc.'s Motion for Summary Judgment on Defendants' Counterclaims. All of the documents attached to this Declaration and identified below (Exhibits 1 – 170), are true and correct copies of the identified documents and have been designated, as appropriate, under the Second Amended Agreed Confidentiality Order in this case (Dkt. 650).

1.      Attached as **Exhibit 1** is a true and correct copy of the Declaration of Wayne Fitkin, filed in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 53.

2.      Attached as **Exhibit 2** is a true and correct copy of the Declaration of Michael Korp, filed in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 54.

3.      Attached as **Exhibit 3** is a true and correct copy of the Declaration of Chris Longpre, filed in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 55.

4.      Attached as **Exhibit 4** is a true and correct copy of the Declaration of Brian Maas, filed in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 56.

5.     Attached as **Exhibit 5** is a true and correct copy the Declaration of Steve Cottrell, filed in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 62.

6.     Attached as **Exhibit 6** is a true and correct copy of the Declaration of Leigh Ann Conver, filed in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-c318 (W.D. Wis.), Dkt. 90.

7.     Attached as **Exhibit 7** is a true and correct copy of the Declaration of Howard Gardner, filed Under Seal in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 93.

8.     Attached as **Exhibit 8** is a true and correct copy of the Declaration of Ronald Lamb, filed Under Seal in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 98.

9.     Attached as **Exhibit 9** is a true and correct copy of the Supplemental Declaration of Wayne Fitkin, filed in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 141.

10.     Attached as **Exhibit 10** is a true and correct copy of the Reply Declaration of Steve Cottrell, filed in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 143.

11.     Attached as **Exhibit 11** is a true and correct copy of the transcript of the June 26, 2017 (Day 1 Afternoon Session) Preliminary Injunction Hearing in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 162 ("PI Hearing Tr. 1-P").

12.     Attached as **Exhibit 12** is a true and correct copy of the transcript for the June 27, 2017 (Day 2 Afternoon Session) Preliminary Injunction Hearing in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 163 ("PI Hearing Tr. 2-P").

13.     Attached as **Exhibit 13** is a true and correct copy of the transcript of the June 26, 2017 (Day 1 Morning Session) Preliminary Injunction Hearing in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 164 ("PI Hearing Tr. 1-A").

14.     Attached as **Exhibit 14** is a true and correct copy of the transcript of the June 27, 2017 (Day 2 Morning Session) Preliminary Injunction Hearing in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 165 ("PI Hearing Tr. 2-A").

15.     Attached as **Exhibit 15** is a true and correct copy of the August 5, 2008 CDK Master Services Agreement executed 3-7-2011, filed Under Seal as Dkt. 276-1 (Exhibit A) to Authenticom's Motion to Dismiss the Counterclaims of CDK, in this litigation, with the beginning Bates number of CDK-0000123.

16.     Attached as **Exhibit 16** is a true and correct copy of the July 1, 2011 CDK Master Services Agreement, executed 11-7-2011, filed Under Seal as Dkt. 276-2 (Exhibit B) to Authenticom's Motion to Dismiss the Counterclaims of CDK, in this litigation, with the beginning Bates number of CDK-0000146.

17.     Attached as **Exhibit 17** is a true and correct copy the September 8, 2014 CDK Master Services Agreement, executed 12-22-2014, filed Under Seal as Dkt. 276-3 (Exhibit C) to Authenticom's Motion to Dismiss the Counterclaims of CDK, in this litigation, with the beginning Bates number of CDK-0000161.

18.     Attached as **Exhibit 18** is a true and correct copy of the July 1, 2015 CDK Master Services Agreement, executed 8-6-2015, filed Under Seal as Dkt. 276-4 (Exhibit D) to Authenticom's Motion to Dismiss the Counterclaims of CDK, in this litigation, with the beginning Bates number of CDK-0000176.

19.     Attached as **Exhibit 19** is a true and correct copy of the Reynolds Master Agreement, filed Under Seal as Dkt. 779-6 (Exhibit 4) to Reynolds's Statement of Undisputed Material Facts in Support of its Motion for Partial Summary Judgment, in this litigation, with the beginning Bates number of REYMDL00677044.

