# Exhibits 7-8

**PUBLIC - REDACTED**