# Exhibit 11

```
                 UNITED STATES DISTRICT COURT

             FOR THE WESTERN DISTRICT OF WISCONSIN

* * * * * * * * * * * * * * * * * * * * * * * * * * *

AUTHENTICOM, INC.

        Plaintiff,

-vs-                                  Case No. 17-CV-318-JDP

CDK GLOBAL, INC., LLC                 Madison, Wisconsin
and THE REYNOLDS and                  June 26, 2017
REYNOLDS COMPANY,                     1:50 p.m.

        Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

STENOGRAPHIC TRANSCRIPT-FIRST DAY OF EVIDENTIARY HEARING
                    AFTERNOON SESSION
    HELD BEFORE THE HONORABLE JAMES D. PETERSON,

APPEARANCES:

For the Plaintiff:
        Godfrey & Kahn S.C.
        BY:  JENNIFER GREGOR
        One East Main Street, Ste. 500
        Madison, Wisconsin  53703

        Kellogg, Hansen, Todd, Figel & Frederick, PLLC
        BY:  MICHAEL NEMELKA
             AARON PANNER
             DAVID SCHWARZ
             DEREK HO
             JOSHUA HAFENBRACK
             KEVIN MILLER
             JOHANNA ZHANG
          1615 M Street, NW, Ste. 400
          Washington, DC  20036

Also present:  Stephen Cottrell - Authenticom president
               Steve Robb - IT technician

          Lynette Swenson   RMR, CRR, CRC
        U.S. District Court Federal Reporter
         120 North Henry Street, Rm. 520
           Madison, Wisconsin  53703
```

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 3 of 15 PageID #:60556
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 133 of 221

1-P-133

1  a credential to a machine that runs a script that then
2  pulls back data is something that in cybersecurity
3  practice is very, very poorly looked upon because it's
4  not a human.  Cybersecurity mechanisms, even in the
5  technology, intrusion detection, when you're doing kind
6  of like the holistic assessment of how a human would
7  behave, they're designed to look at humans.  When
8  machines suddenly start doing something, you set off
9  those alarms, an intrusion detection system, and they
10 shut it down.  So that means when you shut it down, the
11 people who shut it down incur a cost to their systems too
12 because they have to figure out what wrong.  They have to
13 do a lot of forensics on that.  It's another layered-on
14 cost.
15 Q    You've heard earlier today one of the claims made by
16 Authenticom is that they only pull the data that dealers
17 specify.  Based on the research you've done, is that
18 accurate in your opinion?
19 A    So it was very interesting when Mr. Swire,
20 Dr. Swire, Professor Swire was up here, the exchange you
21 had talking about the information that they pull and what
22 you know they pull and what they don't.  And here's what
23 I'd like to try to explain.  I don't know this for
24 certain, but normally when you use scraping software and
25 you go in and you use credentials, scraping software gets

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 4 of 15 PageID #:60557
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 134 of 221

1-P-134

1   everything on that page. The way I understand the
2   scripts, which is the small software program that
3   Authenticom is using, and actually Mr. Cottrell even
4   mentioned this, he said they're English script. That
5   means it scrapes the page. It pulls all that back. It
6   doesn't read it. It's not AI. It doesn't read it and
7   only pick what's there. It scrapes it. It pulls
8   everything back.
9       It puts in a request to go to the next page. It
10  scrapes it. It pulls all that data back. It puts in a
11  request to go to the next page. It scrapes it. By the
12  time, using the airline analogy, you get to your ticket,
13  it's already scraped five pages worth of data that may
14  not have anything to do with what the actual query was.
15      Now, I know that they do try to limit, but my
16  impression, in particular when it's not run through the
17  Reynolds reporting software, Dynamic Reporting, is that
18  there's a very high likelihood, I don't know this for
19  certain, there's a very high likelihood that in this
20  phase between when they're pulling back the data and it
21  gets to DealerVault, they're pulling back a lot of stuff
22  that is not just exactly what is in there.
23      Now, when we talk about transparency, DealerVault
24  itself, I think, is good. That's an impressive piece of
25  technology. It does give the dealer transparency on data

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 5 of 15 PageID #:60558
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 135 of 221

