# Exhibit 14

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

AUTHENTICOM, INC.,

            Plaintiff,

 -vs-                          Case No.  17-CV-318-JDP

CDK GLOBAL, LLC and            Madison, Wisconsin
THE REYNOLDS AND REYNOLDS COMPANY,   June 27, 2017
                                8:04 a.m.

            Defendants.
_____

STENOGRAPHIC TRANSCRIPT OF SECOND DAY OF EVIDENTIARY HEARING
**(MORNING SESSION)**
HELD BEFORE CHIEF U.S. DISTRICT JUDGE JAMES D. PETERSON

APPEARANCES:

For the Plaintiff:

        Godfrey & Kahn S.C.
       BY: JENNIFER L. GREGOR
       One East Main Street, Suite 500
       Madison, Wisconsin  53701

       Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
       BY: MICHAEL N. NEMELKA
           AARON M. PANNER
           DAVID L. SCHWARZ
           DEREK T. HO
           JOANNA T. ZHANG
           JOSHUA HAFENBRACK
           KEVIN J. MILLER
       1615 M Street, N.W.
       Suite 400
       Washington, D.C.  20036

        Jennifer L. Dobbratz, RMR, CRR, CRC
       U.S. District Court Federal Reporter
         United States District Court
       120 North Henry Street, Rm. 410
         Madison, Wisconsin  53703
            (608) 261-5709

Case 1:18-cv-00864 Document #: 980-14 Filed: 05/20/20 Page 3 of 9 PageID #:60596
Case: 9:17-cv-00318-jdp Document #: 185 Filed: 07/09/17 Page 9 of 184

2-A-5

```
 1    to have exhaustively mastered every subtlety, but at least I

 2    tried to get a perspective so that we can go fairly quickly, and

 3    I think everybody picked up on the idea that as for

 4    qualifications, you can just give me the elevator pitch

 5    highlighting the most salient qualifications that are pertinent

 6    to this matter.  So with that, plaintiff should call its next

 7    witness.

 8              MS. GREGOR:  Thank you.  Plaintiffs call Wayne Fitkin.

 9              WAYNE FITKIN, PLAINTIFF'S WITNESS, SWORN,

10                       DIRECT EXAMINATION

11    BY MS. GREGOR:

12    Q    Good morning.  Can you please state your name for the

13    record.

14    A    Wayne Fitkin.

15    Q    Where do you live?

16    A    Yorba Linda, California.

17    Q    Can you give us an overview of your experience in the

18    automotive IT industry?

19    A    I've been working in the automotive IT industry for the

20    past 29 years.

21    Q    Where do you currently work?

22    A    I currently work at Walter's Automotive Group in Riverside,

23    California, and Ontario, California.

24    Q    Have you worked in any other dealerships?

25    A    Yeah.  Prior to February of last year, I worked 28 years
```

Case 1:18-cv-00864 Document #: 980-14 Filed: 05/20/20 Page 4 of 9 PageID #:60597
Case: 3:17-cv-00318-jdp Document #: 185 Filed: 07/09/14 Page 9 of 184

2-A-6

```
 1    for the Fletcher Jones Automotive Group managing 20 dealerships

 2    from Honolulu to Chicago.

 3    Q    What is your role currently?

 4    A    IT director.

 5    Q    Are you familiar with DMS software integrators and vendors

 6    then?

 7    A    Very much so, intimately.

 8    Q    And which DMS provider has supplied the dealerships that

 9    you've worked for?

10    A    Currently it's CDK.

11    Q    Have you used Authenticom's DealerVault product?

12    A    I have.

13    Q    And are you satisfied with DealerVault?

14    A    I think it's an incredibly exceptional product when it was

15    first offered to me when I worked for Fletcher.  I signed all 20

16    of our franchises up for it.  It's the best thing I have ever

17    seen because for once I had a single pane of glass to see every

18    third-party vendor that was receiving data.  I could turn them

19    on and off at will.  I could add new feeds.  I could see the

20    fields that they were getting.  It was complete control, and at,

21    you know, $35 a rooftop, it was an incredible deal.  In fact, I

22    was never charged once by a third-party vendor for the fees for

23    the service.  They were so nominal that it was just considered a

24    cost of doing business for them.

25            THE COURT:  How many dealers are in the Walter's
```

WAYNE FITKIN - DIRECT

Case: 1:18-cv-00864 Document #: 980-14 Filed: 05/20/20 Page 5 of 9 PageID #:60598
Case: 3:17-cv-00318-jdp Document #: 165 Filed: 07/09/17 Page 9 of 184

2-A-7

```
 1        Automotive Group?

 2                    THE WITNESS:  Currently four.

 3                    THE COURT:  Four?  Okay.  Okay.  Very good.

 4        BY MS. GREGOR:

 5        Q    How many dealers were at the Fletcher Jones -- in the

 6        Fletcher Jones --

 7        A    20.

 8        Q    How does DealerVault compare to CDK's product for

 9        integration?

10        A    Well, I've not seen a product that does any of those things

11        that I've mentioned that CDK offers.  There is a place where you

12        can go look where they're telling you how many bad guys are

13        connecting to your computer systems and how many processes that

14        are running on the system that shouldn't be there, but I have

15        yet to even find a place to turn the 3PA feed off.

16        Q    Did you hear testimony -- did you attend most of the

17        proceedings yesterday?

18        A    The whole day I was here.

19        Q    Did you hear testimony about user IDs and passwords?

20        A    I did.

21        Q    Can you explain how you create a user ID for Authenticom in

22        your role as the IT director for the dealership?

23        A    Well, I heard a lot about them asking people, "Did you give

24        your user ID out?"  I would never give my user ID out.  My user

25        ID has access to 100% of every single function that there is on
```

WAYNE FITKIN - DIRECT

Case: 1:18-cv-00864 Document #: 980-14 Filed: 05/20/20 Page 6 of 9 PageID #:60599
Case: 3:17-cv-00318-jdp Document #: 185 Filed: 07/09/17 Page 9 of 184

2-A-8

1   the system.  What I have done for Authenticom is create a user

2   ID just for Authenticom that has access to a single function,

3   ENG, which is basically -- it's an English statement processor

4   where you type your query in a language they don't call SQL.

