# Exhibits 15-21

**PUBLIC - REDACTED**