# Exhibits 23-32

## PUBLIC - REDACTED