# Exhibit 33

**THIS EXHIBIT IS INTENTIONALLY OMITTED**