# Exhibit 34

**THIS EXHIBIT IS INTENTIONALLY OMITTED**