# Exhibit 36

**THIS EXHIBIT IS INTENTIONALLY OMITTED**