# Exhibits 37-47

## PUBLIC - REDACTED