# Exhibit 48

**THIS EXHIBIT IS INTENTIONALLY OMITTED**