# Exhibits 49-56

**PUBLIC - REDACTED**