# Exhibits 58-85

## PUBLIC - REDACTED