# Exhibit 86





**Contact:**
Allan Stejskal
Open Secure Access, Inc.
847.221.5705
astejskal@opensecureaccess.com

### Open Secure Access, Inc. Formed to Develop and Promote Data Access and Data Security Solutions for Automotive Retailing
*New Organization Will Work with Dealers, Manufacturers, and DMS Providers to Ensure Dealer Data Is Safe and Secure*

**Inverness, IL, May 17, 2006** - A group of leading automotive dealership software and service providers has announced it has formed Open Secure Access ("OSA") to help develop data security protocols and to promote innovation and dealer profitability via efficient access to dealer-owned and dealer-permissioned data.

"OSA's mission is to ensure that dealer data is available to drive dealer sales and profits, yet safe and secure to comply with new government regulations", said Allan Stejskal, president of OSA. "We look forward to working cooperatively with other auto industry participants to strengthen and safeguard this very important aspect of our industry."

Numerous recently-enacted state and federal laws (including the Safeguarding Rule of the Gramm-Leach-Bliley Act) impose significant new responsibilities on data and system security. These laws come at a time when dealers are exploring new ways to contact customers and to improve operational efficiency through partnerships with software and service providers using data stored in their Dealership Management Systems ("DMS").

The founding members of OSA are: Autobytel Inc., AutoTrader.com, CARFAX, Cars.com, CarsDirect.com, The Cobalt Group, DealerTrack and JMsolutions. Allan Stejskal, formerly CIO and SVP of Operations at AutoNation and VP of eCommerce for ADP Dealer Services, is the President of the organization. OSA is expanding its membership to include dealers, other dealership software, service and system providers, industry associations, and auto manufacturers. Interested parties should visit www.opensecureaccess.com for more information.

OSA is already in discussions with several DMS providers including Reynolds and Reynolds and ADP Dealer Services to develop data access and data movement protocols that:

- Comply with federal and state regulations so dealers and other data users can execute with speed and confidence
- Enable dealers to control and direct the use of their data
- Ensure that dealer data flows are timely, leading to improved accuracy

*- more -*

- Enable dealers to select and efficiently integrate the best technology solutions available in the market.
- Reduce the costs faced by DMS providers by developing streamlined protocols for interacting with other software and service providers
- Facilitate safe, secure, fast and cost-effective innovation, which drives dealer revenues and profitability

"Data security is a national issue and a significant requirement for our industry," said Joyce Vonada, vice president of information technology at AutoNation, Inc. "AutoNation supports the efforts of OSA to work on a highly cooperative basis with dealers and other key automotive retailing participants to promote the development of data security protocols that comply with legal requirements and, at the same time, facilitate a continuing focus on enhancing customer experience and dealer profitability."

**About Open Secure Access, Inc. ([www.opensecureaccess.com](www.opensecureaccess.com))**
Open Secure Access was formed in March, 2006 to promote a technology environment that includes keeping data safe and secure. It's data protocol goals include giving data access only to partners designated by dealers, keeping data access dealer driven to ensure that dealers can choose partners that provide the greatest opportunity to increase revenue and keeping data access cost effective by minimizing data extraction and integration costs while keeping the quality and freshness of data high. The founding members are Autobytel Inc, AutoTrader.com, CARFAX, Cars.com, CarsDirect.com, The Cobalt Group, DealerTrack and JMsolutions.

###