# Exhibit 87

    

  



EXHIBIT 1036 Plaintiffs' 3-26-19

# It's your data. *You* know best what to do with it.

Open Secure Access (OSA) is a coalition of companies that believes **dealers should control who accesses their data and how it's used.** Given the difficult times dealers are facing, we believe industry participants should work cooperatively to facilitate the free flow of dealer data so we can help dealers sell more cars and services.

We also believe that data security is an important issue for our industry. Here too, we support a cooperative approach, one where dealers, manufacturers, industry associations such as NADA and AIADA, DMS companies, and suppliers all **work together to provide necessary and required protections to dealers** and consumers. OSA is working with its members and other industry participants to create comprehensive data security guidelines and a certification program that will facilitate innovation and protect dealers and consumers.

We believe **DMS companies that support openness have the most to offer dealers**. Rather than use their leverage to reduce competition and increase dealer costs, these progressive DMS companies are actively contributing to facilitating innovation and increasing dealer profitability. Restrictive data practices have just the opposite effect *and* they hurt dealers.

**With dealers' needs in mind, OSA members stand behind five key principles:**

1. Dealers should control who accesses their data and how it's used.
2. Industry participants should work together to ensure dealer data is secure.
3. Third parties that have dealer permission to utilize a dealer's data should be able to access the data through their own efforts or through the services of an independent company.
4. DMS companies should facilitate interaction with all data available to a DMS user by providing technologically advanced means to interact with (read and write) that data, either through a robust set of APIs, system functionality, or direct access to the database.
5. Industry participants, including DMS companies, that provide essential services required to facilitate access to, and interactions with, dealer-permissioned data should be reasonably compensated.

**If you believe that dealers should control their data and access to it, there are important ways to show your support:**

- Visit us at **www.opensecureaccess.com** and add your name to this letter.
- Provide input as we design the data security guidelines and certification process by contacting OSA at www.opensecureaccess.com.
- When you sign your next DMS contract, make sure you have the right to control your data and decide who can access your DMS – without paying unnecessary or exorbitant fees.

       

    

