# Exhibits 88-159

## PUBLIC - REDACTED