# Exhibit 160

# access control

The process of granting or denying specific requests to: 1) obtain and use information and related information processing services; and 2) enter specific physical facilities (e.g., federal buildings, military establishments, border crossing entrances).
**Source(s):**
NIST SP 800-12 Rev. 1 under Access Control (FIPS 201-2)

The process of granting or denying specific requests: 1) for obtaining and using information and related information processing services; and 2) to enter specific physical facilities (e.g., Federal buildings, military establishments, and border crossing entrances).
**Source(s):**
CNSSI 4009-2015 (FIPS 201-1 - Adapted)

The process of permitting or restricting access to applications at a granular level, such as per-user, per-group, and per-resources.
**Source(s):**
NIST SP 800-113 under Access Control

Procedures and controls that limit or detect access to critical information resources. This can be accomplished through software, biometrics devices, or physical access to a controlled space.
**Source(s):**
NIST SP 800-192 under Access Control
NISTIR 7316 under Access Control

Enable authorized use of a resource while preventing unauthorized use or use in an unauthorized manner.
**Source(s):**
NIST SP 800-33
NIST SP 800-27 Rev. A [Withdrawn]

Case: 1:18-cv-00864 Document #: 980-30 Filed: 05/20/20 Page 3 of 4 PageID #:60678

Process of granting access to information system resources only to authorized users, programs, processes, or other systems.
**Source(s):**
NIST SP 800-32 under Access Control

The process of granting access to information technology (IT) system resources only to authorized users, programs, processes, or other systems.
**Source(s):**
NIST SP 800-47 under Access Control

Restricts resource access to only privileged entities.
**Source(s):**
NIST SP 800-57 Part 1 Rev. 4 under Access control

Restricts access to resources only to privileged entities.
**Source(s):**
NIST SP 800-57 Part 2 under Access control

The process of granting or denying specific requests to: (i) obtain and use information and related information processing services; and (ii) enter specific physical facilities (e.g., Federal buildings, military establishments, and border-crossing entrances).
**Source(s):**
NIST SP 800-79-2 under Access Control

As used in this Recommendation, the set of procedures and/or processes that only allow access to information in accordance with pre-established policies and rules.
**Source(s):**
NIST SP 800-57 Part 2 Rev.1 under Access control

The process of limiting access to resources of a system only to authorized programs, processes, or other systems (in a network).
**Source(s):**
NISTIR 4734 under Access Control

To ensure that an entity can only access protected resources if they have the appropriate permissions based on the predefined access control policies.

**Source(s):**
NISTIR 7497 under Access Control

The process of granting or denying specific requests for obtaining and using information and related information processing services.

**Source(s):**
NISTIR 7711 under Access Control

The process of granting or denying specific requests: 1) obtain and use information and related information processing services; and 2) enter specific physical facilities (e.g., Federal buildings, military establishments, border crossing entrances).

**Source(s):**
FIPS 201 under Access Control [version unknown]

Restricts access to resources to only privileged entities.

**Source(s):**
NIST SP 800-57 Part 1 Rev. 3 under Access control [Superseded]