# Exhibit 166

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *Motor Vehicle Software Corp. v. CDK Global, Inc., et al.*, Case No. 1:18-cv-865 (N.D. Ill.) | |
| *Authenticom, Inc. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | |

## DECLARATION OF ADAM SHOSTACK

I, Adam Shostack, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration. If called upon as a witness, I could and would testify competently to them.

2. I submitted an expert report in this MDL case on November 15, 2019 and a supplemental report on January 30, 2020 ("Reports").

3. The statements made in my Reports constitute my opinions and testimony in this MDL case. I hereby verify the statements made in my Reports.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed in Seattle, Washington on May 18, 2020.

_____
Adam Shostack