# Exhibit 167

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>*Authenticom, Inc. v. CDK Global, LLC*,<br>No. 18-868 (N.D. Ill.) | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF NANCY MIRACLE

I, Nancy Miracle, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration. If called upon as a witness, I could and would testify competently to them.

2. I submitted an expert report in this MDL case on November 15, 2019 ("Report").

3. The statements made in my Report constitute my opinions and testimony in this MDL case. I hereby verify the statements made in my Report.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed in Colleyville, TX on May 18, 2020.

Nancy Miracle

Digitally signed by Nancy Miracle
DN: cn=Nancy Miracle, o=Digital Miracles, LLC,
ou, email=nmiracle@digitalmiracles.com, c=US
Date: 2020.05.18 16:20:18 -05'00'