# Exhibit 168

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |
| All Cases | |

**DECLARATION OF ALLAN STEJSKAL**

I, Allan Stejskal, declare as follows:

1.      I have personal knowledge of the facts set forth in this Declaration.  If called upon as a witness, I could and would testify competently to them.

2.      I submitted an expert report in this MDL on August 26, 2019 ("Report").

3.      The statements made in my Report constitute my opinions and testimony in this MDL case.  I hereby verify the statements made in my Report.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed in <u>Fontana, WI</u> on May <u>19</u>, 2020.


_____
Allan Stejskal