# Exhibit 169

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *Motor Vehicle Software Corp. v. CDK Global, Inc., et al.*, Case No. 1:18-cv-865 (N.D. Ill.) | |
| *Authenticom, Inc. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | |

**DECLARATION OF ERIC KIMBERLING**

I, Eric Kimberling, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration. If called upon as a witness, I could and would testify competently to them.

2. I submitted an expert report in this MDL case on November 15, 2019 ("Report).

3. The statements made in my Report constitute my opinions and testimony in this MDL case. I hereby verify the statements made in my Report.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed in __Colorado__ on May _19_, 2020.

_____
Eric Kimberling