# Exhibit 170

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *Motor Vehicle Software Corp. v. CDK Global, Inc., et al.*, Case No. 1:18-cv-865 (N.D. Ill.) | |
| *Authenticom, Inc. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | |

**DECLARATION OF MARK A. ISRAEL, Ph.D.**

I, Mark A. Israel, Ph.D., declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration. If called upon as a witness, I could and would testify competently to them.

2. I submitted expert reports in this MDL case on August 26, 2019 and December 19, 2020 ("Reports").

3. The statements made in my Reports constitute my opinions and testimony in this MDL case. I hereby verify the statements made in my Reports.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed in ___Maryland_____ on May 19, 2020.

_____
Mark A. Israel, Ph.D.