# Exhibit A

## Chart of Extant Claims And Grounds For Summary Judgment

| Count | Jurisdiction | Description | Illinois Brick | No Valid Evidence of Damages | No Evidence Of Conspiracy | No ED Claim | No Nexus | Not "Unfair" or "Deceptive" | No Business Plaintiffs | No Class Actions | Failure To Give Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Part I.A | Part I.B & I.C | Part II.A (federal) Part II.C.1 (state) | Part II.B | Part II.C.2 | Part II.C.3 | Part II.C.4 | Part II.C.5 | Part II.C.6 |
| I | Federal | Conspiracy (damages) | X | X | X | | | | | | |
| II | Federal | Conspiracy (injunctive relief) | | X | X | | | | | | |
| IV | Federal | Exclusive Dealing (injunctive relief) | | X | | X | | | | | |
| VII | Arizona | Antitrust claim | | X | X | | | | | | X |
| VIII | California | Antitrust claim | | X | X | | | | | | |
| IX | DC | Antitrust claim | | X | X | | X | | | | |
| X | Hawaii | Antitrust claim | | X | X | | | | | | X |
| XI | Illinois | Antitrust claim | | X | X | | | | | X | |
| XII | Iowa | Antitrust claim | | X | X | | | | | | |
| XIII | Kansas | Antitrust claim | | X | X | | | | | | |
| XIV | Maine | Antitrust claim | | X | X | | | | | | |
| XV | Michigan | Antitrust claim | | X | X | | | | | | |
| XVI | Minnesota | Antitrust claim | | X | X | | | | | | |
| XVII | Mississippi | Antitrust claim | | X | X | | X | | | | |
| XVIII | Nebraska | Antitrust claim | | X | X | | | | | | |
| XIX | New Hampshire | Antitrust claim | | X | X | | | | | | |
| XX | New Mexico | Antitrust claim | | X | X | | | | | | |
| XXI | New York | Antitrust claim | | X | X | | X | | | | |
| XXIII | Oregon | Antitrust claim | | X | X | | | | | | |
| XXIV | Rhode Island | Antitrust claim | | X | X | | | | | | |
| XXVI | South Dakota | Antitrust claim | | X | X | | X | | | | |
| XXVIII | Utah | Antitrust claim | | X | X | | | | | | X |
| XXIX | Vermont | Antitrust claim | | X | X | | | | | | |
| XXX | West Virginia | Antitrust claim | | X | X | | X | | | | |
| XXXII | Alaska | Consumer Protection claim | | X | X | | | | | | |
| XXXIV | California | Consumer Protection claim | | X | X | | | | | | |
| XXXV | Colorado | Consumer Protection claim | | X | X | | | | X | | X |
| XXXVII | Florida | Consumer Protection claim | | X | X | | | | | | |
| XXXIX | Massachusetts | Consumer Protection claim | X | X | X | | X | | | | |
| XL | Minnesota | Consumer Protection claim | | X | X | | | | X | | |
| XLI | Nebraska | Consumer Protection claim | | X | X | | | | | | |
| XLII | Nevada | Consumer Protection claim | | X | X | | | | X | | |
| XLIII | New Hampshire | Consumer Protection claim | | X | X | | X | | | | |
| XLIV | New Jersey | Consumer Protection claim | X | X | X | | | | | | X |
| XLV | New Mexico | Consumer Protection claim | | X | X | | | X | | | |
| XLVI | North Dakota | Consumer Protection claim | | X | X | | | X | | | |
| XLVII | South Carolina | Consumer Protection claim | | X | X | | | | | X | |
| XLVIII | South Dakota | Consumer Protection claim | | X | X | | | X | | | |
| XLIX | West Virginia | Consumer Protection claim | | X | X | | | | X | | X |
| L | Wisconsin | Consumer Protection claim | | X | X | | | | | | |