**PUBLIC VERSION**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| ALL PENDING CASES | Magistrate Judge Jeffrey T. Gilbert |


**DEFENDANTS CDK GLOBAL, LLC'S AND THE REYNOLDS AND REYNOLDS COMPANY'S JOINT STATEMENT OF COMMON UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT**

## TABLE OF CONTENTS

**PAGE**

I.      PARTIES AND BACKGROUND ..................................................................... 1

    A.      Reynolds And The Reynolds DMS........................................................ 1

        1.      Reynolds's DMS Products And History ................................. 1

        2.      Reynolds Offers Dealers Multiple Ways To Obtain And Share Data Maintained In The Reynolds DMS .................................... 2

        3.      Reynolds's RCI Program ........................................................ 3

    B.      CDK And The CDK DMS ...................................................................... 5

        1.      CDK's DMS Products And History........................................ 5

        2.      CDK Offers Dealers Multiple Ways To Obtain And Share Data Maintained In The CDK DMS................................................. 7

        3.      CDK's 3PA Program ............................................................... 7

        4.      DMI and IntegraLink .............................................................. 9

    C.      Authenticom............................................................................................. 9

II.     THERE ARE MANY REASONS TO PROHIBIT DMS ACCESS BY UNAUTHORIZED THIRD PARTIES....................................................... 13

    A.      System Performance And Operability Issues ...................................... 13

    B.      Access to Sensitive and Proprietary Data ........................................... 15

    C.      Unauthorized Code ("Code-on-the-Box") .......................................... 17

    D.      Data Security Issues............................................................................... 18

III.    UNAUTHORIZED DMS ACCESS VIOLATES STATE AND FEDERAL LAW ....... 19

    A.      Defendants' DMS Contracts Prohibit Unauthorized Access ............... 19

    B.      Authenticom's Unlicensed Use Of DMS Software ............................. 22

IV.    REYNOLDS'S LONGSTANDING CAMPAIGN TO SECURE ITS DMS WHILE PROVIDING DEALERS WITH MULTIPLE WAYS TO ACCESS AND SHARE DATA ........................................................................ 25

    A.      Reynolds Acted Unilaterally To Secure Its DMS From 2006 To 2013.............. 25

    B.      Reynolds's Temporary Security Exemptions ...................................... 29

V.     REYNOLDS'S THIRD-PARTY WIND DOWN AGREEMENTS................................ 31

    A.      Superior Integrated Solutions ............................................................... 31

    B.      DMI and IntegraLink ............................................................................ 31

        1.      The 2013 Reynolds "Crisis" .................................................. 31

|  |  | 2. | Wind-Down Negotiations ...................................................... 34 |
|  |  | 3. | The February 2015 Agreements............................................ 39 |
|  | C. | StoneEagle and SelectQu......................................................... 44 |
|  | D. | Authenticom.............................................................................. 44 |
| VI. | | CDK'S SECURE DMS STRATEGY................................................. 47 |
|  | A. | ADP's Third-Party Access Policy .......................................... 47 |
|  | B. | Spinoff Of CDK Global From ADP ......................................... 51 |
|  | C. | CDK's SecurityFirst Initiative ............................................... 53 |
| VII. | | THE 3PA "REFRESH"......................................................................... 55 |
| VIII. | | DMS COMPETITION ......................................................................... 56 |
|  | A. | DMS Market Share ................................................................... 56 |
|  | B. | DMS Switching......................................................................... 57 |
| IX. | | NO DIRECT EVIDENCE OF CONSPIRACY .................................. 62 |
|  | A. | Alleged 2015 Schaefer Conversation...................................... 62 |
|  | B. | Alleged 2016 McCray Conversation ....................................... 63 |
|  | C. | CDK And Reynolds Witnesses Denied Any Conspiracy ....... 65 |

Pursuant to Local Rule 56.1(3), Defendants CDK Global, LLC ("CDK") and The Reynolds and Reynolds Company ("Reynolds") hereby submit this joint statement of common undisputed material facts in support of their motions for summary judgment. CDK and Reynolds hereby incorporate Reynolds's October 15, 2019 Statement of Undisputed Material Facts in Support of its Motion for Partial Summary Judgment (Dkt. 779, 780, 782, 783) as if set forth herein.

Defendants submit this statement only for the purpose of establishing facts as to which there is no genuine issue, warranting judgment for Defendants as a matter of law, and make no admissions for any other purpose. *See, e.g., Brown v. Navarro*, 2012 WL 3987427, at *3 (N.D. Ill. Sept. 11, 2012) (citing multiple cases for the principle that facts deemed undisputed in a Local Rule 56.1 statement are not established for trial).

