**PUBLIC VERSION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br><br> THE DEALERSHIP PUTATIVE CLASS ACTION <br><br> *Loop, LLC d/b/a AutoLoop v. CDK Global, LLC*, Case No. 1:18-CV-02521 (N.D. Ill.) <br><br> *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-CV-00868 (N.D. Ill.) | Hon. Robert M . Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

### DECLARATION OF DANIEL T. FENSKE

I, Daniel T. Fenske, pursuant to 28 U.S.C. § 1746, hereby declare:

1.  I am a partner at Mayer Brown LLP and represent CDK Global, LLC ("CDK") in the above-captioned matter. I submit this declaration in support of the following motions and filings, which are being filed concurrently with this Declaration:

   a.  Defendants CDK Global, LLC's And The Reynolds And Reynolds Company's Motion For Summary Judgment (and accompanying memorandum of law) (*Authenticom case*).

   b.  Defendant CDK Global, LLC's Motion For Summary Judgment (and accompanying memorandum of law) (*AutoLoop* case)

   c.  Defendant CDK Global, LLC's Motion For Summary Judgment (and accompanying memorandum of law) (*Dealership Putative Class Action* case)

   d.  Defendants CDK Global, LLC's And The Reynolds And Reynolds Company's Joint Statement Of Common Undisputed Material Facts In Support Of Their Motions For Summary Judgment (in support of each of the foregoing Motions).

2.  Attached as Exhibits 1-355 are true and correct copies of the following documents:

**PUBLIC VERSION**

| Exhibit Number | Description |
|---|---|
| 1 | ███████████████████████████████ (CDK-0378155; CDK-0378558; CDK-0376843; CDK-0331579; CDK-0332410; CDK-0331125; CDK-0331991; CDK-0374878; CDK-0333252; CDK-0333672; CDK-0335889; CDK-2768334; CDK-2768139; CDK-2768222; CDK-0334521; CDK-2768703; CDK-0335395; CDK-0400452; CDK-2768313; CDK-0399020; CDK-0401324; CDK-0399489; CDK-2768046; CDK-0266552; CDK-0369317; CDK-2768457; CDK-0268459; CDK-0370951; CDK-0267998; CDK-0268910; CDK-2771287) |
| 2 | ███████████████████████████ (DX 1; AUTH_00083637) |
| 3 | ████████████████████████████████ (DX 1006; AUTH_00038975) |
| 4 | ████████████████████████████ (DX 1007; AUTH_00039963) |
| 5 | █████████████████████████████████ (DX 1051; FB-001131) |
| 6 | █████████████████████████████ (DX 1082; CONTINENTAL0001673) |
| 7 | ███████████████████████████████████ (DX 1101; PresidioGrp_00012367) |
| 8 | ████████████████████████████ (DX 1133; AUTH_00140692) |
| 9 | ██████████████████████████████████, Oct. 12, 2017 (DX 1143; REYMDL00264326) |
| 10 | ███████████████ Oct. 17, 2013 (DX 118; AL_MDL_0044058) |
| 11 | ████████████████ Aug. 21, 2013 (DX 1188; CDK-1401994) |
| 12 | ████████████████████████████████ Mar. 12, 2013 (DX 1221; CDK-0000752) |
| 13 | ██████████████████████████████ (DX 1222; CDK-0803786) |

**PUBLIC VERSION**

| | |
|---|---|
| 14 | ███████████████████████████████, June 8, 2014 (DX 1223; CDK-2285060) |
| 15 | ████████████████████████████████ (DX 1231, AUTH_00520056) |
| 16 | Ralph Kisiel, "Dealer security stirs insecurity," Automotive News, Dec. 4, 2006 (DX 1244) |
| 17 | ███████████████████████ Sept. 8, 2016 (DX 1250; CDK-2669877) |
| 18 | ████████████████████████████ (DX 1251; REYMDL00235057) |
| 19 | ███████████████████████ (DX 1282) |
| 20 | ████████████████████████████████ (DX 167) |
| 21 | ████████████████████████████ (DX 174; COX_0005668) |
| 22 | ███████████████████████████████ (DX 175; COX_0006204) |
| 23 | ████████████████████████ (DX 213; AL_MDL_0045702) |
| 24 | █████████████████████████ (DX 250; AUTH_00111216) |
| 25 | ███████████████████████████████ (DX 29; REYMDL00233574) |
| 26 | ████████████████████████████████ (DX 374; AL_MDL_0060026) |
| 27 | ██████████████████████████████████ (DX 431) |
| 28 | ██████████████████████████████████ (DX 518; CONTINENTAL0010770) |
| 29 | ██████████████████████████████████ (DX 524; CONTINENTAL0055765) |



