# EXHIBITS 1-15
# Filed Under Seal