# EXHIBITS 17-80
# Filed Under Seal