# EXHIBIT 81

# JIM SKEANS CONSULTING GROUP

Automotive Management Consulting

| Home | About Us | Services | Tools & |

## About us

Jim Skeans is the President of Jim Skeans Consulting Group LLC and has been in the Automobile business for more than 35 years. He is a former senior consultant for an international automotive consulting group and has served in all of the traditional management positions as well as most dealership staff positions.

Jim's background include General Manager positions with multi-line single point dealerships in various U.S. markets, CFO for a multi-state dealership group, as well as Director and staff positions with national and publicly held dealership groups. These unique career experiences and extensive background in variable and fixed operations as well as Systems Administration and Business Management provide an excellent basis for his consulting services. Jim's background also includes choosing computer systems, best price negotiations assistance and implementing these systems for single point dealerships as well as national, multipoint dealership groups.

The Automotive Management Group specializes in the financial management, computer utilization, and overall focus on the business management of the dealership with the objective to improve cash flow and increase the bottom line profit.

Copyright 2017 Jim Skeans Consulting Group LLC. All rights reserved