# EXHIBIT 82



### About Us.... Your Staff Plus, Inc.

Your Staff Plus, Inc. is focused exclusively on the retail automobile dealership community, providing consulting services in technology procurement and management and in reducing the financial costs associated with technology utilization. Mid 2008 will mark the end of our 25th year of providing these services. Our client base now includes well over 2000 of the nation's finest community leaders.

**Who is "we"?**

**J. David Brookshire**, President

Founding Your Staff Plus, Inc. in 1983, David has worked exclusively as an independent consultant to automobile dealership principals since that time. Your Staff Plus has now provided technology analysis, procurement and utilization services to well over 2,000 dealerships since that time. In addition, David serves as a speaker at 20-group meetings and at industry conferences as well as an industry advisor to the major suppliers of dealership computer technology.

**Murdoch Morrison**, VP

Murdoch is a co-founder of Your Staff Plus and has been involved in the growth of Your Staff Plus since inception. Having founded and managed a systems integration company for many years, Murdoch provides the deep technical background necessary to support the dealership consulting provided to clients.

B