# EXHIBIT 83

Call Us Today! 1-800-576-6959  |  info@gillrie.com



About   Services   Insights   Success   Vendors   Seminars

Contact Us



The Gillrie Institute is the most-trusted dealership technology advisor in North America.

Before you sign any contract the Gillrie Institute will do a no-cost/no-obligation analysis of your proposal, bill or contract. If we can't save you money or aggravation, we'll tell you.

Services we provide our clients

- We compare your bill and quotes to what 7,000 other dealers pay.
- We guide you in negotiating the best deal.
- We analyze every proposal and contract.
- We review the best configuration with you.
- We provide the best contract addenda.
- We stay with you throughout the negotiation.

★ We review the final contract for errors and omissions.

★ We provide regular bill reviews of the deal we negotiate.

**CONTACT US**     **LEARN MORE**

## Benefits of Using the Gillrie Institute

★ No more guesswork when negotiating a new DMS contract.

★ No more surprises in the negotiating process.

★ You will have a negotiator that has worked thousands of deals on your team.

★ True apples-to-apples comparisons will be at your finger tips.

★ You will know when they truly are at their bottom number.



# Get your free Billing/Proposal Analysis Today!



## Can the Gillrie Institute help?

We don't charge to look at a deal. You have nothing to lose by sending it to our experts for review. **We can get back to you within 24 hours.** It's the second opinion that could change your life – without the need for surgery.

★ No Obligation Review.

★ Know where you stand in comparison to 7,000 other dealers.

**CONTACT US**



Copyright 2019 Gillrie Institute | All Rights Reserved

B