# EXHIBIT 84

B



HOME    BIO    RECENT ARTICLES    CONTACT

# Wayne A Youngs & Associ

Automotive Consulting -Dealer Management Systems- Dealership Proces

⭐ MEET WAYNE A YOUNGS OF WAYNE A YOUNGS & ASSOCIATES, INC.



Wayne was an Executive Consultant formally with Dixon Hughes Goodman PLLC. and now with his own firm Wayne A. Youngs & Associates, Inc.

Wayne specializes in the automotive industry and has been assisting car dealers with process improvements, data processing cost recovery, and contract negotiations for the past 30 years.

In addition, for the past few years he has also been helping Dealers get Gramn-Leach –Bliley compliant by doing in-depth GLB risk assessments, helping dealers meet these new identity security procedures.

He is familiar with applications, billing practices and contracts of major DMS providers such as ADP, Reynolds & Reynolds /UCS , Dealertrack/Arkona,and Auto/Mate, etc.

Prior to joining Dixon Hughes 12 years ago, he spent 3 years with his own dealership consulting firm. Prior to that Wayne spent 14 years with ADP, the last 13 years as their Director of Sales in the Southwest.

On April 1st, 2011 he went back to working outside of the CPA environment and its restrictions on consulting work within their CPA world. Both the clients and Wayne have enjoyed the renewed flexibility of this move.Wayne will continue to do all Dixon Hughes Goodman PLLC- Dealer Management System's & compliance work with an exclusive contract, but now has the freedom to expand to new areas of interest.

Thanking you in advance for consideration of his abilities and services.

HOME | BIO | RECENT ARTICLES | CONTACT

**WAYNE A YOUNGS AND ASSOCIATES, INC.**
700 HAWK SHADOW, HORSESHOE BAY, TEXAS 78657
**432-978-9706 | WYOUNGS@WYOUNGSANDASSOC.COM**

CONTENT COPYRIGHT 2020. WAYNE A YOUNGS AND ASSOCIATES, INC. ALL RIGHTS RESERVED.



B