# EXHIBIT 86



Call us today (888) 697-8067

# You're Paying More Than You Think

## Let's plug in the numbers.

There may be a hidden cost lurking within your Dealer Management System (DMS), and it's hiding in plain sight.

According to a study[1], the average dealership uses 6.8 software integrations simply to complete a sale. When DMS providers restrict your data and put limits on third-party integrations, the true cost of technology begins to add up.

You could be spending as much as $42,000, per year, on integration fees alone![2]

## Data Integration Fee Calculator

Let's do the math: A typical DMS provider's integration fees add up quick.

Use the calculator below to see how much a typical DMS provider's integration fees could cost your dealership.

---

How many years are left on your current DMS contract?    3

---

How many dealerships do you have?    1

---

Select all of the third-party product categories that you integrate with your DMS:

B

- ☐ Service Scheduling
- ☐ Service Check-In
- ☐ Service Inspection
- ☐ CRM
- ☐ Desking
- ☐ F&I Menu
- ☐ Vehicle Inventory Management
- ☐ Customer Follow-up
- ☐ Parts Inventory
- ☐ Website Integration
- ☐ Follow-up Marketing

**Calculate Data Fees ▶**

© 2019 Dealertrack Systems, Inc. All rights reserved. The data cost calculator is for illustrative purposes only and not intended to be an actual statement of data costs. Calculations are based upon publicly available information provided by a DMS provider. Actual fees paid by dealers may vary.

1. 2017 Cox Automotive Community Poll (small base)
2. Avg. $500/month x 7 third-party apps x 12 months = $42,000/year

Privacy Policy    Terms & Conditions

Dealership*  [                    ]

COX AUTOMOTIVE

B