# EXHIBIT 87

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Cox Automotive, Inc., et al.
                                Plaintiff,
v.                                          Case No.: 1:18−cv−01058
                                            Honorable Robert M. Dow Jr.
CDK Global, LLC
                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2019:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the corrected stipulation of dismissal filed in Case No. 18−cv−864, Dkt. 723, the claims of Plaintiffs/Counter−Defendants Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Bluebook, Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc. (collectively referred to as "Cox") against Defendant/Counter−Plaintiff CDK Global, LLC ("CDK") are dismissed with prejudice with each party to bear its own attorneys' fees and costs, including but not limited to those provided for by Federal Rule of Civil Procedure 54. The counter−claims of Defendant/Counter−Plaintiff against Plaintiffs/Counter−Defendants Cox also are dismissed with prejudice with each party to bear its own attorneys' fees and costs, including but not limited to those provided for by Federal Rule of Civil Procedure 54. All claims having been resolved, civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.