# EXHIBITS 90-91
# Filed Under Seal