# EXHIBITS 93-94
# Filed Under Seal