# EXHIBITS 99-109
# Filed Under Seal