# EXHIBITS 111-112
# Filed Under Seal