# EXHIBITS 116-136
# Filed Under Seal