# EXHIBITS 139-221
# Filed Under Seal