# EXHIBITS 223-355
# Filed Under Seal