PUBLIC - REDACTED VERSION

# EXHIBIT B

## Filed under seal

PUBLIC - REDACTED VERSION

# EXHIBIT C

## Filed under seal

PUBLIC - REDACTED VERSION

# EXHIBIT D

Filed under seal

PUBLIC - REDACTED VERSION

# EXHIBIT E

## Filed under seal

PUBLIC - REDACTED VERSION

# EXHIBIT F

## Filed under seal