PUBLIC - REDACTED VERSION

# EXHIBIT G

PUBLIC - REDACTED VERSION

# Mostly Harmless Econometrics: An Empiricist's Companion

Joshua D. Angrist                    Jörn-Steffen Pischke

*Massachusetts Institute of Technology*    *The London School of Economics*

March 2008

## 8.2 Clustering and Serial Correlation in Panels

### 8.2.1 Clustering and the Moulton Factor

Bias problems aside, heteroskedasticity rarely leads to dramatic changes in inference. In large samples where bias is not likely to be a problem, we might see standard errors increase by about 25 percent when moving from the conventional to the $HC_1$ estimator. In contrast, clustering can make all the difference.

The clustering problem can be illustrated using a simple bivariate regression estimated in data with a group structure. Suppose we're interested in the bivariate regression,

$$Y_{ig} = \beta_0 + \beta_1 x_g + e_{ig}, \tag{8.2.1}$$

where $Y_{ig}$ is the dependent variable for individual $i$ in cluster or group $g$, with $G$ groups. Importantly, the regressor of interest, $x_g$, varies only at the group level. For example, data from the STAR experiment analyzed by Krueger (1999) come in the form of $Y_{ig}$, the test score of student $i$ in class $g$, and class size, $x_g$.

Although students were randomly assigned to classes in the STAR experiment, the data are unlikely to be independent across observations. The test scores of students in the same class tend to be correlated because students in the same class share background characteristics and are exposed to the same teacher and classroom environment. It's therefore prudent to assume that, for students $i$ and $j$ in the same class, $g$,

$$E[e_{ig}e_{jg}] = \rho\sigma_e^2 > 0, \tag{8.2.2}$$

where $\rho$ is the intra-class correlation coefficient and $\sigma_e^2$ is the residual variance.[9]

Correlation within groups is often modeled using an additive random effects model. Specifically, we assume that the residual, $e_{ig}$, has a group structure:

$$e_{ig} = v_g + \eta_{ig}. \tag{8.2.3}$$

where $v_g$ is a random component specific to class $g$ and $\eta_{ig}$ is a mean-zero student-level component that's left over. We focus here on the correlation problem, so both of these error components are assumed to be homoskedastic.

When the regressor of interest varies only at the group level, an error structure like (8.2.3) can increase standard errors sharply. This unfortunate fact is not news - Kloek (1981) and Moulton (1986) both made the point - but it seems fair to say that clustering didn't really become part of the applied econometrics

---

[9] This sort of residual correlation structure is also a consequence of stratified sampling (see, e.g., Wooldridge, 2003). Most of the samples that we work with are close enough to random that we typically worry more about the dependence due to a group structure than clustering due to stratification.

zeitgeist until about 15 years ago.

Given the error structure, (8.2.3), the intra-class correlation coefficient becomes

$$\rho = \frac{\sigma_v^2}{\sigma_v^2 + \sigma_\eta^2}.$$

where $\sigma_v^2$ is the variance of $v_g$ and $\sigma_\eta^2$ is the variance of $\eta_{ig}$. A word on terminology: $\rho$ is called the *intra-class correlation coefficient* even when the groups of interest are not classrooms.

Let $V_c(\widehat{\beta}_1)$ be the conventional OLS variance formula for the regression slope (generated using $\Omega_c$ in the previous section), while $V(\widehat{\beta}_1)$ denotes the correct sampling variance given the error structure, (8.2.3). With regressors fixed at the group level and groups of equal size, $n$, we have

$$\frac{V(\widehat{\beta}_1)}{V_c(\widehat{\beta}_1)} = 1 + (n-1)\rho, \qquad (8.2.4)$$

a formula derived in the appendix to this chapter. We call the square root of this ratio the Moulton factor, after Moulton's (1986) influential study. Equation (8.2.4) tells us how much we over-estimate precision by ignoring intra-class correlation. Conventional standard errors become increasingly misleading as $n$ and $\rho$ increase. Suppose, for example, that $\rho = 1$. In this case, all the errors within a group are the same, so the $Y_{ig}$'s are the same as well. Making a data set larger by copying a smaller one $n$ times generates no new information. The variance $V_c(\widehat{\beta}_1)$ should therefore be scaled up by a factor of $n$. The Moulton factor increases with group size because with a fixed overall sample size, larger groups means fewer clusters, in which case there is less independent information in the sample (because the data are independent across clusters but not within).[10]

