PUBLIC - REDACTED VERSION

# EXHIBIT L

**Filed under seal**