# EXHIBIT 2

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

July 27, 2018

*Via Electronic Mail*

Leo Casaria, Esq.
Sheppard Mullin
333 South Hope Street, 43rd Floor
Los Angeles, California 90071

Re: *In re Dealer Management Systems Antitrust Litigation,* MDL No. 2817

Dear Leo:

As you requested, we're writing to confirm a few issues discussed on the meet and confer on Wednesday, July 25, 2018, regarding your letter of July 18, 2018 to Authenticom.

**1. Authenticom's RFP Responses.**

**a. Usernames and Passwords**

Authenticom will not be redacting usernames or passwords from its production unless the communication is otherwise subject to a claim of privilege.

**b. Instances of DMS Access**

While we do not agree with your characterization in your letter, attached hereto is the requested sample of the proposed log we have offered to create, the limitations of which we have already explained in detail. If Defendants want Authenticom to undertake the effort of creating the proposed document, please let us know.

**c. Authenticom's DMS Connections**

As we expressed on our meet and confer, Authenticom is collecting the data that it maintains in the ordinary course regarding its DMS connections and, as explained, agrees to produce the information.

**2. Authenticom's RFA Responses**

You asked us to confirm whether Authenticom's amended responses to RFAs Nos. 1-3 remain the same for the time period in the propounded Interrogatories. Without waiving any of Authenticom's general and specific objections, we confirm that Authenticom's amended responses are generally applicable for the requested time period and we will amend Authenticom's responses accordingly.

### 3. Subpoenas to Authenticom or Cottrell Related Non-Parties

As we expressed on the meet and confer, I can confirm that, after a reasonable inquiry, we do not believe any of the six entities listed in your letter have responsive, relevant documents maintained separately from the ESI that has been collected and will be searched pursuant to the discovery requests for Authenticom.

Specifically, I can confirm the following about each entity:

621 Holdings, Inc.: This entity is the renamed Xcelerated Investments, Inc.; after its assets were sold, the name was changed to 621 Holdings, Inc. It has not operated since the sale. To the extent it has any documents, those documents are maintained within Authenticom's files.

Data Services LLC: This entity is an operating subsidiary of Authenticom; after inquiry, any relevant documents or communications are contained within the Authenticom ESI, to the extent any such documents exist.

Data Specialty Group LLC: This entity was the operating entity for the Dealervault product line before it was folded in to Authenticom; to the extent it ever maintained separate documents, they are now maintained within the Authenticom ESI.

DMS Update LLC: This entity was established to serve as the operating entity for a business line which Authenticom never launched; as such, based on our investigation, it does not have any documents at all, and, to the extent it does, such documents would be contained with the Authenticom ESI.

2320 Cunningham Street LLC: This entity is a holding company for some of Steve Cottrell's personal assets, primarily consisting of certain real property, and is not related to Authenticom or any subject matter at issue in this MDL. After reasonable inquiry, it does not have any responsive documents.

Central States Arms LLC: This entity is related to certain of Steve Cottrell's personal assets, and is not related to Authenticom or any subject matter at issue in this MDL. After reasonable inquiry, it does not have any responsive documents.

> Very truly yours,
>
> *s/ Michael N. Nemelka*
> Michael N. Nemelka

| ACDealerID | DealerStoreID | FileType | EventDateTime | DMSType |
|---|---|---|---|---|
| DVD03867 | 3867 | Inventory | 4/19/18 1:07 AM | ADP |
| ABR2226 | 0 | Service | 5/22/18 1:36 PM | R&R |