# Exhibit 18

**PUBLIC - REDACTED**