# Exhibit 19

**PUBLIC - REDACTED**