# Exhibit 20

**PUBLIC - REDACTED**