# Exhibit 21

**PUBLIC - REDACTED**