# Exhibit 1

**PUBLIC - REDACTED**