**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817<br><br>*This document relates to:*<br><br>ALL CASES | No. 1:18-CV-864<br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF DANIEL T. FENSKE**

I, Daniel T. Fenske, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at Mayer Brown LLP and represent CDK Global, LLC ("CDK") in the above-captioned matter. I submit this declaration in support of CDK Global, LLC's Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Dr. Kevin Murphy, which is being filed concurrently with this Declaration;

2. Attached as Exhibits 1-8 are true and correct copies of the following documents:

| Exhibit Number | Description |
|---|---|
| 1 | Corrected Expert Report of Dr. Kevin Murphy, Nov. 15, 2019 |
| 2 | Deposition Transcript of Dr. Mark Israel, Jan. 16, 2020 (excerpt) |
| 3 | Expert Report of Dr. Mark Israel, Aug. 26, 2019 (excerpt) |
| 4 | Expert Report of Dr. Michael Williams, Aug. 26, 2019 (excerpt) |
| 5 | Deposition Transcript of Dr. Michael Williams, Nov. 8, 2019 (excerpt) |

| Exhibit Number | Description |
|---|---|
| 6 | Deposition Transcript of Dr. Kevin Murphy, Jan. 24, 2020 |
| 7 | Stiglitz & Walsh, *Principles of Microeconomics* 389 (4th ed.) (excerpt) |
| 8 | ███████████████████████████████████ |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2020

Respectfully submitted,

*/s/ Daniel T. Fenske*
Daniel T. Fenske

**CERTIFICATE OF SERVICE**

  I, Daniel T. Fenske, an attorney, hereby certify that on May 29, 2020, I caused a true and correct copy of the foregoing DECLARATION OF DANIEL T. FENSKE to be served electronically on all counsel of record at the following email address:

  SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com

  */s/ Daniel T. Fenske*
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
dfenske@mayerbrown.com