# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864<br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *This document relates to:*<br>ALL CASES | |

## DECLARATION OF DANIEL T. FENSKE

I, Daniel T. Fenske, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at Mayer Brown LLP and represent CDK Global, LLC ("CDK") in the above-captioned matter. I submit this declaration in support of CDK Global, LLC's and the Reynolds & Reynolds Co.'s Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Edward M. Stroz, which is being filed concurrently with this Declaration.

2. Attached as Exhibits 1-19 are true and correct copies of the following documents:

| Exhibit Number | Description |
|---|---|
| 1 | Expert Report of Edward M. Stroz, Aug. 26, 2019 |
| 2 | Expert Reply Report of Edward M. Stroz, Dec. 19, 2019 |
| 3 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (excerpt)* |
| 4 | Stroz worksheet, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |

---

* Voluminous exhibits excerpted. Defendants will provide full document upon request.

| Exhibit Number | Description |
|---|---|
| 5 | Deposition Transcript of InDesign 30(b)(6) (David Lampert), Jun. 25, 2019 (excerpt) |
| 6 | CDK-2943225 (excerpt) |
| 7 | Deposition Transcript of Daniel O'Brien, Jan. 31, 2020 (excerpt) |
| 8 | Stroz worksheet, █████████████ (excerpt) |
| 9 | Email chain re: disabled profile: ███████ (AUTH_00402829) |
| 10 | ████████████████ |
| 11 | ████████████ (AUTH_00385935) |
| 12 | ████████████ |
| 13 | ████████████ (AUTH_00197241) |
| 14 | ████████████ (AUTH_00266361) |
| 15 | ████████████ (AUTH_00295300) |
| 16 | Deposition Transcript of Steven M. Cottrell (Individual), Apr. 2, 2019 (excerpt) |
| 17 | Deposition Transcript of Authenticom 30(b)(6) (Dane Brown), Apr. 5, 2019 (excerpt) |
| 18 | Stroz worksheet, ████████████ |
| 19 | ████████████ (CDK-0706891) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  May 29, 2020                                  Respectfully submitted,

                                                      */s/ Daniel T. Fenske*
                                                      Daniel T. Fenske

## **CERTIFICATE OF SERVICE**

      I, Daniel T. Fenske, an attorney, hereby certify that on May 29, 2020, I caused a true and correct copy of the foregoing DECLARATION OF DANIEL T. FENSKE to be served electronically on all counsel of record at the following email address:

SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com

      */s/ Daniel T. Fenske*
      Daniel T. Fenske
      MAYER BROWN LLP
      71 South Wacker Drive
      Chicago, IL 60606
      (312) 782-0600
      dfenske@mayerbrown.com