# EXHIBITS 1-19
# Filed Under Seal