# Exhibit A

**PUBLIC - REDACTED**