# Exhibit B

**PUBLIC - REDACTED**