# Exhibit C

## PUBLIC - REDACTED