# Exhibit D

**PUBLIC - REDACTED**