# Exhibit E

**PUBLIC - REDACTED**