# Exhibit F

**PUBLIC - REDACTED**