# Exhibit G

**PUBLIC - REDACTED**