IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>THE DEALERSHIP CLASS ACTION | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## SETTLEMENT ESCROW ACCOUNT UPDATE

Dealership Class Counsel write to update the Court on the status of the investigation into the matter referenced in the Statement Regarding Settlement Escrow Account (ECF No. 946) (filed on May 14, 2020).

Kroll (a division of Duff & Phelps, www.kroll.com) was retained to investigate this matter. We are pleased to report that $379,633.31 has been recovered and returned to the bank account. The remaining $195,560.75 will be replaced in the account shortly. As reported in our prior statement, all other Settlement Funds are accounted for and were not affected.

Dealership Class Counsel are available to address this matter in further detail at the Court's request.

DATED: June 12, 2020                     Respectfully submitted,


                                          */s/ Peggy J. Wedgworth*
                                          Peggy J. Wedgworth (*pro hac vice*)
                                          Elizabeth McKenna (*pro hac vice*)
                                          **MILBERG PHILLIPS GROSSMAN LLP**
                                          One Pennsylvania Plaza, 19th Floor
                                          New York, NY 10119
                                          Tel: (212) 594-5300
                                          Fax: (212) 868-1229

pwedgworth@milberg.com
emckenna@milberg.com

***Interim Lead Counsel for the Dealership Class***

2

## **CERTIFICATE OF SERVICE**

I, Peggy J. Wedgworth, an attorney, hereby certify that on June 12, 2020, I caused a true and correct copy of the foregoing **SETTLEMENT ESCROW ACCOUNT UPDATE** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth