# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br><br> ALL PENDING CASES | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANTS CDK GLOBAL, LLC'S AND THE REYNOLDS AND REYNOLDS COMPANY'S ERRATA LIST AND CORRECTED EXHIBITS

On May 20, 2020, Defendants filed motions for summary judgment and supporting exhibits.

Defendants submit an errata list for the summary judgment papers, as follows:

- **Memorandum in Support of Defendants' Motion for Summary Judgment in *Authenticom* (Dkt. 966–sealed version; Dkt. 982–public version)**

    o Page 15: "*Id.* at 31-33" should read "Dkt. 176 at 31-33".

    o Page 50: "Cottrell's testimony as to what Schaefer and Cottrell said in the two conversations" should read "Cottrell's testimony as to what Schaefer and McCray said in the two conversations".

    o Page 59: "Dkt. 777 at 7-8" should read "Dkt. 785 at 7-8".

- **Exhibits to the Declaration of Daniel T. Fenske (Dkt. 975 & Dkt. 979–sealed version, Dkt. 986–public version)**

    o Hembd deposition transcript (Ex. 318): Pages 142, 470-71 were omitted from the original excerpts.

    o Karp deposition transcript (Ex. 326): Page 93 was omitted from the original excerpts.

    o McCray deposition transcript (Ex. 333): Pages 70-73 were omitted from the original excerpts.

    o Strawsburg deposition transcript (Ex. 352): Page 219 was omitted from the original excerpts.

Corrected versions of the four exhibits, containing true and correct copies of the omitted transcript pages in addition to the original excerpts, are attached to this filing.

Dated: June 17, 2020  Respectfully submitted,

/s/ *Aundrea K. Gulley*  /s/ *Britt M. Miller*
Aundrea K. Gulley  Britt M. Miller
Brian T. Ross  Michael A. Scodro
Brice A. Wilkinson  Daniel T. Fenske
Ross M. MacDonald  Matthew D. Provance
GIBBS & BRUNS LLP  Jed W. Glickstein
1100 Louisiana Street  MAYER BROWN LLP
Suite 5300  71 South Wacker Drive
Houston, TX 77002  Chicago, IL 60606
(713) 751-5258  (312) 782-0600
agulley@gibbsbruns.com  bmiller@mayerbrown.com
bross@gibbsbruns.com  mscodro@mayerbrown.com
bwilkinson@gibbsbruns.com  dfenske@mayerbrown.com
rmacdonald@gibbsbruns.com  mprovance@mayerbrown.com
  jglickstein@mayerbrown.com

Michael P.A. Cohen
Leo D. Caseria  Mark W. Ryan
SHEPPARD MULLIN RICHTER & HAMPTON, LLP  MAYER BROWN LLP
2099 Pennsylvania Avenue NW, Suite 100  1999 K Street NW
Washington, DC 20006  Washington, DC 20006
(202) 747-1900  (202) 263-3000
mcohen@sheppardmullin.com  mryan@mayerbrown.com
lcaseria@sheppardmullin.com

 *Counsel for Defendant*
*Counsel for Defendant*  *CDK Global, LLC*
*The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

I, Britt M. Miller, an attorney, hereby certify that on June 17, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS CDK GLOBAL, LLC'S AND THE REYNOLDS AND REYNOLDS COMPANY'S ERRATA LIST AND CORRECTED EXHIBITS** to be served electronically on all counsel of record at the following email address:

SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com