**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *Authenticom, Inc. v. CDK Global, LLC, et al.*,<br>Case No. 1:18-cv-00868 (N.D. Ill.) | |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, July 16, 2020, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Jeffrey T. Gilbert or any judge sitting in his stead, in Courtroom 1386 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF AUTHENTICOM, INC.'S MOTION TO CLARIFY AND RECONSIDER JUNE 8, 2020 ORDER (DKT. 1011)**, a copy of which is attached and served upon you.

| | |
|---|---|
| Dated: June 18, 2020 | Respectfully submitted,<br><br>*/s/ Derek T. Ho*<br>Derek T. Ho<br>**KELLOGG, HANSEN, TODD,<br> FIGEL & FREDERICK, P.L.L.C.**<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>dho@kellogghansen.com<br><br>*Counsel for Plaintiff Authenticom, Inc.* |

## CERTIFICATE OF SERVICE

       I, Derek T. Ho, an attorney, hereby certify that on June 18, 2020 I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                */s/ Derek T. Ho*
                                Derek T. Ho
                                **KELLOGG, HANSEN, TODD,**
                                 **FIGEL & FREDERICK, P.L.L.C.**
                                1615 M Street, NW, Suite 400
                                Washington, D.C. 20036
                                (202) 326-7900
                                dho@kellogghansen.com