## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

$\qquad$ Plaintiff,

v.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow
Jr.

CDK Global, LLC, et al.

$\qquad$ Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 25, 2020:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 6/25/20 on Plaintiff Authenticom, Inc.'s Motion to Clarify and Reconsider June 8, 2020 Order (1011) [1022]. Plaintiff's Motion to Clarify is granted for the reasons stated on the record. Plaintiff's Motion to Reconsider is denied without prejudice for the reasons stated on the record. Counsel will deliver to the Court by the close of business on 7/1/20 two copies of the documents discussed on the record that are being withheld from production based upon the work product doctrine. The Court will review those documents in camera and set another hearing date as necessary. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.