**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817　　　　　　　　　　　　　　　　　　　　*This document relates to:* *Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | No. 1:18-CV-864　　Hon. Robert M. Dow, Jr.　　Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF LEO D. CASERIA**

I, Leo D. Caseria, declare as follows:

1.　　I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton LLP, and counsel of record for Defendant The Reynolds and Reynolds Company ("Reynolds") in the above-captioned case. I have sufficient personal knowledge of the facts set forth herein that, if called as a witness, I could and would testify competently thereto. I respectfully submit this declaration in support of The Reynolds and Reynolds Company's Reply Memorandum in Support of its Motion to Exclude the Opinions and Proffered Testimony of Plaintiff MVSC's Expert Gordon Klein.

2.　　Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Gordon Klein, taken on January 10, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

-2-

Executed on this 8th day of July, 2020, in Middleburg, Virginia.

                                                  */s/ Leo D. Caseria*
                                                    Leo D. Caseria

-3-

## CERTIFICATE OF SERVICE

      I, Leo D. Caseria, an attorney, hereby certify that on July 8, 2020, I caused a true and correct copy of the foregoing **DECLARATION OF LEO D. CASERIA** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/     Leo D. Caseria*
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
lcaseria@sheppardmullin.com