# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL CASES except *i3 Brands, Inc. et al. v. CDK Global LLC, et al.,* No. 1:19-cv-1412 | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF DANIEL T. FENSKE

I, Daniel T. Fenske, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at Mayer Brown LLP and represent CDK Global, LLC ("CDK") in the above-captioned matter. I submit this declaration in support of the following filings, which are being filed concurrently with this Declaration:

    a. Defendants' Reply in Support of Their Motion to Exclude the Opinions and Proferred Testimony of Ms. Catharine Lawton (*Authenticom case*)

    b. Reply in Support of Defendants' Motion to Exclude Certain Expert Testimony of Allan Stejskal (*All cases*)

    c. Reply in Support of Defendants' Motion to Exclude Certain Opinions and Proferred Testimony of Dr. Mark Israel (*Authenticom, AutoLoop, MVSC cases*)

    d. Reply in Support of Defendants' Motion to Exclude the Expert Testimony of Nancy Miracle (*Authenticom case*)

2. Attached as Exhibits 98-107 are true and correct copies of the following documents:

| Exhibit Number | Description |
|---|---|
| 98 | Expert Report of Paul Schneck, Aug. 26, 2019 |
| 99 | Expert Report of Scott Tenaglia, Aug. 26, 2019 |
| 100 | Expert Rebuttal Report of Adam Shostack, Nov. 15, 2019 |

| 101 | NIST Special Publication 800-115, Technical Guide to Information Security Testing and Assessment |
|---|---|
| 102 | CDK Global Presentation, ███████, Apr. 2016 (PX 1577, CDK-2925694) |
| 103 | Deposition Transcript of Michael Winston, Jan. 10, 2020 (Excerpts) |
| 104 | ████████████████████████████████████████ (Aug. 2015 – July 2016), with supporting excerpts from REYMDL00670830 |
| 105 | ████████████████████████████████████, Jan. 18, 2015 (REYMDL00014267) |
| 106 | Reynolds Invoices (COX_0062586) |
| 107 | Reynolds Letters re Reynolds Certified Interface Price Adjustment (COX_0000251) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 8, 2020	Respectfully submitted,

	*/s/ Daniel T. Fenske*_____
	Daniel T. Fenske

## **CERTIFICATE OF SERVICE**

  I, Daniel T. Fenske, an attorney, hereby certify that on July 8, 2020, I caused a true and correct copy of the foregoing **DECLARATION OF DANIEL T. FENSKE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all persons by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

            */s/ Daniel T. Fenske*
            Daniel T. Fenske
            MAYER BROWN LLP
            71 South Wacker Drive
            Chicago, IL 60606
            (312) 782-0600
            dfenske@mayerbrown.com