# EXHIBITS 98-100
# Filed Under Seal