# EXHIBITS 102-107
# Filed Under Seal