**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *Cox Automotive, Inc., et al. v. CDK Global*, LLC, Case No. 1:18-cv-1058 (N.D. Ill.) | |
| *Loop, LLC v. CDK Global, LLC*, Case No. 1:18-cv-002521 (N.D. Ill.) | |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, July 23, 2020, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, we will appear by telephone before the Honorable Jeffrey T. Gilbert or any judge sitting in his stead and then and there present **AUTOLOOP AND COX AUTOMOTIVE'S MOTION TO CLARIFY AND RECONSIDER JUNE 29, 2020 ORDER (DKT. 1027)**, a copy of which is attached and served upon you.

1

Dated: July 13, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Derek T. Ho*
　　　　　　　　　　　　　　　　　　　Derek T. Ho
　　　　　　　　　　　　　　　　　　　**KELLOGG, HANSEN, TODD,**
　　　　　　　　　　　　　　　　　　　　**FIGEL & FREDERICK, P.L.L.C.**
　　　　　　　　　　　　　　　　　　　1615 M Street, NW, Suite 400
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　(202) 326-7900
　　　　　　　　　　　　　　　　　　　dho@kellogghansen.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Blue Book Co., Inc., vAuto, Inc., VinSolutions, Inc., Xtime, Inc., and Loop, LLC d/b/a AutoLoop*

**CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on July 13, 2020 I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com