UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2020:

MINUTE entry before the Honorable Jeffrey T. Gilbert: AutoLoop's and Cox Automotive's Motion to Clarify and Reconsider June 29, 2020 Order (DKT. 1027) [ECF No. 1050] is granted in part and taken under advisement in part. The Motion to Clarify [ECF No. 1050] is granted. The Court's June 29, 2020 Order [ECF No. 1027] is clarified to the extent that the Court did not grant CDK's motion to compel as to any documents for which AutoLoop asserted the work−product privilege in conjunction with the attorney−client privilege. AutoLoop does not have to produce at this time any documents over which it has asserted the work−product privilege. The parties did not adequately address the work−product privilege issue to the extent it was raised by AutoLoop in the briefing of the underlying motion. AutoLoop shall submit a supplemental memorandum by 7/30/20 explaining why the documents at issue are covered by the work−product privilege. At that same time, AutoLoop shall submit two sets of the documents as to which it claims work−product protection for the Court to review in camera. CDK shall file a response to AutoLoop's forthcoming memorandum by 8/13/20, and AutoLoop shall file its reply by 8/20/20. As to the portion of AutoLoop's and Cox Automotive's Motion that the Court reconsider its decision compelling Cox Automotive to produce 51 communications sent to email distribution lists, the Motion to Reconsider [ECF No. 1050] is taken under advisement. CDK shall file a response by 7/30/20, and Cox Automotive shall file a reply by 8/6/20. The motion hearing noticed for 7/23/20 at 9:15 a.m. is stricken with no appearance required. The Court will rule by mail or set this matter for hearing in a future order. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.