PUBLIC VERSION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | |
| *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-CV-00868 (N.D. Ill.) | Hon. Robert M. Dow, Jr. |
| THE DEALERSHIP PUTATIVE CLASS ACTION | Magistrate Judge Jeffrey T. Gilbert |
| *Loop, LLC d/b/a AutoLoop v. CDK Global, LLC*, Case No. 1:18-CV-02521 (N.D. Ill.) | |

## DEFENDANTS CDK GLOBAL, LLC'S AND THE REYNOLDS AND REYNOLDS COMPANY'S STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO MDL PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT ON DEFENDANTS' COUNTERCLAIMS

# TABLE OF CONTENTS

Page

DEFENDANTS' JOINT STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO MDL PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT ............... 2

I.      Defendants' DMS Licenses .................................................................................. 2

II.     Authenticom Is Not The Dealer's "Agent" ......................................................... 3

III.    Authenticom Has Accessed, Extracted, or Sold More Data Than The Dealer Purported To Authorize ........................................................................................................... 13

IV.     Defendants Deploy Technological Measures to Prevent Unauthorized Access to the DMS ............................................................................................. 18

V.      Defendants' Technological Measures Controlled Access To Copyrighted Works ............ 20

VI.     Dealers Acknowledge Defendants' Ownership Of Their DMSs ......................... 24

VII.    DealerBuilt Incident ........................................................................................... 25

VIII.   Defendants Have Evidence Of Costs Incurred As A Result of Unauthorized Access ........ 25

IX.     Additional Facts Regarding Authenticom's Security Practices ........................... 28

X.      Miscellaneous Additional Facts .......................................................................... 30

CDK'S STATEMENT OF ADDITIONAL MATERIAL FACTS  IN OPPOSITION TO DEALERSHIP COUNTER-DEFENDANTS'  MOTION FOR SUMMARY JUDGMENT ..... 31

I.      CDK's Master Services Agreements With Dealership Counter-Defendants ..................... 31

II.     Dealership Counter-Defendants' Interrogatory Responses. ................................. 33

III.    The Automotive Industry Recognizes The Potential For Reputational and Other Harms From Security Breaches .............................................................................................. 33

IV.     The Continental Dealer-Defendants .................................................................... 35

V.      The Warrensburg Counter-Defendants ............................................................... 37

CDK'S STATEMENT OF ADDITIONAL MATERIAL FACTS  IN OPPOSITION TO AUTOLOOP'S MOTION FOR SUMMARY JUDGMENT ................................................. 39

I.      CDK's DMS & 3PA Program ............................................................................. 39

II.     AutoLoop's Participation in the 3PA Program .................................................... 42

III.    vAuto-AutoLoop Syndication .............................................................................. 45

## RECORD CITATION FORMAT

| Abbr. | Reference | Docket Number |
|---|---|---|
| Auth. Ex. | Exhibits to the Declaration of Daniel V. Dorris (*Authenticom*), May 20, 2020 | Dkt. 977-1 |
| AutoLoop Ex. | Exhibits to the Declaration of Daniel V. Dorris (*AutoLoop*), May 20, 2020 | Dkt. 950-1 |
| Dealer Ex. | Exhibits to the Declaration of Peggy J. Wedgworth, May 20, 2020 | Dkt. 968-1 |
| Defs. Add'l Ex. | Exhibits to the Declaration of Daniel T. Fenske, July 28, 2020 | Filed concurrently |
| Defs. JSOAF | [Internal cross reference] | |
| Defs. JSUF | Defendants CDK Global, LLC and The Reynolds & Reynolds Company's Joint Statement of Common Undisputed Material Facts in Support of their Motion for Summary Judgment Exhibits, May 20, 2020 | Dkt. 974 |
| Defs. JSUF Ex. | Exhibits to the Declaration of Daniel T. Fenske, May 20, 2020 | Dkt. 975 |
| Resp. Auth. SOF | Response of Defendants CDK Global, LLC and The Reynolds and Reynolds Company to Plaintiff Authenticom, Inc.'s Statement of Undisputed Facts in Support of its Motion for Summary Judgment on Defendants' Counterclaims, July 28, 2020 | Filed concurrently |
| RSUF | The Reynolds and Reynolds Company's Statement of Undisputed Material Facts in Support of Its Motion to Partial Summary Judgment, October 15, 2019 | Dkt. 779 *et seq.* |
| RSUF Ex. | Exhibits to the Declaration of Brice Wilkinson, October 15, 2019 | Dkt. 779-1 |

