**PUBLIC VERSION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:*<br><br>THE DEALERSHIP PUTATIVE CLASS ACTION<br><br>*Loop, LLC d/b/a AutoLoop v. CDK Global, LLC*, Case No. 1:18-CV-02521 (N.D. Ill.)<br><br>*Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-CV-00868 (N.D. Ill.) | Hon. Robert M . Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

### DECLARATION OF DANIEL T. FENSKE

I, Daniel T. Fenske, pursuant to 28 U.S.C. § 1746, hereby declare:

1.     I am a partner at Mayer Brown LLP and represent CDK Global, LLC ("CDK") in the above-captioned matter. I submit this declaration in support of the following, which are being filed concurrently with this Declaration:

   a.   CDK Global, LLC's Opposition To Authenticom's Motion For Summary Judgment On CDK's Counterclaims (*Authenticom* case)

   b.   Counter-Plaintiff The Reynolds and Reynolds Company's Opposition To Counter-Defendant Authenticom, Inc.'s Motion For Summary Judgment (*Authenticom* case)

   c.   CDK Global, LLC's Opposition To Plaintiff AutoLoop's Motion For Summary Judgment On CDK Global, LLC's Counterclaim (*AutoLoop* case)

   d.   CDK Global, LLC's Opposition To The Dealership Counter-Defendants' Motion For Summary Judgment (*Dealership Putative Class Action* case)

   e.   Response of Defendants CDK Global, LLC And The Reynolds And Reynolds Company To Plaintiff Authenticom, Inc.'s Statement Of Undisputed Material Facts In Support Of Its Motion For Summary Judgment On Defendants' Counterclaims (*Authenticom* case)

      f.    CDK Global, LLC's Response to Plaintiff AutoLoop's Rule 56.1 Statement In Support Of Its Motion For Summary Judgment On CDK Global, LLC's Counterclaim (*AutoLoop* case)

      g.    CDK Global, LLC's Responses To Dealership Counter-Defendants' Statement Of Undisputed Material Facts In Support Of Their Motion For Summary Judgment On CDK'S Counterclaims (*Dealership Putative Class Action* case)

      h.    Defendants CDK Global, LLC's And The Reynolds And Reynolds Company's Statement of Additional Material Facts In Opposition To MDL Plaintiffs' Motions For Summary Judgment On Defendants' Counterclaims (*Authenticom* case as to CDK and Reynolds; *Dealership Putative Class Action* and *AutoLoop* cases as to CDK)

    2.    Attached as Exhibits 356–579 are true and correct copies of the following documents ("Defs. Add'l Ex."):

| Defs. Add'l Ex. No. | Description |
|---|---|
| ██ | ████████████████████████ ████████ |
| ██ | ████████████████████████████ ██████████████ |
| ██ | ██████████████████████████████ ██████████ |
| ██ | █████████████████████████████ ███████████ |
| ██ | ██████████████████████████████ █████████████ |
| ██ | ██████████████████████████████ ███████████ |
| ██ | ██████████████████████████████ ██████████ |
| ██ | ████████████████████ ███████ |

**PUBLIC VERSION**

| Defs. Add'l Ex. No. | Description |
|---|---|
|  | |

**PUBLIC VERSION**

| Defs. Add'l Ex. No. | Description |
|---|---|
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |
| ███ | ██████████████████████ |

| Defs. Add'l Ex. No. | Description |
|---|---|
| ▮ | ███████████ ████████ |
| ▮ | ███████████████ ██████ |
| ▮ | ███████████████ |
| ▮ | ████████████ █████ |
| ▮ | ████████████ ██████████ |
| ▮ | ███████████████ |
| ▮ | ██████████████ █████ |
| ▮ | ████████████ █████ |
| ▮ | █████████████ ████████ |
| ▮ | ███████████████ |
| ▮ | ███████████████ |
| ▮ | ████████████ ██████ |
| ▮ | ███████████████ █████ |
| ▮ | ████████████ █████ |
| ▮ | ███████████████ |
| ▮ | ██████████████ ██████ |

**PUBLIC VERSION**



| Defs. Add'l Ex. No. | Description |
|---|---|
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |

**PUBLIC VERSION**

| Defs. Add'l Ex. No. | Description |
|---|---|
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |
| ■ | |

| Defs. Add'l Ex. No. | Description |
|---|---|
| ■ | ██████████████████████████ |
| ■ | ████████████████████████████ ████████████ |
| ■ | ██████████████████ |
| ■ | ████████████████████ |
| ■ | ██████████████████████████ |
| ■ | ████████████████████████ |
| ■ | ████████████████ |
| 448 | In re LightYear Dealer Technologies, LLC, FTC File No. 172 3051, C-4687, Proposed Complaint (FTC Sept. 3, 2019) |
| 449 | Jackie Charniga, "Hacker gained access to customer data at 130 dealerships, FTC says," Automotive News, June 12, 2019 |
| ■ | ████████████████ |
| ■ | ████████████████████████ |
| ■ | ████████████████ |
| ■ | ██████████████████ |
| ■ | ████████████████████████ |
| ■ | ██████████████████ |

