# EXHIBITS 356-447
# Filed Under Seal