# EXHIBITS 450-457
# Filed Under Seal