# EXHIBITS 459-504
# Filed Under Seal