# EXHIBIT 505



# SAP Licensing Guide
Licensing SAP® Software – A Guide for Buyers

July 2018



EXHIBIT
DX
1260
cu 1/24/20

THE BEST RUN SAP



# Table of Contents

**3**   **Preface**

3   How to Read This Guide

**4**   **Chapter 1 – SAP Licensing**

4   SAP Licensing Basics

5   SAP Software Solutions

6   Deployment Options

6   On Premise

6   Hosted Private Cloud

6   Public Cloud

7   Licensing Models

7   Perpetual License Model

9   Subscription License Model

11   Consumption-Based Model

**12**   **Chapter 2 – Support Services and Success Plans**

**13**   **Chapter 3 – Licensing Special Topics**

13   Database Licenses

14   Full-Use Database License

14   Runtime Database License

15   SAP Cloud Platform, SAP HANA Service

16   Licensing Indirect Access to the Digital Core

17   Commercial Flexibility

17   Conversion Credit Policy

17   SAP Extension Policy

19   SAP Software License Compliance

19   License Self-Measurement and Monitoring
     by Customers



# Preface

SAP is the market leader in enterprise application software and is at the center of today's business and technology revolution. SAP® software automates and streamlines business and management processes, which, in turn, helps our customers' employees innovate and perform their day-to-day tasks more efficiently.

This guide provides transparency into how SAP licenses its software and should help customers make informed and strategic software licensing decisions. We hope you find this guide useful. If you have any questions about licensing, pricing, or related topics, feel free to contact your SAP sales representative.

### HOW TO READ THIS GUIDE
This guide is divided into three chapters:
- Chapter 1 provides an overview of SAP's licensing models.
- Chapter 2 details SAP support offerings.
- Chapter 3 covers special topics such as the application of the licensing models to key products, related conversion and SAP extension policies, indirect access policies, and compliance.

# Chapter 1 – SAP Licensing

This section provides a description of SAP's licensing model and its key elements to help customers understand how SAP licenses its software.

## SAP LICENSING BASICS

SAP software is modular and can scale in line with our customers' growing business needs. The comprehensive scope of SAP software offerings is matched by the flexibility customers have when choosing how to deploy and license the software (see Figure 1). The modular structure of SAP software licenses allows customers to license and pay only for the functionality and capacity needed at any given time.

There are three core tenets that are important to understand when licensing software from SAP:

- **Software solution**: What you are licensing from our comprehensive selection of SAP software to meet your business requirements
- **Deployment options**: How you deploy the SAP software; for example, on premise, in a public cloud, or in a hosted private cloud
- **Licensing models**: Various models that grant customers use of SAP software; for example, perpetual, subscription, or consumption

SAP provides several deployment options and licensing models to address different customer requirements. In the following section, we describe in detail the deployment options and licensing models available at SAP.

**Figure 1: Core Tenets of SAP Software Licensing**

### Comprehensive and flexible software licensing

| Software | Deployment options | License models |
|---|---|---|
| Comprehensive solutions for all business processes across all industries to run your business better, faster, and simpler | Flexibility to deploy innovative SAP® software in different environments:<br>• On premise<br>• Hosted private cloud<br>• Public cloud | Software available in various models:<br>• Perpetual<br>• Subscription<br>• Consumption based |

2020 SAP SE or an SAP affiliate company. All rights reserved.



## SAP SOFTWARE SOLUTIONS

SAP is committed to helping every customer become a smart, best-run business and make the world run better.

SAP offers an intelligent suite of integrated, modular, intelligent applications, including SAP S/4HANA®; SAP C/4HANA suite; SAP SuccessFactors®, SAP Ariba®, SAP Concur®, and SAP Fieldglass® solutions; the SAP Integrated Business Planning solution; and SAP Digital Manufacturing Cloud solution. The portfolio also includes a digital platform that facilitates the collection, connection, and orchestration of data as well as the integration and extension of processes within the suite of intelligent applications. At the center of our portfolio are intelligent technologies such as artificial intelligence, machine learning, the Internet of Things (IoT), and analytics that enable customers to leverage their data to determine patterns, predict outcomes, and take action.

SAP software spans multiple lines of business such as customer engagement, manufacturing and supply chain, people engagement, data management, and spend management. Our solutions are tailored for 25 industries, from financial services, public services, and consumer industries to discrete manufacturing, energy, and natural resources.

