# EXHIBITS 506-525
# Filed Under Seal