# EXHIBITS 527-531
# Filed Under Seal