# EXHIBITS 533-535
# Filed Under Seal