# EXHIBIT 536



MARCH 25, 2019

© 2019 Crain Communications Inc. All rights reserved.

SUPPLEMENT TO
**Automotive News**

SPONSORED BY
**DEALER.COM**

**TOP 150 DEALERSHIP GROUPS**

The largest auto retail groups based in the United States, ranked by unit sales of new vehicles in 2018



# RE-IMAGINING WHAT'S POSSIBLE

Cheers to the top 150. Without your foresight and willingness to embrace the innovations in digital car buying, the entire industry wouldn't be where we are today. From all of us, thank you for continuing to challenge and push the limits of what could be.

You ignite the industry's collective success and continue to drive us forward.

**DEALER.COM**

Cox Automotive

Case: 1:18-cv-00864 Document #: 1080-13 Filed: 07/28/20 Page 4 of 13 PageID #:73185

# Buy-sells changed market, boosted sales

**Jackie Charniga**
jcharniga@crain.com

Dealer Rob Cochran is bullish about the dealership business. So bullish, in fact, that Cochran increased his store count by three in 2018, contributing to #1 Cochran Automotive climbing the most rungs on *Automotive News'* annual list of the top 150 dealership groups based in the U.S.

#1 Cochran, of Monroeville, Pa., vaulted 22 spots up the list, which ranks dealership groups by new-vehicle retail sales. The Pittsburgh-area retailer increased new-vehicle sales by 31 percent last year, or nearly 3,300 additional vehicles. Acquisitions were key; the company purchased two Nissan stores in April and a Toyota store in July.

"Our footprint in the market that is important to us — western Pennsylvania — is more mature now than 12 or 18 months ago," Cochran told *Automotive News*. "I expect there will be more consolidation in the dealer ranks, but ultimately, the people who win are the ones that can best take care of the customers and win loyalty."

## An active year

In an active buy-sell year, many retailers moved up or down the list. Among the top 10, two pairs of retailers swapped places.

Lithia Motors Inc. unseated Group 1 Automotive Inc. to gain the No. 3 spot. Lithia retailed 184,601 new vehicles last year, up 10 percent. Sales for Group 1 dipped 1 percent to 170,517 new vehicles.

Ken Garff Automotive Group and Larry H. Miller Dealerships also switched, with Larry H. Miller improving to No. 8 and Ken Garff dropping to No. 9. Larry H. Miller retailed 68,548 new vehicles in 2018, down a fraction of a percentage point, or 146 vehicles. Ken Garff sold 63,606 new vehicles, down 9 percent.

Otherwise, the top 10 spots on the list remained unchanged from the year prior. AutoNation Inc. and Penske Automotive Group Inc. continued as No. 1 and No. 2. Sonic Automotive Inc., Hendrick Automotive Group, Asbury Automotive Group Inc. and Staluppi Auto Group retained the same rankings as the previous year.

The top 10 groups together retailed 1,433,080 new vehicles in 2018, or 8.3 percent of the total U.S. light-vehicle market. That number also represented about 40 percent of the new vehicles retailed by the top 150 groups.

Prime Automotive Group, in Westwood, Mass., ended the year just shy of the top 10, taking the 11th slot. That was an increase of two places for Prime, which had gained 53 slots in 2017 to get to No. 13.

Some large dealership groups that may have qualified for the top 150 declined to respond to *Automotive News* survey. They included Berkshire Hathaway Automotive, a perennial top 10 placeholder under its former ownership, Van Tuyl Group. Automotive Management Services Inc., of West Palm Beach, Fla., which provides support to the sprawling group of dealerships owned by Terry Taylor, also did not participate.

Six groups on the 2017 list did not respond for the 2018 list. Two of them — Reagor Dykes Auto Group and Momentum Auto Group — had financial and legal troubles erupt in 2018. Reagor Dykes, of Lubbock, Texas, formerly No. 131 on the list, is operating under Chapter 11 bankruptcy protection after being sued by Ford Motor Credit Co., which accused the dealership group of massive floorplan financing fraud. Momentum Auto Group, of Fairfield, Calif., No. 124 on the list in 2017, closed all of its stores after court battles began with floorplan lenders. Most stores have been placed under the direction of a court-appointed receiver, who is looking to sell the dealerships.

Ten of the top 150 groups were either new to the list or returned after an absence in 2017. The highest-ranking among those 10 were Ourisman Automotive Group, of Marlow Heights, Md., at No. 29 and Baxter Auto Group, of Omaha, Neb., at No. 33.



**Dealer Rob Cochran, right, celebrates an Audi grand opening event with Scott Keogh, then Audi of America president. #1 Cochran climbed the most on the top dealerships list, helped by new stores.**

Other big gainers on the list included Gee Automotive Cos., which moved up 18 spots, and Open Road Auto Group, Garber Management Group and Ciocca Dealerships, each of which moved up 13 slots.

## Rapid expansion

Morgan Auto Group of Tampa, Fla., moved up 11 places to No. 24. Morgan's new-vehicle retail sales jumped by 35 percent last year, the highest percentage increase in sales of any retailer on the list. Morgan added eight dealerships in 2018.

In all, Morgan has rapidly expanded from 12 stores to 37 in five years, CEO Brett Morgan said. But he doesn't see the group continuing that rate of acquisition. And while the majority of the group's sales increase may have come from new stores, Morgan credited partnerships with vendors, increased attention to metrics, new processes and a higher level of accountability for an additional 1,000 new-vehicle sales on a same-store level.

Desirable economics drove dealership merger-and-acquisition activity in 2018, according to Erin Kerrigan, managing director of Kerrigan Advisors in Irvine, Calif., which represents dealers selling their stores. Kerrigan Advisors counted 216 dealership buy-sell transactions in 2018, up from 202 in 2017 but down from 221 in 2016.

Twelve dealership groups fell 10 spots or more in the ranking. Ken Page Auto Group, of Coral Springs, Fla., dropped 30 spots to No. 66, selling one-third fewer new vehicles. Car Pros Automotive Group dropped 28 slots to No. 84. Piercey Automotive Group fell 19 spots to No. 68.

The biggest gainer, #1 Cochran Automotive, is unlikely to repeat its degree of improvement anytime soon, Rob Cochran said. He's more focused on internal gains than buying stores.

"I've never been one to [say] we want to be this big," Cochran said. "I really just want to see us get better. If you're not going to get better, why do it?" **AN**

*Melissa Burden contributed to this report.*

## 10 largest gains in the rankings

| | Dealership group | 2017 rank | 2018 rank | Rank change |
|---|---|---|---|---|
| 1 | #1 Cochran Automotive | 93 | 71 | 22 |
| 2 | Gee Automotive Cos. | 70 | 52 | 18 |
| 3 | Open Road Auto Group | 54 | 41 | 13 |
| 3 | Garber Management Group | 89 | 76 | 13 |
| 3 | Ciocca Dealerships | 120 | 107 | 13 |
| 6 | Morgan Auto Group | 35 | 24 | 11 |
| 6 | Criswell Automotive | 114 | 103 | 11 |
| 8 | Sansone Auto Network | 108 | 100 | 8 |
| 9 | Safford Automotive Group | 136 | 129 | 7 |
| 10 | Napleton Automotive Group | 26 | 20 | 6 |
| 10 | Kahlig Auto Group | 57 | 51 | 6 |
| 10 | Sam Pack Auto Group | 86 | 80 | 6 |
| 10 | Don Davis Auto Group | 145 | 139 | 6 |
| 10 | Kunes Country Auto Group | 150 | 144 | 6 |

## 10 largest declines in the rankings

| | Dealership group | 2017 rank | 2018 rank | Rank change |
|---|---|---|---|---|
| 1 | Ken Page Auto Group | 36 | 66 | −30 |
| 2 | Car Pros Automotive Group | 56 | 84 | −28 |
| 3 | Piercey Automotive Group | 49 | 68 | −19 |
| 4 | Crain Automotive Team | 107 | 123 | −16 |
| 5 | Bergstrom Automotive | 76 | 89 | −13 |
| 5 | Gunn Automotive Group | 102 | 115 | −13 |
| 5 | Continental Motors Group | 105 | 118 | −13 |
| 8 | Potamkin Automotive Group Inc. | 31 | 43 | −12 |
| 8 | Rusnak Auto Group | 74 | 86 | −12 |
| 10 | McCombs Automotive | 67 | 78 | −11 |

