# EXHIBIT 537
# Filed Under Seal