# EXHIBIT 540
# Filed Under Seal