# EXHIBIT 541

Update: COVID-19 — Learn More    solutions@affinitiv.com    847-955-9740    LOGIN

**Affinitiv**    ABOUT    INSIGHTS    SOLUTIONS    OEM PARTNERS    CONTACT OUR EXPERTS

# Quote

Advanced Equity Mining

## Predictive technology. Precise offers.

The average vehicle owner keeps their car for around 6.5 years. But trade-ins peak right around a year and 4 months. That means many of your customers may be ready to trade sooner than you think. Quote helps you offer your best prospects attention-grabbing, personalized equity offers at your store and through email or direct mail.

**REQUEST MORE INFORMATION**

Quote accounts for up to 30% of new car sales

**Customer-Personalized Offers**
Maximize every sales opportunity by sending hard-to-resist equity offers featuring vehicles in your current inventory

**Customizable Customer Portal**
Offer customers a personalized web portal to swap inventory, change payment options, and contact the salesperson regarding their offer

**Robust 700Credit™ Integration**
Convert more service customers by generating accurate equity handouts through 700Credit integration



## Compelling Equity Offers

Engage your entire customer base: run automated emails for current owners who aren't visiting for service, owners who rely on you for service, and more

Drive repeat sales with a customized, single-sheet equity analysis

Generate offers based on DMS, Black Book®, Edmunds®, and Affinitiv proprietary data

Launch email quotes to individual customers on demand—marketing communications with quotes generate a 50-75% increase in response rates

Utilize service-only customer conquest data to deliver estimated offers to those with unknown payoff information

Provide accurate payment estimates—without the risk of affecting a customer's credit score—through seamless integration with 700Credit QuickScreen

## AI-Based Functionality

Customize your workflow to suit your store's needs: implement processes for in-drive equity mining, sales BDC, automated drip marketing, and on-demand print and email

View everything you need to close the sale on the easy-to-use, yet comprehensive Sales and Service Ledgers

Identify your best opportunities with our proprietary Trade Prediction Score—its AI-driven scoring functionality is proven to pinpoint prospects with 10x higher purchase rates

Ensure your customers only receive offers for vehicles in your current inventory with data-search buyer matching



## Enhanced Customer Experience

Allow sales staff to personalize options for individual customers with the Custom Quote feature

Enable customers to access a personalized trade-up portal where they can swap inventory, change payment options, and contact the salesperson regarding their offer

Increase customer engagement with attention-grabbing templates via optional Essentials integration






## Quote Express

Effortlessly drive more sales with Quote Express. Built entirely on automation, Quote Express is a lighter version of Quote that enables you to engage your owner base and service customers with upgrade communications and a personalized web portal.



## Works Seamlessly With:

| XRM | ESSENTIALS | NEWSLETTER | DIRECT MAIL | CALL CENTER | TRADE-IN VALET |
|---|---|---|---|---|---|
| Fully integrated CRM solution | Targeted, multi-channel customer marketing | One-to-one targeted customer communications | Response-driven print mail marketing | Proprietary voice solutions for sales and service | Online appraisal and guaranteed upgrade offers |



### Integrations

Take advantage of strategic integrations through 700Credit™, vAuto®, HomeNet, Advent Automotive, CARFAX®, and more. Contact us today for a full list.



### Onboarding

With a team of professional installers, subject matter experts, and trainers available at your demand, we work directly with your shop to set you up for continued growth.

## Insights



Blog | September 10, 2019

**4 tips for securing more previously declined repairs**



Blog | September 10, 2019

**Why your dealership needs video marketing**



Blog | September 04, 2019

**How AI Can Boost Your Facebook Marketing Efforts**



