# EXHIBITS 542-563
# Filed Under Seal