# EXHIBIT 564



# DO MORE WITH DATA MANAGEMENT SOLUTIONS



## SHARE DATA WITH CONFIDENCE

Dealerships depend on the secure exchange of data, be it with OEMs, partners, other locations or even customers. Make these exchanges easier to follow. With CDK solutions, real-time updates inform you on where your data has been, where it is now, and where it's going to be.

# OUR DATA MANAGEMENT SOLUTIONS

As dealership integrations become more and more complex, the amount of data that goes back and forth between dealerships, OEMs and third-party systems increases. With our data management systems, dealerships have effective tools to ensure secure, productive operations.

## EXPLORE OUR DATA MANAGEMENT SOLUTIONS

### Dealer Data Exchange (DDX)

Our newest solution for managing dealer data integration, DDX provides a real-time look at where your data is going and who you're sharing it with, so you can be sure you're working in a secure manner.

LEARN MORE

### Dealer Data Access (DDA)

DDA is a suite of data management products that offer more advanced and secure data access for CDK systems, helping you accomplish more with fewer data access products.

LEARN MORE

RELATED SOLUTIONS

### Networking

Maximize network speed and minimize network downtime with solutions that can help you step up your business' web capabilities.

LEARN MORE

### Communications

Provide your team with convenient, revenue-boosting tools that help you get the most out of every opportunity.

LEARN MORE

## Operations

With our operations solutions, optimal performance is within reach.

**LEARN MORE**

## FEATURED INSIGHTS



**BLOGS**

### FIVE HABITS OF A SUCCESSFUL DEALER PRINCIPAL

The success of a dealership depends in large part on the leadership of the Dealer Principal. Check out the five habits of a successful Dealer Principal. Discover More

**BLOGS**

### AUTOMOTIVE RETAIL IN THE AGE OF THE EMPOWERED CUSTOMER

Forrester's recent report on "The Age of the Empowered Customer" really gets you thinking. Chief Customer Experience Officer, Tony Graham penned his thoughts about what the auto retail industry can do to serve customers in this new era. Discover More



**BLOGS**

### SIX WAYS TO KEEP CUSTOMERS

FROM WALKING AWAY FROM A DEAL

The car buying process can feel complicated and overwhelming, leading the deal to fall apart. Using data from our 2018 study on recent post-purchase or in-market car shoppers, CDK has identified six major points of contention for consumers. Discover More

SEE ALL INSIGHTS

## HELPING DEALERSHIPS THRIVE

At CDK Global, we build the tools dealerships need to grow and succeed. We provide DMS and other integrated technology solutions to over 27,000 Auto, Truck, Motorcycle, Marine, Recreational and Heavy Equipment dealers around the world. Since day one, we've been in it for the dealer — your success is what motivates us to do what we do.

## Customer connected. Dealer driven.

DISCOVER CDK

# Getting Started
## With CDK

Your dealership can work better, smarter and faster — you just need the right tools. Find the CDK solution that works best for your team.

CONTACT US

## DISCOVER MORE ABOUT CDK GLOBAL

CDK DRIVE

SALES & INVENTORY

FIXED OPS

## About CDK Global

Media Center | Careers | CDK Website Privacy Statement | CDK Policies

CDK Website Cookie Policy  | User Agreement | Partner Program | Investor Relations | Contact Us

US: © 2020 CDK Global LLC / CDK Global is a trademark of CDK Global LLC.

AdChoices

