# EXHIBITS 565-576
# Filed Under Seal