**EXHIBIT 577**

Advertisement

**English**  Русский  简体中文

| Home | F.A.Q. | API | Order CAPTCHAs | DBC Points | Testimonials | Contact Us | Blog | Login |

# Best CAPTCHA Solver Bypass Service

With Death by Captcha you can solve any CAPTCHA. All you need to do is implement our API, pass us your CAPTCHAs and we'll return the text. It's that easy!

Please note that our services should be used only for research projects and any illegal use of our services is strictly prohibited. Any bypass and CAPTCHA violations should be reported to help@deathbycaptcha.com

Death By Captcha Offers:

- Starting from an incredible low price of **$1.39** ($0.99 for **Gold Members** !) **for 1000** solved CAPTCHAs.
- A hybrid system composed of the most advanced OCR system on the market, along with a 24/7 team of CAPTCHA solvers.
- An **average response time of 11 seconds**, with an **average accuracy rate of 90% or more**. And you always pay for correctly solved CAPTCHA only!
- Easy-to-use **API** available for most popular programming languages.
- **DeCaptcher** and **Antigate (Anti-Captcha)** API support to make migration to **Death By Captcha** as easy as possible.
- New **reCAPTCHA / noCAPTCHA by Token (recaptcha v2)** API support!
- Guaranteed 100% Accuracy feature available! **Contact support** for immediate details/activation. **NEW**
- Confident CAPTCHAs, **Russian & Chinese** CAPTCHAs (upon request) and **Case Sensitive** support!
- Support for **Payeer payments!** Check the order page for more info.
- Contact Us for any custom **data entry, digitization** or **transcribing** needs! We can digitize virtually any type of document and meet even the most complex data entry needs for an extremely competitive low price!

## Supported API clients

C   PHP   Python   .NET C# & VB   Java   Perl   Node.js   AutoIt3   iMacros   and others

## Supported Payment Methods

If you use Avangate payment gateway, you have the following payment methods available:

### STATUS: OK

Average solving time 1 minute ago: 20 sec
5 minutes ago: 6 sec
15 minutes ago: 6 sec
**Today's average accuracy rate: 85.9 %**
(updated every minute)

Create a FREE account

**Log In**

Username:

Password:

[ ] I'm not a robot    reCAPTCHA
Privacy - Terms

Submit    Forgot your password?

### Updates

Jul 09: RESOLVED - Today (July 9th) the website was temporarily unavailable between 00:48 - 01:42 A.M (UTC-4) due to an emergency server maintenance. Everything is back to 100%, so you should be able to use the service normally. If you were affected by this and/or are facing issues, please don't hesitate to contact us! We appreciate your understanding.

Apr 12: RESOLVED - There was an issue with the API URL api.dbcapi.me during the first few hours of Sunday 12th. The issue has been fixed and you should be able to use the address successfully again. If you were affected by this, please Contact Us and we'll compensate you. We appreciate your patience and understanding!

Mar 26: RESOLVED - As of March 24th, you might be experiencing issues with our HTTP Java client. We're working hard to have it fixed ASAP, but in the mid-time, you can use the service normally through our Socket Java client. Contact us at https://deathbycaptcha.com/user/contact if you need any assistance or if you're affected by this. We apologize for the inconvenience this may cause you and appreciate your business!

more…

### Support

Our system is designed to be completely user-friendly and easy-to-use. Should you have any trouble with it, simply email us at help@deathbycaptcha.com, and a support agent will get back to you as soon as possible.

**Live Support**

Available Monday to Friday (10am to 4pm EST)



  +40M Residential Proxy IPs  7-Day Free Trial

Advertisement

© 2020 www.deathbycaptcha.com

### About Us

Death By Captcha is a premier CAPTCHA solving service. With over 11 years in the CAPTCHA Bypass business, Death By Captcha has become one of the industry leaders in the market. Our teams of technical experts and specialized decoders have worked together to created a system that is both incredibly fast and very accurate. Death By Captcha offers an outstanding low price of $1.39 for 1000 decoded CAPTCHAs, a 24/7 team of CAPTCHA decoders with a success rate of 95% to 100%, an average response time of 15 seconds and several API clients.

### Contact

We're here to help you! Please send us a message to any of the emails below:

**Technical Support**
help@deathbycaptcha.com

**Payment Support**
payments@deathbycaptcha.com

**System Admin**
captcha.admin@deathbycaptcha.com



### Death By Captcha

Privacy Policy
Refund Policy
API
DBC Points
Contact Us
Login

Terms of Service
F.A.Q.
Order CAPTCHAs
Testimonials
Blog