# EXHIBIT 578

PageVault

| | |
|---|---|
| Document title: | ADP and Red Bumper Announce Product Partnership - Digital Marketing Strategies Conference |
| Capture URL: | http://digitalmarketingstrategies.org/20130124-adp-and-red-bumper-announce-product-partnership/ |
| Captured site IP: | 104.155.191.123 |
| Page loaded at (UTC): | Fri, 24 Jul 2020 15:12:25 GMT |
| Capture timestamp (UTC): | Fri, 24 Jul 2020 15:12:51 GMT |
| Capture tool: | v7.0.9 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 2ea1acc6-3336-4958-a8f5-4cb30db50e53 |
| User: | mb-trial |

PDF REFERENCE #:    4wptCcRyWuL5a8UDjnEDTt

- Conference Agenda
- About
- Register
- Promotions
- Sponsors
- Virtual Wine Tasting

# ADP and Red Bumper Announce Product Partnership

by Digital Marketing Strategies | Jan 24, 2013 | adp, red bumper, Uncategorized



January 23, 2013 – ADP Dealer Services (NASDAQ: ADP) is pleased to announce Lot Management, a new retail solution for automotive dealers to effectively manage their used vehicle inventories. Lot Management is the first of many solutions that will be wrapped into ADP's Front Office Edge$^{SM}$ suite of products.

Lot Management is the result of an exclusive partnership with inventory management company RedBumper. It will be delivered through dealers' mobile devices and it's the first inventory management solution built from the ground up around mobility. This solution combines two distinct inventory management methodologies—historical and market data—then adds many other unique algorithms, to provide specific, scientific recommendations about used vehicle inventory pricing, stocking, and more.

"The last five years have reshaped the automotive retail space. This new competitive landscape truly requires a different, more analytical approach to used car inventory management. With ADP's Lot Management, today's dealers are in a far better position to make the right stocking and pricing decisions, purchasing vehicles that are expected to sell quickly and at a reasonable profit. Plus we'll be embedding this into our Front Office workflow, making it that much more powerful," says Steve Anenen, Division President of ADP Dealer Services.

"Lot Management is a true response to the need for real-time integration with a dealer's DMS; the goal is to give dealers a powerful, integrated suite of tools that will eliminate redundant, time-consuming tasks while helping sell more vehicles more quickly. We are excited to work with ADP Dealer Services to deliver these tools and efficiencies through the RedBumper mobile platform, giving dealers the information they need, when they need it," says Bruce Thompson, CEO and Founder of RedBumper.

Look for the following key features to drive dealership sales and revenue:

- High-speed mobile appraisal tools
- Instant time-to-market with smartphone "stock-in" capabilities
- Smart Phone service drive equity solution
- Real-time integration with ADP Drive, ADP CRM, and ADP Desking
- Integrated equity tools
- Hybrid stocking recommendations with three- to four-second decision support
- Automated retail pricing tool with listing syndication
- Dealer group trading tools
- Merchandising
- Reporting

Lot Management also features a Pricing module, an add-on solution that automatically adjusts used vehicle inventory pricing based on dealer-prescribed parameters, maximizing profit levels and helping move more vehicles off the lot, faster.

## Recent Posts

- Book Offer for DMSC 2020
- Car Wars Named Event Sponsor of the 2018 Digital Marketing Strategies Conference
- The Digital Marketing Strategies Conference Returns to Napa Valley in June
- Social Dealer: Sponsor of the 2017 DMSC
- AutoLoop Company Sponsors 2017 DMSC

## Categories

- 2017 DMSC
- 2018 DMSC
- DMSC 2020
- Speakers
- Uncategorized

DMS; the goal is to give dealers a powerful, integrated suite of tools that will eliminate redundant, time-consuming tasks while helping sell more vehicles more quickly. We are excited to work with ADP Dealer Services to deliver these tools and efficiencies through the RedBumper mobile platform, giving dealers the information they need, when they need it," says Bruce Thompson, CEO and Founder of RedBumper.

Look for the following key features to drive dealership sales and revenue:

- High-speed mobile appraisal tools
- Instant time-to-market with smartphone "stock-in" capabilities
- Smart Phone service drive equity solution
- Real-time integration with ADP Drive, ADP CRM, and ADP Desking
- Integrated equity tools
- Hybrid stocking recommendations with three- to four-second decision support
- Automated retail pricing tool with listing syndication
- Dealer group trading tools
- Merchandising
- Reporting

Lot Management also features a Pricing module, an add-on solution that automatically adjusts used vehicle inventory pricing based on dealer-prescribed parameters, maximizing profit levels and helping move more vehicles off the lot, faster.

Another add-on feature to Lot Management is the Equity Calculator. With Equity Calculator, dealers can automatically scan their DMS and CRM data, looking for existing customers with vehicles in positive equity situations and receiving notifications when those vehicles arrive in the Service drive. That information lets used car and service managers approach customers with attractive trade offers, helping dealers improve the mix of used vehicles on the lot while helping drive customer satisfaction and loyalty to the dealership.

For more information about Lot Management, visit www.adpdealerservices.com/lotmanagement.

**About ADP**

Automatic Data Processing, Inc. (Nasdaq: ADP), with more than $10 billion in revenues and approximately 600,000 clients, is one of the world's largest providers of business outsourcing solutions. Leveraging over 60 years of experience, ADP offers a wide range of human resource, payroll, tax and benefits administration solutions from a single source. ADP's easy-to-use solutions for employers provide superior value to companies of all types and sizes. ADP is also a leading provider of integrated computing solutions to auto, truck, motorcycle, marine, recreational vehicle, agriculture and heavy equipment dealers throughout the world. For more information about ADP or to contact a local ADP sales office, reach us at 1.800.225.5237 or visit the company's Web site at www.ADP.com.

**About RedBumper**

**RedBumper** is a firm founded in 2010 by Bruce Thompson (the founder of AAX) and based in McKinney, Texas (near Dallas). The RedBumper mission is to take a new approach, offering fresh and creative tools the industry has never seen while at the same time leveraging proven technology on a smart phone centric platform.

Media Contact

Michelle Benko

ADP Dealer Services 847.485.4389

michelle.benko@adp.com

©Copyright 2020 Brian Pasch Enterprises (BPE)