# Table A
# Filed Under Seal