**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |
| *ALL CASES* | |

**DECLARATION OF DEREK T. HO IN SUPPORT OF MDL PLAINTIFFS'**
**OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

I, Derek T. Ho, pursuant to 28 U.S.C. § 1746, declare as follows. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C. I respectfully submit this declaration in support of the following filings, which are being filed concurrently with this Declaration:

a. Plaintiff Authenticom, Inc.s' Opposition to Defendants CDK Global, LLC's ad the Reynolds and Reynolds Company's Motion for Summary Judgment.

b. MDL Plaintiffs' Joint Response to Defendants CDK Global, LLC and The Reynolds and Reynolds Company's Joint Statement of Common Undisputed Material Facts in Support of Their Motions for Summary Judgment.

c. MDL Plaintiffs' Statement of Additional Facts in Opposition to Defendants' Motion for Summary Judgment.

d. Plaintiff AutoLoop's Opposition to Defendant CDK Global, LLC's Motion for Summary Judgment

e. Plaintiff Authenticom, Inc.'s Opposition to Counterclaimant's The Reynolds and Reynolds Company's Motion for Partial Summary Judgment

f.     Plaintiff Authenticom Inc.'s Responses to Counterclaimant's The Reynolds and Reynolds Company's Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment

g.     Plaintiff Motor Vehicle Software Corporation's Opposition To Defendant The Reynolds And Reynolds Company's Motion For Summary Judgment

h.     Plaintiff Motor Vehicle Software Corporation's Responses to Defendant The Reynolds and Reynolds Company's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment.

All of the documents attached to this Declaration and identified below (Exhibits 1 – 503), are true and correct copies of the identified documents and have been designated, as appropriate, under the Second Amended Agreed Confidentiality Order in this case (Dkt. 650).

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | Deposition transcript of Elizabeth Ayotte (Oct. 18, 2018) (EXCERPTS) |
| 2 | Deposition transcript of Brian Clements (Oct. 24, 2018) (EXCERPTS) |
| 3 | Deposition transcript of Jon Martin (Nov. 14, 2018) (EXCERPTS) |
| 4 | Deposition transcript of Joseph Nemelka (Nov. 14, 2018) (EXCERPTS) |
| 5 | Deposition transcript of Kevin Distelhorst (Nov. 15, 2018) (EXCERPTS) |
| 6 | Deposition transcript of Trey Gerlich (Nov. 28, 2018) (EXCERPTS) |
| 7 | Deposition transcript of Anthony Petruzzelli (Nov. 28, 2018) (EXCERPTS) |
| 8 | Deposition transcript of Keith Jezek (Nov. 30, 2018) (EXCERPTS) |
| 9 | Deposition transcript of Keith Hill (Dec. 5, 2018) (EXCERPTS) |
| 10 | Deposition transcript of Ron Workman (Dec. 7, 2018) (EXCERPTS) |
| 11 | Deposition transcript of Jonathan Strawsburg (Dec. 13, 2018) (EXCERPTS) |

