# Exhibit 1

## PUBLIC - REDACTED

# Exhibit 2

## PUBLIC - REDACTED

# Exhibit 3

## PUBLIC - REDACTED

# Exhibit 4

**PUBLIC - REDACTED**

# Exhibit 5

## PUBLIC - REDACTED

# Exhibit 6

**PUBLIC - REDACTED**

# Exhibit 7

**PUBLIC - REDACTED**

# Exhibit 8

**PUBLIC - REDACTED**

# Exhibit 9

**PUBLIC - REDACTED**

# Exhibit 10

## PUBLIC - REDACTED

# Exhibit 11

## PUBLIC - REDACTED

# Exhibit 12

**PUBLIC - REDACTED**

# Exhibit 13

**PUBLIC - REDACTED**

# Exhibit 14

## PUBLIC - REDACTED

# Exhibit 15

**PUBLIC - REDACTED**

# Exhibit 16

**PUBLIC - REDACTED**

# Exhibit 17

## PUBLIC - REDACTED

# Exhibit 18

**PUBLIC - REDACTED**

# Exhibit 19

## PUBLIC - REDACTED

# Exhibit 20

**PUBLIC - REDACTED**

# Exhibit 21

**PUBLIC - REDACTED**

# Exhibit 22

**PUBLIC - REDACTED**

# Exhibit 23

**PUBLIC - REDACTED**

# Exhibit 24

**PUBLIC - REDACTED**

# Exhibit 25

## PUBLIC - REDACTED

# Exhibit 26

**PUBLIC - REDACTED**

# Exhibit 27

**PUBLIC - REDACTED**

# Exhibit 28

**PUBLIC - REDACTED**

# Exhibit 29

**PUBLIC - REDACTED**

# Exhibit 30

**PUBLIC - REDACTED**

# Exhibit 31

**PUBLIC - REDACTED**

# Exhibit 32

**PUBLIC - REDACTED**

# Exhibit 33

**PUBLIC - REDACTED**

# Exhibit 34

**PUBLIC - REDACTED**

# Exhibit 35

**PUBLIC - REDACTED**

# Exhibit 36

**PUBLIC - REDACTED**

# Exhibit 37

## PUBLIC - REDACTED

# Exhibit 38

**PUBLIC - REDACTED**

# Exhibit 39

**PUBLIC - REDACTED**

# Exhibit 40

## PUBLIC - REDACTED

# Exhibit 41

**PUBLIC - REDACTED**

# Exhibit 42

**PUBLIC - REDACTED**

# Exhibit 43

## PUBLIC - REDACTED

# Exhibit 44

## PUBLIC - REDACTED

# Exhibit 45

**PUBLIC - REDACTED**

# Exhibit 46

**PUBLIC - REDACTED**

# Exhibit 47

**PUBLIC - REDACTED**

# Exhibit 48

## PUBLIC - REDACTED

# Exhibit 49

**PUBLIC - REDACTED**

# Exhibit 50

**PUBLIC - REDACTED**

# Exhibit 51

**PUBLIC - REDACTED**

# Exhibit 52

**PUBLIC - REDACTED**

# Exhibit 53

## PUBLIC - REDACTED

# Exhibit 54

**PUBLIC - REDACTED**

# Exhibit 55

## PUBLIC - REDACTED

# Exhibit 56

**PUBLIC - REDACTED**

# Exhibit 57

**PUBLIC - REDACTED**

# Exhibit 58

**PUBLIC - REDACTED**

# Exhibit 59

**PUBLIC - REDACTED**

# Exhibit 60

## PUBLIC - REDACTED

# Exhibit 61

## PUBLIC - REDACTED