# Exhibit 65

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

AUTHENTICOM, INC.,

    Plaintiff,

 -vs-             Case No. 17-CV-318-JDP

CDK GLOBAL, LLC and       Madison, Wisconsin
THE REYNOLDS AND REYNOLDS COMPANY,  June 27, 2017
               8:04 a.m.

     Defendants.

_____

STENOGRAPHIC TRANSCRIPT OF SECOND DAY OF EVIDENTIARY HEARING
**(MORNING SESSION)**
HELD BEFORE CHIEF U.S. DISTRICT JUDGE JAMES D. PETERSON

APPEARANCES:

For the Plaintiff:

    Godfrey & Kahn S.C.
    BY: JENNIFER L. GREGOR
    One East Main Street, Suite 500
    Madison, Wisconsin 53701

    Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
    BY: MICHAEL N. NEMELKA
      AARON M. PANNER
      DAVID L. SCHWARZ
      DEREK T. HO
      JOANNA T. ZHANG
      JOSHUA HAFENBRACK
      KEVIN J. MILLER
    1615 M Street, N.W.
    Suite 400
    Washington, D.C. 20036

    Jennifer L. Dobbratz, RMR, CRR, CRC
    U.S. District Court Federal Reporter
    United States District Court
    120 North Henry Street, Rm. 410
    Madison, Wisconsin 53703
    (608) 261-5709

```
 1    the system.  What I have done for Authenticom is create a user

 2    ID just for Authenticom that has access to a single function,

 3    ENG, which is basically -- it's an English statement processor

 4    where you type your query in a language they don't call SQL.

 5    They call it English.  You type an English statement, and the

 6    results of your question is spilled to the screen that they then

 7    scrape.

 8              THE COURT:  What is English?  You mean like --

 9              THE WITNESS:  English is CDK or ADP's flavor or name

10    for SQL, Structured Query.

11              THE COURT:  Okay.  So you still have to know how to

12    write a SQL query.

13              THE WITNESS:  Right.  It's close, you know, like list,

14    and then you say the file name you want to list the data from,

15    and then you put your parameters.  Maybe you only want a day's

16    worth of data.  You don't want to spill all the data.  You just

17    want updates and then the fields you want, and that's how

18    they're written.

19              THE COURT:  Okay.  So there's a common-sense dimension

20    to it, but you can't -- you need some training on how to present

21    what they call an English query.

22              THE WITNESS:  Right.  And I've been to their system

23    administrator classes in Clackamas, Oregon.

24              THE COURT:  So it's not like just doing a Google

25    search that you --
```

WAYNE FITKIN - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 4 of 41 PageID #:81320
Case: 3:1?-cv-00?19-jdp Document #: 165 Filed: 08/17/?? Page 9 of 18?

2-A-9

```
 1            THE WITNESS:  No, no, no, no.  It's a flavor originally
 2     designed for a fossil of an operating system called Pick that is
 3     still running on their systems today.
 4            THE COURT:  Okay.
 5            THE WITNESS:  And that's the query language.
 6            THE COURT:  Okay.  I get it.
 7            THE WITNESS:  It's called English.
 8            THE COURT:  I got it.
 9     BY MS. GREGOR:
10     Q    How does the level of access that Authenticom has compare
11     to your access as the IT administrator for the dealership?
12     A    I have the keys to the kingdom.  There's not a feature that
13     I can't run, full access to every single thing on every single
14     account.  Authenticom has access to limited accounts and to a
15     single function, ENG, for the purpose of retrieving the data
16     that I need them to retrieve so that they can -- I like to call
17     it feeding the children.  All the third-party vendors that need
18     the data, I call that feeding the children.  So they gather the
19     data, normalize the data, check the addresses against the NCOA
20     database, and then send the feeds to a couple dozen third-party
21     vendors that I use.
22     Q    Did you hear testimony yesterday about manual reporting?
23     A    I did hear that.  I heard that quite a bit, and I have to
24     say I understand that CDK and Reynolds offer a way for me to do
25     that manually.  Here is the thing about manual:  Manual doesn't
```

WAYNE FITKIN - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 5 of 41 PageID #:81321
Case: 1:18-cv-00864 Jup Document #: 2650 Filed: 07/09/17 Page 10 of 168

2-A-10

1    work.  Take the case of the open recall vendor that was here

2    yesterday.  It's 50 stores.  He's got to find 50 people, one in

3    each store, to manually run a report, grab the data, and then

4    transmit it to Authenticom.  These people can't have a day off.

5    They can't make a mistake, can't have a vacation.  It doesn't

6    work unless you can automate the process.  You have to be able

7    to automate the process.

8         In the example of -- I'll give you an example.  If I want

9    to get every repair order created every single day and I want

10   the data of all the repair orders that were opened on that day,

11   I have to get that data after the service department closes so

12   they're not creating any more repair orders but before the job

13   stack runs and rolls all the closed ones into the history file.

14   That has to be done between 8:00 and 10:00.  You're not going to

15   have an employee there between 8:00 and 10:00 to do that

16   manually every single day, so manual has no value.  If you're

17   going to do data extractions, it has to be automated.  The

18   minute that CDK takes away the ability to automate these data

19   extractions, they've taken away a valuable tool that I've had

20   for almost 30 years.

21   Q    Can we have Plaintiff's Exhibit 152 on the screen, please?

22   While we're pulling it up, Mr. Fitkin, did you submit a couple

23   of declarations in this proceeding?

24   A    I did.

25   Q    And when was the last time you reviewed those?

WAYNE FITKIN - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 6 of 41 PageID #:81322
Case: 1:18-cv-00864 Jup. Document #: 1e50748cf.07/09/17 of 1 Page 14 of 188

2-A-14

```
 1     Q    How about from a cost perspective?  How has CDK's blocking
 2     affected Walter's Automotive Group?
 3     A    Well, I'll give you an example.  At the beginning of the
 4     year, we were looking at a service appointment software program,
 5     and we chose not to go with it -- the company was XTime --
 6     because of the huge data access fees that were added on because
 7     we were a CDK store, those additional charges.  Now, I had
 8     mentioned that I understand that Authenticom charges $35 a month
 9     for a fee.  Since then and now, the manufacturers have insisted
10     that we go with a program that has an online ability to create a
11     service appointment, so we had to go with XTime.  We were forced
12     into it by Porsche and by Audi, and because of that we had to
13     sign a contract with XTime.  Just one rooftop, over $400 in data
14     access fees imposed by CDK on XTime passed directly back to me
15     for one rooftop for something that used to cost $35.  That's why
16     the dealerships are up in arms.  They're being not only charged
17     for a system to run their business, tens of thousands of dollars
18     a month, but are now faced with thousands upon thousands of
19     dollars in data access charges imposed by CDK to get their own
20     data to do business.
21     Q    Is it important to you, somebody who works for dealerships,
22     to have choice in the vendors and integrators that you work
23     with?
24     A    It is because without competition, they're going to get
25     away with charging that kind of money, and with competition it
```

WAYNE FITKIN - DIRECT

1    would have to fairly charge for the service.  Now, I understand

2    the desire to guard the gate and guard the data.  I do get it.

