# Exhibit 67

**PUBLIC - REDACTED**

# Exhibit 68

**PUBLIC - REDACTED**