# Exhibit 69



# NADADATA 2019

ANNUAL FINANCIAL PROFILE OF AMERICA'S FRANCHISED NEW-CAR DEALERSHIPS

**NADA** NATIONAL AUTOMOBILE DEALERS ASSOCIATION

# NADA DATA
# Overview



**Patrick Manzi**
**Chief Economist, NADA**

The *NADA Data* financial profile of new-car dealerships is now published twice a year—as a full annual review at year-end and as a midyear update.

This full-year 2019 review features the many major milestones achieved by the retail auto industry during 2019, including such highlights as:

- The nation's 16,682 franchised light-vehicle dealers sold 17.1 million light-duty vehicles.

- Total light-vehicle dealership sales topped $1.02 trillion.

- Dealerships wrote more than 311 million repair orders, with service and parts sales totaling more than $120 billion.

At the end of 2019, dealership employment once again topped 1.1 million employees. In addition to the direct employment provided by dealerships, hundreds of thousands of other jobs in local communities are dependent on dealerships. Dealerships spend billions of dollars in their communities on contracting and other services, and this included more than $68 billion in wages to dealership employees during 2019.

For the past several years, dealership employees have seen steady increases in their incomes as well as in their total compensation. Dealership jobs offer compensation that is significantly higher than that of other retail sectors, and dealers continue to boast one of the highest average salaries of all industries.

While employment at a dealership is one of the best paths to the middle-class American dream (and has been consistently so for decades), customers also have benefited. There is healthy competition between dealers to sell and service vehicles, and this has meant consistently good deals for consumers. Sales in the average U.S. dealership were up slightly in 2019, despite a slight decline in the new-vehicle department. As margins on the sale of a new car have fallen since the Great Recession, dealers have done an excellent job focusing on their service and parts business. Since 2010, service and parts sales in the average dealership have increased by 5.4% per year on an average annualized basis.

To improve the breadth of information provided in *NADA Data*, we offer a section focusing on the new- and used-vehicle consumer, with in-depth data from Experian. These stats include average monthly payment, average loan term, leasing and more.

*Note:* NADA Data *was first published in 1979, and some of the methodology and data sources have naturally changed along the way. Therefore, previous reports may not be directly comparable with the current version.*

## CONTENTS

New Light-Vehicle Dealerships. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Dealership Financial Trends. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
New Light-Vehicle Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Used-Vehicle Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Service and Parts Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Body Shop Department. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Dealership Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Employment and Payroll . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
New- and Used-Vehicle Consumer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

# **NADA**DATA
## New Light-Vehicle Dealerships

### New Light-Vehicle Dealerships by State, 2019

| State | | State | |
|-------|------|-------|------|
| Alabama | 271 | Nebraska | 157 |
| Alaska | 27 | Nevada | 100 |
| Arizona | 243 | New Hampshire | 132 |
| Arkansas | 209 | New Jersey | 449 |
| California | 1,295 | New Mexico | 113 |
| Colorado | 247 | New York | 847 |
| Connecticut | 248 | North Carolina | 561 |
| Delaware | 53 | North Dakota | 75 |
| Florida | 876 | Ohio | 721 |
| Georgia | 491 | Oklahoma | 252 |
| Hawaii | 68 | Oregon | 218 |
| Idaho | 98 | Pennsylvania | 874 |
| Illinois | 708 | Rhode Island | 54 |
| Indiana | 396 | South Carolina | 249 |
| Iowa | 275 | South Dakota | 85 |
| Kansas | 210 | Tennessee | 333 |
| Kentucky | 233 | Texas | 1,200 |
| Louisiana | 279 | Utah | 141 |
| Maine | 111 | Vermont | 79 |
| Maryland | 302 | Virginia | 452 |
| Massachusetts | 389 | Washington | 309 |
| Michigan | 614 | West Virginia | 135 |
| Minnesota | 338 | Wisconsin | 467 |
| Mississippi | 176 | Wyoming | 49 |
| Missouri | 376 | **Total U.S.** | **16,682** |
| Montana | 97 | | |

