# Exhibit 70

Case: 1:18-cv-00864 Document #: 1094-10 Filed: 07/29/20 Page 2 of 3 PageID #:81391

# Automotive News

You may not reproduce, display on a website, distribute, sell or republish this article or data, or the information contained therein, without prior written consent. This printout and/or PDF is for personal usage only and not for any promotional usage. © Crain Communications Inc.

January 25, 2009 12:00 AM



Reynolds Chairman Bob Brockman: "We hope and expect that FedEx is going to take a little hit."

## Data system is Brockman's latest surprise

It has been a little over two years since Bob Brockman's Universal Computer Systems orchestrated the acquisition of Reynolds and Reynolds Co. The move surprised all players in the dealership management system market. But Brockman isn't done with surprises. Together with his chief rival, ADP Dealer Services, the vendors created Open Dealer Exchange, which will enable dealers to transmit credit applications and other documents to lenders electronically from their Reynolds and ADP systems. Brockman spoke here with Staff Reporter Ralph Kisiel.

It has been a little over two years since Bob Brockman's Universal Computer Systems orchestrated the acquisition of Reynolds and Reynolds Co.

The move surprised all players in the dealership management system market. But Brockman isn't done with surprises.

Together with his chief rival, ADP Dealer Services, the vendors created Open Dealer Exchange, which will enable dealers to transmit credit applications and other documents to lenders electronically from their Reynolds and ADP systems.

Brockman spoke here with Staff Reporter Ralph Kisiel.

### Won't this constitute a monopoly?
We certainly don't think so. As characterized by the name, we expect it to be open. We expect there to be multiple entities that feed data through it that will go to multiple lenders.

### So other dealership management system vendors may join as well? Which ones?
Yes. It's brand new, just announced this week. So we don't know. But I instinctively feel that this is the right thing to do.

### Are there any drawbacks to this new Open Dealer Exchange?
If there's anyone that should have their nose out of joint validly because of Open Dealer Exchange, it's going to be Federal Express, because right now today, a dealership has to Federal Express completed contracts every day to its lender. We hope and expect that FedEx is going to take a little hit in this whole deal.

### Microsoft is demonstrating its dealership management system here. Will it affect Reynolds' business?
I don't think so. When you see them set up a thousand-person programming group somewhere that's dedicated to producing a dealership management system, then it's time to sit up and pay attention. Until then, there's not a chance.

### How has the recession affected your business?
Of the 900 or so dealerships that closed last year, what normally would be our market share — in excess of 40 percent — were ours.

The number of people we have to have to answer phones in support centers is directly related to the number of dealerships we have.

Same way with hardware repair — our field maintenance technicians.

It's a direct ratio to the number of dealership sites we have. As dealerships go out of business, we have fewer sites, then we have fewer field technicians.

It's not a happy situation, but that's reality.

**Are dealers seeing a deteriorating level of service?**
Our service levels are still the same. We're answering the calls in 30 to 40 seconds.

**Source URL:** *https://www.autonews.com/article/20090125/RETAIL06/301259970/data-system-is-brockman-s-latest-surprise*