# Exhibit 72



SUPPLEMENT TO

# Automotive News

MARCH 30, 2020

© 2020 Crain Communications Inc. All rights reserved.

# TOP 150 DEALERSHIP GROUPS

The largest auto retail groups based in the United States, ranked by unit sales of new vehicles in 2019

SPONSORED BY
DEALER.COM



*Noah L.*

# INNOVATOR.
# INTEGRATOR.

There's a difference between a website experience that anticipates a customer's needs and one that doesn't recognize them at all. By integrating your digital marketing strategy with every part of your business, our A-Team helps you understand the entire digital car buying experience.

Innovators like Noah leverage the power of Cox Automotive data, which touches 75% of automotive consumers, to bring you a website and advertising strategy personalized to your customers' interests.

**Does your digital storefront have an A-Team? Learn how to maximize your technology investments at dealer.com/insights**

# DEALER.COM

Cox Automotive

# Top stores gear up for challenges ahead

**Jackie Charniga**
jcharniga@crain.com

A store acquisition and more aggressive marketing and inventory strategies helped boost Feldman Automotive Group's new-vehicle sales tally by 21 percent in 2019. That catapulted the Michigan retailer up 17 slots on Automotive News' annual list of the top 150 dealership groups based in the U.S.

Feldman retailed 16,530 new vehicles in 2019 and moved to No. 57 on the list. The group was one of nine retailers that rose in the ranks by 10 or more slots.

CEO Jay Feldman, who operates 10 dealerships representing 13 franchises in Michigan and Ohio, said he was surprised by how far his group jumped. He aims to increase sales again in 2020 and noted that his stores are ready for business challenges even in light of the coronavirus crisis threatening the economy.

"We're fortunate enough to be in a position where we're well capitalized," Feldman told Automotive News. "If the business takes a turn, we can handle that."

The group acquired McInerney's Chrysler-Dodge-Jeep-Ram in Woodhaven, Mich., last March. While sales at that store helped boost the group's numbers, Feldman pointed out that new-vehicle sales rose across the rest of his portfolio.

But for many other retailers in the top 150, new-vehicle sales dropped last year. The companies on the list collectively retailed 3.5 million new vehicles, a decline of 1.2 percent vs. 2018. That dip matched the overall industry decline in new light-vehicle sales for 2019, when 17.1 million new vehicles were sold in the U.S.

The dealership groups ranked in the top 10 remained the same, though two pairs switched places.

## Lower sales

Hendrick Automotive Group and Sonic Automotive Inc. traded spots to come in at Nos. 5 and 6. Sonic sold 10 franchised stores last year and exited the Ohio market as it focused growth efforts on expanding its standalone used-vehicle EchoPark business. Retail new-vehicle sales at Sonic slipped 7 percent to 114,131 in 2019. Sonic now operates 86 franchised dealerships and nine EchoPark locations in a dozen states.

Staluppi Auto Group and Ken Garff Automotive Group also swapped positions to come in at Nos. 9 and 10. Staluppi retailed 62,570 new vehicles in 2019, up 5.8 percent. Ken Garff sold 59,305 new vehicles, down 6.8 percent.

AutoNation Inc., Penske Automotive Group Inc. and Lithia Motors Inc. continued to lead the list, which is compiled by the Automotive News Data Center. New-vehicle sales dipped for all six publicly held dealership groups, with AutoNation, Sonic and Penske posting the sharpest declines.

New-vehicle sales for No. 1 AutoNation fell 9.1 percent to 282,602 in 2019. It marked the first time AutoNation's new-vehicle output tumbled below 300,000 since 2013. New-vehicle sales for Penske dropped 5.6 percent to 222,800.

The dealership groups in the top 10 collectively sold 1,429,622 new vehicles, including fleet vehicles, or 8.4 percent of the U.S. light-vehicle market. Sales from the companies in the top 10 made up 38.8 percent of the top 150's total new-vehicle sales.

## Changes in 2019

Some large dealership groups that may have qualified for the top 150 declined to respond to Automotive News' survey. Those retailers included Berkshire Hathaway Automotive, which perennially placed among the top 10 under its former owner, Van Tuyl Group. Another retailing giant that did not participate is Automotive Management Services Inc., of West Palm Beach, Fla., which supports the group of stores owned by Terry Taylor.

Five groups that were ranked on the 2018 list also did not participate. Those retailers included Braman Dealerships, of Miami, which was No. 35 for 2018; John Eagle Auto Group, of Dallas, which was No. 62; and Cardinale Group, of Marina, Calif., which was No. 63.

Seven of the top 150 groups were new to the list, while three returned after an absence. Of the new arrivals, Empire Auto Group, of Huntington, N.Y., ranked highest, at No. 96. Wallace Automotive Group, a newcomer that ranked at No. 112, reported a new-vehicle sales increase of 72 percent to 8,662 vehicles in 2019, the highest percentage increase for that category for any retailer on the list.

## List movers

Ed Morse Automotive Group, of Delray Beach, Fla., was the list's biggest gainer, vaulting 21 spots to No. 77. Cavender Auto Family, of San Antonio, moved up 18 spots to No. 90.

Meanwhile, 20 groups fell by 10 or more spots. Chapman Auto Group, of Horsham, Pa., dropped the most, sinking 34 spots to No. 106.

Russ Darrow Group, of Menomonee Falls, Wis., fell 13 slots to No. 138 as the group's new-vehicle sales dropped 7.4 percent to 7,024.

President Mike Darrow said the retailer sold one dealership, a Nissan-Volkswagen store in Sheboygan, Wis., in September 2018 to Van Horn Automotive Group. The sale could have influenced the group's results, Darrow said, but added it was a relatively low-volume store.

"Sometimes, less is more. Doing volume just for the sake of volume doesn't always produce the best results," Darrow said. "That said, do we want more volume? Yes."

Russ Darrow has made a variety of operational and personnel changes in the past year, Darrow said. "We do — did — have forecasts for 2020 to exceed 2019. Even to exceed the 2018 levels to some degree," he said.

But the coronavirus crisis could disrupt previously laid plans.

"After we get through this challenging time — we all think this is temporary — hopefully, we can get back on track," Darrow said. **AN**

*Melissa Burden contributed to this report.*



Feldman Automotive Group's new-vehicle sales jumped in 2019, and the group is optimistic for 2020. "We're well capitalized," CEO Jay Feldman said.

## Top 10 number of dealerships added

| | Dealership group | Number of dealerships in 2019 | Number of dealerships in 2018 | Number of dealerships added |
|---|---|---|---|---|
| 1 | Lithia Motors Inc.† | 188 | 181 | 7 |
| 2 | Garber Management Group | 57 | 51 | 6 |
| 2 | Ourisman Automotive Group | 29 | 23 | 6 |
| 2 | Ciocca Dealerships | 20 | 14 | 6 |
| 5 | Asbury Automotive Group Inc.† | 88 | 83 | 5 |
| 5 | Serra Automotive Inc. | 48 | 43 | 5 |
| 5 | Kahlig Auto Group | 19 | 14 | 5 |
| 5 | Premier Automotive | 24 | 19 | 5 |
| 9 | Group 1 Automotive Inc.†‡ | 186 | 183 | 3 |
| 9 | Victory Automotive Group | 45 | 42 | 3 |
| 9 | Napleton Automotive Group | 51 | 48 | 3 |
| 9 | West-Herr Automotive Group Inc. | 25 | 22 | 3 |
| 9 | LaFontaine Automotive Group | 20 | 17 | 3 |
| 9 | Gettel Automotive | 19 | 16 | 3 |
| 9 | #1 Cochran Automotive | 26 | 23 | 3 |
| 9 | Fox Motors | 31 | 28 | 3 |
| 9 | Ed Morse Automotive Group | 18 | 15 | 3 |
| 9 | Cavender Auto Family | 6 | 3 | 3 |
| 9 | Byers Automotive Group | 18 | 15 | 3 |
| 9 | Lou Fusz Automotive Network Inc. | 14 | 11 | 3 |
| 9 | Safford Automotive Group | 14 | 11 | 3 |
| 9 | Kunes Country Auto Group | 19 | 16 | 3 |

†Publicly held ‡Includes data for dealerships outside the U.S.

