# Exhibit 74



# CDK Locations

CDK Global connects with customers at sales offices, support centers and technology locations throughout the world. Below is a list of our US and Canada locations. Explore our International locations.

# CDK Headquarters

1950 Hassell Road
Hoffman Estates, IL 60169-6308
Tel: 847.397.1700
www.cdkglobal.com

**For PR inquires contact: Roxanne Pipitone**
Tel: 847.485.4423
prmarketing@cdk.com

Looking for open positions at CDK Global? Search positions



We use cookies to personalize and enhance your experience on our site.
Visit our Privacy Policy to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

7/21/2020 Case: 1:18-cv-00864 Document #: 1094-14 Filed: 07/29/20 Page 3 of 6 PageID #:81419 CDK Locations | CDK Global USA

Accept

215 North Admiral Byrd Road
Suite 150
Salt Lake City, UT 84116
Tel: 800.521.0309

**CDK Agriculture / Construction**

850 Medway Park Court
London, (ON) Canada
N6G 5C6
Tel: 519.474.3300

## Other CDK Locations in the USA

**California - Orange**

1100 Town & Country Road, 8th Floor
Orange, CA 92868
Tel: 714.739.3967

**California - San Jose**

250 Holger Way
San Jose, CA 95134

**AVRS**

1137 N McDowell Blvd
Petaluma, CA 94954
Tel: 855.437.4400

**Florida (Formerly ELEAD)**

4460 Legendary Drive
Destin, FL 32541
Tel: 877.859.0195

We use cookies to personalize and enhance your experience on our site.
Visit our Privacy Policy to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

Accept

11475 Great Oaks Way

Alpharetta, GA 30022

Tel: 706.724.2742

## Georgia (Formerly ELEAD)

4001 Coleman Road North

Valdosta, Georgia 31602

Tel: 855.983.9470

## Illinois (Formerly Progressus)

806 N. Peoria Street, 4th Floor

Chicago, IL 60642

Tel: 312.252.2121

## Indiana

9225 Priority Way West Dr,

Bldg. 86 Suite 120

Indianapolis, IN 46240

## Michigan

500 Woodward Avenue, Suite 2900

Detroit, MI 48226

Tel: 313.324.4575

## Minnesota

605 North Highway 169, 5th Floor Or 605 Waterford Park

Plymouth, MN 55441

## New York

2 Huntington Quadrangle, Suite 3S15

Melville, NY 11747

We use cookies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

7/21/2020 Case: 1:18-cv-00864 Document #: 1094-14 Filed: 07/29/20 Page 5 of 6 PageID #:81421 CDK Locations | CDK Global USA

Accept

4650 Montgomery Road

Norwood, OH 45212

Tel: 513.929.7000

**PartsVoice**

4635 Trueman Blvd

Suite 100

Hilliard, OH 43064

Tel: 866.598.4077

**Digital Motorworks, Inc.**

4635 Trueman Blvd.

Suite 100

Hilliard, OH 43026

Tel: 614.324.7800

**Pennsylvania**

655 Business Center Dr, Suite 110

Horsham, PA 19044

**Oregon**

2525 SW First Ave

Suite 400

Portland, OR 97201

Tel: 503.294.4200

5743 NE Columbia Boulevard (Building 1)

Portland, OR 97218

Tel: 503.294.4200

5759 NE Columbia Boulevard (Building 3)

Portland, OR 97218

Tel: 503.294.4200

**Texas**

8601 Ranch Road 2222

We use cookies to personalize and enhance your experience on our site.

Visit our Privacy Policy to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

Accept

8400 Westpark Drive, 8th Floor
McLean, VA 22102

## Canada Office Locations

20 Erb Street West

## About CDK Global

Tel. 800.888.4030

Media Center | Careers | CDK Website Privacy Statement | CDK Policies

CDK Website Cookie Policy | User Agreement | Partner Program | Investor Relations | Contact Us

US: © 2020 CDK Global LLC / CDK Global is a trademark of CDK Global LLC.

AdChoices



We use cookies to personalize and enhance your experience on our site.

Visit our Privacy Policy to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.