# Exhibit 75

LOGIN (HTTPS://SSO.DEALERTRACK.COM/AFEWEBSERVICES/PUBLIC/OAUTHTOKENCONSUMER/DEALERTRACK-OAUTH2SERVER/AUTHORIZE?CLIENT_ID=DEALERTRACK-OAUTH2SERVER)
(https://us.dealertrack.com)

# Dealertrack Locations

## Dealertrack USA Corporate

3400 New Hyde Park Road

New Hyde Park, NY 11042-1226

p 516.734.3600

Sales: 888.600.8760

Support: 877.357.8725

us.dealertrack.com (http://us.dealertrack.com)

## Dealertrack Canada Corporate

2700 Matheson Blvd E.

East Tower, Suite 702

Mississauga, ON L4W 4V9

p 1.877.288.2191

dealertrack.ca (http://www.dealertrack.ca)

# Sales and F&I

## Sales and F&I

3400 New Hyde Park Road

New Hyde Park, NY 11042-1226

p 516.734.3600

Sales: 888.600.8760

Support: 877.357.8725

dealertrack.com/sfi (/content/dealertrack/en/f-and-i.html)

# Dealer Management Solutions

## Dealer Management Solutions

13693 S 200 W, Suite 600

Draper, UT 84020

p 801.501.7100

dealertrack.com/dms (http://www.dealertrack.com/dms)

# Registration and Titling Solutions

LOGIN (HTTPS://SSO.DEALERTRACK.COM/AEEWEBSERVICES/PUBLIC/OAUTHTOKENCONSUMER/DEALERTRACK-OAUTHZSERVER?TPID=DEALERTRACK-OAUTHZSERVER)

## Registration and Titling Solutions

(https://us.dealertrack.com)

Groton, CT 06340

p 800.876.2312

cs 800.374.4771

f 860.448.3187

dealertrack.com/rts (http://www.dealertrack.com/rts)

## Registration and Titling Solutions

9750 Goethe Road, Suite 201

Sacramento, CA 95827

p 800.987.0017

dealertrack.com/rts (http://www.dealertrack.com/rts)

## Registration and Titling Solutions (RegUSA)

30 Tech Valley Drive, Suite 101

East Greenbush, NY 12061

cs 800.211.3638

f 800.360.7528

dealertrack.com/rts (http://www.dealertrack.com/rts)

## Registration and Titling Solutions

7 Route 101A, Unit B

Amherst, NH 03031

dealertrack.com/rts (http://www.dealertrack.com/rts)

## Registration and Titling Solutions

5907 Covington Road, Unit C

Fort Wayne, IN 46804

p 260.247.7147

f 260.432.33047

dealertrack.com/rts (http://www.dealertrack.com/rts)

## Registration and Titling Solutions

1890 South Main Street, Suite 106

Wake Forest, NC 27587

p 919.554.0972

f 919.554.2634

dealertrack.com/rts (http://www.dealertrack.com/rts)

(https://us.dealertrack.com)

3230 Peachtree Corners Circle, Suite T

Norcross, GA 30092

p 678.282.6310

f 770.740.9256

dealertrack.com/rts (http://www.dealertrack.com/rts)

### Registration and Titling Solutions

3445 N. Causeway Blvd, #103

Metairie, LA 70002

p 504.456.7438

f 504.456.7419

dealertrack.com/rts (http://www.dealertrack.com/rts)

## Lender Solutions

### Digital Document Services

3268 Progress Way, Bldg 12

Wilmington, OH 45177

p 937.382.8986 Ext 5221

dealertrack.com/dds (/content/dealertrack/en/contracting-solutions/paper-to-digital-contract-processing.html)

### Digital Document Services

4070 Willow Lake Blvd

Memphis, TN 38118

p 901.565.7900

dealertrack.com/dds (/content/dealertrack/en/contracting-solutions/paper-to-digital-contract-processing.html)

### Digital Document Services

901 Tower Dr. Suite 325

Troy, MI 48098

dealertrack.com/dds (/content/dealertrack/en/contracting-solutions/paper-to-digital-contract-processing.html)

### Collateral Management Services

9750 Goethe Road

Sacramento, CA 95827

p 916.368.533.30

f 916.361.9567

dealertrack.com/cms (/content/dealertrack/en/contracting-solutions/paper-to-digital-contract-processing.html)

LOGIN (HTTPS://SSO.DEALERTRACK.COM/AFEWEBSERVICES/PUBLIC/OAUTHTOKENCONSUMER/DEALERTRACK-OAUTHCLIENT?AUTHSERVERID=DEALERTRACK-OAUTH2SERVER)
(https://us.dealertrack.com)

(http://blog.dealertrack.com/)

(https://www.facebook.com/Dealertrack)

(http://www.linkedin.com/company/dealertrack-technologies/careers?trk=top_nav_careers)

(https://www.dealertrack.ca) (https://twitter.com/Dealertrack)

©2020 Dealertrack, Inc. All rights reserved  Terms and Conditions (/content/dealertrack/en/terms-and-conditions.html) | Privacy Policy (/content/dealertrack/en/privacy-policy.html) | Site Requirements (/content/dealertrack/en/site-requirements.html)

This product is covered by one or more US and foreign patents and pending patent applications including the following US patents: 6,208,979 and 6,587,841.

(https://www.coxautoinc.com)