# Exhibit 76

## PUBLIC - REDACTED

# Exhibit 77

## PUBLIC - REDACTED

# Exhibit 78

**PUBLIC - REDACTED**

# Exhibit 79

**PUBLIC - REDACTED**

# Exhibit 80

## PUBLIC - REDACTED

# Exhibit 81

**PUBLIC - REDACTED**

# Exhibit 82

**PUBLIC - REDACTED**

# Exhibit 83

## PUBLIC - REDACTED

# Exhibit 84

## PUBLIC - REDACTED

# Exhibit 85

## PUBLIC - REDACTED

# Exhibit 86

**PUBLIC - REDACTED**

# Exhibit 87

**PUBLIC - REDACTED**

# Exhibit 88

**PUBLIC - REDACTED**

# Exhibit 89

**PUBLIC - REDACTED**

# Exhibit 90

**PUBLIC - REDACTED**

# Exhibit 91

## PUBLIC - REDACTED

# Exhibit 92

**PUBLIC - REDACTED**

# Exhibit 93

**PUBLIC - REDACTED**

# Exhibit 94

**PUBLIC - REDACTED**

# Exhibit 95

**PUBLIC - REDACTED**

# Exhibit 96

## PUBLIC - REDACTED

# Exhibit 97

## PUBLIC - REDACTED

# Exhibit 98

## PUBLIC - REDACTED

# Exhibit 99

## PUBLIC - REDACTED

# Exhibit 100

## PUBLIC - REDACTED

# Exhibit 101

**PUBLIC - REDACTED**

# Exhibit 102

## PUBLIC - REDACTED

# Exhibit 103

## PUBLIC - REDACTED

# Exhibit 104

## PUBLIC - REDACTED

# Exhibit 105

## PUBLIC - REDACTED

# Exhibit 106

## PUBLIC - REDACTED

# Exhibit 107

## PUBLIC - REDACTED

# Exhibit 108

## PUBLIC - REDACTED

# Exhibit 109

## PUBLIC - REDACTED

# Exhibit 110

## PUBLIC - REDACTED

# Exhibit 111

## PUBLIC - REDACTED

# Exhibit 112

**PUBLIC - REDACTED**

# Exhibit 113

**PUBLIC - REDACTED**

# Exhibit 114

## PUBLIC - REDACTED

# Exhibit 115

**PUBLIC - REDACTED**

# Exhibit 116

## PUBLIC - REDACTED

# Exhibit 117

## PUBLIC - REDACTED

# Exhibit 118

## PUBLIC - REDACTED

# Exhibit 119

**PUBLIC - REDACTED**

# Exhibit 120

## PUBLIC - REDACTED

# Exhibit 121

**PUBLIC - REDACTED**

# Exhibit 122

## PUBLIC - REDACTED

# Exhibit 123

## PUBLIC - REDACTED

# Exhibit 124

## PUBLIC - REDACTED

# Exhibit 125

## PUBLIC - REDACTED

# Exhibit 126

## PUBLIC - REDACTED

# Exhibit 127

## PUBLIC - REDACTED

# Exhibit 128

## PUBLIC - REDACTED

# Exhibit 129

## PUBLIC - REDACTED

# Exhibit 130

## PUBLIC - REDACTED

# Exhibit 131

**PUBLIC - REDACTED**

# Exhibit 132

## PUBLIC - REDACTED

# Exhibit 133

## PUBLIC - REDACTED

# Exhibit 134

## PUBLIC - REDACTED

# Exhibit 135

**PUBLIC - REDACTED**

# Exhibit 136

## PUBLIC - REDACTED

# Exhibit 137

**PUBLIC - REDACTED**

# Exhibit 138

## PUBLIC - REDACTED

# Exhibit 139

## PUBLIC - REDACTED

# Exhibit 140

**PUBLIC - REDACTED**

# Exhibit 141

**PUBLIC - REDACTED**

# Exhibit 142

**PUBLIC - REDACTED**

# Exhibit 143

**PUBLIC - REDACTED**

# Exhibit 144

## PUBLIC - REDACTED

# Exhibit 145

## PUBLIC - REDACTED

# Exhibit 146

## PUBLIC - REDACTED

# Exhibit 147

## PUBLIC - REDACTED

