# Exhibit A

**PUBLIC - REDACTED**

# Exhibit B

**PUBLIC - REDACTED**

# Exhibit C

**PUBLIC - REDACTED**

# Exhibit D

**PUBLIC - REDACTED**

# Exhibit E

**PUBLIC - REDACTED**

# Exhibit F

**PUBLIC - REDACTED**