UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                Plaintiff,

v.

CDK Global, LLC, et al.

                Defendant.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2020:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Hearing set for 8/14/20 at 10:30 a.m. to address Plaintiff Authenticom's assertion of the work product doctrine for the documents submitted for in camera review pursuant to the Court's order of 6/25/20 [1026]. If this date and time presents an irreconcilable conflict for counsel that need to participate in that hearing, then counsel jointly should communicate with the Court's courtroom deputy. The Court will send a separate letter to counsel for Plaintiff Authenticom and Defendants CDK and Reynolds and Reynolds with its initial assessments and provisional rulings on the documents it has reviewed so counsel can me more fully prepared to discuss the issues that need to be addressed at the 8/14/20 hearing. The toll−free call−in number and access code for the hearing is as follows: Dial: 877−336−1829 Access Code: 1022195. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Mailed notice(ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.