**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>ALL ACTIONS | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## MDL PLAINTIFFS' NOTICE OF CORRECTION

On July 28, 2020, Plaintiff Authenticom, Inc. filed its opposition (Dkt. 1071) to the summary judgment motion of Defendants CDK Global, LLC and The Reynolds and Reynolds Company and MDL Plaintiffs filed their Rule 56.1 statement of additional facts (Dkt. 1069).

Authenticom and MDL Plaintiffs respectfully provide notice that they are submitting corrected versions of those filings to address certain technical errors, including the filing of nine corrected exhibits. For the convenience of the Court, Authenticom and MDL Plaintiffs are also attaching, under seal, redlined versions of the filings showing the corrections.

Dated:  August 5, 2020            Respectfully submitted,

*/s/ Peggy J. Wedgworth*            */s/ Derek T. Ho*
Peggy J. Wedgworth              Derek T. Ho
**MILBERG PHILLIPS GROSSMAN LLP**    **KELLOGG, HANSEN, TODD,**
One Pennsylvania Plaza, 19th Floor         **FIGEL & FREDERICK, P.L.L.C.**
New York, NY 10119               1615 M Street, NW, Suite 400
(212) 594-5300                   Washington, D.C. 20036
pwedgworth@milberg.com           (202) 326-7900
                                  dho@kellogghansen.com

*MDL Co-Lead Counsel*

2

## **CERTIFICATE OF SERVICE**

I, Derek T. Ho, an attorney, hereby certify that on August 5, 2020 I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' NOTICE OF CORRECTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com