**CORRECTED**

# Exhibit 4

**PUBLIC - REDACTED**

**CORRECTED**

# Exhibit 8

**PUBLIC - REDACTED**

CORRECTED

# Exhibit 19

**PUBLIC - REDACTED**

**CORRECTED**

# Exhibit 24

**PUBLIC - REDACTED**

CORRECTED

# Exhibit 29

**PUBLIC - REDACTED**

CORRECTED

# Exhibit 32

**PUBLIC - REDACTED**

**CORRECTED**

# Exhibit 44

**PUBLIC - REDACTED**

CORRECTED

# Exhibit 64

**PUBLIC - REDACTED**

# CORRECTED

# Exhibit 472

## PUBLIC - REDACTED