# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| ALL PENDING CASES | Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANTS CDK GLOBAL, LLC'S AND THE REYNOLDS AND REYNOLDS COMPANY'S ERRATA LIST AND CORRECTED EXHIBITS

On July 28, 2020, Defendants filed oppositions to MDL Plaintiffs' motions for summary

judgment and supporting exhibits. Defendants submit an errata list for these papers, as follows:

- **CDK Global, LLC's and The Reynold and Reynolds Company's Response to Authenticom, Inc.'s Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment (Dkt. 1058–sealed version; Dkt. 1072–public version)**

  o Page 29: The reference to "Auth Ex. 28" should be deleted from the following sentence: "It is undisputed that Authenticom's Terms and Conditions governing DealerVault (Auth. Ex. 28) state that . . . ."

- **Exhibits to the Declaration of Daniel T. Fenske (Dkt. 1064-1065 & Dkt. 979–sealed version, Dkt. 1080 –public version)**

  o Munns deposition transcript (Ex. 563): Pages 119-121 were omitted from the original excerpts.

  o Schaefer deposition transcript (Ex. 569): Page 165 was omitted from the original excerpts.

  o Kirby deposition transcript (Ex. 561): Page 49 was omitted from the original excerpts.

Corrected versions of the three exhibits, containing true and correct copies of the omitted transcript

pages in addition to the original excerpts, are attached to this filing.

Dated: August 11, 2020       Respectfully submitted,

/s/ *Aundrea K. Gulley*       /s/ *Britt M. Miller*
Aundrea K. Gulley         Britt M. Miller
Brian T. Ross           Michael A. Scodro
Brice A. Wilkinson         Daniel T. Fenske
Ross M. MacDonald        Matthew D. Provance
GIBBS & BRUNS LLP        Jed W. Glickstein
1100 Louisiana Street        MAYER BROWN LLP
Suite 5300           71 South Wacker Drive
Houston, TX 77002         Chicago, IL 60606
(713) 751-5258          (312) 782-0600
agulley@gibbsbruns.com       bmiller@mayerbrown.com
bross@gibbsbruns.com        mscodro@mayerbrown.com
bwilkinson@gibbsbruns.com      dfenske@mayerbrown.com
rmacdonald@gibbsbruns.com     mprovance@mayerbrown.com
                jglickstein@mayerbrown.com

Michael P.A. Cohen         Mark W. Ryan
Leo D. Caseria           MAYER BROWN LLP
SHEPPARD MULLIN RICHTER & HAMPTON, LLP 1999 K Street NW
2099 Pennsylvania Avenue NW, Suite 100  Washington, DC 20006
Washington, DC 20006       (202) 263-3000
(202) 747-1900          mryan@mayerbrown.com
mcohen@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant*        *Counsel for Defendant*
*The Reynolds and Reynolds Company*   *CDK Global, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Britt M. Miller, an attorney, hereby certify that on August 11, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS CDK GLOBAL, LLC'S AND THE REYNOLDS AND REYNOLDS COMPANY'S ERRATA LIST AND CORRECTED EXHIBITS** to be served electronically on all counsel of record at the following email address:

SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com