**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:*<br><br>ALL PENDING CASES | Hon. Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

On October 14, 2019, Defendants CDK Global, LLC and The Reynolds and Reynolds Company filed a Motion to Bar Plaintiffs' New "Initial Conspiracy" Theory. Dkt. 773 ("Motion"). The Motion is fully briefed and awaiting resolution. *See* Dkt. 775 (Memorandum); Dkt 813 (Dealer Response); Dkt. 820 (Individual and Vendor Response); Dkt. 831 (Reply); Dkt. 898 (Supplement regarding relevant deposition testimony). Defendants write to inform the Court of a recent district court decision that bears on the issues discussed in the Motion. *See In re Packaged Seafood Prods. Antitrust Litig.*, No. 3:15-md-02670-JLS-MDD, Dkt. 2323 (S.D. Cal. Aug. 6, 2020) ("Order").

The *Packaged Seafood* Court struck portions of the report of the plaintiffs' damages expert because the expert opined on damages that were "outside the scope of the Complaint." Order at 3-4. In addition, the Court rejected the argument that the complaint did not have to be amended because the expert's analysis was "consistent" with the plaintiffs' theory of the case. Order at 5. Finally, the Court held that "[r]egardless of what Defendants learned from Plaintiffs' disclosures and testimony, discovery 'cannot . . . serve as a substitute for adequate pleading.'" Order at 6.

A copy of the *Packaged Seafood* Order is attached hereto as Exhibit A.

1

2

| | |
|---|---|
| Dated: August 12, 2020 | Respectfully submitted, |
| /s/ *Aundrea K. Gulley* | /s/ *Britt M. Miller* |
| Aundrea K. Gulley<br>Brian T. Ross<br>Brice A. Wilkinson<br>Ross M. MacDonald<br>GIBBS & BRUNS LLP<br>1100 Louisiana Street<br>Suite 5300<br>Houston, TX 77002<br>(713) 751-5258<br>agulley@gibbsbruns.com<br>bross@gibbsbruns.com<br>bwilkinson@gibbsbruns.com<br>rmacdonald@gibbsbruns.com | Britt M. Miller<br>Michael A. Scodro<br>Daniel T. Fenske<br>Matthew D. Provance<br>Jed W. Glickstein<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>bmiller@mayerbrown.com<br>mscodro@mayerbrown.com<br>dfenske@mayerbrown.com<br>mprovance@mayerbrown.com<br>jglickstein@mayerbrown.com |
| Michael P.A. Cohen<br>Leo D. Caseria<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>2099 Pennsylvania Avenue NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1900<br>mcohen@sheppardmullin.com<br>lcaseria@sheppardmullin.com | Mark W. Ryan<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006<br>(202) 263-3000<br>mryan@mayerbrown.com |
| *Counsel for Defendant*<br>*The Reynolds and Reynolds Company* | *Counsel for Defendant*<br>*CDK Global, LLC* |

## **CERTIFICATE OF SERVICE**

     I, Britt M. Miller, an attorney, hereby certify that on August 12, 2020, I caused a true and correct copy of the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                           */s/ Britt M. Miller*
                                           Britt M. Miller
                                           MAYER BROWN LLP
                                           71 South Wacker Drive
                                           Chicago, IL 60606
                                           (312) 782-0600
                                           bmiller@mayerbrown.com