# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                                   Plaintiff,

v.

                                                   Case No.: 1:18−cv−00864

                                                   Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 14, 2020:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 8/14/20. Counsel participating in the hearing by telephone who wish to be noted of record promptly shall send that information to the court reporter, Nancy_Bistany@ilnd.uscourts.gov. The Court ruled on the record with respect to documents over which Authenticom Inc. has asserted the work product doctrine. The Court ordered certain of those documents to be produced by 8/19/20. The Court will enter an order memorializing the rulings it made during today's hearing. The parties are directed to the transcript of the hearing for a complete record of the proceedings. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.