# Exhibit A



# KILLGORE, PEARLMAN, SEMANIE, DENIUS & SQUIRES, P.A.

ATTORNEYS AND COUNSELORS AT LAW

2 SOUTH ORANGE AVENUE, 5th FLOOR
ORLANDO, FLORIDA 32801
TELEPHONE: (407) 425-1020
FAX: (407) 839-3635

POST OFFICE BOX 1913
ORLANDO, FLORIDA 32802-1913

www.kpsds.com

WILLIAM J. DENIUS
M. MEGAN FULLER
DOUGLAS P. GERBER
CHRISTOPHER W. HAYES [1,2]
AARON M. HINES
PHILIP S. KAPROW [1,3]

FRANK H. KILLGORE, JR. [4]
CRAIG S. PEARLMAN
MICHAEL A. SEMANIE [2]
GREY SQUIRES-BINFORD [4]
MARTIN F. STAMP [5]
KRISTINE L. TUCKER

1 ALSO MEMBER OF CALIFORNIA BAR
2 ALSO HOLDS A MASTER OF BUSINESS ADMINISTRATION
3 FLORIDA CIVIL LAW NOTARY
4 CERTIFIED CIRCUIT COURT MEDIATOR
5 RETIRED

Sender's email address:
gsquires@kpsds.com

March 4, 2019

*Via Email Only*
Michael N. Nemelka, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M St. NW, Suite 400
Washington, DC 20036

Re: Response to Subpoena / MDL No. 2817/Case No. 18 C 864
In Re: Dealer Management Systems Antitrust Litigation

Dear Mr. Nemelka:

In response to the Subpoena issued to our client, Superior Integrated Solutions, LLC, in the referenced lawsuit, our client produced to you directly (without our review) documents which inadvertently included attorney client privileged communications. Our client did not intend to produce these documents and does not intend to waive the attorney client privilege with respect to these documents. Therefore, we request that you and opposing counsel disregard and/or destroy any such documents.

We apologize for any inconvenience this error has caused.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Grey Squires-Binford

cc: Superior Integrated Solutions