# Exhibit 1

## PUBLIC - REDACTED

# Exhibit 2

## PUBLIC - REDACTED

# Exhibit 3

**PUBLIC - REDACTED**

# Exhibit 4

**PUBLIC - REDACTED**

# Exhibit 5

**PUBLIC - REDACTED**

# Exhibit 6

**PUBLIC - REDACTED**