EXHIBITS AAAA-BBBB
Filed under Seal