# EXHIBITS DDDD-HHHH
# Filed under Seal