# EXHIBITS JJJJ-LLLL
# Filed under Seal