IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:*<br><br>ALL ACTIONS | Hon. Robert M. Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DECLARATION OF DANIEL T. FENSKE

I, Daniel T. Fenske, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at Mayer Brown LLP and represent CDK Global, LLC ("CDK") in the above-captioned matter. I submit this declaration in support of the following, which are being filed concurrently with this Declaration:

    a. Defendants CDK Global, LLC's And The Reynolds And Reynolds Company's Reply In Support Of Motion For Summary Judgment (*Authenticom* case)

    b. Defendant CDK Global, LLC's Reply In Support Of Motion For Summary Judgment (*AutoLoop* case)

    c. Defendant CDK Global, LLC's Reply In Support Of Motion For Summary Judgment (Dealership Putative Class Action case)

    d. Defendant The Reynolds And Reynolds Company's Reply Memorandum In Support Of Its Motion For Summary Judgment (*MVSC* case)

    e. Response of Defendants CDK Global, LLC And The Reynolds And Reynolds Company To MDL Plaintiffs' Corrected Statement of Additional Material Facts In Opposition To Defendants' Motions For Summary Judgment (All cases)

2. Attached as Exhibits 580-654 are true and correct copies of the following documents ("Defs. Reply Ex."):

1

| Defs. Reply Ex. No. | Description |
|---|---|
| 580 | ███████ |
| 581 | ███████ |
| 582 | ███████ |
| 583 | ███████ |
| 584 | ███████ |
| 585 | ███████ |
| 586 | ███████ |
| 587 | ███████ |
| 588 | ███████ |
| 589 | ███████ |
| 590 | ███████ |
| 591 | ███████ |
| 592 | ███████ |
| 593 | ███████ |
| 594 | ███████ |
| 595 | ███████ |
| 596 | ███████ |

| Defs. Reply Ex. No. | Description |
|---|---|
| 597 | ██████████████████████████████████ |
| 598 | ██████████████████████████████████ |
| 599 | ████████████████████ |
| 600 | ███████████████████████ |
| 601 | █████████████████████████ |
| 602 | ████████████████ |
| 603 | ██████████████████████████ |
| 604 | ██████████████████████████ |
| 605 | ██████████████████████████ |
| 606 | ██████████████████████████ |
| 607 | ██████████████████████████ |
| 608 | ██████████████████████ |
| 609 | What the Companies are Saying about Reynolds Certified Interface (REYMDL00015524) |
| 610 | Letter from Zach Dunham to Casey Sheen (REYMDL00015525) |
| 611 | Reynolds Certified Interface: Vendor Testimonial - Q Car-Research XRM (REYMDL00015526) |
| 612 | Letter from Cuong Pham to Casey Sheen (REYMDL00015527) |
| 613 | Reynolds Certified Interface - Vendor Testimonial - DealerPeak (REYMDL00015528) |

| Defs. Reply Ex. No. | Description |
|---|---|
| 614 | Reynolds Certified Interface - Vendor Testimonial - Dynatron (REYMDL00015529) |
| 615 | Letter from James Maxim Jr. to Will Farley, Jan. 17, 2012 (REYMDL00015530) |
| 616 | Letter from Jason Giltner to Will Farley (REYMDL00015531) |
| 617 | Reynolds Certified Interface - Vendor Testimonial - TitleTec (REYMDL00015532) |
| 618 | Letter from Ron Martin to Will Farley (REYMDL00015533) |
| 619 | RCI Program Vendor Testimonial - Dealer Wizard (REYMDL00015534) |
| 620 | ██████████████ |
| 621 | ██████████████ |
| 622 | ██████████████ |
| 623 | ██████████████ |
| 624 | ██████████████ |
| 625 | ██████████████ |
| 626 | Email Thread Re: Dealer Services, Mar. 7, 2017 |
| 627 | ██████████████ |
| 628 | Website Printout: Why is Auto/Mate Different? (DX 1181) |
| 629 | Website Printout: Rollick Outdoor Joins CDK Global Partner Program Through New Innovation Catalyst Offering, CDK Global |
| 630 | Website Printout: Dominion Vue, Dominion Dealer Solutions |

| Defs. Reply Ex. No. | Description |
|---|---|
| 631 | Website Printout: Vitu Indiana, We are Vitu |
| 632 | Defendants CDK Global, LLC and The Reynolds and Reynolds Company's Response to Plaintiff Authenticom, Inc.'s Statement of Facts In Support of Its Motion for Preliminary Injunction (Auth. Dkt. 86), June 16, 2017 |
| 633 | ████████████████████████████████ |
| 634 | ████████████████████████████████ |
| 635 | ████████████████████████████████ |
| 636 | ████████████████████████████████ |
| 637 | ████████████████████████████████ |
| 638 | ████████████████████████████████ |
| 639 | ████████████████████████████████ |
| 640 | ████████████████████████████████ |
| 641 | ████████████████████████████████ |
| 642 | ████████████████████████████████ |
| 643 | ████████████████████████████████ |
| 644 | ████████████████████████████████ |
| 645 | ████████████████████████████████ |
| 646 | ████████████████████████████████ |
| 647 | ████████████████████████████████ |
| 648 | ████████████████████████████████ |



| Defs. Reply Ex. No. | Description |
|---|---|
| 649 | ■■■■■■■■■■ |
| 650 | ■■■■■■■■■■ |
| 651 | ■■■■■■■■■■ |
| 652 | ■■■■■■■■■■ |
| 653 | ■■■■■■■■■■ |
| 654 | ■■■■■■■■■■ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28, 2020

Respectfully submitted,

/s/ Daniel T. Fenske
Daniel T. Fenske

## **CERTIFICATE OF SERVICE**

  I, Daniel T. Fenske, an attorney, hereby certify that on August 28, 2020, I caused a true and correct copy of the foregoing **DECLARATION OF DANIEL T. FENSKE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

              */s/ Britt M. Miller*
              Britt M. Miller
              MAYER BROWN LLP
              71 South Wacker Drive
              Chicago, IL 60606
              (312) 782-0600
              bmiller@mayerbrown.com