# EXHIBITS 580-608
# Filed Under Seal