# EXHIBIT 609

# What the Companies are Saying about Reynolds Certified Interface

U.S. and Canada

*"Support call volume has dropped 90%… it took us 45-70 seconds to pull a deal. Now it only takes us 2 seconds."* - MaximTrak

*"It now takes about five seconds to pull a menu… Before, it would take us 30-40 seconds… We also get the F&I deals as soon as the deal is closed in the DMS, instead of waiting for a batch report each night… It's reasonably priced, our integration speed and security are great, and the people were very easy to work with."* - VisionMenu

*"We've gone from 30-40 seconds… to 3-4 seconds, and that's pulling even more information that we used to…Without integration…our customers would have to re-key over 200 pieces of data."* - TitleTec

*"True integration with the DMS is the best way to work with the client… Dealerships… don't want to worry about whether their vendor has a reliable data connection. Having the official RCI Certification gives dealerships peace of mind."* - DealerPeak

*"We no longer have the headache of different dealerships sending in their data in different formats… Even our distributors feel that this certification is a strategic advantage… Our relationship with both our dealers and our distributors is much more comfortable."* - Dynatron Software

*"Through RCI, we will eliminate unnecessary processes and the extra time it takes for us to clean and validate the data, saving us time and money."* - DealerMine

*"We have had multiple conversations with the folks from Reynolds and are now firm believers that data breach is real and an imminent threat to dealers, as well as consumers. So serious, that we have embraced the additional expense that will be associated with no longer using a discounted third party vendor, who in many cases unbeknownst to the dealer, puts them at great risk."* - DealerWizard


Retail Management System


Reynolds & Reynolds®

© 2014 The Reynolds and Reynolds Company. All rights reserved. Printed in U.S.A. 2206131 1/14

REYREY_AUTH_00000008

**Defs. Ex. 50**