# EXHIBIT 610



Casey Sheen
Reynolds and Reynolds
One Reynolds Way
Kettering, OH 45430

Dear Casey,

AIB is a technology company headquartered in Dallas/Fort Worth that has provided innovative business process automation solutions to the automotive industry for over 20 years. Our premier product, titlesDesk, automatically connects the dealer, county tax assessor, and DMV via certified DMS and webDEALER® integrations. Over 500 franchised dealerships subscribe to titlesDesk. These dealerships combine to process over 1 million vehicles a year, making AIB the number one provider in Texas.

AIB has been a proud member of the Reynolds Certified Interface (RCI) program since 2011. The RCI program is the most reliable way to securely integrate titlesDesk with ERA® and POWER. Since becoming an RCI member, we have significantly increased our customer acquisitions and retention by leveraging the RCI brand and efficient onboarding process. Being an RCI member has propelled the AIB brand by establishing credibility with dealerships that sets us apart from our competition. Additionally, we value and trust the RCI dedicated support and engineering teams to ensure "always-on" service availability. The RCI program truly stands out amongst similar offerings from other DMS providers.

Prior to becoming an RCI member, our customers had to manually save reports to a local or network drive and upload them to our system. This method had several disadvantages: the install took hours of work, end user training was a challenge, and there was not a change control process. Most importantly, the report based method left the dealer's data exposed, which increased the risk of a data breach. With the RCI integration, the DMS data is transferred securely to our titlesDesk interface, dramatically reducing any chance of breach.

Any company making a solid business decision would go with the RCI program. The up time, automated data transfer, ease of use, and built-in security are all outstanding and certainly worth the investment.

Sincerely,

*Zach Dunham*

Zach Dunham
Business Development Director
AIB Inc.
Hurst, TX

REYREY_AUTH_00000009

**Defs. Ex. 51**