# EXHIBIT 611

REYNOLDS AND REYNOLDS

**Vendor Testimonial**

# Reynolds Certified Interface


CAR-RESEARCH XRM
EXCEEDING CRM

"We see many benefits to becoming a Reynolds Certified Interface (RCI) vendor. Currently, our method for retrieving data from a dealership system is a time-consuming, multiple step process. Each individual dealership system requires a significant amount of custom programming. Additionally, we have to put a separate information box in each dealership location to download the data that we need.

With our RCI certification, we no longer need to put those information boxes in the dealerships, which will be a huge cost savings for us and for our customers. All of our interfaces will improve and we'll have more options when using the RCI interfaces. This standard program will alleviate the issues we are having connecting to dealerships. **Because of RCI, our development time will be shorter and our costs to support our products and customers will decrease.**

We're now using it as a benefit that we are in the RCI program. Some dealerships wouldn't even consider doing business with us unless we were in the RCI program, but now we have the catalyst to grow our customer base and our company."

*Craig Finnigan*
Chief Information Officer
CAR-Research XRM
www.CARResearchXRM.com

*"Because of RCI, our development time will be shorter and our costs to support our products and customers will decrease."*

**For more information on Reynolds Certified Interface, please contact your Reynolds Account Manager or call 937.485.0402.**

CAR-Research XRM is a CRM provider operating in 31 states, Canada, and Puerto Rico.


Reynolds & Reynolds.
MAKING **BUSINESS** BETTER.

www.reyrey.com © 2010 The Reynolds and Reynolds Company. All rights reserved. Printed in the U.S.A. 1015563-33 2/10

REYREY_AUTH_00000010

**Defs. Ex. 52**
REYCID0003388

CONFIDENTIAL

CONFIDENTIAL REYMDL00015526