# EXHIBIT 612



Casey Sheen
Reynolds and Reynolds
One Reynolds Way
Kettering, OH 45430

Dear Casey,

I wanted to take a moment to say thank you to the Reynolds Certified Interface (RCI) team for helping my company, Certified Dealer's Process, through a difficult situation. Two weeks ago, our servers went down unexpectedly without any warning or notice – all data was gone. We provide dealerships finance menu solutions as well as end of month reporting so my customers were calling every two hours asking if we were back up. They were dying without us.

Once we notified the RCI team of our situation, they responded quickly. Reynolds assigned us an associate to assist through the entire situation. He was extremely dedicated, texting me at 4:00 a.m. asking how things were going and then again at 6:30 a.m. to say he'd be in the office early to help us. He went above and beyond anything I could have expected. Because of this outstanding support, we were up and running in no time. I was very impressed by Reynolds' dedication to helping us quickly resolve our issues.

I've been a proud member of the RCI program since 2002, and their amazing support is just one of the reasons why I initially joined. The RCI integration reduces my security risk and actually improves my product offering. I am able to provide live data updates to my customers. Any time a user touches the deal every report we offer is updated. The other DMS third party programs we are in are not live; they update nightly.

With the type of personal information we deal with, data security is our top priority and the Reynolds Certified Interface helps us facilitate this. It's safe and secure, the support is awesome, and it's totally worth the cost. I would rather spend the extra money to know that my company and my customers are protected so I don't have to worry. Thank you, Reynolds, for your support over the years and most recently during our server issue.

Sincerely,

Cuong Pham, Owner
Certified Dealer's Process
Golden Valley, MN

REYREY_AUTH_00000011

**Defs. Ex. 53**
REYCID0003389

CONFIDENTIAL

CONFIDENTIAL                                                                                                    REYMDL00015527