# EXHIBIT 613

REYNOLDS     AND     REYNOLDS

**Vendor Testimonial**

# Reynolds Certified Interface



DEALERPEAK

"For us, becoming an RCI-Certified vendor was a no-brainer. Any vendor that is serious about their products and business relationships knows that true integration with the Dealership Management System is the best way to work with the client.

Our certification process went smoothly and the Reynolds team members were very professional and helpful at solving problems.  We appreciate that Reynolds offers to work with outside vendors.  It's easy to see that **Reynolds recognizes and respects the dealerships' choice to sometimes choose other solutions and it's great to have the certification program available to allow those vendors to have reliable, methodical access.**

When we talk to prospective customers, the issue of reliable data transfer comes up often. We are looking forward to marketing the fact that we are now RCI certified. Dealerships are busy trying to sell cars and they don't want to worry about whether their vendor has a reliable data connection. **Having the official RCI Certification gives dealerships peace of mind and we're glad that we went forward with the program.**"

*Jock Schowalter*

President CEO
DealerPeak
www.dealerpeak.com

DealerPeak solutions include CRM, websites, desking, digital marketing, and transactional websites that work on a single web-based platform.

*"We are looking forward to marketing the fact that we are now RCI-Certified."*

For more information on Reynolds Certified Interface, please contact your Reynolds Account Manager or call 937.485.0402.



MAKING **BUSINESS** BETTER.

REYREY_AUTH_00000012

**Defs. Ex. 54**

CONFIDENTIAL

REYCID0003390

CONFIDENTIAL

REYMDL00015528