# EXHIBIT 614

R E Y N O L D S A N D R E Y N O L D S

**Vendor Testimonial**

# Reynolds Certified Interface



"Becoming an RCI certified vendor has made it so much easier for us to expedite the sales process. It used to be a nightmare trying to figure out how to get data from our dealerships because everyone had a unique set up; it could take us a month or two before going live. **Now that we have the standard interface, new dealership customers just sign a form and we're getting accurate data within days.** We no longer have the headache of different dealerships sending in their data in different formats.

Our RCI certification has also helped us actually gain more customers. System security is becoming increasingly important in the automotive industry, and some dealerships would not give us their business if we were not a certified vendor. Now, we're able to use the fact that we're certified as a selling point and we have more of an edge on our competitors.

**Even our distributors feel that this certification is a strategic advantage.** Before, our distributors were worried that our connection would get interrupted because it wasn't as reliable. They were reluctant to work with a company with that risk. Our relationship with both our dealerships and our distributors is much more comfortable, as they both see the value of this partnership."

*Doug Bradley*
Chief Executive Officer
Dynatron Software, Inc.
www.dynatronsoftware.com

Dynatron Software, Inc. offers comprehensive solutions for automotive dealership service departments for customer retention and increased profitability.

*"We no longer have the headache of different dealerships sending in their data in different formats."*

**For more information on Reynolds Certified Interface, please contact your Reynolds Account Manager or call 937.485.0402.**



Reynolds & Reynolds.
MAKING **BUSINESS** BETTER.

www.reyrey.com © 2011 The Reynolds and Reynolds Company. All rights reserved. Printed in the U.S.A. 1015563-96 1/11

REYREY_AUTH_00000013

**Defs. Ex. 55**
CONFIDENTIAL
REYCID0003391

CONFIDENTIAL
REYMDL00015529