# EXHIBIT 615

Case: 1:18-cv-00864 Document #: 1142-8 Filed: 08/28/20 Page 2 of 2 PageID #:85377

Case: 3:17-cv-00318-jdp Document #: 124-12 Filed: 06/16/17 Page 2 of 2

# MAXIMTRAK
**Maximizing F&I Potential**

January 17, 2012

Will Farley
1 Reynolds Way
Dayton, OH 45430

Will,

We entered into the RCI program for many reasons, the biggest of which was that we do business with several manufacturers that appreciate a certified interface. There can be security issues with non-certified vendors and being certified also enhances performance.

Being an RCI certified vendor for us means that our customers can have a sense of comfort. They're not concerned about their data being compromised or used inappropriately and they know that we have worked with Reynolds so we will follow certain standards.

Before being certified, we would go into the system and use keystroke emulation to obtain deal screen information. Our installations were complex. We had to download software to the dealership, usually over the phone. Then we had to fix any network mapping inconsistencies. Now, getting dealerships up and running is more efficient and our mappings are correct from the start.

The biggest complaint we used to receive was for a DMS timeout or trouble with integration. Now that we are certified, our support call volume has dropped 90%. Timeouts and the frustration they caused are a thing of the past. The integration speed has improved dramatically as well. Typically, it took us 45-70 seconds to pull a deal. Now, it only takes us 2 seconds to pull a deal. There are some dealers who have contacted me who are just ecstatic with their performance times.

Lately in the industry, there's been a lot of talk about the reselling of customer data. It's a concern because at the end of the day, you never know how people are using it. We're glad to partner with Reynolds in this initiative to develop secure connections. It's the right way to do business and the RCI interface allows the dealer to select the best product for them. I'm comfortable that I'm doing business with someone that wants to do business the right way.

Best Regards,

*[signature]*

James Maxim Jr.
President
MaximTrak Technologies
maxim@maximtrak.com
Direct: 484-586-3141



Reynolds & Reynolds
**RCI** Reynolds Certified Interface
Certified for ERA

950 West Valley Road, Suite 2802 • Wayne, PA 19087 • 800.282.6308 • fax: 610.757.2070 • www.maximtrak.com

REYREY_AUTH_00000014

**Defs. Ex. 56**

CONFIDENTIAL                                                                                                    REYCID0003392

CONFIDENTIAL                                                                                                    REYMDL00015530