# EXHIBIT 616



Created by Dealer Marketing Services, Inc.

5401 Elmore Avenue, Suite 200, Davenport, Iowa 52807
1-800-322-9034 • 563-322-9034 • Fax 563-344-4995
sales@promaxunlimited.com • www.promaxunlimited.com

Will Farley
1 Reynolds Way
Dayton, OH 45430

Will,

We joined the RCI program because we knew it was the best way to have a good flow of real-time data. A lot of our dealer customers wanted us to become certified so we decided to jump into the program.

The way we got data from the DMS in the past was archaic and clunky. We used a variety of methods including screen scrapes and emulating the terminal, but had problems writing back to the DMS, especially when a screen had been modified. Now, the support calls we receive for our integration have decreased significantly. Most of the major bugs have been squashed. The Reynolds integration is much better than what we had. We haven't experienced any speed or technical issues. The connection is very reliable and speedy.

My favorite aspect is the real-time updates of the inventory record. By using the Published Vehicle Inventory interface, whenever our customers update an inventory record in ERA, it's sent out automatically to our software. It takes literally seconds for the changes to take effect. Dealers think it's really cool and it's virtually impossible for uncertified integration to replicate. That functionality is one of a kind and it's very impressive.

Now, our installations are easier and more streamlined. I can get the information I need to install a customer in just a few minutes. Getting the data from Reynolds is a lot easier than combing through the system to find what we need.

Reynolds has absolutely done the right thing by setting up the RCI program. We're actually a competitor of Reynolds and we bump up against each other in the market from time to time. When I wanted to become certified, there was no resistance to our company joining the program. It's good that Reynolds is keeping the conduit open for dealers to move their data.

Sincerely,

Jason Giltner
Manager
ProMax Unlimited

ProMax Unlimited • Compliance • Websites • Direct Mail • Lead Generation Services • Training

REYREY_AUTH_00000015

**Defs. Ex. 57**
REYCID0003393

CONFIDENTIAL

CONFIDENTIAL
REYMDL00015531