# EXHIBIT 617

R E Y N O L D S  A N D  R E Y N O L D S

**Vendor Testimonial**

# Reynolds Certified Interface



"Working with a dealership's computer system is a critical part of our business and it's even more critical that we have a reliable connection. Without integration with the DMS, our customers would have to re-key over 200 pieces of data to register a vehicle. If our connection was consistently interrupted, we would lose that client because of the time required to re-enter all of that information. We needed well performing and reliable integration.

**Becoming RCI certified was a big relief for us and we're glad to have the integration.** Our dealership customers have been very impressed with our increased speed and accuracy. We've gone from taking 30-40 seconds to pull information from the DMS to only 3-4 seconds, and that's even pulling more information than we used to.

Once we decided to become RCI certified, **the process was orderly, planned out, and well documented.** There wasn't a lot left to question or ambiguity, which was nice from an IT perspective. The documentation was also very thorough.

All in all, because of the RCI program, the speed of our interface is now much faster and the breadth of the data we can pull is now much greater. We have a very fast and reliable connection that makes us look that much more professional."

*Scott Britton*
Chief Information Officer
Title Technologies, Inc.
www.titletec.com

Title Technology, Inc. develops technology to help the automotive industry automate the vehicle registration process.

*"We've gone from taking 30-40 seconds to pull information from the DMS to only 3-4 seconds, and that's even pulling more information than we used to."*

**For more information on Reynolds Certified Interface, please contact your Reynolds Account Manager or call 937.485.0402.**



Reynolds
& Reynolds®

MAKING **BUSINESS** BETTER.

REYREY_AUTH_00000016

**Defs. Ex. 58**
REYCID0003394

CONFIDENTIAL

CONFIDENTIAL                                           REYMDL00015532