# EXHIBIT 618



Will Farley
1 Reynolds Way
Dayton, OH 45430

Will,
I wanted to take a moment and write to you about our experience becoming RCI certified. I was surprised that overall, the experience exceeded my expectations.

When our traditional way of extracting data from our Reynolds customers' systems started to fail, we had to make the decision to either become certified or pull out of serving those dealers, which would have affected about 15% of our customer base. In the end, we made the decision to become certified.

Once we were assigned an RCI product manager, our process was smooth sailing. We had weekly meetings to keep on track and were very happy with the development phase. Once we were up and running, I immediately noticed that the report integration is better than anything I've seen. The speed in which the data is extracted is the best – it now takes about 5 seconds to pull a menu, consistently. Before, it would take 30-40 seconds to pull menus. We also get the F&I deal details as soon as the deal is closed in the DMS, instead of waiting for a batch report each night.

There were some companies that wouldn't consider doing business with us because we weren't RCI certified. Now that we have that certification, we've gained the business of some larger auto groups. We also retained all of our established Reynolds customers as we were making this transition.

I've always known that data security is important but when I first heard of Reynolds Certified Interface, I thought it was overpriced, under-delivered, and that Reynolds was difficult to work with. I found those things are absolutely not true. It's reasonably priced, our integration speed and security are great, and the people were very easy to work with. I would do the process all over again. This certification process is fixing the security issues for many dealers. Reynolds is doing the right thing.

Sincerely,

Ron Martin
President
VisionMenu

3217-C Stellhorn Rd, Fort Wayne, IN 46815
260.755.3224 phone / 260.755.3260 fax
www.visionmenupro.com

REYREY_AUTH_00000017

**Defs. Ex. 59**
REYCID0003395

CONFIDENTIAL

CONFIDENTIAL
REYMDL00015533