**EXHIBIT 619**

**DealerWizard**
**Mike Villa**
**RCI Program Vendor Testimony**
8/14/2014

Tell me about your decision to enter the RCI program.
**First and foremost, you did an excellent job of protecting your dealers data to the extent that the third party (Authenticom) that we were using just couldn't figure a way around you anymore.** That concerned me because if they were doing what they should be doing in a manner that they should have been doing it then they shouldn't have had the problem they had. We started talking about data protection in general. We were starting to get a lot of dealers, probably over the course 2014, more and more sensitive to having us sign data breach policy documents to protect them. We're very aligned vendor with NADA and they started having conversations with us about data protection. So just **a lot of signals were coming across my desk that that it was probably a good time to start looking at doing this the right way.**

What was your process of getting data like before you were RCI certified?
We started polling (??) our first dealers, back in 2000 and at the beginning of 10 and 11. They we'rent just rr dealers they were adp and others. Everything flowed along then every once in a while rr would push what they/we would call an update out. It would knock the rudder off course for our third party provider. They'd do some coding and then it wasn't a problem. **Then from Jan 14 maybe even last qtr of 13 we began to experience more and more interruptions in our data flow. We were assured by this vendor that they could correct the problem as they had in the past but it was happening much more frequently. Then we began to realize that rr was getting better and better at protecting the dealerships data and these providers was getting less and less effective at overcoming that.**

How did you know rr was getting better at protecting dealers data? Have you worked with us in the past?
No I'd never dealt with rr until we began the certification process but we had heard that you guys were getting better and better.

What has been the impact to your operations now that integration is automated?
Interesting enough I just received an email from the pres of the co that talking about some things that we've accomplished in the last... with some enhancements that we've made to the product internally. I'd like to quote it..

The gest was - we pushed out a lot of new updates to dwiz it's been great enhancements and everything is working great. We have also virtually and almost completed our RCI process **and I gotta tell you that the data is flowing smoothly, it's much quicker it more accurate.**

That was a message from the pres of our co. to the entire team. I'm trying to find it.

Do you have an example of how the data flow has helped, specifically?
Let me get somebody here who can answer that. Ross.

Has the reliability of your connection changed now that you have certified integration?
Without a doubt.

Mike to Ross - They want to know what the data flow is like now versus before?

Ross - **The installation time is much more quick. Typically we can have, once we give you all the order we can typically have a dealer installed and running in 5 days which is significantly less than before. Used to be 15 day process. The data is unmolested, straight from RR. It's exactly**

REYREY_AUTH_00000018

**Defs. Ex. 60**

CONFIDENTIAL                                                                                      REYCID0003396

CONFIDENTIAL                                                                                     REYMDL00015534

**what the dealer expects to see there's no mapping required. It is what it is. It's more reliable and more consistent with what the client expects to see.**

Why has the data flow improved ?
The data is flowing quicker b/c of your ability to reek havoc in the data extraction world the 3pv's r going in to rr, our 3pv anyway was going in and different times of the day or week b/c if they went in all at once all the alarms went off. So if we have a rr dealer that we want to extract their data and install it in dwiz our 3pv would have to go in and grab a piece then go away then come back in later and grab a piece then go away. Thats what they do. **Obviously when we are plugged into rr, you turn the faucet on, you turn it off when it's done. In their case you had to keep turning the faucet on and off so the hose didn't blow up.**

How important is the increased security to you, now that you're certified?
**Paramount! It's the primary reason we did it.** As I mentioned, between NADA and large dealer groups requiring state card documents and we this year we were approved vendor with jag land rover north america and chry llc through 13 as well as now. This year we were also approved as a preferred vendor for Nissan North American and for Honda Reed System (sp?). Nissan really brought it to our attention. The hoops that they made us jump through... As a matter of fact, **the fact that we were able to say to them that we were in the pre-certification process with rr had we not been able to say that we would not have been approved.** That's how strongly they feel about it. It just happened to be that we were in the pre-cert process. It's like we started it afterwards. It was one of the first things they asked us.

Was it the market conditions that pushed you towards data security?
The market conditions caused me to pay attention to it. It caused it to become a thought of mine. I want to be very clear on this.... I did not make the decision as a company to invest our resources both economically and through our technicians and staff, I did not make that decision because I was getting pressured to do so. It kept coming up at every turn how important data breach was. What it caused me to do was to start putting some serious thought to it. Once I began to think about it... we really try hard to do the right thing in this company w our employees and customers and everybody. We have a spiritual based why we run this co. **I began to realize that we were putting dealerships and their customers in harms way by having a 3pv extract the data.** The very very very first conversation I had w rr and began the dialogue to become cert someone said to me - the prob w 3pv they don't have a product. They grab data from one place and sell it to another. That really resonated with me. I thought ... he's right. They no skin in the game. At all. **I made a decision to go the RCI path b/c it's the right thing to do**.

