# EXHIBITS 620-625
# Filed Under Seal