# EXHIBIT 626


Commonwealth of
**Virginia**

Blaine, Tonya <tonya.blaine@dmv.virginia.gov>

# RE: Dealer Services
1 message

**Blaine, Tonya (DMV)** <LCF44311@dmv.virginia.gov>  Tue, Mar 7, 2017 at 10:32 AM
To: "Curtis, Brigid (DMV)" <brigid.curtis@dmv.virginia.gov>

Thanks Brigid!! I appreciate your help.

**From:** Curtis, Brigid (DMV)
**Sent:** Tuesday, March 07, 2017 10:18 AM
**To:** Blaine, Tonya (DMV)
**Subject:** RE: Dealer Services

That is fine; I only have one meeting schedule for today. Betty has a 10:00 but otherwise I think her calendar is clear.

**From:** Blaine, Tonya (DMV)
**Sent:** Tuesday, March 07, 2017 9:43 AM
**To:** Curtis, Brigid (DMV)
**Subject:** RE: Dealer Services

I should probably clarify assigned as in a contact so the tester can call someone. If it's you and Betty we will do our best not to call unless its urgent.

Thanks!

**From:** Curtis, Brigid (DMV)
**Sent:** Tuesday, March 07, 2017 9:39 AM
**To:** Blaine, Tonya (DMV)
**Subject:** RE: Dealer Services

Hello Tonya, we don't have anyone that can be assigned to work your staff this week. Betty Mattice and I will try to be available to help in any we can to assist with testing.

Thanks Brigid

**From:** Blaine, Tonya (DMV)
**Sent:** Tuesday, March 07, 2017 9:17 AM

**To:** Curtis, Brigid (DMV)
**Subject:** Dealer Services

Hey Brigid

I called you first, but I know my day will get going and I will not remember to call back. We have MVSC (third party vendor) here this week for testing. We are running into situations that we need SSG support. Do you have someone you can assign to us this week. I don't want the vendor to complain about our internal process delaying them from completing the transactions timely. So I am just trying to be proactive, let me know your thoughts.

thanks

**Tonya**