# EXHIBIT 627
# Filed Under Seal