# EXHIBIT 629

Case: 1:18-cv-00864 Document #: 1142-17 Filed: 08/28/20 Page 2 of 4 PageID #:85398



6 September 2018

# Rollick Outdoor Joins CDK Global Partner Program Through New Innovation Catalyst Offering

HOFFMAN ESTATES, Ill. and AUSTIN, Texas -- September 6, 2018 -- CDK Global, Inc. (Nasdaq: CDK), a leading enabler of end-to-end automotive commerce, today announced that Austin-based Rollick Outdoor Inc. is the first company to take advantage of the Innovation Catalyst offering, a special initiative of the CDK Global Partner Program.

The offering lowers the cost of entry into the CDK Partner Program for startups and other solution providers serving the automotive retail industry and other adjacent markets. Key features of Innovation Catalyst include reduced minimum monthly fees and a phased approach to upfront integration development fees based on the partner company's rate of growth.

"We're reducing the barrier to entry for companies looking to join the CDK Partner Program," said Howard Gardner, vice president and general manager of CDK Data Services. "Our goal is to help startups and new entrants to our program grow and mature so they can deliver new ways to enable commerce."

Rollick is the first CDK Partner Program member to be integrated with the dealer management system offered through CDK Global Recreation, which serves the powersports, RV and marine industries. Rollick provides a marketing platform to help retailers and manufacturers in these industries provide a personalized online and in-store experience.

"Innovation Catalyst is a great fit for our business needs," said Bernie Brenner, CEO, Rollick. "With this new integration, CDK Recreation customers can benefit from our marketing platform and deliver an improved retail experience."

With more than 400 partner companies and 600 unique applications that dealers can use to run their businesses, CDK has one of the largest third-party partner programs in the industry. Learn how you can apply to be a part of this new program by visiting cdkglobal.com/us/partners-list.

About the CDK Global Partner Program

We use cookies to personalize and enhance your experience on our site.

Visit our Privacy Policy to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

Accept

OEMs and dealers. For a full list of partner applications available through the program, visit cdkglobal.com/us/partners-list.

## About CDK Global

With more than $2 billion in revenues, CDK Global (Nasdaq: CDK) is a leading global provider of integrated information technology and digital marketing solutions to the automotive retail and adjacent industries. Focused on enabling end-to-end automotive commerce, CDK Global provides solutions to dealers in more than 100 countries around the world, serving approximately 28,000 retail locations and most automotive manufacturers. CDK solutions automate and integrate all parts of the dealership and buying process from targeted digital advertising and marketing campaigns to the sale, financing, insuring, parts supply, repair, and maintenance of vehicles. Visit cdkglobal.com.

## About Rollick Outdoor Inc.

Rollick delivers a marketing platform to help retailers and manufacturers provide an individualized online and in-store experience for the powersports, RV and marine industries. Retailers and manufacturers connect with members of Rollick's Affinity Network on the platform to create a more trusting and loyal connection when buying at Rollick's network of retailers. Visit rollickoutdoor.com.

## Media Contacts:

CDK GLOBAL
Roxanne Pipitone
847.485.4423
roxanne.pipitone@cdk.com

Rob Duda
Peppercomm
cdk@peppercomm.com

ROLLICK
Jodi Holzband
Jodi@rollick.io

We use cookies to personalize and enhance your experience on our site.

Visit our Privacy Policy to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

Accept

---

Media Center | Careers | CDK Website Privacy Statement | CDK Policies

CDK Website Cookie Policy | User Agreement | Partner Program | Investor Relations | Contact Us

US: © 2020 CDK Global LLC / CDK Global is a trademark of CDK Global LLC.

AdChoices



---

We use cookies to personalize and enhance your experience on our site.

Visit our Privacy Policy to learn more or manage your personal preferences in our Cookie Consent Tool. By

using our site, you agree to our use of cookies.