# **EXHIBIT 630**

Dominion VUE® WebDMS_ Cloud-Based Auto Dealer Management System _ Dominion Dealer Solutions
https://www.drivedominion.com/dealer-management-systems/vue-dms-software/
21.08.2020



Auto Dealer Management System | Dominion VUE®DMS

Home >> Automotive DMS Software >> Auto Dealer Management System | Dominion VUE®DMS

# Designed for the future. Built on decades of experience.



Other industries have been able to deliver modern technology and processes that enhance the shopping experience; however, the majority of dealer management systems on the market today were developed before we lived in a society that leverages technology. Can your current dealer management system keep up with your dealership's changing needs? The automotive industry is now catching up to other progressive industries thanks to Dominion VUE for **franchised new car and light duty truck dealerships and dealer groups**.

In order to succeed in today's competitive automotive space, your dealership must possess a system that your employees and customers feel is up to today's technology standards. Don't risk your future on a dealer management software solution that was built 40 years ago. It is holding you back in more ways than you imagine. It's time to transform your dealership from the inside out with Dominion VUE DMS…the only built in the cloud, for the cloud DMS developed specifically for the U.S. new car dealership market.

### Exciting New Enhancements Just Released!

VUE DMS's advanced platform allows us to add new features and enhancements faster than traditional DMS platforms. A few highlights of our latest release (version 19.9.1) includes:

**LiveVUE Collaborative Screen Capability** - allows controlled access *simultaneously to the same screen in VUE by multiple users, while allowing users to see if someone is updating the screen in real-time!* The first iteration of LiveVUE is on the VUE Repair Order screen…a common area where one or more users are denied access to a specific repair order because someone else has it open. LiveVUE eliminates users from being locked out of an RO!

**Auto-Save on RO and Parts Requests.** Eliminates lost work!

**VUE Service Tech Parts Request Attachments** - allows service techs to add photos or other docs to parts request! Also, Techs can add comments to clarify needed parts!

**RO Creation from Appointments** – save time by creating a Repair Order quickly directly from an Appointment!

**Numerous VUE Parts Back Counter Enhancements** - including a new Parts Roster control center with Team Chat capability!

**New Repair Order Route Sheet** - allows Parts and Service to see statuses of ROs and related parts on one screen!

**VUEPay** – Comprehensive instore and online payment processing!

## Your Dealer Management System, a true Cloud-Native DMS



Dominion VUE DMS was strategically built to be in the cloud, providing you all of the inherent advantages of true cloud computing. We utilized modern tools and built VUE with our modern users in mind. Our development team does not simply place your old, in-house server into a farm. We provide you with a true cloud-based experience that provides all the benefits of cloud computing: reduced cost, usable on most browsers, and accessible everywhere.

### Your DMS Anywhere, at Anytime

---



## Enhance Your Fixed Ops Experience

Are you interested in streamlining your software vendors? Dominion VUE comes out of the box loaded with the complete Fixed Operations suite a dealership needs in a dealer management system. These tools are all built into the core of VUE, resulting in a high-performance service experience. Techs and Advisors will have easy access to all the data and tools they need to increase profit while increasing customer satisfaction. Our intuitive, mobile software

allows them to quickly perform any tasks at their desks or on the go.

Whatever your needs, Dominion VUE DMS will transform your dealership's Fixed Ops experience to be easy, cost-effective, and, in the end, more profitable for you.

[Get a Deeper Look at the Enhanced Fixed Ops Experience]

# Unearth a User-Friendly Dealership Sales and F&I Experience



Dominion VUE provides user-friendly, interactive SalesDesk and F&I screens that include the advanced tools automotive professionals need. VUE allows users to instantly screencast to customers and sales staff with the click of a button. Maximize profits with side by side proposals. Enable your team to provide an excellent sales process from the second they log in.

Dominion VUE DMS offers you the best of both worlds. Integrate cheaply and easily using your existing F&I suite or use ours. Dominion VUE incorporates an F&I suite that has everything an F&I department needs to operate profitably and effectively without needing to use multiple solutions. VUE's custom electronic menus, integration with top providers, tablet portability, laser printing, and eContracting will save time and keep your F&I processes running smoothly.

[Experience User-friendly Sales and F&I]



**Increase Dealership Accounting & Payroll Efficiency**

# A More Efficient Dealership Accounting & Payroll Department

When you access data from a truly cloud-based system DMS, you can format your view the way you want, with the elements you need. Dominion VUE is built on the Microsoft Azure cloud, utilizing built-in SQL Microsoft reporting tools. VUE's accounting and payroll reporting capabilities fit the size of any dealership. The system will not control the way you view your data and looking for data is a snap with Ultimate Search. If you have a question while on the web, you Google it. Ultimate Search works like the top search engine by quickly delivering dynamic search results instantly from all records.

# Eliminate Third-Party Reporting

Dominion VUE eliminates the need for third-party reporting tools with its built-in real-time advanced reporting. VUE provides you with all the reporting capabilities your dealership will need no matter what the size of the store or group.

Start your day with your custom Dashboard to keep tabs on the pulse of your dealership. Rather than chasing problems and opportunities, let them



**Make the Right Decisions with Enhanced Reporting**

come to you on your custom dashboard. Create visual representations of your data in real-time and share them with colleagues.

Any shared report or visualization will be dynamically updated each time it is viewed. Custom reports are sent via web pages that grant the recipient full access with drill-down capabilities. All of your data resides within VUE, which eliminates 3rd-party islands of information, allowing you to view up-to-the-second data with a complete drill down to any source. You may effortlessly compare any combination of stores' data on the fly.



**Improve Internal and External Communication Processes**

## Increase Communication Efficiency

Dominion VUE allows you to execute internal and external communications easily and directly from the DMS. All customer communication via text or email is stored for reference later. By utilizing text and email capabilities, you are able to reach customers the way they prefer, while cutting down phone time, all leading to increased customer satisfaction.

Dominion VUE communications streamline the entire customer experience, allowing customers to pay via a mobile device, skip the cashier line and go straight to concierge pickup. It all comes as standard equipment in Dominion VUE.



## Integrations? No Problem!

Dominion VUE is open to 3rd-party integrations that are readily available and easy to access. Are you a third-party looking to integrate with Dominion DMS? Please send an email to SecureVUE@drivedominion.com.

Cloud-Native | Fixed Ops | Sales and F&I | Accounting and Payroll | Reporting | Communication | Integration





**READY TO GET STARTED, OR LEARN MORE?**

FIRST NAME

LAST NAME

**RESOURCES**

*Related Blog*
**Guiding Service Customer Decisions With**

EMAIL ADDRESS

PHONE NUMBER

DEALERSHIP

ZIP CODE

*All fields are required.*

CONTINUE

With Upgraded DMS Communications

*Related Blog*
**Electronic Maintenance Menus in Your Service Drive**

*Related Infographic*
**5 Benefits of True Cloud DMS**



HOME  BLOG  SUPPORT  FOLLOW US

