# EXHIBIT 631



PEOPLE ⌄     NEWS     CAREERS     INTERNSHIPS     CONTACT US

# OUR INDIANA TEAM IS HERE FOR ALL YOUR TITLE AND REGISTRATION NEEDS.



**Tammy**



**Zach**



**Michele**

## LOCAL EXPERT PROBLEM-SOLVERS ARE HERE FOR YOU.

Our busy Indianapolis Vitu office is manned by a great crew of devoted Hoosiers handling electronic vehicle registration (EVR) for the state. Leading our Indiana-based local experts are Tammy Boswell, Director of Operations, and Regional Sales Manager Zach Newsom. This tight-knit group has years of experience navigating the Bureau of Motor Vehicles (BMV) and EVR compliance knowledge under their belt. This 'on-it' team is happy to help with all of your processing needs, answer any questions you have, and simply 'have your back' with Vitu's signature hands-on support.

Come on by and get to know your Indiana-based Vitu.






   

## Learn More

Careers

Visit Vitu

RMP Training

Privacy Policy

## Contact Us

844-848-8468

info@vitu.com

MVSC has successfully completed the American Institute of Certified Public Accountants (AICPA) Service Organization Controls (SOC) 1 Type II audit, demonstrating its effective protection of confidential client data.



COPYRIGHT © 2020 MOTOR VEHICLE SOFTWARE CORPORATION