# EXHIBITS 633-654
# Filed Under Seal