# Exhibit 504

## Public - REDACTED

# Exhibit 505

## Public - REDACTED

# Exhibit 506

## Public - REDACTED

# Exhibit 507

## Public - REDACTED

# Exhibit 508

## Public - REDACTED

# Exhibit 509

## Public - REDACTED

# Exhibit 510

## Public - REDACTED