# Exhibit 512

**Public - REDACTED**

# Exhibit 513

## Public - REDACTED

# Exhibit 514

## Public - REDACTED

# Exhibit 515

## Public - REDACTED

# Exhibit 516

## Public - REDACTED

# Exhibit 517

**Public - REDACTED**

# Exhibit 518

## Public - REDACTED

# Exhibit 519

## Public - REDACTED

# Exhibit 520

## Public - REDACTED

# Exhibit 521

## Public - REDACTED