# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

        Plaintiff,

v.

CDK Global, LLC, et al.

        Defendant.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2020:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Defendants' motion for leave to file a response to MDL Plaintiffs' evidentiary objections [1126, 1132] will be held telephonically on 9/3/2020 at 9:15 a.m. Participants should use the Court's toll−free call−in number 877−336−1829, conference access code is 6963747. If there is no objection to the motion, counsel should email the Courtroom Deputy to that effect no later than 9/2/2020. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.