**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that, on **Friday, September 11, 2020, at 9:15 a.m.** or as soon thereafter as counsel may be heard, Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Blue Book Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc. (collectively, Cox Automotive) will appear before the Honorable Robert M. Dow, Jr. or any judge sitting in that judge's place, and present **COX AUTOMOTIVE'S MOTION TO AMEND THE AGREED CONFIDENTIALITY ORDER**, a copy of which is attached and served upon you through the CM/ECF filing system.

- 2 -

Dated: August 31, 2020                                    Respectfully submitted,

                                                          */s/ Derek T. Ho*
                                                          Derek T. Ho
                                                          Daniel V. Dorris
                                                          **KELLOGG, HANSEN, TODD,**
                                                           **FIGEL & FREDERICK, P.L.L.C.**
                                                          1615 M Street, NW, Suite 400
                                                          Washington, D.C. 20036
                                                          (202) 326-7900
                                                          dho@kellogghansen.com
                                                          ddorris@kellogghansen.com

                                                          *Counsel for Cox Automotive, Inc.,*
                                                          *Autotrader.com, Inc., Dealer Dot Com,*
                                                          *Inc., Dealertrack, Inc., HomeNet, Inc.,*
                                                          *Kelley Blue Book Co., Inc., vAuto, Inc.,*
                                                          *VinSolutions, Inc., and Xtime, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I, Derek T. Ho, an attorney, hereby certify that on August 31, 2020 I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
  **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com