**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>*ALL CASES* | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## **MDL PLAINTIFFS' NOTICE OF CORRECTION**

MDL Plaintiffs respectfully provide notice that they are submitting corrected versions to address certain technical errors of three previously filed exhibits as listed below:

**Exhibit to the Declaration of Daniel Dorris (Dkt. 950-1)**

- Jezek deposition transcript (Dorris Ex. 3) – Page 111 was omitted from the original excerpts.

**Exhibit to the Declaration of Derek T. Ho (Dkt. 1069-1)**

- Munns deposition transcript (Ho Ex. 13) – Page 152 was omitted from the original excerpts.

**Exhibit to the Declaration of Derek T. Ho (Dkt. 1144)**

- Preliminary injunction hearing transcript (Day 3) (Ho Ex. 511) – Pages 69 and 100 were omitted from the original excerpts.

Corrected versions of these exhibits, containing true and correct copies of the omitted transcript pages in addition to the original excerpts, are attached to this filing.

Additionally, an exhibit was inadvertently omitted from the Declaration of Derek T. Ho. MDL Plaintiffs are filing a corrected declaration to include this exhibit, which is marked as Exhibit 522 and contains the Expert Damages Report of Daniel L. Rubinfeld in Response to MVSC's Damages Claims. A true and correct copy of under seal Exhibit 522 is attached to this filing. Paragraph 111 of MDL Plaintiffs' Corrected Statement Of Additional Material Facts In Opposition

To Defendants' Motions For Summary Judgment (Dkt. 1101) inadvertently cited to Dorris Ex. 147; that citation should be to Ho Ex. 522.

Dated: September 8, 2020  Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

*MDL Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

       I, Derek T. Ho, an attorney, hereby certify that on September 8, 2020 I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' NOTICE OF CORRECTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

       */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com