# CORRECTED

# Exhibit 3

## To Dorris Declaration (Dkt. 950-1)

**PUBLIC - REDACTED**