# CORRECTED

# Exhibit 13

## To Ho Declaration (Dkt. 1069-1)

**PUBLIC - REDACTED**