# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>*ALL CASES* | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## CORRECTED DECLARATION OF DEREK T. HO
## IN SUPPORT OF MDL PLAINTIFFS' REPLIES
## IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT

I, Derek T. Ho, pursuant to 28 U.S.C. § 1746, declare as follows. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C. I respectfully submit this Declaration in support of the following, which are being filed concurrently with this Declaration:

a. Plaintiff Authenticom, Inc.'s Reply in Support of Its Motion for Summary Judgment on Defendants' Counterclaims.

b. Plaintiff AutoLoop's Reply in Support of Its Motion for Summary Judgment on Defendant CDK Global, LLC's Counterclaim.

c. MDL Plaintiffs' Responses to Defendants' Statement of Additional Material Facts.

All of the documents attached to this Declaration and identified below (Exhibits 504 - 522), are true and correct copies of the identified documents and have been designated, as appropriate, under the Second Amended Agreed Confidentiality Order in this case (Dkt. 650).

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 504 | Deposition transcript of Brian Clements (Oct. 24, 2018) (EXCERPTS) |
| 505 | Deposition transcript of Christopher Kirby (Jan. 30, 2019) (EXCERPTS) |
| 506 | Deposition transcript of Alex Eckelberry (Feb. 7, 2019) (EXCERPTS) |
| 507 | Deposition transcript of Lucas Hembd (Mar. 22, 2019) (EXCERPTS) |
| 508 | Deposition transcript of Travis Robinson (Apr. 23, 2019) (EXCERPTS) |
| 509 | Deposition transcript of Brian Green (Apr. 25, 2019) (EXCERPTS) |
| 510 | Deposition transcript of Nancy Miracle (Jan. 15, 2020) (EXCERPTS) |
| 511 | Transcript of the June 28, 2017 (Day 3) Preliminary Injunction Hearing, *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.), Dkt. 166 |
| 512 | Consolidated Brief for Plaintiff-Appellee Authenticom, Inc., *Authenticom, Inc. v. CDK Global, LLC*, Nos. 17-2540 & 17-2541 (7th Cir. Sept. 5, 2017), Dkt. 54-2 |
| 513 | Authenticom's First Set of Requests for the Production of Documents for Defendant CDK Global, LLC, *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.) (Oct. 2, 2017) |
| 514 | Authenticom's First Set of Requests for the Production of Documents for Defendant The Reynolds and Reynolds Company, *Authenticom, Inc. v. CDK Global, LLC*, No. 17-318 (W.D. Wis.) (Oct. 2, 2017) |
| 515 | CDK Global, LLC's Amended and Supplemental Rule 26(a)(1) Initial Disclosures (Apr. 30, 2019) |
| 516 | Email from D. Fenske to P. Wedgworth regarding "JSOAF re Dealers' SJ and CDK's opposition" (Aug. 14, 2020) |
| 517 | DX 528 – CONTINENTAL0056450 |
| 518 | DX 1203 – Reply Expert Report of Catharine M. Lawton (Dec. 19, 2019) |
| 519 | PX 309 – CDK-2733349 |
| 520 | CDK-2883454 |

2

3

| EXHIBIT NO. | DESCRIPTION |
|:---:|---|
| 521 | CONTINENTAL0051183 |
| 522 | Expert Damages Report of Daniel L. Rubinfeld in Response to Plaintiff MVSC's Damages Claims (Nov. 15, 2019) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 8, 2020

/s/ *Derek T. Ho*
Derek T. Ho