# Exhibit 522

**PUBLIC - REDACTED**