**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ALL PENDING CASES* | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**<u>MDL PLAINTIFFS' NOTICE OF CORRECTION</u>**

On July 28, 2020, Dealership Class Plaintiffs, Authenticom, Inc., Loop, LLC d/b/a AutoLoop, and Motor Vehicle Software Company ("MVSC") (collectively, "MDL Plaintiffs") filed their Joint Responses to Defendants CDK Global, LLC's and The Reynolds And Reynolds Company's Joint Statement Of Common Undisputed Material Facts In Support of their Motions for Summary Judgment (Dkt. 1070), as well as the Declaration of Peggy J. Wedgworth (Dkt. 1083), and accompanying exhibits. On this date, Dealership Class Plaintiffs also filed their Opposition to CDK's Motion for Summary Judgment (Dkt. 1066) as well as a document attached to that memorandum referred to as Table A (Dkt. 1066-1).

On August 28, 2020 certain Dealership Plaintiffs filed Dealership Counter-Defendants' Reply Memorandum In Support of their Motion for Summary Judgment on CDK Global, LLC's Counterclaims (Dkt. 1119).

MDL Plaintiffs, including the Dealership Counter-Defendants, respectfully provide notice that they are submitting corrected versions of each the filings referenced above to address clerical and technical errors, including the filing of seven corrected exhibits to the Declaration of Peggy Wedgworth. These filings include versions filed both publicly and under seal. For the convenience

of the court, MDL Plaintiffs are attaching redlined versions with each of the sealed filings for comparison.

Dated: September 8, 2020 　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Peggy J. Wedgworth* | */s/ Derek T. Ho* |
| Peggy J. Wedgworth | Derek T. Ho |
| **MILBERG PHILLIPS GROSSMAN LLP** | **KELLOGG, HANSEN, TODD,** |
| One Pennsylvania Plaza, 19th Floor | **FIGEL & FREDERICK, P.L.L.C.** |
| New York, NY 10119 | 1615 M Street, NW, Suite 400 |
| (212) 594-5300 | Washington, D.C. 20036 |
| pwedgworth@milberg.com | (202) 326-7900 |
| | dho@kellogghansen.com |

　　　　　　　　　　　　　　　　　*MDL Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I, Peggy J. Wedgworth, an attorney, hereby certify that on September 8, 2020 I caused a true and correct copy of the foregoing **MDL PLAINTIFFS' NOTICE OF CORRECTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                             */s/ Peggy J. Wedgworth*
                                             Peggy J. Wedgworth
                                             Milberg Phillips Grossman LLP
                                             One Pennsylvania Plaza, 19th floor
                                             New York, NY 10119
                                             (212) 594-5300
                                             pwedgworth@milberg.com