CORRECTED

Table A

[FILED UNDER SEAL]