# CORRECTED
# Exhibits 12, 47, 61, 187, 190, and 191
# to Wedgworth Declaration
# [FILED UNDER SEAL]