# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

*In re Dealer Management Systems Antitrust Litigation*, MDL 2817

*This document relates to:*

ALL PENDING CASES

No. 1:18-CV-864

Hon. Robert M. Dow, Jr.

Magistrate Judge Jeffrey T. Gilbert

## DEFENDANTS CDK GLOBAL, LLC'S AND THE REYNOLDS AND REYNOLDS COMPANY'S AMENDED ERRATA LIST AND CORRECTED EXHIBITS

On July 28, 2020, Defendants filed oppositions to MDL Plaintiffs' motions for summary judgment and supporting exhibits. Defendants submit an errata list for these papers, as follows:

**Additional Errata List**

- **CDK Global, LLC's Opposition To Authenticom, Inc.'s Motion For Summary Judgment On CDK's Counterclaims (Dkt. 1055–sealed version; Dkt. 1074–public version)**

    o Page 16: 

**Original Errata List, filed August 11, 2020 (Dkt. 1105, 1106)**

- **CDK Global, LLC's and The Reynold and Reynolds Company's Response to Authenticom, Inc.'s Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment (Dkt. 1058–sealed version; Dkt. 1072–public version)**

    o Page 29: The unintentional reference to "Auth Ex. 28" should be deleted from the following sentence: "It is undisputed that Authenticom's Terms and Conditions governing DealerVault (Auth. Ex. 28) state that . . . ."

- **Exhibits to the Declaration of Daniel T. Fenske (Dkt. 1064-1065 & Dkt. 979–sealed version, Dkt. 1080 –public version)**

    o Munns deposition transcript (Ex. 563): Pages 119-121 were omitted from the original excerpts.

    o Schaefer deposition transcript (Ex. 569): Page 165 was omitted from the original excerpts.

    o Kirby deposition transcript (Ex. 561): Page 49 was omitted from the original excerpts.

Corrected versions of the three exhibits, containing true and correct copies of the omitted transcript pages in addition to the original excerpts, were attached to the original errata. Dkt. 1105, 1106.

Dated: September 9, 2020                                              Respectfully submitted,

/s/ *Aundrea K. Gulley*                                              /s/ *Britt M. Miller*
Aundrea K. Gulley                                                       Britt M. Miller
Brian T. Ross                                                                Michael A. Scodro
Brice A. Wilkinson                                                      Daniel T. Fenske
Ross M. MacDonald                                                   Matthew D. Provance
GIBBS & BRUNS LLP                                                  Jed W. Glickstein
1100 Louisiana Street                                                 MAYER BROWN LLP
Suite 5300                                                                    71 South Wacker Drive
Houston, TX 77002                                                     Chicago, IL 60606
(713) 751-5258                                                             (312) 782-0600
agulley@gibbsbruns.com                                          bmiller@mayerbrown.com
bross@gibbsbruns.com                                             mscodro@mayerbrown.com
bwilkinson@gibbsbruns.com                                   dfenske@mayerbrown.com
rmacdonald@gibbsbruns.com                                 mprovance@mayerbrown.com
                                                                                      jglickstein@mayerbrown.com

Michael P.A. Cohen
Leo D. Caseria                                                             Mark W. Ryan
SHEPPARD MULLIN RICHTER & HAMPTON, LLP     MAYER BROWN LLP
2099 Pennsylvania Avenue NW, Suite 100             1999 K Street NW
Washington, DC 20006                                             Washington, DC 20006
(202) 747-1900                                                             (202) 263-3000
mcohen@sheppardmullin.com                                 mryan@mayerbrown.com
lcaseria@sheppardmullin.com

                                                                                      *Counsel for Defendant*
*Counsel for Defendant*                                             *CDK Global, LLC*
*The Reynolds and Reynolds Company*

## **CERTIFICATE OF SERVICE**

I, Britt M. Miller, an attorney, hereby certify that on September 9, 2020, I caused a true and correct copy of the foregoing **DEFENDANTS CDK GLOBAL, LLC'S AND THE REYNOLDS AND REYNOLDS COMPANY'S AMENDED ERRATA LIST AND CORRECTED EXHIBITS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com