**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* ALL ACTIONS EXCEPT *i3 Brands, Inc., et al. v. CDK Global, LLC, et al.*, No. 19-cv-1412 | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

**STIPULATED ORDER AS TO SCHEDULE FOR SUMMARY JUDGMENT
SURREPLY AND SUR-SURREPLY**

Reserving all rights, the parties have stipulated as follows as to the filing of a surreply and sur-surreply relating to evidentiary objections lodged by Plaintiffs in their August 28, 2020 reply filings in support of their motions for summary judgment.

1. On August 28, 2020, the parties filed their reply briefs and related Local Rule 56.1 responsive statements in support of their respective summary judgment motions.

2. That same day, Defendants' filed a motion for leave to respond to objections that Plaintiffs' lodged as to certain evidentiary materials cited in Defendants' Joint Statement of Common Undisputed Material Facts in Support of Their Motions for Summary Judgment. *See* Dkt. 1126. The Court granted that motion at a hearing on September 3. Dkt. 1151.

3. At the same hearing, Defendants advised the Court that they intended to move for leave to respond to similar objections that Plaintiffs included in their August 28, 2020 reply brief (Dkt. 1137) and response to Defendants' July 28, 2020 Statement Of Additional Material Facts In Opposition To MDL Plaintiffs' Motions For Summary Judgment On Defendants' Counterclaims (Dkt. 1139).

4. The Court thereafter gave Defendants permission to file a motion for leave to file a sur-reply by September 18, 2020, but noted that it was inclined to grant Plaintiffs a sur-surreply if the sur-reply were allowed. Dkt. 1151.[1]

5. In response to the discussion at the September 3 hearing and the Court's order, and so as to eliminate the need for further motion practice, the parties have conferred and agreed upon a schedule for submission of short supplemental filings by the parties. Specifically, the parties have agreed as follows:

- Defendants will file their surreply, of no more than 5 pages, on September 18;
- Plaintiffs will file their sur-surreply, of no more than 5 pages, on September 28.

6. The parties further stipulate and agree that both the surreply and sur-surreply will be limited to addressing the evidentiary objections raised in Plaintiffs' August 28, 2020 filings, and that neither side will include any arguments on the merits of the summary judgment motions.

---

[1] The order reads: "Plaintiffs given leave to file a motion for leave to file a sur-reply by 09/18/2020. Counsel were advised that should the Court grant the motion, it may be inclined to seek a sur-sur-reply by Defendants"; the parties understand that the Court inadvertently transposed "Plaintiffs" and "Defendants" in that order.

STIPULATED AND AGREED:

/s/ Derek T. Ho
Derek T. Ho
Daniel V. Dorris
Joshua Hafenbrack
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
ddorris@kellogghansen.com
jhafenbrack@kellogghansen.com

*Counsel for Authenticom, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.*

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for Defendants CDK Global, LLC*

/s/ Peggy J. Wedgworth
Peggy J. Wedgworth
Elizabeth McKenna
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Plaintiffs*

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

Michael P.A. Cohen
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
(202) 747-1900
mcohen@sheppardmullin.com

*Counsel for Defendant The Reynolds and Reynolds Company*

3

SO ORDERED:

DATED: _____, 2020

_____
Hon. Robert M. Dow, Jr
UNITED STATES DISTRICT COURT JUDGE