# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                  Plaintiff,

v.                                          Case No.: 1:18−cv−00864

                                          Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2020:

        MINUTE entry before the Honorable Robert M. Dow, Jr: The Court has received and placed on the docket a letter [1170] from Attorney Christopher Massaroni, who represents non−party and prospective movant AutoMate. According to the letter, AutoMate has produced confidential documents and testimony in response to subpoenas issued by counsel to certain parties in this litigation. In the letter, AutoMate alleges, inter alia, that one or more parties have violated the Agreed Confidentiality Order, seeks responses from all parties to certain questions, and requests the return of documents and testimony and an award of costs and sanctions. AutoMate further asks leave to submit papers in opposition to the pending motion to amend the Agreed Confidentiality Order [1147, 1155]. Upon the filing of the letter, the Courtroom Deputy advised counsel for AutoMate to seek access to CM/ECF as a non−party "Movant," which would enable counsel to (a) enter an appearance, (b) file motions and other papers on the docket, and (c) receive electronic notice of all other publicly available filings on this docket. The Court notes that Mr. Massaroni is now listed on the docket as a "Movant." The Clerk is directed to correct that entry to list AutoMate as the Movant, represented by Mr. Massaroni. Now that Mr. Massaroni has access to CM/ECF, he is given leave to file an appearance and AutoMate is given leave to file a third−party motion incorporating the contents of its letter (and any further elaboration that counsel wishes to make) at its earliest convenience. Once that motion is formally on the docket, the Court will set a briefing schedule. AutoMate is also given leave to file a response to the motion to amend the Agreed Confidentiality Order no later than 9/30/2020; any party may reply to AutoMate's submission by 10/6/2020. Once the briefing is complete on the motion to amend and any motion filed by AutoMate, the Court will either (a) set the matter for hearing or (b) refer one or both motions to Magistrate Judge Gilbert for disposition. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.