**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:*<br><br>ALL ACTIONS | Hon. Robert M . Dow, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF DANIEL T. FENSKE**

I, Daniel T. Fenske, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am a partner at Mayer Brown LLP and represent CDK Global, LLC ("CDK") in the above-captioned matter. I submit this declaration in support of Defendants' Sur-Reply in Response to MDL Plaintiffs' Evidentiary Objections to Defendant CDK Global, LLC and The Reynolds and Reynolds Company's Joint Statement of Additional Material Facts, which is being filed concurrently with this Declaration.

2.      Attached as Exhibits 655-660 are true and correct copies of the following documents ("Defs. Sur. Ex."):

| Defs. Sur. Ex. No. | Description |
|---|---|
| 655 | Defendant The Reynolds and Reynolds Company's Initial Disclosures, Aug. 31, 2017 |
| 656 | Defendant The Reynolds and Reynolds Company's Second Amended Initial Disclosures, Apr. 30, 2019 |
| 657 | CDK Global, LLC's Amended Rule 26(a)(1) Initial Disclosures, May 10, 2018 |
| 658 | Letter from B. Ross to M. Nemelka and P. Wedgworth, Apr. 22, 2019 |
| 659 | Deposition Transcript of Authenticom 30(b)(6) (Dane Brown), Apr. 5, 2019 (Excerpts) |

1

| Defs. Sur. Ex. No. | Description |
|---|---|
| 660 | Deposition Transcript of William Lamm, May 31, 2019 (Excerpts) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 18, 2020                    Respectfully submitted,

                                             */s/ Daniel T. Fenske*
                                             Daniel T. Fenske

**<u>CERTIFICATE OF SERVICE</u>**

I, Daniel T. Fenske, an attorney, hereby certify that on September 18, 2020, I caused a true and correct copy of the foregoing **DECLARATION OF DANIEL T. FENSKE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Daniel T. Fenske*
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-8926
DFenske@mayerbrown.com