# EXHIBITS 656-657
# Filed Under Seal