# EXHIBITS 659-660
# Filed Under Seal