# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>**This Document Related to All Cases** | MDL No. 2817<br>Case No. 18-CV-00864 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher Massaroni, Esq. hereby appears in the above entitled action on behalf of non-party Movant AutoMate, Inc.

Dated: September 22, 2020

                                              **HODGSON RUSS LLP**

By _____
Christopher Massaroni, Esq.
ILND Bar Roll No. 1876853
677 Broadway, Suite 301
Albany, New York 12207
(518) 433-2432
cmassaroni@hodgsonruss.com