# EXHIBIT F

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

June 26, 2020

Christopher Massaroni
Hodgson Russ LLP
677 Broadway
Suite 301
Albany, NY 12207
CMassaroni@hodgsonruss.com

Dear Chris:

     We have investigated your questions and have determined that Mr. Colson's deposition transcript and accompanying exhibits were included in a production to the FTC made on January 28, 2019. These were the only Auto/Mate document that we produced to the FTC.

     We regret the error in producing the transcript in advance of the five-business-day notice required under Section 11 of the Confidentiality Order. We have contacted the FTC regarding this matter, and the FTC has agreed to sequester the transcript until we have provided notice under the Confidentiality Order to allow Auto/Mate five business days to take any steps it believes necessary to protect its confidential information.

     I have also enclosed the Civil Investigative Demand pursuant to which Authenticom produced Mr. Colson's transcript. We understand the deposition transcript would be responsive to Specification #3, among others, which seeks "all documents relating to Communications with . . . any Dealer . . . that pertain to any CDK or Reynolds policy or agreement relating to accessing data on, or providing data to, any DMS." Auto/Mate's marketing of its open integration policy in contrast with CDK's and Reynolds's integration policies was one of the subjects of Mr. Colson's testimony. *See*, *e.g.*, Tr. 203:17-204:13, 252:6-257:4, 302:10-20. We also understand that the FTC considers Mr. Colson's transcript responsive to the Civil Investigative Demand served on Authenticom.

     I apologize again for the oversight of including Mr. Colson's transcript in a production to the FTC prior to written notice under the protective order. Please let us know whether Auto/Mate intends to object to the production of the transcript to the FTC so that we can inform the FTC whether they should continue to sequester the transcript.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Christopher Massaroni
June 26, 2020
Page 2

                                          Sincerely,

                                          */s/ Daniel V. Dorris*

                                          Daniel V. Dorris

Enclosure