**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>*ALL CASES* | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF DEREK T. HO
IN SUPPORT OF MDL PLAINTIFFS' SUR-SUR-REPLY
IN SUPPORT OF THEIR EVIDENTIARY OBJECTIONS TO
DEFENDANTS' JOINT STATEMENT OF ADDITIONAL MATERIAL FACTS**

I, Derek T. Ho, pursuant to 28 U.S.C. § 1746, declare as follows. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C. I respectfully submit this Declaration in support of MDL Plaintiffs' Sur-Sur-Reply In Support of Their Evidentiary Objections to Defendants' Joint Statement of Additional Material Facts, which is being filed concurrently with this Declaration:

All of the documents attached to this Declaration and identified below (Exhibits 523 - 527), are true and correct copies of the identified documents and have been designated, as appropriate, under the Second Amended Agreed Confidentiality Order in this case (Dkt. 650).

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 523 | Dealership Class Plaintiffs' First Set of Interrogatories To CDK Global, LLC Concerning CDK's Counterclaims (March 8, 2019) |
| 524 | Letter from B. Miller to M. Nemelka, P Wedgworth regarding Response to 6-27-2018 letter re Custodians (June 29, 2018) |
| 525 | Letter from M. Nemelka to B. Ross, B. Miller regarding Document Discovery (March 14, 2018) |
| 526 | Letter from M. Provance to M. Nemelka regarding CVR Custodians (Oct. 26, 2018) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 527 | Deposition transcript of William Lamm (May 31, 2019) (EXCERPTS) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 28, 2020

/s/ *Derek T. Ho*
Derek T. Ho