# Exhibit 523

**PUBLIC - REDACTED**