Case: 1:18-cv-00864 Document #: 1184-6 Filed: 09/28/20 Page 1 of 1 PageID #:87909

# Exhibit 527

## PUBLIC - REDACTED