UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

Plaintiff,

v. Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 2, 2020:

MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' request, the video hearing on Autoloop and Cox Automotive's Motion to Clarify and Reconsider June 29, 2020 Order (DKT. 1027) [1050] set for 10/7/20 is stricken and reset to 10/15/20 at 11:00 a.m. The call−in number is 571−353−2300 and the call−in ID 101007012. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.