**From:** Massaroni, Christopher <CMassaroni@hodgsonruss.com>
**Sent:** Friday, September 11, 2020 9:05 AM
**To:** Dylan Ballard <dballard@sheppardmullin.com>
**Subject:** RE: In re Dealer Management Systems Antitrust Litig., No. 1:18-cv-000864 (N.D. Ill.)

Dylan,
I have changed firms since the communications of May 2019 and do not have access to all our emails.
Please respond to provide me with copies of our full communications at that time.
Please also provide the CID or other request, if any, that Reynolds was responding to in May 2019.
I will respond more fully to your letter yesterday after a review of such material.
Thank you,
Chris

**Christopher Massaroni**
Partner
Hodgson Russ LLP

Tel: 518.433.2432
Fax: 518.391.2102



Twitter | LinkedIn | website | e-mail

677 Broadway, Suite 301 | Albany, NY 12207
Tel: 518.465.2333 | map

**From:** Dylan Ballard <dballard@sheppardmullin.com>
**Sent:** Thursday, September 10, 2020 2:38 PM
**To:** Massaroni, Christopher <CMassaroni@hodgsonruss.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Aundrea K Gulley <agulley@gibbsbruns.com>; Brian T. Ross <bross@gibbsbruns.com>; Miller, Britt M. <BMiller@mayerbrown.com>; Provance, Matthew D. <MProvance@mayerbrown.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Amar Naik <ANaik@sheppardmullin.com>
**Subject:** In re Dealer Management Systems Antitrust Litig., No. 1:18-cv-000864 (N.D. Ill.)

**External Email - Use Caution**

Chris, please see the attached correspondence on behalf of Reynolds.

Best regards,

Dylan

**EXHIBIT 3**

**Dylan I. Ballard** | Partner
+1 415-774-2914 | direct
dballard@sheppardmullin.com | Bio

# SheppardMullin
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn | Twitter

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.