| | |
|---|---|
| **From:** | Amar Naik <ANaik@sheppardmullin.com> |
| **Sent:** | Friday, September 11, 2020 3:08 PM |
| **To:** | Massaroni, Christopher |
| **Cc:** | Aundrea K Gulley; Dylan Ballard |
| **Subject:** | RE: In re Dealer Management Systems Antitrust Litig., No. 1:18-cv-000864 (N.D. Ill.) |
| **Attachments:** | Re: Documents and Testimony Produced by Auto/Mate in the In re DMS Antitrust Litigation; 2017-06-27 - Reynolds CID in File No. 171-0056.pdf; 2018-03-12 - Reynolds Subpoena (New York).pdf; 2018-10-09 - Reynolds Subpoena (Illinois).pdf |

Chris,

Please find attached a copy of the correspondence from May 2019 referenced in Dylan's letter from yesterday.

Also, please see attached copies of the FTC's CID and relevant State AG subpoenas, which you received in May 2019 as well.

Best,
Amar

---

**From:** Dylan Ballard <dballard@sheppardmullin.com>
**Sent:** Friday, September 11, 2020 10:42 AM
**To:** Massaroni, Christopher <CMassaroni@hodgsonruss.com>
**Cc:** Aundrea K Gulley <agulley@gibbsbruns.com>; Amar Naik <ANaik@sheppardmullin.com>
**Subject:** RE: In re Dealer Management Systems Antitrust Litig., No. 1:18-cv-000864 (N.D. Ill.)

Chris, I am copying my co-counsel Andi Gulley and Amar Naik, who have been working on the MDL matter more recently than I have. I have to say I'm a little surprised that you would file a "motion" accusing Reynolds of confidentiality breaches when you apparently do not have the facts to justify that accusation.

**Dylan I. Ballard** | Partner
+1 415-774-2914 | direct
dballard@sheppardmullin.com | Bio

**Sheppard**Mullin
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Massaroni, Christopher <CMassaroni@hodgsonruss.com>
**Sent:** Friday, September 11, 2020 9:05 AM
**To:** Dylan Ballard <dballard@sheppardmullin.com>
**Subject:** RE: In re Dealer Management Systems Antitrust Litig., No. 1:18-cv-000864 (N.D. Ill.)

Dylan,
I have changed firms since the communications of May 2019 and do not have access to all our emails.

1



EXHIBIT
4

Please respond to provide me with copies of our full communications at that time.
Please also provide the CID or other request, if any, that Reynolds was responding to in May 2019.
I will respond more fully to your letter yesterday after a review of such material.
Thank you,
Chris

**Christopher Massaroni**
Partner
Hodgson Russ LLP

Tel: 518.433.2432
Fax: 518.391.2102



Twitter | LinkedIn | website | e-mail

677 Broadway, Suite 301 | Albany, NY 12207
Tel: 518.465.2333 | map

---

**From:** Dylan Ballard <dballard@sheppardmullin.com>
**Sent:** Thursday, September 10, 2020 2:38 PM
**To:** Massaroni, Christopher <CMassaroni@hodgsonruss.com>
**Cc:** Leo Caseria <LCaseria@sheppardmullin.com>; Aundrea K Gulley <agulley@gibbsbruns.com>; Brian T. Ross <bross@gibbsbruns.com>; Miller, Britt M. <BMiller@mayerbrown.com>; Provance, Matthew D. <MProvance@mayerbrown.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Amar Naik <ANaik@sheppardmullin.com>
**Subject:** In re Dealer Management Systems Antitrust Litig., No. 1:18-cv-000864 (N.D. Ill.)

**External Email - Use Caution**

---

Chris, please see the attached correspondence on behalf of Reynolds.

Best regards,

Dylan

**Dylan I. Ballard** | Partner
+1 415-774-2914 | direct
dballard@sheppardmullin.com | Bio

**SheppardMullin**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn | Twitter

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*