# Exhibit 2

**PUBLIC - REDACTED**