# Exhibit 3

**PUBLIC - REDACTED**