# Exhibit 4

**PUBLIC - REDACTED**