**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 Case No. 18-cv-00864 |
| This Document Relates To: | |
| *Authenticom, Inc. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF AUTHENTICOM'S CLAIMS AGAINST CDK AND CDK'S COUNTERCLAIMS AGAINST AUTHENTICOM**

WHEREAS, Plaintiff/Counter-Defendant Authenticom, Inc. ("Authenticom") and Defendant/Counter-Plaintiff CDK Global, LLC ("CDK") have settled their claims and counterclaims against each other in the above-referenced litigation.

IT IS HEREBY STIPULATED, by and between Authenticom and CDK, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

(1) Authenticom's claims against CDK, originally filed on May 1, 2017, in Case No. 3:17-cv-00318 (W.D. Wis.) (Dkt. 1), which were subject to a February 1, 2018 Transfer Order issued by the Judicial Panel on Multidistrict Litigation, MDL No. 2817 (Dkt. 63), and transferred to this Court on February 2, 2018, *Authenticom* Docket, Case No. 18-cv-868 (N.D. Ill.) (Dkt. 248); and

(2) CDK's counterclaims against Authenticom, filed June 29, 2018 in the MDL Master Docket, Case No. 18-cv-864 (N.D. Ill.) (Dkt. 229), and June 30, 2018 in the *Authenticom* Docket, Case No. 18-cv-868 (N.D. Ill.) (Dkts. 263 & 264),

are hereby voluntarily dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs, including but not limited to those provided for by Fed. R. Civ. P. 54.

This Stipulation has no bearing upon, and shall not affect, any other claims or parties in this MDL.  All parties reserve their rights with respect thereto.

Dated: October 28, 2020

Respectfully submitted,

*/s/ Derek T. Ho* _____

Derek T. Ho
Aaron M. Panner
Daniel V. Dorris
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com
apanner@kellogghansen.com
ddorris@kellogghansen.com

*Counsel for Authenticom, Inc.*

*/s/ Britt M. Miller* _____

Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Mark W. Ryan
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
mryan@mayerbrown.com

*Counsel for CDK Global, LLC*

## CERTIFICATE OF SERVICE

I, Derek T. Ho, an attorney, hereby certify that on October 28, 2020, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE OF AUTHENTICOM'S CLAIMS AGAINST CDK AND CDK'S COUNTERCLAIMS AGAINST AUTHENTICOM** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com