**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ALL PENDING CASES* | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**STATEMENT BY AUTHENTICOM AND CDK CONCERNING EFFECT OF
SETTLEMENT ON PENDING MDL MOTIONS**

On October 28, 2020, Plaintiff/Counter-Defendant Authenticom, Inc. ("Authenticom") and Defendant/Counter-Plaintiff CDK Global, LLC ("CDK") dismissed their claims and counterclaims against each other in the above-referenced litigation with prejudice. Dkt. 1199. The parties to this MDL have filed a number of overlapping motions against each other in the *Authenticom* case and the other MDL cases. For the Court's convenience, therefore, Authenticom and CDK submit the following table reflecting, in their view, the settlement's effect, if any, on these currently pending motions.

| Dkt. | Movant(s) | Short Title of Motion | Opposing Party(s) | Effect of Settlement |
|---|---|---|---|---|
| 543 | CDK | Motion to Compel Production of Documents from AutoLoop and Cox Automotive | AutoLoop<br>Cox | None |
| 773 | CDK<br>Reynolds | Motion to Bar New Conspiracy Theory | Authenticom<br>AutoLoop<br>Dealers | **CDK**: Moot as to Authenticom; remains pending as to AutoLoop and Dealers<br>**Reynolds**: None (remains pending as to Authenticom) |
| 777 | Reynolds | Motion for Partial Summary Judgment (Counterclaims) | Authenticom | None |
| 787 | Reynolds | Motion to Bar MVSC's New Claims | MVSC | None |
| 859 | Authenticom<br>AutoLoop<br>Dealers | Motion to Exclude Edward Stroz | CDK<br>Reynolds | **Authenticom**: Moot as to CDK; remains pending as to cybersecurity opinions (Part II of motion) as to Reynolds<br>**AutoLoop**: None (remains pending as to cybersecurity opinions (Part II of motion))<br>**Dealers**: None (remains pending as to opinions on CAPTCHA/Profile Manager (Part I.B & I.C of motion) and as to cybersecurity opinions (Part II of motion)) |

| Dkt. | Movant(s) | Short Title of Motion | Opposing Party(s) | Effect of Settlement |
|---|---|---|---|---|
| 863 | Reynolds | Motion to Exclude Gordon Klein | MVSC | None |
| 867 | Authenticom AutoLoop MVSC Dealers | Motion to Exclude Daniel Rubinfeld | CDK Reynolds | **Authenticom**: Moot as to CDK; remains pending as to Reynolds<br>**AutoLoop**: None<br>**MVSC**: None (remains pending as to Reynolds)<br>**Dealers**: None (remains pending as to damages opinions concerning Dealers (Part I and Part III.B-D of motion)) |
| 873 | Authenticom AutoLoop Dealers | Motion to Exclude Kevin Murphy | CDK | **Authenticom**: Moot<br>**AutoLoop:** None<br>**Dealers**: None |
| 877 | CDK Reynolds | Motion to Exclude Mark Israel | Authenticom AutoLoop MVSC | **CDK**: Moot as to Authenticom; remains pending as to AutoLoop<br>**Reynolds**: None (remains pending as to Authenticom and MVSC) |
| 879 | CDK Reynolds | Motion to Exclude Catharine Lawton | Authenticom | **CDK**: Moot<br>**Reynolds**: None |

| Dkt. | Movant(s) | Short Title of Motion | Opposing Party(s) | Effect of Settlement |
|---|---|---|---|---|
| 881 | CDK | Motion to Exclude Michael Williams | Dealers | None |
| 883 | CDK Reynolds | Motion to Exclude Allan Stejskal | Authenticom AutoLoop Dealers MVSC | **CDK**: Moot as to Authenticom; remains pending as to AutoLoop and the Dealers<br>**Reynolds**: None (remains pending as to Authenticom and MVSC) |
| 885 | CDK Reynolds | Motion to Exclude Nancy Miracle | Authenticom | **CDK**: Moot<br>**Reynolds**: None |
| 887 | CDK Reynolds | Motion to Exclude Brian Halpin | Authenticom AutoLoop MVSC | **CDK**: Moot as to Authenticom; remains pending as to AutoLoop<br>**Reynolds**: None (remains pending as to Authenticom and MVSC) |
| 925 | Reynolds | Motion for Leave to Amend Answer and Affirmative Defenses | MVSC | None |
| 949 | AutoLoop | Motion for Summary Judgment (Counterclaims) | CDK | None |
| 954 | Reynolds | Motion for Summary Judgment | MVSC | None |

| Dkt. | Movant(s) | Short Title of Motion | Opposing Party(s) | Effect of Settlement |
|---|---|---|---|---|
| 963 | Dealers | Motion for Summary Judgment (Counterclaims) | CDK | None[1] |
| 964 | CDK Reynolds | Motion for Summary Judgment | Authenticom | **CDK**: Moot, except insofar as CDK incorporates arguments in the Authenticom summary judgment motion in CDK's separate summary judgment motions against the Dealers and AutoLoop (Dkt. 967 and Dkt. 970) <br> **Reynolds**: None (remains pending) |
| 967 | CDK | Motion for Summary Judgment | AutoLoop | None |
| 970 | CDK | Motion for Summary Judgment | Dealers | None |
| 976 | Authenticom | Motion for Summary Judgment (Counterclaims) | CDK Reynolds | **CDK**: Moot as to CDK, except insofar as the Dealers incorporate Authenticom's arguments in their separate summary judgment motion (Dkt. 963) <br> **Reynolds**: None (remains pending) |
| 1147 | Cox | Motion to Amend Confidentiality Order | CDK | None |

---

[1] Dealers have informed CDK that they "may seek leave to file supplemental briefing concerning impact of CDK-Authenticom settlement on CDK's counterclaims against Dealers." CDK does not believe any supplemental briefing is warranted, but reserves its right to respond to any supplemental filing Dealers may seek to submit.

-6-

Dated: November 3, 2020                      Respectfully submitted,

| */s/ Derek T. Ho* | */s/ Britt M. Miller* |
|---|---|
| Derek T. Ho | Britt M. Miller |
| Aaron M. Panner | Matthew D. Provance |
| Daniel V. Dorris | MAYER BROWN LLP |
| KELLOGG, HANSEN, TODD, | 71 South Wacker Drive |
|   FIGEL & FREDERICK, P.L.L.C. | Chicago, IL 60606 |
| 1615 M Street, NW, Suite 400 | (312) 782-0600 |
| Washington, D.C. 20036 | bmiller@mayerbrown.com |
| (202) 326-7900 | mprovance@mayerbrown.com |
| dho@kellogghansen.com | |
| apanner@kellogghansen.com | Mark W. Ryan |
| ddorris@kellogghansen.com | MAYER BROWN LLP |
| | 1999 K Street NW |
| *Counsel for Authenticom, Inc.* | Washington, DC 20006 |
| | (202) 263-3000 |
| | mryan@mayerbrown.com |
| | |
| | *Counsel for CDK Global, LLC* |

## CERTIFICATE OF SERVICE

   I, Derek T. Ho, an attorney, hereby certify that on November 3, 2020, I caused a true and correct copy of the foregoing **STATEMENT BY AUTHENTICOM AND CDK CONCERNING EFFECT OF SETTLEMENT ON PENDING MDL MOTIONS** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                */s/ Derek T. Ho*
                Derek T. Ho
                **KELLOGG, HANSEN, TODD,**
                 **FIGEL & FREDERICK, P.L.L.C.**
                1615 M Street, NW, Suite 400
                Washington, D.C. 20036
                (202) 326-7900
                dho@kellogghansen.com