UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                        Plaintiff,

v.                                         Case No.: 1:18−cv−00864
                                                Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The Court has received the statement by Authenticom and CDK concerning effect of settlement on pending MDL motions [1200] and expresses its gratitude to counsel for their assistance. As the parties are well aware, the volume of motions and briefs is immense and challenging, and will take time to process, but the input on which motions are affected by the settlement will aid the Court in focusing on the matters that remain in need of decision. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.