

**Christopher Massaroni**
Partner
Direct Dial: 518.433.2432
CMassaroni@hodgsonruss.com

November 10, 2020

*Via ECF*
Hon. Robert M. Dow, Jr.
United States District Court
Northern District of Illinois, Eastern Division
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

      RE:    In re: Dealer Management Systems Antitrust Litigation (1:18-cv-000864 (ILND))

Dear Judge Dow:

    I represent non-party Auto/Mate, Inc. ("Auto/Mate") and I write to provide the Court with further information with respect to the impact of the settlement among Authenticom and CDK.

    This settlement has <u>no</u> <u>affect</u> on the pending motion of non-party Auto/Mate seeking the return of its confidential information. (Dkt. # 1181)

    I write to provide this information as a supplement to the joint statement of Authenticom and CDK (Dkt. # 1200), which did not reference the Auto/Mate motion. I was concerned that the joint statement might have implied that Auto/Mate's motion no longer requires attention.

    I appreciate the Court's attention to this matter.

                                Respectfully submitted,

                                Christopher Massaroni

CM/ojn