**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 1:18-CV-00864 |
| *This Document Relates To:* | Hon. Robert M. Dow, Jr. |
| i3 Brands, Inc., et al. v. CDK Global, LLC, et al., et al., No. 1:19-CV-01412 | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiffs i3 Brands, Inc. and PartProtection, LLC (collectively "i3") and Defendant The Reynolds and Reynolds Company ("Reynolds") have resolved the claims brought by i3 against Reynolds in the above-referenced litigation;

IT IS HEREBY STIPULATED, by and between i3 and Reynolds that, pursuant to Rule 41(a)(1)(A)(ii), i3's Complaint against Reynolds, which was originally filed on February 4, 2019 in Case No. 3:19-cv-252 (S.D. Cal.), which was subject to Conditional Transfer Order No. 3 issued by the Judicial Panel on Multidistrict Litigation, MDL No. 2817 (Dkt. 90), and transferred to this Court on February 22, 2019 to Case No. 1:19-cv-01412, and all of i3's claims against Reynolds in these MDL proceedings, including but not limited to those in i3's November 25, 2019 First Amended Complaint, are hereby voluntarily DISMISSED WITH PREJUDICE. Each party shall bear its own attorney's fees and costs, including but not limited to those provided for by Federal Rule of Civil Procedure 54.

This Stipulation has no bearing upon, and shall not affect, any other claims or parties in this MDL. All parties reserve their rights with respect thereto.

| | |
|---|---|
| DATED: November 16, 2020 | Respectfully submitted, |
| /s/ *Anton Handal*<br>Anton Handal<br>**MURCHISON & CUMMING LLP**<br>Symphony Towers<br>750 B. Street, Suite 2550<br>San Diego, CA 92101<br>Telephone: (619) 890-6400<br>Thandal@murchisonlaw.com<br><br>*Counsel for i3 Brands, Inc. and PartProtection, LLC* | */s/ Aundrea K. Gulley*<br>Aundrea K. Gulley<br>agulley@gibbsbruns.com<br>Brian T. Ross<br>bross@gibbsbruns.com<br>Brice A. Wilkinson<br>bwilkinson@gibbsbruns.com<br>Ross M. MacDonald<br>rmacdonald@gibbsbruns.com<br>Justin D. Patrick<br>jpatrick@gibbsbruns.com<br>**GIBBS & BRUNS, LLP**<br>1100 Louisiana, Suite 5300<br>Houston, Texas 77002<br>Telephone: 713-650-8805<br>Facsimile: 713-750-0903<br><br>Michael P.A. Cohen<br>MCohen@sheppardmullin.com<br>Amar S. Naik<br>ANaik@sheppardmullin.com<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>Suite 100<br>2099 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone: 202-747-1900<br>Facsimile: 202-747-1901<br><br>Leo D. Caseria<br>**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**<br>333 S. Hope St., 43rd Floor<br>Los Angeles, CA 90071<br>(213) 617-4206<br>lcaseria@sheppardmullin.com<br><br>*Attorneys for Defendant The Reynolds and Reynolds Company* |

## CERTIFICATE OF SERVICE

      I, Aundrea K. Gulley, an attorney, hereby certify that on this 16th day of November, 2020, I caused a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                        */s/ Aundrea K. Gulley*
                                        Aundrea K. Gulley
                                        **GIBBS & BRUNS LLP**
                                        1100 Louisiana Street, Suite 5300
                                        Houston, TX 77002
                                        (713) 650-8805
                                        agulley@gibbsbruns.com