## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 Case No. 18-cv-00864 |
| This Document Relates To: | Honorable Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |
| THE DEALERSHIP CLASS ACTION | |

### STIPULATION REGARDING AMENDMENT TO DEALERSHIP COUNTER-DEFENDANTS' ANSWER AND AFFIRMATIVE AND ADDITIONAL DEFENSES

Pursuant to Fed. R. Civ. P. 15(a)(2), it is hereby stipulated and agreed, by and among the parties, through their undersigned counsel, as follows:

1.     Dealership Counter-Defendants' Answer and Affirmative and Additional Defenses to Counter-Plaintiff CDK Global LLC's Counterclaims (ECF No. 765) is hereby amended *instanter* to include the following Twenty-Fourth Defense:

> CDK's counterclaims are barred in whole or in part to the extent they seek damages duplicative of the value of consideration CDK has received or will receive in settlements with or judgments against other parties in this MDL litigation.  Dealership Counter-Defendants are entitled to offsets and/or setoffs on account of consideration obtained by CDK through its settlements with other parties in this MDL litigation, including, without limitation (i) Authenticom, Inc., and (ii) Cox Automotive, Inc., Autotrader.com, Inc., Dealer Dot Com, Inc., Dealertrack, Inc., HomeNet, Inc., Kelley Bluebook, Co., Inc., vAuto, Inc., VinSolutions, Inc., and Xtime, Inc.

2.     Dealership Counter-Defendants' Amended Answer and Affirmative and Additional Defenses to Counter-Plaintiff CDK Global LLC's Counterclaims, reflecting the Twenty-Fourth Defense, and redlined against ECF No. 765, is attached hereto as Exhibit A.

3.     Except as described in Paragraph 4 below, no party will rely on the Twenty-Fourth Defense as a basis to reopen discovery, seek additional briefing on any pending motion

(including the parties' respective motions for summary judgment), or seek any modification of the current pretrial schedule.

4.    If CDK obtains a verdict in its favor on any counterclaim against the Dealership Counter-Defendants, then, prior to entry of judgment, CDK will produce to the Dealership Plaintiffs copies of its confidential settlement agreements with Cox Automotive, Inc. and Authenticom, Inc. ("Settlement Agreements").

5.    If produced, the Settlement Agreements will be designated as "Highly Confidential" pursuant to the Protective Order.

6.    Plaintiffs represent that they have received, from both Cox Automotive, Inc. (on behalf of itself and its related entities) and from Authenticom, Inc., written authorization for CDK to produce the Settlement Agreements to Dealership Plaintiffs subject to the restrictions of this stipulation.

7.    If CDK does not prevail on its counterclaims and/or is awarded zero damages in relation to its counterclaims, then CDK will have no obligation to produce any of the Settlement Agreements.

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Peggy J. Wedgworth* | */s/ Britt M. Miller* |
| Peggy J. Wedgworth (*pro hac vice*) | Britt M. Miller |
| Elizabeth McKenna (*pro hac vice*) | Matthew D. Provance |
| **MILBERG PHILLIPS GROSSMAN LLP** | **MAYER BROWN LLP** |
| 100 Garden City Plaza, Suite 500 | 71 South Wacker Drive |
| Garden City, New York 11530 | Chicago, Illinois 60606 |
| Tel: (212) 594-5300 | Tel: (312) 782-0600 |
| Fax: (212) 868-1229 | bmiller@mayerbrown.com |
| pwedgworth@milberg.com | mprovance@mayerbrown.com |
| emckenna@milberg.com | |
| | |
| ***Interim Lead Counsel for the Dealership Class*** | ***Counsel for Defendant CDK Global, LLC*** |

Leonard A. Bellavia (*pro hac vice*)
**BELLAVIA  BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
Tel: (516) 873-3000
Fax:   (516) 873-9032
lbellavia@dealerlaw.com

*Dealership Class Plaintiffs' Steering Committee*

Daniel C. Hedlund (*pro hac vice*)
Michelle J. Looby (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax:   (612) 339-6622
dhedlund@gustafsongluek.com
mlloby@gustafsongluek.com

*Dealership Class Plaintiffs' Steering Committee*

James E. Barz
Frank Richter
**ROBBINS GELLER RUDMAN & DOWD LLP**
200 South Wacker Drive, 31st Floor
Chicago, Illinois 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

*Dealership Class Plaintiffs' Steering Committee*

Robert A. Clifford
**CLFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
RAC@cliffordlaw.com

*MDL Liaison Counsel*

DATED: December 9, 2020                    SO ORDERED:

_____

Hon. Robert M. Dow, Jr.
UNITED STATES DISTRICT COURT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I, Peggy J. Wedgworth, an attorney, hereby certify that on December 9, 2020, I caused a true and correct copy of the foregoing STIPULATION REGARDING AMENDMENT TO DEALERSHIP COUNTER-DEFENDANTS' ANSWER AND AFFIRMATIVE AND ADDITIONAL DEFENSES to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth