**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br> ALL ACTIONS | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

## MOTION TO WITHDRAW MARK W. RYAN AS COUNSEL FOR CDK GLOBAL, LLC

CDK Global, LLC ("CDK") respectfully moves to withdraw the appearance of Mark W. Ryan, who unexpectedly passed away on November 30, 2020. Attorneys Britt Miller, Daniel Fenske, and Matthew Provance of the law firm Mayer Brown LLP will continue to represent CDK in this matter. Mr. Ryan should be removed from all future pleadings and certificates of service.

Dated: December 9, 2020

Respectfully submitted

*/s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
dfenske@ mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant
CDK Global, LLC*

# CERTIFICATE OF SERVICE

I, Matthew D. Provance, an attorney, hereby certify that on December 9, 2020, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW MARK W. RYAN AS COUNSEL FOR CDK GLOBAL, LLC** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

> */s/ Matthew D. Provance*
> Matthew D. Provance
> MAYER BROWN LLP
> 71 South Wacker Drive
> Chicago, IL 60606
> (312) 782-0600
> mprovance@mayerbrown.com