**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In Re: Dealer Management Systems Antitrust
Litigation

,

Plaintiff(s),

v.

,

Defendant(s).

Case No.  18-cv-00864
Judge  Robert M. Dow

## ORDER

Motion to withdraw Attorney Mark Ryan as counsel for Defendant CDK Global [1214] is
granted.

Date:  12/11/2020                                      /s/ Judge Dow