# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In Re: Dealer Management Systems Antitrust Litigation , <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18-cv-864 <br> Judge Robert M. Dow |

## **ORDER**

Motion to withdraw Attorney Joshua Hafenbrack as counsel for the Vendor Class Plaintiffs [1216] is granted.

Date: 12/14/2020      /s/ Judge Dow