# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) |  MDL No. 2817<br>Case No. 1:18-CV-00864<br><br>Hon. Robert M. Dow, Jr. |
| *This Document Relates To:*<br><br>i3 Brands, Inc., et al. v. CDK Global, LLC, et al., et al., No. 1:19-CV-01412 | | |

## JOINT STATEMENT AS TO EFFECT OF SETTLEMENT

Pursuant to Paragraph 2(a) of the Court's January 4, 2021 Case Management Order On All Pending Motions, Dkt. 1218, Plaintiffs i3 Brands, Inc. and PartProtection, LLC, and Defendant The Reynolds and Reynolds Company file this joint statement to advise the Court of the effect of those parties' settlement stipulation, Dkt. 1207, on pending motions. The parties' settlement has no effect on any motion pending before the Court in this MDL. Pursuant to the Court's February 2, 2020 Memorandum and Order, Dkt. 857, i3 Brands and PartProtection's claims against Reynolds were referred to arbitration and the litigation was otherwise stayed. i3 Brands and PartProtection are not parties to any pending motion, and i3 Brands and PartProtection's claims are not the subject of any pending motion in the MDL. Because all claims at issue in Case No. 19-CV-01412, *i3 Brands, Inc. and PartProtection, LLC v. CDK Global, LLC and The Reynolds and Reynolds Company*, have been voluntarily dismissed with prejudice under Rule 41(a)(1)(A)(ii), *see* No. 18-864 Dkt. Nos. 913, 1207, the matter can be closed under the Court's ordinary administrative procedures.

| | |
|---|---|
| DATED: January 5, 2021 | Respectfully submitted, |
| /s/ *Anton Handal* <br> Anton Handal <br> **MURCHISON & CUMMING LLP** <br> Symphony Towers <br> 750 B. Street, Suite 2550 <br> San Diego, CA 92101 <br> Telephone: (619) 890-6400 <br> Thandal@murchisonlaw.com <br><br> *Counsel for Plaintiffs i3 Brands, Inc. and PartProtection, LLC* | */s/ Aundrea K. Gulley* <br> Aundrea K. Gulley <br> agulley@gibbsbruns.com <br> Brian T. Ross <br> bross@gibbsbruns.com <br> Brice A. Wilkinson <br> bwilkinson@gibbsbruns.com <br> Ross M. MacDonald <br> rmacdonald@gibbsbruns.com <br> Justin D. Patrick <br> jpatrick@gibbsbruns.com <br> **GIBBS & BRUNS, LLP** <br> 1100 Louisiana, Suite 5300 <br> Houston, Texas 77002 <br> Telephone: 713-650-8805 <br> Facsimile: 713-750-0903 <br><br> Michael P.A. Cohen <br> MCohen@sheppardmullin.com <br> Leo D. Caseria <br> LCaseria@sheppardmullin.com <br> **SHEPPARD MULLIN RICHTER & HAMPTON LLP** <br> Suite 100 <br> 2099 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20006 <br> Telephone: 202-747-1900 <br> Facsimile: 202-747-1901 <br><br> *Attorneys for Defendant The Reynolds and Reynolds Company* |

## CERTIFICATE OF SERVICE

   I, Aundrea K. Gulley, an attorney, hereby certify that on this 5th day of January, 2021, I caused a true and correct copy of the foregoing **JOINT STATEMENT AS TO EFFECT OF SETTLEMENT** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                */s/ Aundrea K. Gulley*
                Aundrea K. Gulley
                **GIBBS & BRUNS LLP**
                1100 Louisiana Street, Suite 5300
                Houston, TX 77002
                (713) 650-8805
                agulley@gibbsbruns.com