**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> *Authenticom, Inc. v. CDK Global, LLC, et al.,* Case No. 1:18-cv-00868 (N.D. Ill.) | MDL No. 2817 <br> Case No. 1:18-cv-00864 <br><br> Hon. Robert M. Dow, Jr. <br> Magistrate Judge Jeffrey T. Gilbert |

**MOTION FOR WITHDRAWAL OF COUNSEL AND
REQUEST FOR REMOVAL FROM SERVICE LIST**

I, Michelle M. Umberger, of Perkins Coie LLP, hereby move to withdraw John S. Skilton as counsel for Defendant, The Reynolds and Reynolds Company ("Reynolds"), in the above-captioned matters and request the Clerk of the Court remove his email address from its ECF notifications in connection with this action.  Reynolds continues to be represented by Michelle M. Umberger, Charles G. Curtis, Jr., Brandon M. Lewis and Kathleen A. Stetsko of Perkins Coie LLP, Kathy D. Patrick, Aundrea K. Gulley, Brice A. Wilkinson, Brian T. Ross, Ross M. MacDonald and Justin D. Patrick of Gibbs & Bruns, LLP and Michael P.A. Cohen, Amar Shrinivas Naik and James Landon McGinnis of Sheppard of Mullin Richter & Hampton LLP and all other counsel of record, and all future correspondence and papers in this action should continue to be directed to them.

150680916.1

## CERTIFICATE OF SERVICE

I, Michelle M. Umberger, an attorney, hereby certify that on January 20, 2021 I caused a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: January 20, 2021.

Respectfully Submitted:

s/ *Michelle M. Umberger*

Charles G. Curtis, Jr.
CCurtis@perkinscoie.com
Michelle M. Umberger
MUmberger@perkinscoie.com
Brandon M. Lewis
BLewis@perkinscoie.com
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: 608-663-7460

Kathleen Ann Stetsko
kstetsko@perkinscoie.com
**Perkins Coie LLP**
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312-324-8400

150680916.1

Kathy Patrick
kpatrick@gibbsbruns.com
Aundrea K. Gulley
agulley@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson
bwilkinson@gibbsbruns.com
Ross M. MacDonald
rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805

Michael P.A. Cohen
MCohen@sheppardmullin.com
**SHEPPARD MULLIN RICHTER &
HAMPTON LLP**
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Telephone: 202-747-1900

Amar S. Naik
ANaik@sheppardmullin.com
John L. McGinnis
jmcginnis@sheppardmullin.com
**Sheppard Mullin Richter & Hampton LLP**
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
Telephone: 415-434-9100

150680916.1