IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION,<br><br>Plaintiff(s),<br><br>v.<br><br>,<br><br>Defendant(s). | Case No. 18-cv-864 and 18-cv-868<br>Judge Robert M. Dow |

## ORDER

Motion for withdrawal of counsel John S. Skilton as counsel for Defendant, The Reynolds and Reynolds Company and request the Clerk of the Court remove his email address from its ECF notifications in connection with this action and service list [1224] is granted. Notice of motion date of 11/29/2021 is stricken and no appearances are necessary on that date.

Date: 1/20/2021                                                                                   /s/ Judge Dow