# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                           Plaintiff,

v.                           Case No.: 1:18−cv−00864

                           Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 21, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: By agreement of counsel, the hearing/tutorial referenced in the Court's January 4 case management order [1218] will take place on 2/12/2021 at 1:30 p.m. Counsel are asked to email the agreed chart [see 1218, at 2] to the Courtroom Deputy no later than 1:30 p.m. on 2/10/2021. Due to the continuing social distancing rules and uncertainty going forward, the hearing/tutorial will take place by video conference. The Courtroom Deputy will contact counsel well in advance of the hearing with instructions for accessing the Court's approved video platform..Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.