**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>*Authenticom, Inc. v. CDK Global, LLC*, *et al.*, Case No. 1:18-cv-00868 (N.D. Ill.)<br><br>*Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that, on **Friday, February 12, 2021, at 1:30 p.m.**, or as soon thereafter as counsel may be heard, Plaintiffs Authenticom, Inc. and Motor Vehicle Software Corporation will appear before the Honorable Robert M. Dow, Jr., and present **PLAINTIFFS AUTHENTICOM'S AND MVSC'S MOTION FOR LEAVE TO FILE *INSTANTER* A BRIEF IN EXCESS OF FIFTEEN PAGES**, a copy of which is attached and served upon you through the CM/ECF filing system.

- 2 -

Dated: February 8, 2021 　　　　　　　　　　*/s/ Derek T. Ho*

　　　　　　　　　　　　　　　　　　Derek T. Ho
　　　　　　　　　　　　　　　　　　Michael N. Nemelka
　　　　　　　　　　　　　　　　　　Aaron M. Panner
　　　　　　　　　　　　　　　　　　Daniel V. Dorris
　　　　　　　　　　　　　　　　　　KELLOGG, HANSEN, TODD,
　　　　　　　　　　　　　　　　　　　FIGEL & FREDERICK, P.L.L.C.
　　　　　　　　　　　　　　　　　　1615 M Street, NW, Suite 400
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　(202) 326-7900
　　　　　　　　　　　　　　　　　　dho@kellogghansen.com
　　　　　　　　　　　　　　　　　　mnemelka@kellogghansen.com
　　　　　　　　　　　　　　　　　　apanner@kellogghansen.com
　　　　　　　　　　　　　　　　　　ddorris@kellogghansen.com

　　　　　　　　　　　　　　　　　　*Counsel for Authenticom, Inc. and*
　　　　　　　　　　　　　　　　　　*Motor Vehicle Software Corporation*

## **CERTIFICATE OF SERVICE**

   I, Derek T. Ho, an attorney, hereby certify that on February 8, 2021, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

               */s/ Derek T. Ho*
               Derek T. Ho
               **KELLOGG, HANSEN, TODD,**
                **FIGEL & FREDERICK, P.L.L.C.**
               1615 M Street, NW, Suite 400
               Washington, D.C. 20036
               (202) 326-7900
               dho@kellogghansen.com