**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| *Authenticom, Inc. v. CDK Global, LLC et al.,* Case No. 1:18-cv-00868 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Friday, February 12, 2021 at 1:30 p.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Robert M. Dow, Jr., and present The Reynolds and Reynolds Company's **MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD**, copies of which are attached and served upon you.

[Signature block on following page]

Dated: February 9, 2021                    Respectfully submitted,

/s/ Aundrea K. Gulley

Aundrea K. Gulley
agulley@gibbsbruns.com
Kathy Patrick
kpatrick@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson
bwilkinson@gibbsbruns.com
Ross M. MacDonald
rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903

Michael P.A. Cohen
mcohen@sheppardmullin.com
Leo D. Caseria
lcaseria@sheppardmullin.com
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202-747-1900
Facsimile: 202-747-1901

*Attorneys for Defendant and Counterplaintiff
The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

      I, Brian T. Ross, an attorney, hereby certify that on February 9, 2021, I caused a true and correct copy of the foregoing **NOTICE OF MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            */s/ Brian T. Ross*
                                            Brian T. Ross
                                            GIBBS & BRUNS LLP
                                            1100 Louisiana Street
                                            Suite 5300
                                            Houston, TX 77002
                                            (713) 751-5286
                                            bross@gibbsbruns.com