# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                            Plaintiff,

v.

CDK Global, LLC, et al.

                                            Defendant.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 10, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiffs Authenticom's and MVSC's motion for leave to file excess pages [1229] is granted. Plaintiffs Authenticom's and MVSC's motion for sanctions against Defendant Reynolds and Reynolds [1231] is taken under advisement; response is due by 3/9/2021; reply is due by 3/30/2021. The Court will either rule by mail or set the matter for oral argument. Notice of motion date of 2/12/2021 is stricken and no appearances are necessary on this motion, although counsel may raise any issues they have, including with this scheduling order, prior to the tutorial. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.