# DECLARATION OF DANIEL V. DORRIS IN SUPPORT OF PLAINTIFFS AUTHENTICOM'S AND MVSC'S MOTION FOR SANCTIONS AGAINST DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY

## PUBLIC - REDACTED