# Exhibit 6

**PUBLIC - REDACTED**