# Exhibit 7

Message

**From:** Bob Brockman
**Sent:** 6/3/2020 7:54:20 PM
**To:** 'tommy_b
**Subject:** RE: Wow...I cannot explain

Tommy

To start with – you and I should be talking every day about any decision of importance that is cooking – before it is leaked or published. We need to focus on the reasons for making any decision. The reasons should be stated along with the decision.

The purpose for this is that it raises the odds in favor of making all decisions as thoughtful and correct that they can be.

This makes your record as perfect as it can be – which enhances followership.

Always remember – in virtually every case there is time to think and talk about a decision. The main thing is to do it "RIGHT" – not to do it quickly. Just because someone else is wanting a quick decision – do not let your decision be hurried !

Bob

**From:** tommy_b
**Sent:** Tuesday, June 02, 2020 7:54 PM
**To:** Bob Brockman; Dorothy Brockman
**Subject:** Wow...I cannot explain

Bob, Dorothy

I cannot describe the feelings I have tonight knowing the new chapter that begins tomorrow. I still do not understand why you choose me to carry forward your mission – but I will do my best to never disappoint you.

You guys are my family. Pray for me – give me the strength needed to carry on your legacy.

Love you guys

Tommy

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0228922