# Exhibit 9

**PUBLIC - REDACTED**