# Exhibit 10

Message

**From:** Bob Brockman
**Sent:** 3/1/2020 9:57:01 PM
**To:** 'tommy_
**Subject:** FW: See financials and Fact Sheet to Bob

Tommy,

One of my concerns is that the key to keep the sales department from running over everyone else – is people like Schaefer and Agan before him.

Management of sales decision making is one of the most complex things that I have to teach you about.

It cannot be done quickly – as the education is focused on many, many situations – what is happening, what should the response be to the situation at hand?

Right now Schaefer is the most knowledgeable about the above rules and policies.

Rudy is the most adept at trying to find a way around the rules – which is a source of friction between the two.

Unless the situation is that Schaefer is clearly not following my rules and policies – the decision must go Schaefer's way. Otherwise Schaefer will become "broken" and give up trying to keep a lid on sales people – which will cause Sales to run amok.

If sales doesn't like a decision – let them endeavor to make their case – in writing and only with you – Rudy should not be allowed to try to move Schaefer around on his own. Then it is an educational opportunity for you and me to discuss.

Right now Schaefer undoubtedly feel like a lonely soldier. He was assigned his task. He is following my orders and what I taught him. He is dug into his position quite correctly. For sure he wonders what is going on and what is happening to him. When there are different orders and rules, he will follow orders – unless it involves giving salesmen a free pass to do whatever they want – which in his heart he would believe that to be insanity.

Bob

---

**From:** tommybarras@reyrey.com
**Sent:** Saturday, February 29, 2020 8:41 AM
**To:** 'Bob Brockman'
**Subject:** RE: See financials and Fact Sheet to Bob

Bob

I hope the outcome is positive – begin to change your opinion. Only time will tell.

My comments on ExCom – Willie, Santana, Rudy sat together to build game plan (Willie is really good). The pro's and con's (the discussion) was as you envision. The "white boarding" laid out the game plan and our expectation for Rudy to follow. Very positive event – all are in agreement on the points we must have in order to have a deal. Without those we walk away

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0227291

Other issue: Rudy and Schaefer at each other's throats. The negativity is not productive – both just want to battle to show up the other. Both want you to see them as the key to the future – the other must fail in order to accomplish. There is no middle ground.

Be best if you didn't intervene. I talked for a couple hours with Schaefer, an hour with Rudy. Their fighting is only hurting Reynolds – the game to prove to you who's best should not be addressed by you. Do not fan the flame – ignore it and hopefully they will get the point

Tommy

---

**From:** Bob Brockman
**Sent:** Friday, February 28, 2020 6:52 PM
**To:** tommyb
**Subject:** RE: See financials and Fact Sheet to Bob

Tommy

I think that it is too early to declare a "win" on this.

The OEM's are notorious for being flakey. They are just apt to say "we want to buy" – but at half the price we are proposing.

Then they get bitter that "we would not cooperate".

Another interesting outcome is that with us involved in the project – we are well positioned to get all the blame if the project doesn't work out to their satisfaction.

I have been seeing all of this happening for the last 30 years or so.

Bob

---

**From:** tommyb
**Sent:** Friday, February 28, 2020 10:10 AM
**To:** Bob Brockman
**Subject:** FW: See financials and Fact Sheet to Bob

Bob – I have the ball. Willie, Santana, Rudy and Schaefer will settle on the parameters. We need to use this opportunity to improve relationship with OEM and improve utilization of our products with customers.

May also provide us a selling opportunity.

Lots of give & take this morning on this topic. The ExCom strategy (no one knows this term yet) will be a strong solution for the future. You need to be pleased

Tommy

---

**From:** Robert Schaefer <
**Sent:** Thursday, February 27, 2020 9:44 PM

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0227292