# Exhibit 13

**PUBLIC - REDACTED**