# Exhibit 18

To: Bob Brockman

From: Evatt Tamine

Date: June 4th, 2017

Subject: 2016 Performance Evaluation

I would say that without hesitation, 2016 has been my best year . I established beyond any doubt that I can work under pressure with the added threat of detention hanging over me, all for the sake of protecting the AEBCT. At the risk of being accused of having an inflated ego, I would say that there are very few people who could have done all I did in 2016, which brought together so many skills.

I believe 2016 was probably the most difficult and challenging year since I took up this position. A number of issues came up, which required special handling. I believe I was very successful in addressing those issues, though some remain outstanding (Robert Smith's situation, for example). I gave up a great deal of family time to ensure that these issues were dealt with.

**What went well?**

1. The positive success for the year was my role in securing the purchase of the Albula. This involved establishing a relationship with Bill Schleicher and convincing him that it would be better to come to us as a buyer and not put the boat out to market. Arranging the lawyers for the purchase as well as establishing all necessary entities and all documentation to buy the boat. It made for an extremely busy final two months to an already very busy year.

2.  During the acquisition of the Albula, I also built on the relationship with Graham Thomson, who will manage the boat for years to come. I worked with him on the financial systems to be implemented. Under severe time pressure, I worked with Cayman lawyers on establishing Fisheries Research Foundation Ltd to complete the acquisition.

3.  The sudden death of Don was a sad time. It is hard to speak of what went well, when it starts with Don's death. I suggested and then arranged that we honor Don by establishing the chair in accounting in his name. In doing this while Don was alive and joining him in a surprise lunch, we gave Don a real joy in his final month. But for my efforts, this is something that could have lingered for years and we'd have established a memoriam for Don rather than a gift in his lifetime. This work also greatly pleased Melissa and made it less difficult to handle Don's passing shortly afterwards. It also made what followed easier when dealing with Melissa.

4.  In addition to the surprise lunch for the gift to Ole Miss, I made a further six trips to Oxford. Most were at short notice and always involved at least three flights there and three flights back and included always driving from Memphis to Oxford and back. The trips were made when needed and without hesitation, generally following a call from Melissa telling me that she had found more drives, disks or documents that Don had kept. As you know, I even cut short the trip to Argentina to get back to Oxford to destroy more drives that had been discovered.

5.  By my extraordinary efforts, hugely impacting my family life, I did all that was humanly possible to clean up what Don had left behind. Those efforts meant that we could rest easily that any attempt to search Don's home would be fruitless.

6. All of the foregoing was done while helping Melissa with the issues she confronted following Don's death. There wasn't a trip from Don's death onwards where I did not spend time with Melissa helping her with the personal mess she was left with. These efforts have secured Melissa's loyalty for the rest of her life, as she looks on me as a second son. She will not forget that loyalty should she ever be visited by regulators.

7. I was also engaged in doing all I could to protect the AEBCT over the Robert Smith situation. Further, I was doing all I could to also protect Robert at the same time. I have spent a great deal of time on the road meeting with Robert (so we could talk freely), meeting Carlos Kepke and Sherri Caplan. In relation to the last two people, I worked through their files and identified areas of concern. I met with Robert's lawyers in Bermuda and several times in the United States, as well as meeting Miller & Chevalier lawyers in both Washington and Houston. Once again, all this work was done without hesitation and without regard to the impact on my family life.

8. Early in the year, after receiving a complaint from Stuart Yudofsky, I travelled to Houston (again without any hesitation or regard to my family) and confronted Paul Klotman over the use of the remaining funds at Baylor. I was not overawed by his position, his intelligence or reputation. I protected the Trust's gift and helped Stuart out of a position he found very difficult and worrying. The work was clean and efficient and delivered a clear message to Dr Klotman (and an example to others) that the Trust expects the terms of any gift to be honoured.

9. Very significant time and effort was spent developing the Brockman Scholars. I travelled to College Station on several occasions to meet with the deans of the various schools. I have spoken with the president of Texas A & M and found a ground upon which we could push our approach to the scholarships without letting the university take control of the awards. I did this in a way that has led

Texas A & M to treat us as partners for a common goal. My efforts have made it easier for the University to accept our requirements.

10. Similarly, my efforts in working with Stuart Yudofsky and establish the Brockman Medical Research Foundation have proved successful. That work allowed the Scientific Advisory Board to hold its first meeting and recommend its first grants. Systems have been developed that will hold for the future. The relationship I have with Stuart is a very strong one.

11. In relation to the medical research and scholars foundations, I have completed the documentation to the extent I could. I also came up with the notion of a "Brockman Family Member" always sitting on the boards. That allows your involvement without suggesting that you control the giving.

12. The work on the Foundations was done in a way that preserves the independence of the AEBCT and the Foundations. Indeed, the way I have approached this work means that we can tell a strong story in the event of an external review by a regulator.

13. I undertook a lot of work in employing staff and dealt with people who did not quite work out (Bruce Lim, for example) without any complications. I brought Duncan on board, who appears to be working quite well. We have established offices and telephone and network systems that will hold us in order for many years to come.

14. I have identified to the software to use for the foundations as well as the development of our website. All this work goes towards establishing the AEBCT and the Foundations as genuine charities of substance. The rewards of this work will become more apparent in the event of a review by an external regulator.

15. This year I successfully worked through improving financial reporting, particularly for Point Investments Ltd. I am now very confident in the financial reporting and can efficiently produce reports. An area where I have further built on a successful 2015 is that I have been able to successfully set up far more logical accounts and produce informative and accurate financial reports. In fact, I proposed, and implemented, a number of changes to the method of accounting which have been highly helpful in producing better accounts. The audits for Point are now completed in a more timely fashion after pressuring PWC to complete them.

