# Exhibit 21

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
_____
(202) 326-7900
FACSIMILE:
(202) 326-7999

November 10, 2020

*Via Electronic Mail*

Brian Ross
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

      Re:     *In re Dealer Management System Antitrust Litig.*, MDL 2817 (N.D. Ill.)

Dear Brian:

      I write in response to your October 26, 2020 letter. We have not been "misleading" or "opportunistic" about the discovery record. The time to investigate where Brockman's documents were located – and to produce them – was during fact discovery in this case. Regardless of the indictment, Reynolds should already know where Brockman maintained his files and devices and whether those files and devices were searched for relevant materials in this case. The only additional questions we have asked – whether any of Brockman's files or devices were seized by law enforcement and, if so, who currently has possession of them – are straightforward questions that Reynolds should be able to answer with a limited follow-up inquiry.

      We do not suggest that Reynolds could have "investigated" every allegation in Brockman's indictment prior to the indictment being public. At the same time, we doubt the indictment came as a surprise to Reynolds or Brockman. Brockman's criminal counsel stated that Brockman has been aware of the investigation for more than four years, and the media has been reporting on it throughout the summer.

      In any event, we again request that Reynolds provide us with any additional relevant information from its investigation of the allegations against Brockman. Individual Plaintiffs are contemplating moving for an order to show cause why Reynolds should not be sanctioned for the intentional destruction of evidence by Brockman. It appears that the disappearance of Brockman's emails in August 2016 was due to Brockman's destruction of evidence during that same period as charged by the United States. If there is any additional information that Reynolds would like us to consider before we file any such motion, please provide it to us by Friday, November 13.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Brian Ross
November 10, 2020
Page 2

Sincerely,

*/s/ Dan Dorris*

Dan Dorris

cc:     MDL Counsel Email List