# Exhibit 26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** "Steve Cottrell" <Steve@Authenticom.com>
**Subject:** In response to your letter

**From:** Steve Cottrell
**Sent:** Tuesday, April 14, 2015 7:10 PM
**To:** Schaefer, Robert G
**Subject:** In response to your letter

April 14, 2015

**VIA EMAIL AND REGISTERED MAIL**

Mr. Robert G. Schaefer
Vice President
Reynolds & Reynolds
One Reynolds Way
Dayton, Ohio 45430

Re:     **Response to April 6, 2015 Letter**

Dear Robert:

We are in receipt of your April 6, 2015 letter on behalf of Reynolds & Reynolds ("R&R"). You contend that Authenticom's actions in assisting its customers' access to and analysis of their customer data gives rise to "liability . . . for . . . tortious interference with contracts." We respectfully but strongly disagree.

As an initial matter, R&R has not provided Authenticom with copies of any of the contracts with which you allege Authenticom interfered. Nevertheless, it is our understanding that those contracts provide R&R's customers with considerable rights and flexibility in accessing and making use of their data. R&R's attempt to interfere with how its customers use this data, in our view, raises the question whether R&R is itself fulfilling its obligations to its customers under those agreements. Moreover, we do not believe the customers will appreciate R&R's attempt to restrict their access to and usage of that data.

Second, a significant percentage of R&R's customers also are Authenticom's customers. We, like you, have contractual agreements with our customers. Our primary objective is to provide a safe and secure data movement option in a fair and competitive marketplace. Your April 6, 2015 letter unjustifiably attempts to interfere with our contractual relationships, raising serious issues of unfair competition, interference with our contractual rights and those of the customers, and potentially even antitrust violations.

Your letter identifies your primary concern as one of data security. Data security is the primary focus of our products and is also of the upmost importance to us as a premium service provider. In that regard, we think it would be productive to sit down and discuss those issues and collaborate in providing services to the automotive industry, as well as any other ideas to benefit our mutual customers and the automotive industry at large.

Sincerely,
Steve

CONFIDENTIAL                    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    REYCID0045895

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                         REYMDL00042749

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

