# Exhibit 27

**From:** Rose Kersten
**Sent:** Wednesday, April 29, 2015 2:39 PM
**To:** Schaefer, Robert
**CC:** Dun, Carrol L; Steve Cottrell
**Subject:** In response to your letter

Good morning Bob,

Per Steve, here is the contact information for Gerry Stegmaier: gstegmaier@goodwinprotector.com, 9001 New York Avenue NW, Washington, DC 20001, 202-346-4202.

Thank you,

**Roseanna L. Kersten**
Contract Coordinator and Assistant to President

400 Main Street, 3rd Floor | La Crosse, WI 54601
Tel: 608.796.1233 | fax: 608.796.0657
Rose.Kersten@authenticom.com
www.authenticom.com

STRICTLY PERSONAL AND CONFIDENTIAL. This email may contain confidential and proprietary material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies

---

**From:** Schaefer, Robert [mailto:robert_schaefer@reyrey.com]
**Sent:** Tuesday, April 21, 2015 2:26 PM
**To:** 'Schaefer, Robert'; Steve Cottrell
**Cc:** Rose Kersten; 'Dun, Carrol L'
**Subject:** RE: In response to your letter

Steve,

Before we set up a face to face we need to have a phone conversation. We need to make sure we are clear on what the specific topics will be for the face to face meetings and if we will need our lawyers present.

This is of the utmost importance and needs to get done by end of day tomorrow. Please advise me when you are available. I will make myself available anytime.

**From:** Schaefer, Robert [mailto:robert_schaefer@reyrey.com]
**Sent:** Tuesday, April 21, 2015 8:32 AM
**To:** 'Steve Cottrell'
**Cc:** 'Rose Kersten'; 'Dun, Carrol L'
**Subject:** RE: In response to your letter

Steve,

I would suggest we have a conference call first before we meet face to face so we can set the agenda for the face to face and come to some sort of direction/clarification before we take the time to meet.

Rose I have copied Carrol Dun who is my assistant on this email so we can get the conference call and meeting set up.

---

**From:** Steve Cottrell [mailto:Steve@Authenticom.com]
**Sent:** Monday, April 20, 2015 11:16 PM
**To:** Schaefer, Robert
**Cc:** Rose Kersten
**Subject:** RE: In response to your letter

Bob,
I have never been a Reynolds associate. I left Half A Car before the acquisition by Reynolds. I also have never been party to any of your dealer agreements. I have heard lots of conflicting information over the years though.
Since I have no direct knowledge or experience with your access agreements I stand by my previous statements and logical assumption that the dealer has the right to choose how to move their own data.
With that all being said, I am very encouraged by your wiliness to meet face to face and discuss the issues at hand.
To that end I have copied Rose Kersten one of my Executive Assistants on this email. She can coordinate our meeting. I am optimistic that we can find a way to collaborate and continue to serve best in class solutions to our mutual customers and the automotive industry.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REYMDL00237395

Looking forward to resolving all of our mutual concerns,

Steve

---

**From:** Schaefer, Robert [mailto:robert_schaefer@reyrey.com]
**Sent:** Wednesday, April 15, 2015 4:27 PM
**To:** Steve Cottrell
**Subject:** RE: In response to your letter

Steve,

As a former Reynolds Associate (and automotive industry participant), I'm confident that you are fully aware of Reynolds' policy that prohibits its DMS customers from allowing unauthorized third party access to the Reynolds DMS. To the extent there is any doubt about your knowledge (there is none), please take notice that Reynolds' standard contracts absolutely prohibit unauthorized third party access like that provided by Authenticom.

Your threats regarding "unfair competition, interference with [your] contractual rights ... and potentially even antitrust violations" are groundless. At bottom, you are suggesting that you are entitled to free unfettered access to Reynolds' DMS system. You are not entitled to such access.

Reynolds takes its system performance, integrity, and security seriously and reserves all of its rights with respect to your hostile access of Reynolds' DMS. However, I am willing to meet with you next week to discuss how to move forward in the best interest of Reynolds' customers.

When would you like to talk?

Thanks,
Bob

---

**From:** Steve Cottrell [mailto:Steve@Authenticom.com]
**Sent:** Tuesday, April 14, 2015 3:10 PM
**To:** Schaefer, Robert G
**Subject:** In response to your letter

April 14, 2015

**VIA EMAIL AND REGISTERED MAIL**

Mr. Robert G. Schaefer
Vice President
Reynolds & Reynolds
One Reynolds Way
Dayton, Ohio 45430

Re: **Response to April 6, 2015 Letter**

Dear Robert:

We are in receipt of your April 6, 2015 letter on behalf of Reynolds & Reynolds ("R&R"). You contend that Authenticom's actions in assisting its customers' access to and analysis of their customer data gives rise to "liability . . . for . . . tortious interference with contracts." We respectfully but strongly disagree.

As an initial matter, R&R has not provided Authenticom with copies of any of the contracts with which you allege Authenticom interfered. Nevertheless, it is our understanding that those contracts provide R&R's customers with considerable rights and flexibility in accessing and making use of their data. R&R's attempt to interfere with how its customers use this data, in our view, raises the question whether R&R is itself fulfilling its obligations to its customers under those agreements. Moreover, we do not believe the customers will appreciate R&R's attempt to restrict their access to and usage of that data.

Second, a significant percentage of R&R's customers also are Authenticom's customers. We, like you, have contractual agreements with our customers. Our primary objective is to provide a safe and secure data movement option in a fair and competitive marketplace. Your April 6, 2015 letter unjustifiably attempts to interfere with our contractual relationships, raising serious issues of unfair competition, interference with our contractual rights and those of the customers, and potentially even antitrust violations.

Your letter identifies your primary concern as one of data security. Data security is the primary focus of our products and is also of the upmost importance to us as a premium service provider. In that regard, we think it would be productive to sit down and discuss those issues and collaborate in providing services to the automotive industry, as well as any other ideas to benefit our mutual customers and the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                    REYMDL00237396

automotive industry at large.

Sincerely,

Steve

**Stephen Cottrell**
CEO, President & Founder
400 Main Street, 3rd Floor |
La Crosse, WI 54601
Tel: 608.793.4200 | Fax: 608 796 0657
steve@authenticom.com
www.authenticom.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    REYMDL00237397