# Exhibit 28



Reynolds & Reynolds.

June 21, 2016

**VIA FEDERAL EXPRESS**

Steve Cottrell
President
Authenticom
400 Main Street
3rd Floor
La Crosse, Wisconsin 54601

Dear Mr. Cottrell,

    I represent The Reynolds and Reynolds Company and IMakeNews, Inc. (collectively, referred to herein as "Reynolds"). It has come to Reynolds' attention that Authenticom has provided Reynolds' dealer data to DealerVault in violation of Authenticom's obligations under its agreements with Reynolds. Authenticom's Services Agreement is clear that Reynolds' customer information is confidential and "may not be published or disclosed" by Authenticom. Reynolds does not authorize the distribution of its customer data to DealerVault.

    A violation of the confidentiality requirements of the Services Agreement is a serious matter. Without waiver of any remedies available to it, Reynolds demands that Authenticom immediately cease and desist from disclosing Reynolds' Confidential Information to any unauthorized third party. Please send written assurance to Reynolds, along with proof that all Reynolds' Confidential Information has been returned to Authenticom or destroyed by any unauthorized third parties, to my attention at 6700 Hollister, Houston, Texas 77040 no later than June 29, 2016.

    Please contact me at the above address with any questions.

Sincerely,

Jonathan Emmanual
Attorney

6700 Hollister
Houston, Texas 77040-5345
713.718.1800
fax 713.718.1461
www.reyrey.com



June 30, 2016

**VIA FEDERAL EXPRESS**

Dane Brown
In-house Counsel
Authenticom
400 Main Street
3rd Floor
La Crosse, Wisconsin 54601

Dear Mr. Brown,

    I am in receipt of your letter dated June 24, 2016, in which you assert that Authenticom has not breached any of its agreements with Reynolds. Authenticom's denial of its continuing breach of the Services Agreement is contrary to its actions and the plain language of your response.

    You state in your letter that DealerVault and Authenticom are separate legal entities. Your admission that Authenticom and DealerVault are separate entitles confirms that DealerVault is a third party to the Services Agreement and is not permitted to received Reynolds' dealer data. Furthermore, your request for Reynolds to execute a DealerVault agreement confirms that Reynolds has no agreement with DealerVault. As such, providing Reynolds' Confidential Information to DealerVault is unauthorized and constitutes a breach of the Services Agreement.

    Authenticom's admission that DealerVault is a separate entity with no agreement with Reynolds makes it clear that Authenticom has willfully breached the Services Agreement. Furthermore, you have failed to provide any assurance that Authenticom will immediately cease and desist from disclosing Reynolds' Confidential Information to any unauthorized third party, including DealerVault. Authenticom's actions are a knowing, willful, and ongoing breach of the Services Agreement.

    If Reynolds does not receive written assurance, along with proof that all Reynolds' Confidential Information has been returned to Authenticom or destroyed by any unauthorized third parties, including DealerVault, by July 6, 2016, Reynolds will pursue all available legal remedies including recovery of monetary damages.

    Please contact me at the above address with any questions and send all correspondence regarding this matter directly to me.

Sincerely,

Jonathan Emmanual
Attorney

6700 Hollister
Houston, Texas 77040-5345
713.718.1800
fax 713.718.1461
www.reyrey.com

REYMDL000253



July 7, 2016

**VIA FEDERAL EXPRESS**

Attorney Jonathan Emmanual
Reynold & Reynolds
6700 Hollister
Houston, Texas 77040-5345

Dear Attorney Emmanual,

    Please find the enclosed statement confirming that we have now deleted all data that was previously polled through DealerVault solely on behalf of Reynolds and Reynolds. Accordingly, we have now completely fulfilled your demands.

    In any case, I continue to hope that we can come to an agreement in the near future so that we can set Reynolds up on DealerVault. If you have any questions please do not hesitate to contact me.

