# Exhibit 29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



June 30, 2016

**VIA FEDERAL EXPRESS**

Dane Brown
In-house Counsel
Authenticom
400 Main Street
3rd Floor
La Crosse, Wisconsin  54601

Dear Mr. Brown,

      I am in receipt of your letter dated June 24, 2016, in which you assert that Authenticom has not breached any of its agreements with Reynolds.  Authenticom's denial of its continuing breach of the Services Agreement is contrary to its actions and the plain language of your response.

      You state in your letter that DealerVault and Authenticom are separate legal entities.  Your admission that Authenticom and DealerVault are separate entitles confirms that DealerVault is a third party to the Services Agreement and is not permitted to received Reynolds' dealer data.  Furthermore, your request for Reynolds to execute a DealerVault agreement confirms that Reynolds has no agreement with DealerVault.  As such, providing Reynolds' Confidential Information to DealerVault is unauthorized and constitutes a breach of the Services Agreement.

      Authenticom's admission that DealerVault is a separate entity with no agreement with Reynolds makes it clear that Authenticom has willfully breached the Services Agreement.  Furthermore, you have failed to provide any assurance that Authenticom will immediately cease and desist from disclosing Reynolds' Confidential Information to any unauthorized third party, including DealerVault.  Authenticom's actions are a knowing, willful, and ongoing breach of the Services Agreement.

      If Reynolds does not receive written assurance, along with proof that all Reynolds' Confidential Information has been returned to Authenticom or destroyed by any unauthorized third parties, including DealerVault, by July 6, 2016, Reynolds will pursue all available legal remedies including recovery of monetary damages.

      Please contact me at the above address with any questions and send all correspondence regarding this matter directly to me.

                          Sincerely,

                          Jonathan Emmanual
                          Attorney

6700 Hollister
Houston, Texas 77040-5345
713.718.1800
fax 713.718.1461
www.reyrey.com