**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *Authenticom, Inc. v. CDK Global, LLC, et al.*<br>Case No. 1:18-cv-00868 (N.D. Ill.) | |
| *Motor Vehicle Software Corp. v. CDK Global, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | |

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
RELATED TO [DKT. 1231] AUTHENTICOM'S AND MVSC'S MOTION FOR
SANCTIONS AGAINST DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY**

Pursuant to Local Rule 78.3, Plaintiffs Authenticom, Inc. and Motor Vehicle Software Corp. and Defendant The Reynolds and Reynolds Company, by and through their undersigned counsel, jointly submit this Stipulation and proposed Order to extend the briefing schedule applicable to Authenticom's and MVSC's Motion for Sanctions Against Reynolds ("Motion").

WHEREAS, on February 10, 2021, the Court set a briefing schedule that required any response(s) to the Motion to be filed by March 9, 2021; and any reply by March 30, 2021. *See* Dkt. 1245.

WHEREAS, during the week of February 14-20, 2021, there was a major weather event and utilities disruption in Texas that affected, among many others, Reynolds's counsel.

WHEREAS, as a result of that disruption, Plaintiffs have agreed to a one-week extension of each of the above deadlines.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the Motion, that:

1. Any brief(s) in opposition to the Motion is to be filed no later than March 16, 2021.

2. Any reply in support of the Motion is to be filed no later than April 6, 2021.

STIPULATED AND AGREED:

| | |
|---|---|
| /s/ Derek T. Ho | /s/ Aundrea K. Gulley |
| Derek T. Ho | Aundrea K. Gulley |
| Michael N. Nemelka | Brian T. Ross |
| Aaron M. Panner | Brice A. Wilkinson |
| Daniel V. Dorris | GIBBS & BRUNS LLP |
| KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. | 1100 Louisiana Street, Suite 5300 Houston, TX 77002 |
| 1615 M Street, N.W., Suite 400 | (713) 751-5258 |
| Washington, D.C. 20036 | agulley@gibbsbruns.com |
| dho@kellogghansen.com | bross@gibbsbruns.com |
| mnemelka@kellogghansen.com | bwilkinson@gibbsbruns.com |
| apanner@kellogghansen.com | |
| ddorris@kellogghansen.com | /s/ Leo D. Caseria |
| | Leo D. Caseria |
| *Counsel for Authenticom, Inc.; Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated; and Motor Vehicle Software Corp.* | Sheppard Mullin Richter & Hampton, LLP 2099 Pennsylvania Ave., NW, Suite 100 Washington, DC 20006 (202) 747-1900 lcaseria@sheppardmullin.com |
| | *Counsel for Defendant The Reynolds and Reynolds Company* |

                              **SO ORDERED:**

                              **Hon. Robert M. Dow, Jr.**

## **CERTIFICATE OF SERVICE**

      I, Brian T. Ross, an attorney, hereby certify that on February 25, 2021 I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULERELATED TO [DKT. 1231]AUTHENTICOM'S AND MVSC'S MOTION FOR SANCTIONS AGAINST DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

       */s/ Brian T. Ross*
      Brian T. Ross
      **GIBBS & BRUNS, LLP**
      1100 Louisiana St., Suite 5300
      Houston, TX 77002
      (713) 650-8805
      bross@gibbsbruns.com