**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br>*The Dealership Action* | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF DEALERSHIP CLASS PLAINTIFFS' MOTION
TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday March 9, 2021 at 9:15am** or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Robert M. Dow, Jr., and present **DEALERSHIP CLASS PLAINTIFFS' MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD**, copies of which are attached and served upon you.

Dated: March 1, 2021

Respectfully submitted,

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth

Peggy J. Wedgworth (*pro hac vice*)
Elizabeth McKenna (*pro hac vice*)
**MILBERG PHILLIPS GROSSMAN LLP**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Class*

**CERTIFICATE OF SERVICE**

I, Peggy J. Wedgworth, an attorney, hereby certify that on March 1, 2021, I caused a true and correct copy of the foregoing **NOTICE OF DEALERSHIP CLASS PLAINTIFFS' MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

              */s/ Peggy J. Wedgworth*
              Peggy J. Wedgworth