**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Motor Vehicle Software Corp. v. CDK Global, Inc., et al.*, Case No. 1:18-cv-865 (N.D. Ill.)<br><br>*Authenticom, Inc. v. CDK Global, LLC, et al.,* Case No. 1:18-cv-00868 (N.D. Ill.)<br><br>*Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 (N.D. Ill.) | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**INDIVIDUAL AND VENDOR CLASS PLAINTIFFS' MOTION TO WITHDRAW
CHRISTINE A. BONOMO AS COUNSEL
AND REQUEST FOR REMOVAL FROM SERVICE LIST**

I, Derek T. Ho, of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., hereby move to withdraw Christine A. Bonomo as counsel for Plaintiffs Authenticom, Inc., Loop, LLC d/b/a AutoLoop on behalf of the putative Vendor Class, and Motor Vehicle Software Corporation (collectively, "Individual and Vendor Class Plaintiffs") in the above-captioned matters and request the Clerk of the Court remove her email address from its ECF notifications in connection with this action. Individual and Vendor Class Plaintiffs continue to be represented by Derek T. Ho of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and all other counsel of record, and all future correspondence and papers in this action should continue to be directed to them.

1

Respectfully submitted,

Dated: March 1, 2021

*/s/ Derek T. Ho*

Derek T. Ho
**KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

*Counsel for Individual and
Vendor Class Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on March 1, 2021 I caused a true and correct copy of the foregoing **INDIVIDUAL AND VENDOR CLASS PLAINTIFFS' MOTION TO WITHDRAW CHRISTINE A. BONOMO AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                               */s/Derek T. Ho*
                                               **KELLOGG, HANSEN, TODD,**
                                                 **FIGEL & FREDERICK, P.L.L.C.**
                                             1615 M Street, NW, Suite 400
                                             Washington, D.C. 20036
                                             (202) 326-7900
                                             dho@kellogghansen.com