# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br><br> THE PUTATIVE DEALERSHIP CLASS ACTION | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

### CDK GLOBAL, LLC'S RESPONSE TO DEALERSHIP CLASS PLAINTIFFS' MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD

In their Motion to Supplement the Summary Judgment Record (Dkt. 1253), the putative Dealership class plaintiffs ("Dealers") seek to bring to the Court's attention two cases not addressed in the Dealers' brief in opposition to CDK's motion for summary judgment (Dkt. 1158). CDK does not believe that a motion to supplement the record is necessary to bring the cited supplemental authority to the Court's attention. Rather, the vehicle for raising such authority is a notice of supplemental authority, which the Dealers have already filed. *See* Dkt. 1244.

In any event, CDK does not believe either of the two additional authorities meaningfully adds to the discussion in the parties' prior briefing, as CDK explained during the February 12, 2012 tutorial. *See* 2/12/2021 Hr'g Tr. 30:9-15 (discussing *In re Pork Antitrust Litig.*, 2020 WL 6149666 (D. Minn. Oct. 20, 2020)). If the Court desires further briefing on either of the cases the Dealers have identified, however, CDK is happy to respond.

Dated: March 1, 2021 	Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Michael A. Scodro
Daniel T. Fenske
Matthew D. Provance
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
dfenske@ mayerbrown.com
mprovance@mayerbrown.com
jglickstein@mayerbrown.com

*Counsel for Defendant
CDK Global, LLC*

## CERTIFICATE OF SERVICE

I, Britt M. Miller, an attorney, hereby certify that on March 1, 2021, I caused a true and correct copy of the foregoing **CDK GLOBAL, LLC'S RESPONSE TO DEALERSHIP CLASS PLAINTIFFS' MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com