IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: Dealer Management Systems Antitrust Litigation, <br><br> Plaintiff(s), <br><br> v. <br><br> , <br><br> Defendant(s). | Case No. 18-cv-864 <br> Judge Robert M. Dow |

### ORDER

Motion to withdraw Attorney Christine Bonomo as counsel for Individual and Vendor Class Plaintiffs [1255] is granted.

Date: 3/3/2021 /s/ Judge Dow