IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| *Authenticom, Inc. v. CDK Global, LLC et al.,* Case No. 1:18-cv-00868 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |
| *Motor Vehicle Software Corp. v. CDK Global, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | |

**MOTION FOR ENTRY OF [DKT. 1250] STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE RELATED TO [DKT. 1231] AUTHENTICOM'S AND MVSC'S MOTION FOR SANCTIONS AGAINST DEFENDANT REYNOLDS AND REYNOLDS COMPANY**

On February 25, 2021, Plaintiffs Authenticom, Inc. and Motor Vehicle Software Corp. and Defendant The Reynolds and Reynolds Company jointly submitted [Dkt. 1250] STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE RELATED TO [DKT. 1231] AUTHENTICOM'S AND MVSC'S MOTION FOR SANCTIONS AGAINST DEFENDANT REYNOLDS AND REYNOLDS COMPANY.

In an abundance of caution, Reynolds files this motion so that the stipulation can be formally set on the Court's docket and approved by the Court.

For good cause shown and because it is agreed by all parties to the underlying Motion, Reynolds respectfully requests that the Court enter an order modifying the briefing schedule for [Dkt. 1231] (the "Motion") as follows:

1. Any brief(s) in opposition to the Motion is to be filed no later than March 16, 2021.

2. Any reply in support of the Motion is to be filed no later than April 6, 2021.

1

Dated:  March 4, 2021	Respectfully submitted,

*/s/ Aundrea K. Gulley*

Aundrea K. Gulley
agulley@gibbsbruns.com
Kathy Patrick
kpatrick@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson
bwilkinson@gibbsbruns.com
Ross M. MacDonald
rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas  77002
Telephone:  713-650-8805
Facsimile:   713-750-0903

Leo D. Caseria
lcaseria@sheppardmullin.com
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  202-747-1900
Facsimile:  202-747-1901

*Attorneys for Defendant and Counterplaintiff
The Reynolds and Reynolds Company*

## CERTIFICATE OF SERVICE

I, Brian T. Ross, an attorney, hereby certify that on March 4, 2021, I caused a true and correct copy of the foregoing **MOTION FOR ENTRY OF [DKT. 1250] STIPULUATION AND PROPOSED ORDER RE BRIEFING SCHEDULE RELATED TO [DKT. 1231] AUTHENTICOM'S AND MVSC'S MOTION FOR SANCTIONS AGAINST DEFENDANT REYNOLDS AND REYNOLDS COMPANY** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Brian T. Ross*
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5286
bross@gibbsbruns.com