**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| *Authenticom, Inc. v. CDK Global, LLC et al.,* Case No. 1:18-cv-00868 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |
| *Motor Vehicle Software Corp. v. CDK Global, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | |

**NOTICE OF PRESENTMENT OF [DKT. 1258] MOTION FOR ENTRY OF [DKT. 1250] STIPULUATION AND PROPOSED ORDER RE BRIEFING SCHEDULE RELATED TO [DKT. 1231] AUTHENTICOM'S AND MVSC'S MOTION FOR SANCTIONS AGAINST DEFENDANT REYNOLDS AND REYNOLDS COMPANY**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday, March 9, 2021 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Robert M. Dow, Jr., and present [Dkt. 1258] MOTION FOR ENTRY OF [Dkt. 1250] STIPULUATION AND PROPOSED ORDER RE BRIEFING SCHEDULE RELATED TO [DKT. 1231] AUTHENTICOM'S AND MVSC'S MOTION FOR SANCTIONS AGAINST DEFENDANT REYNOLDS AND REYNOLDS COMPANY.

[Signature block on following page]

Dated:  March 4, 2021                                        Respectfully submitted,

                                                             */s/ Aundrea K. Gulley*

                                                             Aundrea K. Gulley
                                                             agulley@gibbsbruns.com
                                                             Kathy Patrick
                                                             kpatrick@gibbsbruns.com
                                                             Brian T. Ross
                                                             bross@gibbsbruns.com
                                                             Brice A. Wilkinson
                                                             bwilkinson@gibbsbruns.com
                                                             Ross M. MacDonald
                                                             rmacdonald@gibbsbruns.com
                                                             Justin D. Patrick
                                                             jpatrick@gibbsbruns.com
                                                             **GIBBS & BRUNS, LLP**
                                                             1100 Louisiana, Suite 5300
                                                             Houston, Texas  77002
                                                             Telephone:  713-650-8805
                                                             Facsimile:   713-750-0903

                                                             Leo D. Caseria
                                                             lcaseria@sheppardmullin.com
                                                             **SHEPPARD MULLIN RICHTER
                                                             & HAMPTON LLP**
                                                             Suite 100
                                                             2099 Pennsylvania Avenue, N.W.
                                                             Washington, D.C. 20006
                                                             Telephone:  202-747-1900
                                                             Facsimile:  202-747-1901

                                                             *Attorneys for Defendant and Counterplaintiff
                                                             The Reynolds and Reynolds Company*

## **CERTIFICATE OF SERVICE**

   I, Brian T. Ross, an attorney, hereby certify that on March 4, 2021, I caused a true and correct copy of the foregoing **NOTICE OF PRESENTMENT** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

            */s/ Brian T. Ross*
            Brian T. Ross
            GIBBS & BRUNS LLP
            1100 Louisiana Street
            Suite 5300
            Houston, TX 77002
            (713) 751-5286
            bross@gibbsbruns.com