# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 5, 2021:

MINUTE entry before the Honorable Robert M. Dow, Jr: Motion for entry of stipulation and proposed briefing schedule [1258] is granted. The Court orders the briefing schedule on the motion for sanctions [1231] to proceed as follows: 1. Any brief(s) in opposition to the Motion is to be filed no later than March 16, 2021. 2. Any reply in support of the Motion is to be filed no later than April 6, 2021. Notice of motion date of 3/9/2021 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.