**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* | Hon. Robert M. Dow, Jr. |
| *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-cv-868 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S
REPLY IN SUPPORT OF [DKT. 1235]
MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD**

Despite all its rhetoric, Authenticom's Response to Reynolds's Motion to Supplement the Summary Judgment Record does not oppose the relief sought in Reynolds's motion. Dkt. 1251 at 1. Accordingly, Dkt. 1235 should be granted.

Authenticom's commentary that its employees were just joking about the illegal conduct admitted in the underlying chat logs is, at best, an argument for the jury in the trial of Reynolds's counterclaims against Authenticom.

Authenticom's remaining tangent regarding its previously filed motion for sanctions, to the extent it even warrants a response, will be addressed as necessary in Reynolds's response to the motion for sanctions.

1

Dated: March 6, 2021                             Respectfully submitted,

                                                   */s/ Aundrea K. Gulley*

                                                   Aundrea K. Gulley
agulley@gibbsbruns.com
Kathy Patrick
kpatrick@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson
bwilkinson@gibbsbruns.com
Ross M. MacDonald
rmacdonald@gibbsbruns.com
Justin D. Patrick
jpatrick@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903

Leo D. Caseria
lcaseria@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202-747-1900
Facsimile: 202-747-1901

*Attorneys for Defendant and Counterplaintiff The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 6th day of March, 2021, I caused a true and correct copy of the foregoing Reply to be served on all counsel of record via email.

                                                          */s/ Aundrea K. Gulley*
                                                          Aundrea K. Gulley