# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                                Plaintiff,

v.                                                   Case No.: 1:18−cv−00864

                                                          Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 8, 2021:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Pursuant to Stipulation [1252], Cox Automotive, Inc.'s Motion to Amend the Agreed Confidentiality Order [1147] is withdrawn as to CDK Global, LLC, but that Motion remains pending as to all other parties to the Second Amended Agreed Confidentiality Order [650]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.