# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                            Plaintiff,

v.                                                           Case No.: 1:18−cv−00864

                                                             Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 8, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Before the Court are two motions to supplement the summary judgment record. The first [1236] seeks to add a document; the second [1253] calls to the Court's attention two cases. Both motions [1236, 1253] are granted without objection [see 1251, 1256]. If the Court has any questions for counsel about either the document or the cases, it will add them to the list that will be generated in advance of the anticipated future hearings on the Daubert and summary judgment motions. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.