**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-00864 |
| This document relates to: | Hon. Robert M. Dow, Jr. |
| *Authenticom, Inc. v. CDK Global, LLC et al.,* Case No. 1:18-cv-00868 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |
| *Motor Vehicle Software Corp. v. CDK Global, LLC, et al.,* Case No. 1:18-cv-00865 (N.D. Ill.) | |

**DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION FOR LEAVE TO FILE *INSTANTER* BRIEFS IN EXCESS OF FIFTEEN PAGES**

Pursuant to Local Rule 7.1, Defendant The Reynolds and Reynolds Company ("Reynolds") hereby files this motion for leave to file instanter the attached oppositions to Plaintiffs' Motion for Sanctions Against Reynolds in excess of 15 pages. In support of this motion, Reynolds respectfully states as follows:

1. On February 8, 2021, Plaintiffs Authenticom, Inc. ("Authenticom") and Motor Vehicle Software Corporation ("MVSC") (collectively, "Plaintiffs") requested, and were granted, approval to file a 22-page Motion for Sanctions Against Reynolds in the *Authenticom* and *MVSC* cases, plus an 8-page Appendix.

2. In light of the (1) seriousness of the accusations of alleged spoliation in Plaintiffs' motion, (2) the severity of the death-penalty sanctions that Plaintiffs seek, (3) the fact that Plaintiffs requested and received additional pages for their motion, and (4) the fact that Reynolds is opposing Plaintiffs' motion in two different cases, an enlargement of the typical 15-page limit is warranted. Accordingly, Reynolds requests leave to file oppositions with a combined total not to exceed 27

pages (one opposition of 22 pages in the *Authenticom* case and one opposition of 5 pages in the *MVSC* case).

3. Reynolds is concurrently filing its proposed oppositions.

For the foregoing reasons, Reynolds respectfully requests that the Court grant this motion and allow Reynolds to file *instanter* oppositions of up to a combined 27 pages in support of its oppositions to Plaintiffs' Motion for Sanctions Against Reynolds.

Dated: March 16, 2021

Respectfully submitted,

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

/s/ Leo D. Caseria
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

## **CERTIFICATE OF SERVICE**

      I, Brian T. Ross, an attorney, hereby certify that on March 16, 2021, I caused a true and correct copy of the foregoing **DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION FOR LEAVE TO FILE *INSTANTER* BRIEFS IN EXCESS OF FIFTEEN PAGES** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                    */s/ Brian T. Ross*
                                    Brian T. Ross
                                    GIBBS & BRUNS, LLP
                                    1100 Louisiana St., Ste. 5300
                                    Houston, TX 77002
                                    (713) 650-8805
                                    bross@gibbsbruns.com