**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| This document relates to: | Hon. Robert M. Dow, Jr. |
| *Authenticom, Inc. v. CDK Global, LLC et al.,* Case No. 1:18-cv-00868 (N.D. Ill.) | Magistrate Judge Jeffrey T. Gilbert |
| *Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday, March 23, 2021, at 9:15 a.m.** or as soon thereafter as counsel may be heard, Defendant The Reynolds and Reynolds Company will appear before Judge Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 2303 at the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant The Reynolds and Reynolds Company's Motion for Leave to File *Instanter* a Brief in Excess of Fifteen pages, copies of which are attached and served upon you.

[Signature block on following page]

Dated: March 16, 2021 Respectfully submitted,

/s/ Aundrea K. Gulley
Aundrea K. Gulley
Brian T. Ross
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com

/s/ Leo D. Caseria
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

**CERTIFICATE OF SERVICE**

I, Brian T. Ross, an attorney, hereby certify that on March 16, 2021, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Brian T. Ross*
Brian T. Ross
GIBBS & BRUNS, LLP
1100 Louisiana St., Ste. 5300
Houston, TX 77002
(713) 650-8805
bross@gibbsbruns.com