# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

|  |  |
|---|---|
| | Plaintiff, |
| v. | Case No.: 1:18−cv−00864 |
| | Honorable Robert M. Dow Jr. |
| CDK Global, LLC, et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 20, 2021:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant Reynolds and
Reynolds' motion for leave to file excess pages [1266] is granted. The Clerk is directed to
remove the gavel from Docket Entry 1268 as it is not a motion, but rather a response brief.
Notice of motion date of 3/23/2021 is stricken and no appearances are necessary on that
date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.