**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-00864 |
| This document relates to: *Authenticom, Inc. v. CDK Global, LLC et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

**DECLARATION OF BRIAN T. ROSS IN SUPPORT OF REYNOLDS'S RESPONSE TO (Dkt. 1231) PLAINTIFFS' MOTION FOR SANCTIONS**

I, Brian T. Ross, pursuant to 28 U.S.C. § 1746, declare as follows. I am a partner with the law firm of Gibbs & Bruns, LLP in Houston, Texas. I respectfully submit this declaration in support of Defendant The Reynolds and Reynolds Company Response to [Dkt. 1231] Plaintiffs' Motion for Sanctions. All of the documents attached to this Declaration and identified below (Exhibits 1 – 16), are true and correct copies of the identified documents and have been designated, as appropriate, under the Second Amended Agreed Confidentiality Order in this case (Dkt. 650).

1. Attached as **Exhibit 1** is a true and correct copy of a May 21, 2010 letter from Lisa B. Kopchik of the FTC to The Reynolds and Reynolds Company.

2. Attached as **Exhibit 2** is a true and correct copy of a May 12, 2014 letter from Lisa B. Kopchik of the FTC to counsel for Reynolds.

3. Attached as **Exhibit 3** is a true and correct copy of a forwarded copy of a July 9, 2015 email from Michael Cohen (counsel for Reynolds) to Geoffrey Green of the FTC.

4. Attached as **Exhibit 4** is a true and correct copy of an April 14, 2015 transmittal letter from Michael Cohen (counsel for Reynolds) to Lisa B. Kopchik of the FTC.

5.     Attached as **Exhibit 5** is a true and correct copy of a Kettering, Ohio Police file for a theft that occurred on February 4, 2015, Case No. 2015-5503.

6.     Attached as **Exhibit 6** is a true and correct copy of an email exchange produced by Reynolds in this MDL, with the beginning bates number REYMDL00108182.

7.     Attached as **Exhibit 7** is a true and correct copy of a January 19, 2021 Second Supplemental Response to the CID issued by the FTC, which was provided to MDL Plaintiffs on that same date.

8.     Attached as **Exhibit 8** is a true and correct copy of an April 6, 2015 letter from Robert Schaefer of Reynolds to Steven Cottrell of Authenticom, which was produced by Reynolds in this MDL, with the bates number REYMDL00025310.

9.     Attached as **Exhibit 9** is a true and correct copy of an email exchange produced by Authenticom in this MDL, with the beginning bates number AUTH_00003012.

10.    Attached as **Exhibit 10** is a true and correct copy of an FTC Civil Investigative Demand to Reynolds, issued on or about June 21, 2017, which was produced by Reynolds in this MDL, with the beginning bates number REYMDL00037470.

11.    Attached as **Exhibit 11** is a true and correct copy of a June 27, 2016 email from Dane Brown of Authenticom to Will Farley of Reynolds, which was produced by Authenticom in this MDL, with the bates number AUTH_00003375.

12.    Attached as **Exhibit 12** is a true and correct copy of a June 24, 2016 letter from Dane Brown of Authenticom to Jonathan Emmanual of Reynolds, which was produced by Reynolds in this MDL, with the beginning bates number REYMDL_00025340.

13.    Attached as **Exhibit 13** is a true and correct copy of an email exchange produced by Reynolds in this MDL, with the beginning bates number REYMDL00068498.

14. Attached as **Exhibit 14** is a true and correct copy of an email exchange produced by Reynolds in this MDL (with the redactions shown), with the beginning bates number REYMDL00690246.

15. Attached as **Exhibit 15** is a true and correct copy of a March 14, 2021 print-out of an article on Lifewire.com titled *33 Best Free File Shredder Software Programs*, March 2, 2021 (last visited March 14, 2021).

16. Attached as **Exhibit 16** is a true and correct copy of an email exchange produced by CDK in this MDL, with the beginning bates number CDK-2053728.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 16, 2021 /s/ Brian T. Ross
Brian T. Ross