# **EXHIBIT 5**

# OHIO UNIFORM INCIDENT REPORT

**AGENCY NAME:** Kettering Police Dept.
**CONTROL NUMBER:** KI00030449
**GRID:** 014
**AGENCY REPORT NUMBER:** 2015-5503

**ADMINISTRATIVE**
- TOD: 2119
- TOA: 2130
- TOC: 2310

☐ Original Incident
☐ Supplemental Incident
☒ Original Offense
☐ Supplemental Offense
☐ Correction

336
DVL
4/5/15

**CLEARANCES**
- A ☐ Death of Suspect
- B ☐ Prosecution Declined
- C ☐ Extradition Denied
- D ☐ Victim Refused to Coop.
- E ☐ Juvenile/No Custody
- F ☒ Arrest - Adult
- G ☐ Arrest - Juvenile
- H ☐ Warrant Issued
- I ☐ Invest. Pending
- J ☐ Closed
- K ☐ Unfounded
- U ☐ Unknown
- X ☐ Referral Issued
- Z ☐ Early Closed

**CLEARANCE DATE:** 7/31/15
**CLEARED BY:** 336

## REPORT DATE/TIME
02 / 04 / 2015 / 2109

## INCIDENT OCCURRED FROM
02 / 04 / 2015 / 2030

## INCIDENT OCCURRED TO
02 / 04 / 2015 / 2100

**INCIDENT LOCATION:** 1773 Hillwood Dr. Kettering, OH 45409

| *OFFENSE | *OFFENSE CODE | *A/C | F/M & DEGREE | *HATE/BIAS | *LARCENY | *TYPE CRIMINAL ACTIVITY |
|---|---|---|---|---|---|---|
| Theft | 2913.02.A /ORCN | C | M | | 23F | 1.___ 2.___ 3.___ |

(Enter up to three for each offense)
- B- BUYING/RECEIVING
- C- CULTIVATING/MFG./PUB.
- D- DISTRIBUTING/SELLING
- E- EXPLOITING CHILDREN
- O- OPER/PROMOTING/ASSIST.
- T- TRANSP/TRANSMITTING
- U- USING/CONSUMING
- G- OTHER GANG ACTIVITY
- J- JUVENILE GANG ACTIVITY
- N- NO GANG ACTIVITY
- P- POSSESSING/CONCEALING

**LOCATION OF OFFENSE** (Enter up to two)
1. **01** 2. ___

RESIDENTIAL STRUCTURE
- 01 Single Family Home
- 02 Multiple Dwelling
- 03 Residential Facility
- 04 Other Residential
- 05 Garage/Shed

PUBLIC ACCESS BLDGS.
- 06 Transit Facility
- 07 Government Office
- 08 School
- 09 College
- 10 Church
- 11 Hospital
- 12 Jail/Prison
- 13 Parking Garage
- 14 Other Public Access Buildings

COMMERCIAL LOCATIONS
- 15 Auto Shop
- 16 Financial Institution
- 17 Barber/Beauty Shop
- 18 Hotel/Motel
- 19 Dry Cleaners/Laundry
- 20 Professional Office
- 21 Doctor's Office
- 22 Other Business Office
- 23 Amusement Center
- 24 Rental Storage Facility
- 25 Other Commercial Service Loc.

RETAIL
- 26 Bar
- 27 Buy/Sell/Trade Shop
- 28 Restaurant
- 29 Gas Station
- 30 Auto Sales Lot
- 31 Jewelry Store
- 32 Clothing Store
- 33 Drugstore
- 34 Liquor store
- 35 Shopping Mall
- 36 Sporting Goods
- 37 Grocery/Supermarket
- 38 Variety/Convenience
- 39 Department Store
- 40 Other Retail Store

- 41 Factory/Mill/Plant
- 42 Other Building

OUTSIDE
- 43 Yard
- 44 Construction Site
- 45 Lake/Waterway
- 46 Field/Woods
- 47 Street
- 48 Parking Lot
- 49 Park/Playground
- 50 Cemetery
- 51 Public Transit Vehicle
- 52 Other Outside Location
- 77 Other

