# EXHIBIT 8

 **Reynolds & Reynolds**®

April 6, 2015

**VIA EMAIL**

Mr. Steven M. Cottrell
President and CEO
Authenticom, Inc.
400 Main Street, 3rd Floor
La Crosse, Wisconsin 54601

Dear Steve:

It recently came to my attention that Authenticom has created and distributed to its customers a document entitled "R&R Dynamic Reporting Access Set Up." This document purports to explain, in painstaking detail, how a dealer can provide Authenticom with unauthorized access to Reynolds' DMS, and it even includes pictures of Reynolds screenshots for reference. In light of the relatively brazen nature of this communication by Authenticom, I wanted to, again, clearly communicate Reynolds' position on such unauthorized access to its DMS.

As you know, the kind of unauthorized system access that Authenticom encourages in its white paper is, in short: contrary to Reynolds' security policies, compromises the operational integrity of Reynolds' system and, perhaps most importantly, violates the agreements that Reynolds enters into with its dealership customers.

More specifically, but by way of example only, Reynolds dealership customers agree as part of their contracts with Reynolds to "keep confidential the Licensed Matter . . . and shall not copy, reproduce, distribute, or in any way disseminate ***or allow access to or by third parties***." Accordingly, any knowing attempt by Authenticom to induce Reynolds dealers to allow such third party access—which is confirmed beyond question in the documentation referenced above—gives rise to liability on the part of Authenticom for, among other things, tortious interference with contracts.

As we have discussed, in order to avoid a dispute and minimize the disruption of application services to its dealers, Reynolds is open to having a dialogue with you regarding an orderly wind down of the unauthorized DMS access sought and encouraged by Authenticom. Barring such an agreement, however, Reynolds must insist that you immediately cease and desist from accessing Reynolds' proprietary software and hardware without the proper license and authorization to do so, and Reynolds reserves all of its legal rights with respect to these issues.

If you have any questions, or if you would like to discuss this matter further, please contact me at (937) 485-1081.

Sincerely,

Robert G. Schaefer
Vice President
OEM Relations and Data Services

One Reynolds Way
Dayton, Ohio 45430
937.485.2000
www.reyrey.com

CONFIDENTIAL