# EXHIBIT 15

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 2 of 40 PageID #:90256



# Lifewire

Best Products    News    Gaming    Family Tech    Smart Life    How-To    **New**

**Software & Apps** ➡ **Backup & Utilities**

# 33 Best Free File Shredder Software Programs

A List of the Best Completely Free File Shredder Software Tools

**by Tim Fisher**  Updated on March 02, 2021

 ✅ **reviewed by Ryan Perian**

   

## Backup & Utilities

Design
Cryptocurrency
MS Office
Windows
Linux
Google Drive
Apps
File Types

File shredder programs are software tools that *permanently* delete files on your computer. As you may or may not know, deleting a file just hides it from the operating system. It isn't *really* gone until that same space is overwritten by something else.

This is exactly what a file shredder does; it overwrites selected files using a specified data sanitization method, ensuring that's it can never be un-deleted with a file recovery program.

> **Important:** See our How to Wipe a Hard Drive tutorial if you're interested in erasing an *entire* hard drive, a great step before selling or recycling a computer. While some of the tools below can do that, that tutorial and the programs listed in our free data destruction programs list are better suited for that task.

Below is an updated list of the very best completely free file shredder software tools:

## 01
**of 33**

## Eraser



➡️ **Our Review of Eraser**

Eraser is a very well designed file shredder program. As far as advanced options go, Eraser wins the file shredder competition hands down. With Eraser, you can schedule file shredding with all the precision you'd expect with any scheduling tool.

**Data Sanitization Methods:** DoD 5220.22-M, AFSSI-5020, AR 380-19, RCMP TSSIT OPS-II, HMG IS5, VSITR, GOST R 50739-95, Gutmann, Schneier, Random Data

Eraser works in Windows 10, 8, 7, Vista, and XP, as well as Windows Server 2008 and 2003.

**Download Eraser**

## 02
**of 33**

## Securely File Shredder

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 4 of 40 PageID #:90258



Securely File Shredder is another file shredder program that installs *really* fast and works by drag and drop. You can add one or more files and folders to Securely File Shredder to completely obliterate them using any of the shredding methods listed here.

**Data Sanitization Methods:** <u>DoD 5220.22-M</u>, <u>Gutmann</u>, <u>Schneier</u>

In addition to the above, you can use Securely File Shredder to easily shred the contents of the Recycle Bin by clicking the appropriate button in the program.

Securely File Shredder works with Windows 10, 8, 7, Vista, and XP.

**Download Securely File Shredder**

## 03 WipeFile
of 33



WipeFile is a portable file shredder program with some unique options and support for several data wipe methods.

**Data Sanitization Methods:** Bit Toggle, DoD 5220.22-M, Gutmann, NATO Standard, NAVSO P-5239-26, MS Cipher, Random Data, WipeFile, Write Zero

You can save the files and folders you have queued up so you can restore and remove them later. WipeFile can also write to a log file and be set up to work with the "Send to" context menu in Windows Explorer.

We tested the most recent version of WipeFile in Windows 10, but it should also work in older versions too like Windows 8, 7, Vista, and XP.

**Download WipeFile**

> **Note:** WipeFile downloads in the 7Z format, so you'll need 7-Zip or another free file extractor program to open it.

## 04
**of 33** **Freeraser**



Freeraser is incredibly easy to use. Much like Securely File Shredder from above, it places a Recycle Bin-like icon on your desktop that you can use for a file shredder. Just drag a file or group of files to the bin and they'll be forever erased from your computer.

**Data Sanitization Methods:** DoD 5220.22-M, Gutmann, Random Data

When running the Freeraser setup file, you can choose to install it like a standard program or run it like a portable one, which means the files will install to a folder that you can use on a removable drive.

You can use Freeraser in Windows 10 through Windows XP.

Download Freeraser

## 05 Secure Eraser
of 33

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 7 of 40 PageID #:90261



Secure Eraser is a software suite that serves not only as a file shredder program but also a [registry cleaner](registry cleaner).

**Data Sanitization Methods:** [DoD 5220.22-M](DoD 5220.22-M), [Gutmann](Gutmann), [Random Data](Random Data), [VSITR](VSITR)

The easiest way to use Secure Eraser is to simply drag and drop files and folders into the program. They'll automatically show up and you can just click **Start deletion** to choose a method from above and start shredding. You can also add data from the right-click context menu.

