**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *Authenticom, Inc. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | |
| *Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | |

**PLAINTIFFS AUTHENTICOM'S AND MVSC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS AGAINST DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY**

Plaintiffs Authenticom, Inc. ("Authenticom") and Motor Vehicle Software Corporation ("MVSC") respectfully move this Court for an extension of time to file a reply in support of their Motion for Sanctions against Defendant The Reynolds and Reynolds Company ("Motion," Dkt. 1231).

On February 10, 2021, the Court set a briefing schedule that required any response(s) to the Motion to be filed by March 9, 2021; and any reply by March 30, 2021. *See* Dkt. 1245. On February 25, 2021, the parties filed a Stipulation requesting a one-week extension of the above deadlines. *See* Dkt. 1250. On March 4, 2021, Defendant The Reynolds and Reynolds Company ("Reynolds") filed a Motion for Entry of the Stipulation. *See* Dkt. 1258. On March 5, 2021, the Court granted that motion, extending the deadline for any brief(s) in opposition to March 16, 2021 and any reply brief to April 6, 2021. *See* Dkt. 1260.

Because one of Plaintiffs' counsel who is heavily involved in the reply brief welcomed a new baby on March 31, 2021, Plaintiffs Authenticom and MVSC hereby request a one-week

2

extension until April 13, 2021 to file their reply brief. Counsel for Defendant Reynolds has stated that they do not oppose this motion.

Dated: April 1, 2021                                /s/ Derek T. Ho

Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Daniel V. Dorris
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
ddorris@kellogghansen.com

*Counsel for Authenticom, Inc. and
Motor Vehicle Software Corporation*

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on April 1, 2021, I caused a true and correct copy of the foregoing **PLAINTIFFS AUTHENTICOM'S AND MVSC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS AGAINST DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      */s/ Derek T. Ho*
      Derek T. Ho
      **KELLOGG, HANSEN, TODD,**
       **FIGEL & FREDERICK, P.L.L.C.**
      1615 M Street, NW, Suite 400
      Washington, D.C. 20036
      (202) 326-7900
      dho@kellogghansen.com