# Exhibit 30

The Wayback Machine - https://web.archive.org/web/20100109050844/http://www.evidence-eliminator.com:80/dis-inf...

# Evidence Eliminator™

## evidence eliminator - the world's #1 PC security utility

Product    Buy Now    Downloads    Key Features    Reasons To Buy    Support    Dis-Info Center

**Evidence Eliminator™** software is manufactured by Robin Hood Software Ltd. the Nottingham, England-based IT corporation. We take pride in our established and renowned reputation for producing outstanding technological results for our clients and associates. Please feel free to contact us directly if you have any questions. We are always delighted to hear from you, and we aim to respond to you the same or next business day.

**Evidence Eliminator™** is the World's most advanced Windows hard-drive cleaner that defeats forensic analysis software as used by police and government agencies. **Evidence Eliminator™** has been featured on the covers of major magazines worldwide and has an excellent reputation for quality and innovation in protecting our clients security - both in terms of personal security, and securing corporate networks and public computers in schools, colleges, universities and libraries.

**Evidence Eliminator™** is the highest-selling product of its type, with millions of downloads both in the USA, UK, Europe and worldwide. Thousands of law-enforcement and police departments have downloaded **Evidence Eliminator™**. We offer **endorsing statements** by such notable authorities as a UK forensic Expert Witness and a detective with the US-based Los Angeles County Sheriff's Department's High-Tech crimes detail as published by the Institute of Electrical and Electronics Engineers (IEEE) magazine.

**Evidence Eliminator™** is a tremendously successful product. Most information in circulation about **Evidence Eliminator™** is true. On occasions we have seen "Intentional Bad Press" - but then we found it was competitors spreading false rumours, in order to sell alternative products which were not of the same excellent quality as **Evidence Eliminator™**.

Instead of responding individually to their attempts to sell imitations ("clones") of the original **Evidence Eliminator™**, we have instead published a **Fact Sheet** to counter those statements with the facts, and enable you, the reader, to make your own informed decision on the truth.

Simply start to enjoy the benefits of **Evidence Eliminator™** right now! Try **Evidence Eliminator™** for yourself and see just how great it really is. **Download Now!**

---

About Us | Jobs | Trademarks, Terms and Copyright | Associate Program