# Exhibit 33

**PUBLIC - REDACTED**