# Exhibit 34

**PUBLIC - REDACTED**