# Exhibit 35

**PUBLIC - REDACTED**