# Exhibit 36

**PUBLIC - REDACTED**