# Exhibit 37

**PUBLIC - REDACTED**