# Exhibit 38

**PUBLIC - REDACTED**