# Exhibit 40

**PUBLIC - REDACTED**