# Exhibit 41

**PUBLIC - REDACTED**