# Exhibit 42

**PUBLIC - REDACTED**