# Exhibit 43

**PUBLIC - REDACTED**