# Exhibit 44

**PUBLIC - REDACTED**