# Exhibit 45

**PUBLIC - REDACTED**