# Exhibit 46

## PUBLIC - REDACTED