# Exhibit 47

NO. 95-37973

| | | |
|---|---|---|
| ROBERT VAN WEBER, DOUGLAS DANTE FUSCO, MICHAEL WILLIAM BROWN, SHAWN T. COKER, JAMES F. MUCKLE, JOHN ALLEN MORRIS AND DONALD SCOTT JOHNSON, MICHEAL LAINE PLUMLEE, THOMAS J. MARSALEK, Plaintiffs | § § § § § § § § § | IN THE DISTRICT COURT OF |
| AND | § § | |
| MICHAEL S. HUSEMAN, MICHAEL D. EYRE, MARKUS MENTIL, JOSEPH RAY MURRAY AND DAVID M. REYSA, Intervenors | § § § § § § | |
| VS. | § § | HARRIS COUNTY, T E X A S |
| UNIVERSAL COMPUTER SYSTEMS, INC., FORD DEALER COMPUTER SERVICES, INC., RENTAL SYSTEMS, INC., UNIVERSAL COMPUTER CONSULTING, INC., UNIVERSAL COMPUTER GROUP, INC., WILSHIRE TRAVEL, INC., UNIVERSAL COMPUTER FORMS, LTD., UNIVERSAL COMPUTER FORMS, INC., UNIVERSAL COMPUTER SERVICES, INC., FORMERLY UNIVERSAL COMPUTER MAINTENANCE, INC., JILTEC, LTD., FORMERLY COMPUTER TERMINALS, LTD., COMTEX COMMUNICATIONS, LTD., ROBERT T. BROCKMAN AND DOROTHY BROCKMAN, Defendants. | § § § § § § § § § § § § § § § § § § § § | 270th JUDICIAL DISTRICT |



FILED
CHARLES BACARISSE
District Clerk
DEC 11 1998
By _____
Harris County, Texas
Deputy

## ORDER

CAME TO BE CONSIDERED Plaintiffs' and Intervenors' Motion for Sanctions, and the Court, after hearing argument of counsel, is of the opinion said Motion is meritorious and should

be GRANTED. IT IS THEREFORE,

ORDERED, ADJUDGED and DECREED THAT Defendants Universal Computer Systems, Inc., Dealer Computer Services, Inc., formerly Ford Dealer Computer Services, Inc., Rental Systems, Inc., Universal Computer Consulting, Inc., Universal Computer Group, Inc., Wilshire Travel, Inc., Universal Computer Forms, Ltd., Universal Computer Forms, Inc., Universal Computer Services, Inc., formerly Universal Computer Maintenance, Inc., Robert T. Brockman and Dorothy Brockman ("Defendants") are sanctioned in accordance with T.R.C.P. 215(2)(b)(3), (4), (5) and (8) as follows:

(a) It is ORDERED, ADJUDGED and DECREED that the facts relating to Plaintiffs' and Intervenors' causes of action for conspiracy, fraud and quantum meruit relating to the sale of controller ports are established as alleged by Plaintiffs and Intervenors;

(b) It is ORDERED, ADJUDGED and DECREED that Defendants are prohibited from opposing Plaintiffs' and Intervenors' causes of action for conspiracy, fraud and quantum meruit relating to the sale of controller ports;

(c) It is ORDERED, ADJUDGED and DECREED that Defendants' defensive pleadings to Plaintiffs' and Intervenors' causes of action for conspiracy, fraud and quantum meruit relating to the sale of controller ports be struck; and

(d) It is ORDERED, ADJUDGED and DECREED that Defendants pay to counsel for Plaintiffs and Intervenors reasonable attorney's fees and costs incurred since July 10, 1998, in the amount of _____ for their repeated efforts to secure Defendant Brockman's testimony responsive to this Court's July 10, 1998 Order.

Signed ~~and entered~~ this 11TH day of Dec, 1998.

_____
JUDGE PRESIDING

2