# Exhibit 50

**PUBLIC - REDACTED**