# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                                Plaintiff,

v.                                                Case No.: 1:18−cv−00864

                                                Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 19, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On the basis of the Court's determination that the leadership structure in this MDL continues to function well and that all Plaintiffs are well represented at this time, the Court grants the motions for renewal of MDL Leadership [1281, 1283] for a period of one−year expiring on April 16, 2021. The Court does not see any need for a more formal re−application process at this time. In addition, as previously indicated at the recent tutorial, the Court would like to schedule an oral argument on the pending Daubert motions. The Court has availability in the week of May 10 on the following dates/times: May 10 at 10:00am or 2:00pm, May 12 at 2:00pm, and May 13 at 10:00am or 2:00pm. The Court anticipates that the argument will last between 1 and 2 hours and will send a list of questions that it would like counsel to be prepared to address at least a week in advance. Counsel are directed to confer and to send the Courtroom Deputy an email no later than 4/23/2021 indicating their availability on those dates/times. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.