UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

          Plaintiff,

v.          Case No.: 1:18−cv−00864
          Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 22, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Oral argument on Daubert motions is set for 5/13/2021 at 10:00 a.m. The Court thanks counsel for providing a Zoom video link for purposes of the hearing and a telephone dial−in for all other interested parties. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.