**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Authenticom, Inc. v. CDK Global, LLC, et al.*, No. 1:18-cv-00868 (N.D. Ill.)<br><br>*Motor Vehicle Software Corp. v. CDK Global, et al.,* No. 1:18-cv-00865 (N.D. Ill.) | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**MOTION FOR LEAVE TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24(b), DBW Partners, LLC, a District of Columbia limited liability company doing business as The Capitol Forum, respectfully moves to intervene in the above captioned proceeding for the limited purpose of seeking to assert the right of public access and to unseal certain documents that have been filed with the court under seal. For the reasons set forth in the accompanying memorandum, the Court should grant this motion to intervene so that The Capitol Forum can fully exercise its rights of access to these documents and move to vacate the protective order and unseal these documents.

Dated:  May 11, 2021

Respectfully submitted,

*/s/ Mark J. Scott*

Mark J. Scott (Ill. Bar # 6321479)
Constantine Koutsoubas (Ill. Bar # 6293158)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
Tel.: (312) 857-7096
mascott@kelleydrye.com
ckoutsoubas@kelleydrye.com

4844-8768-2281v.1

                                          John B. Williams (DC Bar #257667)
WILLIAMS LOPATTO PLLC
1629 K Street, NW, Ste. 300
Washington, DC 20006
Tel.: (202) 296-1611
jbwilliams@williamslopatto.com

*Counsel for DBW Partners, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2021, I electronically filed the foregoing Motion for Leave to Intervene with the Clerk of the Court using the CM/ECF system, which will notify counsel of record of the filing.

                                                    */s/ Mark J. Scott*

                                                    Mark J. Scott