# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |
| *Authenticom, Inc. v. CDK Global, LLC, et al.*, No. 1:18-cv-00868 (N.D. Ill.) | |
| *Motor Vehicle Software Corp. v. CDK Global, et al.,* No. 1:18-cv-00865 (N.D. Ill.) | |

## NOTICE OF MOTION FOR LEAVE TO INTERVENE

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Tuesday, May 18, 2021, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, DBW Partners, LLC, a District of Columbia limited liability company doing business as The Capitol Forum., by and through its respective counsel, shall appear before the Honorable Judge Robert M. Dow, Jr., or any Judge sitting in his stead, in Room 1719 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present their **MOTION FOR LEAVE TO INTERVENE** a true and correct copy of which was filed electronically and served upon all counsel through the Court's electronic filing system.

Dated: May 11, 2021

Respectfully submitted,

*/s/ Mark J. Scott*

Mark J. Scott (Ill. Bar # 6321479)
Constantine Koutsoubas (Ill. Bar # 6293158)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
Tel.: (312) 857-7096

4811-5150-6665v.1

mascott@kelleydrye.com
ckoutsoubas@kelleydrye.com

John B. Williams (DC Bar #257667)
WILLIAMS LOPATTO PLLC
1629 K Street, NW, Ste. 300
Washington, DC 20006
Tel.: (202) 296-1611
jbwilliams@williamslopatto.com

*Counsel for DBW Partners, LLC*

4811-5150-6665v.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, I electronically filed the foregoing, **NOTICE OF MOTION FOR LEAVE TO INTERVENE**, using the CM/ECF system which will send notification of the filing to all attorneys of record.

Dated: May 11, 2021 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Mark J. Scott*

　　　　　　　　　　　　　　　　　　　Mark J. Scott (Ill. Bar # 6321479)
　　　　　　　　　　　　　　　　　　　Constantine Koutsoubas (Ill. Bar # 6293158)
　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP
　　　　　　　　　　　　　　　　　　　333 West Wacker Drive, 26th Floor
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Tel.: (312) 857-7096
　　　　　　　　　　　　　　　　　　　mascott@kelleydrye.com
　　　　　　　　　　　　　　　　　　　ckoutsoubas@kelleydrye.com

　　　　　　　　　　　　　　　　　　　John B. Williams (DC Bar #257667)
　　　　　　　　　　　　　　　　　　　WILLIAMS LOPATTO PLLC
　　　　　　　　　　　　　　　　　　　1629 K Street, NW, Ste. 300
　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　Tel.: (202) 296-1611
　　　　　　　　　　　　　　　　　　　jbwilliams@williamslopatto.com

　　　　　　　　　　　　　　　　　　　*Counsel for DBW Partners, LLC*

**S**