**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>*ALL PENDING CASES* | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**DEALERSHIP CLASS PLAINTIFFS' NOTICE OF CORRECTION**

On May 29, 2020, Dealership Class Plaintiffs filed their Memorandum in Opposition to Defendant CDK Global, LLC's Motion to Exclude the Opinions and Proffered Testimony of Dr. Michael A. Williams ("Memorandum"), in redacted public (Dkt. 989) and sealed (Dkt. 992) versions, as well as exhibits thereto. Dealership Class Plaintiffs, respectfully provide notice that they are submitting corrected versions of each of the filings referenced above to address clerical and technical errors. These errors include the correction of a one cite to pages in a publicly available academic paper in footnote 2 of the attached, redlined, redacted document, and a corrected version of Exhibit G to the Memorandum (the aforementioned academic paper, now filed in its entirety), also attached. These filings include versions filed both publicly and under seal. A sealed version of the corrected document is being filed separately. For the convenience of the Court, Dealership Class Plaintiffs are attaching redlined versions with the sealed filing for comparison.

Dated: May 12, 2021                                             Respectfully submitted,

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
**MILBERG PHILLIPS GROSSMAN LLP**
100 Garden City Plaza
Garden City, NY 11530
(212) 594-5300
pwedgworth@milberg.com

*MDL Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I, Peggy J. Wedgworth, an attorney, hereby certify that on May 12, 2021 I caused a true and correct copy of the foregoing **DEALERSHIP CLASS PLAINTIFFS' NOTICE OF CORRECTION** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                      */s/ Peggy J. Wedgworth*
                                                      Peggy J. Wedgworth