# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
## Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                         Plaintiff,

v.

                         Case No.: 1:18−cv−00864
                         Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 13, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Hearing set for 5/13/2021 at 10:00 a.m. will be by Zoom. This is a court hearing and members of the public my listen in on the hearing. The call−in information is: One tap mobile +13126266799,,99689472407# US (Chicago),+16468769923,,99689472407# US (New York), Dial by your location +1 312 626 6799 US (Chicago), +1 646 876 9923 US (New York), +1 301 715 8592 US (Washington DC), +1 346 248 7799 US (Houston), +1 408 638 0968 US (San Jose), +1 669 900 6833 US (San Jose), +1 253 215 8782 US (Tacoma), +44 131 460 1196 United Kingdom, +44 203 481 5237 United Kingdom, +44 203 481 5240 United Kingdom, +44 203 901 7895 United Kingdom, +44 208 080 6591 United Kingdom, +44 208 080 6592 United Kingdom, +44 330 088 5830 United Kingdom, +852 5803 3731 Hong Kong SAR, +852 5808 6088 Hong Kong SAR, +852 3008 3297 Hong Kong SAR, +852 5803 3730 Hong Kong SAR, Meeting ID: 996 8947 2407,Find your local number: https://mayerbrown.zoom.us/u/ackAaacmIL When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. This is a Court proceeding. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.