IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-00864 |
| This document relates to: *ALL CASES* | Hon. Robert M. Dow, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S
MOTION TO WITHDRAW AMAR S. NAIK AS COUNSEL AND
REQUEST FOR REMOVAL FROM SERVICE LIST**

Defendant The Reynolds and Reynolds Company ("Reynolds") hereby moves to withdraw Amar S. Naik as counsel for Defendant Reynolds in the above-captioned matters and requests the Clerk of the Court remove his email address from its ECF notifications in connection with this action. Defendant Reynolds continues to be represented by Leo D. Caseria of Sheppard Mullin Richter & Hampton LLP, Aundrea K. Gulley, Brian Ross, Brice A. Wilkinson, and Ross A. MacDonald of Gibbs & Bruns LLP, and all other counsel of record, and all future correspondence and papers in this action should continue to be directed to them.

Dated: May 17, 2021                                        Respectfully submitted,

/s/ *Leo D. Caseria*

Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
Ross A. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
(713) 751-5258
agulley@gibbsbruns.com
bross@gibbsbruns.com
bwilkinson@gibbsbruns.com
rmacdonald@gibbsbruns.com

Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
lcaseria@sheppardmullin.com

*Counsel for Defendant*
*The Reynolds and Reynolds Company*

## CERTIFICATE OF SERVICE

      I, Leo D. Caseria, an attorney, hereby certify that on May 17, 2021, I caused a true and correct copy of the foregoing **DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO WITHDRAW AMAR S. NAIK AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                */s/ Leo D. Caseria*
                                                Leo D. Caseria
                                                SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                                                2099 Pennsylvania Avenue NW, Suite 100
                                                Washington, DC 20006
                                                (202) 747-1900
                                                lcaseria@sheppardmullin.com