# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                Plaintiff,

v.

CDK Global, LLC, et al.

                Defendant.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 3, 2021:

    MINUTE entry before the Honorable Robert M. Dow, Jr: The motion of DBW Partners, LLC to intervene, pursuant to Federal Rule of Civil Procedure 24(b), for the limited purpose of seeking to assert the right of public access and unseal certain documents that have been filed with the Court [1289] is granted. None of the parties who filed a brief as permitted by the Court [see 1301, 1302] took a position on the motion and the parties that did not file a brief implicitly took the same position. Defendant Reynolds and Reynolds reserved its rights to contest any particular motion to unseal [see 1302, at 1], which all parties will have the right to do. After reviewing any motions that are filed by the Intervenor, the Court will determine whether to keep the motions or refer them to Magistrate Judge Gilbert for disposition. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.