**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Dealer Management Systems Antitrust Litigation, et al.

                      Plaintiff,

v.

CDK Global, LLC, et al.

                      Defendant.

Case No.: 1:18−cv−00864
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 8, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Reynolds' motion for leave to file sur−reply instanter [1303] is granted, but the sur−reply will be considered only to the extent that it raises proper sur−reply arguments and will be disregarded in any other respects. Notice of motion date of 6/9/2021 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.