**EXHIBIT 2**

```
 1                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
     IN RE:  DEALER MANAGEMENT            )
 4   SYSTEMS ANTITRUST LITIGATION         )
                                          )
 5   AUTHENTICOM, INC., et al.,           )
                                          ) No. 18 C 864
 6                   Plaintiffs,          )
                                          )
 7         vs.                            ) Chicago, Illinois
                                          ) August 14, 2020
 8   CDK GLOBAL, LLC, et al.,             ) 10:41 a.m.
                                          )
 9                   Defendants.          )

10
                        TRANSCRIPT OF PROCEEDINGS
11
               BEFORE THE HONORABLE JEFFREY T. GILBERT
12

13   APPEARANCES:

14   For the Plaintiffs:      KELLOGG, HANSEN, TODD, FIGEL &
                              FREDERICK P.L.L.C.
15                            BY:  MR. DANIEL V. DORRIS
                                   MR. DEREK TAM HO
16                            1615 M Street, NW
                              Suite 400
17                            Washington, D.C.  20036
                              (202) 236-7900
18

19   For CDK Global, LLC:     MAYER BROWN LLP
                              BY:  MS. BRITT M. MILLER
20                            71 South Wacker Drive
                              Chicago, Illinois  60606
21                            (312) 782-0600

22

23   Official Court Reporter: NANCY L. BISTANY, CSR, RPR, FCRR
                              219 South Dearborn Street, Room 1706
24                            Chicago, Illinois 60604
                              (312) 435-7626
25                            nancy_bistany@ilnd.uscourts.gov
```

```
 1    APPEARANCES:   (Continued)
 2
      For The Reynolds &      GIBBS & BRUNS LLP
 3    Reynolds Company:       BY:  MR. ROSS M. MacDONALD
                                   MS. AUNDREA K. GULLEY
 4                            1100 Louisiana, Suite 5300
                              Houston, Texas   77002
 5                            (713) 650-8805
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1              (Proceedings heard telephonically and in open court:)
2              THE CLERK:  18 Civil 864, In Re: Dealer Management
3    Systems Antitrust Litigation, for telephone conference.
4              THE COURT:  Okay.  Good morning, everybody.  It's
5    Judge Gilbert.
6              We're on the record.  We have a court reporter, Nancy
7    Bistany.  And I'm going to ask counsel who want to be reflected
8    as appearing of record to state their appearances now and then
9    also to send an email to our court reporter directly with your,
10   you know, name and appearance information to Nancy,
11   Nancy_Bistany@ilnd.uscourts.gov.
12             And I'm also communicating a request from our court
13   reporter that when you speak, you speak clearly, slowly, and
14   into the microphone and also identify yourself before you speak
15   so the proper name can be associated with the person who is
16   speaking.
17             Okay.  Let's start with appearances for plaintiff or
18   plaintiffs, and then we'll move to defense counsel.
19             MR. DORRIS:  Good morning, Your Honor.
20             This is Dan Dorris for -- from Kellogg Hansen on
21   behalf of Authenticom.
22             MR. HO:  Good morning, Your Honor.
23             This is Derek Ho, also from Kellogg Hansen.
24             THE COURT:  Anybody else on the plaintiffs' side?
25             Okay.  For the defendants?
```

1    MR. MacDONALD: Good morning, Your Honor. This is --
2 good morning, Your Honor.
3    This is Ross MacDonald of Gibbs & Bruns for
4 defendant, The Reynolds & Reynolds Company.
5    And also on the line is Aundrea Gulley, also of
6 Gibbs & Bruns.
7    THE COURT: Okay. And just FYI, you're a little bit
8 garbled or breaking up. I don't know if it's because you're
9 speaking on a speaker from a cell phone, or whatever, just FYI.
10    And any other appearance?
11    MS. MILLER: Good morning, Your Honor.
12    Britt Miller of Mayer Brown on behalf of CDK Global,
13 LLC.
14    THE COURT: Okay. Anybody else?
15    And, Ms. Miller, we heard you fine.
16    MS. MILLER: Thank you, Your Honor.
17    THE COURT: Okay. Are you all hearing me? If you're
18 not hearing me, say so, okay, like now.
19    (No response.)
20    THE COURT: Okay. Good.
21    Okay. This is the way I think we ought to proceed
22 here. I mean, I -- as you know, I sent you pretty detailed
23 inclinations based upon the review of the documents, and I
24 wanted -- I wanted you to have those in advance of the hearing.
25 I thought it would expedite matters before the hearing,

1 of this litigation. And I don't know whether it mentions
2 additionally suing CDK or suing them for, you know, an alleged
3 conspiracy between Reynolds and CDK, which is the focus of this
4 litigation.
5 So the fact that Authenticom was obsessed or
6 grumbling that Reynolds had taken certain actions that had as a
7 dispute impacted it negatively does not make it a document
8 created in anticipation of this litigation or because of this
9 litigation, which is the standard in this district.
10 We also (inaudible, audio feedback) --
11 THE COURT REPORTER: I'm sorry. Mr. MacDonald -- Mr.
12 MacDonald, you're breaking up on my end. I'm sorry.
13 MR. MacDONALD: Yes, I'm sorry. I'm sorry.
14 I was just going to say, in addition to it being well
15 before any litigation was instituted and presumably about a
16 different type of litigation than was ultimately filed, the
17 fact that it is a communication plan we think makes it unlikely
18 to be an attorney's work product or reflecting the mental
19 impressions of an attorney about -- about this. We think it's
20 unlikely to be work product.
21 THE COURT: Okay. Yeah, I agree. This is just not
22 attorney work product.
23 In terms of the anticipation of litigation,
24 Mr. Dorris, you know, at page .005 of the document, there's a
25 note which in my mind specifically says in so many words

1  litigation is not necessarily anticipated at this point.  It
2  could happen in the future, but this is -- this is two years
3  before anything happens and many, many -- and at least a year
4  or more before anybody has really taken any steps.
5         It's a public relations communication plan, and
6  whether or not you got a lawyer from Goodwin Proctor involved
7  or not is -- doesn't change that.  And, you know, I guess I
8  can't see how you make a description of this document on your
9  privilege log as, quote, "Confidential communications between
10 common interest parties reflecting the request for legal advice
11 of Stegmaier, Gerry regarding CDK and Reynolds' data access
12 issues."
13        Somebody has got pat little words that they put in
14 there, but when I read that, I read this document, the
15 description does not operate in the same universe as this
16 document.  So it gets produced.  It's not work product, and
17 it's not even close.
18        Tab -- you know what, I want to take -- we've been
19 going longer than I thought.  I'm going to take a five-minute
20 break here, and then we'll come back and finish the rest of the
21 documents, and we'll move on.
22        I also was going to ask the parties at the end of
23 this, by the way -- I'd like the lawyers' view on this -- I
24 know I have under advisement the motion for production of work
25 product material that's being withheld by AutoLoop.  And I'm

C E R T I F I C A T E

I, Nancy L. Bistany, certify that the foregoing is a complete, true, and accurate transcript from the telephonic record of proceedings on August 14, 2020, before the HON. JEFFREY T. GILBERT in the above-entitled matter, to the best of my ability.

*/s/ Nancy L. Bistany, CSR, RPR, FCRR*       August 20, 2020
    Official Court Reporter                           Date
    United States District Court
    Northern District of Illinois
    Eastern Division