

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Sarah Sterling Aldridge

Firm   Barrett Law Group, P.A.

Street Address   404 Court Square North

City/State/Zip Code   Lexington, MS 39095

Phone Number   (662) 834-2488

Email address   saldridge@barrettlawgroup.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.
Sarah Sterling Starns

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:20-cv-02295 | Sandee's Catering v. Agri Stats | Hon. Virginia M. Kendall |
| 1:18-cv-00864 | In re: Dealer Management Sys | Hon. Robert M. Dow, Jr. |
| | | |
| | | |
| | | |
| | | |

_____   July 9, 2021
Signature of Attorney                        _____
                                                            Date

Rev. 01272016