# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Reynolds and Reynolds Company, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>Mark Brnovich, et al.,<br><br>Defendants,<br><br>and<br><br>Arizona Automobile Dealers Association,<br><br>Intervenor Defendant. | No. CV-19-04849-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal of Action with Prejudice as to CDK Global, LLC (Doc. 159). Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 159).

**IT IS FURTHER ORDERED** dismissing all claims asserted by CDK Global, LLC in this action with prejudice, with each party to bear its own costs and attorney's fees as to such claims. Plaintiff Reynolds will remain as the sole plaintiff in the litigation.

**IT IS FURTHER ORDERED** all future filings shall use the above caption.

/ / /

/ / /

1      **IT IS FURTHER ORDERED** directing the Clerk of the Court to reflect the caption
2 change on the Court's docket.
3      Dated this 30th day of November, 2021.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge