# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Reynolds and Reynolds Company, a corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mark Brnovich, et al.,<br><br>　　　　Defendants,<br><br>and<br><br>Arizona Automobile Dealers Association,<br><br>　　　　Intervenor Defendant. | No. CV-19-04849-PHX-GMS<br><br>**ORDER** |

Before the Court is parties' Stipulation for Dismissal of Action With Prejudice (Doc. 165). Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 165) and dismissing this action with prejudice, each party to bear their own costs and attorney's fees. The Telephonic Case Management Conference set for January 28, 2022 at 10:00 a.m. is **vacated**.

Dated this 27th day of December, 2021.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge