# Exhibit A

| | |
|---|---|
| **From:** | Support Department <support@authenticom.com> |
| **Sent:** | Monday, November 1, 2021 12:42 PM |
| **To:** | Lindsey Gallagher |
| **Subject:** | Systems Offline - Update |

<u>View this email in your browser</u>



Dear Valued Partner,

At approximately 11:00 am CST on 10/31, we identified a credible security threat on our Microsoft Azure servers that could affect the availability of our systems. Out of an abundance of caution, we have taken our systems offline.

We are engaged in bringing our systems back online. This is going to take some time, which means we will be down at least for today. We know even a short outage is incredibly difficult for our partners, but we will keep you fully informed as we make progress and know more.

In addition to our systems, all of our communication channels will be unavailable for the time being. These channels include Website Chat, Outlook, Zendesk, and Slack.

Again, we are very sorry for the inconvenience this causes you but please be patient as we work to bring everything back online.

Thank you,

**The Authenticom Team**

support@authenticom.com



400 Main Street

Suite 300

La Crosse, Wi 54601

Add us to your address book

*Copyright © 2021 Authenticom, All rights reserved.*

You are receiving this email because you are a current DealerVault or Authenticom user.

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.