# Exhibit B

| | |
|---|---|
| **From:** | Support Department <support@authenticom.com> |
| **Sent:** | Wednesday, November 3, 2021 10:35 PM |
| **To:** | Lindsey Gallagher |
| **Subject:** | Systems Offline - Update |

View this email in your browser



Dear Valued Partner,

We want to follow up on our recent communications about a security threat impacting our Microsoft Azure servers. We have greatly appreciated your patience despite this temporary disruption, and we want to make sure you have the latest information, as well as what to expect in the coming days.

On 10/31, we deliberately took all of our systems offline due to a security threat that was detected on our Microsoft Azure servers. Due to the security measures we have in place, our team was able to swiftly disconnect and secure our systems. We take this situation extremely seriously.

We have been making progress in bringing our systems online as quickly and safely as possible. We are pleased to inform you that we have made significant progress in restoring our systems and are expecting some of them to be back online this evening. The process to restore the remainder of our systems will take time to complete, but we wanted to provide you with additional detail on sequence in which systems will be available.

First, we will re-establish the communication channels with our support team, such as Outlook, Zendesk, and Slack. We will begin replying to your emails, calls, and

Zendesk tickets as those are available.

Second, we will bring up our web services and websites, which will provide access to our product sites, but will be functionality-limited.

We will then restore databases, APIs, processing, hygiene, and other backend functions that power our products.

We take seriously our responsibility to protect the data entrusted to us, and our security protocols are formed with the intention to maintain that responsibility. We know the last few days have been very frustrating and thank you again for your patience. We know this is a large inconvenience for you. Please know that the ongoing safety of your data is the most important thing to us, and we will not be fully online until it is safe to do so.

Please direct any questions to Lori Wilkins, Chief Operations Officer, at lori.wilkins@authenticom.com.

Signed,

Stephen Cottrell
Founder, CEO





400 Main Street

Suite 300

La Crosse, Wi 54601

Add us to your address book

*Copyright © 2021 Authenticom, All rights reserved.*

You are receiving this email because you are a current DealerVault or Authenticom user.

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.