# Exhibit C

| | |
|---|---|
| **From:** | Support Department <support@authenticom.com> |
| **Sent:** | Friday, November 5, 2021 3:53 PM |
| **To:** | Lindsey Gallagher |
| **Subject:** | Systems Offline - Update |

View this email in your browser



Dear Valued Partner,

As promised, we wanted to provide an update on our current restoration status:

While our investigation into the nature and scope of the incident is ongoing, we are able to inform you that, based on our investigation to date, no data was taken from our Azure environment which includes our DealerVault product.

We continue to make progress toward restoration of our systems. As mentioned in our update yesterday, we were able to re-establish our communication channels such as Zendesk, email, and Slack. We are still working on getting our teams online to begin responding to your inquiries and will do so as soon as possible.

We cannot thank you enough for your patience and understanding during this time. We are being extremely deliberate and cautious as we bring up each of our systems to ensure they are re-established safely and securely.  Completing this process will take some time. At the very minimum, this process will continue through early next week. We are currently working to bring up our web services and websites and will continue to provide updates on our progress as soon as they are available.

Thank you again for your continued patience and support.

Thank you,

**The Authenticom Team**

support@authenticom.com

Share Tweet Forward

**AUTHENTICOM**
CONNECTING THE WORLD TO DATA

400 Main Street

Suite 300

La Crosse, Wi 54601

Add us to your address book

*Copyright © 2021 Authenticom, All rights reserved.*

You are receiving this email because you are a current DealerVault or Authenticom user.

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.