# Exhibit D

| | |
|---|---|
| **From:** | Support Department <support@authenticom.com> |
| **Sent:** | Monday, November 8, 2021 4:30 PM |
| **To:** | Lindsey Gallagher |
| **Subject:** | Systems Offline - Update |

View this email in your browser



Dear Valued Partner,

As you know, we have been working around the clock over the last week with Microsoft Azure and a team of experts to address the recent security incident and to safely bring our systems back online. We recognize the impact this has had on your business, our trusted partners.  Today, I want to provide additional information about what we have learned.

On October 31, we detected a security threat that prompted us to take all of our systems offline.  Our automated security systems and people that responded to the initial alerts did exactly what they were supposed to do to protect your data.  Based on our investigation to date, it appears that we were the subject of a ransomware attack that we were able to interrupt with our response.

Critically, we and our forensic experts have been able to confirm the following: There is no evidence that any of our customers' data was compromised or removed.  Instead, the attack was in the process of disrupting our system operations when we caught it.  Unfortunately, while the data remained protected, the bad actors were able to inflict significant damage to our systems.

Our number one priority now is to resume normal business operations as expeditiously as we can.  We continue to work tirelessly with Microsoft and our team

of experts to do that, but we want to be transparent that this process is going to take more time to complete.  As we work to complete the restoration, we will look for opportunities to enhance our existing security measures to be even more robust and threat resistant.

The continued support, kind words of encouragement, and patience and understanding from our partners have meant so much at this difficult time.  Thank you!

Our operations and support teams are coming online now. We will continue to provide frequent updates on the restoration status.

I am so incredibly sorry for the inconvenience and concern this incident has caused. Our systems will be back online; we will return to normal business operations; and we will be stronger and more resilient than ever.  I promise you.

Thank you,

*[signature]*

**Stephen Cottrell**
CEO



Share    Tweet    Forward

AUTHENTICOM™
CONNECTING THE WORLD TO DATA

400 Main Street

Suite 300

La Crosse, Wi 54601

Add us to your address book

Suite 300

La Crosse, Wi 54601

Add us to your address book

*Copyright © 2021 Authenticom, All rights reserved.*

You are receiving this email because you are a current DealerVault or Authenticom user.

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.