# Exhibit E

| | |
|---|---|
| **From:** | Support Department <support@authenticom.com> |
| **Sent:** | Friday, November 12, 2021 4:12 PM |
| **To:** | Lindsey Gallagher |
| **Subject:** | Systems Offline - Update |

View this email in your browser



Dear Valued Partner,

We cannot thank you enough for your continued patience as we work to bring our systems back online. To ensure our systems are brought back up in the safest and most secure manner, we are taking a two-pronged approach. Our team is simultaneously restoring our systems while, where possible, applying upgrades to ensure we continue to operate with state-of-the-art equipment and backend environments. Applying these upgrades will not cause any delays in bringing our systems back online, which we are close to doing.

Our current priorities are to restore our data collection, data processing, data hygiene, and data delivery services.

Our support team is actively addressing your questions and concerns, and we wanted to provide some clarity based on the most common questions we are receiving:

**Q:** When will you be back online?
**A:** Our number one priority is to resume normal business operations as expeditiously as we can. We continue to work tirelessly with Microsoft and our team of experts to do that. We are making significant progress and expect to resume normal business operations in the very near term.

**Q:** Was my data compromised?

**A:** We and our forensic experts have been able to confirm that there is no evidence that any of our customers' data was compromised or removed. Instead, the attack was in the process of disrupting our system operations when we caught it.

**Q:** Data is being sent to your FTP sites but data is not updating and delivering. Why is that?

**A:** While our FTP sites are available, our data processing and delivery services are not yet up. We are queueing these files for when those systems are available.

Please closely monitor our status update page, and we will continue to communicate updates as they are available.

Thank you,

**The Authenticom Team**

support@authenticom.com



400 Main Street
Suite 300
La Crosse, Wi 54601
Add us to your address book

*Copyright © 2021 Authenticom, All rights reserved.*
You are receiving this email because you are a current DealerVault or Authenticom user.

Want to change how you receive these emails?

You can <u>update your preferences</u> or <u>unsubscribe from this list</u>.