UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                Plaintiff,

v.

            Case No.: 1:18−cv−00864
            Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 21, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In a comprehensive memorandum opinion and order [1321] issued today, the Court ruled as follows on the parties' pending motions to exclude certain witnesses under Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993): The motions to exclude the testimony of Dr. Michael A. Williams [881] and Allan Stejskal [883] are granted in part and denied in part. The motions to exclude the testimony of Gordon Klein [863], Daniel L. Rubinfeld [867], Dr. Kevin Murphy [873], Dr. Mark Israel [877], Catherine Lawton [879], and Bryan Halpin [887] are denied. The motion to exclude the testimony of Nancy Miracle [885] is granted in part, denied in part, and deferred in part. The motion to exclude the testimony of Edward M. Stroz [859] is denied in part and deferred in part. The Court is aware that it will take some time for counsel to digest the 106−page opinion and is interested in obtaining the parties' views on how, if at all, these rulings may affect the pending summary judgment motions. To that end, the parties are given until 2/18/2022 to file supplemental briefs of no more than 20 pages providing their views and until 3/4/2022 to file response briefs of no more than 15 pages addressing any points raised in the initial supplemental briefs. The parties are also requested to file a joint status report no later than 3/4/2022 advising the Court of any other pertinent developments of which they believe the Court should be aware (e.g., supplemental authority, settlement prospects, etc.). Unless the parties suggest in their joint status report a different course, the Court will then prepare and issue a second, comprehensive opinion disposing of the summary judgment motions. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.