**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Dealer Management Systems Antitrust Litigation, et al.

                Plaintiff,

v.

CDK Global, LLC, et al.

                Defendant.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 3, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On January 21, 2022, the Court issued a minute entry setting a schedule for supplemental briefing as follows: "the parties are given until 2/18/2022 to file supplemental briefs of no more than 20 pages providing their views and until 3/4/2022 to file response briefs of no more than 15 pages addressing any points raised in the initial supplemental briefs. The parties are also requested to file a joint status report no later than 3/4/2022 advising the Court of any other pertinent developments of which they believe the Court should be aware (e.g., supplemental authority, settlement prospects, etc.)." Counsel have contacted the Courtroom Deputy seeking clarification of how many briefs are permitted under this order. Consistent with the organization of the case from the outset [see 123], the Court anticipated and now makes clear that it will allow supplemental briefs to be filed by each of the four main parties or clusters of parties: (1) Dealers, (2) Autoloop/Authenticom/MVSC, (3) CDK, and (4) Reynolds. Although many of the arguments on the Daubert motions overlapped, particularly on the Defendants' side, there may be some divergence of views as it relates to summary judgment or other pertinent developments that one or another party wants to draw to the Court's attention. Accordingly, the Court has erred on the side of too much information, rather than not enough, but stresses that the parties need not use all of the allotted pages and that brevity will be appreciated where it is possible. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.