IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ALL CASES* | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND A JOINT STATUS REPORT**

Plaintiffs Authenticom, Inc. ("Authenticom"), Loop, LLC, d/b/a AutoLoop ("AutoLoop"), and Motor Vehicle Software Corporation ("MVSC") (collectively, "Movants") respectfully move this Court for a one-week extension of time for the parties to file their supplemental briefs, response briefs, and a joint status report.

On January 21, 2022, the Court issued a Memorandum Opinion and Order regarding pending Daubert motions ("Opinion"). Dkt. 1321. In a Minute Entry the same day, the Court set a briefing schedule providing for the parties to file supplemental briefs by February 18, 2022, regarding their views about the impact of the Opinion on pending summary judgment motions. *See* Dkt. 1322. The Court also requested that parties file any response briefs and a joint status report by March 4, 2022. *Id.* On February 3, 2022, the Court issued another Minute Entry providing clarification of the Court's January 21, 2022 Minute Entry. *See* Dkt. 1323.

Plaintiffs Authenticom, AutoLoop, and MVSC hereby request a one-week extension of the above deadlines. The personal and health circumstances of Movants' counsel since the Court's Minute Entry, combined with the press of other matters, constitute good cause for a modest extension, which will permit Movants to submit supplemental briefs that better assist the Court.

Counsel for Dealership Class Plaintiffs, Defendant CDK Global, LLC, and Defendant The Reynolds and Reynolds Company have stated that they do not oppose this motion.

The extension request will result in the deadlines shown in the table below.

| Parties to file supplemental briefs | February 25, 2022 |
| --- | --- |
| Parties to file responses to supplemental briefs | March 11, 2022 |
| Parties to file a joint status report | March 11, 2022 |

Dated: February 15, 2022

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

*MDL Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on February 15, 2022, I caused a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND A JOINT STATUS REPORT** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,**
  **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

3