**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>*ALL CASES* | Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF MOTION**

To: All Counsel of Record

PLEASE TAKE NOTICE that, on **Thursday, February 17, 2022, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, Plaintiffs Authenticom, Inc., Loop, LLC, d/b/a AutoLoop, and Motor Vehicle Software Corporation will appear before the Honorable Robert M. Dow, Jr., and present **PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND A JOINT STATUS REPORT,** a copy of which is served upon you through the CM/ECF filing system.

- 2 -

Dated:  February 15, 2022

/s/ Derek T. Ho
Derek T. Ho
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

*MDL Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on February 15, 2022, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                      */s/ Derek T. Ho*
                                      Derek T. Ho
                                      KELLOGG, HANSEN, TODD,
                                       FIGEL & FREDERICK, P.L.L.C.
                                      1615 M Street, NW, Suite 400
                                      Washington, D.C. 20036
                                      (202) 326-7900
                                      dho@kellogghansen.com