IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2817<br>Case No. 18 C 864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## FOURTH MOTION OF DEREK T. HO AND SAMUEL ISSACHAROFF FOR RENEWAL OF MDL LEADERSHIP APPOINTMENT

The following counsel hereby move this Court for an order renewing their leadership appointments in the above-captioned multidistrict litigation.[1] Reynolds and CDK have stated they do not intend to file an opposition to the motion at this time.

**MDL Co-Lead Counsel:**

    Derek T. Ho
    Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
    1615 M Street, NW, Suite 400
    Washington, D.C. 20036

**MDL Coordinating Counsel:**

    Samuel Issacharoff
    40 Washington Square South
    New York, NY 10012

---

[1] Judge St. Eve, who formerly presided over this case, made the above appointments in an Order dated April 16, 2018 (Dkt. 123) for a period of one year, expiring on April 16, 2019. The Court issued an Order (Dkt. 644) granting the parties' motions for renewal of MDL Leadership (Dkts. 624 and 627) for a period of one year expiring on April 16, 2020. The Court then issued an Order (Dkt. 944) granting the parties' motions for renewal of MDL Leadership (Dkts. 941 and 942) for a period of one year expiring on April 16, 2021. Last year, the Court issued an Order (Dkt. 1285) granting the parties' motions for renewal of MDL Leadership (Dkts. 1281 and 1283) for a period of one year expiring on April 16, 2022.

## CONCLUSION

The Court should renew the leadership appointments of the aforementioned counsel, in the above-captioned matter.

Dated: April 6, 2022                          Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
dho@kellogghansen.com

***MDL Co-Lead Counsel***


Samuel Issacharoff
40 Washington Square South
New York, NY 10012

***MDL Coordinating Counsel***

## **CERTIFICATE OF SERVICE**

      I, Derek T. Ho, an attorney, hereby certify that on April 6, 2022, I caused a true and correct copy of the foregoing **FOURTH MOTION OF DEREK T. HO AND SAMUEL ISSACHAROFF FOR RENEWAL OF MDL LEADERSHIP APPOINTMENT** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                               */s/ Derek T. Ho*
                                               Derek T. Ho
                                               **KELLOGG, HANSEN, TODD,**
                                                  **FIGEL & FREDERICK, P.L.L.C.**
                                               1615 M Street, NW, Suite 400
                                               Washington, D.C. 20036
                                               (202) 326-7900
                                               dho@kellogghansen.com