# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 7, 2022:

    MINUTE entry before the Honorable Robert M. Dow, Jr: On the basis of the Court's determination that the leadership structure in this MDL continues to function well and that all Plaintiffs are well represented at this time, the Court grants the motion for renewal of MDL Leadership Co−Lead Counsel Derek Ho and MDL Coordinative Counsel Samuel Isaacharoff [1337] for a period of one−year expiring on April 16, 2022. The Court does not see any need for a more formal re−application process at this time. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.