IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>**This Document Relates to All Cases** | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Jeffrey T. Gilbert |

## DEALERSHIP CLASS COUNSEL'S AND LIAISON COUNSEL'S UNOPPOSED MOTION FOR RENEWAL OF LEADERSHIP APPOINTMENT

The following counsel hereby move this Court for an order renewing their leadership appointments,[1] and their respective firms' appointments, in the above-captioned multidistrict litigation. This motion is unopposed.

**Co-Lead Counsel / Dealership Interim Lead Class Counsel:**

Peggy J. Wedgworth
Milberg Coleman Bryson Phillips Grossman, PLLC
100 Garden City Plaza
Garden City, NY 11530

**Plaintiffs' Steering Committee Members:**

Leonard A. Bellavia
Bellavia Blatt, PC
200 Old Country Road, Suite 400
Mineola, NY 11501

---

[1] Judge St. Eve, who formerly presided over this case, made the above appointments in an Order dated April 16, 2018 (ECF No. 123) for a period of one year, expiring on April 16, 2019. This Court then issued an Order (ECF No. 644) granting the parties' motions for renewal of leadership (ECF Nos. 624 and 627) for a period of one year, expiring on April 16, 2020. The Court then issued an Order (ECF No. 944) granting the parties' motions for renewal of MDL Leadership (ECF Nos. 941 and 942) for a period of one year expiring on April 16, 2021. Last year, the Court issued an Order (ECF No. 1285) granting the parties' motions for renewal of MDL Leadership (ECF Nos. 1281 and 1283) for a period of one year expiring on April 16, 2022.

Daniel Hedlund and Michelle Looby
Gustafson Gluek, PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

James Barz and Frank Richter
Robbins Geller Rudman & Dowd LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606

**Liaison Counsel:**

Robert A. Clifford
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602

## CONCLUSION

    The Court should renew the leadership appointments of the aforementioned counsel, and their firms, in the above-captioned matter.

DATED: April 8, 2022               Respectfully submitted,

                              */s/ Peggy J. Wedgworth*
                              Peggy J. Wedgworth (*pro hac vice*)
                              Elizabeth McKenna (*pro hac vice*)
                              **MILBERG COLEMAN BRYSON**
                              **PHILLIPS GROSSMAN, PLLC**
                              100 Garden City Plaza
                              Garden City, NY 11530
                              Tel: (212) 594-5300
                              Fax: (212) 868-1229
                              pwedgworth@milberg.com
                              emckenna@milberg.com

                              ***Interim Lead Counsel for the Dealership Class***

Leonard A. Bellavia (*pro hac vice*)
**BELLAVIA BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
Tel: (516) 873-3000
Fax: (516) 873-9032
lbellavia@dealerlaw.com

*Dealership Class Plaintiffs' Steering Committee*

Daniel C. Hedlund (*pro hac vice*)
Michelle J. Looby (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

*Dealership Class Plaintiffs' Steering Committee*

James E. Barz
Frank Richter
**ROBBINS GELLER RUDMAN & DOWD LLP**
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

*Dealership Class Plaintiffs' Steering Committee*

Robert A. Clifford
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, 31 Floor
Chicago, Illinois 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
RAC@cliffordlaw.com

*MDL Liaison Counsel*

**CERTIFICATE OF SERVICE**

I, Peggy J. Wedgworth, an attorney, hereby certify that on April 8, 2021, I caused a true and correct copy of the foregoing **DEALERSHIP CLASS COUNSEL'S AND LIAISON COUNSEL'S UNOPPOSED MOTION FOR RENEWAL OF LEADERSHIP APPOINTMENT** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              */s/ Peggy J. Wedgworth*