# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00864

Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 12, 2022:

MINUTE entry before the Honorable Robert M. Dow, Jr: On the basis of the Court's determination that the leadership structure in this MDL continues to function well and that all Plaintiffs are well represented at this time, the Court grants the motion for renewal of MDL Lead Co−Counsel Peggy Wedgworth, Plaintiffs' Steering Committee Members Leonard Bellavia, Daniel Hedlund, Michelle Looby, James Barz, and Frank Richter, and Liaison Counsel Robert Clifford [1341] for a period of one−year expiring on April 16, 2023. The Court corrects its order entered on April 7, 2022 [see 1340] to indicate that the term for MDL Leadership Co−Lead Counsel Derek Ho and MDL Coordinative Counsel Samuel Isaacharoff is also renewed through April 16, 2023 not April 16, 2022 as erroneously stated in the prior order. The Court does not see any need for a more formal re−application process at this time as to any of Plaintiffs' counsel. Notice of motion date of 4/14/2022 is stricken and no appearances are necessary at this time. The Court thanks all counsel for the supplemental briefs that have been filed since it issued the Daubert rulings. The summary judgment motions remain under advisement and another comprehensive memorandum opinion and order will issue in due course. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.