IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: Dealer Management Systems Antitrust Litigation, | Case No. 18-cv-864<br>Judge Robert M. Dow |

**ORDER**

Motion of Attorney Jayme Weber to withdraw as counsel for Individual and Vendor Class Plaintiffs [1344] is granted.

Date: 4/18/2022 /s/ Judge Dow