

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Michael Schrag

Firm   Gibbs Law Group LLP

Street Address   1111 Broadway, Suite 2100

City/State/Zip Code   Oakland, California 94607

Phone Number   (510) 350-9700

Email address   mls@classlawgroup.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-00864 | In Re: Dealer Management Systems Antitrust Litigation | Hon. Robert M. Down, Jr. |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Michael Schrag                                    May 25, 2022
**Signature of Attorney**                          Date

Rev. 01272016