

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Eric H. Gibbs

Firm   Gibbs Law Group LLP

Street Address   1111 Broadway, Suite 2100

City/State/Zip Code   Oakland, California 94607

Phone Number   (510) 350-9700

Email address   ehg@classlawgroup.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-00864 | In Re: Dealer Management Systems Antitrust Litigation | Hon. Robert M. Down, Jr. |
| 1:14-cv-01748 | In Re Testosterone Replacement Therapy Products Liability Litigation, et al. | Hon. Matthew F. Kennelly |
| 1:21-cv-00135 | In Re: Clearview AI, Inc., Consumer Privacy Litigation | Hon. Sharon Johnson Coleman |
| 1:20-cv-04699 | In Re: TikTok, Inc., Consumer Privacy Litigation | Hon. John Z. Lee |
|  |  |  |
|  |  |  |

/s/ Eric H. Gibbs                                        May 26, 2022

Signature of Attorney                                   Date

Rev. 01272016