# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 |
| This Document Relates To: | Case No. 18-cv-00864 |
| *Authenticom, Inc. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00868 (N.D. Ill.) | Hon. Robert M. Dow, Jr. Magistrate Judge Jeffrey T. Gilbert |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF AUTHENTICOM'S CLAIMS AGAINST REYNOLDS AND REYNOLDS'S COUNTERCLAIMS AGAINST AUTHENTICOM

WHEREAS, Plaintiff/Counter-Defendant Authenticom, Inc. ("Authenticom"), and Defendant/Counter-Plaintiff The Reynolds and Reynolds Company ("Reynolds") have settled their claims and counterclaims against each other in the above-referenced litigation.

IT IS HEREBY STIPULATED, by and between Authenticom and Reynolds, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

(1) Authenticom's claims against Reynolds, originally filed on May 1, 2017, in Case No. 3:17-cv-00318 (W.D. Wis.) (Dkt. 1), which were subject to a February 1, 2018 Transfer Order issued by the Judicial Panel on Multidistrict Litigation, MDL No. 2817 (Dkt. 63), and transferred to this Court on February 2, 2018, *Authenticom* Docket, Case No. 18-cv-00868 (N.D. Ill.) (Dkt. 248); and

(2) Reynolds's counterclaims against Authenticom, filed June 29, 2018 in the MDL Master Docket, Case No. 18-cv-00864 (N.D. Ill.) (Dkt. 225 and 226), and in the *Authenticom* Docket, Case No. 18-cv-00868 (N.D. Ill.) (Dkt. 260 and 265),

are hereby voluntarily dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs, including but not limited to those provided for by Fed. R. Civ. P. 54.

This Stipulation moots the need to decide the following summary judgment motions pending between Reynolds and Authenticom: (1) Dkt. 777; (2) Dkt. 976; and (3) Dkt. 964. Reynolds and Authenticom note, however, that certain arguments made in those motions are incorporated by reference into other motions for summary judgment that remain pending.

This stipulation shall not affect the rights or claims of any other parties in this MDL.

Dated: May 27, 2022

Respectfully submitted,

___/s/ Derek T. Ho___

Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Daniel V. Dorris
KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Counsel for Authenticom, Inc.*

___/s/ Aundrea K. Gulley___

Aundrea K. Gulley
Brian T. Ross
Brice A. Wilkinson
Ross M. MacDonald
GIBBS & BRUNS LLP
1100 Louisiana Street, Suite 5300
Houston, Texas 77002
(713) 650-8805

Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900

*Counsel for The Reynolds and Reynolds Company*