# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                              Plaintiff,

v.                                                                    Case No.: 1:18−cv−00864

                                                                     Honorable Robert M. Dow Jr.

CDK Global, LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 8, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: This case is set for a brief telephonic status hearing on 8/16/2022 at 9:30 a.m, at which the Court will provide an update on the timeline for its anticipated ruling on the pending motions for summary judgment and surface a few issues that counsel will need to consider after that ruling is issued. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. For planning purposes, the Court does not anticipate that the hearing will last more than 10−15 minutes, maybe less. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.