UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DEALER MANAGEMENT SYSTEMS
ANTITRUST LITIGATION        MDL No. 2817

## ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Northern District of Illinois.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Rebecca R. Pallmeyer for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

_____
Karen K. Caldwell
Chair