

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   George C. Aguilar

Firm   Robbins LLP

Street Address   5060 Shoreham Place, Suite 300

City/State/Zip Code   San Diego, CA 92122

Phone Number   (619) 525-3990

Email address   gaguilar@robbinsllp.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 18 C 864, MDL No. 2817 | In re: Dealer Mgmt. Sys. | Hon. Rebecca R. Pallmeyer |
| | Antitrust Litig. | |
| | | |
| | | |
| | | |
| | | |

s/ George C. Aguilar                                     10/28/2022

Signature of Attorney                                    Date

Rev. 01272016