# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

*In re Dealer Management Systems Antitrust Litigation, MDL 2817*

This document relates to:

**18-CV-864 and 18-CV-868**

No. 1:18-CV-864

Hon. Rebecca R. Pallmeyer

Magistrate Judge Jeffrey T. Gilbert

## MOTION TO WITHDRAW PERKINS COIE ATTORNEYS CURTIS, KEMP, LEWIS, STETSKO AND TEICHNER AS COUNSEL FOR THE REYNOLDS AND REYNOLDS COMPANY AND REQUEST FOR REMOVAL FROM SERVICE LIST

The Reynolds and Reynolds Company ("Reynolds") respectfully moves to withdraw the appearance of Perkins Coie LLP, including the following attorneys: Charles Grant Curtis, Jr., Michelle M. (Umberger) Kemp, Brandon M. Lewis, Kathleen A. Stetsko, and Caroline A. Teichner. Perkins Coie LLP and the above-named attorneys have been representing Reynolds with respect to the action originally filed against it by Authenticom, Inc. in the Western District of Wisconsin, Case No. 3:17-cv-318-jdp, and which later became part of this MDL as 18-cv-868. Authenticom, Inc. and Reynolds have settled their claims and counterclaims against each other, *see* ECF No. 1351 (Stipulation of Dismissal), and Perkins Coie does not represent Reynolds in any remaining cases. Reynolds will continue to be represented in this MDL by the law firm of Gibbs Bruns LLP and all other counsel of record.

Each of the above-listee Perkins Coie attorneys should be removed from all future pleadings and certificates of service, and each of their email addresses should be removed from ECF notifications in connection with this action.

158894611.1

DATED: October 31, 2022

Kathy Patrick
kpatrick@gibbsbruns.com
Aundrea K. Gulley
agulley@gibbsbruns.com
Brian T. Ross
bross@gibbsbruns.com
Brice A. Wilkinson
bwilkinson@gibbsbruns.com
Ross M. MacDonald
rmacdonald@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903

Michael P.A. Cohen
MCohen@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Suite 100
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202-747-1900
Facsimile: 202-747-1901

Respectfully submitted,

*/s/Michelle M. Kemp*
John S. Skilton
JSkilton@perkinscoie.com
Charles G. Curtis, Jr.
CCurtis@perkinscoie.com
Michelle M. (Umberger) Kemp
MUmberger@perkinscoie.com
Brandon M. Lewis
BLewis@perkinscoie.com
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: 608-663-7460
Facsimile: 608-663-7499

*Attorneys for Defendant
The Reynolds and Reynolds Company*

158894611.1

**CERTIFICATE OF SERVICE**

I, Michelle M. (Umberger) Kemp, an attorney, hereby certify that on October 31, 2022, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW PERKINS COIE LLP AS COUNSEL FOR THE REYNOLDS AND REYNOLDS COMPANY** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the CM/ECF System.

                                                    */s/ Michelle M. (Umberger) Kemp*
                                                    Michelle M. (Umberger) Kemp
                                                    PERKINS COIE LLP
                                                    33 East Main Street, Suite 201
                                                    Madison, WI  53703
                                                    (608) 663-7460
                                                    mumberger@perkinscoie.com