**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the Honorable Robert M. Dow Jr., has been appointed Counselor to the Chief Justice of the United States; therefore

It is hereby ordered that the Clerk is to reassign MDL 2817 (18 CV 864, *In Re: Dealer Management Systems Antitrust Litigation)*; that includes the cases listed below to the Honorable Rebecca R. Pallmeyer and the designated Magistrate Judge Jeffrey T. Gilbert.

| Case No. | Case Name |
|---|---|
| 1:17-cv-07827 | *Hartley Buick GMC Truck, Inc. v. CDK Global, LLC et al* |
| 1:18-cv-00833 | *Northtown Automotive Companies Inc. v. CDK Global, LLC et al* |
| 1:18-cv-00846 | *Cox Motors N.C., Inc. v. CDK Global, LLC* |
| 1:18-cv-00865 | *Motor Vehicle Software Corporation v. CDK Global, Inc. et al* |
| 1:18-cv-00866 | *John O'Neil Johnson Toyota, LLC v. CDK Global, LLC* |
| 1:18-cv-00867 | *Teterboro Automall, Inc. v. CDK Global, LLC et al* |
| 1:18-cv-00868 | *Authenticom, Inc. v. CDK Global, LLC et al* |
| 1:18-cv-00909 | *Bob Baker Volkswagen v. CDK Global, LLC et al* |
| 1:18-cv-00987 | *F.G. Downing Development, Inc. v. CDK Global, LLC et al* |
| 1:18-cv-00996 | *Baystate Ford Inc. v. CDK Global, LLC et al* |
| 1:18-cv-01054 | *Massey Chrysler Center, Inc. et al v. CDK Global, LLC et al (JOINT ASSIGN)* |
| 1:18-cv-01055 | *JCF Autos LLC et al v. CDK Global, LLC* |
| 1:18-cv-01056 | *Kenny Thomas Enterprises, Inc. v. CDK Global, LLC et al* |
| 1:18-cv-01057 | *Hoover Automotive, LLC v. CDK Global, LLC et al* |
| 1:18-cv-01058 | *Cox Automotive, Inc. et al v. CDK Global, LLC* |
| 1:18-cv-01402 | *Pensacola Motor Sales, Inc. v. CDK Global, LLC et al* |
| 1:18-cv-01707 | *Waconia Dodge, Inc. v. CDK Global, LLC et al* |
| 1:18-cv-02521 | *Loop LLC v. CDK Global, LLC* |
| 1:18-cv-02666 | *Apex Motor Company v. CDK Global, LLC et al* |
| 1:19-cv-00419 | *In re: Dealer Management Systems Antitrust Litig. v. CDK Global, LLC, et al.* |
| 1:19-cv-01412 | *i3 Brands, Inc. et al v. CDK Global, LLC et al* |
| 1:19-cv-02393 | *Paramount Co 2 L L C et al v. Reynolds & Reynolds Co* |
| 1:19-cv-03549 | *ACA Motors, Inc. d/b/a Continental Acura et al v. WHI Solutions, Inc.* |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 3rd day of November, 2022