# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                        Plaintiff,

v.

CDK Global, LLC, et al.

                        Defendant.

Case No.: 1:18−cv−00864

Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2022:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to withdraw as attorney [1356] is granted. Attorneys Charles Grant Curtis, Jr., Michelle M. (Umberger) Kemp, Brandon M. Lewis, Kathleen A. Stetsko, and Caroline A. Teichner are terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.