# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                              Plaintiff,

v.                                              Case No.: 1:18−cv−00864

                                                                   Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 14, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Individual and Vendor Class Plaintiffs' Motion to withdraw Daniel V. Dorris as attorney [1362] is granted. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.