# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

        Plaintiff,

v.

CDK Global, LLC, et al.

        Defendant.

Case No.: 1:18−cv−00864
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 12, 2022:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to stipulation [1351], all claims of Authenticom, Inc., against the Reynolds and Reynolds Company ("Reynolds") and all of Reynolds' counterclaims against Authenticom are dismissed with prejudice. Motions for summary judgment related to these claims ([777, 964, 876]) are stricken as moot. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.