# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*<br><br>This document relates to:<br><br>*ALL CASES* | MDL No. 2817<br>No. 1:18-CV-00864<br><br>Hon. Rebecca R. Pallmeyer<br><br>Magistrate Judge Jeffrey T. Gilbert |

### DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO WITHDRAW MICHAEL P.A. COHEN AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

Defendant The Reynolds and Reynolds Company ("Reynolds") hereby moves to withdraw Michael P.A. Cohen as counsel for Reynolds in the above-captioned matters and requests the Clerk of the Court remove his email address from its ECF notifications in connection with this action. Reynolds continues to be represented by Leo D. Caseria of Sheppard Mullin Richter & Hampton LLP; Aundrea K. Gulley, Brian Ross, Brice A. Wilkinson, and Ross M. MacDonald of Gibbs & Bruns LLP, and all other counsel of record, and all future correspondence and papers in this action should continue to be directed to them.

[Signature block on following page]

| | |
|---|---|
| Dated: January 31, 2023 | Respectfully submitted,<br><br>/s/ *Leo D. Caseria*<br><br>Aundrea K. Gulley<br>Brian T. Ross<br>Brice A. Wilkinson<br>Ross M. MacDonald<br>GIBBS & BRUNS LLP<br>1100 Louisiana Street<br>Suite 5300<br>Houston, TX 77002<br>(713) 751-5258<br>agulley@gibbsbruns.com<br>bross@gibbsbruns.com<br>bwilkinson@gibbsbruns.com<br>rmacdonald@gibbsbruns.com<br><br>Leo D. Caseria<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>2099 Pennsylvania Avenue NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1900<br>lcaseria@sheppardmullin.com<br><br>*Counsel for Defendant*<br>*The Reynolds and Reynolds Company* |

## **CERTIFICATE OF SERVICE**

        I, Leo D. Caseria, an attorney, hereby certify that on January 31, 2023, I caused a true and correct copy of the foregoing **DEFENDANT THE REYNOLDS AND REYNOLDS COMPANY'S MOTION TO WITHDRAW MICHAEL P.A. COHEN AS COUNSEL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        */s/ Leo D. Caseria*
Leo D. Caseria
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
(202) 747-1900
lcaseria@sheppardmullin.com