UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | ) ) ) | MDL No. 2817 Case No. 1:18-cv-00864 |
| This Document Relates To: | ) ) ) | Assigned to: Hon. Rebecca R. Pallmeyer. Magistrate Judge: Hon. Jeffrey T. Gilbert |
| ALL ACTIONS. | ) ) ) ) | |

DEALERSHIP CLASS PLAINTIFFS' MOTION TO WITHDRAW CARMEN A. MEDICI AS
COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

4888-5748-8205.v1

I, Alexandra S. Bernay, of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), hereby move to withdraw Carmen A. Medici as counsel for Plaintiff Baystate Ford Inc. on behalf of the putative Dealership Class, in the above-captioned matters and request the Clerk of the Court remove his email address from its ECF notifications in connection with this action. Dealership Class Plaintiffs continue to be represented by other counsel from Robbins Geller, and all other counsel of record. All future correspondence and papers in this action should continue to be directed to them.

DATED: February 8, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ALEXANDRA S. BERNAY
LONNIE A. BROWNE

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630/696-4107

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

4888-5748-8205.v1

ROBBINS LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
MICHAEL J. NICOUD
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiff Baystate Ford Inc., No.
1:18-cv-00996, N.D. Ill.

4888-5748-8205.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 8, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: xanb@rgrdlaw.com

# Mailing Information for a Case 1:18-cv-00864 In Re: Dealer Management Systems Antitrust Litigation

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com

- **Sarah Sterling Aldridge**
  saldridge@barrettlawgroup.com,ntmaddux@barrettlawgroup.com

- **Gregory Asciolla**
  gasciolla@dicellolevitt.com,8567571420@filings.docketbird.com,asaldana@dicellolevitt.com

- **TYLER BAKER**
  tbaker@spencerfane.com

- **JOHN W BARRETT**
  dbarrett@barrettlawgroup.com

- **Charles F. Barrett**
  cbarrett@nealharwell.com,dgarrison@nealharwell.com

- **James E Barz**
  jbarz@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Leonard A Bellavia**
  lbellavia@dealerlaw.com

- **Alexandra S. Bernay**
  xanb@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,scaesar@rgrdlaw.com,ckopko@rgrdlaw.com

- **Justin Nicholas Boley**
  jnb@wbe-llp.com

- **Kathleen Ellen Boychuck**
  kboychuck@millerlawllc.com

- **Joshua D. Branson**
  jbranson@kellogghansen.com,aoak@kellogghansen.com

- **Lonnie A. Browne**
  LBrowne@rgrdlaw.com

- **Collin Matthew Bruck**
  cbruck@rjpltd.com

- **Leo Caseria**
  lcaseria@sheppardmullin.com,yskinner@sheppardmullin.com

- **James E. Cecchi**
  jcecchi@carellabyrne.com

- **Marco Cercone**
  cercone@ruppbaase.com

- **Pamela Carol Chalk**
  pchalk@murchisonlaw.com

- **Robert A. Clifford**
  rac@cliffordlaw.com,jmreasor@cliffordlaw.com,jg@cliffordlaw.com,sp@cliffordlaw.com,docket@cliffordlaw.com

- **Jonathan W. Cuneo**
  jonc@cuneolaw.com

- **Michael Stephen Dampier**
  stevedampier@dampierlaw.com

- **Michael Ramsey Davis**
  mdavis@gibbsbruns.com

- **Marc H. Edelson**
  medelson@edelson-law.com

- **Philip N Elbert**
  pelbert@nealharwell.com

- **Robert Edward Entwisle**
  rentwisle@mayerbrown.com,courtnotification@mayerbrown.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,ajewell@millerlawllc.com,drobinson@millerlawllc.com,JRamirez@millerlawllc.com

- **Daniel Thomas Fenske**
  dfenske@mayerbrown.com,7249438420@filings.docketbird.com,courtnotification@mayerbrown.com,rentwisle@mayerbrown.com,nwayne@mayerbrown.com

- **Michael Jerry Freed**
  mfreed@fklmlaw.com,mkhamoo@fklmlaw.com

- **Michael J. Gallagher , Jr**
  mgallagher@milberg.com

- **David Garcia**
  drgarcia@sheppardmullin.com

- **Karin E. Garvey**
  kgarvey@dicellolevitt.com,9732404420@filings.docketbird.com

- **Eric H. Gibbs**
  ehg@classlawgroup.com,ds@classlawgroup.com,1031352420@filings.docketbird.com,amm@classlawgroup.com,sal@classlawgroup.com,ccc@classlawgroup.com

- **Jed Wolf Glickstein**
  jglickstein@mayerbrown.com,jmichaels@mayerbrown.com,kroh@mayerbrown.com,courtnotification@mayerbrown.com

