

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Mark H. Troutman

Firm   Gibbs Law Group LLP

Street Address   1554 Polaris Parkway, Suite 325

City/State/Zip Code   Columbus, Ohio 43240

Phone Number   (510) 340-4214

Email address   mht@classlawgroup.com

ARDC (Illinois State Bar members, only)   N/A

If you have previously filed an appearance with this court using a different name, enter that name.
N/A

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-CV-00864 | IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | Rebecca R. Pallmeyer |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Mark H. Troutman                                6/6/2023

Signature of Attorney                                Date

Rev. 01272016