UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Dealer Management Systems Antitrust Litigation, MDL 2817 | )<br>)<br>)  Case No. 1:18-cv-00864<br>)<br>)  Hon. Rebecca R. Pallmeyer<br>)<br>)<br>)<br>)<br>)<br>) |

## CDK GLOBAL, LLC'S AMENDED CORPORATE DISCLOSURE

Defendant CDK Global, LLC. ("CDK"), pursuant to Local Rule 3.2, states as follows:

CDK Global LLC, states that its sole member is CDK Global Holdings II, LLC. CDK Global Holdings II, LLC's sole member is CDK Global Holdings, LLC. CDK Global Holdings, LLC's sole member is CDK Global, Inc. CDK Global, Inc. is wholly owned by Central TopCo, Inc.  Further, Brookfield Business Corporation, Brookfield Business Partners, and Brookfield Asset Management, Inc. are affiliates of Central TopCo, Inc. as that term is defined in Local Rule 3.2.

RESPECTFULLY SUBMITTED this 21st day of July, 2023

                                                                        ATTORNEY FOR DEFENDANT

                                                                        By:  /s/ Matthew Provance

Matthew Provance
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile:  (312) 701-7711
mprovance@mayerbrown.com

## CERTIFICATE OF SERVICE

      I, Matthew D. Provance, an attorney, hereby certify that on July 21st, 2023, I caused a copy of the foregoing **CDK GLOBAL, LLC'S AMENDED CORPORATE DISCLOSURE** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                    /s/ Matthew D. Provance
                                                    Matthew D. Provance