# Exhibit A

1

```
 1                    IN THE UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF ILLINOIS
 2                             EASTERN DIVISION

 3    IN RE:                              ) Docket No. 18 C 864
                                          )
 4      DEALER MANAGEMENT SYSTEMS         )
        ANTITRUST LITIGATION.             )
 5                                        ) Chicago, Illinois
                                          ) April 6, 2018
 6                                        ) 10:00 o'clock a.m.

 7                   TRANSCRIPT OF PROCEEDINGS - STATUS
                  BEFORE THE HONORABLE AMY J. ST. EVE
 8
      APPEARANCES:
 9
      For Plaintiffs:             KELLOGG, HANSEN, TODD, FIGEL &
10                                  FREDERICK, PLLC
                                  BY:  MR. DEREK T. HO
11                                     MR. MICHAEL N. NEMELKA
                                  1615 M Street, N.W., Suite 400
12                                Washington, D.C.  20036

13                                MR. SAMUEL ISSACHAROFF
                                  40 Washington Square South
14                                New York, New York  10012

15                                MILBERG, LLP
                                  BY:  MS. PEGGY J. WEDGWORTH
16                                1 Penn Plaza, Suite 4800
                                  New York, New York  10119
17
                                  KAPLAN, KILSHEIMER & FOX, LLP
18                                BY:  MR. ROBERT N. KAPLAN
                                  805 Third Avenue
19                                New York, New York  10022

20                                CUNEO, GILBERT & LADUCA, LLP
                                  BY:  MS. VICTORIA ROMANENKO
21                                4725 Wisconsin Avenue, N.W.
                                  Suite 200
22                                Washington, D.C.  20016

23                                ROBERTS LAW FIRM, P.A.
                                  BY:  MR. MIKE L. ROBERTS
24                                     MR. JANA K. LAW,
                                          via teleconference,
25                                20 Rahling Circle
                                  Little Rock, Arkansas  72223
```

```
 1   APPEARANCES (Cont'd):

 2   For Plaintiffs (Cont'd):   ROBBINS, GELLER, RUDMAN & DOWD, LLP
                                BY:  MS. ALEXANDRA S. BERNAY
 3                              655 West Broadway, Suite 1900
                                San Diego, California  92101
 4
                                ROBBINS, GELLER, RUDMAN & DOWD, LLP
 5                              BY:  MR. JAMES E. BARZ
                                200 South Wacker Drive, Suite 3100
 6                              Chicago, Illinois  60606

 7                              LABATON SUCHAROW, LLP
                                BY:  MR. CHRISTOPHER J. McDONALD
 8                              140 Broadway, 34th Floor
                                New York, New York  10005
 9
     For CDK and Computerized   MAYER BROWN, LLP
10   Vehicle Registration:      BY:  MS. BRITT M. MILLER
                                     MR. MATTHEW D. PROVANCE
11                              71 South Wacker Drive
                                Chicago, Illinois  60606
12
     For The Reynolds and       GIBBS & BRUNS, LLP
13   Reynolds Company:          BY:  MS. AUNDREA K. GULLEY
                                     MR. BRIAN T. ROSS
14                              1100 Louisiana, Suite 5300
                                Houston, Texas  77002
15
                                SHEPPARD, MULLIN, RICHTER
16                                & HAMPTON, LLP
                                BY:  MR. LEO CASERIA
17                              333 South Hope Street, 43rd Floor
                                Los Angeles, California  90071
18
     Also Present:              MR. JONATHAN EMMANUAL,
19                                Reynolds and Reynolds

20   Court Reporter:            MR. JOSEPH RICKHOFF
                                Official Court Reporter
21                              219 S. Dearborn St., Suite 1232
                                Chicago, Illinois  60604
22                              (312) 435-5562

23              *  *  *  *  *  *  *  *  *  *  *  *  *  *

24                    PROCEEDINGS RECORDED BY
                      MECHANICAL STENOGRAPHY
25                 TRANSCRIPT PRODUCED BY COMPUTER
```

1                MS. MILLER:  Okay.

2                THE COURT:  Okay.

3                Yes, Mr. Ho.

4                MR. HO:  One other housekeeping issue, your Honor.
5    As I mentioned at the last status conference, we are about to
6    file another case on behalf of another vendor.  We've been
7    working with the defendants on a stipulation by which the
8    parties would agree -- or at least the defendants would not
9    oppose -- a process where we would direct file in this
10   district, but the case would be deemed to have been filed in
11   the Western District of Wisconsin, preserving their right to
12   object to venue.

13               THE COURT:  That makes the most sense.

14               MS. MILLER:  We said, your Honor, we would not -- we
15   weren't sure why the Western District of Wisconsin.  It's a
16   Florida company, at least from what we can tell, not
17   registered in Wisconsin.  But we said if your Honor was
18   inclined to allow a direct file, we would not oppose the
19   motion, but we weren't going to stipulate to its filing.

20               THE COURT:  I will allow -- and I thought my original
21   scheduling order said that you can file -- directly file.  It
22   makes the most sense from an efficiency and cost standpoint.

23               So, yes, you may directly file that here.

24               THE CLERK:  But please make sure on the civil cover
25   sheet, mention the MDL or it's not going to get sent to her.

1        MR. HO:  We will, and we'll submit a proposed order,
2   as well.
3        MS. MILLER:  Do we need a proposed order or do they
4   just have to file?
5        THE CLERK:  Just file and just mention on the civil
6   cover sheet the MDL.
7        MS. MILLER:  Okay.
8        MR. HO:  Okay.
9        THE COURT:  Then it will come directly here.  So,
10  just make sure you have the MDL number and my name and an
11  indication that it is being filed directly in here.  I think
12  if you need to cite a prior order, I am pretty sure I put that
13  in my initial --
14       MR. HO:  Okay.  We'll double --
15       THE COURT:  -- scheduling order here.
16       Anything else?  Any other housekeeping?
17       MR. BARZ:  No, your Honor.
18       MR. KAPLAN:  No, your Honor.
19       MS. GULLEY:  Thank you.
20       MS. MILLER:  Thank you.
21       MR. HO:  Thank you, your Honor.
22       THE COURT:  I will see you later this month.
23                    *    *    *    *    *
    I certify that the foregoing is a correct transcript from the
24  record of proceedings in the above-entitled matter.
25  /s/ Joseph Rickhoff                         April 11, 2018
    Official Court Reporter