# EXHIBIT B

| | |
|---|---|
| **From:** | Nemelka, Michael N. <mnemelka@kellogghansen.com> |
| **Sent:** | Friday, July 7, 2023 6:53 AM |
| **To:** | Miller, Britt M.; Provance, Matthew D.; 'agulley@gibbsbruns.com'; 'bross@gibbsbruns.com'; 'LCaseria@sheppardmullin.com' |
| **Cc:** | Ho, Derek T.; Dorris, Daniel V.; 'Peggy Wedgworth'; Liz McKenna |
| **Subject:** | Request for meet and confer |

**CAUTION: External Email -** Only click on contents you know are safe.

Dear Britt and Andi,

We hope this email finds you well. We propose a meet and confer on the below issues early next week. We are free Tuesday between 10 a.m. and 1 p.m., and after 4 p.m. ET. Please let us know a time that works for you.

1. Class Certification Briefing. Now that the Court has issued its summary judgment opinions, it is necessary to set a schedule for class certification briefing. The positions of the Vendor Class and the Dealer Class are set forth below. Please let us know CDK's position, which we can discuss on the meet and confer.

| Event | Current Date | New Date |
|---|---|---|
| Deadline for Motions, Plaintiffs' Designation of Experts and Accompanying Expert Reports | 21 days after conclusion of *Authenticom* trial | Vendor Class: 60 days after summary judgment rulings.<br><br>Dealer Class: 90 days after July 28, 2023 Court conference |
| Deadline for Oppositions, Defendants' Designation of Experts, and Accompanying Expert Reports | 6 weeks after service of motion for Class Certification | Same |
| Deadline for Replies in Support of Class Certification | 6 weeks after service of Oppositions | Same |
| Deadline to Complete Class Certification Process | 4 weeks after service of Replies | Same. |

2. MVSC. We would like to discuss sending MVSC back to C.D. California for trial. Now that the Court has issued its summary judgment rulings, our view is that there is no reason for MVSC to remain in the MDL while CDK/the classes conduct class certification briefing.

3. Sanctions Motion. The Court did not yet rule on MVSC's sanctions motion against Reynolds, which we would like to flag for the Court.

4. AutoLoop Order to Show Cause. We would like to discuss a briefing schedule on the order to show cause regarding AutoLoop's monopolization claim.

1

5. <u>July 28 Hearing</u>.  We propose that the hearing be in person.  We would like to discuss your position on that.  We would also like to file a joint report with the Court on the above – and any other issues you'd like to discuss or that we may raise – prior to the hearing.  We think that would help the Court and make the hearing more efficient.

Please let us know if there are any issues you'd like to add to the agenda for our meet and confer.

Thanks,
Mike and Peggy

**Michael N. Nemelka**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7990 | Fax: (202) 326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.