# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

| | | |
|---|---|---|
| Dealer Management Systems Antitrust Litigation, et al. | | |
| | Plaintiff, | |
| v. | | Case No.: 1:18−cv−00864 |
| | | Honorable Rebecca R. Pallmeyer |
| CDK Global, LLC, et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 31, 2023:

MINUTE entry before the Honorable Jeffrey T. Gilbert: For docket control purposes because nothing is pending before the magistrate judge in this case and it is unlikely that other matters within the scope of the referral will arise in the foreseeable future given the posture of the case, this referral is terminated. A new referral can be generated if needed. Referral terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.