**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION,** | ) ) ) ) ) ) ) ) ) | **MDL 2817** <br><br> **No. 18 C 864** <br><br> **Judge Rebecca R. Pallmeyer** |
| **This document relates to:** | | |
| **ALL CASES** | | |

## ORDER

     The court conducted an in-person status conference on July 28, 2023 to address issues raised in the parties' status report [1387]. As more fully explained on the record, the court sets briefing schedules and a jury trial date.

## STATEMENT

The court sets briefing schedules and a trial date as follows:

1. Plaintiffs will file class certification motion[s] on October 3, 2023. Responses will be due on November 14, 2023, together with any *Daubert* challenges. In light of the holidays, the court sets the date for filing of Plaintiff's reply in support of class certification motion, and response to any Daubert motions, at January 4, 2024. Reply in support of *Daubert* arguments to be filed by February 6, 2024. This court (rather than any transferor court) will rule on class certification issues.

2. The direct-purchaser Plaintiffs seek an order directing that trial of the *AutoLoop* case be conducted in the Western District of Wisconsin. Defendants will file their objections to this request on August 18, 2023; Plaintiffs' response will be due on August 25, 2023. The court will rule in writing on the venue dispute.

3. CDK Defendants intend to file a motion pursuant to 28 U.S.C. § 1292(b) to certify for interlocutory appeal this court's ruling on the *Shady Grove* issue. (See *Shady Grove Orthopedic Assoc., P.A. v. Allstate Ins. Co*., 559 U.S. 393 (2010), addressed in this court's summary judgment opinion [1381], at 88-96.) Such motion shall be filed by August 18, 2023. Plaintiffs' response and potential cross-motion will be filed by September 8, 2023. Defendants' reply, and response to any cross-motion, will be filed by September 29, 2023. Reply in support of any cross-motion will be filed by October 13, 2023.

4. This court's Local Rule limiting briefs to 15 pages is in effect for all upcoming submissions in this case.

5. Jury trial, estimated to require three weeks, is set to begin with jury selection on September 20, 2024 at 9:00 a.m.

6. The parties are encouraged to discuss the possibility of settlement of some or all of their remaining disputes. On or before August 4, 2023, they are directed to advise the court, either jointly or individually, of their interest in a referral to a magistrate judge for settlement purposes, their desire to pursue private mediation, or a request for the court's involvement.

ENTER:

Dated: July 31, 2023

_____
REBECCA R. PALLMEYER
United States District Judge