OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

18-cv-864
#1384




neopost
07/05/2023
US POSTAGE $000.60⁰

FIRST-CLASS MAIL



ZIP 60604
041M11270962

John F Mariani
Kornfeld & Del Russo, PA
Levy, Kneen, Mariana, Curtin, Wiener,
1400 Centrepark Boulevard
Suite 1000
West Palm Beach FL 33401

NIXIE    331   FE 1    0007/27/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 60604180099      *0664-04246-06-03

