**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litigation*, MDL 2817 | No. 1:18-CV-864 |
| *This document relates to:* <br><br> ALL Cases | Hon. Rebecca R. Pallmeyer |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, the undersigned, Jed W. Glickstein, respectfully requests that the Court grant him leave to withdraw as counsel for Defendant CDK Global, LLC in the above-captioned matter. Mr. Glickstein is departing Mayer Brown LLP. His withdrawal will not cause any delay or adversely affect the interests of the client because the other below-listed Mayer Brown LLP attorneys will continue to represent CDK Global, LLC in the litigation.

Dated: August 2, 2023

Respectfully submitted,

/s/ *Jed W. Glickstein*
Britt M. Miller
Michael A. Scodro
Daniel T. Fenske
Matthew D. Provance
Jed W. Glickstein
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mscodro@mayerbrown.com
mprovance@mayerbrown.com
dfenske@mayerbrown.com
jglickstein@mayerbrown.com

*Counsel for Defendant
CDK Global, LLC*