# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:18−cv−00864

                                                        Honorable Rebecca R.
                                                        Pallmeyer

CDK Global, LLC, et al.

                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

　　　　MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court's order entered on 7/31/23 [1390] is clarified to add a reply date in paragraph 2. CDK to reply on or before 9/5/2023. Mailed notice.(cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.