IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 <br> Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Rebecca R. Pallmeyer <br> Magistrate Judge Jeffrey T. Gilbert |
| THE DEALERSHIP PUTATIVE CLASS ACTION | |

**CDK'S MOTION FOR 28 U.S.C. § 1292(B) CERTIFICATION OF A PORTION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1292(b), CDK Global, LLC ("CDK") respectfully moves the Court to certify two questions related to its June 29, 2023 Memorandum Opinion and Order ("Opinion") for interlocutory appeal: whether, under *Shady Grove Orthopedic Associates, P.A. v. Allstate Insurance Co.*, 559 U.S. 393 (2010), (1) Rule 23 displaces the anti-class-action provisions of Illinois's, South Carolina's, and Colorado's state antitrust laws, and (2) Rule 23 displaces the class action notice provisions of Hawaii's, Utah's, and West Virginia's state antitrust laws.

In support of its Motion, CDK submits an accompanying Memorandum in Support of CDK's Motion for 28 U.S.C. § 1292(B) Certification of a Portion of the Court's Order Denying Summary Judgment.

Dated:  August 18, 2023

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
Michael A. Scodro
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com
mscodro@mayerbrown.com
dfenske@mayerbrown.com

*Counsel for Defendant CDK Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on August 18, 2023, I caused a true and correct copy of the foregoing **CDK'S MOTION FOR 28 U.S.C. § 1292(B) CERTIFICATION OF A PORTION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

       */s/ Britt M. Miller*
      Britt M. Miller
      MAYER BROWN LLP
      71 South Wacker Drive
      Chicago, IL 60606
      (312) 782-0600
      bmiller@mayebrown.com