# Exhibit 1

1

```
 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   IN RE:                             ) Docket No. 18 C 864
                                        )
 4     DEALER MANAGEMENT SYSTEMS        )
       ANTITRUST LITIGATION.            )
 5                                      ) Chicago, Illinois
                                        ) April 6, 2018
 6                                      ) 10:00 o'clock a.m.

 7              TRANSCRIPT OF PROCEEDINGS - STATUS
              BEFORE THE HONORABLE AMY J. ST. EVE
 8
     APPEARANCES:
 9
     For Plaintiffs:              KELLOGG, HANSEN, TODD, FIGEL &
10                                   FREDERICK, PLLC
                                  BY:  MR. DEREK T. HO
11                                     MR. MICHAEL N. NEMELKA
                                  1615 M Street, N.W., Suite 400
12                                Washington, D.C.  20036

13                                MR. SAMUEL ISSACHAROFF
                                  40 Washington Square South
14                                New York, New York  10012

15                                MILBERG, LLP
                                  BY:  MS. PEGGY J. WEDGWORTH
16                                1 Penn Plaza, Suite 4800
                                  New York, New York  10119
17
                                  KAPLAN, KILSHEIMER & FOX, LLP
18                                BY:  MR. ROBERT N. KAPLAN
                                  805 Third Avenue
19                                New York, New York  10022

20                                CUNEO, GILBERT & LADUCA, LLP
                                  BY:  MS. VICTORIA ROMANENKO
21                                4725 Wisconsin Avenue, N.W.
                                  Suite 200
22                                Washington, D.C.  20016

23                                ROBERTS LAW FIRM, P.A.
                                  BY:  MR. MIKE L. ROBERTS
24                                     MR. JANA K. LAW,
                                         via teleconference,
25                                20 Rahling Circle
                                  Little Rock, Arkansas  72223
```

```
 1              MR. CASERIA:  Sure.
 2              MS. MILLER:  As in a week from?
 3              THE COURT:  As in the 13th.
 4              MS. MILLER:  Yeah.
 5              THE COURT:  April 13th.
 6              MS. MILLER:  A week from today, I meant.
 7              THE COURT:  Yes, a week from today.
 8         So, April 13th, please, for the defendants to file
 9  their supplement.
10         And plaintiffs file their supplement one week later.
11         I do not need a reply supplement.  You already know
12  what the replies say.  If I want a reply supplement, I will
13  ask for it; but, otherwise, I do not want it.
14              MS. MILLER:  And to be clear, your Honor, you are
15  just asking us to supplement the law and not re-argue the
16  points?
17              THE COURT:  I do not need you to re-argue them.  The
18  facts are in there.
19              MS. MILLER:  Great.
20              THE COURT:  I do not know if there is a difference in
21  where the Seventh Circuit comes out and the Ninth Circuit
22  comes out that the Supreme Court has not addressed.  I know
23  there is quite a bit of juris prudence in the Seventh Circuit
24  on antitrust law.  Maybe there is no difference and you can
25  tell me that.
```

1     MS. MILLER: Okay.

2     THE COURT: Okay.

3     Yes, Mr. Ho.

4     MR. HO: One other housekeeping issue, your Honor.
5 As I mentioned at the last status conference, we are about to
6 file another case on behalf of another vendor. We've been
7 working with the defendants on a stipulation by which the
8 parties would agree -- or at least the defendants would not
9 oppose -- a process where we would direct file in this
10 district, but the case would be deemed to have been filed in
11 the Western District of Wisconsin, preserving their right to
12 object to venue.

13     THE COURT: That makes the most sense.

14     MS. MILLER: We said, your Honor, we would not -- we
15 weren't sure why the Western District of Wisconsin. It's a
16 Florida company, at least from what we can tell, not
17 registered in Wisconsin. But we said if your Honor was
18 inclined to allow a direct file, we would not oppose the
19 motion, but we weren't going to stipulate to its filing.

20     THE COURT: I will allow -- and I thought my original
21 scheduling order said that you can file -- directly file. It
22 makes the most sense from an efficiency and cost standpoint.

23     So, yes, you may directly file that here.

24     THE CLERK: But please make sure on the civil cover
25 sheet, mention the MDL or it's not going to get sent to her.

1     MR. HO:  We will, and we'll submit a proposed order,
2  as well.
3     MS. MILLER:  Do we need a proposed order or do they
4  just have to file?
5     THE CLERK:  Just file and just mention on the civil
6  cover sheet the MDL.
7     MS. MILLER:  Okay.
8     MR. HO:  Okay.
9     THE COURT:  Then it will come directly here.  So,
10  just make sure you have the MDL number and my name and an
11  indication that it is being filed directly in here.  I think
12  if you need to cite a prior order, I am pretty sure I put that
13  in my initial --
14     MR. HO:  Okay.  We'll double --
15     THE COURT:  -- scheduling order here.
16     Anything else?  Any other housekeeping?
17     MR. BARZ:  No, your Honor.
18     MR. KAPLAN:  No, your Honor.
19     MS. GULLEY:  Thank you.
20     MS. MILLER:  Thank you.
21     MR. HO:  Thank you, your Honor.
22     THE COURT:  I will see you later this month.
23                    *   *   *   *   *
   I certify that the foregoing is a correct transcript from the
24  record of proceedings in the above-entitled matter.
25  /s/ Joseph Rickhoff                         April 11, 2018
    Official Court Reporter