# Exhibit 2

```
 1                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
    IN RE:                             ) Docket No. 18 C 864
 4                                     )
     DEALER MANAGEMENT SYSTEMS         )
 5   ANTITRUST LITIGATION.             )
                                       ) Chicago, Illinois
 6                                     ) March 12, 2018
                                       ) 1:30 o'clock p.m.
 7

 8              TRANSCRIPT OF PROCEEDINGS - STATUS
              BEFORE THE HONORABLE AMY J. ST. EVE
 9

10  APPEARANCES:

11
    For Plaintiffs:            KELLOGG, HANSEN, TODD, FIGEL &
12                               FREDERICK, PLLC
                             BY: MR. DEREK T. HO
13                               MR. MICHAEL N. NEMELKA
                             1615 M Street, N.W., Suite 400
14                           Washington, D.C.  20036

15                           GODFREY & KAHN, SC
                             BY: MS. JENNIFER L. GREGOR
16                           One East Main Street, Suite 500
                             Madison, Wisconsin  53703
17
                             MR. SAMUEL ISSACHAROFF
18                           40 Washington Square South
                             New York, New York  10012
19
                             MILBERG, LLP
20                           BY: MS. PEGGY J. WEDGWORTH
                             1 Penn Plaza, Suite 4800
21                           New York, New York  10119

22                           KAPLAN, KILSHEIMER & FOX, LLP
                             BY: MR. ROBERT N. KAPLAN
23                           805 Third Avenue
                             New York, New York  10022
24

25
```

1  way.
2           MS. GULLEY:  Understood.  Thanks, your Honor.
3           THE COURT:  Do any of you anticipate any other
4  tag-along cases?
5           You are probably in a better position to know that.
6           MS. MILLER:  We're currently not aware of any.  But
7  we just found out about the one that was filed on the 8th when
8  it was filed.  So, we've not been put on notice of any, but
9  these -- all these guys might know better.
10          MS. WEDGWORTH:  Your Honor, I'm not aware of any
11 right now; but, given the fact that some have been trickling
12 in each week, it would not surprise us that more are filed in
13 the next couple weeks.
14          THE COURT:  Mr. Barz, are you --
15          MR. BARZ:  I think --
16          THE COURT:  -- aware of any out there?
17          MR. BARZ:  -- in terms of -- I'm not aware of any.
18 But in terms of leadership, I think you should choose from
19 those that are filed.  I don't think it --
20          THE COURT:  That is a separate issue.
21          MR. BARZ:  Sure.
22          THE COURT:  I am just trying to figure out for --
23          MR. BARZ:  Well, sometimes it's not, because people
24 get others to file to lend a hand.
25          THE COURT:  That is a separate issue for the purposes

1  of what I am addressing now.  We will talk about --
2          MR. BARZ:  Sure.
3          THE COURT:  -- leadership in a bit.  But I am just
4  trying to get my arms around what else might be coming in.
5          MR. HO:  Your Honor --
6          THE COURT:  Yes, Mr. Ho?
7          MR. HO:  -- Derek Ho from Kellogg, Hansen.
8          We do anticipate having another action by a vendor
9  similar to the action that was brought by Cox Automotive.
10  It's obviously not on file yet, but we do anticipate that.
11          THE COURT:  Okay.
12          And you are just going to file that here as a
13  tag-along; is that correct?
14          MR. HO:  We are not quite sure.  We're still talking
15  with our client about that particular issue.
16          THE COURT:  In light of the MDL's order and the order
17  I have entered, it might make sense, rather than filing it in
18  some other state and going through the process of coming here,
19  that you can file directly here.
20          MR. HO:  That's certainly something we're
21  considering, your Honor.
22          MR. GIBBS:  Your Honor, it's Eric Gibbs.
23          I don't want to surprise the Court, but we have a
24  growing number of dealership clients.  So, I anticipate we'll
25  file at least one additional class case.  And, of course,

```
 1   we'll procedurally set that so it's as simple as possible and
 2   try to avoid the delay by the MDL.
 3              THE COURT:  Mr. Gibbs or Mr. Ho, do you have any
 4   sense of timing on these additional complaints?  Do you expect
 5   it this month?
 6              MR. GIBBS:  Yes, by the end of this month.  I think
 7   that's fair.
 8              MR. HO:  Same here, your Honor.
 9              THE COURT:  Okay.
10              Anybody else aware of any tag-alongs?
11        (No response.)
12              THE COURT:  All right.
13              So, a consolidated amended complaint, when do you
14   think you will be ready to file that?
15              MR. KAPLAN:  Robert Kaplan.
16              We propose 60 days after appointment of lead counsel.
17              THE COURT:  Okay.
18              Was there any dispute on that timing?
19              MS. MILLER:  We didn't have any objection to the 60
20   days, your Honor.
21              THE COURT:  And, then, I know you proposed 45 days
22   after to answer or otherwise plead.
23              MS. MILLER:  Yes, your Honor.
24              THE COURT:  Which is fine.
25              MS. MILLER:  The only thing the parties were not able
```

```
 1            THE COURT:  Any other issues?
 2       (No response.)
 3            THE COURT:  Anybody in the audience want to say
 4  anything?
 5       (No response.)
 6            THE COURT:  Okay.
 7            I will see you April 6th.  Thank you.
 8                  *     *     *     *     *
 9
10  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
11
12
    /s/ Joseph Rickhoff                       March 14, 2018
13  Official Court Reporter
14
15
16
17
18
19
20
21
22
23
24
25
```