## ATTACHMENT A

| Title of Court | Date Admitted |
| --- | --- |
| New York State Courts (#2733293) | 01/23/1996 |
| United States Court of Appeals, Fourth Circuit | 03/18/1996 |
| DC Court of Appeals (#454796) | 04/04/1997 |
| United States District Court, District of Columbia | 02/01/1999 |
| United States Court of Appeals, Third Circuit | 01/22/2001 |
| United States District Court, Southern District of New York | 07/30/2002 |
| United States Court of Appeals, Second Circuit | 12/12/2006 |
| United States District Court, District of Colorado | 03/30/2009 |
| United States Court of Appeals, Tenth Circuit | 07/07/2010 |
| United States Supreme Court | 12/08/2014 |
| United States District Court, Eastern District of New York | 09/26/2016 |
| United States Court of Appeals, Sixth Circuit | 01/24/2017 |
| United States Court of Appeals, Eleventh Circuit | 04/07/2020 |
| United States Court of Appeals, Fifth Circuit | 03/03/2023 |