## ATTACHMENT A

| Title of Court | Date Admitted |
|---|---|
| DC Court of Appeals (#457884) | 01/08/1999 |
| United States Court of Appeals, Fourth Circuit | 05/01/2002 |
| United States Supreme Court | 10/15/2012 |
| United States District Court, Eastern District of Michigan | 11/08/2013 |
| United States District Court, District of Columbia | 01/11/2016 |