# ATTACHMENT A

| Title of Court | Date Admitted |
|---|---|
| Georgia State Court (#235645) | 11/11/2010 |
| United States District Court, Northern District of Georgia | 05/02/2011 |
| DC Court of Appeals (#1000590) | 05/13/2011 |
| United States District Court, District of Columbia | 06/06/2011 |
| United States Court of Appeals, Federal Circuit | 09/13/2011 |
| United States Court of Appeals, Third Circuit | 02/10/2012 |
| United States District Court, Eastern District of Michigan | 06/19/2012 |
| United States Court of Federal Claims | 01/25/2013 |
| United States Court of Appeals, DC Circuit | 01/31/2013 |
| United States Court of Appeals, Sixth Circuit | 06/13/2013 |
| United States Court of Appeals, Fourth Circuit | 08/27/2014 |
| United States Supreme Court | 11/17/2014 |
| United States Court of Appeals, Ninth Circuit | 03/03/2016 |
| United States Court of Appeals, Eighth Circuit | 01/09/2018 |
| United States Court of Appeals, Second Circuit | 03/09/2018 |
| United States Court of Appeals, Eleventh Circuit | 08/11/2021 |