# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 <br> Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Rebecca R. Pallmeyer |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 | |

## PLAINTIFF AUTOLOOP'S AMENDED
## CORPORATE DISCLOSURE AND NOTIFICATION AS TO AFFILIATES

Plaintiff Loop, LLC, d/b/a AutoLoop ("AutoLoop"), through its undersigned counsel, submits this disclosure pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2. AutoLoop is a wholly owned subsidiary of Affinitiv, Inc. AutoLoop and its parent Affinitiv, Inc. are privately held corporations, and no publicly held corporation owns more than 10% of their stock. Further, CIP Capital Fund II, L.P. and Riverside Strategic Capital Fund I-A, L.P. are affiliates of Affinitiv, Inc. as that term is defined in Local Rule 3.2.

Dated: September 7, 2023

Respectfully submitted,

*/s/ Derek T. Ho*

Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Daniel V. Dorris
Collin R. White
Bethan R. Jones
**KELLOGG, HANSEN, TODD,**
  **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
ddorris@kellogghansen.com
cwhite@kellogghansen.com
bjones@kellogghansen.com

*Counsel for Loop, LLC, d/b/a AutoLoop*

2

CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on September 7, 2023, I caused a true and correct copy of the foregoing **PLAINTIFF AUTOLOOP'S AMENDED CORPORATE DISCLOSURE AND NOTIFICATION AS TO AFFILIATES** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

        */s/ Derek T. Ho*
        Derek T. Ho
        **KELLOGG, HANSEN, TODD,**
         **FIGEL & FREDERICK, P.L.L.C.**
        1615 M Street, N.W., Suite 400
        Washington, D.C. 20036
        (202) 326-7900
        dho@kellogghansen.com