OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



neopost
08/01/2023
US POSTAGE $000.63⁰
FIRST-CLASS MAIL
ZIP 60604
041M11270962

18cv 864
#1390

John F Mariani
Levy, Kneen, Mariana, Cu...
Kornfeld & Del Russo, PA
1400 Centrepark Bouleva...
Suite 1000
West Palm Beach, FL 334...



NIXIE    331   FE 1    08/28/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 60604180099    *0664-06004-02-01