# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Rebecca R. Pallmeyer |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 | |
| THE DEALERSHIP CLASS ACTION | |

## STIPULATION AND ORDER REGARDING
## CLASS CERTIFICATION SCHEDULE

Pursuant to Local Rule 78.3, Plaintiffs Loop, LLC ("AutoLoop") and Dealership Class Plaintiffs ("Dealers") and Defendant CDK Global, LLC ("CDK"), by and through their undersigned counsel, jointly submit this Stipulation and proposed Order to extend the briefing schedule applicable to (1) AutoLoop's and Dealerships' Motions for Class Certification (the "Class Certification Motions"), and (2) *Daubert* challenges (the "*Daubert* Motions," and together with the Class Certification Motions, the "Motions").

WHEREAS, on July 31, 2023 (Dkt. 1390), the Court set a briefing schedule that required the Class Certification Motions to be filed by October 3, 2023; any opposition to the Class Certification Motions and any *Daubert* Motions to be filed by November 14, 2023; any replies in support of the Class Certification Motions and responses to any *Daubert* Motions to be filed by January 4, 2024; and any replies in support of the *Daubert* Motions to be filed by February 6, 2024;

WHEREAS, the parties have each requested additional discovery on issues related to class certification;[1]

WHEREAS, the parties are unable to complete this additional discovery by the current deadline for the Class Certification Motions;

WHEREAS, the parties have met and conferred and anticipate completion of such additional discovery by October 19, 2023 for CDK and November 21, 2023 for Plaintiffs, with AutoLoop endeavoring to complete its production by October 19, 2023;

WHEREAS, the parties agree that it is more efficient to complete class certification briefing with a complete record, including the aforementioned additional discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the Motions, that the following shall constitute the amended schedule for the Motions:

| EVENT | DEADLINE |
|---|---|
| Opening Class Certification Briefs and Expert Reports | Tuesday, November 21, 2023 |
| Opposition Class Certification Brief(s), Expert Report(s), & CDK's Opening *Daubert* Briefs (if any) | Friday, January 5, 2024 |
| Reply Class Certification Briefs, Reply Class Certification Expert Reports, Plaintiffs' Opposition *Daubert* Briefs (if any), & Plaintiffs' Opening *Daubert* Briefs (if any) | Friday, February 16, 2024 |
| CDK's Reply *Daubert* Briefs & CDK's Opposition *Daubert* Briefs (if any) | Friday, March 15, 2024 |

---

[1] AutoLoop served duplicative discovery requests after the Dealers had served their requests "(1) to ensure that it receive[d] the documents that CDK produces in response to the Dealer Class Plaintiffs' First Set of Class Certification Requests for the Production of Documents, and (2) [was] able to participate in any meet and confers regarding those requests." AutoLoop joins this requested extension to ensure a common briefing schedule and to avoid motions practice. CDK expressly reserves all rights to argue that the additional data and any projections based on the data are irrelevant to any claim.

| | |
|---|---|
| Plaintiffs' Reply *Daubert* Briefs (if any) | Friday, April 5, 2024 |

Dated:  September 27, 2023

Respectfully Submitted,

*/s/ Craig S. Primis*

Craig S. Primis, P.C.
Matthew J. Reilly, P.C.
K. Winn Allen, P.C.
Katherine Katz, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel: (202) 389-5000
craig.primis@kirkland.com
matt.reilly@kirkland.com
winn.allen@kirkland.com
katherine.katz@kirkland.com

Mark Filip, P.C.
Kevin M. Jonke
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
mark.filip@kirkland.com
kevin.jonke@kirkland.com

*Counsel for Defendant CDK Global, LLC*

*/s/ Peggy J. Wedgworth*

Peggy J. Wedgworth
Elizabeth McKenna
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11350
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

*MDL Co-Lead Counsel representing the Dealership Class Plaintiffs*

*/s/ Derek T. Ho*

Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Daniel V. Dorris
Bethan R. Jones
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
ddorris@kellogghansen.com
bjones@kellogghansen.com

*MDL Co-Lead Counsel representing Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated*

SO ORDERED

_____
Honorable Rebecca R. Pallmeyer
United States District Judge

September 29, 2023

## CERTIFICATE OF SERVICE

I, Kevin M. Jonke, an attorney, hereby certify that on September 27, 2023, I caused a true and correct copy of the foregoing STIPULATION AND PROPOSED ORDER REGARDING CLASS CERTIFICATION SCHEDULE to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Kevin M. Jonke*
Kevin M. Jonke
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-4390
kevin.jonke@kirkland.com