# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

        Plaintiff,

v.

CDK Global, LLC, et al.

        Defendant.

Case No.: 1:18−cv−00864
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 29, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: By agreement, opening class certification briefs and expert reports are due on 11/21/2023; opposition briefs, expert reports, and CDK's opening Daubert briefs, if any, are due on 1/5/2024; reply class certification briefs and expert reports, Plaintiff's Daubert opposition briefs and Plaintiffs' opening Daubert briefs, if any, are due 2/16/2024; and CDK's reply Daubert briefs and opposition Daubert briefs, if any, will be due 3/15/2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.