# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                      Plaintiff,

v.                                            Case No.: 1:18−cv−00864

                                           Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 1, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to appear pro hac vice [1416] is granted. Attorney Ana Nikolic Paul is added as counsel for Loop LLC. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.