**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Rebecca R. Pallmeyer |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 | |

### PLAINTIFF AUTOLOOP'S MOTION FOR CLASS CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff Loop, LLC, d/b/a AutoLoop ("AutoLoop") hereby respectfully requests that the Court grant class certification of the following Vendor Class under Rule 23(b)(3):

> All automotive software vendors (i.e., persons or entities engaged in the sale of software solutions to automotive dealerships) located in the United States that, at any time since October 1, 2013, have purchased data integration services from CDK or Reynolds.

Autoloop also respectfully requests that the Court appoint AutoLoop as class representative for the Vendor Class, and appoint Kellogg Hansen and Prof. Samuel Issacharoff as class counsel under Rule 23(g) for the Vendor Class. In support of this motion, AutoLoop incorporates by reference the concurrently filed memorandum of law, an expert report, any reply memorandum that AutoLoop may file, and any oral argument that the Court allows.

Dated: November 21, 2023 Respectfully submitted,

/s/ Derek T. Ho
Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Daniel V. Dorris
Collin R. White
Bethan R. Jones
Ana N. Paul
**KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
ddorris@kellogghansen.com
cwhite@kellogghansen.com
bjones@kellogghansen.com
apaul@kellogghansen.com

*MDL Co-Lead Counsel and Interim Class Counsel representing Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated*

Samuel Issacharoff
40 Washington Square South
New York, NY 10012
(212) 998-6580
si13@nyu.edu

*MDL Coordinating Counsel*

## CERTIFICATE OF SERVICE

      I, Derek T. Ho, an attorney, hereby certify that on November 21, 2023, I caused a true and correct copy of the foregoing **PLAINTIFF AUTOLOOP'S MOTION FOR CLASS CERTIFICATION** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                            */s/ Derek T. Ho*
                                            Derek T. Ho
                                            **KELLOGG, HANSEN, TODD,**
                                             **FIGEL & FREDERICK, P.L.L.C.**
                                            1615 M Street, N.W., Suite 400
                                            Washington, D.C. 20036
                                            (202) 326-7900
                                            dho@kellogghansen.com