# Exhibit A

| State | Proposed Class Representative |
|---|---|
| **Arizona** | Dealership Henry Brown Buick GMC, LLC doing business as Henry Brown Buick GMC ("Henry Brown"), is a corporation organized and existing under the laws of the state of Arizona with its principal place of business located at 1550 E. Drivers Way, Gilbert, Arizona 85297. Henry Brown is engaged in the business of purchasing and selling automobiles. During the Class Period, Henry Brown, who currently purchases DMS directly from CDK, paid supracompetitive prices for its direct purchases of DMS. Henry Brown also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Henry Brown purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Henry Brown suffered antitrust injury. |

| State | Proposed Class Representative |
|---|---|
| California | Dealership GSM Auto Group, LLC, doing business as Infiniti Mission Viejo, is a corporation organized and existing under the laws of the state of California which had its principal place of business located at 28471 Marguerite Parkway, Mission Viejo, California 92692. Infiniti Mission Viejo was engaged in the business of purchasing and selling automobiles from at least 2013 until 2021. During the Class Period, Infiniti Mission Viejo paid supracompetitive prices for its direct purchases of DMS from Defendants. Infiniti Mission Viejo also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Infiniti Mission Viejo purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Infiniti Mission Viejo suffered antitrust injury.<br><br>Dealership GSM Auto Group II, LLC, doing business as Audi Mission Viejo, is a corporation organized and existing under the laws of the state of California which had its principal place of business located at 28451 Marguerite Parkway, Mission Viejo, California 92692. Audi Mission Viejo was engaged in the business of purchasing and selling automobiles from at least 2013 until 2021. During the Class Period, Audi Mission Viejo paid supracompetitive prices for its direct purchases of DMS from Defendants. Audi Mission Viejo also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Audi Mission Viejo purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Audi Mission Viejo suffered antitrust injury.<br><br>Dealership GSM Auto Group III, LLC, doing business as Volvo Cars Mission Viejo, is a corporation organized and existing under the laws of the state of California which had its principal place of business located at 28730 Marguerite Parkway, Mission Viejo, California 92692. Volvo Cars Mission Viejo was engaged in the business of purchasing and selling automobiles from at least 2013 until 2021. During the Class Period, Volvo Cars Mission Viejo paid supracompetitive prices for its direct purchases of DMS from Defendants. Volvo Cars Mission Viejo also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Volvo Cars Mission Viejo purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Volvo Cars Mission Viejo suffered antitrust injury. |
| Florida | Dealership Sandy Sansing Chevrolet, Inc. doing business as Sandy Sansing Chevrolet Pensacola ("Sandy Sansing"), is a corporation organized and existing under the laws of the state of Florida with its principal place of business located at 6200 Pensacola Boulevard, Pensacola, Florida 32505. Sandy Sansing is engaged in the business of purchasing and selling automobiles. During the Class Period, Sandy Sansing, paid supracompetitive prices for its direct purchases of DMS from Reynolds. Sandy Sansing also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Sandy Sansing purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Sandy Sansing suffered antitrust injury. |

| State | Proposed Class Representative |
|---|---|
| Hawaii | Dealership Tony Automotive Group LLC doing business as (i) Tony Volkswagen; (ii) Tony Hyundai; (iii) Genesis of Waipio; and (iv) Tony Hyundai Honolulu ("Tony Hawaii Auto Group"), is a corporation organized and existing under the laws of the state of Hawaii with its principal place of business located at 94-1299 Ka Uka Boulevard, Waipahu, Hawaii 96796. Tony Hawaii Auto Group is engaged in the business of purchasing and selling automobiles. During the Class Period, Tony Hawaii Auto Group paid supracompetitive prices for its direct purchases of DMS from CDK. Tony Hawaii Auto Group also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Tony Hawaii Auto Group purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Tony Hawaii Auto Group suffered antitrust injury.<br><br>Dealership Tony Hawaii LLC doing business as Tony Honda, is a corporation organized and existing under the laws of the state of Hawaii with its principal place of business located at 94-1299 Ka Uka Boulevard, Waipahu, Hawaii 96796. Tony Honda is engaged in the business of purchasing and selling automobiles. During the Class Period, Tony Honda paid supracompetitive prices for its direct purchases of DMS from CDK. Tony Honda also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Tony Honda purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Tony Honda suffered antitrust injury.<br><br>Dealership Pacific Nissan LLC doing business as Tony Nissan, is a corporation organized and existing under the laws of the state of Hawaii with its principal place of business located at 94-1299 Ka Uka Boulevard, Waipahu, Hawaii 96796. Tony Nissan is engaged in the business of purchasing and selling automobiles. During the Class Period, Tony Nissan paid supracompetitive prices for its direct purchases of DMS from CDK. Tony Nissan also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Tony Nissan purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Tony Nissan suffered antitrust injury.<br><br>Dealership Tony Hawaii Hilo LLC doing business as Tony Honda Hilo, is a corporation organized and existing under the laws of the state of Hawaii with its principal place of business located at 124 Wiwoole Street, Hilo, Hawaii 96740. Tony Honda Hilo is engaged in the business of purchasing and selling automobiles. During the Class Period, Tony Honda Hilo paid supracompetitive prices for its direct purchases of DMS from CDK. Tony Honda Hilo also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Tony Honda Hilo purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Tony Honda Hilo suffered antitrust injury.<br><br>Dealership Tony Hawaii Kona LLC doing business as Tony Honda Kona, is a corporation organized and existing under the laws of the state of Hawaii with its principal place of |

