Exhibit C

Case: 1:18-cv-00864 Document #: 1425-7 Filed: 11/21/23 Page 2 of 20 PageID #:92500

MIDYEAR REPORT



# NADA DATA 2023

ANNUAL FINANCIAL PROFILE OF AMERICA'S FRANCHISED NEW-CAR DEALERSHIPS



NADA | NATIONAL AUTOMOBILE DEALERS ASSOCIATION

# NADA DATA
## Overview



**Patrick Manzi**
**Chief Economist, NADA**

The *NADA Data* financial profile of new-car dealerships is now published twice a year—as a full annual review at year-end and as a midyear update.

This midyear 2023 review features the many major milestones achieved by the retail auto industry during the first half of 2023, including such highlights as:

- The nation's 16,839 franchised light-vehicle dealers sold 7.66 million light-duty vehicles.
- Total light-vehicle dealership sales topped $614 billion.
- Dealerships wrote nearly 135 million repair orders, with service and parts sales exceeding $73 billion.

In the first half of 2023, new light-vehicle inventory grew steadily, and each month, new light-vehicle sales increased year over year compared with 2022. New light-vehicle inventory on the ground and in transit totaled 1.9 million units at the end of June 2023. More available inventory meant consumers didn't have to wait as long to secure a new vehicle as they did during the past two years. But not all brands have been able to build back inventory as quickly as others. Days' supply by brand varied significantly across the industry as OEMs with the most in-demand vehicles saw their inventory sell quickly. Looking ahead, we expect that inventory levels will increase throughout the rest of the year and close out 2023 around 2.2 million units.

Because of tight supplies of vehicles and high demand from consumers, manufacturers pulled back on incentive spending in 2021 and 2022. Average incentive spending remained near record lows of under $1,000 per unit throughout most of 2022. Average incentive spending per unit increased 89% from June 2022 to June 2023, reaching $1,736. However, incentive spending remains varied by OEM, and those OEMs with more inventory are more likely to have higher incentives. We expect continued growth in incentive spending as inventory improves. New light-vehicle prices continued to rise in first-half 2023, but not at the rate seen in 2022. After increasing by 13.5% from June 2021 to June 2022, the average new light-vehicle transaction price rose by only 3.7% from June 2022 to June 2023. We believe that new-vehicle prices will likely continue to increase during the second half of 2023 but at a much lower rate than in second-half 2022.

To improve the breadth of information provided in *NADA Data*, we offer a section focusing on the new- and used-vehicle consumer, with in-depth data from Experian. These stats include average monthly payment, average loan term, leasing and more.

Note: *NADA Data* was first published in 1979, and some of the methodology and data sources have naturally changed along the way. Therefore, previous reports may not be directly comparable with the current version.

## CONTENTS

Franchised Dealership Workforce ................................................................................. 2
New Light-Vehicle Dealerships ..................................................................................... 3
Dealership Financial Trends ......................................................................................... 5
New Light-Vehicle Department .................................................................................... 7
Used-Vehicle Department ............................................................................................ 9
Service and Parts Department ..................................................................................... 10
Body Shop Department ............................................................................................... 12
Dealership Advertising ................................................................................................ 13
Employment and Payroll ............................................................................................. 14
New- and Used-Vehicle Consumer .............................................................................. 16

# NADA DATA
# Franchised Dealership Workforce

## Average Weekly Earnings

| Data resource | 2018 | 2019 | 2020 | 2021 | 2022 | Growth 2021-2022 |
|---|---|---|---|---|---|---|
| Total sample, franchised dealerships | $1,400 | $1,470 | $1,554 | $1,987 | $2,045 | ▲ 2.9% |
| Franchised dealers, same stores | $1,409 | $1,494 | $1,565 | $2,026 | $2,071 | ▲ 2.2% |
| Franchised dealers, same employees | $1,450 | $1,560 | $1,665 | $2,126 | $2,218 | ▲ 4.3% |
| BLS franchised dealerships | $1,133 | $1,180 | $1,292 | $1,601 | $1,681 | ▲ 5.0% |
| BLS U.S. private sector | $934 | $963 | $1,015 | $1,063 | $1,114 | ▲ 4.8% |

