# Exhibit D

# NADADATA 2022

## ANNUAL FINANCIAL PROFILE OF AMERICA'S FRANCHISED NEW-CAR DEALERSHIPS



NADA NATIONAL AUTOMOBILE DEALERS ASSOCIATION

# NADA DATA
# Overview



**Patrick Manzi**
**Chief Economist, NADA**

The *NADA Data* financial profile of new-car dealerships is now published twice a year—as a full annual review at year-end and as a midyear update.

This 2022 full-year review features the many major milestones achieved by the retail auto industry during the first half of 2022, including such highlights as:

- The nation's 16,773 franchised light-vehicle dealers sold 13.7 million light-duty vehicles.

- Total light-vehicle dealership sales topped $1.2 trillion.

- Dealerships wrote more than 265 million repair orders, with service and parts sales totaling more than $137 billion.

The 13.7 million new light-vehicles sold represented a decline of 8% compared with 2021 and the lowest full-year sales total since 2012. Despite the low volume, the average franchised dealership had a strong year. Sales for the average dealership totaled $71.8 million, an increase of 1.2% compared with 2021.

New light-vehicle inventory was the big story for the industry in 2022. At the beginning of the year, new light-vehicle inventory—which was near a historic low of 1.1 million units—remained constrained through much of 2022. But the OEMs were able to increase production in the second half of the year and end 2022 with 1.7 million new light vehicles on the ground and in transit. The microchip shortage will still impact vehicle production in 2023, but not nearly as much as in 2021 and 2022. We expect inventory to continue building slowly throughout 2023 and reach nearly 2.2 million units by year-end.

The shift to electric vehicles also has been a big focus, and 2022 was the best year yet for sales of battery electric vehicles (BEVs). Sales of new BEVs reached nearly 739,000 units in 2022, up 61% compared with 2021. Franchised dealers also captured a larger share of the BEV pie in 2022, with their BEV sales totaling almost 260,000 units—the best BEV sales year to date for their dealerships. At the end of 2022, franchised dealerships captured 35% of the new BEV market, and we expect this to continue as more BEV models are released by the legacy OEMs in the coming years.

To improve the breadth of information provided in *NADA Data*, we offer a section focusing on the new- and used-vehicle consumer, with in-depth data from Experian. These stats include average monthly payment, average loan term, percentage of vehicles leased and more.

*Note: NADA Data was first published in 1979, and some of the methodology and data sources have naturally changed along the way. Therefore, previous reports may not be directly comparable with the current version.*

## CONTENTS

New Light-Vehicle Dealerships . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
Dealership Financial Trends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4
New Light-Vehicle Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
Used-Vehicle Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
Service and Parts Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
Body Shop Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
Dealership Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
Employment and Payroll . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
New- and Used-Vehicle Consumer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20

# **NADA**DATA
## New Light-Vehicle Dealerships

### New Light-Vehicle Dealerships by State, 2022

| State | | State | |
|---|---|---|---|
| Alabama | 277 | Nebraska | 156 |
| Alaska | 27 | Nevada | 100 |
| Arizona | 248 | New Hampshire | 131 |
| Arkansas | 211 | New Jersey | 455 |
| California | 1,303 | New Mexico | 112 |
| Colorado | 253 | New York | 858 |
| Connecticut | 251 | North Carolina | 573 |
| Delaware | 54 | North Dakota | 72 |
| Florida | 906 | Ohio | 717 |
| Georgia | 487 | Oklahoma | 252 |
| Hawaii | 68 | Oregon | 219 |
| Idaho | 102 | Pennsylvania | 862 |
| Illinois | 700 | Rhode Island | 52 |
| Indiana | 399 | South Carolina | 255 |
| Iowa | 269 | South Dakota | 83 |
| Kansas | 205 | Tennessee | 343 |
| Kentucky | 232 | Texas | 1,239 |
| Louisiana | 282 | Utah | 141 |
| Maine | 110 | Vermont | 77 |
| Maryland | 307 | Virginia | 455 |
| Massachusetts | 386 | Washington | 308 |
| Michigan | 616 | West Virginia | 132 |
| Minnesota | 336 | Wisconsin | 465 |
| Mississippi | 177 | Wyoming | 47 |
| Missouri | 370 | **Total U.S.** | **16,773** |
| Montana | 93 | | |

