# Exhibit E



FIRM RESUME

# WHO WE ARE

Milberg Coleman Bryson Phillips Grossman PLLC ("Milberg") is an AV-rated international law firm with more than 100 attorneys and offices across the United States, the European Union, and South America. Combining decades of experience, Milberg was established through the merger of Milberg Phillips Grossman LLP, Sanders Phillips Grossman LLC, Greg Coleman Law PC, and Whitfield Bryson LLP.

Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas. The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and security.

For over 50 years, Milberg and its affiliates have been protecting victims' rights. We have recovered over $50 billion for our clients. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs' bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

*Milberg challenges corporate wrongdoing through class action, mass tort, consumer and shareholder rights services, both domestically and globally.*

In the United States, Milberg currently holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Chicago, Florida, Georgia, Illinois, Kentucky, Louisiana, Mississippi, New Jersey, New York, North Carolina, South Carolina, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg's commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, Germany, and the Netherlands. Milberg prides itself on providing excellent service worldwide.

The firm's lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, and Super Lawyers, among others.

*"Scoring impressive victories against companies guilty of outrageous behavior."*

- FORBES

*"A powerhouse that compelled miscreant and recalcitrant businesses to pay billions of dollars to aggrieved shareholders and customers."*

- NEW YORK TIMES

www.milberg.com

# PRACTICE AREAS

Milberg maintains a robust practice, representing plaintiffs across numerous areas of law. Milberg attorneys have amassed a wealth of experience in the areas of antitrust and competition law, securities litigation, defective consumer product and automobile litigation, consumer services litigation, dangerous drugs and devices litigation, data breach and biometric data litigation, environmental and toxic tort litigation, finance and insurance litigation, and whistleblower and *qui tam* lawsuits. Milberg attorneys focus their practice among these groups to provide their clients with the best representation possible. Over decades, Milberg attorneys have developed expertise in handling class action lawsuits, leading and overseeing multidistrict litigation, and representing municipalities and other public and governmental clients. Based on their reputation and experience, Milberg attorneys have been assigned to leadership roles in class actions, mass torts litigation, and multidistrict litigation nationwide, across all of these practice areas.

## SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally.

Milberg and its attorneys were appointed lead counsel and co-lead counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

### EXEMPLAR CASES

***In re: Nortel Networks Corp. Securities Litigation***

<u>**U.S. District Court for the Southern District of New York**</u>

Milberg attorneys served as Lead Counsel for the class and the court-appointed lead plaintiff, the Trustees of the Ontario Public Service Employees' Union Pension Plan Trust Fund, in this federal securities class action. The court approved a settlement valued at more than $1.14 billion.

***In re: Initial Public Offering Securities Litigation***

<u>**U.S. District Court for the Southern District of New York**</u>

Milberg represented investors in 310 securities class actions alleging a market manipulation scheme involving hundreds of initial public offerings and approximately 55 defendant investment banks. Plaintiffs alleged this scheme significantly contributed to the high-tech "bubble" of the late 1990s and early 2000. In approving a $586 million settlement, the court described the law firms on the Plaintiffs' Executive Committee as the "cream of the crop."

***In re: Zynga Inc. Sec. Litigation***

**U.S. District Court for the Northern District of California**

A class action in which Zynga misled investors by portraying the online gaming company as financially strong and withholding non-public information, which in turn allowed a select few within the company to reap the benefits from the company's IPO, before the stock's value eventually collapsed.

***In re: Merck & Co., Inc. Sec. Litigation***

**U.S. District Court for the District of New Jersey**

Milberg served as Co-Lead Counsel in this federal securities fraud class action, and after more than 12 years of hard-fought litigation, ultimately obtained a combined settlement totaling $1.062 billion, the largest securities class action settlement ever against a pharmaceutical company. The court described the settlement as "a settlement which is fair and just and which, in fact, is the best settlement which possibly could have been achieved in this case."

***In re: Deutsche Telekom AG Sec. Litigation***

**U.S. District Court for the Southern District of New York**

Milberg attorneys served as Co-Lead Counsel in this class action on behalf of purchasers of American Depository Receipts. The plaintiffs alleged that Deutsche Telekom improperly failed to disclose plans to make a major corporate acquisition and overstated the value of real estate assets. Milberg attorneys played a pivotal role in achieving a $120 million settlement.

***In re: Tyco Int'l Ltd., Sec. Litigation***

**U.S. District Court for the District of New Hampshire**

Milberg attorneys served as Co-Lead Counsel in this litigation, which involved federal securities claims against Tyco and its former CEO, CFO, general counsel, and certain former directors for insider trading and the overstatement of billions of dollars in income. Milberg attorneys played a crucial role in achieving a $3.2 billion settlement.

***In re: Vivendi Universal, S.A. Securities Litigation***

**U.S. District Court for the Southern District of New York**

Milberg was one of two lead trial counsel in this securities fraud case tried to a jury over four months. The jury found Vivendi liable for dozens of false or misleading statements and awarded damages valued at well over a billion dollars. Six months later, in an unrelated case, the Supreme Court ruled that purchasers on foreign securities exchanges could not recover under U.S. law. Milberg's case against Vivendi continued with post-verdict proceedings under the new standard, and damages have been distributed to U.S. class members totaling over $100 million.

***In re: Washington Public Power Supply System Securities Litigation***

**U.S. District Court for the District of Arizona**

In this massive securities fraud litigation, Milberg served as Co-Lead Counsel for a class that obtained, after several months of trial, settlements totaling $775 million, the largest securities fraud settlement at that time.

***In re: Lucent Technologies, Inc. Securities Litigation***

**U.S. District Court for the District of New Jersey**

Milberg served as Co-Lead Counsel in this securities action, which alleged that Lucent and its senior officers misrepresented the demand for Lucent products and improperly recognized hundreds of millions of dollars in revenues. The case settled for $600 million.

***In re: CMS Energy Corp. Securities Litigation***

**U.S. District Court for the Eastern District of Michigan**

Milberg served as Co-Lead Counsel for the class in a securities fraud case arising out of CMS Energy's alleged "round-trip" trading practices. The court approved a cash settlement of more than $200 million.

***In re: Biovail Corp. Securities Litigation***

**U.S. District Court for the Southern District of New York**

Milberg, representing Local 282 Welfare Trust Fund and serving as Co-Lead Counsel, litigated this securities action alleging that defendants made misleading statements concerning Biovail's financial results and its drug, Cardizem LA. Following substantial discovery, including depositions across the U.S. and Canada, Milberg obtained a $138 million settlement for the class, and Biovail agreed to institute significant corporate governance changes.

***In re: CVS Corp. Securities Litigation***

**U.S. District Court for the District of Massachusetts**

Milberg served as Co-Lead Counsel in this securities action on behalf of a class of purchasers of American Depository Receipts. The plaintiffs alleged that Deutsche Telekom improperly failed to disclose plans to make a major corporate acquisition and overstated the value of real estate assets. In 2005, following extensive discovery, including depositions in Germany, the court approved a $120 million cash settlement.

***In re: CVS Corp. Securities Litigation***

**U.S. District Court for the District of Massachusetts**

Milberg served as Co-Lead Counsel in this securities class action alleging that defendants issued false and misleading statements, which artificially inflated the price of CVS stock. The court approved a $110 million settlement.

