# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817 |
| This Document Relates To: | Case No. 18-cv-00864 |
| *Motor Vehicle Software Corp. v. CDK Global, LLC, et al.*, Case No. 1:18-cv-00865 (N.D. Ill.) | Hon. Rebecca R. Pallmeyer |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF MVSC'S CLAIMS AGAINST REYNOLDS

WHEREAS, Plaintiff Motor Vehicle Software Corp. ("MVSC") and Defendant The Reynolds and Reynolds Company ("Reynolds") have settled MVSC's claims against Reynolds in the above-referenced litigation.

IT IS HEREBY STIPULATED, by and between MVSC and Reynolds, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

(1) MVSC's claims against Reynolds, originally filed on February 3, 2017, in Case No. 2:17-cv-00896 (C.D. Cal.) (Dkt. 1), and then amended by MVSC in its First Amended Complaint filed on May 1, 2017 (Dkt. 58), and amended again in its Second Amended Complaint filed on November 2, 2017 (Dkt. 117), which were subject to a February 5, 2018 Transfer Order issued by the Judicial Panel on Multidistrict Litigation, MDL No. 2817 (Dkt. 102), and transferred to this Court on February 6, 2018, *MVSC* Docket, Case No. 18-cv-00865 (N.D. Ill.) (Dkt. 103), are hereby voluntarily dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs, including but not limited to those provided for by Fed. R. Civ. P. 54.

This Stipulation moots the need to decide MVSC's Motion for Sanctions Against Reynolds, pending between MVSC and Reynolds in MDL No. 2817 (Case No. 1:18-cv-864), Dkt. 1231.

This stipulation shall not affect the rights or claims of any other parties in this MDL.

Dated: November 22, 2023          Respectfully submitted,

 /s/ Derek T. Ho                           /s/ Aundrea K. Gulley

Derek T. Ho                                Aundrea K. Gulley
Michael N. Nemelka                         Brian T. Ross
Aaron M. Panner                            GIBBS & BRUNS LLP
Daniel V. Dorris                           1100 Louisiana Street, Suite 5300
Bethan R. Jones                            Houston, Texas 77002
KELLOGG, HANSEN, TODD, FIGEL               (713) 650-8805
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400             Leo D. Caseria
Washington, D.C. 20036                     SHEPPARD MULLIN RICHTER & HAMPTON LLP
(202) 326-7900                             2099 Pennsylvania Avenue NW, Suite 100
                                           Washington, DC 20006
*Counsel for Motor Vehicle Software Corp.* (202) 747-1900

                                           *Counsel for The Reynolds and Reynolds Company*