# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                                        Plaintiff,

v.                                                         Case No.: 1:18−cv−00864

                                                          Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 30, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Due to a clerical error, the court clarifies the order entered on 11/22/2023 [1428] regarding the class certification briefing schedule: The deadline for Plaintiffs' reply in support of any Daubert motions are due on April 19, 2024 rather than April 1, 2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.