**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In re: Dealer Management Systems Antitrust Litig.

Case Number: 1:18-CV-00864

An appearance is hereby filed by the undersigned as attorney for:

Defendant CDK Global, LLC

Attorney name (type or print): Anne J. Hudson

Firm: Kirkland & Ellis LLP

Street address: 300 North LaSalle

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6332831 (IL Bar No.)
(See item 3 in instructions)

Telephone Number: (312) 862-4111

Email Address: anne.hudson@kirkland.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 7, 2023

Attorney signature: S/ Anne J. Hudson
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023