# Exhibit G

| | |
|---|---|
| **From:** | Long, Emily Merki |
| **To:** | Peggy Wedgworth; Mike Acciavatti; jonke, kevin; katz, katherine; Matthew D. Provance; Stride, Megan E.; *BMiller@mayerbrown.com; Welch, Heather Danielle |
| **Cc:** | Nemelka, Michael N.; Dorris, Daniel V.; Ho, Derek T.; Brian T. Ross; Leo Caseria; Brier, Grace; DMSTEAM (MILBERG.COM); Yoo, Sahngah |
| **Subject:** | [EXTERNAL] RE: DMS - Dealer Production 11/21/2023 |
| **Date:** | Wednesday, December 6, 2023 10:42:27 PM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png<br>image008.png<br>image009.png<br>image010.png |

Peggy,

Given your position that making Dr. Williams available for three dates directly before and after the holidays is sufficient, let's set his deposition for January 3.

With respect to dealer discovery, we have three follow-ups:

- First, please confirm whether you are proffering one or two deponents for Tony Group and Pacific Nissan. If one, we may need more than seven hours, as we noticed these depositions separately. Also, since these deposition(s) are Hawaii time, we may need to spread them over two days in any event to accommodate the time difference. Assuming you are proffering one witness, let's plan on the following schedule:
    - 12/14 (Tony Group): 2pm EST/ 9am HST – 7pm EST / 2pm HST
    - 12/15 (Tony Group): 2pm EST/ 9am HST – 7pm EST / 2pm HST

- Second, we would like to confirm start times for the other depositions that have been scheduled. Please provide dates for Jim Marsh, Taylor Chevrolet, Toyota of Ann Arbor, and Waconia Dodge as soon as possible.
    - 12/18 (Henry Brown Buick GMC LLC): 11am EST / 9am MST
    - 12/19 (Automaster BMW): 10am EST / 9am CST
    - 12/21 (DuTeau Chevrolet Co.): 10am EST / 9am CST
    - 12/21 (Rochester Hills Chrysler Jeep Dodge Ram): 9am EST
    - 12/28 (L&S Motors of Beckley): 9am EST
    - 12/29 (Stevens Group): 9am EST
    - 1/5 (GSM Group): 12pm EST / 9am PST
    - 1/9 (Sandy Sansing): 9am EST
    - 1/12 (Landmark): 12pm EST / 9am PST

- Third, you have still failed to respond to our requests regarding outstanding dealer discovery. Since the deadline for dealer productions on November 21, you have produced information for only two dealers. We are still missing productions for the following dealers, several of whom have deposition dates in under two weeks. Please confirm whether you intend to make any additional productions. We reserve all rights, including moving the deposition schedule or seeking other appropriate relief from the court.

- "Refresh" productions for 2 previously named class reps:
  - Jim Marsh American Corporation
  - Waconia Dodge
- Any productions for 4 new class reps:
  - Landmark Ford
  - Rochester Hills Chrysler Jeep Dodge Ram
  - Taylor Chevrolet
  - Toyota of Ann Arbor

Thanks,
Emily

**Emily Merki Long**

---

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, NW Washington, DC 20004
**T** +1 202 389 3065 **M** +1 806 584 9881
**F** +1 202 389 5200

---

emily.long@kirkland.com

**From:** Peggy Wedgworth <PWedgworth@milberg.com>
**Sent:** Tuesday, December 5, 2023 5:52 PM
**To:** Long, Emily Merki <emily.long@kirkland.com>; Mike Acciavatti <MAcciavatti@milberg.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Matthew D. Provance <MProvance@mayerbrown.com>; Stride, Megan E. <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Brian T. Ross <bross@gibbsbruns.com>; Leo Caseria <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; DMSTeam <DMSTeam@milberg.com>; Yoo, Sahng-Ah <sahngah.yoo@kirkland.com>
**Subject:** RE: DMS - Dealer Production 11/21/2023

These are the only days that he is available. We have gone above any requirement to give you three possibilities for an economist who has numerous commitments and deadlines in the coming months.

Peggy J. Wedgworth

Senior Partner



Main: (212)594-5300

Cell: (646)515-1269
www.milberg.com



Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:** Long, Emily Merki <emily.long@kirkland.com>
**Sent:** Tuesday, December 5, 2023 4:49 PM
**To:** Peggy Wedgworth <PWedgworth@milberg.com>; Mike Acciavatti <MAcciavatti@milberg.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Matthew D. Provance <MProvance@mayerbrown.com>; Stride, Megan E. <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Brian T. Ross <bross@gibbsbruns.com>; Leo Caseria <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; DMSTeam <DMSTeam@milberg.com>; Yoo, Sahng-Ah <sahngah.yoo@kirkland.com>
**Subject:** RE: DMS - Dealer Production 11/21/2023

Peggy,

Thank you, but those dates are difficult due to pre-arranged holiday travel. Can you please let us know if Dr. Williams has any availability from January 4th to January 12th?

