# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case NO. 18-cv-00864 |
| This Document Relates To:<br><br>THE DEALERSHIP CLASS ACTION | Hon. Rebecca R. Pallmeyer |

## DEALERSHIP PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER AND REQUEST FOR EXPEDITED CONSIDERATION

Pursuant to Federal Rules of Civil Procedure 26(b), 26(c), and 30(d)(3), Dealership Class Plaintiffs ("Dealers"), respectfully move the Court for entry of a protective order preventing Defendant CDK Global, LLC ("CDK") from reopening merits discovery and striking Topics 1(a)-(c), 3, 4 (in part), 6, 7, 8, 9, 10, and 11 as listed in Schedule A of CDK's Notice of Deposition.

In support of their motion, Dealers submit an accompanying Memorandum in Support of Dealership Plaintiffs' Motion for Entry of Protective Order and Request for Expedited Consideration.

DATED: December 11, 2023

Respectfully submitted,

/s/ Peggy J. Wedgworth
Peggy J. Wedgworth (pro hac vice)
Elizabeth McKenna (pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

*Interim Lead Counsel for the Dealership Class*

## CERTIFICATE OF SERVICE

I, Peggy J. Wedgworth, an attorney, hereby certify that on December 11, 2023, I caused a true and correct copy of the foregoing **DEALERSHIP PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER AND REQUEST FOR EXPEDITED CONSIDERATION** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth