# Appendix A

**Scheduled Dealership Depositions**

| Dealership Name | Date of Deposition |
|---|---|
| Henry Brown Buick GMC | 12/18/2023 |
| Automaster BMW | 12/19/2023 |
| Tony Group & Pacific Nissan | 12/20/2023 |
| Rochester CJDR | 12/21/2023 |
| DuTeau Chevrolet | 12/21/2023 |
| L&S Toyota of Beckley | 12/28/2023 |
| JCF Autos LLC; Patchogue 112 Motors LLC; Jericho Turnpike Sales LLC | 12/29/2023 |
| Waconia Dodge | 1/3/2024 |
| Jim Marsh Kia | 1/4/2024 |
| GSM Auto Group | 1/5/2024 |
| Sandy Sansing Chevrolet | 1/9/2024 |
| Landmark Ford | 1/12/2024 |
| Toyota of Ann Arbor | 1/12/2024 |
| Taylor Chevrolet | TBD |