**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Dealer Management Systems Antitrust
Litigation, et al.

                                                Plaintiff,

v.                                                     Case No.: 1:18−cv−00864
                                                         Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 11, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motions to appear pro hac vice [1432], [1433], [1434], [1435], and [1436] are granted. Attorneys Grace C Brier, Katharine Claire Collins, Christopher Fernandez, Emily Long, and Sahng−Ah Yoo are added as counsel for CDK Global, LLC. Mailed notice.(cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.