# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                        Plaintiff,

v.                                                     Case No.: 1:18−cv−00864

                                                     Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: A Telephone Motion Hearing is set for 12/14/2023 at 3:00 p.m. regarding Plaintiffs' motions [1437], [1438], and [1439]. To join the telephone hearing, please dial (877) 336−1839 and enter access code: 6708061#. Instructions and a link to the conference number are located on Judge Pallmeyer's website. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.