# Exhibit C

| | |
|---|---|
| **From:** | Long, Emily Merki |
| **Sent:** | Tuesday, November 28, 2023 9:48 PM |
| **To:** | Welch, Heather Danielle; JSiu@sheppardmullin.com; mnemelka@kellogghansen.com; dho@kellogghansen.com; JHughes@milberg.com; agulley@gibbsbruns.com; bross@gibbsbruns.com; LCaseria@sheppardmullin.com; pwedgworth@milberg.com; DMSTeam@milberg.com; reynoldsteam@gibbsbruns.com; reynolds-smrh-pldg@sheppardmullin.com; SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com; cwhite@kellogghansen.com; bjones@kellogghansen.com; apaul@kellogghansen.com; ddorris@kellogghansen.com |
| **Cc:** | Katz, Katherine R.; Jonke, Kevin M.; Yoo, Sahng-Ah; *BMiller@mayerbrown.com; CDK-MDL-Team@mayerbrown.com |
| **Subject:** | RE: In re DMS Antitrust Litigation: CDK's 30(b)(6) Notices to Additional Putative Dealer Class Reps |

Counsel,

For all of these notices, please provide dates when putative dealer class representatives are available for deposition no later than Friday, December 1. Given the current class schedule, we expect that we will need to double and triple track some depositions.

Thanks,
Emily

**Emily Merki Long**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, NW Washington, DC 20004
**T** +1 202 389 3065 **M** +1 806 584 9881
**F** +1 202 389 5200

emily.long@kirkland.com

---

**From:** Welch, Heather Danielle <heather.welch@kirkland.com>
**Sent:** Tuesday, November 28, 2023 9:37 PM
**To:** JSiu@sheppardmullin.com; mnemelka@kellogghansen.com; dho@kellogghansen.com; JHughes@milberg.com; agulley@gibbsbruns.com; bross@gibbsbruns.com; LCaseria@sheppardmullin.com; pwedgworth@milberg.com; DMSTeam@milberg.com; reynoldsteam@gibbsbruns.com; reynolds-smrh-pldg@sheppardmullin.com; SERVICE-EXTERNAL-DMS-MDL@lists.kellogghansen.com; cwhite@kellogghansen.com; bjones@kellogghansen.com; apaul@kellogghansen.com; ddorris@kellogghansen.com
**Cc:** Katz, Katherine R. <katherine.katz@kirkland.com>; Long, Emily Merki <emily.long@kirkland.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; Yoo, Sahng-Ah <sahngah.yoo@kirkland.com>; *BMiller@mayerbrown.com <BMiller@mayerbrown.com>; CDK-MDL-Team@mayerbrown.com
**Subject:** In re DMS Antitrust Litigation: CDK's 30(b)(6) Notices to Additional Putative Dealer Class Reps

Counsel,

Following up on our email last night, attached please find notices for additional putative dealer class representatives pursuant to Federal Rule of Civil Procedure 30(b)(6), as well as an amended notice to Pacific Nissan, LLC.

Best,
Heather

**Heather Danielle Welch**
Senior Paralegal

---

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004
**T** +1 202 389 3803  **F** +1 202 389 5200

---

heather.welch@kirkland.com