UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                                                Plaintiff,

v.                                                 Case No.: 1:18−cv−00864

                                                          Honorable Rebecca R.
                                                          Pallmeyer

CDK Global, LLC, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 14, 2023:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone held regarding motions [1437] [1438] [1439] [1443]. After oral argument and as stated on the record: (1) AutoLoop's Motion to Preclude CDK from Reopening Merits Discovery and Request for Expedited Consideration [1437] [1438] is granted in part; (2) Dealership Plaintiffs' Motion for entry of a protective order and request for expedited consideration [1439] is denied without prejudice; and (3) CDK Global, LLC's Motion to Compel Discovery and Extend the Class Certification Schedule [1443] is granted in part and denied in part as follows: Plaintiffs will answer outstanding interrogatories no later than 1/5/2024. The current schedule for class certification discovery is extended for four weeks; the parties are directed to submit a proposed revised scheduling order setting forth all of the new dates. With respect to the request for deposition of 17 newly−named Dealers, the court directs the parties to proceed initially with just three depositions. Those three depositions will be limited to six hours, but the court declines to impose a subject−matter restriction that would preclude any questions relevant to the proposed Vendor class. Upon the completion of these first three depositions, the parties will confer and, if they cannot resolve remaining disputes, submit a joint status report, describing their positions on these matters. The court anticipates such a report by mid−January, and will set a further hearing date, if necessary, upon receipt. Mailed notice. (cp, )<Attachments>(cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.