**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: In re: Dealer Management Systems Antitrust Litig.

Case Number: 1:18-CV-00864

An appearance is hereby filed by the undersigned as attorney for:

Defendant CDK Global, LLC

Attorney name (type or print): Tia T. Trout-Perez

Firm: Kirkland & Ellis LLP

Street address: 1301 Pennsylvania Avenue

City/State/Zip: Washington, DC 20004

Bar ID Number: 6297791 (IL Bar No.)
(See item 3 in instructions)

Telephone Number: (202) 389-5955

Email Address: tia.trout-perez@kirkland.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 19, 2023

Attorney signature: S/ Tia T. Trout-Perez

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023