# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>THE VENDOR CLASS ACTION<br><br>THE DEALERSHIP CLASS ACTION | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Rebecca R. Pallmeyer |

# ORDER REGARDING
# CLASS CERTIFICATION SCHEDULE

Pursuant to Local Rule 78.3 and this Court's instructions in its December 14, 2023 Minute Entry (Dkt. 1444), Plaintiffs Loop, LLC ("AutoLoop") and Dealership Class Plaintiffs ("Dealers") and Defendant CDK Global, LLC ("CDK"), by and through their undersigned counsel, jointly submit this proposed Order to extend the briefing schedule applicable to (1) AutoLoop's and Dealers' Motions for Class Certification, and (2) the parties' *Daubert* challenges.

| EVENT | DEADLINE |
|---|---|
| CDK's Opposition Class Certification Brief, Expert Report, & CDK's Opening *Daubert* Briefs (if any) | Friday, February 16, 2024 |
| Plaintiffs' Reply Class Certification Briefs, Reply Class Certification Expert Reports, Plaintiffs' Opposition *Daubert* Briefs (if any), & Plaintiffs' Opening *Daubert* Briefs (if any) | Friday, March 29, 2024 |
| CDK's Reply *Daubert* Briefs & CDK's Opposition *Daubert* Briefs (if any) | Friday, April 26, 2024 |
| Plaintiffs' Reply *Daubert* Briefs (if any) | Friday, May 17, 2024 |

Dated:  December 20, 2023

/s/ Mark Filip

Mark Filip, P.C.
Kevin M. Jonke
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
mark.filip@kirkland.com
kevin.jonke@kirkland.com

Craig S. Primis, P.C.
Katherine Katz, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel: (202) 389-5000
craig.primis@kirkland.com
katherine.katz@kirkland.com

*Counsel for Defendant CDK Global, LLC*

Respectfully Submitted,

/s/ Peggy J. Wedgworth

Peggy J. Wedgworth
Elizabeth McKenna
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11350
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

*MDL Co-Lead Counsel representing the Dealership Class Plaintiffs*

/s/ Derek T. Ho

Derek T. Ho
Michael N. Nemelka
Aaron M. Panner
Daniel V. Dorris
Collin R. White
Bethan R. Jones
Ana N. Paul
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com
apanner@kellogghansen.com
ddorris@kellogghansen.com
cwhite@kellogghansen.com
*bjones@kellogghansen.com*
apaul@kellogghansen.com

*MDL Co-Lead Counsel and Interim Class Counsel representing Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated*

SO ORDERED

_____
Honorable Rebecca R. Pallmeyer
United States District Judge

December 20, 2023