# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litig.*, MDL 2817 | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Rebecca R. Pallmeyer |
| THE DEALERSHIP PUTATIVE CLASS ACTION | |
| THE VENDOR PUTATIVE CLASS ACTION | |

## **PROOF OF SERVICE**

I, Mark Filip, an attorney, hereby certify that on February 23, 2024, I caused a true and correct copy of the following under seal pleadings to be served via e-mail to all counsel of record.

**CDK GLOBAL, LLC'S OPPOSITION TO MOTIONS FOR CLASS CERTIFICATION (ECF 1456)**

**CDK GLOBAL, LL'S MOTION TO EXCLUDE THE TESTIMONY OF DR. MICHAEL WILLIAMS AND MEMORANDUM IN SUPPORT THERETO (ECF 1458)**

**CDK GLOBAL, LLC'S MOTION TO EXCLUDE THE TESTIMONY OF DR. MARK ISRAEL AND MEMORANDUM IN SUPPORT THERETO (ECF 1459)**

**TRANSMITTAL DECLARATION OF KATHERINE KATZ AND ACCOMPANYING EXHIBITS (ECF 1460)**

Dated: February 23, 2024

Respectfully Submitted,

<u>/s/ Mark Filip, P.C.</u>
Craig S. Primis, P.C.
Matthew J. Reilly, P.C.
K. Winn Allen, P.C.
Katherine Katz, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-389-5000
craig.primis@kirkland.com
matt.reilly@kirkland.com
winn.allen@kirkland.com
katherine.katz@kirkland.com

Mark Filip, P.C.
Kevin M. Jonke
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
mark.filip@kirkland.com
kevin.jonke@kirkland.com

*Counsel for Defendant CDK Global, LLC*