# EXHIBIT 9

Case: 1:18-cv-00864 Document #: 1462-9 Filed: 02/24/24 Page 2 of 4 PageID #:95223



☰

# CDK Network Protect

Maintain consumer trust and protect your dealership's reputation by preventing a breach in cybersecurity. Get CDK Network Protect for around-the-clock protection.

Request a Demo





### Trust
Safeguarding your dealership against breaches and identity theft helps you maintain consumer trust and protect your reputation.





### Compliance
Make sure your network meets all the regulatory guidelines. Avoid expensive fines and legal costs.



### Safety
Keep bad actors out of your customers' data and keep them safe from identity theft with Network Protect.

## CDK Network Protect Features

Stay safe. Be proactive. And relax, knowing you won't be joining the 85% of automotive dealerships that were hit with a security breach in the last 24 months.

### Real-Time Threat Monitoring
Free up your IT resources to focus on other network needs and opportunities with 24/7/365 security monitoring.

### Proactive Alerts
When a cyber event occurs, you want to know about it ASAP. This simple-to-use, customized dashboard provides real-time reporting.

### Remote Remediation Assistance
When a network security issue is identified, our technical staff immediately contacts you and walks you through remediation or removal, step by step.

### Regulatory Compliance
Built in controls address GLBA, Star Standards and NIST Standards for data security so you can stop worrying about complying with them.

Case: 1:18-cv-00864 Document #: 1462-9 Filed: 02/24/24 Page 3 of 4 PageID #:95224



## Related Solutions

### CDK Cloud Connect
Ready to say goodbye to dropped connections, slow service and business apps that continually go offline? Get CDK Cloud Connect for reliable high-speed internet.

### CDK GetWireless
To keep customers and employees happy, you need consistent Wi-Fi. You also need to monitor usage. CDK GetWireless makes it easy to do both.

## Guard Against Security Threats

Contact Us and Let's Review Your Dealership's Cybersecurity Needs

**Request a Demo**

## Recent Insights



**Buyers Take the Wheel for Car Sales in 2024**

After three years of dramatic post-pandemic market swings, buyers in 2024 are poised to take back the wheel with plenty...

3 Min Read · Feb 13 · CDK Global



**What's the Key to Win the Automotive Service Wars?**

Although 2024 is shaping up to be a buyer's market, new and used vehicles continue to be painfully expensive for...

3 Min Read · Feb 9 · David Thomas



**CDK Releases the Friction Points 2024 Study**

The automotive industry has returned to somewhat of a pre-pandemic state at the end of 2023, but car buyers are...

1 Min Read · Feb 1 · CDK Global



**The Game-Changing Value of an Automotive CRM**

The automotive industry is known for its love of acronyms and buzzwords. Most of the time we see dealers change...

4 Min Read · Jan 31 · Amber Good



**Busting the Top Fi Myths About the American Car Dea**

When you live and breathe industry you work in, you te get a little protective of you colleagues...

5 Min Read · Jan 29 · Barb Ed

View All Insights 

## CDK GLOBAL

**Corporate**   847.397.1700
**Support**     866.668.5394
**Sales**       833.620.2129

  

**Hear What's New Before the Rest of the Industry**

 Sign Me Up!

### Who We Serve

Auto Dealerships

Original Equipment Manufacturers

Independent Software Vendors

Heavy Truck ↗

Recreation ↗



Fix the Lack of Trust That's Hurting Profits

Target What's Holding Back Business Growth

Guard Against Connection and Security Failure

**What We Offer**

Digital Retail

Customer Relationship Management

Finance & Insurance

Dealer Management System

Fixed Operations

IT Solutions

Dealership Xperience Platform

Intelligence

Fortellis ↗

CVR ↗

AVRS ↗

**Who We Are**

About Us

Join CDK ↗

**Resources**

Insights

Training

Media Center

Customer Stories

Support

Login

Contact Us

Privacy Policy      Cookie Statement      CDK Policies      User Agreement

© 2024 CDK Global LLC / CDK Global is a registered trademark of CDK Global LLC.