**FILED UNDER SEAL**

# EXHIBIT 31