**FILED UNDER SEAL**

# EXHIBIT 46