# Exhibit A

**From:** "Katz, Katherine R." <katherine.katz@kirkland.com>
**Date:** March 24, 2024 at 5:32:00 PM EDT
**To:** Liz McKenna <emckenna@milberg.com>
**Cc:** "Long, Emily Merki" <emily.long@kirkland.com>, Peggy Wedgworth <PWedgworth@milberg.com>, "Dorris, Daniel V." <ddorris@kellogghansen.com>, "Ho, Derek T." <dho@kellogghansen.com>, Mike Acciavatti <MAcciavatti@milberg.com>, "Robert A. Wallner" <RWallner@milberg.com>, John Hughes <JHughes@milberg.com>, "Jones, Bethan R." <bjones@kellogghansen.com>, DMSTeam@milberg.com, "Primis, Craig S." <cprimis@kirkland.com>, "Filip, Mark" <mark.filip@kirkland.com>, "Jonke, Kevin M." <kevin.jonke@kirkland.com>, "White, Collin R." <cwhite@kellogghansen.com>, mnemelka@kellogghansen.com
**Subject:** RE: [EXTERNAL] RE: 1:18-cv-00864 In Re: Dealer Management Systems Antitrust Litigation

Liz,

We don't agree that CDK's omnibus 40-page opposition addressing vendors and dealers warrants more than doubling the pages you have for reply. Increasing your pages from 15 to 35 (20 additional pages), as you propose, isn't consistent with the Court's initial order on pages and would not be fair to CDK (even by your count this would mean dealers would have 60 pages of briefing to CDK's 30). To avoid a dispute before the Court, however, we would be ok with dealers taking an additional 10 pages for reply, up to 25 pages.

Thanks,
Kate

**Katherine R. Katz**

Kirkland & Ellis LLP
1301 Pennsylvania Ave., NW | Washington, D.C. 20004
DIRECT: 202.389.5184 | FAX 202.389.5200
katherine.katz@kirkland.com

**From:** Liz McKenna <emckenna@milberg.com>
**Sent:** Friday, March 22, 2024 11:59 AM
**To:** Katz, Katherine R. <katherine.katz@kirkland.com>
**Cc:** Long, Emily Merki <emily.long@kirkland.com>; Peggy Wedgworth <PWedgworth@milberg.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Mike Acciavatti <MAcciavatti@milberg.com>; Robert A. Wallner <RWallner@milberg.com>; John Hughes <JHughes@milberg.com>; Jones, Bethan R. <bjones@kellogghansen.com>; *dmsteam@milberg.com <dmsteam@milberg.com>; Primis, Craig S. <cprimis@kirkland.com>; Filip, Mark <mark.filip@kirkland.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>; White, Collin R. <cwhite@kellogghansen.com>; *mnemelka@kellogghansen.com <mnemelka@kellogghansen.com>
**Subject:** RE: [EXTERNAL] RE: 1:18-cv-00864 In Re: Dealer Management Systems Antitrust Litigation

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Kate,

We intend to request 35 pages for the Dealers' class cert reply. CDK's consolidated response contains almost 30 pages that are specific to Dealers or raise issues for both Dealers and Vendors. The Court's Order (ECF No. 1428) notes that counsel are free to make a request for additional pages for reply memoranda. Please let us know CDK's position on this as we would like to file our request with the Court shortly.

Thanks,
Liz

Elizabeth McKenna
Partner



Main: (212) 594-5300
www.milberg.com

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.