UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                Plaintiff,

v.                           Case No.: 1:18−cv−00864
                          Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 26, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs' motion for leave to file an oversize reply brief in support of class certification is granted in part and denied in part. Plaintiffs have leave to file a reply brief no longer than 30 pages in length. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.