IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Rebecca R. Pallmeyer |
| THE VENDOR CLASS ACTION | |
| THE DEALERSHIP CLASS ACTION | |

**STIPULATION AND PROPOSED ORDER REGARDING CLASS CERTIFICATION AND DAUBERT BRIEFING SCHEDULE**

Pursuant to Local Rule 78.3, Plaintiffs Loop, LLC ("AutoLoop" or "Vendor Class"), Dealership Class Plaintiffs ("Dealers"), and Defendant CDK Global, LLC ("CDK"), by and through their undersigned counsel, jointly submit this Stipulation and proposed Order to extend the briefing schedule by one week applicable to (1) AutoLoop's and Dealers' Reply Class Certification Briefs; and (2) the parties' *Daubert* briefing.

Additionally, CDK and AutoLoop agree to a ten (10) page extension for AutoLoop's reply brief in support of class certification.

WHEREAS, on November 22, 2023 (ECF No. 1428), the Court set a briefing schedule regarding the Class Certification Schedule in this matter which was then amended on February 9, 2024 (ECF No. 1455);

WHEREAS, pursuant to the February 9, 2024 Order, Plaintiffs' class certification reply briefs, *Daubert* briefs, and *Daubert* oppositions are due on April 5, 2024;

WHEREAS, on April 2, 2024, AutoLoop requested a one-week extension to file its class certification reply brief and *Daubert* briefing;

WHEREAS, Dealers join this stipulation and agree to AutoLoop's request for a one-week extension if the same due date applies to Dealers' class certification reply brief and *Daubert* briefing so that all parties are on the same briefing schedule;;

WHEREAS, CDK agreed to the one-week extensions as long as Plaintiffs agreed to reciprocal one-week extensions for CDK's remaining briefing;

WHEREAS, on March 26, 2024 (ECF No. 1465), the Court granted Dealers an additional fifteen (15) pages for their reply brief in support of class certification;

WHEREAS, on April 2, 2024, AutoLoop requested an additional ten (10) pages for its class certification rely brief, so that the brief will be no more than 25 pages;

WHEREAS, on April 2, 2024, CDK agreed to Autoloop's requested extension of pages;[1]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that (1) AutoLoop's reply brief in support of class certification shall be no more than 25 pages; and (2) the following shall constitute the amended schedule for the remaining briefing and motions:

| EVENT | DEADLINE |
| --- | --- |
| Plaintiffs' Reply Class Certification Briefs, Reply Class Certification Expert Reports, Plaintiffs' Opposition *Daubert* Briefs, & Plaintiffs' Opening *Daubert* Briefs (if any) | Friday, April 12, 2024 |
| CDK's Reply *Daubert* Briefs & CDK's Opposition *Daubert* Briefs (if any) | Monday, May 20, 2024 |
| Plaintiffs' Reply *Daubert* Briefs (if any) | Monday, June 10, 2024 |

---

[1] Statement by CDK: CDK reserves all rights to seek additional pages to respond to Plaintiffs' motions for class certification.

Dated: April 2, 2024

Respectfully Submitted,

*/s/ Katherine Katz*

Mark Filip, P.C.
Kevin M. Jonke
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
mark.filip@kirkland.com
kevin.jonke@kirkland.com

Craig S. Primis P.C.
Katherine Katz P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washinton, DC 20004
Tel: (202) 389-5000
craig.primis@kirkland.com
katherine.katz@kirkland.com

*Counsel for Defendant CDK Global, LLC*

*/s/ Peggy J. Wedgworth*

Peggy J. Wedgworth
Elizabeth McKenna
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11350
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

*MDL Co-Lead Counsel representing the Dealership Class Plaintiffs*

*/s/ Derek T. Ho*

Derek T. Ho
Michael N. Nemelka
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, PLLC
1615 M Street, N.W., Suite 400
(202) 326-7900
Washington, D.C. 20036
dho@kellogghansen.com
mnemelka@kellogghansen.com

*MDL Co-Lead Counsel representing Loop, LLC, d/b/a AutoLoop on behalf of itself and all others similarly situated*

SO ORDERED

---

Honorable Rebecca R. Pallmeyer
United States District Judge

## CERTIFICATE OF SERVICE

       I, Derek T. Ho, an attorney, hereby certify that on April 2, 2024, I caused a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER REGARDING CLASS CERTIFICATION AND DAUBERT BRIEFING SCHEDULE** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                         */s/ Derek T. Ho*
                                         Derek T. Ho
                                         **KELLOGG, HANSEN, TODD,**
                                            **FIGEL & FREDERICK, P.L.L.C.**
                                         1615 M Street, N.W., Suite 400
                                         Washington, D.C. 20036
                                         (202) 326-7900
                                         dho@kellogghansen.com