**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | )<br>)<br>)   MDL No. 2817<br>) |
| This Document Relates to: | )   Case No. 18 C 864<br>) |
| THE VENDOR CLASS ACTION | )   Judge Rebecca R. Pallmeyer<br>) |
| THE DEALERSHIP CLASS ACTION | )<br>) |

**ORDER**

Pursuant to stipulation, the court hereby orders that (1) AutoLoop's reply brief in support of class certification shall be no more than 25 pages; and (2) the following shall constitute the amended schedule for the remaining briefing and motions:

| EVENT | DEADLINE |
|---|---|
| Plaintiffs' Reply Class Certification Briefs, Reply Class Certification Expert Reports, Plaintiffs' Opposition *Daubert* Briefs, & Plaintiffs' Opening *Daubert* Briefs (if any) | Friday, April 12, 2024 |
| CDK's Reply *Daubert* Briefs & CDK's Opposition *Daubert* Briefs (if any) | Monday, May 20, 2024 |
| Plaintiffs' Reply *Daubert* Briefs (if any) | Monday, June 10, 2024 |

ENTER:

Dated:  April 3, 2023

_____
REBECCA R. PALLMEYER
United States District Judge