UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION )<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | MDL No. 2817<br>Case No. 1:18-cv-00864<br><br>Assigned to: Hon. Rebecca R. Pallmeyer.<br>Magistrate Judge: Hon. Jeffrey T. Gilbert |

DEALERSHIP CLASS PLAINTIFFS' MOTION TO WITHDRAW LONNIE A. BROWNE AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

4866-1706-8468.v1

I, Alexandra S. Bernay, of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), hereby move to withdraw Lonnie A. Browne as counsel for Plaintiff Baystate Ford Inc. on behalf of the putative Dealership Class, in the above-captioned matters and request the Clerk of the Court remove his email address from its ECF notifications in connection with this action. Dealership Class Plaintiffs continue to be represented by other counsel from Robbins Geller, and all other counsel of record. All future correspondence and papers in this action should continue to be directed to them.

DATED: April 4, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ALEXANDRA S. BERNAY

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 630/696-4107

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

- 1 -

4866-1706-8468.v1

- 2 -

ROBBINS LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
MICHAEL J. NICOUD
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiff Baystate Ford Inc., No.
1:18-cv-00996, N.D. Ill.