IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To: | Hon. Rebecca R. Pallmeyer |
| *Loop, LLC, d/b/a AutoLoop v. CDK Global, LLC*, Case No. 18-cv-2521 | |

**OMNIBUS DECLARATION OF DANIEL V. DORRIS IN SUPPORT OF AUTOLOOP'S OPPOSITION TO CDK'S MOTION TO EXCLUDE DR. MARK ISRAEL AND <u>REPLY IN SUPPORT OF ITS MOTION FOR CLASS CERTIFICATION</u>**

I, Daniel V. Dorris, pursuant to 28 U.S.C. § 1746, declare as follows:

I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C. and counsel for Plaintiff Loop, LLC, d/b/a AutoLoop ("AutoLoop") in the above captioned matter. I respectfully submit this declaration in support of the following filings submitted concurrently today: (1) AutoLoop's Opposition to CDK's Motion to Exclude Dr. Mark Israel's Class Certification Expert Opinions; and (2) AutoLoop's Reply in Support of Its Motion for Class Certification. All of the documents attached to this Declaration (Exhibits 1 – 3) are true and correct copies of the identified documents and have been designated, as appropriate, under the Second Amended Agreed Confidentiality Order in this case (Dkt. 650).

1. Attached as **Exhibit 1** is a true and correct copy of the Supplemental Reply Expert Report of Mark A. Israel, Ph.D., dated April 11, 2024.

2. Attached as **Exhibit 2** is an excerpted copy of the January 19, 2024 Deposition Transcript of Mark A. Israel, Ph.D.

3. Attached as **Exhibit 3** is an excerpted copy of the March 19, 2024 Deposition Transcript of Dr. Laila Haider.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 12, 2024

/s/ *Daniel V. Dorris*
Daniel V. Dorris