IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION <br><br> This Document Relates to All Cases | MDL No. 2817 <br> Case No. 18 C 864 <br><br> Hon. Rebecca R. Pallmeyer <br> Magistrate Judge Jeffrey T. Gilbert |

**MOTION FOR REAPPOINTMENT OF
DEREK T. HO OF KELLOGG HANSEN AS MDL CO-LEAD COUNSEL AND
PROFESSOR SAMUEL ISSACHAROFF AS MDL COORDINATING COUNSEL**

Movants Derek T. Ho of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. ("Kellogg Hansen") and Professor Samuel Issacharoff of NYU Law School respectfully request that the Court reappoint them as MDL Co-Lead Counsel and MDL Coordinating Counsel, respectively. Mr. Ho and Professor Issacharoff have served in those roles since the inception of this MDL. Judge St. Eve first appointed Mr. Ho and Professor Issacharoff to one-year terms in April 2018. *See* Dkt. 123. Judge Dow then reappointed them to additional one-year terms in April 2019, 2020, 2021, and 2022. *See* Dkts. 644, 944, 1285, 1340, and 1343. Last year, the Court issued an Order (Dkt. 1379) granting the motion for renewal of MDL Leadership (Dkt. 1378) for a period of one year expiring on April 16, 2024. Defendant CDK has stated it does not intend to file an opposition to the motion at this time.

**CONCLUSION**

Kellogg Hansen respectfully requests that the Court reappoint Mr. Ho as MDL Co-Lead Counsel and Professor Issacharoff as MDL Coordinating Counsel.

Dated: April 16, 2024	Respectfully submitted,

                                    */s/ Derek T. Ho*
Derek T. Ho
**KELLOGG, HANSEN TODD,**
 **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com

Samuel Issacharoff
40 Washington Square South
New York, NY 10012
(212) 998-6580
Issacharoff@mercury.law.nyu.edu

*MDL Co-Lead Counsel and*
*MDL Coordinating Counsel*

# CERTIFICATE OF SERVICE

   I, Derek T. Ho, an attorney, hereby certify that on April 16, 2024, I caused a true and correct copy of the foregoing **MOTION FOR REAPPOINTMENT OF DEREK T. HO OF KELLOGG HANSEN AS MDL CO-LEAD COUNSEL AND PROFESSOR SAMUEL ISSACHAROFF AS MDL COORDINATING COUNSEL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

              */s/ Derek T. Ho*
              Derek T. Ho
              **KELLOGG, HANSEN, TODD,**
               **FIGEL & FREDERICK, P.L.L.C.**
              1615 M Street, NW, Suite 400
              Washington, D.C. 20036
              (202) 326-7900
              dho@kellogghansen.com