UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

Plaintiff,

v.

CDK Global, LLC, et al.

Defendant.

Case No.: 1:18−cv−00864

Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 18, 2024:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Dealership Class Counsel's and Liaison Counsel's unopposed motion for renewal of leadership appointment [1483] and motion for reappointment of Derek T. Ho of Kellogg Hansen as MDL co−lead counsel and professor Samuel Issacharoff as MDL coordinating counsel [1482] are granted for a period of one−year expiring on April 18, 2025. The Court renews the leadership appointments of: Peggy J. Wedgworth, Co−Lead Counsel / Dealership Interim Lead Class Counsel; Plaintiffs' Steering Committee Members: Leonard A. Bellavia, Daniel Hedlund, Michelle Looby, James Barz and Frank Richter; and Liaison Counsel, Robert A. Clifford. The Court reappoints Mr. Ho as MDL Co−Lead Counsel and Professor Issacharoff as MDL Coordinating Counsel. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.