# **EXHIBIT 2**

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

March 25, 2024

*Via Electronic Mail and FTP*

| | |
|---|---|
| Kevin Jonke | Peggy J. Wedgworth |
| Kirkland & Ellis LLP | Milberg Tadler Phillips Grossman LLP |
| 300 North LaSalle, | One Pennsylvania Plaza |
| Chicago, IL 60654 | New York, NY 10119 |
| Kevin.jonke@kirkland.com | PWedgworth@milberg.com |

Re: *In re: Dealer Management System Antitrust Litigation,*
MDL No. 2817 (N.D. Ill.)

Counsel:

Accompanying this correspondence, please find a document production of Authenticom, Inc. data bearing Bates number AUTH_00552293. Pursuant to Fed. R. Civ. P. 26(e), this production includes a file of refreshed data from Authenticom that AutoLoop's expert may rely on in connection with responding to CDK's class analyses.

Please be reminded that Section 5(a) of the Agreed Confidentiality Order prohibits all of the documents that Authenticom, Inc. produces in this litigation from being "used or disclosed by the Receiving Parties, Counsel for the Receiving Parties or any other persons identified in subparagraphs 5(b)-(c) for any purpose whatsoever other than in the above captioned case." Moreover, certain documents have been designated as Confidential or Highly Confidential and are thus prohibited from being disclosed to certain persons. In particular, Section 5(c) generally prohibits counsel in this action from disclosing Highly Confidential documents to the parties in this action.

These materials are encrypted and the password will be provided separately. Please do not hesitate to contact me with any questions.

Very truly yours,

/s/ Daniel V. Dorris

Daniel V. Dorris

Enclosures

CC: CDK's Counsel
Dealers' Counsel