# EXHIBIT 4

| | |
|---|---|
| **From:** | Dorris, Daniel V. <ddorris@kellogghansen.com> |
| **Sent:** | Tuesday, April 23, 2024 12:06 PM |
| **To:** | Jonke, Kevin M.; Peggy Wedgworth |
| **Cc:** | Filip, Mark; Primis, Craig S.; Katz, Katherine R.; Long, Emily Merki; *mnemelka@kellogghansen.com; Ho, Derek T.; Jones, Bethan R.; Hafenbrack, Joshua; White, Collin R.; 'emckenna@milberg.com'; 'MAcciavatti@milberg.com'; Wallner, Robert; 'JHughes@milberg.com'; *dmsteam@milberg.com; Briggs, Kimberly A. |
| **Subject:** | RE: In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.) |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Kevin,

There are no non-privileged communications to produce other than the data itself, which you already have. As we noted in our letter, we continue to represent Authenticom and provide legal advice regarding this litigation. Our legal advice to Authenticom about providing additional data in this litigation is privileged.

We do not believe this circumstance is any different than CDK's own communications with outside counsel about producing additional data in this litigation. Of course, we would not seek those communications because they are privileged.

Best,
Dan

**From:** Jonke, Kevin M. <kevin.jonke@kirkland.com>
**Sent:** Monday, April 22, 2024 5:59 PM
**To:** Dorris, Daniel V. <ddorris@kellogghansen.com>; Peggy Wedgworth <pwedgworth@milberg.com>
**Cc:** Filip, Mark <mark.filip@kirkland.com>; Primis, Craig S. <cprimis@kirkland.com>; katz, katherine <katherine.katz@kirkland.com>; Long, Emily <emily.long@kirkland.com>; Nemelka, Michael N. <mnemelka@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; White, Collin R. <cwhite@kellogghansen.com>; 'emckenna@milberg.com' <emckenna@milberg.com>; 'MAcciavatti@milberg.com' <MAcciavatti@milberg.com>; Wallner, Robert <rwallner@milberg.com>; 'JHughes@milberg.com' <JHughes@milberg.com>; DMSTEAM (MILBERG.COM) <dmsteam@milberg.com>; Briggs, Kimberly A. <kbriggs@kellogghansen.com>
**Subject:** [EXTERNAL] RE: In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.)

Counsel,

During our meet and confer on Friday, you also said you would consider our request that you produce all communications requesting and transmitting the data, as well as any communications between Kellogg/AutoLoop and

Authenticom regarding the nature of the data. Such communications are not privileged. Please confirm today whether you will produce any such written communications and when we can expect to receive them.

Thanks,
Kevin

**Kevin Jonke**

**KIRKLAND & ELLIS LLP**
333 W Wolf Point Plaza, Chicago, IL 60654
T +1 312 862 4390  M +1 312 361 7859
F +1 312 862 2200

kevin.jonke@kirkland.com

**From:** Dorris, Daniel V. <ddorris@kellogghansen.com>
**Sent:** Monday, April 22, 2024 4:11 PM
**To:** Jonke, Kevin M. <kevin.jonke@kirkland.com>; Peggy Wedgworth <pwedgworth@milberg.com>
**Cc:** Filip, Mark <mark.filip@kirkland.com>; Primis, Craig S. <cprimis@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Long, Emily Merki <emily.long@kirkland.com>; *mnemelka@kellogghansen.com <mnemelka@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; White, Collin R. <cwhite@kellogghansen.com>; 'emckenna@milberg.com' <emckenna@milberg.com>; 'MAcciavatti@milberg.com' <MAcciavatti@milberg.com>; Wallner, Robert <rwallner@milberg.com>; 'JHughes@milberg.com' <JHughes@milberg.com>; *dmsteam@milberg.com <dmsteam@milberg.com>; Briggs, Kimberly A. <kbriggs@kellogghansen.com>
**Subject:** RE: In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.)

Counsel, please see the attached letter. Best, Dan

**From:** Jonke, Kevin M. <kevin.jonke@kirkland.com>
**Sent:** Wednesday, April 17, 2024 7:00 PM
**To:** Dorris, Daniel V. <ddorris@kellogghansen.com>; Peggy Wedgworth <pwedgworth@milberg.com>
**Cc:** Filip, Mark <mark.filip@kirkland.com>; Primis, Craig S. <cprimis@kirkland.com>; katz, katherine <katherine.katz@kirkland.com>; Long, Emily <emily.long@kirkland.com>; Nemelka, Michael N. <mnemelka@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; White, Collin R. <cwhite@kellogghansen.com>; 'emckenna@milberg.com' <emckenna@milberg.com>; 'MAcciavatti@milberg.com' <MAcciavatti@milberg.com>; Wallner, Robert <rwallner@milberg.com>; 'JHughes@milberg.com' <JHughes@milberg.com>; DMSTEAM (MILBERG.COM) <dmsteam@milberg.com>; Briggs, Kimberly A. <kbriggs@kellogghansen.com>
**Subject:** [EXTERNAL] In re Dealer Management System Antitrust Litigation, MDL 2817, Case No. 18-CV-864 (N.D. Ill.)

Counsel,

Please see the attached correspondence.

Best regards,
Kevin

**Kevin Jonke**

2

**KIRKLAND & ELLIS LLP**
333 W Wolf Point Plaza, Chicago, IL 60654
T +1 312 862 4390  M +1 312 361 7859
F +1 312 862 2200

kevin.jonke@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.