# EXHIBIT 6

**From:** Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>
**Sent:** Tuesday, April 2, 2024 10:45 AM
**To:** Katz, Katherine R. <katherine.katz@kirkland.com>; *mnemelka@kellogghansen.com <mnemelka@kellogghansen.com>; Primis, Craig S. <cprimis@kirkland.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>
**Cc:** Ho, Derek T. <dho@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; White, Collin R. <cwhite@kellogghansen.com>; Peggy Wedgworth <pwedgworth@milberg.com>; Liz McKenna <emckenna@milberg.com>
**Subject:** RE: Letter re Haider

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Kate,

Due to an unexpected confluence of issues, we respectfully request a one-week extension of this Friday's deadlines (class cert reply; Daubert opposition; and Haider Daubert, if any). Would CDK consent to this modest extension? We would appreciate it. Dealership Plaintiffs do not oppose vendors' request, and if the due dates change for the vendors, the dealers seek the same due dates.

Vendors also request 25 pages for their class cert reply. Given that CDK agreed to this number of pages for the Dealers (who ultimately got 30 pages from the Court), we hope this is a reasonable request that CDK will agree to without the need for Court intervention.

If you could let us know CDK's position on these matters today, we'd appreciate it. If CDK agrees, we will prepare a stipulation.

Best regards, Josh.

**From:** Katz, Katherine R. <katherine.katz@kirkland.com>
**Sent:** Thursday, March 28, 2024 11:56 AM
**To:** Nemelka, Michael N. <mnemelka@kellogghansen.com>; Primis, Craig S. <cprimis@kirkland.com>; jonke, kevin <kevin.jonke@kirkland.com>
**Cc:** Ho, Derek T. <dho@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; White, Collin R. <cwhite@kellogghansen.com>; Peggy Wedgworth <pwedgworth@milberg.com>; Liz McKenna <emckenna@milberg.com>
**Subject:** [EXTERNAL] RE: Letter re Haider

Mike,

Please see the attached response to your letter.

Best,
Kate

**Katherine R. Katz**

Kirkland & Ellis LLP
1301 Pennsylvania Ave., NW | Washington, D.C. 20004
DIRECT: 202.389.5184 | FAX 202.389.5200
katherine.katz@kirkland.com

---

**From:** Nemelka, Michael N. <mnemelka@kellogghansen.com>
**Sent:** Monday, March 25, 2024 5:51 PM
**To:** Katz, Katherine R. <katherine.katz@kirkland.com>; Primis, Craig S. <cprimis@kirkland.com>; Jonke, Kevin M. <kevin.jonke@kirkland.com>
**Cc:** Ho, Derek T. <dho@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; White, Collin R. <cwhite@kellogghansen.com>; Peggy Wedgworth <pwedgworth@milberg.com>; Liz McKenna <emckenna@milberg.com>
**Subject:** Letter re Haider

Dear Kate,

Please see the attached letter.

Thanks,
Mike

**Michael N. Nemelka**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7990 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.