# EXHIBIT 8

**From:** Peggy Wedgworth <PWedgworth@milberg.com>
**Sent:** Monday, April 22, 2024 12:20 PM
**To:** Jonke, Kevin M. <kevin.jonke@kirkland.com>; Katz, Katherine R. <katherine.katz@kirkland.com>; Long, Emily Merki <emily.long@kirkland.com>; Brier, Grace C. <grace.brier@kirkland.com>; Dorris, Daniel V. <ddorris@kellogghansen.com>; Liz McKenna <emckenna@milberg.com>; *mnemelka@kellogghansen.com <mnemelka@kellogghansen.com>; Ho, Derek T. <dho@kellogghansen.com>; Jones, Bethan R. <bjones@kellogghansen.com>; White, Collin R. <cwhite@kellogghansen.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; Mike Acciavatti <MAcciavatti@milberg.com>; Robert A. Wallner <RWallner@milberg.com>; John Hughes <JHughes@milberg.com>; *dmsteam@milberg.com <dmsteam@milberg.com>; Briggs, Kimberly A. <kbriggs@kellogghansen.com>
**Subject:** In re DMS - Meet and Confer Follow up

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Kate and Kevin,

We disagree with the inaccurate statements and legal arguments raised in CDK's April 17 letter regarding a sur-reply. While the meet and confer on Friday did not resolve any of our concerns, in the spirit of cooperation, we propose the following:

CDK may file a one 7-page sur-reply and accompanying expert report *limited to* responding to arguments that concern the recently-produced Authenticom data. The sur-reply and expert report will be filed on May 20, 2024 (when CDK's *Daubert* replies/opposition are due). Vendors and Dealers each may file a 7-page response to the sur-reply on June 10, 2024, limited to the same topic with accompanying expert report.

Again, although we do not believe a sur-reply is necessary, we have made this proposal in an effort to avoid wasting the Court's time and resources. However, if an agreement cannot be reached and CDK seeks relief from the Court, both Dealers and Vendors will be filing oppositions to any request.

Regards,

Peggy Wedgworth and Mike Nemelka


**Peggy J. Wedgworth**

Senior Partner



Main: (212)594-5300
Cell:  (646)515-1269
www.milberg.com



Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

-----Original Appointment-----
**From:** Jonke, Kevin M. <kevin.jonke@kirkland.com>
**Sent:** Thursday, April 18, 2024 10:48 AM
**To:** Katz, Katherine R.; Long, Emily Merki; Brier, Grace C.; Dorris, Daniel V.; Liz McKenna; Peggy Wedgworth; *mnemelka@kellogghansen.com; Ho, Derek T.; Jones, Bethan R.; White, Collin R.; Hafenbrack, Joshua; Mike Acciavatti; Robert A. Wallner; John Hughes; DMSTeam; Briggs, Kimberly A.
**Subject:** In re DMS - Meet and Confer
**When:** Friday, April 19, 2024 1:00 PM-1:30 PM (UTC-06:00) Central Time (US & Canada).
**Where:** https://kirkland.zoom.us/j/92314429557?pwd=eHNTL2dzTmJrdFNmTG9UUkRaTk5kZz09

Kevin Jonke is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://kirkland.zoom.us/j/92314429557?pwd=eHNTL2dzTmJrdFNmTG9UUkRaTk5kZz09

Meeting ID: 923 1442 9557
Passcode: 734938
One tap mobile
+13126266799,,92314429557#,,,,,,0#,,734938# US (Chicago)
+13092053325,,92314429557#,,,,,,0#,,734938# US
Join by SIP
92314429557@zoomcrc.com

Dial by your location
    +1 312 626 6799 US (Chicago)
    +1 309 205 3325 US
    +1 646 931 3860 US
    +1 301 715 8592 US (Washington DC)
    +1 305 224 1968 US
    +1 646 558 8656 US (New York)
    +1 346 248 7799 US (Houston)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 507 473 4847 US
    +1 564 217 2000 US

       +1 669 444 9171 US
       +1 669 900 6833 US (San Jose)
       +1 689 278 1000 US
       +1 719 359 4580 US
       +1 253 205 0468 US
       +1 253 215 8782 US (Tacoma)
       +44 131 460 1196 United Kingdom
       +44 203 481 5237 United Kingdom
       +44 203 481 5240 United Kingdom
       +44 203 901 7895 United Kingdom
       +44 208 080 6591 United Kingdom
       +44 208 080 6592 United Kingdom
       +44 330 088 5830 United Kingdom
       +32 2 588 4188 Belgium
       +32 2 788 0172 Belgium
       +32 2 788 0173 Belgium
       +32 1579 5132 Belgium
       +32 2 290 9360 Belgium
       +32 2 585 5574 Belgium
       +49 69 5050 0952 Germany
       +49 695 050 2596 Germany
       +49 69 7104 9922 Germany
       +49 69 3807 9883 Germany
       +49 69 3807 9884 Germany
       +49 69 5050 0951 Germany
       +852 5803 3730 Hong Kong SAR
       +852 5803 3731 Hong Kong SAR
       +852 5808 6088 Hong Kong SAR

Meeting ID: 923 1442 9557
Passcode: 734938
Find your local number: https://kirkland.zoom.us/u/adywEpIH1z

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
221.122.88.195 (Mainland China)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
209.9.211.110 (Hong Kong SAR)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)

Meeting ID: 923 1442 9557
Passcode: 734938

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.