# Exhibit 1

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Grace C. Brier
To Call Writer Directly:
+1 202 389 3151
grace.brier@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

December 29, 2023

**BY EMAIL**

Michael E. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M. Street, N.W., Suite 400
Washington, D.C. 20036-3215

Peggy J. Wedgworth
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza
New York, NY 10119

Re: *In re Dealer Management System Antitrust Litig.*, MDL 2817 (N.D. Ill.)

Counsel:

This letter accompanies CDK Global, LLC's ("CDK") production of documents Bates stamped CDK-3128268 through CDK-3129266. This production includes Dealer contract documents that were not previously produced by Dealers. The production also includes certain additional data that our expert may rely on in connection with class analyses, pursuant to Fed. R. Civ. P. 26(e). The below chart aligns the original data source with the new data produced today.

| Data | New Bates Number | Original File(s) |
|---|---|---|
| CDK Loss Data | CDK-3128713 | CDK-3116418 |
| CDK Wins Data | CDK-3128714 | CDK-3116420<br>CDK-3123777 |

The production is provided by FTP in the email transmitting this letter, and an encryption password will follow separately. Documents in this production have been designated "Highly Confidential" in accordance with the Second Amended Agreed Confidentiality Order in this proceeding (Dkt. 650), and should be treated accordingly. This production is made subject to and without waiver of any of CDK's existing or potential objections to discovery requests, including

# KIRKLAND & ELLIS LLP

Michael E. Nemelka
Peggy J. Wedgworth
December 29, 2023
Page 2

that the document in the production are not relevant to any claim. In addition, by providing these documents, CDK does not intend to waive, and is not waiving, its protections under the attorney-client privilege, the work product doctrine, or any other applicable privilege. Any disclosure of privileged or protected information is inadvertent and should not be deemed a waiver. In accordance with the Agreed Confidentiality Order, CDK requests that counsel promptly return or destroy any inadvertently disclosed privileged documents and all copies thereof.

      Please let me know if you have any difficulty accessing the documents.

Sincerely,

*/s/ Grace C. Brier*

Grace C. Brier

CC:    MDL Counsel of Record

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Grace C. Brier
To Call Writer Directly:
+1 202 389 3151
grace.brier@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

January 8, 2024

**BY EMAIL**

Michael E. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M. Street, N.W., Suite 400
Washington, D.C. 20036-3215

Peggy J. Wedgworth
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza
New York, NY 10119

Re: *In re Dealer Management System Antitrust Litig.*, MDL 2817 (N.D. Ill.)

Counsel:

This letter accompanies CDK Global, LLC's ("CDK") production of documents Bates stamped CDK-3129333 through CDK-3129696. This production includes Dealer contract documents that were not previously produced by Dealers.

The production is provided by FTP in the email transmitting this letter, and an encryption password will follow separately. Documents in this production have been designated "Highly Confidential" in accordance with the Second Amended Agreed Confidentiality Order in this proceeding (Dkt. 650), and should be treated accordingly. This production is made subject to and without waiver of any of CDK's existing or potential objections to discovery requests, including that the document in the production are not relevant to any claim. In addition, by providing these documents, CDK does not intend to waive, and is not waiving, its protections under the attorney-client privilege, the work product doctrine, or any other applicable privilege. Any disclosure of privileged or protected information is inadvertent and should not be deemed a waiver. In accordance with the Agreed Confidentiality Order, CDK requests that counsel promptly return or destroy any inadvertently disclosed privileged documents and all copies thereof.

**KIRKLAND & ELLIS LLP**

Michael E. Nemelka
Peggy J. Wedgworth
January 8, 2024
Page 2

    Please let me know if you have any difficulty accessing the documents.


                                  Sincerely,

                                  */s/ Grace C. Brier*

                                  Grace C. Brier

CC:    MDL Counsel of Record

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

Grace C. Brier
To Call Writer Directly:
+1 202 389 3151
grace.brier@kirkland.com

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

January 13, 2024

**BY EMAIL**

Michael E. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M. Street, N.W., Suite 400
Washington, D.C. 20036-3215

Peggy J. Wedgworth
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza
New York, NY 10119

Re: *In re Dealer Management System Antitrust Litig.*, MDL 2817 (N.D. Ill.)

