# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                 Plaintiff,

v.                                           Case No.: 1:18−cv−00864

                                           Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant CDK seeks leave to file a 25−page sur−reply in opposition to class certification. Plaintiffs object and have proposed a compromise that would limit the sur−reply to 7 pages with an accompanying supplemental report limited to arguments concerning the Authenticom data refresh, to be filed on May 20, 2024, along with CDK's Daubert briefing. See Dkt. 1487−8 (CDK Ex. 8). Having reviewed the parties' submissions, the court grants CDK's motion [1487]] in part and denies it in part. CDK will have leave to file a sur−reply of no more than 15 pages on or before May 31, 2024. Each Plaintiffs' group (Dealers and Vendors) will have leave to file a seven−page sur−response, no later than June 10, 2024. The court declines to limit the topics to be addressed in the supplemental briefs but expects that any party's supplemental expert submission will be limited to a single report addressing the Authenticom data refresh. Mailed notice.(cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.