**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litig.*, MDL 2817<br><br>This Document Relates to:<br><br>THE VENDOR PUTATIVE CLASS ACTION<br><br>THE DEALER PUTATIVE CLASS ACTION | MDL No. 2817<br>Case No. 18-cv-00867<br><br>Hon. Rebecca R. Pallmeyer |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CLARIFY THE COURT'S ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of CDK's Motion to Clarify the Court's Order (ECF No. \_\_\_), it is hereby **ORDERED** that Defendant's Motion seeking to Clarify the Court's Order is **GRANTED**. The following shall constitute the amended schedule for the remaining briefing and motions:

| EVENT | DEADLINE |
|---|---|
| CDK's Sur-Reply (15 pages)<br>CDK's Supplemental Expert Report<br>CDK's Reply *Daubert* Briefs & CDK's Opposition *Daubert* Brief (if any) | Friday, May 31, 2024 |
| Plaintiffs' Sur-Responses (7 pages)<br>Plaintiffs' Supplemental Expert Reports (if any)<br>Dealers' Reply *Daubert* Brief (if any) | Monday, June 10, 2024 |

BY THE COURT:

_____
**Rebecca R. Pallmeyer**
U.S. District Court Judge