UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

                Plaintiff,

v.                                       Case No.: 1:18−cv−00864
                                              Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 13, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: CDK has moved for clarification of the court's 5/20/2024 order, in which the court granted CDK leave to file a brief sur−reply in opposition to class certification as well as a supplemental expert report, on or before 5/31/2024. As the court understands the motion, CDK contends the court should have stated specifically that the date for submission of Daubert briefs also is extended to 5/31/2024; requiring Daubert briefs to be filed earlier would "not make sense," CDK argues, in that CDK would not be permitted to "rely on and cite to the [supplemental] report" in the Daubert briefs. Without knowing the nature of CDK's challenge[s], the court is uncertain that those challenges would require reference to CDK's own supplemental expert report. Plaintiffs are invited to respond to the motion [1490] no later than Tuesday, May 14, 2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.