**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Dealer Management Systems Antitrust
Litigation, et al.

                                                      Plaintiff,

v.                                                      Case No.: 1:18−cv−00864

                                                                   Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 15, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant CDK asks the court to clarify its May 2, 2024 Order [1489] granting in part and denying in part CDK's motion to file a sur−reply in opposition to class certification. Specifically, CDK seeks clarification on whether the May 2 Order altered the parties' existing Daubert briefing schedule. The short answer: It did not. Plaintiffs have objected to any further extension to the briefing schedule, and the court, too, is concerned about the time available for a ruling. The motion [1490] is denied. On or before May 20, 2024, CDK must file its Daubert opposition brief on the Dealers' motion to exclude CDK's expert and its Daubert reply briefs to the Vendors#039; and Dealers' opposition to CDK's motions to exclude their respective expert opinions. On or before May 31, 2024, CDK has leave to file a sur−reply in opposition to the pending class certification motions. Each Plaintiffs' group (Dealers and Vendors) will have leave to file a sur−response no later than June 10, 2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.