IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | |
|---|---|
| *In re Dealer Management Systems Antitrust Litig.*, MDL 2817<br><br>This Document Relates To:<br><br>THE DEALERSHIP PUTATIVE CLASS ACTION<br><br>THE VENDOR PUTATIVE CLASS ACTION | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Hon. Rebecca R. Pallmeyer |

**OMNIBUS DECLARATION OF KATHERINE R. KATZ IN SUPPORT OF
CDK GLOBAL, LLC'S MAY 20, 2024 BRIEFINGS REGARDING
EXCLUSION OF EXPERT OPINIONS AND TESTIMONY**

I, Katherine R. Katz, Esq., declare and state as follows:

I am an attorney admitted to practice in the State of Massachusetts and the District of Columbia. I am admitted pro hac vice in this matter. I am a partner at Kirkland Ellis LLP and counsel for Defendant CDK Global, LLC ("CDK") in the above captioned matter. I submit this declaration in support of three other filings submitted concurrently today: (1) Reply in Support of CDK's Motion to Exclude the Testimony of Dr. Mark Israel; (2) Reply in Support of CDK's Motion to Exclude the Testimony of Dr. Michael Williams; and (3) CDK's Opposition to Dealership Class Plaintiffs' Motion to Exclude the Expert Testimony of Dr. Laila Haider.

1. Attached hereto as **Exhibit 48** are true and correct excerpts from the January 19, 2024 deposition transcript of Dr. Mark A. Israel.

2. Attached hereto as **Exhibit 49** are true and correct excerpts from the February 12, 2024 deposition transcript of Dr. Michael A. Williams.

3. Attached hereto as **Exhibit 50** is a true and correct copy of the May 20, 2024 Declaration of CDK Global, LLC's Expert Dr. Laila Haider.

Executed in Washington, D.C., this 20th day of May 2024.

/s/ *Katherine R. Katz*
Katherine Katz, P.C.

2

**CERTIFICATE OF SERVICE**

I, Mark Filip, an attorney, hereby certify that on May 20, 2024, I caused a true and correct copy of the foregoing **Omnibus Declaration of Katherine R. Katz in Support of CDK Global, LLC's May 20, 2024 Briefings Regarding Exclusion of Expert Opinions and Testimony** to be served via e-mail to all counsel of record.

*/s/ Mark Filip, P.C.*
Mark Filip, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000
Mark.filip@kirkland.com
