**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION | MDL No. 2817<br>Case No. 18-cv-00864 |
| This Document Relates To:<br><br>THE DEALERSHIP CLASS ACTION | Hon. Rebecca R. Pallmeyer |

**DEALERSHIP CLASS PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO STRIKE THE VENDOR CLASS'S STATEMENT OF INTEREST AND SUPPLEMENTAL EXPERT REPORT OF MARK A. ISRAEL REGARDING DEALERS' MOTION TO EXCLUDE THE TESTIMONY OF DR. LAILA HAIDER**

In response to Dealership Class Plaintiffs' ("Dealers") Motion to Strike the Vendor Class's Statement of Interest and Supplemental Expert Report (ECF No. 1500), Plaintiff Loop, LLC, d/b/a/ AutoLoop ("Vendors") "agrees voluntarily to withdraw its statement and accompanying expert report." ECF No. 1501 at 2. Accordingly, Dealers request the Court grant their Motion to Strike and remove Vendors' Statement of Interest (ECF No. 1494) and accompanying expert report (ECF No. 1494-1) from the docket.

Dated: May 29, 2024

Respectfully submitted,

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
Elizabeth McKenna
Robert A. Wallner
John Hughes*
Michael Acciavatti**
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11350
(212) 594-5300
pwedgworth@milberg.com
emckenna@milberg.com

rwallner@milberg.com
jhughes@milberg.com
macciavatti@milberg.com
 *  *Admitted in Michigan only*
 ** *Admitted in Pennsylvania only*

*MDL Co-Lead Counsel and Interim Lead Counsel representing the Dealership Class Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Peggy J. Wedgworth, an attorney, hereby certify that on May 29, 2024, I caused a true and correct copy of the foregoing **DEALERSHIP CLASS PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO STRIKE THE VENDOR CLASS'S STATEMENT OF INTEREST AND SUPPLEMENTAL EXPERT REPORT OF MARK A. ISRAEL REGARDING DEALERS' MOTION TO EXCLUDE THE TESTIMONY OF DR. LAILA HAIDER** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                  */s/ Peggy J. Wedgworth*
                                                  Peggy J. Wedgworth