**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Dealer Management Systems Antitrust Litigation, et al.

                       Plaintiff,

v.                                    Case No.: 1:18−cv−00864

                                              Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 29, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: CDK has contacted the court to seek leave to respond to the Dealers' request to strike the Vendors' statement and expert report [1494] from the docket. The court believes the parties have had ample opportunity and time to brief relevant issues but will grant CDK's request to submit a further response, no more than five pages in length, by close of business on May 30, 2024. Mailed notice.(cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.