

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click [HERE](#) for update instructions.

Name   Peggy J. Wedgworth

Firm    Milberg Coleman Bryson Phillips Grossman, PLLC

Street Address   405 East 50th Street

City/State/Zip Code   New York, NY 10022

Phone Number   (212) 594-5300

Email address  pwedgworth@milberg.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-0864 | In Re: DMS Antitrust Litig. | Hon. Rebecca R. Pallmeyer |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Peggy J. Wedgworth                                    5/30/2024

Signature of Attorney                                           Date

Rev. 01272016