# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

        Plaintiff,

v.

        Case No.: 1:18−cv−00864

        Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 19, 2024:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Due to technical issues, the status hearing held on 7/19/2024 is continued to 7/22/2024 at 10:00 a.m. via Web−Ex Video Conference. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join. Members of the public and media will be able to call in to listen to this hearing. The call number is 1−650−479−3207, access code 2317 911 2720. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.