UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION, | )<br>)<br>) |
| LOOP, LLC, d/b/a AUTOLOOP<br><br>Plaintiff,<br><br>v.<br><br>CDK GLOBAL, LLC,<br><br>Defendants. | )<br>) MDL 2817<br>) Case No. 18-cv-2521<br>)<br>) Judge Rebecca R. Pallmeyer<br>)<br>)<br>)<br>)<br>)<br>) |

## SUGGESTION OF REMAND

CDK's motion to exclude certain opinions of Dr. Mark Israel [1459] is denied and AutoLoop's motion for class certification [1422] [1423] is granted. Memorandum Opinion and Order to enter. (*See* Mem. Op. and Order [18] in 18-cv-2521.) Discovery having been completed, and the court having ruled on *Daubert* and class certification issues, the court hereby transfers this case to the JPML with a suggestion of remand for trial to the Western District of Wisconsin pursuant to 28 U.S.C. § 1407.

ENTERED:

Dated: July 22, 2024

_____
REBECCA R. PALLMEYER
United States District Judge