# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dealer Management Systems Antitrust
Litigation, et al.

        Plaintiff,

v.             Case No.: 1:18−cv−00864

             Honorable Rebecca R.
             Pallmeyer

CDK Global, LLC, et al.

        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2024:

   MINUTE entry before the Honorable Rebecca R. Pallmeyer: Video status hearing held. The court to issue Memorandum Opinion regarding pending motion for class certification and CDK's motion to exclude. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.