# Exhibit C

**In re Dealer Management Systems Antitrust Litigation, MDL No. 2817, 18-cv-00864 (N.D. Ill.)**
**c/o Epiq, Settlement Administrator**
**P.O. Box 6727**
**Portland, OR 97228-6727**
www.dealershipclassDMSsettlement.com

# DEALERSHIP CLASS CLAIM FORM

If you did not opt-out of BOTH the Reynolds Settlement AND the current CDK Settlement, in order to receive any settlement payment, you must submit this Claim Form, with supporting documentation, at the <u>official settlement website</u>: **www.dealershipclassDMSsettlement.com** or mail your completed form, with supporting documentation, to the address listed above. The Claim Form and documentation must be received or postmarked by **Month xx, 20xx**, to be eligible to receive payment. You need to submit only ONE claim form per rooftop which will be applicable to your participation in both the CDK and Reynolds Settlements.

**Filing assistance is available from Class Counsel and the Settlement Administrator AT NO COST.** If you are approached by or see advertisements from a non-party claims settlement service offering to register you or submit your claims for recovery from the Settlement Fund, know that these entities **are not necessary in order for class members to submit claims**.

If you opted out of BOTH the Reynolds Settlement and the CDK Settlement, you are not part of either Settlement Class and you should not file this Claim Form.

YOU MUST submit a separate Claim Form for each dealership rooftop. This is true if you are part of a multiple rooftop group, or if from 2013 to present, you have changed the name of your dealership without changing ownership.

If your claim is based upon any full or partial assignment of a claim from another entity, then you must provide no later than **Month xx, 20xx**: (1) a signed copy of the assignment agreement executed by all parties; and (2) all entity names relevant to the assignment of claims for both assignor and assignee.

☐ *This claim is based upon an assignment or transfer and I have attached copies of supporting legal documents.

## STEP 1: ENTER CLAIMANT INFORMATION

Contact Name:
First [ ] M.I. [ ] Last [ ]

Title [ ]

Dealership Name (Dealership Name must match the name on the DMS contracts you submit):
[ ]

Current Mailing Address:
[ ]

---

Questions? Call the Settlement Administrator toll-free at 1-888-842-3161 or visit
www.dealershipclassDMSsettlement.com

**In re Dealer Management Systems Antitrust Litigation, MDL No. 2817, 18-cv-00864 (N.D. Ill.)**
c/o Epiq, Settlement Administrator
P.O. Box 6727
Portland, OR 97228-6727
**www.dealershipclassDMSsettlement.com**

City: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  State: ☐☐  ZIP Code: ☐☐☐☐☐

Contact Email Address:
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Contact Telephone Number:
☐☐☐ - ☐☐☐ - ☐☐☐☐

## STEP 2: SETTLEMENT OPT-OUT DETAILS

Only use this section if you have submitted an Opt-Out request (an Exclusion Request) from either the Reynolds Settlement Class and/or the CDK Settlement Class. If you did not submit an Exclusion Request, please move to Step 3.

**Did You Opt-Out of the Reynolds Settlement?**   Yes ☐   No ☐

**Did You Opt-Out of the CDK Settlement?**   Yes ☐   No ☐

## STEP 3: ESTABLISH YOUR DMS PROVIDER

For the time period, September 1, 2013 through August 15, 2024, when did the dealership rooftop identified in Step 1 use **Reynolds's DMS**? If you did not use Reynolds's DMS during this time period please leave blank.

From ☐☐ / ☐☐☐☐   To ☐☐ / ☐☐☐☐

For the time period, September 1, 2013 through August 15, 2024, when did the dealership rooftop identified in Step 1 use **CDK's DMS**? If you did not use CDK's DMS during this time period please leave blank.

From ☐☐ / ☐☐☐☐   To ☐☐ / ☐☐☐☐

**Documentation Requirement**: To demonstrate the time periods you were using Reynolds's and/or CDK's DMS, you must attach (or submit) your signed DMS contracts with Reynolds or CDK establishing your DMS usage.

For rooftops who used Reynolds, you must submit signed Master Agreements AND the corresponding "exhibit" to the Master Agreements which lays out the term or length of the contract(s) for the entire time you were on Reynolds's DMS. For rooftops who used CDK, you must submit signed Master Service Agreements (MSA) AND

Questions? Call the Settlement Administrator toll-free at 1-888-842-3161 or visit
www.dealershipclassDMSsettlement.com
Page 2 of 3

**In re Dealer Management Systems Antitrust Litigation, MDL No. 2817, 18-cv-00864 (N.D. Ill.)**
c/o Epiq, Settlement Administrator
P.O. Box 6727
Portland, OR 97228-6727
www.dealershipclassDMSsettlement.com

the Schedule to the MSAs where the term or length of the contract is specified for the entire time you were on CDK's DMS.

These Master Agreements (for Reynolds) and Master Service Agreements (for CDK) must include: the name of the rooftop submitting the claim; contract date; and term of the agreement. **Dealership Rooftop Name must match the name on the DMS contracts you submit.**

Please submit legible copies. *Do not send originals. You should retain the originals in your records.* **Failure to submit required documentation may result in your claim being denied.**

**I have included required DMS contracts with Reynolds and/or CDK:**   **Yes:** ☐   **No:** ☐

Settlement Funds will be distributed to CDK and/or Reynolds Class Members under the **Plan of Allocation** available at www.dealershipclassDMSsettlement.com.

### STEP 4: SIGN AND SUBMIT

By signing below, I/we certify that (1) the above and foregoing information, including any supporting documentation submitted, is true and correct; (2) I am /we are duly authorized and have the legal capacity to sign this Claim Form on behalf of the dealership entity; (3) I/we are not officers, directors, or employees of any Defendant; any entity in which any Defendant has a controlling interest; an affiliate, legal representative, heir, or assign of any Defendant; or a federal, state, or local government entity; and (4) I/we agree to submit additional information, if requested, in order for the Settlement Administrator to process my/our claim.

Signature: ☐   Date: ☐☐ / ☐☐ / ☐☐☐☐

Printed Name:
First ☐   M.I. ☐   Last ☐

Title ☐

Please submit your completed Claim Form, along with supporting documentation, to the Settlement Administrator by **Month xx, 20xx** (postmarked to the address above or preferably submitted online at www.dealershipclassDMSsettlement.com).

Questions? Call the Settlement Administrator toll-free at 1-888-842-3161 or visit
www.dealershipclassDMSsettlement.com
Page 3 of 3