## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

            Plaintiff,

v.                  Case No.: 1:18−cv−00864

                  Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 22, 2024:

   MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone motion hearing held. Dealership class plaintiff's unopposed motion for preliminary approval of settlement and conditional certification of proposed settlement class [1528] is granted. The court sets an in−person final approval hearing for 2/25/25 at 10:00 a.m. in courtroom 2503. The Dealership plaintiffs are directed to submit a revised proposed order to the court by 8/23/2024. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.