# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dealer Management Systems Antitrust Litigation, et al.

                                        Plaintiff,

v.                                                                     Case No.: 1:18−cv−00864

                                                                    Honorable Rebecca R. Pallmeyer

CDK Global, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: In−person final approval hearing convened. As stated on the record and after oral argument, the court is satisfied that this is a fair and reasonable resolution and that the relief is adequate to the class and the request for fees and settlement administrative expenses is fair. Approval of the class action settlement is granted. No oral objections presented in court. Dealership Class Plaintiffs' Motion for Final Approval of Settlement with Defendant CDK Global, LLC [1539 ] and Motion for attorneys' fees, reimbursement of expenses, and class representative service awards [1538] are granted. Final Approval and Judgment Order to enter. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.