**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Dealer Management Systems Antitrust
Litigation, et al.

                            Plaintiff,

v.                                Case No.: 1:18−cv−00864
                                    Honorable Rebecca R.
                                    Pallmeyer

CDK Global, LLC, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 30, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: By agreement, motion of Financial Recovery Service for leave to intervene [1552] is entered and continued for briefing as follows: Dealership Class Counsel will respond to the motion to intervene and for leave to file an objection on or before October 17, 2025. The response will be no longer than 25 pages and will not address the objection itself at this time. FRS's reply, no longer than 15 pages, is due on October 31, 2025; Dealership Class Counsel's objection to a 15−page brief is overruled. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.