IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DEALER MANAGEMENT SYSTEMS ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br><br>**THE DEALERSHIP CLASS ACTION** | MDL No. 2817<br>Case No. 18-cv-00864<br><br>Honorable Rebecca R. Pallmeyer |

## DEALERSHIP PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF NET SETTLEMENT PROCEEDS

Please take notice that on a date and time to be determined by the Court, and should the Court determine that a hearing is necessary, the Dealership Class Plaintiffs will appear, by and through counsel, before the Honorable Rebecca R. Pallmeyer to present Dealership Plaintiffs' Motion for Distribution of Net Settlement Proceeds.

Dealership Plaintiffs hereby move the Court for an Order approving distribution of the Net Settlement Fund to qualified claimants. This motion is based on this notice of motion and motion, the concurrently filed Memorandum of Law and supporting declarations, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

DATED: January 30, 2026

    Respectfully submitted,

    /s/ *Peggy J. Wedgworth*
    Peggy J. Wedgworth (pro hac vice)
    Robert Wallner (pro hac vice)
    John Hughes (pro hac vice)*
    Michael Acciavatti (pro hac vice)**
    MILBERG PLLC

405 E 50th Street
New York, NY 10022
Tel: (212) 594-5300
pwedgworth@milberg.com
rwallner@milberg.com
jhughes@milberg.com
macciavatti@milberg.com
*admitted in Michigan only
**admitted in Pennsylvania only

Dealership Class Plaintiffs' Lead Counsel