**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Dealer Management Systems Antitrust
Litigation, et al.

                         Plaintiff,

v.                                                  Case No.: 1:18−cv−00864

                                                       Honorable Rebecca R.
Pallmeyer

CDK Global, LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 10, 2026:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: On the court's own motion, an in−person motion hearing is set for 2/20/2026 at 10:30 a.m. in Courtroom 2503 for Dealership Plaintiffs' motion for distribution of net settlement proceeds [1566] and Motion to intervene to file objection to distribution plan [1552]. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.