20. Attached as **Exhibit 20** is a true and correct copy of the Reynolds Customer Guide, filed Under Seal as Dkt. 779-7 (Exhibit 5) to Reynolds's Statement of Undisputed Material Facts in Support of its Motion for Partial Summary Judgment, in this litigation, with the beginning Bates number of REYMDL00012247.

21. Attached as **Exhibit 21** is a true and correct copy of the Reynolds Defined Terms, filed Under Seal as Dkt. 779-8 (Exhibit 6) to Reynolds's Statement of Undisputed Material Facts in Support of its Motion for Partial Summary Judgment, in this litigation, with the beginning Bates number of REYMDL00675678.

22. Attached as **Exhibit 22** is a true and correct copy of CDK's and Reynolds's Opposition to Defendants' Motions to Dismiss, in *CDK Global, LLC v. Brnovich*, No. 19-4849, Dkt. 50 (D. Ariz.).

23. Attached as **Exhibit 23** is a true and correct copy of CDK's Responses and Objections to First Set of Interrogatories from Dealer Class regarding CDK Counterclaims, dated July 3, 2019.

24. Attached as **Exhibit 24** is a true and correct copy of excerpts from the transcript of the October 24, 2018 deposition of Brian Clements in this litigation.

25. Attached as **Exhibit 25** is a true and correct copy of excerpts from the transcript of the November 8, 2018 deposition of Steven French in this litigation.

26. Attached as **Exhibit 26** is a true and correct copy of excerpts from the transcript of the November 9, 2018 deposition of Chris Hellyer in this litigation.

27. Attached as **Exhibit 27** is a true and correct copy of excerpts from the transcript of the November 14, 2018 deposition of Jon Martin in this litigation.

28.     Attached as **Exhibit 28** is a true and correct copy of excerpts from the transcript of the November 15, 2018 deposition of Kevin Distelhorst in this litigation.

29.     Attached as **Exhibit 29** is a true and correct copy of excerpts from the transcript of the November 28, 2018 deposition of Hubert (Trey) Gerlich in this litigation.

30.     Attached as **Exhibit 30** is a true and correct copy of excerpts from the transcript of the January 8, 2019 deposition of Robert Karp in this litigation.

31.     Attached as **Exhibit 31** is a true and correct copy of excerpts from the transcript of the January 16, 2019 deposition of Leigh Ann Conver in this litigation.

32.     Attached as **Exhibit 32** is a true and correct copy of excerpts from the transcript of the January 16, 2019 (Day 1) deposition of Robert Brockman in this litigation.

33.     Attached as **Exhibit 33** is [THIS EXHIBIT IS INTENTIONALLY OMITTED].

34.     Attached as **Exhibit 34** is [THIS EXHIBIT IS INTENTIONALLY OMITTED].

35.     Attached as **Exhibit 35** is a true and correct copy of excerpts from the transcript of the February 8, 2019 deposition of Paul Whitworth in this litigation.

36.     Attached as **Exhibit 36** is [THIS EXHIBIT IS INTENTIONALLY OMITTED].

37.     Attached as **Exhibit 37** is a true and correct copy of excerpts from the transcript of the February 14, 2019 deposition of Joseph Noth in this litigation.

38.     Attached as **Exhibit 38** is a true and correct copy of excerpts from the transcript of the February 20, 2019 deposition of Kevin Witt in this litigation.

39.     Attached as **Exhibit 39** is a true and correct copy of excerpts from the transcript of the February 22, 2019 deposition of Daniel McCray in this litigation.

40.     Attached as **Exhibit 40** is a true and correct copy of excerpts from the transcript of the February 28, 2019 deposition of Mark Johnson in this litigation.

41.     Attached as **Exhibit 41** is a true and correct copy of excerpts from the transcript of the March 6, 2019 (Day 1) deposition of Howard Gardner in this litigation.

42.     Attached as **Exhibit 42** is a true and correct copy of excerpts from the transcript of the March 7, 2019 (Day 2) deposition of Howard Gardner in this litigation.

43.     Attached as **Exhibit 43** is a true and correct copy of excerpts from the transcript of the March 14, 2019 deposition of Phillip Battista in this litigation.

44.     Attached as **Exhibit 44** is a true and correct copy of excerpts from the transcript of the April 2, 2019 deposition of Steve Cottrell in this litigation.

45.     Attached as **Exhibit 45** is a true and correct copy of excerpts from the transcript of the April 5, 2019 deposition of Dane Brown (Authenticom 30(b)(6)) in this litigation.