1-P-135

1  that's there and where it's going.  The point that I'm
2  most concerned about from a transparency perspective is
3  what happens from the time they scrape, they pull all of
4  that back, and it goes into DealerVault because no one
5  has any visibility on that except for the people within
6  Authenticom.  The DMS providers don't.  The dealers
7  don't.  It's in that pullback and you don't know what's
8  there.
9  Q    And why is this a problem from a cybersecurity
10 perspective?
11 A    Well, in the earlier conversation about data
12 minimization, that was the principle that I was talking
13 about.  So you want to try to take only the specific
14 things that you need.  When you do, this is what I call
15 brute force, it's a term of art.  It's not trying to be
16 derogatory.  A brute force-type approach like that, it
17 means you're taking a lot of stuff and it takes a lot of
18 confrontational power to do that.  That's a brute force
19 pull.  You get a lot of stuff that you don't need and you
20 don't want, which is why in other sectors where there are
21 data-like integrators, you don't use screen scraping;
22 right?  Because it's too inexact.  You use a push-type
23 mechanism because then you're sure the data that is going
24 to the recipient, the third-party vendor, is the data
25 that it should be.

ERIC ROSENBACH - DIRECT

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 6 of 15 PageID #:60559
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 136 of 221

1-P-136

1    Additionally, people don't have to break into your
2 system or have access to your system to do that.  You
3 push it out.  They get it.  That can be done in a very
4 dynamic or realtime-like way.
5         THE COURT:  On the kind of overscraping I'll
6 call it --
7         THE WITNESS:  Yes, sir.
8         THE COURT:  -- I get the concept.  But do you
9 know specifically whether there's any meaningful or
10 particularly high value information that's in that extra
11 scrapings that -- not just the stuff that shows up in
12 DealerVault, but it's the extra stuff -- I mean like in
13 my vision using the airline analogy, now we've got a lot
14 of little menu tabs, the Delta logo, and a bunch of other
15 junk that is really not high-value stuff.  It's extra,
16 but it's not very value.
17         THE WITNESS:  Right.  Again, I don't know for
18 certain, but, you know, depending on how they pull up the
19 report, there could be stuff that's in there that
20 shouldn't be.  Whether it's a social security number, I
21 don't know.  I doubt that they want that.  I don't think
22 they do.  But remember when you talk about social
23 security numbers being encrypted, from what I understand
24 from the Reynolds and CDK systems, they are encrypted,
25 but you bring it up on a screen.  If it's brought up on a

                    ERIC ROSENBACH - DIRECT

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 7 of 15 PageID #:60560
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 182 of 221

1-P-182

1 hotline.  We do all kinds of seminars.  We're constantly
2 hearing from our dealers about the issues that are of
3 concern to them.
4 Q    Do you talk with dealers or associations from other
5 states?
6 A    We do.  There's an association of associations of
7 car dealers and we meet frequently, share ideas on
8 legislative issues, compliance issues, et cetera.
9 Q    In your experience, can you explain why dealers
10 would want to work with an integrator rather than pulling
11 the data from a DMS system themselves?
12 A    Dealers are in the business of selling and servicing
13 vehicles and they hire a whole range of experts to
14 perform functions for them.  Pulling data isn't something
15 that they're focused on, so they'd likely hire an expert
16 to assist them.
17 Q    Are you familiar with Authenticom's DealerVault
18 product?
19 A    I am.
20 Q    Outside of the testimony and demonstration that
21 you've seen today.
22 A    Yes.
23 Q    How so?
24 A    We developed a relationship with DealerVault shortly
25 after they came on the market.  We looked at their

BRIAN MAAS - DIRECT

Case: 1:18-cv-00864 Document #: 080-11 Filed: 05/20/20 Page 8 of 15 PageID #:60561
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 183 of 221