5   They call it English.  You type an English statement, and the

6   results of your question is spilled to the screen that they then

7   scrape.

8            THE COURT:  What is English?  You mean like --

9            THE WITNESS:  English is CDK or ADP's flavor or name

10   for SQL, Structured Query.

11            THE COURT:  Okay.  So you still have to know how to

12   write a SQL query.

13            THE WITNESS:  Right.  It's close, you know, like list,

14   and then you say the file name you want to list the data from,

15   and then you put your parameters.  Maybe you only want a day's

16   worth of data.  You don't want to spill all the data.  You just

17   want updates and then the fields you want, and that's how

18   they're written.

19            THE COURT:  Okay.  So there's a common-sense dimension

20   to it, but you can't -- you need some training on how to present

21   what they call an English query.

22            THE WITNESS:  Right.  And I've been to their system

23   administrator classes in Clackamas, Oregon.

24            THE COURT:  So it's not like just doing a Google

25   search that you --

—WAYNE FITKIN - DIRECT—

Case: 1:18-cv-00864 Document #: 980-14 Filed: 05/20/20 Page 7 of 9 PageID #:60600
Case: 3:17-cv-00318-jdp Document #: 185 Filed: 07/09/17 Page 9 of 184

2-A-9

```
 1              THE WITNESS:  No, no, no, no.  It's a flavor originally
 2     designed for a fossil of an operating system called Pick that is
 3     still running on their systems today.
 4              THE COURT:  Okay.
 5              THE WITNESS:  And that's the query language.
 6              THE COURT:  Okay.  I get it.
 7              THE WITNESS:  It's called English.
 8              THE COURT:  I got it.
 9     BY MS. GREGOR:
10     Q    How does the level of access that Authenticom has compare
11     to your access as the IT administrator for the dealership?
12     A    I have the keys to the kingdom.  There's not a feature that
13     I can't run, full access to every single thing on every single
14     account.  Authenticom has access to limited accounts and to a
15     single function, ENG, for the purpose of retrieving the data
16     that I need them to retrieve so that they can -- I like to call
17     it feeding the children.  All the third-party vendors that need
18     the data, I call that feeding the children.  So they gather the
19     data, normalize the data, check the addresses against the NCOA
20     database, and then send the feeds to a couple dozen third-party
21     vendors that I use.
22     Q    Did you hear testimony yesterday about manual reporting?
23     A    I did hear that.  I heard that quite a bit, and I have to
24     say I understand that CDK and Reynolds offer a way for me to do
25     that manually.  Here is the thing about manual:  Manual doesn't
```

WAYNE FITKIN - DIRECT

Case 1:18-cv-00864 Document #: 980-14 Filed: 05/20/20 Page 8 of 9 PageID #:60601
Case 3:17-cv-00820-jdp Document #: 155 Filed: 07/05/18 Page 10 of 184

2-A-10

1    work.  Take the case of the open recall vendor that was here

2    yesterday.  It's 50 stores.  He's got to find 50 people, one in

3    each store, to manually run a report, grab the data, and then

4    transmit it to Authenticom.  These people can't have a day off.

5    They can't make a mistake, can't have a vacation.  It doesn't

6    work unless you can automate the process.  You have to be able

7    to automate the process.

8         In the example of -- I'll give you an example.  If I want

9    to get every repair order created every single day and I want

10   the data of all the repair orders that were opened on that day,

11   I have to get that data after the service department closes so

12   they're not creating any more repair orders but before the job

13   stack runs and rolls all the closed ones into the history file.

14   That has to be done between 8:00 and 10:00.  You're not going to

15   have an employee there between 8:00 and 10:00 to do that

16   manually every single day, so manual has no value.  If you're

17   going to do data extractions, it has to be automated.  The

18   minute that CDK takes away the ability to automate these data

19   extractions, they've taken away a valuable tool that I've had

20   for almost 30 years.

21   Q    Can we have Plaintiff's Exhibit 152 on the screen, please?

22   While we're pulling it up, Mr. Fitkin, did you submit a couple

23   of declarations in this proceeding?

24   A    I did.

25   Q    And when was the last time you reviewed those?

WAYNE FITKIN - DIRECT

1      I, JENNIFER L. DOBBRATZ, Certified Realtime and Merit

2  Reporter in and for the State of Wisconsin, certify that the

3  foregoing is a true and accurate record of the proceedings held

4  on the 27th day of June, 2017, before the Honorable James D.

5  Peterson, Chief U.S. District Judge for the Western District of

6  Wisconsin, in my presence and reduced to writing in accordance

7  with my stenographic notes made at said time and place.

8      Dated this 5th day of July, 2017.

9

10

11

12

13

14                              /s/ Jennifer L. Dobbratz

15                      Jennifer L. Dobbratz, RMR, CRR, CRC
                              Federal Court Reporter

16

17

18

19

20

21

22

23

24  The foregoing certification of this transcript does not apply to
    any reproduction of the same by any means unless under the

25  direct control and/or direction of the certifying reporter.