## I.      Parties And Background

### A.      Reynolds And The Reynolds DMS

#### 1.      Reynolds's DMS Products And History

1.      Reynolds is an Ohio corporation, with its corporate headquarters in Ohio. Dkt. 225 (Reynolds Answer to Auth. Compl.) ¶ 21; Dkt. 522 (CDK Answer to Dealer Compl.) ¶ 52; Dkt. 514 (CDK Answer to AutoLoop Compl.) ¶ 32.

2.      The ERA DMS was developed by Reynolds in the late 1980s. ERA also has an enhanced graphical user-interface version known as "ERA-IGNITE." ███████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████

---

[1] "Auth. Dkt." refers to docket entries in *Authenticom, Inc. v. CDK Global, LLC et al.*, No. 3:17-cv-00318 (W.D. Wisc.). For the Court's convenience, copies of cited docket entries are included as exhibits.

3.      Reynolds natively developed the ERA DMS software code from the ground up. Ex. 107, 5/19/20 K. Hall Decl. ¶¶ 4, 8. In developing and programming the ERA DMS code, Reynolds chose between myriad available options to arrange and organize the code; myriad methods of programming specific functions and features; and myriad options for naming specific objects, functions, and processes within the code. *Id.* ¶¶ 4-8. Similarly, Reynolds chose from many possible alternatives in naming and organizing the data fields in the Reynolds DMS; while most franchised-dealer DMS products store broadly similar types of data, their naming and organization conventions do not map on to one another. Ex. 328, Lamb Tr. 187:9-12.

4.      ███████████████████████████████████████

████████████████████████ Ex. 105, R. Lamb Decl. [Auth. Dkt. 98] ¶ 3.

   **2.    Reynolds Offers Dealers Multiple Ways To Obtain And Share Data Maintained In The Reynolds DMS**

5.      A███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

### 3. Reynolds's RCI Program

6.      In 2001, Reynolds created a program to manage third-party integration with the Reynolds DMS, initially called the "Performance Path," and later renamed the "Reynolds Certified Interface" program in 2003. Ex. 104, R. Schaefer Decl. ¶ 30; Ex. 328, Lamb Tr. 78:5-13. ████████ ████████████████████████████████████████████████████ Ex. 100, Auth. P.I. Ex. 14 [Auth. Dkt. 64-14].

7.      To join the RCI program, a vendor must sign a license agreement requiring them to describe their data uses and needs, adhere to Reynolds's data use policy, and agree to adhere to federal data security laws and regulations. ████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████████████

8.      ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ██████████████████ Ex. 19, K. Hall Decl. (DX 1282) ¶¶ 23-25, 30.

9.      ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████.

███████████████████████████████████████████████████████

███████████████████████████

10.    ███████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████

11.    ███████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████

12.    R█████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████

13.    T█████████████████████████████████████████

███████████████████████████████████████████████████████

**PUBLIC VERSION**

14.     Reynolds's software applications have joined the certified integration programs of other DMS providers besides CDK, including Autosoft's Flex Connect, Dealertrack's OpenTrack, and Auto/Mate's OpenMate. ████████████████████████████████████████████

████████████████████████████████████████████

███

15.     Likewise, the applications of other DMS providers have joined RCI. E████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████.

**B.     CDK And The CDK DMS**

**1.     CDK's DMS Products And History**

16.     CDK was formed in October 2014 when Automatic Data Processing, Inc. ("ADP") spun off its Dealer Services division into a stand-alone, publicly traded company. Ex. 138, CDK-0000452 (CDK 10-K dated Aug. 9, 2016) (excerpt), at 457, 486 (spin-off "became effective" on Sept. 30, 2014, and common stock began trading under "CDK" symbol on Oct. 1, 2014).[2] CDK is

---

[2] ADP's former Dealer Services division is referenced herein as "ADP" when discussing events prior to the spinoff and "CDK" when discussing events after the spinoff.

organized under the laws of Delaware, and its corporate headquarters are in Illinois. Dkt. 230 (CDK Answer to Auth. Compl.) ¶ 20; Dkt. 522 (CDK Answer to Dealer Compl.) ¶ 51; Dkt. 514 (CDK Answer to AutoLoop Compl.) ¶ 31.