| 30 | ██████████████████████████████ (DX 551; REYMDL00133968) |
| 31 | ██████████████████████████████ (DX 706; AUTH_00425572) |
| 32 | ██████████████████████████████ (DX 744; AUTH_00167028) |
| 33 | ████████████████ Aug. 11, 2014 (DX 755; AUTH_00165302) |
| 34 | ████████████████████ (DX 757; AUTH_00388706) |
| 35 | ██████████████████████████████ Jan. 8, 2013 (DX 765; AUTH_00217876) |
| 36 | ██████████████████ (DX 943; REYMDL00022749) |
| 37 | █████████ (PX 1018; REYMDL00022780) |
| 38 | █████████ (PX 1037; CDK-0012547) |
| 39 | ████████████████ (PX 1190; CDK-1210069) |
| 40 | ██████████████ (PX 1204; CDK-0000115) |
| 41 | ████████████████ (PX 1205; CDK-0000123) |
| 42 | ██████████████ (PX 1206; CDK-0000131) |
| 43 | Deposition Transcript of Paul Whitworth, Feb. 8, 2019 (Excerpts) |
| 44 | ██████████████████████████████ (PX 1563; CDK-0012615) |
| 45 | ████████████████████ PX 1648; REYMDL00134844) |



| 46 | ████████████████████████████████████████████<br>████ (PX 165; AUTH_00200265) |
| 47 | ████████████████████████████ (PX 1689; CDK-2942781) |
| 48 | ████████████████████████████████████████████<br>█████ (PX 1710; REYMDL00611282) |
| 49 | ████████████████████ (PX 33; CDK-0000001) |
| 50 | ███████████ (PX 34; CDK-0000014) |
| 51 | █████████████████████ (PX 35; CDK-0000040) |
| 52 | ████████████████████████████ (PX 449; CDK-1861079) |
| 53 | ███████████████████████████████ (PX 464; CDK-<br>1860730) |
| 54 | ███████████████████████ (PX 642; REYMDL00260942) |
| 55 | █████████████████████ (PX 645; CDK-0222846) |
| 56 | ████████████████████████████████ (PX 66; CDK-<br>0926512) |
| 57 | █████████████████████████████████████████████<br>██ (PX 884; CDK-1105564) |
| 58 | █████████████████████████████████████████████<br>███ (PX 891; CDK-2280814) |
| 59 | ██████████████████████████████████ (PX 895; CDK-<br>1802561) |
| 60 | █████████████████████████████████████ (PX 938;<br>CDK-0817806) |
| 61 | ███████████████████████████████████████████ (PX<br>948; CDK-0802599) |
| 62 | ██████████████████████████████ (PX 950; CDK-<br>1409655) |
| 63 | ████████████████████████████████ (PX 955; CDK-0222940) |
| 64 | ██████████████████████████████████ (PX 987; CDK-0000176) |