Even small intra-class correlation coefficients can generate a big Moulton factor. In Angrist and Lavy (2007), for example, 4000 students are grouped in 40 schools, so the average $n$ is 100. The regressor of interest is school-level treatment status - all students in treated schools were eligible to receive cash rewards for passing their matriculation exams. The intra-class correlation in this study fluctuates around .1. Applying formula (8.2.4), the Moulton factor is over 3: the standard errors reported by default are only one-third of what they should be.

Equation (8.2.4) covers an important special case where the regressors are fixed within groups and group size is constant. The general formula allows the regressor, $x_{ig}$, to vary at the individual level and for different group sizes, $n_g$. In this case, the Moulton factor is the square root of

$$\frac{V(\widehat{\beta}_1)}{V_c(\widehat{\beta}_1)} = 1 + \left[\frac{V(n_g)}{\overline{n}} + \overline{n} - 1\right]\rho_x\rho, \qquad (8.2.5)$$

---

[10]With non-stochastic regressors and homoscedastic residuals, the Moulton factor is a finite-sample result. Survey statisticians call the Moulton factor the *design effect* because it tells us how much to adjust standard errors in stratified samples for deviations from simple random sampling (Kish, 1965).

where $\overline{n}$ is the average group size, and $\rho_x$ is the intra-class correlation of $x_{ig}$:

$$\rho_x = \frac{\sum_g \sum_{i \neq k} (x_{ig} - \overline{x})(x_{kg} - \overline{x})}{V(x_{ig}) \sum_g n_g(n_g - 1)}.$$

Note that $\rho_x$ does not impose a variance-components structure like (8.2.3) - here, $\rho_x$ is a generic measure of the correlation of regressors within groups. The general Moulton formula tells us that clustering has a bigger impact on standard errors with variable group sizes and when $\rho_x$ is large. The impact vanishes when $\rho_x = 0$. In other words, if the $x_{ig}$'s are uncorrelated within groups, the grouped error structure does not matter for the estimation of standard errors. That's why we worry most about clustering when the regressor of interest is fixed within groups.

We illustrate formula (8.2.1) using the Tennessee STAR example. A regression of Kindergartners' percentile score on class size yields an estimate of -0.62 with a robust ($HC_1$) standard error of 0.09. In this case, $\rho_x = 1$ because class size is fixed within classes while $V(n_g)$ is positive because classes vary in size (in this case, $V(n_g) = 17.1$). The intra-class correlation coefficient for residuals is .31 and the average class size is 19.4. Plugging these numbers into (8.2.1) gives a value of about 7 for $\frac{V(\widehat{\beta}_1)}{V_c(\widehat{\beta}_1)}$, so that conventional standard errors should be multiplied by a factor of 2.65 = $\sqrt{7}$. The corrected standard error is therefore about 0.24.

The Moulton factor works similarly with 2SLS except that $\rho_x$ should be computed for the instrumental variable and not the regressor. In particular, use (8.2.5) replacing $\rho_x$ with $\rho_z$, where $\rho_z$ is the intra-class correlation coefficient of the instrumental variable (Shore-Sheppard, 1996) and $\rho$ is the intra-class correlation of the second-stage residuals. To understand why this works, recall that conventional standard errors for 2SLS are derived from the residual variance of the second-stage equation divided by the variance of the first-stage fitted values. This is the same asymptotic variance formula as for OLS, with first-stage fitted values playing the role of regressor.[11]

Here are some solutions to the Moulton problem:

1. Parametric: Fix conventional standard errors using (8.2.5). The intra-class correlations $\rho$ and $\rho_x$ are easy to compute and supplied as descriptive statistics in some software packages.[12]

2. Cluster standard errors: Liang and Zeger (1986) generalize the White (1980a) robust covariance matrix

---

[11] Clustering can also be a problem in regression-discontinuity designs if the variable that determines treatment assignment varies only at a group level (see Card and Lee, 2008, for details).

[12] Use Stata's `loneway` command, for example.