PUBLIC VERSION

Pursuant to Federal Rule of Civil Procedure 56 and Northern District of Illinois Local Rule 56.1(b), Defendants CDK Global, LLC ("CDK") and The Reynolds and Reynolds Company ("Reynolds") hereby submit this joint Statement of Additional Material Facts in Support of their Oppositions to Plaintiff Authenticom, Inc.'s Motion for Summary Judgment on Defendants' Counterclaims (Dkts. 976, 977). CDK and Reynolds incorporate by reference Defendants' Joint Statement of Common Undisputed Material Facts In Support of Their Motions for Summary Judgment (Dkt. 974); their Joint Response to Authenticom's Statement of Undisputed Material Facts, filed simultaneously herewith, and the previously filed Reynolds's October 15, 2019 Statement of Undisputed Material Facts in Support of its Motion for Partial Summary Judgment (Dkt. 779, 780, 782, 783), which CDK and Reynolds incorporated into Dkt. 974.

CDK also submits this Statement of Additional Material Facts in support of its Oppositions to Dealership Counter-Defendants' Motion for Summary Judgment on CDK Global, LLC's Counterclaims (Dkts. 963, 965) and Plaintiff AutoLoop's Motion for Summary Judgment On CDK Global, LLC's Counterclaim (Dkts. 949, 950). Reynolds does not join in this statement as to the portions (identified below) relevant only to Dealership Counter-Defendants' and AutoLoop's summary judgment motions.

To the extent that CDK and Reynolds indicate that any fact asserted by Authenticom, Dealership Counter-Defendants or AutoLoop is undisputed, it is solely for purposes of responding to the relevant motion for summary judgment on Defendants' counterclaims and not for any other purpose in this MDL. *See, e.g., Brown v. Navarro*, 2012 WL 3987427, at *3 (N.D. Ill. Sept. 11, 2012).

**DEFENDANTS' JOINT STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO MDL PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

## I. Defendants' DMS Licenses

1. ████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████████

2. ████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

**PUBLIC VERSION**

██████████████████████████████████████████████████████

████████████████████████████████████

## II.    Authenticom Is Not The Dealer's "Agent"

3.    ████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████

4.    ████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

PUBLIC VERSION

5.

**PUBLIC VERSION**

████████████████████████████████████████████████

███████████████████████████████████████████

6.    ████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

7.    ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████

8.    ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████

9.    ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████

10.    DealerVault's standard dealer contract gives DealerVault the right to "implement mechanisms to screen, monitor, modify, and remove any Dealership Data or other content posted

5

PUBLIC VERSION

or stored on the Services or transmitted through the Services, at any time and without notice." ███████████████████████████████████████████ (§ 3.2).

11.     That contract also gives DealerVault the right to "establish, and to update and otherwise modify, limitations upon the use of the Services from time to time upon written notice to Dealership. For example, DealerVault may implement a maximum amount of memory or other computer storage, a maximum amount of Dealership Data that Dealership may store, post or transmit on or through the Services, and limitations on the size, frequency, timing, or other manner of messages transmitted using the Services." *Id.* § 3.4.

12.     Under that contract, dealers are prohibited from "reverse engineer[ing] . . . or otherwise attempt[ing] to discover the . . . underlying DealerVault Technology," *id.* § 2.2, meaning dealers are prohibited from even attempting to learn, much less controlling, specific technological methods Authenticom uses to poll data.

13.     Under that contract, DealerVault may establish "additional terms and conditions [that] may be set forth in policies, guidelines, and similar documents that may be posted on the Services or otherwise made available to Dealership from time to time. Dealership must comply with any and all such policies and guidelines, all of which are incorporated into these Terms and Conditions." *Id.* § 3.7; █████████████████████████████

14.     Under that contract, DealerVault may "update, change or replace any part of these Terms of Service by posting updates and/or changes to our website" and it is the Dealer's "responsibility to check this page periodically for changes." ██████████████████████ ████████████████████ § 10.13.

15.     ████████████████████████████████████████████████ ████████████████████████████████████████████████

PUBLIC VERSION

16.

PUBLIC VERSION

17. ███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████

18. ███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████

19. ███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

20. ███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

PUBLIC VERSION

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████

21.	█████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████

22.	█████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

23.

**PUBLIC VERSION**

24. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████

25. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██

26. ████████████████████████████████████████████

████████████████████████████████████████████

27. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████

28.  █████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████████████████

29.  █████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

30.  █████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████

31.  ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████

**III.  Authenticom Has Accessed, Extracted, or Sold More Data Than The Dealer Purported To Authorize**

32.  ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████

33.  ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████

34.  ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████

35.  ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████

36.  ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

37. ███████████████████████████████████████████

38. ███████████████████████████████████████████

PUBLIC VERSION

███████████████████████████████████████████████████

██████████████████████████████████████████

39.  ███████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████

40.  ███████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████

41.  ███████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

**PUBLIC VERSION**

42.