**PUBLIC VERSION**

| Defs. Add'l Ex. No. | Description |
|---|---|
| ██ | ████████████████████████████████████ |
| ██ | ██████████████████████████████ ██████ |
| 458 | In re LightYear Dealer Technologies, LLC, FTC File No. 172 3051, C-4687, Decision and Order (FTC Sept. 3, 2019) |
| ██ | ████████████████████████ |
| ██ | ████████████████████████ ███████ |
| ██ | ██████████████████████████ |
| ██ | ██████████████████████████████ |
| ██ | ██████████████████████████ ███████████████ |
| ██ | ███████████████████ |
| ██ | ███████████████████████████ |
| ██ | ████████████████████████████████ ██████████████ |
| ██ | ██████████████████████ █████████████ |
| ██ | ████████████████████ |
| ██ | █████████████████ |
| ██ | ████████████████████ |
| ██ | █████████████████████████ ████████ |
| ██ | ████████████████████████ ████ |



PUBLIC VERSION





| Defs. Add'l Ex. No. | Description |
|---|---|
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| 505 | SAP Licensing Guide, July 2018 (DX 1260) |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |

| Defs. Add'l Ex. No. | Description |
|---|---|
| ■ | ████████████████████████████ |
| ■ | ████████████████████ |
| ■ | ████████████████████████ |
| ■ | ████████████████████ |
| ■ | ████████████████████ |
| ■ | ████████████ |
| ■ | ████████████ |
| ■ | ██████████████ |
| 526 | Declaration of Malcolm Thorne (Auth. Dkt. 96), June 16, 2017 |
| ■ | ██████████████████ |
| ■ | ████████████ |
| ■ | ████████████ |
| ■ | ██████████████ |
| ■ | ██████████████ |
| 532 | SAP UK Ltd. v. Diageo Great Britain Ltd., EWHC 189 (England and Wales High Court, Feb. 16, 2017) |
| ■ | ████████████████████████ |
| ■ | ████████████████████████ |
| ■ | ████████████████████████ |

| Defs. Add'l Ex. No. | Description |
|---|---|
| 536 | Automotive News, "Top 150 Dealership Groups," Mar. 25, 2019 |
| ██ | ████████████████████████████████ |
| 538 | Preliminary Injunction Hearing Transcript, Morning Session (Auth. Dkt. 165), June 27, 2017 |
| 539 | Authenticom's Memorandum of Law in Support of its Motion for a Preliminary Injunction (Auth. Dkt. 61), May 18, 2017 |
| ██ | ████████████████████████████ |
| 541 | Website Printout: Quote, Affinitiv |
| ██ | ████████████████████████████ |
| ██ | ████████████████████████████ |
| ██ | ████████████████████████████ |
| ██ | ████████████████████████ |
| ██ | ████████████████████████████ |
| ██ | ████████████████████████████ |
| ██ | ██████████████████████ |
| ██ | ████████████████████████████ |
| ██ | ████████████████████████████ |
| ██ | ████████████████████████████ |
| ██ | ██████████████████████ |

**PUBLIC VERSION**

| Defs. Add'l Ex. No. | Description |
|---|---|
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| 564 | Website Printout: Automotive - Dealership Operations - Data Management, CDK Global |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |
| ▮ | |

**PUBLIC VERSION**

| Defs. Add'l Ex. No. | Description |
|---|---|
| ██ | ████████████████████████████ |
| ██ | ████████████████████████████ |
| ██ | ████████████████████████████ |
| ██ | ████████████████████████ |
| 577 | Website Printout: Best CAPTCHA Solver Bypass Service, Death By CAPTCHA |
| 578 | Press Release, "ADP and Red Bumper Announce Product Partnership," Jan. 24, 2013 |
| 579 | In re LightYear Dealer Technologies, LLC, Atty. Gen. of New Jersey, Consent Order (May 21, 2018) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  July 28, 2020                                Respectfully submitted,

                                                     */s/ Daniel T. Fenske*
                                                     Daniel T. Fenske

**PUBLIC VERSION**

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel T. Fenske, an attorney, hereby certify that on July 28, 2020, I caused a true and correct copy of the foregoing **DECLARATION OF DANIEL T. FENSKE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Daniel T. Fenske*
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
dfenske@mayerbrown.com