## DEPLOYMENT OPTIONS

After selecting the SAP software that meets the customer's business needs, it is important to understand the available deployment options for SAP software, as well as the underlying implications of each type of deployment. Deployment options vary depending on where the system resides and whether customers prefer to own and manage their hardware and software or wish to minimize IT operations and have someone else manage it.

Do you want to reduce your IT footprint? Do you require significant customization of your ERP solution? How frequently do you want software upgrades to be implemented? These are examples of questions that customers should ask when developing their deployment strategy. SAP provides deployment flexibility across the portfolio. SAP software may be deployed in an on-premise, hosted private cloud, or public cloud environment. Following are descriptions of the SAP deployment options, as summarized in Figure 2.

### On Premise

In an on-premise deployment, the customer deploys licensed SAP software in their own on-premise data center and is responsible for the associated hardware, implementation, and ongoing operations. Most SAP software deployed on premise is licensed on a perpetual license model, which provides software use rights in perpetuity.

### Hosted Private Cloud

A second deployment option is SAP's private cloud, known as SAP HANA® Enterprise Cloud, which is a single-tenant hosted environment, dedicated to a customer's systems and data and managed by SAP. SAP's private cloud is a deployment option for software obtained under a perpetual or subscription license model. SAP provides the hardware and operations services as well as optional application management services.

### Public Cloud

SAP software may also be deployed and consumed in SAP's public cloud. In this multitenant environment, the infrastructure is shared among customers in a secure, individualized manner. The software is available as a service (SaaS) with a subscription license. In this option, SAP manages the software for the customer.

---

### Figure 2: Deployment Options



**On premise**

- Perpetual software use rights
- Customer responsible for hardware, implementation, and ongoing operations



**Private cloud**

- Perpetual or subscription-based software use rights
- SAP provides hardware, operations services, and optional application management services
- Single-tenant environment



**Public cloud**

- Subscription-based software use rights
- SAP manages software
- Multitenant software-as-a-service environment

## LICENSING MODELS

In addition to providing customers the flexibility to leverage the above-mentioned deployment options, SAP also offers flexible ways to license SAP software under three different licensing models: perpetual licenses, subscription licenses, and consumption-based term licenses (see Figure 3).

## Perpetual License Model

SAP's perpetual license model provides the customer with use rights of the software in perpetuity and is leveraged primarily in an on-premise deployment scenario. In this scenario, the initial one-time software fee provides perpetual use rights to an agreed quantity of software. This software fee is the basis for the annual SAP support fee, subject to the respective SAP support agreement.

---

## Figure 3: Licensing Models

### Perpetual

- Perpetual software use rights
- One-time license fee
- Annual recurring support fee
- For on-premise scenarios primarily*



### Subscription

- Term license – typically 3 to 5 years
- Annual subscription fee based on estimated use and includes support
- For cloud solutions primarily



### Consumption

- Term license
- No annual commitment; payment based on actual usage
- Available for select cloud offerings**

**Examples:** SAP® ERP, SAP S/4HANA®, SAP C/4HANA, and SAP BusinessObjects™ solutions

**Examples:** SAP S/4HANA; SAP C/4HANA; SAP Concur®, SAP Ariba®, and SAP SuccessFactors® solutions; SAP Cloud Platform; and SAP BusinessObjects solutions

**Examples:** SAP Cloud Platform and SAP Ariba and SAP Fieldglass® solutions

*Can also be used with the SAP HANA Enterprise Cloud service in a bring-your-own-license (BYOL) model
**Currently used for some SAP products in the business networks area

A related **perpetual software license scenario is typically referred to as "bring your own license,"** or "BYOL," where customers can deploy their perpetual licensed software in SAP HANA Enterprise Cloud, a single-tenant hosted environment. In this scenario, SAP provides the hardware and application management services for an additional annual subscription fee. SAP also provides customers the flexibility to deploy licensed software in a non-SAP private cloud.

There are two distinct perpetual license models based on the software being licensed: "classic" SAP software and SAP S/4HANA–branded software.