## Top 10 average new retail units per dealership

| | Dealership group | Average new retail units per dealership | Total number of dealerships |
|---|---|---|---|
| 1 | Bomnin Auto Group | 3,441 | 3 |
| 2 | Galpin Motors Inc. | 3,303 | 7 |
| 3 | Piercey Automotive Group | 2,963 | 5 |
| 4 | Cavender Auto Family | 2,955 | 3 |
| 5 | David Wilson Automotive Group‡ | 2,841 | 16 |
| 6 | World Class Automotive Group | 2,580 | 6 |
| 7 | FRL Automotive | 2,403 | 3 |
| 8 | Keyes Automotive Group | 2,303 | 15 |
| 9 | John Elway Dealerships | 2,280 | 6 |
| 10 | Jim Koons Automotive Cos. | 2,216 | 17 |

‡Includes data for dealerships outside the U.S.

## Top 10 number of dealerships

| | Dealership group | Number of dealerships |
|---|---|---|
| 1 | Penske Automotive Group Inc.†‡ | 280 |
| 2 | AutoNation Inc.† | 244 |
| 3 | Group 1 Automotive Inc.†‡ | 183 |
| 4 | Lithia Motors Inc.† | 181 |
| 5 | Sonic Automotive Inc.† | 104 |
| 6 | Hendrick Automotive Group | 96 |
| 7 | Asbury Automotive Group, Inc.† | 83 |
| 8 | Larry H. Miller Dealerships | 63 |
| 9 | Prime Automotive Group | 57 |
| 10 | Greenway Automotive‡ | 55 |

†Publicly held  ‡Includes data for dealerships outside the U.S.

## Top 10 number of dealerships added

| | Dealership group | Number of dealerships in 2018 | Number of dealerships in 2017 | Number of dealerships added |
|---|---|---|---|---|
| 1 | Lithia Motors Inc.† | 181 | 169 | 12 |
| 2 | Group 1 Automotive Inc.†‡ | 183 | 173 | 10 |
| 2 | Island Auto Group | 38 | 28 | 10 |
| 4 | Morgan Auto Group | 37 | 29 | 8 |
| 5 | Garber Management Group | 51 | 44 | 7 |
| 6 | Byers Automotive Group | 15 | 9 | 6 |
| 6 | Napleton Automotive Group | 48 | 42 | 6 |
| 8 | RML Automotive | 35 | 30 | 5 |
| 8 | Zeigler Auto Group | 28 | 23 | 5 |
| 10 | Serra Automotive Inc. | 43 | 39 | 4 |

†Publicly held  ‡Includes data for dealerships outside the U.S.

## Top 10 average revenue per dealership

| | Dealership group | Average revenue per dealership | Total number of dealerships |
|---|---|---|---|
| 1 | Cavender Auto Family | $216,915,475 | 3 |
| 2 | World Class Automotive Group | $191,265,594 | 6 |
| 3 | Braman Dealerships | $181,197,328 | 11 |
| 4 | Sam Pack Auto Group | $172,570,575 | 6 |
| 5 | Galpin Motors Inc. | $169,045,592 | 7 |
| 6 | Bomnin Auto Group | $167,503,148 | 3 |
| 7 | Bommarito Automotive Group | $151,826,499 | 17 |
| 8 | David Wilson Automotive Group‡ | $138,893,508 | 16 |
| 9 | Courtesy Automotive Group | $137,162,816 | 4 |
| 10 | Jim Koons Automotive Cos. | $136,178,453 | 17 |

‡Includes data for dealerships outside the U.S.

DEALER.COM

# Top 150 dealership groups based in the U.S. – ranked on 2018 new-vehicle retail sales units

| 2018 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2017 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AutoNation Inc.† (954) 769-7000; autonation.com | 200 S.W. 1st Ave. Fort Lauderdale, FL 33301 | Carl Liebert president & CEO | 310,839 | 237,722 | 2,901 | 62,014 | 613,476 | 244 | $21,412,800,000 | 1 |
| 2 | Penske Automotive Group Inc.†‡ (248) 648-2500; penskeautomotive.com | 2555 Telegraph Road Bloomfield Hills, MI 48302 | Roger Penske chairman & CEO | 236,000 | 282,500 | 3,700 | 121,900 | 644,100 | 280 | $22,784,996,000 | 2 |
| 3 | Lithia Motors Inc.† (541) 776-6401; lithia.com | 150 N. Bartlett St. Medford, OR 97501 | Bryan DeBoer president & CEO | 184,601 | 151,234 | 3,852 | 50,860 | 390,547 | 181 | $11,821,352,215 | 4 |
| 4 | Group 1 Automotive Inc.†‡ (713) 647-5700; group1auto.com | 800 Gessner, Ste. 500 Houston, TX 77024 | Earl Hesterberg president & CEO | 170,517 | 147,999 | — | 53,887 | 372,403 | 183 | $11,601,358,000 | 3 |
| 5 | Sonic Automotive Inc.† (704) 566-2400; sonicautomotive.com | 4401 Colwick Road Charlotte, NC 28211 | David Smith CEO | 122,717 | 139,605 | — | 34,167 | 296,489 | 104 | $9,951,630,000 | 5 |
| 6 | Hendrick Automotive Group (704) 568-5550; hendrickauto.com | 6000 Monroe Road Charlotte, NC 28212 | Rick Hendrick chairman | 111,845 | 94,248 | 26,082 | 51,723 | 283,898 | 96 | $9,506,817,123 | 6 |
| 7 | Asbury Automotive Group Inc.† (770) 418-8200; asburyauto.com | 2905 Premiere Pkwy., Ste. 300 Duluth, GA 30097 | David Hult president & CEO | 105,275 | 82,377 | — | — | 187,652 | 83 | $6,874,400,000 | 7 |
| 8 | Larry H. Miller Dealerships (801) 304-4900; lhmauto.com | 9350 S. 150 E., Ste. 500 Sandy, UT 84070 | Clark Whitworth CEO | 68,548 | 53,753 | 3,049 | 57,356 | 182,706 | 63 | $5,340,217,239 | 9 |
| 9 | Ken Garff Automotive Group (801) 257-3400; kengarff.com | 111 E. Broadway, Ste. 900 Salt Lake City, UT 84111 | Robert Garff chairman | 63,606 | 42,444 | 10,198 | 24,106 | 140,354 | 50 | $4,643,671,730 | 8 |
| 10 | Staluppi Auto Group (561) 844-7148; atlanticautogroup.net | 133 U.S. Hwy. One North Palm Beach, FL 33408 | John Staluppi & John Staluppi Jr., CEOs | 59,132 | 23,489 | 1,716 | 16,123 | 100,460 | 41 | $2,952,226,657 | 10 |
| 11 | Prime Automotive Group (617) 469-1000; driveprime.com | 375 Providence Hwy. Westwood, MA 02090 | David Rosenberg president & CEO | 45,665 | 33,962 | 1,345 | 27,043 | 108,015 | 57 | $3,293,863,300 | 13 |
| 12 | David Wilson Automotive Group‡ (714) 516-3111; wilsonautomotivegroup.net | 1400 N. Tustin Orange, CA 92867 | Craig Whetter president | 45,449 | 17,663 | — | 10,618 | 73,730 | 16 | $2,222,296,122 | 12 |
| 13 | Greenway Automotive‡ (407) 275-3200; greenway.com | 9001 E. Colonial Drive Orlando, FL 32817 | Frank Rodriguez & Carl Atkinson, principals | 40,822 | 32,421 | — | 15,133 | 88,376 | 55 | $2,229,857,473 | 11 |
| 14 | Jim Koons Automotive Cos. (703) 448-7000; koons.com | 2000 Chain Bridge Road Vienna, VA 22182 | James Koons chairman | 37,671 | 23,825 | — | 12,922 | 74,418 | 17 | $2,315,033,703 | 17 |
| 15 | Victory Automotive Group (734) 495-3500; victoryautomotivegroup.com | 46352 Michigan Ave. Canton, MI 48188 | Jeffrey Cappo president | 37,093 | 19,718 | — | 15,373 | 72,184 | 42 | $1,864,567,546 | 15 |
| 16 | Suburban Collection (248) 519-9700; suburbancollection.com | 1795 Maplelawn Troy, MI 48084 | David Fischer chairman & CEO | 35,804 | 23,228 | 4,835 | 7,096 | 70,963 | 45 | $2,619,738,317 | 14 |
| 17 | Servco Pacific Inc.‡ (808) 564-1300; servco.com | P.O. Box 2788 Honolulu, HI 96803 | Mark Fukunaga chairman & CEO | 35,406 | 13,993 | 1,767 | 7,578 | 58,744 | 27 | $1,630,502,000 | 20 |
| 18 | Earnhardt Auto Centers (480) 893-0000; earnhardt.com | 7300 W. Orchid Lane Chandler, AZ 85226 | Hal Earnhardt III president | 35,134 | 17,933 | — | 13,031 | 66,098 | 24 | $1,696,748,895 | 21 |
| 19 | Keyes Automotive Group (818) 907-4456; keyescars.com | 5855 Van Nuys Blvd. Van Nuys, CA 91401 | Howard Keyes president | 34,542 | 15,597 | — | 6,957 | 57,096 | 15 | $2,024,556,923 | 16 |
| 20 | Napleton Automotive Group (630) 530-3955; ednapleton.com | One Oakbrook Terrace, Ste. 600 Oakbrook Terrace, IL 60181 | Edward Napleton president | 32,451 | 26,975 | 8,155 | 15,975 | 83,556 | 48 | $2,366,563,822 | 26 |
| 21 | Herb Chambers Cos. (617) 666-8333; herbchambers.com | 259 McGrath Hwy. Somerville, MA 02143 | Herb Chambers chairman & president | 32,304 | 23,563 | — | 40,108 | 95,975 | 52 | $2,637,119,886 | 19 |
| 22 | Ganley Auto Group (440) 584-8200; ganleyauto.com | 8748 Brecksville Road, Ste. 210 Brecksville, OH 44141 | Kenneth Ganley president & CEO | 31,887 | 20,296 | 9 | 13,367 | 65,559 | 36 | $1,761,425,855 | 25 |
| 23 | Holman Automotive Group Inc. (856) 663-5200; holmanauto.com | 4001 Leadenhall Road Mount Laurel, NJ 08054 | Brian Bates CEO | 31,337 | 28,147 | 1,112 | 13,328 | 73,924 | 33 | $3,081,877,736 | 18 |
| 24 | Morgan Auto Group (813) 434-1982; morganautogroup.com | 3031 N. Rocky Point Dr. W., Ste. 770 Tampa, FL 33607 | Brett Morgan CEO | 31,178 | 25,066 | — | 17,795 | 74,039 | 37 | $1,987,639,860 | 35 |
| 25 | West-Herr Automotive Group Inc. (716) 926-7052; westherr.com | 3552 Southwestern Blvd. Orchard Park, NY 14127 | Scott Bieler president | 29,272 | 22,094 | 382 | 23,518 | 75,266 | 22 | $2,062,315,796 | 22 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial-vehicle or non-auto dealerships.  †Publicly held  ‡Figures include data for dealerships outside the U.S.