| 12 | Deposition transcript of Larry Colson (Dec. 20, 2018) (EXCERPTS) |
| 13 | Deposition transcript of William Munns (Dec. 21, 2018) (EXCERPTS) |
| 14 | Deposition transcript of Robert Karp (Jan. 8, 2019) (EXCERPTS) |
| 15 | Deposition transcript of Robert Brockman (Jan. 16, 2019) (Day 1) (EXCERPTS) |
| 16 | Deposition transcript of Robert Brockman (Jan. 17, 2019) (Day 2) (EXCERPTS) |
| 17 | Deposition transcript of Napa Bulusu (Jan. 25, 2019) (EXCERPTS) |
| 18 | Deposition transcript of Ronald Lamb (Jan. 25, 2019) (EXCERPTS) |
| 19 | Deposition transcript of Vince Rubino (Jan. 28, 2019) (EXCERPTS) |
| 20 | Deposition transcript of Dara Goroff (Feb. 1, 2019) (EXCERPTS) |
| 21 | Deposition transcript of Malcolm Thorne (Feb. 7, 2019) (EXCERPTS) |
| 22 | Deposition transcript of Paul Whitworth (Individual) (Feb. 8, 2019) (EXCERPTS) |
| 23 | Deposition transcript of Katie Wiersgalla (Feb. 12, 2019) (EXCERPTS) |
| 24 | Deposition transcript of Michael Noser (Feb.13, 2019) (EXCERPTS) |
| 25 | Deposition transcript of Kevin Witt (Feb. 20, 2019) (EXCERPTS) |
| 26 | Deposition transcript of Dan McCray (Feb. 22, 2019) (EXCERPTS) |
| 27 | Deposition transcript of Mark Johnson (Feb. 28, 2019) (EXCERPTS) |
| 28 | Deposition transcript of Howard Gardner (Mar. 6, 2019) (Day 1) (EXCERPTS) |
| 29 | Deposition transcript of Howard Gardner (Mar. 7, 2019) (Day 2) (EXCERPTS) |
| 30 | Deposition transcript of Phillip Battista (Mar. 14, 2019) (EXCERPTS) |
| 31 | Deposition transcript of Don Armstrong (Individual) (Mar. 19, 2019) (EXCERPTS) |
| 32 | Deposition transcript of Don Armstrong (30(b)(6)) (Mar. 20, 2019) (EXCERPTS) |
| 33 | Deposition transcript of Michael Trasatti (Mar. 20, 2019) (EXCERPTS) |
| 34 | Deposition transcript of Allan Stejskal (Mar. 26, 2019) (EXCERPTS) |
| 35 | Deposition transcript of Kelly Thomas (Mar. 29, 2019) (EXCERPTS) |

| 36 | Deposition transcript of Scott Herbers (Apr. 3, 2019) (EXCERPTS) |
| 37 | Deposition transcript of Lucas Baerg (Apr. 4, 2019) (EXCERPTS |
| 38 | Deposition transcript of Joseph Keonig (Apr. 9, 2019) (EXCERPTS) |
| 39 | Deposition transcript of Steve Anenen (Apr. 10, 2019) (EXCERPTS) |
| 40 | Deposition transcript of Brad Perry (Apr. 11, 2019) (EXCERPTS) |
| 41 | Deposition transcript of Neal East (Apr. 16, 2019) (EXCERPTS) |
| 42 | Deposition transcript of Robert Schaefer (Apr. 17, 2019) (Day 1) (EXCERPTS) |
| 43 | Deposition transcript of James Quinlan (Apr. 18, 2019) (EXCERPTS) |
| 44 | Deposition transcript of Robert Schaefer (Apr. 18, 2019) (Day 2) (EXCERPTS) |
| 45 | Deposition transcript of Thomas Elliott (Apr. 19, 2019) (EXCERPTS) |
| 46 | Deposition transcript of Wayne Johnston (Apr. 23, 2019) (EXCERPTS) |
| 47 | Deposition transcript of Brian Green (Apr. 25, 2019) (EXCERPTS) |
| 48 | Deposition transcript of Jason Burton (Apr. 26, 2019) (EXCERPTS) |
| 49 | Deposition transcript of Paul Whitworth (30(b)(6)) (Apr. 26, 2019) (EXCERPTS) |
| 50 | Deposition transcript of Kelly Hall (May 2, 2019) (EXCERPTS) |
| 51 | Deposition transcript of Keith Hill (30(b)(6)) (May 2, 2019) (EXCERPTS) |
| 52 | Deposition transcript of Aaron Medina (May 8, 2019) (EXCERPTS) |
| 53 | Deposition transcript of Christine Muntanion (May 8, 2019) (EXCERPTS) |
| 54 | Deposition transcript of Mark Thorpe and Garrett Thorpe (May 14, 2019) (EXCERPTS) |
| 55 | Deposition transcript of Alan Andreu (May 19, 2019) (EXCERPTS) |
| 56 | Deposition transcript of Gordon Klein (Jan. 10, 2020) (EXCERPTS) |
| 57 | Deposition transcript of Michael Whinston (Jan. 10, 2020) (EXCERPTS) |
| 58 | Deposition transcript of Nancy Miracle (Jan. 15, 2020) (EXCERPTS) |
| 59 | Deposition transcript of Mark Israel (Jan. 17, 2020) (EXCERPTS) |