3    It does make sense, but I trust Authenticom a hundred percent.

4        CDK and Reynolds -- Reynolds has always been like this -- I

5    know that from past -- but CDK had never treated the customers

6    in this manner.  This is new as of recent, and I'm very

7    surprised by it.  I'm not surprised by Brockman treating his

8    customers that way because he always has.  He's always treated

9    the data like it was his data.  I converted three UCS stores in

10   Las Vegas to CDK without a drop of data coming over because I

11   couldn't get it out.  That was the most --

12            THE COURT:  What are UCS stores?

13            THE WITNESS:  In Las Vegas it was Mercedes-Benz of

14   Henderson, Fletcher Jones Imports on Sahara, and Fletcher Jones

15   Toyota on Sahara.

16            THE COURT:  So USC was the dealer group?

17            THE WITNESS:  USC was owned by Bob Brockman.  Reynolds

18   was its own company, which was a great company.  I had seven

19   stores on Reynolds that we bought in an acquisition that I later

20   converted to CDK so all the stores were on one.  We got all the

21   data.  They were a great company, Reynolds and Reynolds, until

22   the day Brockman bought them and selectively kicked off the

23   customers they didn't want anymore that they didn't see value in

24   and kept the ones that they wanted and imposed all these rules

25   that treated the data like it was their data.  They've always

WAYNE FITKIN - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 8 of 41 PageID #:81324
Case 8:10-cv-00310 JDP Document #: 15e0753cb6e2fb71 Page 17 of 41 Page 18 of 184

2-A-16

```
1     been a company that did not allow you to get at your data.

2              MS. GREGOR:  We pass the witness.  No further

3     questions.

4              THE COURT:  Let me ask you one question before we go

5     over for your cross-examination.  Why wouldn't you make the

6     choice, if you're unhappy with CDK because they are grabby about

7     the data like Reynolds was, why wouldn't you go to a DMS

8     provider that had a more open attitude and allowed --

9              THE WITNESS:  Real story?

10             THE COURT:  Yeah.

11             THE WITNESS:  If you want to run a car dealership in

12    today's world, there's really only two viable choices, Reynolds

13    and Reynolds and CDK.  Until somebody really builds something

14    that will do it, those are your only choices.

15             THE COURT:  There's testimony that 28% of the market is

16    non-Reynolds/CDK.

17             THE WITNESS:  I understand that.

18             THE COURT:  So more than a quarter of dealers are using

19    somebody else.

20             THE WITNESS:  I understand that but --

21             THE COURT:  So what's wrong with those people?

22             THE WITNESS:  There's a lot of bad press where people

23    that have gone to that -- other companies, a lot of them come

24    back to either CDK or Reynolds because CDK and Reynolds has been

25    doing this for 30, 40 years, and these companies are trying to
```

—— WAYNE FITKIN - DIRECT ——

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 9 of 41 PageID #:81325
Case: 1:18-cv-00864 Document #: 2650-7 Filed: 07/09/19 Page 10 of 184

2-A-17

1    do something that is so monumental.

2              THE COURT:  You're talking about the --

3              THE WITNESS:  To build something that would run a car

4    dealership is a monumental task.  There's so many moving parts.

5    You have your parts inventory, you have your manufacturers, you

6    have your data -- there is -- it is so complex that people have

7    gone to the 28%, it's not really worked out for them, and a lot

8    of them come back.  CDK and Reynolds can attest to that.  In

9    fact, I think they put something up on the board about how many

10   of them come back.  It's not viable.  There's not really a

11   viable choice to truly handle the accounting, the entire service

12   department, the entire parts department, and sales.  In the case

13   of CDK, their offering for sales is so poor that we use another

14   DMS just for sales called Advent Resources.  They've never been

15   able to bring something to fulfill that need to my past employer

16   or my current employer, both on Advent, because the product is

17   so poor.

18             THE COURT:  That's CDK you're talking about.

19             THE WITNESS:  Yeah.  I went to all 20 of the Fletcher

20   dealerships and put them on CDK's front end and went back to all

21   20 of them, put them back on Advent because the people in the

22   sales department screamed how bad it was.

23             THE COURT:  And so with the 28%, the minority of the

24   market that's non-Reynolds/non-CDK, they're even worse is what

25   you're saying.

WAYNE FITKIN - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 10 of 41 PageID #:81326
Case: 3:17-cv-00918-jdp Document #: 169 Filed: 07/05/19 Page 10 of 184

2-A-18

 1          THE WITNESS:  Yes.  They do not have a product that

 2     will successfully run a car dealership, in my opinion.  It's

 3     either CDK or Reynolds are your only choices.  They own the

 4     market.

 5          THE COURT:  Now, one last clarification before I turn

 6     you over for cross-examination.  I may misuse terms here.  So I

 7     asked you with Walter's Automotive Group how many dealerships it

 8     had, and you said there were four.

 9          THE WITNESS:  Correct.

10          THE COURT:  How many stores?  And when people say

11     "rooftops," does that mean like one location so you've got --

12     explain that to me.

13          THE WITNESS:  I'll give you an example.  On Adams

14     Street we had one rooftop, so it's one account, one contract,

15     but there was a Porsche and an Audi dealership under the

16     rooftop.

17          THE COURT:  Okay.

18          THE WITNESS:  Now that rooftop has moved on to Indiana,

19     the Porsche dealership in a brand new store, so they're not

20     under one rooftop, but they still have one CMF, which is, you

21     know, an account.  So rooftop generally means one franchise, but

22     it could mean more.

23          THE COURT:  Okay.

24          THE WITNESS:  You could have four franchises under a

25     rooftop.

────── WAYNE FITKIN - DIRECT ──────

```
 1    uses offer a secure service?

 2    A    Oh, absolutely.  It's brutally important to us.  We know

 3    it's important to the dealer.  It's important to our reputation.

 4    Q    To the best of your knowledge, did either Authenticom or

 5    SelectQu ever suffer a security data breach?

 6    A    Not to my knowledge.

 7    Q    Are you aware of any dealer ever expressing concern over

 8    the data security offered by either Authenticom or SelectQu?

 9    A    No.

10    Q    Which DMS providers are most commonly used by your dealer

11    customers?

12    A    Overwhelmingly it's Reynolds and Reynolds and CDK.  I would

13    say our customer base is roughly that 70%/30% split.

14    Q    Did there come a time when Dominion stopped using

15    Authenticom or SelectQu for dealers using the Reynolds DMS?

16    A    Yes.  We had a few products under our Autobase umbrella

17    that were forced to go to RCI back in 2011.

18    Q    Why?

19    A    They were the products that, because of what was then the

20    beginning of the blocking that we've heard so much about, really

21    couldn't survive without closer to realtime -- it didn't need to

22    be exactly realtime, but they couldn't live on daily feeds, and

23    they needed to write back.  We had our CRM product, Autobase,

24    the one you asked about earlier, and we also had a Service

25    Scheduler product that would have competed in the space with
```

ALAN ANDREU - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 12 of 41 PageID #:81328
Case: 3:17-cv-00518-jdp Document #: 165-7 Filed: 07/05/17 Page 30 of 184

2-A-30

1    XTime mentioned in the testimony before me.

2    Q    Did the blocking you testified about lead Dominion to

3    change its data integration provider for certain applications?