Source: NADA



**1,295**
CALIFORNIA
Highest number of
new light-vehicle dealerships

**27**
ALASKA
Lowest number of
new light-vehicle dealerships

**16,682**
TOTAL NEW-CAR DEALERSHIPS

# NADA DATA
## New Light-Vehicle Dealerships *(continued)*

### Share of Owners by Number of Dealerships Operated

| Number of dealerships | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-5 | 96.6% | 96.2% | 95.8% | 95.5% | 95.0% | 94.8% | 94.4% | 94.2% | 93.9% | 93.8% |
| 6-10 | 2.4% | 2.7% | 2.9% | 3.2% | 3.4% | 3.5% | 3.8% | 4.0% | 4.1% | 4.2% |
| 11-25 | 0.9% | 0.9% | 1.0% | 1.1% | 1.4% | 1.5% | 1.5% | 1.6% | 1.6% | 1.7% |
| 26-50 | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.3% |
| Greater than 50 | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |

Source: NADA

### Share of Dealerships by Volume of New-Unit Sales, 2019

Percent of dealerships



Source: NADA

# NADA DATA
## Dealership Financial Trends

### Total Sales by State, 2019

| State | All dealerships ($ millions) | Average per dealership ($ thousands) |
|---|---|---|
| Alabama | $12,686 | $46,813 |
| Alaska | $1,726 | $63,912 |
| Arizona | $23,460 | $96,545 |
| Arkansas | $7,875 | $37,679 |
| California | $114,929 | $88,748 |
| Colorado | $17,216 | $69,702 |
| Connecticut | $10,140 | $40,889 |
| Delaware | $2,915 | $55,007 |
| Florida | $80,515 | $91,913 |
| Georgia | $30,196 | $61,500 |
| Hawaii | $5,822 | $85,624 |
| Idaho | $3,839 | $39,178 |
| Illinois | $39,057 | $55,165 |
| Indiana | $15,401 | $38,892 |
| Iowa | $7,792 | $28,334 |
| Kansas | $5,924 | $28,209 |
| Kentucky | $9,035 | $38,779 |
| Louisiana | $13,533 | $48,504 |
| Maine | $4,145 | $37,339 |
| Maryland | $19,911 | $65,930 |
| Massachusetts | $21,326 | $54,822 |
| Michigan | $39,986 | $65,124 |
| Minnesota | $15,858 | $46,916 |
| Mississippi | $6,600 | $37,500 |
| Missouri | $18,762 | $49,899 |
| Montana | $3,212 | $33,115 |

| State | All dealerships ($ millions) | Average per dealership ($ thousands) |
|---|---|---|
| Nebraska | $5,334 | $33,975 |
| Nevada | $8,384 | $83,844 |
| New Hampshire | $5,955 | $45,113 |
| New Jersey | $36,858 | $82,089 |
| New Mexico | $5,256 | $46,511 |
| New York | $62,247 | $73,491 |
| North Carolina | $28,707 | $51,171 |
| North Dakota | $2,294 | $30,583 |
| Ohio | $37,609 | $52,162 |
| Oklahoma* | $46,461 | $184,369 |
| Oregon | $10,498 | $48,156 |
| Pennsylvania | $39,867 | $45,615 |
| Rhode Island | $2,910 | $53,893 |
| South Carolina | $13,486 | $54,161 |
| South Dakota | $2,308 | $27,153 |
| Tennessee | $18,441 | $55,379 |
| Texas | $94,184 | $78,487 |
| Utah | $8,660 | $61,418 |
| Vermont | $2,607 | $33,003 |
| Virginia | $23,457 | $51,897 |
| Washington | $17,771 | $57,512 |
| West Virginia | $5,002 | $37,051 |
| Wisconsin | $15,082 | $32,296 |
| Wyoming | $1,576 | $32,173 |
| **Total U.S.** | **$1,026,818** | **$61,552** |

Source: NADA

* State-level estimates are calculated using the share of total U.S. new-vehicle registrations in that state. Oklahoma has an unusually high share of fleet registrations, which inflates dealership sales estimates.