## Top 10 average new retail units per dealership

| | Dealership group | Average new retail units per dealership | Total number of dealerships |
|---|---|---|---|
| 1 | Galpin Motors Inc. | 4,116 | 5 |
| 2 | Bomnin Auto Group | 3,732 | 3 |
| 3 | David Wilson Automotive Group‡ | 2,959 | 15 |
| 4 | Piercey Automotive Group | 2,707 | 6 |
| 5 | World Class Automotive Group | 2,590 | 6 |
| 6 | Keyes Automotive Group | 2,374 | 14 |
| 7 | FRL Automotive | 2,278 | 3 |
| 8 | John Elway Dealerships | 2,199 | 6 |
| 9 | Headquarter Automotive | 2,196 | 4 |
| 10 | Jim Koons Automotive Cos. | 2,191 | 17 |

‡Includes data for dealerships outside the U.S.

## 10 largest gains in the rankings

| | Dealership group | 2018 rank | 2019 rank | Rank change |
|---|---|---|---|---|
| 1 | Ed Morse Automotive Group | 98 | 77 | 21 |
| 2 | Cavender Auto Family | 108 | 90 | 18 |
| 3 | Feldman Automotive Group | 74 | 57 | 17 |
| 4 | Fox Motors | 83 | 69 | 14 |
| 5 | Holler Classic Automotive Group | 116 | 104 | 12 |
| 6 | Bergstrom Automotive | 89 | 78 | 11 |
| 7 | Keating Auto Group | 50 | 40 | 10 |
| 7 | Piercey Automotive Group | 68 | 58 | 10 |
| 7 | Wilde Automotive Group | 81 | 71 | 10 |
| 10 | Mullinax Automotive | 96 | 87 | 9 |
| 10 | Ciocca Dealerships | 107 | 98 | 9 |
| 10 | Bowers Automotive Group | 124 | 115 | 9 |

## 10 largest declines in the rankings

| | Dealership group | 2018 rank | 2019 rank | Rank change |
|---|---|---|---|---|
| 1 | Chapman Auto Group | 72 | 106 | −34 |
| 2 | Ken Page Auto Group | 66 | 91 | −25 |
| 3 | Serra Automotive Group | 119 | 139 | −20 |
| 4 | Car Pros Automotive Group | 84 | 102 | −18 |
| 4 | Fletcher Auto Group | 104 | 122 | −18 |
| 6 | World Auto Group | 126 | 142 | −16 |
| 7 | Yark Automotive Group Inc. | 128 | 143 | −15 |
| 8 | FRL Automotive | 127 | 141 | −14 |
| 9 | Phil Long Dealerships | 105 | 118 | −13 |
| 9 | Carter Myers Automotive | 112 | 125 | −13 |
| 9 | Russ Darrow Group Inc. | 125 | 138 | −13 |

## Top 10 average revenue per dealership

| | Dealership group | Average revenue per dealership | Total number of dealerships |
|---|---|---|---|
| 1 | Galpin Motors Inc. | $214,774,215 | 5 |
| 2 | World Class Automotive Group | $199,836,623 | 6 |
| 3 | Bomnin Auto Group | $191,841,168 | 3 |
| 4 | Sam Pack Automotive Group | $177,157,140 | 6 |
| 5 | Bommarito Automotive Group | $165,961,231 | 17 |
| 6 | David Wilson Automotive Group‡ | $153,839,080 | 15 |
| 7 | Jim Koons Automotive Cos. | $147,985,641 | 17 |
| 8 | Keyes Automotive Group | $146,151,525 | 14 |
| 9 | Fletcher Jones Automotive Group | $140,886,136 | 17 |
| 10 | Wilde Automotive Group | $138,791,906 | 7 |

‡Includes data for dealerships outside the U.S.



# Top 150 dealership groups based in the U.S. – ranked on 2019 new-vehicle retail sales units

| 2019 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2018 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AutoNation Inc.† (954) 769-7000; autonation.com | 200 SW 1st Ave. Fort Lauderdale, FL 33301 | Cheryl Miller president & CEO | 282,602 | 246,113 | 2,555 | 61,382 | 592,652 | 236 | $21,335,700,000 | 1 |
| 2 | Penske Automotive Group Inc.†‡ (248) 648-2500; penskeautomotive.com | 2555 Telegraph Road Bloomfield Hills, MI 48302 | Roger Penske chairman & CEO | 222,800 | 284,200 | 6,900 | 115,900 | 629,800 | 265 | $23,179,340,000 | 2 |
| 3 | Lithia Motors Inc.† (541) 776-6401; lithia.com | 150 N. Bartlett St. Medford, OR 97501 | Bryan DeBoer president & CEO | 180,532 | 170,423 | 5,119 | 47,767 | 403,841 | 188 | $12,672,729,205 | 3 |
| 4 | Group 1 Automotive Inc.†‡ (713) 647-5700; group1auto.com | 800 Gessner, Ste. 500 Houston, TX 77024 | Earl Hesterberg president & CEO | 169,136 | 158,549 | – | 51,205 | 378,890 | 186 | $12,043,800,000 | 4 |
| 5 | Hendrick Automotive Group (704) 568-5550; hendrickauto.com | 6000 Monroe Road Charlotte, NC 28212 | Rick Hendrick chairman | 115,394 | 99,427 | 26,450 | 53,570 | 294,841 | 95 | $10,288,985,113 | 6 |
| 6 | Sonic Automotive Inc.† (704) 566-2400; sonicautomotive.com | 4401 Colwick Road Charlotte, NC 28211 | David Smith CEO | 114,131 | 162,149 | – | 34,153 | 310,433 | 95 | $10,454,343,000 | 5 |
| 7 | Asbury Automotive Group Inc.† (770) 418-8200; asburyauto.com | 2905 Premiere Pkwy., Ste. 300 Duluth, GA 30097 | David Hult president & CEO | 105,243 | 88,602 | – | – | 193,845 | 88 | $7,210,300,000 | 7 |
| 8 | Larry H. Miller Dealerships (801) 304-4900; lhmauto.com | 9350 S. 150 E., Ste. 500 Sandy, UT 84070 | Steve Starks CEO | 63,849 | 54,521 | 3,516 | 55,226 | 177,112 | 63 | $5,406,741,758 | 8 |
| 9 | Staluppi Auto Group (561) 844-7148; atlanticautogroup.net | 133 U.S. Hwy. One North Palm Beach, FL 33408 | John Staluppi & John Staluppi Jr., CEOs | 62,570 | 27,764 | 1,300 | 13,792 | 105,426 | 43 | $3,162,114,213 | 10 |
| 10 | Ken Garff Automotive Group (801) 257-3400; kengarff.com | 111 E. Broadway, Ste. 900 Salt Lake City, UT 84111 | Robert Garff chairman | 59,305 | 45,720 | 8,220 | 23,964 | 137,209 | 49 | $4,552,140,796 | 9 |
| 11 | Prime Automotive Group (781) 241-4160; driveprime.com | 375 Providence Hwy. Westwood, MA 02090 | Todd Skelton CEO | 45,050 | 38,217 | 1,012 | 25,378 | 109,657 | 55 | $3,483,443,745 | 11 |
| 12 | David Wilson Automotive Group‡ (714) 639-6750; wilsonautomotivegroup.net | 1400 N. Tustin Orange, CA 92867 | Craig Whetter president | 44,390 | 19,583 | – | 12,205 | 76,178 | 15 | $2,307,586,206 | 12 |
| 13 | Victory Automotive Group (734) 495-3500; victoryautomotivegroup.com | 46352 Michigan Ave. Canton, MI 48188 | Jeffrey Cappo president | 39,768 | 24,885 | – | 15,659 | 80,312 | 45 | $2,122,133,255 | 15 |
| 14 | Jim Koons Automotive Cos. (703) 448-7000; koons.com | 2000 Chain Bridge Road Vienna, VA 22182 | James Koons chairman | 37,241 | 27,261 | – | 12,156 | 76,658 | 17 | $2,515,755,900 | 14 |
| 15 | Servco Pacific Inc.‡ (808) 564-1300; servco.com | P.O. Box 2788 Honolulu, HI 96803 | Mark Fukunaga chairman & CEO | 36,966 | 16,734 | 2,055 | 7,929 | 63,684 | 26 | $1,760,494,000 | 17 |
| 16 | Morgan Auto Group (813) 434-1982; morganautogroup.com | 3031 N. Rocky Point Dr. W., Ste. 770 Tampa, FL 33607 | Brett Morgan CEO | 36,424 | 33,201 | – | 20,329 | 89,954 | 39 | $2,481,322,016 | 24 |
| 17 | Napleton Automotive Group (630) 530-3955; ednapleton.com | One Oakbrook Terrace, Ste. 600 Oakbrook Terrace, IL 60181 | Edward Napleton president | 36,053 | 34,947 | 15,156 | 17,276 | 103,432 | 51 | $3,029,593,252 | 20 |
| 18 | Suburban Collection (248) 519-9700; suburbancollection.com | 1795 Maplelawn Troy, MI 48084 | David Fischer Jr. president | 35,799 | 23,453 | 5,537 | 6,823 | 71,612 | 43 | $2,730,825,190 | 16 |
| 19 | Greenway Automotive‡ (407) 275-3200; greenway.com | 9001 E. Colonial Drive Orlando, FL 32817 | Frank Rodriguez & Carl Atkinson, principals | 34,768 | 32,571 | – | 15,842 | 83,181 | 55 | $2,199,919,664 | 13 |
| 20 | Keyes Automotive Group (818) 907-4456; keyescars.com | 5855 Van Nuys Blvd. Van Nuys, CA 91401 | Howard Keyes president | 33,233 | 16,312 | – | 6,015 | 55,560 | 14 | $2,046,121,352 | 19 |
| 21 | Ganley Auto Group (440) 584-8200; ganleyauto.com | 8748 Brecksville Road, Ste. 210 Brecksville, OH 44141 | Kenneth Ganley president & CEO | 32,423 | 21,223 | 348 | 12,457 | 66,451 | 36 | $1,875,265,007 | 22 |
| 22 | Serra Automotive Inc. (810) 936-2730; serrausa.com | 102 W. Silver Lake Road Fenton, MI 48430 | Joseph Serra president | 32,070 | 29,839 | 2 | 6,588 | 68,499 | 48 | $2,039,947,105 | 26 |
| 23 | Ourisman Automotive Group (301) 423-4000; ourisman.com | 4400 Branch Ave. Marlow Heights, MD 20748 | Ourisman/Korengold owners | 31,798 | 16,604 | 479 | 9,805 | 58,686 | 29 | $1,931,836,791 | 29 |
| 24 | Holman Automotive Group Inc. (856) 663-5200; holmanauto.com | 4001 Leadenhall Road Mount Laurel, NJ 08054 | Brian Bates CEO | 31,079 | 30,320 | 2,451 | 11,222 | 75,072 | 32 | $3,275,350,359 | 23 |
| 25 | Herb Chambers Cos. (617) 666-8333; herbchambers.com | 259 McGrath Hwy. Somerville, MA 02143 | Herb Chambers chairman & president | 30,402 | 24,698 | – | 18,005 | 73,105 | 45 | $2,623,698,466 | 21 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial vehicle or non-auto dealerships.