# Exhibit 148

## PUBLIC - REDACTED

# Exhibit 149

## PUBLIC - REDACTED

# Exhibit 150

**PUBLIC - REDACTED**

# Exhibit 151

## PUBLIC - REDACTED

# Exhibit 152

**PUBLIC - REDACTED**

# Exhibit 153

## PUBLIC - REDACTED

# Exhibit 154

## PUBLIC - REDACTED

# Exhibit 155

## PUBLIC - REDACTED

# Exhibit 156

## PUBLIC - REDACTED

# Exhibit 157

## PUBLIC - REDACTED

# Exhibit 158

## PUBLIC - REDACTED

# Exhibit 159

**PUBLIC - REDACTED**

# Exhibit 160

## PUBLIC - REDACTED

# Exhibit 161

## PUBLIC - REDACTED

# Exhibit 162

## PUBLIC - REDACTED

# Exhibit 163

## PUBLIC - REDACTED

# Exhibit 164

## PUBLIC - REDACTED

# Exhibit 165

## PUBLIC - REDACTED

# Exhibit 166

## PUBLIC - REDACTED

# Exhibit 167

## PUBLIC - REDACTED

# Exhibit 168

## PUBLIC - REDACTED

# Exhibit 169

## PUBLIC - REDACTED

# Exhibit 170

## PUBLIC - REDACTED

# Exhibit 171

## PUBLIC - REDACTED

# Exhibit 172

## PUBLIC - REDACTED

# Exhibit 173

## PUBLIC - REDACTED

# Exhibit 174

## PUBLIC - REDACTED

# Exhibit 175

**PUBLIC - REDACTED**

# Exhibit 176

**PUBLIC - REDACTED**

# Exhibit 177

## PUBLIC - REDACTED

# Exhibit 178

**PUBLIC - REDACTED**

# Exhibit 179

## PUBLIC - REDACTED

# Exhibit 180

**PUBLIC - REDACTED**

# Exhibit 181

**PUBLIC - REDACTED**

# Exhibit 182

## PUBLIC - REDACTED

# Exhibit 183

**PUBLIC - REDACTED**

# Exhibit 184

**PUBLIC - REDACTED**

# Exhibit 185

**PUBLIC - REDACTED**

# Exhibit 186

**PUBLIC - REDACTED**

# Exhibit 187

## PUBLIC - REDACTED

# Exhibit 188

**PUBLIC - REDACTED**

# Exhibit 189

## PUBLIC - REDACTED

# Exhibit 190

**PUBLIC - REDACTED**

# Exhibit 191

## PUBLIC - REDACTED

# Exhibit 192

**PUBLIC - REDACTED**

# Exhibit 193

## PUBLIC - REDACTED

# Exhibit 194

**PUBLIC - REDACTED**

# Exhibit 195

**PUBLIC - REDACTED**

# Exhibit 196

**PUBLIC - REDACTED**

# Exhibit 197

## PUBLIC - REDACTED

# Exhibit 198

## PUBLIC - REDACTED

# Exhibit 199

## PUBLIC - REDACTED

# Exhibit 200

## PUBLIC - REDACTED

# Exhibit 201

**PUBLIC - REDACTED**

# Exhibit 202

**PUBLIC - REDACTED**

# Exhibit 203

**PUBLIC - REDACTED**

# Exhibit 204

**PUBLIC - REDACTED**

# Exhibit 205

## PUBLIC - REDACTED

# Exhibit 206

**PUBLIC - REDACTED**

# Exhibit 207

**PUBLIC - REDACTED**

# Exhibit 208

**PUBLIC - REDACTED**

# Exhibit 209

## PUBLIC - REDACTED

# Exhibit 210

**PUBLIC - REDACTED**

# Exhibit 211

**PUBLIC - REDACTED**

# Exhibit 212

**PUBLIC - REDACTED**

# Exhibit 213

**PUBLIC - REDACTED**

# Exhibit 214

## PUBLIC - REDACTED

# Exhibit 215

## PUBLIC - REDACTED

# Exhibit 216

**PUBLIC - REDACTED**

# Exhibit 217

**PUBLIC - REDACTED**

# Exhibit 218

**PUBLIC - REDACTED**

# Exhibit 219