Ed from rr - If you go to DWiz website, it talks about safeguarding data. Michael walks the talk. Data security is # 1.

Michael - It's got to be. The following slides on the web are how we earn our living but we feel nothing is as important as your data being safeguarded. Thats why it the first slide on our website.

Casey - sounds like your vision and ours align.

Mike - I drank the koolaid. It has become the absolute topic, to the point where, I'll say this even being recorded, I do not want this to be apart of the article b/c it's going to take away from your ltr and my negotiation abilities but were not done yet. We are entering and getting ready enter into convo w a provider that is owned by ADP and if you use them you are automatically ADP certified. **So we don't want data anymore unless it's protected.**

What are your comments on the process of certification?
Prior to my first phone call to rr I thought you were a three headed monster and I thought Bob B ate his kids for breakfast every morning once I got int he process I learned that that its an urban myth and created enable to keep people like us from calling you. **The process was seamless, it was professional, it was effective, it was efficient and I can't... and even writing the checks to become**

REYREY_AUTH_00000019

CONFIDENTIAL                                                                                                          REYCID0003397

CONFIDENTIAL                                                                                                          REYMDL00015535

**cert and do the things we needed to do, the inc in our cost it's worth the price. If I could give any message to any software vendor in the mkt place that provides data to car dealerships it would be that whatever you've heard about rr is wrong - unless it's good.** I mean that b/c the reputation out there ya'll they never cert you, you gotta be kidding me, you pull too much data, rr's going to put you through the hoops, you'r never going to get there, rr doesn't cert people anymore, they're going to clobber you, they're going to own ya, none of thats the case. I wish I'd a done it a long time ago.

You answered my last question - what would you say to someone thinking of getting certified?
Put them on the phone with me! I'll sell them for you every time.

We are big believers in your co and we are in complete agreement w y u protect the dealerships data. I was thinking that this phone call and **I expect my bank to put every safeguard in place to protect my money, I expect my alarm on my house to work perfectly to protect my family, and rr is in place to facilitate the auto dealers data and to house it and to make it accessible to them.** God o mighty why would't a dealer want his data passionately protected. It's his data. He doesn't have them ability or even sometimes the mindset to be diligent enough to protect that data the way it needs to be protected. So he's lucky to have a dms provider thats willing to invest the time, energy and expense in protecting his data. They should be thankful of that.

I speak from the heart. I mean it. **I get the shudders every time I think about life before being certified, I got the shivers, b/c I can't imagine how many bullets we've dodged.**

I'm delighted to be able to participate in this testimonial. When I believe in something, there's no stopping me. If I don't believe in it then you won't get me interested. I really believe in what your doing. We've been running full page ads in auto news now and I see your ads too. You always have a pic of a dealer talking about he loves rr. I gotta tell ya I would, and I owned an ad agency for 18 yrs before, **your message should be that what the perception is in the mkt perhaps of rr being so bullish on data breach I believe is your strongest selling point cuz your the only dms that feels that way.** I would build my entire marketing campaign... if I'm a dealer and I got ADP or Arkona and I see an ad w some guy who loves rr, I don't care. #1 I'm going to through a DMS migration cuz it's near death #2 car guys hate change so even if you got a better product, they'll live with it cuz they don't want to learn anything new. I've learned that from 25 yrs of dealing w car guys. We run into it too. **The message I would get out is whats perceived to be your hard stance on data protection needs to be your selling tool cuz you start pounding that message to dealers and it makes the light bulb like with me.** I was faced with the opportunity to do this w my first co dealactivator I founded that built and then we moved on to dealwiz - I was faced w the opportunity become RCI cert then vs. using Authenticom. I choose Acom for one reason, it was cheaper. That's it. I didn't know them, I didn' t know you, they cost this much, you cost this much and we went w the less expensive alternative which is where the Autosofts, AutoMates of the world got you. But when I started hearing from different sources Nada, dealer groups, Nissan about how important it was to protect someones data the light bulb went off **and I dialed your number you didn't dial mine.** I think that if u really want a guy thats using ADP or someone else to start thinking you should use data protection as your strength.

How many kids come home and tell their parents. I love my teacher. At the end of the day at some point in time they say - wow that teacher I didn't like she was the best. How many kids are happy that their parents are strict on them? But at some point they look back and say I'm glad they did it. Well I think thats what you guys have to offer. Your very passionate, your strict, your nonwavering about data protection and that is important. It's being perceived and portrayed in the mkt as being your downfall. Your rigid, Your out for profit. Geez. You really think rr is going to make or break payroll over what I'm paying every year? Thats what I'd advertise! **It's what makes you different! ADP... you all do the same things, what makes you different is your passionately protective over your clients data.** Thats what makes you different. Your strong suite not weakness.

REYREY_AUTH_00000020

CONFIDENTIAL                                                                                                               REYCID0003398

CONFIDENTIAL                                                                                                               REYMDL00015536