16. I have continued working extensively with lawyers in the United States to ensure that we are fully compliant with FATCA. This was an extensive task that saw us register a number of companies for FATCA, but managed in a way that disclosed nothing to the lawyers but the story we wanted to convey, i.e. that the various entities are all exclusively engaged in charitable activities.

17. As part of the FATCA process, I continue to work through comprehensive reviews with most of our Banks. This allowed me to re-establish the information which is before the banks - even for the older entities. I have given them our version of events. .

18. I have spent significant time with Bob Yekovich on the Rice University Opera House project. I have been very supportive of Bob while he struggles with University politics. I believe my efforts are helping to keep this project on track. I have managed to convey to Bob Yekovich your wishes without saying anything other than I am the decision maker. Obviously Bob knows the truth, but I have made it easy for him (and David Leebron) to maintain the position.

19. In relation to Founding Partners and Promise Healthcare, I continue to sit on the board of directors of the controlling company, ensuring that we have a say in the decisions being taken including any monetization strategies. I have developed a good knowledge of the hospital industry in the United States, which is helpful in making decisions on strategies going forward. A significant investment of doubtful return now has a prospect of a good return (though a full return remains highly unlikely). It might sound an excessive boast, but I do not believe that we (or any other investors) would be in this position but for my involvement.

20. I continue to become more confident in financial reporting and have also improved the accounting for Cabot and Edge.

21. The strategy of investing into debt has been successful this year, though debt opportunities have reduced because of market conditions. I have managed these investments all the way through the assignment process (without incurring any outside fees). I have good relationships with debt brokers at Deutsche Bank and Jefferies. Debt opportunities are harder to come by now with a great deal of competition, but opportunities are still regularly offered to me. I have been joining the various bank calls, which has vastly improved my knowledge on the sort of matters seen as important by those lending to businesses.

22. I continue with the production of reports on a number of topics. While we have not been able to communicate fully, these reports are still produced in a timely fashion (where the information is available) and are designed to quickly put you in a position to fully understand where we are any particular topic. Examples of these reports are the Cash Report, the Vista Transaction Report, the Significant Transaction Report, the various Debt Reports, the Fees and Expenses Report etc. I believe that I am also innovative in devising new reports and improving on existing reports.

23. I continue to enjoy a very good relationship with Robert Smith and his team at Vista. I believe that I am very strong in representing Point's interests while at the same time being responsive to the needs of Vista in carrying out their various transactions. Our need to be involved in this area is because Point owns more than 10% of two of the funds and as such is often subject to enhanced due diligence. I manage this process myself which is a lot more effective and ensures that only the information we are prepared to disclose is released.

24. I have maintained my end of our computer systems without too much trouble. Being able to work remotely and carry out changes makes maintenance and repairs much easier. I feel very confident that I can adequately address any problem that arises (with input and guidance from you, of course).

25. A key part in achieving the results I have was my willingness to give all the time necessary to get the work done. This often meant working very long hours, which I do without hesitation. It helped that I work from home so that I did not feel like I was neglecting the family. The travel this year has been particularly horrendous. There were many periods where I did not manage to spend more than 3-4 days at home before I had to travel again.

26. This year has seen me further establish my position as the figure head of the AEBCT and the other trusts.

27. I have maintained in this last year a very strong and close working relationship with Carl Linnecke. At times Carl has found himself in tricky situations, e.g. with the Aspen Valley Land Trust and Bart Chandler. I think he appreciates the support he has got from me and that has filtered down to David Finholm and the others.

28. The reduction in the number of outside service providers or, where we still use them, the reduction in the work they do for us also means that we control the knowledge of our affairs.

29. An important aspect to having control of our destiny and not being at the mercy of service providers is that we are less likely to suffer loss through fraud etc. Over the past year I have seen the operation of several trust companies in Bermuda. Unlike Grosvenor, these are trust companies run by people without the integrity of Gordon Howard. I have seen examples of trust assets being sold without an accounting for the proceeds. The fact is that the trust industry is filled with shady characters. This is not so much something that I am doing well, but rather the benefit of all the work that went into creating the structures as they are today. While it means a lot more work for me, we have better control and less fees.

30. As I reported last year, holding the key directorships that I now do, I do not have to go out to anybody to have documents signed. We control the information. I manage to turn documents around in minutes using digital signatures. I no longer have to wait for documents to be signed. This process also fits more neatly into our database as the documents are created in the database and saved there with signed copies. This is a very streamlined process now.

31. I continue to document the movement of assets within the group, creating a proper commercial basis for all asset movements with the paper trail. This is also supported by the Significant Transactions Report.

32. I have maintained very good working relationships with all key people. I stay in contact regularly with Don and Cris Ruffell Smith.

33. Maintaining the document database. I have built a very good document describing the computer set up in Bermuda.

34. Continuing the control of all companies and trusts with no compliance problems.

35. On a personal note, despite many absences though the year, I have worked hard to maintain a happy family life. The relationship with Sophie and the girls is extremely strong and we enjoy each other's company. Sophie has been trying to make sure that I eat very well and get in some exercise.

**Things that need improvement:**

1. I must exercise more. This is something that I need to be concerned about. Sophie has me eating very well. I no longer drink sodas and have very little alcohol, however making time to get on the treadmill (which is here in the house) proves difficult.

**Conclusion:**

This has been the hardest, most challenging year since I began in this role. My efforts have been huge and have signaled this as my most successful year by far.. I have carried one great burden after another and dealt with them in a way that protects the AEBCT.

I have done all this while being stopped on a regular basis when travelling into the US. I cannot now return for an unknown period.