Sincerely,

Dane Brown
Authenticom In-house Counsel
400 Main Street
Suite 300
La Crosse, WI 54601
(608) 793-1140

CONFIDENTIAL
REYMDL0002537

July 7, 2016

I, Steve Cottrell, CEO of Authenticom and DealerVault, swear that all unique dealer data that was extracted through the DealerVault platform solely on behalf of Reynolds has been deleted. Authenticom nor any of its affiliated companies have maintained a copy of said data. The facts set forth in the above paragraph are true and accurate to the best of my knowledge, information, and belief.

Authenticom, Inc.

By: _Steve Cottrell_
    (Please Print)

Title: _President/CEO_

Sign: _[signature]_

Date: _7/7/2016_

Subscribed and sworn to before me this __7th__ day of July, 2016.

_[signature]_
Dane Brown

Notary Public, La Crosse County, WI.
My Commission expires: Never

[Notary Seal: NOTARY PUBLIC · DANE BROWN · STATE OF WISCONSIN]

CONFIDENTIAL     REYMDL00025377


Reynolds
& Reynolds.

July 8, 2016

Dane Brown                                                                                                      via Federal Express
In-house Counsel
Authenticom, Inc.
400 Main Street
3rd Floor
La Crosse, Wisconsin 54601

Dear Mr. Brown,

    It has come to the attention of The Reynolds & Reynolds Company ("Reynolds") that Authenticom, Inc. may be in material breach of the Services Agreement and Statements of Work Nos. 1, 2, and 7 to the Services Agreement between Reynolds and Authenticom (the "Agreement").

    Reynolds has been informed that beginning in March Authenticom began transitioning its Dealer Management System ("DMS") integration and polling services to the platform of third-party DealerVault. As a result, all subsequent orders were either installed on the DealerVault or were never installed. Additionally, the services that are being provided by Authenticom have routinely failed to meet the timing requirements set forth in the Agreement. Authenticom's unilateral decision to use the services of DealerVault to perform Authenticom's duties, failure to install orders placed by Reynolds, failure to support existing Reynolds clients, and failure to meet timing requirements are all material breaches of the Agreement.

    Reynolds does not have a contract with DealerVault and Reynolds has not given DealerVault permission to perform Authenticom's duties. Reynolds entered into the Agreement with Authenticom and expects Authenticom to perform under the terms of the Agreement. Reynolds does not accept DealerVault performing Authenticom's duties.

    Authenticom President Steve Cottrell indicated to Reynolds that Authenticom had made a decision to "sunset" the Authenticom data collection platform. Mr. Cottrell further indicated that if Reynolds did not sign an agreement with DealerVault then Reynolds orders would no longer be processed and existing orders would cease to be supported. Mr. Cottrell's comments have been confirmed as Reynolds has been made aware that customers are not being installed and not being supported.

    This letter is notice to Authenticom of its material breach of the Agreement. Reynolds requires Authenticom to immediately undertake the following actions to remedy the breach:

- Authenticom must install and support, on the Authenticom platform, all of the dealers who were installed (or requested to be installed) from March 2016 through the present as well as any new dealers requested by Reynolds for the duration of the Agreement.
- Authenticom must comply with the installation turnaround times agreed upon in the Agreement.
- Authenticom must continue to support, on the Authenticom platform, Reynolds' dealers, including those installed prior to March 2016 and those installed, or requested to be installed, from March 2016 through the end of the Agreement.

6700 Hollister
Houston, Texas 77040-5345
713.718.1800
fax 713.718.1461
www.reyrey.com

CONFIDENTIAL                                                                                                                    REYMDL0002537

Please send written assurance, no later than July 12, 2016, that Authenticom will remedy its breaches as outlined above, including a statement of a specific, prompt timeline on when such remedies will occur. Such timeline must include a plan to have all of Reynolds' dealers installed and supported by July 15, 2016. If Reynolds has not received assurances by July 12, 2016, Reynolds will pursue all available legal remedies, including recovery of monetary damages.

Please contact me or Will Farley as soon as possible if you have any questions regarding this matter.

Sincerely,

Jonathan Emmanual
Attorney
The Reynolds & Reynolds Company

cc: Steve Cottrell via email

CONFIDENTIAL                                                    REYMDL00025379