**SUSPECTED OF USING**
- A ☐ ALCOHOL
- D ☐ DRUGS
- C ☐ COMPUTER EQUIPMENT
- N ☐ NOT APPLICABLE

**TYPE WEAPON/FORCE USED**
1. ___ 2. ___ 3. ___

**METHOD OF ENTRY**
1. ☐ FORCE
2. ☐ NO FORCE
*NO. PREMISES ENTERED: ___

**METHOD OF ENTRY - MOTOR VEHICLE THEFT**
- 01 ☐ Motor Running/Keys in Car
- 02 ☐ Unlocked
- 03 ☐ Duplicate Key Used
- 04 ☐ Window Broken
- 05 ☐ Towed
- 06 ☐ Hot Wire
- 07 ☐ Slim Jim/Coat Hanger
- 08 ☐ Tumblers Removed
- 09 ☐ Column Peeled
- 10 ☐ Ignition Peeled

**METHOD OF ENTRY - BURGLARY/B&E**

| | Entry | Exit | | Entry | Exit | | Entry | Exit |
|---|---|---|---|---|---|---|---|---|
| 1 | ☐ BASEMENT | ☐ | 1 | ☐ DOOR | ☐ | 1 | ☐ FRONT | ☐ |
| 2 | ☐ 1st FLOOR | ☐ | 2 | ☐ WINDOW | ☐ | 2 | ☐ SIDE | ☐ |
| 3 | ☐ 2nd FLOOR | ☐ | 3 | ☐ GARAGE | ☐ | 3 | ☐ REAR | ☐ |
| 4 | ☐ OTHER | ☐ | 4 | ☐ SKYLIGHT | ☐ | 4 | ☐ ROOF | ☐ |
| | | | 5 | ☐ OTHER | ☐ | 5 | ☐ OTHER | ☐ |

**METHODS OF OPERATION:** Other

**METHODS OF OPERATION EXPLANATION:** Suspect stole several items from victim's unlocked vehicle.

**NO:** 01  **TOTAL VICTIMS:** 1  **VICTIM TYPE:** B  ☒ INDIVIDUAL  ☐ BUSINESS  ☐ FINANCIAL INSTITUTION  ☐ GOVERNMENT  ☐ POLICE OFFICER (IN THE LINE OF DUTY)  ☐ RELIGIOUS ORGANIZATION  ☐ SOCIETY  ☐ OTHER  ☐ UNKNOWN

**NAME (Last, First, Middle):** Schaefer, Robert G
**ADDRESS:** 2323 Spring Rose Dr. Dayton, OH 45459
**PHONE:** 937-435-0839
**EMPLOYER NAME AND ADDRESS:** Reynolds & Reynolds-
**PHONE:**

| AGE/D.O.B. | SEX | RACE | HGT | WGT | HAIR | EYES |
|---|---|---|---|---|---|---|
| 57 07/09/1957 | M | W | 607 | 275 | BRO | BRO |

**OCCUPATION:**
**SSN:** 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
**RESIDENT STATUS:**

**VICTIM INJURED?** ☐ Y ☒ N  **INJURIES:** None

**AGG. ASSAULT/HOMICIDE CIRC.:**
**VICTIM/SUSPECT RELATIONSHIP:** 0. UU  1. UU  2.___ 3.___ 4.___ 5.___
**VICTIM/OFFENSE LINK:** Theft

My signature verifies that the information on this report is accurate and true

**DATE** ___

| REPORTEE | | | | | | | |
|---|---|---|---|---|---|---|---|
| NO | NAME (Last, First, Middle) | | | | *AGE/ D.O.B. | | SSN |
| 01 | Schaefer, Robert G | | | | 07/09/1957 | | 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 |
| ADDRESS (Street, Apt., City, State, Zip) | | | | | | PHONE | |
| 2323 Spring Rose Dr. Dayton, OH 45459 | | | | | | 937-435-0839 | |
| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip) | | | | | | PHONE | |
| Reynolds & Reynolds- | | | | | | | |
| STATEMENTS OBTAINED ☐ Y ☒ N   TYPE: Oral | | | | | | | |