An option is available to exit the program, reboot the computer, or shutdown the computer when the file shredding is finished.

> **Note:** Secure Eraser attempts to install another program during setup that you must deselect if you don't want it.

Versions of Windows that can use Secure Eraser includes Windows 10, 8, 7, Vista, and XP, as well Windows Server 2012, 2008, and 2003.

**Download Secure Eraser**

## 06 TweakNow SecureDelete
### of 33



If you're looking for an easy to use and stylish file shredder program, TweakNow SecureDelete has you covered. The buttons are simple to understand and the options are easily accessible.

**Data Sanitization Methods:** DoD 5220.22-M, Gutmann, Random Data

Browse for files and folders to add to the program or simply drag and drop them. The shredding method is simple to change and you can choose a custom number of passes before shredding anything.

> **Important:** One thing that can be confusing about TweakNow SecureDelete is that there are two buttons with similar names: "Remove" and "Delete." The "Remove" button simply clears the file/folder from the application window without deleting the actual data. The "Delete" button does the actual deleting and should be clicked when you're ready to shred the data.

TweakNow SecureDelete works with Windows XP up through Windows 10.

**Download TweakNow SecureDelete**

## 07
**of 33** **Hard Disk Scrubber**



Shredding files with Hard Disk Scrubber is as easy as choosing the **Add Files** or **Add Folder** button and then clicking **Scrub Files**.

**Data Sanitization Methods:** AFSSI-5020, DoD 5220.22-M, and Random Data

In addition to the above, Hard Disk Scrubber lets you create your own custom wipe pattern, such as writing specific characters over files.

Hard Disk Scrubber is a file shredder program that runs in Windows 2000 and newer versions of Windows.

**Download Hard Disk Scrubber**

## 08 BitKiller
of 33



BitKiller is a super simple portable file shredder program. Just add specific files and folders to the queue, or drag and drop them there, and choose any of the supported methods from below to securely erase them from the hard drive.

There aren't any extra buttons that are hard to understand and there are absolutely zero settings aside from those you can see on the left side of the program.

**Data Sanitization Methods:** [DoD 5220.22-M](), [Gutmann](), [Random Data](), [Write Zer]()

Something we don't like about BitKiller is that once you've begun the process of shredding files, while there *is* a cancel button, you're unable to click it.

BitKiller can shred files in all versions of Windows including Windows 10.

[Download BitKiller]()

## 09 MooO File Shredder
### of 33

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 11 of 40 PageID #:90265

3/4/21, 12:28 PM



Similar to a couple programs from above, Moo0 File Shredder is yet another easy to use file shredder program that resembles the Recycle Bin, like removing multiple files and folders at once by dragging them into the program window.

**Data Sanitization Methods:** DoD 5220.22-M, Gutmann, Random Data

You can configure Moo0 File Shredder to sit on top of every other window so you can always have instant access to securely delete files. Also, the confirmation prompt can be disabled so you can delete files just that much quicker.

Windows 10, 8, 7, Vista, XP, and Windows Server 2003 users can install Moo0 File Shredder.

**Download Moo0 File Shredder**

## 10 PrivaZer
of 33



PrivaZer is a PC cleaner that includes file shredding capabilities to securely delete files and folders.

**Data Sanitization Methods:** AFSSI-5020, AR 380-19, DoD 5220.22-M, IREC (IRIG) 106, NAVSO P-5239-26, NISPOMSUP Chapter 8 Section 8-501, NSA Manual 130-2, Write Zero

Right-click context menu integration is permitted and, as you can see above, there are a few unique wiping methods you won't find in many of the other programs listed here.

Because PrivaZer can do many other privacy cleaning tasks like deleting old files and erasing Internet activity traces, it can be a confusing process to use just the file shredding features.

Users of Windows 10 through Windows XP can use PrivaZer.



## 11 PC Shredder
**of 33**



PC Shredder is a small, portable file shredder program that's really easy to use. Just browse for a single file or a whole folder to gather a list of things to shred.

**Data Sanitization Methods:** DoD 5220.22-M, Gutmann, Random Data

We like that PC Shredder is portable and has a simple interface. It takes up less than 300 KB, which is great for storing on a flash drive.