- **Joshua H Grabar**
  jgrabar@grabarlaw.com

- **Jennifer L. Gregor**
  jgregor@gklaw.com,kpoast@gklaw.com,ntalbott@gklaw.com

- **Daniel Guarnera**
  dguarnera@kellogghansen.com

- **Aundrea Kristine Gulley**
  agulley@gibbsbruns.com,kstehling@gibbsbruns.com

- **Joshua Hafenbrack**
  jhafenbrack@kellogghansen.com

- **Karen Halbert**
  karenhalbert@robertslawfirm.us,aprilburton@robertslawfirm.us,angeliciaisclaw@robertslawfirm.us

- **Mark W. Hancock**
  mhancock@gklaw.com,jlysne@gklaw.com,ntalbott@gklaw.com,lviola@gklaw.com

- **Anton Nasri Handal**
  thandal@murchisonlaw.com

- **Joseph S Harper**
  JHarper@foley.com

- **Kendall W Harrison**
  kharrison@gklaw.com

- **Daniel C Hedlund**
  dhedlund@gustafsongluek.com,dgoodwin@gustafsongluek.com,djakubauskiene@gustafsongluek.com

- **Derek Tam Ho**
  dho@kellogghansen.com,kira-schumm-7083@ecf.pacerpro.com,caitlan--cook-1415@ecf.pacerpro.com,kschumm@kellogghansen.com,ecf-573333207d99@ecf.pacerpro.com,cdavila@kellogghansen.com

- **Brian M. Hogan**
  bhogan@dicellolevitt.com,7244259420@filings.docketbird.com

- **Anna M. Horning Nygren**
  amhorningnygren@locklaw.com,ctevans@locklaw.com,sljuell@locklaw.com

- **John David Hughes**
  Jhughes@Milberg.com,arebouche@milberg.com,JHughes1@ecf.courtdrive.com

- **James Robert Irving**
  jirving@bgdlegal.com,jhenso@bgdlegal.com,smays@bgdlegal.com

- **Samuel Issacharoff**
  issacharoff@exchange.law.nyu.edu

- **Bloomfield Joshua**
  jjb@classlawgroup.com

- **Christopher William Kammerer**
  ckammerer@kammerermariani.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Constantine Koutsoubas**
  CKoutsoubas@KelleyDrye.com,docketing@kelleydrye.com

- **Jennifer Elizabeth Lacroix**
  jlacroix@salawus.com,docketgeneral@salawus.com

- **Michael Thomas Layden**
  mlayden@rjpltd.com,cbohar@rjpltd.com,tfitch@rjpltd.com,lstrzempek@rjpltd.com,jsargent@rjpltd.com,jsutton@rjpltd.com

- **Jeffery G Long**
  jglong@kellogghansen.com

- **Michelle J. Looby**
  mlooby@gustafsongluek.com

- **MICHAEL MARTINEZ**
  michael.martinez@mayerbrown.com

- **Ross M. MacDonald**
  rmacdonald@gibbsbruns.com

- **Andrew Stanley Marovitz**
  amarovitz@mayerbrown.com,1441119420@filings.docketbird.com,courtnotification@mayerbrown.com

- **Christopher Massaroni**
  cmassaroni@hodgsonruss.com,oneroni@hodgsonruss.com

- **Ralph Edward Massey , Jr**
  em@claymassey.com

- **Christopher J McDonald**
  cmcdonald@labaton.com,lpina@labaton.com,4082127420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Elizabeth Anne McKenna**
  emckenna@milberg.com,emckenna@ecf.courtdrive.com,MAOffice@milberg.com

- **David Malcolm McMullan , Jr**
  dmcmullan@barrettlawgroup.com

- **Shannon Marie McNulty**
  smm@cliffordlaw.com,jmreasor@cliffordlaw.com,smarquez@cliffordlaw.com,docket@cliffordlaw.com

- **James Landon Mcginnis**
  jmcginnis@sheppardmullin.com

- **Carmen A. Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com

- **Douglas A Millen**
  doug@fklmlaw.com

- **Britt Marie Miller**
  bmiller@mayerbrown.com,mstride@mayerbrown.com,courtnotification@mayerbrown.com,6535459420@filings.docketbird.com

- **Kevin J. Miller**
  kmiller@kellogghansen.com,scampos@kellogghansen.com,ecf-2337915f05f1@ecf.pacerpro.com,dmcgowan@kellogghansen.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

- **David W. Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,lbrowne@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **John Nadolenco**
  jnadolenco@mayerbrown.com,2071822420@filings.docketbird.com,hpark@mayerbrown.com,ladocket@mayerbrown.com

- **Michael N. Nemelka**
  mnemelka@kellogghansen.com,awhite@kellogghansen.com,akizzie@kellogghansen.com,aoak@kellogghansen.com

- **Jeffrey Thomas Norberg**
  jnorberg@nealmcdevitt.com,docketing@nealmcdevitt.com,dbaumann@nealmcdevitt.com,3470375420@filings.docketbird.com,apierce@nealmcdevitt.com

- **Aaron Martin Panner**
  apanner@kellogghansen.com,ecf-b3d8cd1668e1@ecf.pacerpro.com,hwallace@kellogghansen.com,shochman@kellogghansen.com