| State | Proposed Class Representative |
|-------|-------------------------------|
| | business located at 75-5608 Kuakini Highway, Kailua-Kona, Hawaii 96740. Tony Honda Kona is engaged in the business of purchasing and selling automobiles. During the Class Period, Tony Honda Kona paid supracompetitive prices for its direct purchases of DMS from CDK. Tony Honda Kona also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Tony Honda Kona purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Tony Honda Kona suffered antitrust injury. |
| **Michigan** | Dealership Taylor Chevrolet is a corporation organized and existing under the laws of the state of Michigan with its principal place of business located at 13801 Telegraph Road, Taylor Michigan 48180. Taylor Chevrolet is engaged in the business of purchasing and selling automobiles. During the Class Period, Taylor Chevrolet paid supracompetitive prices for its direct purchases of DMS. Taylor Chevrolet also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Taylor Chevrolet purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Taylor Chevrolet suffered antitrust injury.<br><br>Dealership Toyota of Ann Arbor is a corporation organized and existing under the laws of the state of Michigan with its principal place of business located at 3745 Jackson Road, Ann Arbor, Michigan 48103. Toyota of Ann Arbor is engaged in the business of purchasing and selling automobiles. During the Class Period, Toyota of Ann Arbor paid supracompetitive prices for its direct purchases of DMS. Toyota of Ann Arbor also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Toyota of Ann Arbor purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Toyota of Ann Arbor suffered antitrust injury.<br><br>Dealership Rochester Hills Chrysler Jeep Dodge Ram ("Rochester Hills CJDR") is a corporation organized and existing under the laws of the state of Michigan with its principal place of business located at 1301 S. Rochester Road, Rochester Hills, Michigan 48307-3123. Rochester Hills CJDR is engaged in the business of purchasing and selling automobiles. During the Class Period, Rochester Hills CJDR paid supracompetitive prices for its direct purchases of DMS. Rochester Hills CJDR also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Rochester Hills CJDR purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Rochester Hills CJDR suffered antitrust injury. |

| State | Proposed Class Representative |
|-------|-------------------------------|
| **Nebraska** | Dealership Duteau Chevrolet Co., doing business as DuTeau Chevrolet ("DuTeau Chevy"), is a corporation organized and existing under the laws of the state of Nebraska with its principal place of business located at 7300 S. 27th Street, Lincoln, Nebraska 68512. DuTeau Chevy is engaged in the business of purchasing and selling automobiles. During the Class Period, DuTeau Chevy, who currently purchases DMS directly from Reynolds, paid supracompetitive prices for its direct purchases of DMS. DuTeau Chevy also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which DuTeau Chevy purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, DuTeau Chevy suffered antitrust injury. |
| **Oregon** | Dealership Landmark Ford, is a corporation organized and existing under the laws of the state of Oregon with its principal place of business located at 12000 SW 66th Avenue, Tigard, Oregon 97723. Landmark Ford is engaged in the business of purchasing and selling automobiles. During the Class Period, Landmark Ford, who currently purchases DMS directly from CDK, paid supracompetitive prices for its direct purchases of DMS. Landmark Ford also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Landmark Ford purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Landmark Ford suffered antitrust injury. |
| **Vermont** | Dealership (i) Automaster BMW, with its principal place of business located at 3328 Shelburne Road, Shelburne, Vermont 05482; (ii) Automaster Honda, with its principal place of business located at 3328 Shelburne Road, Shelburne, Vermont 05482; (iii) Automaster Mercedes-Benz, with its principal place of business located at 3328 Shelburne Road, Shelburne, Vermont 05482; and (iv) Mini of Birmingham, with its principal place of business located at 74 Champlain Drive, Shelburne, Vermont 05482 ("Automaster"), is a corporation organized and existing under the laws of the state of Vermont. Automaster is engaged in the business of purchasing and selling automobiles. During the Class Period, Automaster paid supracompetitive prices for its direct purchases of DMS from Reynolds. Automaster also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which Automaster purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, Automaster suffered antitrust injury. |

| State | Proposed Class Representative |
|-------|-------------------------------|
| **West Virginia** | Dealership L&S Motors of Beckley, Inc., doing business as L&S Toyota of Beckley ("L&S Toyota"), is a corporation organized and existing under the laws of the state of West Virginia with its principal place of business located at 248 Auto Plaza Drive, Beckley, West Virginia 25801. L&S Toyota is engaged in the business of purchasing and selling automobiles. During the Class Period, L&S Toyota paid supracompetitive prices for its direct purchases of DMS from Reynolds. L&S Toyota also paid supracompetitive prices for its indirect purchases of DIS, because the Vendors from which L&S Toyota purchased software applications passed on Defendants' artificially inflated data integration fees. As a result of Defendants' unlawful conduct, L&S Toyota suffered antitrust injury. |