Source: Bureau of Labor Statistics, NADA

## Median Weekly Earnings

| Data resource | 2018 | 2019 | 2020 | 2021 | 2022 | Growth 2021-2022 |
|---|---|---|---|---|---|---|
| Total sample, franchised dealerships | $1,092 | $1,142 | $1,181 | $1,392 | $1,461 | ▲ 5.0% |
| Franchised dealers, same stores | $1,103 | $1,160 | $1,179 | $1,428 | $1,483 | ▲ 3.9% |
| Franchised dealers, same employees | $1,147 | $1,219 | $1,245 | $1,450 | $1,551 | ▲ 7.0% |
| BLS franchised dealerships | N/A | N/A | N/A | N/A | N/A | N/A |
| BLS U.S. private sector | $886 | $917 | $966 | $988 | $1,059 | ▲ 7.2% |

Source: Bureau of Labor Statistics, NADA

## Earnings Growth, 2022-2023



Source: Bureau of Labor Statistics, NADA

# NADA DATA
## New Light-Vehicle Dealerships

### New Light-Vehicle Dealerships by State, June YTD 2023

| State | Count | State | Count |
|---|---|---|---|
| Alabama | 279 | Nebraska | 157 |
| Alaska | 27 | Nevada | 101 |
| Arizona | 248 | New Hampshire | 132 |
| Arkansas | 211 | New Jersey | 456 |
| California | 1,318 | New Mexico | 112 |
| Colorado | 251 | New York | 863 |
| Connecticut | 253 | North Carolina | 579 |
| Delaware | 54 | North Dakota | 70 |
| Florida | 911 | Ohio | 716 |
| Georgia | 487 | Oklahoma | 253 |
| Hawaii | 68 | Oregon | 225 |
| Idaho | 103 | Pennsylvania | 862 |
| Illinois | 699 | Rhode Island | 52 |
| Indiana | 400 | South Carolina | 258 |
| Iowa | 268 | South Dakota | 83 |
| Kansas | 204 | Tennessee | 344 |
| Kentucky | 233 | Texas | 1,256 |
| Louisiana | 284 | Utah | 142 |
| Maine | 111 | Vermont | 80 |
| Maryland | 306 | Virginia | 456 |
| Massachusetts | 387 | Washington | 311 |
| Michigan | 607 | West Virginia | 132 |
| Minnesota | 337 | Wisconsin | 464 |
| Mississippi | 177 | Wyoming | 47 |
| Missouri | 372 | **Total U.S.** | **16,839** |
| Montana | 93 | | |

Source: NADA



TOTAL NEW-CAR DEALERSHIPS
**16,839**

### Share of Dealerships by Volume of New-Unit Sales, June YTD 2023

Percent of dealerships



| Range | Percent |
|---|---|
| 1-149 | 18.2% |
| 150-299 | 17.8% |
| 300-499 | 16.4% |
| 500-749 | 15.5% |
| 750-1,499 | 21.3% |
| 1,500+ | 10.9% |

Source: NADA

**NADA DATA**

## New Light-Vehicle Dealerships *(continued)*

**Share of Owners by Number of Stores Operated, June YTD**

| Number of stores | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-5 | 95.5% | 95.0% | 94.8% | 94.4% | 94.3% | 94.0% | 93.8% | 93.7% | 93.2% | 92.7% | 92.2% |
| 6-10 | 3.2% | 3.4% | 3.5% | 3.8% | 3.9% | 4.1% | 4.2% | 4.2% | 4.4% | 4.8% | 5.0% |
| 11-25 | 1.1% | 1.4% | 1.5% | 1.5% | 1.5% | 1.5% | 1.6% | 1.7% | 1.9% | 2.1% | 2.2% |
| 26-50 | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% |
| Greater than 50 | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% |