Source: NADA



**1,303**
CALIFORNIA
Highest number of
new light-vehicle dealerships



**27**
ALASKA
Lowest number of
new light-vehicle dealerships

**16,773**

TOTAL NEW-CAR DEALERSHIPS

# NADA DATA

## New Light-Vehicle Dealerships *(continued)*

### Share of Owners by Number of Dealerships Operated, by Year

| Number of dealerships | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-5 | 95.5% | 95.0% | 94.8% | 94.4% | 94.2% | 93.9% | 93.8% | 93.5% | 93.0% | 92.4% |
| 6-10 | 3.2% | 3.4% | 3.5% | 3.8% | 4.0% | 4.1% | 4.2% | 4.3% | 4.5% | 4.9% |
| 11-25 | 1.1% | 1.4% | 1.5% | 1.5% | 1.6% | 1.6% | 1.7% | 1.7% | 2.0% | 2.2% |
| 26-50 | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.3% | 0.3% | 0.3% | 0.4% |
| Greater than 50 | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% |

Source: NADA

### Share of Dealerships by Volume of New-Unit Sales, 2022

Percent of dealerships



Source: NADA

# NADA DATA
## Dealership Financial Trends

**Total Sales by State, 2022**

| State | All dealerships ($ millions) | Average per dealership ($ thousands) |
|---|---|---|
| Alabama | $16,128 | $58,224 |
| Alaska | $2,042 | $75,623 |
| Arizona | $29,090 | $117,296 |
| Arkansas | $8,582 | $40,674 |
| California | $142,596 | $109,437 |
| Colorado | $21,184 | $83,730 |
| Connecticut | $11,954 | $47,627 |
| Delaware | $3,665 | $67,865 |
| Florida | $105,293 | $116,217 |
| Georgia | $36,902 | $75,774 |
| Hawaii | $5,928 | $87,180 |
| Idaho | $5,713 | $56,007 |
| Illinois | $41,216 | $58,880 |
| Indiana | $19,373 | $48,554 |
| Iowa | $9,865 | $36,674 |
| Kansas | $7,846 | $38,272 |
| Kentucky | $11,281 | $48,626 |
| Louisiana | $16,471 | $58,408 |
| Maine | $5,305 | $48,223 |
| Maryland | $22,048 | $71,817 |
| Massachusetts | $24,541 | $63,577 |
| Michigan | $43,044 | $69,876 |
| Minnesota | $17,390 | $51,757 |
| Mississippi | $8,175 | $46,185 |
| Missouri | $22,484 | $60,767 |
| Montana | $4,818 | $51,805 |

| State | All dealerships ($ millions) | Average per dealership ($ thousands) |
|---|---|---|
| Nebraska | $6,419 | $41,146 |
| Nevada | $10,925 | $109,245 |
| New Hampshire | $7,965 | $60,799 |
| New Jersey | $39,478 | $86,766 |
| New Mexico | $6,305 | $56,292 |
| New York | $68,225 | $79,516 |
| North Carolina | $34,283 | $59,830 |
| North Dakota | $2,807 | $38,981 |
| Ohio | $41,863 | $58,387 |
| Oklahoma | $33,880 | $134,443 |
| Oregon | $13,426 | $61,308 |
| Pennsylvania | $46,313 | $53,727 |
| Rhode Island | $3,776 | $72,618 |
| South Carolina | $17,169 | $67,331 |
| South Dakota | $2,951 | $35,551 |
| Tennessee | $20,877 | $60,867 |
| Texas | $115,598 | $93,300 |
| Utah | $11,870 | $84,183 |
| Vermont | $3,149 | $40,891 |
| Virginia | $26,954 | $59,239 |
| Washington | $22,430 | $72,826 |
| West Virginia | $6,607 | $50,054 |
| Wisconsin | $17,388 | $37,393 |
| Wyoming | $1,773 | $37,723 |
| **Total U.S.** | **$1,205,363** | **$71,863** |