***In re: American Express Financial Advisors Securities Litigation***

**U.S. District Court for the Southern District of New York**

This case involved allegations that American Express Financial Advisors violated securities laws by representing to class members that the company would provide tailored financial advice when the company actually provided "canned" financial plans and advise designed to steer clients into American Express and certain non-proprietary mutual funds. The case settled for $100 million and required the company to adopt various remedial measures.

***Irvine v. ImClone Systems, Inc.***

**U.S. District Court for the Southern District of New York**

Milberg served as Co-Lead Counsel in this case, in which the court approved a $75 million cash settlement. The plaintiffs alleged that ImClone misrepresented the likelihood that its drug, Erbitux, would be approved, thereby artificially inflating the price of ImClone stock.

## ANTITRUST

For over fifty years, Milberg's antitrust group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

### EXEMPLAR CASES

***In re: Dealer Management Systems Antitrust Litigation***

**U.S. District Court for the Northern District of Illinois**

Milberg is appointed Lead Counsel in this nationwide class action representing car dealerships. Plaintiffs allege that leading software providers entered into an unlawful agreement, monopolizing access to auto sales and service data in dealer management software used by dealers, thereby reducing competition and increasing prices. Milberg attorneys achieved a $29.5 million settlement against one defendant and the case is proceeding against the remaining defendant.

***In re: ACTOS Antitrust Litigation***

**U.S. District Court for the Southern District of New York**

Milberg attorneys played a significant role in this litigation, including appointment to the MDL Discovery Committee, which accused Takeda Pharmaceuticals of failing to warn patients of the risks of bladder cancer, heart failure and other side effects associated with the Type 2 diabetes drug. In 2015, roughly 9,000 claims were settled for $2.4 billion and significant injunctive relief.

***In re: Cathode Ray Tube (CRT) Antitrust Litigation***

**U.S. District Court for the Northern District of California**

Milberg represented indirect purchaser plaintiffs in this class action alleging an international conspiracy among defendants to keep prices for cathode ray tube (CRT) displays artificially high. Milberg had a significant discovery role in the prosecution of this class action with settlements exceeding $580 million.

***Blessing v. Sirius XM Radio Inc.***

**U.S. District Court for the Southern District of New York**

Milberg served as Co-Lead Counsel in this case alleging that the merger of two U.S. satellite radio providers led to the monopolization of the satellite radio market and the elimination of competition. Milberg achieved a settlement valued at $180 million.

***In re: Disposable Contact Lens Antitrust Litigation***

**U.S. District Court for the Middle District of Florida**

Milberg represented indirect purchasers in a class action alleging that defendants conspired to maintain artificially high prices for disposable contact lenses through policies that prevented resale of the subject contact lenses below a minimum price. Settlements exceeded $118 million.

***In re: Liquid Aluminum Sulfate Antitrust Litigation***

**U.S. District Court for the District of New Jersey**

Milberg was appointed to the Plaintiffs Steering Committee in this class action alleging that manufacturers of a chemical essential to municipal water treatment engaged in price-fixing, bid-rigging and market allocation in violation of federal antitrust laws. Settlements were valued at $92.5 million.

***Sandhaus v. Bayer AG***

**Kansas State Court**

Milberg served as Co-Lead Counsel in this case alleging that Bayer and several generic drug manufacturers entered into pay-for-delay agreements concerning an antibiotic marketed by Bayer, which caused the plaintiffs to continue paying supracompetitive prices for the drug throughout the class period. The case settled for $9 million.

***In re: Fresh Process Potatoes Antitrust Litigation***

**United States District Court, District of Idaho**

Milberg served as Co-Lead Counsel for indirect purchaser plaintiffs in this class action alleging that potato growers, their cooperatives, processors, and packers violated federal antitrust laws by conspiring to manipulate the price and supply of potatoes. Milberg achieved a settlement for $5.5 million and meaningful injunctive relief.

***In re: Google Play Consumer Antitrust Litigation***

**U.S. District Court for the Northern District of California**

Milberg is appointed part of a three-member Steering Committee in this consolidated class action alleging Google engaged in anticompetitive behavior through the Google Play Store, seeking injunctive relief and monetary damages on behalf of consumers forced to pay inflated prices for Play Store purchases.

***Series 17-03-615, a series of MSP Recovery Claims, Series LLC. v. Express Scripts, Inc.***

**U.S. District Court for the Northern District of Illinois**

Milberg represents third-party payers in this class action alleging that defendants participated in a vertical price-fixing scheme and their monopolistic, anticompetitive behavior caused plaintiffs and the class to pay inflated prices for the drug, H.P. Acthar Gel.

***In re: Hard Disk Drive Assemblies Antitrust Litigation***

**U.S. District Court for the Northern District of California**

Milberg represents a class of indirect purchaser end user plaintiffs in a class action alleging that the two largest manufacturers of hard disk drive (HDD) suspension assemblies illegally conspired to fix prices of these component parts, thereby raising prices of products purchased by plaintiffs and the class.

*In re: Deere & Co. Repair Services Antitrust Litigation*

**U.S. District Court for the Northern District of Illinois**

Milberg is appointed to the Plaintiffs Steering Committee in this class action alleging that John Deere illegally monopolized the repair and diagnostic services market for Deere brand agricultural equipment with onboard central computers known as engine control units, thereby inflating the prices of these services.

*Harley-Davidson Aftermarket Parts Marketing, Sales Practices and Antitrust Litigation*

**U.S. District Court for the Eastern District of Wisconsin**

Milberg represents a class of Harley-Davison motorcycle owners in a case alleging that Harley-Davidson uses its monopoly power to force motorcycle owners to use its compatible branded parts for repairs or risk losing warranty coverage.

*In re: California Gasoline Spot Market Antitrust Litigation*

**U.S. District Court for the Northern District of California**

Milberg represents California consumers who were forced to pay supracompetitive prices for gasoline due to the manipulation of the California gasoline spot market.

## FINANCIAL LITIGATION

For over five decades, Milberg has spearheaded litigation challenging unethical practices by some of the biggest financial and insurance institutions in the world and have been at the cutting edge of cases that directly impacted large banks, lenders, and insurers.

### EXEMPLAR CASES

*In re: Prudential Insurance Co. Sales Practice Litigation*

**U.S. District Court for the Northern District of California**

Milberg attorneys were appointed Lead Counsel and recovered more than $4 billion for certain policyholders in this landmark case challenging Prudential's insurance sales practices.

*In re: Raytheon Co. Securities Litigation*

**U.S. District Court for the District of Massachusetts**

Milberg served as Lead Counsel in this case, which alleged that a major defense contractor failed to properly write down assets on construction contracts. Raytheon and its auditor, PricewaterhouseCoopers LLP, settled for a total of $460 million.

***In re: Chase Bank USA, N.A. "Check Loan" Contract Litigation***

**U.S. District for the Northern District of California**

Milberg served on the Executive Committee representing the class in this action against JP Morgan Chase & Co. The complaint alleged that Chase improperly increased the minimum monthly payment by 150% required for customers who entered into balance transfer loans with "fixed" interest rates that were guaranteed to remain so for the "life of the loan." Milberg and its co-counsel achieved a $100 million settlement for the class.