Thanks,
Emily

**Emily Merki Long**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, NW Washington, DC 20004
**T** +1 202 389 3065  **M** +1 806 584 9881
**F** +1 202 389 5200

emily.long@kirkland.com

**From:** Peggy Wedgworth <PWedgworth@milberg.com>
**Sent:** Tuesday, December 5, 2023 5:22 PM
**To:** Long, Emily Merki <emily.long@kirkland.com>; Mike Acciavatti <MAcciavatti@milberg.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Matthew D. Provance <MProvance@mayerbrown.com>; Stride, Megan E. <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>

**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Brian T. Ross <bross@gibbsbruns.com>; Leo Caseria <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; DMSTeam <DMSTeam@milberg.com>; Yoo, Sahng-Ah <sahngah.yoo@kirkland.com>
**Subject:** RE: DMS - Dealer Production 11/21/2023

Emily,

I will address your points regarding dealer productions and depos in a separate email. As to Dr. Williams, as I stated previously, he has very limited time. But in the interest of moving all things forward, he has given us three possible depo dates: Dec. 21, 22 or Jan. 3 for remote deposition.

Regards,

Peggy J. Wedgworth

Senior Partner



Main: (212)594-5300
Cell: (646)515-1269
www.milberg.com



Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** Long, Emily Merki <emily.long@kirkland.com>
**Sent:** Monday, December 4, 2023 3:06 PM
**To:** Peggy Wedgworth <PWedgworth@milberg.com>; Mike Acciavatti <MAcciavatti@milberg.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Matthew D. Provance <MProvance@mayerbrown.com>; Stride, Megan E. <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Brian T. Ross <bross@gibbsbruns.com>; Leo Caseria <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; DMSTeam <DMSTeam@milberg.com>; Yoo, Sahng-Ah <sahngah.yoo@kirkland.com>
**Subject:** RE: DMS - Dealer Production 11/21/2023

Peggy,

Thank you for your email. A few follow-ups:

- <u>Dealer Productions:</u> As you know, the agreement was that dealers would produce all dealer documents, as well as updated responses to CDK's IROGs 2 and 3, by November 21, 2023. We are now three weeks past that date and you have not provided any explanation for the delay. CDK needs this information if the dealer deposition dates and class certification schedule are going to hold. Please produce the remaining documents and interrogatory responses immediately.

- <u>Dealer Depositions</u>: Please provide additional dealer dates on a rolling basis and as soon as possible. We would ask that you make dealers available for deposition in mid to late December to account for the abbreviated briefing schedule and the holidays. In addition, we think it is important to conduct the majority of these depositions before we depose Dr. Williams.

- <u>Williams Deposition:</u> The single date you offered for Dr. Williams's deposition (the business day before Christmas) does not work for us scheduling-wise. Please provide alternative dates that Dr. Williams is available during the first two weeks of January.

Best,
Emily

**Emily Merki Long**

--------------------------------------------------

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, NW Washington, DC 20004
**T** +1 202 389 3065 **M** +1 806 584 9881
**F** +1 202 389 5200

--------------------------------------------------

emily.long@kirkland.com

---

**From:** Peggy Wedgworth <PWedgworth@milberg.com>
**Sent:** Monday, December 4, 2023 1:04 PM
**To:** Long, Emily Merki <emily.long@kirkland.com>; Mike Acciavatti <MAcciavatti@milberg.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Matthew D. Provance <MProvance@mayerbrown.com>; Stride, Megan E. <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Brian T. Ross <bross@gibbsbruns.com>; Leo Caseria <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; DMSTeam <DMSTeam@milberg.com>; Yoo, Sahng-Ah <sahngah.yoo@kirkland.com>
**Subject:** RE: DMS - Dealer Production 11/21/2023

Emily,

An additional deposition date is:

**JCF Autos LLC; Jericho Turnpike Sales LLC; and Patchogue 112 Motors LLC (Stevens Group)** – 12/29/2023

Regards,

Peggy J. Wedgworth

Senior Partner



Main: (212)594-5300
Cell: (646)515-1269
www.milberg.com



Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:** Peggy Wedgworth <PWedgworth@milberg.com>
**Sent:** Monday, December 4, 2023 11:20 AM
**To:** Long, Emily Merki <emily.long@kirkland.com>; Mike Acciavatti <MAcciavatti@milberg.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Matthew D. Provance <MProvance@mayerbrown.com>; Stride, Megan E. <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Brian T. Ross <bross@gibbsbruns.com>; Leo Caseria <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; DMSTeam <DMSTeam@milberg.com>; Yoo, Sahng-Ah <sahngah.yoo@kirkland.com>
**Subject:** RE: DMS - Dealer Production 11/21/2023