Counsel:

This letter accompanies CDK Global, LLC's ("CDK") production of documents Bates stamped CDK-3129697 through CDK-3130449. This production includes Dealer contract documents that were not previously produced by Dealers.

The production is provided by FTP in the email transmitting this letter, and an encryption password will follow separately. Documents in this production have been designated "Highly Confidential" in accordance with the Second Amended Agreed Confidentiality Order in this proceeding (Dkt. 650), and should be treated accordingly. This production is made subject to and without waiver of any of CDK's existing or potential objections to discovery requests, including that the document in the production are not relevant to any claim. In addition, by providing these documents, CDK does not intend to waive, and is not waiving, its protections under the attorney-client privilege, the work product doctrine, or any other applicable privilege. Any disclosure of privileged or protected information is inadvertent and should not be deemed a waiver. In accordance with the Agreed Confidentiality Order, CDK requests that counsel promptly return or destroy any inadvertently disclosed privileged documents and all copies thereof.

## KIRKLAND & ELLIS LLP

Michael E. Nemelka
Peggy J. Wedgworth
January 13, 2024
Page 2

  Please let me know if you have any difficulty accessing the documents.


              Sincerely,

              */s/ Grace C. Brier*

              Grace C. Brier

CC:  MDL Counsel of Record

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Grace C. Brier
To Call Writer Directly:
+1 202 389 3151
grace.brier@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

January 20, 2024

**BY EMAIL**

Michael E. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.
1615 M. Street, N.W., Suite 400
Washington, D.C. 20036-3215

Peggy J. Wedgworth
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza
New York, NY 10119

Re: *In re Dealer Management System Antitrust Litig.*, MDL 2817 (N.D. Ill.)

Counsel:

This letter accompanies CDK Global, LLC's ("CDK") production of documents Bates stamped CDK-3130450 through CDK-3130983. This production includes Dealer contract documents that were not previously produced by Dealers.

The production is provided by FTP in the email transmitting this letter, and an encryption password will follow separately. Documents in this production have been designated "Highly Confidential" in accordance with the Second Amended Agreed Confidentiality Order in this proceeding (Dkt. 650), and should be treated accordingly. This production is made subject to and without waiver of any of CDK's existing or potential objections to discovery requests, including that the document in the production are not relevant to any claim. In addition, by providing these documents, CDK does not intend to waive, and is not waiving, its protections under the attorney-client privilege, the work product doctrine, or any other applicable privilege. Any disclosure of privileged or protected information is inadvertent and should not be deemed a waiver. In accordance with the Agreed Confidentiality Order, CDK requests that counsel promptly return or destroy any inadvertently disclosed privileged documents and all copies thereof.

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Miami   Munich   New York   Paris   Salt Lake City   Shanghai

**KIRKLAND & ELLIS LLP**

Michael E. Nemelka
Peggy J. Wedgworth
January 20, 2024
Page 2

    Please let me know if you have any difficulty accessing the documents.

                             Sincerely,

                             */s/ Grace C. Brier*

                             Grace C. Brier

CC:    MDL Counsel of Record

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

Grace C. Brier
To Call Writer Directly:
+1 202 389 3151
grace.brier@kirkland.com

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

February 1, 2024

**BY EMAIL**

Michael E. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick
P.L.L.C.
1615 M. Street, N.W., Suite 400
Washington, D.C. 20036-3215

Peggy J. Wedgworth
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza
New York, NY 10119

Re: *In re Dealer Management System Antitrust Litig.*, MDL 2817 (N.D. Ill.)

Counsel:

This letter accompanies CDK Global, LLC's ("CDK") production of documents Bates stamped CDK-3131326 through CDK-3131518. This production includes Dealer contract documents that were not previously produced by Dealers.

The production is provided by FTP in the email transmitting this letter, and an encryption password will follow separately. Documents in this production have been designated "Highly Confidential" in accordance with the Second Amended Agreed Confidentiality Order in this proceeding (Dkt. 650), and should be treated accordingly. This production is made subject to and without waiver of any of CDK's existing or potential objections to discovery requests, including that the document in the production are not relevant to any claim. In addition, by providing these documents, CDK does not intend to waive, and is not waiving, its protections under the attorney-client privilege, the work product doctrine, or any other applicable privilege. Any disclosure of privileged or protected information is inadvertent and should not be deemed a waiver. In accordance with the Agreed Confidentiality Order, CDK requests that counsel promptly return or destroy any inadvertently disclosed privileged documents and all copies thereof.