46.     Attached as **Exhibit 46** is a true and correct copy of excerpts from the transcript of the April 10, 2019 deposition of Steve Anenen in this litigation.

47.     Attached as **Exhibit 47** is a true and correct copy of excerpts from the transcript of the April 18, 2019 (Day 2) deposition of Robert Schaefer in this litigation.

48.     Attached as **Exhibit 48** is [THIS EXHIBIT IS INTENTIONALLY OMITTED].

49.     Attached as **Exhibit 49** is a true and correct copy of excerpts from the transcript of the May 2, 2019 deposition of Kelly Hall (Reynolds 30(b)(6)) in this litigation.

50.     Attached as **Exhibit 50** is a true and correct copy of excerpts from the transcript of the May 7, 2019 deposition of J. David Brookshire in this litigation.

51.     Attached as **Exhibit 51** is a true and correct copy of excerpts from the transcript of the June 19, 2019 deposition of Alan Andreu (Dominion 30(b)(6)) in this litigation.

52.     Attached as **Exhibit 52** is a true and correct copy of excerpts from the transcript of the January 10, 2020 deposition of Scott Tenaglia in this litigation.

53.     Attached as **Exhibit 53** is a true and correct copy of excerpts from the transcript of the January 17, 2020 deposition of Paul Schneck in this litigation.

54.     Attached as **Exhibit 54** is a true and correct copy of excerpts from the transcript of the January 23, 2020 deposition of Edward Stroz in this litigation.

55.     Attached as **Exhibit 55** is a true and correct copy of excerpts from the transcript of the February 11, 2020 deposition of James Mottern in this litigation.

56.     Attached as **Exhibit 56** is a true and correct copy of a deposition exhibit marked in this litigation as DX 1 with the beginning Bates number of AUTH_00083637.

57.     Attached as **Exhibit 57** is a true and correct copy of a deposition exhibit marked in this litigation as DX 230 – *In the Matter of Auto/Mate, Inc.,* Complaint before the Federal Trade Commission (FTC filed Mar. 19, 2018).

58.     Attached as **Exhibit 58** is a true and correct copy of a deposition exhibit marked in this litigation as DX 405 with the beginning Bates number of COX_0020333.

59.     Attached as **Exhibit 59** is a true and correct copy of a deposition exhibit marked in this litigation as DX 534 with the beginning Bates number of CONTINENTAL0060748.

60.     Attached as **Exhibit 60** is a true and correct copy of a deposition exhibit marked in this litigation as DX 547 with the beginning Bates number of CONTINENTAL0054580.

61.     Attached as **Exhibit 61** is a true and correct copy of a deposition exhibit marked in this litigation as DX 817 with the beginning Bates number of AUTH_0014023.

62.     Attached as **Exhibit 62** is a true and correct copy of a deposition exhibit marked in this litigation as PX 32 with the beginning Bates number of CDK-0040165.

63.     Attached as **Exhibit 63** is a true and correct copy of a deposition exhibit marked in this litigation as PX 132 with the beginning Bates number of AUTH_00144251.

64.     Attached as **Exhibit 64** is a true and correct copy of a deposition exhibit marked in this litigation as PX 133 with the beginning Bates number of AUTH_00144259.

65.     Attached as **Exhibit 65** is a true and correct copy of a deposition exhibit marked in this litigation as PX 141 with the beginning Bates number of REYMDL00567441.

66.     Attached as **Exhibit 66** is a true and correct copy of a deposition exhibit marked in this litigation as PX 228 with the beginning Bates number of CDK-0804049.

67.     Attached as **Exhibit 67** is a true and correct copy of a deposition exhibit marked in this litigation as PX 289 with the beginning Bates number of CDK-2854185.

68.     Attached as **Exhibit 68** is a true and correct copy of a deposition exhibit marked in this litigation as PX 384 with the beginning Bates number of REYMDL00473228.

69.     Attached as **Exhibit 69** is a true and correct copy of a deposition exhibit marked in this litigation as PX 419 with the beginning Bates number of REYMDL00649268.

70.     Attached as **Exhibit 70** is a true and correct copy of a deposition exhibit marked in this litigation as PX 443 with the beginning Bates number of CDK-0244309.