1-P-183

1 product. We beta tested it. We talked to a number of
2 dealers. And they thought it would be a fabulous product
3 to give them control over who accesses dealer
4 information. It's a principle concern of my dealer
5 members. They made it very clear to us they wanted tools
6 that would give them control over who could or who could
7 not get access to the information in their databases.
8 Q    You mentioned a relationship with Authenticom or
9 DealerVault just now. What is that relationship? Can
10 you explain?
11 A    So we have a series of vendors that we have
12 relationships with where we license the use of our name
13 and logo in exchange for royalty payments.
14 Q    And you have an opinion on the quality of the
15 DealerVault products?
16 A    Yes. I think it's the best product in its market
17 space. There's no user interface that's easier to use.
18 The fact that it limits by field, et cetera, as we saw in
19 the demonstration this morning, all the feedback that
20 we've heard from our dealer members it's a quality
21 product.
22 Q    You lived in Sacramento, but you traveled to Madison
23 to testify today. Why is that?
24 A    Again, we heard from a number of dealers that they
25 care about the ability to use a product like a

BRIAN MAAS - DIRECT

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 9 of 15 PageID #:60562
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 184 of 221

1-P-184

1  DealerVault and we've heard a lot of angst amongst our
2  dealer body about the fact that DealerVault isn't able to
3  provide the quality of service that they had been
4  providing previously.  And as I've learned through
5  reading various pleadings in this case, apparently that's
6  because of changes in business practices of CDK and
7  Reynolds.
8  Q    We heard a lot of testimony today about security.
9  In your view as the president of the largest state
10 association of car dealers, how do dealers approach data
11 security?
12 A    It's a critical issue.  I saw the NADA memo that was
13 referenced earlier.  We repeatedly talk to our dealers
14 about data security.  We've done seminars on the topic.
15 California law is among the strictly in data security and
16 data breaches in the country on top of what federal law
17 already requires.  So our dealers care deeply about it.
18 They read the same news accounts we all do and they want
19 to make sure that they're doing what they can to protect
20 themselves and that's why we thought a relationship with
21 DealerVault made sense.
22 Q    Is it fair to say DealerVault is consistent with the
23 2013 NADA guidelines?
24 A    Yeah.  The purpose of those guidelines, which I've
25 read, are dealers take control of your data and do it in

                    BRIAN MAAS - DIRECT

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 10 of 15 PageID #:60563
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 185 of 221

1-P-185

```
 1   a way that you feel comfortable with.  Here's a series of
 2   questions you should ask any vendor with whom you do
 3   business.  And get the best answer you can get to those
 4   questions.  And we felt that DealerVault was a vendor
 5   that would provide great assistance in that regard.
 6   Q    Have dealers ever complained to your association
 7   about their systems being degraded by integrators like
 8   Authenticom?
 9   A    No.
10   Q    Have dealers ever complained to your association
11   with data security being negatively affected by
12   integrators like Authenticom?
13   A    No.
14            MS. GREGOR:  No further questions.  (5:47 p.m.)
15            THE COURT:  Cross-examination?
16            MS. GULLEY:  Yes, Your Honor.
17                      CROSS-EXAMINATION
18   BY MS. GULLEY:
19   Q    Good afternoon, Mr. Maas.  How are you?
20   A    Doing well.
21   Q    Good.  So the California New Car Dealers Association
22   has a license agreement with Authenticom; correct?
23   A    We do.
24   Q    With DealerVault.  I'm sorry.
25   A    Yeah.
```

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 11 of 15 PageID #:60564
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 195 of 221

1-P-195

```
 1  A    Yes.
 2  Q    Why didn't you?
 3  A    Because of the expense.
 4  Q    If Authenticom goes out of business, what will
 5  happen to Open Recalls?
 6  A    We're going to go out of business.
 7  Q    Why is that?
 8  A    Because we can't afford it.
 9  Q    I'd like to switch very briefly and discuss -- you
10  mentioned a car dealership, Ghaben Auto Group; is that
11  correct?
12  A    Correct.
13  Q    And you're the director of operations there?
14  A    Yes.
15  Q    What is the Ghaben Auto Group?
16  A    We have five stores throughout the Chicagoland area.
17  Q    And who is the Ghaben Auto Group's DMS provider?
18  A    CDK.
19  Q    Since when?
20           THE COURT:  Can you tell us the name of that?
21  What's the name of that?
22           THE WITNESS:  It's Ghaben Auto Group.
23           THE COURT:  Can you spell it for us?
24           THE WITNESS:  G-h-a-b-e-n.
25           THE COURT:  G-h-a-b-e-n.
```