17.    CDK's primary DMS product is called Drive. Ex. 296, Ayotte Tr. 209:14, 210:4-8. Drive is a proprietary software system developed by CDK that includes five primary applications: Sales, Accounting, Parts, Service, and Finance and Insurance ("F&I"). Ex. 169, CDK-1996664 (2017 SOC-1 Report) at 9, 12. ███████████████████████████████████

███████████████████████████████████████████

18.    T███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████

19.    Drive is password protected and displays the following message to the user at the login screen: ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████" Ex. 174, CDK-2451096; *see also* Ex. 15, DX 1231 (AUTH_00520056) at .0019.

20.    CDK has developed processes to ingest raw data into a dealer's DMS, format and map the data as needed, and import that data into the relevant file or files (and relevant string or

strings) in the DMS. CDK has also developed user interfaces so that DMS users can input or update data. Ex. 108, N. Rodrigues Decl. ¶ 4. Those interfaces validate and cleanse data, store the data, and push the data to the appropriate location on the DMS. *Id.*

21.　　CDK has developed methods to query the DMS using "ENGLISH" or "ENG" Statements, a query language which users can enter through a command-line interface or through a program. Ex. 108, N. Rodrigues Decl. ¶ 5. ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████.

### 2.　　CDK Offers Dealers Multiple Ways To Obtain And Share Data Maintained In The CDK DMS

22.　████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████

### 3.　　CDK's 3PA Program

23.　　CDK's certified third-party access ("3PA") program was created in 2000. Ex. 181, CDK-2701801, Slide 4. ████████████████████████████████████████r

b ███████████████████████████████████████████████████████████████████

███████████████████████████████████████████

24.     Vendors in the 3PA program enter into a standard written agreement with CDK called a Third Party Access Agreement (f/k/a Managed Interface Agreement) that gives them the right to use a trademarked "CDK Approved Interface" logo and, since at least 2006, has restricted them from receiving data sourced from the CDK DMS from outside the 3PA program once they begin to use a 3PA interface. ████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

████████████████████████████

25.     Vendor applications certified in the 3PA program receive "bi-directional" (write-back) and real-time integration with CDK DMSs through "Pre-Defined Integration Points," also called "PIPs," which are configured to each application's requirements █████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████

26.     Vendors have acknowledged benefits of "direct" integration through CDK's 3PA program. ██████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

### 4. DMI and IntegraLink

27.    CDK acquired Digital Motorworks, Inc. in 2002 and later acquired IntegraLink
(collectively, "DMI") through its acquisition of the Cobalt Group in 2010. Ex. 296, Ayotte Tr.
236:4-10; Ex. 308, Distelhorst Tr. 20:11-24.

28.    ██████████████████████████████████

████████████████████████████████████████████████

████████████████      ████████████████████████████

████████████████████████████████████████████████

████████

### C.    Authenticom

29.    ██████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

30.    ██████████████████████████████████

████████████████████████████████████████████████

Ex. 92, S. Cottrell Reply Decl. [Auth. Dkt. 143] ¶¶ 38-39 (noting that "Authenticom needs to run only a single bulk-data query per day to provide data integration services to the vast majority" of its customers and only 100 of Authenticom's "more than 11,000" dealership customers needed data more than once per day);

34. ██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████ Ex. 92, S. Cottrell Reply Decl. [Auth. Dkt. 143] ¶ 45 ("Nearly all of

Authenticom's business . . . does not 'push' data to the DMS but rather only reads data from the

DMS."); ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████

██ ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

██ ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████

██ ████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████.

11

**PUBLIC VERSION**

████ ████████████████████████████████████████████████████

████████████████████████████████████

████ ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████

████ ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████

████ ████████████████████████████████████████████████████

████████████████████████████████████████████

████ ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████.

**PUBLIC VERSION**

## II. There Are Many Reasons To Prohibit DMS Access By Unauthorized Third Parties

### A. System Performance And Operability Issues

43.     Automated access by data extractors puts additional burden on a DMS. ████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████

44.     ████████████████████████████████████████████████
████████████████████████████

▪     ████████████████████████████████████████████████
████████████████

▪     ████████████████████████████████████████████████
█████████████

▪     ████████████████████████████████████████████████
████████████████████

▪     ████████████████████████████████████████████████
████████████

▪     ████████████████████████████████████████████████
██████

████████████████████████████████████

45.     ████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████████.

PUBLIC VERSION

46. █████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████

47. █████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████

48. █████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████2.