| 65 | ██████████████████████████████████████ (DX 440; AUTH_00067302) |
| 66 | ████████████████████████████████████ (DX 3; AUTH_00170941) |
| 67 | ██████████████████████████████████ (AUTH_00150633; DX 687) |
| 68 | ████████████████████████████ (DX 447; AUTH_00078996) |
| 69 | ████████████████████████████████████ (DX 694; AUTH_00153253) |
| 70 | ██████████████████████████ (PX 357; REYMDL00698122) |
| 71 | Expert Report of Professor Timothy F. Bresnahan, Nov. 15, 2019 |
| 72 | Expert Report of Mark A. Israel, Ph.D., Aug. 26, 2019 |
| 73 | Reply Expert Report of Mark A. Israel, Ph.D., Dec. 19, 2019 |
| 74 | Expert Report of Catharine M. Lawton, Aug. 26, 2019 |
| 75 | Expert Rebuttal Report of Nancy Miracle, Nov. 15, 2019 |
| 76 | Corrected Expert Report of Dr. Kevin Murphy, Nov. 15, 2019 |
| 77 | Expert Rebuttal Report of Seth Nielson, Ph.D, Nov. 15, 2019 |
| 78 | Expert Report of Michael D. Whinston, Ph.D., Nov. 15, 2019 |
| 79 | Expert Report of Michael A. Williams, Ph.D., Aug. 26, 2019 |
| 80 | Expert Reply Report of Michael A. Williams, Ph.D., Dec. 19, 2019 |
| 81 | Website Printout: About Us, Jim Skeans Consulting Group LLC |
| 82 | Website Printout: About Us, Your Staff Plus, Inc. |
| 83 | Website Printout: DMS Consulting, Gillrie Institute |
| 84 | Website Printout: Meet Wayne A Youngs of Wayne A Youngs & Associates, Inc., Automotive Consulting – Dealer Management Systems – Dealership Processes – GLB Compliance |
| 85 | Press Release, "ADP Completes Spinoff of CDK Global" |

| 86 | Website Printout: Dealertrack DMS, "Data Integration Fee Calculator" |
|---|---|
| 87 | *Cox Automotive, Inc. v. CDK Global, LLC*, No. 18-cv-1058, Dkt. 48 |
| 88 | ███████████████████ May 15, 2020 |
| 89 | Plaintiff's Original Complaint, *The Reynolds & Reynolds Co. v. Superior Integrated Solutions, Inc.*, No. 12-cv-848 (S.D. Ohio) (REYMDL00015586) |
| 90 | Complaint (Auth. Dkt. 1), May 1, 2017 |
| 91 | Revised Declaration of Robert N. Karp (Auth. Dkt. 136), June 20, 2017 |
| 92 | Reply Declaration of Steve Cottrell (Auth. Dkt. 143), June 22, 2017 |
| 93 | Authenticom's Response to Defendants' Statement of Additional Facts (Auth. Dkt. 145), June 22, 2017 |
| 94 | Authenticom's Reply to Defendants' Response to Authenticom's Statement of Facts in Support of Its Motion for Preliminary Injunction (Auth. Dkt. 162), June 22, 2017 |
| 95 | Preliminary Injunction Hearing Transcript, Afternoon Session (Auth. Dkt. 162), June 26, 2017 |
| 96 | Preliminary Injunction Hearing Transcript, Afternoon Session (Auth. Dkt. 163), June 27, 2017 |
| 97 | Deposition Transcript of Kevin Witt, Feb. 20, 2019 (Excerpts) |
| 98 | Declaration of Steve Cottrell (Auth. Dkt. 62), May 18, 2017 |
| 99 | Authenticom's Statement of Facts in Support of Its Motion for a Preliminary Injunction (Auth. Dkt. 63), May 18, 2017 |
| 100 | Plaintiff's Exhibit 14 (Auth. Dkt. 64-14), filed May 18, 2017 |
| 101 | Declaration of Dean Crutchfield (Auth. Dkt. 91), June 16, 2017 |
| 102 | Declaration of Howard Gardner (Auth. Dkt. 93), June 16, 2017 |
| 103 | Deposition Transcript of Ronald Workman, Dec. 7, 2018 (Excerpts) |
| 104 | Declaration of Robert Schaefer (Auth. Dkt. 97), June 16, 2017 |
| 105 | Declaration of Ronald Lamb (Auth. Dkt. 98), June 16, 2017 |