43.

44.

17

**IV.    Defendants Deploy Technological Measures to Prevent Unauthorized Access to the DMS**

45.    ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████

46.    ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

47.    The data extractor Superior Integrated Solutions sued Reynolds in 2009 claiming, among other complaints, that Reynolds's technological measures were sufficiently disruptive as to tortiously interfere with Superior's business relationships with vendors and seeking an injunction prohibiting Reynolds from continuing to remove or disable its "integration software." *Superior Integrated Solutions, Inc., v. The Reynolds and Reynolds Company,* 2009 WL 3663339 (S.D. Ohio) (complaining that Reynolds was "blocking or removing SIS's integration software").

48.    ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

**PUBLIC VERSION**

49. ███████████████████████████████████████████████

50. ███████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████

51.    ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████

52.    ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

**V.    Defendants' Technological Measures Controlled Access To Copyrighted Works**

53.    ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

54.    ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

PUBLIC VERSION

55. ███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████

56. ███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████

57. ███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████

58. ███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

59. ███████████████████████████████████████████████

████████████████████████████████████████████████████████

**PUBLIC VERSION**

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████

60. ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████

61. ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████

62. ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

PUBLIC VERSION

███████████████████████████████████████████████████

███

63.   █████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████

64.   █████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████

65.   █████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████

66.   █████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████

**VI.    Dealers Acknowledge Defendants' Ownership Of Their DMSs**

67.    ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████.

68.    ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████

69.    ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████████████████████.

## VII.    DealerBuilt Incident

70.    In 2016, hackers breached the DealerBuilt DMS and extracted almost 10 gigabytes of data containing social security numbers, driver's licenses, credit card numbers, and other sensitive data for thousands of consumers. *See* Defs. Add'l Ex. 551, DealerBuilt 30(b)(6) (Trasatti) Tr. 24:19-26:20; Defs. Add'l Ex. 449, Jackie Charinga, *Hackers gained access to customer data at 130 dealerships, FTC says*, Automotive News (June 12, 2019), https://www.autonews.com/dealers/hacker-gained-access-customer-data-130-dealerships-ftc-says. As a result of the incident, DealerBuilt was the subject of a Federal Trade Commission action and entered into a settlement with the State of New Jersey, requiring among other things that DealerBuilt maintain "enforcement mechanisms to approve or disapprove access requests based on [its] policies"; and suffered significant reputational harm. Defs. Add'l Ex. 458, *In re LightYear Dealer Technologies, LLC*, FTC File No. 172 3051, C-4687, Decision and Order (FTC Sept. 3, 2019); Defs. Add'l Ex. 579, *In re LightYear Dealer Technologies, LLC*, Atty. Gen. of New Jersey, Consent Order (May 21, 2018); Defs. Add'l Ex. 551, DealerBuilt 30(b)(6) (Trasatti) Tr. 71:13-73:5.

## VIII.    Defendants Have Evidence Of Costs Incurred As A Result of Unauthorized Access

71.    ████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

**PUBLIC VERSION**

72. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████

73. ████████████████████████████████████████

████████████████████████████████████████

74. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████

75. ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████

76. ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████

77. ███████████████████████████████████████████

███████████████████████████████████████████████████

██████████

**PUBLIC VERSION**

78.　███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████

## IX.　Additional Facts Regarding Authenticom's Security Practices

79.　███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████

80.　███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████████

81.　███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

82.     Open Secure Access issued Guidelines that suggest that third-party data extractors

adopt "written security polic[ies]" and "incident response plan[s]." ████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████

83.     The Guidelines further stated that a vendor should "not store Dealer Data for longer

than is reasonably necessary to provide Third Party's product or service." D████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████

84.    The Guidelines further required that vendors "encrypt the transmission of any sensitive information sent over the public internet," Defs. Add'l Ex. 520, DX 716 (SIS0007991) at -996, ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

85.    The Guidelines further indicated that the vendors had a responsibility to protect "sensitive information," including "address information," ██████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████

## X.    Miscellaneous Additional Facts

86.    █████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████

**CDK'S STATEMENT OF ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO DEALERSHIP COUNTER-DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

**I.    CDK's Master Services Agreements With Dealership Counter-Defendants**

87.    ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

88. ███████████████████████████████████████

89. ███████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

## II.     Dealership Counter-Defendants' Interrogatory Responses.

90.     ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████

91.     ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████

## III.    The Automotive Industry Recognizes The Potential For Reputational and Other Harms From Security Breaches

92.     ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████

93.     According to the FTC, the DealerBuilt security breach was detrimental to the public interest. *See* Defs. Add'l Ex. 448, *In re LightYear Dealer Technologies, LLC*, FTC File No. 172 3051, C-4687, Proposed Compl. ¶ 16-20 (FTC Sept. 3, 2019) ("[b]reached personal information, such as that stored in Respondent's backup database, is often used to commit identity theft and fraud," that "stolen financial information, such as the credit card numbers, expiration dates, and security codes that Respondent holds, can be used to commit fraud"; dealers incurred "many hours handling breach response communications, identifying affected consumers, and responding to consumer complaints; and the breach was "likely to cause substantial injury to consumers and

small businesses in the form of fraud, identity theft, monetary loss, and time spent remedying the problem").