### Classic SAP Software

Classic SAP references the SAP ERP application or SAP Business Suite software, referred to as the digital core, and additional software that can be deployed and used with it. Use rights to the licensed classic SAP software are based on two components:

- **Software:** provides specific functionality to support or manage a business process, and each is licensed on a specific business metric. Examples of these business metrics are number of company employees, database size, annual procurement spend, or invoices processed.
- **SAP Named Users:** provides rights for individuals to use the licensed software. There are a few types of SAP Named Users, each providing specific use rights. For example, the SAP Professional User provides full operational rights across all licensed software. An analogy for the classic licensing model is that the software is the "house" and the SAP Named User is the "key."

### SAP S/4HANA–Branded Software

SAP S/4HANA–branded software references SAP S/4HANA, referred to as the digital core, and additional software that can be deployed and used with it. SAP S/4HANA is SAP's next-generation ERP system, designed from the ground up to leverage the SAP HANA database. The redesign also includes the simplification of license requirements. The software license model for SAP S/4HANA is distinctly different from classic software in that only the software license is required. There is no requirement to also license an SAP Named User to provide access rights, as these access rights are included with a license of the SAP S/4HANA solution.

### Examples of Perpetual License Model

Consider a scenario where a customer is licensing an SAP software, such as the SAP Environment, Health, and Safety Management application, also referred to as SAP EHS Management. This software is available as both a classic software license and an SAP S/4HANA software license (see Figure 4).

Classic SAP EHS Management software is licensed based on total company employees (as a relative measure of company size). For example, a customer with 10,000 employees would license SAP EHS Management for a total quantity of 10,000 employees. The rights to use the licensed classic SAP EHS Management software is provided by the second license component, the SAP Named Users. If only 200 individuals need to use the SAP EHS Management software, the SAP Named User requirement would be 200 SAP Professional Users. SAP Named Users are only licensed once regardless of the number of licensed SAP software they use. The

**Figure 4: Example of Components of a Perpetual SAP Software License**

| | "Classic" SAP® software<br>Dual license model | | SAP S/4HANA®–branded software<br>Software license only | |
|---|---|---|---|---|
| **License components** | SAP EHS Management | & SAP Professional User | SAP S/4HANA Asset Management for environment management | |
| **Software license fee entitles** | Deploy a specified set of functionality | Access the licensed software functionality (valid across multiple software licenses) | Deploy a specified set of functionality | & Access the licensed software functionality |
| **Pricing metric** | **Licensing metric**<br>• Company employees<br>• Example: 10,000 employees | **SAP Named User required**<br>• SAP Professional User<br>• Example: 200 SAP Professional Users | **Licensing metric**<br>• Company employees<br>• Example: 10,000 employees | |
| **SAP products the model applies to** | Classic applications (such as SAP ERP, SAP Transportation Management, SAP Cash Management, and so on) | | Technology portfolio and SAP S/4HANA solutions (such as SAP HANA, SAP S/4HANA Enterprise Management, SAP S/4HANA Finance for cash management, and so on) | |

bill of materials for classic SAP EHS Management in this example would be 200 SAP Professional User licenses and SAP EHS Management software licensed for 10,000 employees.

When licensing the SAP S/4HANA Asset Management solution for environment management, the customer only licenses the software for 10,000 employees; no licenses for SAP Named Users are required. This new model significantly simplifies the commercial and contractual process as well as the ongoing license compliance efforts for SAP's customers.

**Subscription License Model**

All SAP software deployed in the cloud is available through a subscription license model. In a subscription model, the customer does not have perpetual use rights to the software, but instead pays an annual subscription fee as part of a term contract. The fee includes all of the SaaS components, including support. Subscription term lengths are typically between three and five years in length. Renewal length can also be defined in the contract and is typically between one to three years. In typical private or public cloud contracts, customers may add new software or additional quantities of existing software to the contract at any point during the initial term or renewal periods.

SAP software that is licensed through a subscription and deployed in a public or private cloud environment is licensed on business metrics, for example users, documents processed, or volume of storage or bandwidth.