DEALER.COM

## Top 150 dealership groups based in the U.S. – ranked on 2018 new-vehicle retail sales units

| 2018 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2017 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Serra Automotive Inc. (810) 936-2730; serrausa.com | 102 Silver Lake Road Fenton, MI 48430 | Joseph Serra president | 28,636 | 26,835 | 9 | 6,335 | 61,815 | 43 | $1,786,006,971 | 23 |
| 27 | Findlay Automotive Group (702) 558-8888; findlayauto.com | 310 N. Gibson Road Henderson, NV 89014 | Cliff Findlay president | 28,136 | 17,513 | 238 | 11,484 | 57,371 | 34 | $1,866,353,742 | 27 |
| 28 | RML Automotive (469) 671-0730; rmlauto.com | 1547 S. Stemmons Fwy. Lewisville, TX 75067 | Robert Johnson & Thomas McLarty III, principals | 27,396 | 19,531 | — | 14,908 | 61,835 | 35 | $1,810,091,695 | 28 |
| 29 | Ourisman Automotive Group (301) 423-4000; ourisman.com | 4400 Branch Ave. Marlow Heights, MD 20748 | Ourisman/Korengold owners | 26,856 | 20,151 | 410 | 8,594 | 56,011 | 23 | $1,456,662,988 | — |
| 30 | McLarty Automotive‡ (501) 371-3830; mclartyautogroup.com | 425 W. Capitol Ave. Little Rock, AR 72201 | Mark McLarty chairman | 25,449 | 28,450 | — | — | 53,899 | 31 | $1,458,349,211 | 24 |
| 31 | Mac Haik Auto Group (713) 932-5000; machaik.com | 10333 Katy Fwy. Houston, TX 77024 | Mac Haik owner | 25,077 | 18,368 | 3,085 | 8,150 | 54,680 | 16 | $1,909,335,906 | 30 |
| 32 | Sheehy Auto Stores (703) 802-3480; sheehy.com | 12701 Fair Lakes Circle, Ste. 250 Fairfax, VA 22033 | Vincent Sheehy president | 23,772 | 20,383 | 1,438 | 7,916 | 53,509 | 22 | $1,491,527,000 | 29 |
| 33 | Baxter Auto Group (402) 493-7800; baxterauto.com | 17950 Burt St. Omaha, NE 68118 | Mickey Anderson president | 23,417 | 17,452 | 246 | 10,594 | 51,709 | 20 | $1,580,114,166 | — |
| 34 | Galpin Motors Inc. (818) 787-3800; galpin.com | 15505 Roscoe Blvd. North Hills, CA 91343 | Herbert Boeckmann II owner & CEO | 23,121 | 7,134 | 241 | 5,144 | 35,640 | 7 | $1,183,319,143 | 32 |
| 35 | Braman Dealerships (305) 576-1889; bramanmiami.com | 2060 Biscayne Blvd. Miami, FL 33137 | Norman Braman chairman | 22,920 | 13,544 | — | 8,617 | 45,081 | 11 | $1,993,170,603 | 37 |
| 36 | RFJ Auto Partners Holdings Inc. (469) 326-9300; rfjauto.com | 500 N. Central Expressway, Ste. 320 Plano, TX 75074 | Richard Ford president & CEO | 22,807 | 20,870 | 23,128 | 7,961 | 74,766 | 23 | $2,366,471,406 | 34 |
| 37 | Performance Automotive Network (513) 870-5000; shopperformance.com | 5726 Dixie Hwy. Fairfield, OH 45014 | Michael Dever president | 22,687 | 25,053 | 746 | 7,365 | 55,851 | 15 | $1,484,250,834 | 40 |
| 38 | Fletcher Jones Automotive Group (702) 739-9800; fletcherjones.com | 7300 W. Sahara Ave. Las Vegas, NV 89117 | Fletcher Jones Jr. chairman | 21,983 | 14,109 | 2,018 | 8,285 | 46,395 | 18 | $2,355,163,319 | 33 |
| 39 | Rick Case Automotive Group (954) 377-7400; rickcase.com | 14500 W. Sunrise Blvd. Sunrise, FL 33323 | Rick Case chairman & CEO | 21,944 | 18,428 | — | — | 40,372 | 17 | $1,053,344,069 | 39 |
| 40 | Jeff Wyler Automotive Family Inc. (513) 752-7450; wyler.com | 401 Milford Pkwy., Ste. A Milford, OH 45150 | Jeffrey Wyler chairman & CEO | 21,742 | 16,296 | 962 | 8,678 | 47,678 | 17 | $1,378,734,663 | 41 |
| 41 | Open Road Auto Group (513) 650-1550; openroad.com | 400 U.S. Hwy. 22 Bridgewater, NJ 08807 | W. Rodman Ryan CEO | 21,421 | 11,530 | — | 3,028 | 35,979 | 20 | $1,647,667,935 | 54 |
| 42 | DARCARS Automotive Group (301) 625-5700; darcars.com | 7550 Wisconsin Ave., 6th Floor Bethesda, MD 20814 | John Darvish president & CEO | 21,416 | 12,658 | — | 9,127 | 43,201 | 24 | $1,327,850,406 | 38 |
| 43 | Potamkin Automotive Group Inc. (305) 779-4061; potamkin.com | 5800 N.W. 171st Miami Lakes, FL 33015 | Alan & Robert Potamkin co-chairmen | 21,219 | 9,161 | — | 6,839 | 37,219 | 19 | $1,145,978,257 | 31 |
| 44 | Priority Auto Group (757) 366-5000; PriorityAuto.com | 1800 Greenbrier Pkwy. Chesapeake, VA 23320 | Dennis Ellmer CEO | 20,127 | 13,687 | — | 6,452 | 40,266 | 21 | $1,152,804,538 | 42 |
| 45 | Ray Catena Motor Car Corp. (732) 549-6600; raycatena.com | 910 Route One Edison, NJ 08817 | Raymond Catena owner | 19,848 | 7,118 | — | 4,015 | 30,981 | 16 | $1,545,705,808 | 44 |
| 46 | Summit Automotive Partners (303) 209-3965; summit-ap.com | 10301 E. Arapahoe Road, Ste. 200 Centennial, CO 80112 | William Carmichael president & CEO | 19,834 | 13,982 | 3,767 | 7,253 | 44,836 | 18 | $1,263,515,318 | 43 |
| 47 | Chapman Automotive Group (480) 970-0740; chapmanchoice.com | P.O. Box 12375 Tempe, AZ 85284 | John & Ted Chapman CEOs | 19,595 | 26,447 | 614 | 8,660 | 55,316 | 26 | $1,620,083,618 | 50 |
| 47 | Island Auto Group (718) 979-0934; islandautogroup.com | 1580 Hylan Blvd. Staten Island, NY 10305 | Josh Aaronson, Ron Baron & Marcello Sciarrino, owners | 19,595 | 14,974 | — | 8,434 | 43,003 | 38 | $1,078,902,732 | 47 |
| 49 | Premier Automotive (504) 940-0000; premierautomotive.com | 13040 I-10 Service Road New Orleans, LA 70128 | Troy Duhon owner | 19,061 | 17,793 | 536 | 5,840 | 43,230 | 19 | $1,259,520,076 | 45 |
| 50 | Keating Auto Group (361) 485-0569; keatingcareers.com | 5802 N. Navarro Victoria, TX 77904 | Ben Keating president | 19,007 | 8,915 | — | 7,334 | 35,256 | 16 | $1,204,825,347 | 52 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial-vehicle or non-auto dealerships.