| 60 | Deposition transcript of Kevin Murphy (Jan. 24, 2020) (EXCERPTS) |
|----|---|
| 61 | Deposition transcript of Timothy Bresnahan (Jan. 31, 2020) (EXCERPTS) |
| 62 | Excerpts from the transcript of the June 26, 2017 (Day 1 Afternoon Session) Preliminary Injunction Hearing in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 162 ("PI Hearing Tr. 1-P") |
| 63 | Excerpts from the transcript of the June 27, 2017 (Day 2 Afternoon Session) Preliminary Injunction Hearing in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 163 ("PI Hearing Tr. 2-P") |
| 64 | Excerpts from the transcript of the June 26, 2017 (Day 1 Morning Session) Preliminary Injunction Hearing in Authenticom, Inc. v. CDK Global, *LLC*, No. 17-318 (W.D. Wis.), Dkt. 164 ("PI Hearing Tr. 1-A") |
| 65 | Excerpts from the transcript of the June 27, 2017 (Day 2 Morning Session) Preliminary Injunction Hearing in *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 165 ("PI Hearing Tr. 2-A") |
| 66 | Transcript of Preliminary Injunction Hearing on June 3, 2020 (Day 2 - Afternoon), *CDK Global LLC v. Brnovich*, D. Ariz. No. 2:19-cv-04849-GMS, Dkt. 127 |
| 67 | Letter from J. Glickstein to C. Bonomo regarding CVR Deposition (May 29, 2019) |
| 68 | Deposition transcript of David Lampert (June 25, 2019) (EXCERPTS) |
| 69 | NADA Annual Financial Profile of America's Franchised New-Car Dealerships (2019) |
| 70 | Automotive News - Data system is Brockman's latest surprise |
| 71 | Automotive News - Dealers get new management system option |
| 72 | Automotive News - Top 150 Dealerships in US - 2019 (released March 2020) |
| 73 | CDK webpage: CDK Global to Acquire ELEAD1ONE |
| 74 | CDK webpage: CDK Locations |
| 75 | Dealertrack webpage: Dealertrack Locations |
| 76 | Tech Terms Definition of PS/2 (Personal System_2) |
| 77 | MVSC – Don McNamara Offer Letter W4 |
| 78 | Email from E. Partida to K. Kimball, et al., Re Fwd FLSP change (4-28-15) |

| 79 | Email from J Nemelka to Jackley & Fricker, DMVdesk–AB 516 & UCS (RCI) |
| 80 | Jamison Offer Letter W4 |
| 81 | DX 109[1] (CDK-0116100) |
| 82 | DX 744 (AUTH_00167028) |
| 83 | DX 762 (AUTH_00468038) |
| 84 | DX 924 (COX_0005014) |
| 85 | DX 1123: InDesign Data webpage: Announcing DMSconnect Generation 4 |
| 86 | DX 1237: Forensics Report of Brian Halpin (Aug. 26, 2019) |
| 87 | PX 2 (CDK-0470596) |
| 88 | PX 24 (CDK-0569059) |
| 89 | PX 62 (CDK-0767468) |
| 90 | PX 63 (CDK-0802386) |
| 91 | PX 125 (REYMDL00233147) |
| 92 | PX 139 (CDK-1424529) |
| 93 | PX 148 (REYMDL00068351) |
| 94 | PX 151 (MVSC_MDL_0009716) |
| 95 | PX 186 (REYMDL00109185) |
| 96 | PX 187 (REYMDL00109651) |
| 97 | PX 188 (REYMDL00270151) |
| 98 | PX 252 (CDK-0801743) |
| 99 | PX 254 (CDK-0838850) |
| 100 | PX 255 (CDK-2286511) |
| 101 | PX 256 (CDK-1518883) |