4    A    For those two we had to go to RCI.  The others we left with

5    either Authenticom or SelectQu.

6    Q    And if you already testified about this, I apologize.

7    About what time frame was this?

8    A    It was in 2011 that we actually signed.

9    Q    In 2011 about how much was Dominion paying to Authenticom

10   on a per-dealer/per-rooftop basis for the Sales Center data?

11   A    So Authenticom wasn't the primary source for Sales Center,

12   but they did use them.  Authenticom at the time charged us $45

13   for the first 500 dealers and then $22.50 for everything over,

14   so the volume we were at then, the average would have been

15   around $35, maybe a little less than $35.

16   Q    During that same time period, about how much did Dominion

17   pay to SelectQu on a per-dealer/per-rooftop basis?

18   A    That was $30 flat.

19   Q    And how much did Reynolds charge Dominion for Sales

20   Center's integration on a per-dealer basis when Sales Center

21   first started using RCI?

22   A    When they first started using RCI, the charge was -- well,

23   they offered three data packages, but the data package most

24   often used, almost always used, was $247 compared to the $30 we

25   were paying SelectQu.

ALAN ANDREU - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 13 of 41 PageID #:81329
Case: 3:17-cv-00219-jdp Document #: 165 Filed: 07/05/18 Page 30 of 184

2-A-31

1    Q    Now, after Reynolds began blocking Authenticom and

2    SelectQu, was there ever a time you were able to serve

3    dealerships using a Reynolds DMS with an integration provider

4    other than RCI?

5    A    Yes.  So that would have been true of everything except

6    Autobase, so we were on Autobase for RCI, but all of our other

7    products continued to use Authenticom and SelectQu, and then

8    about four years later, in 2015, when the blocking had just

9    grown to a point of pain, we switched to DMI to have -- so it's

10   confusing to people.  We switched to DMI, owned by CDK, to pull

11   Reynolds and Reynolds data.

12   Q    How did that come about?

13   A    I got a call from Kevin Distelhorst at CDK in early 2015,

14   probably March or so, and he said that they had an agreement

15   with Reynolds that would allow him to pull Reynolds and Reynolds

16   data.  It would protect me -- and the word he used I'll never

17   forget -- from the "attack" Reynolds was giving us with data

18   lockouts, and lockouts defined as what you've heard the last two

19   days.

20   Q    So did you switch from using Authenticom or SelectQu to

21   using DMI?

22   A    We did.  We switched all of the products that were at

23   Authenticom to DMI and most of the products that were at

24   SelectQu to DMI during that time.

25   Q    Did you have to pay fees to CDK to use DMI to provide the

ALAN ANDREU - DIRECT

```
 1    data integration on Reynolds' DMS?

 2    A     Absolutely.  We moved -- we were there for 15 months, and

 3    in that 15-month period we paid CDK for that data almost a

 4    million dollars.

 5    Q     What happened after the 15-month period was up?

 6    A     Well, that would have been the time during that 15-month

 7    period we were negotiating with Reynolds and Reynolds.

 8    Remember, we knew that CDK's grace period or safe haven or wind

 9    down, whatever you would want to call it, was going to end, and

10    we knew the date.  It was July of 2016.  So we spent that time

11    during that safe haven negotiating with Reynolds and Reynolds to

12    move our data over -- or to move our dealers over so that we

13    would be prepared once DMI stopped.  So by the time it stopped,

14    we had just given up on reaching a fair agreement with Reynolds

15    and Reynolds.

16    Q     How much does Reynolds charge for Sales Center RCI

17    integration today?

18    A     Well, that was actually one of the two main reasons we

19    didn't sign RCI.  They -- the charge that was 247 that you asked

20    about a moment ago in 2011, six years later that same exact data

21    package that was $247 was going to cost us $893 over a six-year

22    period, and among other -- a lot of other reasons that we didn't

23    like the contract, Mr. Schaefer himself called me personally on

24    my mobile and said, "What can we do to make this go forward?"

25          And I said, "Well, there's a lot missing, but the one
```

ALAN ANDREU - DIRECT

1    that's absolutely a deal-breaker is we need some sort of price

2    inflation index that we could follow," and I threw out numbers

3    like, you know, 5% a year, 10% a year.  "You got to pick a

4    number, but we can't sign a contract that has no protection."

5    We had just experienced over a six-year period, what is that,

6    four times, 247 to 893.  We couldn't sign our name on something

7    with absolutely no index.

8         And his answer was, "That's an absolute deal-breaker," and

9    it was.

10        And let me be clear, had he agreed to that, there were

11   plenty of other things wrong with the contract, but that was one

12   of them.

13   Q    Switch gears a little bit.  For Dominion dealer customers

14   who use a DMS provider other than CDK or Reynolds, what data

15   integrators does Sales Center currently use?

16   A    So all of those are pretty easy to work with, but we still

17   use a data integrator for those.  We use -- some products use

18   Authenticom.  Some products use SelectQu.

19   Q    And about how much do you pay today per rooftop to

20   Authenticom or SelectQu for those dealers that don't use either

21   CDK or Reynolds for their DMS?

22   A    Still that $30, a little less in some cases, but around 30.

23   Q    Okay.  I'm going to talk about CDK now.  Did CDK ever

24   restrict the ability of Dominion's integrators to access CDK's

25   DMS --

ALAN ANDREU - DIRECT

1    at NADA, and two NADAs prior I had lunch with Kevin, and we

2    bad-mouthed Reynolds together, what evil people they were for

3    blocking everyone.  I certainly had plenty to say and so did he,

4    and then two short years later in 2015 he was one and they were

5    the blockers.  The irony wasn't lost on me.

6    Q    So the conversation you just testified about with

7    Mr. Distelhorst was in 2013?

8    A    '13.

9    Q    Thank you.  Today for dealers using CDK's DMS, what

10   integration provider does Dominion use?

11   A    I'm sorry.  Repeat that again?

12   Q    Sure.  Today for dealers using CDK's DMS, what integrator

13   provider does Dominion use?

14   A    So we're in the final stages of 3PA certification.  So for

15   each product this answer will be slightly different, but broadly

16   speaking we use DMI, which was requested -- actually required

17   sort of by CDK for the last three or four months while we were

18   doing our certification, and so most of our products are in the

19   process today actually of transitioning from DMI to actual CDK's

20   3PA program, and then a couple of our products never were able

21   to comply to that move to DMI phase, so they still are SelectQu,

22   but they too will be transitioning to 3PA in the next week or

23   so.