# NADA DATA

## Dealership Financial Trends *(continued)*

**Total Sales of New-Vehicle Dealerships by Year**



All dealerships (left scale)
in billions of dollars

Averge per dealerships (right scale)
in millions of dollars

Source: NADA

**Share of Total Dealership Sales Dollars, 2018 vs. 2019**



Source: NADA

# NADA DATA

## Dealership Financial Trends *(continued)*

**Total Net Profit Share of Sales by Year**

Average dealership, in percent of sales



Source: NADA

**New-Vehicle Registrations by State, 2019**

In percent of total registrations



Source: IHS Markit

# NADA DATA
# New Light-Vehicle Department

## New-Vehicle Inventories and Days' Supply by Year



**Inventory** (in millions)

Total
3.06, 3.45, 3.56, 3.58, 3.91, 3.79, 3.92, 3.55

Domestic
1.65, 1.87, 1.86, 1.91, 2.06, 1.92, 2.09, 1.86

Import
1.42, 1.58, 1.70, 1.68, 1.85, 1.87, 1.84, 1.70

**Days' supply**

Domestic
70, 77, 71, 72, 74, 70, 76, 67

Import
56, 53, 54, 53, 54, 56, 54, 50

2012 2013 2014 2015 2016 2017 2018 2019

Source: WardsAuto; Automotive News Data Center

## Average Number of New Vehicles Sold Per Dealership and Selling Price, by Year

| Year | New vehicles sold | Average retail selling price |
|------|-------------------|------------------------------|
| 2012 | 896 | $31,194 |
| 2013 | 960 | $32,035 |
| 2014 | 1,003 | $32,824 |
| 2015 | 1,051 | $33,456 |
| 2016 | 1,045 | $34,449 |
| 2017 | 1,020 | $34,670 |
| 2018 | 1,028 | $35,608 |
| 2019 | 1,026 | $36,824 |

Source: WardsAuto, NADA



domestic
**1,858,000**
+
import
**1,696,900**

NEW-CAR INVENTORY
# 3,544,900

NEW-VEHICLE DAYS' SUPPLY
**67** domestic
**50** import

# NADA DATA

## New Light-Vehicle Department *(continued)*

**New Light-Duty Vehicle Sales by Year**

| Year | New cars | Light-duty trucks | Total light-duty vehicles | Light-duty trucks as % of total |
|------|----------|-------------------|---------------------------|----------------------------------|
| 2008 | 6,813,550 | 6,381,050 | 13,194,600 | 48.4% |
| 2009 | 5,456,300 | 4,945,400 | 10,401,700 | 47.5% |
| 2010 | 5,635,400 | 5,919,100 | 11,554,500 | 51.2% |
| 2011 | 6,089,300 | 6,644,900 | 12,734,200 | 52.2% |
| 2012 | 7,242,800 | 7,199,000 | 14,441,800 | 49.8% |
| 2013 | 7,582,500 | 7,942,300 | 15,524,800 | 51.2% |
| 2014 | 7,688,900 | 8,748,100 | 16,437,000 | 53.2% |
| 2015 | 7,525,023 | 9,861,024 | 17,386,047 | 56.7% |
| 2016 | 6,873,158 | 10,591,862 | 17,465,020 | 60.6% |
| 2017 | 6,079,584 | 11,055,149 | 17,134,733 | 64.5% |
| 2018 | 5,304,347 | 11,910,816 | 17,215,163 | 69.2% |
| 2019 | 4,790,846 | 12,317,310 | 17,108,156 | 72.0% |

Source: WardsAuto; Automotive News Data Center



**4,790,846**
NEW CAR SALES

**12,317,310**
NEW LIGHT-DUTY
TRUCK SALES

**17,108,156**
TOTAL LIGHT-DUTY VEHICLE SALES

# NADA DATA

## New Light-Vehicle Department *(continued)*

### Manufacturer Gains/Losses in Market Share, December 2019



### New-Vehicle Sales and Market Share by Manufacturer

| Year | FCA | Ford | GM | Toyota | Honda | Nissan | Volkswagen | Other | Total |
|------|-----|------|-----|--------|-------|--------|------------|-------|-------|
| 2019 | 2,214,763 | 2,214,763 | 2,887,046 | 2,383,348 | 1,608,170 | 1,345,681 | 363,322 | 3,900,338 | **17,108,856** |
|      | 12.9% | 14.1% | 16.9% | 13.9% | 9.4% | 7.9% | 2.1% | 22.8% | |

Source: WardsAuto

# NADA DATA
# Used-Vehicle Department

## Used-Vehicle Sales by New-Vehicle Dealerships, by Year

In millions



Source: NADA

## Sources of Used Vehicles Retailed by New-Vehicle Dealerships, 2019



4.8% Street purchase

40.7% Trade-in on new vehicle

27.2% Auction purchase

22.8% Trade-in on used vehicle

4.5% Other

Source: NADA

## Average Retail Selling Price of Used Vehicles Sold by New-Vehicle Dealerships, by Year

In thousands



$17,556
$18,081
$18,839
$19,400
$19,886
$20,009
$20,586
$21,094

Source: NADA



# $21,094

AVERAGE RETAIL SELLING PRICE
OF USED VEHICLES SOLD
*(by new-vehicle dealerships)*