†Publicly held ‡Includes data for dealerships outside the U.S.



# Top 150 dealership groups based in the U.S. – ranked on 2019 new-vehicle retail sales units

| 2019 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2018 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | **Earnhardt Auto Centers**<br>(480) 893-0000; earnhardt.com | 7300 W. Orchid Lane<br>Chandler, AZ 85226 | Hal Earnhardt III<br>president | **29,755** | 15,544 | – | 12,027 | 57,326 | 21 | $1,749,398,785 | 18 |
| 27 | **Findlay Automotive Group**<br>(702) 558-8888; findlayauto.com | 310 N. Gibson Road<br>Henderson, NV 89014 | Cliff Findlay<br>president | **29,321** | 20,504 | 216 | 12,478 | 62,519 | 32 | $2,080,116,445 | 27 |
| 28 | **West-Herr Automotive Group Inc.**<br>(716) 926-7052; westherr.com | 3552 Southwestern Blvd.<br>Orchard Park, NY 14127 | Scott Bieler<br>president | **28,507** | 22,403 | 323 | 23,866 | 75,099 | 25 | $2,128,267,415 | 25 |
| 29 | **RML Automotive**<br>(469) 671-0730; rmlauto.com | 1547 S. Stemmons Fwy.<br>Lewisville, TX 75067 | Robert Johnson &<br>Thomas McLarty III, principals | **26,160** | 21,739 | – | 14,178 | 62,077 | 29 | $1,918,828,609 | 28 |
| 30 | **Mac Haik Auto Group**<br>(713) 932-5000; machaik.com | 10333 Katy Fwy.<br>Houston, TX 77024 | Mac Haik<br>owner | **24,807** | 20,342 | 3,760 | 8,902 | 57,811 | 17 | $2,075,810,779 | 31 |
| 31 | **McLarty Automotive‡**<br>(501) 371-3830; mclartyautogroup.com | 425 W. Capitol Ave.<br>Little Rock, AR 72201 | Mark McLarty<br>chairman | **24,636** | 30,426 | – | – | 55,062 | 31 | $1,329,800,970 | 30 |
| 32 | **Baxter Auto Group**<br>(402) 493-7800; baxterauto.com | 17950 Burt St.<br>Omaha, NE 68118 | Mickey Anderson<br>president | **24,500** | 19,218 | 232 | 11,059 | 55,009 | 20 | $1,730,601,436 | 33 |
| 33 | **Open Road Auto Group**<br>(732) 650-1550; openroad.com | 400 U.S. Hwy. 22<br>Bridgewater, NJ 08807 | W. Rodman Ryan<br>CEO | **23,369** | 12,807 | – | 6,019 | 42,195 | 22 | $1,897,371,602 | 41 |
| 34 | **Jeff Wyler Automotive Family Inc.**<br>(513) 752-7450; wyler.com | 401 Milford Pkwy., Ste. A<br>Milford, OH 45150 | Jeffrey Wyler<br>chairman & CEO | **22,414** | 18,054 | 1,018 | 8,310 | 49,796 | 16 | $1,496,631,419 | 40 |
| 35 | **Rick Case Automotive Group**<br>(954) 377-7400; rickcase.com | 14500 W. Sunrise Blvd.<br>Sunrise, FL 33323 | Rick Case<br>chairman & CEO | **22,168** | 19,211 | – | – | 41,379 | 17 | $1,112,495,024 | 39 |
| 36 | **Priority Auto Group**<br>(757) 366-5000; priorityauto.com | 1800 Greenbrier Pkwy.<br>Chesapeake, VA 23320 | Dennis Ellmer<br>CEO | **22,127** | 14,624 | – | 7,496 | 44,247 | 23 | $1,251,468,729 | 44 |
| 37 | **Sheehy Auto Stores**<br>(703) 802-3480; sheehy.com | 12701 Fair Lakes Circle, Ste. 250<br>Fairfax, VA 22033 | Vincent Sheehy<br>president | **21,880** | 22,482 | 1,132 | 8,628 | 54,122 | 24 | $1,543,828,000 | 32 |
| 38 | **Performance Automotive Network**<br>(513) 870-5000; performanceautomotive.com | 5726 Dixie Hwy.<br>Fairfield, OH 45014 | Michael Dever<br>president | **21,786** | 25,704 | 2,748 | 7,766 | 58,004 | 15 | $1,592,082,753 | 37 |
| 39 | **DARCARS Automotive Group**<br>(301) 625-5700; darcars.com | 7550 Wisconsin Ave., 6th Floor<br>Bethesda, MD 20814 | John Darvish<br>president & CEO | **21,527** | 11,657 | – | 8,042 | 41,226 | 25 | $1,370,915,331 | 42 |
| 40 | **Keating Auto Group**<br>(361) 485-0569; keatingauto.com | 5802 N. Navarro<br>Victoria, TX 77904 | Ben Keating<br>president | **20,739** | 10,618 | – | 8,825 | 40,182 | 18 | $1,400,981,381 | 50 |
| 41 | **Fletcher Jones Automotive Group**<br>(702) 739-9800; fletcherjones.com | 7300 W. Sahara Ave.<br>Las Vegas, NV 89117 | Fletcher Jones Jr.<br>chairman | **20,579** | 14,950 | 2,046 | 7,272 | 44,847 | 17 | $2,395,064,309 | 38 |
| 42 | **Galpin Motors Inc.**<br>(818) 787-3800; galpin.com | 15505 Roscoe Blvd.<br>North Hills, CA 91343 | Herbert Boeckmann II<br>owner & CEO | **20,578** | 5,556 | 303 | 5,205 | 31,642 | 5 | $1,073,871,076 | 34 |
| 43 | **RFJ Auto Partners Holdings Inc.**<br>(469) 326-9300; rfjauto.com | 500 N. Central Expressway, Ste. 320<br>Plano, TX 75074 | Richard Ford<br>president & CEO | **20,428** | 19,474 | 17,702 | 7,796 | 65,400 | 25 | $2,224,454,994 | 36 |
| 44 | **Island Auto Group**<br>(718) 979-0934; islandautogroup.com | 1580 Hylan Blvd.<br>Staten Island, NY 10305 | Josh Aaronson, Ron Baron<br>& Marcello Sciarrino, owner | **20,152** | 16,371 | – | 7,159 | 43,682 | 31 | $1,161,948,523 | 47 |
| 45 | **Ray Catena Motor Car Corp.**<br>(732) 549-6600; raycatena.com | 910 Route 1<br>Edison, NJ 08817 | Raymond Catena<br>owner | **20,009** | 7,779 | – | 3,457 | 31,245 | 16 | $1,578,253,350 | 45 |
| 46 | **Bob Rohrman Auto Group**<br>(847) 991-0444; rohrman.com | 1510 W. Dundee Road<br>Arlington Heights, IL 60004 | Robert Rohrman<br>president & owner | **19,455** | 18,619 | – | 6,052 | 44,126 | 24 | $1,199,042,994 | 53 |
| 47 | **Kahlig Auto Group**<br>(210) 426-3350; kahligauto.com | 9207 San Pedro<br>San Antonio, TX 78216 | Clarence Kahlig II<br>president | **19,175** | 17,097 | 619 | 10,161 | 47,052 | 19 | $1,639,209,300 | 51 |
| 48 | **Potamkin Automotive Group Inc.**<br>(305) 779-4061; potamkin.com | 5800 NW 171st<br>Miami Lakes, FL 33015 | Alan & Robert Potamkin<br>co-chairmen | **18,991** | 9,073 | – | 6,337 | 34,401 | 14 | $971,674,925 | 43 |
| 49 | **Chapman Automotive Group**<br>(480) 970-0740; chapmanchoice.com | P.O. Box 12375<br>Tempe, AZ 85284 | John & Ted Chapman<br>CEOs | **18,984** | 29,166 | 729 | 9,912 | 58,791 | 24 | $1,730,047,212 | 47 |
| 50 | **Sullivan Automotive Group**<br>(310) 829-1888; lacarguy.com | 2440 Santa Monica Blvd.<br>Santa Monica, CA 90404 | Michael Sullivan<br>president & managing member | **18,776** | 8,128 | 167 | 2,489 | 29,560 | 12 | $1,043,203,018 | 54 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial vehicle or non-auto dealerships.