## PUBLIC - REDACTED

# Exhibit 220

**PUBLIC - REDACTED**

# Exhibit 221

**PUBLIC - REDACTED**

# Exhibit 222

**PUBLIC - REDACTED**

# Exhibit 223

**PUBLIC - REDACTED**

# Exhibit 224

**PUBLIC - REDACTED**

# Exhibit 225

**PUBLIC - REDACTED**

# Exhibit 226

**PUBLIC - REDACTED**

# Exhibit 227

## PUBLIC - REDACTED

# Exhibit 228

**PUBLIC - REDACTED**

# Exhibit 229

## PUBLIC - REDACTED

# Exhibit 230

## PUBLIC - REDACTED

# Exhibit 231

## PUBLIC - REDACTED

# Exhibit 232

**PUBLIC - REDACTED**

# Exhibit 233

**PUBLIC - REDACTED**

# Exhibit 234

**PUBLIC - REDACTED**

# Exhibit 235

**PUBLIC - REDACTED**

# Exhibit 236

## PUBLIC - REDACTED

# Exhibit 237

**PUBLIC - REDACTED**

# Exhibit 238

**PUBLIC - REDACTED**

# Exhibit 239

**PUBLIC - REDACTED**

# Exhibit 240

## PUBLIC - REDACTED

# Exhibit 241

**PUBLIC - REDACTED**

# Exhibit 242

**PUBLIC - REDACTED**

# Exhibit 243

## PUBLIC - REDACTED

# Exhibit 244

**PUBLIC - REDACTED**

# Exhibit 245

**PUBLIC - REDACTED**

# Exhibit 246

## PUBLIC - REDACTED

# Exhibit 247

## PUBLIC - REDACTED

# Exhibit 248

## PUBLIC - REDACTED

# Exhibit 249

## PUBLIC - REDACTED

# Exhibit 250

## PUBLIC - REDACTED

# Exhibit 251

## PUBLIC - REDACTED

# Exhibit 252

**PUBLIC - REDACTED**

# Exhibit 253

**PUBLIC - REDACTED**

# Exhibit 254

**PUBLIC - REDACTED**

# Exhibit 255

**PUBLIC - REDACTED**

# Exhibit 256

## PUBLIC - REDACTED

# Exhibit 257

**PUBLIC - REDACTED**

# Exhibit 258

**PUBLIC - REDACTED**

# Exhibit 259

**PUBLIC - REDACTED**

# Exhibit 260

## PUBLIC - REDACTED

# Exhibit 261

**PUBLIC - REDACTED**

# Exhibit 262

**PUBLIC - REDACTED**

# Exhibit 263

## PUBLIC - REDACTED

# Exhibit 264

**PUBLIC - REDACTED**

# Exhibit 265

## PUBLIC - REDACTED

# Exhibit 266

## PUBLIC - REDACTED

# Exhibit 267

## PUBLIC - REDACTED

# Exhibit 268

## PUBLIC - REDACTED

# Exhibit 269

**PUBLIC - REDACTED**

# Exhibit 270

**PUBLIC - REDACTED**

# Exhibit 271

**PUBLIC - REDACTED**

# Exhibit 272

**PUBLIC - REDACTED**

# Exhibit 273

**PUBLIC - REDACTED**

# Exhibit 274

## PUBLIC - REDACTED

# Exhibit 275

**PUBLIC - REDACTED**

# Exhibit 276

## PUBLIC - REDACTED

# Exhibit 277

**PUBLIC - REDACTED**

# Exhibit 278

## PUBLIC - REDACTED

# Exhibit 279

**PUBLIC - REDACTED**

# Exhibit 280

## PUBLIC - REDACTED

# Exhibit 281

## PUBLIC - REDACTED

# Exhibit 282

## PUBLIC - REDACTED

# Exhibit 283

## PUBLIC - REDACTED

# Exhibit 284

## PUBLIC - REDACTED

# Exhibit 285

**PUBLIC - REDACTED**

# Exhibit 286

**PUBLIC - REDACTED**

# Exhibit 287

**PUBLIC - REDACTED**

# Exhibit 288

**PUBLIC - REDACTED**

# Exhibit 289

**PUBLIC - REDACTED**

# Exhibit 290