*TYPE PROPERTY LOSS/ETC (enter codes below): 1 NONE  2 BURNED  3 COUNTERFEITED/FORGED  4 DESTROYED/DAMAGED/VANDALIZED  5 STOLEN/ETC.  6 SEIZED  7 RECOVERED  U UNKNOWN  P PHOTO  E EVIDENCE  L LOST   TOTAL VALUE: **Unknown**

### PROPERTY

| *LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE |
|---|---|---|---|---|
| 5 | | Dell Laptop | 17 | Unknown |

| VICT NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
|---|---|---|---|---|
| 01 | | Dell | Unknown | |
| | SERIAL NUMBER: Unkown | NCIC NUMBER: | OTHER NUMBER: | |

| *LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE |
|---|---|---|---|---|
| 5 | 1 | 16 GB black iPhone 5 with black case | 19 | |

| VICT NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
|---|---|---|---|---|
| 01 | | Apple | 16 GB iPhone 5 | |
| | SERIAL NUMBER: Unknown | NCIC NUMBER: | OTHER NUMBER: | |

| *LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE |
|---|---|---|---|---|
| 5 | 1 | Black / Gray backpack | 13 | Unknown |

| VICT NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
|---|---|---|---|---|
| 01 | | Unknown | | |
| | SERIAL NUMBER: | NCIC NUMBER: | OTHER NUMBER: | |

| *LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE |
|---|---|---|---|---|
| 5 | 25 | Various Music CDs | 20 | |

| VICT NO. | VEH NO. | MAKE/BRAND | MODEL | DATE RECOVERED |
|---|---|---|---|---|
| 01 | | Misc. | | |
| | SERIAL NUMBER: | NCIC NUMBER: | OTHER NUMBER: | |

**PROPERTY CODES:**

EXCHANGE MEDIUMS
01 Money
02 Credit/Debit Card
03 Negotiable Instruments
04 Other Exchange Mediums

DOCUMENTS
05 Non-Negotiable Instruments
06 Personal Papers
07 Other Documents

VALUABLES
08 Jewelry/Precious Metals
09 Art Objects, Antiques
10 Other Valuables

PERSONAL EFFECTS
11 Clothing/Furs
12 Purses/Handbags/Wallets
13 Other Personal Effects

HOUSEHOLD ITEMS
14 Household Items

EQUIPMENT
15 Drug/Narcotic Equip.
16 Gambling Equipment
17 Computer Hardware/Soft.
18 Office Equipment
19 Stereo TV equip.
20 Recordings - Audio Visual
21 Sports Equipment
22 Photographic Equipment
23 Farm Equipment
24 Heavy Construction/Industrial
25 Building Supplies - Const.

26 Tools
27 Vehicle Parts/Accessories
28 School Supplies
29 Other Equipment

CONSUMABLE ITEMS
30 Alcohol
31 Drugs/Narcotics
32 Consumable Goods

ANIMALS
33 Livestock
34 Household Pets

VEHICLES
35 Aircraft
36 Automobiles
37 Bicycles
38 Buses
39 Trucks
40 Trailers
41 Watercraft
42 Recreational Vehicle
43 Other Motor Vehicle

WEAPONS
44 Firearms
45 Other Weapons

STRUCTURES
46 Single Occupancy
47 Other Dwellings
48 Commercial/Business
49 Indus./Mfg.
50 Public/Community
51 Storage
52 Other Structure

OTHER
53 Merchandise
54 Other Property
55 Pending Inventory

### NARRATIVE

On 02-04-15 at 2119 hrs, I was dispatched to 1773 Hillwood Dr. on report of a theft. The victim stated that an unknown suspect stole several items from his unlocked vehicle.