PC Shredder is said to work on only Windows Vista and XP, but we used it in Windows 10, 8, and 7 without any issues.

Download PC Shredder

## 12 of 33 Hardwipe

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 14 of 40 PageID #:90268



Hardwipe isn't as easy to use as the above file shredder programs, but it supports a variety of data sanitization methods and can power off or log off when it's finished deleting files.

**Data Sanitization Methods:** DoD 5220.22-M, GOST R 50739-95, Gutmann, Random Data, Write Zero, VSITR, Schneier

One thing we like is that you can shred multiple folders at one time, but we don't like the small advertisement that's always displayed in the program (though it's not too intrusive).

It works with all the most recent versions of Windows, from Windows XP to Windows 10.

**Download Hardwipe**

## 13 File Shredder
of 33



File Shredder is a really easy to use as it supports drag and drop and also works by right-clicking on files/folders to instantly start the removal process from anywhere without first opening the program.

**Data Sanitization Methods:** DoD 5220.22-M, Gutmann, Random Data, Write Zero

If using the right-click context menu, you can choose to securely delete the files or simply to add them to the queue to remove later.

We tested File Shredder in Windows 10 and Windows 7 without any issues. It also works with Windows 8, Vista, XP, 2000, and Windows Server 2008.

**Download File Shredder**

**14**
of 33    **Super File Shredder**

Case: 1:18-cv-00864-Document #: 1272-16 Filed: 03/23/21 Page 16 of 40 PageID #:90270

3/14/21, 12:28 PM



Super File Shredder is another file shredder program that's intuitive and quite easy to use.

**Data Sanitization Methods:** DoD 5220.22-M, Gutmann, Random Data, Write Zero

Just drag and drop files or folders into Super File Shredder and then click **Start** to shred them. You can also shred files from the right-click context menu.

Choose a different sanitization method from the settings.

Super File Shredder works with Windows 10, 8, 7, Vista, and XP.

Download Super File Shredder

## 15 Delete Files Permanently
of 33



Delete Files Permanently is a free file shredder program that supports more methods of sanitization than most of the other programs in this list, and you can even add custom data wiping schemes from the settings.

**Data Sanitization Methods:** AR 380-19, DoD 5220.22-M, GOST R 50739-95, Gutmann, HMG IS5, NAVSO P-5239-26, RCMP TSSIT OPS-II, Schneier, VSITR, Write Zero

There are options in the settings to protect the program with a password and run it in an invisible mode when shredding files.

Unfortunately, Delete Files Permanently only supports shredding individual files and not entire folders like most of the other programs in this list.

Delete Files Permanently works with Windows 10, 8, 7, Vista, and XP.

Download Delete Files Permanently

## 16 WinUtilities File Shredder
of 33



WinUtilities is a program suite that includes several system cleaning and optimization programs, one of which is a file shredder.

You can shred multiple files and folders at once with WinUtilities File Shredder and even drag and drop them into the program to do so.

**Data Sanitization Methods:** DoD 5220.22-M, Gutmann, NCSC-TG-025, Write Zero

You can also use WinUtilities File Shredder to shred all the files in the Recycle Bin.

The file shredder in WinUtilities can be found in the **Modules** > **Privacy & Security** section.

Windows 10, 8, 7, Vista, and XP (32-bit and 64-bit versions) are the supported operating systems.

**Download WinUtilities**

## 17 XT File Shredder Lizard
of 33

3/14/21, 12:28 PM



XT File Shredder Lizard is another free file shredder. You can add multiple files at once to the queue to be shredded as well as entire folders. You can also easily shred the files that are in the Recycle Bin.

**Data Sanitization Methods:** DoD 5220.22–M, Random Data, Write Zero

The only thing we don't like about XT File Shredder Lizard is that the interface is a bit outdated, which makes it a little strange to work with.

XT File Shredder Lizard works in newer versions of Windows like Windows 10 and 8, but also older ones like Windows 7, Vista, and XP.

Download XT File Shredder Lizard

# 18
**of 33**   **Ashampoo WinOptimizer Free**

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 20 of 40 PageID #:90274

3/14/21, 12:28 PM



Ashampoo WinOptimizer Free Free is a program with many individual tools you can use to optimize your PC, with one of the tools being a file shredder called File Wiper.