- **Justin David Patrick**
  jpatrick@gibbsbruns.com

- **Kathy D. Patrick**
  kpatrick@gibbsbruns.com

- **Richard J. Prendergast**
  rprendergast@rjpltd.com,cbohar@rjpltd.com,tfitch@rjpltd.com,lstrzempek@rjpltd.com,jsargent@rjpltd.com,jsutton@rjpltd.com

- **Matthew David Provance**
  mprovance@mayerbrown.com,1004824420@filings.docketbird.com,courtnotification@mayerbrown.com

- **William N. Reed**
  wreed@bakerdonelson.com

- **Allison W Reimann**
  areimann@gklaw.com,sulrich@gklaw.com,ntalbott@gklaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Mike L. Roberts**
  mikeroberts@robertslawfirm.us,aprilburton@robertslawfirm.us,angeliciaisclaw@robertslawfirm.us

- **Victoria Romanenko**
  vicky@cuneolaw.com

- **Brian T. Ross**
  bross@gibbsbruns.com

- **Mark W. Ryan**
  mryan@mayerbrown.com,wdc.docket@mayerbrown.com

- **Gary K Salomons**
  gary@salomonslaw.com

- **Marc G Schildkraut**
  mschildkraut@bakerlaw.com,eFilingNotice@cooley.com,azi-sakizadeh-4507@ecf.pacerpro.com,hector-gonzalez-3380@ecf.pacerpro.com

- **Michael Lawrence Schrag**
  mls@classlawgroup.com,5294218420@filings.docketbird.com

- **David L. Schwarz**
  dschwarz@kellogghansen.com,akizzie@kellogghansen.com,aoak@kellogghansen.com

- **Michael Anthony Scodro**
  mscodro@mayerbrown.com,courtnotification@mayerbrown.com,9987185420@filings.docketbird.com

- **Mark Joseph Scott**
  mascott@kelleydrye.com,kvalek@kelleydrye.com,docketing@kelleydrye.com

- **Sara Lillian Siegall**
  ssiegall@chapmanspingola.com,kryan@chapmanspingola.com,tlockhart@chapmanspingola.com

- **Heidi M. Silton**
  hmsilton@locklaw.com,lgn-hmsilton@ecf.courtdrive.com,ctevans@locklaw.com,hxbareentto@locklaw.com

- **Jeffrey Allan Simmons**
  jsimmons@foley.com

- **Gary L. Specks**
  gspecks@kaplanfox.com

- **Megan Elizabeth Stride**
  mstride@mayerbrown.com,4342884420@filings.docketbird.com,courtnotification@mayerbrown.com

- **Andrew Szot**
  aszot@millerlawllc.com,ajewell@millerlawllc.com,jramirez@millerlawllc.com,drobinson@millerlawllc.com

- **Mark H Troutman**
  mht@classlawgroup.com,ab@classlawgroup.com,mls@classlawgroup.com,ehg@classlawgroup.com,dsh@classlawgroup.com

- **Bethany R. Turke**
  brt@wbe-llp.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

- **Daniel John Walker**
  dwalker@bm.net

- **Robert A. Wallner**
  rwallner@milberg.com,rwallner@ecf.courtdrive.com

- **Natalie Francesca Wayne**
  nwayne@mayerbrown.com,courtnotification@mayerbrown.com,8430769420@filings.docketbird.com

- **Peggy J Wedgworth**
  PWedgworth@milberg.com,staylor@milberg.com,sschindler@milberg.com,emckenna@milberg.com,MAOffice@milberg.com,pwedgworth@ecf.courtdrive.com,thart

- **Kenneth A. Wexler**
  kaw@wbe-llp.com,wbe-ecf@ecf.courtdrive.com

- **Collin R. White**
  cwhite@kellogghansen.com,kira-schumm-7083@ecf.pacerpro.com,collin-white-kellogg-huber-hansen-todd-evans-figel-
  -4895@ecf.pacerpro.com,kschumm@kellogghansen.com,cdavila@kellogghansen.com

- **Brice A. Wilkinson**
  bwilkinson@gibbsbruns.com

- **John Buchanan Williams**
  jbwilliams@williamslopatto.com

- **Robert J. Wozniak**
  rwozniak@fklmlaw.com,mkhamoo@fklmlaw.com

- **Amy Marie Zeman**
  amz@classlawgroup.com,2104882420@filings.docketbird.com

- **Joanna Tianyang Zhang**
  jzhang@kellogghansen.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Arthur          N. Bailey
Arthur N. Bailey & Associates
111 West 2nd Street
Suite 4500
Jamestown, NY 14701

John            F Mariani
Levy, Kneen, Mariana, Curtin, Wiener,
Kornfeld & Del Russo, PA
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, FL 33401

Shawn           M Raiter
Larson & King, LLP
30 East 7th Street
Suite 2800
St. Paul, MN 55101

Collins         White
,
```