Source: NADA

# NADA DATA
# Dealership Financial Trends

## Total Sales by State, June YTD 2023

| State | All dealerships ($ millions) | Average per dealership ($ thousands) |
|---|---|---|
| Alabama | $7,858 | $28,163 |
| Alaska | $1,048 | $38,804 |
| Arizona | $14,386 | $58,007 |
| Arkansas | $4,129 | $19,569 |
| California | $73,002 | $55,388 |
| Colorado | $10,588 | $42,184 |
| Connecticut | $5,833 | $23,054 |
| Delaware | $2,007 | $37,161 |
| Florida | $52,433 | $57,556 |
| Georgia | $18,640 | $38,275 |
| Hawaii | $3,076 | $45,238 |
| Idaho | $2,755 | $26,748 |
| Illinois | $21,681 | $31,017 |
| Indiana | $10,044 | $25,110 |
| Iowa | $4,889 | $18,243 |
| Kansas | $3,759 | $18,425 |
| Kentucky | $5,850 | $25,106 |
| Louisiana | $8,011 | $28,208 |
| Maine | $2,562 | $23,082 |
| Maryland | $11,175 | $36,521 |
| Massachusetts | $12,579 | $32,503 |
| Michigan | $20,730 | $34,151 |
| Minnesota | $9,445 | $28,027 |
| Mississippi | $4,240 | $23,955 |
| Missouri | $11,678 | $31,393 |
| Montana | $2,369 | $25,477 |
| Nebraska | $3,330 | $21,212 |
| Nevada | $5,418 | $53,639 |
| New Hampshire | $3,545 | $26,859 |
| New Jersey | $20,439 | $44,823 |
| New Mexico | $3,087 | $27,565 |
| New York | $34,485 | $39,960 |
| North Carolina | $17,031 | $29,415 |
| North Dakota | $1,532 | $21,882 |
| Ohio | $21,165 | $29,560 |
| Oklahoma | $20,662 | $81,667 |
| Oregon | $6,001 | $26,671 |
| Pennsylvania | $22,659 | $26,287 |
| Rhode Island | $1,998 | $38,420 |
| South Carolina | $8,756 | $33,936 |
| South Dakota | $1,489 | $17,937 |
| Tennessee | $11,939 | $34,707 |
| Texas | $60,547 | $48,206 |
| Utah | $6,065 | $42,708 |
| Vermont | $1,260 | $15,747 |
| Virginia | $14,233 | $31,212 |
| Washington | $11,558 | $37,164 |
| West Virginia | $2,956 | $22,393 |
| Wisconsin | $8,857 | $19,088 |
| Wyoming | $873 | $18,565 |
| **Total U.S.** | **$614,651** | **$36,502** |

Source: NADA

# NADA DATA
## Dealership Financial Trends (continued)

### Total Sales of New-Vehicle Dealerships by Year, June YTD



All dealerships, orange graph (left scale), in billions of dollars

Average per dealership, blue graph (right scale), in millions of dollars

Orange (all dealerships, $B): 2017 $494.76, 2018 $503.86, 2019 $518.74, 2020 $437.80, 2021 $600.44, 2022 $618.75, 2023 $614.65

Blue (average per dealership, $M): 2017 $29.43, 2018 $30.00, 2019 $30.99, 2020 $26.30, 2021 $36.04, 2022 $36.94, 2023 $36.50

Source: NADA

### Share of Total Dealership Sales Dollars, 2022 vs. 2023, June YTD



2022: Service, parts and body shop 11.7%; Used vehicles 39.7%; New vehicles 48.7%

2023: Service, parts and body shop 12.6%; Used vehicles 35.0%; New vehicles 52.4%