Source: NADA

Case: 1:18-cv-00864 Document #: 1425-8 Filed: 11/21/23 Page 7 of 24 PageID #:92525

# Dealership Financial Trends *(continued)*

## Total Sales of New-Vehicle Dealerships, by Year

Source: NADA

## Share of Total Dealership Sales Dollars

Source: NADA

# NADA DATA
## Dealership Financial Trends *(continued)*

**New-Vehicle Registrations by State, 2022**

In percent of total registrations



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| <1.0% | 1.0–2.0% | 2.1–3.0% | 3.1–4.0% | 4.1–6.0% | 6.1–8.0% | 8.1–10.0% | >10.0% |

Source: S&P Global

# NADA DATA
## New Light-Vehicle Department

### New-Vehicle Inventories and Days' Supply, by Year



**Inventory** (in millions)

Total
3.58, 3.91, 3.79, 3.92, 3.55, 2.75, 1.12, 1.67

Domestic
1.91, 2.06, 1.92, 2.09, 1.86, 2.09, 0.92, 1.41

Import
1.68, 1.85, 1.87, 1.84, 1.70, 0.66, 0.20, 0.26

**Days' supply**

Domestic
72, 74, 70, 76, 67, 47, 26, 38

Import
53, 54, 56, 54, 50, 52, 22, 27

Source: Wards Intelligence, *Automotive News* Data Center

### Average Number of New Vehicles Sold Per Dealership and Selling Price, by Year

| Year | New vehicles sold | Average retail selling price |
|------|-------------------|------------------------------|
| 2015 | 1,051 | $33,456 |
| 2016 | 1,045 | $34,449 |
| 2017 | 1,020 | $34,670 |
| 2018 | 1,028 | $35,608 |
| 2019 | 1,026 | $36,824 |
| 2020 | 870 | $38,961 |
| 2021 | 895 | $42,379 |
| 2022 | 819 | $46,287 |

Source: Wards Intelligence, NADA



domestic
**1,411,609**
+
import
**261,077**

## NEW-CAR INVENTORY
# 1,672,686

NEW-VEHICLE
DAYS' SUPPLY
**38** domestic
**27** import

# NADA DATA
# New Light-Vehicle Department *(continued)*

**New Light-Duty Vehicle Sales, by Year**

| Year | New cars | Light-duty trucks | Total light-duty vehicles | Light-duty trucks as % of total |
|------|----------|-------------------|---------------------------|--------------------------------|
| 2011 | 6,089,300 | 6,644,900 | 12,734,200 | 52.2% |
| 2012 | 7,242,800 | 7,199,000 | 14,441,800 | 49.8% |
| 2013 | 7,582,500 | 7,942,300 | 15,524,800 | 51.2% |
| 2014 | 7,688,900 | 8,748,100 | 16,437,000 | 53.2% |
| 2015 | 7,525,023 | 9,861,024 | 17,386,047 | 56.7% |
| 2016 | 6,873,158 | 10,591,862 | 17,465,020 | 60.6% |
| 2017 | 6,079,584 | 11,055,149 | 17,134,733 | 64.5% |
| 2018 | 5,304,347 | 11,910,816 | 17,215,163 | 69.2% |
| 2019 | 4,790,846 | 12,317,310 | 17,108,156 | 72.0% |
| 2020 | 3,408,778 | 11,055,157 | 14,463,935 | 76.4% |
| 2021 | 3,339,476 | 11,587,457 | 14,926,933 | 77.6% |
| 2022 | 2,852,012 | 10,882,191 | 13,734,203 | 79.2% |