***In re: General Electric Co. ERISA Litigation***

**U.S. District Court for the Northern District of New York**

Milberg, serving as Co-Lead Counsel, achieved a $40 million settlement on behalf of current and former G.E. employees who claimed that G.E.'s 401(k) Plan fiduciaries imprudently invested more than two-thirds of the Plan's assets in company stock. The settlement included important structural changes to G.E.'s 401(k) plan valued at more than $100 million.

***In re: Royal Dutch/Shell Transport ERISA Litigation***

**U.S. District Court for the District of New Jersey**

Milberg attorneys led this ERISA breach of fiduciary duty class action against the Royal Dutch/Shell Oil Group of Companies on behalf of certain of the companies' U.S. employee investment plan participants. The $90 million settlement included important provisions regarding the monitoring and training of individuals appointed to be ERISA fiduciaries.

***Mason v. Medline***

**U.S. District Court for the Northern District of Illinois**

Milberg successfully represented a healthcare worker in a False Claims Act case against his former employer, Medline Industries, Inc., one of the nation's largest suppliers of medical and surgical products, along with its charitable arm, The Medline Foundation. The suit alleged that Medline engaged in a widespread illegal kickback scheme targeting hospitals and other healthcare providers that purchase medical products paid for by federal healthcare programs. Milberg pursued the case on a non-intervened basis and recovered $85 million on behalf of the federal government — one of the largest settlements of a False Claims Act case in which the government declined to intervene.

***In re: Comverse Technology, Inc. Derivative Litigation***

**U.S. Supreme Court for the State of New York, New York County**

As Co-Lead Counsel, Milberg negotiated a $62 settlement which was approved by the court.. The settlement also resulted in significant corporate governance reforms, including the replacement of various directors and officers; the amendment of the company's bylaws to permit certain shareholders to propose in the company's proxy materials nominees for election as directors; and the requirement that all equity grants be approved by both the compensation committee and a majority of the non-employee directors.

## CONSUMER PROTECTION

Milberg's consumer litigation group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as lead counsel and co-lead counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

### EXEMPLAR CASES

***Cleveland v. Whirlpool Corp.***

**U.S. District Court for the District of Minnesota**

Milberg attorneys led this class action involving leaking and defective washing machines. Milberg attorneys were pivotal in achieving a settlement valued at approximately $21,000,000, which included meaningful service plan benefits and reimbursement for out-of-pocket repair expenses.

***Berman et al. v. General Motors LLC***

**U.S. District Court for the Southern District of Florida**

Milberg attorneys held leadership roles in this class action involving excessive oil consumption in Chevrolet and GMC vehicles. Milberg attorneys played a pivotal role in achieving a nationwide settlement valued at over $40 million, securing vehicle repairs and reimbursement for out-of-pocket repair costs.

***Chess v. Volkswagen Group of America, Inc.***

**U.S. District Court for the Central District of California**

Milberg attorneys were named Co-Lead Counsel in this class action involving Volkswagen vehicles with defective transmissions. Milberg attorneys secured a settlement that included up to full reimbursement for out-of-pocket repair expenses and significant injunctive relief.

***Hamm v. Sharp Electronics Corporation***

**U.S. District Court for the Southern District of Florida**

Milberg attorneys served as Co-Class Counsel in this class action involving defectively designed microwave drawers. Milberg attorneys were instrumental in achieving a settlement valued at more than $100,000,000, which included meaningful extended service plan benefits and reimbursement for out-of-pocket repair expenses.

***In re: Allura Fiber Cement Siding Products Liability Litigation***

**U.S. District Court for the District of South Carolina**

Milberg attorneys were appointed Co-Lead Counsel and Steering Committee members by the court in this class action alleging defective fiber cement board siding. Milberg attorneys helped to secure a nationwide settlement for repair and replacement of homeowners' siding.

***In re: MI Windows and Doors, Inc., Products Liability Litigation***

**U.S. District Court for the District of South Carolina**

Milberg attorneys served as Co-Lead Counsel in this multidistrict class action litigation and helped to secure a nationwide class settlement for homeowners who purchased defectively designed windows.

***In re: Zurn Pex Plumbing Products Liability Litigation***

**U.S. District Court for the District of Minnesota**

Milberg attorneys served on the Executive Committee in this multidistrict class action involving leaking and defective plumbing systems. Milberg attorneys secured monetary benefits valued at $100,000 per class settlement member, and plumbing repairs in value up to $7,000 per class settlement member.

***Hobbie, et al. v. RCR Holdings II, LLC, et al.***

**U.S. District Court for the District of Louisiana**

Milberg attorneys served as Co-Lead Counsel in a multidistrict class action alleging improper usage of toxic and defective Chinese drywall. Milberg attorneys played an important role in securing a $30 million settlement for remediation of 364-unit residential high-rise buildings constructed with the toxic drywall.

***In re: Chinese Manufactured Drywall Products Liability Litigation***

**U.S. District Court for the Eastern District of Louisiana**

Milberg attorneys served on the Executive Committee in a multidistrict class action involving defective and toxic drywall.

***In re: Synthetic Stucco Litigation***

**U.S. District Court for the Eastern District of North Carolina**

Milberg attorneys were appointed to the Steering Committee and played a pivotal role in securing settlements with four exterior insulation finishing system manufacturers for homeowners valued at over $50 million.

***Bridget Smith v. Floor and Decor Outlets of America, Inc.***

**U.S. District Court for the Northern District of Georgia**

Milberg attorneys were appointed Co-Lead Counsel in this class action alleging undisclosed formaldehyde exposure from wood and laminate flooring. Milberg attorneys achieved a national class action settlement for homeowners who purchased unsafe laminate wood flooring.

***In re: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation***

**U.S. District Court for the Eastern District of Virginia**

Milberg attorneys were appointed Co-Lead Counsel in this class action alleging formaldehyde exposure and secured a $36 million national class action settlement for member who purchased a certain type of laminate flooring.

***In re: Windsor Wood Clad Window Products Liability Litigation***

**U.S. District Court for the Eastern District of Wisconsin**

Milberg attorneys were appointed Lead Counsel in this class action alleging window defects. Milberg attorneys helped to secure a nationwide settlement for customers providing repairs, replacements, and compensation for out-of-pocket expenses.

***In re: Allura Fiber Cement Siding Products Liability Litigation***

**U.S. District Court for the District of South Carolina**

Milberg attorneys were appointed Co-Lead Counsel in this class action alleging defective cement board siding. Milberg attorneys helped to secure a nationwide settlement for customers providing repairs, replacements, and compensation for out-of-pocket expenses.

***Norman et al. v. Nissan North America***

**U.S. District Court for the Middle District of Tennessee**

Milberg attorneys were appointed Co-Lead Counsel in this class action alleging CVT transmission defects in Nissan vehicles. Milberg attorneys played a pivotal role in securing a nationwide settlement valued at approximately $17 million for repairs, replacements, extended warranty, and cash benefits.