Emily,

Dealerships are available for the following deposition dates:

- **Tony Group and Pacific Nissan** – 12/14/2023 (Hawaii times necessary)
- **Henry Brown Buick GMC** – 12/18/2023
- **Automaster BMW** – 12/19/2023
- **Duteau Chevrolet** – 12/21/2023
- **L&S Motors of Beckley** – 12/28/2023
- **GSM Auto Group** – 01/05/2024
- **Sandy Sansing Chevrolet** – 01/09/2024
- **Landmark Ford** – 01/12/2024
- **Rochester Hills Chrysler Jeep Dodge Ram** -12/21/2023

We will provide the remaining dates this week.

Dr. Williams has limited availability, but is available for deposition on December 22, 2023 at 8 am Pacific for remote deposition. As I have stated, we will only proffer Dr. Williams for one deposition for the class certification process as he has previously been deposed in this matter.

We have completed the production of documents for most dealerships, and will follow up with any remaining productions.

Regards,

Peggy J. Wedgworth

Senior Partner



Main: (212)594-5300
Cell: (646)515-1269
www.milberg.com



Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

Peggy J. Wedgworth

Senior Partner



Main: (212)594-5300
Cell:  (646)515-1269
www.milberg.com



Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** Long, Emily Merki <emily.long@kirkland.com>
**Sent:** Friday, December 1, 2023 5:07 PM
**To:** Mike Acciavatti <MAcciavatti@milberg.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Matthew D. Provance <MProvance@mayerbrown.com>; Stride, Megan E. <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>; Peggy Wedgworth <PWedgworth@milberg.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Brian T. Ross <bross@gibbsbruns.com>; Leo Caseria <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; DMSTeam <DMSTeam@milberg.com>; Yoo, Sahng-Ah <sahngah.yoo@kirkland.com>
**Subject:** RE: DMS - Dealer Production 11/21/2023

Dealer counsel,

I am writing to follow up on my emails dated November 22, 27, and 28, 2023, none of which dealers have responded to.

Although dealers' class motion added 17 new class representatives and CDK served 17 deposition notices on dealers pursuant to Rule 30(b)(6), we have yet to receive a single proposed deposition date for any of them. Nor have you responded to our multiple emails requesting documents that you committed to produce by November 21, many of which affect dealers we are planning to depose, as well as issues associated with class certification.

CDK's opposition to class certification is due in little over a month, including the holidays. If we do

not receive a response by Monday, December 4, we will need to seek relief from the court.

Best,
Emily

**Emily Merki Long**

---

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, NW Washington, DC 20004
**T** +1 202 389 3065 **M** +1 806 584 9881
**F** +1 202 389 5200

---

emily.long@kirkland.com

---

**From:** Long, Emily Merki
**Sent:** Monday, November 27, 2023 9:42 PM
**To:** 'Mike Acciavatti' <MAcciavatti@milberg.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; 'Matthew D. Provance' <MProvance@mayerbrown.com>; 'Stride, Megan E.' <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>; 'PWedgworth@milberg.com' <PWedgworth@milberg.com>
**Cc:** 'Nemelka, Michael N.' <mnemelka@kellogghansen.com>; 'Dorris, Daniel V.' <ddorris@kellogghansen.com>; 'Ho, Derek T.' <dho@kellogghansen.com>; 'Brian T. Ross' <bross@gibbsbruns.com>; 'Leo Caseria' <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; 'DMSTeam' <DMSTeam@milberg.com>; Yoo, Sahng-Ah <sahngah.yoo@kirkland.com>
**Subject:** RE: DMS - Dealer Production 11/21/2023

Counsel,

We are writing to follow up on our email regarding dealers' failure to abide by the parties' September 27, 2023 agreement regarding the class certification schedule and dealer discovery.

Upon reviewing the documents dealers produced last Tuesday, it has come to our attention that, in addition to the deficiencies identified below, dealers did not provide updated interrogatory responses for any of the dealer class representatives.

In short, we are still missing the following agreed-to discovery, which dealers should have produced no later than November 21, 2023.

1. Responses to IROGs 2 and 3 for all 30 Class Reps listed in Appendix A to dealers' class motion.

2. "Refresh" discovery for five previously-named Class Reps:
    1. JCF Autos
    2. Jericho Turnpike
    3. Jim Marsh
    4. Patchogue 112 Motors

    5. Waconia Dodge

  3. Any discovery for six newly-identified Class Reps:
     1. Automaster BMW
     2. L&S Motors of Beckley
     3. Landmark Ford
     4. Rochester Hills Chrysler Jeep Dodge Ram
     5. Taylor Chevrolet
     6. Toyota of Ann Arbor

Again, CDK reserves all rights with respect to dealers' failure to abide by the parties' express agreement – including seeking additional time, moving to strike class representatives, or asking for other appropriate relief from the court.