## KIRKLAND & ELLIS LLP

Michael E. Nemelka
Peggy J. Wedgworth
February 1, 2024
Page 2

    Please let me know if you have any difficulty accessing the documents.


                                        Sincerely,

                                        */s/ Grace C. Brier*

                                        Grace C. Brier

CC:    MDL Counsel of Record

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Grace C. Brier
To Call Writer Directly:
+1 202 389 3151
grace.brier@kirkland.com

Facsimile:
+1 202 389 5200

February 18, 2024

**BY EMAIL**

Michael E. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick
P.L.L.C.
1615 M. Street, N.W., Suite 400
Washington, D.C. 20036-3215

Peggy J. Wedgworth
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza
New York, NY 10119

Re: *In re Dealer Management System Antitrust Litig.*, MDL 2817 (N.D. Ill.)

Counsel:

This letter accompanies CDK Global, LLC's ("CDK") production of documents Bates stamped CDK-3131519 - CDK-3138460. This production includes various documents that our expert may rely on in connection with class analyses, pursuant to Fed. R. Civ. P. 26(e).

The production is provided by FTP in the email transmitting this letter, and an encryption password will follow separately. Documents in this production have been designated "Highly Confidential" in accordance with the Second Amended Agreed Confidentiality Order in this proceeding (Dkt. 650), and should be treated accordingly. This production is made subject to and without waiver of any of CDK's existing or potential objections to discovery requests, including that the document in the production are not relevant to any claim. In addition, by providing these documents, CDK does not intend to waive, and is not waiving, its protections under the attorney-client privilege, the work product doctrine, or any other applicable privilege. Any disclosure of privileged or protected information is inadvertent and should not be deemed a waiver. In accordance with the Agreed Confidentiality Order, CDK requests that counsel promptly return or destroy any inadvertently disclosed privileged documents and all copies thereof.

**KIRKLAND & ELLIS LLP**

Michael E. Nemelka
Peggy J. Wedgworth
February 18, 2024
Page 2

    Please let me know if you have any difficulty accessing the documents.


                                      Sincerely,

                                      */s/ Grace C. Brier*

                                      Grace C. Brier


CC:    MDL Counsel of Record

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

Grace C. Brier
To Call Writer Directly:
+1 202 389 3151
grace.brier@kirkland.com

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

February 20, 2024

**BY EMAIL**

Michael E. Nemelka
Kellogg, Hansen, Todd, Figel & Frederick
P.L.L.C.
1615 M. Street, N.W., Suite 400
Washington, D.C. 20036-3215

Peggy J. Wedgworth
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza
New York, NY 10119

Re: *In re Dealer Management System Antitrust Litig.*, MDL 2817 (N.D. Ill.)

Counsel:

This letter accompanies CDK Global, LLC's ("CDK") production of documents Bates stamped CDK-3138461 - CDK-3138463. This production includes information that our expert may rely on in connection with class analyses, pursuant to Fed. R. Civ. P. 26(e).

The production is provided by FTP in the email transmitting this letter, and an encryption password will follow separately. Documents in this production have been designated "Highly Confidential" in accordance with the Second Amended Agreed Confidentiality Order in this proceeding (Dkt. 650), and should be treated accordingly. This production is made subject to and without waiver of any of CDK's existing or potential objections to discovery requests, including that the document in the production are not relevant to any claim. In addition, by providing these documents, CDK does not intend to waive, and is not waiving, its protections under the attorney-client privilege, the work product doctrine, or any other applicable privilege. Any disclosure of privileged or protected information is inadvertent and should not be deemed a waiver. In accordance with the Agreed Confidentiality Order, CDK requests that counsel promptly return or destroy any inadvertently disclosed privileged documents and all copies thereof.

Austin    Bay Area    Beijing    Boston    Brussels    Chicago    Dallas    Hong Kong    Houston    London    Los Angeles    Miami    Munich    New York    Paris    Salt Lake City    Shanghai

**KIRKLAND & ELLIS LLP**

Michael E. Nemelka
Peggy J. Wedgworth
February 20, 2024
Page 2

    Please let me know if you have any difficulty accessing the documents.

                      Sincerely,

                      */s/ Grace C. Brier*

                      Grace C. Brier

CC:    MDL Counsel of Record