71.     Attached as **Exhibit 71** is a true and correct copy of a deposition exhibit marked in this litigation as PX 450 with the beginning Bates number of CDK-1796970.

72.     Attached as **Exhibit 72** is a true and correct copy of a deposition exhibit marked in this litigation as PX 580 with the beginning Bates number of CDK-2825910.

73.     Attached as **Exhibit 73** is a true and correct copy of a deposition exhibit marked in this litigation as PX 636 – a document titled "Brockman on the Record."

74.     Attached as **Exhibit 74** is a true and correct copy of a deposition exhibit marked in this litigation as PX 637 – a document titled "Fuel – Ideas to drive performance."

75.     Attached as **Exhibit 75** is a true and correct copy of a deposition exhibit marked in this litigation as PX 654 with the beginning Bates number of REYMDL00044241.

76.     Attached as **Exhibit 76** is a true and correct copy of a deposition exhibit marked in this litigation as PX 675 with the beginning Bates number of REYMDL00199541.

77.     Attached as **Exhibit 77** is a true and correct copy of a deposition exhibit marked in this litigation as PX 679 with the beginning Bates number of REYMDL00045179.

78.     Attached as **Exhibit 78** is a true and correct copy of a deposition exhibit marked in this litigation as PX 831 with the beginning Bates number of CDK-2888229.

79.     Attached as **Exhibit 79** is a true and correct copy of a deposition exhibit marked in this litigation as PX 872 with the beginning Bates number of CDK-1390278.

80.     Attached as **Exhibit 80** is a true and correct copy of a deposition exhibit marked in this litigation as PX 875 with the beginning Bates number of CDK-00974988.

81.     Attached as **Exhibit 81** is a true and correct copy of a deposition exhibit marked in this litigation as PX 876 with the beginning Bates number of CDK-2277215.

82.     Attached as **Exhibit 82** is a true and correct copy of a deposition exhibit marked in this litigation as PX 884 with the beginning Bates number of CDK-1105564.

83.     Attached as **Exhibit 83** is a true and correct copy of a deposition exhibit marked in this litigation as PX 899 with the beginning Bates number of CDK-2667767.

84.     Attached as **Exhibit 84** is a true and correct copy of a deposition exhibit marked in this litigation as PX 933 with the beginning Bates number of CDK-0804065.

85.     Attached as **Exhibit 85** is a true and correct copy of a deposition exhibit marked in this litigation as PX 945 with the beginning Bates number of CDK-2873095.

86.     Attached as **Exhibit 86** is a true and correct copy of a deposition exhibit marked in this litigation as PX 1035 – a press release regarding Open Secure Access, Inc., dated May 17, 2006.

87.     Attached as **Exhibit 87** is a true and correct copy of a deposition exhibit marked in this litigation as PX 1036 – a document titled "Open Secure Access – It's your data.  You know best what to do with it."

88.     Attached as **Exhibit 88** is a true and correct copy of a deposition exhibit marked in this litigation as PX 1037 with the beginning Bates number of CDK-0012547.

89.     Attached as **Exhibit 89** is a true and correct copy of a deposition exhibit marked in this litigation as PX 1179 with the beginning Bates number of CDK-0012545.

90.     Attached as **Exhibit 90** is a true and correct copy of a deposition exhibit marked in this litigation as PX 1383 with the beginning Bates number of REYMDL00016579.

91.     Attached as **Exhibit 91** is a true and correct copy of a deposition exhibit marked in this litigation as PX 1467 with the beginning Bates number of CONTINENTAL0062085.

92.     Attached as **Exhibit 92** is a true and correct copy of a deposition exhibit marked in this litigation as PX 1565 with the beginning Bates number of CDK-0032559.

93.     Attached as **Exhibit 93** is a true and correct copy of a deposition exhibit marked in this litigation as PX 1647 with the beginning Bates number of CDK-3122887.

94.     Attached as **Exhibit 94** is a true and correct copy of a deposition exhibit marked in this litigation as PX 1673 – a January 9, 2020 letter from Britt M. Miller (CDK counsel) to Michael N. Nemelka (Authenticom counsel).

95.     Attached as **Exhibit 95** is a true and correct copy of a deposition exhibit marked in this litigation as PX 1726 with the beginning Bates number of CDK-3122863.