MICHAEL KORP - DIRECT

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 12 of 15 PageID #:60565
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 196 of 221

1-P-196

1           THE WITNESS:  Correct.
2           THE COURT:  Thank you.
3   BY MR. HAFENBRACK:
4   Q    And you've been with CDK since 2004?
5   A    Correct.
6   Q    And does the Ghaben Auto Group use software vendors
7   like we've been discussing here today to help you sell
8   and service cars?
9   A    Yes.
10  Q    About how many?
11  A    About a dozen.
12  Q    And can you please describe maybe an example or two
13  of the kind of functions they perform?
14  A    Accounting, telling us what cars to buy, how to
15  price them, advertising our cars like on CARFAX that we
16  talked about earlier today, key performance indicator
17  software to make sure that we're buying well.
18  Q    Do some of your vendors use Authenticom to pull your
19  data?
20  A    Yes.
21  Q    When they do that, do you authorize Authenticom to
22  pull your data?
23  A    Yes.
24  Q    When Authenticom pulls your data, do they act as
25  your agent?

MICHAEL KORP - DIRECT

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 13 of 15 PageID #:60566
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 197 of 221
1-P-197

1  A    Yes.
2  Q    As a dealer, do you ever put social security
3  information on your DMS?
4  A    No.
5  Q    As a dealer, do you ever put credit card information
6  on your DMS?
7  A    No.
8  Q    As a dealer, do you ever driver's license
9  information on your DMS?
10 A    No.
11 Q    Has CDK blocked your ability to provide data to
12 Authenticom?
13 A    Yes.
14 Q    When did that start?
15 A    Same time in -- same time as for Open Recalls in
16 August of 2016.
17 Q    Does that continue today?
18 A    Yes.
19 Q    Has it hurt your business?
20 A    Yes.
21 Q    How so?
22 A    So some of the vendors that were providing data to
23 us chose to stop providing us with those software
24 programs because they were not going to go into the
25 integration programs or the data integration programs.

                    MICHAEL KORP - DIRECT

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 14 of 15 PageID #:60567
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 198 of 221

1-P-198

1  And then the ones that went and moved over that had to
2  recode or were taking data that was coming in a different
3  format as -- we had cars not on the internet, we had cars
4  not priced right. We had just a loss of being able to
5  that make a decision as to what cars to buy, what to pay
6  for them, what to sell them for, when to move them.
7  Q   In today's world, if the car is not on the internet
8  you can't sell it; is that right?
9  A   That's correct. Right.
10 Q   Do you have any vendors that received data
11 integration directly from CDK?
12 A   Yes.
13 Q   Are you aware of whether those vendors passed
14 through the data fees they paid to CDK to your
15 dealership?
16 A   I can tell you one specific instance.
17 Q   Please do.
18 A   So at NADA in New Orleans this year I signed a
19 contract with Cox Automotive. And on their pricing
20 sheet, although it doesn't use the words CDK and Reynolds
21 in writing, they ask you are you a CDK or Reynolds dealer
22 and then they check the box if you are and then you pay a
23 $600 data integration fee a month.
24 Q   So 600 more if you're with CDK and Reynolds as
25 opposed to any other DMS.

Case: 1:18-cv-00864 Document #: 980-11 Filed: 05/20/20 Page 15 of 15 PageID #:60568
Case: 3:17-cv-00318-jdp Document #: 162 Filed: 07/05/17 Page 221 of 221

1-P-221

```
 1
 2            I, LYNETTE SWENSON, Certified Realtime and
 3   Merit Reporter in and for the State of Wisconsin, certify
 4   that the foregoing is a true and accurate record of the
 5   proceedings held on the 26th day of June 2017 before the
 6   Honorable James D. Peterson, District Judge for the
 7   Western District of Wisconsin, in my presence and reduced
 8   to writing in accordance with my stenographic notes made
 9   at said time and place.
10   Dated this 30th day of June 2017.
11
12
13                              /s/_____
14                              Lynette Swenson, RMR, CRR, CRC
                                Federal Court Reporter
15
16
17
18   The foregoing certification of this transcript does not
     apply to any reproduction of the same by any means unless
19   under the direct control and/or direction of the
     certifying court reporter.
20
21
22
23
24
25
```