49. █████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████

50. █████████████████████████████████████████

████████████████████████████████████████████

**PUBLIC VERSION**

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████

51.     Third parties that attempt to write data back into the DMS ("writeback") through non-certified interfaces can cause data corruption issues. ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████

**B.     Access to Sensitive and Proprietary Data**

52.     CDK's DMS and Reynolds's DMS store consumer and dealership employee Personally Identifiable Information ("PII") and Sensitive Personal Information ("SPI") such as social security numbers, driver's license numbers, and financial information—as well as consumer names, addresses, emails, telephone numbers, and financial information. Ex. 19, K. Hall Decl. (DX 1282) ¶¶ 8-9; Ex. 91, R. Karp Decl. [Auth. Dkt. 136] ¶ 25.

53.     Third-party data extractors access consumer PII and/or SPI maintained in the DMS.

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████

54.     CDK's DMS and Reynolds's DMS include intellectual property and proprietary data that belongs to the DMS provider, OEMs, and other third parties. Ex. 338, Nielson Tr. 53:6-54:17; Ex. 19, K. Hall Decl. (DX 1282) ¶¶ 8-9; Ex. 91, R. Karp Decl. [Auth. Dkt. 136] ¶¶ 25, 28.

55.     ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████

56.     ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████

57.     Some industry participants have expressed concern that data extractors sell data obtained from DMSs. █████████████████████████████████

16

58.

**C.** **Unauthorized Code ("Code-on-the-Box")**

59.     Some third parties attempted to provide data extraction and writeback services by installing their own code on CDK's DMS.

60.     Unauthorized code on a DMS, also referred to as "code-on-the-box," can cause data corruption. E

i ███████████████████████████████████████████████████

███████████████████████████████

## D.    Data Security Issues

61.    Data security is important to the automotive industry. ████████████████

██████████████████████████████████████████████████████████████████████████

██████ Ex. 222, REYMDL00025313 (a 2006 Automotive News article reports that "[p]roblems

arise when dealerships lose track of which vendors they have granted access to their computer

systems. Some vendors have continued to extract information from dealership computer systems

long after contracts have expired. And the very nature of the hostile interface can cause . . .

dealership systems to slow down, lock up and corrupt data"); Ex. 143, CDK-0207700 at 701 (a

December 2014 article in The Banks Report states that "[i]t's no secret in the automotive retail

world that dealers are vulnerable to attacks"); Ex. 137, CDK-0000309 at 309-10 (2013 National

Automobile Dealers Association memorandum on "Dealer Data Guidance").

62.    Some dealers adopted policies that restrict or prohibit third-party access to their

licensed DMS. ████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

█ ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████

63.     On August 28, 2013, the National Automobile Dealers Association ("NADA") issued a "Dealer Data Guidance" memorandum to dealers advising them that "[d]ealers collect a large volume of information from their customers in their day-to-day operations, with much of that information categorized under federal law as highly sensitive 'non-public personal information' or 'NPPI.' . . . This is important because the information's status as NPPI means that the dealer is subject to several obligations under federal law to protect and maintain its privacy. . . . [T]his customer and other sensitive data (together 'Dealer Data') raises difficult and sensitive issues for dealers that they must understand when they enter into contracts that could allow access to Dealer Data." Ex. 137, CDK-0000309 at 309-10. The memorandum further advised dealers to "[c]onsider implementing a strict data 'push' system for sharing data . . . . This means that you would only share data with third parties by gathering it, and sending it to them, rather than allowing them to 'take' it by accessing your systems." *Id.* at 321.

64.     A follow-up issued by NADA in 2014 encouraged dealers to "no longer allow vendors to access your systems directly for any reason" and to "work with your DMS provider to ensure proper controls and reporting." Ex. 206, NADA-100234.

### III.     Unauthorized DMS Access Violates State And Federal Law

#### A.     Defendants' DMS Contracts Prohibit Unauthorized Access

65.     Dealers license DMS software from CDK or Reynolds, and the scope of a dealer's rights to that software are controlled by the terms of the DMS license agreement they sign. Ex.

**PUBLIC VERSION**

170, CDK-2045637 (CDK Master Services Agreement) § 4(A) ("Client acknowledges that the Products and Services . . . are and shall remain the exclusive and confidential property of CDK or the third parties for which CDK has obtained the right to use such CDK Products and Services, and that all CDK Products and Services are only licensed to Client during the term thereof."); Ex. 253, REYMDL00677044 (Reynolds Master Agreement) §1 ("Reynolds . . . retains all proprietary rights in the Licensed Matter . . . including copyrights, patents and trade secrets."); Ex. 234, REYMDL00131387 (Defined Terms) (defining "Licensed Matter").