| 106 | Declaration of Lesha Wood (Auth. Dkt. 99), June 16, 2017 |
|---|---|
| 107 | ████████████████████████████████ |
| 108 | ███████████████████████████████████ |
| 109 | █████████████████████████████████ |
| 110 | CDK's First Interrogatories to Dealership Plaintiffs |
| 111 | Dealers' Responses and Objections to CDK's First Interrogatories |
| 112 | Dealers' Amended Objections and Responses to CDK's First Interrogatories |
| 113 | Dealers' Initial Rule 26(a)(1) Disclosures |
| 114 | █████████████████████████████████ (AUTH_00003317) |
| 115 | David Barkholz, "Dealerships work to safeguard data as security breaches loom," Automotive News, Mar. 9, 2015 (AUTH_00005335) |
| 116 | ████████████████████████ (AUTH_00006393) |
| 117 | ███████████████████████████████ (AUTH_00060477) |
| 118 | ██████████████████████████████████████ (AUTH_00069374) |
| 119 | ████████████████████████ (AUTH_00093108) |
| 120 | ███████████████████████████████████ (AUTH_00095079) |
| 121 | █████████████████ (AUTH_00141204) |
| 122 | ██████████████████████████████ (AUTH_00167914) |
| 123 | █████████████████████████████████ (AUTH_00168726) |
| 124 | ████████████████████████████████████ AUTH_00180932) |
| 125 | ██████████████████████████████ (AUTH_00180943) |
| 126 | █████████████████████████████████ (AUTH_00197253) |

| 127 | ███████████████████████ (AUTH_00220045) |
|---|---|
| 128 | ████████████████████████ (AUTH_00220160) |
| 129 | ████████████ (AUTH_00314962) |
| 130 | ████████████████████████████ (AUTH_00316259) |
| 131 | ██████████████████████ (AUTH_00365316) |
| 132 | ████████████████ (AUTH_00447201) |
| 133 | ███████████████████ (AUTH_00472261) |
| 134 | ████████████ (AUTH_00511671) |
| 135 | █████████████████████ (CDK-0000146) |
| 136 | ██████████████████████ (CDK-0000161) |
| 137 | ██████████████████████████████████ (CDK-0000309) |
| 138 | CDK Global, Inc., U.S. Securities and Exchange Commission Form 10-K (excerpt), Aug. 9, 2016 (CDK-0000452) |
| 139 | ███████████████████ (CDK-0002628) |
| 140 | ███████████████████ (CDK-0002659) |
| 141 | ██████████████ (CDK-0002685) |
| 142 | ████████████████████████ (CDK-0062082) |
| 143 | ██████████████████████████ (CDK-0207700) |
| 144 | ███████████████████████ (CDK-0222733) |
| 145 | ██████████████████████ (CDK-0222934) |



| 146 | ██████████████████████████ (CDK-0258065) |
| 147 | ██████████████████████████████████ (CDK-0768694) |
| 148 | ██████████████████████████ (CDK-0787995) |
| 149 | ████████████████████████████████████ (CDK-0834672) |
| 150 | ██████████████████████████████ (CDK-0872875) |
| 151 | █████████████████████████████ (CDK-0879850 ) |
| 152 | ████████████████████████████ (CDK-0901363) |
| 153 | ███████████████████████████████████ t (CDK-0917775) |
| 154 | █████████████████████████████████████ (CDK-0920122) |
| 155 | ██████████████████████████████████ (CDK-0930704) |
| 156 | █████████████████████████████████ (CDK-0931903) |
| 157 | ████████████████████████████ (CDK-0941897) |
| 158 | █████████████████████████████████ (CDK-0983555) |
| 159 | █████████████████████████ (CDK-1167769) |
| 160 | ███████████████████████████ (CDK-1172877) |
| 161 | ████████████████████████████████ (CDK-1176494) |
| 162 | ██████████████████████████████████ (CDK-1202029) |
| 163 | ██████████████████████████████████ (CDK-1207117) |