## IV.     The Continental Dealer-Defendants

94.     ██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████

95.     ██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████

96.     ██████████████████████████████████████████████

████████████████████████████████████████████████████

PUBLIC VERSION

97. ███████████████████████████████████████████

███████████████████████████████████████████

98. ███████████████████████████████████████████

## V.    The Warrensburg Counter-Defendants

99. ███████████████████████████████████████████

PUBLIC VERSION

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████

100. ████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████

101. ████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████

102. ████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

**PUBLIC VERSION**

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███

103.     ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████

**CDK'S STATEMENT OF ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO AUTOLOOP'S MOTION FOR SUMMARY JUDGMENT**

**I.     CDK's DMS & 3PA Program**

104.     ████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████

105.     ████████████████████████████████████

███████████████████████████████████████████████

106.    Vendor applications certified in the 3PA program receive "bi-directional" (write-back) and real-time integration with the CDK DMS through "Pre-Defined Integration Points," also called "PIPs," which are configured to each application's requirements and which "limit[] access to only those services and data elements (vehicles, customers, financials, parts, service) necessary for the application." Defs. JSUF Ex. 102, H. Gardner Decl. [Auth. Dkt. 93] ¶¶ 5-9; Defs. JSUF Ex. 173, CDK-2442871 at 5.

107.    ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

108.    ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████

109.    ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

110. ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████

111.    CDK markets the 3PA program as a secure interface that requires transparency and

accountability in how third-party software vendors access and use data maintained in the CDK

DMS ████████████████████████████████████████████████████

████████████████████████████████    *see also* Defs. Add'l Ex. 564, *Data Management*, CDK

Global,       https://www.cdkglobal.com/us/automotive/dealership-operations/data-management

("Share Data With Confidence: Dealerships depend on the secure exchange of data, be it with

OEMs, partners, other locations or even customers. Make these exchanges easier to follow. With

CDK solutions, real-time updates inform you on where your data has been, where it is now, and

where it's going to be."); *id.* ("As dealership integrations become more and more complex, the

amount of data that goes back and forth between dealerships, OEMs and third-party systems

increases. With our data management systems, dealerships have effective tools to ensure secure,

productive operations.").

112.    ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

41

**PUBLIC VERSION**

███████████████████████████████████████████████████████

█████████████████████████████████████████████

113.     CDK's public filings have consistently identified any perceived lack of security in

its services as a material risk to its business. *See, e.g.*, ████████████████████████████████

at -057 (CDK SEC Form 10 Registration Statement, filed June 10, 2014).

## II.     AutoLoop's Participation in the 3PA Program

114.     █████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████

115.     █████████████████████████████████████████

███████████████████████████████████████████████████████

116.

PUBLIC VERSION

█████████████████████████████████████████████████████

████████████████

117. ████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████

118. ████████████████████████████████████████████

███████████████████████████

119. ████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████

120. ████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████

121. ████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████

PUBLIC VERSION

### III.  vAuto-AutoLoop Syndication

122.    vAuto's application is certified in the 3PA Program. ███████████████

███████████████████████████████████████████████

123.    ████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████

124.    ████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████████

125.    ████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████

126.    ████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

127.    ████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████

128. █████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████

129. █████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████████

130. █████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

**PUBLIC VERSION**

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

131.    AutoLoop continues to advertise Quote's "strategic integrations through . . . vAuto®." Defs. Add'l Ex. 541, https://www.affinitiv.com/sales/quote/.


Dated: July 28, 2020

_/s/ Aundrea K. Gulley_
Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
Ross M. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Michael P.A. Cohen
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com
lcaseria@sheppardmullin.com

_Counsel for Defendant_
_The Reynolds and Reynolds Company_

Respectfully submitted,

_/s/ Britt M. Miller_
Britt M. Miller
Michael A. Scodro
Daniel T. Fenske
Matthew D. Provance
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com
jglickstein@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

_Counsel for Defendant_
_CDK Global, LLC_

**PUBLIC VERSION**

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on July 28, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS CDK GLOBAL LLC's AND THE REYNOLDS AND REYNOLDS COMPANY'S STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO MDL PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT ON DEFENDANTS' COUNTERCLAIMS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com