Example of Cloud Subscription
Consider a scenario where a customer is subscribing to an SAP public cloud offering: the SAP SuccessFactors Employee Central solution (see Figure 5). The subscription fee is based on the number of users authorized to access the software or with an employee record created in the software. In a cloud subscription contract, customers have the option to ramp their annual usage according to expected growth. Assume this customer is expecting 20,000 users in

years 1 and 2, and 30,000 users in year 3. The subscription contract would reflect those specific user quantities each year for a specific ramped annual subscription fee. The annual subscription fee includes SAP Enterprise Support, cloud edition for SAP SuccessFactors Employee Central, and all SaaS components. In addition, SAP Preferred Success, a premium support offering, is optionally available for select SAP cloud services at an additional fee.

Assume the customer would like to reevaluate in three years, and thus has requested a three-year term with annual renewals thereafter. The contract would reflect those term lengths accordingly.

**Figure 5: Example of Components of Subscription License for SAP Software in a Public Cloud**

| | SAP public cloud subscription |
|---|---|
| Subscription components | SAP® SuccessFactors® Employee Central |
| Annual subscription fee entitles | Access to a specified set of subscribed-to functionality; SAP Enterprise Support, cloud edition for SAP SuccessFactors Employee Central; hardware; and application management |
| Pricing metric examples | Users |
| Length of initial term and renewal period | • Initial term: 3 years<br>• Renewal period: 1 year |
| SAP products the model applies to | SAP software deployed in SAP's public cloud |

**Consumption-Based Model**

The consumption-based model is currently available for a subset of SAP software deployed in SAP's public cloud, such as SAP Fieldglass and SAP Ariba solutions and SAP Cloud Platform. In this model, customers pay in arrears based on actual use. The fee includes SAP Enterprise Support, cloud edition, and all SaaS components.

**Example of Consumption-Based Model**

Consider a scenario where a customer is purchasing the SAP Fieldglass Worker Profile Management application, an SAP public cloud offering (see Figure 6). The software metric is "resources," which is measured as the number of workers with a profile created in the SAP Fieldglass application. This software is available in either a subscription or a consumption-based model, and because the customer wants flexibility in scope and timing of usage, they choose the consumption-based model. The contract will define a price per resource to be billed monthly for a period of time, for example, three years. There is no defined annual fee stated in the contract and no up-front payment. The actual usage will be measured monthly, and the customer will be billed based on the measurement data.

**Figure 6: Example of Components of Consumption-Based License for SAP Software in a Public Cloud**

| | SAP public cloud consumption-based model |
|---|---|
| **Consumption-based contract components** | SAP® Fieldglass® Worker Profile Management |
| **Consumption-based fee entitles** | Access to a specified set of functionality; SAP Enterprise Support, cloud edition for SAP Fieldglass Worker Profile Management; hardware; and application management |
| **Pricing metric example** | Resources |
| **Length of initial term and renewal period** | • Initial term: 3 years<br>• Renewal period: 1 year |
| **SAP products the model applies to** | Certain SAP software deployed in SAP's public cloud |

# Chapter 2 – Support Services and Success Plans

This chapter provides information regarding SAP support services and success plans associated with the various license types covered in chapter 1.

SAP support services and success plans are available for licensed SAP software. SAP provides different levels of support to help customers meet the needs of their specific business focus depending on the SAP software licensed. Customers get more value from new and existing SAP software with support services, including long-term plans, embedded teams, and remote support. SAP support services include access to the SAP support infrastructure, software corrections, patches, fixes, and new releases of the software licensed.

SAP Enterprise Support is SAP's foundational and proactive support offering across all deployment options (see Figure 7). It includes tools, services, and methodologies that help customers be successful in the digital economy.

The SAP Preferred Success plan is SAP's enhanced support foundation, providing a personalized engagement that helps customers deepen their product knowledge, optimize processes, and accelerate issue resolution by working with designated SAP contacts.

Contracting of SAP support services varies based on licensing models described above, such as separate contract versus inclusion in subscription. See chapter 1 for details.

Further details on SAP support offerings and success plans can be found on the SAP Web site and SAP Support Portal destination.

**Figure 7: SAP® Enterprise Support as the Foundation for Customer Success**



Collaboration    Empowerment    Innovation and value realization    Mission-critical support

Proactive and preventive support

Content and services: guidance and best practices on innovation adoption

Value from lifecycle management tools such as the SAP Innovation and Optimization Pathfinder service and SAP Solution Manager

Next-generation support: simplified digital customer support experience

Across all deployment options

On premise    Hybrid    Cloud

# Chapter 3 – Licensing Special Topics

This chapter provides details on a variety of topics, including licensing as it applies to databases, indirect access, migration to new licenses, and license compliance.