‡Figures include data for dealerships outside the U.S.

DEALER.COM

# Top 150 dealership groups based in the U.S. – ranked on 2018 new-vehicle retail sales units

| 2018 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2017 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | **Kahlig Auto Group** (210) 426-3350; kahligauto.com | 9207 San Pedro San Antonio, TX 78216 | Clarence Kahlig II president | **18,921** | 15,878 | 533 | — | 35,332 | 14 | $1,558,010,000 | 57 |
| 52 | **Gee Automotive Cos.** (866) 640-8859; geeautomotive.com | 21502 E. George Gee Ave. Liberty Lake, WA 99019 | Ryan Gee CEO | **18,888** | 14,686 | 869 | 9,008 | 43,451 | 24 | $1,340,309,133 | 70 |
| 53 | **Bob Rohrman Auto Group** (765) 448-1000; rohrman.com | 3900 South St. Lafayette, IN 47905 | Robert Rohrman president & owner | **18,776** | 14,846 | — | 5,943 | 39,565 | 27 | $1,099,404,198 | 51 |
| 54 | **Sullivan Automotive Group** (310) 829-1888; lacarguy.com | 2440 Santa Monica Blvd. Santa Monica, CA 90404 | Michael Sullivan president & managing member | **18,739** | 7,952 | 186 | 2,318 | 29,195 | 11 | $1,019,603,609 | 46 |
| 55 | **Lia Auto Group** (518) 489-2111; liacars.com | 1258 Central Ave. Albany, NY 12205 | William Lia Sr. president | **18,333** | 10,682 | — | 10,104 | 39,119 | 21 | $984,237,948 | 48 |
| 56 | **Walser Automotive Group** (952) 929-3535; walser.com | 7700 France Ave. S. Edina, MN 55435 | Andrew Walser CEO | **17,745** | 19,914 | — | 9,012 | 46,671 | 25 | $1,331,473,166 | 53 |
| 57 | **LaFontaine Automotive Group** (248) 887-4747; thefamilydeal.com | 4000 W. Highland Road Highland, MI 48357 | Michael LaFontaine Sr. owner | **16,909** | 9,143 | 431 | 5,052 | 31,535 | 17 | $1,007,844,649 | 61 |
| 58 | **Zeigler Auto Group** (269) 488-2271; zeigler.com | 4201 Stadium Drive Kalamazoo, MI 49008 | Aaron Zeigler president | **16,851** | 16,619 | — | 6,059 | 39,529 | 28 | $1,214,451,621 | 62 |
| 59 | **Piazza Auto Group** (610) 630-7911; piazzaautogroup.com | 401 S. Schuylkill Ave. Norristown, PA 19403 | Vince Piazza president | **16,191** | 10,521 | 58 | 7,456 | 34,226 | 22 | $1,000,957,389 | 60 |
| 60 | **Tuttle-Click Automotive Group** (949) 598-4800; tuttleclick.com | 41 Auto Center Drive Irvine, CA 92618 | Robert Tuttle & James Click co-managing partners | **15,901** | 7,172 | 1,236 | 5,873 | 30,182 | 16 | $956,329,695 | 55 |
| 61 | **Balise Motor Sales Co.** (413) 733-8604; baliseauto.com | 122 Doty Circle West Springfield, MA 01089 | James Balise Jr. owner | **15,839** | 17,230 | 346 | 7,934 | 41,349 | 26 | $1,047,707,716 | 58 |
| 62 | **John Eagle Auto Group** (214) 357-0461; johneagle.com | P.O. Box 7007 Dallas, TX 75209 | John Eagle CEO | **15,822** | 11,981 | — | 5,870 | 33,673 | 13 | $1,163,715,264 | 59 |
| 63 | **Cardinale Group** (831) 383-5319; Cardinale-Group.com | 3239 Imjin Road Marina, CA 93933 | Joseph A. Cardinale chairman | **15,599** | 26,068 | — | 4,718 | 46,385 | 22 | $1,120,828,835 | — |
| 64 | **World Class Automotive Group** (214) 560-1602; reedhasit.com | P.O. Box 1047 Addison, TX 75001 | Randall Reed CEO | **15,478** | 7,418 | 1,233 | 5,571 | 29,700 | 6 | $1,147,593,565 | 64 |
| 65 | **Gettel Automotive** (941) 921-2655; gettel.com | 5959 E. SR 64 Bradenton, FL 34208 | James Gettel president | **15,259** | 10,891 | 32 | 8,664 | 34,846 | 16 | $941,384,059 | 68 |
| 66 | **Ken Page Auto Group** (954) 509-3260 | 9400 W. Atlantic Blvd. Coral Springs, FL 33071 | Kenneth Page president | **15,062** | 6,299 | 689 | 5,806 | 27,856 | 13 | $714,575,417 | 36 |
| 67 | **Anderson Automotive Group** (919) 787-0099; andersonautomotivegroup.com | 9101 Glenwood Ave. Raleigh, NC 27617 | Fred Anderson CEO | **14,960** | 11,877 | — | 6,371 | 33,208 | 11 | $852,760,499 | 66 |
| 68 | **Piercey Automotive Group** (949) 369-6000; pierceyautogroup.com | 16901 Millikan Ave. Irvine, CA 92606 | William Piercey chairman | **14,813** | 5,395 | — | 2,756 | 22,964 | 5 | $637,192,422 | 49 |
| 69 | **Rosatti/Plaza Auto Group** (718) 253-8400; plazaautomall.com | 2740 Nostrand Ave. Brooklyn, NY 11210 | John Rosatti president | **14,585** | 2,762 | — | 3,194 | 20,541 | 8 | $517,813,552 | 65 |
| 70 | **Bommarito Automotive Group** (636) 391-7200; bommarito.com | 15736 Manchester Road Ellisville, MO 63011 | John Bommarito president | **14,483** | 11,494 | 45,639 | 4,934 | 76,550 | 17 | $2,581,050,490 | 69 |
| 71 | **#1 Cochran Automotive** (877) 262-4726; cochran.com | 4520 William Penn Hwy. Monroeville, PA 15146 | Robert Cochran president & CEO | **14,001** | 10,106 | — | 6,221 | 30,328 | 23 | $838,838,057 | 93 |
| 72 | **Chapman Auto Group** (267) 960-1700; chapmanautogroup.com | 1170 Easton Road Horsham, PA 19044 | Randy Chapman CEO | **13,990** | 4,547 | — | 2,014 | 20,551 | 9 | $627,450,812 | 71 |
| 73 | **Curry Automotive** (914) 725-3500; curryauto.com | 727 Central Ave. Scarsdale, NY 10583 | Bernard F. Curry III CEO | **13,719** | 6,562 | — | 4,506 | 24,787 | 11 | $733,375,167 | 75 |
| 74 | **Feldman Automotive Group** (248) 573-0321; feldmanautomotive.com | 30400 Lyon Center Drive E. New Hudson, MI 48165 | Jay Feldman chairman & CEO | **13,712** | 9,523 | — | 4,018 | 27,253 | 10 | $918,250,000 | — |
| 75 | **John Elway Dealerships** (602) 381-6594; elwaydealers.com | 2425 E. Camelback Road, Ste. 1155 Phoenix, AZ 85016 | Mitch Pierce CEO | **13,679** | 5,641 | 1,147 | 4,273 | 24,740 | 6 | $782,750,414 | 72 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial-vehicle or non-auto dealerships.