---

[1] "DX" and "PX" refer to exhibits marked at depositions in this litigation.

| 102 | PX 257 (CDK-0905356) |
|-----|----------------------|
| 103 | PX 268 (CDK-0395057) |
| 104 | PX 280 (CDK-0032707) |
| 105 | PX 298 (CDK-2741409) |
| 106 | PX 300 (CDK-0194969) |
| 107 | PX 302 (CDK-2699033) |
| 108 | PX 353 (REYMDL00583139) |
| 109 | PX 374 (REYMDL00039156) |
| 110 | PX 381 (REYMDL00480055) |
| 111 | PX 382 (REYMDL00574089) |
| 112 | PX 383 (REYMDL00534306) |
| 113 | PX 390 (REYMDL00043744) |
| 114 | PX 391 (REYMDL00574717) |
| 115 | PX 394 (REYMDL00037733) |
| 116 | PX 395 (REYMDL00036133) |
| 117 | PX 396 (REYMDL00116429) |
| 118 | PX 442 (CDK-3059251) |
| 119 | PX 444 (CDK-2462263) |
| 120 | PX 445 (CDK-0223018) |
| 121 | PX 446 (CDK-2053727) |
| 122 | PX 459 (CDK-0021983) |
| 123 | PX 465 (CDK-0175731) |
| 124 | PX 476 (REYMDL00118770) |
| 125 | PX 477 (REYMDL00117707) |

| 126 | PX 488 (REYMDL00238184) |
| 127 | PX 489 (REYMDL00333373) |
| 128 | PX 491 (CDK-1727401) |
| 129 | PX 497 (REYMDL00265020) |
| 130 | PX 498 (REYMDL00118362) |
| 131 | PX 499 (REYMDL00117613) |
| 132 | PX 527 (REYMDL00260867) |
| 133 | PX 550 (CDK-2884307) |
| 134 | PX 555 (CDK-0236500) |
| 135 | PX 559 (CDK-1100311) |
| 136 | PX 564 (CDK-1227767) |
| 137 | PX 565 (CDK-1126090) |
| 138 | PX 568 (CDK-0072372) |
| 139 | PX 577 (CDK-1752981) |
| 140 | PX 578 (CDK-1228533) |
| 141 | PX 595 (CDK-2827504) |
| 142 | PX 602 (CDK-3015148) |
| 143 | PX 638 - Automotive News: "InfoTech Question & Answer: Deal puts Brockman in the Spotlight" |
| 144 | PX 641 (CDK-0903802) |
| 145 | PX 642 (REYMDL00260942) |
| 146 | PX 644 (REYMDL00261631) |
| 147 | PX 672 (REYMDL00048078) |
| 148 | PX 673 (REYMDL00470609) |
| 149 | PX 676 (REYMDL00246636) |

| 150 | PX 677 (COX_0004893) |
| 151 | PX 682 (REYMDL00298564) |
| 152 | PX 684 (REYMDL00016612) |
| 153 | PX 691 (REYMDL00243259) |
| 154 | PX 711 (CDK-0189652) |
| 155 | PX 714 (CDK-1693816) |
| 156 | PX 717 (CDK-1617197) |
| 157 | PX 725 (CDK-0048439) |
| 158 | PX 736 (CDK-0008049) |
| 159 | PX 740 (CDK-1222549) |
| 160 | PX 741 (CDK-0124033) |
| 161 | PX 766 (CDK-3107857) |
| 162 | PX 770 (CDK-1190297) |
| 163 | PX 772 (CDK-0117339) |
| 164 | PX 778 (NADA-101207) |
| 165 | PX 779 (NADA-2002484) |
| 166 | PX 813 (TL00000147) |
| 167 | PX 815 (TL00000179) |
| 168 | PX 819 (AUTH 00144031) |
| 169 | PX 833 (CDK-1811723) |
| 170 | PX 840 (CDK-2985164) |
| 171 | PX 851 (CDK-0843479) |
| 172 | PX 865 (CDK-0759281) |
| 173 | PX 867 (CDK-2279734) |