24   Q    Would you have preferred for some applications to use

25   SelectQu or Authenticom?

ALAN ANDREU - DIRECT

1    A    I would have preferred for all of the applications to have

2    remained at SelectQu or Authenticom.

3    Q    Why?

4    A    Their service was, in my opinion, better.  It was

5    absolutely at least as good by any definition, but I think

6    better, and probably for us the most significant thing is if I

7    get data through a certified means, whether it's CDK or Reynolds

8    and Reynolds, I still -- arguably it's harder for me, but even

9    if it were the same, I still have to send that data to somebody

10   to enhance it, so when I used Authenticom or SelectQu, the data

11   came from the DMS.  It was clean, standardized, enhanced, and

12   then sent to me, and when I got it, I was done.

13       Now I have to write routines that bring in the data from

14   CDK or Reynolds and Reynolds, both more complicated than getting

15   it from Authenticom to begin with, then package that data up,

16   send it out to be enhanced.  I happen to use Authenticom.

17   There's about a million choices out there to enhance it, but

18   then they enhance it, and then they send it back.  So from a

19   data flow point of view, I have to touch that data twice and

20   keep it all separate, and it's difficult.  It's technically

21   difficult.  It's technically challenging.  It would be much

22   simpler for me just to use an Authenticom or any of the other

23   integrators that used to be out there or our very own SelectQu.

24   Q    We talked about pricing earlier.  How much does CDK charge

25   Dominion for Sales Center's 3PA integration?

ALAN ANDREU - DIRECT

```
 1    A     I have to smile when you ask me that question.  So compared
 2    to Reynolds' 893, it's cheap -- it's only $457 -- until you
 3    compare it to that $30 that I could have paid Authenticom.
 4    Q     Do you acquire all dealer data on the CDK DMS through 3PA?
 5    A     So our contract said that we had to get 100% of our dealers
 6    that were on CDK through the 3PA program, but as we went through
 7    the process of both negotiating and certifying, CDK made a few
 8    exceptions to where we got data on a few dealer groups.
 9    Q     For those exceptions, how does Dominion acquire data for
10    those dealerships?
11    A     So they made an exception for at least three dealer groups
12    that I can think of, two were Group 1 and Lithia, both fairly
13    large groups that most people would know of, and then they made
14    a third exception, which was the most ironic to me, for the
15    Leith Group.  CDK said that we could get the data directly from
16    those dealer groups, and, to be clear, we still had to pay for
17    that data.  We had to pay CDK to register them in the 3PA
18    program, so we paid that $457, but we were allowed to get the
19    data directly from the dealership, which has a twist of irony
20    with the Leith Group.
21          The dealership group, Leith, is able to send us the data
22    that they send us because they pay SelectQu, our company, to
23    extract it, so as you heard testimony earlier, extracting data
24    from an -- from someone at the dealer is no easy task.  So
25    Leith, a pretty high-tech company, fairly large, probably
```

ALAN ANDREU - DIRECT

1    employs a dozen IT people, choose to pay SelectQu to get data

2    out of CDK because it's that hard.  They pay SelectQu, happens

3    to be our company.  SelectQu pulls it, sends it to Leith.  Leith

4    then sends it to me.  Incidentally, then I send it to Steve to

5    enhance, and then he sends it back, and I post it to the dealer

6    on my website.  You should be shaking your head now.

7    Q    I don't have a diagram.  In your experience are there any

8    significant differences between the functionality or security of

9    RCI and 3PA on the one hand and Authenticom or SelectQu on the

10   other?

11   A    Other than I don't have to send it to all those places, no.

12   The data extraction, in very large terms -- you guys heard

13   yesterday about APIs and File Transfer Protocols.  In very large

14   terms, every data extraction I get, whether it's from RCI or CDK

15   or Steve or SelectQu, in very large, broad strokes, somebody

16   collects the data and posts it on some connection, whether it's

17   a predefined point like an API or a pre-established address like

18   a file transfer -- an FTP folder -- we use SFPT; S stands for

19   secure -- the data is dropped there or sent there or connected

20   there.  We get it pretty much the same way.

21       Now, because of the blocking, I'll have to confess that I

22   get data more often through CDK's 3PA program, and I get data

23   more often than with RCI for Autobase or Sales Center, but to be

24   clear, that improvement on the frequency is not a technical

25   restriction other than it's hard for an integrator to hit the

ALAN ANDREU - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 20 of 41 PageID #:81336
Case: 3:17-cv-00518-jdp Document #: 165-7 Filed: 07/05/19 Page 40 of 184

2-A-44

1    A    Well, not getting data for 189 of my 230 stores is a start,

2    but the dealers hate it.  The dealers complain about it.  The

3    testimony you heard about the pain and suffering is no joke,

4    and, by the way, it hasn't always been as hard as it is now.  It

5    used to be a little easier.  Dealers could at least select

6    multiple files, and I couldn't tell you because I personally am

7    not clicking the buttons on Reynolds and Reynolds about exactly

8    the work flow, but dealers tell me all the time that it's harder

9    to use now than it's ever been, so for Reynolds to imply that

10   they're helping dealers do that is not true.  And incidentally,

11   I can't have -- remember my Sales Center people?  I can't have

12   any of them -- not a single dealer in the Sales Center world can

13   send me data through dealer-initiated downloads.  We're not

14   allowed to mix those two.

15   Q    Shift gears again.  Has Dominion been impacted by the use

16   of RCI and 3PA?

17   A    Absolutely.  So costs have skyrocketed.  We haven't been

18   successful in passing it through to the dealerships, so our

19   earnings are way down.  They completely destroyed the Scheduler

20   product that was our competitor to XTime.  SelectQu has been

21   stripped of most of its profitability or all of its

22   profitability and most of its revenue.  The sales cycle has been

23   damaged because of the challenges that salespeople have in the

24   street because of the propaganda by Reynolds and CDK when we say

25   we're not certified with RCI.  Dealers have left us over either

ALAN ANDREU - DIRECT

1    their frustration of dealer-initiated downloads or, in CDK's

2    case, the price increase that we told them we were about to pass

3    through.  So, yes, it's hurt us a lot.

4    Q    Final topic, Mr. Andreu.  Can we talk about your RCI

5    agreement with Reynolds?  What limitations, if any, does

6    Reynolds place on Dominion's ability to tell dealers how much it

7    pays for integration?

8    A    It gags us completely.  We can't tell them anything, so I'm

9    expected to somehow pass through an $893 charge on an $1,152

10   product without telling them why.

11   Q    Was Dominion ever accused of violating the price secrecy

12   provisions in its contract?

13   A    We were.

14   Q    What did Reynolds say?

15   A    We put a line item on an invoice that said "integration

16   fee," and at the time, by the way, that fee was $195 is what we

17   passed through.  I don't recall what the offsetting Reynolds

18   charge was, but since it started at $247, you can bet $195

19   wasn't all of it.

20   Q    What was Reynolds' response to your passing through --

21   communicating the pass-through?