# NADA DATA
# Service and Parts Department

## Dealerships' Total Service and Parts Sales, 2019

**Service labor sales** (in billions of dollars)



Source: NADA

**Parts sales** (in billions of dollars)



Source: NADA

## Dealerships' Total Service and Parts Sales, 2019 (in billions of dollars)

| Service labor sales | |
| --- | --- |
| Customer mechanical | $20.87 |
| Customer body | $4.23 |
| Warranty | $10.78 |
| Sublet | $3.86 |
| Internal | $8.79 |
| Other | $4.70 |
| **Total service labor** | **$53.24** |
| **Parts sales** | |
| Customer mechanical | $18.63 |
| Customer body | $3.84 |
| Wholesale | $19.57 |
| Counter | $3.23 |
| Warranty | $12.91 |
| Internal | $6.41 |
| Other | $7.13 |
| **Total parts** | **$71.72** |

Source: NADA



**$7.24 million**
SERVICE AND
PARTS SALES
*(per new-vehicle dealership)*

**267,087**
TECHNICIANS
*(including body shop)*



**311.6 million**
REPAIR ORDERS
WRITTEN

# NADA DATA

## Service and Parts Department *(continued)*

### Dealerships' Total Service and Parts Sales by Year



In billions of dollars

| Year | Value |
| --- | --- |
| 2012 | $80.87 |
| 2013 | $87.23 |
| 2014 | $94.59 |
| 2015 | $100.02 |
| 2016 | $109.52 |
| 2017 | $114.15 |
| 2018 | $116.49 |
| 2019 | $120.73 |

Source: NADA



### $120.73 billion
SERVICE AND PARTS SALES
*(for all new-vehicle dealerships)*

### Profile of Dealerships' Service and Parts Operations, 2019

|  | Average dealership | All dealers |
| --- | --- | --- |
| Total service and parts sales | $7,236,872 | $120,725,498,430 |
| Service and parts gross profit as % of service and parts sales | 46.3% |  |
| Total dealership net profit as % of service and parts sales | 16.9% |  |
| Total number of repair orders written | 18,676 | 311,551,018 |
| Total service and parts sales per customer repair order | $312 |  |
| Total service and parts sales per warranty repair order | $344 |  |
| Parts sales per service labor sale | $1.61 |  |
| Number of technicians (including body shop) | 16 | 267,087 |
| Total parts inventory | $440,073 | $7,341,290,043 |
| Average customer mechanical labor rate | $124 |  |

Source: NADA

# NADA DATA

## Service and Parts Department *(continued)*

### RO Counts for All Dealerships

**Repair orders** (in millions)



Source: NADA

### Share of New Light-Vehicle Dealerships with Express Service Operations

**Percent wtih Express Service**



Source: NADA

# NADA DATA
## Body Shop Department

### Dealerships Operating On-Site Body Shops by Year



Percent of total dealership population

Source: NADA

### Body Shop Repair Order Counts for All Dealerships



Repair orders (in millions)

Source: NADA

### Total Dealership Body Shop Sales by Year



In billions of dollars

Source: NADA

### Body Shop Sales per Repair Order, by Year



In dollars

Source: NADA

# NADA DATA
## Dealership Advertising

### Total Dealership Advertising Expenditures by Year

**In billions of dollars**



### Average Dealership Advertising per New Unit Sold, by Year

**In dollars**



# NADA**DATA**

# Dealership Advertising *(continued)*

## Advertising Expenditures by Medium, 2019



- Other 4.9%
- Newspaper 5.9%
- Radio 10.3%
- TV 14.5%
- Direct mail 8.5%
- Internet 56.0%

Source: NADA

## Estimated Advertising Expenses per Dealership, 2019

| By media used | Average of all dealerships |
|---|---|
| Newspapers | $32,592 |
| Radio | $57,037 |
| Television | $80,428 |
| Direct mail | $46,893 |
| Internet | $310,127 |
| Other | $27,216 |
| **Total** | **$554,292** |
| **Total advertising as % of total sales** | **0.9%** |