‡Includes data for dealerships outside the U.S.



# Top 150 dealership groups based in the U.S. – ranked on 2019 new-vehicle retail sales units

| 2019 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2018 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | **Summit Automotive Partners** (303) 209-3965; summit-ap.com | 10301 E. Arapahoe Road, Ste. 200 Centennial, CO 80112 | William Carmichael president & CEO | **18,704** | 14,171 | 3,138 | 7,885 | 43,898 | 17 | $1,260,970,961 | 46 |
| 52 | **LaFontaine Automotive Group** (248) 887-4747; thefamilydeal.com | 4000 W. Highland Road Highland, MI 48357 | Michael LaFontaine Sr. owner | **18,462** | 11,227 | 331 | 5,061 | 35,081 | 20 | $1,156,608,998 | 57 |
| 53 | **Gee Automotive Cos.** (866) 640-8859; geeautomotive.com | 21502 E. George Gee Ave. Liberty Lake, WA 99019 | Ryan Gee CEO | **18,090** | 14,779 | 990 | 8,949 | 42,808 | 24 | $1,362,738,114 | 52 |
| 54 | **Walser Automotive Group** (952) 929-3535; walser.com | 7700 France Ave. S. Edina, MN 55435 | Andrew Walser CEO | **18,057** | 24,124 | 60 | 8,026 | 50,267 | 26 | $1,470,804,622 | 56 |
| 55 | **Lia Auto Group** (518) 489-2111; liacars.com | 1258 Central Ave. Albany, NY 12205 | William Lia Sr. president | **18,006** | 11,812 | – | 10,309 | 40,127 | 21 | $1,037,174,128 | 55 |
| 56 | **Premier Automotive** (504) 940-0000; premierautomotive.com | 13040 I-10 Service Road New Orleans, LA 70128 | Troy Duhon owner | **17,443** | 18,442 | 1,186 | 6,210 | 43,281 | 24 | $1,235,107,887 | 49 |
| 57 | **Feldman Automotive Group** (248) 573-0321; feldmanautomotive.com | 30400 Lyon Center Drive E. New Hudson, MI 48165 | Jay Feldman chairman & CEO | **16,530** | 10,870 | 396 | 3,912 | 31,708 | 10 | $1,043,750,000 | 74 |
| 58 | **Piercey Automotive Group** (949) 369-6000; pierceyautogroup.com | 16901 Millikan Ave. Irvine, CA 92606 | William Piercey chairman | **16,241** | 5,901 | – | 3,253 | 25,395 | 6 | $699,543,523 | 68 |
| 59 | **Del Grande Dealer Group** (408) 979-3706; dgdg.com | 911 Capitol Expressway Auto Mall San Jose, CA 95136 | Shaun Del Grande CEO | **16,125** | 10,737 | – | 3,756 | 30,618 | 13 | $956,309,199 | – |
| 60 | **Piazza Auto Group** (610) 630-7911; piazzaautogroup.com | 401 S. Schuylkill Ave. Norristown, PA 19403 | Vince Piazza president | **15,890** | 10,720 | 12 | 7,407 | 34,029 | 24 | $1,084,178,709 | 59 |
| 61 | **Zeigler Auto Group** (269) 488-2271; zeigler.com | 4201 Stadium Drive Kalamazoo, MI 49008 | Aaron Zeigler president | **15,888** | 17,872 | 3 | 6,313 | 40,076 | 28 | $1,278,650,128 | 58 |
| 62 | **World Class Automotive Group** (214) 560-1602; reedhasit.com | P.O. Box 1047 Addison, TX 75001 | Randall Reed CEO | **15,538** | 7,390 | 1,264 | 5,895 | 30,087 | 6 | $1,199,019,739 | 64 |
| 63 | **Gettel Automotive** (941) 921-2655; gettel.com | 5959 E. SR 64 Bradenton, FL 34208 | James Gettel president | **15,234** | 11,467 | 101 | 9,046 | 35,848 | 19 | $1,003,642,258 | 65 |
| 64 | **Balise Motor Sales Co.** (413) 733-8604; baliseauto.com | 122 Doty Circle West Springfield, MA 01089 | James Balise Jr. owner | **14,904** | 17,856 | 227 | 7,153 | 40,140 | 25 | $1,055,825,212 | 61 |
| 65 | **Tuttle-Click Automotive Group** (949) 598-4800; tuttleclick.com | 41 Auto Center Drive Irvine, CA 92618 | Robert Tuttle & James Click co-managing partners | **14,789** | 7,226 | 1,066 | 5,838 | 28,919 | 16 | $949,991,948 | 60 |
| 66 | **Anderson Automotive Group** (919) 787-0099; andersonautomotivegroup.com | 9101 Glenwood Ave. Raleigh, NC 27617 | Fred Anderson CEO | **14,648** | 11,538 | – | 6,254 | 32,440 | 8 | $870,709,580 | 67 |
| 67 | **#1 Cochran Automotive** (877) 262-4726; cochran.com | 4520 William Penn Hwy. Monroeville, PA 15146 | Robert Cochran president & CEO | **14,510** | 11,579 | – | 6,589 | 32,678 | 26 | $941,254,549 | 71 |
| 68 | **Rosatti/Plaza Auto Group** (718) 253-8400; plazaautomall.com | 2740 Nostrand Ave. Brooklyn, NY 11210 | John Rosatti president | **14,378** | 3,108 | – | 3,211 | 20,697 | 7 | $519,810,620 | 69 |
| 69 | **Fox Motors** (616) 774-4044; foxmotors.com | 200 Ottawa Ave., Ste. 800 Grand Rapids, MI 49503 | Daniel DeVos chairman & CEO | **14,015** | 14,274 | 844 | 4,401 | 33,534 | 31 | $1,054,081,030 | 83 |
| 70 | **Garber Management Group** (989) 790-9090; garberauto.com | 999 S. Washington Ave. Saginaw, MI 48601 | Richard Garber president | **13,878** | 27,050 | 2,594 | 10,200 | 53,722 | 57 | $1,306,245,531 | 76 |
| 71 | **Wilde Automotive Group** (262) 513-2770; wildeauto.com | 1710 A Hwy. 164 Waukesha, WI 53186 | Mark Wilde vice president | **13,754** | 15,599 | – | 6,903 | 36,256 | 7 | $971,543,341 | 81 |
| 72 | **Bommarito Automotive Group** (636) 391-7200; bommarito.com | 15736 Manchester Road Ellisville, MO 63011 | John Bommarito president | **13,720** | 11,476 | 41,543 | 7,541 | 74,280 | 17 | $2,821,340,927 | 70 |
| 73 | **McCombs Automotive** (210) 821-6523; redmccombs.com | 755 E. Mulberry Ave., Ste. 600 San Antonio, TX 78212 | Tim Cliver COO | **13,630** | 11,535 | 161 | 5,497 | 30,823 | 9 | $945,026,000 | 78 |
| 74 | **Curry Automotive** (914) 725-3500; curryauto.com | 727 Central Ave. Scarsdale, NY 10583 | Bernard F. Curry III CEO | **13,438** | 6,821 | 45 | 4,283 | 24,587 | 11 | $738,113,277 | 73 |
| 75 | **Kenwood Dealer Group Inc.** (513) 683-5484; cincyautos.com | 4780 Socialville Foster Road Mason, OH 45040 | Robert Reichert chairman | **13,281** | 14,861 | – | – | 28,142 | 14 | $893,142,001 | 79 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial vehicle or non-auto dealerships.