## PUBLIC - REDACTED

# Exhibit 291

## PUBLIC - REDACTED

# Exhibit 292

## PUBLIC - REDACTED

# Exhibit 293

**PUBLIC - REDACTED**

# Exhibit 294

## PUBLIC - REDACTED

# Exhibit 295

**PUBLIC - REDACTED**

# Exhibit 296

**PUBLIC - REDACTED**

# Exhibit 297

## PUBLIC - REDACTED

# Exhibit 298

**PUBLIC - REDACTED**

# Exhibit 299

**PUBLIC - REDACTED**

# Exhibit 300

## PUBLIC - REDACTED

# Exhibit 301

## PUBLIC - REDACTED

# Exhibit 302

**PUBLIC - REDACTED**

# Exhibit 303

**PUBLIC - REDACTED**

# Exhibit 304

## PUBLIC - REDACTED

# Exhibit 305

## PUBLIC - REDACTED

# Exhibit 306

**PUBLIC - REDACTED**

# Exhibit 307

## PUBLIC - REDACTED

# Exhibit 308

## PUBLIC - REDACTED

# Exhibit 309

## PUBLIC - REDACTED

# Exhibit 310

## PUBLIC - REDACTED

# Exhibit 311

**PUBLIC - REDACTED**

# Exhibit 312

## PUBLIC - REDACTED

# Exhibit 313

## PUBLIC - REDACTED

# Exhibit 314

## PUBLIC - REDACTED

# Exhibit 315

## PUBLIC - REDACTED

# Exhibit 316

## PUBLIC - REDACTED

# Exhibit 317

## PUBLIC - REDACTED

# Exhibit 318

## PUBLIC - REDACTED

# Exhibit 319

## PUBLIC - REDACTED

# Exhibit 320

**PUBLIC - REDACTED**

# Exhibit 321

## PUBLIC - REDACTED

# Exhibit 322

## PUBLIC - REDACTED

# Exhibit 323

**PUBLIC - REDACTED**

# Exhibit 324

**PUBLIC - REDACTED**

# Exhibit 325

**PUBLIC - REDACTED**

# Exhibit 326

## PUBLIC - REDACTED

# Exhibit 327

**PUBLIC - REDACTED**

# Exhibit 328

## PUBLIC - REDACTED

# Exhibit 329

**PUBLIC - REDACTED**

# Exhibit 330

**PUBLIC - REDACTED**

# Exhibit 331

## PUBLIC - REDACTED

# Exhibit 332

**PUBLIC - REDACTED**

# Exhibit 333

## PUBLIC - REDACTED

# Exhibit 334

**PUBLIC - REDACTED**

# Exhibit 335

**PUBLIC - REDACTED**

# Exhibit 336

## PUBLIC - REDACTED

# Exhibit 337

**PUBLIC - REDACTED**

# Exhibit 338

**PUBLIC - REDACTED**

# Exhibit 339

## PUBLIC - REDACTED

# Exhibit 340

## PUBLIC - REDACTED

# Exhibit 341

**PUBLIC - REDACTED**

# Exhibit 342

**PUBLIC - REDACTED**

# Exhibit 343

**PUBLIC - REDACTED**

# Exhibit 344

## PUBLIC - REDACTED

# Exhibit 345

**PUBLIC - REDACTED**

# Exhibit 346

## PUBLIC - REDACTED

# Exhibit 347

## PUBLIC - REDACTED

# Exhibit 348

## PUBLIC - REDACTED

# Exhibit 349

## PUBLIC - REDACTED

# Exhibit 350

## PUBLIC - REDACTED

# Exhibit 351

**PUBLIC - REDACTED**

# Exhibit 352

## PUBLIC - REDACTED

# Exhibit 353

## PUBLIC - REDACTED

# Exhibit 354

**PUBLIC - REDACTED**

# Exhibit 355

## PUBLIC - REDACTED

# Exhibit 356

## PUBLIC - REDACTED

# Exhibit 357

**PUBLIC - REDACTED**

# Exhibit 358

## PUBLIC - REDACTED

# Exhibit 359

**PUBLIC - REDACTED**

# Exhibit 360

## PUBLIC - REDACTED

# Exhibit 361

## PUBLIC - REDACTED

# Exhibit 362

**PUBLIC - REDACTED**

# Exhibit 363

## PUBLIC - REDACTED

# Exhibit 364

## PUBLIC - REDACTED

# Exhibit 365

## PUBLIC - REDACTED

# Exhibit 366

## PUBLIC - REDACTED

# Exhibit 367

## PUBLIC - REDACTED

# Exhibit 368

**PUBLIC - REDACTED**

# Exhibit 369

**PUBLIC - REDACTED**

# Exhibit 370

## PUBLIC - REDACTED

# Exhibit 371

**PUBLIC - REDACTED**

# Exhibit 372

**PUBLIC - REDACTED**

# Exhibit 373

**PUBLIC - REDACTED**

# Exhibit 374

**PUBLIC - REDACTED**

# Exhibit 375

## PUBLIC - REDACTED

# Exhibit 376

## PUBLIC - REDACTED

# Exhibit 377

## PUBLIC - REDACTED

# Exhibit 378

**PUBLIC - REDACTED**

# Exhibit 379

## PUBLIC - REDACTED

# Exhibit 380

**PUBLIC - REDACTED**

# Exhibit 381

**PUBLIC - REDACTED**

# Exhibit 382

## PUBLIC - REDACTED

# Exhibit 383

## PUBLIC - REDACTED

# Exhibit 384

## PUBLIC - REDACTED

# Exhibit 385

## PUBLIC - REDACTED

# Exhibit 386

**PUBLIC - REDACTED**

# Exhibit 387

## PUBLIC - REDACTED

# Exhibit 388

## PUBLIC - REDACTED

# Exhibit 389

**PUBLIC - REDACTED**

# Exhibit 390

## PUBLIC - REDACTED

# Exhibit 391

## PUBLIC - REDACTED

# Exhibit 392

**PUBLIC - REDACTED**

# Exhibit 393

## PUBLIC - REDACTED

# Exhibit 394

**PUBLIC - REDACTED**

# Exhibit 395

## PUBLIC - REDACTED

# Exhibit 396

## PUBLIC - REDACTED

# Exhibit 397

## PUBLIC - REDACTED

# Exhibit 398

**PUBLIC - REDACTED**

# Exhibit 399

## PUBLIC - REDACTED

# Exhibit 400

## PUBLIC - REDACTED

# Exhibit 401

**PUBLIC - REDACTED**

# Exhibit 402

**PUBLIC - REDACTED**

# Exhibit 403

**PUBLIC - REDACTED**

# Exhibit 404

**PUBLIC - REDACTED**

# Exhibit 405

**PUBLIC - REDACTED**

# Exhibit 406

## PUBLIC - REDACTED

# Exhibit 407

**PUBLIC - REDACTED**

# Exhibit 408

## PUBLIC - REDACTED

# Exhibit 409

**PUBLIC - REDACTED**

# Exhibit 410

**PUBLIC - REDACTED**

# Exhibit 411

**PUBLIC - REDACTED**

# Exhibit 412

**PUBLIC - REDACTED**

# Exhibit 413
## PUBLIC - REDACTED

# Exhibit 414

**PUBLIC - REDACTED**

# Exhibit 415

**PUBLIC - REDACTED**

# Exhibit 416

## PUBLIC - REDACTED

# Exhibit 417

## PUBLIC - REDACTED

# Exhibit 418

**PUBLIC - REDACTED**

# Exhibit 419

## PUBLIC - REDACTED

# Exhibit 420

**PUBLIC - REDACTED**

# Exhibit 421

**PUBLIC - REDACTED**

# Exhibit 422

## PUBLIC - REDACTED

# Exhibit 423

## PUBLIC - REDACTED

# Exhibit 424

## PUBLIC - REDACTED

# Exhibit 425

## PUBLIC - REDACTED

# Exhibit 426

**PUBLIC - REDACTED**

# Exhibit 427

## PUBLIC - REDACTED

# Exhibit 428

**PUBLIC - REDACTED**

# Exhibit 429

**PUBLIC - REDACTED**

# Exhibit 430

## PUBLIC - REDACTED

# Exhibit 431

**PUBLIC - REDACTED**

# Exhibit 432

**PUBLIC - REDACTED**