### INVESTIGATIVE DETAILS

DESCRIBE CRIME SCENE SEARCH CONDUCTED (IMMEDIATE AREA, ROOMS, HALLWAYS, FLOORS, ETC)

PROPERTY RECOVERED/EVIDENCE HELD FOR PROCESSING

FINGERPRINTS FOUND?     FINGERPRINTS LIFTED BY WHOM

DOES INVESTIGATOR NEED TO CONDUCT A CRIME SCENE     WHY

PERSONS INTERVIEWED (NAME, PHONE NUMBER, INFORMATION OBTAINED)

DOES INVESTIGATOR NEED TO RECONTACT ANY OF THE ABOVE LISTED PERSONS

CAN SUSPECT BE IDENTIFIED AT THIS TIME

| DO YOU BELIEVE THIS CASE CAN BE SOLVED WITH SOME ADDITIONAL INVESTIGATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADDITIONAL COMMENTS | | | | | | | |
| REPORTING OFFICER<br>Martin, Michael: P#| | | | | BADGE NO.<br>K361 | DATE<br>02/04/2015 | INCIDENT NUMBER<br>2015-5503 |
| APPROVING OFFICER | | | | | BADGE NO. | DATE | |
| FOLLOW UP?<br>☐ Y ☐ N | If yes, follow-up Assignment: | | | | | | |
| ADDITIONAL SUPPLEMENTS | ☐ VICTIM/WITNESS<br>☐ SUSPECT/ARRESTEE | ☐ PROPERTY<br>☐ NARRATIVE | ☐ STATEMENTS<br>☐ OTHER | FORM RECIEVED BY:<br>☐ INVESTIGATION | ☐ INTELLIGENCE<br>☐ RECORDS | SPECIAL<br>COPIES | |

| Kettering Police Dept. | | Control Number | KI00030449 |
|---|---|---|---|
| **NARRATIVE SUPPLEMENT** | | Agency Report Number | 2015-5503 |
| VICTIM Schaefer, Robert G | OFFENSE Theft | INCIDENT DATE AND TIME | 02/04/2015 2030 |

On 02-04-15 at 2119 hrs, I was dispatched to 1773 Hillwood Dr. on report of a theft. Upon arrival, I spoke with the reporting person, Robert Schaefer. Mr. Schaefer stated that he arrived at 1773 Hillwood Dr. at approximately 2020 hrs to drop off his mother-in-law at her residence. He parked his Chevy Tahoe in the driveway of 1773 Hillwood Dr. and left the vehicle unlocked while he was inside the home for approximately 10 minutes. When he came back outside, he noticed several items were missing from the vehicle.

Mr. Schaefer said an unknown suspect stole his black 16 GB iPhone 5 which was in a black Otterbox case, a black Dell laptop computer that was in a black backpack with gray trim, and a soft silver CD case containing approximately 25 CDs. Mr. Schaefer could not provide serial numbers for the iPhone or the Dell laptop at this time.

Mr. Schaefer said he noticed footprints in the snow in the driveway near his vehicle. Mr. Schaefer said he believes the foot prints came from the direction of Cordell Dr., leading to the driveway of 1773 Hillwood Dr. Mr. Schaefer said he followed the footprints from his vehicle, which lead West on Hillwood Dr., South on Waterbury Dr. and West on W. Stroop Rd. into the UDF parking lot.

I contacted the employees at UDF and they allowed me to view the security video. The video showed at 2049 hrs a white male, wearing black pants, a gray hooded sweatshirt, and a white, green, and black winter hat. The suspect was also wearing a black backpack with gray trim which matched the description provided by Mr. Schaefer. I later showed photos of the suspect from the video to Mr. Schaefer. Mr. Schaefer and his wife said they believe the backpack in the video is Mr. Schaefer's backpack which was stolen from his vehicle.

Both employees at UDF said they recognized the customer in the video as someone who comes into the store on a regular basis. They did not know his name but said he has several tattoos on his arms and neck. They said he paid for his purchases with a debit card and they provided a copy of the receipt. The employees at UDF were not able to save a copy of the video to disc at this time, but said they would request for a manager to do so as soon as possible.