If you're erasing files, you can drag and drop multiples into the program at once and then shred them all. You can import the contents of multiple folders, too, and even securely erase the Recycle Bin's contents.

**Data Sanitization Methods:** DoD 5220.22-M, Gutmann, Write Zero

This program's free file shredder tool can be opened from the **File tools** menu on the left of the main screen. Choose **File Wiper** from there to get started.

We tested the most recent version of Windows 10 but it also works in Windows 8 and Windows 7.

Download Ashampoo WinOptimizer Free

## 19 Advanced SystemCare's File Shredder
of 33



Advanced SystemCare (a system optimizer program) includes a file shredder program appropriately named *File Shredder*. It's found in ASC's toolbox, which is accessible from the icon at the upper right-hand side of the program.

**Data Sanitization Methods:** DoD 5220.22-M, Gutmann, Write Zero

Select **File & Folder** to securely delete a single file or a whole folder of data, or pick **Recycle Bin** to shred all the things you've sent there. **Free Disk Space** is another option for double-checking that everything you've previously deleted is gone for good.

You can install Advanced SystemCare in Windows 10 through Windows XP.

Download Advanced SystemCare

## 20 Remo File Eraser
**of 33**



Remo File Eraser is easy to use file shredder that not only lets you securely remove multiple files and folders at once but also *schedule* the removal of anything you wish on a one-time, daily, or weekly basis.

**Data Sanitization Methods:** DoD 5220.22-M, Random Data, Write Zero

Remo File Eraser also lets you empty the Recycle Bin using any of the above sanitization methods.

One thing we don't like about Remo File Eraser is that while several wipe methods are shown in the settings, you can only choose the three from above in this free version. Also, you can't create more than one schedule.

We tested Remo File Eraser in Windows 8 and Windows XP, so it should work in other versions of Windows too, like Windows 10 and Windows 7.

Download Remo File Eraser

## 21 SS Data Eraser
of 33

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 23 of 40 PageID #:90277



Another free file shredder program is SS Data Eraser. It's extremely easy to use because it has only a few buttons, installs quickly, and lets you erase files and folders via drag and drop as well as from the right-click context menu.

**Data Sanitization Methods:** <u>DoD 5220.22-M</u>, <u>Random Data</u>

A tiny portable version of SS Data Eraser is also available from the download page.

It hasn't been updated since 2007, but SS Data Eraser still seems to work just fine in Windows 10 and Windows 7, so it should work on other Windows versions as well.

> **Important:** SS Data Eraser, unfortunately, doesn't provide any type of confirmation prompt before shredding data.

Download SS Data Eraser

## 22 <u>Glary Utilities</u>
### of 33

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 24 of 40 PageID #:90278

3/14/21, 12:28 PM



Glary Utilities is a software suite with lots of tools, such as a file shredder, a registry cleaner, a defrag program, and many others. The file shredder portion of the program is in **Advanced Tools > Privacy & Security**.

Just drag and drop files and folders into the program window or use the buttons to browse for them. You can also right-click files or folders in File/Windows Explorer and choose *Wipe with Glary Utilities* to send them to the file shredder program.

**Data Sanitization Methods:** DoD 5220.22-M

Though probably not necessary, you can repeat the data wipe method up to 10 times for a more thorough clean.

Glary Utilities can also write over the free space of an entire hard drive, which is useful for ensuring files you're already deleted are truly irrecoverable.

All versions of Windows should be able to run Glary Utilities.

Download Glary Utilities

## 23 AbsoluteShield File Shredder
of 33

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 25 of 40 PageID #:90279



AbsoluteShield File Shredder is another very simple file shredder tool. You can delete multiple files at once, as well as any number of folders.

Instead of using the program to add files to the queue, you can also quickly send files and folders to AbsoluteShield File Shredder using the right-click context menu in Windows Explorer.

**Data Sanitization Methods:** Schneier, Write Zero

The shredding method can be changed from the *Action* menu.

AbsoluteShield File Shredder is said to work in Windows Vista, XP, 2000, NT, ME, and 98. We tested the most recent version in both Windows 10 and Windows XP without any problems.