Source: NADA

# NADA DATA
## New Light-Vehicle Department

**New-Vehicle Inventories and Days' Supply by Year, June YTD**




Source: *Automotive News*, Wards Intelligence

domestic
**1,564,731**
+ import
**340,315**

NEW-VEHICLE INVENTORY
# 1,905,046

NEW-VEHICLE DAYS' SUPPLY  **38** domestic  |  **31** import

**Number of New Vehicles Sold and Selling Price by Year, June YTD**

| Year | Average new vehicles sold | Average retail selling price |
|---|---|---|
| 2017 | 500 | $34,335 |
| 2018 | 511 | $35,249 |
| 2019 | 503 | $36,402 |
| 2020 | 386 | $38,043 |
| 2021 | 498 | $40,232 |
| 2022 | 404 | $45,646 |
| 2023 | 455 | $47,331 |

Source: NADA



# $47,331
AVERAGE SELLING PRICE OF NEW VEHICLES SOLD
*(by new-vehicle dealerships)*

# NADA DATA
## New Light-Vehicle Department (continued)

### New Light-Duty Vehicle Sales by Year, June YTD

| Year | New cars | Light-duty trucks | Total light-duty vehicles | Light-duty trucks as % of total |
| --- | --- | --- | --- | --- |
| 2013 | 3,899,781 | 3,898,802 | 7,798,583 | 50.0% |
| 2014 | 3,896,078 | 4,227,311 | 8,123,389 | 52.0% |
| 2015 | 3,840,833 | 4,645,480 | 8,486,313 | 54.7% |
| 2016 | 3,531,924 | 5,061,876 | 8,593,600 | 58.9% |
| 2017 | 3,105,855 | 5,295,860 | 8,401,715 | 63.0% |
| 2018 | 2,747,165 | 5,827,103 | 8,574,268 | 68.0% |
| 2019 | 2,502,253 | 5,910,663 | 8,412,916 | 70.3% |
| 2020 | 1,589,042 | 4,839,992 | 6,429,034 | 75.3% |
| 2021 | 1,917,037 | 6,377,070 | 8,294,107 | 76.9% |
| 2022 | 1,430,545 | 5,336,957 | 6,767,502 | 78.9% |
| 2023 | 1,577,118 | 6,081,044 | 7,658,162 | 79.4% |

Source: *Automotive News*, Wards Intelligence

### Market Share by Manufacturer, June 2023 YTD

| Manufacturer | YTD market share | YTD market share change |
| --- | --- | --- |
| BMW | 2.4% | 0.0% |
| Ford | 12.7% | -0.3% |
| General Motors | 16.8% | 0.8% |
| Honda | 8.2% | 0.8% |
| Hyundai | 10.7% | 0.3% |
| Mazda | 2.4% | 0.3% |
| Mercedes-Benz | 2.3% | -0.2% |
| Nissan | 6.3% | 0.6% |
| Stellantis | 10.4% | -1.5% |
| Subaru | 4.0% | 0.1% |
| Tesla | 4.2% | 0.8% |
| Toyota | 13.6% | -1.9% |
| Volkswagen | 3.8% | 0.0% |
| Other* | 2.2% | 1.0% |

*Includes Jaguar/Land Rover, Lucid, Mitsubishi, Rivian and Volvo
Source: Wards Intelligence

# NADA DATA
# Used-Vehicle Department

**Used-Vehicle Sales by New-Vehicle Dealerships, by Year, June YTD**

In millions (units)



| 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|------|------|
| 6.91 | 7.55 | 7.89 | 6.44 | 7.78 | 6.75 | 6.48 |

Source: NADA

**Average Retail Selling Price of Used Vehicles Sold by New-Vehicle Dealerships, by Year, June YTD**

In thousands of dollars



| 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|------|------|------|
| $19.97 | $20.39 | $20.84 | $21.21 | $24.54 | $30.80 | $29.59 |