Source: Wards Intelligence, *Automotive News* Data Center

**Average Dealership New-Vehicle Retail Sales per New-Vehicle Salesperson, by Year**



| 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|------|------|------|------|------|------|------|------|
| 112 | 110 | 109 | 109 | 104 | 104 | 113 | 102 |

Source: NADA



**2,852,012**
NEW-CAR SALES

**10,882,191**
NEW LIGHT-DUTY TRUCK SALES

**13,734,203**
TOTAL LIGHT-DUTY VEHICLE SALES

# NADA DATA

# New Light-Vehicle Department *(continued)*

## Market Share by Manufacturer, June YTD

| | YTD market share | YTD market share change |
|---|---|---|
| BMW | 2.6% | 0.2% ▲ |
| Ford | 13.1% | 0.9% ▲ |
| General Motors | 16.4% | 1.7% ▲ |
| Honda | 7.2% | 2.7% ▼ |
| Hyundai | 10.7% | 0.8% ▲ |
| Mazda | 2.1% | 0.1% ▼ |
| Mercedes-Benz | 2.5% | 0.3% ▲ |
| Nissan | 5.3% | 1.2% ▼ |
| Stellantis | 11.2% | 0.6% ▼ |
| Subaru | 4.1% | 0.1% ▲ |
| Toyota | 15.4% | 0.3% ▼ |
| VW | 4.0% | 0.3% ▼ |
| Other* | 5.4% | 1.1% ▲ |

*Includes Jaguar/Land Rover, Lucid, Mitsubishi, Rivian, Tesla and Volvo

Source: Wards Intelligence

# NADA DATA
## Used-Vehicle Department

**Total Used-Vehicle Sales by New-Vehicle Dealerships, by Year**

In millions



Source: NADA

**Sources of Used Vehicles Retailed by New-Vehicle Dealerships, 2022**



Source: NADA

**Average Retail Selling Price of Used Vehicles Sold by New-Vehicle Dealerships, by Year**

In thousands



Source: NADA

**Average Dealership Used-Vehicle Retail Sales per Used-Vehicle Salesperson, by Year**



Source: NADA

# NADA DATA
## Service and Parts Department

### Dealerships' Total Service and Parts Sales, 2022



**Service labor sales** (in billions of dollars)

- Customer mechanical: $26.21
- Customer body: $4.09
- Warranty: $9.58
- Sublet: $4.36
- Internal: $10.13
- Other: $5.43

Source: NADA



**Parts sales** (in billions of dollars)

- Customer mechanical: $22.48
- Customer body: $4.14
- Wholesale: $23.08
- Counter: $4.28
- Warranty: $11.98
- Internal: $7.54
- Other: $8.27

Source: NADA

### Dealerships' Total Service and Parts Sales, 2022 (in billions of dollars)

| Service labor sales | |
|---|---|
| Customer mechanical | $26.21 |
| Customer body | $4.09 |
| Warranty | $9.58 |
| Sublet | $4.36 |
| Internal | $10.13 |
| Other | $5.43 |
| **Total service labor** | **$59.79** |
| **Parts sales** | |
| Customer mechanical | $22.48 |
| Customer body | $4.14 |
| Wholesale | $23.08 |
| Counter | $4.28 |
| Warranty | $11.98 |
| Internal | $7.54 |
| Other | $8.27 |
| **Total parts** | **$81.78** |

Source: NADA



**$8.2 million**
SERVICE AND
PARTS SALES
*(per new-vehicle dealership)*

**257,534**
TECHNICIANS
*(including body shop)*



**265.8 million**
REPAIR ORDERS
WRITTEN

# NADADATA

## Service and Parts Department *(continued)*

### Dealerships' Total Service and Parts Sales by Year

In billions of dollars



- $100.02 — 2015
- $109.52 — 2016
- $114.15 — 2017
- $116.49 — 2018
- $120.73 — 2019
- $111.22 — 2020
- $125.57 — 2021
- $137.49 — 2022