***In re: Horizon Organic Milk Plus DHA Omega-3 Marketing and Sales Practice Litigation***

**U.S. District Court for the Southern District of Florida**

Milberg attorneys were appointed Co-Lead Counsel in this class action alleging falsely advertised brain health benefits. Milberg attorneys were essential in securing a settlement valued at $1.3 million for consumers.

***In re: Deva Concepts Products Liability Litigation***

**U.S. District Court for the Southern District of New York**

Milberg attorneys were appointed Co-Lead Counsel in this multidistrict class action alleging hair loss and scalp irritation caused by Deva's products. Milberg attorneys secured a nationwide settlement valued at $5.2 million, including up to $19,000 per class member.

***In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation***

**U.S. District Court for the Western District of Pennsylvania**

Milberg attorneys were appointed to leadership positions in this multidistrict class action involving All-Clad's false advertising that its stainless-steel cookware was dishwasher safe. Milberg attorneys secured a nationwide settlement valued at $4,000,000, including replacement products, monetary benefits, partial reimbursements for purchases of the defective products, and discounts on future product purchases.

***Julian, et al., v. TTE Technology, Inc.***

**U.S. District Court for the Northern District of California**

Milberg attorneys were appointed Co-Lead Counsel in this litigation involving the false advertising of TCL televisions' refresh rates. Milberg attorneys played an important role in securing a class settlement valued at $2,500,000 in cash benefits to class members.

***Roberts et al. v. Electrolux Home Products Inc.***

**U.S. District Court for the Central District of California.**

Milberg attorneys were named Co-Lead Counsel in this class action involving defective dryers manufactured by Electrolux. Milberg attorneys helped to obtain a settlement on behalf of more than one million class members, valued at over $35 million.

***Tabak v. Apple Inc.***

**U.S. District Court for the Northern District of California**

Milberg attorneys brought this class action against Apple for a defect in the iPhone 7 and iPhone 7 Plus, which negatively impacted the audio quality of the phones. Milberg attorneys played a pivotal role in bringing the case, briefing, and discovery. The parties have agreed to a class settlement in principle, valued at $35 million.

***Koenig v. VIZIO, Inc.***

**Superior Court of Los Angeles County, California**

Milberg attorneys litigated this class action involving the false advertising of Vizio televisions' refresh rates. Milberg attorneys played a pivotal role, including briefing, discovery, and handling all trial responsibilities. The parties have agreed to a class settlement in principle, valued at over $40 million.

***In re: Outer Banks Power Outage Litigation***

**U.S. District Court for the Eastern District of North Carolina**

Milberg attorneys served as Co-Lead Counsel and secured a $10.35 million settlement in a class action in which residents, businesses, and vacationers on Hatteras and Ocracoke Islands in North Carolina were impacted by a 9-day power outage.

***Elliott et al v. KB Home North Carolina Inc.***

**North Carolina Superior Court**

In this class action involving homeowners who purchased homes that were improperly built without weather-resistant barriers Milberg attorneys played an essential role in securing a settlement valued at approximately $6,500 to $17,000 for each class member.

***In re: Allergan Biocell Textured Breast Implant Product Liability Litigation***

**U.S. District Court for the District of New Jersey**

Milberg attorneys were appointed Co-Lead Counsel in this multidistrict class action against Allergan for breast implants that caused cancer. Milberg attorneys continue to play a pivotal role in this ongoing case.

***In re: Evenflo Co., Inc. Marketing, Sales Practices and Products Liability Litigation***

**U.S. District Court for the District of Massachusetts**

Milberg attorneys were appointed Co-Lead Counsel in this multidistrict litigation against Evenflo for deceptively marketing its child booster seats.

***Carder v. Graco Children's Safety products, Inc.***

**U.S. District Court for the Northern District of Georgia**

Milberg attorneys were appointed to multiple leadership positions in this class action involving the deceptive marketing of child car seats.

***Coleman, et al, v. Britax Child Safety, Inc.***

**U.S. District Court for the District of South Carolina**

Milberg attorneys were appointed Co-Lead Counsel in this class action involving the deceptive marketing of child car seats.

***Yamasaki v. Zicam LLC***

**U.S. District Court for the Northern District of California**

Milberg attorneys brought claims against Zicam for false advertising of its cold medicine, which failed to warn consumers that the medicine could cause permanent loss of smell.

***In re: Seresto Flea and Tick Collar Marketing, Sales Practices And Products Liability Litigation***

**U.S. District Court for the Northern District of Illinois**

Milberg attorneys were appointed Co-Lead Counsel in this multidistrict class action against the manufacturers of Seresto flea and tick collars, which were linked to numerous pet deaths. The litigation is ongoing.

## DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

### EXEMPLAR CASES

***In re: Avandia Marketing, Sales Practices, and Products Liability Litigation***

**U.S. District Court for the Eastern District of Pennsylvania**

Milberg attorneys were appointed to the Plaintiff Steering Committee and served on the Discovery and Media Sub-Committees on behalf of thousands of patients who took the Type 2 diabetes drug Avandia, alleging the manufacturer failed to disclose the known and increased risk of heart attack and cardiac death. GlaxoSmithKline set aside $3.4 billion in 2011 to settle lawsuits.

***In re: Benicar (Olmesartan) Products Liability Litigation***

**U.S. District Court for the District of New Jersey**

Milberg attorneys were appointed to the Plaintiffs Steering Committee and Common Benefit Fee Committee in this multidistrict litigation which alleged that Benicar manufacturer Daiichi Sankyo and co-promoter Forest Laboratories were responsible for serious gastrointestinal injuries. In 2017, the defendants agreed to a $300 million settlement.

***In re: Chantix (Varenicline) Products Liability Litigation***

**U.S. District Court for the Northern District of Alabama, Southern Division**

Milberg attorneys served as Co-Lead Counsel in the Chantix Coordination in New York State Court and court-appointed member of the Plaintiffs Steering Committee in the MDL in Alabama.

***In re: Fluoroquinolone Products Liability Litigation***

**U.S. District Court for the District of Minnesota**

Milberg attorneys were appointed to the Plaintiffs Steering Committee in the MDL in Minnesota litigating the broad-spectrum antibiotic that resulted in severe tendon damage particularly debilitating Achilles tendon ruptures.

***Fosamax Litigation (I & II)***

**U.S. District Court for the District of New Jersey**

Fosamax I: Milberg was appointed Lead Counsel in this New York MDL for ONJ cases and served on the Discovery Team in the Superior Court of New Jersey.

*Fosamax II: Milberg was appointed to Fosamax Femur MDL Plaintiffs Steering Committee for MDL in the District of New Jersey.*

***In re: Fresenius Granuflo/Nautralyte Dialysate Products Liability Litigation***

**U.S. District Court for the District of Massachusetts**

Milberg attorneys served on the Plaintiffs Steering Committee in the MDL. Granuflo and NaturaLyte were manufactured and marketed by Fresenius Medical for use in dialysis treatment to address kidney failure both chronic and acute, but also caused increased heart complications.

***In re: Incretin Mimetics Products Liability Litigation***

**U.S. District Court for the Southern District of California (San Diego)**

Milberg attorneys were appointed to the MDL Plaintiffs Steering Committee in California. Incretins are a class of Type 2 Diabetes drugs which result in a significant increase in gastric side effects.