Best,
Emily

**Emily Merki Long**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, NW Washington, DC 20004
**T** +1 202 389 3065 **M** +1 806 584 9881
**F** +1 202 389 5200

emily.long@kirkland.com

---

**From:** Long, Emily Merki
**Sent:** Wednesday, November 22, 2023 7:44 AM
**To:** 'Mike Acciavatti' <MAcciavatti@milberg.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Matthew D. Provance <MProvance@mayerbrown.com>; Stride, Megan E. <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Brian T. Ross <bross@gibbsbruns.com>; Leo Caseria <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; DMSTeam <DMSTeam@milberg.com>; Yoo, Sahng-Ah <sahngah.yoo@kirkland.com>
**Subject:** RE: DMS - Dealer Production 11/21/2023

Counsel,

In the parties' September 27, 2023 final agreement on the class certification schedule and supplemental discovery, the parties agreed that, by November 21, 2023, (i) each Dealer Class Representative would produce refreshed Dealer Data spanning "from June 1, 2019 to September 15, 2023"; (ii) each newly added Dealer Class Representative would produce Dealer Data from January 1, 2013 to September 15, 2023; and (iii) each dealer would serve updated responses to Interrogatories

No. 2 and 3.

Based on Appendix A to your brief, which you represent to be a complete list of class representatives, it appears that you have only produced data and information for 12 of those class representatives. According to our preliminary review of dealers' production, we are missing:

- "Refresh" discovery for five previously-named Class Reps:
    - JCF Autos
    - Jericho Turnpike
    - Jim Marsh
    - Patchogue 112 Motors
    - Waconia Dodge

- Any discovery for six newly-identified Class Reps:
    - Automaster BMW
    - L&S Motors of Beckley
    - Landmark Ford
    - Rochester Hills Chrysler Jeep Dodge Ram
    - Taylor Chevrolet
    - Toyota of Ann Arbor

CDK agreed to the class certification schedule in reliance on your agreement to provide the requisite data by **November 21, 2023**.  Please either (a) identify the above discovery in your production or (b) immediately produce the missing data and interrogatory responses for the dealers listed above and any others for whom you have not made the complete, agreed-upon production.

CDK reserves the right to move to strike class representatives or seek additional time for its response based on your failure to timely provide the agreed discovery.

Thank you for your prompt attention to this issue.

Best,
Emily

**Emily Merki Long**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, NW Washington, DC 20004
**T** +1 202 389 3065 **M** +1 806 584 9881
**F** +1 202 389 5200

emily.long@kirkland.com

**From:** Mike Acciavatti <MAcciavatti@milberg.com>
**Sent:** Tuesday, November 21, 2023 9:30 PM
**To:** Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Long, Emily Merki <emily.long@kirkland.com>; Matthew D. Provance

<MProvance@mayerbrown.com>; Stride, Megan E. <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>
**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Brian T. Ross <bross@gibbsbruns.com>; Leo Caseria <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; DMSTeam <DMSTeam@milberg.com>
**Subject:** RE: DMS - Dealer Production 11/21/2023

Counsel,

Please use the password below to access Dealers' productions.



Thank you,

Michael A. Acciavatti
Attorney at Law
Senior Associate

**Milberg.**
COLEMAN BRYSON PHILLIPS GROSSMAN

Main: (212) 594-5300
Direct: (610) 842-5801
**www.milberg.com**

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** Mike Acciavatti
**Sent:** Tuesday, November 21, 2023 9:26 PM
**To:** Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Long, Emily Merki <emily.long@kirkland.com>; Matthew D. Provance <MProvance@mayerbrown.com>; Stride, Megan E. <MStride@mayerbrown.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; Welch, Heather Danielle <heather.welch@kirkland.com>

**Cc:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Brian T. Ross <bross@gibbsbruns.com>; Leo Caseria <LCaseria@sheppardmullin.com>; Brier, Grace C. <grace.brier@kirkland.com>; DMSTeam <DMSTeam@milberg.com>
**Subject:** DMS - Dealer Production 11/21/2023

Counsel,

Please see attached correspondence. You can access the productions at this link:

A password will follow separately.

Thank you,

Michael A. Acciavatti
Attorney at Law
Senior Associate



Main: (212) 594-5300
Direct: (610) 842-5801
www.milberg.com



Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to [postmaster@kirkland.com](mailto:postmaster@kirkland.com), and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to [postmaster@kirkland.com](mailto:postmaster@kirkland.com), and destroy this communication and all copies thereof, including all attachments.