96. Attached as **Exhibit 96** is a true and correct copy of a document as produced by party Authenticom in this litigation with the beginning Bates number of AUTH_00123382.

97. Attached as **Exhibit 97** is a true and correct copy of a document as produced by party Authenticom in this litigation with the beginning Bates number of AUTH_00148142.

98. Attached as **Exhibit 98** is a true and correct copy of a document as produced by party Authenticom in this litigation with the beginning Bates number of AUTH_00168635.

99. Attached as **Exhibit 99** is a true and correct copy of a document as produced by party Authenticom in this litigation with the beginning Bates number of AUTH_00169154.

100. Attached as **Exhibit 100** is a true and correct copy of a document as produced by party Authenticom in this litigation with the beginning Bates number of AUTH_00197253.

101. Attached as **Exhibit 101** is a true and correct copy of a document as produced by party Authenticom in this litigation with the beginning Bates number of AUTH_00197254.

102. Attached as **Exhibit 102** is a true and correct copy of a document as produced by party Authenticom in this litigation with the beginning Bates number of AUTH_00221965.

103. Attached as **Exhibit 103** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0001429.

104. Attached as **Exhibit 104** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0012573 (DealerVault Terms and Conditions).

105. Attached as **Exhibit 105** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0018344.

106. Attached as **Exhibit 106** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0018587.

107.    Attached as **Exhibit 107** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0022433.

108.    Attached as **Exhibit 108** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0043287.

109.    Attached as **Exhibit 109** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0049047.

110.    Attached as **Exhibit 110** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0063135.

111.    Attached as **Exhibit 111** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0071848.

112.    Attached as **Exhibit 112** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0236594.

113.    Attached as **Exhibit 113** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0742675.

114.    Attached as **Exhibit 114** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0833797.

115.    Attached as **Exhibit 115** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0866574.

116.    Attached as **Exhibit 116** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0879612.

117.    Attached as **Exhibit 117** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0952945.

118.    Attached as **Exhibit 118** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0954017.

119.    Attached as **Exhibit 119** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-0966540.

120.    Attached as **Exhibit 120** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-1104813.

121.    Attached as **Exhibit 121** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-1222549.

122.    Attached as **Exhibit 122** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-1390278.

123.    Attached as **Exhibit 123** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-2400276.

124.    Attached as **Exhibit 124** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-2470059.

125.    Attached as **Exhibit 125** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-2852361.

126.    Attached as **Exhibit 126** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-2872016.

127.    Attached as **Exhibit 127** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-3120854.

128.    Attached as **Exhibit 128** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-3122218.

129.     Attached as **Exhibit 129** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-3122224.

130.     Attached as **Exhibit 130** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-3122449.

131.     Attached as **Exhibit 131** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-3122862.

132.     Attached as **Exhibit 132** is a true and correct copy of a document as produced by party CDK in this litigation with the beginning Bates number of CDK-3122867.

133.     Attached as **Exhibit 133** is a true and correct copy of a document as produced by non-party Group 1 in this litigation with the beginning Bates number of GROUP1_0001339.

134.     Attached as **Exhibit 134** is a true and correct copy of a document as produced by non-party Group 1 in this litigation with the beginning Bates number of GROUP1_0001343.

135.     Attached as **Exhibit 135** is a true and correct copy of a document as produced by non-party Group 1 in this litigation with the beginning Bates number of GROUP1_0001349.

136.     Attached as **Exhibit 136** is a true and correct copy of a document as produced by non-party Group 1 in this litigation with the beginning Bates number of GROUP1_0001355.

137.     Attached as **Exhibit 137** is a true and correct copy of a document as produced by party Reynolds in this litigation with the beginning Bates number of REYMDL00012246.

138.     Attached as **Exhibit 138** is a true and correct copy of a document as produced by party Reynolds in this litigation with the beginning Bates number of REYMDL00012554.

139.     Attached as **Exhibit 139** is a true and correct copy of a document as produced by party Reynolds in this litigation with the beginning Bates number of REYMDL00015101.

140.     Attached as **Exhibit 140** is a true and correct copy of a document as produced by party Reynolds in this litigation with the beginning Bates number of REYMDL00017999.

141.     Attached as **Exhibit 141** is a true and correct copy of a document as produced by party Reynolds in this litigation with the beginning Bates number of REYMDL00021739.