66. The Reynolds Master Agreement does not authorize dealers to sublicense the Reynolds DMS, grant access to or share the DMS with any third parties, or connect any third-party software to the Reynolds DMS without Reynolds's express written permission. These restrictions have been in place for more than 12 years. ████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

c ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████ 1.

67.    Since the 1990s, CDK's standard DMS contract, known as the Master Services Agreement, has "bar[red] dealers from granting access to third parties." ███████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████

68. ███████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████9.

69. ███████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████.

70. ███████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████

**B.      Authenticom's Unlicensed Use Of DMS Software**

71.      A███████████████████████████████████████

█████████████████████████████████████████████████

PUBLIC VERSION

79.     Authenticom has never entered into a license agreement with Reynolds or CDK to

use of any of their respective DMS software. Ex. 102, H. Gardner Decl. [Auth. Dkt. 93] ¶ 27; Ex.

327, Kirby Tr. 161:11-166:25; Ex. 318, Hembd Tr. 120:22-121:16; Ex. 303, Clements Tr. 99:22-

103:16; Ex. 301, Brown 30(b)(6) (Authenticom) Tr. 200:11-203:8. Authenticom has never paid any money or provided other consideration to Reynolds or CDK for use of their respective DMS software. Ex. 303, Clements Tr. 101:19-103:12.

**IV. Reynolds's Longstanding Campaign To Secure Its DMS While Providing Dealers With Multiple Ways To Access And Share Data**

**A. Reynolds Acted Unilaterally To Secure Its DMS From 2006 To 2013**

80.    At the time of the 2006 merger between UCS and Reynolds, UCS's POWER DMS had a reputation within the industry as a secure, closed DMS platform. ██████████████

████████████████████████████████████████████████████████████████████

███████████████████████████████████████████ Ex. 16, DX 1244 ("UCS has long been known for having a closed system that prevents unauthorized third-party access."). After the merger, Reynolds worked to make ERA a closed, secure DMS similar to POWER. ██

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████

81.    By no later than 2006, Reynolds had decided to (1) restrict third-party access to its DMSs and (2) promote methods of data transfer either through manual-dealer-push or monitored, certified integration. █████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████

82.    ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

**PUBLIC VERSION**

83.     Prior to September 2013, Reynolds had implemented multiple technical measures designed to prevent automated access to its DMS by data extractors and other third parties, including:

PUBLIC VERSION

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████

84. ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████.

85. ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████

86. ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

87.     Reynolds's actions to secure its DMS against third-party data extractors between 2006 and September 2013 were undertaken unilaterally.

88.     Since 2006, Reynolds has not reconsidered its decision to prohibit unauthorized third-party access to its DMS.

**PUBLIC VERSION**

**B.**     **Reynolds's Temporary Security Exemptions**

89.

90.

91.

PUBLIC VERSION

92.

93.

**PUBLIC VERSION**

## V. Reynolds's Third-Party Wind Down Agreements

### A. Superior Integrated Solutions

94. Superior Integrated Solutions ("SIS") historically provided data extraction services on the Reynolds and CDK DMSs, but does not offer its own DMS. Ex. 298, Battista 30(b)(6) (SIS) Tr. 7:12-8:4, 71:21-72:15, 332:2-333:334:1.

95. In 2012, Reynolds sued SIS in United States District Court (S.D. Ohio) alleging: (1) violations of the Copyright Act, 17 U.S.C. § 101 *et seq.*; (2) violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*; and (3) tortious interference with Reynolds's DMS contract, which "prohibits customers from allowing third party integrators like SIS to access or to interface with the ERA DMS without Reynolds' consent." Ex. 89, REYMDL00015586 (Complaint) ¶¶ 23-57. The court dismissed SIS's antitrust counterclaims and held that Reynolds's DMS contracts prohibit third-party access. *See The Reynolds & Reynolds Co. v. Superior Integrated Sols., Inc.*, No. 1:12-cv-848, 2013 WL 2456093, at *2 (S.D. Ohio June 6, 2013).

96. ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

### B. DMI and IntegraLink

#### 1. The 2013 Reynolds "Crisis"

97. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

PUBLIC VERSION

99.

32

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████

100. ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████

101. ████████████████████████████████████████

██████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

**PUBLIC VERSION**

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████

### 2. Wind-Down Negotiations

102. ████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████

103. ████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████

104. ████████████████████████████████████

█████████████████████████████████████████████████

**PUBLIC VERSION**

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████

105.    ████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█

106. █████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████

107. █████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████.