| 164 | ███████████████████████████████████ (CDK-1213362) |
| 165 | ██████████████████████████████ (CDK-1379767) |
| 166 | ████████████████████████████████ (CDK-1405639) |
| 167 | ███████████████████ (CDK-1518367) |
| 168 | █████████████████ (CDK-1861122) |
| 169 | ███████████████████████████████ (CDK-1996664) |
| 170 | ███████████████████████ (CDK-2045637) |
| 171 | ████████████████████████████ (CDK-2171728) |
| 172 | ██████████████ (CDK-2182925) |
| 173 | ██████████████████████████████ (CDK-2442871) |
| 174 | ██████████████████████████████ (CDK-2451093) |
| 175 | ███████████████████████████████ (CDK-2452398) |
| 176 | ████████████████████ (CDK-2453205) |
| 177 | ██████████████████ (CDK-2455977) |
| 178 | ██████████████████████████████ (CDK-2673488) |
| 179 | ████████████████████████ (CDK-2691117) |
| 180 | ███████████████████ (CDK-2697276) |
| 181 | ███████████████████████████ (CDK-2701801) |
| 182 | █████████████████████████████ (CDK-2734643) |



| 183 | ██████████████████████████████████████ ██████████ (CDK-2741516) |
|---|---|
| 184 | ██████████████████████████████████████ (CDK-2743061) |
| 185 | ████████████████████████████████ (CDK-2851824) |
| 186 | ████████████████████████████████████ (CDK-2873438) |
| 187 | ██████████████████████████████████ (CDK-2879183) |
| 188 | ████████████████████████████████ (CDK-2887193) |
| 189 | ██████████████████████████████████ (CDK-2890192) |
| 190 | ████████████████████████████████ (CDK-2990551) |
| 191 | ████████████████████████████████ (CDK-2996490) |
| 192 | ████████████████████████████ (CDK-3059903) |
| 193 | ████████████████████████████ (CDK-3061369) |
| 194 | ████████████████████████████████████ (CDK-3085095) |
| 195 | ███████████████████████████████████ Mar. 2, 2015 (CDK-3087682) |
| 196 | ████████████████████████████████████ Apr. 26, 2019 (Excerpts) |
| 197 | ████████████████████████████████ (CDK-3120208) |
| 198 | ████████████████████████████████████ (CDK-3120381) |
| 199 | ████████████████████████████████████ and Attachment (CDK-3122765) |
| 200 | ████████████████████ (CHERRY_HILL0001232) |

**PUBLIC VERSION**

| | |
|---|---|
| 201 | ████████████████████████████ <br> ████████████ (CONTINENTAL0002142) |
| 202 | ████████████████████ (DOMINION-00134667) |
| 203 | ████████████████████████ (FORD 000984) |
| 204 | ████████████████████████████ (FORD 000986) |
| 205 | ████████████████████████ (FORD 001738) |
| 206 | ████████████████████████ (NADA-100234) |
| 207 | ████████████ (PITRE0002447) |
| 208 | ████████████████ (PresidioGrp_00002833) |
| 209 | ████████████████████████ (PresidioGrp_00005412) |
| 210 | ████████████████████████ (PresidioGrp_00010082) |
| 211 | ████████████ (REYMDL00012246) |
| 212 | ████████████████ (REYMDL00012485) |
| 213 | ████████████████████ (REYMDL00126341) |
| 214 | ████████████████████ (REYMDL00015519) |
| 215 | ████████████████ (REYMDL00015521) |
| 216 | ████████████████ (REYMDL00015582) |
| 217 | ████████████████████ (REYMDL00015743) |