## DATABASE LICENSES

SAP provides multiple database options – SAP and third party – to meet customer demand and use cases. SAP offers a comprehensive range of database solutions. These include:
• SAP HANA
• SAP Adaptive Server® Enterprise (SAP ASE)
• Third-party databases from Oracle, IBM, and Microsoft

Licensing for databases is based on deployment options and type of database used. At a high level, there are three options for customers to license databases from SAP (see Figure 8):
• On-premise and private cloud deployments
  – Full-use databases – includes SAP HANA and SAP ASE
  – Runtime databases – includes SAP HANA, SAP ASE, and third-party databases
• Public cloud deployment
  – SAP Cloud Platform, SAP HANA service

---

**Figure 8: Database Licensing Options**



SAP offers multiple database options for customers across on-premise and cloud models

**On premise or private cloud**

**Full-use database**
Supports both SAP® and non-SAP software
Metrics: gigabytes or CPU cores

**Runtime databases**
Solely to support software licensed from SAP
Metric: priced as a percentage of the discounted net fees paid for SAP software

**Public cloud**

**SAP Cloud Platform, SAP HANA service**
Innovation platform in the cloud
Metrics: gigabytes

SAP databases (SAP HANA®, SAP Adaptive Server® Enterprise)

SAP databases (SAP HANA, SAP Adaptive Server Enterprise)

Third-party databases used for products licensed by SAP (Oracle, Microsoft, IBM)

SAP HANA database; fully managed data platform

## Full-Use Database License

**Full-use databases** are licensed from SAP to support both SAP and non-SAP software (see Figure 9). SAP HANA databases (full use) are licensed on a gigabyte-of- memory metric, which reflects the total amount of memory that may be used by the SAP HANA database. Full-use databases licensed by SAP are SAP HANA and SAP ASE. SAP HANA, enterprise edition, is SAP's flagship database offering, serving as a database for SAP and non-SAP applications, as well as custom, third-party, and hybrid applications.

## Runtime Database License

When a customer licenses a third-party database directly from SAP, we include that database with the licensed SAP software for use only with the SAP software. This specific use restriction is referred to as a "runtime" license (see Figure 10). **Runtime databases** licensed from SAP are solely to support software and SAP Named Users licensed from SAP. Runtime databases from SAP are licensed as a percentage of the SAP software fee. This percentage is commonly referred to as either the SAP application value (SAV) uplift or

---

### Figure 9: Full-Use Database License

**Full-use database**

Supports both SAP® and non-SAP software

Metrics: gigabytes or CPU cores



SAP databases
(SAP HANA®, SAP Adaptive
Server® Enterprise)

### Figure 10: Runtime Database License

**Runtime databases**

Solely to support software licensed from SAP

Metric: priced as a percentage of the discounted net fees paid for SAP® software



SAP databases
(SAP HANA®,
SAP Adaptive
Server® Enterprise)

Third-party
databases used for
products licensed
by SAP (Oracle,
Microsoft, IBM)

HANA SAP application value (HSAV) uplift depending on the database licensed. Runtime database licenses are not based on gigabyte of memory, so the size of the customer's SAP system's database is not a concern.

Runtime databases licensed by SAP are SAP HANA, SAP ASE, and third-party databases. SAP gives customers the option of either licensing a third-party database directly from SAP or contracting with a third-party database provider such as Microsoft, Oracle, or IBM.

### Runtime Database Uplift Fees: SAV and HSAV

As mentioned earlier, SAP runtime databases are licensed as a percentage uplift applied against the SAP software fee.

When a third-party runtime database is licensed, the discounted net license fee is referred to as the SAP application value, or SAV, and is the basis for the database uplift. When SAP HANA runtime database is licensed, that acronym is changed to HSAV, which stands for HANA SAP application value. SAV and HSAV essentially represent the same thing.

### Example of Runtime Database License

Using our earlier example of SAP EHS Management, the SAP HANA runtime database would be licensed as a percentage uplift against the HSAV of SAP EHS Management. IBM's DB2 runtime database would be similarly licensed as a percentage uplift against the SAV of the SAP EHS Management software.