DEALER.COM

# Top 150 dealership groups based in the U.S. – ranked on 2018 new-vehicle retail sales units

| 2018 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2017 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | **Garber Management Group** (989) 790-9090; garberauto.com | 999 S. Washington Ave. Saginaw, MI 48601 | Richard Garber president | 13,446 | 23,265 | 3,265 | 10,876 | 50,852 | 51 | $1,173,005,460 | 89 |
| 77 | **Gillman Cos.** (713) 776-7000; gillmanauto.com | 10595 W. Sam Houston Pkwy. S. Houston, TX 77099 | Stacey Gillman-Wimbish president & CEO | 13,425 | 9,537 | — | 2,700 | 25,662 | 10 | $711,667,101 | 73 |
| 78 | **McCombs Automotive** (210) 821-6523; redmccombs.com | 755 E. Mulberry Ave., Ste. 600 San Antonio, TX 78212 | Tim Cliver COO | 13,385 | 11,494 | 89 | 5,617 | 30,585 | 9 | $917,089,000 | 67 |
| 79 | **Kenwood Dealer Group Inc.** (513) 683-5484; cincyautos.com | 4780 Socialville Foster Road Mason, OH 45040 | Robert Reichert chairman | 13,208 | 13,606 | — | — | 26,814 | 17 | $797,364,680 | 79 |
| 80 | **Sam Pack Auto Group** (888) 478-0654; sampack.com | 2070 Diplomat Drive Farmers Branch, TX 75234 | Sam Pack dealer principal | 13,056 | 7,866 | 5,339 | 3,619 | 29,880 | 6 | $1,035,423,448 | 86 |
| 81 | **Wilde Automotive Group** (262) 513-2770; wildeauto.com | 1710 A Hwy. 164 Waukesha, WI 53186 | Mark Wilde vp | 12,910 | 14,754 | — | 6,503 | 34,167 | 8 | $888,149,870 | 77 |
| 82 | **Ferman Automotive Group** (813) 251-2765; ferman.com | 1306 W. Kennedy Blvd. Tampa, FL 33606 | James Ferman Jr. president & CEO | 12,907 | 11,534 | 1,250 | 5,762 | 31,453 | 21 | $918,791,000 | 83 |
| 83 | **Fox Motors** (616) 774-4044; foxmotors.com | 200 Ottawa Ave., Ste. 800 Grand Rapids, MI 49503 | Daniel DeVos chairman & CEO | 12,861 | 12,425 | 814 | 3,780 | 29,880 | 28 | $915,252,745 | 80 |
| 84 | **Car Pros Automotive Group** (253) 681-6376; carpros.com | 181 S. 333rd St., Ste. 210 Federal Way, WA 98003 | Matthew Phillips president | 12,272 | 5,556 | — | 4,207 | 22,035 | 12 | $525,911,899 | 56 |
| 85 | **Colonial Automotive Group** (781) 431-9790; buycolonial.com | 171 Great Road Acton, MA 01720 | Lawrence Gordon president & CEO | 12,245 | 7,290 | 545 | 6,111 | 26,191 | 16 | $748,060,507 | 87 |
| 86 | **Rusnak Auto Group** (626) 449-0770; rusnakonline.com | 267-337 W. Colorado Blvd. Pasadena, CA 91105 | Paul Rusnak chairman | 12,085 | 4,926 | — | 2,149 | 19,160 | 13 | $1,107,401,252 | 74 |
| 87 | **Rosenthal Automotive Organization** (703) 553-4300; rosenthalauto.com | 1902 Association Drive Reston, VA 20191 | Robert Rosenthal chairman & CEO | 11,876 | 9,865 | — | — | 21,741 | 11 | $941,197,465 | 82 |
| 88 | **Fitzgerald Auto Malls** (301) 881-4000; fitzmall.com | 11411 Rockville Pike Rockville, MD 20852 | John Fitzgerald Jr. president | 11,748 | 9,604 | 292 | 3,493 | 25,137 | 19 | $719,147,000 | 78 |
| 89 | **Bergstrom Automotive** (920) 725-4444; bergstromauto.com | One Neenah Center Neenah, WI 54956 | John Bergstrom chairman & CEO | 11,746 | 12,049 | 702 | 7,583 | 32,080 | 31 | $1,015,691,247 | 76 |
| 90 | **Reedman-Toll Auto World** (215) 757-4961; reedmantoll.com | 1700 E. Lincoln Hwy. Langhorne, PA 19047 | Bruce Toll dealer principal | 11,351 | 5,627 | — | 4,395 | 21,373 | 7 | $616,631,623 | 84 |
| 91 | **Ancira Enterprises** (210) 558-5324; ancira.com | 10855 IH 10 W. San Antonio, TX 78230 | Ernesto Ancira Jr. president | 11,270 | 5,632 | 5,749 | 4,213 | 26,864 | 13 | $830,392,022 | 91 |
| 92 | **Kelly Automotive Group** (978) 774-1000; kellyauto.com | 155 Andover St., Rte. 114 Danvers, MA 01923 | Brian Kelly president & CEO | 11,139 | 4,784 | — | 4,847 | 20,770 | 10 | $563,382,166 | 94 |
| 93 | **Boucher Group Inc.** (414) 427-4141; boucher.com | 4141 S. 108th St. Greenfield, WI 53228 | Gordon Boucher CEO | 10,912 | 11,366 | 565 | 6,394 | 29,237 | 17 | $819,372,000 | 85 |
| 94 | **Future Automotive Group** (916) 786-3673; futureautomotivegroup.com | 650 Auto Mall Drive Roseville, CA 95661 | G. Steven Pleau president | 10,555 | 7,167 | 1,375 | 5,660 | 24,757 | 8 | $795,014,685 | 88 |
| 95 | **Bomnin Auto Group** (305) 235-8200; BomninChevrolet.com | 11701 S.W. 152 St. Miami, FL 33177 | Arnaldo Bomnin owner & CEO | 10,322 | 5,497 | 62 | 1,472 | 17,353 | 3 | $502,509,443 | — |
| 96 | **Mullinax Automotive** (407) 889-7600; mullinaxford.com | 1551 E. Semoran Apopka, FL 32703 | Jerry & Larry Mullinax owners | 10,313 | 14,629 | 944 | 4,204 | 30,090 | 7 | $840,488,256 | 98 |
| 97 | **Price Simms Auto Group** (415) 808-4800; pricesimmsinc.com | 135 E. Sir Francis Drake Blvd. Larkspur, CA 94939 | Tom Price chairman & CEO | 10,244 | 7,588 | 426 | 2,410 | 20,668 | 13 | $749,853,857 | 100 |
| 98 | **Ed Morse Automotive Group** (800) 336-6773; edmorse.com | 2850 S. Federal Hwy. Delray Beach, FL 33483 | Edward Morse III chairman & CEO | 9,899 | 5,781 | 12,485 | 4,198 | 32,363 | 15 | $1,106,859,155 | 96 |
| 99 | **Morrie's Automotive Group** (952) 544-0376; morries.com | 12520 Wayzata Blvd. Minnetonka, MN 55305 | Karl Schmidt CEO | 9,741 | 15,316 | — | — | 25,057 | 15 | $820,440,000 | 97 |
| 100 | **Sansone Auto Network** (732) 587-1100; sansoneauto.com | 90-100 Route 1 N. Avenel, NJ 07001 | John Pugliese president & CEO | 9,337 | 2,734 | — | 1,720 | 13,791 | 6 | $386,171,171 | 108 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial-vehicle or non-auto dealerships.