| 174 | PX 872 (CDK-1390278) |
| 175 | PX 875 (CDK-0974988) |
| 176 | PX 877 (CDK-0771480) |
| 177 | PX 878 (CDK-1524403) |
| 178 | PX 879 (CDK-1478961) |
| 179 | PX 882 (CDK-2395864) |
| 180 | PX 883 (CDK-0872981) |
| 181 | PX 892 (CDK-1402527) |
| 182 | PX 896 (CDK-2879756) |
| 183 | PX 897 - Declaration of Dan McCray dated June 16, 2017 (*Authenticom*, Dkt. 95) |
| 184 | PX 900 (CDK-0816958) |
| 185 | PX 902 (CDK-0061312) |
| 186 | PX 906 (CDK-2117316) |
| 187 | PX 907 (CDK-0950675) |
| 188 | PX 908 (CDK-1442845) |
| 189 | PX 910 (CDK-0161685) |
| 190 | PX 911 (CDK-2927804) |
| 191 | PX 914 (CDK-2884061) |
| 192 | PX 926 (CDK-0214373) |
| 193 | PX 938 (CDK-0817806) |
| 194 | PX 939 (CDK-2401731) |
| 195 | PX 946 (CDK-0832938) |
| 196 | PX 948 (CDK-0802599) |
| 197 | PX 951 (CDK-2238112) |

| 198 | PX 953 (CDK-0223000) |
|-----|----------------------|
| 199 | PX 954 (CDK-2239175) |
| 200 | PX 960 (CDK-0189717) |
| 201 | PX 961 (CDK-2862100) |
| 202 | PX 964 (CDK-0917344) |
| 203 | PX 965 (CDK-1425510) |
| 204 | PX 967 (CDK-0792551) |
| 205 | PX 971 (CDK 0177998) |
| 206 | PX 972 (CDK-3058535) |
| 207 | PX 988 (CDK-2667336) |
| 208 | PX 992 (CDK-0039289) |
| 209 | PX 1007 (SIS_DMS_0012987) |
| 210 | PX 1008 (CDK-2194527) |
| 211 | PX 1034 - Digital Motorworks Supports Automotive E- Commerce Initiatives |
| 212 | PX 1065 (CDK-0166419) |
| 213 | PX 1093 (CVR-0296000) |
| 214 | PX 1094 (CVR-0017600) |
| 215 | PX 1095 (CVR-0019670) |
| 216 | PX 1096 (CVR-0023112) |
| 217 | PX 1097 (CDK-0235603) |
| 218 | PX 1098 (CVR-0017627) |
| 219 | PX 1100 (CDK-1725890) |
| 220 | PX 1101 (CVR-0551756) |
| 221 | PX 1105 (CVR-0018040) |

| 222 | PX 1109 (CDK-0981583) |
|-----|------------------------|
| 223 | PX 1114 (CDK-0979848) |
| 224 | PX 1123 (AUTOALERT0000050) |
| 225 | PX 1126 (AUTOALERT0000015) |
| 226 | PX 1157 (AUTOALERT0000060) |
| 227 | PX 1158 (REYMDL00072101) |
| 228 | PX 1188 (CDK-1186831) |
| 229 | PX 1209 (CDK-1170486) |
| 230 | PX 1211 (CDK-3111769) |
| 231 | PX 1220 (CDK-0263393) |
| 232 | PX 1230 (CDK-1747630) |
| 233 | PX 1231 (CDK-0238589) |
| 234 | PX 1232 (CDK-0465375) |
| 235 | PX 1233 (CDK-0235183) |
| 236 | PX 1247 (CDK-2666064) |
| 237 | PX 1259 (CVR-0068171) |
| 238 | PX 1260 (CVR-0557189) |
| 239 | PX 1261 (CVR-0072273) |
| 240 | PX 1267 (CVR-0548745) |
| 241 | PX 1268 (CVR-0033397) |
| 242 | PX 1269 (CVR-0034171) |
| 243 | PX 1270 (CVR-0166086) |
| 244 | PX 1284 SIS DMS 0002391 |
| 245 | PX 1388 (CDK-0801423) |