22   A    They sent a nasty letter to the then-product manager of

23   Sales Center, told us that we had -- defamation I think was on

24   there.  They said that we violated the secrecy requirement.

25   They submitted -- they made us submit to an intimidating audit,

ALAN ANDREU - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 22 of 41 PageID #:81338
Case: 1:18-cv-00864 Document #: 365 Filed: 07/05/22 Page 46 of 184

2-A-46

```
 1    and ultimately we wrote them a check for $100,000 or they were
 2    going to cut the RCI program off from our Sales Center product.
 3              MR. MILLER:  No further questions.  Thank you.
 4              THE COURT:  Cross-examination.
 5              MR. RYAN:  Thank you, Your Honor.
 6                         CROSS-EXAMINATION
 7    BY MR. RYAN:
 8    Q    Good morning, Mr. Andreu.
 9    A    Good morning.
10    Q    I just want to clear a few things up.  So your company is a
11    DMS provider?
12    A    Our company is an application provider, an integrator
13    provider through SelectQu, and, yes, we do have a DMS, a small
14    one, called ACCESS that services smaller dealers.  About 400 is
15    their customer account.
16    Q    So you have 400 DMS clients?
17    A    Yes, sir.
18    Q    Okay.  And on the applications, how many applications do
19    you offer?
20    A    It's hard to separate them exactly, but, let's see, we have
21    CRM Sales Center.  We have the equity product we market as
22    DealActivator, Dealer Specialties inventory.  We have a web
23    product.  We have a dealer marketing product we call Auto
24    Revenue.  We have a reputation management product called Prime,
25    and then we have various forms of all of those.  So I'd say six
```

ALAN ANDREU - CROSS

1    general categories.

2    Q    Is the app market in which you compete a marketplace with

3    lots of competitors?

4    A    Highly competitive.

5    Q    And this may not be fair, but how many firms are out there

6    providing different kinds of apps?

7    A    I truly don't know.

8    Q    You believe it's a highly competitive market as we sit here

9    today?

10   A    Yes.

11   Q    Okay.  You mentioned the fact that there are some two

12   hundred and -- if I got the number right, there were 189 dealers

13   who didn't get it right last week with respect to the download

14   program out of 280 --

15   A    230.

16   Q    230, thank you.  And so that means that you have -- you're

17   working with 230 dealers who are using this download process?

18   A    Correct.

19   Q    Okay.  Thank you.  And you also mentioned that the dealers

20   sometimes don't follow good data security practices?

21   A    I think I said often don't follow good data practices with

22   regard to the dealer-initiated downloads.

23   Q    And you were pretty shocked by some of those practices, I

24   took from your testimony?

25   A    I was.  To be frank, I was shocked that the process was to

ALAN ANDREU - CROSS

Case: 3:17-cv-00918-jdp Document #: 169 Filed: 07/05/24 Page 49 of 184

```
 1     download a plain text file to your local computer, which is the
 2     dealer-initiated download process.
 3     Q    And as a -- does SelectQu, does it compete with
 4     Authenticom?
 5     A    It does.
 6     Q    Does it compete with DMI?
 7     A    It does.
 8     Q    Does it compete with IntegraLink?
 9     A    It does.
10     Q    And just -- who else is out there?
11     A    Well, nowadays there's RCI competes with DMI and SelectQu
12     and Authenticom.  There's a few small, probably-manage-a-few-
13     hundred-store integrators, but all of the big ones are out of
14     the market.  SIS comes to mind.  It's been put out of business.
15     There used to be -- I myself was in that space in the '90s.
16     From '91 until really I developed DealActivator, I was in that
17     space, did consulting, but they're mostly gone now.
18     Q    And I thought I heard you use a term "Group 1 dealers."
19     A    Yes, Group 1 is a name of a -- like comparable to Penske.
20     Group 1 has -- I don't know their numbers -- 170 or 80 stores or
21     so.
22     Q    And are you familiar with the term "tier one dealers"?
23     A    Well, I'm familiar with the term "tier one."
24     Q    Tier one.  What is that?
25     A    Well, it means a little different in the OEM space than it
```

ALAN ANDREU - CROSS

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 25 of 41 PageID #:81341
Case: 3:17-cv-00518-jdp Document #: 165-7 Filed: 07/05/19 Page 49 of 184

2-A-49

```
1        does in the marketing space, but, generally speaking, it's the
2        OEM level of the chain.  So most people would use tier one
3        talking about OEM initiatives, tier two talking about regional
4        initiatives, and then tier three talking about dealer
5        initiatives.  I'm not sure the context you're using it.
6    Q    Okay.  That's fine.  I just wanted to see if I understood
7        it.  I don't, but I don't think that it matters.
8            How many car -- about how many car dealers in the United
9        States are there, your best estimate, sir, that use DSMs?
10   A    DMSs?
11   Q    DMSs.  Thank you.
12   A    15,000 or so.
13   Q    15,000, and those are all new car --
14   A    I don't know the numbers exactly, but my universe, when
15       I've designed my marketing and sales team, 15,000 is the number
16       I would use.  It's a little hard to count.  You heard some
17       testimony earlier about rooftops and franchises, and you could
18       count it about a thousand ways, but 15,000 or so is pretty
19       close.
20            THE COURT:  A question was qualified about how many
21       dealers use DMSs.  Are there dealers that don't?
22            THE WITNESS:  All of them use some sort of DMS.  The
23       testimony about the only viable choice is Reynolds and CDK, a
24       lot of dealers would share that opinion.  We have 400 that
25       don't, clearly.  They bought them from us.  There's a pretty
```

ALAN ANDREU - CROSS

1    good chunk who have bought DealerTrack, but it is a fairly

2    popular decision, and it really has to do with the scaleability.

3    It has to do with those DMSs' relationships with the OEMs.  So

4    getting permission to communicate back and forth from the OEMs

5    is difficult.

6              THE COURT:  Like parts information, stuff like that.

7              THE WITNESS:  Yeah, and financial reporting.

8    There's -- the barrier to entry to get in the DMS space is

9    difficult.  Dominion, for example, purchased the company ACCESS,

10   and it had about 400 dealers.  It still has about 400 dealers,

11   and we purchased it for the -- we would call it the domain

12   knowledge.  We wanted to buy people who knew how to do this, and

13   we spent about $50 million trying to build another one and ended

14   up flushing it.

15        So building one is hard.  It's expensive.  And I would say

16   that CDK and Reynolds pretty much owns the market.  The 28%,

17   even in the past four or five years, is probably doubled.

18   Somebody probably has that number, I don't know, but -- and

19   what's driving them there is exactly this subject.  It's hard.