Source: NADA



# $9.25 billion
TOTAL DEALERSHIP
ADVERTISING EXPENDITURES

# NADA DATA
# Employment and Payroll

## Number of Dealership Employees by State, 2019

| State | Total number, all dealers | Average number per dealership |
|---|---|---|
| Alabama | 15,329 | 57 |
| Alaska | 1,951 | 68 |
| Arizona | 25,005 | 90 |
| Arkansas | 9,559 | 46 |
| California | 119,586 | 92 |
| Colorado | 19,706 | 80 |
| Connecticut | 13,973 | 56 |
| Delaware | 4,292 | 81 |
| Florida | 83,208 | 95 |
| Georgia | 33,147 | 68 |
| Hawaii | 4,383 | 64 |
| Idaho | 6,415 | 65 |
| Illinois | 45,119 | 64 |
| Indiana | 23,126 | 58 |
| Iowa | 12,874 | 47 |
| Kansas | 10,288 | 49 |
| Kentucky | 13,515 | 58 |
| Louisiana | 16,172 | 58 |
| Maine | 5,679 | 51 |
| Maryland | 23,945 | 79 |
| Massachusetts | 24,240 | 62 |
| Michigan | 36,420 | 59 |
| Minnesota | 21,062 | 62 |
| Mississippi | 8,325 | 47 |
| Missouri | 22,352 | 59 |
| Montana | 4,017 | 41 |
| Nebraska | 7,747 | 49 |
| Nevada | 9,145 | 69 |
| New Hampshire | 6,987 | 53 |
| New Jersey | 33,038 | 74 |
| New Mexico | 6,799 | 60 |
| New York | 52,530 | 62 |

| State | Total number, all dealers | Average number per dealership |
|---|---|---|
| North Carolina | 36,833 | 66 |
| North Dakota | 3,885 | 52 |
| Ohio | 44,387 | 62 |
| Oklahoma | 13,991 | 56 |
| Oregon | 13,603 | 62 |
| Pennsylvania | 50,178 | 57 |
| Rhode Island | 3,565 | 66 |
| South Carolina | 15,999 | 64 |
| South Dakota | 4,268 | 50 |
| Tennessee | 22,212 | 67 |
| Texas | 101,258 | 84 |
| Utah | 11,067 | 78 |
| Vermont | 3,237 | 41 |
| Virginia | 32,214 | 71 |
| Washington | 22,832 | 74 |
| West Virginia | 6,482 | 48 |
| Wisconsin | 24,513 | 52 |
| Wyoming | 2,201 | 45 |
| **Total U.S.** | **1,134,442** | **68** |

Source: Bureau of Labor Statistics, NADA



DEALERSHIP EMPLOYEES
**1,134,442**

**68**
Average per dealership

# NADA DATA

## Employment and Payroll *(continued)*

### Average Weekly Earnings of New Light-Vehicle Dealership Employees by State, 2019

| State | Earnings | State | Earnings | State | Earnings | State | Earnings |
|---|---|---|---|---|---|---|---|
| Alabama | $1,098 | Indiana | $1,038 | Nebraska | $1,041 | South Carolina | $1,085 |
| Alaska | $1,095 | Iowa | $1,039 | Nevada | $1,335 | South Dakota | $1,075 |
| Arizona | $1,188 | Kansas | $1,032 | New Hampshire | $1,281 | Tennessee | $1,169 |
| Arkansas | $1,067 | Kentucky | $1,062 | New Jersey | $1,335 | Texas | $1,281 |
| California | $1,303 | Louisiana | $1,080 | New Mexico | $1,067 | Utah | $1,093 |
| Colorado | $1,228 | Maine | $1,047 | New York | $1,248 | Vermont | $1,085 |
| Connecticut | $1,240 | Maryland | $1,188 | North Carolina | $1,102 | Virginia | $1,176 |
| Delaware | $1,115 | Massachusetts | $1,324 | North Dakota | $1,071 | Washington | $1,181 |
| Florida | $1,195 | Michigan | $1,151 | Ohio | $1,060 | West Virginia | $953 |
| Georgia | $1,180 | Minnesota | $1,076 | Oklahoma | $1,064 | Wisconsin | $952 |
| Hawaii | $1,227 | Mississippi | $1,011 | Oregon | $1,129 | Wyoming | $995 |
| Idaho | $1,036 | Missouri | $1,073 | Pennsylvania | $1,057 | **Total U.S.** | **$1,168** |
| Illinois | $1,086 | Montana | $1,046 | Rhode Island | $1,108 | | |

\* We are aware that there are differences in methodologies used to calculate wages and earnings both across federal agencies and in our published reports.
These differing methodologies will lead to some discrepancies in the wages and earnings reported here and in other publications. It is not the result of errors.