# Top 150 dealership groups based in the U.S. – ranked on 2019 new-vehicle retail sales units

| 2019 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2018 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | John Elway Dealerships (602) 381-6594; elwaydealers.com | 2425 E. Camelback Road, Ste. 1155 Phoenix, AZ 85016 | Mitch Pierce CEO | 13,192 | 5,669 | 1,310 | 4,086 | 24,257 | 6 | $758,914,717 | 75 |
| 77 | Ed Morse Automotive Group (800) 336-6773; edmorse.com | 2850 S. Federal Hwy. Delray Beach, FL 33483 | Edward Morse III chairman & CEO | 12,998 | 8,017 | 11,001 | 5,357 | 37,373 | 18 | $1,346,856,161 | 98 |
| 78 | Bergstrom Automotive (920) 725-4444; bergstromauto.com | One Neenah Center Neenah, WI 54956 | John Bergstrom chairman & CEO | 12,986 | 14,127 | 478 | 9,957 | 37,548 | 27 | $1,177,193,878 | 89 |
| 79 | Germain Motor Co. (614) 383-4967; germaincars.com | 4250 Morse Crossing Columbus, OH 43219 | Stephen Germain president & CEO | 12,888 | 14,789 | – | 11,965 | 39,642 | 15 | $1,079,228,216 | – |
| 80 | Gillman Cos. (713) 776-7000; gillmanauto.com | 10595 W. Sam Houston Pkwy. S. Houston, TX 77099 | Stacey Gillman-Wimbish president & CEO | 12,780 | 9,992 | – | 1,937 | 24,709 | 10 | $699,308,328 | 77 |
| 81 | Sam Pack Automotive Group (888) 478-0654; sampack.com | 2070 Diplomat Drive Dallas, TX 75234 | Sam Pack dealer principal | 12,687 | 8,282 | 4,568 | 3,229 | 28,766 | 6 | $1,062,942,837 | 80 |
| 82 | Ferman Automotive Group (813) 251-2765; ferman.com | 1306 W. Kennedy Blvd. Tampa, FL 33606 | James Ferman Jr. president & CEO | 11,858 | 11,444 | 1,056 | 5,726 | 30,084 | 21 | $927,510,000 | 82 |
| 82 | Rosenthal Automotive Organization (703) 553-4300; rosenthalauto.com | 1902 Association Drive Reston, VA 20191 | Robert Rosenthal chairman & CEO | 11,858 | 10,553 | – | – | 22,411 | 11 | $952,618,936 | 87 |
| 84 | Colonial Automotive Group (781) 431-9790; buycolonial.com | 171 Great Road Acton, MA 01720 | Lawrence Gordon president & CEO | 11,664 | 7,993 | 554 | 6,295 | 26,506 | 16 | $789,395,678 | 85 |
| 85 | Fitzgerald Auto Malls (301) 881-4000; fitzmall.com | 11411 Rockville Pike Rockville, MD 20852 | John Fitzgerald Jr. president | 11,658 | 11,296 | 336 | 4,043 | 27,333 | 18 | $800,711,000 | 88 |
| 86 | Ancira Enterprises (210) 558-5324; ancira.com | 10855 IH 10 W. San Antonio, TX 78230 | Ernesto Ancira Jr. president | 11,630 | 6,484 | 3,307 | 3,960 | 25,381 | 11 | $921,352,373 | 91 |
| 87 | Mullinax Automotive (407) 889-7600; mullinaxford.com | 1551 E. Semoran Apopka, FL 32703 | Jerry & Larry Mullinax owners | 11,399 | 14,978 | 1,175 | 4,292 | 31,844 | 8 | $887,196,141 | 96 |
| 88 | Bomnin Auto Group (305) 235-8200; bomninchevrolet.com | 11701 SW 152 St. Miami, FL 33177 | Arnaldo Bomnin owner & CEO | 11,195 | 6,287 | 82 | 1,562 | 19,126 | 3 | $575,523,505 | 95 |
| 89 | Ray Skillman Auto Group (317) 888-9500; rayskillman.com | 8424 U.S. 31 S. Indianapolis, IN 46227 | Ray Skillman president | 10,938 | 15,875 | 26 | 7,938 | 34,777 | 16 | $834,858,086 | – |
| 90 | Cavender Auto Family (210) 681-6601; cavenderauto.com | 5730 NW Loop 410 San Antonio, TX 78238 | Stephen & Rick Cavender dealers | 10,874 | 9,794 | 1,087 | 4,841 | 26,596 | 6 | $812,622,642 | 108 |
| 91 | Ken Page Auto Group (954) 509-3260 | 9400 W. Atlantic Blvd. Coral Springs, FL 33071 | Kenneth Page president | 10,862 | 4,637 | 457 | 4,009 | 19,965 | 7 | $499,947,274 | 66 |
| 92 | Reedman-Toll Auto World (215) 757-4961; reedmantoll.com | 1700 E. Lincoln Hwy. Langhorne, PA 19047 | Bruce Toll dealer principal | 10,815 | 5,656 | – | 4,002 | 20,473 | 7 | $474,419,403 | 90 |
| 93 | Future Automotive Group (916) 786-3673; futureautomotivegroup.com | 650 Auto Mall Drive Roseville, CA 95661 | G. Steven Pleau president | 10,813 | 7,464 | 1,455 | 6,090 | 25,822 | 9 | $876,729,584 | 94 |
| 94 | American Motors Corp. (408) 260-9300 | 4490 Stevens Creek Blvd. San Jose, CA 95129 | Stephen Cornelius president | 10,796 | 5,757 | – | 1,983 | 18,536 | 7 | $581,385,807 | – |
| 95 | Price Simms Auto Group (415) 808-4800; pricesimmsinc.com | 135 E. Sir Francis Drake Blvd. Larkspur, CA 94939 | Tom Price chairman & CEO | 10,762 | 7,592 | – | 2,521 | 20,875 | 14 | $862,055,823 | 97 |
| 96 | Empire Auto Group (631) 552-5863; shopempireauto.com | 333 W. Jericho Turnpike Huntington, NY 11743 | Michael Brown owner | 10,396 | 2,732 | 723 | 1,208 | 15,059 | 7 | $590,692,493 | – |
| 97 | Rusnak Auto Group (626) 449-0770; rusnakonline.com | 267-337 W. Colorado Blvd. Pasadena, CA 91105 | Paul Rusnak chairman | 10,269 | 4,965 | 952 | 1,840 | 18,026 | 13 | $1,096,205,932 | 86 |
| 98 | Ciocca Dealerships (215) 529-7534; cioccadealerships.com | 750 S. West End Blvd. Quakertown, PA 18951 | Gregg R. Ciocca CEO | 10,097 | 11,289 | 468 | 4,914 | 26,768 | 20 | $809,921,024 | 107 |
| 99 | Boucher Group Inc. (414) 427-4141; boucher.com | 4141 S. 108th St. Greenfield, WI 53228 | Gordon Boucher CEO | 9,842 | 10,229 | 544 | 5,217 | 25,832 | 17 | $797,913,000 | 93 |
| 100 | Kelly Automotive Group (978) 774-1000; kellyauto.com | 155 Andover St., Rte. 114 Danvers, MA 01923 | Brian Kelly president & CEO | 9,778 | 5,141 | – | 4,473 | 19,392 | 7 | $528,124,971 | 92 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial vehicle or non-auto dealerships.