# Exhibit 433

**PUBLIC - REDACTED**

# Exhibit 434

**PUBLIC - REDACTED**

# Exhibit 435

## PUBLIC - REDACTED

# Exhibit 436

## PUBLIC - REDACTED

# Exhibit 437

**PUBLIC - REDACTED**

# Exhibit 438

**PUBLIC - REDACTED**

# Exhibit 439

**PUBLIC - REDACTED**

# Exhibit 440

## PUBLIC - REDACTED

# Exhibit 441

**PUBLIC - REDACTED**

# Exhibit 442

**PUBLIC - REDACTED**

# Exhibit 443

**PUBLIC - REDACTED**

# Exhibit 444

## PUBLIC - REDACTED

# Exhibit 445

**PUBLIC - REDACTED**

# Exhibit 446

**PUBLIC - REDACTED**

# Exhibit 447

**PUBLIC - REDACTED**

# Exhibit 448

**PUBLIC - REDACTED**

# Exhibit 449

## PUBLIC - REDACTED

# Exhibit 450

## PUBLIC - REDACTED

# Exhibit 451

**PUBLIC - REDACTED**

# Exhibit 452

**PUBLIC - REDACTED**

# Exhibit 453

**PUBLIC - REDACTED**

# Exhibit 454

## PUBLIC - REDACTED

# Exhibit 455

## PUBLIC - REDACTED

# Exhibit 456

## PUBLIC - REDACTED

# Exhibit 457

**PUBLIC - REDACTED**

# Exhibit 458

## PUBLIC - REDACTED

# Exhibit 459

## PUBLIC - REDACTED

# Exhibit 460

## PUBLIC - REDACTED

# Exhibit 461

**PUBLIC - REDACTED**

# Exhibit 462

**PUBLIC - REDACTED**

# Exhibit 463

## PUBLIC - REDACTED

# Exhibit 464

## PUBLIC - REDACTED

# Exhibit 465

## PUBLIC - REDACTED

# Exhibit 466

## PUBLIC - REDACTED

# Exhibit 467

## PUBLIC - REDACTED

# Exhibit 468

**PUBLIC - REDACTED**

# Exhibit 469

**PUBLIC - REDACTED**

# Exhibit 470

**PUBLIC - REDACTED**

# Exhibit 471

**PUBLIC - REDACTED**

# Exhibit 472

**PUBLIC - REDACTED**

# Exhibit 473

**PUBLIC - REDACTED**

# Exhibit 474

**PUBLIC - REDACTED**

# Exhibit 475

## PUBLIC - REDACTED

# Exhibit 476

## PUBLIC - REDACTED

# Exhibit 477

## PUBLIC - REDACTED

# Exhibit 478

**PUBLIC - REDACTED**

# Exhibit 479

**PUBLIC - REDACTED**

# Exhibit 480

**PUBLIC - REDACTED**

# Exhibit 481

**PUBLIC - REDACTED**

# Exhibit 482

**PUBLIC - REDACTED**

# Exhibit 483

**PUBLIC - REDACTED**

# Exhibit 484

**PUBLIC - REDACTED**

# Exhibit 485

## PUBLIC - REDACTED

# Exhibit 486

**PUBLIC - REDACTED**

# Exhibit 487

**PUBLIC - REDACTED**

# Exhibit 488

## PUBLIC - REDACTED

# Exhibit 489

**PUBLIC - REDACTED**

# Exhibit 490

## PUBLIC - REDACTED

# Exhibit 491

## PUBLIC - REDACTED

# Exhibit 492

## PUBLIC - REDACTED

# Exhibit 493

## PUBLIC - REDACTED

# Exhibit 494

## PUBLIC - REDACTED

# Exhibit 495

**PUBLIC - REDACTED**

# Exhibit 496

**PUBLIC - REDACTED**

# Exhibit 497

**PUBLIC - REDACTED**

# Exhibit 498

## PUBLIC - REDACTED

# Exhibit 499

## PUBLIC - REDACTED

# Exhibit 500

**PUBLIC - REDACTED**

# Exhibit 501

## PUBLIC - REDACTED

# Exhibit 502

**PUBLIC - REDACTED**

# Exhibit 503

**PUBLIC - REDACTED**