Respectfully,

*[signature]*

Ptl. M. Martin #361

| REASON CLEARED | A ☐ DEATH OF OFFENDER<br>B ☐ PROSECUTION DECLINED<br>C ☐ EXTRADITION DENIED<br>D ☐ VICTIM REFUSED TO COOP.<br>E ☐ JUVENILE/NO CUSTODY | F ☐ ARREST - ADULT<br>G ☐ ARREST - JUVENILE<br>H ☐ WARRANT ISSUED<br>I ☐ INVEST. PENDING | J ☐ CLOSED<br>K ☐ UNFOUNDED<br>O ☐ FOUND BY OTHERS<br>P ☐ FOUND BY POLICE | R ☐ RETURNED OWN PLEASURE<br>U ☐ UNKNOWN<br>X ☐ REFERRAL ISSUED<br>Z ☐ EARLY CLOSED | DATE CLEARED |
|---|---|---|---|---|---|

| REPORTING OFFICER Martin, Michael: Ptl | BADGE NO. K361 | DATE 02/04/2015 |
|---|---|---|
| APPROVING OFFICER | BADGE NO. | DATE |

PW  Version: 1.002 07/15/2010

Page 1 of 1

1

| KETTERING POLICE DEPARTMENT<br>SUPPLEMENTAL REPORT | 1. CONTINUATION OF<br>✻ INCIDENT<br>✻ ARREST<br>✻ STATEMENT<br>✻ OTHER | 2. EVENT NO<br>2015-5503 |
|---|---|---|
| | | 3. INCIDENT DATE<br>2/4/15 |

| INCIDENT(s)<br>Theft | | |
|---|---|---|
| 4. COMPLAINANT'S NAME<br>Robert Schaefer | 5. INCIDENT LOCATION<br>1773 Hillwood Dr | 6.<br>Page 1 of 2 |

**7. SUPPLEMENTAL TEXT**

Sir,

I was assigned this case for follow-up on 2/5/15. The case was for a theft from a vehicle on Hillwood. The complainant, Robert Schaefer, reported several electronic items and a backpack stolen from his vehicle. The theft occurred between 8:30PM and 9PM. Mr. Schaefer followed footprints in the snow to the front of UDF on W Stroop. The reporting officer, Ptl. Martin, viewed the video from UDF and found a male buying several items at 2049 hours. He was wearing a backpack which was identified as belonging to the complainant. Ptl. Martin obtained a copy of the receipt from the purchase.

I contacted Connie at UDF to request a copy of the video. She advised that they are trying to figure out how to burn a copy and will call me when they have it ready.

On 3/2/15 I received a supplemental report from Ptl. Martin indicating he had obtained a copy of the video from UDF and placed it in the property room.

I reviewed the copy of the receipt contained in the report and observed that the debit card used was actually a SNAP food stamp card. I contacted Agent Barnhart with OOCIC and the USDA and asked if he could identify the owner of the card with the information available on the receipt. He said he could find out who it was and requested that I email him a copy of the receipt.

Several weeks later Agent Barnhart emailed me back advising he was able to rebuild the card number and determine who the owner was. The PDF files he included in the email indicated that the owner of the card was a female named Amanda Sexton at 3660 Heartland Dr. Agent Barnhart also advised that the card had not been reported stolen and was likely sold to the suspect in exchange for cash or he was a relative of Sexton. I checked Amanda Sexton through CAD, TLO and Dayton MIS and was unable to locate a good number for her. I was also unable to find any males connected with Sexton that could be the suspect.

I sent an appointment letter to Amanda Sexton requesting her presence at KPD to speak to me about this case. Amanda showed up on the requested date. I showed her a still photo from the surveillance video and she immediately said "yep that's Bobby". She further advised that the male in the photo was Bobby K. Young. She advised that he is the father of her child and she has known him for several years. Amanda went on to say that Young is a heroin addict and often steals to support his habit. Amanda did not remember the night of the theft, but advised in February Bobby would've visited the Heartland address to see their child. The Heartland address is her grandmother's house and Young is not allowed to stay in the house. Amanda said she hasn't spoken to Bobby in a few weeks. She said she doesn't know where he is staying but he occasionally contacts her to see her and their child or to ask for money. I advised her not to tell him that he's is a suspect in this case and I'll interview him the next time he gets arrested. She agreed and completed

a written statement. Amanda also advised Bobby had permission to use her SNAP benefits card.

On 7/13/15 I checked JusticeWeb and found that Bobby Young was arrested on 7/9/15 for theft charges in Miamisburg.