**Download AbsoluteShield File Shredder**

## 24 DeleteOnClick
### of 33

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 26 of 40 PageID #:90280



There are many easy-to-use file shredders in this list but DeleteOnClick may be the easiest of all. There are no buttons, no menus, and no settings at all because there is no interface to the program.

Use DeleteOnClick by right-clicking one or more files or folders and then choosing **Securely Delete** from the context menu.

**Data Sanitization Methods:** DoD 5220.22-M

DeleteOnClick only supports one data wipe method, so it's not nearly as advanced as most of these other file shredders. Also, there is no confirmation when you choose to remove files, which means it's possible you could accidentally erase files you meant to keep.

This program can be used on Windows 2000 up through Windows 10.

Download DeleteOnClick

## 25 ProtectStar Data Shredder
### of 33



Though no longer being updated by its developers, ProtectStar Data Shredder is a free file shredder that supports erasing both files and folders, even from the right-click context menu in Windows Explorer.

**Data Sanitization Methods:** Random Data

Prompts to buy the professional version are sometimes shown, but you can easily click **USE FREEWARE** to bypass them.

We successfully used ProtectStar Data Shredder in Windows 10, 7, and XP.

Download ProtectStar Data Shredder

## 26 Wise Care 365
of 33

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 28 of 40 PageID #:90282



➜ **Our Review of Wise Care 365**

Wise Care 365 is a system optimizer program that includes over 10 tools for optimizing a computer, one of which is a file shredder for protecting privacy.

The file shredder is located in the *Privacy Protector* section of the program. Just load one or more files and folders using the **Add** button and click **Shred** to immediately start the process.

You can also shred files from Windows Explorer by right-clicking and choosing **Shred file/folder**.

**Data Sanitization Methods:** Random Data

A portable version is also available from within the installable version.

Wise Care 365 can also completely remove deleted files by overwriting them with more secure sanitization methods than the file shredder. This tool is called *Disk Eraser*.

Wise Care 365 works with Windows 10, 8, 7, Vista, and XP.

**Download Wise Care 365**

**27**
**of 33**  ## System Mechanic Free

3/14/21, 12:28 PM



System Mechanic Free is a suite of several programs, such as a registry cleaner, [defrag program](), and a file shredder.

**Data Sanitization Methods:** [Random Data]()

Just drag and drop any file or folder you wish to remove, walk through the wizard to select how many times to overwrite the data (1-10 times), and then click the **Incinerate Now** button to start.

> **Note:** You must enter your email address during setup to get a free activation key required to make System Mechanic Free work.

Open the file shredder program from **Toolbox** > **Individual Tools** > **Ensure Personal Privacy** > **Incinerator** > **Securely Delete Files** > **Start**.

System Mechanic shreds files and folders in Windows 10, 8, 7, Vista, and XP.

**Download System Mechanic Free**

# 28
of 33 **ToolWiz Care**

3/4/21, 12:28 PM



Similar to System Mechanic Free, the file shredder in ToolWiz Care is part of a whole suite of other programs. You can find the **File Shredder** portion under the **Tools > Basic Tools** section.

Choose the **Add Files** or **Add Folder/Drive** button to load multiple files or a single folder at once. Files and folders will be added to the queue, after which you can click **Erase File/Folder** to securely delete the data.

**Data Sanitization Methods:** Write Zero

The data wipe method can run up to 16 times for greater privacy.

During setup, choose **Run without installing** if you want to use ToolWiz Care as a portable program.

We used ToolWiz Care in Windows 10, 7, and XP, so it should work with other versions of Windows, too.

Download ToolWiz Care

## 29 Baidu PC Faster
**of 33**

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 31 of 40 PageID #:90285



Baidu PC Faster is a system optimizer that includes a file shredder. To use it, go to **ToolBox** (top right corner) and then **File Shredder**, drag and drop one or more files into the window, and click **Shred Now**.

**Data Sanitization Methods:** Write Zero

The data wipe method can be ran three times by selecting the *Triple Shred* option.

Something unique about the Baidu PC Faster file shredder is that it keeps a history of the files you've shredded. You, of course, can't restore these files, so it serves more as an informative list that you can clear at any time.

Baidu PC Faster runs on Windows 10, 8, 7, Vista, and XP.

Download Baidu PC Faster

## 30 Blank And Secure
of 33



This is a completely portable file shredder that's really small in size and supports the most basic wipe method using drag and drop.