Source: NADA



## $29,586
AVERAGE RETAIL SELLING PRICE OF USED VEHICLES SOLD
*(by new-vehicle dealerships)*

# NADA DATA
## Service and Parts Department

### Dealerships' Total Service and Parts Sales, June YTD 2023

**Service labor sales** (in billions of dollars)



**Parts sales** (in billions of dollars)



Source: NADA

### Dealerships' Total Service and Parts Sales by Year, June YTD

**In billions of dollars**



Source: NADA

### Dealerships' Total Service and Parts Sales, June YTD 2023

(in billions of dollars)

| Service labor sales | |
|---|---|
| Customer mechanical | $14.07 |
| Customer body | $2.24 |
| Warranty | $5.33 |
| Sublet | $2.30 |
| Internal | $5.41 |
| Other | $2.88 |
| **Total service labor** | **$32.22** |
| Parts sales | |
| Customer mechanical | $11.81 |
| Customer body | $2.46 |
| Wholesale | $12.13 |
| Counter | $2.15 |
| Warranty | $6.35 |
| Internal | $3.99 |
| Other | $4.70 |
| **Total parts** | **$43.58** |

Source: NADA

**$73.76 billion**
SERVICE AND PARTS SALES
*(for all new-vehicle dealerships)*



# NADA DATA

## Service and Parts Department (continued)

**Profile of Dealerships' Service and Parts Operations, June YTD 2023**

|  | Average dealership | All dealers |
|---|---|---|
| Total service and parts sales | $4,380,314 | $73,760,111,299 |
| Total number of repair orders written | 8,010 | 134,883,762 |
| Total service and parts sales per customer repair order | $452 | |
| Total service and parts sales per warranty repair order | $438 | |
| Number of technicians (including body) | 15 | 258,004 |
| Parts sales per service labor sale | $1.58 | |
| Total parts inventory | $514,712 | $8,667,227,539 |
| Average customer mechanical labor rate | $164 | |

Source: NADA



**$4.38 million**
SERVICE AND PARTS SALES
*(per new-vehicle dealership)*



**258,004**
TECHNICIANS
*(including body shop)*



**134+ million**
REPAIR ORDERS WRITTEN

# NADA DATA

# Body Shop Department

### Dealerships Operating On-Site Body Shops by Year, June YTD



Percent of total dealership population

- 2017: 39.1%
- 2018: 37.8%
- 2019: 37.3%
- 2020: 37.2%
- 2021: 35.9%
- 2022: 34.8%
- 2023: 34.2%

Source: NADA

### Total Dealership Body Shop Sales by Year, June YTD



In billions of dollars

- 2017: $3.36
- 2018: $3.28
- 2019: $3.64
- 2020: $2.88
- 2021: $2.95
- 2022: $3.27
- 2023: $3.83

Source: NADA

### Body Shop Sales per Repair Order by Year, June YTD



In dollars

- 2017: $745
- 2018: $723
- 2019: $760
- 2020: $749
- 2021: $726
- 2022: $870
- 2023: $1,035

Source: NADA

# NADA DATA
# Dealership Advertising

**Total Franchised Dealership Advertising Expenditures by Year, June YTD***

In billions of dollars



Source: NADA



## $4.28 billion
TOTAL DEALERSHIP ADVERTISING EXPENDITURES

**Average Dealership Advertising per New Unit Sold by Year, June YTD***

In dollars



Source: NADA

*Advertising expense includes advertising and sales promotion minus advertising rebates. Some advertising data is reported in one account that includes sales promotion and already is minus advertising rebates.