Source: NADA



## $137.49 billion
SERVICE AND PARTS SALES
*(for all new-vehicle dealerships)*

### Profile of Dealerships' Service and Parts Operations, 2022

| | Average dealership | All dealers |
|---|---|---|
| Total service and parts sales | $8,197,000 | $137,488,280,836 |
| Total number of repair orders written | 15,848 | 265,826,272 |
| Total service and parts sales per customer repair order | $432 | |
| Total service and parts sales per warranty repair order | $440 | |
| Parts sales per service labor sale | $1.61 | |
| Number of technicians (including body shop) | 15 | 257,534 |
| Total parts inventory | $513,917 | $8,619,933,342 |
| Average customer mechanical labor rate | $152 | |

Source: NADA

# NADA DATA

# Service and Parts Department *(continued)*

**RO Counts for All Dealerships, 2022**

Repair orders (in millions)



Source: NADA

**Share of New Light-Vehicle Dealerships with Express Service Operations, by Year**

Percent with Express Service



Source: NADA

# NADA**DATA**
## Body Shop Department

### Dealerships Operating On-Site Body Shops, by Year



Percent of total dealership population

Source: NADA

### Body Shop Repair Order Counts for All Dealerships, 2022



Repair orders (in millions)

Source: NADA

### Total Dealership Body Shop Sales, by Year



In billions of dollars

Source: NADA

### Body Shop Sales per Repair Order, by Year



In dollars

Source: NADA

# **NADA**DATA
## Dealership Advertising

### Total Dealership Advertising Expenditures, by Year

In billions of dollars



Source: NADA

### Average Dealership Advertising per New Unit Sold, by Year

In dollars



Source: NADA

# NADA DATA
## Dealership Advertising *(continued)*

### Estimated Advertising Expenditures by Medium, 2022



- Other **4.5%**
- Newspaper **2.8%**
- Radio **7.8%**
- TV **10.2%**
- Direct mail **6.5%**
- Internet **68.2%**

Source: NADA

### Estimated Advertising Expenses per Dealership, 2022

| By media used | Average of all dealerships |
|---|---|
| Newspapers | $14,391 |
| Radio | $39,730 |
| Television | $52,229 |
| Direct mail | $33,144 |
| Internet | $348,493 |
| Other | $23,072 |
| **Total** | **$511,059** |
| **Total advertising as % of total sales** | **0.7%** |

Source: NADA



## $8.57 billion
### TOTAL DEALERSHIP ADVERTISING EXPENDITURES

# NADA DATA
# Employment and Payroll

## Number of Dealership Employees by State, 2022

| State | Total number, all dealers | Average number per dealership |
|---|---|---|
| Alabama | 15,004 | 54 |
| Alaska | 1,778 | 66 |
| Arizona | 23,891 | 96 |
| Arkansas | 9,260 | 44 |
| California | 108,791 | 83 |
| Colorado | 18,396 | 73 |
| Connecticut | 12,533 | 50 |
| Delaware | 3,708 | 69 |
| Florida | 83,716 | 92 |
| Georgia | 33,874 | 70 |
| Hawaii | 3,995 | 59 |
| Idaho | 6,390 | 63 |
| Illinois | 41,788 | 60 |
| Indiana | 22,083 | 55 |
| Iowa | 12,156 | 45 |
| Kansas | 9,371 | 46 |
| Kentucky | 12,646 | 55 |
| Louisiana | 15,432 | 55 |
| Maine | 5,424 | 49 |
| Maryland | 21,742 | 71 |
| Massachusetts | 20,924 | 54 |
| Michigan | 34,416 | 56 |
| Minnesota | 19,083 | 57 |
| Mississippi | 8,317 | 47 |
| Missouri | 21,584 | 58 |
| Montana | 3,914 | 42 |
| Nebraska | 7,296 | 47 |
| Nevada | 9,244 | 92 |
| New Hampshire | 6,319 | 48 |
| New Jersey | 30,082 | 66 |
| New Mexico | 6,314 | 56 |
| New York | 48,234 | 56 |