***In re: Infusion Pump Cases (JCCP 4615)***

**U.S. Nineth Circuit Court, Eastern District of California**

Milberg attorneys were appointed Plaintiffs Liaison Counsel. Studies showed that pain pumps were associated with high failure rates when used appropriately and often mis-used leading to increased failure rates and resultant complications.

***Risperdal and Invega Product Liability Litigation (JCCP 4775)***

**California Second District Court of Appeal, Division Three**

Milberg attorneys were appointed Co-Lead Counsel in Risperdal/Invega Product Liability Litigation against Johnson & Johnson/Janssen regarding these anti-psychotic dopamine receptor blockers that cause hormonal changes in male users that can result in breast tissue growth.

***In re: Mirena IUD Levonorgestrel-Related Products Liability Litigation***

**U.S. District Court for the Southern District of New York**

Milberg attorneys were appointed to the Plaintiffs Steering Committee. Mirena, a hormone releasing IUD for contraception was intended for longer term placement, are prone to failure and breakage and resultant injuries.

***Propecia Finasteride Product Liability Litigation***

**U.S. District Court for the Eastern District of New York**

Milberg attorneys were appointed to the Plaintiffs Steering Committee. Another Milberg attorney was appointed Lead Counsel in the New Jersey Multi County Litigation in Middlesex County, New Jersey. These litigations centered on sexual dysfunction resulting from use of Merck's male pattern hair loss product, Propecia.

***In re: Reglan Litigation***

**U.S. Superior Court of New Jersey, Law Division Atlantic County**

Milberg attorneys were appointed Co-lead Counsel in the Multi County Litigation in New Jersey State Court, Atlantic County. Reglan is often used for longer terms to address symptoms of GERD resulting in neurological injuries including Tardive Dyskinesia.

***Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation (MDL 2738)***

**U.S. District Court for the District of New Jersey**

Milberg attorneys were appointed to the Plaintiffs Steering Committee in the Johnson & Johnson Talcum Powder Litigation and served on the Science Committee and Bellwether Committee in the MDL in District Court New Jersey, as well as on the Science and Experts Committee of the PSC.

***In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation***

**U.S. District Court for the Southern District of West Virginia**

Milberg attorneys were appointed to the Plaintiffs Steering Committee in the AMS, Bard, Boston Scientific and Ethicon MDLs.

***In re: Vioxx Products Liability Litigation***

**U.S. District Court for the Eastern District of Louisiana**

Milberg attorneys served as Liaison to the media for Vioxx Plaintiffs Steering Committee and Public Relations Committee in Louisiana and on the New Jersey Multi County Litigation Vioxx discovery team.

***In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation***

**U.S. District Court for the District of Arizona**

Milberg attorneys were appointed to the MDL Plaintiffs Steering Committee in Arizona in this case involving a homeopathic, over the counter common cold and allergy symptom product that left many with impaired ability to smell.

***In re: Zimmer Nexgen Knee, Implant Products Liability Litigation***

**U.S. District Court for the Northern District of Illinois, Eastern Division**

Milberg attorneys were appointed to the MDL Plaintiff's Steering Committee in Illinois as well as the Electronic Storage Information Committee. Zimmer manufactures multiple devices including knee devices which resulted in pre-mature failure necessitating additional, painful and costly surgeries.

***In re: Crestor Products Liability Cases (JCCP 4713)***

**California Superior Court**

Milberg attorney served as Co-Lead Counsel in the JCCP in State Court California on this highly potent AstraZeneca "me too" cholesterol managing statin litigation where serious side effects included newly onset diabetes and liver damage as well as reactions with Coumadin.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

### EXEMPLAR CASES

***In re: Black Farmers Discrimination Litigation***

**U.S. District Court for the District of Columbia**

Milberg attorneys were appointed Lead Counsel and secured a $1.25 billion settlement fund for black farmers who alleged the U.S. Department of Agriculture discriminated against them by denying farm loans.

***Kingston v IBM***

**U.S. District Court for the Western District of Washington**

Milberg attorneys spearheaded a series of landmark cases against IBM alleging wrongful termination of software sales managers through a pattern of fraudulent conduct.

***Parry et al. v. Farmers Insurance Exchange, et al.***

**Superior Court of Los Angeles County, California**

Milberg attorneys were named Class Counsel and secured a $75 million class-action settlement with Farmers Insurance on behalf of its agents alleging that Farmers Insurance misclassified its agent as independent contractors.

***Meek v. SkyWest, Inc.***

**U.S. District Court for the Northern District of California**

Milberg attorneys were Lead Counsel and secured a $4.2 million class action settlement against SkyWest Airlines for allegedly failing to provide proper rest and meal breaks to its employees.

***Craig v. Rite Aid Corporation***

**U.S. District Court for the Middle District of Pennsylvania**

This FLSA collective action and class action settled for $20.9 million.

***Stillman v. Staples, Inc.***

**U.S. District Court for the District of New Jersey**

This FLSA collective action had a Plaintiffs' trial verdict for $2.5 million and a national settlement approved for $42 million.

***Lew v. Pizza Hut of Maryland, Inc.***

**U.S. District Court for the District of New Jersey**

This FLSA collective action had a statewide settlement for managers-in-training and assistant managers, providing recompense of 100% of lost wages.

## ENVIRONMENTAL

Milberg's environmental litigation practice focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

### EXEMPLAR CASES

***Nnadili, et al. v. Chevron U.S.A., Inc,***

**U.S. District Court for the District of Columbia**

Milberg attorneys were Lead Counsel in a $6.2 million settlement for owners and residents of 200 properties located above underground plume of petroleum from former Chevron gas station.

***In re: Swanson Creek Oil Spill Litigation***

**U.S. District Court for the District of Maryland**

Milberg attorneys served as Lead Counsel and achieved a $2.25 million settlement arising from the largest oil spill in history of State of Maryland.

***In re: Exxon Valdez***

**U.S. District Court for the District of Alaska**

Milberg was a member of the Plaintiffs' Coordinating Committee and co-chair of the Plaintiffs' Law Committee in this massive litigation resulting from the Exxon Valdez oil spill in Alaska. The plaintiffs obtained a jury verdict of $5 billion, which, after years of appeals by Exxon, was reduced to approximately $500 million by the United States Supreme Court. The United States Court of Appeals for the Ninth Circuit has since held that plaintiffs are entitled to post-judgment interest on the award in the amount of approximately $470 million.

***Municipality of Bayamon, et al., V. Exxon Mobil Corp., et al.***

**United States District Court for the District of Puerto Rico**

More than a dozen municipalities of Puerto Rico have filed a class action lawsuit against fossil fuel companies for their alleged role in the deadly 2017 hurricane season that devastated the Commonwealth, causing billions in damages and leaving thousands of people dead. The first-of-its-kind lawsuit seeks financial compensation from oil and coal companies for marketing and selling carbon-based products that they intentionally misrepresented to the public and worked together to publicly conceal the climate risk changes of their products while internally acting on climate science to safeguard their own assets.

***Sharon Weatherly v. Eastman Chemical Co.***

**Circuit Court of Sullivan County, Tennessee Second Judicial District**

Milberg attorneys led the effort to bring justice for hundreds of injured workers and their families resulting from a steam explosion at the Eastman Chemical Company which released asbestos and other toxic materials. Milberg filed a class-action lawsuit, pursuing claims for public and private nuisance, trespass, negligence, and strict liability for ultra-hazardous activity.