142.     Attached as **Exhibit 142** is a true and correct copy of a document as produced by party Reynolds in this litigation with the beginning Bates number of REYMDL00064849.

143.     Attached as **Exhibit 143** is a true and correct copy of a document as produced by party Reynolds in this litigation with the beginning Bates number of REYMDL00116206.

144.     Attached as **Exhibit 144** is a true and correct copy of a document as produced by party Reynolds in this litigation with the beginning Bates number of REYMDL00223091.

145.     Attached as **Exhibit 145** is a true and correct copy of a document as produced by party Reynolds in this litigation with the beginning Bates number of REYMDL00675678.

146.     Attached as **Exhibit 146** is a true and correct copy of a document as produced by party Reynolds in this litigation with the beginning Bates number of REYMDL00677044.

147.     Attached as **Exhibit 147** is a true and correct copy of the Highly Confidential Expert Report of Daniel L. Rubinfeld (for CDK), dated August 26, 2019.

148.     Attached as **Exhibit 148** is a true and correct copy of the Highly Confidential Expert Report of Edward M. Stroz, dated August 26, 2019.

149.     Attached as **Exhibit 149** is a true and correct copy of the Highly Confidential Expert Report of Scott Tenaglia, dated August 26, 2019.

150.     Attached as **Exhibit 150** is a true and correct copy of the Highly Confidential Expert Report of Allan Stejskal, dated August 26, 2019.

151.    Attached as **Exhibit 151** is a true and correct copy of the Highly Confidential Expert Report of Mark A. Israel, Ph.D., dated August 26, 2019.

152.    Attached as **Exhibit 152** is a true and correct copy of the Highly Confidential Expert Report of Daniel L. Rubinfeld (for Reynolds), dated August 26, 2019.

153.    Attached as **Exhibit 153** is a true and correct copy of the Highly Confidential Expert Report of Michael Whinston (for CDK), dated November 15, 2019.

154.    Attached as **Exhibit 154** is a true and correct copy of the Highly Confidential Expert Rebuttal Report of Adam Shostack, dated November 15, 2019.

155.    Attached as **Exhibit 155** is a true and correct copy of the Highly Confidential Expert Rebuttal Report of Nancy Miracle, dated November 15, 2019.

156.    Attached as **Exhibit 156** is a true and correct copy of the Highly Confidential Expert Rebuttal Report of Peter Swire, dated November 15, 2019.

157.    Attached as **Exhibit 157** is a true and correct copy of the Highly Confidential Expert Rebuttal Report of Eric Kimberling, dated November 15, 2019.

158.    Attached as **Exhibit 158** is a true and correct copy of the Highly Confidential Expert Reply Report of Mark A. Israel, Ph.D., dated December 19, 2019.

159.    Attached as **Exhibit 159** is a true and correct copy of the Highly Confidential Expert Reply Report of Edward M. Stroz, dated December 19, 2019.

160.    Attached as **Exhibit 160** is a true and correct copy of "Access Control" – CSRC Glossary definition.

161.    Attached as **Exhibit 161** is a true and correct copy of "Access Control" – IBM Computing Dictionary definition.

162.     Attached as **Exhibit 162** is a true and correct copy of "What is Screen Scraping" - Techopedia definition.

163.     Attached as **Exhibit 163** is a true and correct copy of "CDK Global, Is the Cheaper DMS Really Better."

164.     Attached as **Exhibit 164** is a true and correct copy of the Declaration of Stephen Cottrell, dated May 19, 2020.

165.     Attached as **Exhibit 165** is a true and correct copy of the Declaration of Brian Clements, dated May 19, 2020.

166.     Attached as **Exhibit 166** is a true and correct copy of the Declaration of Adam Shostack, dated May 18, 2020.

167.     Attached as **Exhibit 167** is a true and correct copy of the Declaration of Nancy Miracle, dated May 18, 2020.

168.     Attached as **Exhibit 168** is a true and correct copy of the Declaration of Allan Stejskal, dated May 19, 2020.

169.     Attached as **Exhibit 169** is a true and correct copy of the Declaration of Eric Kimberling, dated May 19, 2020.

170.     Attached as **Exhibit 170** is a true and correct copy of the Declaration of Mark Israel, dated May 19, 2020.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  May 20, 2020

/s/ *Daniel V. Dorris*
Daniel V. Dorris