108. █████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

**PUBLIC VERSION**

109. ███████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████

110. ███████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

111. ███████████████████████████████████████

██████████████████████████████████████████████.

37

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████

112.　████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████

113.　████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

114.　████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████

115.    ██████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████

### 3.    The February 2015 Agreements

116.    On February 18, 2015, CDK and Reynolds entered into the Data Exchange Agreement ("DEA"), the 3PA Agreement, and the Reynolds Interface ("RCI") Agreement. Ex. 49, PX 33 (CDK-0000001); Ex. 50, PX 34 (CDK-0000014); Ex. 51, PX 35 (CDK-0000040) ("2015 Agreements").

117.    ██████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

39

██████████████████████████████████████████████████

████████████████████████████

118.    The 2015 Agreements allowed Reynolds to reduce hostile access to its DMS with minimal disruption to its dealer customers and other third parties. ████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████

### i.    Data Exchange Agreement

119.    Under section 4.3 of the DEA, DMI and IntegraLink were permitted to continue to access and extract data from Reynolds DMSs in a monitored fashion "without interruption from Reynolds security enhancements" during a "Wind Down Period," defined in section 1.4 of the DEA as "beginning on the Effective Date of this Agreement and concluding on the later of: (i) the end of the current term of such DMI Third Party Client's agreement with DMI . . . up to a maximum of one year," with some exceptions, or (ii) May 13, 2015. The "Wind Down Period" was subject to extension by Reynolds, at its discretion, not to exceed five years from the Effective Date of the DEA. Ex. 49, PX 33 (CDK-0000001) §§ 1.4, 4.3.

120.    Under section 4.1 of the DEA, during this wind-down period, CDK agreed to "reasonably cooperate with Reynolds' efforts, if any, to have DMI [vendor clients] execute agreements to become part of the Reynolds RCI Program." Ex. 49, PX 33 (CDK-0000001) § 4.1.

121.    Under section 4.2 of the DEA, CDK agreed to inform DMI clients that it intended to "wind down" its "Reynolds DMS related integration and does not intend to extend service for such integration beyond the current primary term of its agreement" with each client. Ex. 49, PX 33 (CDK-0000001) § 4.2. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

122.    Pursuant to section 4.3 of the DEA, CDK agreed to provide "a list of Reynolds Dealers System Numbers and the DMS User Logins being used by CDK for each Dealer for whom such Interim Solution is needed; and (ii) . . . the information described in Exhibit DEA-2" for DMI Third Party Clients. Ex. 49, PX 33 (CDK-0000001) § 4.3, Ex. DEA-2.

123.    Under section 4.5 of the DEA, CDK and Reynolds agreed not to "sell, transfer or assign to any affiliate or third party any technology, business process, or other such knowledge regarding integration with the other party's DMS or take any other steps to assist any person that

41

**PUBLIC VERSION**

it reasonably believes to have plans to access or integrate with the other party's DMS without the other party's written consent." Ex. 49, PX 33 (CDK-0000001) § 4.5.

124. ███████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████

125. ███████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
███████████████████

126. ██████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████



### ii.    3PA Agreement

128.    Pursuant to the 3PA Agreement, nine Reynolds applications—Naked Lime Web, Naked Lime Marketing, Reminder Trax, iMakeNews, xTream, AIM Data, KeyVault, KeyTrack, and KeyRegister—became eligible for the 3PA program. Ex. 50, PX 34 (CDK-0000014), Exs. 3PA-B & 3PA-C.

129.    Under sections 3(a)-(b) of the 3PA Agreement, CDK waived 3PA fees for Reynolds applications for up to 600 CDK dealership rooftops, for five years (the "No Fee" term). At the conclusion of the five-year "No Fee" term and, additionally, for any rooftops served by Reynolds applications during the "No Fee" term above the 600 rooftop "cap," Reynolds agreed to pay CDK's standard 3PA fees for installation and monthly services. Ex. 50, PX 34 (CDK-0000014) § 3.

130.    ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████

### iii.    RCI Agreement

131.    Pursuant to the RCI Agreement, seven CDK applications—Cobalt, MenuVantage, PartsVoice, F&I Results, Lot Management, DLS Accelerator, and Performance 20—became eligible for the RCI program. Ex. 51, PX 35 (CDK-0000040), Exs. RCI A1-A7.

132. ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

**C.** **StoneEagle and SelectQu**

133. ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████

**D.** **Authenticom**

135. ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

PUBLIC VERSION

**PUBLIC VERSION**



**PUBLIC VERSION**



## VI.    CDK's Secure DMS Strategy

### A.    ADP's Third-Party Access Policy

138.