| 218 | ████████████████████████████ (REYMDL00015812) |
|-----|-----|
| 219 | ████████████████████████████████████ (REYMDL00022904) |
| 220 | ████████████████████████████████ REYMDL00022915) |
| 221 | ██████████████████████████████ (REYMDL00022931) |
| 222 | Ralph Kisiel, "Dealers want secure connections," Automotive News, June 12, 2006 (REYMDL00025313) |
| 223 | ████████████████████████████████ (REYMDL00025492) |
| 224 | ████████████████████████████ (REYMDL00025531) |
| 225 | ████████████████████████ REYMDL00037507) |
| 226 | ████████████████████████ (REYMDL00043025) |
| 227 | ████████████████████████ (REYMDL00049982) |
| 228 | ██████████████████ (REYMDL00084218) |
| 229 | █████████████████████ (REYMDL00108296) |
| 230 | ████████████████████████████ (REYMDL00111310) |
| 231 | ████████████████████ (REYMDL00111833) |
| 232 | ███████████████ (REYMDL00119983) |
| 233 | ██████████████ (REYMDL00130618) |
| 234 | ██████████████ (REYMDL00131387) |
| 235 | ███████████ (REYMDL00133958) |

**PUBLIC VERSION**

| 236 | ████████████████████ (REYMDL00134886) |
| 237 | ██████████████████████████ (REYMDL00144540) |
| 238 | ████████████████ (REYMDL00182935) |
| 239 | ███████████████████████████████ (REYMDL00194132) |
| 240 | ██████████████████████████ (REYMDL00233147) |
| 241 | ███████████████████████ (REYMDL00258075) |
| 242 | █████████████████ (REYMDL00258115) |
| 243 | ██████████████████ (REYMDL00264324) |
| 244 | ███████████████████████ (REYMDL00479915) |
| 245 | █████████████████ (REYMDL00480181) |
| 246 | ███████████████████ (REYMDL00615781) |
| 247 | ████████████████████ (REYMDL00666141) |
| 248 | ████████████████████ (REYMDL00666145) |
| 249 | ████████████████████ (REYMDL00666159) |
| 250 | ███████████████████ (REYMDL00671433) |
| 251 | ██████████████████ (REYMDL00675678) |
| 252 | ██████████████████ (REYMDL00676893) |
| 253 | ██████████████████ (REYMDL00677044) |
| 254 | ███████████████████████ (REYMDL00690086) |
| 255 | ████████████████ (REYMDL00716813) |

| | |
|---|---|
| 256 | ███████ (REYMDL00728862) |
| 257 | ████████ (REYMDL00936395) |
| 258 | ██████ (REYMDL00936637) |
| 259 | ███████ (REYMDL00936737) |
| 260 | █████ (REYMDL00936739) (excerpt) |
| 261 | █████ (REYMDL00936976) |
| 262 | █████ (REYMDL01063976) |
| 263 | ██████ (REYMDL01064090) |
| 264 | ███████ (REYMDL01064389) |
| 265 | █████ (REYMDL01064463) |
| 266 | ██████ (REYMDL01064684) |
| 267 | █████ (REYMDL01065130) |
| 268 | █████ (REYMDL01065478) |
| 269 | ██████ (REYMDL01066080) |
| 270 | ██████ (REYMDL01066443) |
| 271 | █████ (REYMDL01066797) |

| 272 | ████████████████████████████<br>(REYMDL01067581) |
|---|---|
| 273 | ████████████████████████████<br>(REYMDL01067917) |
| 274 | █████████████████████████████<br>(REYMDL01068938) |
| 275 | ████████████████████████████████████<br>(REYMDL01075468) |
| 276 | █████████████████████████████████<br>(REYMDL01075703) |
| 277 | █████████████████████████████████<br>(REYMDL00133963) |
| 278 | █████████████████████████████████<br>(REYMDL00133964) |
| 279 | █████████████████████████████████<br>(REYMDL00133965) |
| 280 | █████████████████████████████████<br>(REYMDL00133966) |
| 281 | █████████████████████████████████<br>(REYMDL00133967) |
| 282 | ██████████████████ (REYMDL00444611) |
| 283 | █████████████████████████████████ (REYMDL00221641) |
| 284 | ███████████████<br>(REYMDL00034728) |
| 285 | ██████████████████ (REYMDL00222987) |
| 286 | ████████████████████████ (REYMDL00263156) |
| 287 | ██████████████████████████ (CDK-2919846) |