### SAP Cloud Platform, SAP HANA Service

SAP Cloud Platform, SAP HANA service, is an advanced in-memory database fully managed across multiple cloud environments, available with a subscription license and deployed in SAP's public cloud (see Figure 11). Similar to full-use database licenses, it is licensed on a gigabyte-of-memory metric, with corresponding storage included.

---

**Figure 11: SAP Cloud Platform, SAP HANA Service**

**SAP® Cloud Platform,
SAP HANA® service**

Innovation platform in the cloud

Metrics: gigabytes



SAP HANA database;
fully managed data
platform

## LICENSING INDIRECT ACCESS TO
## THE DIGITAL CORE

The technology landscape and how customers consume and use SAP software has undergone dramatic changes. Not only are employees of SAP's customers using our digital core, which includes SAP ERP, SAP S/4HANA, and SAP S/4HANA Cloud, but their business partners, consumers, third-party applications, IoT devices, automated systems, and robotic process automation (RPA) or bots are also using the digital core.

Indirect or digital access is when people or things use the digital core without logging into the system directly. It occurs when humans or any device or system indirectly use the digital core through non-SAP intermediary software, such as a front end, a custom solution, or any other third-party application. It also occurs when nonhuman devices, bots, automated systems, and so on use the digital core in any way.

Historically, any use of our digital core – either direct or indirect – was licensed through SAP Named User licenses and/or software on a user metric. The new pricing approach differentiates between direct human access (pricing continues to be user based) and indirect digital access (pricing is based on the number of transactions, called documents, processed within the digital core).

For more information on indirect access licensing, please go to www.sap.com/indirectaccess.



## COMMERCIAL FLEXIBILITY

SAP has evolved its licensing models over time to adapt to the rapid pace of software development and technology changes in a way that customers have requested. SAP reflects these developments by providing commercial flexibility through two programs that protect past investments in perpetual licenses when transitioning to new SAP software accessed through on-premise or cloud deployments: conversion credit policy and SAP extension policy.

### Conversion Credit Policy

The conversion credit policy provides a commercial path for customers to move from existing perpetual SAP software licenses toward a perpetual license of the SAP software on a new metric or licensing model. Using our earlier example of SAP EHS Management, this is relevant when moving from perpetually licensed SAP EHS Management software to a perpetual license of SAP S/4HANA Asset Management software for environment management.

The conversion credit policy provides a conversion credit to the customer to be applied against the new software fee. The conversion credit is based on the converted software's prior software fee. The converted software's license is terminated; however, the basis for calculating the annual SAP support fee carries forward. If the conversion is from classic software to SAP S/4HANA–branded software, customers will continue to have the rights to use the terminated classic software until 2025. In summary, SAP is providing the new software while recognizing a customer's prior investments.

### SAP Extension Policy

The SAP extension policy provides customers the flexibility to adapt to changing business requirements with existing perpetually licensed SAP solutions. There are two SAP extension policy models:
• Cloud extension
• On-premise extension

### Cloud Extension

SAP believes that every customer has a different approach to adopting cloud innovations based on unique business requirements. The cloud extension model supports customers transitioning their landscapes from an on-premise to a cloud deployment strategy.

Based on their existing investments in SAP software, customers can decide to reallocate elements of their installed on-premise solutions to the respective public cloud or hosted private cloud solutions from SAP, replacing on-premise license and maintenance with public cloud or hosted private cloud subscription. Such transactions assume an expanded investment with eligible cloud solutions from SAP.

### On-Premise Extension

The on-premise extension model supports customers in extending their on-premise SAP application landscape into new business processes leveraging additional SAP innovations. This option enables customers to determine which on-premise solutions from the SAP portfolio fit best with their business needs.

Customer may partially terminate existing on-premise licenses and associated support fees in conjunction with a subscription to eligible SAP software deployed in the cloud or new on-premise licenses and associated maintenance from SAP.

Customers are recommended to contact their SAP account executive or SAP partner for further information on the applicability of the conversion credit policy or the SAP extension policy in their individual situation.

**Examples of Commercial Flexibility**
To highlight the application of these policies, we continue using our example of a customer with a perpetual license to the classic version of SAP EHS Management.

Moving from a perpetual license of classic SAP EHS Management software to a perpetual license of SAP S/4HANA Asset Management for environment management: conversion credit policy (see Figure 12).