DEALER.COM

# Top 150 dealership groups based in the U.S. – ranked on 2018 new-vehicle retail sales units

| 2018 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2017 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | Huffines Auto Dealerships (972) 867-6000; huffines.net | 4500 W. Plano Pkwy. Plano, TX 75093 | S. Ray Huffines owner & CEO | 9,313 | 6,349 | 805 | 4,398 | 20,865 | 15 | $648,608,272 | 92 |
| 102 | Phil Smith Automotive Group (954) 867-1234; philsmithauto.com | 4250 N. Federal Hwy. Lighthouse Point, FL 33064 | Michael Dayhoff president & CEO | 9,279 | 5,776 | 64 | 3,886 | 19,005 | 19 | $577,758,059 | 95 |
| 103 | Criswell Automotive (301) 948-0880; criswellauto.com | 503 Quince Orchard Road Gaithersburg, MD 20878 | Harry Criswell III dealer | 9,251 | 3,463 | 323 | 2,272 | 15,309 | 11 | $529,776,826 | 114 |
| 104 | Fletcher Auto Group (501) 352-3954; fletcherauto.com | 808 Silverwood Trail North Little Rock, AR 72116 | Frank Fletcher CEO | 9,103 | 7,089 | – | 6,148 | 22,340 | 23 | $574,783,369 | 104 |
| 105 | Phil Long Dealerships (719) 575-7000; phillong.com | 1212 A Motor City Drive Colorado Springs, CO 80905 | Gerald Cimino CEO | 9,020 | 9,069 | 974 | 6,237 | 25,300 | 20 | $813,632,234 | 101 |
| 106 | Hertrich Family of Auto Dealerships (302) 629-5100; hertrichs.com | 26905 Sussex Hwy. Seaford, DE 19973 | Frederick Hertrich III president | 8,876 | 8,090 | 3,212 | 6,771 | 26,949 | 23 | $825,324,925 | 110 |
| 107 | Ciocca Dealerships (215) 529-7534; cioccadealerships.com | 750 S. West End Blvd. Quakertown, PA 18951 | Gregg R. Ciocca CEO | 8,873 | 7,794 | 526 | 3,916 | 21,109 | 14 | $657,169,313 | 120 |
| 108 | Cavender Auto Family (210) 681-6601; cavenderauto.com | 5730 N.W. Loop 410 San Antonio, TX 78238 | Stephen & Rick Cavender dealers | 8,865 | 8,252 | 910 | 3,943 | 21,970 | 3 | $650,746,426 | – |
| 109 | Lou Fusz Automotive Network Inc. (314) 994-1500; fusz.com | 925 N. Lindbergh Blvd. St. Louis, MO 63141 | Randy Fusz president | 8,793 | 7,855 | 1,429 | 4,570 | 22,647 | 11 | $604,490,871 | 99 |
| 110 | Blaise Alexander Family Dealerships (570) 546-4925; blaisealexander.com | 10 Alexander Drive Muncy, PA 17756 | Blaise Alexander owner & president | 8,723 | 9,736 | – | 6,924 | 25,383 | 18 | $647,670,784 | 103 |
| 111 | Byers Automotive Group (614) 228-5111; byersauto.com | 427 S. Hamilton Road Columbus, OH 43213 | George Byers chairman | 8,675 | 7,296 | 1,279 | 5,604 | 22,854 | 15 | $642,534,257 | 109 |
| 112 | Carter Myers Automotive (434) 220-8815; cmacars.com | 100 Myers Drive Charlottesville, VA 22901 | Liza Borches president & CEO | 8,564 | 4,995 | – | 3,911 | 17,470 | 13 | $465,890,121 | 106 |
| 113 | Romano Auto Dealerships (315) 637-4491; romanocars.com | 5431 N. Burdick St. Fayetteville, NY 13066 | Michael J. & Joseph J. Romano co-owners | 8,562 | 3,243 | – | 4,536 | 16,341 | 7 | $441,856,639 | 115 |
| 114 | AutoFair Automotive Group (603) 634-1000; autofair.com | 1477 S. Willow St. Manchester, NH 03103 | H. Andy Crews president & CEO | 8,556 | 7,725 | – | 4,933 | 21,214 | 8 | $501,902,000 | 118 |
| 115 | Gunn Automotive Group (210) 472-2501; gunnauto.com | 227 Broadway San Antonio, TX 78205 | Sean Gunn CEO | 8,502 | 6,906 | 2,213 | 3,559 | 21,180 | 6 | $616,510,252 | 102 |
| 116 | Holler Classic Automotive Group (407) 645-1331; hollerclassic.com | P.O. Box 1720 Winter Park, FL 32790 | Judi Holler president | 8,390 | 8,271 | – | 7,110 | 23,771 | 8 | $486,234,835 | 112 |
| 117 | Headquarter Automotive (305) 423-4616; headquarterauto.com | 5895 N.W. 167th St. Miami, FL 33015 | Jeronimo M. Esteve CEO | 8,378 | 3,175 | – | 2,748 | 14,301 | 4 | $355,990,542 | 117 |
| 118 | Continental Motors Group (331) 281-0339; continentalmotors.com | 460 Fort Hill Drive Naperville, IL 60540 | John Weinberger CEO | 8,271 | 5,493 | – | 2,550 | 16,314 | 8 | $547,307,967 | 105 |
| 119 | Serra Automotive Group (205) 836-6775; serraautomotive.com | 9709 Parkway E., Ste. D Birmingham, AL 35215 | Anthony Serra CEO | 8,249 | 6,315 | – | 3,770 | 18,334 | 24 | $459,037,919 | 111 |
| 120 | Richardson & Partners (505) 292-0000; rich-ford.com | 8601 Lomas Blvd. N.E. Albuquerque, NM 87112 | Kevin Blewett president | 8,190 | 5,546 | 1,291 | 3,851 | 18,878 | 7 | $614,830,519 | 122 |
| 121 | Bobby Rahal Automotive Group (717) 691-5600; bobbyrahal.com | 6715 Carlisle Pike Mechanicsburg, PA 17050 | Ron Ferris CEO | 7,785 | 7,281 | 691 | 5,080 | 20,837 | 10 | $732,959,889 | 119 |
| 122 | Bob Moore Auto Group (405) 605-2363; bobmoore.com | P.O. Box 3206 Oklahoma City, OK 73102 | Mark Moore CEO | 7,739 | 10,856 | 879 | 3,491 | 22,965 | 15 | $814,586,336 | 125 |
| 123 | Crain Automotive Team (501) 542-5000; crainteam.com | 5980 Wadley Road Sherwood, AR 72120 | Larry Crain Sr. chairman | 7,634 | 9,073 | 405 | 6,613 | 23,725 | 18 | $710,203,486 | 107 |
| 124 | Bowers Automotive Group (423) 664-5790; bowersag.com | 2146 Chapman Road Chattanooga, TN 37421 | Bradley Cobb president | 7,588 | 6,387 | 102 | 3,078 | 17,155 | 11 | $432,960,389 | – |
| 125 | Russ Darrow Group Inc. (262) 250-9600; russdarrow.com | W133 N8569 Executive Pkwy. Menomonee Falls, WI 53051 | Russell Darrow Jr. chairman & CEO | 7,583 | 12,301 | – | 4,126 | 24,010 | 23 | $620,753,440 | 123 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial-vehicle or non-auto dealerships.