| 246 | PX 1389 (CDK-0801245) |
| 247 | PX 1390 (CDK-2182964) |
| 248 | PX 1392 (CDK-0222945) |
| 249 | PX 1394 (REYMDL00243035) |
| 250 | PX 1402 (REYMDL00064849) |
| 251 | PX 1411 (REYMDL00221475) |
| 252 | PX 1470 (CDK-0039514) |
| 253 | PX 1504 (CDK-2270358) |
| 254 | PX 1524 (REYMDL00479400) |
| 255 | PX 1539 (CVR-0314202) |
| 256 | PX 1540 (CVR-0017625) |
| 257 | PX 1548 (CVR-0071095) |
| 258 | PX 1555 (CDK-0222761) |
| 259 | PX 1558 (CDK-0175308) |
| 260 | PX 1559 (CDK-1776825) |
| 261 | PX 1563 (CDK-0012615) |
| 262 | PX 1703 Expert Report of Timothy Bresnahan (Nov. 15, 2019) |
| 263 | PX 1708 – CDK DMS Competitive Wins (2013-2018) |
| 264 | Terms and Conditions (*Authenticom*, Dkt 65-3) |
| 265 | AUTH_00017254 |
| 266 | AUTH_00036305 |
| 267 | AUTH_00169148 |
| 268 | AUTOALERT0000005 |
| 269 | BAYSTATE Pages from AutoAlert Baystate Invoices |

| 270 | BAYSTATE0001499_DMS001BAYSTATE |
| 271 | CDK-0000786 - 2017 06 16 [106-26] Exh 24 |
| 272 | CDK-0001039 - 2017 06 16 [106-38] Exh 31 |
| 273 | CDK-0014801 |
| 274 | CDK-0019518 |
| 275 | CDK-0021117 |
| 276 | CDK-0039608 |
| 277 | CDK-0041174 |
| 278 | CDK-0042748 |
| 279 | CDK-0043105 |
| 280 | CDK-0049806 |
| 281 | CDK-0049815 |
| 282 | CDK-0053940 |
| 283 | CDK-0066958 |
| 284 | CDK-0073775 |
| 285 | CDK-0113318 |
| 286 | CDK-0164275 |
| 287 | CDK-0164405 |
| 288 | CDK-0223036 |
| 289 | CDK-0231111 |
| 290 | CDK-0258167 |
| 291 | CDK-0340005 |
| 292 | CDK-0567453 |
| 293 | CDK-0591722 |

| 294 | CDK-0596624 |
|-----|-------------|
| 295 | CDK-0728579 |
| 296 | CDK-0793256 |
| 297 | CDK-0800391 |
| 298 | CDK-0800658 |
| 299 | CDK-0801277 |
| 300 | CDK-0801866 |
| 301 | CDK-0802267 |
| 302 | CDK-0802567 |
| 303 | CDK-0802987 |
| 304 | CDK-0803339 |
| 305 | CDK-0803492 |
| 306 | CDK-0803767 |
| 307 | CDK-0804042 |
| 308 | CDK-0832738 |
| 309 | CDK-0833700 |
| 310 | CDK-0834484 |
| 311 | CDK-0834717 |
| 312 | CDK-0834881 |
| 313 | CDK-0834924 |
| 314 | CDK-0835049 |
| 315 | CDK-0835598 |
| 316 | CDK-0838841 |
| 317 | CDK-0839308 |

| 318 | CDK-0847064 |
| 319 | CDK-0853632 |
| 320 | CDK-0854328 |
| 321 | CDK-0863517 |
| 322 | CDK-0872416 |
| 323 | CDK-0873420 |
| 324 | CDK-0904950 |
| 325 | CDK-0912660 |
| 326 | CDK-0917213 |
| 327 | CDK-0925519 |
| 328 | CDK-0948268 |
| 329 | CDK-0954976 |
| 330 | CDK-0954977 |
| 331 | CDK-0964268 |
| 332 | CDK-0985116 |
| 333 | CDK-0985117 |
| 334 | CDK-0988078 |
| 335 | CDK-1076188 |
| 336 | CDK-1210721 |
| 337 | CDK-1298856 |
| 338 | CDK-1313249 |
| 339 | CDK-1363611 |
| 340 | CDK-1399751 |
| 341 | CDK-1404709 |