20             THE COURT:  I just want to make sure I understand.

21   There's no -- now, there's a little used car lot that I pass on

22   the way to work.  They don't look very sophisticated.  They

23   don't -- it's not a new car dealer, so they might not --

24             THE WITNESS:  No, actually they probably do.  Most of

25   the auctions offer some cheap little DMS.  Ironically, that's

ALAN ANDREU - CROSS

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 27 of 41 PageID #:81343
Case: 1:18-cv-00864 Document #: 169 Filed: 07/05/17 Page 30 of 184

2-A-51

```
 1    how I got in the business in 1983.  I wrote a little package for

 2    what was then called Florida Motors, little dirt lots, me and a

 3    couple guys.  It was horrible but -- in retrospect, but it

 4    worked.  So, no, every dealer at every size probably has

 5    something that runs their dealership.

 6            THE COURT:  Okay.  And so then -- but a new car dealer,

 7    if you got a franchise to sell new cars, then --

 8            THE WITNESS:  You're getting a DMS.

 9            THE COURT:  All right.  And then there's a lot fewer

10    new car dealerships than there were, do the math, ten years ago.

11            THE WITNESS:  There's fewer for sure.

12            THE COURT:  Yeah.

13            THE WITNESS:  I don't know the numbers exactly.

14            THE COURT:  Okay.  All right.  Okay.  Thanks.

15    BY MR. RYAN:

16    Q    Are you familiar with a company by the name of SIS?

17    A    I am.

18    Q    And what do they do?

19    A    Well, nothing now, but they used to be integrators.  They

20    also did forms programming.  I competed with them in that space

21    in the '90s.  Phil Battista owned it, and he, I believe, has

22    closed it completely.  If he does something still today, I

23    certainly didn't know that.  I thought he retired completely.

24            MR. RYAN:  Thank you.

25            THE COURT:  Cross for Reynolds.
```

ALAN ANDREU - CROSS

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 28 of 41 PageID #:81344
Case: 3:17-cv-00713-jdp Document #: 165 Filed: 07/05/18 Page 30 of 184

2-A-52

```
 1              MR. ROSS:  Yes, Your Honor.  Just a few.
 2                         CROSS-EXAMINATION
 3       BY MR. ROSS:
 4       Q    Mr. Andreu, I thought I heard a reference a few minutes ago
 5       to RCI competing in the data integration market?
 6       A    Sure.
 7       Q    Just to make sure there's no misunderstanding, RCI is not a
 8       product that is offered or works or competes in the space of
 9       other DMS integration, that is other than Reynolds, is it?
10       A    So what you said is correct.  It competes, though the --
11       other people compete with RCI, and RCI, in my opinion, competes
12       with them for that percentage of dealers that I have that use
13       Reynolds and Reynolds' DMS.  So it used to be about a third.
14       It's less than that now, but about a third of my dealers used
15       Reynolds and Reynolds, and I had many choices.  RCI was one of
16       them.
17       Q    RCI is a part of the Reynolds DMS, right?
18       A    I would say it's an integrator.  I'm not sure where you're
19       drawing that line.
20       Q    You're contending that RCI is some sort of a separate
21       entity?
22       A    RCI takes DMS data from the Reynolds machine and sends it
23       to me, the vendor.  I would call that an integrator.
24       Q    What is RCI?
25       A    Reynolds Certified Interface.
```

ALAN ANDREU - CROSS

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 29 of 41 PageID #:81345
Case: 1:18-cv-00864 Jur Document #: 1657 Filed: 07/05/19 Page 59 of 184

2-A-55

```
 1      A    So if you're asking me has Reynolds ever said, "Do less

 2      integration, less innovation, less services to the dealer, and

 3      we'll charge you less money," I'm sure they have.

 4                MR. ROSS:  I have no further questions.

 5                THE COURT:  Any redirect?

 6                MR. MILLER:  No, Your Honor.

 7                THE COURT:  Thank you very much, Mr. Andreu.

 8                THE WITNESS:  Thank you.

 9           (Witness excused at 9:23 a.m.)

10                THE COURT:  Next witness.

11                MR. MILLER:  Your Honor, the plaintiffs call Matt

12      Rodeghero.

13                THE COURT:  Very good.

14           MATTHEW RODEGHERO, PLAINTIFF'S WITNESS, SWORN,

15                MR. MILLER:  Your Honor, we don't have a fancy binder,

16      but I have two loose exhibits.  Would you like us to hand

17      those --

18                THE COURT:  Yes, by all means.

19                MR. MILLER:  Copies for the opposing counsel and one

20      for the witness too, please, Jennifer.

21                          DIRECT EXAMINATION

22      BY MR. MILLER:

23      Q    Good morning or -- yes, it is still morning.  Good morning,

24      Mr. Rodeghero.  Can you please state your name for the record.

25      A    Yeah.  My name is Matthew Rodeghero.
```

1    Q    Where do you work?

2    A    I work at AutoLoop.

3    Q    How long have you been an employee of AutoLoop?

4    A    Nine years.

5    Q    What is your position?

6    A    I'm the chief product officer of AutoLoop.

7    Q    Can you briefly describe AutoLoop's business and products?

8    A    Absolutely.  We are one of the leading customer attention

9    marketing service and sales retention products in the

10   marketplace.  We also provide a CRM, scheduling tools, service

11   drive check-in process, work flow management for dealerships.

12   Q    What kind of dealer data does the full suite of AutoLoop

13   applications need to function?

14   A    We use quite a bit of data.  We have some very high data

15   demands.  We use -- we pull all the ROs, open and closed.  We

16   pull deals, appointments, parts inventory -- well, that's a

17   request that we have outstanding -- parts orders, special order

18   parts, also customer information.

19   Q    And can you remind the Court what ROs stands for?

20   A    Yes.  Repair orders.  It's a service ticket.

21   Q    How does AutoLoop typically get the data -- dealer data it

22   needs?

23   A    We use a third-party integrator where we can.  Where we

24   can't, we use RCI and CDK's interfaces.

25   Q    Why do you use third-party integrators?

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 31 of 41 PageID #:81347
Case: 3:17-cv-00318-jdp Document #: 165-4 Filed: 07/05/31 Page 30 of 184

2-A-57

 1    A    We use third-party integrator -- we actually use SIS

 2    currently.  They still do have some business through non-RCI and

 3    non-CDK dealerships.  We use them because they provide a

 4    one-stop where we can come in and extract data for all of the

 5    different DMS types.

 6    Q    Historically when you purchase data integration services

 7    from SIS, how much did you pay for the full suite of AutoLoop's

 8    products?

 9    A    $39.

10    Q    Were you satisfied with SIS's service?

11    A    Yeah, absolutely.

12    Q    Did you consider SIS's services to be secure?

13    A    Yeah, we did.

14            THE COURT:  How would you know?

15            THE WITNESS:  We didn't get into the details with them.

16    We asked them what they do.  They said they had some standard

17    practices they do, and they carried insurance policies for it,

18    and so we took them at face value on that.

19            THE COURT:  Okay.  Good.  Thank you.

20    BY MR. MILLER:

21    Q    I want to move quickly through this.  So was there a time

22    when you stopped using SIS for integration with Reynolds

23    dealers?