Source: Bureau of Labor Statistics, NADA

### Estimated Number of Dealership Employees by Year



Source: Bureau of Labor Statistics, NADA

### Dealership Employment by Position, 2019



Source: NADA

# NADA DATA

## Employment and Payroll *(continued)*

### Annual Payroll of New-Vehicle Dealerships by State, 2019

| State | Total all dealers (billions) | Average per dealership (millions) | State | Total all dealers (billions) | Average per dealership (millions) | State | Total all dealers (billions) | Average per dealership (millions) |
|---|---|---|---|---|---|---|---|---|
| Alabama | $0.88 | $3.23 | Indiana | $1.25 | $3.15 | Nebraska | $0.42 | $2.67 |
| Alaska | $0.11 | $4.11 | Iowa | $0.70 | $2.53 | Nevada | $0.63 | $6.35 |
| Arizona | $1.54 | $6.35 | Kansas | $0.55 | $2.63 | New Hampshire | $0.47 | $3.53 |
| Arkansas | $0.53 | $2.54 | Kentucky | $0.75 | $3.20 | New Jersey | $2.29 | $5.11 |
| California | $8.10 | $6.26 | Louisiana | $0.91 | $3.26 | New Mexico | $0.38 | $3.34 |
| Colorado | $1.26 | $5.09 | Maine | $0.31 | $2.79 | New York | $3.41 | $4.03 |
| Connecticut | $0.90 | $3.63 | Maryland | $1.48 | $4.90 | North Carolina | $2.11 | $3.76 |
| Delaware | $0.25 | $4.69 | Massachusetts | $1.67 | $4.29 | North Dakota | $0.22 | $2.88 |
| Florida | $5.17 | $5.90 | Michigan | $2.18 | $3.55 | Ohio | $2.45 | $3.39 |
| Georgia | $2.03 | $4.14 | Minnesota | $1.18 | $3.49 | Oklahoma | $0.77 | $3.07 |
| Hawaii | $0.28 | $4.11 | Mississippi | $0.44 | $2.49 | Oregon | $0.80 | $3.66 |
| Idaho | $0.35 | $3.53 | Missouri | $1.25 | $3.32 | Pennsylvania | $2.76 | $3.16 |
| Illinois | $2.55 | $3.60 | Montana | $0.22 | $2.25 | Rhode Island | $0.21 | $3.81 |
| | | | | | | South Carolina | $0.90 | $3.63 |
| | | | | | | South Dakota | $0.24 | $2.81 |
| | | | | | | Tennessee | $1.35 | $4.05 |
| | | | | | | Texas | $6.75 | $5.62 |
| | | | | | | Utah | $0.63 | $4.46 |
| | | | | | | Vermont | $0.18 | $2.31 |
| | | | | | | Virginia | $1.97 | $4.36 |
| | | | | | | Washington | $1.40 | $4.54 |
| | | | | | | West Virginia | $0.32 | $2.38 |
| | | | | | | Wisconsin | $1.21 | $2.60 |
| | | | | | | Wyoming | $0.11 | $2.32 |
| | | | | | | **Total U.S.** | **$68.80** | **$4.09** |

Source: Bureau of Labor Statistics, NADA

### Annual Payroll of New-Vehicle Dealerships by Year



U.S. Bureau of Labor Statistics, NADA

# NADA DATA



## New- and Used-Vehicle Consumer

### Percentage of Vehicles With Financing



Source: Experian

### Consumer Leasing of New Vehicles



Source: Experian

### Credit Score Ranges

| Category | Score Range |
|---|---|
| Superprime | 781-850 |
| Prime | 661-780 |
| Nonprime | 601-660 |
| Subprime | 501-600 |
| Deep subprime | 300-500 |

### New Leasing by Risk Segment



Source: Experian

# NADA DATA



## New- and Used-Vehicle Consumer *(continued)*

### Average Monthly Payment



Source: Experian

### New-Vehicle Market Share by Lender Type, 2019



Source: Experian

### Average Loan Term, in Months



Source: Experian

### Average Interest Rate on Vehicle Financing





# NADA DATA

## New- and Used-Vehicle Consumer *(continued)*

**Average Loan Credit Scores by Vehicle Type**



Source: Experian

For more information on Experian data, visit ExperianAutomotive.com.