# Top 150 dealership groups based in the U.S. – ranked on 2019 new-vehicle retail sales units

| 2019 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2018 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | Morrie's Automotive Group (952) 544-0376; morries.com | 12520 Wayzata Blvd. Minnetonka, MN 55305 | Lance Iserman CEO | 9,752 | 15,206 | – | – | 24,958 | 16 | $839,010,000 | 99 |
| 102 | Car Pros Automotive Group (253) 681-6376; carpros.com | 181 S. 333rd St., Ste. 210 Federal Way, WA 98003 | Matthew Phillips president | 9,720 | 4,782 | – | 3,038 | 17,540 | 9 | $424,685,262 | 84 |
| 103 | Phil Smith Automotive Group (954) 867-1234; philsmithauto.com | 4250 N. Federal Hwy. Lighthouse Point, FL 33064 | Michael Dayhoff president & CEO | 9,677 | 9,917 | 101 | 5,309 | 25,004 | 19 | $723,109,077 | 102 |
| 104 | Holler Classic Automotive Group (407) 645-1331; hollerclassic.com | P.O. Box 1720 Winter Park, FL 32790 | Judi Holler president | 9,513 | 7,967 | – | 7,340 | 24,820 | 9 | $539,483,482 | 116 |
| 105 | Sansone Auto Network (732) 587-1100; sansoneauto.com | 90-100 Route 1 N. Avenel, NJ 07001 | John Pugliese president & CEO | 9,398 | 2,708 | – | 2,195 | 14,301 | 6 | $399,116,118 | 100 |
| 106 | Chapman Auto Group (267) 960-1700; chapmanautogroup.com | 1170 Easton Road Horsham, PA 19044 | Randy Chapman CEO | 9,382 | 5,161 | – | 2,394 | 16,937 | 8 | $533,164,271 | 72 |
| 107 | Huffines Auto Dealerships (972) 867-6000; huffines.net | 4500 W. Plano Pkwy. Plano, TX 75093 | S. Ray Huffines owner & CEO | 9,335 | 7,425 | 817 | 4,137 | 21,714 | 14 | $702,948,835 | 101 |
| 108 | Sutherlin Automotive Group (678) 714-4069; sutherlinnissan.com | 3520 GA-20 Buford, GA 30519 | George Sutherlin president | 9,298 | 7,563 | – | – | 16,861 | 7 | $562,770,718 | – |
| 109 | Headquarter Automotive (305) 423-4616; headquarterauto.com | 5895 NW 167th St. Miami, FL 33015 | Jeronimo M. Esteve CEO | 8,784 | 3,821 | – | 2,157 | 14,762 | 4 | $378,300,344 | 117 |
| 110 | Blaise Alexander Family Dealerships (570) 546-4925; blaisealexander.com | 10 Alexander Drive Muncy, PA 17756 | Blaise Alexander owner & president | 8,724 | 11,117 | – | 6,420 | 26,261 | 17 | $705,959,970 | 110 |
| 111 | AutoFair Automotive Group (603) 634-1000; autofair.com | 1477 S. Willow St. Manchester, NH 03103 | H. Andy Crews president & CEO | 8,707 | 9,193 | – | 4,842 | 22,742 | 8 | $556,401,000 | 114 |
| 112 | Wallace Automotive Group (772) 287-3232; wallaceautogroup.net | 3801 SE Federal Hwy. Stuart, FL 34997 | Bill Wallace CEO | 8,662 | 6,188 | – | – | 14,850 | 9 | $458,000,000 | – |
| 113 | Criswell Automotive (301) 948-0880; criswellauto.com | 503 Quince Orchard Road Gaithersburg, MD 20878 | Harry Criswell III dealer | 8,643 | 3,320 | 519 | 2,038 | 14,520 | 11 | $526,763,273 | 103 |
| 114 | Byers Automotive Group (614) 228-5111; byersauto.com | 427 S. Hamilton Road Columbus, OH 43213 | George Byers chairman | 8,623 | 8,031 | 187 | 5,863 | 22,704 | 18 | $655,251,714 | 111 |
| 115 | Bowers Automotive Group (423) 664-5790; bowersag.com | 2146 Chapman Road Chattanooga, TN 37421 | Bradley Cobb president | 8,587 | 7,540 | 99 | 3,933 | 20,159 | 10 | $509,427,913 | 124 |
| 116 | Hertrich Family of Auto Dealerships (302) 629-5100; hertrichs.com | 26905 Sussex Hwy. Seaford, DE 19973 | Frederick Hertrich III president | 8,341 | 8,094 | 2,995 | 6,179 | 25,609 | 25 | $800,866,760 | 106 |
| 117 | Gunn Automotive Group (210) 472-2501; gunnauto.com | 227 Broadway San Antonio, TX 78205 | Sean Gunn CEO | 8,327 | 7,368 | 1,969 | 3,669 | 21,333 | 6 | $629,515,223 | 115 |
| 118 | Phil Long Dealerships (719) 575-7000; phillong.com | 1212 A Motor City Drive Colorado Springs, CO 80905 | Gerald Cimino CEO | 8,323 | 9,340 | 1,155 | 6,275 | 25,093 | 20 | $844,575,855 | 105 |
| 119 | Lou Fusz Automotive Network Inc. (314) 994-1500; fusz.com | 925 N. Lindbergh Blvd. St. Louis, MO 63141 | Randy Fusz president | 8,289 | 8,139 | 2,494 | 4,485 | 23,407 | 14 | $632,179,080 | 109 |
| 120 | Bobby Rahal Automotive Group (717) 691-5600; bobbyrahal.com | 6715 Carlisle Pike Mechanicsburg, PA 17050 | Ron Ferris CEO | 8,217 | 7,799 | 570 | 4,912 | 21,498 | 11 | $785,032,572 | 121 |
| 121 | Bob Loquercio Auto Group (773) 728-5000; blautogroup.com | 1600 W. Lake St. Streamwood, IL 60107 | Robert Loquercio president | 8,208 | 6,738 | – | 2,420 | 17,366 | 6 | $454,452,596 | – |
| 122 | Fletcher Auto Group (501) 352-3954; fletcherauto.com | 808 Silverwood Trail North Little Rock, AR 72116 | Frank Fletcher CEO | 8,067 | 6,519 | – | 5,575 | 20,161 | 17 | $526,466,884 | 104 |
| 123 | Golling Automotive Group (248) 334-3600; golling.com | 2405 S. Telegraph Road Bloomfield Hills, MI 48302 | A. William Golling president | 8,065 | 2,332 | 44 | 1,069 | 11,510 | 6 | $406,525,522 | – |
| 124 | Romano Auto Dealerships (315) 637-4491; romanocars.com | 5431 N. Burdick St. Fayetteville, NY 13066 | Michael J. & Joseph J. Romano co-owners | 8,033 | 3,274 | – | 4,287 | 15,594 | 6 | $436,753,083 | 113 |
| 125 | Carter Myers Automotive (434) 220-8815; cmacars.com | 100 Myers Drive Charlottesville, VA 22901 | Liza Borches president & CEO | 7,969 | 5,831 | – | 3,399 | 17,199 | 15 | $475,557,242 | 112 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial vehicle or non-auto dealerships.