On 7/17/15 I interviewed Bobby Young at the Montgomery County Jail. Det. Vandegrift accompanied me and we met Bobby in an interview room outside his Pod. I read him his Miranda rights and asked if he understood them and asked if he was willing to speak to me about a theft. He advised that he understood his rights and agreed to speak to me. I explained to Bobby why I was there and showed him the surveillance pictures from UDF. He advised that he doesn't remember committing any thefts in Amanda's neighborhood in February. He stated, unequivocally, that it was him in the video and stated that he doesn't remember that backpack. I talked to him more in depth about the case and eventually he admitted that he did commit the theft but doesn't remember what he did with the items that he stole. He thinks that he sold the iPhone on the street or traded it for drugs. He also did not recall having the laptop or other items reported stolen. He advised that he has 5 months "on the shelf" through Kettering Courts for a theft that occurred in May 2015. He was concerned about having to do more time in jail since this offense occurred before the May incident.

I made contact with the victim, Robert Schaefer, and confirmed that he still wanted to pursue charges on Young for theft.

I completed an affidavit and PC form and brought it to the Kettering Prosecutor's office to be completed. I brought the signed affidavit to the Clerk's Office and served Young Via fax at the MCSO Jail.


Respectfully Submitted,

Det. R. Meno

| 8. REPORTING OFFICER | UNIT # | 9. SUPPLEMENTAL DATE |
|---|---|---|
| Meno | 336 | 7/17/15 |

| KETTERING POLICE DEPARTMENT SUPPLEMENTAL REPORT | 1. CONTINUATION OF ☒ INCIDENT ☐ ARREST ☐ STATEMENT ☐ OTHER | 2. EVENT NO. **2015-5503** |
|---|---|---|
| | | 3. INCIDENT DATE **02/04/15** |

| INCIDENT(s) |
|---|
| Theft |

| 4. COMPLAINANT'S NAME Schaefer, Robert | 5. INCIDENT LOCATION 1773 Hillwood Dr. | 6. Page 1 of 1 |

**7. SUPPLEMENTAL TEXT**

Sir:

On 03/01/15, I recieved a CD containing video footage of the theft suspect inside of UDF at 1901 W. Stroop Rd. The video was provided by UDF security employee, Lori Beiser. I booked the CD into the evidence room, property tag #91301.

Respectfully submitted,

*[signature]*

Martin, #361

| 8. REPORTING OFFICER Martin | UNIT # 361 | 9. SUPPLEMENTAL DATE 03/01/15 |

Printed 3/1/2015       EVENT NO.       Page 1 of 1

**WITNESS STATEMENT**  EVENT NO. 2015-5503
Page 1 of 1

I, Amanda Sexton, do hereby make the following statement of my own free will
(Please Print Full Name)
and accord concerning the ____Theft____ which occurred on the
__4th__ day of __Feb__, 20_15_ at approximately
__8:30 - 2:00__ a.m./p.m. (circle one).

x I viewed the person at UDF using my foodstamp card and it is Bobby Young.

The statement is true to the best of my knowledge and belief.

Officer __P. Meno__  Date/Time of Statement __7/14/15  1000__
Signature __Amanda Sexton__  Address __3606 Heartland Dr.__
Location Taken __KPD__  Home Phone No. __937-643-1810__
Employer __—__  Work Phone No. __—__

PO-9022  Rev. 10/19/2005

Latitude Dell Computer E6400 – F32F5L1

Passport

CD case with 30 CDs

Back pack bag-High Sierra TSA 17 inch laptop backpack

GARMIN Nuvi 56lmt

Work portfolio

**Cross Classic Century Ballpoint Pen & Pencil Set**

---

**From:** RYAN MENO [mailto:RYAN.MENO@ketteringoh.org]
**Sent:** Tuesday, February 10, 2015 3:19 PM
**To:** robert_schaefer@reyrey.com
**Subject:** KPD report # 15-5503


Mr. Schaefer,

This is Det. Meno with Kettering PD. I have been assigned your theft case that occurred on 2/4/15. I am following up with UDF to obtain a copy of their video. If you obtain the serial numbers to the phone and laptop please forward them to me along with any additional property that was stolen. Thanks,

Det. Ryan Meno
Kettering Police
3600 Shroyer Rd.
Kettering, OH 45429
(937) 296-3370

---

Spam
Not spam
Forget previous vote