**Data Sanitization Methods:** Write Zero

Blank And Secure has a simple interface that lets you shred files and folders and then automatically close. There's also an option to delay deleting files for 1-5 seconds, the ability to shred data from the Windows Explorer context menu, and an option to run the write zero erase method up to 35 times.

Another feature in Blank And Secure is the ability to write the free space of a folder with zeros, great for scrubbing files that you've previously deleted in the normal fashion.

A progress bar helps determine how much time has elapsed as well as how long until the whole process will complete.

> **Note:** There are two download versions available for Blank and Secure. See How To Tell If You Have Windows 64-bit or 32-bit to know if you should select the "x64" link on the download page.

Black And Secure securely deletes files from Windows 10, 8, 7, Vista, and XP computers.

**Download Blank And Secure**

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 33 of 40 PageID #:90287

## 31 SDelete
of 33



SDelete, short for Secure Delete, is a command-line based file shredder that can be run from the Command Prompt.

**Data Sanitization Methods:** DoD 5220.22-M

SDelete is part of the Sysinternals Suite of free system utilities available from Microsoft. SDelete does *not* utilize Secure Erase even though its name might lead you to think otherwise.

> **Note:** There are several drawbacks to using SDelete and the information on their download page has a fair discussion of those issues. We suggest using any of these other file shredder programs before trying SDelete.

SDelete runs on Windows operating systems that are Windows Vista and newer, as well as Windows Server versions that are Server 2008 and newer.

**Download SDelete**

## 32 Simple File Shredder
of 33

Case: 1:18-cv-00864 Document #: 1272-16 Filed: 03/23/21 Page 34 of 40 PageID #:90288



Just as it would seem, Simple File Shredder is a pretty simple file shredder, though it's also a bit unique from some of the others on this list.

You can password protect the whole program, enable Windows context menu integration, and drag and drop files to set them up for deletion. You can also add custom files and folders to *System Shredder* and then delete those files quickly at any time from the toolbar.

**Data Sanitization Methods:** DoD 5220.22-M, Gutmann, Random Data

If you choose the Random Data to wipe method, you can choose how many times (1–3) you want the data overwritten.

We were only able to get Simple File Shredder to work while using Windows XP.

Download Simple File Shredder

## 33 CyberShredder
of 33



CyberShredder is a tiny file shredder program that opens quickly and works a bit like the Recycle Bin. You can drag and drop files and folders into the open program so CyberShredder will immediately start shredding them.

**Data Sanitization Methods:** Random Data, Schneier, Write Zero

You can change the sanitization method from the menu, as well as some other settings like showing a confirmation before deleting files.

There's a portable version and a regular installer available from their download page.

We were able to get CyberShredder to shred files in Windows 8 but not Windows 10. It should also work with Windows 7, Vista, and XP.

**Download CyberShredder**

Was this page helpful? 👍 👎    Join the discussion   0   Comment



# More from Lifewire

Best Apps



Best Free Data Destruction Software Programs

Backup & Utilities



sk Wipe v1.7 Review

Apps



aser v6.2.0 Review

Backup & Utilities



Best Free Registry Cleaners

HDD & SSD





ta Sanitization Methods

Backup & Utilities



cuva v1.53.1087 Free Version

Backup & Utilities



L Data Shredder v1.0

HDD & SSD



w to Wipe a Hard Drive

Advertisement

HDD & SSD



hat Is Secure Erase?

Best Apps



Best Free Uninstaller Programs

Backup & Utilities



AN 2.3.0 (Darik's Boot and Nuke)

Best Apps



Best Free Defrag Software Tools

Windows



w to Restore Deleted Files From the Recycle Bin

Best Apps



Best Free Data Recovery Software Tools

Backup & Utilities



mart Defrag v6.7 Review

HDD & SSD



hat Is the Pfitzner Method?

Advertisement



Get the Latest Tech News Delivered Every Day

email address

enter ✍

Follow Us    f Facebook

News

Best Products

Mobile Phones

Computers

About Us

Privacy Policy

Careers

Contact

California Privacy Notice

Advertise

Cookie Policy

Editorial Guidelines

Terms of Use

Lifewire is part of the Dotdash publishing family.