# NADA DATA
# Employment and Payroll

**Average Weekly Earnings of New Light-Vehicle Dealership Employees by State, Year-end 2022***

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alabama | $1,611 | Indiana | $1,484 | Nebraska | $1,409 | South Carolina | $1,612 |
| Alaska | $1,487 | Iowa | $1,449 | Nevada | $1,964 | South Dakota | $1,391 |
| Arizona | $1,756 | Kansas | $1,412 | New Hampshire | $1,894 | Tennessee | $1,701 |
| Arkansas | $1,492 | Kentucky | $1,492 | New Jersey | $1,950 | Texas | $1,822 |
| California | $1,969 | Louisiana | $1,521 | New Mexico | $1,505 | Utah | $1,555 |
| Colorado | $1,725 | Maine | $1,517 | New York | $1,761 | Vermont | $1,503 |
| Connecticut | $1,657 | Maryland | $1,676 | North Carolina | $1,589 | Virginia | $1,586 |
| Delaware | $1,535 | Massachusetts | $1,872 | North Dakota | $1,331 | Washington | $1,721 |
| Florida | $1,862 | Michigan | $1,624 | Ohio | $1,547 | West Virginia | $1,280 |
| Georgia | $1,782 | Minnesota | $1,398 | Oklahoma | $1,484 | Wisconsin | $1,284 |
| Hawaii | $1,687 | Mississippi | $1,385 | Oregon | $1,666 | Wyoming | $1,330 |
| Idaho | $1,559 | Missouri | $1,461 | Pennsylvania | $1,441 | **Total U.S.** | **$1,681** |
| Illinois | $1,560 | Montana | $1,437 | Rhode Island | $1,550 | | |

*Payroll Information is from year-end 2022.
Source: Bureau of Labor Statistics, NADA

**Estimated Number of Dealership Employees by Year, June YTD**



- Total of all dealerships (left scale, in millions): 1.13 (2017), 1.13 (2018), 1.13 (2019), 1.01 (2020), 1.05 (2021), 1.06 (2022), 1.09 (2023)
- Average number per dealership (right scale): 70 (2017), 68 (2018), 70 (2019), 64 (2020), 63 (2021), 65 (2022), 63 (2023)

Source: NADA

**Dealership Employment by Position, June YTD 2023**



- New- and used-car salespeople: 18.4%
- Technicians: 24.1%
- Other service and parts employees: 23.3%
- Supervisors: 13.4%
- Others: 20.7%

Source: NADA

# NADA DATA

## Employment and Payroll *(continued)*

### Annual Payroll of New-Vehicle Dealerships by State, Year-end 2022*

| State | Total, all dealers (billions) | Average per dealership (millions) | State | Total, all dealers (billions) | Average per dealership (millions) | State | Total, all dealers (billions) | Average per dealership (millions) |
|---|---|---|---|---|---|---|---|---|
| Alabama | $1.26 | $4.50 | Louisiana | $1.22 | $4.29 | Ohio | $3.32 | $4.63 |
| Alaska | $0.14 | $5.06 | Maine | $0.43 | $3.86 | Oklahoma | $1.03 | $4.08 |
| Arizona | $2.19 | $8.85 | Maryland | $1.90 | $6.22 | Oregon | $1.13 | $5.03 |
| Arkansas | $0.72 | $3.40 | Massachusetts | $2.04 | $5.27 | Pennsylvania | $3.46 | $4.01 |
| California | $11.23 | $8.52 | Michigan | $2.90 | $4.78 | Rhode Island | $0.26 | $4.98 |
| Colorado | $1.66 | $6.62 | Minnesota | $1.39 | $4.11 | South Carolina | $1.33 | $5.16 |
| Connecticut | $1.08 | $4.28 | Mississippi | $0.60 | $3.39 | South Dakota | $0.30 | $3.65 |
| Delaware | $0.29 | $5.45 | Missouri | $1.64 | $4.41 | Tennessee | $1.93 | $5.61 |
| Florida | $8.17 | $8.97 | Montana | $0.29 | $3.15 | Texas | $9.47 | $7.54 |
| Georgia | $3.15 | $6.47 | Nebraska | $0.53 | $3.39 | Utah | $0.87 | $6.16 |
| Hawaii | $0.35 | $5.15 | Nevada | $0.95 | $9.41 | Vermont | $0.23 | $2.83 |
| Idaho | $0.52 | $5.07 | New Hampshire | $0.62 | $4.72 | Virginia | $2.48 | $5.44 |
| Illinois | $3.41 | $4.88 | New Jersey | $3.07 | $6.72 | Washington | $1.90 | $6.11 |
| Indiana | $1.71 | $4.27 | New Mexico | $0.50 | $4.45 | West Virginia | $0.40 | $3.04 |
| Iowa | $0.92 | $3.43 | New York | $4.43 | $5.13 | Wisconsin | $1.52 | $3.27 |
| Kansas | $0.69 | $3.39 | North Carolina | $2.93 | $5.05 | Wyoming | $0.14 | $2.91 |
| Kentucky | $0.99 | $4.27 | North Dakota | $0.26 | $3.76 | **Total U.S.** | **$93.96** | **$5.58** |