| State | Total number, all dealers | Average number per dealership |
|---|---|---|
| North Carolina | 35,218 | 61 |
| North Dakota | 3,776 | 52 |
| Ohio | 41,155 | 57 |
| Oklahoma | 13,308 | 53 |
| Oregon | 13,011 | 59 |
| Pennsylvania | 46,111 | 53 |
| Rhode Island | 3,203 | 62 |
| South Carolina | 15,823 | 62 |
| South Dakota | 4,183 | 50 |
| Tennessee | 21,688 | 63 |
| Texas | 98,939 | 80 |
| Utah | 10,774 | 76 |
| Vermont | 2,879 | 37 |
| Virginia | 30,155 | 66 |
| Washington | 21,118 | 69 |
| West Virginia | 6,066 | 46 |
| Wisconsin | 22,751 | 49 |
| Wyoming | 1,993 | 42 |
| **Total U.S.** | **1,069,633** | **64** |

Source: Bureau of Labor Statistics, NADA



DEALERSHIP EMPLOYEES
# 1,069,633

**64**
Average per dealership

# NADA**DATA**

# Employment and Payroll *(continued)*

## Average Weekly Earnings of New Light-Vehicle Dealership Employees by State, 2022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alabama | $1,621 | Indiana | $1,505 | Nebraska | $1,417 | South Carolina | $1,631 |
| Alaska | $1,464 | Iowa | $1,462 | Nevada | $1,982 | South Dakota | $1,367 |
| Arizona | $1,778 | Kansas | $1,420 | New Hampshire | $2,016 | Tennessee | $1,727 |
| Arkansas | $1,533 | Kentucky | $1,514 | New Jersey | $2,016 | Texas | $1,855 |
| California | $2,007 | Louisiana | $1,555 | New Mexico | $1,520 | Utah | $1,595 |
| Colorado | $1,737 | Maine | $1,515 | New York | $1,801 | Vermont | $1,537 |
| Connecticut | $1,694 | Maryland | $1,701 | North Carolina | $1,611 | Virginia | $1,595 |
| Delaware | $1,577 | Massachusetts | $1,896 | North Dakota | $1,336 | Washington | $1,729 |
| Florida | $1,896 | Michigan | $1,630 | Ohio | $1,575 | West Virginia | $1,316 |
| Georgia | $1,820 | Minnesota | $1,401 | Oklahoma | $1,507 | Wisconsin | $1,290 |
| Hawaii | $1,677 | Mississippi | $1,416 | Oregon | $1,688 | Wyoming | $1,327 |
| Idaho | $1,540 | Missouri | $1,475 | Pennsylvania | $1,471 | **Total U.S.** | **$1,708** |
| Illinois | $1,575 | Montana | $1,420 | Rhode Island | $1,552 | | |

\* We are aware that there are differences in methodologies used to calculate wages and earnings both across federal agencies and in our published reports. These differing methodologies will lead to some discrepancies in the wages and earnings reported here and in other publications. It is not the result of errors.