## UNLAWFUL GOVERNMENTAL EXACTIONS & FEES

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees.

### EXEMPLAR CASES

***Daedalus, LLC, et al. v. City of Charlotte***

**North Carolina Superior Court, Mecklenburg County**

Milberg attorneys recovered a $106 million class action settlement for property owners for unlawful water and sewer capacity fees and system development fees charged by the City of Charlotte, North Carolina as a condition of providing water and sewer service to property owners.

***Upright Builders, Inc., et al. v. Town of Apex***

**North Carolina Superior Court, Wake County**

Milberg attorneys recovered a $15.3 million class action settlement for property owners for unlawful water and sewer capacity replacement fees and transportation impact fees charged by the Town of Apex, North Carolina as a condition of providing water and sewer service to property owners.

***Plantation Builders of Wilmington, Inc., et al. v. County of Brunswick***

**North Carolina Superior Court, Brunswick County**

Milberg attorneys recovered a $15.25 million class action settlement for property owners for unlawful water and sewer capacity fees charged by Brunswick County, North Carolina as a condition of providing water and sewer service to property owners.

***Gerald Currin Builders, Inc. v. Town of Holly Springs***

**North Carolina Superior Court, Wake County**

Milberg attorneys recovered a $7.9 million class action settlement for property owners for unlawful water and sewer capacity replacement fees charged by the Town of Holly Springs, North Carolina as a condition of providing water and sewer service to property owners.

***Meritage Homes of the Carolinas, Inc. v. Town of Holly Springs***

**North Carolina Superior Court, Wake County**

Milberg attorneys recovered a $7.5 million class action settlement for property owners for unlawful parks and recreation fees in-lieu of land dedication charged by the Town of Holly Springs, North Carolina as a condition of granting development approval to residential subdivision developers.

***Plantation Building of Wilmington, Inc. v. Town of Leland***

**North Carolina Superior Court, Brunswick County**

Milberg attorneys recovered a $6.2 million class action settlement for property owners for unlawful water and sewer impact fees charged by the Town of Leland, North Carolina as a condition of providing water and sewer service to property owners.

***Shenandoah Homes, LLC v. Town of Clayton***

**North Carolina Superior Court, Johnston County**

Milberg attorneys recovered a $2.7 million class action settlement for property owners for unlawful water and sewer impact fees charged by the Town of Clayton, North Carolina as a condition of providing water and sewer service to property owners.

***Granite Land and Timber, LLC v. Town of Clayton***

**North Carolina Superior Court, Johnston County**

Milberg attorneys recovered a $2.45 million class action settlement for property owners for unlawful parks and recreation fees in-lieu of land dedication charged by the Town of Clayton, North Carolina as a condition of granting development approval to residential subdivision developers.

***Mayfair Partners, LLC et al. v. City of Asheville***

**North Carolina Superior Court, Buncombe County**

Milberg attorneys recovered a $1.85 million class action settlement for property owners for unlawful water and sewer impact fees charged by the City of Asheville, North Carolina as a condition of providing water and sewer service to property owners.

***Eastwood Construction, LLC, et. al v. City of Monroe***

**North Carolina Superior Court, Union County**

Milberg attorneys recovered a $1.75 million class action settlement for property owners for unlawful water and sewer impact fees charged by the City of Monroe, North Carolina as a condition of providing water and sewer service to property owners.

***Larry Shaheen v. City of Belmont***

**North Carolina Superior Court, Gaston County**

Milberg attorneys recovered a $1.65 million class action settlement for property owners for unlawful water and sewer impact fees charged by the City of Belmont, North Carolina as a condition of providing water and sewer service to property owners.

***Brookline Homes, LLC v. City of Mount Holly***

**North Carolina Superior Court, Gaston County**

Milberg attorneys recovered a $483,468 class action settlement for property owners for unlawful water and sewer impact fees charged by the City of Mount Holly, North Carolina as a condition of providing water and sewer service to property owners.

## PRIVACY/DATA BREACH

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients – both large and small – to change data security practices so that large corporations respect and safeguard consumers' personal data.

### EXEMPLAR CASES

***In re: Google Buzz Privacy Litigation***

**U.S. District Court for the Northern District of California**

Milberg attorneys were appointed Lead Class Counsel and secured a $8.5 million cy pres settlement.

***In re: Dept. of Veterans Affairs (VA) Data Theft Litigation***

**U.S. District Court for the District of Columbia**

Milberg attorneys were appointed Co-Lead Counsel representing veterans whose privacy rights were compromised by the theft of an external hard drive containing personal information of approximately 26.6 million veterans and their spouses; creation of a $20 million fund for affected veterans and a cy pres award for two non-profit organizations.

***In re: Target Corporation Customer Data Security Breach Litigation***

**U.S. District Court for the District of Minnesota**

Milberg represented as many as 110 million Target customers whose personal information was compromised in this landmark data breach case. Milberg, together with co-counsel, achieved compensation of $10 million, entitling individual consumers to recover losses of up to $10,000. An appeal of the settlement has been remanded to the District Court of Minnesota and remains pending.

# LOCATIONS

**CALIFORNIA**
280 South Beverly Drive,
Penthouse Beverly Hills, California
90212

402 West Broadway, Suite 1760
San Diego, California 92101

**FLORIDA**
2701 South Le Jeune Road
Coral Gables, Florida 33134

**ILLINOIS**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

**KENTUCKY**
19 North Main Street
Madisonville, Kentucky 42431

**LOUISIANA**
5301 Canal Boulevard
New Orleans, Louisiana 70124

**MICHIGAN**
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301

**NEW JERSEY**
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

**NEW YORK**
100 Garden City Plaza,
Garden City
New York 11530

405 E 50th Street
New York 10022

**NORTH CAROLINA**
900 West Morgan Street
Raleigh, North Carolina
27603

**SOUTH CAROLINA**
825 Lowcountry Blvd, Suite 101
Mount Pleasant, South Carolina 29464

**TENNESSEE**
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

518 Monroe Street
Nashville, Tennessee 37208

**PUERTO RICO**
1311 Avenida Juan Ponce de León
San Juan, Puerto Rico 00907

**WASHINGTON**
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

**WASHINGTON, D.C.**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

**NETHERLANDS**

**GERMANY**

**PORTUGAL**

**UNITED**

**KINGDOM**

# Milberg's Antitrust & Competition Law Practice Group



**Peggy Wedgworth**
Senior Partner
Antitrust Practice Group

**Peggy J. Wedgworth** is a Senior Partner and Chair of the Antitrust Practice Group. She is also Co-Chair of the Diversity, Equity, and Inclusion (DEI) Committee and Chair of the Pro Bono Committee. She started her career as an Assistant District Attorney in Brooklyn, New York. Since leaving the public sector, she has represented victims in antitrust, securities, commodities, and whistleblower matters, and is a Super Lawyer in New York, New York since 2015.