**PUBLIC VERSION**

140. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

141.    In 2007, ADP DMSs were maintained by dealers on-site (or "on premises") and third parties accessed the DMS using dealer-provided modems, ████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████

142.    In approximately 2008 and 2009, ADP began migrating its DMS software to a "hosted" environment in which CDK maintained each customer's DMS on servers operated by CDK. ████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████,

48

143.

**PUBLIC VERSION**

149. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████

**B.**     **Spinoff Of CDK Global From ADP**

150.     Malcolm Thorne was selected to serve as CDK's Chief Global Strategy Officer beginning in summer 2014 and continuing after the spinoff. Ex. 354, Thorne Tr. 27:19-28:3.

151. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████.

152. ███████████████████████████████████████████████

███████████████████████████████████████████████

███

153.     On April 10, 2014, ADP publicly announced the spinoff. Ex. 190, CDK-2990551.

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████

154.     An SEC Form 10 filed on June 10, 2014, for "Dealer Services Holdings LLC"

identifies the following Risk Factors, among others, for CDK following its spinoff:

> Additionally, concerns regarding data privacy may cause our clients, or their customers and potential customers, to resist providing the data necessary to allow us to deliver our solutions effectively. Even the perception that the privacy of personal information is not satisfactorily protected or does not meet regulatory requirements could inhibit sales of our solutions and any failure to comply with such laws and regulations could lead to significant fines, penalties or other liabilities. . . . Moreover, if our security measures are breached and unauthorized access is obtained to confidential information, our solutions may be perceived as not being secure and our clients may curtail or stop using our solutions and/or vendors may curtail or stop providing their solutions to us. Any failure of, or lack of confidence in, the security of our solutions could have a material adverse effect on our business, results of operations and financial condition. . . .

Ex. 162, CDK-1202029 (excerpt) at 055, 057.

155.     On October 1, 2014, ADP announced that it had completed its spinoff of CDK. *See*

Ex. 85, (Press Release, "ADP Completes Spinoff of CDK Global"). ██████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████

### C. CDK's SecurityFirst Initiative

156. ███████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████24.

158. SecurityFirst was publicly announced in June 2015. Ex. 44, PX 1563 (CDK-0012615); Auth. Answer to CDK Counterclaims [Dkt. 516] ¶ 81 ("Authenticom admits that, in June 2015, CDK announced a strategy it marketed as 'Security First.'"). ███████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████

159. CDK did not begin implementing security measures designed to prevent access to its DMS until March 2016. ██████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

**PUBLIC VERSION**

162. ███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████

## VII. The 3PA "Refresh"

163. █████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████

164. ███████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████e

## VIII. DMS Competition

### A. DMS Market Share

166.    In addition to CDK and Reynolds, other DMS providers including Dealertrack, Auto/Mate, Autosoft, DealerBuilt, and Dominion Dealer Solutions compete for franchised automobile dealers. Ex. 105, R. Lamb Decl. [Auth. Dkt. 98] ¶¶ 7-8.

167.

**PUBLIC VERSION**

169. 

**B.    DMS Switching**

170. 

171.

172. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████

174.    CDK and Reynolds competed for DMS customers throughout the period of the alleged conspiracy. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

175. DMS providers offer discounts, training, and transition support to win business.

████████████████████████████████████████████████████████████

██████████

176.    Many dealers begin proactively negotiating with their existing DMS provider and competing providers a year or more before the end of their current DMS contract. ████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████

177.    ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██  ████  █████████████████████  ████  ████  ████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████. Cox also provides an online calculator for dealers to calculate their integration fees and how much they could save by switching to Dealertrack. *See* Ex. 86 (https://cloud.e.dealertrack.com/calculator).

179.    ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

60

180. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████.

181.    Dealerships often hire third-party consultants that specialize in DMS contract negotiations, including the Gillrie Institute, David Brookshire, and others. ████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████[3]

182. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████

---

[3] Ex. 83, *DMS Consulting*, Gillrie Institute, https://paulgillrie.com/dms-consulting/ (last visited May 16, 2020); Ex. 81, *About Us*, Jim Skeans Consulting Group LLC, http://www.jimskeans.com/about-us.html (last visited May 16, 2020); Ex. 84, *Meet Wayne A Youngs of Wayne A Youngs & Associates, Inc.*, Automotive Consulting - Dealer Management Systems – Dealership Processes – GLB Compliance, http://wyoungsandassoc.com/Bio.html (last visited May 16, 2020); Ex. 82, *About Us*, Your Staff Plus, Inc., http://www.yourstaffplus.com/757.html (last visited May 16, 2020).