| 288 | ████████████████████████████ <br> (CDK-0804376) |
| 289 | ████████████████████████████ (CDK-2211985) (excerpt) |
| 290 | ████████████████████████ (AUTH_00174549) |
| 291 | ████████████████████████ (REYMDL00134877) |
| 292 | Deposition Transcript of Chris Hellyer, Nov. 9, 2018 |
| 293 | Deposition Transcript of Bryan Anderson, Nov. 12, 2018 (Excerpts) |
| 294 | Deposition Transcript of Dominion 30(b)(6) (Alan Andreu), Jun. 19, 2019 (Excerpts) |
| 295 | Deposition Transcript of Steve Anenen, Apr. 10, 2019 (Excerpts) |
| 296 | Deposition Transcript of Elizabeth Ayotte, Oct. 18, 2018 (Excerpts) |
| 297 | Deposition Transcript of AutoAlert 30(b)(6) (Lucas Baerg), Apr. 4, 2019 (Excerpts) |
| 298 | Deposition Transcript of Superior Integrated Solutions 30(b)(6) (Phillip Battista), Mar. 14, 2019 (Excerpts) |
| 299 | Deposition Transcript of Robert Brockman, Jan. 16-17, 2019 (Excerpts) |
| 300 | Deposition Transcript of Brookshire 30(b)(6) (John David Brookshire), May 7, 2019 (Excerpts) |
| 301 | Deposition Transcript of Authenticom 30(b)(6) (Dane Brown), Apr. 5, 2019 (Excerpts) |
| 302 | Deposition Transcript of Robert Burnett (Individual), Dec. 7, 2018 (Excerpts) |
| 303 | Deposition Transcript of Brian Clements, Oct. 24, 2018 (Excerpts) |
| 304 | Deposition Transcript of Auto/Mate 30(b)(6) (George Colson), Dec. 20, 2018 (Excerpts) |
| 305 | Deposition Transcript of Leigh Ann Conver, Jan. 16, 2019 (Excerpts) |
| 306 | Deposition Transcript of Steven M. Cottrell (Individual), Apr. 2, 2019 |

| 307 | Deposition Transcript of Authenticom 30(b)(6) (Steven M. Cottrell), Apr. 23, 2018 |
|-----|-----------------------------------------------------------------------------------|
| 308 | Deposition Transcript of Kevin Distelhorst, Nov. 16, 2018 (Excerpts) |
| 309 | Deposition Transcript of Joshua Douglas, Jan. 28, 2019 (Excerpts) |
| 310 | Deposition Transcript of Neal East, Apr. 16, 2019 (Excerpts) |
| 311 | Deposition Transcript of StoneEagle 30(b)(6) (Thomas Elliot), Apr. 19, 2019 (Excerpts) |
| 312 | Deposition Transcript of Steven French, Nov. 8, 2018 (Excerpts) |
| 313 | Deposition Transcript of Howard Gardner, Mar. 6-7, 2019 (Excerpts) |
| 314 | Deposition Transcript of Trey Gerlich, Nov. 28, 2018 (Excerpts) |
| 315 | Deposition Transcript of Tony Graham, Apr. 26, 2019 (Excerpts) |
| 316 | Deposition Transcript of Reynolds 30(b)(6) (Kelly Hall), May 2, 2019 (Excerpts) |
| 317 | Deposition Transcript of Michael Williams, Nov. 8, 2019 |
| 318 | Deposition Transcript of Lucas Hembd, Mar. 22, 2019 (Excerpts) |
| 319 | Deposition Transcript of Scott Herbers, Apr. 3, 2019 (Excerpts) |
| 320 | Deposition Transcript of Keith Hill, Dec. 5, 2018 (Excerpts) |
| 321 | Deposition Transcript of Reynolds 30(b)(6) (Keith Hill), May 2, 2019 (Excerpts) |
| 322 | Deposition Transcript of Mark Israel, Jan. 16-17, 2020 |
| 323 | Deposition Transcript of Keith Jezek, Nov. 30, 2018 (Excerpts) |
| 324 | Deposition Transcript of Continental Motors 30(b)(6) (Mark Johnson), Feb 28, 2019 (Excerpts) |
| 325 | Deposition Transcript of Mike Joza, Mar. 27, 2019 (Excerpts) |
| 326 | Deposition Transcript of Robert Karp, Jan. 8, 2019 (Excerpts) |
| 327 | Deposition Transcript of Chris Kirby, Jan. 30, 2019 (Excerpts) |