Moving from perpetual license of SAP S/4HANA Asset Management for environment management to a perpetual license of dissimilar additional SAP software: for example, a new perpetual license of SAP S/4HANA Finance solution for cash management: SAP extension policy, on-premise extension model (see Figure 13).

Moving from a perpetual license of classic SAP EHS Management software to a subscription of eligible SAP software deployed in the cloud: SAP extension policy, cloud extension model (see Figure 14).

---

**Figure 12: Example of Conversion Credit Policy**


Perpetual license
of SAP EHS Management

**Conversion policy**
Conversion credit applied against
new software fee


Perpetual license of SAP S/4HANA
Asset Management for
environment management

---

**Figure 13: Example of Extension Policy – On-Premise Extension Model**


Perpetual license of SAP S/4HANA
Asset Management for
environment management

**On-premise extension policy**
No credit; new annual support fee
replaces prior support fee


New perpetual license
of SAP S/4HANA Finance
for cash management

---

**Figure 14: Example of Extension Policy – Cloud Extension Model**


Perpetual license of
SAP EHS Management

**Cloud extension policy**
No credit; annual subscription fee
replaces prior support fee


New cloud subscription
software XYZ

---

## SAP SOFTWARE LICENSE COMPLIANCE

Compliance is an important aspect of SAP software licensing. When it comes to the consumption and proper licensing of SAP products, our global audit and license compliance process is intended to responsibly protect SAP's core business assets and ensure that our customers can manage their SAP assets effectively, that we provide transparency to license compliance, and that we enable customers to manage the overconsumption of software.

While we believe that SAP should be fairly compensated for the use of its products, it is important for SAP to collaborate with customers and partners to ensure a fair, transparent, and consistent license audit experience. SAP license audits are conducted in the spirit of trust and customer empathy. SAP has standard rules of engagement for its license auditing and compliance practices.

## License Self-Measurement and Monitoring by Customers

To reduce the risk of an unexpected license gap, SAP wants to make it easier for customers to monitor their license compliance themselves.

### License Audit Tools

SAP software contains audit tools that assist in generating the data necessary to measure usage of the software. Certain tools that SAP license auditors use are available to customers as part of their traditional SAP ERP application; for example, the license audit workbench tool used for basic audits. Customers may use these tools internally at any time to monitor their license consumption. Audit tools cannot determine if a customer falls within the scope specified by their software license. Measuring the usage of SAP software is something customers are obliged to do according to their SAP license contract.

### License Compliance Advisory Services

SAP offers advisory services from the SAP Global License Audit and Compliance organization. This service focuses on knowledge transfer and enablement. The verification of the status of license compliance is included solely at a customer's request.

© 2018 SAP SE or an SAP affiliate company. All rights reserved.

Case: 1:18-cv-00864 Document #: 1080-7 Filed: 07/28/20 Page 21 of 21 PageID #:73143

Follow us

   

www.sap.com/contactsap

Studio SAP | 21089enUS (18/08)

© 2018 SAP SE or an SAP affiliate company. All rights reserved.

No part of this publication may be reproduced or transmitted in any form or for any purpose without the express permission of SAP SE or an SAP affiliate company.

This document is for informational purposes only, and provides general guidelines regarding SAP's pricing and licensing models and policies as of the date of publication. It is provided without representation or warranty of any kind, and SAP or its affiliated companies shall not be liable for errors or omissions with respect to the materials. This document shall not be incorporated into any contract and does not constitute a contract, an agreement or commitment to any specific terms, or an amendment or supplement to a customer's contract. Policies and this document are subject to change without notice. Should a customer have questions, they should engage their SAP Account Executive. Pricing and licensing models and policies, and changes thereto, and any referenced contract terms are intended to provide a consistent global basis for the licensing discussion. However, a customer's situation and contract language may be different, and must be evaluated under their specific SAP contract. SAP reserves the right to revise its policies from time to time.

SAP and other SAP products and services mentioned herein as well as their respective logos are trademarks or registered trademarks of SAP SE (or an SAP affiliate company) in Germany and other countries. All other product and service names mentioned are the trademarks of their respective companies. See https://www.sap.com/copyright for additional trademark information and notices.

THE BEST RUN