DEALER.COM

## Top 150 dealership groups based in the U.S. – ranked on 2018 new-vehicle retail sales units

| 2018 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2017 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | **World Auto Group** (973) 442-0500; denvillenissan.com | 3057 Rte. 10 E. Denville, NJ 07834 | Albert & Chris Preziosi owners | 7,581 | 2,251 | – | 5,877 | 15,709 | 10 | $460,783,998 | 121 |
| 127 | **FRL Automotive** (305) 652-6500; toyotaofnorthmiami.com | 16600 N.W. 2nd Ave. Miami, FL 33169 | Eric Friedman president | 7,209 | 2,955 | – | 1,773 | 11,937 | 3 | $322,071,351 | 130 |
| 128 | **Yark Automotive Group Inc.** (419) 841-7771; yarkauto.com | 6019 W. Central Ave. Toledo, OH 43615 | John Yark president | 7,097 | 6,198 | – | 1,470 | 14,765 | 9 | $446,720,699 | 128 |
| 129 | **Safford Automotive Group** (703) 866-1700; saffordauto.com | 7611 Loisdale Road Springfield, VA 22150 | James Gramm president | 6,905 | 4,389 | 2 | 3,961 | 15,257 | 11 | $475,249,155 | 136 |
| 130 | **Betten Baker Auto Group** (231) 759-5875; bettenbaker.com | 2501 Henry St. Muskegon, MI 49441 | Chris Baker president | 6,839 | 9,438 | – | 2,632 | 18,909 | 19 | $504,805,569 | – |
| 131 | **Gilchrist Automotive** (817) 596-5700; gilchristautomotive.com | 3000 Fort Worth Hwy. Weatherford, TX 76087 | Charlie Gilchrist CEO | 6,833 | 4,660 | 1,016 | 3,391 | 15,900 | 12 | $535,771,172 | – |
| 132 | **Murgado Automotive Group** (305) 856-3000; brickellmotors.com | 665 S.W. 8 St. Miami, FL 33130 | Mario Murgado president & CEO | 6,634 | 2,758 | – | 2,459 | 11,851 | 8 | $390,750,167 | 135 |
| 133 | **Noarus Auto Group** (310) 258-0920; noarus.com | 9670 Trask Ave. Garden Grove, CA 92844 | Norris Bishton Jr. president | 6,591 | 3,183 | – | 1,615 | 11,389 | 4 | $327,974,755 | 129 |
| 134 | **AutoFocus Inc.** (408) 819-0460; capitoltoyota.com | 2800 W. March Lane, Ste. 430 Stockton, CA 95219 | Jerry Brassfield CEO | 6,423 | 2,606 | – | 1,085 | 10,114 | 7 | $298,618,031 | 137 |
| 135 | **JG Auto Group** (210) 829-1800 | 153 Treeline Park, Ste. 300 San Antonio, TX 78209 | Jack Guenther Jr. president | 6,297 | 5,202 | – | – | 11,499 | 7 | $475,806,476 | 127 |
| 136 | **Martin Management Group** (270) 783-8080; martingp.com | 1048 Ashley St., Ste. 401 Bowling Green, KY 42103 | Chadwick Martin president | 6,251 | 2,810 | – | 2,055 | 11,116 | 13 | $287,889,452 | 138 |
| 137 | **Krause Auto Group** (770) 649-5124; krausefamilyford.com | P.O. Box 1249 Alpharetta, GA 30009 | Vernon Krause CEO | 6,074 | 4,556 | 978 | 3,093 | 14,701 | 9 | $567,147,310 | 140 |
| 138 | **Stewart Management Group Inc.** (313) 432-6200 | 20844 Harper Ave., Ste. 100 Harper Woods, MI 48225 | Gordon Stewart president | 5,970 | 3,468 | 333 | 2,040 | 11,811 | 9 | $330,516,622 | 133 |
| 139 | **Hitchcock Automotive Resources** (626) 839-8401; hitchcockautomotive.com | 1303 John Reed Court City of Industry, CA 91745 | Frederick Hitchcock Jr. chairman & CEO | 5,710 | 3,157 | – | 1,361 | 10,228 | 3 | $294,961,693 | 134 |
| 140 | **Don Davis Auto Group** (817) 588-5213; dondavisautogroup.com | 2366 E. Road to Six Flags Arlington, TX 76011 | Robert Howard president | 5,621 | 4,260 | – | 3,004 | 12,885 | 3 | $360,141,131 | 145 |
| 141 | **Peterson Auto Group** (208) 378-9000; petersoncars.com | 9101 W. Fairview Ave. Boise, ID 83704 | Brady Peterson president | 5,619 | 4,091 | – | 1,877 | 11,587 | 5 | $410,092,639 | 141 |
| 142 | **Bob Baker Auto Group** (619) 297-1001; bobbaker.com | 5365 Car Country Drive Carlsbad, CA 92008 | Chris Baker president & CEO | 5,306 | 2,264 | – | 1,580 | 9,150 | 5 | $266,321,122 | 143 |
| 143 | **Ron Marhofer Auto Family** (330) 688-6644; marhofer.com | 3423 Darrow Road Stow, OH 44224 | Ron Marhofer president | 5,218 | 6,786 | – | 3,279 | 15,283 | 7 | $316,203,092 | 144 |
| 144 | **Voss Auto Network** (937) 428-2422; vossauto.com | 332 Congress Park Drive Centerville, OH 45459 | John Voss president | 5,199 | 4,952 | – | 1,704 | 11,855 | 8 | $332,828,430 | 147 |
| 145 | **Kunes Country Auto Group** (262) 728-5544; kunesauto.com | 1234 E. Geneva St. Delavan, WI 53115 | Gregg Kunes president | 5,194 | 8,807 | – | 6,705 | 20,706 | 16 | $505,989,545 | 150 |
| 146 | **Niello Company** (916) 643-7300; niello.com | 1481 River Park Drive Sacramento, CA 95815 | Richard L. Niello Jr. president | 5,084 | 6,633 | – | 2,057 | 13,774 | 12 | $633,252,685 | 146 |
| 147 | **Prestige Automotive Group** (586) 773-2369; prestigeautomotive.com | 20200 E. Nine Mile Road Saint Clair Shores, MI 48080 | Gregory Jackson president & CEO | 4,981 | 1,245 | 1,992 | 83 | 8,301 | 3 | $306,549,951 | 139 |
| 148 | **Courtesy Automotive Group** (602) 279-3232; houseofcourtesy.com | 1233 E. Camelback Phoenix, AZ 85014 | William Gruwell president | 4,819 | 5,703 | 3,127 | 3,159 | 16,808 | 4 | $548,651,263 | 148 |
| 149 | **Principle Auto** (210) 437-3977; principleauto.com | 153 Treeline Park, Ste. 200 San Antonio, TX 78209 | Abigail Kampmann CEO | 3,619 | 6,867 | – | 1,894 | 12,380 | 7 | $447,049,094 | 149 |
| 150 | **Duval Motor Co.†** (904) 354-4000; duvaldealers.com | 1725 Memorial Park Drive Jacksonville, FL 32204 | Hampton Graham president & CEO | 3,576 | 3,889 | 3,391 | 2,828 | 13,684 | 4 | $372,144,989 | – |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial-vehicle or non-auto dealerships.