| 342 | CDK-1432824 |
| 343 | CDK-1496219 |
| 344 | CDK-1715518 |
| 345 | CDK-1716323 |
| 346 | CDK-1716774 |
| 347 | CDK-1721920 |
| 348 | CDK-1727545 |
| 349 | CDK-1769206 |
| 350 | CDK-1836504 |
| 351 | CDK-1836506 |
| 352 | CDK-1836507 |
| 353 | CDK-1867792 |
| 354 | CDK-1994130 |
| 355 | CDK-1994702 |
| 356 | CDK-2109583 |
| 357 | CDK-2140215 |
| 358 | CDK-2239477 |
| 359 | CDK-2243804 |
| 360 | CDK-2308763 |
| 361 | CDK-2401120 |
| 362 | CDK-2452933 |
| 363 | CDK-2682708 |
| 364 | CDK-2682988 |
| 365 | CDK-2685300 |

| 366 | CDK-2720210 |
| 367 | CDK-2737639 |
| 368 | CDK-2856996 |
| 369 | CDK-2862691 |
| 370 | CDK-2919185 |
| 371 | CDK-2931055 |
| 372 | CDK-2933245 |
| 373 | CDK-3117554 |
| 374 | CONTINENTAL0021501_DMS003CONTINENTAL |
| 375 | COX_0006827 |
| 376 | COX_0047149 |
| 377 | CVR-0000037 |
| 378 | CVR-0017653 |
| 379 | CVR-0024146 |
| 380 | CVR-0313979 |
| 381 | CVR-0519434 |
| 382 | DOMINION-00045801 |
| 383 | DOMINION-00149091 |
| 384 | IMPACT000070 |
| 385 | IMPACT000352 |
| 386 | IMPACT000399 |
| 387 | JOHN_ONEIL0000223_DMS001JOHN_ONEIL |
| 388 | JOHN_ONEIL0001878_DMS001JOHN_ONEIL |
| 389 | JOHN_ONEIL0002191_DMS001JOHN_ONEIL |

| 390 | JOHN_ONEIL0005117_DMS005JOHN_ONEIL |
| 391 | JOHN_ONEIL0005122_DMS005JOHN_ONEIL |
| 392 | KENNY_THOMAS0006642 |
| 393 | MVSC_MDL_0001908 |
| 394 | MVSC_MDL_0003940 |
| 395 | MVSC_MDL_0007415 |
| 396 | MVSC_MDL_0016208 |
| 397 | MVSC_MDL_0016934 |
| 398 | MVSC_MDL_0027566 |
| 399 | MVSC_MDL_0039897 |
| 400 | MVSC_MDL_0040451 |
| 401 | MVSC_MDL_0041226 |
| 402 | MVSC_MDL_0041446 |
| 403 | MVSC_MDL_0050251 |
| 404 | MVSC_MDL_0050387 |
| 405 | MVSC_MDL_0050390 |
| 406 | MVSC_MDL_0050710 |
| 407 | MVSC_MDL_0050807 |
| 408 | MVSC_MDL_0050833 |
| 409 | MVSC_MDL_0051377 |
| 410 | MVSC_MDL_0052582 |
| 411 | MVSC_MDL_0058737 |
| 412 | MVSC_MDL_0058926 |
| 413 | MVSC_MDL_0059698 |