24    A    With Reynolds dealers, yes.  We stopped in 2015.

25    Q    Why?

MATTHEW RODEGHERO - DIRECT

1    A    Because we got notice from SIS that they would no longer be

2    continuing to support integration for RCI.  Leading up to that

3    point, we had been undergoing some stress with their ability to

4    support the integration.  They were being blocked by Reynolds

5    and Reynolds, and they were not being allowed to extract the

6    data on a day-to-day basis.

7    Q    Could you briefly describe how Reynolds' blocking impacted

8    AutoLoop's business?

9    A    Absolutely.  It was kind of a day-to-day struggle for us.

10   We would routinely come in in the morning and have anywhere

11   between a hundred to 500 stores that would be shut off and not

12   able to run our software tools, so we would have support tickets

13   from every one of our dealerships with very colorful language

14   telling us why they're upset with us and that they needed to get

15   the system back up and running.  Our engineering team was

16   incredibly taxed during that time trying to come up with

17   solutions and work with SIS to get the data feeds back up in

18   place.  It took all of our development resources away from

19   developing products and focused them on trying to sustain

20   running our dealerships' integration.

21   Q    Did AutoLoop eventually become RCI certified?

22   A    Yes, we did.

23   Q    Approximately when?

24   A    That was 2015 we signed the contract with them, and then it

25   took a bit of time to finish the integration and certify and

───── MATTHEW RODEGHERO - DIRECT ─────

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 33 of 41 PageID #:81349
Case: 1:18-cv-00864 Document #: 265 Filed: 07/05/19 Page 39 of 184

2-A-59

1    officially transition all of our dealerships over.

2    Q    In 2015 how much did Reynolds charge AutoLoop for RCI

3    integration for a dealer using, say, the full suite of

4    AutoLoop's products?

5    A    We were somewhere in the $700 range, in the mid-700s.

6    Q    And today how much does Reynolds charge AutoLoop for

7    integration for that suite of products?

8    A    Our most recent price increase took us to $835 for that

9    full package.

10    Q    In addition to the package cost, are there any additional

11    fees that Reynolds charges?

12    A    Yes, there are.  As of recently, Reynolds has added an

13    additional cost to the RCI package which relates to anytime we

14    push a transaction back to the DMS, there's an additional 5 cent

15    charge that is added to it.  For an example, when we need to

16    write an appointment to the DMS, if we have to update the

17    customer information, that's a transaction, and then if we have

18    to push the appointment into the DMS, that's a transaction as

19    well.  So for a customer to go online to schedule an appointment

20    for a dealership, that costs an extra 10 cents.  On average that

21    costs us about $70 a dealership extra on top of the normal

22    integration costs.  That's an average.  I have dealerships that

23    run over $1,000 a month in transactional charges just -- that's

24    just the transactions, so that would be in addition to the $835

25    cost for the flat integration fee.

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 34 of 41 PageID #:81350
Case: 1:18-cv-00864 Document #: 165 Filed: 07/09/14 Page 60 of 184

2-A-60

1    Q    For dealers using a DMS other than CDK and Reynolds, how

2    much do you pay for integration for that full suite of products

3    today?

4    A    For the full suite for all transactions, reading, writing,

5    and posting information back to the DMS, I pay $79 right now.

6    Q    So we talked about Reynolds blocking.  If we could switch

7    to CDK.  Did CDK block SIS as well?

8    A    CDK to my experience did not block --

9            THE COURT:  I'm not sure I understand that answer.

10           THE WITNESS:  Sorry.

11           THE COURT:  Okay.  So this is non-CDK and Reynolds.

12   You pay $79 a dealer from -- and that's the remaining business

13   with SIS?

14           THE WITNESS:  Yes, that's the remaining business with

15   SIS.

16           THE COURT:  That's $79 from the vestigial SIS

17   operation, right?

18           THE WITNESS:  Yes, exactly.

19           THE COURT:  All right.  I got it.  Thank you.

20   BY MR. MILLER:

21   Q    So I'd asked did CDK block SIS as well?

22   A    No, they didn't.  We heard rumors in the street, as you

23   heard from Dominion, that there was -- the word was it was

24   coming, and so at that point we were also -- we were also

25   receiving a push from one of our manufacturer customers that

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 35 of 41 PageID #:81351
Case: 3:17-cv-00318-jdp Document #: 165 Filed: 07/05/19 Page 60 of 184

2-A-61

1    they wanted us to be certified through CDK, a certified program,

2    so we opted to not go through the pain again, and we went with

3    the direct integration.

4    Q    Have you fully transitioned to 3PA yet?

5    A    We have not.  We're still in the middle of finishing the

6    certification.  We're about 40% through the transition right

7    now.

8    Q    Under your current contract with CDK, will you be able to

9    keep using SIS on all your dealerships?

10   A    We can only use SIS for non-CDK and Reynolds business.  We

11   have to transition all of our accounts for all products over to

12   CDK interface.

13   Q    How much did CDK charge AutoLoop for 3PA integration when

14   you first joined?

15   A    We were around $690, $694, something like that.

16   Q    Did you have any prior agreements with CDK that permitted

17   any of your products to access the CDK DMS?

18   A    Yeah, we did.  We actually -- we acquired a company in 2014

19   called CAR-Research or CAR-Interactive.  They're a CRM company.

20   They were previously certified under the ADP certification

21   program, and they were paying about $160 a month for that

22   integration.

23   Q    And so for -- the price for your access to the CDK database

24   went from approximately $160 in 2014 to $694 in 2016; is that

25   correct?

MATTHEW RODEGHERO - DIRECT

```
 1    A    Yeah, that's correct.  So when we acquired that company, we

 2    transitioned into the Certified Integration for our AutoLoop

 3    business as well.  They required us to go -- re-go through the

 4    integration process, and they transitioned us onto a 3PA

 5    contract, and with that contract came the new pricing structure.

 6    So I had to go back to my existing CRM business and move them

 7    from the $160 integration fee to the more expensive integration

 8    fee, and during that transition I -- you know, we went through

 9    the documentation, and the documentation for the API

10    implementation that we did from the CAR-Research integration to

11    the current integration was the same documentation, so I asked

12    them, you know, "Is this any new or improved integration?"

13        And they said, "Well, it's just our new 3PA program that

14    we're rolling out," but all the implementation was still the

15    same for my team.

16    Q    Were there any noticeable product improvements?

17    A    No, there were none.

18    Q    Today how much does AutoLoop pay CDK for integration for

19    its full suite of products?

20    A    We have a price increase coming at the end of this month.

21    July 1st we'll be paying $735.

22    Q    Do you pass on the RCI and 3PA fees to dealers?

23    A    Yes, we do.  We pass them straight through.

24    Q    Does AutoLoop add a markup or margin on top of the

25    integration fees?
```

MATTHEW RODEGHERO - DIRECT

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 37 of 41 PageID #:81353
Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 69 of 184