# Top 150 dealership groups based in the U.S. – ranked on 2019 new-vehicle retail sales units

| 2019 rank | Dealership group | Address | Top executive | Total new retail units | Total used units | Total fleet units | Total wholesale units | Total units | Total number of dealerships | Group revenue all departments* | 2018 rank |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | Betten Baker Auto Group (231) 759-5875; bettenbaker.com | 2501 Henry St. Muskegon, MI 49441 | Chris Baker president | 7,789 | 10,140 | – | 3,588 | 21,517 | 20 | $597,383,025 | 130 |
| 127 | Murgado Automotive Group (305) 856-3000; brickellmotors.com | 665 SW 8 St. Miami, FL 33130 | Mario Murgado president & CEO | 7,772 | 5,513 | – | 3,258 | 16,543 | 10 | $522,434,237 | 132 |
| 128 | Bob Moore Auto Group (405) 605-2363; bobmoore.com | P.O. Box 3206 Oklahoma City, OK 73102 | Mark Moore CEO | 7,712 | 11,362 | 669 | 4,078 | 23,821 | 15 | $845,739,710 | 122 |
| 129 | Richardson & Partners (505) 292-0000; rich-ford.com | 8601 Lomas Blvd. NE Albuquerque, NM 87112 | Kevin Blewett president | 7,693 | 5,669 | 973 | 3,672 | 18,007 | 8 | $615,229,322 | 120 |
| 130 | Continental Motors Group (331) 281-0339; continentalmotors.com | 460 Fort Hill Drive Naperville, IL 60540 | John Weinberger CEO | 7,626 | 5,781 | – | 2,519 | 15,926 | 8 | $565,678,464 | 118 |
| 131 | Crain Automotive Team (501) 542-5000; crainteam.com | 5980 Wadley Road Sherwood, AR 72120 | Larry Crain Sr. chairman | 7,480 | 9,605 | 26 | 5,985 | 23,096 | 17 | $662,741,287 | 123 |
| 132 | Gilchrist Automotive (817) 596-5700; gilchristautomotive.com | 3000 Fort Worth Hwy. Weatherford, TX 76087 | Charlie & Stephen Gilchrist owners | 7,444 | 4,140 | 1,215 | 3,493 | 16,292 | 10 | $559,716,950 | 131 |
| 133 | Safford Automotive Group (703) 866-1700; saffordauto.com | 7611 Loisdale Road Springfield, VA 22150 | James Gramm president | 7,429 | 5,304 | 2 | 3,760 | 16,495 | 14 | $549,394,778 | 129 |
| 134 | Preston Automotive Group (410) 673-7171; prestonmotor.com | 218 S. Main St. Preston, MD 21655 | David Wilson Jr. president | 7,343 | 5,540 | – | 4,863 | 17,746 | 12 | $506,053,550 | – |
| 135 | Bayway Auto Group Inc. (281) 929-6500; baywayautogroup.com | 12333 Gulf Fwy. Houston, TX 77034 | Darryl Wischnewsky president | 7,316 | 6,706 | – | 3,548 | 17,570 | 22 | $624,519,218 | – |
| 136 | Swickard Auto Group (503) 454-5000; swickardautogroup.com | 19400 SE McLoughlin Blvd. Gladstone, OR 97027 | Jeff Swickard president | 7,156 | 7,537 | 40 | 2,303 | 17,036 | 9 | $659,022,831 | – |
| 137 | AutoFocus Inc. (408) 819-0460; capitoltoyota.com | 2800 W. March Lane, Ste. 430 Stockton, CA 95219 | Jerry Brassfield CEO | 7,044 | 2,803 | – | 1,252 | 11,099 | 6 | $331,459,250 | 134 |
| 138 | Russ Darrow Group Inc. (262) 250-9600; russdarrow.com | W133 N8569 Executive Pkwy. Menomonee Falls, WI 53051 | Russell Darrow Jr. chairman & CEO | 7,024 | 12,037 | 176 | 4,360 | 23,597 | 24 | $619,348,821 | 125 |
| 139 | Serra Automotive Group (205) 836-6775; serraautomotive.com | 9709 Parkway E., Ste. D Birmingham, AL 35215 | Anthony Serra CEO | 7,003 | 6,331 | – | 3,948 | 17,282 | 23 | $436,460,063 | 119 |
| 140 | Krause Auto Group (770) 649-5124; krausefamilyford.com | P.O. Box 1249 Alpharetta, GA 30009 | Vernon Krause CEO | 6,947 | 5,687 | 691 | 3,235 | 16,560 | 9 | $664,560,434 | 137 |
| 141 | FRL Automotive (305) 652-6500; toyotaofnorthmiami.com | 16600 NW 2nd Ave. Miami, FL 33169 | Eric Friedman president | 6,833 | 2,874 | – | 1,756 | 11,463 | 3 | $320,453,931 | 127 |
| 142 | World Auto Group (973) 442-0500; denvillenissan.com | 3057 Rte. 10 E. Denville, NJ 07834 | Albert & Chris Preziosi owners | 6,728 | 3,421 | – | 5,019 | 15,168 | 11 | $457,615,999 | 126 |
| 143 | Yark Automotive Group Inc. (419) 841-7771; yarkauto.com | 6019 W. Central Ave. Toledo, OH 43615 | John Yark president | 6,660 | 6,554 | – | 1,775 | 14,989 | 8 | $460,146,607 | 128 |
| 144 | Noarus Auto Group (310) 258-0920; noarus.com | 9670 Trask Ave. Garden Grove, CA 92844 | Norris Bishton Jr. chairman | 6,617 | 3,791 | – | 1,541 | 11,949 | 4 | $341,564,702 | 133 |
| 145 | Napleton Auto Group (847) 825-1800; shopnapleton.com | 10400 W. Higgins, Ste. 305 Rosemont, IL 60018 | William Napleton president | 6,450 | 7,025 | 2,500 | 2,500 | 18,475 | 19 | $587,450,000 | – |
| 146 | JG Auto Group (210) 829-1800 | 153 Treeline Park, Ste. 300 San Antonio, TX 78209 | Jack Guenther Jr. president | 6,394 | 5,588 | – | – | 11,982 | 6 | $434,754,100 | 135 |
| 147 | Hitchcock Automotive Resources (626) 839-8401; hitchcockautomotive.com | 1303 John Reed Court City of Industry, CA 91745 | Frederick Hitchcock Jr. chairman & CEO | 6,276 | 3,389 | – | 1,444 | 11,109 | 3 | $328,026,690 | 139 |
| 148 | Martin Management Group (270) 783-8080; martingp.com | 1048 Ashley St., Ste. 401 Bowling Green, KY 42103 | Chadwick Martin president | 6,226 | 3,095 | – | 1,951 | 11,272 | 12 | $297,964,686 | 136 |
| 149 | Kunes Country Auto Group (262) 728-5544; kunesauto.com | 1234 E. Geneva St. Delavan, WI 53115 | Gregg Kunes president | 6,177 | 10,877 | – | 7,404 | 24,458 | 19 | $609,254,934 | 145 |
| 150 | Peterson Auto Group (208) 378-9000; petersoncars.com | 9101 W. Fairview Ave. Boise, ID 83704 | Brady Peterson president | 5,764 | 4,578 | – | 1,923 | 12,265 | 5 | $460,002,592 | 141 |

*Includes new, used, fleet, wholesale, F&I, body shop, parts and service departments. May also include revenue from affiliated operations, such as rentals, or commercial vehicle or non-auto dealerships.