*Payroll information is from year-end 2022.
Source: Bureau of Labor Statistics

# NADA DATA 
## New- and Used-Vehicle Consumer

### Average Amount Financed, 2022 vs. 2023, Q2



| Q2 2022 | Q2 2023 |
|---|---|
| New: $40,587 | New: $40,657 |
| Used: $28,607 | Used: $26,863 |

### Percentage of Vehicles Leased, 2022 vs. 2023, Q2



| Q2 2022 | Q2 2023 |
|---|---|
| New: 19.9% | New: 21.3% |
| Used: 11.0% | Used: 8.5% |

### Credit Score Range

| Category | Score range |
|---|---|
| Superprime | 781-850 |
| Prime | 661-780 |
| Nonprime | 601-660 |
| Subprime | 501-600 |
| Deep subprime | 300-500 |

### Market Share of New-Vehicle Financing (Loan/Lease) by Lender Type, 2022 vs. 2023, Q2



Q2 2022
- Captive: 46.8%
- Bank: 26.0%
- Credit union: 21.6%
- Finance: 4.6%
- BHPH/Other: 1.0%



Q2 2023
- Captive: 58.5%
- Bank: 22.3%
- Credit union: 13.7%
- Finance: 4.5%
- BHPH/Other: 1.1%

Source for all charts on this page: Experian Automotive. For more information, visit experian.com/automotive.

# NADA DATA
## New- and Used-Vehicle Consumer *(continued)*



**Average Monthly Loan Payment, 2022 vs. 2023, Q2**



- New: Q2 2022 $672, Q2 2023 $729
- Used: Q2 2022 $519, Q2 2023 $528

**Average Loan Term in Months, 2022 vs. 2023, Q2**



- New: Q2 2022 69.8, Q2 2023 68.1
- Used: Q2 2022 68.1, Q2 2023 67.4

**Share of New-Vehicle Loans by Term Length in Months, 2022 v. 2023, Q2**



Q2 2022
- 61-72 mo.: 36.6%
- 73-84 mo.: 35.5%
- 49-60 mo.: 16.7%
- 1-48 mo.: 9.5%
- 85+ mo.: 1.8%



Q2 2023
- 61-72 mo.: 37.2%
- 73-84 mo.: 29.4%
- 49-60 mo.: 17.2%
- 1-48 mo.: 14.6%
- 85+ mo.: 1.7%

Source for all charts on this page: Experian Automotive. For more information, visit experian.com/automotive.

# NADA DATA



## New- and Used-Vehicle Consumer *(continued)*

**Average Interest Rate on Vehicle Financing, 2022 vs. 2023, Q2**



Legend: ■ New ■ Used

- Q2 2022: New 4.60%, Used 8.84%
- Q2 2023: New 6.63%, Used 11.38%

**New-Vehicle Loans by Risk Segment, 2022 vs. 2023, Q2**



2022:
- Deep subprime: 0.2%
- Subprime: 5.3%
- Nonprime: 13.5%
- Prime: 52.2%
- Super prime: 28.8%

2023:
- Deep subprime: 0.3%
- Subprime: 5.3%
- Nonprime: 12.9%
- Prime: 49.3%
- Super prime: 32.2%

Source for all charts on this page: Experian Automotive. For more information, visit experian.com/automotive.