Source: Bureau of Labor Statistics, NADA

## Estimated Number of Dealership Employees, by Year



Source: Bureau of Labor Statistics, NADA

## Dealership Employment by Position, 2022



Source: NADA

# NADA DATA

# Employment and Payroll *(continued)*

## Annual Payroll of New-Vehicle Dealerships by State, 2022

| State | Total all dealers (billions) | Average per dealership (millions) | State | Total all dealers (billions) | Average per dealership (millions) | State | Total all dealers (billions) | Average per dealership (millions) |
|---|---|---|---|---|---|---|---|---|
| Alabama | $1.26 | $4.57 | Indiana | $1.73 | $4.33 | Nebraska | $0.54 | $3.45 |
| Alaska | $0.14 | $5.01 | Iowa | $0.92 | $3.44 | Nevada | $0.95 | $9.53 |
| Arizona | $2.21 | $8.91 | Kansas | $0.69 | $3.38 | New Hampshire | $0.66 | $5.06 |
| Arkansas | $0.74 | $3.50 | Kentucky | $1.00 | $4.29 | New Jersey | $3.15 | $6.93 |
| California | $11.35 | $8.71 | Louisiana | $1.25 | $4.43 | New Mexico | $0.50 | $4.45 |
| Colorado | $1.66 | $6.57 | Maine | $0.43 | $3.88 | New York | $4.52 | $5.27 |
| Connecticut | $1.10 | $4.40 | Maryland | $1.92 | $6.27 | North Carolina | $2.95 | $5.15 |
| Delaware | $0.30 | $5.63 | Massachusetts | $2.06 | $5.35 | North Dakota | $0.26 | $3.64 |
| Florida | $8.25 | $9.11 | Michigan | $2.92 | $4.74 | Ohio | $3.37 | $4.70 |
| Georgia | $3.21 | $6.58 | Minnesota | $1.39 | $4.14 | Oklahoma | $1.04 | $4.14 |
| Hawaii | $0.35 | $5.12 | Mississippi | $0.61 | $3.46 | Oregon | $1.14 | $5.21 |
| Idaho | $0.51 | $5.02 | Missouri | $1.66 | $4.48 | Pennsylvania | $3.53 | $4.09 |
| Illinois | $3.42 | $4.89 | Montana | $0.29 | $3.11 | Rhode Island | $0.26 | $4.97 |
| | | | | | | South Carolina | $1.34 | $5.26 |
| | | | | | | South Dakota | $0.30 | $3.58 |
| | | | | | | Tennessee | $1.95 | $5.68 |
| | | | | | | Texas | $9.54 | $7.70 |
| | | | | | | Utah | $0.89 | $6.34 |
| | | | | | | Vermont | $0.23 | $2.99 |
| | | | | | | Virginia | $2.50 | $5.50 |
| | | | | | | Washington | $1.90 | $6.16 |
| | | | | | | West Virginia | $0.42 | $3.15 |
| | | | | | | Wisconsin | $1.53 | $3.28 |
| | | | | | | Wyoming | $0.14 | $2.93 |
| | | | | | | **Total U.S.** | **$94.99** | **$5.66** |

## Annual Payroll of New-Vehicle Dealerships, by Year



Total of all dealerships (left scale) in billions of dollars
Average per dealership (right scale) in millions of dollars

| Year | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|
| Total | $61.84 | $64.86 | $65.28 | $66.54 | $68.80 | $68.14 | $83.20 | $94.99 |
| Average | $3.74 | $3.88 | $3.89 | $3.97 | $4.12 | $4.10 | $4.99 | $5.66 |

U.S. Bureau of Labor Statistics, NADA

Source: Bureau of Labor Statistics, NADA

# NADADATA



## New- and Used-Vehicle Consumer

### Average Amount Financed



### Percentage of Vehicles Leased



Source for all charts on this page: Experian Automotive. For more information, visit experian.com/automotive.

### Credit Score Range

| Category | Score range |
|---|---|
| Superprime | 781-850 |
| Prime | 661-780 |
| Near prime | 601-660 |
| Subprime | 501-600 |
| Deep subprime | 300-500 |

### Market Share of New-Vehicle Financing by Lender Type







# NADA DATA

## New- and Used-Vehicle Consumer *(continued)*

### Average Monthly Loan Payment



### Average Loan Term in Months



### Share of New-Vehicle Loans by Term Length, in Months

#### Q4 2021



#### Q4 2022



Source for all charts on this page: Experian Automotive. For more information, visit experian.com/automotive.

# NADA**DATA**



## New- and Used-Vehicle Consumer *(continued)*

### Average Interest Rate on Vehicle Financing



### New-Vehicle Loans by Risk Segment



Source for all charts on this page: Experian Automotive. For more information, visit experian.com/automotive.