Ms. Wedgworth currently serves as lead class counsel on behalf of a nationwide class of auto dealerships in a major antitrust MDL against the two leading providers of auto dealer management systems, CDK Global, LLC and The Reynolds & Reynolds Company, *In re Dealer Management Systems Antitrust Litigation*, 18-cv-00864 (N.D. Ill.) (MDL No. 2687) (settlement with defendant Reynolds for $29.5 million). She currently serves on the Plaintiffs' Steering Committee of *In re Google Play Consumer Antitrust Litigation*, 20-cv-05761(N.D. Cal.) (MDL No. 2687) (representing consumers in a class action lawsuit alleging Google unlawfully limited competition by forcing Android users to use the Google Play app store and levying a supra-competitive fee on purchases); and *In re Deere & Company Repair Services Antitrust Litigation*, 3:22-cv-50188 (N.D. Ill.) (MDL No. 3030) (alleging defendant monopolizes the repair service market for John Deere brand agricultural equipment and prevents farmers from repairing their own equipment).

Ms. Wedgworth's current cases include *Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC v. Express Scripts*, 20-cv-50056 (N.D. Ill.) (representing assignor third-party payor insurance plans and a proposed class that were charged inflated prices for the drug H.P. Acthar Gel as a result of defendants' anticompetitive practices); *In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation,* 19-md-02918 (N.D. Cal.) (MDL No. 2918) (representing end-users in alleging that the two largest manufacturers of hard disk drive suspension assemblies illegally conspired to fix prices); *In re Disposable Contact Lens Antitrust Litigation*, 3:15-md-2626 (M.D. Fla.); and *In re: Harley-Davidson Aftermarket Parts Marketing, Sales Practices and Antitrust Litigation*, 23-md-3064 (E.D. Wisc.) (MDL No. 3064) (alleging

Harley-Davidson uses its monopoly power to force Harley motorcycle owners to use its compatible branded parts for repairs or risk losing warranty coverage).

Ms. Wedgworth actively litigated *In re Initial Pub. Offering Sec. Litigation*, 21-MC-92 (S.D.N.Y.) for over five years, which settled for $586 million, and *In re Merck & Co. Securities Litigation*, 02-cv-3185 (D.N.J.) which had a combined settlement totaling $1.062 billion; *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.) ($542 million settlement); *In re Brand Name Prescription Drugs Antitrust Litigation*, No. 94-897, 1996 WL 351180 (N.D. Ill. June 24, 1996) (approving $351 million settlement*); In re NASDAQ Market-Makers Antitrust Litigation*, 187 F.R.D. 465 (S.D.N.Y.) ($1,027,000,000 settlement); *In re Microsoft Litigation*, MDL 1332 (D. Md.) (consolidated class actions alleging long term unlawful maintenance of a monopoly and other anticompetitive conduct by Microsoft resulting favorable partial settlements).

Ms. Wedgworth has actively litigated numerous Commodities Exchange Act cases on behalf of futures market investors including *In re Soybean Futures Litigation*, No. 89-7009 (N.D. Ill.) ($21,500,000 class settlement providing claiming class members/soybean futures traders a full recovery under plaintiffs' expert's formula); *In re Sumitomo Copper Litigation*, 74 F. Supp. 2d 393, 395 (S.D.N.Y.) ("The recovery is the largest class action recovery in the 75 plus year history of the Commodity Exchange Act."); *Kohen v. Pacific Investment Management Company, LLC*, No. 05-4681 (N.D. Ill.) (certified class of treasury bond futures purchasers alleging manipulation of the futures market); *Leider v. Ralfe*, No. 01-3137 (D.N.J.) (alleging price-fixing and monopolization in the diamond market by DeBeers resulting in a settlement of $250,000,000 and extensive injunctive relief); and *In re Natural Gas Commodities Litigation*, 03-6186 (S.D.N.Y.) ($101 million settlement).She won a jury trial against R.J. Reynolds Tobacco Company in a wrongful death tobacco case in Florida state court. *R.J. Reynolds Tobacco Co. v. Hiott*, 129 So. 3d 473 (Fla. Dist. Ct. App. 2014).

Ms. Wedgworth currently serves as secretary and trustee of the National Civil Justice Institute (NCJI), a think tank dedicated to the preservation of the civil justice system and regularly serves as a moderator in the annual Forum for State Appellate Court Judges. She is a member of the bars of New York and the U.S. Supreme Court, and regularly speaks on topics relating to antitrust litigation, multi-district litigation, class action and consumer matters. She is a member of the New York State Bar Association's Antitrust Committee, where she has served as both a speaker and panelist. She is a member of the Committee to Support the Antitrust Laws (COSAL) and a member of the American Association of Justice (AAJ). She has authored articles that can be found in several publications, most recently in the December 2019 issue of Trial magazine entitled, *Challenging "Attorneys' Eyes Only" and Improper Categorical Privilege Logs*. She regularly serves as a judge in both college and law school mock trial competitions.

Ms. Wedgworth received a B.A. degree in Foreign Language and International Business from Auburn University, and a J.D. degree from the University of Alabama School of Law.



### Elizabeth McKenna
Partner

**Elizabeth McKenna** is a Partner at Milberg with 25 years of litigation experience. She currently focuses her practice on antitrust cases involving price-fixing, unlawful monopolization, and other anticompetitive practices, as well as complex and class action consumer protection and privacy cases.

Ms. McKenna is part of the team appointed lead class counsel/MDL co-lead counsel representing auto dealerships against the two leading providers of dealer management systems, *In re Dealer Management Systems Antitrust Litigation*, 18-cv-00864 (N.D. Ill.) (MDL No. 2687), which, to date, has yielded a settlement from one of the two defendants for $29.5 million. Ms. McKenna was also part of the team appointed co-lead counsel for Indirect Purchaser Plaintiffs in agricultural cooperative case, *In re Fresh & Process Potatoes Antitrust Litigation*, No. 4:10-md-2186 (D. Idaho).

Ms. McKenna's active antitrust matters include *In re Google Play Consumer Antitrust Litigation*, 20-cv-05761(N.D. Cal.) (MDL No. 2687), representing consumers in a class action lawsuit alleging Google unlawfully limited competition by forcing Android users to use the Google Play app store and levying a supra-competitive fee on purchases and *Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC v. Express Scripts, Inc.*, 20-cv-50056 (N.D. Ill.), representing third-party payor insurance plans that were charged inflated prices for the drug H.P. Acthar Gel as a result of defendants' anticompetitive practices. Ms. McKenna's current matters also include two "right to repair" antitrust cases: *In re Deere & Company Repair Services Antitrust Litigation*, 3:22-cv-50188 (N.D. Ill.) (MDL No. 3030) (alleging defendant monopolizes the repair service market for John Deere brand agricultural equipment and prevents farmers from repairing their own equipment) and *In re: Harley-Davidson Aftermarket Parts Marketing, Sales Practices and Antitrust Litigation*, 23-md-3064 (E.D. Wisc.) (MDL No. 3064) (alleging Harley-Davidson uses its monopoly power to force Harley motorcycle owners to use its compatible branded parts for repairs or risk losing warranty coverage).