## IX. No Direct Evidence of Conspiracy

### A. Alleged 2015 Schaefer Conversation

183.

**B.      Alleged 2016 McCray Conversation**

188.



192. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████

## C. CDK And Reynolds Witnesses Denied Any Conspiracy

194. CDK and Reynolds witnesses consistently testified under oath that they did not enter into the alleged conspiratorial agreements on behalf of their respective companies and had no knowledge of any such agreements. Ex. 296, Ayotte Tr. 344:21-23; Ex. 299, Brockman Tr. 348:10-351:9; Ex. 302, Burnett (Individual) Tr. 348:2-352:14; Ex. 305, Conver Tr. 422:3-423:14; Ex. 308, Distelhorst Tr. 352:7-353:7; Ex. 309, Douglas Tr. 287:13-288:21; Ex. 312, French Tr. 375:9-377:3; Ex. 313, Gardner Tr. 635:23-637:21; 639:15-640:2; 642:20-643:13; 650:18-651:22; 653:3-7; 653:18-24; Ex. 314, Gerlich Tr. 281:21-282:16; Ex. 315, Graham Tr. 333:16-335:12; Ex. 316, Hall 30(b)(6) (Reynolds) Tr. 225:22-227:2, 228:8-24, 233:5-15; Ex. 292, Hellyer Tr. 335:10-336:21; Ex. 319, Herbers Tr. 309:13-310:22; Ex. 320, Hill (Individual) Tr. 19:11-13, 58:19-23, 59:15-20; Ex. 325, Joza Tr. 302:19-303:13; Ex. 326, Karp Tr. 395:21-396:13; Ex. 328, Lamb Tr.

340:6-343:7; 348:25-349:23; 351:17-353:2; Ex. 331, Martin Tr. 319:20-321:5; Ex. 333, McCray

Tr. 65:6-8; 70:17-73:8; 111:5-112:4; 285:10-15; 286:14-19; 317:9-319:1; Ex. 339, Noser Tr.

299:14-301:21; Ex. 342, Quinlan Tr. 258:8-260:4; Ex. 346, Schaefer (Day 1) Tr. 270:18-271:2,

279:10-279:14; Ex. 347, Schaefer (Day 2) Tr. 306:10-308:4, 311:18-312:22; Ex. 349, Sowers Tr.

235:2-237:2; Ex. 352, Strawsburg Tr. 147:11-149:3; 219:13-21; Ex. 354, Thorne Tr. 364:23-

368:3; Ex. 97, Witt Tr. 258:13-260:22; Ex. 103, Workman Tr. 323:19-326:10.


Dated:  May 20, 2020                        Respectfully submitted,

/s/ *Aundrea K. Gulley*                    /s/ *Britt M. Miller*
Aundrea K. Gulley                          Britt M. Miller
Brian T. Ross                              Michael A. Scodro
Brice A. Wilkinson                         Daniel T. Fenske
Ross A. MacDonald                          Matthew D. Provance
GIBBS & BRUNS LLP                          Jed W. Glickstein
1100 Louisiana Street                      MAYER BROWN LLP
Suite 5300                                 71 South Wacker Drive
Houston, TX 77002                          Chicago, IL 60606
(713) 751-5258                             (312) 782-0600
agulley@gibbsbruns.com                     bmiller@mayerbrown.com
bross@gibbsbruns.com                       mscodro@mayerbrown.com
bwilkinson@gibbsbruns.com                  dfenske@mayerbrown.com
rmacdonald@gibbsbruns.com                  mprovance@mayerbrown.com
                                           jglickstein@mayerbrown.com

Michael P.A. Cohen
Leo D. Caseria                             Mark W. Ryan
SHEPPARD MULLIN RICHTER & HAMPTON, LLP     MAYER BROWN LLP
2099 Pennsylvania Avenue NW, Suite 100     1999 K Street NW
Washington, DC 20006                       Washington, DC 20006
(202) 747-1900                             (202) 263-3000
mcohen@sheppardmullin.com                  mryan@mayerbrown.com
lcaseria@sheppardmullin.com

*Counsel for Defendant*                    *Counsel for Defendant*
*The Reynolds and Reynolds Company*        *CDK Global, LLC*

PUBLIC VERSION

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on May 20, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS CDK GLOBAL, LLC'S AND THE REYNOLDS AND REYNOLDS COMPANY'S JOINT STATEMENT OF COMMON UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com