**PUBLIC VERSION**

| 328 | Deposition Transcript of Ronald Lamb, Jan. 25, 2019 (Excerpts) |
|---|---|
| 329 | Deposition Transcript of InDesign30(b)(6) (David Lampert), Jun. 25, 2019 (Excerpts) |
| 330 | Deposition Transcript of Catherine Lawton, Jan. 8, 2020 (Excerpts) |
| 331 | Deposition Transcript of Jon Martin, Nov. 14, 2018 (Excerpts) |
| 332 | Deposition Transcript of Katie Wiersgalla, Feb. 12, 2019 (Excerpts) |
| 333 | Deposition Transcript of  Daniel McCray, Feb. 22, 2019 |
| 334 | Deposition Transcript of Patrick McKinley, Apr. 23, 2019 |
| 335 | Deposition Transcript of NADA 30(b)(6) (Brad Miller), Apr. 30, 2019 (Excerpts) |
| 336 | Deposition Transcript of Nancy Miracle, Jan. 15, 2020 (Excerpts) |
| 337 | Deposition Transcript of William Munns, Dec. 21, 2018 (Excerpts) |
| 338 | Deposition Transcript of Seth Nielson, Jan. 14, 2020 (Excerpts) |
| 339 | Deposition Transcript of Mike Noser, Feb. 13, 2019 |
| 340 | Deposition Transcript of Joseph Noth, Feb. 14, 2019 (Excerpts) |
| 341 | Deposition Transcript of Anthony Petruzzelli, Nov. 28, 2018 (Excerpts) |
| 342 | Deposition Transcript of James Quinlan, Apr. 18, 2019 (Excerpts) |
| 343 | Deposition Transcript of Travis Robinson, Apr. 23, 2019 (Excerpts) |
| 344 | Deposition Transcript of AutoLoop 30(b)(6) (Matt Rodeghero), Apr. 11, 2019 (Excerpts) |
| 345 | Deposition Transcript of Matt Rodeghero, Dec. 11, 2018 (Excerpts) |
| 346 | Deposition Transcript of Robert Schaefer, Apr. 17, 2019 (Excerpts) |
| 347 | Deposition Transcript of Robert Schaefer, Apr. 18, 2019 (Excerpts) |
| 348 | Deposition Transcript of Adam Shostack, Feb. 3, 2020 (Excerpts) |
| 349 | Deposition Transcript of Joshua Sowers, Apr. 17, 2019 (Excerpts) |

| 350 | Deposition Transcript of Allan Stejskal, Nov. 7, 2019 (Expert Witness) (Excerpts) |
|---|---|
| 351 | Deposition Transcript of Allan Stejskal,  Mar. 26, 2019 (Fact Witness) (Excerpts) |
| 352 | Deposition Transcript of Jon Strawsburg, Dec. 13, 2018 (Excerpts) |
| 353 | Deposition Transcript of Kenny Thomas 30(b)(6) (Kelly Thomas), Mar. 29, 2019 (Excerpts) |
| 354 | Deposition Transcript of Malcolm Thorne, Feb. 7, 2019 (Excerpts) |
| 355 | Deposition Transcript of Impact Group 30(b)(6) (Mark Thorpe), May, 14, 2019 (Excerpts) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  May 20, 2020                                        Respectfully submitted,

                                                            */s/ Daniel T. Fenske*
                                                            Daniel T. Fenske

**PUBLIC VERSION**

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel T. Fenske, an attorney, hereby certify that on May 20, 2020, I caused a true and correct copy of the foregoing **DECLARATION OF DANIEL T. FENSKE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

<u>*/s/ Daniel T. Fenske*</u>
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
dfenske@mayerbrown.com