†Previously Scott-McRae Automotive Group

DEALER.COM



# INDEX

- #1 Cochran Automotive ... 71
- Ancira Enterprises ... 91
- Anderson Automotive Group ... 67
- Asbury Automotive Group Inc. ... 7
- AutoFair Automotive Group ... 114
- AutoFocus Inc. ... 134
- AutoNation Inc. ... 1
- Balise Motor Sales Co. ... 61
- Baxter Auto Group ... 33
- Bergstrom Automotive ... 89
- Betten Baker Auto Group ... 130
- Blaise Alexander Family Dealerships ... 110
- Bob Baker Auto Group ... 142
- Bob Moore Auto Group ... 122
- Bob Rohrman Auto Group ... 53
- Bobby Rahal Automotive Group ... 121
- Bommarito Automotive Group ... 70
- Bomnin Auto Group ... 95
- Boucher Group Inc. ... 93
- Bowers Automotive Group ... 124
- Braman Dealerships ... 35
- Byers Automotive Group ... 111
- Car Pros Automotive Group ... 84
- Cardinale Group ... 63
- Carter Myers Automotive ... 112
- Cavender Auto Family ... 108
- Chapman Auto Group ... 72
- Chapman Automotive Group ... 47
- Ciocca Dealerships ... 107
- Colonial Automotive Group ... 85
- Continental Motors Group ... 118
- Courtesy Automotive Group ... 148
- Crain Automotive Team ... 123
- Criswell Automotive ... 103
- Curry Automotive ... 73
- DARCARS Automotive Group ... 42
- David Wilson Automotive Group ... 12
- Don Davis Auto Group ... 140
- Duval Motor Co. ... 150
- Earnhardt Auto Centers ... 18
- Ed Morse Automotive Group ... 98
- Feldman Automotive Group ... 74
- Ferman Automotive Group ... 82
- Findlay Automotive Group ... 27
- Fitzgerald Auto Malls ... 88
- Fletcher Auto Group ... 104
- Fletcher Jones Automotive Group ... 38
- Fox Motors ... 83
- FRL Automotive ... 127
- Future Automotive Group ... 94
- Galpin Motors Inc. ... 34
- Ganley Auto Group ... 22
- Garber Management Group ... 76
- Gee Automotive Cos. ... 52
- Gettel Automotive ... 65
- Gilchrist Automotive ... 131
- Gillman Cos. ... 77
- Greenway Automotive ... 13
- Group 1 Automotive Inc. ... 4
- Gunn Automotive Group ... 115
- Headquarter Automotive ... 117
- Hendrick Automotive Group ... 6
- Herb Chambers Cos. ... 21
- Hertrich Family of Auto Dealerships ... 106
- Hitchcock Automotive Resources ... 139
- Holler Classic Automotive Group ... 116
- Holman Automotive Group Inc. ... 23
- Huffines Auto Dealerships ... 101
- Island Auto Group ... 47
- Jeff Wyler Automotive Family Inc. ... 40
- JG Auto Group ... 135
- Jim Koons Automotive Cos. ... 14
- John Eagle Auto Group ... 62
- John Elway Dealerships ... 75
- Kahlig Auto Group ... 51
- Keating Auto Group ... 50
- Kelly Automotive Group ... 92
- Ken Garff Automotive Group ... 9
- Ken Page Auto Group ... 66
- Kenwood Dealer Group Inc. ... 79
- Keyes Automotive Group ... 19
- Krause Auto Group ... 137
- Kunes Country Auto Group ... 145
- LaFontaine Automotive Group ... 57
- Larry H. Miller Dealerships ... 8
- Lia Auto Group ... 55
- Lithia Motors Inc. ... 3
- Lou Fusz Automotive Network Inc. ... 109
- Mac Haik Auto Group ... 31
- Martin Management Group ... 136
- McCombs Automotive ... 78
- McLarty Automotive ... 30
- Morgan Auto Group ... 24
- Morrie's Automotive Group ... 99
- Mullinax Automotive ... 96
- Murgado Automotive Group ... 132
- Napleton Automotive Group ... 20
- Niello Company ... 146
- Noarus Auto Group ... 133
- Open Road Auto Group ... 41
- Ourisman Automotive Group ... 29
- Penske Automotive Group Inc. ... 2
- Performance Automotive Network ... 37
- Peterson Auto Group ... 141
- Phil Long Dealerships ... 105
- Phil Smith Automotive Group ... 102
- Piazza Auto Group ... 59
- Piercey Automotive Group ... 68
- Potamkin Automotive Group Inc. ... 43
- Premier Automotive ... 49
- Prestige Automotive Group ... 147
- Price Simms Auto Group ... 97
- Prime Automotive Group ... 11
- Principle Auto ... 149
- Priority Auto Group ... 44
- Ray Catena Motor Car Corp. ... 45
- Reedman-Toll Auto World ... 90
- RFJ Auto Partners Holdings Inc. ... 36
- Richardson & Partners ... 120
- Rick Case Automotive Group ... 39
- RML Automotive ... 28
- Romano Auto Dealerships ... 113
- Ron Marhofer Auto Family ... 143
- Rosatti/Plaza Auto Group ... 69
- Rosenthal Automotive Organization ... 87
- Rusnak Auto Group ... 86
- Russ Darrow Group Inc. ... 125
- Safford Automotive Group ... 129
- Sam Pack Auto Group ... 80
- Sansone Auto Network ... 100
- Serra Automotive Group ... 119
- Serra Automotive Inc. ... 26
- Servco Pacific Inc. ... 17
- Sheehy Auto Stores ... 32
- Sonic Automotive Inc. ... 5
- Staluppi Auto Group ... 10
- Stewart Management Group Inc. ... 138
- Suburban Collection ... 16
- Sullivan Automotive Group ... 54
- Summit Automotive Partners ... 46
- Tuttle-Click Automotive Group ... 60
- Victory Automotive Group ... 15
- Voss Auto Network ... 144
- Walser Automotive Group ... 56
- West-Herr Automotive Group Inc. ... 25
- Wilde Automotive Group ... 81
- World Auto Group ... 126
- World Class Automotive Group ... 64
- Yark Automotive Group Inc. ... 128
- Zeigler Auto Group ... 58

## Want to be considered for the Automotive News 2020 Top 150 Dealership Group List?

### How

Contact the Automotive News Data Center and submit contact information:
– Group name
– Group address
– Contact name, phone number and email address

### When

Surveys are emailed in January. To receive one, submit your group's contact information by Dec. 31, 2019.

---

### Data Center Contacts

**Mary Raetz**
*Director, Automotive News Data Center*
(313) 446-0368
mraetz@crain.com

**Heather Rowe**
*Senior Data Researcher*
(313) 446-0369
hrowe@crain.com

*Contact the Automotive News Data Center with questions regarding the Top 150 Dealership Group List.*

DEALER.COM





# REIGNITING FOR THE ROAD AHEAD

Here's to the future of automotive retail. With your partnership, and the power of Cox Automotive, we're relentlessly innovating so you can deliver a custom digital storefront that drives more deals.

Together, we will reignite every aspect of our digital partnership, so that you can continue to raise the bar.

**DEALER.COM**®

Learn more at dealer.com/innovation

Cox Automotive