| 414 | MVSC_MDL_0060313 |
|-----|------------------|
| 415 | MVSC_MDL_0060454 |
| 416 | MVSC_MDL_0061433 |
| 417 | MVSC_MDL_0063839 |
| 418 | MVSC_MDL_0068311 |
| 419 | MVSC_MDL_0069731 |
| 420 | MVSC_MDL_0069878 |
| 421 | MVSC_MDL_0069938 |
| 422 | MVSC_MDL_0069961 |
| 423 | MVSC_MDL_0069963 |
| 424 | MVSC_MDL_0071899 |
| 425 | MVSC_MDL_0071900 |
| 426 | MVSC_MDL_0071901 |
| 427 | MVSC_MDL_0071902 |
| 428 | MVSC_MDL_0079497 |
| 429 | MVSC_MDL_0082956 |
| 430 | MVSC_MDL_0085161 |
| 431 | MVSC_MDL_0085266 |
| 432 | PAG_0000332 |
| 433 | PAG_0000350 |
| 434 | PAG_0000471 |
| 435 | REYMDL00036144 |
| 436 | REYMDL00037507 |
| 437 | REYMDL00039153 |

| 438 | REYMDL00039352 |
|-----|----------------|
| 439 | REYMDL00062093 |
| 440 | REYMDL00110417 |
| 441 | REYMDL00115804 |
| 442 | REYMDL00117700 |
| 443 | REYMDL00189335 |
| 444 | REYMDL00200844 |
| 445 | REYMDL00200976 |
| 446 | REYMDL00207183 |
| 447 | REYMDL00238492 |
| 448 | REYMDL00247621 |
| 449 | REYMDL00537499 |
| 450 | REYMDL00597237 |
| 451 | REYMDL00936975 |
| 452 | REYMDL01076538 |
| 453 | SIS_DMS_0014157 |
| 454 | SLP_CDK00000300 |
| 455 | STEVENS0005244_DMS003STEVENS |
| 456 | SUNROAD_0001735 |
| 457 | SUNROAD_0001840 |
| 458 | 2020 07 27 Acciavatti Declaration |
| 459 | 2020 07 27 Zhao Declaration |
| 460 | Declaration of Sumanth Addanki, Ph.D (June 19, 2017) (*Authenticom* Dkt. 130) |
| 461 | Declaration of Joseph Nemelka in support of Damages Report (Aug. 26, 2019) |

| 462 | CDK-0767624 |
| 463 | REYMDL00259866 |
| 464 | DX 1240 - Declaration of Steve Cottrell (Dec. 18, 2020) |
| 465 | PX 234 |
| 466 | CDK-0186600 |
| 467 | Declaration of Steve Cottrell (July 28, 2020) |
| 468 | PX 818 |
| 469 | PX 1253 |
| 470 | PX 447 |
| 471 | CDK-0222940 |
| 472 | CDK-0911715 |
| 473 | CDK-0182153 |
| 474 | PX 651 |
| 475 | AUTH_00171748 |
| 476 | DX 1076 |
| 477 | REYMDL00259866 |
| 478 | MVSC_MDL_0021778 |
| 479 | Email from S. Canterberry (Title Clerk) to R. Skolnick, Fwd Thank You For Your Time (6-12-15) |
| 480 | Email from E. van Nieuwberg to J. Nemelka, Fwd Maita Automotive and CDK (8-8-19) |
| 481 | Email from J. Capponi to L. Perine, et al., DMV Desk Third Party Access For RPM (3-2-18) |
| 482 | PX 746 |
| 483 | PX 1249 |
| 484 | PX 1245 |

| 485 | PX 1248 |
|---|---|
| 486 | PX 1250 |
| 487 | CDK-2665672 |
| 488 | PX 980 |
| 489 | PX 937 |
| 490 | PX 576 |
| 491 | PX 1020 |
| 492 | PX 275 |
| 493 | CDK-3121097 |
| 494 | PX 1180 |
| 495 | PX 248 |
| 496 | PX 1426 |
| 497 | PX 864 |
| 498 | PX 569 |
| 499 | PX 949 |
| 500 | CDK-0050564 |
| 501 | COX_0037531 |
| 502 | CDK-3111902 |
| 503 | CDK-0983553 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 28, 2020

/s/ *Derek T. Ho*
Derek T. Ho