2-A-63

```
1    A    No.  We've not been in the business of trying to get money

2    off of the transactions.  We're just trying to sell software.

3    Q    In your experience are 3PA and RCI significantly better

4    integration services than SIS?

5    A    No, not particularly.  I haven't found anything about them

6    that's any better or improved on the transactions that I would

7    get from SIS.

8    Q    Are there any ways in which RCI and 3PA are more limited

9    than SIS?

10   A    Yeah.  I did lose some functionality when I made the

11   transition to both of the different systems in different ways.

12   With the RCI system I lost the ability to make some of the

13   notifications that I do around parts, special order parts

14   orders.  I can no longer get the information indicating when I

15   can make those notifications through the RCI program.  I also

16   lost the ability to do some pushback information, and with CDK

17   there was some things I lost the ability to do as well.

18   Q    So why does AutoLoop pay these higher integration fees from

19   Reynolds and CDK?

20   A    It was a decision where we had to look at the things that

21   we were dealing with on the support basis and the constant loss

22   of business and upset dealerships saying, "Hey, you guys, you

23   got to keep your system up.  We can't keep running our business

24   with your software if your software doesn't work."

25        So at that point it was a decision.  We're like, "Okay.  We
```

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 38 of 41 PageID #:81354
Case: 1:18-cv-00864 Document #: 169 Filed: 07/05/18 Page 38 of 41 PageID #:81354

2-A-64

1    have to keep the software running so we have to pay this cost."

2    Q    If there wasn't the threat of blocking from the defendants,

3    would you rather use SIS?

4    A    We would be glad to go back to SIS.

5    Q    I want to move to --

6         THE COURT:  Just -- I mean, the cost is so clear.  Why

7    wouldn't you rather pay $79 instead of $735.

8         THE WITNESS:  Yeah, that's exactly --

9         THE COURT:  That's the primary thing --

10         THE WITNESS:  That's the primary thing.  The other

11    thing we've run into from time to time with them is -- an

12    example would be is when we go back to -- when I worked with

13    SIS, if I needed additional information or I needed to develop a

14    new product that I wanted to give to the dealerships because

15    they've asked for a new functionality, I would go to them and

16    say, "Hey, can you get this additional data?"  They would work

17    it out.  They would come back and provide that data to me.

18         I make those requests with CDK and Reynolds, and if it can

19    be done, the time lines are between six months to a year with

20    additional recertification fees and paying for recertifying and

21    retesting.  With SIS it was not difficult at all.  So the

22    business relationship has changed drastically.

23         THE COURT:  Thank you.

24         MR. MILLER:  Thank you, Your Honor.

25    BY MR. MILLER:

MATTHEW RODEGHERO - DIRECT

Case 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 39 of 41 PageID #:81355
Case: 9:17-cv-00316-jdp Document #: 185 Filed: 07/09/19 Page 159 of 58

2-A-178

1    the future as I can possibly deliver it.

2         MS. GULLEY:  No, no.  Thank you, Your Honor.  For all

3    of the opposite reasons that the plaintiff said, I'm sure you

4    know we'd welcome an opinion from the bench as well, but, you

5    know, I think one thing to think about -- and, first of all,

6    your suggestion of, you know, coming back and talking about

7    that, although it does mean we will be very tired, is -- that

8    makes sense.

9         But in terms of what we have to do, I mean, assuming that

10   there's some chance of success on the merits, which, of course,

11   we think there is not, and assuming there's some imminent harm,

12   which we think there's not, and so on and so forth down the

13   elements, say you are going to issue an injunction, you know, in

14   that case, you know, under Rule 65 you're going to have to --

15   you've heard kind of the testimony about, well, this is the

16   status quo, so at least in the case of my client, you have to

17   tell them to do something, and you got to do it in reasonable

18   detail.  And, you know, you'll read in the declarations, you'll

19   hear from the witnesses that that's impossible for them, and so

20   there's some question there about, you know -- we've got a

21   couple hours left today; our case hasn't started -- just to get

22   through kind of answering the plaintiff's case much less that.

23   Okay?  If we get there, I don't think -- I think you need to

24   hear more.  That's all I would suggest.

25         THE COURT:  All right.

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 40 of 41 PageID #:81356
Case: 9:17-cv-00864-JDP Document #: 185 Filed: 07/29/20 Page 40 of 41

2-A-179

```
 1           MS. MILLER:  For our part, Your Honor, we agree.  I

 2      think you'll have a much more full picture of the facts that you

 3      need to evaluate.  It's not just about the exhibits, as

 4      Ms. Gulley just said.  You're going to hear from our witnesses,

 5      and we believe that once you evaluate those, you'll reach your

 6      decision, but, yes, there's more to it than simply just that

 7      evaluation, and we would have to -- if Your Honor is inclined to

 8      issue an injunction, there would have to be, I think, some

 9      discussion of what that injunction would look like because there

10      are practical problems.

11           MS. GULLEY:  With witnesses.

12           THE COURT:  Yeah, go ahead.

13           MR. PANNER:  Thank you, Your Honor.  I do think that

14      the nature of an injunction is not as complicated as the

15      defendants are suggesting.

16           THE COURT:  So just to be clear, you're suggesting that

17      if at the end of the day I think an injunction is warranted, you

18      think I have to have another hearing then and take witness

19      testimony about what the injunction should be.

20           MS. GULLEY:  I think you will hear more evidence on

21      this today like what that would mean to Reynolds if you

22      literally -- if you look at the proposed order that the

23      plaintiffs suggest, which is basically eviscerate all their

24      contracts with third-parties, eviscerate all their contracts

25      with dealers, and order them to, quote/unquote, "stop blocking,"
```

Case: 1:18-cv-00864 Document #: 1094-6 Filed: 07/29/20 Page 41 of 41 PageID #:81357
Case: 9:17-cv-00816-jdp Document #: 185 Filed: 07/09/17 Page 189 of 581

2-A-180

```
1    something they have been doing for a decade, yeah, I think you

2    would need to understand the -- I know you've heard a lot of

3    information about the technology but literally the guts and

4    bolts of what it means to do whatever -- I honestly don't know

5    exactly what they're asking for but -- short of stop blocking,

6    but to understand that, I mean, I think we'd have to know or

7    else we'd be down here every day, right, saying, "Oh, they

8    violated the injunction," when we're just doing normal business.

9            THE COURT:  Well, just as a practical matter, I take

10   your point.  We have to have an injunction that's reasonably

11   clear and that articulates what has to happen, but I really

12   hadn't anticipated that I'd have to have another hearing and

13   hear more witnesses to figure out what the injunction would be

14   if I were to grant it.

15           MS. GULLEY:  I don't want to borrow trouble.  Hopefully

16   we don't.

17           THE COURT:  That's not usually how we roll on these

18   things, so, you know, I get the lay of the land from what people

19   tell me.  It highlights to me the difficulties that would be

20   imposed in granting the injunction, and, frankly, it's probably

21   more common than not that I'm not persuaded by some simplistic

22   sweeping injunction that plaintiffs propose.  I mean, usually

23   they don't get exactly what they want.

24           MS. GULLEY:  Sure.

25           THE COURT:  That's even in the case where I grant them.
```