# INDEX



| | | |
|---|---|---|
| #1 Cochran Automotive ....................................67 | Ganley Auto Group..............................................21 | Ourisman Automotive Group ..............................23 |
| American Motors Corp. .......................................94 | Garber Management Group.................................70 | Penske Automotive Group Inc. ............................2 |
| Ancira Enterprises...............................................86 | Gee Automotive Cos. ..........................................53 | Performance Automotive Network ......................38 |
| Anderson Automotive Group................................66 | Germain Motor Co. .............................................79 | Peterson Auto Group ........................................150 |
| Asbury Automotive Group Inc. .............................7 | Gettel Automotive ...............................................63 | Phil Long Dealerships .......................................118 |
| AutoFair Automotive Group................................111 | Gilchrist Automotive ..........................................132 | Phil Smith Automotive Group ............................103 |
| AutoFocus Inc. ..................................................137 | Gillman Cos. ........................................................80 | Piazza Auto Group..............................................60 |
| AutoNation Inc. ....................................................1 | Golling Automotive Group.................................123 | Piercey Automotive Group..................................58 |
| Balise Motor Sales Co. .......................................64 | Greenway Automotive .........................................19 | Potamkin Automotive Group Inc. .......................48 |
| Baxter Auto Group ..............................................32 | Group 1 Automotive Inc. ......................................4 | Premier Automotive .............................................56 |
| Bayway Auto Group Inc. ...................................135 | Gunn Automotive Group ...................................117 | Preston Automotive Group.................................134 |
| Bergstrom Automotive.........................................78 | Headquarter Automotive ...................................109 | Price Simms Auto Group ....................................95 |
| Betten Baker Auto Group..................................126 | Hendrick Automotive Group .................................5 | Prime Automotive Group ....................................11 |
| Blaise Alexander Family Dealerships .................110 | Herb Chambers Cos. ..........................................25 | Priority Auto Group.............................................36 |
| Bob Loquercio Auto Group................................121 | Hertrich Family of Auto Dealerships..................116 | Ray Catena Motor Car Corp. ..............................45 |
| Bob Moore Auto Group ....................................128 | Hitchcock Automotive Resources .....................147 | Ray Skillman Auto Group....................................89 |
| Bob Rohrman Auto Group...................................46 | Holler Classic Automotive Group ......................104 | Reedman-Toll Auto World ...................................92 |
| Bobby Rahal Automotive Group........................120 | Holman Automotive Group Inc. ..........................24 | RFJ Auto Partners Holdings Inc. ........................43 |
| Bommarito Automotive Group ............................72 | Huffines Auto Dealerships.................................107 | Richardson & Partners......................................129 |
| Bomnin Auto Group ............................................88 | Island Auto Group...............................................44 | Rick Case Automotive Group .............................35 |
| Boucher Group Inc. ............................................99 | Jeff Wyler Automotive Family Inc. ......................34 | RML Automotive..................................................29 |
| Bowers Automotive Group.................................115 | JG Auto Group ..................................................146 | Romano Auto Dealerships ................................124 |
| Byers Automotive Group....................................114 | Jim Koons Automotive Cos. ...............................14 | Rosatti/Plaza Auto Group....................................68 |
| Car Pros Automotive Group ..............................102 | John Elway Dealerships ......................................76 | Rosenthal Automotive Organization ....................82 |
| Carter Myers Automotive ..................................125 | Kahlig Auto Group...............................................47 | Rusnak Auto Group.............................................97 |
| Cavender Auto Family ........................................90 | Keating Auto Group.............................................40 | Russ Darrow Group Inc. ...................................138 |
| Chapman Auto Group........................................106 | Kelly Automotive Group ....................................100 | Safford Automotive Group ................................133 |
| Chapman Automotive Group...............................49 | Ken Garff Automotive Group...............................10 | Sam Pack Automotive Group ..............................81 |
| Ciocca Dealerships.............................................98 | Ken Page Auto Group.........................................91 | Sansone Auto Network.....................................105 |
| Colonial Automotive Group .................................84 | Kenwood Dealer Group Inc. ...............................75 | Serra Automotive Group ...................................139 |
| Continental Motors Group.................................130 | Keyes Automotive Group ....................................20 | Serra Automotive Inc. .........................................22 |
| Crain Automotive Team....................................131 | Krause Auto Group............................................140 | Servco Pacific Inc. ..............................................15 |
| Criswell Automotive ..........................................113 | Kunes Country Auto Group ..............................149 | Sheehy Auto Stores ............................................37 |
| Curry Automotive................................................74 | LaFontaine Automotive Group............................52 | Sonic Automotive Inc. ..........................................6 |
| DARCARS Automotive Group..............................39 | Larry H. Miller Dealerships...................................8 | Staluppi Auto Group.............................................9 |
| David Wilson Automotive Group ........................12 | Lia Auto Group....................................................55 | Suburban Collection............................................18 |
| Del Grande Dealer Group ..................................59 | Lithia Motors Inc. ..................................................3 | Sullivan Automotive Group .................................50 |
| Earnhardt Auto Centers......................................26 | Lou Fusz Automotive Network Inc. ...................119 | Summit Automotive Partners...............................51 |
| Ed Morse Automotive Group...............................77 | Mac Haik Auto Group .........................................30 | Sutherlin Automotive Group..............................108 |
| Empire Auto Group ............................................96 | Martin Management Group ...............................148 | Swickard Auto Group ........................................136 |
| Feldman Automotive Group ................................57 | McCombs Automotive.........................................73 | Tuttle-Click Automotive Group ............................65 |
| Ferman Automotive Group .................................82 | McLarty Automotive............................................31 | Victory Automotive Group...................................13 |
| Findlay Automotive Group...................................27 | Morgan Auto Group............................................16 | Wallace Automotive Group................................112 |
| Fitzgerald Auto Malls..........................................85 | Morrie's Automotive Group...............................101 | Walser Automotive Group ...................................54 |
| Fletcher Auto Group .........................................122 | Mullinax Automotive ...........................................87 | West-Herr Automotive Group Inc. ......................28 |
| Fletcher Jones Automotive Group.......................41 | Murgado Automotive Group..............................127 | Wilde Automotive Group.....................................71 |
| Fox Motors..........................................................69 | Napleton Auto Group ........................................145 | World Auto Group .............................................142 |
| FRL Automotive .................................................141 | Napleton Automotive Group ...............................17 | World Class Automotive Group...........................62 |
| Future Automotive Group ...................................93 | Noarus Auto Group ..........................................144 | Yark Automotive Group Inc. .............................143 |
| Galpin Motors Inc. ..............................................42 | Open Road Auto Group ......................................33 | Zeigler Auto Group..............................................61 |

## Want to be considered for the Automotive News 2021 Top 150 Dealership Groups list?

### How
Contact the Automotive News Data Center and submit contact information:
– Group name
– Group address
– Contact name, phone number and email address

### When
Surveys are emailed in January. To receive one, submit your group's contact information by Dec. 31, 2020.

### Data Center Contacts

**Mary Raetz**
*Director, Automotive News Data Center*
(313) 446-0368
mraetz@crain.com

**Heather Rowe**
*Senior Data Researcher*
(313) 446-0369
hrowe@crain.com

*Contact the Automotive News Data Center with questions regarding the Top 150 Dealership Groups list.*