Ms. McKenna's past cases include contributions to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, 4:07-cv-05944 (N.D. Cal.) (MDL No. 1917) ($542 million settlement); *In re Liquid Aluminum Sulfate Antitrust Litigation*, 16-md-2687 (D.N.J.) (MDL No. 2687) (settlements valued at $92.5 million); and *Blessing v. Sirius XM Radio Inc.*, No. 09-cv-10035 (S.D.N.Y.) (settlement valued at $180 million).

Prior to joining Milberg, Ms. McKenna was an attorney in the New York office of Healy & Baillie, LLP (now part of Blank Rome LLP), where she practiced commercial litigation, as well as admiralty and maritime law. Her work included successfully defending a major oil company against a $12 million claim for wrongful termination of contract.

Ms. McKenna graduated from Columbia University with a B.A. degree in English and a J.D. degree from Fordham Law School. While at Fordham, Ms. McKenna was a Stein Scholar in Public Interest Law & Ethics, a member of the *Fordham Environmental Law Journal*, and Co-Director of the Fordham Student Sponsored Fellowship, an organization devoted to raising funds for summer stipends awarded to law students securing public interest internships.

Ms. McKenna is a member of the Committee to Support the Antitrust Laws (COSAL), the New York State Bar Association's (NYSBA) Antitrust Committee, and the American Institute of Justice (AAJ).

Ms. McKenna is admitted to practice in New York.



### Robert Wallner
### Partner

**Robert A. Wallner** has litigated complex securities, consumer, and antitrust class actions throughout the country. Mr. Wallner currently represents auto dealerships in a major antitrust MDL against the two leading providers of auto dealer management systems, CDK Global, LLC and The Reynolds & Reynolds Company, *In re Dealer Management Systems Antitrust Litigation*, MDL No. 2817 (N.D. Ill.), and plaintiffs in pharmaceutical antitrust litigation, *Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC. v. Express Scripts, Inc.* (N.D. Ill.). He also represents a local government in litigation alleging violations of the Fair Housing Act, *County of Cook v. Wells Fargo & Co.* (N.D. Ill.).

Mr. Wallner has represented plaintiffs in lawsuits arising out of the Madoff Ponzi scheme, including the court-appointed litigation trustee of two Madoff "feeder funds." He has also represented investors in *In re Merck & Co., Inc. Securities Litigation* (D.N.J.), which resulted in a $1.062 billion recovery, *In re Initial Public Offering Securities Litigation* (S.D.N.Y), *In re CMS Energy Corporation Securities Litigation* (E.D. Mich.), and *In re Deutsche Telekom AG Securities Litigation* (S.D.N.Y.), and consumers in *In re Synthroid Marketing Litigation* (N.D. Ill.) and the *Mercedes-Benz Tire Litigation* (D.N.J.).

He has served on the editorial board of Securities Litigation Report, as a faculty member of the American Bar Association's First Annual National Institute on Securities Litigation and Arbitration, and as a member of the Federal Courts Committee of the Association of the Bar of the City of New York. He has been recognized in Lawdragon's "100 Lawyers You Need to Know in Securities Litigation."

Mr. Wallner received his B.A. degree from the University of Pennsylvania in 1976 graduating magna cum laude. He attended New York University School of Law, earning his J.D. degree in 1979. He was elected to the law school's Order of the Coif and served as an editor of the NYU Law Review.

Mr. Wallner is admitted to practice in New York.



**John Hughes**
Senior Counsel

**John Hughes** focuses his practice on antitrust and consumer protection law, as well as False Claims Act Litigation and e-Discovery. He is currently part of the Milberg team serving as lead counsel for an auto dealership class counsel *In Re Dealer Management Systems Antitrust Litigation,* 18-cv-00864 (N.D. Ill.). He also currently works on behalf of owners of motorcycles who were illegally restricted from repairing their own property in *In re: Harley-Davidson Aftermarket Parts Marketing Sales Practices and Antitrust Litigation,* 23-md-3064 (E.D. Wis.) and against a pharmaceutical benefit company giant that illegally conspired with a drug manufacturer to raise the price of the drug Acthar in *Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC. v. Express Scripts, Inc.*, 20-cv-50056 (N.D. Ill.). Mr. Hughes also works on behalf of consumers in *In re Google Play Consumer Antitrust Litigation*, 20-cv- 05761 (N.D. Cal.), a class action lawsuit brought on behalf of consumers alleging Google unlawfully limited competition by forcing Android users to use the Google Play app store and levying a supracompetitive fee on purchases; and end-users in *In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation*, 19-md-02918 (N.D. Cal.), alleging that the two largest manufacturers of hard disk drive suspension assemblies illegally conspired to fix prices. Mr. Hughes previously contributed to the firm's work in *In re Fresh & Process Potatoes Antitrust Litigation*, 10-md-2186 (D. Idaho), *In re Processed Egg Products Antitrust Litigation*, 08-md-2002 (E.D. Pa.), *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal. 2013), and *In Re: Disposable Contact Lens Antitrust Litigation*, 15-md-2626 (M.D. Fl.).

Prior to joining Milberg, Mr. Hughes helped lead a non-profit organization with a presence in New York City, Detroit, and Los Angeles, providing legal support and business planning services to creative communities.

Mr. Hughes graduated from Michigan State University with a B.A. in Political Science in 200 5 and earned his J.D. degree from Wayne State University School of Law in 2012. During law school, Mr. Hughes served as a Director of The Free Legal Aid Clinic in Detroit, co-managing a facility that specializes in providing family and elder law services to city residents.



**Michael Acciavatti**
**Senior Associate**

**Michael Acciavatti** is a Senior Associate attorney with an active role in several antitrust cases, including representing a class of purchasers of mobile applications through a digital app store, *In re Google Play Consumer Antitrust Litigation*, 3:20-cv-05761 (N.D. Cal.), and as part of the team serving as lead counsel for a nationwide automobile dealership class in *In Re Dealer Mgmt. Systems Antitrust Litigation*, MDL No. 2817 (N.D. Ill.).

Mr. Acciavatti's antitrust experience also includes representing clients in recent "right-to-repair" antitrust litigation, including a class of farmers who were illegally restrained from repairing their own agricultural equipment in *In re Deere & Company Repair Services Antitrust Litigation*, MDL No. 3030, 22-cv-50188 (N.D. Ill); and a class of motorcycle owners forced to purchase the parts and accessories of Harley-Davidson to the exclusion of cheaper competitive products in *In re: Harley-Davidson Aftermarket Parts Marketing, Sales Practices and Antitrust Litigation*, 23-md-3064 (E.D. Wisc.).

Mr. Acciavatti also represents third-party payor insurance plans who were charged supracompetitive prices for the drug H.P. Acthar Gel as a result of defendants' collusive anticompetitive practices, including engaging in an illegal vertical price fixing scheme in *Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC v. Express Scripts, Inc.,* 20-cv-50056 (N.D. Ill.).

Mr. Acciavatti is a 2014 graduate of Widener University with a B.A. in Political Science, and was conferred a law degree at Drexel University, magna cum laude, in 2017. During law school, he was a member of the trial advocacy team, moot court board, and clerked in the United States District Court for the Eastern District of Pennsylvania.

Mr. Acciavatti is a member of the American Association for Justice, the Pennsylvania Bar Association, and the Philadelphia Bar Association. He is admitted to practice in courts in the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.



www.milberg.com